

A CERTIFIED TRUE COPY
ATTEST

By Mecca Thompson at 1:19 pm, Oct 24, 2007

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   OCT 2 4 2007

LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**1:19 pm, Oct 24, 2007**

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
**MULTIDISTRICT LITIGATION**

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

## TRANSFER ORDER

**Before the entire Panel***: Plaintiffs in one action pending in the Eastern District of Louisiana have moved, pursuant to 28 U.S.C. § 1407, to centralize this litigation for coordinated or consolidated pretrial proceedings in the Eastern District of Louisiana. All plaintiffs in the other actions now before the Panel as well as plaintiff in an Eastern District of Louisiana potential tag-along action support this motion. Responding defendants[1] oppose centralization; if the Panel deems centralization appropriate, they support selection of the Eastern District of Louisiana as transferee district.

This litigation presently consists of four actions listed on Schedule A and pending in two districts as follows: three actions in the Eastern District of Louisiana and one action in the Western District of Louisiana.[2]

On the basis of the papers filed and hearing session held, we find that the actions in this litigation involve common questions of fact, and that centralization under Section 1407 in the Eastern District of Louisiana will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All actions share factual questions relating to allegations that trailers – provided by the Federal Emergency Management Agency in the wake of Hurricanes Rita and Katrina – contain materials which emit dangerous, excessive levels of formaldehyde. Centralization under Section 1407 will eliminate duplicative discovery; avoid inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We further find that the Eastern District of Louisiana is an appropriate transferee district for this

---

* Judge Heyburn took no part in the disposition of this matter.

[1]   Fleetwood Enterprises, Inc.; Fleetwood Canada, Ltd.; Gulf Stream Coach, Inc.; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; and Thor Industries, Inc.

[2]  The Panel has been notified that five other related actions have recently been filed as follows: four actions in the Eastern District of Louisiana and one action in the Middle District of Louisiana. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).



**IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION**                    MDL No. 1873

                              **SCHEDULE A**                                    EDLA
                                                                              SEC.N/4


       Eastern District of Louisiana

    Keith Hillard, et al. v. United States of America, et al., C.A. No. 2:06-2576
    Decarlo McGuire, et al. v. Gulf Stream Coach, Inc., et al., C.A. No. 2:06-5659
    Robin Oldenburg, et al. v. United States of America, et al., C.A. No. 2:07-2961

       Western District of Louisiana

    Kimberly G. Nelson, etc. v. Gulf Stream Coach, Inc., et al., C.A. No. 6:07-921        07-7494

- 2 -

litigation, because (1) three of the four actions now before the Panel and four potential tag-along actions are currently pending in this district, and (2) all parties agree, at least in the alternative, that the Eastern District of Louisiana is an appropriate transferee district for this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the action listed on Schedule A and pending in the Western District of Louisiana is transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt for coordinated or consolidated pretrial proceedings with the actions pending there and listed on Schedule A.

PANEL ON MULTIDISTRICT LITIGATION

D. Lowell Jensen
Acting Chairman

| | |
|---|---|
| John G. Heyburn II, Chairman* | J. Frederick Motz |
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | Anthony J. Scirica |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:           [202] 502-2888
http://www.jpml.uscourts.gov

October 24, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

Dear Ms. Whyte:

Attached as a separate document is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter.  The order is directed to you for filing. Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001),  states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk  of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s).  The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action." **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file.  Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER.  Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court).  You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear.  Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

You may find Chapter 7 of Volume 4 of the Clerks Manual, United States District Courts helpful in managing the your MDL docket.

- 2 -

The Panel Clerk's Office maintains the only statistical accounting of multidistrict litigation traffic in the federal courts. These statistics are used by the Administrative Office of the United States Courts and the Judicial Conference. Therefore, your cooperation in keeping the Panel advised of the progress of this litigation would be appreciated. We are particularly interested in receiving the docket numbers assigned to each transferred action by your court; the caption and docket numbers of all actions originally filed in your district; and copies of orders regarding appointment of liaison counsel, settlements, dismissals, state court remands, and reassignments to other judges in your district.

Your attention is also directed to Panel Rule 7.6, regarding termination and remand of transferred actions. Upon notification from your court of a finding by the transferee judge suggesting to the Panel that Section 1407 remand of a transferred action is appropriate, this office will promptly file a conditional remand order.

Attached to this letter, for your information, is a copy of the Panel Attorney Service List. Listed below is the transferor clerk information:

Robert H. Shemwell, Clerk
2100 U.S. Courthouse
800 Lafayette Street
Lafayette, LA 70501
**MDLClerk@lawd.uscourts.gov**

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _____
    Mecca S. Thompson
    Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:     Transferee Judge:  Judge Kurt D. Engelhardt
        Chief Judge Transferee District: Judge Helen G. Berrigan
        Judge Martin C. Feldman

JPML Form 33

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
# MDL 1873 - IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*\* Report Key and Title Page \*\*\***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   \* Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 1873 - FEMA Trailer Formaldehyde PL
   For Open Cases

**Judicial Panel on Multidistrict Litigation - Panel Attorney Service List**                           Page 1

Docket:  1873 - IN RE: FEMA Trailer Formaldehyde Products Liability Litigation
Status:   Transferred on 10/24/2007
Transferee District: LAE       Judge: Engelhardt, Kurt D.                              Printed on 10/24/2007

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Barrios, Gerardo R.<br>Baker, Donelson, Bearman, Caldwell & Berkowtiz<br>3 Sanctuary Blvd.<br>Suite 201<br>Mandeville, LA 70471 | => Phone: (985) 819-8416  Fax: (985) 819-6716<br>CH2M Hill Constructors, Inc.*; Shaw Environmental, Inc.* |
| Becnel, Jr, Daniel E.<br>Becnel Law Firm, LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | => Phone: (985) 536-1186  Fax: (985) 536-6445  Email: dbecnel@becnellaw.com<br>McDonald, Cindy; Oldenburg, Robin; Sicard, Austin |
| Black, Brandon K.<br>Jones, Walker, Waechter, et al.<br>8555 United Plaza Boulevard<br>5th Floor<br>Baton Rouge, LA 70809 | => Phone: (225) 248-2128  Fax: (225) 248-3128<br>Fluor Enterprises, Inc.* |
| Dominick, Paul A.<br>Nexsen Pruet, LLC<br>205 King Street<br>Suite 400<br>P.O. Box 486<br>Charleston, SC 29401 | => Phone: (843) 577-9440  Fax: (843) 720-1777<br>Bordelon, Amy L.*; Carter (Ind./Legal Guardian-April & William, Jr.), Betty*; Hillard (Ind./Legal Guardian-Gabriell, Keith, Jr., Christopher & Cydney), Keith*; Hillard (Ind./Legal Guardian-Gabriell, Keith, Jr., Christopher & Cydney), Lisa*; Lusich (Ind./Legal Guardian-Summer & Lacey), Emmett*; Lusich (Ind./Legal Guardian-Summer & Lacey), Jenny* |
| Forest River,<br>1025 East Waterford Street<br>Wakarusa, IN 46573 | =><br>Forest River, Inc. |
| Garrison, Lyon H.<br>Preston Law Firm, LLP<br>909 Poydras Street<br>Suite 2400<br>New Orleans, LA 70112 | => Phone: (504) 527-0680  Fax: (504) 527-0686<br>Recreation By Design, LLC* |
| Gieger, Jr., Ernest P.<br>Gieger, Laborde & Laperouse, LLC<br>One Shell Square<br>701 Poydras Street<br>Suite 4800<br>New Orleans, LA 70139-4800 | => Phone: (504) 561-0400  Fax: (504) 561-1011<br>Forest River, Inc.* |
| Johnson, Ryan Estes<br>Jones, Walker, Waechter, et al.<br>Four United Plaza<br>8555 United Plaza Boulevard<br>5th Floor<br>Baton Rouge, LA 70809-7000 | => Phone: (225) 248-2000  Fax: (225) 248-3080<br>Jayco Enterprises, Inc.*; Pilgrim International, Inc.*; Starcraft RV, Inc.*; Thor Industries, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| Lipsey, Christine<br>McGlinchey Stafford, PLLC<br>One American Street<br>14th Floor<br>Baton Rouge, LA 70825 | => **Phone: (225) 383-9000  Fax: (225) 343-3076**<br>Morgan Buildings & Spas, Inc.* |
| O'Brien, Thomas G.<br>Adams & Reese, LLP<br>One Shell Square, Suite 4500<br>701 Poydras Street<br>New Orleans, LA 70139 | => **Phone: (504) 585-0309  Fax: (504) 566-0210**<br>Keta Group, LLC* |
| Rodney, Jr., Roy J.<br>Rodney & Etter<br>620 North Carrollton Avenue<br>New Orleans, LA 70119 | => **Phone: (504) 483-3224  Fax: (504) 483-2259**<br>McGuire, Decarlo*; Nelson (Behalf-Baleigh & Griffin Champagne), Kimberly G.*; Rodney, Kevin*;<br>Stevenson, Jr., Dr. Marshall J.*; Stevenson, Lynda Ward* |
| Saporito, Jerry L.<br>Saporito Law Firm, LLC<br>639 Loyola Avenue<br>Suite 2100<br>New Orleans, LA 70113 | => **Phone: (504) 529-5070  Fax: (504) 529-5434**<br>Fleetwood Canada, Ltd.*; Fleetwood Enterprises, Inc.* |
| Scandurro, Timothy D.<br>Scandurro & Layrisson, LLC<br>607 St. Charles Avenue<br>New Orleans, LA 70130 | => **Phone: (504) 522-7100  Fax: (504) 529-6199**<br>Gulf Stream Coach, Inc.* |
| Snead, Jacqueline E.C.<br>U.S. Dept. of Justice - Federal Programs Branch -<br>20 Massachusetts Avenue N.W.<br>Room 7214<br>Washington, DC 20530 | => **Phone: (202) 514-3418**<br>Federal Emergency Management Agency; United States of America |
| Starcraft,<br>P.O. Box 458<br>Topeka, IN 46571 | =><br>Starcraft |
| Tharp, John S.<br>Taylor, Porter, Brooks & Phillips<br>P.O. Box 2471<br>451 Florida Street, 8th Floor<br>Baton Rouge, LA 70821-2471 | => **Phone: (225) 387-3221  Fax: (225) 346-8049**<br>Coachman Industries, Inc.* |
| Thoroughbred Industries,<br>6902 Brackenwood Court<br>Fort Wayne, IN 46835 | =><br>Thoroughbred Industries |

Note: Please refer to the report title page for complete report scope and key.

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:          [202] 502-2888
http://www.jpml.uscourts.gov


October 23, 2007


## MEMORANDUM

To:              Clerks, United States District Courts

From:          Jeffery N. Lüthi

RE:             TEST EMAIL TRANSMITTAL OF PANEL TRANSFER ORDERS (**ACTION REQUESTED**)

As you know, the Panel is about to begin transmitting its orders via email. Thank you for providing us with a general JPML email address for your district court. To start off, we will email the initial transfer orders for new matters from the Panel's September 2007 hearing session. We have, in fact, already emailed several of the transfer orders. We anticipate emailing other types of Panel orders in the coming months.

Today, we will send a test email to confirm that we have entered each court's general email address accurately. **If you do not receive our test email by close of business today, please contact the Panel's office as soon as possible via email at MDLPanelOrders@ao.uscourts.gov and indicate the correct email address for your district court.** It is not necessary to confirm successful receipt of our test email.

Thank you again for your cooperation as we move to implement our new notification procedures. If you have any questions, feel free to contact me or Cathy Maida, the Panel's Chief Deputy Clerk, at 202-502-2800.