UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * | CIVIL ACTION 2:07-MD-1873 |
| | * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO: NELSON versus GULFSTREAM, U.S.D.C. W.D. LA No. 07-921 | * * * | MAGISTRATE ROBY - MAG. 4 |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel come Plaintiffs, Kimberly Nelson, *et al.,* and respectfully move this Court for leave to file an amended complaint to provide further detail in support of their existing claims, name additional putative class representatives, name additional defendants, and raise further causes of action.

The only defendant who has filed a responsive pleading in this matter, Gulf Stream Coach, will not be prejudiced by this amendment, since Gulf Stream's motion to dismiss argues that plaintiffs have not alleged sufficient facts about their claims against Gulf Stream, which could be supplied by an amendment, if this Court were to rule in favor of Gulf Stream. Gulf Stream is already

aware of the substance of plaintiffs' amended complaint due to the previously-filed lawsuits against Gulf Stream and due to the extensive media coverage and Congressional investigation of the hazardous FEMA trailers. Further, a motion to transfer and consolidate this action and other actions concerning formaldehyde exposure to FEMA trailer residents is presently pending before the Judicial Panel on Multi-District Litigation.

The undersigned contacted counsel for Gulf Stream Coach, Timothy Scandurro, the only defendant who has filed a responsive pleading to date, by telephone on September 25, 2007. Mr. Scandurro indicated that he needed to consult with his client regarding this motion to amend and would inform the undersigned of Gulf Stream's position after he consulted with his client. As of the date of this filing, Gulf Stream Coach should be considered as **not** consenting to this motion for leave to amend.

This motion was previously filed before Judge Melancon. The Court in the Western District of Louisiana delayed ruling on this motion pending the decision of the Judicial Panel on Multi-District Litigation, which recently ordered consolidation and transfer of the pending cases concerning the FEMA trailers to Your Honor. Plaintiffs, Kimberly Nelson, et al, now, respectfully urges this Court to hear and grant their motion for leave to file an amended complaint.

**WHEREFORE,** for the foregoing reasons and for the reasons contained in the attached supporting memorandum, Plaintiffs, Kimberly Nelson, et al, pray that this Court grant plaintiffs leave to file the attached amended complaint.

Respectfully submitted,

   /s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record , by electronic filing and transmission via the Court's ECF system. A copy of the foregoing pleading was delivered to the Office of the United States Attorney for the Eastern District of Louisiana by U.S. Mail postage prepaid or via hand delivery. Signed this 1st day of November, 2007.

    /s/ John K. Etter
JOHN K. ETTER