UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO. 1873

SECTION "N" (4)

JUDGE ENGELHARDT
MAG. JUDGE ROBY

## CONSOLIDATION ORDER

It having come to the Court's attention that the following civil actions, filed in the Eastern District of Louisiana, are related to MDL 1873.

| | |
|---|---|
| 06-2576 | Keith Hillard, et al vs United States of America, et al |
| 06-5659 | Decarlo McGuire, et al vs Gulf Stream Coach, Inc., et al |
| 07-2961 | Robin Oldenburg, et al vs Fleetwood Enterprises, Inc., et al |
| 07-3375 | Lorenza Mealancon vs Gulf Stream Coach, Inc. |
| 07-3893 | Steven Seal vs Fleetwood Enterprises, Inc., et al |
| 07-4012 | James T. Kahl, et al vs Fleetwood Enterprises, Inc., et al |
| 07-4018 | Jerome Anthony Culler vs Gulf Stream Coach, Inc. |
| 07-5709 | Joseph M. Pujol, et al vs Pilgrim International, Inc. |
| 07-7018 | Robert Devlin, et al vs Fleetwood Enterprises, Inc., et al |
| 07-7263 | Jayne Phillpott, et al vs Forest River, Inc. |
| 07-7389 | Gaynell P. Hunt Curley vs United States of America, et al |
| 07-7783 | Shelton Duplesses, et al vs Fleetwood Enterprises, Inc., et al |

Accordingly, IT IS ORDERED that the above captioned matters are hereby CONSOLIDATED with MDL 1873, until further order.

New Orleans, Louisiana this 5th day of November, 2007.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE