**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: **FEMA TRAILER** **FORMALDEHYDE PRODUCTS** **LIABILITY LITIGATION** | * * * | **CIVIL ACTION 2:07-MD-1873** |
| | * | **JUDGE ENGLEHARDT - DIV. N** |
| **PERTAINS TO:** **NELSON versus** **GULF STREAM,** **U.S.D.C. W.D. LA** **No. 07-921** | * * * | **MAGISTRATE ROBY - MAG. 4** |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF HEARING**</u>

_____**PLEASE TAKE NOTICE** that the above and forgoing "Motion for Preliminary Injunction"

filed by Plaintiffs, Kimberly Nelson, et al., will come on for hearing before the Honorable Kurt

Englehardt, at the United States District Courthouse for the Eastern District of Louisiana, 500

Poydras Street, Room C 351, New Orleans, Louisiana, on**, the 19ᵗʰ day of December 2007, at 9:30

a.m.**, or as soon thereafter as counsel may be heard.

_____Signed at New Orleans, Louisiana, this _____ day of Nobember, 2007.

_____

_____**JUDGE**

Respectfully submitted,

_____/s/ John K. Etter_____
ROY J. RODNEY, JR. (# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded

to all known counsel of record , by electronic filing and transmission via the Court's ECF system.

A copy of the foregoing pleading was delivered to the Office of the United States Attorney for the

Eastern District of Louisiana via U.S. mail postage prepaid or via hand delivery. Signed this 14th day

of November, 2007.

_____/s/ John K. Etter_____
JOHN K. ETTER