# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: **FEMA TRAILER** | * | **CIVIL ACTION 2:07-MD-1873** |
| **FORMALDEHYDE PRODUCTS** | | |
| **LIABILITY LITIGATION** | * | |
| | * | **JUDGE ENGLEHARDT - DIV. N** |
| **PERTAINS TO:** **NELSON versus** | * | **MAGISTRATE ROBY - MAG. 4** |
| **GULF STREAM,** | | |
| **U.S.D.C. W.D. LA** | * | |
| **No. 07-921** | | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>ORDER</u>

_____**Considering** the above and forgoing "Motion for Oral Argument and Evidentiary Hearing"

filed by Plaintiffs, Kimberly Nelson, et al., concerning plaintiffs' Motion for Preliminary Injunction;

It is Ordered that Plaintiffs' Motion for Oral Argument and Evidentiary Hearing is Granted.

Plaintiffs' Motion for Preliminary Injunction will come on for hearing before the Honorable Kurt

D. Englehardt at the United States District Courthouse for the Eastern District of Louisiana, 500

Poydras Street, Room C351, New Orleans, Louisiana, on, **the 19th day of December, 2007, at 9:30**

**a.m.**, or as soon thereafter as counsel may be heard.

_____Signed at New Orleans, Louisiana, this _____ day of November, 2007.

_____

_____**JUDGE**

Respectfully submitted,

_____ /s/ John K. Etter_____

ROY J. RODNEY, JR. (# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has this day been forwarded to all known counsel of record , by placing same in the United States Mail, properly addressed and postage pre-paid or by electronic filing and transmission. Signed this 14th day of November, 2007.

_____ /s/ John K. Etter_____
JOHN K. ETTER