UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION 2:07-MD-1873 |
| | * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO: NELSON versus GULF STREAM, U.S.D.C. W.D. LA No. 07-921 | * * * | MAGISTRATE ROBY - MAG. 4 |

*************************************************************************

### REQUEST FOR EXPEDITED HEARING

**NOW INTO COURT,** through undersigned counsel come, Plaintiffs, Kimberly Nelson, et al, who request that this Court schedule an expedited hearing on plaintiffs' motion to enjoin and mandate action by the United States Department of Homeland Security Federal Emergency Management Agency ("FEMA") and its Administrator, R. David Paulison.

An expedited hearing is required because tens of thousands of Hurricane Katrina and Hurricane Rita victims are being exposed to toxic formaldehyde fumes every day. Despite FEMA

admitting that more than 4,600 households[1] - nearly nine (9) percent of the more than 50,000 FEMA trailers - have called FEMA call center and expressed health concerns since July 21, 2007, FEMA recently "temporarily postponed" formaldehyde testing of occupied trailers.  Of the 4,609 households that called FEMA about their health concerns, more than 2,800 are still having to live in the trailers. Without this Court's intervention, FEMA will continue to delay and this national public health emergency will continue unabated.

Plaintiffs understand that this Court has scheduled an initial conference of all counsel for January 18, 2008, and that this Court has requested that pending motions be re-noticed for hearing and resolution after the Court's initial conference.  Plaintiffs respectfully suggest that their motion for preliminary injunction concerns "critical threshold legal and factual issues" that should be addressed immediately by this Court to prevent further harm and to assure that crucial evidence -- the FEMA trailers and FEMA records -- are tested, preserved and made available to experts for evaluation and analysis.  *See* Manual for Complex Litigation (4th), Annotated, § 22.6, pp. 484 - 485 (West 2005).   Therefore, plaintiffs request that this Court hear their motion for preliminary injunction on December 19, 2007, or such other date as is convenient for the Court.

**WHEREFORE**, for the foregoing reasons and for the reasons contained in the attached supporting memorandum, plaintiffs, Kimberly Nelson, et al, pray that this Court, grant plaintiffs' request and schedule an expedited hearing for plaintiffs' motion for preliminary injunction.

---

[1] News reports indicate that many hurricane victims have not reported their health complaints and concerns to FEMA, out of fear that they will be forced out of the trailers without other housing – a not unreasonable fear considering that most of the trailer residents lost their homes, are impoverished, and have been unable to find alternate housing or  repair their homes, over the past two years.

Respectfully submitted,

___/s/ John K. Etter_____
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has this day been forwarded to all known counsel of record , by placing same in the United States Mail, properly addressed and postage pre-paid, or via electronic filing and transmission. Signed this 16th day of November, 2007. A copy of this pleading will also be hand delivered to the Office of the United States Attorney for the Eastern District of Louisiana.

_____/s/ John K. Etter_____
JOHN K. ETTER