UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION 2:07-MD-1873 |
| | * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO: NELSON versus GULF STREAM, U.S.D.C. W.D. LA No. 07-921 | * * * | MAGISTRATE ROBY - MAG. 4 |

**************************************************************************

### ORDER

**CONSIDERING,** the foregoing Request for Expedited Hearing filed by Plaintiffs, Kimberly Nelson, et al,

It is ORDERED that plaintiffs' Motion for Preliminary Injunction will be heard by this Court on December 19, 2007 at 9:30 a.m.

New Orleans, Louisiana, this _____ day of November, 2007.

_____
Judge

Respectfully submitted,

  /s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has this day been forwarded to all known counsel of record, by placing same in the United States Mail, properly addressed and postage pre-paid, or via electronic filing and transmission. Signed this 16th day of November, 2007. A copy of this pleading will also be hand delivered to the Office of the United States Attorney for the Eastern District of Louisiana.

  /s/ John K. Etter
JOHN K. ETTER