UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL No. 1873
     FORMALDEHYDE
     PRODUCTS LIABILITY LITIGATION      SECTION:  N (4)

This Document Relates to: ALL CASES      Judge Egelhardt
                                                     Mag. Judge Roby

**REPORT OF PLAINTIFF'S COORDINATED MEETING TO DESIGNATE
PROPOSED LIAISON COUNSEL PURSUANT TO PRETRIAL ORDER #1**

NOW INTO COURT, comes undersigned plaintiff's counsel.  Pursuant to the Court's

Pretrial Order #1 of November 6, 2007, Counsel Daniel E. Becnel, Jr. arranged a meeting

of all known counsel in the above MDL action.  A meeting was called on November 15,

2007 wherein the following counsel and firms were in attendance:

D. Douglas Howard, Jr.
Howard & Reed
839 St. Charles Ave.
Suite 306
New Orleans, LA 70130

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084

Gerald Edward Meunier
Justin I. Woods
Gainsburgh, Benjamin, David,
Meunier & Warshauer
1100 Poydras St., Suite 2800
New Orleans, La 70163-2800

John Gilbert Munoz
Garner & Munoz
1010 Common St., Suite 3000
New Orleans, LA 70112

Roy J. Rodney, Jr.
John Karl Etter
Rodney & Etter, LLC
620 N. Carrollton Avenue
New Orleans, LA 70119

Jerrold S. Parker
Parker Waichman Alonso, LLP
111 Great Neck Rd.
Suite 101
Great Neck, NY 11021

Linda Jane Nelson
Lambert & Nelson
701 Magazine St.
New Orleans, LA 70130

Ronnie Glynn Penton
Law Offices of Ronnie G. Penton
2250 Gause Blvd. East, Suite 310
Slidell, LA 70458

Sean K. Trundy
Sean Kevin Trundy, LLC
PO Box 41343
North Charleston, SC 29423

Raul R. Bencomo
Bencomo & Associates
639 Loyola Ave., Suite 2110
New Orleans, LA 70113

Scott Joanen
Law Offices of Joseph M. Bruno
855 Baronne St.
New Orleans, LA 70113

Robert M. Becnel
Law Offices of Robert M. Becnel
425 West Airline Highway
Suite B
Laplace, LA 70068

Bob F. Wright
Brian C. Colomb
Domengeaux, Wright, Roy & Edwards
556 Jefferson St.
P. O. Box 3668
Lafayette, LA 70502-3668

Anthony G. Buzbee
Peter K. Taaffe
The Buzzbee Law Firm
Ice Cold Storage Bldg.
104 21st St. Moody Ave., Suite 1910
Galveston, TX 77550

Camilo K. Salas, III
Salas & Co. L.C.
650 Poydras St.
Suite 1650
New Orleans, LA 70130

In the presence of the all above firms and persons listed, nominations were made for the liaison position in accordance with Section 15 of the Court's Pretrial Order #1 in the above captioned matter. The following two nominations for liaison were made and unanimously voted in the following order:

1. Daniel E. Becnel, Jr.
   Matthew B. Moreland
   Becnel Law Firm
   106 W. Seventh St.
   P. O. Drawer H
   Reserve, LA 70084

2. Sean K. Trundy
   Sean Kevin Trundy, LLC
   PO Box 41343
   North Charleston, SC 29423

Respectfully, the above counsel wish to submit the above two names for the position of Liaison counsel in accordance with the Court's Order. The CV's of both nominees are attached as also directed by Pretrial Order #1.

November 21, 2007                    Respectfully submitted,

_____
DANIEL E. BECNEL, JR. (LSBA # 2926)
MATTHEW B. MORELAND (LSAB #24567)
Becnel Law Firm LLC
Post Office Drawer "H"
106 West Seventh Street
Reserve, Louisiana 70084
Telephone:    (985) 536-1186
Facsimile:     (985) 536-6445