UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                CIVIL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                               MDL NO:     07-01873

                                                   SECTION: "N" (4)

## ORDER

On November 11, 2007, the Plaintiffs filed a **Motion for Leave to File Amended Complaint (R. Doc. 2)**. The motion was set for hearing on November 21, 2007, before the undersigned magistrate judge. On November 11, 2007, United States District Court Judge Kurt D. Engelhardt ("Judge Engelhardt") issued Pretrial Order #1 (R. Doc. 5), applicable to all further proceedings in this consolidated case. In the Order, Judge Engelhardt specified that:

> Pending the initial conference and further orders of this Court, all outstanding discovery proceedings are stayed, and no further discovery shall be initiated. Moreover, all pending motions must be refiled in the master docket case and renoticed for resolution on a motion day or days after the Court's initial conference herein.

(R. Doc. 5, pp. 3-4.)

Accordingly, the Plaintiffs' **Motion for Leave to File Amended Complaint (R. Doc. 2)** is

**DENIED WITHOUT PREJUDICE** pursuant to Judge Engelhardt's pretrial order. The issue will

be discussed at the initial pretrial conference before Judge Engelhardt on January 18, 2007.

New Orleans, Louisiana, this __21st__ day of November 2007

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**