UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO
CASE NO. 07-7494

## ORDER

The Court has reviewed the Motion for Preliminary Injunction (Rec. Doc. 8), the Motion for Oral Argument and Evidentiary Hearing (Rec. Doc. 10), and the Request for Expedited Hearing (Rec. Doc. 11). It appears to the Court that much of the requested relief fails to suggest the prevention of irreparable harm, i.e., is related to discovery, expert testing in due course, or pertaining to compensable damages after trial on the merits, all of which are topics that may be discussed at the January 18, 2008 status conference. Accordingly,

**IT IS ORDERED** that on or before **Wednesday, November 28, 2007 at noon** the movant shall file a memorandum stating with specificity what particular relief is necessary to prevent irreparable harm between now and the January 18, 2008 conference.

New Orleans, Louisiana, this 20th day of November, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**