

LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

November 16, 2007

**Via Facsimile: (504) 589-4457 and U.S. Mail**
Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, Louisiana 70130

  Re: Request for Addition of Counsels' Names and Information on
     Panel Attorney Service List
     *In Re FEMA Formaldehyde Products Liability Litigation*
     MDL NO. 1873
     Section "N" (4)
     Pertains to Docket No. 07-5709
     *Joseph M. Pujol, et al v. Pilgrim International, Inc., et al*

Dear Clerk Whyte:

  Pursuant to paragraph 6 contained in Pretrial Order # 1, please add the following undersigned to the Panel Attorney Service list:

1. Hugh P. Lambert (La. Bar No. 7933)
   Lambert and Nelson, PLC
   701 Magazine Street
   New Orleans, Louisiana 70130
   Telephone: (504) 581-1750
   Facsimile: (504) 529-2931
   Email: hlambert@lambertandnelson.com

2. Linda J. Nelson (La. Bar No. 9938)
   Lambert and Nelson, PLC
   701 Magazine Street
   New Orleans, Louisiana 70130
   Telephone: (504) 581-1750
   Facsimile: (504) 529-2931
   Email: lnelson@lambertandnelson.com

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____



Loretta G. Whyte
November 16, 2007
Page 2 of 2

      3.      E. Alexis Bevis (La. Bar No. 29091)
            701 Magazine Street
            New Orleans, Louisiana 70130
            Telephone: (504) 581-1750
            Facsimile: (504) 529-2931
            Email: alexis@lambertandnelson.com

If you have any questions regarding the foregoing, please do not hesitate to contact me or my paralegal, Candace.

With best regards, I remain

            Very truly yours,

           LINDA J. NELSON

LJN/cdc

cc:

| Name | Delivery |
|---|---|
| Gerardo R. Barrios, Esq. | (Via Facsimile Only: (985) 819-6716) |
| Daniel E. Becnel, Jr., Esq. | (Via Facsimile Only: (985) 536-6445) |
| Brandon K. Black, Esq. | (Via Facsimile Only: (225) 248-3128) |
| Paul A. Dominick, Esq. | (Via Facsimile Only: (843) 720-1777) |
| Forest River, Inc. | (Via U.S. Mail Only) |
| Lyon H. Garrison, Esq. | (Via Facsimile Only: (504) 527-0686) |
| Ernest P. Gieger, Jr., Esq. | (Via Facsimile Only: (504) 561-1011) |
| Ryan Estes Johnson, Esq. | (Via Facsimile Only: (225) 248-3080) |
| Christine Lipsey, Esq. | (Via Facsimile Only: (225) 343-3076) |
| Thomas G. O'Brien, Esq. | (Via Facsimile Only: (504) 566-0210) |
| Roy J. Rodney, Jr., Esq. | (Via Facsimile Only: (504) 483-2259) |
| Jerry L. Saporito, Esq. | (Via Facsimile Only: (504) 529-5434) |
| Timothy D. Scandurro, Esq. | (Via Facsimile Only: (504) 529-6199) |
| Jacqueline Coleman Snead, Esq. | (Via U.S. Mail Only) |
| Starcraft | (Via U.S. Mail Only) |
| John S. Tharp, Esq. | (Via Facsimile Only: (225) 346-8049) |
| Thoroughbred Industries | (Via U.S. Mail Only) |