**GARNER & MUNOZ**
ATTORNEYS AT LAW
1010 COMMON STREET, SUITE 3000
NEW ORLEANS, LOUISIANA 70112-2411
(504) 581-7070
Fax (504) 581-7083
E-mail: jgm@g-mlaw.com

JOHN G. MUNOZ

DAN C. GARNER
(1935-1993)

OF COUNSEL
T. RANDOLPH RICHARDSON
E-mail: trichar994@aol.com

R. TODD SMITH
ABA Certified ParaLegal

November 14, 2007



Ms. Loretta G. Whyte
US District Court Clerk
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE:   Culler, et al v. Gulf Stream, et al
      No.: 2:07-4018

      Consolidated with

      Hilliard, et al v. United States of America, et al
      No.: 2:06-2576

Dear Ms. Whyte:

I represent Plaintiffs Jerome Culler, et al, in *Culler, et al v. Gulf Stream, et al*, C.A. No. 2:07-4018. That action was consolidated into *Hilliard, et al v. United States of America, et al*, C.A. No. 2:06-2576. All of those actions are now a part of *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873.

I was not listed on the Panel Attorney Service List, which was set out in Schedule B to the Court's November 6, 2007, Pretrial Order #1. Pursuant to paragraph 6 of that Order, I request that I be added to the List.

Additionally, Anthony G. Buzbee and Peter K. Taaffe of the Buzbee Law Firm are my co-counsel in the Culler matter. Pursuant to paragraphs 6 and 11 of the Order, I request that they be added to the Panel Attorney Service List and that they be admitted to pro hac vice in this proceeding. Enclosed is a copy of certificates of good standing for each of them from the Southern District of Texas.

Pursuant to the Order, all current members of the Panel Attorney Service List are being copied on this request.

___ Fee _____
___ Process _____
 X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____

**GARNER & MUNOZ**

Loretta G. Whyte
November 14, 2007
Page 2

I appreciate your assistance and please let me know if you have any questions.

Yours very truly,

JOHN G. MUNOZ

JGM/aa

cc:
Gerardo R. Barrios
Baker, Donelson, Bearman, Caldwell & Berkowtiz
3 Sanctuary Blvd., Suite 201
Mandeville, LA 70471
FAX: (985) 819-6716

Daniel E. Becnel, Jr.
Becnel Law Firm, LLC
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084
FAX: (985) 536-6445

Brandon K Black
Jones, Walker, Waechter, et al.
8555 United Plaza Boulevard, 5th Floor
Baton Rouge, LA 70809
FAX: (225) 248-3128

Anthony Buzbee
The Buzbee Law Firm
1910 Ice & Cold Storage Bldg.
104 21st St. (Moody)
Galveston, TX 77550-1617

GARNER & MUNOZ

**Loretta G. Whyte**
**November 14, 2007**
**Page 3**

---

Paul A. Dominick
Nexsen Pruet, LLC
205 King Street, Suite 400
PO BOX 486
Charleston, SC 29401
FAX: (843) 720-1777

Forest River
1025 East Waterford Street
Wakarusa, IN 46573

Lyon H. Garrison
Preston Law Firm LLP
909 Poydras Street, Suite 2400
New Orleans, LA 70112
FAX: (504) 527-0686

Ernest P. Gieger, Jr.
Gieger, Laborde & Laperouse, LLC
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, LA 70139-4800
FAX: (504) 561-1011

Ryan Estes Johnson
Jones, Walker, Waechter, et al.
Four United Plaza
8555 United Plaza Boulevard, 5th Floor
Baton Rouge, LA 70809-7000
FAX: (225) 248-3080

Christine Lipsey
McGlinchey Stafford, PLLC
One American Street, 14th Floor
Baton Rouge, LA 70825
FAX: (225) 343-3076

**GARNER & MUNOZ**

**Loretta G. Whyte**
**November 14, 2007**
**Page 4**

---

Thomas G. O'Brien
Adams & Reese, LLP
One Shell Square, Suite 4500
701 Poydras Street
New Orleans, LA 70139
FAX: (504) 566-0210

Roy J. Rodney, Jr.
Rodney & Etter
620 North Carrollton Avenue
New Orleans, LA 70119
FAX: (504) 483-2259

Jerry L. Saporito
Saporito Law Firm, LLC
639 Loyola Avenue
Suite 2100, New Orleans, LA 70113
FAX: (504) 529-5434

Timothy D. Scandurro
Scandurro & Layrisson, LLC
607 St. Charles Avenue
New Orleans, LA 70130
FAX: (504) 529-6199

Jacqueline Snead
U.S. Dept. of Justice-Federal Programs Branch
20 Massachusetts Avenue N.W.
Room 7214
Washington, DC 20530
FAX: (202) 514 3418

Starcraft
P.O. Box 458
Topeka, IN 46571

**GARNER & MUNOZ**

**Loretta G. Whyte**
**November 14, 2007**
**Page 5**

---

Peter Taaffe
The Buzbee Law Firm
1910 Ice & Cold Storage Bldg.
104 21st St. (Moody)
Galveston, TX 77550-1617


John S. Tharp
Taylor, Porter, Brooks & Phillips
P.O. Box 2471
451 Florida Street, 8th Floor
Baton Rouge, LA 70821-2471
FAX: (225) 346-8049


Thoroughbred Industries
6902 Brackenwood Court
Fort Wayne, IN 46835

# CERTIFICATE OF GOOD STANDING



UNITED STATES OF AMERICA § § §
SOUTHERN DISTRICT OF TEXAS

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Peter K. Taaffe** Federal ID No. 22675 duly admitted to practice in said Court on **December 11, 1998** and is in good standing as a member of the bar of said Court.

Dated November 9, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _Ebonee Spencer_
Ebonee Spencer
Deputy Clerk

# CERTIFICATE OF GOOD STANDING



UNITED STATES OF AMERICA  §
  §
SOUTHERN DISTRICT OF TEXAS  §

I,  MICHAEL N. MILBY,  Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Anthony G. Buzbee** Federal ID No. 22679 duly admitted to practice in said Court on **September 08, 1998** and is in good standing as a member of the bar of said Court.

Dated  November 9, 2007  at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _Ebonee Spencer_
Ebonee Spencer
Deputy Clerk