UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>        FORMALDEHYDE<br>        PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION" "N" (4) |
| "This Document Relates to All Cases" | Judge Engelhardt<br>Mag. Judge Roby |

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF ANTHONY G. BUZBEE TO THE PLAINTIFF'S STEERING COMMITTEE

Anthony G. Buzbee files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter and respectfully requests that the Court appoint him to serve on the Plaintiffs' Steering Committee.

                Respectfully submitted,

                **GARNER & MUNOZ**
                1010 Common Street, Suite 3000
                New Orleans, Louisiana
                Tel: (504) 581-7070
                Fax: (504) 581-7083


                s/ John G. Munoz
                JOHN G. MUNOZ - #9830

>THE BUZBEE LAW FIRM
>Anthony G. Buzbee
>Texas Bar No. 24001820
>Peter K. Taaffe
>Texas Bar No. 24003029
>1910 Ice Cold Storage Building
>104 21st (Moody)
>Galveston, Texas 77550
>Tel.: (409) 762-5393
>Fax: (409) 762-0538

## **C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 27TH day of November, 2007 to any non-CM/ECF participants.

>s/ John G. Munoz
>JOHN G. MUNOZ