**ANTHONY G. BUZBEE**
**The Buzbee Law Firm**
104 21st Street (Moody)
Galveston, Texas 77550
(409) 762-5383
(409) 762-0538 Fax
**tbuzbee@txattorneys.com**

I respectfully request that the Court appoint me to the Plaintiffs' Steering Committee on this important case. Our firm has been working on this matter for almost a year. We have committed a large number of our staff to this project, and have already spent literally thousands and thousands of dollars. Notably, we have over 3,000 clients from Louisiana, Mississippi, and Texas; we have filed one case with over 500 Plaintiffs in Federal Court in New Orleans. We also have other state court actions pending in Texas and Mississippi. As the Court will learn, unlike several of the other attorneys seeking appointment, our firm has been pursuing our clients' cases individually. Further, we have not sued FEMA, and we have not sought class action treatment. Importantly, we are the only firm in the United States to actually test a significant number of our clients' trailers (over 500) for the presence of formaldehyde. A brief resume follows:

**PROFESSIONAL**
The Buzbee Law Firm, Galveston, Texas.  Lead trial firm of nine attorneys, with offices in Galveston and Edinburg, Texas.

Notable experience:

    Lead counsel in ground breaking antitrust, wage-fixing, class action, representing thousands of offshore workers who claimed that the offshore drilling industry had conspired to suppress wages.  Negotiated $75 million class settlement, and obtained court approval.

    Lead counsel for class of maritime workers bringing claims against their employer relating to asbestos exposure. Negotiated class-wide settlement and obtained court approval.

    Lead counsel on multiple party antitrust case brought on behalf of payphone operators against Southwestern Bell.  Negotiated confidential settlement.

    Represented over 160 workers injured at the 2005 explosion at BP facility in Texas City, the most fatal industrial accident in United States history.  Served on the Plaintiff's Steering Committee; multiple million settlement.

    Representing over 100 contract workers allegedly exposed to Hydrogen Sulfide in the Texas City BP plant.

    Representing putative class of Wal-Mart Employees on wage claims in pending lawsuit.

    Representing putative class of MetLife policy holders.

Represented consumer classes involving Qray bracelets and coral calcium supplements.

Represented ten out of approximately thirty offshore workers who were injured when a jack-up rig collapsed off the Coast of Louisiana.

Selected to represent as lead counsel Spain's Basque Country in its claims brought against a marine classification society relating to sinking of the oil tanker *Prestige,* the largest oil spill in Spanish history.

Selected to represent as lead counsel the Port of Galveston in contract case involving multimillion dollar recovery for Port.

Obtained first Texas jury verdict against Ford, finding liability on stability issues alone in Ford Explorer. Verdict in excess of $16 million.

Obtained $6.2 million verdict against offshore services firm, uncovering a deadly problem with drill pipe mismatches, leading to significant changes in the industry.

Represented dry cleaner owner burned because of defective dry cleaning product, leading to a confidential, multimillion dollar settlement, and product recall to fix the defective product.

Represented family of woman burned to death as a result of alleged defective valve in gas meter, resulting in a policy change in local utility.

Represented more than 250 individual maritime and oil and gas industry workers.

Numerous bench and jury trials.  Has recorded highest bench and jury verdict in the Galveston Division of the Southern District of Texas.

Previous firms:       Susman & Godfrey, L.L.P., Houston, Texas

Clerkship:    United States District Court, Southern District of Texas,

Military:     Captain, United States Marine Corps, Infantry and Recon Officer.  Service in Persian Gulf and Somalia.

**EDUCATION**
Texas A&M University, at College Station

University of Houston Law Center, Summa Cum Laude, #2 in class

Houston Law Review, Managing Editor

Class Captain

    Order of the Coif

    Order of the Barristers

    Order of the Barons

**COMMUNITY SERVICE/OTHER**
    Board of Directors of Hometown Bank, which has branches across Galveston and Brazoria Counties.
    Board of Directors, The Jesse Tree, a nonprofit organization that assists the homeless and those in need in Galveston and Brazoria counties.

    Board of Visitors, Texas A&M Galveston

    Former Director, University of Houston Law Alumni Foundation.

    Named to various "Best Lawyers" lists; named one of top five lawyers in Texas for Plaintiff's commercial litigation, by Texas Lawyer Magazine.

**PUBLICATIONS**
    *When Arbitrable Claims Are Mixed with Nonarbitrable Claims, What's a Court to Do?*, Law Review, South Texas College of Law
    *Who Will Speak for the Teachers?*, Houston Law Review

    *Venue Transfer in Federal Court*, Houston Lawyer


**PERSONAL**
Married to Zoe Buzbee for seventeen years; four children


    As the Court can see from my resume, I have been involved in numerous multi-party cases. Because of our successes, we have the financial wherewithal to take this matter to a successful conclusion. We also have more than ample staff to litigate this case; indeed, we have already "ramped up" to ensure we have adequate staffing. Finally, we welcome the opportunity to work cooperatively with the other attorneys involved, as we have done in the past. I respectfully request that the Court appoint me to the Committee.