UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GAYNELL P. HUNT CURLEY | * | CIVIL ACTION NO.: 07-7389 |
| VERSUS | * | SECTION: N |
| UNITED STATES OF AMERICA; | * | MAGISTRATE: 4 |
| FLEETWOOD ENTERPRISES, INC.; | | |
| FLEETWOOD CANADA, LTD.; | * | Relates To All Cases: 07-MDL-1873 |
| AND OTHER, AS YET NAMED | | IN RE FEMA TRAILER |
| TRAVEL TRAILER VENDORS TO | * | FORMALDEHYDE PRODUCTS |
| THE FEDERAL EMERGENCY | | LIABILITY LITIGATION |
| MANAGEMENT AGENCY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NOTICE OF FILING APPLICATION FOR APPOINTMENT OF
ROBERT M. BECNEL TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES, Robert M. Becnel, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully submitted,

s/Robert M. Becnel
ROBERT M. BECNEL #14072
425 West Airline Highway
Suite B
LaPlace, LA 70068
(985) 651-6101

CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ESF system which will send a notice of electronic filing to all counsel of records.

s/ Robert M. Becnel
ROBERT M. BECNEL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GAYNELL P. HUNT CURLEY | * | CIVIL ACTION NO.: 07-7389 |
| VERSUS | * | SECTION: N |
| UNITED STATES OF AMERICA; | * | MAGISTRATE: 4 |
| FLEETWOOD ENTERPRISES, INC.; | | |
| FLEETWOOD CANADA, LTD.; | * | Relates To All Cases: 07-MD-1873 |
| AND OTHER, AS YET NAMED | | IN RE FEMA TRAILER |
| TRAVEL TRAILER VENDORS TO | * | FORMALDEHYDE PRODUCTS |
| THE FEDERAL EMERGENCY | | LIABILITY LITIGATION |
| MANAGEMENT AGENCY | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ROBERT M. BECNEL, ESQ.
425 WEST AIRLINE HIGHWAY, SUITE B
LAPLACE, LA 70068
PHONE: (985) 651-6101
FAX: (985) 651-6104

RESIDENCE: 1636 VALENCE STREET
NEW ORLEANS, LA 70115

BACHELOR OF ARTS, LOYOLA UNIVERSITY 1971
LAW DEGREE, SOUTHERN UNIVERSITY LAW CENTER 1984
LOUISIANA STATE BAR NO. 14072

**APPLICATION AND AFFIDAVIT OF ROBERT M. BECNEL
TO THE PLAINTIFF'S STEERING COMMITTEE
FOR FEMA FORMALDEHYDE PRODUCTS LIABILITY LITIGATION
MDL NO. 07-1873, SECT. N (4) (E.D.LA.)**

I am a member of the Louisiana Association of Justice, American Association of Justice and Vice President of the 40th Judicial District Bar Association. I have served as Chairman of the Indigent Defender Board of the 40th Judicial District Court for six years and am currently in my

10th year serving as Assistant District Attorney in St. John the Baptist Parish specializing in high profile drug cases. I also serve as a Special Prosecutor (homicides) for Orleans Parish.

My practice is primarily focused on personal injury, especially in class action litigation. I was actively engaged in the 1988 Shell Oil explosion in St. Charles Parish which resulted in a settlement of $172,000,000.00 (one hundred seventy-two million dollars) in 1992. Additionally, I was a member of the Koch Nitrogen Class Action PSC Committee in St. Charles Parish which settled in 1998 for $35,000,000.00 (thirty-five million dollars), the Occidental Class Action PSC in St. Charles Parish, Monsanto Class Action PSC (Release - May 4, 2000) St. Charles Parish, PSC Member Cytec Melamine and Ammonia Release (January 5, 1999) St. Charles Parish, PSC Member Gasoline Products Liability litigation, In Re: High Sulfur Content MDL No.1632 Eastern District, Louisiana, which settled in excess of $100,000,000.00 (one-hundred million dollars) PSC Member, Kaiser Explosion in St. James Parish (Explosion - July 5, 1999), PSC Member In Re: Train Derailment at Amite, U.S.D.C., EDLA No. 1531 "A" and worked on the Gaylord Explosion in Bogalusa. I am a member of the PSC and represent numerous victims in the Mother's Day Custom Bus Crash in May1999 in New Orleans, PSC Member In Re: Katrina Canal Breaches Consolidated Litigation, MRGO and Levee Cases, U.S.D.C., EDLA No. 05-4182 "K". On a national level, I am deeply involved in and represent numerous clients in the Baxter, Bristol Meyer Squib, and Dow Corning Breast Implant litigation MDL No. 926, Norplant (birth control device litigation) MDL No. 1038, Fen-Phen Diet Drug litigation MDL No. 1203, Rezulin (Diabetes II) litigation, Propulsid (anti-acid) litigation MDL No. 1355, as well as Vioxx MDL No. 1657 which recently settled for 4.85 billion dollars, Meridia and Serozone Products MDL No. 1477, Baycol Products litigation No. 1431, Neurontin Marketing and Sales Practices

litigation MDL No. 1629 and Welding Rod litigation MDL No.1538. I have the requisite ability, time and financial resources to commit to this litigation.

Sincerely,

Robert M. Becnel

Sworn to and subscribed before me, on this __27__ day of __November__, 2007.

_____  __22943__
Notary Public            Bar Number

__Darryl Becnel__
Print Name