UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE FEMA TRAILER PRODUCTS LIABILITY LITIGATION** | **MDL DOCKET 1873** |
| | **SECTION "N" (4)** |
| **This Document Relates to:** *Hillard v. U.S., et al.*, **Suit No. 06-2576** | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

### RE-FILED MOTION TO DISMISS AND/OR STRIKE CLAIMS FOR CLASS ACTION RELIEF BY DEFENDANTS STARCRAFT RV, INC. AND PILGRIM INTERNATIONAL, INC.

Defendants Starcraft RV, Inc. and Pilgrim International, Inc. (collectively "Starcraft and Pilgrim") move to dismiss and/or strike the plaintiffs' claims for class action relief pursuant to Federal Rules 12(b)(6) and 12(f).[1] As explained in the supporting memorandum, plaintiffs have failed to move for certification within the 90-

---

[1] Starcraft and Pilgrim have resubmitted this motion pursuant to the Court's November 6, 2007 order. *See* Rec. Doc. No. 5, p. 4. Starcraft and Pilgrim previously filed this motion in the *Hillard* lawsuit, Rec. Doc. No. 145. The parties fully briefed the motion and Judge Lemmon heard oral argument on May 16, 2007. *See* Rec. Doc. No. 158. Approximately one week after the argument, while the motion was still under submission, Judge Lemmon transferred *Hillard* to Judge Beer. *See* Rec. Doc. No. 159.

{B0439348.1}

day deadline established in Uniform Local Rule 23.1 or to seek an extension within that time-period.   Consequently, Starcraft and Pilgrim seek dismissal of the plaintiffs' class action claims in their entirety.

        Respectfully submitted,

        /s/ Ryan E. Johnson
        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        8555 United Plaza  Blvd., 5th floor
        Building Four
        Baton Rouge, LA  70809
        Telephone: (225) 248-2000
        Facsimile:  (225) 248-3080

         -and-

        Nan Roberts Eitel (La. Bar No. 19910)
        Madeleine Fischer (La. Bar No. 5575)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        *Attorneys for Defendants Starcraft RV, Inc. and Pilgrim International, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on this day a true and correct copy of the foregoing motion on behalf of Starcraft RV, Inc. and Pilgrim International, Inc. was filed electronically using the CM/ECF system. Notice of this filing will be sent to the Panel Service List and counsel through the court's electronic filing system:

    Baton Rouge, Louisiana this 29th day of November, 2007.

_____
Ryan E. Johnson