UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE FEMA TRAILER PRODUCTS LIABILITY LITIGATION | MDL DOCKET 1873 |
| | SECTION "N" (4) |
| This Document Relates to: *Hillard v. U.S., et al.*, Suit No. 06-2576 | JUDGE ENGELHARDT |
| | MAG. JUDGE ROBY |

NOTICE OF HEARING

Please take notice that on **January 30, 2008, at 10:00 a.m.**, the Motion to Dismiss and/or Strike Claims for Class Action Relief re-filed by defendants Starcraft RV, Inc. and Pilgrim International, Inc., is set for hearing before Judge Kurt D. Engelhardt, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

*/s/ Ryan E. Johnson*

_____
JAMES C. PERCY (10413)
RYAN E. JOHNSON (26352)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
8555 United Plaza Boulevard, 5th Floor
Building Four
Baton Rouge, LA 70809
Telephone:  (225) 248-2000
Fax:  (225) 248-3080

- and –

MADELEINE FISCHER (5575)
NAN ROBERTS EITEL (19910)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th Floor
New Orleans, LA 70170-5100
Telephone: (504) 582-8000
Fax: (504) 589-8208

Attorneys for Defendants KZRV, LP,
Starcraft RV, Inc., and Pilgrim International,
Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true and correct copy of the foregoing notice on behalf of Starcraft RV, Inc. and Pilgrim International, Inc. was filed electronically using the CM/ECF system. Notice of this filing will be sent to the Panel Service List and also to counsel through the court's electronic filing system.

Baton Rouge, Louisiana this 29th day of November, 2007.

_____
Ryan E. Johnson

{B0439483.2}                                2