# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:      FEMA TRAILER                      MDL No.: 1873
                FORMALDEHYDE
                PRODUCTS LIABILITY LITIGATION

SECTION: "N" (4)

**This Document Relates to All Cases**            Judge Engelhardt
                Magistrate Judge Roby

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF LINDA J. NELSON TO THE PLAINTIFFS' STEERING COMMITTEE

Linda J. Nelson files the attached Application for Appointment to the Plaintiffs'

Steering Committee in the above captioned matter and respectfully requests that the

Court appoint her to serve on the Plaintiffs' Steering Committee.

Respectfully submitted,

**LAMBERT and NELSON, PLC**
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Fascsimile: (504) 529-2931

/s/ Linda J. Nelson
LINDA J. NELSON (Bar Roll No.: 9938)

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re:    **FEMA TRAILER**               **MDL No. 1873**
          **FORMALDEHYDE**
          **PRODUCTS LIABILITY LITIGATION**    **SECTION: "N" (4)**

**This Document Relates to: All Cases**    **Judge Engelhardt**
                                            **Mag. Judge Roby**

## <u>MOTION TO BE APPOINTED TO PLAINTIFFS' STEERING COMMITTEE</u>

NOW INTO COURT, comes Linda J. Nelson, Esq. of Lambert and Nelson, PLC, attorney for Plaintiffs, Joseph M. Pujol, Stephanie G. Pujol, Joseph M. Pujol and Stephanie G. Pujol, on behalf of their minor children, Jessica R. Pujol and Jill N. Pujol, Sean G. Thomas, Phuong K. Thomas, Sean G. Thomas and Phuong K. Thomas, on behalf of their minor child, Elizabeth L. Nguyen, who hereby requests that this Honorable Court appoint her to the Plaintiffs' Steering Committee for purposes of and to facilitate motion practice, discovery, case management, investigation, securing evidence, discovery, and other matters relating to the prosecution of this class action and consolidated actions and/or other matters that may be ordered by the Court from time to time or as may develop in the Court of these proceedings, for the following reasons to-wit:

1.

Mover, Linda J. Nelson, Esq., and the firm of Lambert and Nelson, PLC, are highly experienced in the prosecution of mass torts and class actions, including class actions involving dangerous and hazardous chemical releases, and have participated in numerous class action cases in both state and federal courts throughout the United States. Mover received her Juris Doctorate from Loyola University School of Law in 1977 where she was a Member of the Loyola Law Review. Mover is available and willing to commit to this time-consuming project, has the ability to work cooperatively with others, and has the professional experience necessary to handle this type of litigation.

1

2.

The Law Firm of Lambert and Nelson, PLC was established in 1977.  The firm consists of three attorneys, Hugh P. Lambert, Linda J. Nelson, and E. Alexis Bevis, with a large support staff of paralegals, secretaries, and an in-house courier service.

3.

Lambert & Nelson, PLC served as Chair of the Science and Expert Committee in the matter entitled Patrick Turner, et al v.  Murphy Oil USA, Inc., United States District Court for the Eastern District of Louisiana, Case No. 05-4206 and was asked to take a large role in the Class Certification Hearing recently conducted in United States District Court for the Eastern District of Louisiana on January 12-13, 2006.  This matter was recently resolved for Three Hundred Thirty-Three Million Dollars ($330,000,000.00) plus  Thirty-Three Million Seven Hundred Forty-Six Thousand Two Hundred Forty-One Dollars and Eighty-Eight Cents ($33,746,241.88) in attorneys' fees.

4.

Linda J. Nelson, Esq. and Hugh P. Lambert, Esq. of Lambert & Nelson, PLC participated as co-counsel in Anthony Talalai, et al v. Cooper Tire & Rubber Co. in Superior Court, Middlesex County, New Jersey before the Honorable Judge Marina Corodemus.  The settlement was valued by the court at between $1 billion ($1,000,000,000.00) and $3 billion ($3,000,000,000.00) in benefits to class members.

Linda J. Nelson, Esq., and Hugh P. Lambert, Esq. were also instrumental in the settlement and disbursement of the matter entitled Kent Acosta, et al v. Georgia Gulf Corporation, et al in the United States District Court, Middle District of Louisiana which was resolved for an amount in excess of One Hundred Fifty Million Dollars ($150,000,000.00).

Additionally, Lambert & Nelson, PLC was one of five (5) class counsel in the matter entitled Gracie S. Atkins, et al v. Harcros Chemicals, Inc.  The claim involved a New Orleans area

pesticide plant and involved approximately 3,800 claimants.  It was resolved for an amount in excess of Fifty One Million Dollars ($51,000,000.00).

Lambert & Nelson, PLC has also served as lead trial counsel in other large toxic tort claims in various other states.  Linda J. Nelson, Esq. and Hugh Lambert, Esq. also served as liaison counsel in the M/V Brightfield/ Riverwalk disaster having been appointed by Chief Judge Morey L. Sear, United States District Court, Eastern District of Louisiana, in that capacity.

Lambert & Nelson, PLC is currently serving as co-lead counsel in multi-district litigation involving cases filed in nine states in connection with actions involving Push-In Electrical Receptacles which may present a public health hazard to consumers throughout the United States.

Lambert and Nelson, PLC is also serving as one of the seven (7) firms on the Plaintiffs' Master Committee in the In Re: Katrina Canal Breaches Consolidated Litigation currently pending before the Honorable Judge Stanwood Duval in the Eastern District of Louisiana.

5.

Linda J. Nelson, Esq. personally attended the coordination meeting called by Daniel E. Becnel, Esq. And held on November 15, 2007 in LaPlace, Louisiana where a full discussion of the current status of the litigation was had.

**WHEREFORE**, Mover respectfully requests that she be appointed to the Plaintiffs' Steering Committee so that she can adequately represent the interests of the Consolidated Plaintiffs and putative class members.

Respectfully submitted,

LINDA J. NELSON (#9938)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Counsel for Plaintiffs, Joseph M. Pujol, et al

3

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this 29th day of November, 2007 served a copy of the foregoing via the Court's CM/ECF electronic filing system.

LINDA J. NELSON, ESQ.