UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                 SECTION "N"  (4)

THIS DOCUMENT RELATES TO
CASE NO. 07-7494

## ORDER

The Court has reviewed the Response and Supplemental Memorandum in Support of Motion for Preliminary Injunction (Rec. Doc. 22).

In response to Plaintiffs' request to amend the Complaint to name the Federal Emergency Management Agency ("FEMA") and its Administrator, R. David Paulison, as additional defendants, the Court intends to allow these amendments. The amendment process will be discussed at the January 18, 2008 status conference. Thus,

**IT IS ORDERED** that FEMA and Paulison shall have counsel present at the upcoming status conference.

**IT IS FURTHER ORDERED** that FEMA and Paulison shall respond in writing to the Supplemental Memorandum in Support of Motion for Preliminary Injunction **on or before Monday, December 17, 2007.** In this response, FEMA and Paulison shall, at the very least, set forth a detailed plan for testing the FEMA trailer units and, if necessary, for providing alternative housing for the trailer residents.

The Court will take this matter under advisement as soon as the response is filed

by FEMA and Paulison.  No oral argument will take place on December 19, 2007 unless otherwise ordered by the Court.

    New Orleans, Louisiana, this 29th day of November, 2007.

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**