UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * | CIVIL ACTION 2:07-MD-1873 |
| | * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO: ALL CASES | * | MAGISTRATE ROBY - MAG. 4 |

*************************************************************************

NOTICE OF FILING OF
APPLICATION OF JOHN K. ETTER
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes John K. Etter, counsel for plaintiffs, Decarlo McGuire, et al and plaintiffs, Kimberly Nelson, et al, and notifies all counsel and the Court that John K. Etter has filed the attached application for appointment to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation, and respectfully requests that this Honorable Court appoint him to serve on the Plaintiffs' Steering Committee.

Respectfully submitted,

 /s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via this Court's electronic filing system. Signed this 30th day of November, 2007.

           /s/ John K. Etter
           JOHN K. ETTER