UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER         * | CIVIL ACTION 2:07-MD-1873 |
|         FORMALDEHYDE PRODUCTS | |
|         LIABILITY LITIGATION    * | |
|                                                     * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:    ALL CASES    * | MAGISTRATE ROBY - MAG. 4 |

**************************************************************************

### APPLICATION OF JOHN K. ETTER
### FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**NOW INTO COURT**, comes John K. Etter, counsel for plaintiffs, Decarlo McGuire, et al and plaintiffs, Kimberly Nelson, et al, and, pursuant to Section 16 of this Court's Pretrial Order #1, requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation. I hereby represent that I, and the Rodney & Etter law firm, can and will commit time and resources to this litigation, will work cooperatively with the other attorneys involved in this litigation, and have experience in complex litigation involving toxic exposures, claims against government entities, and class actions.

**Individual Qualifications**

I graduated from Swarthmore College with a Bachelor of Science degree in Engineering in 1979. Between 1979 and 1994, I was an engineer and manager for computer and medical equipment companies, in the areas of manufacturing engineering, quality engineering, reliability engineering, international products, marketing, and regulatory affairs. I obtained Food and Drug Administration,

safety agency and foreign approvals for medical devices and served as the United States delegate to the International Electro-Technical Commission high-frequency surgical equipment sub-committee, IEC 601-202. I am also a registered professional engineer (Colorado).

In 1997, I obtained a juris doctor degree from Tulane University Law School, and am admitted to Louisiana state courts and federal courts for the Eastern, Western and Middle Districts of Louisiana, and U.S. Fifth and Sixth Circuit Courts of Appeal.   I am also a Patent Attorney.

**Firm Qualifications**

The Rodney & Etter Law Firm of New Orleans and Lafayette, Louisiana has represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters, and intellectual property litigation. We have been counsel to local and state governments, foreign countries, corporations, and individuals.

Rodney & Etter has experience and success in litigating civil rights, discrimination, and voting rights claims on behalf of the New Orleans African-American community, including litigating on behalf of New Orleans residents displaced by Hurricane Katrina.  We have litigated complex toxic tort cases, including motion practice, class certification, and trials.  Our attorneys are trained and experienced in scientific and engineering methods and procedures, which are particularly relevant to the chemical exposure and toxicology issues in this litigation.

**Specific Qualifications as Relating to This Litigation**

On August 4, 2006, our firm filed  *DeCarlo McGuire, et al vs Gulf Stream Coach, Inc., et al*, C.A. No. 2:06-5659. The following year, we filed *Kimberly G. Nelson, etc. v. Gulf Stream Coach, Inc., et al.,* C.A. No. 6:07-921 in the Western District of Louisiana, which triggered consolidation of the pending formaldehyde cases.  I was one of four attorneys who personally traveled to New York to participate in the hearing before the MDL panel.  We have communicated and met with all

plaintiffs' counsel in the consolidated formaldehyde cases.

Our firm has consulted with experts in environmental toxicology, including Stephen Mullet, an EPA Certified Recreational Vehicle Industry Expert, Tracey Dodd, an expert in risk assessment and environmental health, and Dr. Scott Needle, who testified on behalf of the American Academy of Pediatrics at the July 19, 2007 House Committee on Oversight and Government Reform hearing, which one of our associates attended. We have had extensive contact with advocacy groups concerning their formaldehyde testing and investigations.

**In conclusion**, John Etter and the Rodney & Etter law firm have professional experience in complex, chemical exposure and class action litigation, and are committed to devoting time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee, and respectfully pray that this Court appoint John K. Etter to the Plaintiffs' Steering Committee.

Respectfully submitted,

__/s/ John K. Etter____
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via this Court's electronic filing system. Signed this 30th day of November, 2007.

_____/s/ John K. Etter_____
JOHN K. ETTER