UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                                         MDL No. 1873
        FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION
                                                                             SECTION: "N" (4)

"This Document Relates to All Cases"                                         Judge Engelhardt
                                                                             Mag. Judge Roby

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF JERROLD S. PARKER TO THE PLAINTIFFS' STEERING COMMITTEE

   NOW COMES Jerrold S. Parker, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

                                        Respectfully submitted,


                                         /s/ JERROLD S. PARKER
                                        JERROLD S. PARKER. (#6865)
                                        PARKER WAICHMAN ALONSO LLP
                                        27399 Riverview Center Boulevard
                                        Bonita Springs, Florida  34134
                                        Telephone (239) 390-1000
                                        Facsimile (239) 390-1041

                                        111 Great Neck Road
                                        Great Neck, New York 11021
                                        Telephone (516) 466-6500
                                        Facsimile (516) 466-6665

APPLICATION FOR APPOINTMENT OF
JERROLD S. PARKER TO THE PLAINTIFFS' STEERING COMMITTEE

Our office began accepting clients in the Formaldehyde Litigation more than one year ago.  Our office has consulted with many different law firms from Louisiana, Texas, South Carolina, Mississippi and Florida concerning the Formaldehyde cases.

Our office has been involved in locating and retaining the world's greatest experts for this litigation, including Dr. John Doull of Kansas who authored the book "Cassarett & Doull's Toxicology, The Basic Science of Poisons"; Dr. Daniel Acosta, a Pharmacologist and Toxicologist from Cincinnati, Ohio; Dr. Suzanne Parisian, a Pathologist from Arizona and a former FDA Medical Officer ; Dr. Thaddeus Goddish of Ball State University, Muncie, Indiana; Professor Arthur Miller of Harvard Law School and New York University School of Law; and Professor Dane Ciolino, an expert in legal ethics.

Our office assisted in the preparation of the motion to the MDL Panel this litigation which was held before the  MDL Panel in New York which assigned the case to the Eastern District of Louisiana, U.S. District Judge Kurt D. Engelhardt.

Our office has been working with other law firms involved in this litigation exchanging information.  In addition, I have attended numerous conference calls and an in person meeting in LaPlace, Louisiana held on November 15, 2007.

I believe that my reputation for working cooperatively with plaintiff attorneys is evidenced by the fact that I and my firm have been involved in many major MDLs.  Among those in which I received committee appointments are the following:

MDL No. 907 – <u>In Re: Prozac Multi District Litigation.</u>  Appointed to the Executive Committee of the Plaintiff's Steering Committee.

MDL 1596 – <u>In Re Zyprexa Multi  District Litigation.</u>  Appointed to the Plaintiff's Steering Committee and Discovery Sub Committee.

MDL 1742 – <u>In Re Ortho Evra Products Liability Litigation.</u>  Appointed Executive Committee of the Plaintiff's Steering  Committee.

MDL 1842 -  <u>In Re Kugel Mesh Hernia Patch Products Liability Litigation</u>. Appointed to the Plaintiff's Steering Committee.

I was appointed to the New York State Diet Drug Steering Committee for Fen-Phen Litigation.

I served on the New York State Steering Committee for Rezulin Litigation.

Should the Court wish me to serve in any capacity on the Plaintiffs' Steering Committee, I can personally assure the Court I will work cooperatively as I have done in the past with attorneys from throughout the country.  In addition, my office has the financial ability and experience to properly fund this litigation and has the requisite personnel to assign to the litigation tasks that are necessary to bring this case to a timely and proper conclusion.

I would be honored if the Court gives me the opportunity to serve on the Plaintiffs' Steering Committee.  It is clear from the efforts I have expended and the tasks thus far accomplished in this litigation that I have sufficient time to dedicate to the prosecution of this case.  Moreover, my extensive experience and history of cooperation on similar committees speaks for itself, and supports the conclusion that I am highly qualified to serve on the Plaintiffs' Steering Committee in this MDL.