UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELDRIDGE N. KLIBERT | * | CIVIL ACTION #: 07-9073 |
| | * | |
| | * | |
| VERSUS | * | SECTION:   "N" |
| | * | |
| | * | MAGISTRATE:   4 |
| FLEETWOOD ENTERPRISES, INC.; | * | |
| FLEETWOOD CANADA, LTD.; | * | |
| AND OTHER, AS YET UNNAMED | * | |
| TRAVEL TRAILER VENDORS TO THE | * | |
| FEDERAL EMERGENCY | * | |
| MANAGMENT AGENCY | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

MOTION TO ENROLL AS CO-COUNSEL OF RECORD

On motion of Darryl Becnel, Attorney at Law, and on suggesting to the Court that he has been employed as counsel for plaintiff, Eldridge N. Klibert, in the above captioned cause, and that he desires to have Matthew B. Moreland enrolled as an attorney of record in this case.

BECNEL LAW FIRM, LLC
106 West 7th Street
P.O. Drawer H
Reserve, LA 70084
Phone No. (985) 536-1186
Fax No. (985) 536-6445


   /s/ Darryl J. Becnel
DARRYL J. BECNEL
Bar Assoc. No. 22943