UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELDRIDGE N. KLIBERT | * | CIVIL ACTION #: 07-9073 |
| | * | |
| VERSUS | * | SECTION: "N" |
| | * | |
| | * | MAGISTRATE:  4 |
| FLEETWOOD ENTERPRISES, INC.; | * | |
| FLEETWOOD CANADA, LTD.; | * | |
| AND OTHER, AS YET UNNAMED | * | |
| TRAVEL TRAILER VENDORS TO THE | * | |
| FEDERAL EMERGENCY | * | |
| MANAGMENT AGENCY | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

Considering the above and foregoing motion;

**IT IS ORDERED** by the Court that the name of Matthew B. Moreland, be entered on the record of the Court as attorney for plaintiff, Eldridge N. Klibert, in the above captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
JUDGE, UNITED STATES DISTRICT COURT