UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                               MDL No.  1873
        FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION
                                                   SECTION "N" (4)

"This Document Relates to All Cases"               Judge Engelhardt
                                                   Magistrate Judge Roby

# NOTICE OF FILING APPLICATION FOR APPOINTMENT OF
# PAUL A. DOMINICK TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Paul A. Dominick, Attorney at Law, who files the attached Application for

Appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

Respectfully submitted,


                                s/ Paul A. Dominick
                                _____
                                PAUL A. DOMINICK
                                RICHARD L. TAPP, JR
                                DENNIS J. LYNCH
                                NEXSEN PRUET, L.L.C.
                                P. O. BOX 486
                                CHARLESTON, SC  29402
                                (843) 577-9440
                                (843) 720-1777

1

SEAN K. TRUNDY
SEAN KEVIN TRUNDY, L.L.C.
P. O. BOX 41343
NORTH CHARLESTON, SC  29423
(843) 747-4424
(843) 747-4489

J. MICHAEL VERON (#7570)
J. ROCK PALERMO (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA  70602
(337) 310-1600
(337) 310-1601 (FAX)

**ATTORNEYS FOR Plaintiffs: Keith Hillard, Lisa Hillard for themselves and as legal guardians for: Gabriell Hillard, Keith Hillard, Jr., Christopher Hillard, and Cydney Hillard; Amy L. Bordelon; Betty Carter for herself and as legal guardian for April Carter, and William Carter, Jr.; Emmett Lusich, Jenny Lusich for themselves and as legal guardians for Summer Lusich and Lacey Lusich; and On Behalf of Themselves and All Others Similarly Situated**

December 4, 2007

Charleston, South Carolina

2