UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER　　　　　　　　　　　　　　　MDL No.  1873
　　　　FORMALDEHYDE
　　　　PRODUCTS LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

"This Document Relates to All Cases"　　　　　　　Judge Engelhardt
　　　　　　　　　　　　　　　　　　　　　　　　　　Magistrate    Judge
Roby

### EXHIBIT "A" TO
### APPLICATION FOR APPOINTMENT OF
### PAUL A. DOMINICK TO THE PLAINTIFFS' STEERING COMMITTEE

1. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and for Judicial Review of the Defendant United States' Current Formaldehyde Testing Program Conducted on FEMA-PROVIDED Homes dated August 17, 2006 (**#69**);

2. Request for Oral Argument on the same dated August 31, 2006 (**#87**);

3. Memorandum in Opposition to Defendants Fleetwood Enterprises and Fleetwood Canada, Ltd.'s Rule 12(b)(6) Motion and Conditional Motion to Dismiss dated September 21, 2006 (**#107**);

4. Memorandum in Opposition to Defendant Gulfstream, Inc.'s Motion to Dismiss dated September 21, 2006 (**#108**);

5. Memorandum in Opposition to Defendant Monaco Coach Corporation's Motion to Dismiss dated September 21, 2006 (**#109**);

6. Consolidated Memorandum in Opposition to Defendants KZRV, LP., Starcraft RV, Inc., and Pilgrim International, Inc.'s Rule 12(b)(6) Motions to Dismiss dated October 4, 2006 (**#127**);

7. Memorandum in Opposition to Motion to Transfer dated November 2, 2006 (**#131**);

8. Motion for Partial Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of Claims Against Monaco Coach Corporation dated November 15, 2006 (**#133**);

9. Motion for Partial Dismissal Without Prejudice Pursuant to Rule 41(a)(1) of Claims Against Defendant KZRV, LP dated November 15, 2006 (**#134**);

10. Consolidated Motion for Extension of Time in Which to file Motion for Class Certification, or Alternatively, for a Status Conference dated May 1, 2007 (**#151**);

11. Memorandum of Response to and Joinder in Motion to Transfer and Consolidate Pursuant to 28 U.S.C. Sec. 1407 dated June 28, 2007 (**#181**);