UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION "N" (4) |
| "This Document Relates to All Cases" | | Judge Engelhardt<br>Mag. Judge Roby |

FILED: _____     DY. CLERK: _____

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF RONNIE G. PENTON TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes RONNIE G. PENTON, counsel for Plaintiffs, ROBIN ODENBURG, AUSTIN SICARD and CINDY McDONALD, et al, Civil Action Number 07-2961 "B"(3), and pursuant to Section 16 of this Court's Pretrial Order #1, requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation. I hereby represent that I, and the Law Offices of Ronnie G. Penton law firm, can and will commit the time and resources required to this litigation, will work cooperatively with the other attorneys involved in this litigation, and have extensive experience in complex litigation involving toxic exposures, claims against government entities, products liability, and class actions.

**Personal Qualifications**

I have been a licensed Louisiana attorney practicing since 1980. I am a member of the National Board of Civil Trial Advocacy and licensed to practice in Louisiana and

1

Texas and admitted to the Louisiana Supreme Court, Federal Fifth Circuit Court of Appeals, Eleventh Circuit Court of Appeals, Eastern District of Louisiana, Middle District of Louisiana, Western District of Louisiana, Southern District of Mississippi, Southern District of Texas, Southern District of Tennessee, Northeastern District of Tennessee, Northern District of Florida, South Carolina, North Carolina, and County of Maricopa Arizona.

**Experience in Complex Litigation and Firm Qualifications**

Ronnie G. Penton and the Law Offices of Ronnie G. Penton have experience and success in litigating admiralty and maritime, products liability, transportation-related products, defective recreation equipment, medical/drug products, and medical litigation.

Ronnie G. Penton and the Law Offices of Ronnie G. Penton have litigated complex litigation, including motion practice, class certification, and trials since 1989, including medical/drug products litigation such as PPA, Baycol, Serzone, Meridia, Thimerosal Vaccine, Neurontin, Vioxx, and Viagra; products liability litigation such as Legionnaires Disease Litigation, Ford Motor Company Ignition, Telectronics Pacemaker, Latex Glove, Welding Rods, Shell Fuel Contamination; and environmental and chemical exposure litigation such as the Angie, Louisiana Ammonia Release, the Gaylord Chemical Release, the Festus, Missouri Chlorine Plant Explosion, the Glendale, Arizona Chlorine Plant Explosion, the City of Baltimore Train Derailment and Explosion, the Graniteville, South Carolina Chlorine Release, the Seneca, South Carolina Landfill, the Murphy Oil Litigation, the Chalmette Refinery Chemical Release, the Coffeyville, Kansas Oil Litigation, the Barton Chemical Release Fire and Explosion Litigation, and the MRGO Litigation.

Most recently in Louisiana litigation, I was Chairman of the Trial Team in the Murphy Oil Litigation.

**Specific Qualifications as Relating to This Litigation**

On May 18, 2007, the Law Offices of Ronnie G. Penton filed a Class Action Complaint in the Eastern District of Louisiana on behalf of Robin Oldenburg, Austin Sicard, and Cindy McDonald, individually, and on behalf of those similarly situated who incurred damages arising out of the use of FEMA trailers, against United States of America, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., and other as yet unnamed travel trailer vendors to the Federal Emergency Management Agency.

We have been inspecting hundreds of modular and mobile homes manufactured in response to the FEMA Katrina housing project since Katrina. We personally retained Dr. John Doull, the toxicologist commissioned by the United States Government in 1971 to consult on the formaldehyde issues relating to the construction of modular and mobile homes.

The Firm has also consulted with manufactured home construction and design experts in preparation for this litigation, as well as many law firms in the Gulf South.

In conclusion, Ronnie G. Penton and the Law Offices of Ronnie G. Penton have professional experience in complex, chemical exposure and class action litigation, and are committed to devoting the time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee and respectfully pray that this Court appoint Ronnie G. Penton to the Plaintiffs' Steering Committee.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE  :  (985) 732-5651
        TELECOPIER:  (985) 735-5579
        E-MAIL  :  rgp@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton
        Trial Counsel for Plaintiffs
        Louisiana Bar Roll Number 10462

## **CERTIFICATE OF SERVICE**

  I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

  December 5, 2007.

        s/Ronnie G. Penton
        Ronnie G. Penton