UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>          FORMALDEHYDE<br>          PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION: "N" (4) |
| "This Document Relates to All Cases" | Judge Engelhardt<br>Mag. Judge Roby |

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF FRANK J. D'AMICO, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Frank J. D'Amico, Jr., Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully submitted,

 /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (LSBA# 17519)
Frank J. D'Amico, Jr., APLC
622 Baronne Street
New Orleans, LA  70113
Phone: (504) 525-7272
Fax: (504) 525-1073

## **CERTIFICATE OF SERVICE**

     I do hereby certify that I have on this 6th day of December, 2007, electronically filed the foregoing pleadings with the Clerk of Court by suing the CM/ECF filing system which will send notice of electronic filing to all counsel of record:

                                                /s/ Frank J. D'Amico, Jr.
                                                **FRANK J. D'AMICO, JR. (#17519)**