UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                              MDL No. 1873
        FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION
                                                                  SECTION: "N" (4)

"This Document Relates to All Cases"                              Judge Engelhardt
                                                                  Mag. Judge Roby

## APPLICATION FOR APPOINTMENT OF
## FRANK J. D'AMICO, JR. TO THE PLAINTIFFS' STEERING COMMITTEE

My office began accepting clients in the Formaldehyde Litigation several months ago. To date, we have approximately 2,000 claimants. I have been in constant communication and meetings with several attorneys and law firms from Texas, Mississippi and Louisiana concerning the dangers of exposure to Formaldehyde. To date, we have tested more than 100 trailers and the results thus far have been excessive levels of formaldehyde for human habitation.

My firm has retained Patricia Williams who has a PhD in Toxicology as well as Bill Scott, an Industrial Hygenist, to conduct testing and evaluate injury to our clients.

I believe that I make a good candidate for the Plaintiffs' Steering Committee. I have extensive experience in and an understanding of class action proceedings, class notification procedure, settlement of mass actions, organization of computer data for mass action litigation including claimant information and coordination of claimant related evidence.

I have been lead counsel on numerous class and mass personal injury litigation and have served as Liason Counsel in one. My ability to help organize and work well with others will be an asset to the committee.

Below is a listing of my mass tort and class action experience:

a) <u>In Re: Shell Oil Refinery</u>: United States District Court, Eastern District of Louisiana, No. 88-1935, Section "I," serving as assistant counsel for plaintiffs.

b) <u>In Re: NOTX Class Action Litigation</u>:  Civil District Court, Parish of Orleans, State of Louisiana, No. 88-1788, Division "B", serving on the Plaintiff's Legal Committee, in charge of claims office, discovery and toxicology, tried three phases of litigation obtaining $3.4 billion in verdicts. Represented over 1,000 individuals in the class and received referrals from over 33 lawyers and 4 judges in the community of their client's cases.

c) <u>In Re: Catfish Anti-Trust Litigation</u>: Middle District of Louisiana Docket No. 928, before the Judicial Panel of multi-district litigation, serving as co-counsel for the Plaintiff's Legal Committee and representing trial plaintiffs in the action.

d) <u>In Re: Chain Link Fence Antitrust Litigation</u>: United States District Court for the District of Maryland, Master File No. CLF-1, serving as co-counsel for the Plaintiff's Legal Committee.

e) <u>In Re: Mobil Oil Litigation</u>: 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana, Master File No. 64-869, serving as co-counsel, represented over 100 individuals who were compensated for releases from the plant.

f) <u>In Re: Orthopedic Bone Screw Products Liability Litigation</u>: United States District Court of the Eastern District of Pennsylvania, MDL Docket No. 1014, serving as co-counsel and representing individuals in the litigation.

g) <u>In Re: Breast Implant Litigation</u>: Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 92-2589, serving on the Plaintiff's Legal Committee, member of the Bristol trial team.

h) <u>In Re: Bogalusa Chemical Release</u>: 1st Circuit Court of the 1st Judicial District of Hinds County, State of Mississippi, Civil Action No. 251-96-000493CIV, ALL CASES, serving on the Plaintiff's Legal Committee.

i) <u>In Re: Air Products Litigation</u>: Circuit Court of Santa Rosa County, State of Florida, Docket No. 99-528-CA, represent over 100 individuals, suing Air Products for environmental waste and personal injury in Pace, Florida resulting in a successful confidential settlement. Tried the case and obtained an arbitration judgment in excess of $23 Million for the first wave of 23 trial plaintiffs.

j) <u>In Re:  Chlorine Spill Litigation:</u>  Civil District Court for the Parish of Orleans, State of Louisiana, Docket No. 02-8256, ALL CASES, serving as Plaintiffs Liaison Counsel and Co-Lead Trial Counsel.

k) <u>In Re: Vioxx Litigation:</u>   United States District Court, Eastern District of Louisiana, MDL Docket No. 1657, serving as co-counsel, resulting in a successful settlement.

l) <u>In Re:  Katrina Canal Breaches Consolidated Litigation:</u> United States District Court, Eastern District of Louisiana, Docket No. 06-2286, serving on the MRGO Litigation Steering Committee.

m) <u>In Re:  Murphy Oil Spill Litigation:</u> United States District Court, Eastern District of Louisiana, Docket No. 05-4206, representing multiple individuals, resulting in settlement.

n) <u>In Re:  Ortho-Evra Products Liability Litigation:</u> United States District Court, Northern District of Ohio, MDL Docket No. 1742, representing individuals in the litigation.

o) <u>In Re:  Guidant Corporation Implantable Defibrillator Products Liability Litigation:</u> United States District Court, District of Minnesota, MDL Docket No. 1708.

p) <u>In Re:  Kugel Mesh Hernia Patch Products Liability Litigation:</u> United States District Court, District of Rhode Island, MDL Docket No. 1842, representing individual claimants in the litigation.

q) <u>Carolyn A. Brumfield vs. Ortho-McNeil Pharmaceutical, Inc., et al:</u> United States District Court, Eastern District of Louisiana, Docket No. 07-7749, representing individual claimants in the litigation.

r) <u>In Re:  Welding Fume Products Liability Litigation:</u>  United States District Court, Northern District of Ohio, Eastern Division, MDL Docket No. 1535, representing individual claimants in the litigation.

s) <u>Orthopedic Bone Screw Products Liability Litigation:</u> United States District Court, Districts of Philadelphia and California, MDL Docket No. 1014, representing individual claimants in the litigation.

Should the court grant me the opportunity to serve in any capacity deemed fit on the Plaintiffs' Steering Committee, I can assure the court that I will be in attendance of every meeting and work with full cooperation among every attorney.

My office is staffed with an experienced team of associates, paralegals, law clerks and legal assistants, as well as a class action department well versed in class action and mass tort litigation. I also have experienced computer specialists on hand to serve any need that shall arise.

I would be honored if the court grants me the opportunity to serve on the Plaintiffs Steering Committee in this MDL. I believe that my years of experience and extensive knowledge of class action and mass tort litigation, as outlined above, would allow me to serve in the most efficient manner and aide in the conclusion and prosecution of this litigation.

> Respectfully submitted,
>
>  /s/ Frank J. D'Amico, Jr.
> FRANK J. D'AMICO, JR. (LSBA# 17519)
> Frank J. D'Amico, Jr., APLC
> 622 Baronne Street
> New Orleans, LA  70113
> Phone: (504) 525-7272
> Fax: (504) 525-1073