UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                              MDL No. 1873
       FORMALDEHYDE
       PRODUCTS LIABILITY LITIGATION
                                                                 SECTION: "N" (4)

"This Document Relates to All Cases"                      Judge Engelhardt
                                                                                   Mag. Judge Roby

**NOTICE OF FILING APPLICATION FOR APPOINTMENT OF
<u>JERROLD S. PARKER TO THE PLAINTIFFS' STEERING COMMITTEE</u>**

     NOW COMES Matthew B. Moreland, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee for Jerrold S. Parker in the above captioned matter.

                                                      Respectfully submitted,

                                                     /s/ Matthew B. Moreland
                                                  MATTHEW B. MORELAND (#24567)
                                                LAW OFFICES OF DANIEL E. BECNEL, JR.
                                                P. O. Drawer H
                                                106 West Seventh Street
                                                Reserve, LA 70084
                                                Telephone (985) 536-1186
                                                Facsimile  (985) 536-6445

                                                JERROLD S. PARKER. (#6865)
                                                PARKER WAICHMAN ALONSO LLP
                                                27399 Riverview Center Boulevard
                                                Bonita Springs, Florida  34134
                                                Telephone (239) 390-1000
                                                Facsimile (239) 390-1041

                                                111 Great Neck Road
                                                Great Neck, New York 11021
                                                Telephone (516) 466-6500
                                                Facsimile (516) 466-6665

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by Electronic Service or United States Mail, postage prepaid and properly addressed this __6th__ day of __December__, 2007.

                                                      /s/ Matthew B. Moreland
                                                      Matthew B. Moreland