UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                      MDL No. 1873
        FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION

                                                                    SECTION: "N" (4)

This Document Relates to All Cases:              Judge Engelhardt
                                                                    Mag. Judge Roby

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF CAMILO K. SALAS III TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Camilo K. Salas III, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully Submitted:

Camilo K. Salas III (LSBA 11657)
SALAS & Co., L.C.
650 Poydras Street, Suite 1660
New Orleans, LA 70130
Telephone: 504-799-3080
Fax: 504-799-3085
E-Mail: csalas@salaslaw.com

/s/Camilo K. Salas III

Robert M. Becnel (LSBA 14072)
Law Offices of Robert M. Becnel
425 W. Airline Hwy., Suite B
LaPlace, LA 70068
Telephone: 985-651-6101
Fax: 985-651-6104
E-Mail: robbecnel@aol.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of December, 2007, I electronically filed the foregoing with the Clerk of the United States District Court for the Eastern District of Louisiana using the CM/ECF system which will send notification of such filing to the all attorneys for all parties that have appeared.

/s/Camilo K. Salas III