## APPLICATION OF CAMILO K. SALAS III FOR APPOINTMENT
## TO THE PLAINTIFFS' STEERING COMMITTEE

Camilo K. Salas III's law firm has been working together with the Law Offices of Daniel E. Becnel, Jr. in the FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION.  Mr. Salas requests appointment to the Plaintiffs' Steering Committee based on his qualifications and background.

Mr. Salas III began his legal career as an admiralty lawyer, attending Tulane Law School from 1978 to 1981.  From 1979 to 1981 he was a member and editor of the Tulane Maritime Law Journal.  Upon graduation he went to work at one of New Orleans' large defense firms, where he practiced for 23 years.

Mr. Salas subsequently acquired substantial experience in environmental law and sciences.  In 1991, ten years after graduating from law school and while working full time as a partner at his law firm, he enrolled simultaneously in Tulane School of Law, where he earned an L.L.M in Energy and Environmental Law, and in Tulane School of Public Health and Tropical Medicine, where he earned a Masters of Science in Public Health (Environmental Health Sciences), both in 1993.  After receiving this training he began to represent several clients in maritime asbestos exposure cases and in environmental contamination cases.  Early on he became involved in three personal injury cases arising out of toxic exposures during clean-up operations following the Exxon Valdez oil contamination of the Alaska seashore.  Mr. Salas also has been interested and involved in the field of natural resources and he has lectured on the subject in several countries throughout Latin America.

Mr. Salas has substantial experience in products liability and toxic torts cases. From 1981 to 2004 Mr. Salas practiced primarily defense products liability, maritime, medical malpractice, environmental and toxic tort litigation.  He also represented three foreign car manufacturers for nearly twenty years in products liability and breach of warranty litigation.  He was involved in many other cases representing a large number of diverse clients, such as a tire manufacturer (defense of environmental class-action litigation), a steel manufacturer (defense of MDL asbestos exposure litigation), foreign and domestic shipyards, companies involved in offshore oil production, and several banks (foreclosure and seizure and sale of vessels), among many others.  He has participated as  lead counsel in many trials. Mr. Salas has also represented plaintiffs in several cases; in one, he obtained multi-million dollar verdict against a car manufacturer.

Mr. Salas also has substantial experience in complex litigation.  In 2004 Mr. Salas began to represent clients primarily in commercial and products liability litigation in Puerto Rico, where litigation is conducted in English and Spanish.  For two years he was lead counsel in an antitrust case in Puerto Rico, in which each party produced about one-half million documents, both in English and Spanish, having personally reviewed most of them and translated the most important documents to English as part of trial preparation. Subsequently he acted as lead counsel in another similar case for that same client.  He also represented a company in multi-million dollar litigation against the Puerto Rico Department of Education related to contracts to provide internet services to all 1500

schools in Puerto Rico, and various companies involved in oil production activities in Mexico, among many other matters.

Mr. Salas has also participated as head of the Puerto Rico discovery subcommittee in *In re: Guidant Defibrillators Products Liability Litigation*, MDL No. 05-1708, United States District Court for the District of Minnesota; as lead counsel in a class action brought in United States District Court for the District of Puerto Rico related to manufacturing defects in the drug Paxil; and as lead co-counsel in *In re: Viagra Products Liability Litigation*, MDL No. 1724, United States District Court for the District of Minnesota, among several other assignments.

This type of litigation requires participation of bilingual counsel like Mr. Salas. Mr. Salas is fluent in English and Spanish and he is capable of conducting litigation in both languages. For many years he has been involved in litigation and transactions conducted in English and Spanish. In places like Puerto Rico, for example, business records are maintained in English and Spanish and witnesses often speak only Spanish. As a result, depositions and trial testimony often require simultaneous translation and documents are often unnecessarily translated by counsel who do not speak Spanish. In the current matter, many of the individuals who were exposed to formaldehyde speak only Spanish and Mr. Salas can provide a service that no other lawyer in this litigation is able to do.

Mr. Salas has practiced law for 25 years and has represented both plaintiffs and defendants in the Eastern, Middle and Western Districts of Louisiana, Western District of Wisconsin, Middle District of Florida, Southern District of Texas, District of Minnesota and District of Puerto Rico, and in the Courts of Appeals for the First, Fifth, Seventh and Eleventh Circuits. He has an AV Martindale-Hubell rating.