UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER   * | | MDL No. 1873 |
|     FORMALDEHYDE   * | | |
|     PRODUCTS LIABILITY LITIGATION  * | | |
| * | | SECTION: N(4) |
| * | | |
| THIS DOCUMENT RELATES TO ALL CASES* | | Judge Englehardt |
| * | | Mag. Judge Roby |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING OF APPLICATION OF D. DOUGLAS HOWARD, JR., FOR APPOINTMENT TO THE PLAINTIFFS STEERING COMMITTEE

NOW INTO COURT, comes D. Douglas Howard, Jr., counsel for Plaintiffs, Steven Seal, *et al.*, and notifies all counsel of record and this Honorable Court that D. Douglas Howard, Jr. Has filed the attached Application for Appointment to the Plaintiffs Steering Committee for this consolidated, multidistrict litigation, and respectfully requests that this Honorable Court appoint him to serve on the Plaintiffs Steering Committee.

                                          Respectfully Submitted,

                                          [s/] D. Douglas Howard, Jr.
                                          D. DOUGLAS HOWARD, JR. (La. Bar No. 7021)
                                          Howard & Reed
                                          839 St. Charles Avenue, Suite 306
                                          New Orleans, Louisiana 70130
                                          Telephone: (504) 581-3610
                                          Facsimile: (504) 581-7509
                                          **ATTORNEYS FOR PLAINTIFFS,**
                                          **STEVEN SEAL,** *et al.*

### Certificate of Service

Undersigned counsel hereby certifies that on the 5th day of December, 2007, he electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties hereto.

                        [s/] D. Douglas Howard, Jr.
                        D. DOUGLAS HOWARD, JR.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER * | | MDL No. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY LITIGATION * | | |
| * | | SECTION: N(4) |
| * | | |
| THIS DOCUMENT RELATES TO ALL CASES* | | Judge Englehardt |
| * | | Mag. Judge Roby |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**APPLICATION OF D. DOUGLAS HOWARD, JR., FOR
APPOINTMENT TO THE PLAINTIFFS STEERING COMMITTEE**

NOW INTO COURT, comes D. Douglas Howard, Jr., of Howard & Reed, counsel of record for Plaintiffs, Steven Seal, on behalf of himself and others similarly situated but as yet unidentified, who, respectfully submits this Application for Appointment to Plaintiffs Steering Committee.

I, D. Douglas Howard, Jr., Esq., hereby represent that I can and will commit the necessary time and financial resources to this litigation and will work cooperatively with all of those involved. I further represent that I possess the requisite qualifications in mass tort litigation, toxic tort litigation and complex litigation to be a member of this Plaintiffs Steering Committee.

**I.**    **Individual Qualifications:**

I have over nineteen years of experience in handling mass tort and class action litigations. Some of the cases that I have been involved in include:

Robert Lee Bickham, et al. vs. Metropolitan Life Insurance Co., et al., 22nd J.D.C., Asbestos mass tort litigation in which I represent over 4,000 plaintiffs. The case involves over 100 defendants. Total settlements to date exceed $30 million.

Walter Reed, et al v. Metropolitan Life Insurance Company, et al., 22nd J.D.C., Asbestos mass tort litigation in which I represent over 500 plaintiffs against more than 85 defendants.

I successfully represented plaintiffs in asbestos mass tort litigation in the following cases filed in the Civil District Court for the Parish of Orleans, State of Louisiana: Syrenia Applewhite et al. vs. Asten, Inc., et al.; Faye Breland, et al. v. D. B. Riley, Inc., et al.; Wayne A. Champagne, et al. v. D.B. Riley, Inc., et al.; Mary Crain, et al v. Asten, Inc., et al.; Lois Dier, et al. vs. Asten, Inc.,et al.; Gerald, et al. vs Asten, Inc., et al.; Mary Corkern Irvine, et al. v. Anco Industries, et al.; Dorothy Lang, et al.

v. Asten, Inc., et al.; Sandra Lusk, et al. v. Eagle, Inc., et al.; Corrine McClendon, et al v. D.B. Riley, Inc., et al.

I have represented plaintiffs in numerous Hurricane Katrina-related Class Actions and Insurance Litigations, in both Louisiana State Courts and United States District Courts, including the following: Cynthia Anderson, et al versus Travelers Property Casualty Companies, USDC, Eastern District of Louisiana, No. 06-5148; Arieux et al. v. Allstate, USDC, Eastern District of Louisiana, Civil Action No. 06-5144; Charlene Joseph Flint, et al. v. Louisiana Farm Bureau Mutual Ins. Co., 22nd JDC, Parish of St. Tammany, No. 2006-11642, Div. "C"; Homer O. Branch, Jr. individually and on behalf of all others similarly situated versus Lloyd Quave Agency Unlimited, L.L.C., et al., 22nd JDC, Parish of Washington, No. 94431, Div. "I"; Helena S. Brandes, et al. vs. Hartford Insurance Co., USDC, Eastern District of Louisiana, CA 07-1266, Sect. S, Mag. 3; Marvin Creel, et al. v. Hartford Insurance Company of the Midwest, USDC, Eastern District of Louisiana, No. 06-5146, Sect. R, Mag. 4; Delores Hopkins, et al. vs. Louisiana Farm Bureau Mutual Ins. Co., et al., 22nd JDC, No. 2006-94408, Div. "H"; Julie Kjome Proctor, et al. v. State Farm Companies, USDC, Eastern District of Louisiana, No. 06-5145.

Chemical Spill/Chemical Release Mass Tort Litigation:
In Re: Chemical Release at Bogalusa, 22nd JDC, Parish of Washington, No. 73,342, Div. "C"

Majorie Toalson, et al. v. Pearl River Polymers, Inc., et al., 22nd JDC, Parish of St. Tammany, No. 99-14636, Div. "G"

In Re: Shell Oil Refinery, U.S.D.C., E.D.La. No. 88-1935. I was appointed to represent the Plaintiffs Legal Committee. After extensive preparation and several days of litigation this case was ultimately settled for $172 million.

MDL No. 1657 - In Re Vioxx Products Liability Litigation. The case recently settled for $4.85 billion and Howard & Reed has clients that will participate in the settlement.

MDL No. 926 - In Re: Silicone Breast Implant Product Liability Litigation. I represented numerous plaintiffs that received a settlement in the MDL.

## II.    Firm Qualifications:

Howard & Reed of New Orleans and Covington, Louisiana, has successfully represented thousands of Plaintiffs in asbestos litigation for nearly fifteen years. We have extensive experience in every aspect of toxic tort litigation, chemical exposure and class action litigation, including, but not limited to, motion practice, the coordination of multiparty discovery, class certification, class settlement, and trial. Our firm also has a large support staff capable of managing the workload produced by this MDL.

**III.     Qualifications Relating to this Litigation:**

Our office has been a team player in this litigation from the moment we got involved. After filing the Seal Complaint, we filed a Motion to Transfer and Consolidate with the Judicial Panel on Multidistrict Litigation in order to support the formation of this MDL. We have already spent a large amount of money throughout our development of this case and we have devoted a significant portion of our staff to this litigation. I personally attended the November 6, 2007, Plaintiffs' Coordination Meeting in LaPlace, Louisiana. I have also personally communicated and had meetings with Plaintiffs' counsel in the consolidated formaldehyde cases.

**IV.     Conclusion:**

It would be an honor to serve on this Plaintiffs Steering Committee. I can and will commit the time and financial resources necessary to prosecute this litigation  As this Application demonstrates, my extensive experience in the toxic tort, chemical exposure and class action arenas evidence my history of cooperating with others in a litigation of this size. I respectfully request that this Honorable Court appoint me to be a member of the Plaintiffs Steering Committee in this litigation.

Respectfully Submitted,

[s/] D. Douglas Howard, Jr.
D. DOUGLAS HOWARD, JR. (La. Bar No. 7021)
Howard & Reed
839 St. Charles Avenue, Suite 306
New Orleans, Louisiana 70130
Telephone: (504) 581-3610
Facsimile: (504) 581-7509
**ATTORNEYS FOR PLAINTIFFS,
STEVEN SEAL,** *et al.*

**Certificate of Service**

Undersigned counsel hereby certifies that on the 5th day of December, 2007, he electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the parties hereto.

[s/] D. Douglas Howard, Jr.
D. DOUGLAS HOWARD, JR.