UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION: N |
| This Document Relates to:   ALL CASES | JUDGE ENGLEHARDT<br>MAG. JUDGE ROBY |

* * * * * * * * * * * * * * * * * *** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF JUSTIN I. WOODS TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Justin I. Woods of the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., who respectfully files this application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

Through my firm, I am counsel of record for LORENZA MELANCON, Civil Action Number 07-3375 "F"(4) filed in the Eastern District of Louisiana and EARL SHORTY, SR., in his capacity as Provisional Administrator of the Succession of DESIREE COLLINS, Civil Action Number 07-417 "JVP" (CN) originally filed in the Middle District of Louisiana.

The opportunity to serve in this significant litigation presents itself at a time when I have both the willingness, ability and the availability to fully commit myself to the time-consuming responsibilities of service on the PSC. Moreover, I am supported unconditionally in this application by an established law firm, which has - and will provide - the resources and staff needed to support my service on the PSC.

Over the past fifteen years, I have been significantly involved in mass tort / complex

litigation matters as both an attorney and as a litigation support specialist. My career began with the law firm of Gainsburgh, Benjamin, David, Fallon & Ates hired as a litigation support specialist, during my first year of law school, dedicated to assisting lead counsel, Jack C. Benjamin, in two complex securities litigation matters those being MDL 863 - *In Re: Taxable Municipal Bond Securities Litigation* and *Gila Feinberg, et al versus Hibernia National Bank*. Both of these complex securities litigation matters were litigated in the Eastern District of Louisiana. I became the coordinator of discovery projects involving vast amounts of documents and assisted PLC members located in various cities throughout the country.

Upon my graduation from Loyola University School of Law, I continued as an attorney with the Gainsburgh, Benjamin, David, Meunier & Warshauer firm dedicated to providing legal assistance in the *In Re Chemical Release at Bogalusa* litigation (22nd JDC of Louisiana).

I consistently have demonstrated my ability to work cooperatively with large and separate groups of plaintiffs' counsel. I have had leadership roles as part of the trial team in numerous significant litigation matters, most notably recently, *John Johnson, et al versus Orleans Parish School Board, et al* (Orleans Parish Civil District Court) and *Holzenthal, etl al versus Sewerage and Water Board of New Orleans* (SELA Drainage Project Litigation). I was also involved as part of the trial prep team in the *Patrick Turner, et al versus Murphy Oil USA, Inc*.

The firm of Gainsburgh, Benjamin, et al, has a proven record of legal expertise in mass tort / complex litigation matters. Its members routinely serve as members of Plaintiff Steering Committees in active and vital roles in this type of litigation. This firm and its members are currently serving in a number of mass tort / complex litigation matters as lead or co-lead counsel[1].

---

[1]Illustrative examples: *In Re: Katrina Canal Breaches Consolidated Litigation; In Re Chemical Release at Bogalusa; In Re Vioxx Products Liability Litigation; Doerr, et al versus Mobil Oil*.

I bring to this type of litigation the totality of that experience, coupled with my personal experience, through the participation of this firm.

Our firm has been involved in assisting individuals in investigating claims relating to this litigation for the past seven months. I personally attended the congressional hearing held before the U. S. House Committee on Oversight and Government Reform, chaired by the Honorable Henry Waxman, which continues to conduct its own investigation of FEMA trailer related exposure hazards. I also personally attended the hearing before the MDL Panel in New York which ultimately assigned the case to the Eastern District of Louisiana, U.S. District Judge Kurt Englehardt. I have also personally attended the coordination meeting convened by Daniel E. Becnel, Jr on November 15, 2007 to discuss the litigation.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:   s/Justin I. Woods
JUSTIN I. WOODS (La. Bar #24713)
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
Phone:504/522-2304
Facsimile:504/528-9973
E-mail: jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 6th day of December, 2007, served a copy of the foregoing via the Court's CM/ECF electronic filing system.

s/Justin I. Woods
JUSTIN I. WOODS