UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION: N |

This Document Relates to: Melancon (07-3375, EDLA) and Shorty [Collins] (07-417, MDLA)

### PLAINTIFFS' MOTION TO ENROLL CO-COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come plaintiffs Lorenza Melancon and Earl Shorty, Sr., in his capacity as Provisional Administrator of the Succession of Desiree Collins, who respectfully move this Court to allow the enrollment of co-trial counsel, and the Law Offices of Sidney D. Torres, III.  Counsel for plaintiffs aver that the enrollment of co-counsel will not impede the progress of this matter.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY: /s/ Roberta L. Burns
SIDNEY D. TORRES, III, Bar No. 12869
ROBERTA L. BURNS, Bar No. 14945
8301 W. Judge Perez Drive, Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
rburns@torres-law.com
***Counsel for plaintiffs***

1

        GAINSBURGH, BENJAMIN, DAVID,
        MEUNIER & WARSHAUER, L.L.C.


        BY:/s/ Justin I. Woods
        Justin I. Woods, Bar No. 24713
        Gerald E. Meunier, Bar No. 9471
        2800 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163-2800
        Telephone: (504) 522-2304
        jwoods@gainsben.com
        ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of December, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel for the defendants and plaintiffs in this matter and that I have served a copy of the foregoing pleadings upon counsel for all parties to this proceeding by mailing the same by facsimile, U.S. Mail, first class postage pre-paid, and/or electronic mail.

        /s/ Justin I. Woods
        JUSTIN I. WOODS