**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE:     FEMA TRAILER                      MDL NO. 1873
              FORMALDEHYDE PRODUCTS
              LIABILITY LITIGATION              SECTION: N

**This Document Relates to: Melancon (07-3375, EDLA) and Shorty [Collins] (07-417, MDLA)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing PLAINTIFFS' MOTION TO ENROLL CO-COUNSEL OF RECORD, the motion is **GRANTED.**

**HONORABLE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**