UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     FEMA TRAILER<br>                 FORMALDEHYDE<br>                 PRODUCTS LIABILITY LITIGATION | MDL NO.: 1873<br><br>SECTION: N (4) |
| "This Document Relates to All Cases" | Judge Englehardt<br>Mag. Judge Roby |
| FILED:_____ | DY. CLERK:_____ |

NOTICE OF FILING OF APPLICATION FOR
APPOINTMENT OF SIDNEY D. TORRES, III TO THE
PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes Sidney D. Torres, III of the law offices of Sidney D. Torres, III, APLC, who respectfully files this application for appointment to the Plaintiffs' Steering Committee to be formed in the above-captioned matter.

Sidney Torres has been associated as co-counsel of record for Lorenza Melancon and Earl Shorty, Sr., in his capacity as Provisional Administrator of the Succession of Desiree Collins, which matter has been consolidated herein. Counsel further represents that he and his law firm are willing and able to commit their considerable resources to the prosecution of this litigation; counsel has a proven ability to work cooperatively with others, having recently served as Plaintiffs' Liaison Counsel for the class of plaintiffs in the matter entitled *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.,* USDC-EDLA, No. 05-4206 and ALL CASES, Sect. "L"(2); and, counsel and his firm have extensive experience in complex litigation involving class actions and toxic torts.

Counsel has been a licensed, practicing attorney in good standing in the state of Louisiana

1

since 1971. He is admitted to practice before the Eastern and Middle U.S. District Courts of Louisiana and the U.S. Court of Appeals, Fifth Circuit. He is a member of Louisiana Trial Lawyers Association and Association of Trial Lawyers of America and has been assigned an AV rating by Maritndale-Hubbell.

Sidney Torres and his firm have served as lead counsel in almost every class action case in which he has served as a member of a Steering Committee. Mr. Torres and his firm are also uniquely qualified to serve on the PSC to be formed in this case due to the particularly devastating consequences wrought by Hurricane Katrina on the residents of St. Bernard Parish. All but a handful of structures in the Parish of St. Bernard were submerged during the flooding following Hurricane Katrina. As a result, a significant number of FEMA trailers were assigned to residents in this Parish. Counsel has already been retained to represent many of these residents in connection with this litigation. Counsel and his firm have represented thousands of residents of St. Bernard Parish over the years in many of the cases mentioned below, and represent several thousand clients currently in litigation engendered by the Hurricane including more than 1000 insurance-related cases, approximately 13,000 clients in the MRGO litigation, and several hundred private clients in the Murphy Oil spill litigation (*Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.*, *supra*.).

Experience and background in mass tort, environmental, and class action litigation includes the following in which undersigned counsel served or currently serves as Lead or Liaison Counsel for the plaintiffs: *Patrick Joseph Turner, et al. v. Murphy Oil USA, Inc.,* USDC-EDLA, No. 05-4206 and ALL CASES, Sect. "L"(2); *Michael Ancar, et al. v. Murphy Oil U.S.A., Inc., et al.*, USDC-EDLA, No. 06-03246, Section "J," Mag. 2; *Nunzio Cusimano v. Tenneco Refinery, et al.,* 34th JDC, Parish of St. Bernard, State of Louisiana; *Ford v. Murphy Oil U.S.A., Inc.*, 34th JDC, Parish of St.

2

Bernard, No. 63-915, Div. "C," prior case reported at 96-2913, 96-2917, 96-2929 (La. 9/9/97), 703 So.2d 542; *Mr. and Mrs. Adam Thomas, Sr., et al. v. Mobil Oil Corporation, et al.*, Civil District Court, Parish of Orleans, No. 90-23370, Div. "D"; *Lailhengue v. Mobil Oil Co.,* 34th JDC, Parish of St. Bernard, No. 64-869, Div. "D," reported at 94-2114, 94-2115, 94-2116 (La. App. 4 Cir. 6/7/95), 657 So.2d 542; *Andry v. Murphy Oil, U.S.A., Inc., et al.*, 34th JDC, Parish of St. Bernard, No. 77-132, Div. "D," reported at 97-0793 (La. App. 4 Cir. 4/1/98), 710 So.2d 1126, *writs denied* 720 So.2d 1213; *Greer, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 80-975, Div. "C"; *Chartier, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 83-658, Div. "A"; *Ceasar Ruffin, et al. v. Mobil Oil Corporation, et al.*, Civil District Court, Parish of Orleans, No. 98-1986, Div. "C", c/w *Melvin A. Cavalier, et al. v. Mobil Oil Corporation, et al.*, No. 98-1817, Div. "B"; *Pelayo, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 84-376, Div. "A"; *Doerr, et al. v. Mobil Oil Corporation, et al.*, 34th JDC, Parish of St. Bernard, No. 83-912, Div. "C," reported at 2001-0775 (La.App. 4 Cir. 2/27/02), 811 So.2d 1135; *Terri Daniels, et al. v. Witco Corporation,* 24th JDC, Parish of Jefferson, No. 526-334, Div. "I"; *Warren S. Luening, et al. v. SI-SIFH CORP., SI-SI INSURANCE COMPANY, INC., et al.*, 34th JDC, Parish of St. Bernard, No. 85-231, Div. "A" (counsel was Lead Counsel for the Defense in this matter). Counsel has actively participated in several other mass tort cases in which he has not served on the Steering Committee.

    Counsel appreciates the Court's consideration of his application for appointment to the Plaintiffs' Steering Committee.

                                        Respectfully submitted,

                                        LAW OFFICES OF SIDNEY D. TORRES, III,

*A PROFESSIONAL LAW CORPORATION*

By:      /s/ Roberta L. Burns
SIDNEY D. TORRES, III (LSB #12869)
ROBERTA L. BURNS (LSB #14945)
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961

## CERTIFICATE OF SERVICE

I do hereby certify that on this 7th day of December, 2007, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel for the defendants and plaintiffs in this matter and that I have served a copy of the foregoing pleadings upon counsel for all parties to this proceeding by mailing the same by facsimile, U.S. Mail, first class postage pre-paid, and/or electronic mail.

         /s/ Roberta L. Burns
         ROBERTA L. BURNS, ESQ.