UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER | MDL No. 1873 |
|            FORMALDEHYDE | |
|            PRODUCTS LIABILITY LITIGATION | |
| | SECTION: "N" (4) |
| "This Document Relates to All Cases" | Judge Engelhardt |
| | Mag. Judge Roby |

**NOTICE OF FILING APPLICATION FOR APPOINTMENT OF**
**MATTHEW B. MORELAND TO THE PLAINTIFFS' STEERING COMMITTEE**

NOW COMES Matthew B. Moreland, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter.

Respectfully submitted,

  /s/ Matthew B. Moreland
MATTHEW B. MORELAND (#24567)
LAW OFFICES OF DANIEL E. BECNEL, JR.
P. O. Drawer H
106 West Seventh Street
Reserve, LA 70084
Telephone (985) 536-1186
Facsimile  (985) 536-6445

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic service or United States Mail, postage prepaid and properly addressed this   7th   day of   December  , 2007.

  /s/ Matthew B. Moreland
Matthew B. Moreland