UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                          MDL No. 1873
        FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION
                                                              SECTION: "N" (4)

"This Document Relates to All Cases"                          Judge Engelhardt
                                                              Mag. Judge Roby

**APPLICATION OF MATTHEW B. MORELAND
FOR APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE**

**NOW INTO COURT**, comes Matthew B. Moreland, counsel for plaintiffs, Eldridge Klibert, pursuant to Section 16 of this Court's Pretrial Order #1, who requests that this Honorable Court appoint him to the Plaintiffs' Steering Committee for this consolidated, multi-district litigation. I hereby represent that I, and the Becnel Law Firm LLC, have and will commit the ample resources necessary to prosecute this litigation, will work cooperatively with the other attorneys involved in this litigation, and have experience in complex litigation involving toxic exposures, mass torts, and class actions.

**Individual Qualifications**

In 1996, I obtained a juris doctor degree from Louisiana State University Law Center, and am admitted to all Louisiana state courts, and federal courts for the Eastern, Western and Middle Districts of Louisiana and U.S. Fifth Circuit Courts of Appeal. I have extensive qualifications to

assist in this MDL as I have a thorough knowledge of the workings of federal court as a former clerk in this District and federal practitioner in this court for over a decade since my clerkship. I have extensive knowledge not only of the rules of this court but also the electronic procedures including electronic discovery and electronic filing. My relationship with the bench and bar has been enhanced as the immediate past president of the New Orleans Chapter of the Federal Bar Association and a member of the National Board of Directors for the Federal Bar Association. Through these positions, I acquired great experience in bringing attorneys together to meet on issues and resolve matters. It is this experience and resolve that I believe would be an asset to the Plaintiff's Steering Committee in not only providing excellent communication to the Court of our progress with the litigation but also working together with committee members to accomplish the goals of the litigation for the entire group of Plaintiffs.

**Firm Qualifications**

The Becnel Law Firm has represented defendants and plaintiffs in state and federal civil rights litigation, toxic tort class actions, administrative and regulatory matters, and intellectual property litigation. We specialize in mass tort litigation and have an excellent relationship with both the defense bar and the scientific and expert community. Our firm has the financial capability as well as the personnel and expert resources to handle this litigation to completion.

The Becnel Law Firm has over 35 years of experience and success in litigating all types of litigation in both state and federal courts. We have litigated complex toxic tort and product liability cases, including motion practice, class certification, and trials. Our attorneys and experts are trained and experienced in scientific and engineering methods and procedures, which are particularly relevant to the chemical exposure and toxicology issues in this litigation.

**Specific Qualifications as Relating to This Litigation**

On May 18, 2007, our firm filed *Robin Oldenburg vs. Fleetwood Enterprises, Inc., et al*, C.A. No. 07-2961. After filing the Oldenburg suit our office immediately prepared the moving papers for the Judicial Panel on Multidistrict Litigation to initiate this case as an MDL.  Additionally, our firm met with all of the represented plaintiff's counsel in attendance at the New York JPML hearing, after havingsuccessfully argued for the Eastern District of Louisiana as the optimal location for the MDL.  Subsequently, our firm has filed several cases for clients regarding this litigation in the Eastern District of Louisiana.  We have arranged meetings and communicated and met with all consolidated case plaintiffs' counsel in the consolidated formaldehyde cases.

Our firm has consulted and retained numerous experts regarding this litigation ranging from toxicologists to neurologists.  Accordingly, the Becnel Law Firm is committed to providing the resources necessary to this litigation and is committed to devoting time and resources to working with other plaintiffs' counsel on the Plaintiffs' Steering Committee, and respectfully pray that this Court appoint Matthew B. Moreland to the Plaintiffs' Steering Committee.

    Respectfully submitted,

    __/s/ Matthew B. Moreland_____
    MATTHEW B. MORELAND (#24567)
    LAW OFFICES OF DANIEL E. BECNEL, JR.
    P. O. Drawer H
    106 West Seventh Street
    Reserve, LA 70084
    Telephone (985) 536-1186
    Facsimile  (985) 536-6445
    **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via this Court's electronic filing system or U.S. Mail. Signed this 7th day of December, 2007.

    _____/s/ Matthew B. Moreland_____

                                          MATTHEW B. MORELAND