## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL No. 1873 <br><br> SECTION: "N" (4) |
| This Document Relates To: All Cases | * <br> * | JUDGE ENGELHARDT <br> MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING APPLICATION FOR APPOINTMENT OF RAÚL R. BENCOMO TO THE PLAINTIFFS' STEERING COMMITTEE

NOW COMES Raúl R. Bencomo, Attorney at Law, who files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

Respectfully submitted,

*/s/ Raúl R. Bencomo*

RAÚL R. BENCOMO (#2932)
BENCOMO & ASSOCIATES
639 Loyola Avenue, Suite 2110
New Orleans, Louisiana 70113
Telephone: (504) 529-2929
Facsimile    (504) 529-2018
E-mail       ben_law@bellsouth.net

## CERTIFICATE OF SERVICE

I certify that a copy of the above and foregoing pleading has been served upon all Counsel of Record for Plaintiffs and Defendants via electronic mail this 7th day of December, 2007.

_____
RAUL R. BENCOMO