UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER FORMALDEHYDE　　　MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION: N (4)

This Document Relates To:  All Cases　　　Judge Kurt D. Engelhardt
Magistrate Judge Roby

*********************************************************

APPLICATION FOR APPOINTMENT OF
RAUL R. BENCOMO TO THE
PLAINTIFFS' STEERING COMMITTEE

Raul R. Bencomo respectfully submits this application for appointment to the In Re: FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs' Steering Committee (PSC).

Your Honor issued *Pretrial Order #1* on November 6, 2007. Paragraph 16 of that order sets out the three main criteria for PSC membership.

As to the first criterion, Mr. Bencomo represents to this Honorable Court that he is not only willing and available to commit to this time-consuming project but that he is eager to do so. Moreover, he understands that this appointment is personal in nature and has made an assessment of his personal and professional obligations in the future. He is aware of the financial demands in a case of this magnitude.  He has the financial ability to participate and fund this litigation. There are no impediments nor conflicts which will prevent him from fully participating as a member of the Plaintiffs' PSC.

As to the second criterion, Mr. Bencomo has a proven ability to work cooperatively with others.  He has demonstrated his ability to do so in many cases involving multiple plaintiff and defense counsel.  Mr. Bencomo was an active member of the Plaintiffs' Trial Team in the trial of the Louisiana tobacco class action, *Gloria Scott et al. v. American Tobacco Co. et al.*, No. 96-8461, Civil District Court for the Parish of Orleans, Louisiana. Furthermore, Mr. Bencomo is well-acquainted with many, if not most, of the defense counsel who have made appearances in this litigation and has no doubt that he can work with them and their team. Mr. Bencomo further believes that, having worked both in the capacity of plaintiff and defense counsel in significant litigation over the last thirty years, he

is able to understand the tensions that develop between opposing sides and can help to bridge otherwise insurmountable impasses between the litigants. Mr. Bencomo also maintains his practice in this forum, and his office is within walking distance of this court house. He will be available to participate in-person in any last-minute meetings or conferences with counsel or with the Court.

As to the third criterion, Mr. Bencomo has vast professional experience in this type of litigation. He has participated in mass tort and class action litigation for over thirty years. As a young lawyer, he worked on the litigation arising from the Continental Grain Explosion and the M/V George Prince Frosta Ferry Collision. Since then, Mr. Bencomo has been involved in a number of significant mass torts and class actions culminating in the *Scott* matter, discussed above. His law practice is limited to the litigation of significant liability cases with a specialty in the area of toxic torts where he has represented plaintiffs and defended corporate interests. His experience ranges from admiralty cases to the *In Re Welding Rod* MDL # 1535, In Re Vioxx Products Liability Litigation MDL #1657 action and the instant matter. He has also been recognized as a Louisiana Super Lawyer in the area of Class Action and Mass Tort Litigation. Mr. Bencomo recently appeared on the Sky Radio Network where he was recognized as one of America's Premier Lawyers.

Mr. Bencomo is also qualified to serve on the PSC for several additional reasons.

Mr. Bencomo is an AV-rated attorney in Martindale-Hubbell and is recognized in the Bar Register of Preeminent Lawyers. He has lectured and addressed the Louisiana Judicial College and Tulane University, and served as an adjunct professor of Trial Advocacy at Tulane Law School for over fifteen years. He has also lectured at the Louisiana State Bar Association's Summer School for Lawyers, at seminars sponsored by the Louisiana Trial Lawyers Association, and at numerous other seminars over the years.

Mr. Bencomo is a founding member of the A. P. Tureaud Chapter of the Inns of Court and is a Master of the Bench. He is a lifetime member of the Hispanic National Bar Association, an organization representing the interests of over 25,000 Hispanic Judges, attorneys, law professors and law students. Mr. Bencomo has also served on the Louisiana State Bar Association's Client Security Fund as its Chairman and been a member of its Bench-Bar Liaison Committee. He is a past recipient of the Leadership Award of the Young Lawyers Section of the Louisiana State Bar Association and served

on the Louisiana Trial Lawyers Association's Board of Governors. He is also the recipient of membership in Omicron Delta Kappa and is a Fellow in the Loyola Institute of Politics.

Mr. Bencomo is completely fluent in Spanish, his native language. He is uniquely capable of helping any of the Spanish-speaking claimants affected by this litigation to appreciate and exercise their rights, and believes that this public interest factor is another qualification for Your Honor's consideration.[1] Currently, Mr. Bencomo has several hundred clients in the instant litigation.

Mr. Bencomo would be honored to serve and respectfully requests that he be appointed by Your Honor to the Plaintiffs' Steering Committee.

Respectfully submitted,

RAUL R. BENCOMO (LA Bar No. 2932)
BENCOMO & ASSOCIATES
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113
Telephone: (504) 529-2929
Facsimile   (504) 529-2018
E-mail:     ben_law@bellsouth.net

---

[1] *Karim v. Finch Shipping Co., Ltd.*, 94 F.Supp.2d 727, 739 (E.D. La. 2000), "....injured persons fail to assert their legal rights because of insufficient appreciation of such rights, [and]difficulties [i.e. language barriers] in proving [their] claims ...."