UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*******************************************************************************

## REPORT OF DEFENDANTS COORDINATED MEETING TO DESIGNATE PROPOSED LIAISON COUNSEL PURSUANT TO PRETRIAL ORDER #1

**NOW INTO COURT**, comes undersigned defense counsel.  Pursuant to the Court's Pretrial Order #1 of November 6, 2007, Defendants arranged a meeting of all known defense counsel in the above MDL action.  A meeting was called on November 15, 2007 wherein the following counsel and firms were in attendance:

Andrew D. Weinstock
DUPLASS, ZWAIN, BOURGEOIS,
MORTON, PFISTER & WEINSTOCK
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002

Jerry L. Saporito
SAPORITO LAW FIRM
639 Loyola Avenue, Suite 2100
New Orleans, LA 70113

Ernest P. Gieger, Jr.
Jason D. Bone
GIEGER, LABORDE & LAPEROUSE, LLC
701 Poydras Street, Suite 4800
New Orleans, LA 70139

John Stewart Tharp
TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
451 Florida Street, 8th Floor
Baton Rouge, LA 70801

James C. Percy
Madeleine Fischer
Ryan E. Johnson
JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP
201 St. Charles Avenue
New Orleans, LA 70170

Richard K. Hines, V
NELSON MULLINS
201 17th Street NW, Suite 1700
Atlanta, GA 30363

Timothy D. Scandurro
Dewey M. Scandurro
SCANDURRO & LAYRISSON, LLC
607 St. Charles Avenue, Suite 100
New Orleans, LA 70130

In the presence of the all above firms and persons listed, nominations were made for the liaison position in accordance with Section 15 of the Court's Pretrial Order #1 in the above captioned matter. The following three nominations (in no particular order) for liaison were made:

1. Andrew D. Weinstock
   DUPLASS, ZWAIN, BOURGEOIS, MORTON
   PFISTER & WEINSTOCK
   3838 N. Causeway Boulevard, Suite 2900
   Metairie, LA 70002

2. Jerry L. Saporito
   SAPORITO LAW FIRM
   639 Loyola Avenue, Suite 2100
   New Orleans, LA 70113

3. James C. Percy
   JONES, WALKER, WAECHTER, POITEVENT,
   CARRERE & DENEGRE, LLP
   201 St. Charles Avenue
   New Orleans, LA 70170

Respectfully, the above counsel wish to submit the above three names for the position of Defense Liaison Counsel in accordance with the Court's Order. The CV's of all three nominees are attached.

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of December, 2007, a copy of the foregoing Report of Defendants Coordinated Meeting to Designate Proposed Liaison Counsel Pursuant to Pretrial Order #1 was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                                      s/Andrew D. Weinstock
                            _____
                            ANDREW D. WEINSTOCK #18495
                                andreww@duplass.com