# BIO OF ANDREW D. WEINSTOCK AS DEFENSE LIAISON COUNSEL

Andrew Weinstock has been practicing law in the field of products liability and toxic tort for the defense for the past twenty years in the Greater New Orleans area.

Andrew Weinstock is one of the attorneys who represent Gulf Stream. While several of the other defendant manufacturers are larger companies, Gulf Stream is believed to have sold the greatest number of trailers to FEMA after Katrina.

Andrew Weinstock is a member of Duplas, Zwain, Bourgeois, Morton, Pfister & Weinstock. That firm served as liaison counsel in *In Re: Combustion Inc.*, Civil Action No. 94-MDL-4000 in the United States District Court for the Middle District of Louisiana and *Bryson Adams v. Environmental Purification Advancement Corporation, et al*, Civil Action No. 99-1998 in the United States District Court for the Western District of Louisiana.

Andrew Weinstock has tried over seventy matters to verdict, representing clients in both state and federal court in Louisiana.

Andrew Weinstock is currently defending clients in five class actions including the following:

*Waxler Transportation, Inc., et al v. Trinity Marine Products, Inc., et al*
Docket No. 49-741; 25th Judicial District Court for the Parish of Plaquemines, State of Louisiana

*In Re: Katrina Canal Breaches Consolidated Litigation*
Civil Action No. 05-4182; United States District Court for the Eastern District of Louisiana, New Orleans Division

*In Re: FEMA Formaldehyde Products Liability Litigation*
MDL No. 1873; United States District Court for the Eastern District of Louisiana, New Orleans Division

*Stuart H. Smith, et al v. City of New Orleans, et al*
Docket No. 05-5453; Civil District Court for the Parish of Orleans, State of Louisiana

*Bryson Adams v. Environmental Purification Advancement Corporation, et al*
Civil Action No. 99-1998; ; United States District Court for the Western District of Louisiana

Andrew Weinstock assisted in the filings to the MDL Panel and Mr. Weinstock attended the hearing for the MDL Panel in New York which assigned the case to the Eastern District of Louisiana, United States District Judge Kurt D. Engelhardt.

Andrew Weinstock had been working with other defense firms since the inception of this litigation regarding numerous issues including the joint filing of briefs and apportionment of oral

argument to reduce unnecessary duplication.  Andrew Weinstock has invited all proposed members of the Plaintiffs' Steering Committee to his office to discuss potential case management and discovery plans, on December 10, 2007.