# SAPORITO & HAYES, L.L.C.
639 Loyola Avenue, Suite 2100
New Orleans, Louisiana 70113
Telephone: 504-529-5070
Facsimile: 504-529-5434

*General Civil Practice, Products Liability,*
*Casualty and Marine Insurance,*
*Commercial Litigation*

### *JERRY L. SAPORITO*

Admitted to bar, 1972, Louisiana, U.S. District Court, Eastern, Middle and Western Districts of Louisiana and U.S. Court of Appeals, Fifth Circuit; 1982, U.S. Supreme Court. *Education*: Tulane University of Louisiana (B.A., 1969; J.D., 1972). *Member*: New Orleans, Jefferson Parish, Louisiana State, Federal and American Bar Associations; Louisiana Association of Defense Counsel (Member, Board of Directors); International Association of Defense Counsel; Faculty, IADC Trial Academy; Defense Research Institute; Tulane University, Inn of Court. Fellow: Louisiana State Bar Association.

Practice areas includes civil and commercial litigation in the federal and state courts with extensive experience in product liability defense, insurance defense, toxic tor and environmental defense matters and service on various attorney committees in complex litigation.