
# JONES WALKER

**JAMES C. PERCY**
**ATTORNEY AT LAW**

## CIRRICULUM VITAE

**EDUCATION**:

**Master of Laws in Taxation (1978)**
University of Florida Law School
Gainesville, Florida
Author, "ERISA Pre-emption: Will It Reach Forced Heirship Claims?"

**Juris Doctor (1977)**
Louisiana State University Law School
Baton Rouge, Louisiana
Admitted to practice in Louisiana – 1977

**Military Education**
Judge Advocate General Officer Basic Course (1981)
Judge Advocate General Officer Advanced Course (1988)
National Guard Bureau Environmental Law Course (1990)
Staff Judge Advocate Course (1995)

**Mediation Training**
Basic Mediation, 20 hours (2000)
Advanced Mediation, 20 hours (2000)

**EMPLOYMENT**

2003 - Present   **Partner, Jones, Walker, Waechter, Poitevent, Carrére & Denégre, LLP,** Baton Rouge, Louisiana
General civil practice, specializing as lead counsel in complex commercial litigation and toxic tort litigation, including the representation of clients (such as General Electric, CBS/Westinghouse and Bechtel) in mass tort actions involving asbestos exposure. Such representation has also included actions referred to the MDL Panel and has required the management of voluminous pleadings and documents relating to numerous parties and clients.

JONES, WALKER, WAECHTER, POITEVENT, CARRÈRE & DENÈGRE L.L.P.

8555 UNITED PLAZA BOULEVARD . BATON ROUGE, LOUISIANA 70809-7000 . 225-248-2000 . FAX 225-248-2010 . E-MAIL info@joneswalker.com . www.joneswalker.com
BATON ROUGE    HOUSTON    LAFAYETTE    MIAMI    NEW ORLEANS    WASHINGTON, D.C.

| | |
|---|---|
| 1997 – 2003 | **Special Assistant Parish Attorney**<br>City of Baton Rouge/Parish of East Baton Rouge<br>Handled numerous cases in defense of the City/Parish in federal and state court, including multi-plaintiff toxic tort claims involving personal injury and property damage, catastrophic injury and death claims involving road hazards, civil rights class actions, and police liability claims. |
| 1994 - 2003 | **Of Counsel – Percy, Pujol & Wall**<br>Baton Rouge, Louisiana and Gonzales, Louisiana<br>General civil practice, specializing in administrative, regulatory (Public Service Commission), environmental, tax, governmental relations (state and local), and general commercial litigation (plaintiff and defendant). Admitted to practice in the Eastern, Middle and Western Districts of Louisiana, and the United States Fifth Circuit Court of Appeal.<br>Also served as special master for state district court matters involving oil field contamination claims. |
| 1994 - 1995 | **Adjunct Faculty Member, Southern University Law Center**<br>Baton Rouge, Louisiana<br>Instructor of courses on Sales & Leases and Bankruptcy |
| 1988 – 1994 | **Member of firm, Schwab & Walter**<br>Baton Rouge, Louisiana<br>General civil practice, specializing in administrative, environmental, tax, governmental relations (state and local), and general commercial litigation. |
| 1984 – 1988 | **Deputy Director, Louisiana Municipal Association**<br>Baton Rouge, Louisiana<br>Duties included management of staff, preparation and oversight of Association budget and financial accounts; development of Association's legislative package and lobbying effort; legal representation, advice and counsel to Association board, Executive Director, Staff, and member cities; organization of all Association conventions, seminars, programs and meetings; liaison to associate organization (City Attorney's Association, Municipal Clerk's Association, Association of Tax Administrators and Chief of Police Association); development and editing of all Association publications. (Also maintained limited private practice with Percy, Holdridge & Willis, Gonzales, Louisiana). |
| 1977 – 1984 | **Partner, Percy & Percy; Tureau, Percy & Mire; Percy, Holdridge & Willis,** Gonzales, Louisiana<br>General Civil practice including general civil litigation (state and federal); administrative practice before agencies such as the Louisiana Public Service Commission and Social Security Administration; corporate contract, tax, estate planning, real estate, family, succession and criminal matters. |