UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | MDL No. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: N(4) |
| | * | |
| THIS DOCUMENT RELATES TO ALL CASES | * | Judge Englehardt |
| | * | Mag. Judge Roby |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF FILING OF APPLICATION OF JOSEPH M. BRUNO
FOR APPOINTMENT TO THE PLAINTIFFS STEERING COMMITTEE

NOW INTO COURT, comes Joseph M. Bruno, counsel for Plaintiff Stephanie A. Pizani, and notifies all counsel of record and this Honorable Court that Joseph M. Bruno has filed the attached Application for Appointment to the Plaintiffs Steering Committee for this consolidated, multi-district litigation, and respectfully requests that this Honorable Court appoint him to serve on the Plaintiffs Steering Committee.

Respectfully submitted,

  /s/ JOSEPH M. BRUNO
The Law Office of Joseph M. Bruno, APLC
Third Floor, 855 Baronne Street
New Orleans, Louisiana 70130
Telephone: (504) 525-1335
Facsimile: (504) 561-6775
Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing pleading has been served upon all parties to this litigation by hand-delivery, facsimile, e-mail, electronic filing and/or by First Class, United States Mail, this 7th day of December, 2007.

                                                /s/ JOSEPH M. BRUNO

# JOSEPH M. BRUNO, ESQ.

### CURRENT

Managing Partner, Law Offices of Joseph M. Bruno, LLP

### EDUCATION

- Institute of Politics                        1988
- Tulane Law School, Juris Doctor              1978
- Tulane University, Bachelor of Arts          1977
- Jesuit High School                           1972

### PROFESSIONAL

Admitted to practice in all courts of the State of Louisiana* currently under suspension from May 11, 2007and continuing for 18 months, all courts of the State of Texas, United States District Courts for the Eastern District and Middle District of Louisiana, United States Fifth Circuit Court of Appeal, and United States Tax Court.

### PROFESSIONAL ORGANIZATIONS

- Louisiana State Bar Association
- Federal Bar Association
- New Orleans Bar Association
- Louisiana Trial Lawyers Association
   Board of Governors 1984-1985
   Board of Governors at Large 1986-1988
   Board of Governors Executive Committee 2000- present
- American Association of Trial Lawyers
   Key Person Committee and Task Force Committee 1987-1988
- St. Thomas Moore Catholic Lawyers Association
- New Orleans Opera Association- Board of Directors 2002-present
- New Orleans Center for the Creative Arts (NOCCA) Institute- Board of Directors 2003-2006
- New Orleans Center for the Creative Arts (NOCCA)|Riverfront - Board of Directors 2006 -present

## BIOGRAPHY

Joseph M. Bruno is widely regarded as a creative, energetic and outspoken advocate of victims' rights, particularly in difficult and complex cases of liability.  He is a defender of class action procedure, seeing it as an important balancing tool in our complex society.  He is a graduate of Tulane University (1977) and Tulane School of Law (1978).  In 1979, he went into partnership with his father, Frank S. Bruno, a well known and respected litigator, most particularly in the field of workmen's compensation.  He subsequently entered a partnership with his brothers, Stephen, Robert and Christopher, with whom he currently practices.

Joseph Bruno has been admitted to practice in all Courts in the State of Louisiana and Texas, as well as the United States District Courts for the Eastern and Middle District of the State of Louisiana, the United States Fifth Circuit Court of Appeal, and the US Tax Court.

Joseph Bruno is recognized as an authority in class actions, and particularly in the management of same.  His expertise in difficult and complex litigation has led to his representation of numerous claimants in class action and mass joinder proceedings involving racial discrimination, occupational lung disease, product liability, and wage and hour violations.

Mr. Bruno has been active in the Louisiana Trial Lawyers organization, having served on the Board of Governors for over 20 years. He presently serves on that body's executive committee. His goal is to build and maintain an aggressive firm that has the courage to fund and handle all types of complex and difficult litigation

## CASES OF INTEREST

Mr. Bruno is currently involved in or has successfully completed the following class action and/or mass joinder proceedings.

Hurricane Katrina litigation, in which Mr. Bruno is the court Plaintiff's Liaison Counsel, as well as standing member of the Levee, MRGO and Insurance PSLCs. *In re Katrina Canal Breaches Litigation, USDC, EDLA Docklet No. 05-4182, Section, K*.

The 2005 Murphy Oil Spill litigation, in which Mr. Bruno served as the Discovery Chair, and resulted in a settlement of over $330 million dollars. *Turner v. Murphy Oil, USDC, EDLA Docket No. 05-4206.*

■ The Shell/Norco litigation, in which Mr. Bruno represented over 7,000 class members and served on the Plaintiffs' Legal Committee, and resulted in a $170 million settlement. [*In re: Shell Oil Refinery, (1988); served as a member of the Court Appointed Plaintiffs legal Committee and Plaintiffs Discovery Committee, USDC, ED Docket No. 88-1935, Section I- Settled]*

■ The New Orleans Train Car litigation, which resulted in a 3.5 billion exemplary damages verdict and was later partially settled for $435 million. Mr. Bruno served as co- lead trial counsel with the late Wendell Gauthier. [ *In re: New Orleans Train Car Leakage and Fire Litigation (1987); serving as Court Appointed Plaintiffs Steering Committee Member; CDC Docket No. 87-16374, Division "B"]*

■ The Scott Cigarette litigation, the only medical monitoring class action currently pending in the United States which resulted in a jury verdict finding the cigarette industry conspired to defraud Louisiana smokers by distorting the public knowledge regarding cigarette smoking and health. Mr. Bruno's primary responsibility was the selection and handling of expert witnesses. *[Dianne Castano, et al vs. The American Tobacco Company, et al, (1994); serving as Court Appointed Plaintiffs Steering Committee Member ,CDC Docket No. 96-8461, Division "K"]*

■       A recent class action lawsuit against Gaylord Chemical that resulted in a $92 million dollar punitive damage jury verdict. Mr. Bruno was on the Court appointed Plaintiffs' Steering Committee and the trial team. His primary responsibility was handling trial plaintiffs at trial as well as quantum of punitive damages. *[Catherine Fuqua, et al. vs. Gaylord Chemical Corporation, et al, serving as Court Appointed Plaintiffs' Steering Committee member.  22nd JDC For The Parish Of Washington, Docket No.# 73351, Division "H"]*

■       Most recently Mr. Bruno successfully represented the interests of over 4,000 thousand claimants in the Gramercy Plant Explosion At Kaiser, and served on the Court appointed Plaintiffs' Steering Committee.  That case resulted in a settlement of over 30 million dollars. Mr. Bruno's primary responsibilities in the case were shepherding the litigation from settlement agreement to final judgment, distribution of the settlement proceeds, and distribution of attorneys' fees.*[In re: Gramercy Plant explosion at Kaiser; 23rd Judicial District Court for The Parish of St. James, State of Louisiana, Master Docket No. 25, 975, Division D]*

■       The following  matters are presently being tried or pending trial. 1.) *Casey Billieson, et al. vs. City of New Orleans, et al*. (Lead Paint litigation), No, 94-19231, Division B, Section No. 15; 2.) *John  Johnson, et al. vs. Orleans Parish School Board, et al.*; Civil District Court For the Parish Of Orleans, State of Louisiana, (Agriculture Street Landfill) No. 93-1433, Division "J", Section 13, c/w: 94-5446, c/w 94-12996, c/w 95-13271, all cases.

855 BARONNE STREET● NEW ORLEANS, LOUISIANA 70113 ● PHONE (504) 525-1335
fax (504) 561-6775 ● e-mail **JBRUNO@BRUNOBRUNOLAW.COM**

Page 6 of  6