## APPLICATION OF JOSEPH M. BRUNO FOR
## APPOINTMENT TO THE PLAINTIFFS' STEERING COMMITTEE

**Current**              Managing Partner, Law Offices of Joseph M. Bruno, APLC

**Education**
- Institute of Politics                              1988
- Tulane Law School, Juris Doctor                    1987
- Tulane University, Bachelor of Arts                1977
- Jesuit High School                                 1972

**Professional**         Admitted to practice in all courts of the State of Louisiana* currently under suspension from May 11, 2007 and continuing for 18 months, All courts of the State of Texas, United States District Courts for the Eastern District and Middle District of Louisiana, United States Fifth Circuit Court of Appeal, and United States Tax Court.

**Professional Organizations**
- Louisiana State Bar Association
- Federal Bar Association
- New Orleans Bar Association
- Louisiana Trial Lawyers Association
  - Board of Governors 1984-85
  - Board of Governors 1986-88
  - Board of Governors Executive Committee 2000-present
- American Association of Trial Lawyers
  - Key Person Committee & Task Force Committee 1987-88
- St. Thomas Moore Catholic Lawyers Association
- N. O. Opera Association-Board of Directors 2002-present
- N. O. Center for the Creative Arts (NOCCA) Institute-Board of Directors 2003-06
- N. O. Center for the Creative Arts (NOCCA)/Riverfront-Board of Directors 2006-present

**Biography**            Joseph M. Bruno is widely regarded as a creative, energetic and outspoken advocate of victims' rights, particularly in difficult and complex cases of liability. He is a defender of class action procedure, seeing it as an important balancing tool in our complex society. He is a graduate of Tulane University (1977) and Tulane Law School (1978). In 1979, he went into partnership with his father, Frank S. Bruno, a well-known and respected litigator, most particularly in the field of workmens' compensation.

Joseph Bruno has been admitted to practice in all Courts in the State of Louisiana and Texas, as well as the United States District Courts for the Eastern and Middle District of the State of Louisiana, the United States Fifth Circuit Court of Appeal, and the U. S. Tax Court.

> Joseph Bruno is recognized as an authority in class actions, and particularly, in the management of same. His expertise in difficult and complex litigation has led to his representation of numerous claimants in class action and mass joinder proceedings involving racial discrimination, occupational lung disease, products liability, and wage and hour violations.
>
> Joseph Bruno has been active in the Louisiana Trial Lawyers organization, having served on the Board of Governors for over twenty (20) years. He presently serves on that body's executive committee. His goal is to build and maintain an aggressive firm that has the courage to fund and handle all types of complex and difficult litigation.

**Cases of Interest**

Mr. Bruno is currently involved in or has successfully completed the following class action and/or mass joinder proceedings.

Hurricane Katrina litigation, in which Mr. Bruno is the court Plaintiffs' Liaison Counsel, as well as standing member of the Levee, MRGO and Insurance PSLCs. *In re: Katrina Canal Breaches Litigation, USDC, EDLA Docket No. 88-1935, Section I-Settled.*

The 2005 Murphy Oil Spill litigation, in which Mr. Bruno served as the Discovery Chair, and resulted in a settlement of over $330 million dollars. *Turner v. Murphy Oil, USDC, EDLA Docket No. 05-4206.*

The Shell/Norco litigation, in which Mr. Bruno represented over 7,000 class members and served on the Plaintiffs' Legal Committee, and resulted in a $170 million settlement. [*In re: Shell Oil Refinery, (1988); served as a member of the Court Appointed Plaintiffs' legal Committee and Plaintiffs Discovery Committee,, USDC, EDLA Docket No. 88-1935, Section I-Settled*]

The New Orleans Train Car litigation, which resulted in a 3.5 billion exemplary damages verdict and was later partially settled fro $435 million. Mr. Bruno served as co-lead trial attorney with the late Wendell Gauthier. [*In re: New Orleans Train Car Leakage and Fire Litigation (1987); serving as Court Appointed Plaintiffs' Steering Committee Member; CDC Docket No. 87-16374, Division "B"*]

The Scott Cigarette litigation, the only medical monitoring class action currently pending in the United States which resulted in a jury verdict finding the cigarette industry conspired to defraud Louisiana smokers by distorting the public knowledge regarding cigarette smoking and health. Mr. Bruno's primary responsibility was the selection and handling of expert witnesses. [*Dianne Castano, et al versus The American Tobacco Company, et al (1994); serving as Court Appointed Plaintiffs' Steering Committee Member, CDC Docket No. 96-8461, Division "K"*]

A recent class action lawsuit against Gaylord Chemical that resulted in a $92 million dollar punitive damage jury verdict. Mr. Bruno was on the Court appointed Plaintiffs' Steering Committee and the trial team. His primary responsibility was handling trial plaintiffs at trial, as well as quantum of punitive damages. [*Catherine Fuqua, et al versus Gaylord Chemical Corporation, et al; serving as Court Appointed Plaintiffs' Steering Committee Member. 22nd JDC for the Parish of Washington, Docket No. 73351, Division "H"*]

Most recently Mr. Bruno successfully represented the interests of over 4,00 thousand claimants in the Gramercy Plant Explosion at Kaiser, and served on the Court appointed Plaintiffs' Steering Committee. That case resulted in a settlement of over $30 million dollars. Mr. Bruno's primary responsibilities in the case were shepherding the litigation from settlement agreement to final judgment, distribution of attorneys' fees. [*In re: Gramercy Plant explosion at Kaiser; 23rd JDC for the Parish of St. James, State of Louisiana, Master Docket No. 25,975, Division "D"]*

The following matters are presently being tried or pending trial. 1.) *Casey Billieson, et al versus City of New Orleans, et al*. (Lead paint litigation), No. 94-19231, Division B, Section 15; 2.) *John Johnson, et al versus Orleans Parish School Board, et al;* Civil District Court for the Parish of Orleans, State of Louisiana (Agriculture Street Landfill), No. 93-1433, Division "J", Section 13, c/w No. 94-5446, c/w No. 94-12996, c/w No. 95-13271, all cases.