UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER          * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION         * | |
| * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:   ALL CASES   * | MAGISTRATE ROBY - MAG. 4 |

**************************************************************************

NOTICE OF FILING OF
NOMINATION OF JOHN K. ETTER
FOR APPOINTMENT AS PLAINTIFFS' CO-LIAISON COUNSEL

**NOW INTO COURT**, come plaintiffs, Decarlo McGuire, et al and plaintiffs, Kimberly Nelson, et al, and notify the Court and all counsel of the filing of the attached nomination for John K. Etter to be appointed as Plaintiffs' Co-Liaison Counsel to direct and coordinate prosecution of the injunctive relief claims against the Federal Emergency Management Agency ("FEMA"), or alternatively, for this Court to appoint Mr. Etter as Plaintiffs' Sub-Group Liaison Counsel for the injunctive relief claims against FEMA.

Respectfully submitted,

  /s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 7th day of December, 2007.

          /s/ John K. Etter
          JOHN K. ETTER