# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER  MDL NO. 1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION  SECTION: N

**This Document Relates to: Melancon (07-3375, EDLA) and Shorty [Collins] (07-417, MDLA)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing PLAINTIFFS' MOTION TO ENROLL CO-COUNSEL OF RECORD, the motion is **GRANTED.**

New Orleans, Louisiana  12/10/07

_____
HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE