UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court has reviewed the applications submitted by various counsel pursuant to the Court's Order dated November 6, 2007. The Court found each of the candidates to be highly qualified and, after carefully considering which attorneys would best serve the needs of this particular litigation, the Court **ORDERS** the following appointments:

**Plaintiffs' Steering Committee** (The Court may, in its discretion, add counsel to or subtract counsel from this committee as necessary.):

       Gerald Meunier and Justin Woods, who shall also both serve as **Plaintiffs' Co-Liaison Counsel**

   Others on the committee are:

       Matthew Moreland
       Raul Bencomo
       Frank D'Amico, Jr.
       Anthony G. Buzbee
       Linda Nelson
       Ronnie Penton

The responsibilities of Plaintiffs' Liaison Counsel shall include the following:

1. to serve as the recipient for all Court orders for and on behalf of all plaintiffs;

2. to coordinate service and filings;

3. to maintain and distribute to co-counsel and to Defendants' Liaison Counsel an up-to-date service list;

4. to receive and distribute pleadings, orders, and motions by overnight courier service and telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

5. to establish and maintain a document depository, real or virtual, to be available to all plaintiffs counsel;

6. to maintain and make available to all plaintiffs counsel of record at reasonable hours a complete file of all documents served by or upon each party (except such documents as may be available at a document depository); and

7. to carry out such other duties as the Court may order.

**Defendants' Steering Committee** (The Court may, in its discretion, add counsel to or subtract counsel from this committee as necessary.):

Andrew D. Weinstock, who shall also serve as **Defendants' Liaison Counsel**

Others on the committee are:

>	Jerry Saporito
>	Ernest P. Gieger, Jr.
>	John Stewart Tharp
>	James C. Percy
>	Richard K. Hines, V
>	Timothy D. Scandurro

The responsibilities of Defendants' Liaison Counsel shall include the following:

1. to serve as the recipient for all Court orders for and on behalf of all defendants;

2. to coordinate service and filings for all defendants whether presently included or subsequently added;

3. to receive and distribute pleadings, orders, and motions by overnight courier service and telecopier within two days after receipt, unless such service has been waived, in writing, by a receiving counsel (until some program for electronic service can be arranged and agreed upon);

4. to carry out such other duties as the Court may order.

All committee members are expected to *personally* attend and participate in all meetings of such committees. Liaison counsel are instructed to promptly advise the undersigned of any repeated absences or inability to communicate with any committee member. The Court shall retain all submitted applications to serve on these committees for future reference and consideration, if necessary.

A status conference with **liaison counsel only** shall be held in chambers on

**<u>Tuesday, December 18, 2007 at 8:45 a.m.</u>**

New Orleans, Louisiana, this 11th day of December, 2007.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**