**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                          **MDL NO. 1873**
      **FORMALDEHYDE**
      **PRODUCT LIABILITY LITIGATION**
                                   **SECTION "N-4"**

                                   **JUDGE: ENGLEHARDT**
                                   **MAG: ROBY**

**THIS DOCUMENT IS RELATED TO ALL CASES**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**JOINT MOTION FOR PROTECTIVE ORDER CONCERNING**</u>
<u>**FEMA TESTING OF HOUSING UNITS**</u>

        **NOW INTO COURT**, through undersigned counsel, comes Plaintiffs and Defendants

who request the Court order the Federal Emergency Management Agency (FEMA) to provide

written notification of time, date and location of any formaldehyde testing in housing units

seventy two (72) hours prior to that testing.   Notification is requested to be made to the

following:

      **Judge Kurt D. Engelhardt**
      **U.S District Court**
      **Eastern District of Louisiana**
      **500 Poydras St.**
      **New Orleans, Louisiana 70130**
      **Telephone: (504) 589-7645**
      **FAX: (504) 589-4457**
      <u>Engelhardt@laed.uscourts.gov</u>

      **ANDREW D. WEINSTOCK**
      **3838 N. Causeway Blvd, Ste. 2900**
      **Metairie, Louisiana, 70002**
      **Telephone: (504) 832-3700**
      **FAX: (504) 837-3119**
      <u>andreww@duplass.com</u>
      **Liaison Counsel for Defendants**

**GERALD MEUNIER**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**3900 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2800**
**Telephone: (504) 522-2304**
**FAX: (504) 528-9973**
**Liaison Counsel for Plaintiffs**
**gmeunier@gainsben.com**

**JUSTIN WOODS**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**3900 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2800**
**Telephone: (504) 522-2304**
**FAX: (504) 528-9973**
**Liaison Counsel for Plaintiffs**
**jwoods@gainsben.com**

It is further requested that FEMA allow two representatives of the plaintiffs and two representatives of the defendants to observe the testing. The parties additionally request copies of any questionnaires completed by any and all occupants of the housing units.

**AGREED AND APPROVED FOR ENTRY:**

**DUPLASS, ZWAIN, BOURGEOIS, MORTON,**
**PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C**

s/Gerald Meunier

_____

**GERALD MEUNIER (# 9471)**
3900 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163-2800
**gmeunier@gainsben.com**

**LIASON COUNSEL FOR PLAINTIFFS**

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C**

s/Justin Woods

_____

**JUSTIN WOODS (# 24713)**
3900 Energy Centre
1100 Poydras St.
New Orleans, Louisiana 70163-2800
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2007, a copy of the foregoing Joint

Motion for Protective Order Concerning FEMA testing of Housing Units was filed electronically

with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known

counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock

_____

ANDREW D. WEINSTOCK #18495
andreww@duplass.com