MONEY ADVANCED
CHLORINE - Missouri

| Date | Check No. | Payable to | Amt. |
|---|---|---|---|
| 07/08/04 | 1012 - tr. | Metro Legal Nurse Consultants | $ 65,000.00 |
| 09/29/04 | 8371 - gr. | Enviro Consultants (Dr. Fthenakis | 562.50 |
| 12/07/04 | 8421 - gr. | McCaine Zimmer (turkey certificates) | 1,820.00 |
| 12/15/04 | 11148 - b. | Thielsch Engineering | 4,372.53 |
| 12/15/04 | 11149 - b. | Tim Engelmeyer & Patsy Howard | 20,000.00 |
| 12/31/04 | 11157 - b. | Dr. Peter Teuter | 35,000.00 |
| 12/31/04 | 11158 - b. | Thielsch Engineering | 815.00 |
| 01/10/05 | 11163 - b. | EnviroConsultants | 7,500.00 |
| 01/21/05 | 8456 - gr. | Washington University School of Medicine (Dr. Strunt) | 13,003.22 |
| 01/28/05 | 11190 - b. | Dr. Neal A. Sher | 8,916.20 |
| 02/03/05 | 11202 - b. | Washington University School of Medicine (Dr. Peter Tuteur) | 25,000.00 |
| 02/11/05 | 11210-b. | Dr. C.B. Scrignar | 20,300.00 |
| 02/16/05 | 11219-b | Washington University Dept. Of Otolaryngology (Dr. Thawley) | 5,000.00 |
| 02/23/05 | 11227-b | St. Louis University Eye Institute | 650.00 |
| 02/28/05 | 11238-b | Dr. Edwin Glur | 1,776.40 |
| 03/18/05 | 8474-gr. | Dr. Oscar Cruz | 1,500.00 |
| 03/18/05 | 8475-gr. | Dr. Federovich | 250.00 |
| 04/23/05 | 8512-gr. | Washington University School of Medicine (Dr. Thawley) | 220.00 |
| 05/12/05 | 11283-b | Washington University School of Medicine (Dr. Tuteur | 50,354.00 |
| 07/11/05 | 11396-b | Thielsch Engineering, Inc. | 4,878.82 |
| 01/26/06 | 8696-gr. | Eyewitness Video | 1,087.00 |
| 01/27/06 | 8698-gr. | Athos Legal Video | 2,725.00 |
| 01/30/06 | 8704-gr. | Consolidated Consultants (Dr. Perry - retainer) | 6,000.00 |
| 02/02/06 | 8707-gr. | Asheville Reporting Service | 6,870.10 |
| 02/03/06 | 8710-gr. | Howard Investigations, Inc. | 200.00 |
| 04/13/06 | 11746-b | Esquire Deposition Service | 1,976.35 |
| 04/17/06 | 11757-b | Carlton Court Reporting | 3,689.34 |
| 04/20/06 | 11758-b | Polymer and Chemical Technologies, LLC | 5,000.00 |
| 04/26/06 | 8763-gr. | Dr. Erno Sajo | 9,761.00 |
| 05/01/06 | 8766-g | FedEx (docs. To Ronnie Penton and Dr. Russell Dunn) | 31.25 |
| 05/26/06 | 8796-g. | National Court Reporters, Inc. | 2,925.22 |
| 06/09/06 | 11835-b | Dr. Vincent L. Wilson | 1,000.00 |
| 06/12/06 | 11837-b | Polymer and Chemical Technologies, LLC | 10,509.51 |

EXHIBIT A

| Date | Number | Payee | Amount |
|---|---|---|---|
| 06/26/06 | 11851-b | Thielsch Engineering | 4,927.12 |
| 07/07/06 | 11870-b | Migliore & Associates | 2,222.26 |
| 07/07/06 | 11871-b | Gore Perry Gateway & Lipa Reporting | 3,248.01 |
| 07/08/06 | 11875-b | Consolidated Consultants, Co. | 18,719.98 |
| 07/13/06 | 11884-b | Eyewitness Video Service | 257.00 |
| 08/23/06 | 8832-g | Williams Scotsman, Inc. | 1,220.35 |
| 09/05/06 | 8850-g | Williams Scotsman, Inc. | 407.87 |
| 10/05/06 | 8874-g | Williams Scotsman, Inc. | 407.87 |
| 10/13/06 | 11954 | Dr. Peter G. Tuteur | 2,000.00 |
| 10/13/06 | 11955 | Metro Legal Nurse Consultants | 4,925.00 |
| 10/13/06 | 11959 | Gore, Perry, Gateway & Lipa Reporting | 1,151.86 |
| 10/13/06 | 11958 | EnviroConsultants, Inc. | 6,570.98 |
| 10/13/06 | 11961 | Donna Kay Brown (Claims Office) | 9,950.00 |
| 10/13/06 | 11957 | Analytics Incorporated | 20,612.07 |
| 10/13/06 | 11960 | Prof. Ted Fiflis | 36,175.00 |
| 11/10/06 | 12005 | Williams Scotsman | 407.87 |
| 11/11/06 | 12007 | Paralegal and Investigative Services | 13,775.00 |
| 12/12/06 | 5151 | Williams Scotsman | 407.87 |
| 01/08/07 | 12078 | Williams Scotsman | 407.87 |
| 01/16/07 | 12092 | Midwest Litigation Service | 158.50 |
| 01/25/07 | 12102 | Thielsch Engineering | 1,927.71 |
| 01/30/07 | 12119 | De Soto Ozark Electric | 1,200.00 |
| 01/30/07 | 12120 | Midwest Litigation Services | 183.50 |
| 02/03/07 | 12130 | Midwest Litigation Services | 83.50 |
| 02/12/07 | 12152 | Williams Scotsman | 405.61 |
| 02/13/07 | 12154 | National Depo | 175.00 |
| 02/14/07 | 12155 | Thielsch Engineering | 19,984.71 |
| 02/19/07 | 12167 | Metro Legal Nurse Consultants | 6,000.00 |
| 02/27/07 | 12173 | Seigreid, Bingham, Levy, Selzer & Gee | 309.50 |
| 02/28/07 | 12185 | Analytics Incorporated | 6,795.63 |
| 02/28/07 | 12187 | DX Services | 3,773.74 |
| 03/12/07 | 12202 | EnviroConsultants | 19,325.00 |
| 03/12/07 | 12203 | PolymerChemTech | 42,084.80 |
| 03/13/07 | 12207 | Thielsch Engineering | 9,772.75 |
| 03/17/07 | 12211 | JAMS | 4,633.96 |
| 03/21/07 | 12214 | Metropolitan Court Reporters, Inc. | 972.40 |
| 03/22/07 | 12226 | Asheville Reporting Service | 3,050.90 |
| 03/22/07 | 12227 | Dr. C.B. Scrignar (video depo.) | 300.00 |
| 03/23/07 | 12229 | Breeze, Roberts, Ponder, Bates & Zimmer | 6,818.34 |
| 03/26/07 | 12230 | Athos Legal Video | 1,300.00 |
| 04/03/07 | 12234 | Telephone Contacts, Inc. | 8,852.50 |

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 04/04/07 | credit card | Hilton (mediation) | 2,752.14 |
| 04/05/07 | 12239 | Breeze, Roberts, Ponder-Bates & Zimmer (Robert Burns, Real Estate Aprraiser) | 16,486.45 |
| 04/05/07 | 12240 | Breeze, Roberts, Ponder-Bates & Zimmer (Deposition Expenses) | 4,549.90 |
| 04/05/07 | 12241 | Greg Roberts (expenses) | 7,819.25 |
| 04/11/07 | 12249 | The Paperless Courtroom | 10,305.00 |
| 04/12/07 | 12250 | Telephone Contacts, Inc. | 8,852.50 |
| 04/23/07 | 12265 | Engelmeyer & Pezzani, LLC (Renaissance Hotel - mediation) | 1,458.02 |
| 04/23/07 | 12266 | Midwest Litigation Services (depositions) | 4,540.10 |
| 04/24/07 | 12267 | Consolidated Consultants & Andrew Perry | 11,506.00 |
| 04/25/07 | 12268 | Consolidated Consultants & Andrew Perry | 21,300.00 |
| 04/26/07 | 12271 | Telephone Contact, Inc. | 1,015.39 |
| 05/01/07 | 12282 | Dr. Erno Sajo | 5,000.00 |
| 05/01/07 | 12283 | Dr. Harold Ginzburg | 5,000.00 |
| 05/01/07 | 12284 | The Paperless Courtroom | 5,000.00 |
| 05/01/07 | 12286 | Engelmeyer & Pezzani, LLC (Renaissance Hotel) | 3,426.00 |
| 05/02/07 | 12291 | Worldwide Court Reporters, Inc. (Depo. of Dr. Sajo) | 670.46 |
| 05/03/07 | Am. Ex. | Airfare for Dr. Ginzburg | 1,205.00 |
| 05/07/07 | 12295 | JAMS | 4,459.11 |
| 05/07/07 | 8937 | American Express (St. Louis, hotels, equipment rental, etc.) | 18,581.66 |
| 05/07/07 | 8939 | E. Terrence Jones (Surveyor) | 10,000.00 |
| 05/07/07 | 8940 | Worldwide Court Reporters, Inc. (Video depo. of Dr. Sajo) | 328.93 |
| 05/07/07 | 8941 | Hillsboro Reporting Service (Depo. Of Heyden) | 624.25 |
| 05/09/07 | 8946 | E. Terrence Jones (Surveyor) | 4,100.00 |
| 05/10/07 | 8947 | Consolidated Consultants and Andrew Perry | 39,300.00 |
| 05/10/07 | 8948 | IKON Office Solutions | 30.98 |
| 05/10/07 | 8949 | LaRose Reporting Service, Inc. | 1,260.00 |
| 05/10/07 | 8950 | Midwest Litigation Services | 3,540.70 |
| 05/14/07 | 8954 | Surdyke Vending LLC (Claims Office) | 2,500.00 |
| 05/15/07 | 12297 | Ted J. Fiflis | 27,457.80 |
| 05/15/07 | 12298 | PolymerChemTech (Russell Dunn) | 19,886.24 |
| 05/15/07 | 12299 | Metro Legal Nurse Consultants | 13,060.61 |
| 05/15/07 | 12300 | Peter Tuteur, MD | 500.00 |
| 05/21/07 | 12309 | Neal A. Sher, MD | 11,150.00 |
| 05/21/07 | 12310 | Harold M. Ginzburg, MD | 10,968.75 |
| 05/31/07 | 8961 | Dr. Sulten (void) | Void |
| 05/31/07 | 8966 | Dr. Neal Sher | 2,675.00 |
| 05/31/07 | 8968 | Dr. Vince Wilson | 6,125.00 |

| | | | |
|---|---|---|---|
| 06/02/07 | 8972 | William Heyden | 600.00 |
| 06/02/07 | 8973 | Armstrong Teasdale | 2,487.50 |
| 06/02/07 | 8974 | Dr. Kirk Flury/St. Louis Pulmonary Med. Group | 700.00 |
| 06/02/07 | 8975 | LaRose Reporting Service | 1,030.00 |
| 06/02/07 | 8976 | Hillsboro Reporting Service | 1,023.15 |
| 06/02/07 | 8977 | Midwest Litigation Service | 338.55 |
| 06/02/07 | 8978 | PolymerChemTech (Russell Dunn) | 8,500.00 |
| 06/02/07 | 8979 | Lloyd's Register (copying and shipping docs) | 110.00 |
| 06/02/07 | 8980 | Klar, Izsak & Stenger, LLC (filing fees - Estate Clients | 735.00 |
| 06/03/07 | 12328 | Prof. Arthur Miller (retainer) | 5,000.00 |
| 06/06/07 | 12333 | The Roberts Law Firm (reimbursement of costs) | 3,100.05 |
| ******* | | Bills paid after hearing | |
| 08/24/07 | 9021 | Prof. Arthur Miller | 12,412.00 |
| | | | |
| | | TOTAL | $907,975.04 |