MONEY ADVANCED BY DANIEL E. BECNEL, JR.
MINOT TRAIN DERAILMENT

| DATE | HOW PAID | PAYABLE TO | AMOUNT |
|---|---|---|---|
| 02/11/02 | AM. EXP. | River Parishes Travel (airfare James Loumiet) | $ 1,166.50 |
| 02/11/02 | AM. EXP. | River Parishes Travel (airfare Richard Beall) | 2,158.00 |
| 02/11/02 | AM. EXP. | River Parishes Travel (airfare Phani Raj) | 1,927.00 |
| 02/13/02 | Ck. #7591 (Hib. Gr.) | James Loumiet (retainer) | 3,500.00 |
| 02/13/02 | Ck. #7592 (Hib. Gr.) | Richard Beall (retainer) | 3,500.00 |
| 02/13/02 | Ck. #7593 | Dr. Phani Raj (retainer) | 3,500.00 |
| 04/04/02 | Ck.#10478 | Dr. Phani Raj | 2,573.00 |
| 04/04/02 | Ck.#10479 | James R. Loumiet | 1,797.28 |
| 04/08/02 | AM. EXP. | River Parishes Travel (airfare - Dr. Scrignar) | 775.00 |
| 04/12/02 | Ck.#10497 | Dr. C.B. Scrignar (retainer) | 10,000.00 |
| 05/20/02 | Ck.#7661 | Solberg, Stewart, Miller, Johnson | 50,000.00 |
| 05/31/02 | Ck.#10556 | Dr. Phani Raj | 2,013.00 |
| 08/06/02 | Ck.#10615 | Dr. C. B. Scrignar | 12,505.00 |
| 08/22/02 | Ck.#10627 | Dr. William Nassetta | 3,850.00 |
| 09/07/02 | Ck.#7733 | Richard Beall | 1,439.26 |
| 10/22/02 | Ck.#7779 | Hall & Associates | 25,000.00 |
| 11/05/02 | Ck.#10654 | Phani Raj | 9,205.00 |
| 11/06/02 | Ck.#10658 | James Loumiet & Associates, Inc. | 50.00 |
| 11/15/02 | Ck.#10660 | James Loumiet & Associates, Inc. | 150.00 |
| 11/30/02 | Ck.#7830 | TMS, Inc. (Dr. Phani Raj) | 1,414.00 |
| 01/20/03 | Ck#10710 | Dr. James Brown (retainer) | 1,000.00 |
| 01/23/03 | Ck#10719 | TMS, Inc. (Dr. Phani Raj) | 2,610.00 |
| 02/20/03 | Ck#10747 | Pat Carl & Assoc. (Depo. of Vern Graham) | 2,079.75 |
| 03/14/03 | Ck#7905 | Dr. William Nassetta | 1,925.00 |
| 03/18/03 | Ck#10757 | Thielsch Engineering | 5,075.00 |
| 03/28/03 | Ck#10768 | Dr. William Nassetta | 3,150.00 |
| 04/01/03 | Ck#10774 | Dr. V.M. Fthenakis | 8,419.00 |
| 04/07/03 | Ck#10782 | TMS, Inc. (Dr. Phani Raj) | 5,329.00 |
| 04/07/03 | Ck#10783 | James R. Loumiet | 8,252.98 |
| 04/09/03 | Ck#10785 | Thielsch Engineering | 697.12 |
| 04/21/03 | Ck#10806 | Thielsch Engineering | 3,349.56 |
| 04/25/03 | Ck#10809 | James Loumient & Assoc. | 385.00 |
| 06/05/03 | Ck#2138 | Dr. Morteza Shamsnia | 10,000.00 |
| 06/19/03 | Ck#7943 | R.H. Dunn & Associates | 4,000.00 |
| 06/23/03 | Ck#7948 | Core Toxicology (Dr. Nassetta) | 9,712.00 |

EXHIBIT B

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 07/09/03 | Ck#10872 | Dr. C.B Scrignar | 5,900.00 |
| 07/21/03 | Ck#7969 | Solberg Stewart Miller Johnson | 50,000.00 |
| 07/25/03 | Ck#7973 | Dr. James S. Brown | 9,590.50 |
| 09/05/03 | Ck#10916 | Richard C. Beall | 6,601.07 |
| 10/10/03 | Ck#8019 | Advanced Neurodiagnostic Center | 41,800.00 |
| 12/11/03 | Ck#10960 | Dr. William Nassetta | 4,441.50 |
| 12/11/03 | Ck#10961 | Dr. C.B. Scrignar | 2,570.00 |
| 01/02/04 | Ck.#8087 | Dr. V.M. Fthenakis | 11,516.00 |
| 02/16/04 | Ck#8154 | Dr. V.M. Fthenakis | 10,000.00 |
| 03/11/04 | Ck#10982 | Dr. V.M. Fthenakis | 10,000.00 |
| 04/28/04 | Ck#8220 | Jon Krosnick | 4,272.75 |
| 04/28/04 | Ck#8221 | Schulman Ronca & Bucuvalas, Inc. | 8,611.50 |
| 06/04/04 | Ck#8281 | National Jury Project | 10,089.47 |
| 07/23/04 | Ck#11055 | Technology Mgt. Services (Dr. Raj) | 750.00 |
| 08/26/04 | Ck#8337 | Dr. V.M. Fthenakis | 6,000.00 |
| 10/19/04 | Ck#11102 | Dr.V.M. Fthenakis | 15,100.00 |
| 10/25/04 | Ck#8381 | Dr. William J. Nassetta | 300.00 |
| 10/29/04 | Ck#8395 | Jon Krosnick | 4,387.50 |
| 11/08/04 | Ck#11113 | Thielsch Engineering | 6,497.57 |
| 11/20/04 | Ck#8402 | Core Toxicology (Dr. Nassetta) | 2,100.00 |
| 11/24/04 | Ck#8406 | James Dahlgreen Medical | 9,658.75 |
| 11/24/04 | Ck#8407 | Schulman, Ronca & Bucuvalas, Inc. | 5,861.50 |
| 11/29/04 | Ck#8410 | Thielsch Engineering | 6,629.69 |
| 02/14/05 | Ck#11214 | Esquire Deposition Services (depo. Of Dr. Fthenaks & Florence Cone, including video of Florence Cone) | 1,248.00 |
| 03/08/05 | Ck#11247 | Dr. Neal A. Sher | 9,729.00 |
| 04/25/06 | Ck#8515 | Core Toxicology (Dr. Nassetta) | 10,466.67 |
| 06/13/05 | Ck#11342 | National Jewish Financial Counseling | 3,700.00 |
| 06/22/05 | Ck#11371 | Thielsch Engineering | 5,517.44 |
| 06/22/05 | Ck#11373 | Martha Jo Schulz (reimbursement of expenses - trip to National Jewish) | 97.87 |
| 07/11/05 | Ck#11393 | Core Toxicology (Dr. Nassetta) | 150.00 |
| 08/10/05 | Ck#8565 | Thielsch Engineering | 53,979.78 |
| 08/18/05 | Ck#8589 | James Dahlgren Medical | 465.00 |
| 10/18/05 | Ck#11506 | Thielsch Engineering | 17,559.83 |
| 10/25/05 | Ck.#8618 | Hilsoft Notifications | 7,500.01 |
| 11/15/05 | Ck#11554 | Core Toxicology (Dr. Nassetta) | 200.00 |
| 11/22/05 | Ck#11564 | VOID | |
| 12/30/05 | Ck#11632 | Mike Miller (replace check to Kelsey-Seybold Medical Group - depo. Of Dr. Dass) | 1,000.00 |
| 12/30/05 | Ck#11633 | Core Toxicology Consulting (Dr. Nassetta) | 9,200.00 |
| 12/31/05 | Ck#11640 | Hilsoft Notifications | 340.00 |
| 02/14/06 | Ck#11663 | Pulmonary & Critical Care Assoc. | 501.50 |
| 02/16/06 | Ck#11666 | Dr. C.B. Scrignar | 2,000.00 |
| 04/17/07 | Ck#12260 | David Frederick | 10,000.00 |
| | | **TOTAL** | **$568,837.35** |