UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE: ENGLEHARDT<br>MAG: ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**
*****************************************************************************

## MOTION FOR ENTRY OF A "LONE PINE" ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants, Gulf Stream Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Coachmen Industries, Inc., Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc. and Keystone RV Company ("Defendants"), which request that this Honorable Court enter a Lone Pine order in the above-captioned litigation.  All of the information requested in the proposed Lone Pine order is relevant and discoverable.  The Court has discretion to enter this case management order, particularly in this toxic tort case in which no allegations specify a harmful level of formaldehyde or even identify the level of formaldehyde to which each plaintiff is allegedly exposed.  Neither are Defendants seeking to have each case automatically dismissed; rather Defendants rely on Rule 37(b)(2) to provide relief for any disobedience of the Court's order.  Producing this information at the outset would reduce costs and save time.

**WHEREFORE**, after due consideration is had, and for the reasons set forth in the attached Memorandum in Support hereof, Defendants respectfully request that this Honorable Court issue a Lone Pine Order in the above-captioned litigation.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

**SCANDURRO & LAYRISSON**

s/Timothy D. Scandurro
_____
**TIMOTHY D. SCANDURRO #18424**
**DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**THE PRESTON LAW FIRM, L.L.P.**

s/Lyon H. Garrison
_____
**LYON H. GARRISON**
909 Poydras Street, Suite 1800
New Orleans, LA 70112
527-0109
lgarrison@prestonlawfirm.com
**Counsel for Defendant, Recreation by Design, LLC**

**NELSON, MULLINS, RILEY**

**& SCARBOROUGH, LLP**

s/Richard K. Hines, V

_____

**RICHARD K. HINES, V**
**JERRY L. SAPORITO**
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6154
Richard.hines@nelsonmullins.com
**Counsel for Fleetwood Enterprises, Inc.**

**TAYLOR, PORTER, BROOKS & PHILLIPS, LLP**

s/John Stewart Tharp

_____

John Stewart Tharp
451 Florida Street, 8th Floor
Baton Rouge, LA 70801
(225) 387-3221
stewart.tharp@taylorporter.com
**Counsel for Defendant, Coachmen Industries, Inc.**

**GIEGER, LABORDE & LAPEROUSE, LLC**

s/Ernest P. Gieger, Jr.

_____

**ERNEST P. GIEGER, JR.**
**JASON D. BONE**
701 Poydras Street, Suite 4800
New Orleans, LA 70139
561-0400
egieger@glllaw.com
jbone@glllaw.com
**Counsel for Defendant, Forest River, Inc.**

**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**

s/James C. Percy
_____

**JAMES C. PERCY**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
(225) 248-2130
jpercy@joneswalker.com

**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**

s/Madeleine Fischer
_____

**MADELEINE FISCHER**
**RYAN E. JOHNSON**
201 St. Charles Avenue
New Orleans, LA 70170
mfischer@joneswalker.com
rjohnson@joneswalker.com
**Counsel for Defendants, Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc. and Keystone RV Company**

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2007, a copy of the foregoing Motion for Entry of a "Lone Pine" Order was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com