UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

SECTION "N-4"

JUDGE: ENGLEHARDT
MAG: ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

**************************************************************************

## ORDER

**IT IS HEREBY ORDERED THAT** on or before June 30, 2008, each of the individually named plaintiffs produce the following:

(1) Certification by each plaintiff identifying both the manufacturer and serial number of the travel trailer to which each plaintiff claims exposure.

(2) Affidavit from a qualified physician stating: (1) to a reasonable medical probability the diagnosis of injury, illness or condition of the plaintiff; and (2) to a reasonable medical probability that each injury, illness, or condition diagnosed was caused by exposure to formaldehyde. The affidavit should set forth the methodology used by the physician and the factual basis for the physician's conclusions.

(3) Affidavit from an expert that the specific level of formaldehyde to which each plaintiff was allegedly exposed was sufficient to cause the claimed

injury, illness or condition.  The affidavit should set forth the methodology used by the expert and the factual basis for the expert's conclusions.

New Orleans, Louisiana, this _____ day of _____, 2007.

_____
**J U D G E**