UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                            SECTION "N"  (4)
THIS DOCUMENT RELATES TO
ALL CASES

### PROTECTIVE ORDER CONCERNING FEMA TESTING OF HOUSING UNITS

Plaintiffs and Defendants request the Court to order the Federal Emergency Management Agency (FEMA) to provide written notification of time, date and location of any formaldehyde testing in housing units seventy two (72) hours prior to that testing. Notification is requested to be made to the following:

**Judge Kurt D. Engelhardt**
**U.S District Court**
**Eastern District of Louisiana**
**500 Poydras St.**
**New Orleans, Louisiana 70130**
**Telephone: (504) 589-7645**
**FAX: (504) 589-4457**
eFile-Engelhardt@laed.uscourts.gov

**ANDREW D. WEINSTOCK**
**3838 N. Causeway Blvd, Ste. 2900**
**Metairie, Louisiana, 70002**
**Telephone: (504) 832-3700**
**FAX: (504) 837-3119**
**andreww@duplass.com**
**Liaison Counsel for Defendants**

**GERALD MEUNIER**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**3900 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2800**
**Telephone: (504) 522-2304**
**FAX: (504) 528-9973**
**Liaison Counsel for Plaintiffs**
**gmeunier@gainsben.com**

**JUSTIN WOODS**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**3900 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2800**
**Telephone: (504) 522-2304**
**FAX: (504) 528-9973**
**Liaison Counsel for Plaintiffs**
**jwoods@gainsben.com**

It is further requested that FEMA allow two representatives of the plaintiffs and two representatives of the defendants to observe the testing.

**IT IS ORDERED** that:

1.   FEMA shall provide written notification seventy two (72) hours prior to any formaldehyde testing in mobile homes or travel trailers to the following individuals:

**Judge Kurt D. Engelhardt**
**U.S District Court**
**Eastern District of Louisiana**
**500 Poydras St.**
**New Orleans, Louisiana 70130**
**Telephone: (504) 589-7645**
**FAX: (504) 589-4457**
eFile-Engelhardt@laed.uscourts.gov

**ANDREW D. WEINSTOCK**
**3838 N. Causeway Blvd, Ste. 2900**
**Metairie, Louisiana, 70002**
**Telephone: (504) 832-3700**
**FAX: (504) 837-3119**
**andreww@duplass.com**
**Liaison Counsel for Defendants**

**GERALD MEUNIER**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**3900 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2800**
**Telephone: (504) 522-2304**
**FAX: (504) 528-9973**
**Liaison Counsel for Plaintiffs**
**gmeunier@gainsben.com**

**JUSTIN WOODS**
**Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.**
**3900 Energy Centre**
**1100 Poydras Street**
**New Orleans, Louisiana 70163-2800**
**Telephone: (504) 522-2304**
**FAX: (504) 528-9973**
**Liaison Counsel for Plaintiffs**
**jwoods@gainsben.com**

2.      FEMA shall permit access to two (2) representatives of the plaintiffs and two (2) representatives of the defendants to observe any and all testing and be permitted to photograph, videotape and/or digitally record the testing.

**3.**     No later than the date of the testing, both the plaintiffs and defendants representative will be provided a copy of any questionnaire completely by any and all occupants of the housing unit to be tested.

New Orleans, Louisiana, this 13th day of December, 2007.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**