MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 13, 2007

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                        SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Thursday, December 13, 2007, at 11:20 a.m. Participating were Gerald Meunier, liaison counsel for plaintiffs; and Andrew Weinstock, liaison counsel for defendants.

JS10(00:15)