UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 13, 2007, the Court held a telephone status conference with the following liaison participating: Gerald Meunier for Plaintiffs and Andrew Weinstock for Defendants.

New Orleans, Louisiana, this 13th day of December, 2007.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**