UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:   FEMA TRAILER                                               MDL No.  1873
         FORMALDEHYDE
         PRODUCTS LIABILITY LITIGATION
                                                                    SECTION "N" (4)

"This Document Relates to All Cases"                                Judge Engelhardt
                                                                    Magistrate Judge Roby

## OBJECTION TO THE PROPOSED COMMITTEE
## AS PRESENTLY CONSTITUTED

The following objection is submitted in accordance with the Pretrial Order entered November 6, 2007, and the December 12, 2007 Order.

1.   Paul A. Dominick of Nexsen Pruet, LLC, Sean K. Trundy, Esquire, and J. Rock Palermo, Esquire, of Bice, Palermo & Veron, LLC, ("*Hillard* Counsel") represent the Plaintiffs in the *Keith Hillard et al. v. United States of America, et al.* ("*Hillard*") suit which is a part of this MDL proceeding.

2.   *Hillard* Counsel joins in the Objection To The Proposed Committee As Presently Constituted filed by Daniel E. Becnel, Jr., and adopts the reasoning set forth by Mr. Becnel in support of the objection.

3.   *Hillard* Counsel shares Mr. Becnel's concern relating to the funding and advancement of this substantial MDL Litigation.  It is not possible for counsel to fund substantial expenses in this matter without representation on the Plaintiffs' Steering Committee.

1

4. Through the Nexsen Pruet firm, *Hillard* Counsel has the ability to fund substantial expenses in prosecution of this case. With nearly 180 attorneys, Nexsen Pruet is one of the largest firms in the Carolinas. Nexsen Pruet has a track record which exhibits an ability and willingness to fund major litigation. For example, in the *Crane vs. International Paper* anti-trust litigation, Nexsen Pruet advanced over $1.8 million in expenses in prosecuting the case. To date, in the ongoing *Polyester Staples* anti-trust litigation, Nexsen Pruet has funded approximately $1.4 million in expenses. These expenditures are in addition to thousands of hours of Nexsen Pruet attorney time dedicated to those matters.

5. Thus, *Hillard* Counsel joins in Mr. Becnel's objection and requests that the Court expand the membership of the Plaintiffs' Steering Committee, including the appointment of Paul A. Dominick, to ensure adequate funding and resources to prosecute this action.

s/ J. Rock Palermo III_____
J. MICHAEL VERON (#7570)
J. ROCK PALERMO III (#21793)
BICE, PALERMO & VERON, L.L.C.
P. O. BOX 2125
LAKE CHARLES, LA 70602
(337) 310-1600
(337) 310-1601 (FAX)

s/Paul A. Dominick_____
PAUL A. DOMINICK
RICHARD L. TAPP, JR
DENNIS J. LYNCH
NEXSEN PRUET, L.L.C.
P. O. BOX 486
CHARLESTON, SC 29402
(843) 577-9440
(843) 720-1777

SEAN K. TRUNDY

                                        SEAN KEVIN TRUNDY, L.L.C.
                                        P. O. BOX 41343
                                        NORTH CHARLESTON, SC  29423
                                        (843) 747-4424
                                        (843) 747-4489

                                        **ATTORNEYS FOR Plaintiffs: Keith Hillard, Lisa Hillard for themselves and as legal guardians for: Gabriell Hillard, Keith Hillard, Jr., Christopher Hillard, and Cydney Hillard; Amy L. Bordelon; Betty Carter for herself and as legal guardian for April Carter, and William Carter, Jr.; Emmett Lusich, Jenny Lusich for themselves and as legal guardians for Summer Lusich and Lacey Lusich; and On Behalf of Themselves and All Others Similarly Situated**

December 14, 2007

Charleston, South Carolina

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing via the Court's CM/ECF electronic filing system or by United States Mail, postage prepaid, properly addressed.

Lake Charles, Louisiana, this 14th day of December, 2007.

s/J. Rock Palermo III _____