UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has reviewed the Objection to the Proposed Committee as Presently Constituted (Rec. Doc. 51).  Accordingly,

**IT IS ORDERED** that the **Objection to the Proposed Committee as Presently Constituted (Rec. Doc. 51)** should be and is hereby **OVERRULED.**  The Court notes that a member of the Objector's firm, Matt Moreland, has been appointed to Plaintiffs' Steering Committee.  The Court further reiterates the following language from its December 11, 2007 Order, "[t]he Court may, in its discretion, add counsel to or subtract counsel from the committee as necessary." (Rec. Doc. 49).

New Orleans, Louisiana, this 14th day of December, 2007.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**