UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the Motion for Entry of a "Lone Pine" Order (Rec. Doc. 52) is **SET** for hearing on **Wednesday, January 30, 2008, without oral argument**.  Any oppositions thereto shall be filed on or before **Friday, January 11, 2008 at 5:00 p.m.**

New Orleans, Louisiana, this 14th day of December, 2007.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**