MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 18, 2007

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                               SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES


      A status conference was conducted on Tuesday, December 18, 2007, at 8:45 a.m. Participating were Gerald Meunier and Joe Glass, liaison counsel for plaintiffs; and Andrew Weinstock and Justin Woods, liaison counsel for defendants.

JS10(01:15)