UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCT LITIGATION | MDL NO.: 1873<br><br>SECTION: "N" (4) |
| This Document Relates to All Cases | | Judge Engelhardt<br>Magistrate Judge Roby |

## NOTICE OF FILING APPLICATION FOR APPOINTMENT OF MICHAEL HINGLE TO THE PLAINTIFF'S STEERING COMMITTEE

Michael Hingle files the attached Application for Appointment to the Plaintiffs' Steering Committee in the above captioned matter and respectfully requests that the Court appoint him to serve on the Plaintiffs' Steering Committee.

Respectfully submitted,

MICHAEL HINGLE & ASSOCIATES
220 Gause Blvd., Suite 200
Slidell, Louisiana 70458
Telephone: (985) 641-6800
Fascsimile: (985) 646-1471


/s/ Michael Hingle
MICHAEL HINGLE (Bar Roll No.: 6943)