# Michael Hingle & Associates, LLC

ATTORNEYS & COUNSELORS AT LAW

Michael Hingle, J.D.+[1]

Ronald Favre, J.D.+
John B. Noble+[2]
Bryan A. Pfleeger +
Austin McElroy+
Colby F. Wenck +
Mary L. Grier Holmes+

220 Gause Blvd.
Suite 200
Slidell, LA 70458
(985) 641-6800
Fax 646-1471

December 18, 2007

Heidi B. Pellegrin+*
Celia Estis*
Candace Furlong-Borne*
Shelly Alexander
Shelly McNamara*
Krista Alquist*
Jennifer Freemin*

*Paralegal   +Notary

U.S. District Judge Kurt Engelhardt
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE:   FEMA HOUSING FORMALDEHYDE LITIGATION MDL No.: 1873

Dear Judge Engelhardt:

I am submitting herein my Curriculum Vitae for consideration in the above-captioned MDL for any position you deem appropriate.

Thank you for your consideration.

Sincerely,

Michael Hingle

WMH/lo



[1] CERTIFIED CIVIL TRIAL LAW SPECIALIST
NATIONAL BOARD OF TRIAL ADVOCACY*
ACCREDITED BY AMERICAN BAR ASSOCIATION

[2] ADMITTED IN MISSISSIPPI & LOUISIANA

NEW ORLEANS   **SLIDELL**   HAMMOND
COVINGTON/MANDEVILLE   METAIRIE   GRETNA
BATON ROUGE   HOUMA   LAFAYETTE   GULFPORT   LAPLACE

## Michael Hingle & Associates, LLC

ATTORNEYS & COUNSELORS AT LAW

Michael Hingle, J.D.+[1]

Ronald Favre, J.D.+
John B. Noble+[2]
Bryan A. Pfleeger+
Austin McElroy+

Colby F. Wenck+
Mary L. Grier Holmes+

220 Gause Blvd., Ste. 200
Slidell, LA 70458
(985) 641-6800
Fax 646-1471

Heidi B. Pellegrin+*
Celia Estis*
Candace Furlong-Borne*
Shelly Alexander*
Shelly McNamara*
Krista Alquist*
Jennifer Fremin*

December 18, 2007

*Paralegal    +Notary

U.S. District Judge Kurt Engelhardt
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

RE:   FEMA HOUSING FORMALDEHYDE LITIGATION MDL NO.: 1873

Dear Judge Engelhardt:

This is a request for consideration of new blood, a new face and new talent. Mr. Hingle has not had the privilege of serving on a National Plaintiff's Steering Committee.

Mr. Hingle asks this Honorable Court to consider the following. He is:

- A 1970 LSU graduate, magna cum laude in accounting - first in University at commencement.

- Tulane Law School, 1973, Order of the Coif, Tulane Law Review with publication and a member of the Tulane Moot Court Team. His class rank was number 2 of 265.

- Mr. Hingle is a Certified Public Accountant (non-practicing).

- Mr. Hingle is a member of the Louisiana Trial Lawyers Association Board of Governors.

---

[1] CERTIFIED CIVIL TRIAL LAW SPECIALIST
NATIONAL BOARD OF TRIAL ADVOCACY*
ACCREDITED BY AMERICAN BAR ASSOCIATION

[2] ADMITTED IN MISSISSIPPI & LOUISIANA

NEW ORLEANS     SLIDELL     HAMMOND
COVINGTON/MANDEVILLE     METAIRIE     GRETNA
BATON ROUGE    HOUMA    LAFAYETTE    GULFPORT    LAPLACE

- Mr. Hingle is a member of the American Association of Justice.

- Mr. Hingle is a member of the Traumatic Brain Injury Group of the American Association of Justice.

- Mr. Hingle is a Certified Civil Trial Law Specialist by the National Board of Trial Advocacy.

- Mr. Hingle is a lecturer of the Louisiana Trial Lawyers Association Continuing Legal Education.

- Mr. Hingle is a member of the Louisiana Bar Association - admitted October, 1973.

Mr. Hingle and his staff are currently involved in several large local class actions. He currently represents clients and is on the committee in the tractor-trailer/tanker collision at Chalmette of June 25, 2004 and the St. Ferdinand/Riley Tank Car Leak of May 24, 2002 in which he and his firm did the initial investigation. He has also conducted the initial railcar investigations and inspections in this chlorine spill. Mr. Hingle also has worked on the Murphy Oil Refinery medical fire of June 10, 2003. In addition to these, he has been involved in several of the recent drug class actions including Fen Phen, Baycol, Vioxx, Bextra, Celebrex, Medtronic, Guidant and Viagra.

Mr. Hingle is willing and able to commit substantial capital, resources and those of his firm to this litigation. Mr. Hingle has a vast amount of professional experience in trying cases in Federal and State courts and representing clients in serious personal injury matters. He has mediated hundreds of cases dealing with complex litigation in serious personal injury. He recently concluded a traumatic brain injury case for over $2,000,000.00.

Mr. Hingle respectfully requests consideration of "new blood" and "new faces". It is respectfully submitted the PSC should consist of a mixed group of attorneys, some of whom have extensive PSC experience who will work together with attorneys who have daily litigation experience. Mr. Hingle is surely qualified as a trial attorney to be on the PSC.

The firm has a solid financial base and is prepared to incur the costs of investigation and discovery a case of this magnitude will require. We have contributed to Vioxx, Murphy, Viagra and Harvey class actions. In addition, Mr. Hingle has substantial lines of credit at a number of banks totaling in the seven figures. Due to past experience in major litigation, Mr. Hingle is well aware of the tremendous financial requirements that are necessary. Mr. Hingle has always been committed to professionalism through a better sense of cooperation, civility and honesty. Mr. Hingle has a record of excellence in advocacy, by being honest, forthright and professional in all dealings with the Court, clients and other counsel. If there is one word characterizing Mr. Hingle's practice methodology, it is "reasonable."

Mr. Hingle has never been suspended, placed on inactive status or reprimanded by the Louisiana State Bar Association.

Mr. Hingle in Louisiana has a reputation for fair dealing, for being hard working, ethical and reasonable.

Because of Mr. Hingle's Certified Public Accountant background, he may well bring special talent and experience to this PSC.

Wherefore, Michael Hingle, respectfully requests consideration for appointment to the Plaintiff's Steering Committee. Michael Hingle requests the opportunity to bring a **new face, new blood and new talent** to this PSC.

Sincerely,

Michael Hingle

WMH/lo/cd