UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has reviewed the Objection to the Proposed Committee as Presently Constituted (Rec. Doc. 58), wherein Movant joins in the objection (Rec. Doc. 51) filed by Mr. Becnel.  Accordingly,

**IT IS ORDERED** that the Objection to the Proposed Committee as Presently Constituted (Rec. Doc. 58) should be and is hereby **DENIED AS MOOT** as the Court has already overruled the original objection. (See Rec. Doc. 59).

New Orleans, Louisiana, this 18th day of December, 2007.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**