UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                            SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 18, 2007, the Court held the initial meeting with liaison counsel. The following individuals were in attendance: Gerry Meunier and Justin I. Woods, representing Plaintiffs and Andy Weinstock and Joe Glass, representing Defendants. During the Conference, the status of this matter was discussed.  The Court **ORDERED** as follows:

(1)      **On or before Wednesday, January 9, 2008**, the parties are to file a joint tentative list of deadlines, which shall include (but shall not be limited to) the following: (a) deadline for filing a Master Complaint; (b) deadline file filing responsive pleadings; (c) deadlines for document exchanges and other discovery issues; (d) deadline for initial stipulations; and (e) deadline for filing motions to dismiss.

(2)      The **Motion for Entry of a "Lone Pine" Order (Rec. Doc. 52)** is **DENIED WITHOUT PREJUDICE** to be re-filed at a later date, if necessary.

(3)      Liaison counsel shall filed a joint report **on or before Wednesday, January 16, 2008 at 9:00 a.m.**, which shall outline an agenda for the meeting on Friday,

January 18, 2008.

    (4)    A conference with liaison counsel ONLY is **SET** for **Thursday, January 17, 2008 at 10:00 a.m.** in the chambers of the undersigned.

    (5)    A conference with liaison counsel and committee members ONLY is **SET** for **Friday, January 18, 2008 at 8:45 a.m.** in the chambers of the undersigned.

New Orleans, Louisiana, this 18th day of December, 2007.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**