UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

## O R D E R

**IT IS ORDERED** that the Court's Minute Entry dated December 18, 2007 is **AMENDED** to state as follows:

A status conference was conducted on Tuesday, December 18, 2007, at 8:45 a.m. Participating were Gerald Meunier and Justin Woods, liaison counsel for plaintiffs; and Andrew Weinstock, liaison counsel for defendants. Joe Glass, counsel for defendants also participated.

New Orleans, Louisiana, this 19th day of December, 2007.

_____
**KURT D. ENGELHARDT**
**United States District Judge**