UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 19, 2007, the Court held a telephone status conference with the following individuals participating: Gerry Meunier and Linda Nelson for Plaintiffs, Andy Weinstock and Joe Glass for Defendants, Michael Sitcov, Christopher Hall, and Michelle Boyle for the Department of Justice, David Trissell and Jordan Fried for FEMA, and Deborah Tress for the Centers for Disease Control and Prevention.

New Orleans, Louisiana, this 19th day of December, 2007.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**