UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Due to a conflict in the Court's schedule,

**IT IS ORDERED** that the following deadlines/dates are reset as follows:

(1) The joint report from liaison counsel, originally due to be filed on or before Wednesday, January 16, 2008 at 9:00 a.m., is now due to be filed on **Friday, January 11, 2008 at 5:00 p.m.**

(2) The conference with liaison counsel **ONLY**, originally set for Thursday, January 17, 2008 at 10:00 a.m., is now set for **Monday, January 14, 2008 at 10:00 a.m.** in the chambers of the undersigned.

(3) The conference with liaison counsel and committee members ONLY, originally set for Friday, January 18, 2008 at 8:45 a.m., is now set for **Thursday, January 17, 2008 at 9:00 a.m.** in the chambers of the undersigned.

(4)     The meeting with all counsel, originally set for Friday, January 18, 2008 at 9:30 a.m., is now set for **Thursday, January 17, 2008 at 10:00 a.m.**

New Orleans, Louisiana, this 20th day of December, 2007.

                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**