UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER  *  | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS  | |
| LIABILITY LITIGATION  * | |
| * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:   ALL CASES  * | MAGISTRATE ROBY - MAG. 4 |

**************************************************************************

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT**, come plaintiffs, Kimberly Nelson, et al, and, move this Court for leave to file the attached Reply Memorandum in Support of Motion for Preliminary Injunction and exhibits, which address the factual and legal issues raised in the response filed on December 17, 2007 by the Federal Emergency Management Agency ("FEMA") and R. David Paulison.

The attached reply memorandum and exhibits were filed on December 18, 2007, but were rejected by the Docket Clerk, on the grounds that a motion for leave was required. Therefore, plaintiffs, now, request leave to file their reply memorandum

The undersigned contact liaison counsel for plaintiffs and for defendants via e-mail on Wednesday, December 19, 2007, requesting their consent for the filing of the reply memorandum. To date, liaison counsel have not replied to indicate either their consent or their opposition to the filing of the reply memorandum.

While this Court has already conducted a telephone conference, including counsel for FEMA,

and issued an order modifying the prior Protective Order, issues concerning FEMA testing protocol, the extent and timing of FEMA's testing, and this Court authority to review FEMA's acts, omissions and delays still require briefing and resolution.

WHEREFORE, plaintiffs, Kimberly Nelson, et al, pray that this Court grant leave and order that the attached reply memorandum and exhibits be filed into the record in this consolidated action.

Respectfully submitted,

  /s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 21st day of December, 2007.

    /s/ John K. Etter
JOHN K. ETTER