UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER             * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION           * | |
|                                              * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:    ALL CASES    * | MAGISTRATE ROBY - MAG. 4 |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF
## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

**MAY IT PLEASE THE COURT:**

Plaintiffs, Kimberly Nelson, et al, seek leave to file the attached Reply Memorandum in Support of Motion for Preliminary Injunction and exhibits, which address the factual and legal issues raised in the response filed on December 17, 2007 by the Federal Emergency Management Agency ("FEMA") and R. David Paulison.

Plaintiffs note that this Court conducted a telephone conference on December 19, 2007, with plaintiff and defense liaison counsel, and counsel for FEMA, which led to this Court issuing a modified Protective Order. However, there remain many issues concerning FEMA testing protocol, the extent and timing of FEMA's testing, and this Court authority to review FEMA's acts, omissions and delays that still require briefing and resolution.

WHEREFORE, plaintiffs, Kimberly Nelson, et al, pray that this Court grant leave and order that the attached reply memorandum and exhibits be filed into the record in this consolidated action.

Respectfully submitted,

/s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 21st day of December, 2007.

/s/ John K. Etter
JOHN K. ETTER