UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:   ALL CASES | * | MAGISTRATE ROBY - MAG. 4 |

**************************************************************************

## NOTICE OF HEARING

The foregoing Motion for Leave to File Reply Memorandum in Support of Motion for Preliminary Injunction and exhibits, filed by plaintiffs, Kimberly Nelson, et al, will come for hearing before this Court, 500 Poydras Street, Room C 351, New Orleans, Louisiana, on January 16, 2008 at 9:30 a.m., or at such earlier date and time at this Court may assign.

New Orleans, Louisiana, this _____ day of December, 2007.

_____
JUDGE

Respectfully submitted,

___/s/ John K. Etter_____
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 21st day of December, 2007.

_____/s/ John K. Etter_____
JOHN K. ETTER