UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION * | |
| * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:   ALL CASES   * | MAGISTRATE ROBY - MAG. 4 |

**************************************************************************

## MOTION TO AMEND PROTECTIVE ORDER

**NOW INTO COURT**, come plaintiffs, Kimberly Nelson, et al, and, move this Court to amend the recent, modified protective order (Doc. 69) to require the Federal Emergency Management Agency ("FEMA") to notify the undersigned as well as notifying plaintiff and defense liaison counsel about formaldehyde testing performed by FEMA, the Centers for Disease Control ("CDC"), or other federal agencies or contractors, and to require and permit disclosure of formaldehyde testing protocols and information to Mr. Etter and to experts retained by the Rodney & Etter law firm.

The Nelson plaintiffs and their counsel should receive direct notice of FEMA's formaldehyde testing plans, activities and data, since only the Nelson plaintiffs are seeking injunctive relief from FEMA. *See* Motion for Preliminary Injunction (Doc. 8), Response and Supplemental Memorandum in Support of Motion for Preliminary Injunction (Doc. 22), and Reply Memorandum in Support of Motion for Preliminary Injunction (Doc. 64), re-filed with Motion for Leave (Doc. 71).

With all due respect to the appointed plaintiffs' liaison counsel and to the appointed members of the Plaintiffs' Steering Committee, only the Rodney & Etter law firm is pursing injunctive relief from FEMA in this litigation to expeditiously end this imminent and on-going public health crisis. Further, the Rodney & Etter law firm has unique and lengthy experience in pursuing and obtaining vindication of Constitutional and civil rights from federal, state and local governments on behalf of New Orleans citizens. Rodney & Etter's track record includes suing FEMA, the State of Louisiana and local officials to preserve voting rights after Hurricane Katrina, achieving judicial redistricting in Louisiana, and obtaining judicial relief for Louisiana dairy farmers aggrieved by federal government decisions. None of the other law firms involved in this consolidated litigation have similar experience in civil rights and administrative law.

Further, the Nelson plaintiffs respectfully re-urge this Court to appoint their counsel as sub-group liaison counsel or co-liaison counsel to direct and coordinate the injunctive claims in this consolidated litigation. *See* Nomination for Appointment as Co-Liaison Counsel (Doc. 46); Application for Appointment to Plaintiffs' Steering Committee (Doc. 27). Separate liaison counsel, with expertise and familiarity with the injunctive claims in this litigation is required to assure that those issues are fully and expeditiously prosecuted.

**WHEREFORE**, for the foregoing reasons and for reasons contained in the attached supporting memorandum, plaintiffs, Kimberly Nelson, et al, respectfully move this Court to modify this Court's Protective Order to require notification to John K. Etter and to permit and require formaldehyde testing information disclosure to Mr. Etter and to experts retained by the Rodney & Etter law firm.

Respectfully submitted,

__/s/ John K. Etter____
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 21st day of December, 2007.

_____/s/ John K. Etter_____
JOHN K. ETTER