UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER      * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION   * | |
| * | JUDGE ENGLEHARDT - DIV. N |
| PERTAINS TO:   ALL CASES   * | MAGISTRATE ROBY - MAG. 4 |

*************************************************************************

## NOTICE OF HEARING

The foregoing Motion to Amend Protective Order, filed by plaintiffs, Kimberly Nelson, et al, will come for hearing before this Court, 500 Poydras Street, Room C 351, New Orleans, Louisiana, on January 16, 2008 at 9:30 a.m., or at such earlier date and time at this Court may assign.

New Orleans, Louisiana, this _____ day of December, 2007.

_____
JUDGE

Respectfully submitted,

  /s/ John K. Etter
ROY J. RODNEY, JR.(# 2079)
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854
**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 21st day of December, 2007.

   /s/ John K. Etter
JOHN K. ETTER