MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 19, 2007

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                        SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Wednesday, December 19, 2007. Participating were Gerald Meunier and Linda Nelson for plaintiffs, Andrew Weinstock and Joe Glass for defendants, Michael Sitcov, Christopher Hall and Michelle Boyle for the Department of Justice, David Trissell and Jordan Fried for FEMA, and Deborah Tress for the Centers for Disease Control and Prevention.

JS10(00:20)