UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

Before the Court is the Motion for Preliminary Injunction (Rec. Doc. 8). The Court has reviewed the motion and the response to it filed by FEMA (See Rec. Doc. 61). The Court determines that the majority of the motion is now rendered moot by FEMA's response (Rec. Doc. 61) and by the subsequently-entered Protective Order Regarding Protocol for Testing Trailers (Rec. Doc. 69). The parts of the motion that are not rendered moot (i.e., relative to discovery and document retention issues) are denied without prejudice. These matters will be addressed at the January 17, 2008 meeting of all counsel and will ultimately be handled by liaison counsel. Thus,

**IT IS ORDERED** that the **Motion for Preliminary Injunction (Rec. Doc. 8)** is **DENIED** as stated herein.

New Orleans, Louisiana, this 27th day of December, 2007.

KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE