UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion to Amend Protective Order (Rec. Doc. 72)** is **DENIED**. The Court also **DENIES** the request of the Nelson plaintiffs (found on page 2 of the motion to amend) to appoint their counsel as sub-group liaison counsel or co-liaison counsel for Plaintiffs.

New Orleans, Louisiana, this 2nd day of January, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**