UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Leave to File Reply Memorandum (Rec. Doc. 71)** is **DENIED** as moot.  The Court has ruled on the underlying motion. (See Rec. Doc. 74).

　　　New Orleans, Louisiana, this 2nd day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**