UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | |
| FORMALDEHYDE | * | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | |
| | * | SECTION N |
| | * | |
| THIS DOCUMENT RELATES | * | |
| TO ALL CASES | * | MAGISTRATE 4 |
| | * | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that the address of Jerry L. Saporito and Edward T. Hayes, counsel of record for Fleetwood Enterprises, Inc. and Fleetwood Canada, Ltd. in the above referenced matter, has changed, effective immediately, to the following:

Jerry L. Saporito
Edward T. Hayes
Leake & Andersson, L.L.P.
1100 Poydras St., Suite 1700
New Orleans, LA 70163-1701
Telephone: 504-585-7500
Facsimile: 504-585-7775
jsaporito@leakeandersson.com
ehayes@leakeandersson.com

Please make the appropriate changes in the record and forward all future pleadings, notices, etc. to the referenced address.

1

Respectfully submitted,

  /s/ Edward T. Hayes
Jerry L. Saporito, Esq. (#11717)
Edward T. Hayes, Esq. (#25700)
Leake & Andersson, L.L.P.
1100 Poydras St., Suite 1700
New Orleans, LA 70163-1701
***Attorneys for Fleetwood Enterprises, Inc. and Fleetwood Canada, Ltd.***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

(    ) Hand Delivery      (    ) Prepaid U.S. Mail

(    ) Facsimile      (    ) Federal Express

( X ) CM/ECF

New Orleans, Louisiana, this 4th day of January, 2008.

    /s/ Edward T. Hayes
**EDWARD T. HAYES**