MINUTE ENTRY
ENGELHARDT, J.
JANUARY 14, 2008

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


A status conference was conducted on Monday, January 14, 2008, at 10:00 a.m.

Participating were Gerald Meunier and Justin Woods, liaison counsel for plaintiffs; and Andrew

Weinstock and Joe Glass, liaison counsel for defendants.

JS10(01:00)