UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On January 14, 2008, the Court held a status conference in chambers with the following counsel participating: Gerald Meunier and Justin Woods for Plaintiffs, and Andrew Weinstock and Joe Glass for Defendants.

New Orleans, Louisiana, this 14th day of January, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE