UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On January 17, 2008, the Court held a status conference in chambers with committee members and liaison counsel. Specifically, the following counsel participated: Gerald Meunier, Justin Woods, Andrew Weinstock, Linda J. Nelson, Matt Moreland, Raul Bencomo, Ronnie Penton, Tony Buzbee, Ernie Gieger, Richard Hines, Tim Scandurro, Frank D'Amico, Jr., Jerry Saporito, James Percy, Stewart Tharp, and David Bienvenu.

New Orleans, Louisiana, this 17th day of January, 2008.

                                 **KURT D. ENGELHARDT**
                                 **UNITED STATES DISTRICT JUDGE**