UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On January 17, 2008, the Court held a general status conference in the courtroom. The following individuals were in attendance: Gerald Meunier, Justin Woods, Andrew Weinstock, Linda J. Nelson, Matt Moreland, Raul Bencomo, Ronnie Penton, Tony Buzbee, Ernie Gieger, Richard Hines, Tim Scandurro, Frank D'Amico, Jr., Jerry Saporito, James Percy, Stewart Tharp, and David Bienvenu, Bryan A. Pfleeger, Ryan Johnson, Jordan Fried, Michelle Boyle, Lyon Garrison, Mike Kerrzelman, David Thomas, Carson Strikland, Peter Taaffe, Susan Finch, Jason Bone, Andy Alonso, Janice Williams-Jones, Henry Miller, Hugh P. Lambert, Sidney D. Torres, III, Roberta L. Burns, John Monroe, Brandi Spiers, Camilo Salas, Daniel E. Becnel, Jr., Dewey Scandurro, Danatus N. King, Denise Martin, Scott Joanen, Richard Exnicios, John Etter, and Ellen Cunningham.

During the conference, the Court **ORDERED** as follows:

(1) On **Wednesday, January 30, 2008 at 10:45 a.m.**, the Court will hold a status conference in chambers with liaison counsel and counsel for FEMA.

(2) On **Friday, February 15, 2008 at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel only.

(3) The next general status conference will be held in the courtroom of the undersigned on **Thursday, March 20, 2008 at 10:00 a.m.**

(4) At **9:00 a.m. on Thursday, March 20, 2008**, the Court will hold a status conference in chambers with liaison counsel and committee members only.

(5) By **Tuesday, January 22, 2008 at 5:00 p.m.**, counsel for the government shall communicate to liaison counsel for Plaintiffs and Defendants whether it will identify the name of the attorney who represents the individual who will have exhausted his/her claims on or about February 3, 2008.  Counsel for the government shall provide the name of the individual's attorney to liaison counsel if and when it is determined that doing so is appropriate.

**(6)** The motion to amend the complaint in the case of *Nelson v. Gulf Stream Coach, Inc., et al*, (E.D., LA, Case No. 07-7494) (W.D., LA, Case No. 07-921, Rec. Doc. 21) is **DENIED** as to these specific plaintiffs.  However, any claims against FEMA, including any valid/properly exhausted F.T.C.A. claims against the government, should be included in the Master Complaint.

New Orleans, Louisiana, this 17th day of January, 2008.

                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**