MINUTE ENTRY
ENGELHARDT, J.
JANUARY 17, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Thursday, January 17, 2008, at 9:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants. Also participating were plaintiff committee members Linda J. Nelson, Matthew B. Moreland, Raul R. Bencomo, Frank D'Amico, Jr., Ronnie G. Penton, and Anthony G. Buzbee; and defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, John Stewart Tharp, and David F. Bienvenu.

JS10(0:50)