MINUTE ENTRY
ENGELHARDT, J.
JANUARY 17, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                 SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A general status conference was conducted on Thursday, January 17, 2008, at 10:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants. Also participating were plaintiff committee members Linda J. Nelson, Matthew B. Moreland, Raul R. Bencomo, Frank D'Amico, Jr., Ronnie G. Penton, and Anthony G. Buzbee; and defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, John Stewart Tharp, and David F. Bienvenu.  Also participating were:  Bryan A. Pfleeger, Ryan Johnson, Jordon Fried, Michelle Boyle, Lyon Garrison, Mike Kerrzelman, David Thomas, Carson Strikland, Peter Taaffe, Susan Finch, Jason Bone, Andy Alonso, Janice Williams-Jones, Henry Miller, Hugh P. Lambert, Sidney D. Torres, III, Roberta L. Burns, John Monroe, Brandi Spiers, Camilo Salas, Daniel E. Becnel, Jr., Dewey Scandurro, Danatus N. King, Denise Martin, Scott Joanen, Richard Exnicios, John Etter, and Ellen Cunningham.

JS10(00:62)