UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                         SECTION "N"  (4)

THIS DOCUMENT RELATES TO
Hillard v. U.S., et al., no. 06-2576

## ORDER

As discussed in the January 17, 2008 general meeting of all counsel,

**IT IS ORDERED** that the **Re-filed Motion to Dimiss and/or Strike Claims for**

**Class Action Relief by Defendants Starcraft RV, Inc. and Pilgrim International, Inc.**

**(Rec. Doc. 24)** is **DENIED WITHOUT PREJUDICE** to be re-filed, if appropriate, after

the Master Complaint is filed.

New Orleans, Louisiana, this 29th day of January, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**