UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                   MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On January 30, 2008, the Court held a status conference in chambers with the following counsel participating: Gerald Meunier and Justin Woods for Plaintiffs, Andrew Weinstock and Joe Glass for Defendants, and Henry T. Miller and Jordan Fried for the Government/FEMA. The Court was advised that counsel for Plaintiffs, Defendants, and FEMA are presently negotiating the terms of a letter agreement regarding the testing of deactivated travel trailers. The Court is to be copied on the letter agreement once it is finalized and executed by all relevant persons.

    New Orleans, Louisiana, this 30th day of January, 2008.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**