MINUTE ENTRY
ENGELHARDT, J.
JANUARY 30, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                            SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES


A status conference was conducted on Wednesday, January 30, 2008, at 10:45 a.m. Participating were Gerald Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew Weinstock and Joe Glass, liaison counsel for defendants; and Henry T. Miller and Jordan Fried, attorneys for the Government/FEMA.

JS10(00:30)