UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED EX PARTE MOTION TO EXTEND DATES IN PRE-TRIAL ORDER NO. 2

NOW INTO COURT, comes Plaintiffs' Steering Committee (PSC) who respectfully move this Honorable Court for an extension of time in which to file the Master Complaint. The deadline for filing the Master Complaint is presently set for February 29, 2008, however, claims filed against the United States Government pursuant to the Federal Tort Claims Act do not reach administrative remedy exhaustion by this date. The PSC believes that the United States Government is a necessary party to this litigation and should be included as a defendant in the Master Complaint. The PSC therefore moves for an extension of the deadline until March 18, 2008.

Counsel for defendants, through defense liaison counsel, has no objection to the extension of this deadline.

WHEREFORE, The PSC requests that the deadline for filing the Master Complaint in Pre-trial Order No. 2 be extended until March 18, 2008.

Respectfully submitted:

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**

ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

I hereby certify that on February 1, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                      s/Justin I. Woods_____
                                                     JUSTIN I. WOODS, # 24713