UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 SECTION "N-4" JUDGE ENGELHARDT MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that the deadline for the filing of the Master Complaint by The PSC is hereby extended until March 18, 2008.

**IT IS FURTHER ORDERED** that all other dates as outlined in Pre-Trial Order No. 2, entered on January 30, 2008, shall remain unchanged.

NEW ORLEANS, LOUISIANA, this_____day of February, 2008.

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE