MINUTE ENTRY
ENGELHARDT, J.
FEBRUARY 15, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Friday, February 15, 2008, at 9:00 a.m. Participating were Gerald Meunier, liaison counsel for plaintiffs; Andrew Weinstock and Joe Glass, liaison counsel for defendants; and (via telephone) Jordan Fried, Diane Donely, Jan Jones, Mike Sitcov and Christopher Hall, attorneys for the Government/FEMA.

JS10(01:25)