UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On February 15, 2008, the Court held a status conference in chambers with the following counsel participating: Gerald Meunier for Plaintiffs, Andrew Weinstock and Joe Glass for Defendants. Additionally, Jordan Fried, Jan Jones, Diane Donely, Mike Sitcov, and Christopher Hall participated in the first half of the conference by telephone for the Government/FEMA. The status of the case was discussed. During the conference, the Court **ORDERED** that if the parties cannot agree on a Joint Fact Sheet to be submitted on the February 29, 2008 deadline, then they should either submit competing versions or submit one version with their differentiations highlighted for the Court.

New Orleans, Louisiana, this 15th day of February, 2008.

                                                         **KURT D. ENGELHARDT**
                                                         **UNITED STATES DISTRICT JUDGE**