UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                     SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

Defendants have indicated to the Court that they intend to file a motion for protective order and have requested that it be heard on an expedited basis. Accordingly,

**IT IS ORDERED** that Defendants' motion for protective order and any other motions in support thereof shall by filed by **Monday, February 25, 2008, at 9:00 a.m.** This motion shall be set for hearing on **Friday, February 29, 2008, at 9:30 a.m., with oral argument.**

**IT IS FURTHER ORDERED** that any response to the motion is due by **Wednesday, February 27, 2008, at 9:00 a.m.**

New Orleans, Louisiana, this 22nd day of February, 2008.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**