UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

************************************************************************

## MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants, Gulf Stream

Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Coachmen Industries, Inc.,

Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor

Industries, Inc. and Keystone RV Company, which respectfully request this Honorable Court to

issue an Order pursuant to Federal Rules of Civil Procedure Rule 26(c) requiring that the Federal

Emergency Management Agency preserve the trailers used by the individuals identified in the

list attached to this Motion as Exhibit "A," *in globo* inasmuch as the trailers used by these

individuals are critical evidence in this litigation.  Additionally, until specific information

concerning the trailers can be obtained from FEMA, the parties to this litigation are unable to

identify which trailers need to be tested before their proposed destruction.

For the foregoing reasons, which will be more fully set forth in the attached

Memorandum in Support of Motion for Protective Order, Defendants, Gulf Stream Coach, Inc.,

Recreation by Design, LLC, Fleetwood Enterprises, Inc., Coachmen Industries, Inc., Forest

River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor

Industries, Inc. and Keystone RV Company, respectfully request that this Court issue an Order

requiring FEMA to preserve the trailers used by the individuals identified in the list attached to this Motion as Exhibit "A," *in globo* until such time as the specific trailers can be identified and subsequently tested.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700

**SCANDURRO & LAYRISSON**

s/Timothy D. Scandurro

_____

Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**THE PRESTON LAW FIRM, L.L.P.**

s/Lyon H. Garrison

_____

Lyon H. Garrison
Darrin Forte
909 Poydras Street, Suite 1800
New Orleans, LA 70112
527-0109
lgarrison@prestonlawfirm.com
**Counsel for Defendant, Recreation by Design, LLC**

**LEAKE & ANDERSSON, L.L.P.**

s/Jerry L. Saporito

_____

Jerry L. Saporito
Edward T. Hayes
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
585-7500
jsaporito@leakeandersson.com
ehayes@leakeandersson.com

**NELSON MULLINS RILEY &
SCARBOROUGH, LLP**

s/Richard K. Hines, V

_____

Richard K. Hines, V
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6154
richard.hines@nelsonmullins.com
**Counsel for Defendant, Fleetwood Enterprises, Inc.**

**TAYLOR, PORTER, BROOKS & PHILLIPS, LLP**

s/John Stewart Tharp

_____

John Stewart Tharp
David Bienvenu
451 Florida Street, 8th Floor
Baton Rouge, LA 70801
(225) 387-3221
stewart.tharp@taylorporter.com
**Counsel for Defendant, Coachmen Industries, Inc.**

**GIEGER, LABORDE & LAPEROUSE, LLC**

s/Ernest P. Gieger, Jr.

_____

Ernest P. Gieger, Jr.
Jason D. Bone
701 Poydras Street, Suite 4800
New Orleans, LA 70139
561-0400
egieger@glllaw.com
jbone@glllaw.com
**Counsel for Defendant, Forest River, Inc.**

**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, LLP**

s/James C. Percy

_____

James C. Percy
Ryan Johnson
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
(225) 248-2130
jpercy@joneswalker.com
rjohnson@joneswalker.com
**Counsel for Defendants, Pilgrim International, Inc.,
Starcraft RV, Inc., Jayco Enterprises, Inc., Thor
Industries, Inc. and Keystone RV Company**

# **C E R T I F I C A T E**

I hereby certify that on the 25th day of February, 2008, a copy of the foregoing Motion

for Protective Order was filed electronically with the Clerk of Court using the CM/ECF system.

Notice of this file will be sent to liaison counsel by operation of the court's electronic filing

system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com