**PLAINTIFFS TO DATE BY CASE**

In Re: FEMA Formaldehyde Products Liability Litigation
Civil Action File No. 2:07-md-01873-KDE-KWR
February 22, 2008

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| ALDRIDGE | USDC, Eastern District of LA | James H. Aldridge<br>Angela L. Aldridge<br>Frank R. Airhart (individually and on behalf of his deceased mother,<br>Lydia K. Airhart)<br>Alberta R. Alexander<br>Alvin M. Alexander<br>Amy Alfonso (individually and on behalf of minor child, Matthew Sumpter)<br>Stephen Alfonso<br>Christopher Alfonso, Sr. (individually and on behalf of minor child<br>Christopher Alfonso, Jr.)<br>Antoinette Anderson<br>Randi W. Audibert<br>Harry Bagent, Sr.<br>Gordon S. Band, Sr.<br>Louise Berteaux<br>Carolyn Blackman<br>Aloha C. Blake<br>Wilson T. Blake<br>Abergaile A. Bowman (individually and on behalf of minor child<br>Breona A. Berry)<br>Trina Brazile<br>Minnie L. Britton<br>Carroll Britton, Jr.<br>Carroll Britton, Sr. |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Diane Brown |
| | | Douglas Brown |
| | | Julius Brown |
| | | Ernest Brumfield |
| | | Valenia C. Byrd |
| | | Shea M. Caliste |
| | | Dennis J. Campo |
| | | Lenora Conner |
| | | Lolita Davis (individually and on behalf of minor childer Glendale Davis and Gerald Hampton) |
| | | Joshua C. Davis |
| | | Barbara Dixon |
| | | Ezell Dixon |
| | | Tronda Dixon (individually and on behalf of minor children Ty'Julante' Dixon and Jermaine Hawkins) |
| | | Elisha Dubuclet (individually and on behalf of minor children Timia Dubuclet and Timothy Dubuclet, Jr.) |
| | | Evelyn Estingoy |
| | | Sarah C. Evans (individually and on behalf of minor child Terence Craig) |
| | | Templeton C. Evans |
| | | Isaac Frezel |
| | | Robert L. Green, Sr. |
| | | Carla Guichard (individually and on behalf of minor children Jamesha Guichard and Larisha Guichard) |
| | | Judi Guth |
| | | Kimberly Hamilton |
| | | Shemekia T. Hampton |
| | | Damian J. Hargrove, Sr. (on behalf of minor child Damian J. Hargrove, Jr.) |
| | | Leroy Hargrove, Jr. |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | James F. Harris |
| | | James B. Hayman, Jr. |
| | | Albert F. Hezeau, III |
| | | Jacquelyn S. Hezeau |
| | | LaQuesta Higgins |
| | | Dennis C. Holmberg |
| | | Roslyn Holmes |
| | | Danette W. Hunter |
| | | Elmo Hunter |
| | | Lionel Hunter |
| | | Veronica Hunter |
| | | Bertha R. Jackson |
| | | Orlando Jaimevadi (individually and on behalf of minor child Jasmine Jaimevadi) |
| | | Donald Jenkins |
| | | Enderlin N. Jessie |
| | | Kerry P. Johnson (individually and on behalf of minor children Ron'Jhae K. Emery) |
| | | Gussie M. Jones |
| | | Leonard Jones, III (individually and on behalf of minor children Joshua K. Jones and Jeremy Jones) |
| | | Elsie L. Kelnell |
| | | Carol Kennedy |
| | | Danny V. Kennedy |
| | | Randal A. Kramer |
| | | Sandra A. Labayen |
| | | Craig Labeau |
| | | Edward Labeau |
| | | Shirley Labeau |
| | | Gregory G. Laforge |
| | | Janell Landry (individually and on behalf of minor child Ja'Wain |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Landry) Keisha Landry (individually and on behalf of minor children Anisa Holiday and Airiss White) Paul Lastrapes Barbara M. Lawless Javery S. Mark Victorine Matthews Freddie Matthews, Jr. Alosia J. McKinley (individually and on behalf of minor child Kenneka L.J. Davis) Daryl Mercante Charisse C. Millett Earl Millett, Jr. Arthur Mitchell (individually and on behalf of minor children Kenya Mitchell and N'Oreal Mitchell) Daria Mouton (individually and on behalf of minor child Dymen Slaughter) Jane M. Owens Catherine M. Pardo Meri Pinelli Melton Rayford Pamela Richardson Tiara Richardson Rayfield Robinson, Jr. (individually and on behalf of minor children Holly Robinson, Magic Robinson, Smokey Robinson and Sunny G. Robinson) Jackie Robinson Renice Robinson Sugar Ray Robinson Joyce Rouser Valeria Schexnayder |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Jimmy J. Sciurba<br>Michelle S. Sciurba<br>Christine K. Self<br>Robert W. Self (individually and on behalf of minor child Tyler D. Self)<br>Joycelyn J. Slater<br>Keyatta Smith<br>Ned Spencer<br>Michaela Sumpter<br>Valerie S. Taylor<br>Chris R. Taylor, Sr.<br>Larry White<br>Cassandra Wilson<br>Michael T. Wiseman, Sr.<br>Stephen Young |
| COLLINS | USDC, Middle District of LA | Desiree Collins |
| CULLER | USDC, Eastern District of LA | Jerome Anthony Culler (individually and on behalf of the Estate of Joan Culler)<br>Kimberly Bryant (on behalf of the Estate of Junius Randolph)<br>Doris Palmer (individually and on behalf of the Estate of Carrie Palmer)<br>Larry N. Abrams<br>Rose M. Abrams<br>John Herbert Aguillard, Jr.<br>Frances Nell Alexcee<br>Lynette Rochelle Alexcee (individually and on behalf of Christopher Alexcee, Horace Alexander and Errol Alexander, minors)<br>Bonnie Belinda Allen<br>Joe C. Alsandor<br>Emma M. Anderson |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Mark B. Andry |
| | | Shemica Michelle Archie |
| | | Terrence Darrell Archie |
| | | Dawn L. Atlow |
| | | Gaylan T. Atlow |
| | | Donna Williams Azeez (individually and on behalf of Trinity Williams, a minor) |
| | | Artisha Bacchus (individually and on behalf of Kenneth Bacchus and Brielle Bacchus, minors) |
| | | Eloise Bacchus |
| | | Alan D. Baker |
| | | Sandy Marie Baker |
| | | Shane Anthony Baker |
| | | Tanya Denise Ball (individually and on behalf of Gregory Ball, Gevan Ball, Jamal Ball, and Dasia Ball, minors) |
| | | Eric W. Ballard, Sr. |
| | | Hollis L. Banks |
| | | Corey Steven Barbarin (individually and on behalf of Brittany Ashante Barbarin, a minor) |
| | | Paul Babarin |
| | | Samantha Joyce Barnes |
| | | Diane C. Barosse |
| | | Domirick Olen Barthelemy |
| | | Herman Bartholomew |
| | | Terrence Kerome Bartholomew |
| | | Marvin J. Batiste |
| | | Ronald Batiste |
| | | Duran Michael Battie, Sr. (individually and on behalf of Duran Michael Battie, Jr., a minor) |
| | | Jezmine M. Battie |
| | | Kendra Battie (individually and on behalf of D'Asia Rena Battie and |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
|  |  | Glenassey Traneya Battie, minors) |
|  |  | Major Battle |
|  |  | Sylvia Ann Bauer |
|  |  | Rhonda Trenia Beasley |
|  |  | Chad Benard Beech |
|  |  | Sean Michael Bell (individually and on behalf of Joshua Bell and Sean |
|  |  | Michael Brown, minors) |
|  |  | Eddie James Beloney |
|  |  | Lorna Marie Bennet |
|  |  | Trina Bergeron |
|  |  | Saul Bickham |
|  |  | Dolores Blance |
|  |  | Portia Bradford |
|  |  | Randy Joseph Bradford |
|  |  | Michael J. Braud |
|  |  | Annise Dhanniel Bray |
|  |  | Joey Breland |
|  |  | Janero Bridges |
|  |  | Janyoko Bridges |
|  |  | Bruce Daniel Brown |
|  |  | Delecia Ladonna Brown |
|  |  | Donna Lin Brown (individually and on behalf of A'Donna Brown and |
|  |  | Christopher Brown, minors) |
|  |  | Jolinda Brown |
|  |  | Joseph Darrly Brown |
|  |  | Troy Lynn Brown |
|  |  | Corey Ryan Buckley |
|  |  | Little Patrick Burden |
|  |  | Modree Y. Burden |
|  |  | Thomas Burden |
|  |  | Calvin Burnell |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Donald Burnett |
| | | James Edward Butler, III (individually and on behalf of Joniece Butler, |
| | | James Butler and Jalana Butler, minors) |
| | | Barney Bynum |
| | | Tobias G. Calvey |
| | | Burnell Michael Calvin |
| | | Bethany Ellen Campbell |
| | | Gregory Campbell |
| | | M. White Cardez |
| | | Alvin Carter |
| | | Bobbie Carter |
| | | Cynthia R. Carter |
| | | Deborah Mary Ann Carter |
| | | Keith Carter |
| | | Johnnie John Celestine, III |
| | | James Chandler |
| | | Betty Chester |
| | | LaTerica F. Clark |
| | | Leonard Crawford Clark |
| | | Tammy Clark |
| | | Arthur Clayton (individually and on behalf of Donte Clayton, a minor) |
| | | Melvyn E. Clayton |
| | | Dianne Coates |
| | | Wayne Derrick Coates |
| | | Benjamin Coleman |
| | | Stacy Ann Collins |
| | | Carol Nelson Cook |
| | | Lorraine B. Craft |
| | | Shakita Craft (individually and on behalf of Travis Sibley and Tramain |
| | | Sibley, minors) |
| | | Karra Nicole Crayton |

8

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Dwight Cummins<br>Myra Cummins<br>Brian Keith Darby, Sr. (individually and on behalf of Brandi Darby, a minor)<br>Leishon Darby (individually and on behalf of Brian K. Darby, Brishon Darby and Brianna Darby, minors)<br>Sarah Darby<br>Sandra H. Davenport<br>Corey Williams Davis<br>Dionne C. Davis<br>Eliska Ann Davis<br>Geraldine Davis (individually and on behalf of Marquise Brown, a minor)<br>Herbert Luke Davis<br>Kim Marie Davis<br>Marie Davis<br>Mjia Ashaunte Davis<br>Miriam H. Davis<br>Raymond Anthony Davis<br>Wanda Jean Davis<br>Wilhelmeina Davis<br>Julien Maurice Dennis<br>Joseph W. Diaz<br>Rochelle Tiffany Dixon<br>Angelique Eugenie Doll<br>Gregory R. Doll<br>Kristopher Alden Doll<br>Cornelia Domino<br>Pete J. Donate<br>Leonard Dorsey<br>Carolyn Marie Doss |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Alicia Nicole Dover |
| | | Gail M. Duncan |
| | | Frankie M. Dupuy |
| | | Joseph Dupuy |
| | | Dianne B. Ducre |
| | | John Melvin Ducre |
| | | Darryl M. Edwards |
| | | Gwen Ann Eisenbraun |
| | | Nelson Encalade |
| | | Anne Stephanie Enines |
| | | William Enines |
| | | Nicole M. Esposito |
| | | Michelene Esteen |
| | | Thomas Estravion |
| | | Zaire Evans |
| | | Alton Fields |
| | | Dwayne M. Fields |
| | | Kanettra Senya Fisher |
| | | Glenda M. Foley |
| | | Napoleon Foster |
| | | Joshua Fuertes |
| | | Mildred Fuertes |
| | | Richard Joseph Gabriel |
| | | Wayne J. Galle |
| | | Jessica Marie Gandy |
| | | Margaret Foster Geagan |
| | | Johnny Lee George |
| | | Greer P. Gibson |
| | | Rhonda Gilbert |
| | | Manuel Gilbert |
| | | Kendria Renee Gilmore |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Evelyn B. Goff<br>Neff C. Gomez<br>Ernest Gordon<br>Angela Green<br>Trichonda Green (individually and on behalf of Tyreon Green and<br>Adam Barbarin, minors)<br>Rommel Griffin<br>Terry Lynn Griffin<br>Robert Gross<br>Karen Rene Gustave<br>Rhonda Hamann<br>Roland Hampton<br>Miaya Amanda Hansell<br>Alvin Hardin<br>Tyrone Harris<br>Brenda Marie Harrison<br>Harold Harrison<br>Salim Abdul Hasan<br>David Hawkins, Jr.<br>Gloria Hawkins<br>Roquel Slugher Hawkins<br>Stephanie Hawkins (individually and on behalf of Jordan McFarland, a<br>minor)<br>Charnell Renee Haymond<br>Gillion Faye Haymond<br>Marc Edward Haymond<br>Cynthia Marie Haynes<br>Hazel Heechung<br>John A. Heim<br>Iness M. Heim<br>David Lee Henry |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|-----------|----------------------|------------|
|           |                      | Jerron Jozy Henry<br>Larry Gregory Henry<br>Thomas Hill<br>Charles Hilliard (individually and on behalf of Charles Hilliard, Jr., a minor)<br>Kathy Hilliard<br>Nelda L. Hingle<br>Jaronda Hinton<br>Jimmie C. Hinton<br>Tashimbia D. Hopkins<br>Richard Allen Hover<br>Monique Evette Howse<br>Gail Mary Hueschen<br>Janice Hunter<br>Andrew James Hutcherson, Jr.<br>Aurora Jackson (individually and on behalf of Aunika Hawkins, Leeland Hawkins and Kendielle Jackson, minors)<br>Charley Jackson<br>Corey Jackson<br>Reginald Jackson<br>Tiffany Marie Jackson<br>Valencia Rae Jackson<br>Bobby Sue James<br>Lawrence Thomas James<br>Ariella Jarreau<br>Derek Jarreau<br>Erica Marie Jarreau<br>Alicia Jefferson<br>Gwendolyn Brown Jefferson<br>Tevin Jefferson<br>Alexis Johnson |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Constance Johnson |
| | | Dorothy Johnson |
| | | Darren Doidy Johnson |
| | | Gina Johnson (individually and on behalf of Gailyn M. Johnson, Deshawn R. Turner and Stephen G. Johnson, minors) |
| | | Kent Johnson |
| | | Kevonne Johnson |
| | | Tiffany Johnson |
| | | Tomeka Kechia Johnson |
| | | Trina Johnson |
| | | Wayne Johnson |
| | | William E. Johnson |
| | | Angela Jones |
| | | Beatrice Jones |
| | | Calvin Jones |
| | | Carolyn Jones |
| | | Donald Lynn Jones |
| | | Herman Jones |
| | | Levon Jones |
| | | Viola Jones |
| | | Constance Virginia Jordan (individually and on behalf of Brunica Jordan and Bruce Jordan, minors) |
| | | Bryan Anthony Joseph |
| | | Jefferson D. Joseph |
| | | Saprina Joseph |
| | | Valencia Kelly (individually and on behalf of Tiyonna Joseph, Tramia Kelly and Travis Thomas, Jr., minors) |
| | | Denise Kennedy |
| | | Carl King |
| | | Carl M. King |
| | | Beverly Kzirian |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Linda Carrie LaBeau |
| | | Anthony Michael Ladanne |
| | | Alexis Ladanne, Jr. |
| | | Toni Anne Ladonne |
| | | Wayne Landry |
| | | Katherine Amanda Lang |
| | | Arthur Octane Lawrence |
| | | Myrtle Lawrence |
| | | Lynn F. Lea (individually and on behalf of Rayshaun Lea, a minor) |
| | | Jimmie Lee |
| | | Jonique Leone |
| | | Monica A. Lewis |
| | | Pearl Lewis |
| | | Thomas Lewis |
| | | Dynetta Longmire (individually and on behalf of Dyneshia Longmire, a minor) |
| | | James Lowery |
| | | Goan M. Lumbi |
| | | Clothilde Mack |
| | | Dedrick R. Magee |
| | | Anthony Mariano |
| | | Destiny Michele Maricich |
| | | Michael Ray Maricich |
| | | Elliot Marigny, III |
| | | Gaynell W. Martin |
| | | James Martin (individually and on behalf of James Martin, Jr., a minor) |
| | | Patricia Alicia Martin (individually and on behalf of Trishnell Martin, Steve Martin, and Trishona Martin, minors) |
| | | Dionicia Martinez |
| | | Mariano Martinez |
| | | Mario Martinez |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Denise Filds Matthews |
| | | Toni Maxie |
| | | Eloise Tiffany McGee |
| | | Bevelyn McGill |
| | | Johnny McGill |
| | | Eddie McKenzie |
| | | Sommer McWeen (individually and on behalf of Autoumn Franciois, a minor) |
| | | Willie Medious |
| | | Monique Merrick (individually and on behalf of Dominique Nicole Merrick) |
| | | Tiffany Monique Merrick |
| | | Johnny Mac Miller |
| | | Joshua Johnny Miller |
| | | Vanessa Ann Miller |
| | | Louise Odeae Mitchell |
| | | Theresa A. Mitchell |
| | | Carol Moore |
| | | Dewayne Joseph Moore |
| | | Mary P. Moore |
| | | Shanol Moore |
| | | Shrantrell Lakisha Moore |
| | | Jarett Mitchell Morella |
| | | Vernon Morris, Sr. |
| | | Antoinette Ann Morton (individually and on behalf of Briane Shantell Morton, Terrianne Ashley Morton, Tatyane Michelle Morton and Samuel Morton, minors) |
| | | Leland Harold Morton |
| | | Brenda Moses |
| | | Bryan Moses |
| | | Bryant Moses |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Johnnie Moss, Jr. |
| | | Jamon T. Murphey |
| | | Donald Ray Myers |
| | | Edwin Grant Narcisse |
| | | Lloyd Charles Nash, Jr. |
| | | Tammy Marie Nash (individually and on behalf of Loreal Nash, |
| | | Lauren Nash, and Charlston Nash, minors) |
| | | Chester Nelson |
| | | Markeitha Nelson |
| | | Pauphine Nelson |
| | | Kimberly Nicholson |
| | | Troy Noble |
| | | Michael Troy Noble |
| | | Troydell Noble |
| | | Kenneth Norris |
| | | Serena Norton |
| | | Anthony Oliver |
| | | Lillie Mae Oliver |
| | | Tonja Katina Oliver (individually and on behalf of Kelvin James Oliver |
| | | and Biance Dejanae Oliver, minors) |
| | | Loletia M. Ordon |
| | | Corey Mac Palmer |
| | | Troy Lynn Mack Palmer (individually and on behalf of Dominique |
| | | Denzel Palmer, a minor) |
| | | Lisa Ann Panks |
| | | Arthur Ellis Parker |
| | | David Parker |
| | | Oscar Parker |
| | | Lee Bennie Pendleton |
| | | Melvin Perkins |
| | | Transia Ann Perry |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Sedonia B. Perry |
| | | Ashley Christine Peters |
| | | Joyce Ann Peters |
| | | Lois Peters |
| | | Ron Matthews Peterson |
| | | Alice Poiroux |
| | | Robert Polk (individually and on behalf of Alex Polk and Alexis Polk, minors) |
| | | Jeanene Lantz Populis |
| | | Joyce Marie Porter |
| | | Willie Porter |
| | | Cajet Porter |
| | | Keshawn Latoya Powell |
| | | Betty Jean Randolph (individually and on behalf of James Randolph, a minor) |
| | | Demetrice Randolph |
| | | Derrell Joseph Randolph |
| | | Ellis James Randolph |
| | | Jessica Marie Randolph |
| | | Earl J. Reine, Sr. |
| | | Katie Sylvia Reine |
| | | Derrick Remble |
| | | Justine L. Renard |
| | | Wayne P. Renard, Sr. |
| | | Daniel Henry Reyes |
| | | Tasha Daniell Rice |
| | | George Lee Richardson |
| | | Gloria Richardson |
| | | Ranada Rene Richardson (individually and on behalf of Jiray Richardson, a minor) |
| | | Sierra Shantel Richardson |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Brenda Riley |
| | | Keith R. Riley |
| | | Jeanna Roach |
| | | Lareca Roberts |
| | | Heather Robertson-Durand |
| | | Iris C. Robertson |
| | | Keith R. Robertson |
| | | Lawrence F. Robertson |
| | | Bryna Robinson (individually and on behalf of Bryant Smith and Jordan Bell, minors) |
| | | Marie Abelina Rodriguez |
| | | Krystal Frances Rogers |
| | | Pamela Jo Masters Rogers |
| | | Chad Anthony Roque |
| | | Gloria Ross |
| | | Sheila Ross |
| | | Earnest J. Russell |
| | | Norris Sam |
| | | Melody Lynn Schwall |
| | | Therese Marie White Scott |
| | | Marie B. Siener |
| | | Patsy Siener |
| | | Richard F. Siener |
| | | Stephen Siener |
| | | Marlo Simon |
| | | Milton Simon |
| | | Sydney Joseph Simon |
| | | Terry Lynn Simon |
| | | Theodor M. Simon |
| | | Donald Joseph Simmons |
| | | Jeremy Benard Simmons |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Earline Singleton |
| | | Plunk Singleton |
| | | Jimmie Rome Slugher |
| | | Alicia Marie Smith |
| | | Bennie Smith |
| | | Carolyn Wright Smith (individually and on behalf of Brionne Wright, a minor) |
| | | Casey Cornell Smith (individually and on behalf of Cordell Polk, a minor) |
| | | Crystal Smith |
| | | Donald L. Smith |
| | | Donald Ray Smith (individually and on behalf of Roman Smith, a minor) |
| | | Donna Smith (individually and on behalf of Byron Bazzile, a minor) |
| | | Katrin Smith |
| | | Lecia Marie Smith |
| | | Leroy P. Smith |
| | | Milford J. Smith |
| | | Rickell M. Smith |
| | | Susie Smith |
| | | Angela Johniece Smothers |
| | | Blaise Smothers, Sr. |
| | | Monique Sterling |
| | | Troy Emille Stevenson |
| | | Antoniette B. Stewart |
| | | Gail Ann Stewart |
| | | Gregory Strokes |
| | | Jerry Wayne Sturdivant |
| | | Milton L. Sumlin |
| | | Harry O. Taylor |
| | | Byrone E. Thomas, Jr. |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Sherri Thomas (individually and on behalf of Eugene Thomas and William Thomas, minors) |
| | | Clausell Thompson |
| | | Sabrina Thompson (individually and on behalf of Jasmine Thompson, Quntrice Thompson, and Tia Thompson, minors) |
| | | Elnathan Joseph Thornton, Jr. |
| | | Marion Thorton |
| | | Dianne M. Thornton |
| | | Latasha R. Travis |
| | | John F. Tribett |
| | | Stephanie Siener Turner |
| | | Kenra Shirelle Vason (individually and on behalf of Trevor Vason, Terrill Vason, Tyriel Battle, and Tyrone Battle, minors) |
| | | George Victoriana |
| | | Robert E. Wallace |
| | | Elizabeth C. Walters |
| | | Cheryl A. Washington |
| | | Emma Washington |
| | | Melvin Washington |
| | | Terrance Washington |
| | | Ashaquaye Watson (individually and on behalf of Quentynia Watson, a minor) |
| | | Eddie Lee Watson |
| | | Gary Weiland |
| | | Dorothy Lavern Wells |
| | | Paulette West |
| | | Curtis Westbrook |
| | | Annie Mae White |
| | | Cardez M. White |
| | | Johnny E. White |
| | | Michael T. White |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| | | Arthur Dewayne Whitfield |
| | | Jean Marie Whitfield |
| | | Alex D. Wilkins |
| | | Alicia Donette Williams (individually and on behalf of Renatta Lafargue, a minor) |
| | | Arion C. Williams |
| | | Clementine Williams |
| | | Clifton Williams |
| | | David Eugene Williams |
| | | Gail Williams |
| | | Gladys M. Williams |
| | | Gynn Yvonne Williams |
| | | Gloria Williams |
| | | Joanette Marie Williams (individually and on behalf of George Lee Williams, Keith Everett Williams and Ivon Dashon Williams, minors) |
| | | John Henry Williams |
| | | Kealon Damal Williams |
| | | Maurice C. Williams |
| | | Monica Rose Williams |
| | | Percill M. Williams |
| | | Robert Gerald Williams |
| | | Shelly Williams (individually and on behalf of Keithron Green, Kenneth M. Holland, Percill Ashten Williams and Ty'Asia H. Jackson, minors) |
| | | Steve Williams |
| | | Tyronne Williams |
| | | Vera D. Williams |
| | | Elise S. Wilson |
| | | George Wilson |
| | | Helen Wilson |
| | | Janet Wilson |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| DEVLIN | USDC, Eastern District of LA | Leslie Wilson, Jr.<br>Markell Darryl Wilson<br>Christine L. Woodridge<br>Kharree Ja Ja Woodridge<br>Nikesha Woodridge<br>Norman Woodridge<br>Cantrell Woods<br>Chiquita Ann Woods<br>Marilyn Wright |
| DEVLIN | USDC, Eastern District of LA | Robert Devlin<br>Luca Devlin |
| DUPLESSIS | USDC, Eastern District of LA | Johnnie Speer<br>Shelton Charles Duplessis |
| HILLARD | USDC, Eastern District of LA | Keith Hillard<br>Lisa Hillard (individually and on behalf of minor children Gabrielle Hillard, Keith Hillard, Jr., Chistopher Hillard and Cydney Hillard)<br>Amy L. Bordelon<br>Betty Carter (for herself and as legal guardian for April Carter and William Carter, Jr.)<br>Emmett Lusich<br>Jenny Lusich (individually and on behalf of minor children Summer Lusich and Lacey Lusich) |
| HUNT CURLEY | USDC, Eastern District of LA | Gaynell P. Hunt Gurley |
| KAHL | USDC, Eastern District of LA | James T. Kahl<br>Joan Miller (individually and on behalf of the Estate of Joanne Miller) |
| KLIBERT | USDC, Eastern District of LA | Eldridge N. Klibert |

| CASE NAME | ORIGINAL JURISDICTION | PLAINTIFFS |
|---|---|---|
| LUCIEN | USDC, Eastern District of LA | Robert Lucien, Jr. |
| MCGUIRE | USDC, Eastern District of LA | Decarlo McGuire<br>Kevin Rodney<br>Dr. Marshall J. Stevenson, Jr. |
| MEALANCON | USDC, Eastern District of LA | Lynda Ward Stevenson<br>Lorenza Mealancon |
| NELSON | USDC, Western District of LA | Kimberly G. Nelson (individually and on behalf of minor children Griffin Champagne and Baleigh Nelson) |
| OLDENBURG | USDC, Eastern District of LA | Robin Oldenburg<br>Austin Sicard<br>Cindy McDonald |
| PHILLPOTT | USDC, Eastern District of LA Removed from 24th Judicial District Court for the Parish of Jefferson | Jayne Phillpott<br>Wayne Phillpott<br>Wayne Phillpott, Jr.<br>William Phillpott<br>Wesley Phillpott |
| PIZANI | USDC, Eastern District of LA | Stephanie A. Pizani |
| PUJOL | USDC, Eastern District of LA | Joseph M. Pujol<br>Stephanie G. Pujol (individually and on behalf of minor children Jessica R. Pujol and Jill N. Pujol) |
| SEAL | USDC, Eastern District of LA | Steven Seal |

23