| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Agee | Sarah | | 109 Clausen Road | | Belle Chasse | Louisiana | 70037 | 1/5/2008 |
| Airhart | Gail | | 1378 Choctaw Avenue | | Metairie | Louisiana | 70005 | 10/22/2007 |
| Airhart | Glen | J. | 1378 Choctaw Avenue | | Metairie | Louisiana | 70005 | 10/22/2007 |
| Airhart | Lydia | K. | 3412 Wanda Lynn Drive | | Metairie | Louisiana | 70002 | 8/11/2007 |
| Aitkens | Onetha | | 9421 Cabildo Lane | | Westwego | Louisiana | 70094 | 3/1/2007 |
| Albert | Audrey | M. | 3694 LA 44 | | Paulina | Louisiana | 70768 | 8/13/2007 |
| Alexander | Ethel | | 4727 Camellia Street | | New Orleans | Louisiana | 70126 | 9/28/2007 |
| Alfonso | Amy | | 203 Meadow Moss Drive | | Slidell | Louisiana | 70458 | 7/1/2007 |
| Alfonso, Jr. | Christopher | | 203 Meadow Moss Drive | | Slidell | Louisiana | 70458 | 7/1/2007 |
| Alfonso, Sr. | Christopher | | 203 Meadow Moss Drive | | Slidell | Louisiana | 70458 | 7/1/2007 |
| Allen | Charmaine | | 7916 Danube Road | | New Orleans | Louisiana | 70126 | 5/1/2007 |
| Allen | Michael | | 7916 Danube Road | | New Orleans | Louisiana | 70126 | 5/1/2007 |
| Alvis | Diane | | 7525 Berg Street | | New Orleans | Louisiana | 70128 | 8/1/2007 |
| Ambrose | Jules | | 7105 Hanover Road | | New Orleans | Louisiana | 70127 | 8/28/2006 |
| Anderson | Antoinette | | 1018 Tupelo Street | | New Orleans | Louisiana | 70119 | 4/25/2007 |
| Anderson | Gary | M. | 541 South Olympia Street | | New Orleans | Louisiana | 70119 | 9/1/2007 |
| Anderson | Jacqueline | L. K. | 541 Olympia Street | | New Orleans | Louisiana | 70119 | 9/1/2007 |
| Audrict | Darius | D. | 400 Edwards Avenue | | New Orleans | Louisiana | 70123 | 4/1/2007 |
| Audrict | Lorring | L. | 400 Edwards Avenue | | Jefferson | Louisiana | 70123 | 4/1/2007 |
| Audrict | Sherrie | D. | 400 Edwards Avenue | | Jefferson | Louisiana | 70123 | 4/1/2007 |
| Austin | Danitria | | 4942 Redwood Street | | New Orleans | Louisiana | 70127 | 4/24/2007 |
| Bagent, Sr. | Harry | | 1512 Theard Street | | Gretna | Louisiana | 70053 | 11/1/2007 |
| Bailey | Carolyn | Ann | 3100 Lancaster Street | | New Orleans | Louisiana | 70131 | 3/31/2007 |
| Band, Sr. | Gordon | Stephen | 1700 Groom Road, Trailer G-9 | | Baker | Louisiana | 70714 | 11/5/2007 |
| Barber | Charles | Ray | 7500 Chef Menteur Hwy, Lot 2 | | New Orleans | Louisiana | 70126 | 10/27/2007 |
| Bartholomew | Brandon | | 1300 Lamarque | | New Orleans | Louisiana | 70114 | 9/21/2007 |
| Bartholomew | Paula | | 4690 Wichers Drive, T-7 | | Marrero | Louisiana | 70072 | 7/1/2006 |
| Bartholomew | Susan | | 1300 Lamarque | | New Orleans | Louisiana | 70114 | 9/21/2007 |
| Bartholomew, I | Leonard | | 1300 Lamarque | | New Orleans | Louisiana | 70114 | 9/21/2007 |
| Bartholomew, I | Leonard | | 1300 Lamarque | | New Orleans | Louisiana | 70114 | 9/21/2007 |

Frank J DAmico Clients Under Contract Not In Trailer 20080130

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Belonga | Jeanmarie | B | St. Roch Trailer Park | | New Orleans | Louisiana | 70119 | 9/1/2007 |
| Benson | Christine | | 3455 Desait Blvd. | | New Orleans | Louisiana | 70119 | 10/9/2007 |
| Benson | Willie | | 3455 Desait Blvd. | | New Orleans | Louisiana | 70119 | 10/9/2007 |
| Bergeron | James | D. | 2315 South Lake Blvd. | | Violet | Louisiana | 70092 | 5/1/2007 |
| Berry | Breona | A. | 7804 Monett Street | | Metairie | Louisiana | 70003 | 3/30/2007 |
| Bertucci | James | J. | | | | | | 8/11/2007 |
| Blackman | Carolyn | | 2701 LaSalle Street (A.L. Davis Park) | | New Orleans | Louisiana | 70113 | 10/31/2007 |
| Blake | Aloha | C. | 1014 Horace Street | | New Orleans | Louisiana | 70114 | 10/1/2006 |
| Blake | Wilson | T | 1014 Horace Street | | New Orleans | Louisiana | 70124 | 10/1/2006 |
| Boutney | Loma-Linda | A. | 1928 Brutus Street | | New Orleans | Louisiana | 70122 | 7/16/2007 |
| Bowman | Abergaile | A. | 7804 Monett Street | | Metairie | Louisiana | 70003 | 3/30/2007 |
| Brazile | Trina | | 408 Park Blvd. | | New Orleans | Louisiana | 70114 | 10/11/2007 |
| Bridges | Quintin | | 2121 N. Miro Street | | New Orleans | Louisiana | 70119 | 6/1/2006 |
| Britton | Minnie | L | 4505 New Orleans Street | | New Orleans | Louisiana | 70122 | 7/1/2007 |
| Britton, Jr. | Carroll | | 4505 New Orleans Street | | New Orleans | Louisiana | 70122 | 7/1/2007 |
| Britton, Sr. | Carroll | | 4505 New Orleans Street | | New Orleans | Louisiana | 70122 | 7/1/2007 |
| Brown | Floyd | M. | 11271 Midpoint Drive | | New Orleans | Louisiana | 70128 | 10/1/2006 |
| Brown | Lula | Scott | 4837 Montegut Drive | | New Orleans | Louisiana | 70126 | 8/1/2007 |
| Brown | Maudry | Stewart | 3840 Jamie Lynn Drive | | Marrero | Louisiana | 70072 | 9/1/2006 |
| Brown-Price | Brandi | Alisha | 235 Johnson Street | | Ama | Louisiana | 70031 | 9/7/2007 |
| Brumfield | Ernest | | 325 Hord Street | | Harahan | Louisiana | 70123 | 5/1/2007 |
| Bruno | Sandra | S. | 37 Inlet Cove Loop | | Slidell | Louisiana | 70458 | 11/1/2006 |
| Bruno, Jr. | John | H. | 37 Inlet Cove Loop | | Slidell | Louisiana | 70458 | 11/1/2006 |
| Bryer | Beverly | J | 301 Butler Drive | | Avondale | Louisiana | 70094 | 4/1/2007 |
| Bullins | Britt | Williams | 4021 Camphor Street | | New Orleans | Louisiana | 70072 | 8/20/2007 |
| Bullins | Joseph | | 4021 Camphor Street | | Marrero | Louisiana | 70072 | 8/20/2007 |
| Bullins | Lakyn | | 4021 Camphor Street | | Marrero | Louisiana | 70072 | 8/20/2007 |
| Burns | Darlene | | 4515 Laine Avenue | | New Orleans | Louisiana | 70126 | 10/20/2007 |
| Burton | Linda | | 6050 Chef Menteur Hwy, Lot 24 | | New Orleans | Louisiana | 70126 | 12/1/2007 |
| Byrd | Angela | | 6449 Rue Louis Phillipe | | Marrero | Louisiana | 70072 | 3/1/2007 |

1/30/2008

Frank J DAmico Clients Under Contract Not In Trailer 20080130

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Caliste-Tate | Judith | | 3900 Jourdan Road | | New Orleans | Louisiana | 70126 | 10/30/2006 |
| Camardelle | Lisa | A. | 949 Avenue D | | Westwego | Louisiana | 70094 | 5/1/2007 |
| Cameron, Jr. | Nathaniel | | 2723 Robert Street | | New Orleans | Louisiana | 70115 | 7/1/2007 |
| Campo | Denis | J | 3508 Park Blvd. | | Chalmette | Louisiana | 70043 | 9/3/2007 |
| Carter | Gail | B. | 7111 Boston Drive | | New Orleans | Louisiana | 70127 | 7/31/2007 |
| Carter, Jr. | Clarence | | 7111 Boston Drive | | New Orleans | Louisiana | 70128 | 7/31/2007 |
| Carter, Jr. | Michael | P. | 1600 Bridge City Avenue | | Bridge City | Louisiana | 70059 | 6/1/2007 |
| Cascio | Jody | | 1821 Robert Drive | | St. Bernard | Louisiana | 70085 | 3/1/2007 |
| Castro | Marcelina | | 7149 East Hermes Street | | New Orleans | Louisiana | 70126 | 5/10/2007 |
| Castro | Ramon | | 7149 East Hermes Street | | New Orleans | Louisiana | 70126 | 5/10/2007 |
| Chotin | Beverly | | 2061 Mercedes Blvd | | New Orleans | Louisiana | 70114 | 5/1/2007 |
| Chotin, Sr. | Stanley | J | 2061 Mercedes Blvd | | New Orleans | Louisiana | 70114 | 5/1/2007 |
| Conner | Lenora | | 2720 Isabelle Drive | | Marrero | Louisiana | 70072 | 8/1/2007 |
| Cook, Jr. | Keith | J | 14273 Sawmill Road | | Tickfaw | Louisiana | 70466 | 8/31/2006 |
| Cousin | Theresa | | 155 Trafalgars | | Slidell | Louisiana | 70460 | 6/24/2007 |
| Crawford | Erma | A. | 1735 Congress Street | | New Orleans | Louisiana | 70117 | 8/31/2007 |
| Crawford, Jr. | Anthony | | 1735 Congress Street | | New Orleans | Louisiana | 70117 | 8/31/2007 |
| Crawford, Jr. | James | | 2160 Sauvage Avenue | | Marrero | Louisiana | 70072 | 7/31/2007 |
| Creecy | Jacqueline | | 6700 Jefferson Paige Rd., Street C, Lo | | Shreveport | Louisiana | 71119 | 10/27/2007 |
| Creecy | Raynard | A. | 6700 Jefferson Paige Rd., Street C, Lo | | Shreveport | Louisiana | 71119 | 10/27/2007 |
| Danage | Charles | E | 390 T. J. Latt Road | | Tallulah | Louisiana | 71282 | 9/4/2007 |
| Davis | Glendale | | 4821 Piety Drive | | New Orleans | Louisiana | 70126 | 6/19/2007 |
| Davis | Harold | A | 7741 Windward Court | | New Orleans | Louisiana | 70128 | 6/1/2007 |
| Davis | Joshua | C | 7620 Fieldston Road | | New Orleans | Louisiana | 70126 | 7/1/2007 |
| Davis | Kenneka | L. J. | 141 Marquez Street | | Mt. Airy | Louisiana | 70076 | 8/31/2007 |
| Davis | Lolita | | 4821 Piety Drive | | New Orleans | Louisiana | 70126 | 6/19/2007 |
| Deemer | Deborah | Falgoust | 643 Michael Street | | Marrero | Louisiana | 70072 | 4/1/2007 |
| Dick | John | E. | 11303 Wardline Road | | Hammond | Louisiana | 70401 | 6/18/2007 |
| Dixon | Barbara | | 8933 Dixon Street | | New Orleans | Louisiana | 70118 | 7/1/2007 |
| Dixon | Ezell | | 8933 Dixon Street | | New Orleans | Louisiana | 70118 | 7/1/2007 |

1/30/2008

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Dixon | Tronda | | 8933 Dixon Street | | New Orleans | Louisiana | 70118 | 7/1/2007 |
| Dixon | Ty'Julante' | | 8933 Dixon Street | | New Orleans | Louisiana | 70814 | 7/1/2007 |
| Dominique | Katherine | | 7126 Virgilian Street | | New Orleans | Louisiana | 70126 | 3/1/2007 |
| Dominique, Jr. | Lacey | Michael | 7126 Virgilian Street | | New Orleans | Louisiana | 70126 | 3/1/2006 |
| Dominique, Sr. | Lacey | M | 7126 Virgilian Street | | New Orleans | Louisiana | 70126 | 3/1/2006 |
| Dubuclet | Elisha | | 6046 Dorothea Street | | New Orleans | Louisiana | 70126 | 9/7/2007 |
| Dubuclet | Timia | | 6046 Dorothea Street | | New Orleans | Louisiana | 70126 | 9/7/2007 |
| Dubuclet, Jr. | Timothy | | 6046 Dorothea Street | | New Orleans | Louisiana | 70126 | 9/7/2007 |
| Dugas | Michael | A. | 1201 Governor Nicholls Street | | Harvey | Louisiana | 70116 | 11/1/2007 |
| Duhon | Ray | | 2416 Saint Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Duhon | Toran | | 2430 Saint Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Dusuau | Matthew | M | 2615 Frankfort Street | | New Orleans | Louisiana | 70122 | 2/1/2007 |
| Emery | Ron'Jhae | K | 7518 Lafourche Street | | New Orleans | Louisiana | 70127 | 3/1/2007 |
| Esteen | Debra | S. | 4858 Donna Drive | | New Orleans | Louisiana | 70127 | 9/1/2006 |
| Estingoy | Evelyn | | 1075 Coffey Road | | Tylertown | Mississippi | 39667 | 3/1/2007 |
| Fahrenbacher | Linda | | Domino Sugar Corp. | | Arabi | Louisiana | 70044 | 3/1/2006 |
| Foster | Ajanea | | 7525 Berg Street | | New Orleans | Louisiana | 70128 | 8/1/2007 |
| Foucha | Aniayah | | 1301 Lesseps Street | | New Orleans | Louisiana | 70116 | 8/1/2007 |
| Foucha | Chikita | | 1301 Lesseps Street | | New Orleans | Louisiana | 70117 | 8/1/2007 |
| Frank, Sr. | David | A. | 1901 Desire Street | Bunny Friend Park | New Orleans | Louisiana | 70117 | 10/28/2007 |
| Fultz | Lawrence | | 7126 Virgilian Street | | New Orleans | Louisiana | 70126 | 3/1/2007 |
| Garrett | Delron | C | 155 Trafalgar Street | | Slidell | Louisiana | 70461 | 7/24/2007 |
| Gibson | Charlie | Cory | 2615 Frankfort Street | | New Orleans | Louisiana | 70122 | 2/1/2007 |
| Gibson | Keichelle | | 2615 Frankfort Street | | New Orleans | Louisiana | 70122 | 2/1/2007 |
| Gladstone | Richelle | | 2430 Saint Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Gordon | Marvin | | 3900 Desthan Avenue | | Harvey | Louisiana | | 11/1/2006 |
| Graffeo | Anthony | J. | American Sugar Refining, Inc. | 7417 North Peters Street | Arabi | Louisiana | 70032 | 3/8/2007 |
| Graffeo | Betty | | 100 Riess Place | | Chalmette | Louisiana | 70043 | 3/8/2007 |
| Graham | Jailah | | 5615 Jefferson Hwy | | Harahan | Louisiana | 70123 | 6/1/2006 |
| Graham | Jeryl | | 5615 Jefferson Hwy | | Harahan | Louisiana | 70123 | 6/1/2006 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Hamilton | Joseph | | 3403 Marigny Street | | New Orleans | Louisiana | 70122 | 9/1/2007 |
| Hampton | Gerald | G | 4821 Piety Drive | | New Orleans | Louisiana | 70126 | 6/19/2007 |
| Hampton | Shemekia | T | 4821 Piety Drive | | New Orleans | Louisiana | 70126 | 6/19/2007 |
| Hargrove, Jr. | Damian | J | 5525 Patio Way | | New Orleans | Louisiana | 70129 | 8/20/2007 |
| Hartford | Aldreda | L | 2816 Hamilton Street | | New Orleans | Louisiana | 70118 | 9/1/2006 |
| Hayes | Jennifer | H | 11264 Midpoint Drive | | New Orleans | Louisiana | 70128 | 7/1/2007 |
| Hayward | Calvin | Anthony | 5165 Spain Street | | New Orleans | Louisiana | 70122 | 3/6/2007 |
| Hayward | Cecelia | D | 5165 Spain Street | | New Orleans | Louisiana | 70122 | 3/1/2007 |
| Heisser | Dianne | | 6911 Virgilian Street | | New Orleans | Louisiana | 70126 | 8/1/2007 |
| Henderson | Belinda | | 616 East Marlin Court | | Terrytown | Louisiana | 70056 | 12/1/2007 |
| Henderson | Bernadine | | 5011 Debore Circle | | New Orleans | Louisiana | 70114 | 7/1/2007 |
| Henderson | Charles | | 616 East Marlin Court | | Terrytown | Louisiana | 70056 | 2/1/2007 |
| Henderson | Kelci | | 616 East Marlin Court | | Terrytown | Louisiana | 70056 | 2/1/2007 |
| Henry, Sr. | David | | American Sugar Compound | | Arabi | Louisiana | 70032 | 5/1/2007 |
| Hezeau | Jacquelyn | S | 3701 West Louisiana State Drive | | Kenner | Louisiana | 70065 | 12/15/2006 |
| Hezeau, III | Albert | F | 3701 West Louisiana State Drive | | Kenner | Louisiana | 70065 | 12/15/2006 |
| Higgins | LaQuesta | | 4620 Fieldston Road | | New Orleans | Louisiana | 70126 | 6/1/2006 |
| Higgins, Jr. | Ronald | Louis | 7620 Fieldston Road | | New Orleans | Louisiana | 70126 | 4/1/2006 |
| Hines | Linda | L | 1408 Kent | | Metairie | Louisiana | 70001 | 12/1/2006 |
| Hinton | Simone | R | 7620 Fieldston Road | | New Orleans | Louisiana | 70126 | 6/1/2006 |
| Holiday | Anisa | | 1000 Taft Drive | | Metairie | Louisiana | 70001 | 8/1/2007 |
| Holmes | Roslyn | | Saint Roch Trailer Park | | New Orleans | Louisiana | | 10/1/2007 |
| Hughes | Evon | | 13394 Brickyard Road | | Independence | Louisiana | 70443 | 10/1/2007 |
| Hunter | Lionel | | 7620 Fieldston Road | | New Orleans | Louisiana | 70126 | 7/1/2007 |
| Hunter | Veronica | | 7620 Fieldston Road | | New Orleans | Louisiana | 70126 | 7/1/2007 |
| Irvin | Kenneth | A | 1735 Congress Street | | New Orleans | Louisiana | 70117 | 8/31/2007 |
| Jefferson | Joseph | | 711 Ducote Lane | | Cottonport | Louisiana | 71327 | 8/1/2007 |
| Jefferson | Nita | | 711 Ducote Lane | | Cottonport | Louisiana | 71327 | 8/1/2007 |
| Jenkins | Donald | | 7518 LaFourche Street | | New Orleans | Louisiana | 70127 | 3/1/2007 |
| Jessie | Enderlin | N | 3899 Greenbriar Lane | | Harvey | Louisiana | 70058 | 3/1/2006 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Johnson | Dajah | J | 2430 St. Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Johnson | Devin | | 3025 St. Roch Avenue | | New Orleans | Louisiana | 70122 | 9/1/2007 |
| Johnson | Gregory | | 3025 St. Roch Avenue | | New Orleans | Louisiana | 70122 | 9/1/2007 |
| Johnson | Jada | L. | 2 Honeysuckle Lane | | Waggaman | Louisiana | 70094 | 10/1/2006 |
| Johnson | Jennifer | A. | 221 Glemdella Drive | | Avondale | Louisiana | 70094 | 10/1/2006 |
| Johnson | Kerry | P. | 7518 Lafourche Street | | New Orleans | Louisiana | 70127 | 3/1/2007 |
| Johnson | Linda | J | 4705 Haydel Street | | New Orleans | Louisiana | 70126 | 7/1/2007 |
| Johnson | Malcolm | | 143 Country Club Drive | | New Orleans | Louisiana | 70124 | 6/22/2007 |
| Johnson | Michael | P. | 221 Glemdella Drive | | Avondale | Louisiana | 70094 | 10/1/2006 |
| Johnson | Patricia | | 3025 St. Roch Avenue | | New Orleans | Louisiana | 70122 | 9/1/2007 |
| Johnson | Rhonda | M | 2416 Saint Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Johnson, Jr. | David | J. | 2430 St. Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Johnson, Sr. | David | J | 2416 St. Ann Street | | New Orleans | Louisiana | 70119 | 4/1/2007 |
| Jones | Jeremy | | 7620 Fieldstone Road | | New Orleans | Louisiana | 70126 | 6/1/2006 |
| Jones | Joshua | K. | 7620 Fieldstone Road | | New Orleans | Louisiana | 70126 | 6/1/2006 |
| Jones | Lilian | | 7620 Fieldstone Road | | New Orleans | Louisiana | 70126 | 6/1/2006 |
| Jones | Rita | D | 401 Wallace Drive | | New Orleans | Louisiana | 70122 | 3/8/2007 |
| Jones, III | Leonard | | 7620 Fieldstone Road | | New Orleans | Louisiana | 70126 | 6/1/2006 |
| Jones, Jr. | William | | 401 Wallace Drive | | New Orleans | Louisiana | 70122 | 3/8/2007 |
| Joseph, Jr. | Alcy | | 237 Good Children Street | | Boutte | Louisiana | 70039 | 7/1/2007 |
| Klern | Andrea | N. | 2216 Marcelle Drive | | Chalmette | Louisiana | 70043 | 11/1/2007 |
| LaBeau | Katrina | | 7626 Endeavors Court | | New Orleans | Louisiana | 70129 | 10/1/2007 |
| LaBeau | Major | L. | 7626 Endeavors Court | | New Orleans | Louisiana | 70129 | 10/1/2007 |
| LaBeaud | Corey | | 6911 Virgilian Street | | New Orleans | Louisiana | 70126 | 8/1/2007 |
| LaBeaud | Crystal | | 6911 Virgilian Street | | New Orleans | Louisiana | 70126 | 8/8/2007 |
| LaBeaud, III | Thomas | | 6911 Virgilian Street | | New Orleans | Louisiana | 70126 | 8/8/2007 |
| Labostrie | Denise | | 1919 Davenport Avenue | | Bogalusa | Louisiana | 70428 | 2/12/2007 |
| Labostrie | Diana | | 1919 Davenport Avenue | | Bogalusa | Louisiana | 70428 | 2/12/2007 |
| LaCiura | Christine | K. | 2216 Marcelle Drive | | Chalmette | Louisiana | 70043 | 11/1/2007 |
| LaCiura | Crystal | L. | 2216 Marcelle Drive | | Chalmette | Louisiana | 70043 | 11/1/2007 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| LaCiura, Sr. | Dominic | P. | 2216 Marcelle Drive | | Chalmette | Louisiana | 70043 | 11/1/2007 |
| Laforge | Gregory | G. | 3845 Derbigny Street | | Metairie | Louisiana | 70001 | 8/2/2007 |
| Lagrue | Ralph | | 420 Filmore Street | | Kenner | Louisiana | 70062 | 7/20/2007 |
| Lamison | Diamond | | 616 East Marlin Court | | Terrytown | Louisiana | 70056 | 2/1/2007 |
| Lamison | Dominique | | 616 East Marlin Court | | Terrytown | Louisiana | 70056 | 2/1/2007 |
| Lancaster | Belinda | | 7200 Misletow | | Metairie | Louisiana | 70003 | 8/30/2006 |
| Landry | Keisha | | 1000 Taft Park | | Metairie | Louisiana | 70001 | 8/1/2007 |
| Landry | Quincy | Armann | 4515 Laine Avenue | | New Orleans | Louisiana | 70126 | 10/20/2007 |
| Lastie | Melanie | | 390 T.J. Lott Road | | Tallulah | Louisiana | 71282 | 9/4/2007 |
| Lawless | Barbara | M | 1210 N. Rocheblave Street | | New Orleans | Louisiana | 70119 | 8/21/2007 |
| Lawrence | Kerwin | | 4408 Mithra Street | | New Orleans | Louisiana | 70126 | 3/1/2007 |
| Lee | Lois | P. | 7113 Hanover Road | | New Orleans | Louisiana | 70127 | 5/1/2007 |
| Lee, Sr. | Gerald | A | 7113 Hanover Road | | New Orleans | Louisiana | 70127 | 5/1/2007 |
| LeGrone | Lexus | | 7743 Briarwood Drive | | New Orleans | Louisiana | 70128 | 11/1/2006 |
| LeGrone | Tricia | | 7743 Briarwood Drive | | New Orleans | Louisiana | 70128 | 11/1/2006 |
| LeGrone, Jr. | Calvin | R | 7743 Briarwood Drive | | New Orleans | Louisiana | 70128 | 11/1/2006 |
| LeGrone, Sr. | Calvin | R | 7743 Briarwood Drive | | New Orleans | Louisiana | 70128 | 11/1/2006 |
| Lewis | Myra | B. | 4208 Clio Street | | New Orleans | Louisiana | 70125 | 8/1/2007 |
| Lewis, Jr. | Gavin | | 4208 Cleo Street | | New Orleans | Louisiana | 70125 | 8/1/2007 |
| Lewis, Sr. | Gavin | | 4208 Cleo Street | | New Orleans | Louisiana | 70125 | 8/1/2007 |
| Lindell | John | | 12 Martin Bluff Road | | Gautier | Mississippi | 39553 | 9/1/2007 |
| Livaudais | Lionel | V | 22 Pamela Place | | Arabi | Louisiana | 70032 | 12/1/2006 |
| Longfellow | Brandon | | 2104 Torres Drive | | St. Bernard | Louisiana | 70085 | 12/31/2007 |
| Longfellow | Dung | | 2104 Torres Drive | | St. Bernard | Louisiana | 70085 | 12/31/2007 |
| Longfellow | Ryan | | 2104 Torres Drive | | St. Bernard | Louisiana | 70085 | 12/31/2007 |
| Longfellow | Tina | | 2104 Torres Drive | | St. Bernard | Louisiana | 70085 | 12/31/2007 |
| Lopez | Janeth | | 4818 Lurline Street | | New Orleans | Louisiana | 70127 | 8/1/2007 |
| Lopez | Maximo | | 4818 Lurline Street | | New Orleans | Louisiana | 70127 | 8/1/2007 |
| Lorell | LaNyra | | 5060 Chef Menteur Hwy, Lot 24 | | New Orleans | Louisiana | 70126 | 1/1/2008 |
| Love | Christopher | | 300 Maumus Avenue | | New Orleans | Louisiana | 70131 | 10/10/2007 |