| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Love | Tracy | | #38 East Blueridge Court | | New Orleans | Louisiana | 70128 | 11/1/2007 |
| Love | Tressie | | 38 East Blueridge Court | | New Orleans | Louisiana | 70128 | 11/1/2007 |
| Lowe | Wanda | H | 2319 Spain Street | | New Orleans | Louisiana | 70117 | 7/10/2007 |
| Lumar | Anderson | | 7833 Angela Street | | Westwego | Louisiana | 70094 | 6/12/2006 |
| Lumar | Brian | | 7833 Angela Street | | Westwego | Louisiana | 70094 | 6/12/2006 |
| Lumar | Elona | | 7833 Angela Street | | Westwego | Louisiana | 70094 | 11/12/2006 |
| Magee | Lillie | R. | 4415 Cerise Avenue | | New Orleans | Louisiana | 70127 | 9/1/2007 |
| Major | Roland | | 2109 A Street | | Violet | Louisiana | 70092 | 12/21/2008 |
| Marine | Danielle | | | | | | | 12/1/2006 |
| Marine | Jessica | | | | | | | 12/1/2006 |
| Marine | Tanya | | | | | | | 12/1/2006 |
| Marine | Trenee | | | | | | | 12/1/2006 |
| Marine, Sr. | Clifford | M. | 4329 Cartier Avenue | | New Orleans | Louisiana | 70122 | 12/1/2006 |
| Mark | Willie | M. | 5941 Baccich Street | | New Orleans | Louisiana | 70122 | 7/31/2006 |
| Marshall | Gloria | | 1378 Choctaw Avenue | | Metairie | Louisiana | 70003 | 2/12/2007 |
| Marshall | Robert | C. | 1378 Choctaw Avenue | | Metairie | Louisiana | 70003 | 2/12/2007 |
| Martinez | Victor | M | 10208 South Park Street | | River Ridge | Louisiana | 70123 | 5/1/2007 |
| Matthews | Doris | | 208 Emerson Drive | | Kenner | Louisiana | 70065 | 4/1/2007 |
| Matthews | Victorine | | 7432 Primrose Drive | | New Orleans | Louisiana | 70126 | 3/31/2007 |
| Matthews, Jr. | Freddie | | 7432 Primrose Drive | | New Orleans | Louisiana | 70126 | 3/31/2007 |
| McAfee | Diana | | 1600 Bridge City Avenue | | Bridge City | Louisiana | 70059 | 6/1/2007 |
| McAnespy | Shirley | | 822 1/2 Amelia Street | | Gretna | Louisiana | 70053 | 3/13/2006 |
| McCormick | Conni | W | 6215 Kuebel Drive | | New Orleans | Louisiana | 70126 | 12/27/2007 |
| McDonald | Edda | Josolina | 1828 Benjamin Street | | Arabi | Louisiana | 70032 | 3/1/2007 |
| McDonald | Ethel | | 4715 Ray Avenue | | New Orleans | Louisiana | 70126 | 3/28/2007 |
| McDonald | Jourdan | | 4715 Ray Avenue | | New Orleans | Louisiana | 70126 | 3/28/2007 |
| McDonald | Nicholas | Paul | 1800 Edinburgh Street | | Metairie | Louisiana | 70001 | 6/1/2007 |
| McDonald | Shawnea | | 4715 Ray Avenue | | New Orleans | Louisiana | 70126 | 3/28/2007 |
| McDonald | Theresa | | 1800 Edinburgh Street | | Metairie | Louisiana | 70001 | 6/1/2007 |
| McGee | Gaylynn | | 10826 Hayne Blvd | | New Orleans | Louisiana | 70127 | 1/1/2007 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| McGee | Michael | | 10826 Hayne Blvd | | New Orleans | Louisiana | 70127 | 1/1/2007 |
| McKinley | Alosia | Joseph | 141 Marquez Street | | Mt. Airy | Louisiana | 70076 | 8/31/2007 |
| Mercante | Daryl | | 1000 Taft Park | | Metairie | Louisiana | 70001 | 8/1/2007 |
| Messick, Sr. | Emmett | R. | 7370 Weaver Avenue | | New Orleans | Louisiana | 70127 | 8/1/2007 |
| Middleton | William | G. | 2620 Metairie Heights Avenue | | Metairie | Louisiana | 70002 | 2/1/2007 |
| Miller | Raymond | C. | 101 Foxbriar Street | | Slidell | Louisiana | 70461 | 3/1/2007 |
| Millet | Charisse | C | 5225 Bancroft Drive | | New Orleans | Louisiana | 70122 | 11/28/2006 |
| Millet, Jr. | Earl | I. | 5225 Bancroft Drive | | New Orleans | Louisiana | 70122 | 11/28/2006 |
| Mitchell | Arthur | | 3653 Almonaster Avenue | | New Orleans | Louisiana | 70126 | 8/1/2007 |
| Mitchell | Kenya | | 3653 Almonaster Avenue | | New Orleans | Louisiana | 70126 | 8/1/2007 |
| Mitchell | N'Oreal | | 3653 Almonaster Avenue | | New Orleans | Louisiana | 70126 | 8/1/2007 |
| Mitchell | Zachary | Raymon | 2228 S. Burnside Ave, Lot 123 | | Gonzales | Louisiana | 70737 | 1/25/2007 |
| Moore | Bessie | | 4338 Banks Street | | New Orleans | Louisiana | 70119 | 3/1/2007 |
| Moore | Brandon | | 4338 Banks Street | | New Orleans | Louisiana | 70119 | 6/1/2006 |
| Moore | Gail | | 4338 Banks Street | | New Orleans | Louisiana | 70119 | 3/1/2007 |
| Moore | Robert | | 2316 Mathis Avenue | | Harvey | Louisiana | 70058 | 7/1/2006 |
| Morey | Daymi | | 4112 Kawanee Avenue | | Metairie | Louisiana | 70002 | 11/21/2006 |
| Morey | Isabella | C. | 4112 Kawanee Avenue | | Metairie | Louisiana | 70002 | 11/21/2006 |
| Morey | Mario | J. | 4112 Kawanee Avenue | | Metairie | Louisiana | 70002 | 11/21/2006 |
| Morgan | Belinda | D. | 1201 Governor Nicholls | | New Orleans | Louisiana | 70116 | 6/1/2007 |
| Mouton | Ericka | | 3403 Marigny Street | | New Orleans | Louisiana | 70122 | 9/1/2007 |
| Mouton | Ityana | | 3403 Marigny Street | | New Orleans | Louisiana | 70122 | 9/1/2007 |
| Myles | Douglas | | 7541 Rochon Drive | | New Orleans | Louisiana | 70128 | 2/1/2007 |
| Myles | Keron | | 7541 Rochon Drive | | New Orleans | Louisiana | 70128-3 | 2/1/2007 |
| Netlock | Greg | | 2104 Torres Drive | | St. Bernard | Louisiana | 70085 | 12/31/2007 |
| Netlock | Samantha | | 2104 Torres Drive | | St. Bernard | Louisiana | 70085 | 12/31/2007 |
| Olivier | Diane | | 4200 Henican Place | | Metairie | Louisiana | 70003 | 11/1/2006 |
| Pardo | Destiny | | 3816 Harvard Avenue | | Metairie | Louisiana | 70006 | 12/15/2006 |
| Pardo | Devin | | 3816 Harvard Avenue | | Metairie | Louisiana | 70006 | 12/15/2006 |
| Pardo | Joseph | | 3816 Harvard Avenue | | Metairie | Louisiana | 70006 | 12/15/2006 |

Frank J DAmico Clients Under Contract Not In Trailer 20080130

1/30/2008

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Pardo | Joshua | | 3816 Harvard Avenue | | Metairie | Louisiana | 70006 | 12/15/2006 |
| Parker, Sr. | Peter | L | 4060 Franklin Avenue | | New Orleans | Louisiana | 70122 | 4/10/2007 |
| Payton | Darryl | | 6050 Chef Menteur Hwy, Lot 24 | | New Orleans | Louisiana | 70126 | 12/1/2007 |
| Pellissier | Grant | | 130 Miano Street | | Garyville | Louisiana | 70051 | 7/1/2006 |
| Pellissier | Julia | | 130 Miano Street | | Garyville | Louisiana | 70051 | 7/1/2006 |
| Perkins | A.J. | | 4601 N. Claiborne Avenue | | New Orleans | Louisiana | 70117 | 9/1/2007 |
| Perkins | Carol | | 4001 N. Claiborne Avenue | | New Orleans | Louisiana | 70117 | 9/1/2007 |
| Perniciaro | Brossie | | 1505 Schnell | | Arabi | Louisiana | 70032 | 10/1/2006 |
| Perniciaro | Gwendolyn | | 1505 Schnell | | Arabi | Louisiana | 70032 | 12/1/2006 |
| Pinelli | Meri | | 1075 Coffey Road | | Tylertown | Mississippi | 39667 | 3/1/2007 |
| Pinkney | Alison | | 144 Emerson Drive | | Kenner | Louisiana | 70065 | 11/1/2006 |
| Pinkney | Gino | | 144 Emerson Drive | | Kenner | Louisiana | 70065 | 11/1/2006 |
| Pinkney | Otis | | 144 Emerson Drive | | Kenner | Louisiana | 70065 | 11/1/2006 |
| Pinkney | Pacino | | 144 Emerson Drive | | Kenner | Louisiana | 70065 | 11/1/2006 |
| Pirsalehy | Livia | C | 4107 Cardinal Street | | Bay St. Louis | Mississippi | 39520 | 4/1/2007 |
| Polk | Gloria | | | | | | | 6/1/2007 |
| Polk | Samuel | | | | | | | 6/1/2007 |
| Poyadou | Vestil | E | 4193 Catalina Street | | Bay St. Louis | Mississippi | 39520 | 11/17/2006 |
| Price | Daizhan | Jerome | 235 Johnson Street | | Ama | Louisiana | 70031 | 9/7/2007 |
| Price | Darrall | Jerome | 235 Johnson Street | | Ama | Louisiana | 70031 | 9/7/2007 |
| Price | Nedra | | 6911 Virgilian Street | | New Orleans | Louisiana | 70126 | 8/8/2007 |
| Pugh | Celette | | 732 Harveytown Road | | Walthal | Mississippi | 39657 | 6/30/2006 |
| Pugh | Chasity | M | 732 Harveytown Road | | Walthal | Mississippi | 39667 | 6/30/2006 |
| Purcell | Elaine | | 1429 Gardenia Drive | | Metairie | Louisiana | 70005 | 11/1/2006 |
| Purcell | Patricia | | 1429 Gardenia Drive | | Metairie | Louisiana | 70005 | 11/1/2006 |
| Rapp | Kathy | B | 3224 Northwestern Street | | Kenner | Louisiana | 70065 | 6/1/2006 |
| Read | Allison | | 806 Cousin Street | | Slidell | Louisiana | 70458 | 11/1/2006 |
| Rebouche | Garland | C | | | | | | 6/1/2006 |
| Rebouche | Robert | | | | | | | 6/1/2006 |
| Rice | Monet | | 3840 Jamie Lynn Drive | | Marrero | Louisiana | 70072 | 8/1/2006 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Rice | Shardie | | 3840 Jamie Lynn Drive | | Marrero | Louisiana | 70072 | 8/1/2006 |
| Richard | Troy | | 4511 Lynhuber Drive | | New Orleans | Louisiana | 70126 | 7/1/2007 |
| Richardson | Barbara | S. | 3670 Tasha Place | | New Orleans | Louisiana | 70131 | 4/1/2007 |
| Richardson | Donald | | 561 Moose Lodge Road | | Vidalia | Louisiana | 71373 | 4/1/2007 |
| Richardson | Pamela | | 4758 Galahad Drive | | New Orleans | Louisiana | 70127 | 5/13/2007 |
| Richardson | Thomas | | 3670 Tasha Place | | New Orleans | Louisiana | 70131 | 4/1/2007 |
| Richardson | Tiara | | 4758 Galahad Drive | | New Orleans | Louisiana | 70127 | 5/13/2007 |
| Riley | Chyna | L. | 11334 Hwy 23, # 276 | | Bellchase | Louisiana | 70037 | 3/1/2007 |
| Riley | Jazmen | L. | 11334 Hwy 23, # 276 | | Bellchase | Louisiana | 70037 | 4/1/2007 |
| Riley | Kaleb | G. | 11334 Hwy 23, #276 | | Bellchase | Louisiana | 70037 | 3/1/2007 |
| Riley | Sonyia | L | 11334 Hwy 23, #276 | | BellChase | Louisiana | 70037 | 3/1/2007 |
| Roberts | Raymond | C | 101 Foxbriar Street | | Slidell | Louisiana | 70461 | 3/1/2007 |
| Robertson | Louis | J | 7518 Lafourche Street | | New Orleans | Louisiana | 70127 | 3/1/2007 |
| Robinson | Brianne | | 14606 Curran Road | | New Orleans | Louisiana | 70128 | 10/25/2007 |
| Robinson | Charlene | | 14606 Curran Road | | New Orleans | Louisiana | 70128 | 10/25/2007 |
| Robinson | Eveleen | Bullock | 7521 Branch Drive | | New Orleans | Louisiana | 70128 | 12/1/2007 |
| Robinson | India | | 14273 Sawmill Road | | Tickfaw | Louisiana | 70466 | 8/31/2006 |
| Robinson | Jessica | | 14273 Sawmill Road | | Tickfaw | Louisiana | 70466 | 8/29/2006 |
| Rogers | Clara | | 312 Charles Court | | Slidell | Louisiana | 70458 | 12/17/2006 |
| Ross | Louise | M | 3740 Mansfield Avenue | | New Orleans | Louisiana | 70131 | 3/1/2007 |
| Roy | Erika | A | 2427 Soniat | | New Orleans | Louisiana | 70115 | 10/1/2006 |
| Sanders | Lynn | S. | 2204 A.P. Tureaud Avenue | | New Orleans | Louisiana | 70119 | 8/10/2007 |
| Sciurba | Jimmy | J | 305 Goldenwood Street | | Mandeville | Louisiana | 70448 | 8/1/2007 |
| Sciurba | Michelle | Smith | 305 Goldenwood Street | | Mandeville | Louisiana | 70448 | 8/1/2007 |
| Scott | Luvenia | | 4858 Donna Drive | | New Orleans | Louisiana | 70127 | 5/11/2006 |
| Seals | DeRome | A. | 200 Washington Street | | Ponchatoula | Louisiana | 70454 | 10/1/2007 |
| Self | Christine | K | 3749 Bauvais Street | | Metairie | Louisiana | 70001 | 7/1/2007 |
| Self | Robert | W. | 3749 Bauvais Street | | Metairie | Louisiana | 70001 | 7/1/2007 |
| Self | Tyler | D | 3749 Bauvais Street | | Metairie | Louisiana | 70001 | 7/1/2007 |
| Simmons | Dolores | J | 536 Avondale Garden Road | | Avondale | Louisiana | 70094 | 2/8/2007 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Simpson | Gabrielle | | 4942 Redwood Street | | New Orleans | Louisiana | 70127 | 4/24/2007 |
| Skinner | Rhonda | M | 3729 Morriswood Drive | | Harvey | Louisiana | 70072 | 10/2/2006 |
| Slater | Joycelyn | J | 1813 Watling Drive | | Marrero | Louisiana | 70072 | 7/1/2006 |
| Smith | Anselm | | 3212 East Judge Perez, Lot A4, TD-32 | | Meraux | Louisiana | 70075 | 11/1/2007 |
| Smith | Christian | | 3700 Franklin Avenue | | New Orleans | Louisiana | 70122 | 8/1/2006 |
| Smith | Dolores | C | 136 Redmond Road | | Osyka | Mississippi | 39657 | 11/1/2006 |
| Smith | Huey | | 3700 Franklin Avenue | | New Orleans | Louisiana | 70122 | 8/1/2006 |
| Smith | Jacqueline | A. | 3700 Franklin Avenue | | New Orleans | Louisiana | 70122 | 8/1/2006 |
| Smith, III | Gus | | 136 Redmond Road | | Osyka | Mississippi | 39657 | 11/1/2006 |
| Solomon | Rose | B | 6449 Roue Louis Phillip | | Marrero | Louisiana | 70072 | 4/1/2006 |
| Solomons | Rosemarie | M. | 6449 Rue Louis Phillippe | | Marrero | Louisiana | 70072 | 4/12/2007 |
| St. Ann | Jerome | K. | 1737 Wellington Drive | | Marrero | Louisiana | 70072 | 5/1/2007 |
| St. Ann | Morender | | 1737 Wellington Drive | | Marrero | Louisiana | 70072 | 5/1/2007 |
| Stevenson | Jonah | | 1709 Wagner Street | | New Orleans | Louisiana | 70114 | 7/28/2007 |
| Stewart | Jace | | 3840 Jamie Lynn Drive | | Harvey | Louisiana | 70058 | 8/1/2006 |
| Stewart | Lorell | | 5060 Chef Menteur Hwy, Lot 24 | | New Orleans | Louisiana | 70126 | 1/1/2008 |
| Stewart-Rice | Saconda | | | | | | | 8/31/2006 |
| Sumpter | Matthew | | 203 Meadow Moss Drive | | Slidell | Louisiana | 70458 | 7/1/2007 |
| Sumpter | Michaela | | 203 Meadow Moss Drive | | Slidell | Louisiana | 70458 | 7/1/2007 |
| Surtain, Jr. | Osborne | Ronald | 251 F. Edward Hebert Blvd. | | Belle Chasse | Louisiana | 70037 | 9/21/2007 |
| Sykes | Shantrise | | 2635 North Dockeblane Street | | New Orleans | Louisiana | 70117 | 8/1/2007 |
| Tabora | Alexandra | | 3747 Olney Street | | Metairie | Louisiana | 70002 | 8/15/2007 |
| Tabora | Ricardo | | 3747 Olney Street | | Metairie | Louisiana | 70002 | 8/15/2007 |
| Tate | Donald | | 3900 Jourdan Road | | New Orleans | Louisiana | 70126 | 10/30/2006 |
| Taylor | Alfred | Tyryn | 5421 Provincial Place | | New Orleans | Louisiana | 70129 | 11/1/2007 |
| Taylor | Valerie | S | 5525 Patio Way | | New Orleans | Louisiana | 70129 | 8/20/2007 |
| Taylor, Sr. | Chris | R | 5525 Patio Way | | New Orleans | Louisiana | 70129 | 8/20/2007 |
| Theard | Joseph | | 867 Navarre | | New Orleans | Louisiana | 70119 | 11/28/2007 |
| Theard | Kimberly | | 867 Navarre | | New Orleans | Louisiana | 70119 | 11/28/2007 |
| Theard | Lucinda | | 1822 North Dupre Street | | New Orleans | Louisiana | 70119 | 11/28/2007 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Theard | Michael | | 867 Navarre | | New Orleans | Louisiana | 70119 | 11/28/2006 |
| Thomas | Loretta | | 541 South Olympia Street | | New Orleans | Louisiana | 70119 | 11/1/2007 |
| Thomas | Mannie | | 2316 Mathis Avenue | | Harvey | Louisiana | 70058 | 7/1/2006 |
| Thompson | Deborah | Ann | True Vine Baptist Church | 2004 Marigny Street, Trailer | New Orleans | Louisiana | 70117 | 7/31/2007 |
| Thompson | Myrtle | | 19 Azalea Drive | | Gretna | Louisiana | 70053 | 4/1/2007 |
| Thompson | Robert | | 19 Azalea Drive | | Gretna | Louisiana | 70053 | 4/1/2007 |
| Thompson | Stacey | | 19 Azalea Drive | | Gretna | Louisiana | 70053 | 4/1/2007 |
| Torregano | Linda | | 27167 Sycamore Drive | | Lacombe | Louisiana | 70445 | 6/1/2007 |
| Torregano, Sr. | Donald | | 27167 Sycamore Drive | | Lacombe | Louisiana | 70445 | 6/1/2007 |
| Turner, Jr. | Albert | | 1500 Alison Drive | | Gretna | Louisiana | 70056 | 6/1/2007 |
| Van Velson | Luzaira | | 90 Johns Hopkins Drive | | Kenner | Louisiana | 70065 | 10/1/2006 |
| Ventry | Ruby | W | 2413 Soniat Street | | New Orleans | Louisiana | 70115 | 8/20/2007 |
| Wale | Brianna | L | 47CTFTR256G520887 | 2038 Monroe Street | Mandeville | Louisiana | 70448 | 4/1/2006 |
| Wale | Derrek | C | 2038 Monroe Street | | Mandeville | Louisiana | 70448 | 4/1/2006 |
| Wale | Kelly | L | 2038 Monroe Street | | Mandeville | Louisiana | 70448 | 4/1/2006 |
| Wale | Lonny | C | 2038 Monroe Street | | Mandeville | Louisiana | 70448 | 4/1/2006 |
| Wale | Taylor | M | 2038 Monroe Street | | Mandeville | Louisiana | 70448 | 4/1/2006 |
| Walker | Albert | | 1500 Westminister | | Marrero | Louisiana | 70072 | 6/1/2007 |
| Watkins | Cheryl | F. | 2326 Mathis Street | | Harvey | Louisiana | 70058 | 12/21/2005 |
| Watkins | James | | 2326 Mathis Street | | Harvey | Louisiana | 70059 | 12/21/2005 |
| Weary | John | | 83311 Hwy. 25 North | | Folsom | Louisiana | 70437 | 12/1/2006 |
| Whatley | Jaymalisa | | 1809 Esther Street | | Harvey | Louisiana | 70058 | 3/1/2007 |
| Whatley | Ladonna | | 1809 Esther Street | | Harvey | Louisiana | 70058 | 3/1/2007 |
| Whatley | Latina | | 1809 Esther Street | | Harvey | Louisiana | 70058 | 3/1/2007 |
| White | Airiss | | 1000 Taft Park | | Metairie | Louisiana | 70001 | 8/1/2007 |
| Wilkerson | Edvjee | | 7713 Briarwood Drive | | New Orleans | Louisiana | 70128 | 8/1/2006 |
| Wilkerson | Perry | | 7713 Briarwood Drive | | New Orleans | Louisiana | 70128 | 8/1/2006 |
| Williams | Brenda | M. | 4338 Banks Street | | New Orleans | Louisiana | 70119 | 6/1/2006 |
| Williams | Daryl | | 14606 Curran Road | | New Orleans | Louisiana | 70128 | 10/25/2007 |
| Williams | Dianne | | 1220 Sunset Avenue | | New Orleans | Louisiana | 70114 | 9/24/2007 |

| LastName | FirstName | MiddleN | TrailerAddress1 | TrailerAddress2 | TrailerCity | TrailerState | TrailerZip | TrailerMovedOut |
|---|---|---|---|---|---|---|---|---|
| Williams | Donald | R. | 13394 Brickyard Road | | Independence | Louisiana | 70443 | 10/1/2007 |
| Williams | Emon | | | | | | | 11/1/2007 |
| Williams | Emoni | | | | | | | 11/1/2007 |
| Williams | Ernest | | 3212 East Judge Perez | | Meraux | Louisiana | 70075 | 11/1/2007 |
| Williams | Ethel | M. | 11140 Morrison Road | | New Orleans | | 70128 | 9/1/2007 |
| Williams | Kayiana | | 5912 Hwy 90 East, Lot B-7 | | New Iberia | Louisiana | 70560 | 9/1/2007 |
| Williams | Kemond | | 5912 Hwy 90 East, Lot B-7 | | New Iberia | Louisiana | 70560 | 9/1/2007 |
| Williams | Keon | | 5912 Hwy 90 East, Lot B-7 | | New Iberia | Louisiana | 70560 | 9/1/2007 |
| Williams | Kevin | | 4338 Banks Street | | New Orleans | Louisiana | 70122 | 6/1/2006 |
| Williams | Kevon | | 5912 Hwy. 90 East, Lot B-7 | | New Iberia | Louisiana | 70560 | 9/1/2007 |
| Williams | Ki-Jana | S. | 4338 Banks Street | | New Orleans | Louisiana | 70119 | 6/1/2006 |
| Williams | Kyra | | 7525 Berg Street | | New Orleans | Louisiana | 70128 | 8/1/2007 |
| Williams | Latasha | | 5912 Hwy 90 East, Lot B-7 | | New Iberia | Louisiana | 70560 | 9/1/2007 |
| Williams | Mary | J | 3606 Piedmont Street | | New Orleans | Louisiana | 70122 | 3/1/2007 |
| Williams | Sandra | | 7676 Chef Mentuer | Site 26 | New Orleans | Louisiana | 70126 | 5/20/2007 |
| Williams | Sheila | | 3004 Weeks Island Road | | New Iberia | Louisiana | 70560 | 9/1/2007 |
| Williams | Solomon | | 5001 Dover Place | | New Orleans | Louisiana | 70130 | 5/31/2006 |
| Williams | Stacy | | 5001 Dover Place | | Algiers | Louisiana | 70130 | 5/31/2006 |
| Williams | Trene' | | 7525 Berg Street | | New Orleans | Louisiana | 70128 | 8/1/2007 |
| Williams | Xavier | | 5001 Dover Place | | New Orleans | Louisiana | 70130 | 5/31/2006 |
| Willingham | Bonnie | J. | 405 Zinna | | Metairie | Louisiana | 70001 | 5/1/2007 |
| Willingham | Derek | | 405 Zinnia Avenue | | Metairie | Louisiana | 70001 | 5/1/2007 |
| Willingham | Fallon | | 405 Zinnia Avenue | | Metairie | Louisiana | 70001 | 5/1/2007 |
| Wilson | Tina | R. | 7417 N. Peters Street | | Arabi | Louisiana | 70032 | 5/1/2007 |
| Woodard | James | Edward | 3720 East Grandlake Blvd. | | Kenner | Louisiana | 70065 | 6/1/2006 |

Frank J DAmico Clients Under Contract Not In Trailer 20080130

1/30/2008