| Last Name | First Name | Middle | Street Address | City | State | ZIP | Trailer VIN or Serial Number |
|---|---|---|---|---|---|---|---|
| Anderson | Sandra | | 13140 3 Rivers Rd. Lot 22 | Gulfport | MS | 39503 | RB0504L1597 |
| Anderson, Jr. | Joe | E | 15027 MLK Dr | Gulfport | MS | 39501 | 4X4TJMH296201 6151 |
| AngletyD | Jolean | B | 2401 Mary Ann Drive Lot 35 | Meraux | La | 70075 | |
| Arnold | Gary | | 2400 N. Roman | New Orleans | La | 70117 | 1S9BV35296T5PH656 |
| Arnold | Kim | D | 5948 Apt. F Tchoupitoulas St. | New Orleans | La | 70115 | 1NL1TR266101 8053 |
| ARNOLD | MALIK | C | 7631 HANSBROUGH | NEW ORLEANS | LA | 70126 | 1NLJTR266101 8053 |
| Arnold | Syntrell | M | 7631 Hansbrough Ave | New Orleans | La | 70127 | 1NL1TR266101 8053 |
| Arlington | Shawn | K | 30 Royal Pine Drive | Gulfport | MS | 39503 | 1NL16TR275106 8989 & CV06AL0266834 |
| Augustine, Jr. | Cornell | A | 1401 N. Roman | New Orleans | LA | 70115 | 1NL1VTRCQ206104 9062 |
| Bangham | Colby | M | 934 Melpomene | New Orleans | LA | 70130 | 1NL1VTR206104 9062 |
| Bangham | Isiah | | 934 Melpomene | New Orleans | La | 70115 | 1NL1VTR2061049062 |
| Bangham | Jovente | . | 934 Melpomene | New Orleans | La | | 1NL1VTRQ061049062 |
| Bangham | Nehemiah | | 934 Melpomene | New Orleans | LA | 70115 | 1NL1VTR206104 9062 |
| Bangham | RayShawn | | 934 Melpomene | New Orleans | La | 70130 | 1NL1VTRCQ061049062 |
| Bangham | Tiffany | S | 934 Melpomene | New Orleans | La | | |
| BANNIS LAFRANCE | EDNA | M | 2710 MYRTLE GROVE LOT 97 | MERAUX | LA | 70078 | 0C0106 |
| Barnes | Norma | | 4300 Illinoise Ave | Gulfport | MS | | 1DB1312286W155732 |
| Belino | Eligar | | 2007 31st Ave | Gulfport | MS | 39501 | 5L4TF332563014275 |
| Belino | Sharron | | 1822 31st Ave | Gulfport | MS | 39501 | 5L4TF332X63016295 |
| Bennett | Markiesha | | 8150 34th Ave | Gulfport | MS | 39501 | NCFL541A57768-8A32 |
| BIENEM | DEISHAUN | M | 1913 BEACHHEAD LN. | VIOLET | LA | 70092 | 1SE200P246FOO1554 |
| BIENENY | KEYSHAWN | M | 1913 BEACHHEAD LN. | VIOLET | LA | 70092 | 1SE200P246FOO1554 |
| BLACKWELL | TAISHA | S | 308 MARAIS APT # T | NEW ORLEANS | LA | 70112 | 1TC2B969611509904 |
| BLANKS | GEARLD | A | 321 MARDIS ST. | NEW ORLEANS | LA | 70112 | 1TC2B489761307845 |
| Boswell | Felicia | B | 934 Melpomene St. | New Orleans | LA | 70130 | 4X4TWDH236T133795 |
| Boudreaux | Marjorie | M | 2400 N. Johnson #47 | New Orleans | LA | 70117 | 4XTN30266C2623040 |
| Bougraud | Edna | | 5145 W Bay Road | D'berville | MS | 39540 | 1EB1F3226622624 91973 |
| Bougraud | Ralph | V | 5145 W Bay Road | Dlberville | MS | 39540 | 1EB1F3226624 51933 |
| Bradley | Billy | R | 4506 Ohio Ave. | Gulfport | Ms | 39501 | 1EBF322X65342245 |
| Bradley | Dominique | | 4506 Ohin Ave | Gulfport | MS | 39601 | 1EBF322X65342245 |
| Bradley | Sweltie | | 4506 Ohio Ave | Gulfport | MS | 39501 | 1EB1F322X65342245 |
| Bradley | Vertie | M | 4714 Indiana Ave | Gulfport | MS | 39501 | 4CJ1F322865343083 |
| Braziel | Tamika | | 2921 Madison St. | Gulfport | MS | 39501 | 1NL16TR286103 6019 |
| Brenson | Roy | | 4721 Long Ave Lot 24 | Pascagoula | MS | 39581 | 4X4TRLL206009 0523 |
| Britton | Devonte | K | 1015 Government St. Apt 12 | Arabia | LA | | SM1-291157 |
| Broaden | Maci | | | | | | 1NL1GTR276105 1644 |
| Broaden | Marc | A | PO Box 58618 | New Orleans | LA | | 1NL1GTR276105 1644 |
| Broaden | Quincy | C | PO Box 58618 | New Orleans | LA | 70128 | 1NL1GTR276105 1644 |

| Last Name | First Name | MI | Address | City | State | Zip | VIN |
|---|---|---|---|---|---|---|---|
| Broaden Jr. | Quincy | C | PO Box 58618 | New Orleans | LA | 70158 | 1NL1GTR2761051644 |
| Brown | Percill | | 1901 Beach Heed St. | Voilet | La | 70092 | 1NL1GTR2361040172 |
| Brown | Saniqua | T. | 5131 Bundy Road E27 | New Orleans | LA | 70127 | SMI-29157 |
| Brown Broaden | Shery | M | | | | | 1NL1GTR2761057644 |
| Brown Sr. | Arthur | | 5633 E. St. Benard Hwy | Violet | LA | 70092 | 1NL1GTR2961047496 |
| Bullard | Loary | | 1824 Popes Ferry Road Lot 14 | Biloxi | MS | 39532 | GAFL535A91239-8A32 |
| Burke | Sonia | P | 4310 Pimlico St. | Pascagoula | MS | 39581 | 4X4TWDH296P006995 |
| Burke | Thomas | | 4310 Pimlico St | Pascagoula | MS | 39581 | 4X4TWDH296 PO06995 |
| Butler | Noreen | S | 2400 N. Roman | New Orleans | LA | 70117 | 1NL1GTR2751064019 |
| CARGO | JOE | L | 2119 BARTLO DR | MEARAUX | LA | 70075 | INL1GTR2X61037009 |
| Carter | Lawrence | | 2400 N. Johnson | New Orleans | La | 70117 | LSPH701296603CA06 |
| Carter | Robert | G | 190 Beautvoir St. Lot 151 | Biloxi | MS | 39530 | |
| Carter | Sarah | E | 2400 N. Johnson St. Trailor 54 | New Orleans | LA | 70117 | LSPH701296603CA06 |
| Cellhan | Robert | E | 5106 Arkansesa | Gulfport | MS | 39501 | 1EC1B26255971388 |
| Charles | Ray | | 2424 MaryAnn Drive Lot D20 | Mereaux | LA | 70075 | |
| Chastang | Jennifer | T. | 4807 Frederick St | Moss Point | MS | 39563 | 47LTDER2066521169 |
| Chatman | Verne | E | 4717 Indinia Ave | Gulfport | MS | 39501 | 5L4TF332863023827 |
| Childers | Katina | R | 149 Holly Circle | GulfPort | MS | 39501 | 4X4TRLC256D089528 |
| Childers | Kolisha | | 149 Holly Circle | Gulfport | MS | 39501 | 4X4TRLC256008952B |
| Clark | Janet | | 15395 Harrison St | Gulfport | MS | 39503 | 47CTDEP1286652065 |
| Coleman | Barbara | | 4219 Grant Street | Moss Point | MS | 39563 | 1NKIGTR2361024022 |
| Crawford | George | | 2400 N. Roman St #68 | New Orleans | LA | 70117 | 1EB1F322X62491871 |
| Crawford | Janice | L | 2101 Ladnier Lot 182 | Guatler | MS | 39553 | 1272791-VIN29970 |
| Cunningham | Chandra | | 4721 Long Ave Lot 40 | Pascagoula | MS | 39581 | 4X4TWDH206P154516 |
| Dabney | Paulette | | 2004 31st ave | Gulfport | MS | 39501 | 5L4TF332963014537 |
| DABNEY | PAULETTE | | 2044 31ST AVE | GULFPORT | MS | 39501 | 5L4TF332963014537 |
| Dace | Natalie | | 30 Royal Pine Drive | Gulfport | MS | 39503 | #1 [Inligtr 2751068989] |
| DANCE | BRIAN | | 30 ROYAL PINE DR | GULFPORT | MS | 39503 | #1 INL1GTR2751068989 #2 CV06AL02668854 |
| DANIELS | JESSICA | R | 2119 BARTLO DR | MEREAUX | LA | 70075 | 1NL1GTR2X61037009 |
| DANIELS | MARY | L | 2119 BARTLO DR | MEREAUX | LA | 70075 | 1NL1GTR2X61037009 |
| DARENSBORG | JOHN | E | 1244 ST. LOUIS | NEW ORLEANS | LA | 70112 | INL1GTR2961067845 |
| DAVIS | BETTY | A | 16355 5TH STREET | GULFPORT | MS | 39503 | 1KB1L256W160000 |
| DAVIS | DANIEL | | 10 PROVENCIA CT. | VIOLET | LA | 70092 | LSPH200212026A06 |
| DAVIS | EDDIE | J | 10 PROVENCIAL CT | VIOLET | LA | 70092 | LSPH200211209GA06 |
| DAVIS | EMMANUEL | G | 16355 5TH ST. | GULFPORT | MS | 39503 | 1KB1L256W160000 |
| DAVIS | LATASHA | | 10 PROVENCIAL CT. | VIOLET | LA | 70092 | LSPH200211209GA06 |
| DAVIS | NATHANIEL | | 10 PROVENCIAL CT | VIOLET | LA | 70092 | LSPH200211209GA06 |
| DAVIS | QUEEN | | 10PROVENCIAL CT | VIOLET | LA | 70092 | LSPH200211209GA06 |
| DAVIS | SONYA | L | 16355 5TH ST. | GULFPORT | MS | 39503 | 1KB1L256W160000 |

| Last Name | First Name | MI | Address | City | State | Zip | ID |
|---|---|---|---|---|---|---|---|
| Davis Sr | Eddie | | 10 Provencial Court | Violet | LA | 70092 | LSPH20021120GGA06 |
| DEARMOND | NATALIE | L | 26375 BAROUSSE RD | LACOMB | LA | 70445 | 4WYT02P2X61711021 |
| DEBEAUX | PAULA | | 4805 SIERRA DR. | GULFPORT. | MS | 35501 | INLIGTR286103950 |
| DEDEAUX | FRED | | 4005 SIERRA DR. | GULFPORT | MS | 39501 | INLIGTR286103950 |
| DEDEAUX | GREGORY | L | 2921 MADISON ST. | GULFPORT | MS | 39501 | INLIGTR286103619 |
| DIANZA | MIGUEL | | 4929 WESTERN ST. | NEW ORLEANS | LA | 70122 | INLIGTR296067845 |
| DRAPER | DAVAL | | 5604 WELLINGTON DR. | GAUTIER | MS | 39553 | 4YPT30286P2253345 ? |
| DRAPER | MILDRED | W | 5604 WELLINGTON DR. | GAUTIER | MS | 39553 | 44DT30256P2253345 |
| DRAPER HOLLOWAY | ANDRIA | E | 5604 WELLINGTON DR. | GAUTIER | MS | 39553 | #1 44DT30286P225345#2 |
| DUNCAN | REGINALD | | 7019 CROWDER BLVD, BLDG 8 APT#90 | NEW ORLEANS | LA | 70127 | INLIGTR236140445002 |
| DUPLESSIS | CHRISTIE | L | 1933 BEACHEAD | VIOLET | LA | 70092 | IEB1F32235628138877 |
| DUPLESSIS | JERMAINE | M | 2412 JAMIE CT | VIOLET | LA | 70092 | OCO106 |
| DUPLESSIS | LORANZO | D | 1933 BEACHEAD LN. | VIOLET | LA | 70092 | IEB1F32235628138877 |
| DUPLESSIS | RENADA | | 2134 MARYANN DR D-2 | MERAUX | LA | 70075 | ACBC06AL031192 |
| DUPLESSIS JR | TREMAINE | M | 2412 JAMIE CT | VIOLET | LA | 70092 | OCO106 |
| DUPLESSIS SR | JACK | | 1933 BEACHEAD | VIOLET | LA | 70092 | IEB1F32235628138877 |
| DURR | CHARLE | E | 4506 ARKAVAN AVE | GULFPORT | MS | 39501 | 1EB1F322X52813875 |
| ENCLARDE | MARY | | 2134 MARYANN DR D-2 | MERAUX | LA | 70075 | ACBC06AL031192 |
| EVERETT | DAVID | | 30 ROYAL PINE DR | GULFPORT | MS | 39503 | #1 INLIGTR2751068989 #2 CV06A2D266854 |
| EVERETT | JASON | | 30 RYOL PINE DR | GULFPORT | MS | 39503 | #1 INLI6TR2751068989 #2 CV06AL0266854 |
| FAIRLEY | SANDRA | J | 5017 ARKANSAS AVE | GULFPORT | MS | 39501 | SL4TF33275308854 |
| Falls | Ethel | | 2400 North Johnson | New Orleans | LA | 70117 | 159BV3529617SPH656 |
| FINN | LAURA | | 343 MAPLE ST. | BILOXI | MS | 39530 | SL4TF332660020375 |
| FORD | KELLY | M | 2418 MARYANN DR | MERAUX | LA | 70075 | SN210E400643A-000-H-R |
| FOSTER | CYNTHIA | A | 218 N. ROBERTSON ST. APT. B | NEW ORLEANS | LA | 70112 | INL1GTR206106782 |
| FRANCOIS | JESSICA | A | 2715 CHERRY ST. | NEW ORLEANS | LA | 70118 | 1NL1GTR2X61043165 |
| FRANCOIS | MARY | | 2715 CHERRY ST. | NEW ORLEANS | LA | 70118 | INLIGTR2X61043165 |
| FRANCOIS | ROBERNIQUE | T | 2715 CHERRY ST. | NEW ORLEANS | LA | 70118 | 1NL1GTR2X61043165 |
| FRANCOIS | RUBOLPH | J | 2715 CHERRY ST. #57 | NEW ORLEANS | LA | 70118 | INLIGTR2X61043165 |
| FRANCOIS | TINA | D | 2715 CHERRY ST. | NEW ORLEANS | LA | 70118 | 1NL1GTR2X61043165 |
| GARDNER | AMELIA | J | 226 MARAIS | NEW ORLEANS | LA | 70112 | 4X4TSMH2961710380 |
| GARDNER | DARRELL | J | 326 MARAIS | NEW ORLEANS | LA | 70112 | 4X4TSMH296T104380 |
| GEORGE | DAMECUS | | 13913 ELLA BLVD 118 | HOUSTON | TX | 77014 | 4YDT32B235E315252 |
| GONZALES | KATHY | B | 3837 LYNDELL | CHALMETTE | LA | 70092 | 59FEMA14603AH06 |
| GONZALES | THOMAS | L | 3837 LYNDELL DR | CHALMETTE | LA | 70092 | 59FEMA14603AH06 |
| GOODMAN | CHRIS | | 2210 32ND ST | GULFPORT | MS | 39501 | FLHML2FE1FL729665 |
| GRAF | FRANCES | M | 2557 MARY ANN DR LOT 64C | MERAUX | LA | 70075 | 14603AH06/BC1339806 |
| GRAY | ARTHUR | | 2400 N. ROMAN ST | NEW ORLEANS | LA | 70117 | 1EB1F32220540013012 |
| GREEN | CORRELIOS | A | 725 AVE J | WESTWEGO | LA | 70094 | KL595670 |

| Last | First | MI | Address | City | State | Zip/VIN |
|---|---|---|---|---|---|---|
| GRIFFIN | CYNTHIA | | 5025 Potomac Dr | Pascagoula | MS | 39581 |
| GRIFFIN | JAMES | | 2052 POTOMAL DR | PASCAGOULA | LA | 39581 |
| GRIFFITH | JOYCELYN | S | 1025 MELOPOMENE | NEW ORLEANS | LA | 70130 ISAB02R6662CK6472 |
| GRIFFITH | MILTON | | 1025 MELOPONENE | NEW ORLEANS | LA | 70130 ISABS02R6662CK6472 |
| GUILBRY | REN | | 314 MARAIS APT. O | NEW ORLEANS | LA | 70112 4X4TSMH296T104380 |
| HARMON | DONNA | M | 13140 3 RIVER RD LOT 21 | GULFPORT | MS | 39503 RBOSAL9517 |
| HARPER | JOHNNIE | | 2210 32ND AVE | GULFPORT | MS | 39501 FLHML2FE142729865 |
| HARPER | MATTIE | R | 2210 32ND AVE | GULFPORT | MS | 39501 FLHML2FE192729865 |
| HARRIS | DERRICK | R. | 2117 IBERVILLE ST. | NEW ORLEANS | LA | 70112 1TC2B4897761307845 |
| HARVEY | LULA | W | 2400 N. ROMAN ST. #59 | NEW ORLEANS | LA | 70117 INLIGTR2161022835 |
| HARVEY | WILLIE | J | 2400 N ROMAN ST | NEW ORLEANS | LA | 70117 INLIGTR2161022535 |
| HARVEY | WILLIE | J | 2400 N ROMAN ST | NEW ORLEANS | LA | 70117 INLIGTR2161022535 |
| HAYES | KIM | | 4717 INDINA AVE | NEW ORLEANS | LA | 70117 INLIGTR2161022535 |
| HAYNES | CASSANDRA | | 5066 POTOMAL DR | GULFPORT | MS | 39501 SLYTF3328663023827 |
| HILL | MYRTLE | | 2213 HIGHLAND | PASCAGOULA | MS | 39581 INLIGTR2561035863 |
| HILLS | ELVERIA | | 2213 HIGHLAND | VIOLET | LA | 70092 INL1GTR2661038027 |
| HILLS | HELEN | | 18 PROVENCIAL CT | VIOLET | LA | 70092 INL1GTR2661038027 |
| HILLS | JOSEPH | | 2213 HIGHLANDS | VIOLET | LA | 70092 5L4TP2429653007527 |
| HINES | JACQUETTA | | 4721 LONG AVE LOT 41 | VIOLET | LA | 70092 1NL1GTR2661038027 |
| HINTON | MARTHA | M | 5106 ARKANSAS AVE | PASCAGOULA | MS | 39581 SL4TF33236302656B |
| HODGES | ELVIS | | 2337MARY ANN DR LOT C#33 | GULFPORT | MS | 39501 IECIB26255971388 |
| HOLLOWAY | WILLIE | J | 4721 LONGAU LOT 83 | MEREAUX | LA | 70075 0C0106 |
| HOOPER | KAREN | M | 1913 BEACHHEAD LN. | PASCAGOULA | MS | 39567 SL4TF3323630237Z1 |
| JACKSON | GEARLD | | 3009 VAN BUREN ST. | VIOLET | LA | 70092 1SE200P246F001554 |
| JACKSON | HAROLD | | 1900 BEACH HEAD ST | GULFPORT | MS | 39501 1TC2B9693610016B4 |
| JACKSON | HAYWARD | J | P.O. BOX 1043 | VIOLET | LA | 70092 1NL1TR2661078115 |
| JACKSON | LIONEL | | 1901 BEACHHEAD LN | MERAUX | LA | 70075 1NL1GTR2561036706 346TCVDH36706 |
| JASMINE | ALISHA | L | 1728 PIETY ST. | VIOLET | LA | 70092 1NL1GTR2361040172 |
| JOHNSON | DESHWAN | | 1824 POPES FERRY RD LOT 121 | NEW ORLEANS | LA | 70117 INLIVFR2361060766 |
| JOHNSON | GEORGIA | | 5024 POTOMAC | BILOXI | MS | 39532 GAFL535A91239-B432 |
| JOHNSON | LEON | | 4234 OHIO AVE. | PASCAGOULA | MS | 39581 #1 BAR1115006 #2 BAR1116128 VIN # WAS TORN OFF |
| JOHNSON | MARY | E | 4234 OHIO AVE | GULFPORT | MS | 39501 4X4TRLC2660090560 |
| JOHNSON | REGINA | N | 2012 GUERRA DRIVE | GULFPORT | MS | 39501 4X4TRLC2660090560 |
| JOHNSON SR | NATHANIEL | | 5024 POTOMAC | VIOLET | LA | 70092 INLIGTR2961018483 |
| JONES | JOHNNIE | M | 4506 OHIO AVE. | PASCAGOULA | MS | 39581 #1 BAR1115006 #21116128 |
| JONES | VIVIAN | A | 1401 N.ROMAN#26 | GULFPORT | MS | 39501 IEBF322X65342245 |
| JOSEPH | GLENISHA | A | 2901 EYLAISN FIELD #29 | NEW ORLEANS | LA | INLITR2661018053 |
| JOSEPH | GLINN | L | 2901 EYLIASN FIELD #29 | NEW ORLEANS | LA | 70122 ITC2B9696906101384 |
| JOSHUA | BREIANNA | K | 7631 HANSBROUGH AVE. | NEW ORLEANS | LA | 70122 ITC2B9696906101384 |
| | | | | NEW ORLEANS | LA | 70129 INLITR2661018053 |

| Last Name | First Name | MI | Address | City | State | ID |
|---|---|---|---|---|---|---|
| JOSHUA | BYRAM | K | 7631 HANSBROUGH AV | N.O. | LA | 70129 INLTR2661018053 |
| KEPPARD | BRANDI | M | 2412 JAMIE CT. | VIOLET | LA | 70092 0C0106 |
| KEPPARD | KEISHA | N | 2412 JAMIE CT | VIOLET | LA | 70092 0C0106 |
| KEPPARD | KEISHONE | | 2412 JAMIE CT | VIOLET | LA | 70092 0C0106 |
| KEYES | YVONNE | | 159 WALNUT CT. | GULFPORT | MA | 39501 4YDT2912666611537 |
| KEYS | BOBBIE | | P.O. BOX1906 | PICAYUNE | MS | 39466 IN21GTR2YJ10215151 |
| KING | ALBERT | | 5017 ARKANSAS AV | GULFPORT | MS | 39501 5L4TF3327530086654 |
| LABAT | ROMA | F | 22 PROVENCIAL CT | VIOLET | LA | 70092 5C2200R24611119950 |
| LACOUR SR. | TROY | A | 29 E.AIRLINE HWY.@BLAIR6-B | KENNER | LA | 70062 5L4TF3324630199984 |
| LAFRANCE | BRIESHA | M | 2710 MYRTLE GROVE LOT 97 | MERAUX | LA | 70075 0C0106 |
| LAFRANCE | MELODY | M | 2710 MYRTLE GROVE | MERAUX | LA | 70092 0C0106 |
| LEE | GLADYS | | 2911 MONROE | GULFPORT | MS | 39501 IEBIF3220624909969 |
| LEE | GREGORY | | 2911 MONROE | GULFPORT | MS | 39501 IEBIF3220624909969 |
| LEWIS | MARY | M | 4405 INDININA AV | GULFPORT | | 39501 IEBIF32236553342085 |
| LINDSEY | MICHEAL | W | 2101LADNIER | GUATIER | MS | 39553 1272791-VIN29970 |
| LIZANA | CHASE | R | 105 PHYLLIS DRIVE | GULFPORT | MS | 39503 4E2753221651118567 |
| LUMAR | GERALDINE | | 3034 HAMILTON ST. | NEW ORLEANS | LA | 70118 IKB131L246W164541  0601105332400071645 |
| LUMAR | RAYMOND | | 3034HAMILTON ST. | N.O. | LA. | 70118 IKB1316246W164541 |
| LUMAR111 | RAYMOND | | 3034 HAMILTON ST. | N.O. | LA | 70118 IKB131L246W164541 |
| LYONS | DARANELL | M | 1401 N. ROMAN | N.O. | LA | INLTR2661018053 |
| MACK JR. | THOMAS | | 2117COLONIAL BLVD.#2 | VOILET | LA | 70092 INLGTR261018874 |
| MAGEE | BURNIS | | 2233 CONTI ST. | N.O. | LA | 70119 4YOT3012151607029 |
| MAJOR | DRIONNE | D | 2337 MARY ANN DR LOT C-33 | MERAUX | LA | 70075 0C0106 |
| MAJOR | DRISHEKA | J | 2337 MARY ANN DR LOT C-33 | MERAUX | LA | 70075 0C0106 |
| MAJOR | PAULA | | MARY ANN TRAILER PARK DR 2337 | MERAUX | LA | 70075 0C0106 |
| MAJOR | QWAN' | D | | | | 0C0106 |
| MAJOR | STACEY | | 2337MARY ANN DR #LOT #33 | MERAUX | LA | 70075 0C0106 |
| MAJOR JR. | JOSEPH | | 2710 MYRTLE GROVE | MERAUX | LA | 70075 0C0106 |
| MARSHALL | ROSETA | A | UNIT 25C MARYANN TP 12813 E.ST. | MERAUX | LA | 70075 N01030443TN |
| MARSHALLQ | JASSESL | A | MARY ANN TP,C25 | N.O. | LA | 70075 |
| McBRIIDE | DEMETRUS | B | 1914 30TH AVENUE | GULFPORT | MS | 39501 WAS TORN OFF TRAILER |
| MEEKS | JULIE | | 4807 FREDERICK ST. | MOSS POINT | MS | 39563 47LTDER2065521165 |
| MIDDLETON | MONA LISA | | 4721 LONG AVE. LOT 24 | PASCAGOULA | MS | 35581 4X4TRLL2060D090523 |
| MILLS | FRANK | | 934 MELOPOMENE ST. | NEW ORLEANS | LA | 70130 INLIVTR20611049062 |
| MONTANA | SHAVONNE | K | 3435 MEADOW PARK LN | NEW ORLEANS | LA | 70131 1NL1GTR29510655110 |
| MONTANA | STEPHANIE | D | 3435 MEADOW PARK LN | NEW ORLEANS | LA | 70131 1NL1GTR29510655110 |
| MOODY | DELOIS | | 4721 LONG AVE LOT#41 | PASCAGOULA | MS | 39581 5L4TF33236530155568 |
| MOORE | DAPHNE | M | 2400 N ROMAN#35 | N.O. | LA | 70114 4YDT32B2235E315252 |
| MORGAN | ANTHONY | R | 104 HEMLOCK DRIVE | D'I BERVILLE | LA | 39540 IN016TR216101575769 |

| Last | First | MI | Address | City | State | Zip | VIN |
|---|---|---|---|---|---|---|---|
| MORGAN | ELLA | D | 104 HEMLOCK DRIVE | D'IBERVILLE | MS | 39540 | IN016TR2161015769 |
| NARCISSE | DOMINIQUE | M | 2220 MARY ANN DR D-8 | MERAUX | LA | 70075 | ACBC08AL00B07 |
| NARCISSE | MICHAEL | | 2220 MARY ANN DR D-8 | MERAUX | LA 70071 | | ACBC08AL00B07 |
| NARCISSE | PAULINE | | 2220 MARY ANN DR D-8 BOX5-13 | MERAUX | LA | 70075 | ACBC08AL00B07 |
| NARCISSE JR | MICHAEL | | 2220 MARY ANN DR D-8 BOX5-13 | MERAUX | LA | 70075 | ACBC08AL00B07 |
| NICHLSON479-719-3226 | DWIGHT | | 2538 CONTI ST. | N.O. | LA | 70119 | 4X4TWDH296P00794 |
| NICHOLSON | GREGORY | | 2538 CONTI ST. | N.O. | LA | 70119 | 4X4TWDH296P00794 |
| OLIVER | JOHNNIE | | 2007 31ST AVE | GULFPORT | MS | 39501 | 5L4TF3325630014275 |
| PARKER | COURTNEE | L | 570 ESTERS BLVD. LOT#4 | BILOXI | MS | 39530 | 5L4TF3322530087447CTDER266652035,KYFL545A076718A32 |
| PARKER | JAMES | | 2101 LADNIER | GUATLER | MS | 39530 | 1272791-VIN29970 |
| PARKER | KAREN | | 570 ESTERS BLVD LOT#4 | BILOXI | MS | 39530 | 5L4TF3327530087447CTDER266652035,KYFL545A076718A32 |
| PARKER | Natalie | | 570 ESTERS BLVD LOT #4 | BILOXE | MS | 39530 | 5L4TF3327530087447CTDER266652035,KYFL545A076718A32 |
| PARKER | PATRICE | | 570 ESTERS BLVD LOT#4; | BILOXI | MS | 39530 | 5L4TF3327530087447CTDER266652035,KYFL545A076718A32 |
| PARKER | ZACHARY | | 570 ESTERS BLVD LOT#4 | BILOXI | MS | 39530 | FLHMZFE192730185 |
| PATTERSON | DARLEAN | | 4721 LONG AV. LOT 44 | PASCAGOULA | MS | 39581 | 44DT2792X6E320546 |
| PATTERSON | KATRINA | A | 277 BRIARWOOD DR | GRENTA | LA | 70056 | SMI-29157 |
| PATTERSON | SHANITA | R | 11 ASSUMPTION PLACE (TRAILER) | NEW ORLEANS | LA | 70129 | 676TCVDH28100 |
| PATTERSON | STACEAN | | 11 ASSUMPTION PLACE | NEW ORLEANS | LA | 70129 | 676TCVDH281000 |
| PATTON | LEAH | | 5025 POTOMAC DR. | PASCAGOULA | MS | 39581 | |
| PATTON | TAWANNA | | 4310 PIMILINO ST | PASCAGOULA | MS 39581 | | 4X4TWOH296P006995 |
| PAYTON | CURTIS | | 1728 PIETY ST. | NEW ORLEANS | LA | | INLIVTR2361060766 |
| PAYTON | GAIL | | 1728 PIETY ST. | NEW ORLEANS | LA | | INLIVTR2361030766 |
| PAYTON | PATRICE | M | 1728 PIETY ST. | NEW ORLEANS | LA | 70117 | |
| PEAESCLEAUX | EMELDA | E | 2601 FRANKLIN AVE APT A24 | NEW ORLEANS | LA | 70117 | INLIGTR216102429 |
| PERKINS | GRACIE | L | 3009 VAN BURES ST | GULFPORT | MS | 39501 | ITC2B969361001664 |
| PETERSON | SAMANTHA | | 204 31ST AVE | GULFPORT | MS | 39501 | 5L4TF3329630014537 |
| PETTIS | GEARLD | | 13140 3 RIVER RS LOT 2C | GULFPORT | MS | 39503 | RBOSAL9517 |
| PICKFORD | MARLES | | 1824 POPES FERRY RD LOT 121 | GULFPORT | MS | 39532 | GAFL535A91239-8A32 |
| PICOU | OSBRONE | | P.O. BOX 13335 | NEW ORLEANS | LA | 70112 | INLIGTR236105074 |
| PINKEY | CAROL | | 4002 PONDEROSIA DR | GULFPORT | MS | 39501 | INL16TR286107375 |
| PINKEY | JIMMY | | 4002 PONDEROSIE DR | GULFPORT | MS | 39501 | INLIGTR2861073751 |
| PINKNEY | THOMAS | | 4002 PONDEROSIA DR | GULFPORT | MS | 39501 | INL16TR286107375 |
| PINKNEY | ANTHONY | | 1860 BEACH BLVD LOT 11 | BILOXI | MS | 39531 | INLIGTR296107383 |
| POLK | Sarah | | 15027 MLK DR | GULFPORT | MS | 39501 | INLIGTR2661024032 |
| POLK | YOLANDA | A | 2232 CONTI ST | NEW ORLEANS | LA | 70119 | 4YDT3012151L607029 |
| POSEY | GEORGE | | 517 JEFFERSON | NEW ORLEANS | MS | 39530 | INLIGTR276103516 |
| POSEY | VICIE | B | 517 JEFFERSON | BILOXI | MS | 39530 | INLIGTR276103516 |

| Last Name | First Name | MI | Address | City | State | ID |
|---|---|---|---|---|---|---|
| PREYAN | JOSEPH | K | 2622 CHERRY ST. | NEW ORLEANS | LA | 20118 5L4TF3324630148B2 |
| PRICE | CHARLENE | | 2901 EYLIAN FIELD #29 | NEW ORLEANS | LA | 70122 ITC289690661384 |
| PRICE | DERRICK | | 2910 EYLAISN FIELD #29 | NEW ORLEANS | LA | 70129 676TCVDH28100 |
| PRICE | MALIK | M | 2901 EYLAISN FELIDS AVE #29 | NEW ORLEANS | LA | 70122 ITC289690661 01384 |
| RADER | KELLI | | 2101 LADNIER | GAUTIER | MI | 35553 1272791-VIN 29970 |
| RAPHIEL | TREVOR | | 61008 ROYAL ST | NEW ORLEANS | LA | 70117 ISABS02R662CK6472 |
| REECE | GLORIA | | 1211 13TH CT | PASCAGOULA | MS | 39567 INLIGTR2061035887 |
| REGGINEKA | | S | 11 ASSUMPTION PLACE | NEW ORLEANS | LA | 70129 676TCVDH28100 |
| RICE | REBECCA | | 4930 JACKSON AVE | NEW ORLEANS | LA | 70122 INLIGTRR661031949 |
| RICHARDSON | BRITTANY | | 2901 EYLAISN FIELD | NEW ORLEANS | LA | 70122 INLIGTR2661031949 |
| RICHARDSON | ELOUIS | D | 2901 ELYSAN FIELD #49 | NEW ORLEANS | LA | 70122 INLIGTR2661031949 |
| RICHARDSON | MARILYN | D | 7001 LAWRENCE RD #136 | NEW ORLEANS | LA | 70126 7/4XTTN3021 6C262200 |
| RUMBLEY | OBBIE | | 2477 HAMILTON ST. | NEW ORLEANS | LA | 70112 1EB1F32226231 4893 |
| RUSSELL JR | Robert | L | 2400 N ROMAN ST | NEW ORLEANS | LA | 70117 1NL1GTR2X610734 92 |
| SHANNON | REBECCA | | 4930 JACKSON AVE | MOSS POINT | MS | 39563 5C2200R27611 1950 |
| SHELMIRE | GEORGIA | | 9101 BELFAST ST. | NEW ORLEANS | LA | 70118 4C.IIF32256013928 |
| SHELMIRE | JUAN | | 9101 BELFAST ST. | NEW ORLEANS | LA | 70118 INLIVTR266106 0521 |
| SHEPPARD | Barbara | A | 1914 30TH AVE | GULFPORT | MS | 39501 WAS TORE OFF |
| SINCLAIR | SHIRLEY | A | 6108 ROYAL ST | NEW ORLEANS | LA | 70117 4YDT260206N1 32101 |
| SINGLETON | FRANCOIS | | 2216 LACHARTE | VIOLET | LA | 70092 5L4TP242953075 27 |
| SINGLETON | MARGARITE | | 18 PROVENCIAL | VIOLET | LA | 70092 546TCVDH344 54 |
| SINGLETON | SHERMANT | C | 11 ASSUMPTION PLACE | NEW ORLEANS | LA | 70129 676TCVDH28100 |
| SINGLETON | DENNIS | | 1913 BRIDGEHEAD | VIOLET | LA | 70092 546TCVDH34454 |
| SINGLETON JR. | SHERMAN | | 11 ASSUMPTION PLACE | NEW ORLEANS | LA | 70129 676TCVDH28100 |
| SOLOMON | CAFFIE | H | 1917 BEACH HEAD | VIOLET | LA | 70092 INLIGTR2061026 228 |
| STARKS | WILLIE | | 4422 INDIANA AVE | GULFPORT | MS | 39501 INLIGTR285102 1875 |
| SYLVESTER | SHERRELL | A | 13186 COLE DR | GONZALES | LA | 70737 |
| TAIX | DALE | D | 4807 FREDERICK ST | MOSS POINT | MS | 39563 47LT0ER2056521169 |
| TAPP | CURTIS | | 117 MAGNOLIA BLVD | BOUTTE | LA | 70039 |
| TART | BETTY | | 4714 INLLINOIS AVE | GULFPORT | MS | 39501 11CB131L236W160030 |
| TART | JOHNNIE | F | 1916 33RD AVE | GULF PORT | MS | 39501 SL2200R286112 5413 |
| TART JR | RICHARD | L | 4714 ILLINOIS | GULFPORT | MS | 39501 1KB1312236W160030 |
| TATUM | ISIAH | E | 10,000 GORENFLO RD | D'IBERIRLLE | MS | 39540 1115766BC INLIGTR2X61 0024096 |
| TATUM | PATRICIA | M | 240 DORRES ST | BLOXI | MS | 39530 4YDT320245N12 0960 |
| TATUM SR | ROBERT | | 240 DORRIES ST | BLOXI | MS | 39530 4YDT320245N12 0960 |
| Tatum Sr. | ROBERT | | 240 Dorries St.D | Biloxi | Ms | 39530 10421 8 4YD32002 45N1120960 |
| TAYLOR | ROMALICE | | 4101 MISTROT ST. | MERAUX | LA | 70075 4Y0T260246N130979 |
| THOMAS | PEGGY | | 5006 POTOMAC DRIVE | PASCAGOULA | MS | 39581 INLIGTR26610358 63 |
| THOMPSON | BRIAN | R. | 524 JEFFERSON ST. | BILOXI | MS | 35530 1SABS02N352LL2L36 |
| THOMPSON | ERIC | | 524 JEFFERSON ST. | BILOXI | MS | 35530 4VOTC30L96B00791 |
| THOMPSON | RODNEY | | 524 JEFFERSON ST. | BILOXI | MS | 39530 ISABS02N352CL2236/ 4V0TL302086BO07465 |
| TILLMAN | ALTO | VISE | 106 IMILDA DRIVE | GULFPORT | MS | 35503 INLIGTR24610513 60 |
| TORRES | JAUNITA | | 520 WALL BLVD, APT 122 | GRANTA | LA | 70056 SMI29157 |
| TRAVIS | BRAD | | 106 IMILDA DRIVE | GULFPORT | MS | 39503 INLIGTR24610513 60 |
| TRAVIS | BRANDON | | 106 IMILDA DRIVE | GULFPORT | MS | 39503 INLIGTR24610513 60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| TRAVIS | DOROTHY | A | 106 IMILDA DRIVE | GULFPORT | MS | 39503 INLIGTR2461051360 |
| TRAVIS | KENY | A | 106 IMILDA DRIVE | GULFPORT | MS | 39503 INLIGTR2461051360 |
| TURNER | KENNETH | O | 7405 RUE LOUIS PHILLIPPE | MARRERO | LA | 70072 1382971-LSPH20126779009GA05 |
| WAGNER | WANDA | V | 3117 HOLLYGROVE ST. | NEW ORLEANS | LA | 70118 INLIVTR2361064560 |
| WASHINGTON | QUARTRAINE | A | | | | OCO106 |
| WATSON | EDWARD | | 15395 HARRISION ST. | GULFPORT | MS | 39503 47CT0EP1286520657 |
| WATSON | MARLEAN | B. | 15395 HARRISION ST. | GULFPORT | MS | 39503 47CTDEP1286520657 |
| WATSON | TASHARA | B. | 4002 PONDEROSIA DRIVE | GULF PORT | MS | 39501 INLI6TR2861073751 |
| WHITE | JAMES | | 233 CONTI ST. | NEW ORLEANS | LA | 70119 4YDT301215L607029 |
| WHITE | NIKITA | D | 15027 MLK DR. | GULFPORT | MS | 39301 4X4TSMH2562017151 |
| WILLIAM | GEORGE | W | 3217 CAMBORNNE | NEW ORLEANS | LA | 70118 5C2200P2267728584 |
| WILLIAMS | JAI | M | 1936 BEACHHEAD | VIOLET | LA | 70092 INL1GTR2661038027 |
| WILLIAMS | LOIS | | 3482 KINGBRADFORD # D | BATON ROUGE | LA | 70818 4YDT32B235E316272 |
| WILLIAMS | TANYA | M | 1936 BEACHHEAD | VIOLET | LA | 70092 1NL1GTR2661038027 |
| WILLIAMS | VICTOR | | 2210 CHICKANSAW AV | PASCAGOULA | MS | 39567 IUUBJ02R86IEJ0763 |
| WILLIAMS | TERRANCE | | 3482 KINGBRADFORD DR. APT-D | BATON ROUGE | LA | 70816 4YDT32B235E316272 |
| WILLIAMS 3RD | OLIVER | P | 1936 BEACHHEAD | VIOLET | LA | 70092 INL1GTR2661038027 |
| WILLIAMS JR. | BURENLL | | 3482 KINGBRADFORD # D | BATON ROUGE | LA | 70816 4YDT32B235E316272 |
| WILLIAMS SR. | BURNELL | | 1925 BEACHEAD | VIOLET | LA | 70092 4YDT32B235E316272 |
| WILLIS | CYNTHIA | A | 105 PHYLLIS DRIVE | GULFPORT | MS | 39503 4E2TS3221651165567 |
| WILLIS | L. | W | 105 PHYLLIS DRIVE | GULFPORT | MS | 39501 4E2TS3221651165567 |
| WILLIS | RAYNARD | | 149 HOLLY CIRCLE | GULFPORT | MS | 39501 4X4TRLG256D089528 |
| WINTER | CLIFFORD | | 4509 WISCONSIN ST | GULFPORT | MS | 39501 INLIGTR2061033617B |
| WINTER | DARREN | | 4509 WISCONSIN ST. | GULFPORT | MS | 39501 INLIGTR2061033617B |
| WINTERS | SAMANTHA | | 4509 WISCONSIN ST. | GULFPORT | MS | 39501 INLIGTR2061033617B |