UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
|     FORMALDEHYDE * | |
|     PRODUCTS LIABILITY * | |
|     LITIGATION * | SECTION: N(4) |
| * | |
| This Document Relates to: ALL CASES * | JUDGE: ENGELHARDT |
| * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:  ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion for Protective Order filed on behalf of Defendants, Gulf Stream Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Coachmen Industries, Inc., Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc. and Keystone RV Company is hereby set for the 29th day of February, 2008 at 9:30 a.m.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700

**SCANDURRO & LAYRISSON**

s/Timothy D. Scandurro
_____
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
**607 St. Charles Avenue**
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

**THE PRESTON LAW FIRM, L.L.P.**

s/Lyon H. Garrison
_____
Lyon H. Garrison
Darrin Forte
909 Poydras Street, Suite 1800
New Orleans, LA 70112
527-0109
lgarrison@prestonlawfirm.com
**Counsel for Defendant, Recreation by Design, LLC**

**LEAKE & ANDERSSON, L.L.P.**

s/Jerry L. Saporito
_____
Jerry L. Saporito
Edward T. Hayes
1100 Poydras Street, Suite 1700
New Orleans, LA 70163-1701
585-7500
jsaporito@leakeandersson.com
ehayes@leakeandersson.com

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

s/Richard K. Hines, V

_____

Richard K. Hines, V
201 17th Street NW, Suite 1700
Atlanta, GA 30363
(404) 322-6154
richard.hines@nelsonmullins.com
**Counsel for Defendant, Fleetwood Enterprises, Inc.**

**TAYLOR, PORTER, BROOKS & PHILLIPS, LLP**

s/John Stewart Tharp

_____

John Stewart Tharp
David Bienvenu
451 Florida Street, 8th Floor
Baton Rouge, LA 70801
(225) 387-3221
stewart.tharp@taylorporter.com
**Counsel for Defendant, Coachmen Industries, Inc.**
**GIEGER, LABORDE & LAPEROUSE, LLC**

s/Ernest P. Gieger, Jr.

_____

Ernest P. Gieger, Jr.
Jason D. Bone
701 Poydras Street, Suite 4800
New Orleans, LA 70139
561-0400
egieger@glllaw.com
jbone@glllaw.com
**Counsel for Defendant, Forest River, Inc.**

**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**

s/James C. Percy

---

James C. Percy
Ryan E. Johnson
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
(225) 248-2130
jpercy@joneswalker.com
rjohnson@joneswalker.com
**Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc. and Keystone RV Company**

## C E R T I F I C A T E

I hereby certify that on the 25th day of February, 2008, a copy of the foregoing Memorandum in Support of Motion for Protective Order was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

---

ANDREW D. WEINSTOCK #18495
andreww@duplass.com