UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-4"

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROTECTIVE ORDER**

       Considering the foregoing motion by plaintiffs, the response by counsel for the U.S. Government, and the pertinent facts and law applicable to these facts,

       IT IS ORDERED that no destructive testing of any mobile housing units or travel trailers in the custody or control of the U.S. Government or any of its agencies, take place without written notice from the Government to Liaison Counsel for both plaintiffs and defendants herein, such notice to be received at least thirty calendar days prior to the intended destructive testing, and such notice to specify the serial number, manufacturer, and precise destructive testing location with respect to the mobile housing unit or travel trailer to be destructively tested; and

       IT IS FURTHER ORDERED that legal and expert representatives of plaintiffs and defendants will be allowed to attend, monitor, photograph, videotape, and receive appropriate samples of the material being destructively tested, in connection with any destructive testing which proceeds following the furnishing of the written notice specified in the preceding paragraph; and

       IT IS FURTHER ORDERED that no mobile housing units or travel trailers currently in

the custody or control of the United States Government or any of its agencies, which previously were occupied by any of the plaintiffs named in the listings attached hereto, be demolished unless and until Co-Liaison Counsel for plaintiffs first is afforded written notice at least thirty calendar days in advance of the intended demolition, specifying the serial number, manufacturer, proposed demolition location, and identified plaintiff who previously occupied the trailer, following which notice plaintiffs' counsel shall have the opportunity within the period of time remaining prior to demolition to either conduct appropriate testing of specified units prior to demolition, or advise counsel for the Government in writing that no such testing of the units in question is requested prior to demolition; and

  IT IS FURTHER ORDERED that the United States Government shall furnish to Co-Liaison Counsel for plaintiffs within ten calendar days of the signing of this Order, a listing of travel trailers and mobile housing units which remain in the custody and control of the Government and which (a) have never been used or occupied, (b) previously were occupied by one or more of the plaintiffs identified on the attached lists of plaintiffs and now have been transported by the Government to a Government or contractor site pending deactivation, and (c) previously were occupied by one or more of the plaintiffs identified in the attached lists of plaintiffs and remain at the location of prior occupancy, awaiting transport to another site for deactivation purposes, all of which units/trailers in categories (a), (b) and (c) shall be identified by manufacturer, serial number, and present location, and all of which units/trailers in categories (b) and (c) additionally shall be identified by the name or names of the prior occupants as these names appear on the attached listing of plaintiffs.

  IT IS FURTHER ORDERED that there shall be no destruction, alteration, transportation, or deactivation of any of the travel trailers and mobile housing units referred to in the preceding

paragraph, pending the following: (1) within thirty calendar days of receiving the list of trailers and mobile housing units not previously used or occupied, Co-Liaison Counsel for plaintiffs shall advise counsel for the Government in writing of the specific units on this inventory list which plaintiffs wish to have tested, in response to which notice the Government immediately shall make those units available for testing by or on behalf of plaintiffs; (2) within thirty calendar days of receiving the lists of trailers and mobile housing units previously occupied by any of the listed plaintiffs, Co-Liaison Counsel for plaintiffs shall advise counsel which and how many of these units plaintiffs desire to test in this category, following which notice the Government immediately shall make these specific trailers available to plaintiffs for testing; and

IT IS FURTHER ORDERED that upon the observance, conduct, or waiver of testing of trailers and mobile housing units as provided for in this Order, plaintiffs in this litigation shall be barred from raising the issues of spoilation and/or adverse evidentiary inferences as to the specific trailers and mobile housing units in question; and

IT IS FINALLY ORDERED that the Government's disclosure of information concerning trailers and mobile housing units previously occupied by plaintiffs identified on the attached listing, shall occur pursuant to this Order without need for these plaintiffs to execute written waivers of the provisions of the Privacy Act.

THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE