UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER				MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION			SECTION "N-4"

										JUDGE ENGELHARDT
										MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF MANUAL ATTACHMENT

| | | |
|---|---|---|
| _____ | Exhibit A | Gainsburgh Benjamin Client List |
| | Exhibit B | Law Offices of Ronnie Penton Client List |
| | Exhibit C | Law Offices of Frank J. D'Amico Client List |
| | Exhibit D | Law Offices of Eric Williams Client List |
| | Exhibit E | Law Offices of Lambert & Nelson Client List |
| | Exhibit F | Bencomo & Associates Client List |
| | Exhibit G | Law Offices of Robert Becnel Client List |
| | Exhibit H | The Buzbee Law Firm Client List |
| | Exhibit I | Law Offices of Daniel E. Becnel, Jr. Client List |
| | Description: | Motion for Protective Order |
| | Filed By: | Plaintiffs Co-Liaison Counsel |
| | File Date: | February 25, 2008 |

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**


BY:  s/Gerald E. Meunier
 GERALD E. MEUNIER, #9471
 **PLAINTIFFS' CO-LIAISON COUNSEL**
 Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
 2800 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone: 504/522-2304
 Facsimile: 504/528-9973
 gmeunier@gainsben.com

 s/Justin I. Woods
 JUSTIN I. WOODS, #24713
 **PLAINTIFFS' CO-LIAISON COUNSEL**
 Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
 2800 Energy Centre, 1100 Poydras Street
 New Orleans, Louisiana 70163
 Telephone: 504/522-2304
 Facsimile: 504/528-9973
 jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
 ANTHONY BUZBEE, Texas # 24001820
 RAUL BENCOMO, #2932
 FRANK D'AMICO, #17519
 MATT MORELAND, #24567
 LINDA NELSON, #9938
 RONNIE PENTON, #10462