UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FEDERAL EMERGENCY MANAGEMENT AGENCY'S
EXHIBITS IN SUPPORT OF ITS RESPONSE AND OBJECTIONS
TO DEFENSE LIAISON COUNSEL'S MOTION FOR PROTECTIVE ORDER

EXHIBIT NO. 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION 2:07-MD-1873 |
| PERTAINS TO: | ) ) ) | JUDGE ENGLEHARDT - DIV. N No. 07-7494 |
| NELSON v. GULF STREAM, INC. | ) ) ) | MAGISTRATE ROBY - MAG. 4 |

### DECLARATION OF GORDON BAILEY HACKETT, III

I, Gordon Bailey Hackett, III, state as follows:

1. I am the Division Chief of the Logistics Operations Division, Logistic Management Directorate for the Federal Emergency Management Agency ("FEMA"), a component agency of the Department of Homeland Security (DHS).

2. As part of my oversight and management activities, I am responsible for the maintenance and storage of all new and deactivated emergency housing units in FEMA's staging areas, including travel trailers, mobile home units and park model units (hereinafter, collectively called, "emergency housing units" and abbreviated as EHUs").

3. FEMA's inventory of EHUs at staging areas includes deactivated units, units that have been previously deployed to Presidentially-declared disasters and occupied by disaster victims, and new units that have never been occupied by disaster victims.

4. These EHUs are stored in large plots of land that are referred to as "staging areas." All existing staging areas are managed by FEMA. FEMA is in process of contracting for three additional staging areas.

5. Under the Stafford Act, FEMA may provide temporary emergency housing to eligible applicants. When an applicant vacates an EHU, a FEMA contractor retrieves the unit, deactivates the unit and transfers it to a staging area. FEMA has placed a hold on the disposal, transfer, sale or distribution of all EHUs in its inventory, and as the victims of Hurricanes Katrina have transitioned from EHUs to permanent housing, the number of deactivated EHUs at FEMA's staging areas have increased substantially.

6. FEMA has also instituted a buyback program. Under that program, entities that purchased trailers from FEMA are permitted to return the units. In connection with the program, a number of trailers have been returned and these units have been placed in the staging areas. It is expected that additional units will be returned over the coming months.

7. FEMA estimates that because it is unable to dispose of EHUs and the number of EHUs being returned to FEMA continues to grow, its staging areas in the Gulf Coast Region will reach and/or exceed maximum storage capacity on or about mid-March 2008.

8. FEMA has recently entered into a contract for a new staging area in the Gulf Coast Region and is in process of negotiating for two additional for staging facilities. The approximate cost for these three additional sites for the first-year their operation is approximately $42 million dollars, or $14 million dollars each.

9. If FEMA keeps the stay in place prohibiting disposal of EHUs, it will be necessary for FEMA to acquire additional staging areas and the best estimate is that the first-year operations cost for each additional staging area will be $14 million dollars.

In accordance with 28 U.S.C. § 1746, I hereby declare and affirm under penalty of perjury that the above statements are true and correct to the best of my knowledge, information, and belief.

Signed this 26 day of February, 2008

*[signature]*
Gordon Bailey Hackett, III
Division Chief, Logistics Operations Division
Federal Emergency Management Agency
Department of Homeland Security