UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FEDERAL EMERGENCY MANAGEMENT AGENCY'S
EXHIBITS IN SUPPORT OF ITS RESPONSE AND OBJECTIONS
TO DEFENSE LIAISON COUNSEL'S MOTION FOR PROTECTIVE ORDER

EXHIBIT NO. 6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) | CIVIL ACTION 2:07-MD-1873 |
| PERTAINS TO: | ) ) | JUDGE ENGLEHARDT - DIV. N No. 07-7494 |
| NELSON v. GULF STREAM, INC. | ) ) ) | MAGISTRATE ROBY - MAG. 4 |

## DECLARATION OF KEVIN SOUZA

I, Kevin Souza, state as follows:

1. I am the Acting Deputy Director of the Individual Assistance Division of the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS).

2. As Acting Deputy Director, I manage and have oversight responsibility for the Individual Assistance Division as authorized by the Robert T. Stafford Disaster Relief and Emergency Assistance Act, as amended, 42 U.S.C. §§ 5121 et seq. ("Stafford Act"). My responsibilities include overseeing the FEMA Recovery and Response Action Tracking System ("FRRATS"). FRRATS is a database which contains personal indentifying information for individuals and households who have applied for housing assistance with FEMA.

3. Individuals and households who apply for assistance with FEMA are assigned a FEMA application number. That application number, along with other relevant case processing information, is inputted into FRRATS to track direct housing assistance requests and

actions (manufactured homes, recreational vehicles, readily fabricated dwellings, etc.). The FEMA application number is specific to an application record and may include both the individual and any other household members. The application number is used as the unique identifier in the database to eliminate confusion associated with multiple similar records (e.g. several individuals may have the same name, John Smith).

4. I have been asked whether FEMA can locate the FEMA Bar Code and VIN for an Emergency Housing Unit ("EHU") that FEMA provided to an individual using only the name of an alleged occupant of an EHU. Name-only searches may be successful if the name is unique or unusual and is the name of the actual FEMA applicant provided the EHU (vs. a member of the household of the actual applicant). In some instances, it also may not be possible to verify the accuracy of the name search results.

5. On February 26, 2008, FEMA conducted a one hour search of the FRRATS data base inputting 41 names of the persons identified in Exhibit A of Defendants' Motion for Protective Order. FRRATS was able to identify 25 EHUs that had been apparently occupied by 29 of the identified persons.

6. Based upon the test run using the FRRATS data base, FEMA expects that a name based search would produce limited results and/or potentially mismatched or inaccurate data. It is very likely that FEMA will be unable to locate a substantial portion of the travel trailers using the name-only search method.

7. FEMA could more efficiently, cost-effectively and accurately identify the VIN and FEMA bar code of the EHU that a claimant occupied if FEMA was provided with the FEMA application number of the person who actually applied for the FEMA assistance, the name of the person who signed for and took possession of the EHU that the claimant

2

occupied, and the address/location where the claimant occupied the EHU. This information would allow FEMA to effectively search the FRRATS data base and confirm the accuracy of the search results.

In accordance with 28 U.S.C. § 1746, I hereby declare and affirm under penalty of perjury that the above statements are true and correct to the best of my knowledge, information, and belief.

Signed this 27 day of February 2008

_____
Kevin Souza
Acting Deputy Director of the Individual Assistance Division
Federal Emergency Management Agency
Department of Homeland Security

3