UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                      SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On February 29, 2008, the Court held a status conference in chambers with the following counsel participating: Justin Woods for Plaintiffs and Andrew Weinstock for Defendants. Additionally, Henry T. Miller and Janice Williams-Jones participated on behalf of the Government/FEMA. The motions for protective order were discussed.

    New Orleans, Louisiana, this 29th day of February, 2008.

                                                      _____
                                                      **KURT D. ENGELHARDT**
                                                      **UNITED STATES DISTRICT JUDGE**