MINUTE ENTRY
ENGELHARDT, J.
FEBRUARY 29, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On February 29, 2008, the Court held a status conference in chambers with the

following counsel participating: Justin Woods for Plaintiffs and Andrew Weinstock for

Defendants.  Additionally, Henry T. Miller and Janice Williams-Jones participated on

behalf of the Government/FEMA.

JS-10: 0:30