MINUTE ENTRY
ENGELHARDT, J.
FEBRUARY 29, 2008

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION "N" (4)

JUDGE KURT D. ENGELHARDT PRESIDING

**FRIDAY, FEBRUARY 29, 2008 AT 9:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER: Cathy Pepper

APPEARANCES:     Justin Woods, Liaison counsel for plaintiffs
                      Andrew Weinstock, Liaison counsel for defendants
                      Henry Miller, counsel for Government
                      (see attached list for additional attorneys in attendance)

**MOTION OF DEFENDANT, GULF STREAM COACH, INC. FOR A PROTECTIVE ORDER: ( Rec. Doc. No. 95 ) and**

**MOTION OF PLAINTIFF FOR PROTECTIVE ORDER ( Rec. Doc. No. 96):**

**Counsel reached a resolution to the motions above and stated such agreement on the record.**

JS-10: 0:30

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

FEMA-MDL-07-1873

_____ PLAINTIFF(S)

versus

_____ DEFENDANT(S)

Magistrate: _____

****************************************************

CONFERENCE: ____ PRE-TRIAL ____ STATUS ____ SETTLEMENT

DATE: Feb. 29, 2008   TIME: 9:30

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Raul R. Bencomo | Bencomo & Associates | PSC |
| Daniel E. Becnel Jr | Becnel LLC | π's Atty |
| Randall Mulcahy | Garrison, Yount, Forte & Mulcahy, LLC | Recreation By Design |
| Linda J. Nelson | Lambert & Nelson, PLC | PSC |
| Jim Percy | Jones, Walker | Δ's Atty. Starcraft et.al. |
| Ryan Johnson | " | " " |
| Henry T. Miller | US DOJ | FEMA/USA |
| Janice Williams-Jones | FEMA | FEMA |
| Justin I. Woods | Gainsburgh, Benjamin | Plaintiff |
| Andy Weinstock | Duplass | Δ - Gly Dalvin |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
FEMA MDL-07-1873
versus

_____  Magistrate: _____
DEFENDANT(S)

*********************************************************

CONFERENCE: ___ PRE-TRIAL   ___ STATUS   ___ SETTLEMENT

DATE: Feb 29, 2008   TIME: _____

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert M. Becnel | Becnel | πs |
| DIANE ZINK | BECNEL | PLAINTIFFS |
| Jerry Saporito | Leake & Andersson | Def - |
| Stewart Tharp | Taylor Porter | Def. |
| Matt Moreland | Becnel Law Firm | π |