1

2

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

3    **IN RE: FEMA TRAILER**                        **MDL NO. 1873**
     **FORMALDEHYDE**
4    **PRODUCT LIABILITY LITIGATION**               **SECTION "N-4"**
                                                    **JUDGE ENGELHARDT**
5                                                   **MAG. JUDGE ROBY**

6            **THIS DOCUMENT IS RELATED TO ALL CASES**

7    * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

8            **FEDERAL EMERGENCY MANAGEMENT AGENCY'S
             PROPOSED ORDER RELATING TO PRIVACY ACT**

9

10           Pursuant to Court's instruction at the February 29, 2008, hearing on Defense Liaison

11   Counsel's ("DLC") Exparte/Consent Motion [Dkt. No. 95] and Plaintiffs' Liaison Counsel's

12   ("PLC") Motion for Protective Order [Dkt. No. 96], the Government submits the attached

13   proposed Order relating to the Privacy Act, 5 U.S.C. §522a.  The attached Order has been

14   circulated to both Plaintiffs' Liaison Counsel Justin Woods and Defense Liaison Counsel

15   Andrew Weinstock and is acceptable to both Liaison Counsel.  Accordingly, if the proposed

16   Order is acceptable to the Court, the Government requests that the Court enter the Order.

17

18

19

20

21

22

23

24

25

26

27

28

1    Dated: March 3, 2008                        Respectfully Submitted,

2                                                PETER D. KEISLER
                                                 Assistant Attorney General, Civil Division
3
                                                 C. FREDERICK BECKNER III
4                                                Deputy Assistant Attorney General, Civil Division

5                                                J. PATRICK GLYNN
                                                 Director, Torts Branch, Civil Division
6
                                                 MICHELLE BOYLE
7                                                Trial Attorney

8                                                //S// *Henry T. Miller*
                                                 HENRY T. MILLER (D.C. Bar No. 411885)
9                                                Senior Trial Counsel
                                                 United States Department of Justice
10                                               Civil Division – Torts Branch
                                                 P.O. Box 340, Ben Franklin Station
11                                               Washington, D.C. 20004
                                                 Telephone No:  (202) 616-4223
12                                               Facsimile No: (202) 616-4473
                                                 E-mail:  Henry.Miller@USDOJ.Gov
13
                                                 Attorneys for the United States of America
14
     OF COUNSEL:
15
     JORDAN FRIED
16   Associate Chief Counsel
     Federal Emergency Management Agency
17   Department of Homeland Security
     500 C Street, SW
18   Washington, D.C. 20472

19   JANICE WILLIAM-JONES
     Trial Attorney
20   Office of Chief Counsel, Litigation Division
     Federal Emergency Management Agency
21   Department of Homeland Security
     500 C Street, SW
22   Washington, D.C. 20472

23                          **CERTIFICATE OF SERVICE**

24        I hereby certify that on March 3, 2008, the foregoing Document and accompanying
     proposed Order was filed via the U.S. District Court's CM/ECF electronic filing system a copy
25   thereof was served upon Liaison Counsel.

26                                               //S// *Henry T. Miller*
                                                 HENRY T. MILLER (D.C. Bar No. 411885)
27

28

**FEMA's Proposed Order Relating**
**To Privacy Act**                              - 2 -