UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　　　　SECTION "N-4"

**ORDER**

      This matter is before the Court on Plaintiffs' Liaison Counsel's ("PLC") Motion [Docket No. 96] seeking, in part, a waiver of the requirements of the Privacy Act, 5 U.S.C. §522a, that prohibit the Federal Emergency Management Agency ("FEMA") from releasing to Liaison Counsel personally identifiable information which relates, refers, or concerns the travel trailers and mobile homes (hereinafter referred to as "emergency housing units") that were provided by FEMA to the Plaintiffs.

      For good cause shown, IT IS HEREBY ORDERED that for each of the represented Plaintiffs identified on the lists provided to the Government by the PLC, FEMA shall search the FEMA Recovery and Response Action Tracking System ("FRRATS") database and produce to Liaison Counsel, the following information relating to the emergency housing unit(s) ("EHU") that each Plaintiff occupied and is the subject of this litigation:

          (1)  The vehicle identification number ("VIN");
          (2)  The FEMA bar code number; and
          (3)  Identity of the manufacturer and model.

      IT IS SO ORDERED, this _____ day of March 2008.

                                  _____
                                  HONORABLE KURT D. ENGELHARDT
                                  Judge, United States District Court
                                  Eastern District Louisiana