UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                         MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has reviewed the proposed Plaintiff Fact Sheet together with the three disputed portions thereof and the position statements relative to the disputed portions. Accordingly,

**IT IS ORDERED** that Defendants' objection to the Introductory Paragraph on page 1 of the Fact Sheet is **SUSTAINED**. This paragraph shall not be included.

**IT IS FURTHER ORDERED** that Defendants' objection to Plaintiffs' proposed Question C.2, the checklist of potential symptoms located on pages 3-4 of the Fact Sheet, is **OVERRULED**. This checklist shall be included. However, the Court finds that Defendants' proposed Question C.2 (page 3) shall also be included, and shall precede Plaintiffs' proposed Question C.2.

**IT IS FINALLY ORDERED** that Plaintiffs' objection to Question C.4 on page 4 of the Fact Sheet is **OVERRULED**. This question shall be included.

New Orleans, Louisiana, this 7th day of March, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**