UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On March 11, 2008, the Court held a status conference. Andrew Weinstock participated by telephone, and Jerry Meunier was present in chambers for the conference.

New Orleans, Louisiana, this 11th day of March, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**