MINUTE ENTRY
ENGELHARDT, J.
MARCH 11, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 07-1873 |
|     FORMALDEHYDE PRODUCTS | |
|     LIABILITY LITIGATION | |
| | SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Tuesday, March 11, 2008, at 9:45 a.m. Participating were Gerald Meunier (in chambers), liaison counsel for plaintiffs; and Andrew Weinstock, liaison counsel for defendants.

JS10(00:25)