UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Michael Mukasey
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

   And

   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through R. David Paulison
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **American Camper Manufacturing, LLC d/b/a  AMERI-CAMP**
   Through its Agent for Service of Process
   Peter J. Recchio
   1406 Greenleaf Blvd.
   Elkhart, IN 46514

4. **American Homestar Corporation**
   Through its Agent for Service of Process
   Craig A Reynolds
   2450 South Shore Boulevard
   Ste. 300
   League City, TX 77573

5. **Cavalier Home Builders, LLC**
   Through its Agent for Service of Process
   The Corporation Company
   2000 Interstate Pk Dr.
   Suite 204
   Montgomery, AL  36109

6. **Cavalier Homes Inc.**
   Through its Agent for Service of Process
   The Corporation Company
   2000 Interstate Pk Dr.
   Suite 204
   Montgomery, AL  36109

7. **Circle B Enterprises, Inc**.
   Through its Agent for Service of Process
   Jackie Williams
   305 E 3rd  Street
   Ocilla, GA 31774

8. **Clayton Homes Of Lafayette, Inc (f/k/a Clayton Homes, Inc.)**
   Through its Agent for Service of Process
   John K. McBride
   201 Main Street

        Suite 810
        Lafayette , IN 47902

9. **Coachmen Industries, Inc**.
    Through its Agent for Service of Process
    Corporation Service Company
    251 East Ohio St.
    Suite 500
    Indianapolis, IN 46204

10. **Coachmen Recreational Vehicle Company, LLC**
    Through its Agent for Service of Process
    Corporation Service Company
    251 East Ohio Street
    Suite 500
    Indianapolis , IN 46204

11. **Design Homes, Inc.**
    Through its Agent for Service of Process
    Randolph Weeks
    600 S Marquette Rd.
    P.O. Box 239
    Prairie Du Chien, WI 53821-0239

12. **Destiny Industries, LLC**
    Through its Agent for Service of Process
    Lester M Castellow
    700 South Main Street
    Moultrie GA 31768

13. **DS Corp.**
    Through its Agent for Service of Process
    CT Corporation System
    36 S Pennsylvania St.
    # 700
    Indianapolis, IN 46204

14. **Dutch Housing, Inc. d/b/a Champion Homes**
    Through its Agent for Service of Process
    The Corporation Company
    30600 Telegraph Road
    Ste. 2345
    Bingham Farms, MI 48025

15. **Dutchmen Manufacturing, Inc.**
    Through its Agent for Service of Process
    CT Corporation System
    251 E. Ohio Street Suite 1100
    Indianapolis , IN 46204

16. **Fairmont Homes, Inc.**
    Through its Agent for Service of Process
    Kenneth C. Brinker
    502 South Oakland
    Nappanee, IN 46550

17. **Fleetwood Canada, Ltd.**
    70 Mount Hope St
    Lindsay ON, K9V 5G4

18. **Fleetwood Enterprises, Inc.**
    Through its Agent for Service of Process
    C.T. Corporation System
    818 West Seventh St.
    Los Angeles, CA 90017

19. **Fleetwood Homes of North Carolina, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    225 Hillsborough Street
    Raleigh, NC  27603

20. **Forest River, Inc.**
    Through its Agent for Service of Process
    J. Richard Ransel
    228 W. High St.
    Elkhart, IN 46516

21. **Frontier RV, Inc.**
    Through its Agent for Service of Process
    Lawyer's Aid Service, Inc.
    408 W. 17th Street
    Suite 101
    Austin, TX 78701

22. **Giles Industries, Inc**.
    Through its Agent for Service of Process

     CT Corporation System
     800 Gay Street
     Ste. 2021
     Knoxville, TN  37929

23. **Giles Industries of Tazewell, Incorporated**
     Through its Agent for Service of Process
     Alan C. Neely
     405 S Broad St.
     New Tazewell,  TN 37825-7243

24. **Golden West Homes**
     Through its Agent for Service of Process
     Dawn M. Johnson
     17917 Lakeshore Dr.
     Weed, CA 96094

25. **Gulf  Stream Coach, Inc.**
     Through its Agent for Service of Process
     Kenneth C, Brinker
     503 South Oakland
     Nappannee, IN 46550

26. **Horton Homes, Inc.**
     Through its Agent for Service of Process
     Steve M. Sinclair
     557 Milledgeville Road
     Eatonton, GA 31024

27. **Indiana Building Systems, LLC d/b/a Holly Park**
     Through its Agent for Service of Process
     Lisa Kuhtic
     51700 Lovejoy Dr.
     Middlebury, IN 46540

28. **Integrity Midwest Inc. d/b/a US Adventure RV**
     Through its Agent for Service of Process
     David A Dettmann
     Lane & Waterman
     Davenport, IA, 52801

29. **Jayco Enterprises, Inc.**
     Through its Agent for Service of Process

...

Kennard R. Waver
317 W. Franklin Street
Elkhart, IN 46516

30. **Keystone Industries, Inc.**
Through its Agent for Service of Process
H.B. Green
6801 Lake Plaza Drive
Indianapolis, IN 46220

31. **Keystone RV Company**
Through its Agent for Service of Process
David G. Thomas
2642 Hackberry Drive
Goshen , IN 46526

32. **KZRV, LP**
Through its Agent for Service of Process
Daryl Zook
9270 W US 20
Shipshewana, IN 46565

33. **Lakeside Park Homes, Inc.**
Through its Agent for Service of Process
Ben C. Jarvis
70 Peachstate Drive
Adel, GA 31620

34. **Layton Homes Corp**.
Through its Agent for Service of Process
Linda Philippsen
2520 By-Pass Rd.
Elkhart, IN 46514

35. **Liberty Homes Inc.**
Through its Agent for Service of Process
Edward J. Hussey
1101 Eisenhower Dr. North
Goshen, IN 46527

36. **Liberty RV & Marine, Inc.**
Through its Agent for Service of Process
Wayne A. Spear

        7500 NW 42 Ave Rd.
        Ocala, FL 34482

37. **Monaco Coach Corporation**
    Through its Agent for Service of Process
    Richard E. Bond
    606 Nelson's Parkway
    Wakarusa, IN 46573

38. **Morgan Buildings & Spas, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    5615 Corporate Blvd.
    Ste. 400B
    Baton Rouge, LA 70808

39. **Morgan Building Systems, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    350 N. St. Paul Street
    Dallas, TX 75201

40. **Oak Creek Homes, L.P.**
    Through its Agent for Service of Process
    Craig A. Reynolds
    2450 South Shore Boulevard
    Ste. 300
    League City, TX 77573

41. **Oak Creek Homes, Inc.**
    Through its Agent for Service of Process
    Texas Secretary of State
    2450 South Shore Boulevard
    Ste. 300
    League City, TX 77573

42. **Oakwood Homes, LLC**
    Through its Agent for Service of Process
    J. Marc Replogle
    1820 The Exchange
    Ste.150
    Atalanta, GA 30339

43. **Palm Harbor Homes, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    5615 Corporate Blvd.
    Ste. 400B
    Baton Rouge, LA 70808

44. **Patriot Homes, Inc.**
    Through its Agent for Service of Process
    Steven K. Like
    307 S Main St.
    Suite 200
    Elkhart, IN 46516

45. **Philips Products, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    251 E. Ohio Street
    Suite 1100
    Indianapolis , IN 46204

46. **Pilgrim International, Inc.**
    Through its Agent for Service of Process
    Ronald Steve Bennett
    14489 U.S. 20
    Middlebury, IN 46540

47. **Recreation By Design, LLC**
    Through its Agent for Service of Process
    Randall K. Rush
    21746 Buckingham Rd.
    Elkhart , IN 46516

48. **Redman Homes Inc. (f/k/a Dutch Homes)**
    Through its Agent for Service of Process
    C T Corporation System
    251 E. Ohio Street
    Suite 1100
    Indianapolis , IN 46204
    and
    C T Corporation System
    5615 Corporate Blvd.
    Ste. 400B

Baton Rouge, LA 70808

49. **River Birch Homes, Inc. and/or River Birch Homes, L.L.C.**
Through its Agent for Service of Process
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

50. **R-Vision, Inc.**
Through its Agent for Service of Process
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

51. **Scotbilt Homes, Inc.**
Through its Agent for Service of Process
Sam P. Scott
2888 Fulford Road
Waycross, GA 31503

52. **Silver Creek Homes, Inc.**
Through its Agent for Service of Process
David H. Silvertooth
PO Box 150
Henrietta, TX 76365

53. **Skyline Corporation**
Through its Agent for Service of Process
Linda Philippsen
2520 By-Pass Road
Elkhart, IN 46514

54. **Southern Energy Homes, Inc.**
Through its Agent for Service of Process
C T Corporation System
5615 Corporate Blvd.
Ste. 400B
Baton Rouge, LA 70808

And

Wendell Batchelor
Highway 41 North

        Addison, AL  35540

55. **Starcraft RV, Inc.**
    Through its Agent for Service of Process
    Glenn E. Killoren
    121 W Franklin St.
    Suite 200
    Elkhart, IN 46516

56. **Stewart Park Homes, Inc.**
    Through its Agent for Service of Process
    A. Lucas Stewart, III
    219 Industrial Blvd
    Thomasville, GA 31792

57. **Sunray RV, LLC**
    Through its Agent for Service of Process
    Alan Neely
    405 South Broad St.
    New Tazewell, TN  37825

58. **Superior Homes, LLC**
    Through its Agent for Service of Process
    James C. Roby
    816 S Broadway
    P.O. Box 1600
    Watertown, SD  57201-6600

59. **Tom Stinnett Holiday RV Center**
    Through its Agent for Service of Process
    Tom Stinnett
    520 Marriott Dr.
    Clarksville, IN 47129

60. **Thor California, Inc., doing business in California as Thor Manufacturing**
    Through its Agent for Service of Process
    C T Corporation System
    818 West Seventh St.
    Los Angeles, CA 90017

61. **Thor Industries, Inc.**
    Through its Agent for Service of Process
    C T Corporation System

       1300 E. 9th Street
       Cleveland, OH 44114

62. **TL Industries, Inc.**
    Through its Agent for Service of Process
    Rebecca Butler Power
    221 W. Lexington Ave.
    Elkhart, IN 46516

63. **Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV)**
    Through its Agent for Service of Process
    Scott A. Day
    31450 M-86
    West Colon, MI 49040

64. **Waverlee Homes, Inc.**
    Through its Agent for Service of Process
    Phil Fowler
    Hwy. 278 East
    Hamilton, AL