Exhibit A

# IN RE: FEMA TRAILER FORMALDEHYDE
# PRODUCT LIABILITY LITIGATION

## Time Submission Template

| Date | Name | Hours | Task Code | Description | Title Code | Firm |
|------|------|-------|-----------|-------------|------------|------|
|      |      |       |           |             |            |      |

Exhibit B

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

Expense Submission Template

| Date | Expense Code | Quantity | Price/ Unit | Description | Firm |
|------|--------------|----------|-------------|-------------|------|
|      |              |          |             |             |      |

Exhibit C

# IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

## Litigation Task Categories and Title Categories

The following Litigation Task Codes / Categories are to be used to identify all tasks performed.

| Litigation Task Code | Litigation Task Category |
|---|---|
| 01 | Investigations Research |
| 02 | Discovery |
| 03 | Pleadings, Briefs & Pretrial Motions (excl Class Cert.) |
| 04 | Court Appearances |
| 05 | Litigation Strategy and Analysis |
| 06 | Class Certification |
| 07 | Trial Preparation and Trial |
| 08 | Appeals |
| 09 | Settlement |
| 10 | Administration (data and file management) |
| 11 | Travel |
| 12 | Committee Meetings |

The following Title Codes / Categories are to be used to identify each individual submitting time.

| Title Code | Title Category |
|---|---|
| T1 | Committee member |
| T2 | Subscribing attorney |
| T3 | Associate attorney |
| T4 | Paralegal |
| T5 | Other |

Exhibit D

# IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

## Expense Categories

The following Expense Codes are to be used to identify all expenses incurred.

| Expense Code | Expense Name | Shared / Held |
|---|---|---|
| 101 | Airfare | Held |
| 102 | Mileage | Held |
| 103 | Hotel | Held |
| 104 | Meals | Held |
| 105 | Ground Transportation | Held |
| 106 | Other Travel | Held |
| 201 | Fax | Held |
| 202 | Copying | Held |
| 203 | Postage | Held |
| 204 | Shipping | Held |
| 205 | Research | Held |
| 206 | Telephone | Held |
| 208 | Other | Held |
| 301 | Court Fees | Shared |
| 302 | Deposition | Shared |
| 303 | Document depository | Shared |
| 304 | PLC admin matters | Shared |
| 305 | PSC Mtgs / Conf calls | Shared |
| 306 | Legal and accountants fees | Shared |
| 307 | Experts / Consultants | Shared |
| 308 | Outside printing | Shared |
| 309 | Research - 3rd parties | Shared |
| 310 | Common Witness Exp | Shared |
| 311 | Bank Charges | Shared |
| 312 | Investigative services | Shared |
| 313 | Trial Exhibits | Shared |
| 314 | Claims Office Expenses | Shared |
| 315 | Equipment/space rentals | Shared |
| 316 | Taxes - state and federal | Shared |
| 317 | Charter Airfare | Shared |