UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
          FORMALDEHYDE PRODUCTS
          LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On March 20, 2008, the Court held a status conference in chambers with liaison

counsel, steering committee members, and counsel for the Government.  The following

individuals were in attendance: Gerald Meunier, Justin Woods, Andrew Weinstock, Linda

J. Nelson, Matt Moreland, Raul Bencomo, Ernie Gieger, Richard Hines, Tim Scandurro,

Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, and Henry Miller.

Following that status conference in chambers, the Court held a general status conference

in the courtroom, which was open to all counsel. The following individuals were in

attendance: Ryan Johnson, Lyon Garrison, Peter Taaffe, Janice Williams-Jones, Hugh P.

Lambert, Roberta L. Burns, John Monroe, Daniel E. Becnel, Jr., Dewey Scandurro,

Denise Martin, Scott Joanen, John Etter, Ron Favre, Robert M. Becnel, Amanda

Vonderhaar, Diane Zink, Deonne Du Barry, and all of the individuals who attended the

conference in chambers.

During the conferences, the Court **ORDERED** as follows:

(1)        On or before **Tuesday, April 1, 2008**, Plaintiffs shall file a motion to

           compel the Government to respond to the outstanding subpoena, which

shall be set for hearing on **Friday, April 18, 2008 at 9:30 a.m.**  Any

opposition to this motion shall be filed in accordance with the Local Rules

of this Court.

(2)     On or before **Tuesday, April 15, 2008**, Plaintiffs shall submit a proposal

with respect to proceeding on a mass joinder basis, rather than as a class

action, and issuing a joint notice regarding the action to prospective

claimants. A draft of the joint notice shall be attached.  This proposal shall

be discussed at the Court's April 18, 2008 conference with liaison counsel

and counsel for FEMA.

(3)     On **Friday, April 18, 2008 at 9:00 a.m.**, the Court will hold a status

conference in chambers with liaison counsel and counsel for FEMA.

(4)     On **Friday, May 9, 2008 at 9:00 a.m.**, the Court will hold a status

conference in chambers with liaison counsel, committee members, and

counsel for FEMA.

(5)     A general status conference, open to all counsel, will be held in the

courtroom of the undersigned on **Friday, May 9, 2008 at 10:00 a.m.**

(6)     Within 7 days of the entry of this order, counsel are to submit a proposed

order regarding direct filings into the MDL action.

New Orleans, Louisiana, this 20th day of March, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**