MINUTE ENTRY
ENGELHARDT, J.
March 20, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Thursday, March 20, 2008, at 9:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants. Also participating were plaintiff committee members Linda J. Nelson, Matthew B. Moreland, and Frank D'Amico, Jr.; and defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, John Stewart Tharp, and Henry T. Miller.

JS10(1:10)