MINUTE ENTRY
ENGELHARDT, J.
March 20, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A general status conference was conducted on Thursday, March 20, 2008, at 10:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants. Also participating were plaintiff committee members Linda J. Nelson, Matthew B. Moreland, and Frank D'Amico, Jr.; and defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, John Stewart Tharp, and Henry T. Miller. Also participating were: Ryan Johnson, Lyon Garrison, Peter Taaffe, Janice Williams-Jones, Hugh P. Lambert, Roberta L. Burns, John Monroe, Daniel E. Becnel, Jr., Dewey Scandurro, Denise Martin, Scott Joanen, John Etter, Ron Favre, Robert M. Becnel, Amanda Vonderhaar, Diane Zink and Deonne Du Barry.

JS10(00:25)