# Formaldehyde Levels in FEMA-Supplied Trailers
## Early Findings from the Centers for Disease Control and Prevention

## Purpose

This flyer will tell you what researchers found in recent tests of indoor air in travel trailers and mobile homes supplied by the Federal Emergency Management Agency (FEMA) in your community. It will also give you information to protect your health and information about help in finding permanent housing.

Background: In December 2007 and January 2008, the Centers for Disease Control and Prevention (CDC) did testing to find out about levels of formaldehyde in the indoor air of travel trailers and mobile homes supplied by (FEMA). CDC has analyzed the data from the testing and has findings that affect the health of residents living in FEMA-supplied trailers and mobile homes. These are early findings and are not the final ones.

## What did CDC find?

- In many trailers, mobile homes, and park models tested, formaldehyde levels were elevated. Levels were higher than usual in indoor air in most homes in the United States.
- Average levels of formaldehyde in all travel trailers and mobile homes were about 77 parts per billion (ppb). Breathing this much formaldehyde over time at this level can affect health.
- The formaldehyde level was probably higher in newer trailers and mobile homes when the weather was warm.
- Formaldehyde levels were different in mobile homes, park homes, and travel trailers, but all types of trailers and mobile homes tested had some high levels.

## What should you do?

- Trailer and mobile home residents should try to relocate to permanent housing before summer. Families living in trailers with children, elderly persons, or persons who already have an illness like asthma should be relocated first.
- Families who live in travel trailers and mobile homes should spend as much time outdoors in fresh air as possible. This is especially important for families with children, elderly people, or those with chronic diseases such as asthma.



CDC is a federal public health agency under the U.S. Department of Health and Human Services.



EXHIBIT IIIa



- Open windows as much as possible to let in fresh air.
- Try to keep the temperature inside travel trailers and mobile homes at the lowest comfortable setting.
- Do not smoke, and especially do not smoke indoors.
- If you have health concerns, see a doctor or another medical professional.

## Where can I find help?

- CDC and FEMA will be visiting residents whose trailers were tested to share their individual test results. These visits will begin on February 21, 2008.
- CDC will host public availability sessions in several communities in Louisiana the week of February 25, 2008.
- CDC will host public availability sessions in several communities in Mississippi the week of March 3, 2008.

> **For answers to questions about health, please call**
> **CDC 1-800-CDC-INFO (1-800-232-4636)**
>
> **To find out about housing options, please call FEMA at**
> **1-866-562-2381, or TTY 1-800-462-7585**




CDC is a federal public health agency under the U.S. Department of Health and Human Services.