

DEPARTMENT OF HEALTH & HUMAN SERVICES               Public Health Service

Centers for Disease Control
And Prevention (CDC)
Atlanta, GA 30333

February 20, 2008

Frances Crawford
3037 South Palm Drive
Slidell, Louisiana 70458

Dear Frances Crawford:

Thank you for allowing the Centers for Disease Control and Prevention (CDC) to test your trailer for formaldehyde. This letter gives you the results and explains what the results mean.

Formaldehyde is a colorless, flammable, strong-smelling gas used to make building materials and household products. In trailers and mobile homes formaldehyde is used to make walls, cabinets and furniture.

The level measured in your trailer on 1/8/2008 was 59. The level tells us the amount of formaldehyde that was in your trailer when we did the test. This level does not tell us how much formaldehyde you may have been exposed to since you moved into your trailer. When the trailer was new, or during hot weather, the level might have been higher. Because there are no legal or regulatory limits for formaldehyde, there is not a single number that will tell us if your trailer's level is high or low. Please look at the chart below to help you understand your trailer's level.



| | |
|---|---|
| 1000 | If your reading falls into the **higher range**, you need to place a high priority on lowering your exposure to formaldehyde. This is especially important if residents of your trailer are elderly, young children, or have health conditions, such as asthma. |
| 100 | If your reading falls into the **intermediate range**, your risk of irritation from formaldehyde exposure is lower, but it is still important to take steps to reduce your formaldehyde exposure. This is especially important if residents of your trailer are elderly, young children, or have health conditions such as asthma. |
| 10 | If your reading falls into the **lower range**, these levels are found on the streets of many cities and in many buildings. The risk of health problems at these levels is low. |
| 1 | |

Note: Levels are expressed at parts per billion (ppb). To convert to parts per million (ppm), divide by 1000.



EXHIBIT IIIb

DEPARTMENT OF HEALTH & HUMAN SERVICES                              Public Health Service

The level by itself does not tell us how likely you are to get sick. We also look at other things, such as your age and your overall health, to find out if you may get sick. A higher level of formaldehyde in your trailer means that you may be more likely to get sick. You may be more likely to get sick if you are in the following groups:

- Children and older adults
- People with asthma
- People with allergies
- People with lung disease such as bronchitis or emphysema
- People with heart problems or disease

This test will be used to help FEMA decide which types of trailers and mobile homes are the ones they should move people from soonest. This test does not tell you how much formaldehyde you may have breathed in since moving into your trailer or whether you will get sick.

*For trailers with high levels (above 100 ppb):*
Because the formaldehyde level in your trailer was high, relocating you will be a priority for FEMA. While you are still in the trailer, please take steps to improve the air quality in your trailer by following the steps listed on the enclosed Indoor Air Quality Fact Sheet.

*For trailers with medium levels (10-100 ppb):*
The formaldehyde level in your trailer was not in the highest range but there are benefits to reducing the level. While you are still in the trailer, please take steps to improve the air quality in your trailer by following the steps listed on the enclosed Indoor Air Quality Fact Sheet.

*For trailers with low levels (below 10 ppb):*
Even though the formaldehyde level in your trailer was low, you can still take steps to improve the air quality in your trailer by following the steps listed on the enclosed Indoor Air Quality Fact Sheet.

CDC will also share these testing results with FEMA so that they can work with you to take steps to protect the health of everyone living in the trailer. The results will help FEMA with making plans to move people into permanent housing.

Sincerely,

*[signature]*

Michael A. McGeehin, Ph.D., M.S.P.H.
Director
Division of Environmental Hazards and Health Effects
National Center for Environmental Health
Centers for Disease Control and Prevention