**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Thursday, March 27, 2008 5:49 PM
**To:** ANDREW WEINSTOCK; Gerald E. Meunier; Justin Woods
**Cc:** Boyle, Michelle (CIV); jwjones@dhs.gov; Jordan.Fried@dhs.gov; Glynn, J.Patrick (CIV)
**Subject:** In Re: MDL FEMA Trailer Litigation (ED La)

Counsel,

I believe prior to completion of CDC December - January testing of occupied units there were some request for information regarding radio advertisements suggesting that FEMA was offering to test trailers for formaldehyde. At DOJ's request FEMA counsel investigated that issue and did not find any evidence that FEMA was source of those advertisements or that it had initiated a program to test other then the CDC testing of occupied units in December/January.

As you are aware, or should be aware, since completion of the CDC testing and issuance of the results in February, FEMA has offered EHU occupants an opportunity to request and have their unit tested for formaldehyde. For this purpose FEMA has since contracted with the same company that conducted the testing for CDC in December/January. That company is responsible for testing EHUs when an EHU occupant requests that their unit be tested. After collection of a sample and testing is completed the results are provided to the EHU occupant. Because of Privacy Act concerns the United States cannot disclose to Liaison Counsel the identify of any of the EHU occupants that have requested that their unit be tested. Obviously, to extent that the occupant is represented by counsel, their counsel will have access to the test result through their client. However, as to persons who are not represented by counsel, the data and information generated by these tests will be available to Liaison Counsel through discovery excepting for information protected by the Privacy Act.

If you have any questions regarding this matter, please give me or Michelle a call.

Regards,

Henry

1

EXHIBIT IIIc