**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-4"

                                                                JUDGE ENGELHARDT
                                                                MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

TO:   ANDREW WEINSTOCK
        Defendants' Liaison Counsel

        HENRY MILLER
        Counsel for Defendant United States/FEMA

        **PLEASE TAKE NOTICE** that undersigned for plaintiff-movants shall bring the

foregoing motion for hearing before the Honorable Kurt Engelhardt, in his Courtroom, on

**Friday, April 18,** 2008, at **9:30 a.m.**

                              Respectfully submitted:

                              **FORMALDEHYDE TRAILER FORMALDEHYDE**
                              **PRODUCT LIABILITY LITIGATION**


                              BY:   s/Gerald E. Meunier_____
                                      GERALD E. MEUNIER, #9471
                                      **PLAINTIFFS' CO-LIAISON COUNSEL**
                                      Gainsburgh, Benjamin, David, Meunier &
                                      Warshauer, L.L.C.
                                      2800 Energy Centre, 1100 Poydras Street
                                      New Orleans, Louisiana 70163
                                      Telephone:    504/522-2304
                                      Facsimile:     504/528-9973
                                      gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

### CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471