UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (4)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that a telephone conference is **SET** for **Tuesday, April 8, 2008 at 10:00 a.m.**  The Court will initiate the call.

New Orleans, Louisiana, this 7th day of April, 2008.

_____  
**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**