MINUTE ENTRY
ENGELHARDT, J.
April 8, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                           SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

A telephone conference was conducted on Tuesday, April 8, 2008, at 10:00 a.m. Participating were Gerald Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew Weinstock and Joe Glass, liaison counsel for defendants; and Henry T. Miller and Michelle Boyle, attorneys for the Government/FEMA.

JS10(01:15)