UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 3

On April 8, 2008, the Court held a telephone status conference with the following counsel participating: Andrew Weinstock, Joe Glass, Gerald Meunier, Justin Woods, Henry Miller, and Michelle Boyle. During the conference, the Court **ORDERED** as follows:

(1) On or before **Friday, April, 18, 2008,** unless otherwise ordered, the Government shall make available for testing those never-occupied temporary housing units previously identified by Plaintiffs and Defendants as units they wish to test.

(2) By **Friday, May 30, 2008**, if FEMA has made the trailers available by Friday, April 18, 2008, testing shall be completed on all never-occupied temporary housing units. After this date, FEMA may dispose of all never-occupied units.

(3) On or before **Monday, April 21, 2008**, Plaintiffs and Defendants shall provide the Government with a vehicle identification number (VIN) for and location of each housing unit on the list of approximately 3,500 units that previously were occupied by claimants and for which the FRATS program has yielded a "match."

(4)   Unless otherwise order, all testing of housing units shall be completed by **Tuesday, September 2, 2008.**

(5)   The deadlines stated herein shall only be extended for good cause shown.

New Orleans, Louisiana, this 9th day of April, 2008.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**