*In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873

**The United States' Memorandum in Opposition to PSC's Motion to Compel**

**April 10, 2008**

# Exhibit 2

**U.S. Department of Justice**

Civil Division

---

Washington, D.C. 20530

February 22, 2008

**VIA FEDERAL EXPRESS w/Enclosure**

| | |
|---|---|
| Gerald E. Meunier, Esq. | Andrew D. Weinstock, Esq. |
| Justin I. Woods, Esq. | Duplass, Zwain, Bourgeois, Morton, |
| Gainsburgh, Benjamin, David, |   Pfister & Weinstock |
|   Meunier & Warshauer, L.L.C. | Three Lakeway Center |
| 2800 Energy Centre | 3838 N. Causeway Boulevard, Suite 2900 |
| 1100 Poydras Street | Metairie, Louisiana 70002 |
| New Orleans, Louisiana 70163-2800 | andreww@duplass.com |
| gmeunier@gainsben.com | |
| jwoods@gainsben.com | |

    Re:    **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.,**
            MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Counsel:

    Pursuant to the parties' communications with the Government, enclosed is a CD containing a Microsoft Excel version of FEMA's inventory of mobile homes and travel trailers. The first sheet of each Excel file contains a fixed version of the inventory, while the second sheet contains a version that the parties can modify and / or sort.

    The CD also contains a portable document format ("pdf") file of the entire inventory, which supercedes the prior pdf file provided by the Government. Please note that the Excel files are being provided for the parties' convenience, and that the Government considers the enclosed pdf file, beginning with the bates number "FEMA04-00001" to be the official version of FEMA's travel trailer and mobile home inventory.

    Please do not hesitate to contact Henry Miller or me with questions. We look forward to receiving a response from Liaison Counsel as to which units they would like to test.

    Sincerely,

    *Michelle G. Boyle*

    MICHELLE G. BOYLE
    Trial Attorney
    U.S. Department of Justice

2

cc: Fried
   Gaupp
   Glynn
   Hall
   Martin
   Miller
   Williams-Jones
   Defense Steering Committee