*In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873

**The United States' Memorandum in Opposition to PSC's Motion to Compel**

**April 10, 2008**

# Exhibit 3

U.S. Department of Justice

Civil Division

Washington, D.C. 20530

February 29, 2008

**VIA FEDERAL EXPRESS w/Enclosure**

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
gmeunier@gainsben.com
jwoods@gainsben.com

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Morton,
  Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com

Re:   **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.**,
      MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Counsel:

Please see the enclosed CD containing FEMA's inventories of new, unused emergency housing units, and of commercial and group sites of emergency housing units.

The CD is entitled "Inventory of Commercial and Group Sites." The pages are bates-labeled FEMA06-00001 through FEMA06-000658, and are redacted to remove the locations of the units in the commercial and group sites. The Government considers these inventories, which appear in portable document format ("pdf"), to be the official versions of this information, which was previously provided to Liaison Counsel in Microsoft Excel format.

Please do not hesitate to contact Henry Miller or me with questions. We look forward to receiving a response from Liaison Counsel as to which units they would like to test.

Sincerely,

*Michelle G. Boyle*

MICHELLE G. BOYLE
Trial Attorney
U.S. Department of Justice

cc: Fried
    Gaupp
    Glynn
    Hall
    Martin
    Miller
    Williams-Jones
    Defense Steering Committee