*In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873

**The United States' Memorandum in Opposition to PSC's Motion to Compel**

**April 10, 2008**

# Exhibit 4

# Boyle, Michelle (CIV)

| | |
|---|---|
| **From:** | ANDREW WEINSTOCK [andreww@duplass.com] |
| **Sent:** | Tuesday, March 11, 2008 4:41 PM |
| **To:** | Boyle, Michelle (CIV); jwoods@gainsben.com; gmeunier@gainsben.com |
| **Cc:** | jsaporito@leakeandersson.com; richard.hines@nelsonmullins.com; Tim@scanlayr.com; egieger@glllaw.com; dmartin@gainsben.com; Glynn, J.Patrick (CIV); Miller, Henry (CIV); jwjones@dhs.gov; Jordan.Fried@dhs.gov; Gaupp, John (USALAM); Hall, Christopher (CIV); a vonderhaar; amanda shelton; Carmen motes; carson strickland; CRYSTLE ACCARDO; darrin forte; david bienvenu; Dewey Scandurro; donna uli; eddie hayes; jason bone; JOSEPH G. GLASS; jpercy@joneswalker.com; lyon garrison; madeleine fischer; rebecca phalen; rose ; ryan Johnson; stewart tharp |
| **Subject:** | RE: In re FEMA Trailer MDL |

Michelle,

   The defendants want to test whatever trailers the plaintiffs decide to test out of these two groups (never occupied and units on group sites).

-----Original Message-----
From: Boyle, Michelle (CIV) [mailto:Michelle.Boyle@usdoj.gov]
Sent: Monday, March 10, 2008 11:44 AM
To: jwoods@gainsben.com; gmeunier@gainsben.com; ANDREW WEINSTOCK
Cc: jsaporito@leakeandersson.com; richard.hines@nelsonmullins.com; Tim@scanlayr.com; egieger@glllaw.com; dmartin@gainsben.com; Glynn, J.Patrick (CIV); Miller, Henry (CIV); jwjones@dhs.gov; Jordan.Fried@dhs.gov; Gaupp, John (USALAM); Hall, Christopher (CIV)
Subject: In re FEMA Trailer MDL

Counsel,

Please see attached letters from the Government.

Sincerely,

Michelle G. Boyle
Trial Attorney
U.S. Department of Justice, Civil Division Environmental Torts Section
(202) 616-4447

 <<08-03-10 New and Group Unit Ltr.pdf>>   <<08-03-10 MH Donation Ltr.pdf>>   <<08-03-10 MH Donations.pdf>>

1