*In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873

**The United States' Memorandum in Opposition to PSC's Motion to Compel**

**April 10, 2008**

# Exhibit 6

## Boyle, Michelle (CIV)

| | |
|---|---|
| **From:** | Justin Woods [jwoods@gainsben.com] |
| **Sent:** | Thursday, March 27, 2008 6:06 PM |
| **To:** | Miller, Henry (CIV); Boyle, Michelle (CIV) |
| **Cc:** | Gerald E. Meunier; Denise Martin; ANDREW WEINSTOCK |
| **Subject:** | FEMA - Formaldehyde Litigation |
| **Attachments:** | New-Unused Inventory of FEMA Trailers with THU's selected (00027981).PDF |

Henry,

Attached in a pdf list are the trailer units that we have identified for testing at the various sites. Where a "1" appears in the "selection" column indicates the units we wish to test.

We send this list with the understanding that we may identify additional units due to the lack of time, because of the Easter holiday, within which we were given to identify units on such a massive list.

Please let me know what needs to be accomplished logistically and when we will be allowed access to the units.

Thanks.

Justin

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.