*In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873

**The United States' Memorandum in Opposition to PSC's Motion to Compel**

**April 10, 2008**

# Exhibit 7



**U.S. Department of Justice**

Civil Division

*Washington, D.C. 20530*

April 2, 2008

**VIA FEDERAL EXPRESS w/ Enclosure**

Gerald E. Meunier, Esq.  
Justin I. Woods, Esq.  
Gainsburgh, Benjamin, David,  
 Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163-2800  
gmeunier@gainsben.com  
jwoods@gainsben.com  

Andrew D. Weinstock, Esq.  
Duplass, Zwain, Bourgeois, Morton,  
 Pfister & Weinstock  
Three Lakeway Center  
3838 N. Causeway Boulevard, Suite 2900  
Metairie, Louisiana 70002  
andreww@duplass.com  

Re:   **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.**,
   MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Counsel:

 Pursuant to the Court's Order of March 4, 2008, enclosed is a CD containing the results of FEMA's search of the FEMA Recovery and Response Action Tracking System ("FRRATS") database. The CD contains 7 files that appear in portable document format ("pdf"), which are bates-labelled "FEMA10-00001 - FEMA10-000155," and constitute the official version of this information. The CD also contains 7 files that appear in Excel format, which are being provided for the convenience of the private parties.

 The March 4 Order required that FEMA search the FRRATS database for certain information identifying the emergency housing units of named plaintiffs in this litigation who previously occupied units that are now deactivated and located at FEMA staging or storage areas. Accordingly, the enclosed CD contains the VIN, FEMA Barcode, and Manufacturer/Model for all units that match a discrete name that was provided to FEMA by Plaintiffs' Liaison Counsel, to the extent that information exists in the FRRATS database. To the extent the enclosed CD inadvertently contains information for any other persons whose names were provided by Plaintiffs' Liaison Counsel, such as persons whose units are still located on their property, the Government maintains that such information falls outside the scope of FEMA's obligations with respect to the FRRATS search and with respect to the holding of any such unit for testing.

The CD also contains lists of "common names," *i.e.*, names that appear in the FRRATS database more than once and that may be associated with units. However, the Government cannot produce information related to such units at this time under the March 4 Order, because without more information from Plaintiffs' Liaison Counsel, it is impossible to determine which persons with common names are actually plaintiffs. Information that may be used to make this determination includes, primarily, FEMA registration numbers, and may also include social security numbers and / or addresses of the sites where the plaintiffs' units were occupied. The FRRATS search also resulted in a number of unmatched results for names provided by Plaintiffs' Liaison Counsel. This could be the case for a variety of reasons, including that a name refers to a minor who resided in a unit that was registered by a parent or guardian, that a name refers to a person who did not reside in a unit, or that a name was misspelled.

As you are aware, testing of the deactivated housing units in FEMA's inventory must be completed expeditiously because FEMA intends to dispose of these excess units to make room for the new units to use for its disaster response mission. Please note that FEMA's storage facilities are currently at or near their maximum capacity and that it costs millions of dollars to open and maintain a new storage facility. Since FEMA is maintaining its current inventory solely because of this litigation, the Government maintains its position that, after on or about April 15, 2008, these costs should be borne by the private parties and not by FEMA.

Therefore, please let me know, as soon as possible, how you wish to proceed with respect to the testing of the units identified on this CD. Additionally, please let me know of any desired plans to test other units currently located at FEMA staging or storage areas, the inventory of which was provided to you on February 22, 2008. For your information, FEMA informs me that locating a particular unit is easier at some sites than at others.

Please feel free to contact me or Henry Miller with any questions about the matters contained in this letter.

Sincerely,

*Michelle G. Boyle*

MICHELLE G. BOYLE
Trial Attorney
U.S. Department of Justice

cc: Fried
Gaupp
Glynn
Hall
Martin
Miller
Williams-Jones
Defense Steering Committee