UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-4"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

MEMORANDUM IN SUPPORT OF
MOTION TO EXTEND CERTAIN DEADLINES IN PRETRIAL ORDER NO. 3 (DOC. 123)

MAY IT PLEASE THE COURT:

On April 9, 2008, this Honorable Court entered Pretrial Order No. 3 (PTO#3)(Doc No. 123), wherein certain deadlines were established for the testing of emergency housing units (ehu's) that are at issue in this matter. Plaintiffs are to provide to the Government on or before **April 21, 2008** a list of ehu's on the list of approximately 3,500 units that yielded a match from the FRRATS database that they wish to test. PTO # 3 also requires the plaintiffs to complete testing of all housing units by **September 2, 2008.** The FRRATS database search results identify the first and last name of individual claimants, the VIN codes associated with the ehu occupied by each claimant and, where known, the name of the manufacturer of the ehu. Unfortunately, the FRRATS database search results did not yield the identity of manufacturers for a large portion of the total results.

Defense liaison counsel has provided, and continues to provide, the PSC with identifying VIN codes for each defendant either already a party to this litigation, and for certain defendants newly-named in the Administrative Master Complaint (Doc. No. 109). With this information, the PSC was able to match approximately 2000 units out of the total 3,500 units to a particular manufacturer. There remains approximately 1,500 ehu's that cannot be associated with any manufacturer at this time. The

PSC assumes that it will not be able to completely match VIN codes from ehu's with a particular manufacturer unless and until each named defendant in the AMC has appeared and are queried about their individual VIN codes.

The PSC has consistently maintained that it will offer, through its expert team, a statistical model for this Court to rely upon in evaluating formaldehyde levels in ehu's. The PSC believes that it would be overly burdensome to test each individual ehu. In order to present the Court with a meaningful statistical model, the PSC requires complete information regarding the known inventory of ehu's. Without knowing the names of manufacturers of the complete inventory of ehu's, this task cannot be accomplished. The Government maintains that there is no way to provide the PSC with the information that it requires without considerable time and cost. The Defense liaison counsel, Mr. Weinstock, has agreed to continue to provide identifying VIN codes as he receives the information from defendants.

The PSC understands the necessity of completing testing of ehu's in a timely fashion, is working hard to accomplish such, and recognizes the costs associated with storage of the ehu's at various facilities. Nonetheless, the above circumstances, which are outside of PSC control, necessitate this request to extend the deadline for identifying ehu's from the FRRATS database search results. The PSC continues to believe that it will be able to meet the deadline of September 2, 2008 to complete all testing of ehu's.

    Respectfully submitted:

    **FEMA TRAILER FORMALDEHYDE**
    **PRODUCT LIABILITY LITIGATION**

    BY:    s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


### CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713