UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion and Memorandum in support,

**IT IS ORDERED THAT**, the deadline established in Pretrial Order No. 3 (Doc. 123) regarding the identification of ehu's by Plaintiffs for testing is hereby extended until a date to be determined at a status conference on _____, 2008, at _____ o'clock a.m./p.m.

New Orleans, Louisiana, this 18th day of April, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE