UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (4)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that a telephone conference is **SET** for **Monday, April 21, 2008 at 11:00 a.m.** for liaison and FEMA counsel only.  The Court will initiate the call.

    New Orleans, Louisiana, this 18th day of April, 2008.

                                         **KURT D. ENGELHARDT**  
                                        **UNITED STATES DISTRICT JUDGE**