MINUTE ENTRY
ENGELHARDT, J.
April 18, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
　　　FORMALDEHYDE PRODUCTS
　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

　　　A status conference was conducted on Friday, April 18, 2008, at 9:00 a.m.  Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joseph G. Glass, liaison counsel for defendants; and Henry T. Miller, Michelle G. Boyle, and Janice Williams-Jones, attorneys for the Government/FEMA.

JS10(02:35)