# Design Homes, Inc.

600 N Marquette Road
P.O. Box 239
Prairie du Chien, WI 53821

Phone 608-326-6041
Fax 608-326-4233



April 04, 2008

United States District Court
Eastern District of Louisiana
Through Jim Letten, US Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130

Attn: Loretta G. Whyte, Clerk of Court

Dear Ms. Whyte,
Please find enclosed an answer to case Number MDL 1873 in reference to FEMA Trailer Formaldehyde Production Liability Litigation. Design Homes, Inc. of Prairie du Chien, Wisconsin has never registered, conducted or done business in the states of Louisiana, Mississippi, Alabama, nor Texas. Design Homes, Inc of Prairie du Chien, WI. manufactures modular homes, not TRAILERS. We do not have a contract with FEMA., and have never had a contract with FEMA for any type of FEMA trailers or housing units for use in any states since out incorporation in 1966. Please dismiss us from the Civil Case MDL 1873.

Sincerely,

Gina L Crubel
Administrative Assistant
Design Homes, Inc.

*Design Homes Inc.*
*600 N. Marquette Rd.*
*Prairie du Chien, WI 53821*
*608-326-6041*

April 3rd, 2008

To whom it may concern,

Design Homes Inc of Prairie du Chien, WI has never manufactured or supplied homes or trailers for FEMA. Design Homes Inc does not and has never conducted business in the states of Louisiana, Mississippi, Alabama or Texas.

Sincerely,

*[signature]*

Randolph Weeks
President
Design Homes Inc.
Prairie du Chien, WI



1 6 4 0 U.S. POSTAGE
5 9 2 7 $00.9
3 1 6 9 MAILED FROM

FIRST CLASS MAIL

**DESIGN HOMES, INC.**
600 N. Marquette Rd.
P.O. Box 239
Prairie du Chien, WI 53821

TO: United States District Court
Eastern District of Louisiana
Through Jim Letten, US Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130

**DH, INC.**
DESIGN HOMES, INC.
DH SATELLITE
P.O. BOX 239
PRAIRIE du CHIEN, WI 53821-0239