MINUTE ENTRY
ENGELHARDT, J.
April 21, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>     FORMALDEHYDE PRODUCTS<br>     LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Monday, April 21, 2008, at 11:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joseph G. Glass, liaison counsel for defendants; and Henry T. Miller and Michelle G. Boyle, attorneys for the Government/FEMA.

JS10(01:25)