UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 4

On April 18, 2008, the Court held a status conference in clambers with the following counsel participating: Andrew Weinstock, Joe Glass, Gerald Meunier, Justin Woods, Henry Miller, Michelle Boyle, and Janice Williams-Jones. During the conference, the Court **ORDERED** as follows:

(1)　The **Motion to Extend Certain Deadlines in Pretrial Order No. 3 (Rec. Doc. 125)** is **GRANTED**.  Accordingly, the deadline of April 21, 2008, wherein Plaintiffs are to provide the Government with a vehicle identification number ("VIN number") for and location of each housing unit on the list of approximately 3500 units that were previously occupied by claimants and for which the FRRATS program has yield a "match" is **EXTENDED** to **Friday, May, 23, 2008.**

(2)　Defendants were only able to match 2200 of the 3500 previously-occupied trailers with a particular manufacturer.  Defendants shall provide this list of approximately 2200 trailers (identified by VIN number and location) on **Monday, April 21, 2008**, as previously ordered.  For the remainder of the 3500 previously-occupied trailers (for which Defendants have been unable to identify a specific manufacturer),

Defendants and Plaintiffs shall provide the Government with a VIN number for and location of each housing unit which they wish to test on or before **Friday, May, 23, 2008.**

(3)     Plaintiffs expressed a desire to identify approximately 300 more never-occupied trailers which it wishes to test.  Plaintiffs shall provide a general list of these trailers to the Government as soon as possible.  This general list shall specify a particular number of trailers by a particular manufacturer which Plaintiffs wish to test, which will allow the Government to choose and segregate these trailers.  A specific VIN number for and location of each trailer need not be designated by Plaintiffs in their request.  Plaintiffs shall conduct the testing of these trailers on or before the previously-stated deadline of **May 30, 2008.**

(4)     Defendants shall provide the Court with a list of specific defenses for each of the 20 cases filed in this MDL on or before **Monday, May 19, 2008.**

(5)     The Court heard arguments on **Plaintiffs' Steering Committee (PSC) Motion to Compel Defendant United States/FEMA to Respond to Subpoena for Certain Information (Rec. Doc. 119).**  The Court will hold a telephone status conference on **Monday, April 21, 2008 at 11:00 a.m.** to discuss this motion.

New Orleans, Louisiana, this 21st day of April, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2