UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-4"

                               JUDGE ENGELHARDT
                               MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION FOR EXTENSION OF TIME**

**NOW INTO COURT**, through undersigned counsel, come defendants, **American Homestar Corporation, Oak Creek Homes, LP and Oak Creek Homes, Inc.,** who hereby request a twenty (20) day extension of time to file responsive pleadings. Undersigned counsel has only recently received a copy of plaintiffs' Complaint and has not yet had time to investigate and draft a responsive pleading. Undersigned counsel has not previously asked for an extension. Plaintiffs have no objection to the filing of this extension.

**WHEREFORE**, for the reasons set out herein, undersigned counsel requests a twenty (20) day extension of time to file responsive pleadings on behalf of defendants

WEP Library:2099-63807\

-1-

Respectfully Submitted,

_____
**W. EVAN PLAUCHÉ**
Bar No.: #21027
Counsel for Defendants,
**American Homestar Corporation,
Oak Creek Homes, LP and
Oak Creek Homes, Inc.,
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
mhill@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on __4/22/08__, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that a copy of the foregoing pleading has been served upon all counsel of record by:

☒ placing same in the U.S. Mail postage prepaid and properly addressed,
___ delivering by hand,
___ facsimile, and/or
___ e-mail

_____

WEP Library:2099-63807\