UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

*****************************************************************

## ORDER

Considering the foregoing Motion for Extension of Time to File Responsive Pleadings;

**IT IS ORDERED, ADJUDGED AND DECREED** that **American Homestar Corporation, Oak Creek Homes, LP and Oak Creek Homes, Inc.,** be and are hereby granted a twenty (20) day extension of time within which to file responsive pleadings.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**

WEP Library:2099-63807\

-3-