UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

---

### DEFENDANT SCOT BILT HOMES, INC.'S RULE 7.9 MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

COMES NOW the Defendant, Scot Bilt Homes, Inc., by and through its undersigned counsel, and files this Motion for an additional twenty (20) days to file responsive pleadings pursuant to Local Rule 7.9. This is the first request for an extension of time by this Defendant. There are no objections in the record to such an extension of time that Defendant or its counsel have been able to locate. Counsel for the Defendant has only recently been retained in this matter, and the extension is necessary and is not being made for dilatory purposes.

-1-

WHEREFORE, the Defendant prays this Honorable Court will issue an order granting it an additional twenty (20) days to file responsive pleadings in this case.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

/s/ Thomas C. Pennebaker
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
          wdejean@nielsenlawfirm.com

AND

GORDON, ARATA, McCOLLUM, DUPLANTIS & EAGAN, L.L.P.

TERRANCE KNISTER, LA.S.B. 7755
ANNE P. BIRDSONG, LA.S.B. 21478
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170
Tel. (504) 582-1111
Fax (504) 582-1121
Email: tknister@gordonarata.com
          abirdsong@gordonarata.com

Counsel for Scot Bilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF  system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 22nd day of April, 2008.

/s/   Thomas C. Pennebaker