UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 6

As stated during the April 21, 2008 telephone conference, the Court **ORDERS** as follows:

By **September 2, 2008**, the parties shall complete discovery of issues relating to the class certification determination.

By **September 26, 2008**, plaintiffs shall file a motion to certify a class (with appropriate subclasses), pursuant to the Master Complaint, as well as a brief in support of the motion.

By **October 17, 2008**, one brief in opposition to the plaintiffs' motion to certify shall be filed by all manufacturers who have appeared through counsel herein, and one opposition brief shall be filed by the United States/FEMA.

By **October 31, 2008**, counsel for the parties shall submit any and all stipulations of fact

pertinent to a determination of class certification under Rule 23.  As soon thereafter as practicable, the Court shall schedule a conference with counsel in order to determine the nature and scope of the hearing needed to address and determine class certification in this matter.

By no later than **November 19, 2008**, a class certification hearing shall have been conducted, if necessary, and the issue of class certification submitted to the Court for decision.

THIS DONE the 22nd day of April, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT