UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Extension of Time (Rec. Doc. 131)** is **GRANTED** to the extent that Defendants American Homestar Corporation, Oak Creek Homes, LP and Oak Creek Homes, Inc. are allowed extensions of **20 days** from the time their pleadings would otherwise be due within which to file responsive pleadings, in accordance with Local Rule 7.9E.

New Orleans, Louisiana, this 23rd day of April, 2008.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**