UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                          SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Defendant Scot Bilt Homes, Inc.'s Rule 7.9 Motion for Extension of Time to File Responsive Pleadings (Rec. Doc. 132)** is **GRANTED** to the extent that Defendant Scot Bilt Homes, Inc. is allowed an extension of **20 days** from the time its pleadings would otherwise be due within which to file responsive pleadings, in accordance with Local Rule 7.9E.

New Orleans, Louisiana, this 23rd day of April, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**