UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on March 31, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Administrative Master Complaint in the above matter, properly addressed, to defendant Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV), through its agent for service, Scott A. Day, 31450 M-86, West Colon, MI 49040, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
GERALD E. MEUNIER

Page 1 of 2

SWORN TO AND SUBSCRIBED before me, this
22 day of April, 2008.


_____
Justin I. Woods
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Vanguard Industries of Michigan, Inc. aka Palomino RV
Through its agent for service
Scott A. Day
31450 M-86
West Colon, MI 49040

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Charles F. Ruge    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): CHARLES F. RUGE
C. Date of Delivery: 4-4-08

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0003 7883 4485

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | SUMMONS IN A CIVIL CASE |
| V. | CASE NUMBER: **MDL 1873** |
| | SECTION "N-4" |

TO: (Name and address of defendant)

**Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV)**

**Through its Agent for Service of Process**

**Scott A. Day**

**31450 M-86**

**West Colon, MI 49040**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                   MAR 2 5 2008
_____      _____
CLERK                                                                     DATE

C. Bourgeois
_____
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              *Date*                                *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.