UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on March 31, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Administrative Master Complaint in the above matter, properly addressed, to defendant Circle B Enterprises, Inc., through its agent for service, Jackie Williams, 305 E. 3rd Street, Ocilla, Georgia 31774, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
GERALD E. MEUNIER

Page 1 of 2

SWORN TO AND SUBSCRIBED before me, this
22 day of April, 2008.


_____Justin I. Woods_____
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circle B Enterprises, Inc.
Through its agent for service
Jackie Williams
305 E. 3rd Street
Ocilla, Georgia 31774

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Morris
C. Date of Delivery: 4-3

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0006 9953 7927

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## EASTERN DISTRICT OF LOUISIANA



RETURN

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **MDL 1873**

SECTION "N-4"

TO: (Name and address of defendant)

**Circle B Enterprises, Inc.**

**Through its Agent for Service of Process**

**Jackie Williams**

**305 E. 3rd Street**

**Ocilla, Georgia 31774**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE                                              MAR 2 5 2008
CLERK                                                          DATE

C. Bourgeois
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other *(specify)*: _____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                         *Date*                                                          *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.