# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

## GERALD E. MEUNIER

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on March 31, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Administrative Master Complaint in the above matter, properly addressed, to defendant Layton Homes Corp., through its agent for service, Linda Philippsen, 2520 By-Pass Road, Elkhart, IN 46514, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
**GERALD E. MEUNIER**

Page 1 of 2

SWORN TO AND SUBSCRIBED before me, this
22 day of April, 2008.

_Justin L. Woods_
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

| SENDER: *COMPLETE THIS SECTION* | *COMPLETE THIS SECTION ON DELIVERY* | |
|---|---|---|
| ▪ ᵈᵘᵘˡˡᵘ ᵈᵘˡᵘˡˡᵘⁿ ˡˡᵘᵘⁿˡˡᵘⁿˡˡᵘ ᵘⁿˡˡˡˡⁱⁿˡˡⁱ |  | ☐ Agent ☐ Addressee |
| so that we can return the card to you. ▪ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by *(Printed Name)* M W HILLS | C. Date of Delivery |
| 1. Article Addressed to: Layton Homes Corp. Through its agent for service Linda Philippsen 2520 By-Pass Road Elkhart, IN 46514 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below:   ☐ No |  |
|  | 3. Service Type ☑ Certified Mail   ☐ Express Mail ☐ Registered   ☐ Return Receipt for Merchandise ☐ Insured Mail   ☐ C.O.D. |  |
|  | 4. Restricted Delivery? *(Extra Fee)*   ☐ Yes | |
| 2. Article Number *(Transfer from service label)* | 7003 1680 0006 9953 8061 | |
| PS Form 3811, February 2004 | ɔmestic Return Receipt | 102595-02-M-1540 |

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

## EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | **SUMMONS IN A CIVIL CASE** |
| **V.** | CASE NUMBER: **MDL 1873** |
| | **SECTION "N-4"** |

TO: (Name and address of defendant)

**Layton Homes Corp.**

**Through its Agent for Service of Process**

**Linda Philippsen**

**2520 By-Pass Road**

**Elkhart, IN 46514**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Gerald E. Meunier, Esq.
> Justin I. Woods, Esq.
> Co-Lead Plaintiffs Liaison Counsel
> Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
> 1100 Poydras Street, Suite 2800
> New Orleans, Louisiana 70163
> Telephone: 504/522-2304
> Facsimile: 504/528-9973

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

| ORETTA G. WHYTE | MAR 2 4 2008 |
|---|---|
| CLERK | DATE |

_C. Bourgeois_

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐   Served Personally upon the Defendant. Place where served: _____
_____

☐   Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐   Returned unexecuted: _____
_____
_____

☐   Other *(specify):* _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               *Date*                             *Signature of Server*

                                              _____
                                              *Address of Server*

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.