UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-4"

                                 JUDGE ENGELHARDT
                                 MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

_____NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and based upon the attached Affidavit executed by Allen Gordon on April 10, 2008, hereby give notice of plaintiffs' voluntary dismissal of all claims asserted against the defendant Superior Homes, LLC in the Master Complaint previously filed in these proceedings .

                    Respectfully submitted:

                    **FEMA TRAILER FORMALDEHYDE**
                    **PRODUCT LIABILITY LITIGATION**

          BY:    s/Gerald E. Meunier
                 GERALD E. MEUNIER, #9471
                 **PLAINTIFFS' CO-LIAISON COUNSEL**
                 Gainsburgh, Benjamin, David, Meunier &
                 Warshauer, L.L.C.
                 2800 Energy Centre, 1100 Poydras Street
                 New Orleans, Louisiana 70163
                 Telephone:    504/522-2304
                 Facsimile:    504/528-9973
                 gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471