UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL 1873

SECTION "N-4"

JUDGE ENGELHARDT  
MAG. JUDGE ROBY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STATE OF SOUTH DAKOTA    )
                         : SS     AFFIDAVIT
COUNTY OF CODINGTON      )

ALLEN GORDON, being first duly sworn, upon his oath, deposes and states:

1. I am a resident of Brookings, in Brookings County, South Dakota. I am of legal age and I make this Affidavit based on my personal knowledge of the facts recited. I am the Chief Executive Officer of Superior Homes, LLC, a South Dakota limited liability company with its principal office and manufacturing facility located in Watertown, Codington County, South Dakota. Superior Homes, LLC, is a manufacturer of manufactured housing.

2. On April 4, 2008, Superior Homes, LLC was served with the Summons dated March 24, 2008, and the Complaint in this matter. Complaint paragraph 8. c. lvi., alleges:

> **Superior Homes, LLC** is upon information and belief a South Dakota limited liability company which conducts business in the states of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states.

The foregoing allegation is untrue. Superior Homes, LLC, has not participated in building any housing projects for FEMA, specifically for the Katrina Hurricane project. In addition, Superior Homes LLC, has had no contact with any FEMA personnel, or any other housing organization with ties to a FEMA hurricane relief project.

3. I spoke with Gerald E. Meunier, one of the attorneys for the Plaintiffs, on Wednesday, April 9, 2008. I reported the foregoing to him. He asked me to state the foregoing facts in an Affidavit and send the Affidavit to him. It is the understanding of Superior Homes, LLC, through me as the Chief Executive Officer, that Mr. Meunier will, upon receipt of the Affidavit, attend to the dismissal of Superior Homes, LLC from the lawsuit captioned above.

_____  
Allen Gordon

Subscribed and sworn to before the undersigned officer this __10__ day of April, 2008.

_____  
Notary Public, State of South Dakota

My Commission Expires: 5-10-2011  
(NOTARY SEAL)

JULIE C. CLUTS  
NOTARY PUBLIC  
SOUTH DAKOTA