*Design Homes Inc.*
*600 N. Marquette Rd.*
*Prairie du Chien, WI 53821*
*608-326-6041*

*April 28th, 2008*

To whom it may concern,

Design Homes Inc of Prairie du Chien, WI has never manufactured or supplied homes or trailers for FEMA pre or post Katrina/Rita disasters. Design Homes Inc does not and has never conducted business in the states of Louisiana, Mississippi, Alabama or Texas.

Design Homes Inc respectfully asks to be removed from the class action lawsuit.

Sincerely,

*[signature: Randolph Weeks]*

Randolph Weeks
President
Design Homes Inc.

Signed & notarized

Name _Gina L Crubel_   Date _4/28/08_   exp. _1/24/10_