UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

### ORDER GRANTING SCOT BILT HOMES, INC.'S RULE 7.9 MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

Considering the Local Rule 7.9 Motion for Extension of Time filed by the Defendant, Scot Bilt Homes, Inc.,

**IT IS HEREBY ORDERED** that the Motion is granted, and the Defendant shall have an additional twenty (20) days from the date of service to file its responsive pleadings in this matter.

**DONE AND SIGNED** this ____ day of _____, 2008.

_____
JUDGE KURT D. ENGELHARDT