UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

---

### EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT comes Defendant ScotBilt Homes, Inc., who moves this Honorable Court to add Jason M. Verdigets of the Nielsen Law Firm, L.L.C., as additional counsel of record on its behalf in this proceeding.

Dated this 8th day of May, 2008.

-1-

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

*/s/ Thomas C. Pennebaker*
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
	wdejean@nielsenlawfirm.com

AND

GORDON, ARATA, McCOLLUM, DUPLANTIS & EAGAN, L.L.P.

TERRENCE KNISTER, LA.S.B. 7755
ANNE P. BIRDSONG, LA.S.B. 21478
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170
Tel. (504) 582-1111
Fax (504) 582-1121
Email: tknister@gordonarata.com
	abirdsong@gordonarata.com

Counsel for Scot Bilt Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF  system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 8th day of May, 2008.

/s/   Thomas C. Pennebaker

-2-