UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

## ORDER

Considering ScotBilt Homes, Inc.'s Ex Parte Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that Jason M. Verdigets of Nielsen Law Firm, L.L.C. be enrolled as additional counsel of record on behalf of Defendant ScotBilt Homes, Inc., in this proceeding.

New Orleans, Louisiana, this _____ day of May, 2008.

_____
JUDGE KURT D. ENGELHARDT