UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-4<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S *EX PARTE*
UNOPPOSED MOTION TO FILE A FIFTY (50) PAGE MEMORANDUM
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' CLAIMS,
COUNTS 1-3, FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant United States of America (United States) pursuant to Local Rules 7.3 and 7.8.1 submits this *Ex Parte* Unopposed Motion to file a fifty (50) page Memorandum in support of its Motion to Dismiss Plaintiffs' Federal Tort Claims Act (FTCA), 28 U.S.C. §§1346(b)(1), 2671-80 and contract claims for lack of subject matter jurisdiction. On March 18, 2008, Plaintiffs filed an Administrative Master Complaint asserting claims against the United States. *See* Administrative Master Complaint ¶¶7(a), 98-131 [Docket No. 119].  Plaintiffs through the Administrative Master Complaint seek to recover damages for personal injuries and economic losses resulting from Plaintiffs occupation, lease and/or purchase of temporary emergency housing units. *Id*. Plaintiffs assert that the United States has waived sovereign immunity and is liable in tort and for the breech of express and/or implied contract arising out of the Federal Emergency Management Agency's (FEMA) "lease" and/or sale of emergency housing units. *Id*.  Pursuant to the Court's Pretrial Order, the United States on or before May 19, 2008, will file in place of an Answer a Motion to Dismiss Plaintiffs' tort and contract claims for lack of subject matter jurisdiction, and

will submit a memorandum in support of that motion.

Local Rule 7.8.1 provides in pertinent part that "[e]xcept with prior permission of the judge, no . . . memorandum supporting . . . a motion shall exceed 25 pages in length . . ." The United States hereby requests that the Court grant the United States permission to file a fifty (50) page memorandum in support of its motion to dismiss Plaintiffs' tort and contract claims, Counts 1-3, for lack of subject matter jurisdiction. The United States requires the additional twenty-five (25) pages because Plaintiffs assert tort and contract (obligation) claims against the United States and through the Administrative Master Complaint make extensive "Allegations Addressing the Inapplicability of the 'Discretionary Function' Exception to Plaintiffs' claims under the Federal Tort Claims Act." *See* Administrative Master Complaint ¶¶40-82 [Docket No. 119]. The United States requires fifty (50) pages to address Plaintiffs tort and contract claims, and set forth applicable statutes, regulations and authorities in support of the motion to dismiss those claims for lack of subject matter jurisdiction.

Undersigned government counsel has conferred with Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that neither Plaintiffs' Liaison Counsel nor Defense Liaison Counsel object to this motion.

/    /    /    /


/    /    /    /


/    /    /    /

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Dated: May 12, 2008.                    Respectfully Submitted,

Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

MICHELLE BOYLE
Trial Attorney

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

## CERTIFICATE OF SERVICE

     I hereby certify that on May 12, 2008, the foregoing Ex Parte Motion was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                   //S// *Henry T. Miller*
                                                 HENRY T. MILLER (D.C. Bar No. 411885)