UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION 　　　　SECTION N-4
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Local Rule 7.8.1 *Ex Parte* Motion for permission to file a fifty (50) page memorandum in support of its motion to dismiss Plaintiffs' tort and contract claims for lack of subject matter jurisdiction,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a fifty (50) page memorandum in support of its motion.

**DONE AND SIGNED** this _____ day of _____, 2008.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　**HONORABLE KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　**JUDGE, UNITED STATES DISTRICT COURT**
　　　　　　　　　　　　　　　　　**EASTERN DISTRICT OF LOUISIANA**