UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 7

On May 9, 2008, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. The following individuals were in attendance: Gerald Meunier, Justin Woods, Andrew Weinstock, Linda J. Nelson, Matt Moreland, Raul Bencomo, Ernie Gieger, Richard Hines, Tim Scandurro, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, Lyon Garrison, Roberta L. Burns, Dewey Scandurro, Denise Martin, John Etter, Ron Favre, Robert M. Becnel, Diane Zink, Chris Martin, Jonathon Walker, Carson Strickland, Ben Mayeaux, Walter Jamison, Jill Igert, Larry Feldman, Jr., Robert Sheesley, Jason Verdigits, Tony Buzbee, Darryl Becnel, and several other individuals whose names were illegible on the attached sign-in sheet.

During the conferences, the Court **ORDERED** as follows:

(1)      On or before **Monday May 19, 2008**, Plaintiffs shall provide to opposing counsel and the Court an itemized response to the 42 documents sent by the Government to trailer recipients. Plaintiffs shall specifically state which

documents warrant a response and shall give a proposed response thereto. On or before **Tuesday, May 27, 2008**, the Manufacturing defendants and the Government shall provide to opposing counsel and the Court a response to Plaintiffs' response and proposal.

(2)   On **Friday, June 20, 2008 at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(3)   A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, June 20, 2008 at 10:00 a.m.**

New Orleans, Louisiana, this 12th day of May, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**