PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**In Re: FEMA**
PLAINTIFF(S)

versus

**Formaldehyde Products**
DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.: **07MD1873**

Magistrate: **4**

****************************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **5-9-08**    TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| James C. Percy | Jones Walker | Starcraft et al |
| Chris Martin | Jones Walker | Starcraft et al |
| Jonathan Waller | Baker Wilkinshur | Monaco / R-Vision |
| Carson Strickland | Grieger Laborde | Forest River |
| Ben Mayeaux | Laborde & Neuner | Horton Homes |
| Walter Jamison | Daigle Jamison | Silvercreek |
| Denise Martin | Gainsburgh | TL |
| Jill F. Ingert | FEMA | FEMA |
| Larry Feldman Jr | McGlinchey Stafford | Skyline |
| Robert Sneesby | McGlinchey Stafford | " |

```
                                        PTO Received: _____

                                        Trial Set:    _____
                                                      Jury/Non-Jury

                                        CIVIL/CRIMINAL ACTION NO.:

  _____
         PLAINTIFF(S)                   _____

VERSUS

                                        Magistrate: _____
  _____
         DEFENDANT(S)
```

********************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____        TIME: _____

## PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Jason Verdigats | Nielsen Law Firm | Scot Built |
| Robert M. Becnel | Becnel | TT's |
| DIANE ZINK | BECNEL | TT |
| Rosentta L Burns | Torres | TT |
| Lyon Garrison | Garrison Yount | Recreation by Design |
| John Etter | Rodney Etter | TT |
| Dewey Scandurro | Scandurro & Layrisson | Gulf Stream Coach |
| (illegible) | Lowther & Nichol | TT |
| JERRY MEUNIER | Gainsburgh | PLC |
| Tony Buzbee | BLF | PLC |

```
                                        PTO Received: _____

                                        Trial Set: _____
                                                        Jury/Non-Jury

                                        CIVIL/CRIMINAL ACTION NO.:
    _____             _____
         PLAINTIFF(S)

    versus
                                        Magistrate: _____
    _____
         DEFENDANT(S)

    *************************************************************

    CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

    DATE: _____           TIME: _____
```

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Stewart Tharp | Taylor Porter | Coachman |
| ✓ LINDA J NELSON | Cumberland Nelson, PLC | PSC |
| ✓ JUSTIN WOODS | GAINSBURGH | PSC |
| Ernie Gieger | Gieger, Laborde | Forest River |
| ✓ Tim Scandurro | Scandurro + Layrisse | Gulf Stream |
| ✓ Richard Hines | Nelson Mullins | FLEETWOOD |
| Darryl Becnel | Becnel Law firm | PSC |
| ✓ Matt Moreland | Becnel Law Firm | PSC |
| Douglas Schmidt | Douglas Schmidt | P |
| Peter Bursnell | Peter Bursnell | plaintiff |

```
                                        PTO Received: _____

                                        Trial Set:    _____
                                                        Jury/Non-Jury

                                        CIVIL/CRIMINAL ACTION NO.:
_____
     PLAINTIFF(S)                       _____

VERSUS
                                        Magistrate: _____
_____
     DEFENDANT(S)
```

****************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____   TIME: _____

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| ✓ Andy Weinstock | Duplass Zwain | Defense |
| ✓ Jerry Saporito | Leake & Anderson | Defense |
| (signature) | SAME | PSC |
| ✓ Roy Faurie | Hingle? | PSC |
| ✓ Raul R. Bencomo | Bencomo & Assoc. | PSC |