UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-4
                                 JUDGE ENGELHARDT
                                 MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Local Rule 7.8.1 *Ex Parte* Motion for permission to file a fifty (50) page memorandum in support of its motion to dismiss Plaintiffs' tort and contract claims for lack of subject matter jurisdiction,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a fifty (50) page memorandum in support of its motion.

**DONE AND SIGNED** this 13th day of ___May___, 2008.

HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA