MINUTE ENTRY
ENGELHARDT, J.
May 9, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, May 9, 2008, at 9:00 a.m.  Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants.  Also participating were plaintiff committee members Linda J. Nelson, Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, and Anthony G. Buzbee; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Michelle Boyle, counsel for the Government/FEMA.

JS10(0:55)