MINUTE ENTRY
ENGELHARDT, J.
May 9, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

　　　　A general status conference was conducted on Friday, May 9, 2008, at 10:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants. Also participating were plaintiff committee members Linda J. Nelson, Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, and Anthony G. Buzbee; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; Michelle Boyle, counsel for the Government/FEMA; and Lyon Garrison, Roberta L. Burns, Dewey Scandurro, Denise Martin, John Etter, Ron Favre, Robert M. Becnel, Diane Zink, Chris Martin, Jonathon Walker, Carson Strickland, Ben Mayeaux, Walter Jamison, Jill Igert, Larry Feldman, Jr.,

Robert Sheesley, Jason Verdigits, Darryl Becnel, and several other individuals whose names were illegible on the attached sign-in sheet, which sign-in sheet is attached to Rec. Doc. #188.

JS10(01:45)