UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER ) <br>     FORMALDEHYDE PRODUCTS ) <br>     LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) | MDL NO. 1873 <br><br> SECTION "N-4" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE ROBY |

**THIS DOCUMENT IS REALTED TO ALL CASES**

**MANUFACTURING DEFENDANTS'** *EX PARTE* **UNOPPOSED MOTION TO FILE A FORTY PAGE MEMORANDUM IN SUPPORT OF
<u>THEIR JOINT RULE 12(b)(6) MOTION TO DISMISS</u>**

Manufacturing Defendants pursuant to Local Rules 7.3 and 7.8.1 submit this *Ex Parte* Unopposed Motion to File a Forty Page Memorandum in Support of their Joint Rule 12(b)(6) Motion to Dismiss. On March 18, 2008, Plaintiffs filed an Administrative Master Complaint asserting claims against Manufacturing Defendants. *See* Admin. Master Compl. ¶¶ 8(c), 132-204. Plaintiffs through the Administrative Master Complaint seek to recover damages for personal injuries and economic losses resulting from Plaintiffs' occupation, lease and/or purchase of temporary emergency housing units. *Id.* Plaintiffs assert that Manufacturing Defendants are liable under the various laws of Louisiana, Alabama, Mississippi, and Texas. *Id.* Pursuant to the Court's Pretrial Order, Manufacturing Defendants on or before May 19, 2008 will file in place of an Answer a Joint Rule 12(b)(6) Motion to Dismiss, and will submit a memorandum in support of that motion.

Local Rule 7.8.1 provides in pertinent part that "[e]xcept with prior permission of the judge, no . . . memorandum supporting . . . a motion shall exceed 25 pages in length . . ."

Manufacturing Defendants hereby request that the Court grant Manufacturing Defendants permission to file a forty page memorandum in support of its Joint Rule 12(b)(6) Motion to Dismiss. Manufacturing Defendants require an additional fifteen pages because the numerous Plaintiffs in this case collectively assert multiple claims against Manufacturing Defendants under the laws of each of four different states and without connecting a particular plaintiff with any of the Manufacturing Defendants. Manufacturing Defendants require forty pages to address Plaintiffs' claims under the laws of each state and to set forth applicable statutes, regulations, and authorities in support of their Joint Rule 12(b)(6) Motion to Dismiss those claims.

Undersigned Defense Liaison Counsel has conferred with Plaintiffs' Liaison Counsel and counsel for the government through e-mail, and hereby certifies that neither Plaintiffs' Liaison Counsel nor counsel for the government objects to the motion.

Accordingly, for good cause shown, Manufacturing Defendants request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS, MORTON, PFISTER & WEINSTOCK**

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
***DEFENSE LIAISON COUNSEL***

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )    Hand Delivery        ( )    Prepaid U.S. Mail

( )    Facsimile            ( )    Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 16th day of May, 2008.

                          /s/ Andrew D. Weinstock
                          ANDREW D. WEINSTOCK