**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER**<br>    **FORMALDEHYDE PRODUCTS**<br>    **LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-4"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE ROBY** |

**THIS DOCUMENT IS REALTED TO ALL CASES**

**ORDER**

Considering Manufacturing Defendants' Local Rule 7.8.1 *Ex Parte* Motion for Permission to File a Forty Page Memorandum in Support of Their Joint Rule 12(b)(6) Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion is granted, and that Manufacturing Defendants may file a forty page memorandum in support of their motion.

**DONE AND SIGNED** this _____ day of _____, 2008.

   **HONORABLE KURT D. ENGELHARDT**
   **JUDGE, UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF LOUISIANA**