UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' FTCA AND CONTRACT CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, United States of America (United States) hereby moves and request, pursuant to Fed. R. Civ. P. 12(b)(1), or alternatively Fed. R. Civ. P. 56(c), dismissal of Plaintiffs' Federal Tort Claims Act claims (Count 2) and contract claims (Counts 1 and 3) for lack of subject matter jurisdiction.  The following issues are presented by the United States' Motion:

1. Whether the Federal Tort Claims Act (FTCA), 28 U.S.C. §§1346(b), 2671-80, and Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act), 42 U.S.C. §5121, *et. seq*., discretionary function exceptions bar Plaintiffs' Count 2 FTCA claims challenging the Federal Emergency Management Agency's (1) decision to use travel trailers, park model trailers and mobile homes as temporary emergency housing for Hurricane Katrina and Rita disaster victims, and (2) actions in response to complaints and concerns about occupants potential exposure to formaldehyde in temporary emergency housing units.  *See* 28 U.S.C. §2680(a); 42 U.S.C. §5148.

2. Whether the Court lacks subject matter jurisdiction over Plaintiffs' Count 1 claim for breach of implied and/or express contracts arising out of the Federal Emergency Housing Agency's lease of allegedly defective temporary emergency housing units, *i.e.,* travel trailers, park model trailers and mobile homes, to Hurricane Katrina and Rita disaster victims.  *See* Little Tucker Act, 28 U.S.C. §1346(a)(2); Tucker Act, 28 U.S.C. §1491(a).

**Defendant United States of America's
Motion to Dismiss**

    3.    Whether the Court lacks subject matter jurisdiction over Plaintiffs' Count 3 claims for breach of implied and/or express contract arising out of the Federal Emergency Housing Agency's alleged sale of allegedly defective temporary emergency housing units, *i.e.,* travel trailers, park model trailers and mobile homes, to Hurricane Katrina and Rita disaster victims. *See* 41 U.S.C. §§602(a)(4), 609(a)(1); 28 U.S.C. §1346(a)(2).

The Court should grant this Motion for the reasons set forth in the attached Memorandum filed in support hereof, and Exhibits filed concurrently herewith.

United States hereby further requests oral argument on this Motion because it believes that such argument will assist the Court in addressing and resolving issues presented by this Motion.

Dated: May 18, 2008.                                    Respectfully Submitted,

                                                                    GREGORY S. KATSAS
                                                                    Assistant Attorney General, Civil Division

                                                                    C. FREDERICK BECKNER III
                                                                    Deputy Assistant Attorney General, Civil Division

                                                                    J. PATRICK GLYNN
                                                                    Director, Torts Branch, Civil Division

                                                                    MICHELLE BOYLE
                                                                    Trial Attorney

| OF COUNSEL | //S// *Henry T. Miller* |
| --- | --- |
|  | HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED | Senior Trial Counsel |
| Associate Chief Counsel | United States Department of Justice |
| JANICE WILLIAM-JONES | Civil Division – Torts Branch |
| Trial Attorney | P.O. Box 340, Ben Franklin Station |
| FEMA/DHS | Washington, D.C. 20004 |
| Department of Homeland Security | Telephone No: (202) 616-4223 |
| Washington, D.C. 20472 | E-mail: Henry.Miller@USDOJ.Gov |
|  |  |
|  | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2008, the foregoing Motion, Memorandum, Declaration, and Exhibits in support thereof, were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                                                 //S// *Henry T. Miller*
                                                                  HENRY T. MILLER (D.C. Bar No. 411885)