UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-4"
                                       JUDGE ENGELHARDT
                                       MAG. JUDGE ROBY


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION


U.S. EXHIBIT NO. 1

# THE FEDERAL RESPONSE TO

# HURRICANE KATRINA

## LESSONS LEARNED



FEBRUARY 2006

WH-00003

WH-00004

# THE WHITE HOUSE

### WASHINGTON

February 23, 2006

The President of the United States
The White House
Washington, DC 20500

Dear Mr. President:

Pursuant to your direction, I most respectfully submit for your consideration: *The Federal Response to Hurricane Katrina: Lessons Learned.*

You often remind us that your most solemn obligation as President is to protect the American people. And every day and night, millions of men and women throughout the Federal government-- both civilian and military—work to achieve that objective. Given the dangerous world in which we live, they do an outstanding job.

Despite all we do, however, Hurricane Katrina was a deadly reminder that we can and must do better, and we will. This is the first and foremost lesson we learned from the death and devastation caused by our country's most destructive natural disaster: No matter how prepared we think we are, we must work every day to improve.

When you addressed the Nation from Jackson Square, New Orleans, on the evening of September 15, 2005, you ordered a comprehensive review of the Federal response to Hurricane Katrina so we as a Nation could make the necessary changes to be "better prepared for any challenge of nature or act of evil men that could threaten our people." At your direction, we assembled a team of experienced professionals dedicated to this mission. In addition, we enjoyed a tremendous partnership with each of your Cabinet Secretaries; without their commitment to this process the Report would not have been possible.

As part of the review, we visited the hurricane-ravaged Gulf Coast during mid November 2005. We met with government officials, business and community leaders, and volunteers amidst the rubble of what had been their homes, schools, and places of worship. Their courage and fortitude in the face of tragedy was inspirational. And while we were determined to learn the lessons to improve our future disaster response, it was clear that for residents of the Gulf Coast, survival and hope still came a day at a time. We were struck by the decency and compassion of those we met and moved by their continuing emotion and pain. As you know, it is hard for those who have not witnessed first hand the hurricane's destruction and its human toll to fully comprehend the importance of your charge that we prepare to respond more effectively to our fellow citizens in their times of greatest need.

This Report then is a tribute to those who have served and those who have suffered. We remember those who lost their lives and all still affected by this tragedy. Though we can never replace their unfathomable losses, we have an obligation to continue helping those still suffering to recover and rebuild their lives.

WH-00005

Though there will be tragedies we cannot prevent, we can improve our preparedness and response to reduce future loss and preserve life. And while we will work diligently to implement immediate improvements, it is important to recognize that the true transformation envisioned in this Report will require a sustained commitment over time by the Federal government as well as by State and local governments that have essential duties in responding to disasters. The Report and recommendations are submitted in the hope of ensuring that the harsh lessons of Hurricane Katrina need never be learned again.

Thank you for the privilege and the honor of leading this review.

Sincerely,

Frances Fragos Townsend
Assistant to the President for Homeland Security
and Counterterrorism

WH-00006

# TABLE OF CONTENTS

FOREWORD ..................................................................................................................................... 1

CHAPTER ONE: KATRINA IN PERSPECTIVE ...................................................................................... 5

CHAPTER TWO: NATIONAL PREPAREDNESS — A PRIMER ................................................................. 11

CHAPTER THREE: HURRICANE KATRINA — PRE-LANDFALL ............................................................. 21

CHAPTER FOUR: A WEEK OF CRISIS — AUGUST 29 – SEPTEMBER 5 ................................................. 33

CHAPTER FIVE: LESSONS LEARNED .............................................................................................. 51

CHAPTER SIX: TRANSFORMING NATIONAL PREPAREDNESS .............................................................. 65

CHAPTER SEVEN: EPILOGUE ......................................................................................................... 83

APPENDICES .................................................................................................................................. 85

    Appendix A – Recommendations ......................................................................................... 87

    Appendix B – What Went Right ......................................................................................... 125

    Appendix C – List of Acronyms ......................................................................................... 145

    Appendix D – Staff Page ................................................................................................... 149

    Appendix E – Endnotes ..................................................................................................... 151

WH-00008

# FOREWORD

On August 23, 2005, Hurricane Katrina formed as a tropical storm off the coast of the Bahamas. Over the next seven days, the tropical storm grew into a catastrophic hurricane that made landfall first in Florida and then along the Gulf Coast in Mississippi, Louisiana, and Alabama, leaving a trail of heartbreaking devastation and human suffering. Katrina wreaked staggering physical destruction along its path, flooded the historic city of New Orleans, ultimately killed over 1,300 people, and became the most destructive natural disaster in American history.

Awakening to reports of Katrina's landfall on the Gulf Coast the morning of Monday, August 29, American citizens watched events unfold with an initial curiosity that soon turned to concern and sorrow. The awe that viewers held for the sheer ferocity of nature was soon matched with disappointment and frustration at the seeming inability of the "government"—local, State, and Federal—to respond effectively to the crisis. Hurricane Katrina and the subsequent sustained flooding of New Orleans exposed significant flaws in Federal, State, and local preparedness for catastrophic events and our capacity to respond to them. Emergency plans at all levels of government, from small town plans to the 600-page National Response Plan—the Federal government's plan to coordinate all its departments and agencies and integrate them with State, local, and private sector partners—were put to the ultimate test, and came up short. Millions of Americans were reminded of the need to protect themselves and their families.

Even as parts of New Orleans were still under water, President Bush spoke to the Nation from the city's historic Jackson Square. He stated unequivocally, that "[f]our years after the frightening experience of September the 11th, Americans have every right to expect a more effective response in a time of emergency. When the federal government fails to meet such an obligation, I, as President, am responsible for the problem, and for the solution."[1]

In his address, the President ordered a comprehensive review of the Federal response to Hurricane Katrina so we as a Nation could make the necessary changes to be "better prepared for any challenge of nature or act of evil men that could threaten our people."[2] The President's charge has resulted in the material and conclusions of this Report—*The Federal Response to Hurricane Katrina: Lessons Learned.*

## WHAT WENT WRONG

In general terms, the challenges to our collective response to Hurricane Katrina are not difficult to identify. Hurricane Katrina, its 115-130 mph winds, and the accompanying storm surge it created as high as 27 feet along a stretch of the Northern Gulf Coast from Mobile, Alabama, to New Orleans, impacted nearly 93,000 square miles of our Nation—roughly an area the size of Great Britain. The disaster was not isolated to one town or city, or even one State. Individual local and State plans, as well as relatively new plans created by the Federal government since the terrorist attacks on September 11, 2001, failed to adequately account for widespread or simultaneous catastrophes.

We were confronted by the pictures of destroyed towns and cities, each with their own needs. Smaller cities like Waveland, Mississippi, were completely devastated by Hurricane Katrina and required smaller scale yet immediate search and rescue efforts as well as large volumes of life saving and sustaining commodities. New Orleans, the largest affected city—which dominated much of what Americans saw on their televisions—suffered first from the initial impact of Katrina and then from the subsequent flood caused by breaches in its 350 mile levee system. Over

an estimated eighteen-hour period, approximately 80 percent of the city flooded with six to twenty feet of water, necessitating one of the largest search and rescue operations in our Nation's history.

## SCOPE AND METHODOLOGY

The President made clear that we must do better in the future. The objective of this Report is to identify and establish a roadmap on how to do that, and lay the groundwork for transforming how this Nation—from every level of government to the private sector to individual citizens and communities—pursues a real and lasting vision of preparedness. To get there will require significant change to the status quo, to include adjustments to policy, structure, and mindset.

While the Report notes that disaster preparedness and response to most incidents remains a State and local responsibility, this review did not include an assessment of State and local responses. The President specifically requested that we review the response of the Federal government. Where actions at the State and local level had bearing on Federal decisions or operations, they are included in order to provide full context. We note that although incident response remains a State and local responsibility, we must strengthen Federal support for their efforts and be better prepared for the Federal response to a catastrophic event. Furthermore, we were mindful of how simple and lucid a situation can appear with the clarity of hindsight. And so, judging in retrospect the decisions made and actions taken in the midst of a major disaster, without consideration of that fuller context, would have been a disservice to all. The scope of the review did not focus on recovery operations that continue to this day. Those important efforts are ongoing and require our continued commitment. Instead, the review's emphasis centers on identifying systemic vulnerabilities and gaps in our response and "fixing government."

The Report is organized in a manner to give the reader the most comprehensive and clear understanding possible of what happened during the Federal response to Hurricane Katrina. It begins with a discussion of the magnitude and complexity of the response challenge by discussing "Katrina in Perspective"—providing an historical comparison both of the hurricane itself and the resultant flood. Only by understanding what the storm was, and was not, can an appropriate and measured assessment of the response take place. A National Preparedness "Primer" on the current Federal framework is then provided to give the reader an understanding of how the current system was supposed to function. This chapter points out some fundamental confusion in the Federal planning and identifies potential shortcomings in the applicability of our plans to catastrophic widespread incidents.

Two major chapters of the Report follow with an analytical, narrative chronology that provides a detailed account of Hurricane Katrina. The first discusses the storm's development in the days "Pre-Landfall," and the next chronicles both the "Week of Crisis" from August 29 through September 5, and concludes with the transition from response to recovery. We note for the reader that the narrative is not meant to be a comprehensive, definitive account of all that transpired, and future information inevitably will shed additional light. We then present a detailed chapter on "Lessons Learned." Here, we describe the seventeen most critical challenges that were problematic before, during, and after Hurricane Katrina's landfall.

We conclude with the most important chapter: "Transforming National Preparedness." It describes the imperative and remedies for fixing the problems that Hurricane Katrina exposed. The foundations of the recommended reforms result in two immediate priorities: We must institutionalize a comprehensive National Preparedness System and concurrently foster a new, robust Culture of Preparedness.

The Report also contains several appendices, including 125 specific recommendations distilled from a four-month review. These recommendations are written for policy makers and emergency managers and contain more technical information not appropriate for the narrative. We have also included some stories of successes and heroic efforts we encountered by responders, volunteers, agencies, and public officials that must not be overlooked.

## CONCLUSION

During a visit to the Gulf Coast, President Bush put our efforts in perspective, saying, "[o]ne of the lessons of this storm is the decency of people, the decency of men and women who care a lot about their fellow citizens, whether they be elected officials or just folks on the ground...trying to make somebody else's life even better than it was

FOREWORD

before. So we learned some lessons about how to respond, and we're going to change. But some of the lessons shouldn't change, and that is the decency and character of the American people."

Hurricane Katrina prompted an extraordinary national response that included all levels of government—Federal, State, and local—the private sector, faith-based and charitable organizations, foreign countries, and individual citizens. People and resources rushed to the Gulf Coast region to aid the emergency response and meet victims' needs. Their actions saved lives and provided critical assistance to Hurricane Katrina survivors. Despite these efforts, the response to Hurricane Katrina fell far short of the seamless, coordinated effort that had been envisioned by President Bush when he ordered the creation of a National Response Plan in February 2003.[3]
Yet Katrina creates an opportunity—indeed an imperative—for a national dialogue about true national preparedness, especially as it pertains to catastrophic events. We are not as prepared as we need to be at all levels within the country: Federal, State, local, and individual. Hurricane Katrina obligates us to re-examine how we are organized and resourced to address the full range of catastrophic events—both natural and man-made. The storm and its aftermath provide us with the mandate to design and build such a system.

We hope that this Report marks the beginning of a truly transformational state of preparedness throughout all levels of our Nation. Hurricane Katrina will undoubtedly be regarded by history as one of the most destructive, costly, and tragic events our Nation has ever endured. Yet with collective determination, unity of effort, and effective organizational change, the true legacy of Katrina can be that of a catalyst that triggered a real and lasting improvement to our national preparedness.

WH-000012

# CHAPTER ONE: KATRINA IN PERSPECTIVE

*Hurricane Katrina was one of the worst natural disasters in our Nation's history and has caused unimaginable devastation and heartbreak throughout the Gulf Coast Region. A vast coastline of towns and communities has been decimated.*

—President George W. Bush, September 8, 2005[1]

Terrorists still plot their evil deeds, and nature's unyielding power will continue. We know with certainty that there will be tragedies in our future. Our obligation is to work to prevent the acts of evil men; reduce America's vulnerability to both the acts of terrorists and the wrath of nature; and prepare ourselves to respond to and recover from the man-made and natural catastrophes that do occur. The magnitude of Hurricane Katrina does not excuse our inadequate preparedness and response, but rather it must serve as a catalyst for far-reaching reform and transformation. To do this, we must understand Hurricane Katrina in its proper context.

## HURRICANE KATRINA AMONG OTHER DISASTERS

Hurricane Katrina was the most destructive natural disaster in U.S. history.[2] The overall destruction wrought by Hurricane Katrina, which was both a large and powerful hurricane as well as a catastrophic flood, vastly exceeded that of any other major disaster, such as the Chicago Fire of 1871, the San Francisco Earthquake and Fire of 1906, and Hurricane Andrew in 1992.[3]

Hurricane Katrina's devastating effects were felt before the storm even reached the Gulf Coast on August 29, 2005. In the Gulf of Mexico, Hurricane Katrina battered the offshore energy infrastructure and forced the evacuation of more than 75 percent of the Gulf's 819 manned oil platforms.[4] Two days before landfall, U.S. energy companies estimated that the approaching storm had already reduced Gulf of Mexico oil production by more than a third.[5]

Seventy-five hurricanes of Katrina's strength at landfall—a Category 3—have hit the mainland United States since 1851, roughly once every two years.[6] Yet Katrina was anything but a "normal" hurricane. First, Katrina was larger than most. Hurricane Camille, a Category 5 storm that devastated the Gulf Coast in 1969,[7] had top wind speeds that exceeded those of Katrina upon landfall, but Camille's hurricane force winds only extended seventy-five miles from its center,[8] whereas Katrina's extended 103 miles from its center.[9] As a result, Hurricane Katrina's storm surge affected a larger area than did Hurricane Camille's.[10] In all, Hurricane Katrina impacted nearly 93,000 square miles across 138 parishes and counties.[11] The extreme intensity that Hurricane Katrina reached before landfall on the Gulf Coast, as well as its size, meant that its storm surge was consistent with a more powerful storm. In fact, the National Hurricane Center concluded that the height of Hurricane Katrina and Camille's respective storm surges were comparable to each other.[12]

Hurricane Katrina's winds and a storm surge that crested up to twenty-seven feet high dealt a ferocious blow to homes, businesses, and property on the coast and for many miles inland.[13] This storm surge overwhelmed levees all along the lowest reaches of the Mississippi River and the edges of Lake Pontchartrain.[14] The consequences for New Orleans, which sits mostly below sea level, were dire. Significant levee failures occurred on the 17th Street Canal, the Industrial Canal, and the London Avenue Canal. Approximately 80 percent of the city was flooded.[15]

The flooding destroyed New Orleans, the Nation's thirty-fifth largest city.[16] Much as the fire that burned Chicago in 1871 and the earthquake and fire that leveled San Francisco in 1906 destroyed the economic and cultural centers of an entire region, so too did Hurricane Katrina destroy what many considered to be the heart of the Gulf Coast. The destruction also called to mind the Galveston Hurricane of 1900, which thoroughly devastated the town of Galveston, Texas. At the time, Galveston was an economic and cultural center of Texas and was the State's fourth largest city.[17]

Even beyond New Orleans, Katrina's span of destruction was widespread. Indeed, one of the gravest challenges presented by this particular disaster was the vast geographic distribution of the damage. Towns and cities, small and large, were destroyed or heavily damaged up and down the Gulf Coast and miles inland. From Morgan City, Louisiana, to Biloxi, Mississippi, to Mobile, Alabama, Hurricane Katrina's wind, rain, and storm surge demolished homes and businesses. Large parts of the coastal areas of these States were devastated. As Mississippi Governor Haley Barbour stated, "The 80 miles across the Mississippi Gulf Coast is largely destroyed. A town like Waveland, Mississippi, has no inhabitable structures—none."[18]

Hurricane Katrina contradicts one side of an important two-part trend. For at least a century, America's most severe natural disasters have become steadily *less* deadly and *more* destructive of property (adjusted for inflation).[19] Figure 1.1 depicts this trend. Yet, Hurricane Katrina not only damaged far more property than any previous natural disaster, it was also the deadliest natural disaster in the United States since Hurricane San Felipe in 1928. The dark blue bars in the figure below show the decreasing number of deaths caused by natural disasters in the period from 1900 – 2005. The light blue bars show the increasing amount of damage caused by these same natural disasters adjusted to third quarter 2005 dollars.[20]

**Figure 1.1  U.S. Natural Disasters that Caused the Most Death and Damage to Property in Each Decade, 1900-2005, with 2004 Major Hurricanes Added[21]Damage in Third Quarter 2005 Dollars**



## MEASURING HURRICANE KATRINA: THE PATH OF DESTRUCTION

Estimating disaster damage is not an exact science, and, in the case of Hurricane Katrina, it is further complicated by ongoing recovery efforts.  Estimates vary but, considering property damage alone, Hurricane Katrina is America's first disaster—natural or man-made--to approach the $100 billion mark (See Table 1.1).[22]

**Table 1.1 Estimated damage from Hurricane Katrina and the New Orleans Flood[23]**

| Housing | $67 billion |
|---|---|
| Consumer durable goods | $7 billion |
| Business property | $20 billion |
| Government property | $3 billion |
| **Total** | **$96 billion** |

Hurricane Katrina devastated far more residential property than had any other recent hurricane, completely destroying or making uninhabitable an estimated 300,000 homes.[24]

This far surpasses the residential damage of Hurricane Andrew, which destroyed or damaged approximately 80,000 homes in 1992.[25]  It even exceeds the combined damage of the four major 2004 hurricanes, Charley, Frances, Ivan, and Jeanne, which together destroyed or damaged approximately 85,000 homes.[26]  Figure 1.2 charts the effects of Hurricane Katrina against other major hurricanes in recent U.S. history, comparing homes damaged or destroyed, property damage, and deaths.

**Figure 1.2:  Hurricane Katrina Compared to Hurricanes Ivan, Andrew, and Camille[27]**



Hurricane Katrina's damage was extensive. The storm destroyed so many homes, buildings, forests, and green spaces that an extraordinary amount of debris was left behind—118 million cubic yards all told.[28]  In comparison, Hurricane Andrew created 20 million cubic yards of debris.[29]  The debris from Katrina, if stacked onto the space of a football field, would reach over ten and a half miles high.[30]

Hurricane Katrina's effects on the economy have yet to be fully reckoned. The worst consequences were local: between August and September, the unemployment rate doubled from 6 to 12 percent in the most affected areas of Louisiana and Mississippi.[31]  In Louisiana, Mississippi, and Alabama, salaries and wages fell by an estimated $1.2 billion in the third quarter of 2005.[32]  But short-term, economic ripples reached the entire country through the rising cost of gasoline. The approach of the storm forced the temporary shutdown of most crude oil and natural gas production in the Gulf of Mexico. In the immediate wake of Hurricane Katrina, gasoline prices rose sharply nationwide.[33]  The combined effects of Hurricane Katrina and Hurricane Rita, which made landfall on the border between Texas and Louisiana early on September 24, 2005, were such that, between August 26, 2005, and January 11, 2006, 114 million barrels of oil production capacity were left unused, equivalent to over one-fifth of yearly output in the Gulf of Mexico.[34]

The storm devastated the regional power infrastructure. In Louisiana, Mississippi, and Alabama, approximately 2.5 million power customers reported outages.[35]  By contrast, Hurricane Ivan denied 1.8 million customers power.[36]

Communications suffered as well. The storm crippled thirty-eight 911 call centers, disrupting local emergency services,[37] and knocked out more than 3 million customer phone lines in Louisiana, Mississippi, and Alabama.[38]  Broadcast communications were likewise severely affected, as 50 percent of area radio stations and 44 percent of area television stations went off the air.[39]

Much more than any other hurricane, Katrina's wrath went far beyond wind and water damage. In fact, Hurricane Katrina caused at least ten oil spills, releasing the same quantity of oil as some of the worst oil spills in U.S. history. Louisiana reported at least six major spills of over 100,000 gallons and four medium spills of over 10,000 gallons.[40]  All told, more than 7.4 million gallons poured into the Gulf Coast region's waterways, over two thirds of the amount that spilled out during America's worst oil disaster, the rupturing of the *Exxon Valdez* tanker off the Alaskan coast in 1989.[41]

The wave of destruction created environmental and health hazards across the affected region, including standing water, oil pollution, sewage, household and industrial chemicals, and both human and animal remains. The storm surge struck 466 facilities that handle large amounts of dangerous chemicals, thirty-one hazardous waste sites, and sixteen Superfund toxic waste sites, three of which flooded. The surge also destroyed or compromised 170 drinking water facilities and dozens of wastewater treatment facilities.[42]

Most terrible of all and most difficult to measure, however, were Hurricane Katrina's human effects.

## MEASURING THE IMMEASURABLE: THE HUMAN TOLL

When the winds and floods of Hurricane Katrina subsided, an estimated 1,330 people were dead as a result of the storm.[43]  The vast majority of the fatalities—an estimated 80 percent—came from the New Orleans metropolitan area; Mississippi suffered greatly as well, with 231 fatalities.[44]  Many of the dead were elderly or infirm. In Louisiana, approximately 71 percent of the victims were older than sixty, and 47 percent of those were over seventy-five.[45]  At least sixty-eight were found in nursing homes, some of whom were allegedly abandoned by their caretakers.[46]  Of the total known fatalities, there are almost two hundred unclaimed bodies remaining at the Victim Identification Center in Carville, Louisiana.[47]  As awful as these horrifying statistics are, unfortunately they are not the end of the story. As of February 17, 2006, there were still 2,096 people from the Gulf Coast area reported missing.[48]

For the survivors, the aftermath of Hurricane Katrina has been characterized by a mixture of grief, anxiety, and frustration. Around 770,000 people were displaced—the largest since the Dust Bowl migration from the southern Great Plains region in the 1930s.[49]  After Hurricane Katrina, housing options often arrived slowly to those who could not return to their ruined homes; by the end of October, there were still more than 4,500 people staying in

shelters. The numbers of evacuees residing in such transient emergency shelters had dropped significantly by January 2006, and families have slowly begun to find permanent housing.[50]

Moreover, many victims found it difficult to reconstruct their shattered lives. In many cases, they had either lost or forgotten basic documents, such as insurance information, birth certificates, and marriage licenses, which would later prove essential to rebuilding their lives.[51] Most of the evacuees did not have access to their medical records, which increased the risk of complications when receiving medical treatment.[52] For those who returned to their homes in the Gulf region, basic services were still wanting. By January, 85 percent of public schools in Orleans parish had still not reopened; in the metropolitan area, approximately two-thirds of the retail food establishments, half of the bus routes, and half of the major hospitals remained closed.[53] For Katrina's victims, a sense of "back to normal" still seems far away.

Of the 1.1 million people over the age of sixteen who evacuated in August 2005, approximately 500,000 of those evacuees had not returned home by late December. For the evacuees who have not returned to their homes, jobs have been scarce. Their unemployment rate was just below 28 percent in November and over 20 percent in December. The former evacuees who did return to their homes in the Gulf region had better access to work with an unemployment rate of 12.5 percent in November, which fell to 5.6 percent in December.[54] In July, before Katrina hit, the unemployment rate in the most affected areas of Louisiana and Mississippi had been 6 percent.[55]

By any measure, Hurricane Katrina was a national catastrophe. Similar to the images of grief and destruction on September 11, 2001, the images of suffering and despair from Hurricane Katrina are forever seared into the hearts and memories of all Americans. Those painful images must be the catalyst for change.