UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION


U.S. EXHIBIT NO. 2



# THE RITA REPORT:
## *A summary of the social and economic impact and recovery of Southwest Louisiana one year after Hurricane Rita*



**Commissioned by the**
**Louisiana Recovery Authority**

**Research conducted by**
**Michael M. Kurth, PhD**
**Dr. Daryl V. Burckel,CPA**

**www.lra.louisiana.gov**

LARR-00001

## A LETTER FROM THE GOVERNOR

Dear Friends:

One year ago, Hurricanes Katrina and Rita came ashore wreaking unprecedented havoc upon our great state and forever leaving their mark in our history.  While these storms were similar in their fury, creating the first and third most expensive disasters in our history, the nature of their destruction was very different.

In the wake of Rita's wrath, I surveyed the damage across Southwest Louisiana and made a commitment to rebuild a safer, stronger, smarter Louisiana.  We have made tremendous progress over the last year, with support from President Bush, Chairman Don Powell, Congress, the Louisiana Recovery Authority (LRA) and other local, state and federal partners.

*Road Home* Housing Assistance Centers have opened across the state to help residents get back into their homes as quickly as possible.  Dozens of schools are re-opening. Hundreds of businesses are recovering and thousands of lost jobs are being restored.

While these gains are noteworthy, there remains much more to be done.

The Rita Report, commissioned by the LRA, summarizes the social and economic impact of the storm and reports on the progress being made toward recovery in the most severely impacted parishes of Cameron, Vermilion and Calcasieu.  This information will help us better understand the unique needs and challenges of communities across the southwest as we continue writing this new chapter in our recovery.

Working together, we will realize our vision of a safer, stronger and smarter Louisiana.

Sincerely,

Kathleen Babineaux Blanco
Governor

1

## EXECUTIVE SUMMARY

When Hurricane Rita made landfall along the Texas/Louisiana border on September 24, 2005, it was a category 3 hurricane with winds in excess of 120 miles per hour pushing a 20 foot storm surge. The devastation it left behind made it the third most expensive natural disaster in US history. This report examines the different types of damage wrought by Hurricane Rita in Louisiana and assesses the status of the recovery effort, with special focus on Cameron, Vermilion and Calcasieu Parishes, the three parishes affected most by the storm. The report also details the achievements of the Louisiana Recovery Authority, and discusses the challenges facing Southwest Louisiana and the LRA as they work towards building "safer, stronger, smarter" communities for future generations.

LARR-00003

# TABLE OF CONTENTS

|  |  | **Page** |
|---|---|---|
| Introduction | | 5 |
| I. | An Overview of Hurricane Rita | 6 |
| | A. Prelude | 6 |
| | B. The Damage | 6 |
| | C. The Response | 13 |
| | 1) Relief | 13 |
| | 2) Restoration | 16 |
| | 3) Redevelopment | 21 |
| II. | The Status of Cameron Parish | 28 |
| | A. Infrastructure | 30 |
| | B. Economic Activity | 33 |
| | C. Community and Social Activity | 34 |
| | D. Housing | 36 |
| | E. Health and Hospitals | 37 |
| | F. Environment | 37 |
| III. | The Status of Vermilion Parish | 39 |
| | A. Infrastructure | 41 |
| | B. Economic Activity | 43 |
| | C. Community and Social Activity | 45 |
| | D. Housing | 45 |
| IV. | The Status of Calcasieu Parish | 46 |
| | A. Infrastructure | 48 |
| | B. Economic Activity | 52 |
| | C. Education | 55 |
| | D. Housing | 56 |
| | E. Environment | 57 |
| V. | Summary and Conclusions | 58 |

LARR-00004

## MAPS AND GRAPHS

**Page**

**MAPS**

| | | |
|---|---|---|
| 1 | Hurricane Rita Storm Surge | 8 |
| 2 | Maximum Wind Strength of Hurricane Rita | 9 |
| 3 | FEMA Approved Parishes for Individual and Public Assistance | 10 |
| 4 | Breakdown of Damage to Schools Statewide | 25 |
| 5 | State Highways in Cameron Parish | 31 |
| 6 | Sabine National Wildlife Refuge | 38 |

**TABLES**

| | | |
|---|---|---|
| 1 | Damage to Gulf of Mexico Oil & Gas  Infrastructure: Rita vs. Katrina vs. Ivan | 7 |
| 2 | Hurricane Katrina/Hurricane Rita Evacuation and Production Shut-in Statistics Report as of June 19, 2006 | 7 |
| 3 | Housing Damage from Hurricane Rita in Southwest Louisiana and Southeast Texas | 11 |
| 4 | Estimated Damage Caused by Hurricane Rita to Louisiana's Agriculture, Forestry, and Fishing | 12 |
| 5 | FEMA Assistance, by Parish, as of August 14, 2006 | 14 |
| 6 | Hurricane Related Expenditures by The United Way of Southwest Louisiana | 15 |
| 7 | Public Assistance Obligated and Debris Removal for Hurricane Rita, by Parish, September 2006 | 17 |
| 8 | Federal Assistance for Victims of Hurricane Rita | 18 |
| 9 | Hazard Mitigation Funds Obligated for Southwest Louisiana | 21 |
| 10 | Homeowners with Major/Severe Damage in Southwest Louisiana | 22 |
| 11 | Breakdown of Damage to Small Rental Properties | 23 |
| 12 | Eligible Funds for Public Assistance Projects in Southwest Louisiana Measured by Number and Size of Project Worksheets | 24 |
| 13 | Louisiana Bridge Loans Distributed in Southwest Louisiana | 26 |
| 14 | Eligible Funds for Public Assistance Projects in Cameron Parish | 29 |
| 15 | Largest Employers in Cameron Parish | 34 |
| 16 | Cameron Parish School Enrollment Before and After Hurricane Rita | 35 |
| 17 | Damage to Housing in Cameron Parish | 36 |
| 18 | Eligible Funds for Public Assistance Projects in Vermilion Parish | 40 |
| 19 | Major Employers in Vermilion Parish | 43 |
| 20 | Sales Tax Revenue in Vermilion Parish, Pre and Post Hurricane Rita | 44 |
| 21 | Housing Damage in Virmilion Parish | 45 |
| 22 | Eligible Funds for Public Assistance Projects in Calcasieu Parish | 46 |
| 23 | Major Employers in Calcasieu Parish | 52 |
| 24 | Sales Tax Revenue in Calcasieu Parish, Pre and Post Hurricane Rita | 54 |
| 25 | Calcasieu Parish School Enrollment, Pre and Post Hurricane Rita | 55 |
| 26 | Housing Damage in Calcasieu Parish | 56 |

LARR-00005

# INTRODUCTION

The Louisiana Recovery Authority (hereafter referred to as the LRA) was created by Governor Blanco following Hurricanes Katrina and Rita for the purpose of coordinating the recovery efforts of various public entities, encouraging long-term planning, and helping to secure the resources and funding needed for the recovery. This study was prepared for the LRA to comply with Act 686 of the 2006 Louisiana Legislature. Its purpose is to summarize the social and economic damage caused by Hurricane Rita, provide an in-depth assessment of the nature and extent of damage in the parishes most heavily impacted by Hurricane Rita, report on the progress being made towards recovery in those parishes, and identify key challenges that lie ahead.

Section I provides an overview of Hurricane Rita and the different types of damage caused by the storm in Southwest Louisiana and Southeast Texas. Section II examines the devastation along the coast in Cameron Parish and the marshlands to the north, and discusses the progress towards recovery. Section III examines the damage caused to agriculture and wildlife in the lowlands of Vermilion Parish and discusses the progress towards recovery. Section IV examines the damage in Calcasieu Parish, especially in the metropolitan area around Lake Charles, and discusses the progress in Calcasieu Parish. Section V provides a summary and conclusions from the report.

The authors of this study are Dr. Michael M. Kurth and Dr. Daryl V. Burckel. Dr. Kurth is Head of the Department of Accounting, Finance and Economics at McNeese State University and Dr. Burckel in a professor of accounting at McNeese. In preparing this study they consulted with numerous public officials, including Mayor Randy Roach of Lake Charles, Calcasieu Parish Administrator Mark McMurry, Cameron Parish Planning and Development Executive Director Ernie Broussard, Robert LeBlanc of the Office of Emergency Preparedness in Vermilion Parish, David Richard with Stream Management, and LRA staff. The accuracy of the data and the conclusions contained in this study are the sole responsibility of Dr. Kurth and Dr. Burckel.

LARR-00006

# I.  AN OVERVIEW OF HURRICANE RITA

## A.  Prelude

The story of Hurricane Rita really begins three weeks earlier with the destruction of New Orleans by Hurricane Katrina.  Over a million people fled the New Orleans area as Katrina approached and approximately 20,000 found shelter in Southwest Louisiana with family and friends, in hotels and motels, and at state parks, churches, public shelters such as the Lake Charles Civic Center.  Most expected to return to their homes in a day or two, but when the levees broke and  New Orleans flooded, they were stranded with little more than the clothes on their backs and nowhere to go.

As state and federal officials struggled to cope with the unfolding disaster in New Orleans, the people of Southwest Louisiana embraced the Katrina victims, donating food and supplies, offering them jobs, and enrolling their children in local schools.  Thus, as Hurricane Rita approached, the resources of Southwest Louisiana were already stretched thin, especially among the volunteer, non-profit and faith-based organizations that were engaged in helping the victims of Katrina.  Thousands of Katrina evacuees had to be loaded on buses and re-evacuated to safety further north in order to comply with a mandatory evacuation of Southwest Louisiana as relief agencies turned around and prepared to deal with victims of a new disaster.  Despite these challenges, state and local leaders worked with relief agencies and non-profit organizations to stage a successful evacuation of the Southwest region.

## B.  The Damage

Hurricane Rita grew to a category five storm with sustained winds of over 150 miles per hour as it swept across the western Gulf of Mexico.[1]  Oil platforms and drilling rigs in its path were shut down and their workers evacuated, halting 98% of oil and natural gas production in the gulf.  Despite these precautions, many platforms were damaged or

---

[1] At the time, Hurricane Rita was the most powerful storm ever observed in the Gulf of Mexico and the Atlantic Basin, but on October 19, 2005 it lost this distinction to Hurricane Wilma, which bumped Rita to second place and Hurricane Katrina to fourth place among the all-time most powerful storms.

6

destroyed, although there was no loss of life. Table 1, compares the damage to the offshore oil industry from hurricanes Rita, Katrina and Ivan.

### Table 1

**Damage to Gulf of Mexico Oil & Gas Infrastructure: Rita vs. Katrina vs. Ivan**

|  | Rita | Katrina | Ivan |
|---|---|---|---|
| **Platforms** | | | |
| Destroyed | 66 | 47 | 7 |
| Extensively Damaged | 37 | 20 | 20 |
| **Rigs** | | | |
| Adrift | 13 | 6 | 5 |
| Destroyed | 4 | 4 | 1 |
| Extensively Damaged | 10 | 9 | 4 |
| **Pipelines** | | | |
| Damaged | 28 | 30 | 102 |
| **Shut-in Production** | | | |
| Gas (BCF) | 8,622 | 9,418 | 6,515 |
| Oil (bbls) | 1,564,679 | 1,557,981 | 1,410,002 |

Source: Office of Electricity Delivery and Energy Reliability (OE), U.S. Department of Energy, Gulf Coast Hurricanes Situation Report #16, October 14, 2005

By June, 2006 many of the rigs and platforms were back in operation and the shut-in oil production was reduced to 179,970 barrels of oil per day, which is equivalent to 12% of the normal daily production of the gulf. The shut-in natural gas production was reduced to 935 million cubic feet per day which is equivalent to 10% of the normal gas production in the gulf (see table 2).

### Table 2

**Hurricane Katrina/Hurricane Rita Evacuation and Production Shut-in Statistics Report as of June 19, 2006**

| Districts | Lake Jackson | Lake Charles | Lafayette | Houma | New Orleans | Total |
|---|---|---|---|---|---|---|
| Platforms Evacuated | 0 | 21 | 18 | 2 | 27 | 68 |
| Rigs Evacuated | 0 | 0 | 0 | 0 | 0 | 0 |
| Oil, BOPD Shut-in | 0 | 12,663 | 23,544 | 31,558 | 112,205 | 179,970 |
| Gas, MMCF/D Shut-In | 2.8 | 278.74 | 262.82 | 140.65 | 250.67 | 935.67 |

*These statistics reflect evacuations and shut-in production from Hurricanes Katrina and Rita (remaining)*

Source: U.S. Department of the Interior, Minerals Management Service, http://www.mms.gov/

LARR-00008

When Rita made landfall it was still a category 3 storm on the Saffir-Simpson scale with sustained winds over 120 miles per hour, but it was pushing a category 5 storm surge 15 to 20 feet high. The destruction that ensued was enormous and the cost of repairing the damage will likely exceed $10 billion, making Hurricane Rita the third most expensive natural disaster in United States history.

Much of the area hit by Hurricane Rita is sparsely populated, though rich in natural resources and industrial infrastructure. The coastal region is dotted by small communities built around fishing, shrimping, and offshore oil services. Low-lying marshes and agricultural land where farmers grow rice and sugar cane and ranchers raise horses and cattle extend 30 to 40 miles inland. The region to the north is heavily forested and supports a substantial timber industry. Approximately half of the people in the region live around Lake Charles where there is a major industrial complex consisting of two large oil refineries and 22 petrochemical plants plus a deep-water port that can accommodate ocean-going vessels. The City of Lake Charles is the cultural and administrative center of the region and the site of McNeese State University, Sowela Technical and Community College, three hospitals, a civic center complex, shopping malls and recreational facilities. There are also five major casinos in the region that draw heavy patronage from southeast Texas.

## MAP 1

### Hurricane Rita Storm Surge



Source: Analysis of Hurricane Rita storm surge; Lake Charles WFO:
www.weather.gov/om/data/pdfs/Rita.pdf

LARR-00009

Map 1 shows the areas affected by Rita's storm surge. The town of Cameron took a direct hit and was essentially obliterated, while coastal communities from Port Arthur, Texas all the way to Terrebonne Parish were heavily damaged by high winds and flooding. Approximately two thousand square miles of farmland and marshes was inundated with sea water, killing livestock, ruining crops, and doing indeterminate damage to the soil and the environment. The flooding extended all the way north to Lake Charles, where the downtown and residential areas around the lake were covered with three to six feet of sea water.

Areas further inland were spared flooding, but suffered extensive wind damage, especially in the Northwest quadrant of the storm where numerous tornadoes were spawned. The towns of Vinton, Starks, Merryville, DeQuincy, Sulphur, Westlake, Moss Bluff, and Iowa suffered extensive damage from trees falling on homes and vehicles, as well as wind damage to building and roofs. The terminal at the Lake Charles Airport was destroyed by a tornado; McNeese State University suffered heavy damage to its facilities from both wind and flooding as did Sowela Tech. Harrah's riverboat casino complex on the lakefront was completely destroyed and the nearby civic center was heavily damaged. Map 2 shows the intensity of the winds in this region.

## MAP 2
### Maximum Wind Strength of Hurricane Rita



Source: Analysis of peak wind gusts; Lake Charles WFO. www.weather.gov/om/data/pdfs/Rita.pdf

9

LARR-000010

As Rita moved inland its winds grew less intense, but even communities as far away as DeRidder, Leesville, Kinder, Eunice, and Jennings suffered substantial damage such as downed utility poles, trees and limbs down on houses, and shingles blown off roofs. Hurricane Rita impacted 85,729 square miles in Texas and Louisiana; the area in orange on the map below indicates parishes that were approved by FEMA for both individual and public disaster assistance.

## Map 3

### FEMA Approved Parishes for Individual and Public Disaster Assistance



FEMA web site: http://www.fema.gov/news/event.fema?id=5025

Due to the aggressive leadership of state and local leaders during the evacuation and emergency response phases of this disaster, only one death was linked to Hurricane Rita in Louisiana. Most residents headed the warnings of local officials and took Rita's approach very seriously, especially after seeing the destruction wrought by Hurricane Katrina just three weeks earlier. Most people evacuated, creating massive traffic jams

LARR-000011

from Houston to Baton Rouge and north to the Arkansas border. The evacuation was complicated by predictions that Hurricane Rita would make landfall further west, triggering a mass exodus from the Houston area. At the same time, any roads and highways to the east were closed due to damage from Hurricane Katrina, which funneled much of the evacuation traffic north on two-lane secondary roads.

In the aftermath of the storm approximately 650,000 homes in Louisiana were without electricity and half-a-million people had no drinking water, preventing many from returning to their homes for three weeks or longer. The homes and buildings left vacant in the heat and humidity often developed black mold and other environmental and health hazards. FEMA has issued more than $403 million in housing assistance to renters and homeowners whose primary residents were damaged or destroyed. Table 3 below shows the extent of damage to homes in Southeast Texas and Southwest Louisiana and FEMA's assistance.

## Table 3

### Housing Damage from Hurricane Rita in Southwest Louisiana and Southeast Texas

|  | Southwest Louisiana | Southeast Texas |
|---|---|---|
| Severly Damaged/Destroyed Housing Units | 11,533 | 12,103 |
| FEMA Trailers Used as Temporary Housing | 13,197 | 4,025 |
| FEMA "Blue Roofs" | 18,115 | 21,000 |
| Federal Unemployment Assistance (millions) | $8.3 | $4.6 |
| Federal Disaster Assistance | $89.3 | $82.1 |

Source: Office of Gulf Coast Rebuilding

Hurricane Rita also caused extensive damage to Southwest Louisiana's agriculture, forestry, and fishing industries. Table 4 shows an estimate of the cost of this damage prepared by the Louisiana State University Agricultural Center.[2] The area also contains

---

[2] Assessment of Damage to Louisiana  Agricultural, Forestry, and Fisheries Sectors  By Hurricane Rita, LSU AgCenter, October 5, 2005

11

a number of significant nature preserves and wildlife refuges, including the Sabine National Wildlife Refuge, the Cajun Nature Trail, and the Rockefeller Wildlife Refuge and Game Preserve. The damage to these environmentally sensitive areas was massive and it may take years before it is fully revealed.

## Table 4

### Estimated Damage Caused by Hurricane Rita to Louisiana's Agriculture, Forestry, and Fishing

| Commodity | Estimated Value of Damage |
|---|---|
| Forestry | $227,966,661 |
| Crops | $201,836,360 |
| Fruits, Nuts, etc | $9,581,627 |
| Livestock & Forrage | $51,738,698 |
| Aquaculture | $49,178,024 |
| Fisheries | $34,090,892 |
| Wildlife and Recreation | $18,582,570 |
| Total | $592,974,832 |

Source: LSU Agricultural Center

More than 200,000 acres of fresh water and intermediate marshland was inundated with saltwater, elevating salinity levels in the estuarine system to levels that threaten native species and the food supply for migratory birds. The impact this had on the already-threatened coast and environmentally sensitive marshlands are truly catastrophic. As explained by Mr. David Richard of Stream Property Management in testimony before Congress:

> "In this low, flat wetland the damage that was inflicted was beyond comprehension to the coastal communities involved of Cameron, Grand Chenier, Creole, Holly Beach, Pecan Island and Vermilion Parish and the entire coast of Louisiana that was affected by excessive storm surge. The damage inflicted upon National Wildlife Refuges in the area was serious and catastrophic to the infrastructure. This infrastructure includes levees, water control structures, headquarters facilities, visitor centers and public use trails and supporting facilities."

Mr. Richard went on to explain that it could cost between 50 and 100 million dollars to repair this damage, and that these refuges are important for the education and economy of Southwest Louisiana as they attract one-half million visitors per

12

year to learn about and enjoy the ecology and natural resources of this productive area.

## C.  The Response

The recovery process can be divided into three phases, what might be termed the "three Rs." (1) **_Relief,_** when the goal is to make the area inhabitable again, which generally takes about one month depending on the severity of the damage. (2) **_Restoration_**, when the goal is to resume normal activities, such as returning to work and children going to school. This generally is accomplished within the first six months. (3) **_Redevelopment,_** when the focus shifts to undertaking major repairs and taking measures to prevent such damage in the future. Full recovery is achieved when a stronger, better community has been built for future generations. Each area in Southwest Louisiana is at a somewhat different phase in this process depending on the nature and severity of the damage it incurred.

## 1)  RELIEF

The response of residents of Southwest Louisiana to Hurricane Rita was immediate and heroic. All emergency responders—police, sheriff's deputies, firefighters, and medical personnel—remained on the job, and most public officials stayed in the parish to identify needs and coordinate relief efforts. Residents who remained behind began immediately removing trees from roads and homes and there were few incidents of looting or lawlessness. Although there was no electricity or running water, and gasoline to run generators was hard to find, within 48 hours FEMA and the Louisiana National Guard were distributing food, water and ice. Calcasieu and Cameron Parishes were closed, preventing residents from returning, while FEMA and the Red Cross began distributing emergency payments to evacuees at centers throughout Texas, Louisiana, Oklahoma, Arkansas, and Mississippi to assist with their lodging and food expenses.

Entergy and Beauregard Electric Cooperative brought in over 20,000 electrical workers to restore power and trucks began circulating throughout the area gathering and removing debris. It was an enormous job made even more difficult by the lack of basic services. The main complaint of residents during this time was confusing and conflicting

13

LARR-000014

instruction from FEMA and other government agencies. Also, many people did not know what was covered by their insurance policies, what aid was available to them, or where to go to get it and what documents they would need to establish eligibility. In the confusion, there were many instances of fraud and abuse. Table 5 shows the amount of aid distributed by FEMA to Rita victims in Louisiana.

Within three to four weeks most of Southwest Louisiana was inhabitable again, the exception being southern Cameron Parish where the damage was catastrophic. FEMA and the Corps of Engineers provided nearly 40,000 "blue roofs" in Southwest Louisiana and Texas to prevent further damage to homes, and grocery stores and service stations slowly began to re-open on a limited basis.

## Table 5
### FEMA Assistance, by Parish, as of August 14, 2006

| Parish | Population | Individual Assistance | Expedited Assistance | Housing Assistance | Other Needs Assistance |
|---|---|---|---|---|---|
| Calcasieu | 185,419 | | | | |
| Amount (millions) | | $229.9 | $161.8 | $200.6 | $28.3 |
| Amount Per Capita | | $1,240 | $873 | $1,082 | $153 |
| Cameron | 9,558 | | | | |
| Amount (millions) | | $37.0 | $7.9 | $22.5 | $14.5 |
| Amount Per Capita | | $3,871 | $827 | $2,354 | $1,517 |
| Beauregard | 34,562 | | | | |
| Amount (millions) | | $21.9 | $13.1 | $18.1 | $3.8 |
| Amount Per Capita | | $634 | $379 | $524 | $110 |
| Vermillion | 55,195 | | | | |
| Amount (millions) | | $41.4 | $14.8 | $28.7 | $12.7 |
| Amount Per Capita | | $750 | $268 | $520 | $230 |
| Jefferson Davis | 31,272 | | | | |
| Amount (millions) | | $19.5 | $13.7 | $16.6 | $2.9 |
| Amount Per Capita | | $624 | $438 | $531 | $93 |
| Vernon | 48,745 | | | | |
| Amount (millions) | | $12.2 | $7.2 | $9.7 | $2.6 |
| Amount Per Capita | | $250 | $148 | $199 | $53 |
| Sabine | 23,786 | | | | |
| Amount (millions) | | $2.7 | $1.2 | $2.1 | $0.6 |
| Amount Per Capita | | $114 | $50 | $88 | $25 |
| Total Assistance (millions) | | $364.6 | $219.7 | $298.3 | $65.4 |

Charitable and non profit organizations played a major role in the relief effort and in the rebuilding that lay ahead. The American Red Cross served nearly 500,000 meals and 660,000 snacks to evacuees and the homeless; the Salvation Army served 223,000 hot meals and 131,000 snacks, bought 60,000 appliances and pieces of furniture, and

LARR-000015

distributed 18,000 food boxes, 4,300 personal comfort items, 8,447 Wal-Mart gift cards, 4,835 Kroger gift cards, 1,267 phone cards; and the Volunteers of America provided mental health assistance to 4,888 individuals through the Louisiana Spirit Program. Area churches, the synagogue and the mosque also fed and sheltered victims and volunteers from Habitat for Humanity have been helping to rebuild homes in the area. The United Way of Southwest Louisiana raised over $3 million for hurricane relief; how these funds were spent is detailed in table 6

## Table 6

### Hurricane Related Expenditures by
### The United Way of Southwest Louisiana

| Item | Spending |
|------|---------|
| Food, Clothing, Immediate Relief | $ 186,806 |
| Counseling | $ 116,121 |
| Emergency Shelter | $ 6,226 |
| Medical Care, Prescriptions | $ 39,502 |
| Transportation | $ 4,100 |
| Assessment & Case management: | $ 68,180 |
| Furniture, Appliances | $ 77,885 |
| Reburials | $ 10,850 |
| Legal Services | $ 30,000 |
| Child Care | $ 30,000 |
| Housing | $ 312,074 |
| Assistance to providers | $ 176,966 |
| Strengthening the Social Service Network | $ 121,604 |

Source: The United Way of Southwest Louisiana

The US Department of Agriculture also played a major role in responding the needs of residents and agricultural producers in Southwest Louisiana through its Rural Development Office and Farm Service Agency, providing food stamp benefits for residents, emergency assistance to agricultural producers and housing for evacuees in rural communities.

More than $500 million in federal appropriations have been made available to agricultural producers in hurricane impacted areas for crop disaster, livestock, tree and aquaculture assistance. This includes $40 million that was obligated for sugarcane producers in Louisiana.

LARR-000016