UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 7



# FEMA Infrastructure Funds Surpass $10 Billion Mark For Gulf Coast Recovery

Release Date: April 9, 2008
Release Number: 1603-781

» More Information on Louisiana Hurricane Katrina
» More Information on Louisiana Hurricane Rita

NEW ORLEANS, La. -- Financial assistance to state and local governments to help repair or replace infrastructure throughout the Gulf coast damaged by Hurricanes Katrina and Rita has topped the $10 billion mark, according to officials at the U.S. Department of Homeland Security's Federal Emergency Management Agency (FEMA).

The money has been obligated to the states of Texas, Louisiana, Mississippi and Alabama on behalf of state and local governments through FEMA's Public Assistance program for a variety of repair and reconstruction projects, like damaged schools, roads, utilities and reconstituting other critical infrastructure.

"This is an unprecedented funding level in our nation's history of responding to natural disasters," said Jim Stark, Acting Associate Deputy Administrator for FEMA's Gulf Coast Recovery Office. "Over the past 30 months FEMA has funded more than 74,500 projects across these four states and has worked hard to be a strong partner with states and local governments in restoring their communities."

Through the Public Assistance program, FEMA reimburses state and local governments, and certain eligible private nonprofit organizations for the approved costs associated with repairing or replacing disaster-damaged infrastructure. Eligible projects include damaged roads and bridges, water control facilities, public buildings and their contents, publicly owned utilities and parks and recreation areas. The Public Assistance Program also funds eligible costs associated with debris removal and emergency protective measures related to the disaster.

The Gulf Coast Recovery Office website provides maps with detailed information about the infrastructure repair and rebuilding projects across the Gulf Coast. These maps allow you to sort by types of projects, and view them across the Gulf, by State, community, and even neighborhood. FEMA continually makes enhancements and adds more information to the site, so we invite you to visit the recovery maps @ www.fema.gov/gcro.

Public Assistance funds disbursed to each state are as follows:

**Alabama** - $115 million
**Louisiana** - $6.37 billion
**Mississippi** - $2.62 billion

**Texas** - $925 million

FEMA coordinates the federal government's role in preparing for, preventing, mitigating the effects of, responding to, and recovering from all domestic disasters, whether natural or man-made, including acts of terror.