UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


**DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**


**U.S. EXHIBIT NO. 10-B**

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | | 1. REQUISITION NUMBER | | PAGE 1 OF |
|---|---|---|---|---|---|
| 2. CONTRACT NO. HSFEHQ-05-C-4155 | 3. AWARD/EFFECTIVE DATE See Blk 31c | 4. ORDER NUMBER N/A | 5. SOLICITATION NUMBER N/A | | 6. SOLICITATION ISSUE DATE N/A |

| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME Thomas E. Mason | | b. TELEPHONE NUMBER *(No collect calls)* 202-692-4210 | 8. OFFER DUE DATE/ LOCAL TIME N/A |
|---|---|---|---|---|

| 9. ISSUED BY CODE | 10. THIS ACQUISITON IS |
|---|---|
| FEMA<br>Financial & Acquisition Management<br>500 C Street, S.W. Room 350<br>Washington, D.C. 20472 | ☑ UNRESTRICTED OR ☐ SET ASIDE: ___% FOR:<br>☐ SMALL BUSINESS ☐ EMERGING SMALL BUSINESS<br>☐ HUBZONE SMALL BUSINESS<br>NAICS:<br>SIZE STANDARD: ☐ SERVICE-DISABLED VETERAN- OWNED SMALL BUSINESS ☐ 8(A) |

| 11. DELIVERY FOR FOB DESTINA- TION UNLESS BLOCK IS MARKED<br>☐ SEE SCHEDULE | 12. DISCOUNT TERMS | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION ☐ RFQ ☐ IFB ☑ RFP |

| 15. DELIVER TO CODE | 16. ADMINISTERED BY CODE |
|---|---|
| FEMA<br>GSA Depot Baton Rouge<br>2695 N. Sherwood Forest Blvd<br>Baton Rouge, LA 70814 | FEMA<br>Financial & Acquisition Management<br>500 C Street, S.W. Room 350<br>Washington, D.C. 20472 |

| 17a. CONTRACTOR/ OFFEROR CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY CODE |
|---|---|---|
| CMH Homes, Inc<br>PO Box 9790<br>5000 Clayton Road<br>Maryville, TN 37802<br>TELEPHONE NO. 865-380-3005X016 | | FEMA<br>Disaster Finance Center<br>Attn: Vendor Payments<br>P.O. Box 800<br>Berryville, VA 22611 |
| ☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☐ SEE ADDENDUM |

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 1 | Single Section Manufactured Homes IAW Proposal dated 09/02/05 shown as Attachment 4 to this contract | 1,791 | Lot | | 60,935,395.00 |
| | *(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA NN00336Y2005T 2005-06-1604DR-9044-XXXX-3199-D | 26. TOTAL AWARD AMOUNT *(For Govt. Use Only)* $60,932,395.00 |
|---|---|

| ☑ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☑ ARE ☐ ARE NOT ATTACHED |
|---|
| ☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED |

| ☐ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED | ☐ 29. AWARD OF CONTRACT: REF. ___ OFFER DATED ___ See Blk 31c . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: |
|---|---|
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)* |
| 30b. NAME AND TITLE OF SIGNER *(Type or print)* | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER *(Type or print)* Ashley Lewis, Contracting Officer, DHS | 31c. DATE SIGNED 09/03/05 |

| AUTHORIZED FOR LOCAL REPRODUCTION PREVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 3/2005) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN

☐ RECEIVED    ☐ INSPECTED    ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED: _____

| 32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|
| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
| | | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | | 37. CHECK NUMBER |
|---|---|---|---|---|---|
| ☐ PARTIAL  ☐ FINAL | | | ☐ COMPLETE  ☐ PARTIAL  ☐ FINAL | | |
| 38. S/R ACCOUNT NO. | 39. S/R VOUCHER NUMBER | 40. PAID BY | | | |

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | | 42a. RECEIVED BY *(Print)* |
|---|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT *(Location)* |
| | | 42c. DATE REC'D *(YY/MM/DD)*     42d. TOTAL CONTAINERS |

STANDARD FORM 1449 (REV. 3/2005) BACK

# Table of Contents

SECTION A – EXECUTIVE SUMMARY ........................................................................................2

    SECTION A – EXECUTIVE SUMMARY....................................................................................2
        A.1    Type of Contract...............................................................................................................2
    SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS...............................................3
        B.1    General Description..........................................................................................................3
    SECTION C – SPECIFICATIONS ...............................................................................................4
        C.1    Introduction .....................................................................................................................4
        C.2 Description CLIN 0001    Manufactured Homes from Existing Inventory ...............................4
    SECTION D – PACKING, PACKAGING, AND MARKING........................................................6
        D.1    Packaging, Packing, and Marking ...................................................................................6
        D.2    Special Marking Requirements.........................................................................................6
    SECTION E - INSPECTION AND ACCEPTANCE.....................................................................7
        E.1    Inspection and Acceptance ...............................................................................................7
        E.2    Partial Delivery and Acceptance .....................................................................................7
    SECTION F - DELIVERY ............................................................................................................8
        F.1    Delivery Requirements.....................................................................................................8
        F.2    Delivery Schedules ..........................................................................................................8
    SECTION G - CONTRACT ADMINISTRATION DATA ...........................................................9
        G.1    Contracting and Administration Authority ......................................................................9
        G.2    Administrative Matters ....................................................................................................9
    SECTION H – SPECIAL CONTRACTING PROVISIONS .......................................................10
        H.1    Central Contractor Registration exemption ...................................................................10
        H.2    Federal Mission Verification ..........................................................................................10

Section I – Contract Terms and Conditions...............................................................................11

    Part (1) – Contract Terms & Conditions – Commercial Items ...................................................11
        Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity ...........11
        Contract Terms and Conditions – Commercial Items........................................................11
    Part (2) – Clauses Incorporated By Reference...........................................................................16
    Part (3) – Contract Terms & Conditions Required to Implement Statutes or Executive Order –
    Commercial Items.....................................................................................................................17

SECTION J – CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS......................23

Section K – Solicitation Provisions..............................................Error! Bookmark not defined.

    Part (1) – Instructions to Offerors – Commercial Items .........................Error! Bookmark not defined.
    Part (2) – Offeror Representations and Certification – Commercial Items ...........................................24

FEMA10-000216

# SECTION A – EXECUTIVE SUMMARY

## SECTION A – EXECUTIVE SUMMARY

## A.1   Type of Contract

This is a fixed price type contract.

# SECTION B - SUPPLIES OR SERVICES AND PRICES/COSTS

## B.1    General Description

The contractor shall supply from existing inventory the products and services described in the CLINS below and described in Section C, Statement of Specifics.

| CLIN | Description | Quantity | Total |
|------|-------------|----------|-------|
| 0001 | Manufactured Homes from Existing Inventory | 1791 | $60,935,395.00 |
| 0002* | Firm Fixed Price Delivery | | N/A |
| 0003* | Delivery | NTE | N/A |

*If delivery is included in Manufactured Home price then CLINS 0002 and 0003 are not applicable

# SECTION C – SPECIFICATIONS

## C.1   Introduction

This is a summary of unit features: this information is an illustrative of the specifications but **can be modified and alternative units** provided to meet the compelling and urgent need for housing for the victims of the Katrina aftermath.

## C.2 Description CLIN 0001    Manufactured Homes from Existing Inventory

| | |
|---|---|
| Zoning Requirements. Structural design to be incorporated into each unit. | |
| Roof Load Zone: | Southern |
| Thermal (U/O) Zone: | Southern-Thermal Zone 1 |
| Wind Zone: | Wind Zone 1 and 2 |
| Size and Configuration | |
| Type | Manufactured Home |
| Exterior Length | Prefer 60, not exceed 70 ft (box length) |
| Exterior Width | 14 ft (box width) (Preferred) |
| Electrical System-AMPS | Prefer 100 A, not to exceed 200 A(All-Electric) |
| Electrical System-Volts | 120/240 V |
| Furnishing | Fully Furnished |
| Bedrooms | 3 (each bedroom designed for 2 people) |
| Bathroom | Minimum Bathroom 1 |
| Refrigerator | Prefer 18 cubic Foot Frost Free with Freezer |
| Range and Oven | Yes, electric (no gas appliances) |
| Washer and Dryer Capacity | Yes, washer and dryer not included. |
| Air Conditioner | Yes, electric, central air (no window units) |
| Furnace | Prefer Gas (LP and/or natural gas), electric preferred |
| Microwave | Yes 1.2 cubic foot with child lock |
| Water Heater | Minimum 30 Gal (dual element) quick recovery |
| Exterior Covering | Vinyl siding (color: white or off white) |
| Smoke Detector | Yes, electric w/battery-back-up(all bedrooms, living room, kitchen, bathroom, and hallways) |
| Fire Extinguisher | Yes |
| Floor Plan | FEMA prefers that each home follow the following basic floor plan. Beginning with the front of the unit and working toward the rear, the layout shall be:<br>• Bedroom #3<br>• Bedroom #2<br>• Living Room<br>• Kitchen/Dining Room |

FEMA10-000219

| | |
|---|---|
| | • Furnace/Water Heater/plumbing Chase<br>• Bathroom<br>• Bedroom (Master) |

**CLIN 0002 Firm Fixed Price Delivery**

**CLIN 0003 Delivery Not-To-Exceed**

# SECTION D – PACKING, PACKAGING, AND MARKING

## D.1   Packaging, Packing, and Marking

Products shall be packaged, packed, and marked in accordance with the Contractor's standard commercial practices unless otherwise specified herein.  The Contractor is fully liable for all damage, deterioration, or losses incurred during shipment and handling, unless the damage, deterioration, or losses are due to the fault of the Government.  The contractor shall provide a packing slip which shall accompany each carton with information identifying the contract number, a description of the product enclosed (manufacturer name, model number, serial number), and the customer point of contact.

Delivery/Receiving Point

FEMA
GSA Depot Baton Rouge
2695 N. Sherwood Forest Blvd.
Baton Rouge, LA  70814

Certificates of Origin (Titles)

Express Mail to:

FEMA
Attn:  James Kaczorowski
Room 254
500 C Street, S.W., Room 350
Washington, D.C.  20472

To be titled to "FEMA"

## D.2   Special Marking Requirements

Special marking requirements for each unit should be provided as a unit data plate as shown on attachment (1).  Additionally, the VIN numbers shall be visibly marked on an exterior frame member.

# SECTION E - INSPECTION AND ACCEPTANCE

## E.1   Inspection and Acceptance

(a)  Payment purposes:

(1) Inspection and acceptance for payment purposes for CLINs 0001 and 0002 (if applicable) will be at destination.

(2) Payment for CLIN 0003 (if applicable) will be made upon receipt of an acceptable invoice.

## E.2   Partial Delivery and Acceptance

Partial deliveries are acceptable.

# SECTION F - DELIVERY

## F.1    Delivery Requirements

All equipment ordered under this contract shall be shipped "F.O.B. Destination".

**3052.247-72**    F.O.B. Destination Only

## F.2    Delivery Schedules

Delivery shall be made as soon as possible, but no later than __30___ days after receipt of contract.

# SECTION G - CONTRACT ADMINISTRATION DATA

## G.1 Contracting and Administration Authority

(a) The Contracting Officer is the only person authorized to approve changes or modify any of the requirements under this contract unless otherwise authorized in a modification to the contract and issued under the contract. In the event the Contractor effects any such change at the direction of any person other than the Contracting Officer, the change will be considered to have been made without authority, and no adjustment will be made in the contract price to cover any increase in costs incurred as a result thereof.

(b) The Contractor shall submit requests for modification of this contract to:

> Brian McCreary, Contracting Officer
> FEMA
> Financial & Acquisition Management
> 500 C Street, S.W., Room 350
> Washington, D.C. 20472
> Ph: (202) 646-3757

(c) Contractual problems of any nature should be handled as soon as possible, and according to applicable public laws and regulations (e.g., Federal Acquisition Regulation). The problem resolution escalation sequence in DHS should be as follows: 1) initial point of contact for problem resolution should be the individual requesting or receiving the product, 2) then the Contracting Officer that placed the order, ultimately, the Contracting Officer for the Contract its self is authorized to formally resolve the problem.

(d) Requests for information on matters related to this contract, such as explanation of terms and contract interpretation, shall be submitted to the Contracting Officer.

## G.2 Administrative Matters

(a) The address and telephone number of the Contracting Officer is:

> Brian McCreary, Contracting Officer
> FEMA
> Financial & Acquisition Management
> 500 C Street, S.W., Room 350
> Washington, D.C. 20472
> Ph: (202) 646-3757

(b) The Contractor shall provide to the Contracting Officer a copy of any correspondence received from any Government activity involved with this contract that is related, or might be related, to a contractual matter.

# SECTION H – SPECIAL CONTRACTING PROVISIONS

## H.1   Central Contractor Registration exemption

For the purposes of this contract, contractors are exempt from the requirements for registering in the central contractor registration (CCR) as required by 52.212-4(t); **however, to ensure prompt payment,** contractors are required to complete attachment (2), and fax the completed document to the name and attention of the individual noted on the form.

## H.2   Federal Mission Verification

Attachment (3), Federal Mission Verification, shall be provided to each common carrier that will transport each unit to ensure state and local police, highway, and transportation personnel can verify that the common carrier is supporting this federal mission.  The common carrier shall require each driver to have a copy of the verification during transport.

# Section I – Contract Terms and Conditions

## Part (1) – Contract Terms & Conditions – Commercial Items

(FAR 52.212-4)

## Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity

### (FAR 52.203-8) (JAN 1997)

(a) If the Government receives information that a contractor or a person has engaged in conduct constituting a violation of subsection (a), (b), (c), or (d) of section 27 of the Office of Federal Procurement Policy Act (41 U.S.C. 423) (the Act), as amended by section 4304 of the National Defense Authorization Act for Fiscal Year 1996 (Pub. L. 104-106), the Government may--

(1) Cancel the solicitation, if the contract has not yet been awarded or issued; or
(2) Rescind the contract with respect to which--
(i) The Contractor or someone acting for the Contractor has been convicted for an offense where the conduct constitutes a violation of subsection 27(a) or (b) of the Act for the purpose of either--
(A) Exchanging the information covered by such subsections for anything of value; or
(B) Obtaining or giving anyone a competitive advantage in the award of a Federal agency procurement contract; or
(ii) The head of the contracting activity has determined, based upon a preponderance of the evidence, that the Contractor or someone acting for the Contractor has engaged in conduct constituting an offense punishable under subsection 27(e)(1) of the Act.

(b) If the Government rescinds the contract under paragraph (a) of this clause, the Government is entitled to recover, in addition to any penalty prescribed by law, the amount expended under the contract.

(c) The rights and remedies of the Government specified herein are not exclusive, and are in addition to any other rights and remedies provided by law, regulation, or under this contract.

## Contract Terms and Conditions – Commercial Items

### (FAR 52.212-4) (OCT 2003)

(a) *Inspection/Acceptance.* The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming

services at no increase in contract price. The Government must exercise its post-acceptance rights—

(1) Within a reasonable time after the defect was discovered or should have been discovered; and
(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) *Assignment*. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (*e.g.*, use of the Government-wide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) *Changes*. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) *Disputes*. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) *Definitions*. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) *Excusable delays*. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice.

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include—
(i) Name and address of the Contractor;
(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (*e.g.,* 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR Part 1315.

(h) *Patent indemnity.* The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment.—

(1) *Items accepted.* Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.

(2) *Prompt payment.* The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR Part 1315.

(3) *Electronic Funds Transfer (EFT).* If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(4) *Discount.* In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the

payment check or the specified payment date if an electronic funds transfer payment is made.

(5) *Overpayments.* If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) *Risk of loss.* Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or
(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) *Taxes.* The contract price includes all applicable Federal, State, and local taxes and duties.

(l) *Termination for the Government's convenience.* The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) *Termination for cause.* The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) *Title.* Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) *Warranty.* The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) *Limitation of liability*. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) *Other compliances*. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) *Compliance with laws unique to Government contracts.* The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, *et seq.*, Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) *Order of precedence*. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:

(1) The schedule of supplies/services.
(2) The Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause.
(3) The clause at 52.212-5.
(4) Addenda to this solicitation or contract, including any license agreements for computer software.
(5) Solicitation provisions if this is a solicitation.
(6) Other paragraphs of this clause.
(7) The Standard Form 1449.
(8) Other documents, exhibits, and attachments.
(9) The specification.

Paragraph (t) intentionally deleted.

# Part (2) – Clauses Incorporated By Reference

**(FAR 52.252)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available. Also, the full text may be accessed electronically at these Internet addresses: http://www.arnet.gov.

| FAR Clause No. | Title and Date |
|---|---|
| 52.232-23 | Assignment of Claims (Jan 86) |
|  |  |
|  |  |
|  |  |

# Part (3) – Contract Terms & Conditions Required to Implement Statutes or Executive Order – Commercial Items

## (FAR 52.212-5) (JAN 2005)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the contracting officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer shall check as appropriate.]

_X_  (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

____  (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999)(15 U.S.C. 657a).

____  (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer)(15 U.S.C. 657a).

____  (4) (i) 52.219-5, Very Small Business Set-Aside (June 2003)(Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

____  (ii) Alternate I (Mar 1999) of 52.219-5.

____  (iii) Alternate II (June 2003) of 52.219-5.

____  (5) (i) 52.219-6, Notice of Total Small Business Aside (June 2003) (15 U.S.C. 644).

____  (ii) Alternate I (Oct 1995) of 52.219-6.

____  (iii) Alternate II (Mar 2004) of 52.219-6.

____  (6) (i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003)(15 U.S.C. 644).

____  (ii) Alternate I (Oct 1995) of 52.219-7.

____  (iii) Alternate II (Mar 2004) of 52.219-7.

_X_  (7) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)).

____  (8) (i) 52.219-9, Small Business Subcontracting Plan (Jan 2002)(15 U.S.C. 637 (d)(4)).

____  (ii) Alternate I (Oct 2001) of 52.219-9.

____  (iii) Alternate II (Oct 2001) of 52.219-9.

____  (9) 52.219-14, Limitations on Subcontracting (Dec 1996)(15 U.S.C. 637(a)(14)).

____  (10) (i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (June 2003)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

Section I – Contraction Terms & Conditions – Commercial Items

_____ (ii) Alternate I (June 2003) of 52.219-23.

_____ (11) 52.219-25, Small Disadvantaged Business Participation Program—Disadvantaged Status and Reporting (Oct 1999)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

_____ (12) 52.219-26, Small Disadvantaged Business Participation Program—Incentive Subcontracting (Oct 2000)(Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

_____ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).

_____ (14) 52.222-3, Convict Labor (June 2003)(E.O. 11755).

_____ (15) 52.222-19, Child Labor—Cooperation with Authorities and Remedies (JUN 2004) (E.O. 13126).

_X_ (16) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

_X_ (17) 52.222-26, Equal Opportunity (Apr 2002)(E.O. 11246).

_X_ (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001)(38 U.S.C. 4212).

_X_ (19) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998)(29 U.S.C. 793).

_X_ (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001)(38 U.S.C. 4212).

_____ (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

_____ (22) (i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000)(42 U.S.C. 6962(c)(3)(A)(ii)).

_____ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

_____ (23) 52.225-1, Buy American Act--Supplies (June 2003)(41 U.S.C. 10a-10d).

_X_ (24) (i) 52.225-3, Buy American Act –Free Trade Agreements – Israeli Trade Act (Jan 2005)(41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).

_____ (ii) Alternate I (Jan 2004) of 52.225-3.

_____ (iii) Alternate II (Jan 2004) of 52.225-3.

_____ (25) 52.225-5, Trade Agreements (Jan 2005)(19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

_X_ (26) 52.225-13, Restrictions on Certain Foreign Purchases (Dec 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

_X_ (27) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).

_X_ (28) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).

_____ (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

_____ (30) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

_____ (31) 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration (Oct. 2003)(31 U.S.C. 3332).

_X_    (32) 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration (May 1999)(31 U.S.C. 3332).
_X_    (33) 52.232-36, Payment by Third Party (May 1999)(31 U.S.C. 3332).
_X_    (34) 52.239-1, Privacy or Security Safeguards (Aug 1996)(5 U.S.C. 552a).
_X_    (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003)(46 U.S.C. 1241 and 10 U.S.C. 2631).
_____    (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]

_____    (1) 52.222-41, Service Contract Act of 1965, as Amended (May 1989)(41 U.S.C. 351, et seq.).
_____    (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989)(29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
_____    (3) 52.222-43, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Multiple Year and Option Contracts) (May 1989)(29 U.S.C.206 and 41 U.S.C. 351, et seq.).
_____    (4) 52.222-44, Fair Labor Standards Act and Service Contract Act -- Price Adjustment (Feb 2002)(29 U.S.C. 206 and 41 U.S.C. 351, et seq.).
_____    (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989)(41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -- Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.
(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)

(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c) and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004)(15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002)(E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001)(38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998)(29 U.S.C. 793).

(v) 52.222-39, Notification of Employee rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.)

(vii) 52.247-64, Preference for Privately-Owned U.S. Flag Commercial Vessels (Apr 2003)(46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64,

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

## HSAR CLAUSES INCORPORATED BY FULL TEXT

### 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES [DEC 2003]

(a) Prohibitions.

Section 835 of Public Law 107-296, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity after November 25, 2002, which is treated as an inverted domestic corporation as defined in this clause. The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of homeland security, or to prevent the loss of any jobs in the United States or prevent the Government from incurring any additional costs that otherwise would not occur.

(b) Definitions. As used in this clause:

"Expanded Affiliated Group" means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting `more than 50 percent' for `at least 80 percent' each place it appears.

"Foreign Incorporated Entity" means any entity which is, or but for subsection (b) of Section 835 of the Homeland Security Act, Public Law 107-296, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

"Inverted Domestic Corporation." A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)—

(1) The entity completes after November 25, 2002, the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held—

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group. "Person", "domestic", and "foreign" have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain Stock Disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, Public Law 107-296.

(2) Plan Deemed In Certain Cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is after the date of enactment of this Act and which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) Certain Transfers Disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special Rule For Related Partnerships. For purposes of applying Section 835(b) of Public Law 107-296 to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows:

(i) warrants;

(ii) options;

(iii) contracts to acquire stock;

(iv) convertible debt instruments; and

(v) others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of Section 835.

(f) Disclosure.

By signing and submitting its offer, an offeror under this solicitation represents that it not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of Section 835 of the Homeland Security Act, Public Law 107-296 of November 25, 2002.

(g) If a waiver has been granted, a copy of the approved waiver shall be attached to the bid or proposal.

(End of provision)

# SECTION J – CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS

Attachment 1   Special Marking Requirements – Sample Unit Data Plate

Attachment 2   FEMA Electronic Funds Transfer Information document

Attachment 3   Federal Mission Verification

Attachment 4 CMH Proposal (spreadsheet)

# Part (2) – Offeror Representations and Certification – Commercial Items

**52.212-3      Offeror Representations and Certifications-Commercial Items. (MAR 2005)**

An offeror shall complete only paragraph (j) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service–

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"Service-disabled veteran-owned small business concern"–

(1) Means a small business concern–

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size

standards in this solicitation.

"Veteran-owned small business concern" means a small business concern-

> (1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

> (2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern-

> (1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

> (2) Whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

> (1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

> (2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

> (3) Taxpayer Identification Number (TIN).

[ ] TIN: [ ].

[ ] TIN has been applied for.

[ ] TIN is not required because:

[  ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government.

       (4) Type of organization.

[ ] Sole proprietorship;
[ ] Partnership;
[ ] Corporate entity (not tax-exempt);
[ ] Corporate entity (tax-exempt);
[ ] Government entity (Federal, State, or local);
[ ] Foreign government;
[ ] International organization per 26 CFR 1.60494;
[ ] Other [ ].

       (5) Common parent.

[ ] Offeror is not owned or controlled by a common parent;
[ ] Name and TIN of common parent:
[ ] Name [ ].
[ ] TIN [ ].

      (c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

          (1) Small business concern. The offeror represents as part of its offer that it [ ] is, [ ] is not a small business concern.

          (2) Veteran-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business concern.

          (3) Service-disabled veteran-owned small business concern. [Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.] The offeror represents as part of its offer that it [ ] is, [ ] is not a service-disabled veteran-owned small business concern.

          (4) Small disadvantaged business concern. [Complete only if the offeror

represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, for general statistical purposes, that it [ ] is, [ ] is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) Women-owned small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is, [ ] is not a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents that it [ ] is a women-owned business concern.

(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price: [ ]

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]

(i) [Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).] The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.

(ii) [Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).] Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(Check one of the following):

Average Annual Gross Revenues
Number of Employees

| | |
|---|---|
| [_] 50 or fewer | [_] $1 million or less |
| [_] 51-100 | [_] $1,000,001-$2 million |
| [_] 101-250 | [_] $2,000,001-$3.5 million |
| [_] 251-500 | [_] $3,500,001-$5 million |
| [_] 501-750 | [_] $5,000,001-$10 million |
| [_] 751-1,000 | [_] $10,000,001-$17 million |
| [_] Over 1,000 | [_] Over $17 million |

(9) [Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.]

(i) General. The offeror represents that either-

(A) It [ ] is, [ ] is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It [ ] has, [ ] has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) [ ] Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns. The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. The offeror shall enter the name of the

small disadvantaged business concern that is participating in the joint venture: [ ]

(10) HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.] The offeror represents, as part of its offer, that--

(i) It [ ] is, [ ] is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR part 126; and

(ii) It [ ] is, [ ] is not a joint venture that complies with the requirements of 13 CFR part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture:_____.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Representations required to implement provisions of Executive Order 11246-

(1) Previous contracts and compliance. The offeror represents that-

(i) It [ ] has, [ ] has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It [ ] has, [ ] has not filed all required compliance reports.

(2) Affirmative Action Compliance. The offeror represents that-

(i) It [ ] has developed and has on file, [ ] has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It [ ] has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352). (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated

funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

Paragraph (f) is intentionally deleted.

Paragraph (g) is intentionally deleted.

(h) Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549). (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals--

(1) [ ] Are, [ ] are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) [ ] Have, [ ] have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: Commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or Commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) [ ] Are, [ ] are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126). [The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).]

(1) Listed end products.

Listed End Product [ ]
Listed Countries of Origin [ ]

(2) Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the

corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

Paragraph (j)(1) is intentionally deleted.

Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

3 Sep 2005

 **Homeland Security**

MEMORANDUM FOR:   State and Local Law Enforcement, Turnpike, and Transportation
Personnel

FROM:   Thomas E. Mason
Contracting Officer
Department of Homeland Security

SUBJECT:   Federal Mission Verification

### OVERVIEW

You may use this document for thirty consecutive days from the above stated date to verify that
the Federal Government has contracted a common carrier to transport manufactured homes in
support of national, Hurricane Katrina, emergency-response efforts.

### BACKGROUND:

On August 29, 2005, Hurricane Katrina made landfall on the United States Gulf shores,
devastating entire towns and cities within Alabama, Mississippi and Louisiana, including the
entire city of New Orleans, Louisiana. The end result is that hundreds of thousands of people
have been left homeless and without basic necessities. There is an immediate need for shelter for
these persons that cannot be alleviated without the intervention described herein.

In response, the Federal Emergency Management Agency, under the direction of the Secretary of
the Department of Homeland Security and in coordination with state and local governments, has
launched the largest emergency assistance relief effort in our nations' history.

In support of these relief efforts, the Federal Government must immediately procure
manufactured single homes and swiftly transport these homes to the affected areas. These homes
must immediately be transported through state roadways during all hours, without escort, and
irrespective of size, width, and weight. Time is of the essence. Lives must be saved and
people's hopes must be restored.

Should you need to verify that a particular common carrier is performing services for the Federal
Government, contact the Contracting Officer named above at **202-692-4210** or **202-360-3001.**

This document was prepared by the Department of Homeland Security, Office of the General Counsel and may
contain confidential and/or sensitive attorney client privileged, attorney work-product and/or U.S. Government
information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended
recipient. Please consult the Office of the General Counsel before disclosing any information contained herein

FEMA10-000247

OFFICE OF THE GOVERNOR



STATE CAPITOL
MONTGOMERY, ALABAMA 36130

BOB RILEY
GOVERNOR

(334) 242-7100
FAX: (334) 242-0937

## STATE OF ALABAMA

September 3, 2005

Mr. Kenneth O. Burris
Acting Director of Operations
Federal Emergency Management Agency
U.S. Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

Re: FEMA Request for Waiver of State Law

Dear Mr. Burris:

This letter is to inform you that effective this date, and from 90 days hereafter, I am granting permission to transport mobile/modular homes in the State of Alabama and waiving the enforcement of all applicable Alabama state laws and regulations in the State of Alabama that specifically govern the transport of mobile/modular homes. Transporters shall be responsible to ensure that the appropriate signs, markings, and flags, etc., are within the promulgated rules and regulations established for the movement of oversized vehicles; however, I am waiving escort vehicle requirements. Due to public safety concerns, transporters are prohibited from traveling on the following Alabama roadways: U.S. 90, Alabama 10, and U.S. 80.

Furthermore, I will consider renewing this waiver beyond the 90-day period if deemed necessary. I have notified the directors for the Alabama Department of Transportation and the Alabama Department of Public Safety of my decision.

Alabama will waive its sovereign right to enforce only those Alabama laws and regulations applicable to the mission of transporting single and double-wide mobile homes into the State of Alabama. This waiver does not extend to the transportation of products or oversized loads not considered to be mobile or modular homes. Furthermore, this waiver applies only to contractors duly authorized by federal or state government involved in national emergency relief efforts related to Hurricane Katrina.

Respectfully,

Bob Riley
Governor
State of Alabama

BR/DVT/nd

Cc:    Director Joe McInnes, Alabama Department of Transportation
       Col. Mike Coppage, Alabama Department of Public Safety
       Director Bruce P. Baughman, Alabama Emergency Management Agency
       Col. Jim Walker, Alabama Department of Homeland Security
       Mr. Ken Wallis, Senior Legal Advisor, Governor's Office
       David V. Tranter, General Counsel, Alabama Emergency Management Agency

**Mason, Thomas**

| | |
|---|---|
| **From:** | Kevin Clayton [KevinC@clayton.net] |
| **Sent:** | Saturday, September 03, 2005 4:37 PM |
| **To:** | Granat, Vicki; elizabeth_a._cocke@hud.dhs.gov; Mason, Thomas E |
| **Subject:** | Re: Clayton Homes contact information |

My new home # 865-681-8738. Please don't hesitate to call if I can help. As I mentioned we can supply an additional 2,000 from our independent dealer inventory and I'm working with Bryan McCreary on new FEMA specs for new homes to be built. Thank you for allowing us to help in this process.

At 02:21 PM 9/2/2005 -0400, you wrote:
>Mr. Mason,
>
>Per our phone conversation, here are the contact names you requested:
>
>Kevin Clayton
>CEO
>work 865-380-3601
>cell 865-406-8583
>home 865-982-3498
>
>David Booth
>President
>work 865-380-3100
>cell 865-406-6765
>home 865-692-0250
>
>Tab Statum
>Vice President - Operations
>work 865-380-3116
>cell 865-385-5016
>home 865-982-0624
>
>Please call any of us when you are ready to proceed further. We will
>be available throughout the weekend.
>
>Thank you,
>
>Tab Statum
>
>
>
>
>
>--
>No virus found in this incoming message.
>Checked by AVG Anti-Virus.
>Version: 7.0.344 / Virus Database: 267.10.18/89 - Release Date:
>9/2/2005


Confidentiality Notice
This message and the accompanying documents may contain information that is privileged, confidential, or exempt from disclosure under applicable law. If the reader of this e-mail is not the intended recipient, you are hereby notified that you are strictly prohibited from reading, disseminating, distributing, or copying this communication. If you have received this e-mail in error, please notify the sender immediately and destroy the original transmission. Thank you.

1

## Mason, Thomas

From:          Kevin Clayton [KevinC@clayton.net]
Sent:          Saturday, September 03, 2005 4:22 PM
To:            Granat, Vicki; Mason, Thomas E
Subject:       Re: Revised home listing


Ms. Granat, Mr. Mason,
I asked David and Tab to also advise you that we could provide a similar quantity again by
selling units from our independent dealer inventory. The mix of the units and pricing
would be very similar. A list could be provided by Wed if you have an interest. To keep
it simple we would take possession of the units and offer them to you in bulk. Thank you
for the opportunity to help with this disaster. Being part of Warren Buffett's Berkshire
Hathaway we have the ability and desire to execute quickly and with exceptional customer
service.


At 10:39 PM 9/2/2005 -0400, you wrote:
>Ms. Granat and Mr. Mason,
>
>Per our conversations this evening, here is the revised listing of
>homes that are available for shipment to the Baton Rouge staging area.
>
>We have removed those homes that have been found to already be under
>contract to individual buyers before Hurricane Katrina
>evolved...leaving approximately 1800 homes on this list. There will be
>a few more that will be identified as sold in the next few days.
>However, we have had many more new homes added to our inventory since
>we first gave you the list on Wednesday. We should be able to deliver
>approximately 1900-2000 of these homes within the next several days.
>
>We added the column labeled "Wind Zone". If the field is blank, it
>should be a Zone 1 home, and all of the Zone 2 and 3 houses are identified.
>
>In the present environment of higher fuel prices and sporadic
>availability, Clayton Homes will shoulder it's responsibility by
>providing every presently available home while assuming all
>transportation cost risk. Original pricing was calculated and
>discounted without anticipating these fuel price increases. However,
>we will honor these prices previously given to HUD and FEMA.
>
>On a side note, the power will be off in our office on Saturday and
>Sunday for scheduled maintenance, so we will be working this project
>from home and cell phones this weekend. Please do not hesitate to call
>me or any of the others listed below.
>
>Thank you,
>
>Tab Statum
>
>Contacts:
>Kevin Clayton
>CEO
>work 865-380-3601
>cell 865-406-8583
>home 865-982-3498
>
>David Booth
>President
>work 865-380-3100
>cell 865-406-6765
>home 865-692-0250
>

```
>Tab Statum
>Vice President - Operations
>work 865-380-3116
>cell 865-385-5016
>home 865-982-0624
>
>
>
>No virus found in this incoming message.
>Checked by AVG Anti-Virus.
>Version: 7.0.344 / Virus Database: 267.10.18/89 - Release Date:
>9/2/2005
```

Confidentiality Notice
This message and the accompanying documents may contain information that is privileged,
confidential, or exempt from disclosure under applicable law.  If the reader of this e-
mail is not the intended recipient, you are hereby notified that you are strictly
prohibited from reading, disseminating, distributing, or copying this communication.  If
you have received this e-mail in error, please notify the sender immediately and destroy
the original transmission. Thank you.