UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-4"
                                       JUDGE ENGELHARDT
                                       MAG. JUDGE ROBY


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION


U.S. EXHIBIT NO. 10-D

# FEMA Model Travel Trailer Procurement Specifications
Dated: July 14, 2005

## General

Travel trailers being procured under this contract are for the purpose of providing temporary housing. The units are subjected to continuous road travel, multiple installations and deactivations, and various weather conditions. The standards shall not be considered restrictive in that the supplier may provide "equal or better" units considering that the competitive price and delivery requirements can be met.

The construction and outfitting standards identify minimum square footage of living space, floor plan configuration, finishes, furnishing and environmental living conditions necessary to provide emergency housing for disaster relief operations. All exterior openings such as windows, doors, drain pipes; etc... will be caulked with a clear, non-hardening weatherproof sealant to prevent air and moisture penetration.

The units shall meet industry standards except where identified. These units will not include awnings, stereos, holding tanks, and/or any optional accessories.

The delivery locations are subject to change due to disaster circumstances or situations associated with disaster and recovery efforts. The primary delivery locations will be in Atlanta, GA; Selma, AL; Cumberland, MD, and/or Ft. Worth, TX. Note: As a reminder the disaster location are subject to change and the contractor must be prepared to ship the units to the affected disaster area location identified by FEMA. The contractor must have a rep and/or technician there when the units arrive. The first order of units will be needed as soon as possible preferably within 14 days of the contract award.

# FEMA Model Travel Trailer Procurement Specifications
## Dated: July 14, 2005

### Quality of Construction

The specifications establish the minimum standards for travel trailer construction and outfitting to meet FEMA contract requirements.  This specification does not constitute any expressed or implied deviation or waiver of any requirement of the U.S. regulatory requirements from the governing agency.   All units to include furnishings and appliances must be new.  The manufacturer shall design and construct all units under this contract within a superior grade quality of workmanship.

Note:  The direction descriptions for left or right side of the unit means left or right side when facing the unit from the screwjack.

| Size and Configuration | |
|---|---|
| Type | Model:  FEMA Disaster Housing Travel Trailer<br>Or 50 Amp All Electric FEMA Disaster Housing Travel Trailer |
| Exterior Length | 35 ft (Includes 3' 6" hitch-approximate) |
| Exterior Width | 8 ft (Not to exceed) (No Slide-out units) |
| Screwjack | Non-detachable (No fifth wheel units) |
| Electrical System – AMPS | 50 Amp power cord (50 ft long) with 30 Amp Adapter<br>Or 30 Amp |
| Furnishing | Fully |
| Bedrooms | Sleep 6.  There must be two bedrooms of which one must contain a double bunk. |
| Bathroom | 1 (residential commode and no holding tank) |
| Refrigerator | Yes - (Residential) 14 cf. Frost-free electric refrigerator with freezer |
| Range and Oven | Yes - The each unit must have electric cook top and oven. |
| Washer Capacity | No |
| Dryer Capacity | No |
| Air Conditioner | Yes (Roof top) |
| Furnace | Yes |
| Microwave | Yes |
| Water Heater | Yes, 20 Gal |
| Exterior Covering | Industry standard |
| Smoke Detector | Yes, in kitchen area, and each bedroom/sleeping area. |
| Carbon Monoxide Detector | Yes |
| Fire Extinguisher | Yes |

## FEMA Model Travel Trailer Procurement Specifications
Dated: July 14, 2005

| Electrical Service | |
|---|---|
| **Receptacles** | |
| Interior Receptacles | Electrical receptacles will be installed at convenient locations throughout the unit. Receptacles located near or in wet areas must be protected with ground fault interrupter protection. |
| Exterior Receptacles | Each home will be provided with a heat tape receptacle located near the water inlet.  Exterior receptacles must be protected with ground fault interrupter protection. |
| Phone and Cable | Television Jack:  Each unit shall have a television jack and a telephone jack installed in the living room and master bedroom area. |
| Exterior Lighting | Each unit will have an exterior light near each entrance.  The light switch will be located appropriately inside the unit. |
| Power Cord | 50 Amp. Electrical Service with Detachable Power Cord, with a 50 AMP Female to 30 AMP Male to modify the 50 AMP plug to a 30 AMP plug. |
| | Or 30 Amp |

| Plumbing Service | |
|---|---|
| Plumbing System | Industry standard plumbing system will be installed.  <u>The holding tank will not be installed.</u>  Each unit must have a water pressure regulator. |
| Winterization | All drain lines shall have antifreeze poured into all traps, including washer drain, after the flood test. |
| Faucet Assemblies | All faucet assemblies in the home shall be of the dual shutoff valve type. |
| Bathroom | The bathroom shall also have the manufacturer's standard vanity with lavatory, medicine cabinet with mirror and accessories (paper holder, towel bars/hooks). All interior plumbing must be assembled.  All bathroom fixtures shall be of the same color. |
| Commode | The unit will have a residential commode. The water storage tank, seat and cover shall be the same color as the commode bowl.  Any loose objects must be properly secured.  This includes tank lid. |
| Sewer Line | The sewer line will exit the home approximately two feet (2') and not more than three feet (3') behind the rear axle. The exit pipe shall protrude approximately six inches (6"), but not more than eight inches (8"), from the underlying, shall have a threaded end, and be capped with a removable plastic cap and chain. |

| Appliances | |
|---|---|
| Water Heater | A 20-gallon electric water heater. |
| Range | A electric cooking range with two burners (Note: four burners are preferred), thermostatically controlled oven, and a lighted, power-vented range hood.  Any loose objects must be properly secured. |

# FEMA Model Travel Trailer Procurement Specifications
Dated: July 14, 2005

| Appliances | |
|---|---|
| Refrigerator | Residential 14 c. f. frost-free electric refrigerator with freezer. Any loose objects must be properly secured. |
| Microwave Oven | Each unit will have a minimum 1.2 cu. ft microwave. Any loose objects must be properly secured. |

| Furnishings | |
|---|---|
| | Furnishings shall be the standard functional quality (provides usability, comfort and minimum maintenance). All furniture shall be assembled with all packing material removed. All furniture shall be appropriately secured to prevent damage during transport. |
| Bedrooms. | One bedroom shall have a full-size bed.  The other bedroom shall have a double bunk w/ storage. |
| Living Room | Each living room area will be furnished with sleeper sofa, capable of sleeping adults. |
| Dining Room | The dining room area will be furnished with dinette table and seating. |

| Interior | |
|---|---|
| Heating and Cooling System (NOTE:  Furnace and A/C shall use the same thermostat) | |
| Furnace | The unit will be equipped with a electric furnace capable of maintaining an average of 75 degrees Fahrenheit temperature.  The unit must have in-Floor ducted heat with a wired thermostat. |
| Air Conditioner (A/C) | 15,000 BTU Ducted Roof A/C wired and connected with the furnace.  Window units are not acceptable.  Note:  The furnace and A/C must be wired to the same thermostat completely connected and installed. |

| Safety Equipment | |
|---|---|
| Smoke Detectors | Each unit will include three battery-operated smoke detector (battery included). Smoke detectors shall be equipped with push-button testing devices and are hard-wired into the unit. |
| Fire Extinguisher | Each home will be equipped with a five-pound A-B-C type fire extinguisher and a mounting bracket. |
| Steps | Triple entry steps-welded to frame |
| Jacks | Six stabilizer jacks with pads.  Jacks will be needed for each corner and middle of the unit |

| Access System (Doors) | |
|---|---|
| Exterior Door | Each exterior door is to be a 36" wide insulated steel door.  The door shall be pre-hung, and is fully insulated with no voids and includes safety chain, weather stripping, and a built in, non-operable window completely caulked with a non-hardening sealant. The doors shall be mounted in such a manner that the hinged side is toward the front of the unit and when fully opened the door shall not come in contact with any window.  All locks shall be master keyed. |

Travel trailer Specs (2).doc

# FEMA Model Travel Trailer Procurement Specifications
## Dated: July 14, 2005

| Exterior Covering | |
|---|---|
| Siding | Industry standard with an entry assist handles at entrance/exit each door. |
| Roof | Industry standard covering. Rain gutter w/corner downspout along the roofline. |
| Exterior Door Lock | Flush mounted combo entry dead-bolt lock. |

| Interior Covering | |
|---|---|
| Floor Covering | All flooring shall be covered with continuous roll non-foam resilient linoleum. (No carpet allowed) Duct openings shall be covered with a 4" x 10" metal, adjustable louvered covering (register). |
| Window Covering | Mini Blinds for all windows except bedrooms with bunks, which shall be covered with flame retardant curtains. |

| Transport | |
|---|---|
| Readiness | The manufacturer and/or supplier of the unit shall ready the units for transport to the designated area and/or installation site. |
| Road Ready Condition | The units must be in transportable and road ready condition when received at staging.  Units that are not in a transportable and road ready condition (such as flat tires, damaged axles, etc) will not be considered acceptable. |

## FEMA Model Travel Trailer Procurement Specifications
Dated: July 14, 2005

| Transport | |
|---|---|
| FEMA Acceptance | The contractor (vendor and/or manufacturer) <u>not FEMA</u> is responsible for providing a unit that complies with the appropriate requirements and this specification. |
| | When the units are delivered the units must be in the FEMA acceptable condition or the vendor must make the unit FEMA acceptable within 24 hours or must remove the unit from the FEMA delivery location at no expense to FEMA or the government. |
| | When FEMA receives the units at the FEMA delivery location this does not constitute as accepted. FEMA accepts simply means the unit <u>does not</u> obvious have visible damage.  FEMA is also not responsible for units received but not accepted.  Units will not be accepted as FEMA property until an appropriate FEMA Rep and company representative or technician inspects the unit damage. |
| | The company must provide FEMA a copy of all shipping documents and the shipping documents must include the vendor/company name (NOTE:  This refers to vendor/manufacturer/company the procurement contract was awarded). |
| | FEMA reserves the right to reject any unit due to damages, non- road ready and/or non-transportable unit, and/or non-specifications compliance. The unit must be made transportable, road ready, and specification compliant prior to acceptance. |

| Miscellaneous | |
|---|---|
| Master Keys | The unit manufacturer or supplier shall furnish 3 sets of keys for homes procured.  Master keys shall be provided and packaged separately.  The master keys must be received with or prior to delivering the first unit. |
| Warranty | <u>The vendor supplying the unit must identify a POC for handling warranty items and the vendor needs to provide FEMA the procedure for reporting warranty items to the vendor.</u>  The manufacturer shall also provide a supplier list, including company name, address and phone number of the suppliers of the various components of the home. |
| | The vendor (awarded the contract) will be notified of any unit accepted, but later identified as non-compliant.  The vendor must repair or replace these items at no additional cost to the government within 48 hours.  This includes items missing that were not shipped. |
| Certificates of Origin | The certificate of origin must be provided at the time of billing. <u>The certificate of origin must accompany the invoice.</u> |
| Unit Floor Plan | The manufacturer shall provide a complete set of plans per model of the home to include floor plan and electrical and plumbing diagrams.   Note:  The bathroom shall be located in the back of the unit and all plumbing must be on the same side. |

# FEMA Model Travel Trailer Procurement Specifications
### Dated: July 14, 2005

| Miscellaneous | |
|---|---|
| Testing Requirements | The following tests are required prior to delivery and may be witnessed at the discretion of the Government in accordance with the Standard.<br>Water piping will be tested with air only with the water heater disconnected<br>The drainage and vent system and the plumbing fixtures<br>The electrical system. |
| Delivery Schedule | The vendor must provide a realistic delivery schedule for the units with their bids.<br><br>This schedule must include the number of units that would be at the FEMA designated delivery location by the dates (not the ship date).<br><br>This schedule will also identify the projected completion date and the time it would take to provide the units from the date the order(s) are placed.<br><br>The final schedule must be provided within 24 hours of contract award and the schedule must be consistent to the schedule provided under the bid process. The contractor (vendor awarded the contract) must at a minimum meet their projected delivery schedule according to the contract award or FEMA may exercise the right to purchase additional units from other sources and may subtract the remaining portion of the order above the guaranteed minimum. |
| Company Commitment | The company FEMA has the contract with must demonstrate the capacity to support this mission and delivery schedules.  If the company is supporting other FEMA disasters the company must also demonstrate continued support for those disasters as well, to include meeting those delivery schedules.<br><br>Also, the vendor must have a representative and technicians at the delivery locations to prepare the units for acceptance.  FEMA is not obligated to provide an area or space for this purpose. |

# FEMA Model Travel Trailer Procurement Specifications
### Dated: July 14, 2005

| Miscellaneous | |
|---|---|
| Unit designated number | All units must have a unit designation number. The "designated number" is:<br><br>• Approximately 3 to 4 inches high black colored numbers and should be visible from the street.<br><br>• Located on the left front corner of the unit when facing the unit.<br><br>• Approximately three feet high from the bottom of the unit.<br><br>• Consists of the contract number and the sequence number of the unit on the specific contract. Example 3025-0015 which indicates the contractor number 3025 has delivered the 15th unit on this contract and has been shipped into inventory. (Note: Confirm the contract number with FEMA prior to using). |
| Unit Barcode | All units must have a UPC bar code on the front left side of the unit and inside the unit within the main bedroom's left side cabinet. |

PAGE 1 OF   19

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | | 1. REQUISITION NO. NN00366Y2005T | | BPA NO. | |
|---|---|---|---|---|---|
| CONTRACT NO. HSFEHQ-05-C-4040 | 3. AWARD/EFFECTIVE DATE 09-15-2005 | 4. ORDER NO. | MODIFICATION NO. | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |

| . FOR SOLICITATION INFORMATION CALL: | a. NAME Mike Ferrell | b. TELEPHONE NO. (No Collect Calls) (321) 508-1712 | 8. OFFER DUE DATE/LOCAL TIME ASAP |
|---|---|---|---|

| ISSUED BY                                    CODE | 10. THIS ACQUISITION IS |
|---|---|
| Department of Homeland Security/FEMA Federal Emergency Management Agency Financial & Acquisition Management 500 C Street, SW, Room 350 Washington DC 20472 | [X] UNRESTRICTED OR   [ ] SET ASIDE:    % FOR: [ ] SMALL BUSINESS   [ ] EMERGING SMALL BUSINESS [ ] HUBZONE SMALL BUSINESS NAICS: [ ] SERVICE-DISABLED VETERAN- [ ] 8(A) SIZE STANDARD:   OWNED SMALL BUSINESS |

| I. DELIVERY FOR FOB DESTINA-TION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS N/A | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A |
|---|---|---|---|
| | | | 14. METHOD OF SOLICITATION [ ] RFQ   [ ] IFB   [X] RFP |

| i. DELIVER TO                              CODE | 16. ADMINISTERED BY                              CODE |
|---|---|
| TBD | Department of Homeland Security/FEMA Federal Emergency Management Agency Financial & Acquisition Management 500 C Street, SW, Room 350 Washington DC 20472 |

| 'a. CONTRACTOR/OFFEROR   CODE        FACILITY CODE | 18a. PAYMENT WILL BE MADE BY                 CODE |
|---|---|
| NORTH AMERICAN CATASTROPHE SERVICES INC 864 WASHBURN RD B MELBOURNE FL 329347330 ELEPHONE NO. | Department of Homeland Security/FEMA Disaster Finance Center Attn: Vendor Payments P.O. Box 800 Berryville VA 22611 |

| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER | 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM |
|---|---|

| 19. ITEM NO. | 20.   See CONTINUATION Page SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| 0001 | Travel Trailers | 5,000 | EA | 10,280.00 | $51,400,000.00 |
| 0002 | Delivery Cost Not To Exceed ($1.47 mile X 1,200 miles X 5000 units) | 1,764 | Each | 5,000.00 | $8,820,000.00 |
| | The contractor shall provide a bill of lading for each individual unit ordered hereunder. The bill of lading shall include, but not be limited to, the following: Contract Number, Contractor Name, Make/Model, and Unit VIN#. These units should be titled to "FEMA". PLEASE FOLLOW INSTRUCTIONS IN PART C.5 REGARDING SUBMISSION OF INVOICES. THE INVOICE WILL NOT BE PAID WITHOUT RECEIPT OF THE ORIGINAL CERTIFICATE OF ORIGIN/TITLE. CONFIRMING ORDER DO NOT DUPLICATE | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

| . ACCOUNTING AND APPROPRIATION DATA   See CONTINUATION Page | 25. TOTAL AWARD AMOUNT (For Govt. Use Only) NTE   $60,220,000.00 |
|---|---|

| [ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE  [ ] ARE NOT ATTACHED. |
|---|
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE  [X] ARE NOT ATTACHED |

| . CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN | 29. AWARD OF CONTRACT: REF _____ OFFER DATED _____, YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS: |
|---|---|
| a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
| b. NAME AND TITLE OF SIGNER (TYPE OR PRINT)  |  30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Bryan S. McCreary Contracting Officer | 31c. DATE SIGNED 9/15/05 |

| THORIZED FOR LOCAL REPRODUCTION EVIOUS EDITION IS NOT USABLE | STANDARD FORM 1449 (REV. 3/2005) Prescribed by GSA - FAR (48 CFR) 53.212 |
|---|---|

## Table of Contents

SECTION B - CONTINUATION BLOCK.................................................................B-1

   B.1 PRICE/COST SCHEDULE..................................................................B-1
   B.2 CONSIDERATION -- FIXED-PRICE ..................................................B-1

SECTION C - CONTRACT CLAUSES .............................................................. C-1

   C.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) ..................C-1
   C.2 52.211-11 LIQUIDATED DAMAGES - SUPPLIES, SERVICES, OR
       RESEARCH AND DEVELOPMENT (SEPT 2000) .............................C-1
   C.3 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO
       IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL
       ITEMS (JUL 2005)...........................................................C-1
   C.4 52.232-25 PROMPT PAYMENT (OCT 2003) ......................................C-6
   C.5 INVOICES.................................................................C-11
   C.6 52.249-8 DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)
       (APR 1984)................................................................C-14
   C.7 HSAR 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES
       (DEC 2003)................................................................C-15
   C.8 COMMERCIAL WARRANTY .................................................C-17

SECTION D - CONTRACT DOCUMENTS, EXHIBITS, OR ATTACHMENTS ................................ D-1

HSFEHQ-05-C-4040                                    SECTION B

**SECTION B - CONTINUATION BLOCK**

**B.1 PRICE/COST SCHEDULE**

```
ITEM      DESCRIPTION OF          QTY    UNIT         UNIT           AMOUNT
NO.       SUPPLIES/SERVICES                          PRICE

0001                           5,000.00   Each      $10,280.00   $51,400,000.00
          Travel Trailers
          FUNDING/REQ NO:    3:$51,400,000.00   NN00366Y2005T

0002                              1.00   Lot       $8,820,000.00  $8,820,000.00
          Delivery $1.47 per mile X 1200 miles X
          5000 units = $8,820,000.00
          Not To Exceed Amount
          FUNDING/REQ NO:    1: $6,230,162.00   NN00288Y2005T
          FUNDING/REQ NO:    3: $2,589,838.00   NN00366Y2005T


                                   GRAND TOTAL  ---       $60,220,000.00
                                                     ==================

ACCOUNTING AND APPROPRIATION DATA:

ACRN  APPROPRIATION                    REQUISITION NUMBER         AMOUNT

   1 2005-06-1603DR-9064-      -3199-D   NN00288Y2005T   P   $6,230,162.00
   2 2005-06-1604DR-9044-      -3190-D   NN00292Y2005T   F          $0.00
   3 2005-06-1605DR-9044-      -3199-D   NN00366Y2005T   F  $53,989,838.00
```

**B.2 CONSIDERATION -- FIXED-PRICE**

The total NTE amount of this contract is $60,220,000.00.

(a) Total payment(s) shall be made upon the satisfactory completion and Government acceptance of all requirements under the contract.

(b) The following represents the delivery schedule of the units:

```
Date    Units
9/14     30
9/15     30
9/16     72
9/17     76
9/18     76
9/21     79
9/22    109
```

B-1

**HSFEHQ-05-C-4040**                                    **SECTION B**

| | |
|------|-----|
| 9/23 | 135 |
| 9/24 | 135 |
| 9/25 | 137 |
| 9/28 | 102 |
| 9/29 | 119 |
| 9/30 | 119 |
| 10/1 | 119 |
| 10/2 | 119 |
| 10/5 | 119 |
| 10/6 | 104 |
| 10/7 | 119 |
| 10/8 | 119 |
| 10/9 | 141 |
| 10/12 | 141 |
| 10/13 | 141 |
| 10/14 | 126 |
| 10/15 | 126 |
| 10/16 | 126 |
| 10/19 | 126 |
| 10/20 | 124 |
| 10/21 | 101 |
| 10/22 | 106 |
| 10/23 | 106 |
| 10/26 | 82 |
| 10/27 | 78 |
| 10/28 | 108 |
| 10/29 | 108 |
| 10/30 | 130 |
| 11/2 | 130 |
| 11/3 | 130 |
| 11/4 | 131 |
| 11/5 | 125 |
| 11/6 | 117 |
| 11/9 | 107 |
| 11/10 | 85 |
| 11/11 | 60 |
| 11/12 | 47 |
| 11/13 | 41 |
| 11/16 | 30 |
| 11/17 | 30 |
| 11/18 | 25 |
| 11/19 | 0 |
| 11/20 | 22 |
| 11/23 | 22 |
| 11/30 | 22 |
| 12/1 | 22 |
| 12/2 | 22 |
| 12/3 | 22 |
| 12/4 | 22 |
| 12/7 | 0 |

HSFEHQ-05-C-4040                    SECTION C

## SECTION C - CONTRACT CLAUSES

### C.1 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference,
with the same force and effect as if they were given in full text. Upon
request, the Contracting Officer will make their full text available.
Also, the full text of a clause may be accessed electronically at
this/these address(es):

http://www.arnet.gov/far

| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |

### C.2 52.211-11 LIQUIDATED DAMAGES - SUPPLIES, SERVICES, OR RESEARCH AND DEVELOPMENT (SEPT 2000)

(a) If the Contractor fails to deliver the supplies or perform the
services within the time specified in this contract, the  Contractor
shall, in place of actual damages, pay to the Government liquidated
damages of $60.00 per unit per calendar day of delay.

(b) If the Government terminates this contract in whole or in part
under the Default--Fixed-Price Supply and Service clause, the
Contractor is liable for liquidated damages accruing until the
Government reasonably obtains delivery or performance of similar
supplies or services. These liquidated damages are in addition to
excess costs of repurchase under the Termination clause.

(c) The Contractor will not be charged with liquidated damages when
the delay in delivery or performance is beyond the control and without
the fault or negligence of the Contractor as defined in the
Default--Fixed-Price Supply and Service clause in this contract.

### C.3 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUL 2005)

(a) The Contractor shall comply with the following Federal
Acquisition Regulation (FAR) clauses, which are incorporated in this
contract by reference, to implement provisions of law or Executive
orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest after Award (AUG 1996) (31 U.S.C. 3553).

(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004)
(Pub. L. 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this
paragraph (b) that the Contracting Officer has indicated as being
incorporated in this contract by reference to implement provisions
of law or Executive orders applicable to acquisitions of commercial

C-1

HSFEHQ-05-C-4040                        SECTION C

items: [Contracting Officer check as appropriate.]

[X]   (1) 52.203-6, Restrictions on Subcontractor Sales to
the Government (JUL 1995), with Alternate I (OCT 1995)(41 U.S.C. 253g and
10 U.S.C. 2402).

[] (2) 52.219-3, Notice of Total HUBZone Set-Aside (JAN
1999) (15 U.S.C. 657a).

[] (3) 52.219-4, Notice of Price Evaluation Preference
for HUBZone Small Business Concerns (JUL 2005) (if the offeror elects
to waive the preference, it shall so indicate in its offer) (15 U.S.C.
657a).

[] (4) (i) 52.219-5, Very Small Business Set-Aside
(JUNE 2003) (Pub. L. 103-403, section 304, Small Business
Reauthorization and Amendments Act of 1994).

[] (ii) Alternate I (MAR 1999) of 52.219-5.

[] (iii) Alternate II (JUNE 2003) of 52.219-5.

[] (5)(i) 52.219-6, Notice of Total Small Business
Set-Aside (JUNE 2003) (15 U.S.C. 644).

[] (ii) Alternate I (OCT 1995) of 52.219-6.

[] (iii) Alternate II (MAR 2004) of 52.219-6.

[] (6)(i) 52.219-7, Notice of Partial Small Business
Set-Aside (JUNE 2003) (15 U.S.C. 644).

[] (ii) Alternate I (OCT 1995) of 52.219-7.

[] (iii) Alternate II (MAR 2004) of 52.219-7.

[X]   (7) 52.219-8, Utilization of Small Business Concerns
(MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

[] (8)(i) 52.219-9, Small Business Subcontracting Plan
(JAN 2002) (15 U.S.C. 637(d)(4)).

[] (ii) Alternate I (OCT 2001) of 52.219-9.

[] (iii) Alternate II (OCT 2001) of 52.219-9.

[] (9) 52.219-14, Limitations on Subcontracting (DEC 1996)
(15 U.S.C. 637(a)(14)).

[] (10)(i) 52.219-23, Notice of Price Evaluation
Adjustment for Small Disadvantaged Business Concerns (JUL 2005) (Pub.
L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects
to waive the adjustment, it shall so indicate in its offer).

HSFEHQ-05-C-4040                    SECTION C

[] (ii) Alternate I (JUNE 2003) of 52.219-23.

[]  (iii) Alternate II (OCT 1998) of 52.219-23.

[] (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[] (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[] (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004)

[] (14) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

[X] (15) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JUN 2004) (E.O. 13126).

[X] (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

[X]  (17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

[] (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

[] (19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

[] (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

[] (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

[] (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

[] (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

[] (23) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

[] (24)(i) 52.225-3, Buy American Act--Free Trade Agreements-- Israeli Trade Act (JAN 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).

HSFEHQ-05-C-4040                    SECTION C

[]   (ii) Alternate I (JAN 2004) of 52.225-3.

[]   (iii) Alternate II (JAN 2004) of 52.225-3.

[]   (25) 52.225-5, Trade Agreements (JAN 2005) (19
U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

[X] (26) 52.225-13, Restrictions on Certain Foreign
Purchases (MAR 2005) (E.O.s, proclamations, and statutes administered
by the Office of Foreign Assets Control of the Department of the
Treasury).

[]   (27) 52.225-15, Sanctioned European Union Country End
Products (FEB 2000) (E.O. 12849).

[]   (28) 52.225-16, Sanctioned European Union Country
Services (FEB 2000) (E.O. 12849).

[]   (29) 52.232-29, Terms for Financing of Purchases
of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[]   (30) 52.232-30, Installment Payments for Commercial
Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[X]   (31) 52.232-33, Payment by Electronic Funds
Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

[]   (32) 52.232-34, Payment by Electronic Funds
Transfer--Other than Central Contractor Registration (MAY 1999) (31
U.S.C. 3332).

[]   (33) 52.232-36, Payment by Third Party (MAY 1999)
(31 U.S.C. 3332).

[]   (34) 52.239-1, Privacy or Security Safeguards (AUG
1996) (5 U.S.C. 552a).

[]   (35)(i) 52.247-64, Preference for Privately Owned
U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10
U.S.C. 2631).

[]   (ii) Alternate I (APR 2003) of 52.247-64.

  (c) The Contractor shall comply with the FAR clauses in this
paragraph (c), applicable to commercial services, that the
Contracting Officer has indicated as being incorporated in this
contract by reference to implement provisions of law or Executive
orders applicable to acquisitions of commercial items: [Contracting
Officer check as appropriate.]

[]   (1) 52.222-41, Service Contract Act of 1965, as
Amended (JUL 2005) (41 U.S.C. 351, et seq.).

[]   (2) 52.222-42, Statement of Equivalent Rates for

HSFEHQ-05-C-4040                    SECTION C

Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

     []   (3) 52.222-43, Fair Labor Standards Act and Service
Contract Act--Price Adjustment (Multiple Year and Option Contracts)
(MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

     []   (4) 52.222-44, Fair Labor Standards Act and Service
Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41
U.S.C. 351, et seq.).

     []   (5) 52.222-47, SCA Minimum Wages and Fringe Benefits
Applicable to Successor Contract Pursuant to Predecessor Contractor
Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

     (d) Comptroller General Examination of Record. The Contractor
shall comply with the provisions of this paragraph (d) if this
contract was awarded using other than sealed bid, is in excess of
the simplified acquisition threshold, and does not contain the
clause at 52.215-2, Audit and Records--Negotiation.

     (1) The Comptroller General of the United States, or an
authorized representative of the Comptroller General, shall have
access to and right to examine any of the Contractor's directly
pertinent records involving transactions related to this contract.

     (2) The Contractor shall make available at its offices at all
reasonable times the records, materials, and other evidence for
examination, audit, or reproduction, until 3 years after final
payment under this contract or for any shorter period specified in
FAR Subpart 4.7, Contractor Records Retention, of the other clauses
of this contract. If this contract is completely or partially
terminated, the records relating to the work terminated shall be
made available for 3 years after any resulting final termination
settlement. Records relating to appeals under the disputes clause or
to litigation or the settlement of claims arising under or relating
to this contract shall be made available until such appeals,
litigation, or claims are finally resolved.

     (3) As used in this clause, records include books, documents,
accounting procedures and practices, and other data, regardless of
type and regardless of form. This does not require the Contractor to
create or maintain any record that the Contractor does not maintain
in the ordinary course of business or pursuant to a provision of law.

     (e)(1) Notwithstanding the requirements of the clauses in
paragraphs (a), (b), (c), and (d) of this clause, the Contractor is
not required to flow down any FAR clause, other than those in
paragraphs (i) through (vi) of this paragraph in a subcontract for
commercial items. Unless otherwise indicated below, the extent of
the flow down shall be as required by the clause--

     (i) 52.219-8, Utilization of Small Business Concerns (May 2004)
(15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer
further subcontracting opportunities. If the subcontract (except

HSFEHQ-05-C-4040                    SECTION C

subcontracts to small business concerns) exceeds $500,000
($1,000,000 for construction of any public facility), the
subcontractor must include 52.219-8 in lower tier subcontracts that
offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled
Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans
(December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities
(June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment
of Union Dues or Fees (DEC 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (JUL
2005), flow down required for all subcontracts subject to the
Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag
Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C.
2631). Flow down required in accordance with paragraph (d) of FAR
clause 52.247-64.

(2) While not required, the contractor May include in its
subcontracts for commercial items a minimal number of additional
clauses necessary to satisfy its contractual obligations.


## C.4 52.232-25 PROMPT PAYMENT (OCT 2003)

Notwithstanding any other payment clause in this contract, the
Government will make invoice payments under the terms and conditions
specified in this clause. The Government considers payment as being
made on the day a check is dated or the date of an electronic funds
transfer (EFT). Definitions of pertinent terms are set forth in
sections 2.101, 32.001, and 32.902 of the Federal Acquisition
Regulation. All days referred to in this clause are calendar days,
unless otherwise specified. (However, see paragraph (a)(4) of this
clause concerning payments due on Saturdays, Sundays, and legal
holidays.)

(a) Invoice payments--

(1) Due date.

(i) Except as indicated in paragraphs (a)(2) and (c) of this
clause, the due date for making invoice payments by the designated
payment office is the later of the following two events:

HSFEHQ-05-C-4040                    SECTION C

(A) The 30th day after the designated billing office receives a proper invoice from the Contractor (except as provided in paragraph (a)(1)(ii) of this clause).

(B) The 30th day after Government acceptance of supplies delivered or services performed. For a final invoice, when the payment amount is subject to contract settlement actions, acceptance is deemed to occur on the effective date of the contract settlement.

(ii) If the designated billing office fails to annotate the invoice with the actual date of receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Certain food products and other payments.

(i) Due dates on Contractor invoices for meat, meat food products , or fish; perishable agricultural commodities; and dairy products, edible fats or oils, and food products prepared from edible fats or oils are--

(A) For meat or meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)), and as further defined in Pub. L. 98-181, including any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, as close as possible to, but not later than, the 7th day after product delivery.

(B) For fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), as close as possible to, but not later than, the 7th day after product delivery.

(C) For perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(4)), as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(D) For dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received. Liquid milk, cheese, certain processed cheese products, butter, yogurt, ice cream, mayonnaise, salad dressings, and other similar products, fall within this classification. Nothing in the Act limits this classification to refrigerated products. When questions arise regarding the proper classification of a specific product, prevailing industry practices will be followed in specifying a contract payment due date. The burden of proof that a classification of a specific product is, in fact, prevailing industry practice is

HSFEHQ-05-C-4040                    SECTION C

upon the Contractor making the representation.

(ii) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(3) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(3)(i) through (a)(3)(x) of this clause. If the invoice does not comply with these requirements, the designated billing office will return it within 7 days after receipt (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils), with the reasons why it is not a proper invoice. The Government will take into account untimely notification when computing any interest penalty owed the Contractor.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of the mailing or transmission.)

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, discount for prompt payment terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(ix) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the

HSFEHQ-05-C-4040                    SECTION C

invoice, in order for the invoice to be a proper invoice, the
Contractor shall have submitted correct EFT banking information in
accordance with the applicable solicitation provision (e.g., 52.232-
38, Submission of Electronic Funds Transfer Information with Offer),
contract clause (e.g., 52.232-33, Payment by Electronic Funds
Transfer--Central Contractor Registration, or 52.232-34, Payment by
Electronic Funds Transfer--Other Than Central Contractor
Registration), or applicable agency procedures.

        (C) EFT banking information is not required if the Government
waived the requirement to pay by EFT.

        (x) Any other information or documentation required by the
contract (e.g., evidence of shipment).

    (4) Interest penalty. The designated payment office will pay an
interest penalty automatically, without request from the Contractor,
if payment is not made by the due date and the conditions listed in
paragraphs (a)(4)(i) through (a)(4)(iii) of this clause are met, if
applicable. However, when the due date falls on a Saturday, Sunday,
or legal holiday, the designated payment office may make payment on
the following working day without incurring a late payment interest
penalty.

        (i) The designated billing office received a proper invoice.

        (ii) The Government processed a receiving report or other
Government documentation authorizing payment, and there was no
disagreement over quantity, quality, or Contractor compliance with
any contract term or condition.

        (iii) In the case of a final invoice for any balance of funds
due the Contractor for supplies delivered or services performed, the
amount was not subject to further contract settlement actions
between the Government and the Contractor.

    (5) Computing penalty amount. The Government will compute the
interest penalty in accordance with the Office of Management and
Budget prompt payment regulations at 5 CFR part 1315.

        (i) For the sole purpose of computing an interest penalty that
might be due the Contractor, Government acceptance is deemed to
occur constructively on the 7th day (unless otherwise specified in
this contract) after the Contractor delivers the supplies or
performs the services in accordance with the terms and conditions of
the contract, unless there is a disagreement over quantity, quality,
or Contractor compliance with a contract provision. If actual
acceptance occurs within the constructive acceptance period, the
Government will base the determination of an interest penalty on the
actual date of acceptance. The constructive acceptance requirement
does not, however, compel Government officials to accept supplies or
services, perform contract administration functions, or make payment
prior to fulfilling their responsibilities.

HSFEHQ-05-C-4040                    SECTION C

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(6) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(7) Additional interest penalty.

(i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest is due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt, provided the demand is received on or before the 40th day after payment was made; or

HSFEHQ-05-C-4040                    SECTION C

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(iii) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payment. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

(d) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.


## C.5 INVOICES

An invoice is a written request for payment under this contract for supplies delivered or for services rendered.  Payment of invoices submitted under this contract shall be made in accordance with the terms and conditions of the Prompt Payment clause and in accordance with the provisions of other clauses in this contract.  Failure or refusal to provide the following information on all invoices submitted under this contract may result in the invoice being considered improper for payment in accordance with the Prompt Payment clause.  In order to be proper, an invoice must include, as applicable, the following:

a. GENERAL INFORMATION

TWO (2) INVOICE PACKETS SHALL BE PREPARED AND SUBMITTED AS FOLLOWS:

THE FIRST INVOICE PACKET SHALL BE SENT TO:

FEMA

LOGISTICS EMERGENCY HOUSING PROGRAM

ATTN: JAMES KACZOROWSKI

500 C STREET S.W. ROOM 254

FEMA10-000303

HSFEHQ-05-C-4040                    SECTION C

WASHINGTON, D.C. 20472

AND CONTAIN THE FOLLOWING:

1. A cover letter stating how many Certificates of Origin are contained in the packet.

2. Original Certificates of Origin/Title made out to "FEMA".

3. Warranty Information.

4. An invoice containing the following information:

     a. Name of Contractor

     b. Invoice date

     c. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

     d. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

     e. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

     f. The invoice should be itemized and numbered for each unit containing the following information on each unit (no more than 20 units per page of the invoice): Unit Manufacturer, Make and Model, VIN#, and price for each unit.

     g. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

THE SECOND INVOICE PACKET SHALL BE SENT TO:

FEMA

DISASTER FINANCE CENTER, BLDG 708

ATTN: VENDOR PAYMENTS

P.O. BOX 800

BERRYVILLE, VA 22611

AND CONTAIN THE FOLLOWING:

An invoice containing the following information:

HSFEHQ-05-C-4040                    SECTION C

a. Name of Contractor

b. Invoice date

c. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

d. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

e. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

f. The invoice should be itemized and numbered for each unit containing the following information on each unit (no more than 20 units per page of the invoice): Unit Manufacturer, Make and Model, VIN#, and price for each unit.

g. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).


b. ELECTRONIC FUNDS TRANSFER (EFT) INFORMATION


1. The contractor should include the EFT information set forth below on all invoices submitted for payment under this contract. Failure to provide the information or failure to notify this agency of changes to this information may result in delays in payments and/or rejection of the invoice in accordance with the Prompt Payment clause of this contract. The following EFT information should be submitted on each invoice:

(a) Routing Transit Number (RTN) â€" The contractor shall provide the current 9-digit RTN of the payee's bank

(b) Payee's account number

(c) Contractor's Tax Identification Number (TIN)

(The EFT information submitted must be that of the contractor unless there is an official Assignment of Claims on file with the payment office.)

If at any time during the term of this contract, the contractor changes any EFT information, (i.e. financial agent, RTN, account number, etc.) the new EFT information must replace the old EFT information on subsequent invoices submitted under this contract.

HSFEHQ-05-C-4040                    SECTION C

   To avoid delays in processing invoices, the contractor must also
submit written notification of EFT information changes to the office
designated in this award document as soon as the new information is
known to the contractor.  This notification must be in writing and
signed by the individual authorized by the contractor to make such
changes.


## C.6  52.249-8  DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)
##       (APR 1984)

   (a) (1) The Government may, subject to paragraphs (c) and (d)
below, by written notice of default to the Contractor, terminate
this contract in whole or in part if the Contractor fails to--

   (i) Deliver the supplies or to perform the services within the
time specified in this contract or any extension;

   (ii) Make progress, so as to endanger performance of this
contract (but see subparagraph (a)(2) below); or

   (iii) Perform any of the other provisions of this contract
(but see subparagraph (a)(2) below).

   (2) The Government's right to terminate this contract under
subdivisions (1)(ii) and (1)(iii) above, may be exercised if the
Contractor does not cure such failure within 10 days (or more if
authorized in writing by the Contracting Officer) after receipt of
the notice from the Contracting Officer specifying the failure.

   (b) If the Government terminates this contract in whole or in
part, it may acquire, under the terms and in the manner the
Contracting Officer considers appropriate, supplies or services
similar to those terminated, and the Contractor will be liable to
the Government for any excess costs for those supplies or services.
However, the Contractor shall continue the work not terminated.

   (c) Except for defaults of subcontractors at any tier, the
Contractor shall not be liable for any excess costs if the failure
to perform the contract arises from causes beyond the control and
without the fault or negligence of the Contractor.  Examples of such
causes include (1) acts of God or of the public enemy, (2) acts of
the Government in either its sovereign or contractual capacity, (3)
fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7)
strikes, (8) freight embargoes, and (9) unusually severe weather.
In each instance the failure to perform must be beyond the control
and without the fault or negligence of the Contractor.

   (d) If the failure to perform is caused by the default of a
subcontractor at any tier, and if the cause of the default is beyond
the control of both the Contractor and subcontractor, and without
the fault or negligence of either, the Contractor shall not be

HSFEHQ-05-C-4040                    SECTION C

liable for any excess costs for failure to perform, unless the
subcontracted supplies or services were obtainable from other
sources in sufficient time for the Contractor to meet the required
delivery schedule.

(e) If this contract is terminated for default, the Government may
require the Contractor to transfer title and deliver to the
Government, as directed by the Contracting Officer, any (1)
completed supplies, and (2) partially completed supplies and
materials, parts, tools, dies, jigs, fixtures, plans, drawings,
information, and contract rights (collectively referred to as
"manufacturing materials" in this clause) that the Contractor has
specifically produced or acquired for the terminated portion of this
contract.  Upon direction of the Contracting Officer, the Contractor
shall also protect and preserve property in its possession in which
the Government has an interest.

(f) The Government shall pay contract price for completed supplies
delivered and accepted.  The Contractor and Contracting Officer
shall agree on the amount of payment for manufacturing materials
delivered and accepted and for the protection and preservation of
the property.  Failure to agree will be a dispute under the Disputes
clause.  The Government may withhold from these amounts any sum the
Contracting Officer determines to be necessary to protect the
Government against loss because of outstanding liens or claims of
former lien holders.

(g) If, after termination, it is determined that the Contractor
was not in default, or that the default was excusable, the rights
and obligations of the parties shall be the same as if the
termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are
in addition to any other rights and remedies provided by law or
under this contract.

## C.7 HSAR 3052.209-70  PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (DEC 2003)

(a) Prohibitions.

Section 835 of Public Law 107-296, prohibits the Department of
Homeland Security from entering into any contract with a foreign
incorporated entity after November 25, 2002, which is treated as an
inverted domestic corporation as defined in this clause.

The Secretary shall waive the prohibition with respect to any
specific contract if the Secretary determines that the waiver is
required in the interest of homeland security, or to prevent the
loss of any jobs in the United States or prevent the Government from
incurring any additional costs that otherwise would not occur.

(b) Definitions. As used in this clause:

Expanded Affiliated Group means an affiliated group as defined

HSFEHQ-05-C-4040                    SECTION C

in section 1504(a) of the Internal Revenue Code of 1986 (without
regard to section 1504(b) of such Code), except that section 1504 of
such Code shall be applied by substituting `more than 50 percent'
for `at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but
for subsection (b) of section 835 of the Homeland Security Act,
Public Law 107-296, would be, treated as a foreign corporation for
purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity
shall be treated as an inverted domestic corporation if, pursuant to
a plan (or a series of related transactions)--

(1) The entity completes after November 25, 2002, the direct or
indirect acquisition of substantially all of the properties held
directly or indirectly by a domestic corporation or substantially
all of the properties constituting a trade or business of a domestic
partnership;

(2) After the acquisition at least 80 percent of the stock (by
vote or value) of the entity is held--

(i) In the case of an acquisition with respect to a domestic
corporation, by former shareholders of the domestic corporation by
reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic
partnership, by former partners of the domestic partnership by
reason of holding a capital or profits interest in the domestic
partnership; and

(3) The expanded affiliated group which after the acquisition
includes the entity does not have substantial business activities in
the foreign country in which or under the law of which the entity is
created or organized when compared to the total business activities
of such expanded affiliated group.

Person, domestic, and foreign have the meanings given such terms
by paragraphs (1), (4), and (5) of section 7701(a) of the Internal
Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules
shall apply when determining whether a foreign incorporated entity
should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a
foreign incorporated entity as an inverted domestic corporation
these shall not be taken into account in determining ownership:

(i) stock held by members of the expanded affiliated group which
includes the foreign incorporated entity; or

(ii) stock of such entity which is sold in a public offering

HSFEHQ-05-C-4040                 SECTION C

related to the acquisition described in subsection (b)(1) of Section
835 of the Homeland Security Act, Public Law 107-296.

(2) Plan deemed in certain cases. If a foreign incorporated
entity acquires directly or indirectly substantially all of the
properties of a domestic corporation or partnership during the 4-
year period beginning on the date which is after the date of
enactment of this Act and which is 2 years before the ownership
requirements of subsection (b)(2) are met, such actions shall be
treated as pursuant to a plan.

(3) Certain transfers disregarded. The transfer of properties or
liabilities (including by contribution or distribution) shall be
disregarded if such transfers are part of a plan a principal purpose
of which is to avoid the purposes of this section.

(d) Special rule for related partnerships. For purposes of
applying section 835(b) of Public Law 107-296 to the acquisition of
a domestic partnership, except as provided in regulations, all
domestic partnerships which are under common control (within the
meaning of section 482 of the Internal Revenue Code of 1986) shall
be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent
necessary to reflect the present value of all equitable interests
incident to the transaction, as follows:
    (i) Warrants;
    (ii) Options;
    (iii) Contracts to acquire stock;
    (iv) Convertible debt instruments;
    (v) Others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks
whenever it is deemed appropriate to do so to reflect the present
value of the transaction or to disregard transactions whose
recognition would defeat the purpose of section 835.

(f) Disclosure. By signing and submitting its offer, an offeror
under this solicitation represents that it not a foreign
incorporated entity that should be treated as an inverted domestic
corporation pursuant to the criteria of Section 835 of the Homeland
Security Act, Public Law 107-296 of November 25, 2002.

(g) If a waiver has been granted, a copy of the approved waiver
shall be attached to the bid or proposal.


## C.8 COMMERCIAL WARRANTY

Notwithstanding the provisions of the "Inspection" clause of this contract, the
Contractor agrees that the items delivered under this contract shall be covered

FEMA10-000309

HSFEHQ-05-C-4040                    SECTION C

by the same warranties as the Contractor customarily offers in connection with
the sale of these items on the commercial market. In the event that differing
warranties covering these items are customarily offered to other purchasers by
the Contractor, it is agreed that such warranties shall apply to this contract as
are available to the Contractor's most favored purchaser. In addition to any
other obligations imposed upon the Contractor under any warranties, and
regardless of whether a similar right is customarily offered to other purchasers,
the Contractor shall, if so required by the Government within a reasonable time
after the giving of notice of defect in accordance with such warranties, correct
or replace the defective or nonconforming item with all possible speed at the
Contractor's cost, including shipping costs, not exceeding usual charges, from
the delivery point to the Contractor's plant and return.

The Contractor shall affix a prominent notice on the equipment stating that the
unit is covered by a warranty by the Contractor. Complete details of the terms of
the warranty shall be documented and provided at the time of acceptance by the
Government.