UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 10-E

FEMA10-000272

HSFEHQ-06-P-4404

# Minimum Bid Specifications

The following are <u>minimum specifications</u> for the Park Model

| | |
|---|---|
| 11'8" x 34' 10" ANSI 119.5 | 8 Foot Side Walls |
| 2 Bedroom & 1 Bath | 2 Ton Heat & AC |
| Kitchen cabinets | |
| Full Size Bed & 1 Sets of Futon Bunks with sleeping capability for one on top | Linen Shelves |
| Dinette Table & Chairs | No carpeted walls. |
| Full OSB house wrap | 2 end tables |
| White vinyl or metal exterior | Wind zone 2 rating |
| Double Pane insulated windows | Thermal zone 2 |
| 30" Electric Stove w/front mounted controls | 100 amp electrical service |
| 17 CuFt refrigerator w/icemaker | Roof load zone middle |
| 20 gallon electric water heater | 2"x4" side walls 16" OC |
| 2"x4" rafters 16"OC | 2"x6" Floor Joist 16" OC |

Accordion door between B/R #2 and kitchen area
The axles shall be of sufficient GVW capacity for the application.
Sliding porch doors, with not less than 36" pass through.
Not less than 2 smoke and 2 carbon monoxide detectors.
No carpeting, vinyl flooring throughout the entire unit.
No television, however retain coax and 110 VAC wiring.
Electric washer & dryer hook ups.

# ORDER FOR SUPPLIES OR SERVICES

PAGE OF PAGES: 1

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

BPA NO.:

| Field | Value |
|---|---|
| 1. DATE OF ORDER | 12-16-2005 |
| 2. CONTRACT NO. (If any) | |
| 3. ORDER NO. | HSFEHQ-06-P-4404 |
| MODIFICATION NO. | |
| 4. REQUISITION/REFERENCE NO. | TN01046Y2006T |
| 5. ISSUING OFFICE (Address correspondence to) | Department of Homeland Security/FEMA, Federal Emergency Management Agency, Financial & Acquisition Management, 500 C Street, SW, Room 350, Washington DC 20472 |
| 6. SHIP TO: a. NAME OF CONSIGNEE | GSA Depot Baton Rouge, LA, 2695 N. Sherwood Forest Blvd. |
| b. STREET ADDRESS | Baton Rouge, LA 70814, Charley Fowler (Staging Manager) |
| c. CITY | Jack Herbert (APO) |

## 7. TO:

- a. NAME OF CONTRACTOR: STEVENS MOBILE HOMES & RV CENTER INC
- b. COMPANY NAME:
- c. STREET ADDRESS: 3030 NE EVANGELINE THRWY
- d. CITY: LAFAYETTE
- e. STATE: LA
- f. ZIP CODE: 705073425

f. SHIP VIA:

## 8. TYPE OF ORDER

[X] a. PURCHASE

Reference your _____
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheet, if any, including delivery as indicated.

[ ] b. DELIVERY

Except for billing instructions on the reverse, this delivery/task order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA: See CONTINUATION Page

10. REQUISITIONING OFFICE: RROO

### 11. BUSINESS CLASSIFICATION (Check appropriate box(es))
[X] a. SMALL  [ ] b. OTHER THAN SMALL  [ ] c. DISADVANTAGED  [ ] g. SERVICE-DISABLED VETERAN-OWNED
[ ] d. WOMEN-OWNED  [ ] e. HUBZone  [ ] f. EMERGING SMALL BUSINESS

12. F.O.B. POINT: N/A

13. PLACE OF
- a. INSPECTION: BATON ROUGE
- b. ACCEPTANCE: BATON ROUGE

14. GOVERNMENT B/L NO.:

15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date): 01-15-2006

16. DISCOUNT TERMS: Net 30

## 17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| | The contractor shall provide Eighty (80) 2-Bedrooms Park Model Mobile Homes in accordance with the attached specifications, schedule, and cost schedule. The delivery location is to be Baton Rouge, LA.

DELIVERY FOR ALL UNITS IS NO LATER THAN JAN 15, 2006.

The contractor shall provide two (2) copies of the bill of lading for each individual unit ordered hereunder. The bill of lading shall include, but not be limited to, the following:
Contract/PO Number, Contractor Name, Make/Model, and Unit VIN#. These units should be titled to "FEMA".
PLEASE FOLLOW THE INSTRUCTIONS IN PART A.3 REGARDING SUBMISSION OF INVOICES.
THE INVOICE WILL NOT BE PAID WITHOUT RECEIPT OF THE ORIGINAL CERTIFICATE OF ORIGIN/TITLE.

THIS IS A CONFIRMING ORDER - DO NOT DUPLICATE | | | | See CONTINUATION Page | |

18. SHIPPING POINT:

19. GROSS SHIPPING WEIGHT:

20. INVOICE NO.:

SEE BILLING INSTRUCTIONS ON REVERSE

### 21. MAIL INVOICE TO:
- a. NAME: Department of Homeland Security/FEMA, Disaster Finance Center
- b. STREET ADDRESS (or P.O. Box): Attn: Vendor Payments, P.O. Box 800
- c. CITY: Berryville
- d. STATE: VA
- e. ZIP CODE: 22611

17(h) TOTAL (Cont. pages):

17(i) GRAND TOTAL: $1,876,000.00

22. UNITED STATES OF AMERICA BY (Signature): [signature]

23. NAME (Typed): Joe E. Webb, Jr.
Contracting Officer
TITLE: CONTRACTING/ORDERING OFFICER

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION NOT USABLE

OPTIONAL FORM 347 (REV. 3/2005)
PRESCRIBED BY GSA/FAR 48 CFR 53.213(c)

CONTINUATION PAGE

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 |  | 1.00 | LOT | $1,876,000.00 | $1,876,000.00 |

PROVIDE EIGHTY (80) TWO BEDROOM PARK MODEL MOBILE HOMES IN SUPPORT OF THE HURRICANE KATRINA RECOVERY EFFORTS. PRICE INCLUDES PDI AND DELIVERY.
FUNDING/REQ NO:    1:    $261,100.00      TN00969Y2006T
FUNDING/REQ NO:    2: $1,614,900.00      TN01046Y2006T

                                            GRAND TOTAL ---      $1,876,000.00

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1603DR-9064- | -3190-D | TN00969Y2006T | P | $261,100.00 |
| 2 | 2006-06-1603DR-9064- | -3190-D | TN01046Y2006T | P | $1,614,900.00 |

## A.2   52.211-11   LIQUIDATED DAMAGES - SUPPLIES, SERVICES, OR RESEARCH AND DEVELOPMENT (SEPT 2000)

(a) If the Contractor fails to deliver the supplies or perform the services within the time specified in this contract, the Contractor shall, in place of actual damages, pay to the Government liquidated damages of $60.00 per unit per calendar day of delay.

(b) If the Government terminates this contract in whole or in part under the Default--Fixed-Price Supply and Service clause, the Contractor is liable for liquidated damages accruing until the Government reasonably obtains delivery or performance of similar supplies or services. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(c) The Contractor will not be charged with liquidated damages when the delay in delivery or performance is beyond the control and without the fault or negligence of the Contractor as defined in the Default--Fixed-Price Supply and Service clause in this contract.

## A.3 INVOICES

An invoice is a written request for payment under this contract for supplies delivered or for services rendered. Payment of invoices submitted under this contract shall be made in accordance with the terms and conditions of the Prompt Payment clause and in accordance with the provisions of other clauses in this contract. Failure or refusal to provide the

following information on all invoices submitted under this contract may result in the invoice being considered improper for payment in accordance with the Prompt Payment clause. In order to be proper, an invoice must include, as applicable, the following:

   a. GENERAL INFORMATION

TWO (2) INVOICE PACKETS SHALL BE PREPARED AND SUBMITTED AS FOLLOWS:

THE FIRST INVOICE PACKET SHALL BE SENT TO:

FEMA

LOGISTICS EMERGENCY HOUSING PROGRAM

ATTN: JAMES KACZOROWSKI

500 C STREET S.W. ROOM 254

WASHINGTON, D.C. 20472

   AND CONTAIN THE FOLLOWING:

1. A cover letter stating how many Certificates of Origin are contained in the packet.

2. Original Certificates of Origin/Title made out to "FEMA".

3. Warranty Information.

4. An invoice containing the following information:

   a. Name of Contractor

   b. Invoice date

   c. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

   d. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

   e. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

   f. The invoice should be itemized and numbered for each unit containing the following information on each unit (no more than 20 units per page of the invoice): Unit Manufacturer, Make and Model, VIN#, and price for each unit.

   g. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

THE SECOND INVOICE PACKET SHALL BE SENT TO:

FEMA

DISASTER FINANCE CENTER, BLDG 708

ATTN: VENDOR PAYMENTS

P.O. BOX 800

BERRYVILLE, VA 22611

AND CONTAIN THE FOLLOWING:

An invoice containing the following information:

   a. Name of Contractor

   b. Invoice date

   c. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

   d. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

   e. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

   f. The invoice should be itemized and numbered for each unit containing the following information on each unit (no more than 20 units per page of the invoice): Unit Manufacturer, Make and Model, VIN#, and price for each unit.

   g. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

   b. ELECTRONIC FUNDS TRANSFER (EFT) INFORMATION

   1. The contractor should include the EFT information set forth below on all invoices submitted for payment under this contract. Failure to provide the information or failure to notify this agency of changes to this information may result in delays in payments and/or rejection of the invoice in accordance with the Prompt Payment clause of this contract. The following EFT information should be submitted on each invoice:

   (a) Routing Transit Number (RTN) â€" The contractor shall provide the current 9-digit RTN of the payee's bank

   (b) Payee's account number

   (c) Contractor's Tax Identification Number (TIN)

   (The EFT information submitted must be that of the contractor unless there is an official Assignment of Claims on file with the payment office.)

If at any time during the term of this contract, the contractor changes any EFT information, (i.e. financial agent, RTN, account number, .etc.) the new EFT information must replace the old EFT information on subsequent invoices submitted under this contract.

To avoid delays in processing invoices, the contractor must also submit written notification of EFT information changes to the office designated in this award document as soon as the new information is known to the contractor. This notification must be in writing and signed by the individual authorized by the contractor to make such changes.

## A.4 HSAR 3052.209-70 PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (DEC 2003)

(a) Prohibitions.

Section 835 of Public Law 107-296, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity after November 25, 2002, which is treated as an inverted domestic corporation as defined in this clause.

The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of homeland security, or to prevent the loss of any jobs in the United States or prevent the Government from incurring any additional costs that otherwise would not occur.

(b) Definitions. As used in this clause:

Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting 'more than 50 percent' for 'at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, Public Law 107-296, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)--

(1) The entity completes after November 25, 2002, the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held--

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

(ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, Public Law 107-296.

(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4- year period beginning on the date which is after the date of enactment of this Act and which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) Certain transfers disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special rule for related partnerships. For purposes of applying section 835(b) of Public Law 107-296 to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows: (i) Warrants; (ii) Options; (iii) Contracts to acquire stock; (iv) Convertible debt instruments; (v) Others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of section 835.

(f) Disclosure. By signing and submitting its offer, an offeror under this solicitation represents that it not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of Section 835 of the Homeland Security Act, Public Law 107-296 of November 25, 2002.

(g) If a waiver has been granted, a copy of the approved waiver shall be attached to the bid or proposal.

### A.5  COMMERCIAL WARRANTY

Notwithstanding the provisions of the "Inspection" clause of this contract, the Contractor agrees that the items delivered under this contract shall be covered by the same warranties as the Contractor customarily offers in connection with the sale of these items on the commercial market. In the event that differing warranties covering these items are customarily offered to other purchasers by the Contractor, it is agreed that such warranties shall apply to this contract as are available to the Contractor's most favored purchaser. In addition to any other obligations imposed upon the Contractor under any warranties, and regardless of whether a similar right is customarily offered to other purchasers, the Contractor shall, if so required by the Government within a reasonable time after the giving of notice of defect in accordance with such

warranties, correct or replace the defective or nonconforming item with all possible speed at the Contractor's cost, including shipping costs, not exceeding usual charges, from the delivery point to the Contractor's plant and return.

The Contractor shall affix a prominent notice on the equipment stating that the unit is covered by a warranty by the Contractor. Complete details of the terms of the warranty shall be documented and provided at the time of acceptance by the Government.