UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-4"
                                           JUDGE ENGELHARDT
                                           MAG. JUDGE ROBY


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION



U.S. EXHIBIT NO. 10-F

FEMA10-000251

U.S. Department of Homeland Security
Washington, DC 20472

 FEMA

September 8, 2005

Dear Vendors:

This letter is a Request for Quotations, number HSFEHQ-05-Q-4000, for manufactured homes in accordance with the attached specifications. Your quote must contain a price per unit, a price per mile for delivery of units (exclusive of fuel costs), and your best possible (but realistic) production and delivery schedule. You must also submit detailed specifications and a floor plan for the unit you are proposing. Fuel costs will be reimbursed based on actual costs supported by receipts. Quotes shall be evaluated based on price and delivery which are of equal importance. The Government intends to make multiple awards from this solicitation. Resulting contracts will be of an Indefinite Delivery, Indefinite Quantity basis and shall include all applicable commercial contract clauses and a Liquidated Damages clause allowing for a $60 per unit deduction for each day a unit is late according to the accepted production and delivery schedule.

Quotes are to be e-mailed to Jonathan Gibb at jonathan.gibb@dhs.gov, and are due by 3 p.m. eastern time Friday September 9, 2005. If any exceptions are being taken to the specifications provided, you must specify these with your quotation.

Sincerely,

Bryan McCreary
Contracting Officer

| | |
|---|---|
| Zoning Requirements. Structural design to be incorporated into each unit. | |
| Roof Load Zone: | Middle |
| Thermal (U/O) Zone: | 2 |
| Wind Zone: | 3 |
| Structural Design | Must be built for multiple installations and removals. |
| Size and Configuration | |
| Type | Model: FEMA All-Electric Manufactured Home |
| Exterior Length | 60 ft (box length) |
| Exterior Width | 14 ft (box width) |
| Electrical System – AMPS | 200 A. Electrical panel is located in the back bedroom on the right wall behind the bedroom door. |
| Electrical System – Volts | 120/240 V |
| Furnishing | Fully Furnished and dinette set (table and chairs) built for six. Absolutely no carpet in the unit. |
| Bedrooms | 3 (Each bedroom designed for 2 people) Fully furnished. |
| Bathroom | 1 |
| Refrigerator | Yes 18 cubic Foot Frost Free with Freezer |
| Range and Oven | Yes, electric |
| Washer and Dryer Capacity | Yes, washer and dryer not included. |
| Air Conditioner | Yes, electric, central air (No window units) |
| Furnace | Yes, electric |
| Microwave | Yes 1.2 cubic foot with child lock |
| Water Heater | Yes, Electric, 40 Gal (dual element) quick recovery and located behind the kitchen and bathroom. Not behind bedroom wall. |
| Exterior Covering | Vinyl siding (Color: white or off-white) |
| Smoke Detector | Yes, electric w/battery-back-up (all bedrooms, living room, kitchen, bathroom, and hallways) |
| Fire Extinguisher | Yes |
| Floor Plan | Each home must use the following basic floor plan. Beginning with the front of the unit and working toward the rear, the layout shall be:<br><br>• Bedroom #3: Size: 8x13 Approximate<br>• Bedroom #2: Size: 7x9 Approximate<br>• Living Room<br>• Kitchen/Dining Room<br>• Furnace/Water Heater/Plumbing Chase<br>• Laundry/Bathroom<br>• Bedroom (Master): Size: 9x13 Approximate<br><br>Note: All hallways shall be 42" wide and all doorways 36" wide. |

PAGE 1 OF 19

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30 | 1. REQUISITION NO. NN00364Y2005T | BPA NO. |
|---|---|---|

| 2. CONTRACT NO. HSFEHQ-05-C-4337 | 3. AWARD/EFFECTIVE DATE 09-21-2005 | 4. ORDER NO. | MODIFICATION NO. | 5. SOLICITATION NO. | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|---|

| 7. FOR SOLICITATION INFORMATION CALL: | a. NAME Jonathan Gibb | b. TELEPHONE NO. (No Collect Calls) 202-646-3523 | 8. OFFER DUE DATE/LOCAL TIME ASAP |
|---|---|---|---|

**9. ISSUED BY**  CODE

Department of Homeland Security/FEMA
Federal Emergency Management Agency
Financial & Acquisition Management
500 C Street, SW, Room 350
Washington DC 20472

NAICS:  336214
SIZE STANDARD:

**10. THIS ACQUISITION IS**
[X] UNRESTRICTED OR  [ ] SET ASIDE:  % FOR:
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
[ ] EMERGING SMALL BUSINESS
[ ] 8(A)

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED [ ] SEE SCHEDULE | 12. DISCOUNT TERMS N/A | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A |
|---|---|---|---|

14. METHOD OF SOLICITATION  [ ] RFQ  [ ] IFB  [X] RFP

**15. DELIVER TO**  CODE

TBD

**16. ADMINISTERED BY**  CODE

Department of Homeland Security/FEMA
Federal Emergency Management Agency
Financial & Acquisition Management
500 C Street, SW, Room 350
Washington DC 20472

**7a. CONTRACTOR/OFFEROR**  CODE    FACILITY CODE

DOTHAN MANUFACTURED HOMES, LLC

5125 MONTGOMERY HWY

DOTHAN AL 363031553

ELEPHONE NO.

**18a. PAYMENT WILL BE MADE BY**  CODE

Department of Homeland Security/FEMA
Disaster Finance Center
Attn: Vendor Payments
P.O. Box 800
Berryville VA 22611

17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES  See CONTINUATION Page | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | The contractor shall provide five hundred (500) 14ft. x 60ft. Mobile Homes in accordance with the attached specifications, schedule, and cost schedule. The delivery location is to be determined by a FEMA Logistics representitive. The contractor shall perform in accordance with the attached delivery schedule. The contractor shall provide two (2) copies of the bill of lading for each individual unit ordered hereunder. The bill of lading shall include, but not be limited to, the following: Contract Number, Contractor Name, Make/Model, and Unit VIN#. These units should be titled to "FEMA". PLEASE FOLLOW INSTRUCTIONS IN PART C.5 REGARDING SUBMISSION OF INVOICES. THE INVOICE WILL NOT BE PAID WITHOUT RECEIPT OF THE ORIGINAL CERTIFICATE OF ORIGIN/TITLE. Delivery of the units shall be completed by 12-1-2005 THIS IS A CONFIRMING ORDER DO NOT DUPLICATE | | | | |

(Use Reverse and/or Attach Additional Sheets as Necessary)

ACCOUNTING AND APPROPRIATION DATA    See CONTINUATION Page

| 26. TOTAL AWARD AMOUNT (For Govt. Use Only) NTE    $11,650,000.00 |
|---|

27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA  [ ] ARE  [X] ARE NOT ATTACHED.

27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA  [ ] ARE  [X] ARE NOT ATTACHED

| CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _____ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. | 29. AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN IS ACCEPTED AS TO ITEMS: |
|---|---|

| SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|

| NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) Bryan S. McCreary Contracting Officer | 31c. DATE SIGNED |
|---|---|---|---|

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV. 3/2005)
Prescribed by GSA - FAR (48 CFR) 53.212

# Table of Contents

SECTION B - CONTINUATION BLOCK ..................................................................................B-1

   B.1 PRICE/COST SCHEDULE ...........................................................................................B-1

SECTION C - CONTRACT CLAUSES .................................................................................. C-1

   C.1 52.252-2  CLAUSES INCORPORATED BY REFERENCE  (FEB 1998) .....................C-1

   C.2 52.211-11  LIQUIDATED DAMAGES - SUPPLIES, SERVICES, OR
       RESEARCH AND DEVELOPMENT  (SEPT 2000) .....................................................C-1

   C.3 52.212-5  CONTRACT TERMS AND CONDITIONS REQUIRED TO
       IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL
       ITEMS (JUL 2005) .........................................................................................................C-1

   C.4 52.232-25  PROMPT PAYMENT  (OCT 2003) ...........................................................C-5

   C.5 INVOICES.....................................................................................................................C-8

   C.6 52.249-8  DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)
       (APR 1984)...................................................................................................................C-11

   C.7 HSAR 3052.209-70  PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES
       (DEC 2003)...................................................................................................................C-12

   C.8 COMMERCIAL WARRANTY ...................................................................................C-13

FEMA10-000255

HSFEHQ-05-C-4337                                SECTION B

## SECTION B - CONTINUATION BLOCK

### B.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 0001 | 14ft. x 60ft. Mobile homes | 500.00 | Each | $19,800.00 | $9,900,000.00 |
| | FUNDING/REQ NO:  1: $9,900,000.00   NN00364Y2005T | | | | |
| 0002 | Delivery $1.75 per mile plus gas (not to exceed amount) | 1.00 | Lot | $1,750,000.00 | $1,750,000.00 |
| | FUNDING/REQ NO:  1: $1,750,000.00   NN00364Y2005T | | | | |

```
                               GRAND TOTAL ---        $11,650,000.00
                                                 ===================
```

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2005-06-1603DR-9064- | -3199-D | NN00364Y2005T | P | $11,650,000.00 |

B-1

HSFEHQ-05-C-4337                                         SECTION C

## SECTION C - CONTRACT CLAUSES

### C.1  52.252-2  CLAUSES INCORPORATED BY REFERENCE  (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

http://www.arnet.gov/far

| | | |
|---|---|---|
| 52.233-4 | Applicable Law for Breach of Contract Claim | OCT 2004 |

### C.2  52.211-11  LIQUIDATED DAMAGES - SUPPLIES, SERVICES, OR RESEARCH AND DEVELOPMENT  (SEPT 2000)

(a) If the Contractor fails to deliver the supplies or perform the services within the time specified in this contract, the Contractor shall, in place of actual damages, pay to the Government liquidated damages of $60.00 per unit per calendar day of delay.

(b) If the Government terminates this contract in whole or in part under the Default--Fixed-Price Supply and Service clause, the Contractor is liable for liquidated damages accruing until the Government reasonably obtains delivery or performance of similar supplies or services. These liquidated damages are in addition to excess costs of repurchase under the Termination clause.

(c) The Contractor will not be charged with liquidated damages when the delay in delivery or performance is beyond the control and without the fault or negligence of the Contractor as defined in the Default--Fixed-Price Supply and Service clause in this contract.

### C.3  52.212-5  CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL ITEMS (JUL 2005)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1)52.233-3, Protest after Award (AUG 1996) (31 U.S.C. 3553).

(2)52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [Contracting Officer check as appropriate.]

[] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JUL 1995), with Alternate I (OCT 1995)(41 U.S.C. 253g and 10 U.S.C. 2402).

[] (2) 52.219-3, Notice of Total HUBZone Set-Aside (JAN 1999) (15 U.S.C. 657a).

[] (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JUL 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

HSFEHQ-05-C-4337                                        SECTION C

[] (4) (i) 52.219-5, Very Small Business Set-Aside (JUNE 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

[] (ii) Alternate I (MAR 1999) of 52.219-5.

[] (iii) Alternate II (JUNE 2003) of 52.219-5.

[] (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

[] (ii) Alternate I (OCT 1995) of 52.219-6.

[] (iii) Alternate II (MAR 2004) of 52.219-6.

[] (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

[] (ii) Alternate I (OCT 1995) of 52.219-7.

[] (iii) Alternate II (MAR 2004) of 52.219-7.

[] (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

[] (8)(i) 52.219-9, Small Business Subcontracting Plan (JAN 2002) (15 U.S.C. 637(d)(4)).

[] (ii) Alternate I (OCT 2001) of 52.219-9.

[] (iii) Alternate II (OCT 2001) of 52.219-9.

[] (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

[] (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (JUL 2005) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

[] (ii) Alternate I (JUNE 2003) of 52.219-23.

[] (iii) Alternate II (OCT 1998) of 52.219-23.

[] (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[] (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[] (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004)

[] (14) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

[] (15) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JUN 2004) (E.O. 13126).

[X] (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

[X] (17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

**HSFEHQ-05-C-4337**                                                        SECTION C

[] (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

[] (19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

[] (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

[] (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

[] (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

[] (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

[] (23) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

[] (24)(i) 52.225-3, Buy American Act--Free Trade Agreements-- Israeli Trade Act (JAN 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).

[] (ii) Alternate I (JAN 2004) of 52.225-3.

[] (iii) Alternate II (JAN 2004) of 52.225-3.

[] (25) 52.225-5, Trade Agreements (JAN 2005) (19 U.S.C. 2501, et seq., 19 U.S.C. 3301 note).

[] (26) 52.225-13, Restrictions on Certain Foreign Purchases (MAR 2005) (E.O.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[X] (27) 52.225-15, Sanctioned European Union Country End Products (FEB 2000) (E.O. 12849).

[] (28) 52.225-16, Sanctioned European Union Country Services (FEB 2000) (E.O. 12849).

[] (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[] (30) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[X] (31) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

[] (32) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

[] (33) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

[] (34) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[] (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (APR 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631).

[] (ii) Alternate I (APR 2003) of 52.247-64.

HSFEHQ-05-C-4337                                          SECTION C

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items: [Contracting Officer check as appropriate.]

[] (1) 52.222-41, Service Contract Act of 1965, as Amended (JUL 2005) (41 U.S.C. 351, et seq.).

[] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[] (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[] (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (February 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[] (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records--Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (April 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (December 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

HSFEHQ-05-C-4337                                    SECTION C

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (JUL 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, et seq.).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (April 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor May include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.


## C.4  52.232-25  PROMPT PAYMENT  (OCT 2003)

Notwithstanding any other payment clause in this contract, the Government will make invoice payments under the terms and conditions specified in this clause. The Government considers payment as being made on the day a check is dated or the date of an electronic funds transfer (EFT). Definitions of pertinent terms are set forth in sections 2.101, 32.001, and 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see paragraph (a)(4) of this clause concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--

(1) Due date.

(i) Except as indicated in paragraphs (a)(2) and (c) of this clause, the due date for making invoice payments by the designated payment office is the later of the following two events:

(A) The 30th day after the designated billing office receives a proper invoice from the Contractor (except as provided in paragraph (a)(1)(ii) of this clause).

(B) The 30th day after Government acceptance of supplies delivered or services performed. For a final invoice, when the payment amount is subject to contract settlement actions, acceptance is deemed to occur on the effective date of the contract settlement.

(ii) If the designated billing office fails to annotate the invoice with the actual date of receipt at the time of receipt, the invoice payment due date is the 30th day after the date of the Contractor's invoice, provided the designated billing office receives a proper invoice and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(2) Certain food products and other payments.

(i) Due dates on Contractor invoices for meat, meat food products , or fish; perishable agricultural commodities; and dairy products, edible fats or oils, and food products prepared from edible fats or oils are--

(A) For meat or meat food products, as defined in section 2(a)(3) of the Packers and Stockyard Act of 1921 (7 U.S.C. 182(3)), and as further defined in Pub. L. 98-181, including any edible fresh or frozen poultry meat, any perishable poultry meat food product, fresh eggs, and any perishable egg product, as close as possible to, but not later than, the 7th day after product delivery.

FEMA10-000261

HSFEHQ-05-C-4337                                      SECTION C

(B) For fresh or frozen fish, as defined in section 204(3) of the Fish and Seafood Promotion Act of 1986 (16 U.S.C. 4003(3)), as close as possible to, but not later than, the 7th day after product delivery.

(C) For perishable agricultural commodities, as defined in section 1(4) of the Perishable Agricultural Commodities Act of 1930 (7 U.S.C. 499a(4)), as close as possible to, but not later than, the 10th day after product delivery, unless another date is specified in the contract.

(D) For dairy products, as defined in section 111(e) of the Dairy Production Stabilization Act of 1983 (7 U.S.C. 4502(e)), edible fats or oils, and food products prepared from edible fats or oils, as close as possible to, but not later than, the 10th day after the date on which a proper invoice has been received. Liquid milk, cheese, certain processed cheese products, butter, yogurt, ice cream, mayonnaise, salad dressings, and other similar products, fall within this classification. Nothing in the Act limits this classification to refrigerated products. When questions arise regarding the proper classification of a specific product, prevailing industry practices will be followed in specifying a contract payment due date. The burden of proof that a classification of a specific product is, in fact, prevailing industry practice is upon the Contractor making the representation.

(ii) If the contract does not require submission of an invoice for payment (e.g., periodic lease payments), the due date will be as specified in the contract.

(3) Contractor's invoice. The Contractor shall prepare and submit invoices to the designated billing office specified in the contract. A proper invoice must include the items listed in paragraphs (a)(3)(i) through (a)(3)(x) of this clause. If the invoice does not comply with these requirements, the designated billing office will return it within 7 days after receipt (3 days for meat, meat food products, or fish; 5 days for perishable agricultural commodities, dairy products, edible fats or oils, and food products prepared from edible fats or oils), with the reasons why it is not a proper invoice. The Government will take into account untimely notification when computing any interest penalty owed the Contractor.

(i) Name and address of the Contractor.

(ii) Invoice date and invoice number. (The Contractor should date invoices as close as possible to the date of the mailing or transmission.)

(iii) Contract number or other authorization for supplies delivered or services performed (including order number and contract line item number).

(iv) Description, quantity, unit of measure, unit price, and extended price of supplies delivered or services performed.

(v) Shipping and payment terms (e.g., shipment number and date of shipment, discount for prompt payment terms). Bill of lading number and weight of shipment will be shown for shipments on Government bills of lading.

(vi) Name and address of Contractor official to whom payment is to be sent (must be the same as that in the contract or in a proper notice of assignment).

(vii) Name (where practicable), title, phone number, and mailing address of person to notify in the event of a defective invoice.

(viii) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(ix) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

HSFEHQ-05-C-4337                                    SECTION C

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision (e.g., 52.232- 38, Submission of Electronic Funds Transfer Information with Offer), contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer--Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(x) Any other information or documentation required by the contract (e.g., evidence of shipment).

(4) Interest penalty. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if payment is not made by the due date and the conditions listed in paragraphs (a)(4)(i) through (a)(4)(iii) of this clause are met, if applicable. However, when the due date falls on a Saturday, Sunday, or legal holiday, the designated payment office may make payment on the following working day without incurring a late payment interest penalty.

(i) The designated billing office received a proper invoice.

(ii) The Government processed a receiving report or other Government documentation authorizing payment, and there was no disagreement over quantity, quality, or Contractor compliance with any contract term or condition.

(iii) In the case of a final invoice for any balance of funds due the Contractor for supplies delivered or services performed, the amount was not subject to further contract settlement actions between the Government and the Contractor.

(5) Computing penalty amount. The Government will compute the interest penalty in accordance with the Office of Management and Budget prompt payment regulations at 5 CFR part 1315.

(i) For the sole purpose of computing an interest penalty that might be due the Contractor, Government acceptance is deemed to occur constructively on the 7th day (unless otherwise specified in this contract) after the Contractor delivers the supplies or performs the services in accordance with the terms and conditions of the contract, unless there is a disagreement over quantity, quality, or Contractor compliance with a contract provision. If actual acceptance occurs within the constructive acceptance period, the Government will base the determination of an interest penalty on the actual date of acceptance. The constructive acceptance requirement does not, however, compel Government officials to accept supplies or services, perform contract administration functions, or make payment prior to fulfilling their responsibilities.

(ii) The prompt payment regulations at 5 CFR 1315.10(c) do not require the Government to pay interest penalties if payment delays are due to disagreement between the Government and the Contractor over the payment amount or other issues involving contract compliance, or on amounts temporarily withheld or retained in accordance with the terms of the contract. The Government and the Contractor shall resolve claims involving disputes and any interest that may be payable in accordance with the clause at FAR 52.233-1, Disputes.

(6) Discounts for prompt payment. The designated payment office will pay an interest penalty automatically, without request from the Contractor, if the Government takes a discount for prompt payment improperly. The Government will calculate the interest penalty in accordance with the prompt payment regulations at 5 CFR part 1315.

(7) Additional interest penalty.

(i) The designated payment office will pay a penalty amount, calculated in accordance with the prompt payment regulations at 5 CFR part 1315 in addition to the interest penalty amount only if--

(A) The Government owes an interest penalty of $1 or more;

(B) The designated payment office does not pay the interest penalty within 10 days after the date the invoice amount is paid; and

HSFEHQ-05-C-4337                                                    SECTION C

(C) The Contractor makes a written demand to the designated payment office for additional penalty payment, in accordance with paragraph (a)(7)(ii) of this clause, postmarked not later than 40 days after the invoice amount is paid.

(ii)(A) The Contractor shall support written demands for additional penalty payments with the following data. The Government will not request any additional data. The Contractor shall--

(1) Specifically assert that late payment interest is due under a specific invoice, and request payment of all overdue late payment interest penalty and such additional penalty as may be required;

(2) Attach a copy of the invoice on which the unpaid late payment interest is due; and

(3) State that payment of the principal has been received, including the date of receipt.

(B) If there is no postmark or the postmark is illegible--

(1) The designated payment office that receives the demand will annotate it with the date of receipt, provided the demand is received on or before the 40th day after payment was made; or

(2) If the designated payment office fails to make the required annotation, the Government will determine the demand's validity based on the date the Contractor has placed on the demand, provided such date is no later than the 40th day after payment was made.

(iii) The additional penalty does not apply to payments regulated by other Government regulations (e.g., payments under utility contracts subject to tariffs and regulation).

(b) Contract financing payment. If this contract provides for contract financing, the Government will make contract financing payments in accordance with the applicable contract financing clause.

(c) Fast payment procedure due dates. If this contract contains the clause at 52.213-1, Fast Payment Procedure, payments will be made within 15 days after the date of receipt of the invoice.

(d) Overpayments. If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

## C.5  INVOICES

An invoice is a written request for payment under this contract for supplies delivered or for services rendered.  Payment of invoices submitted under this contract shall be made in accordance with the terms and conditions of the Prompt Payment clause and in accordance with the provisions of other clauses in this contract.  Failure or refusal to provide the following information on all invoices submitted under this contract may result in the invoice being considered improper for payment in accordance with the Prompt Payment clause.  In order to be proper, an invoice must include, as applicable, the following:

a. GENERAL INFORMATION

TWO (2) INVOICE PACKETS SHALL BE PREPARED AND SUBMITTED AS FOLLOWS:

THE FIRST INVOICE PACKET SHALL BE SENT TO:

**HSFEHQ-05-C-4337**                                          **SECTION C**

FEMA

LOGISTICS EMERGENCY HOUSING PROGRAM

ATTN: JAMES KACZOROWSKI

500 C STREET S.W. ROOM 254

WASHINGTON, D.C. 20472

AND CONTAIN THE FOLLOWING:

1. A cover letter stating how many Certificates of Origin are contained in the packet.

2. Original Certificates of Origin/Title made out to "FEMA".

3. Warranty Information.

4. An invoice containing the following information:

    a. Name of Contractor

    b. Invoice date

    c. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

    d. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

    e. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

    f. The invoice should be itemized and numbered for each unit containing the following information on each unit (no more than 20 units per page of the invoice): Unit Manufacturer, Make and Model, VIN#, and price for each unit.

    g. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

THE SECOND INVOICE PACKET SHALL BE SENT TO:

FEMA

DISASTER FINANCE CENTER, BLDG 708

ATTN: VENDOR PAYMENTS

P.O. BOX 800

BERRYVILLE, VA 22611

AND CONTAIN THE FOLLOWING:

HSFEHQ-05-C-4337                                    SECTION C

An invoice containing the following information:

   a. Name of Contractor

   b. Invoice date

   c. Contract number (including order number, if any), contract line item number, contract description of supplies or services, quantity, contract unit of measure and unit price, and extended total.

   d. Shipment number and date of shipment (bill-of-lading number and weight of shipment will be shown for shipments on Government bills of lading).

   e. Name, title, phone number and complete mailing address of responsible Official who can be contacted in the event of an improper invoice, if there are questions, or additional information is needed by this agency to process payment.

   f. The invoice should be itemized and numbered for each unit containing the following information on each unit (no more than 20 units per page of the invoice): Unit Manufacturer, Make and Model, VIN#, and price for each unit.

   g. Any other information or documentation required by other provisions of the Contract (such as evidence of shipment).

  b. ELECTRONIC FUNDS TRANSFER (EFT) INFORMATION

   1. The contractor should include the EFT information set forth below on all invoices submitted for payment under this contract. Failure to provide the information or failure to notify this agency of changes to this information may result in delays in payments and/or rejection of the invoice in accordance with the Prompt Payment clause of this contract. The following EFT information should be submitted on each invoice:

   (a) Routing Transit Number (RTN) â€" The contractor shall provide the current 9-digit RTN of the payee's bank

   (b) Payee's account number

   (c) Contractor's Tax Identification Number (TIN)

  (The EFT information submitted must be that of the contractor unless there is an official Assignment of Claims on file with the payment office.)

  If at any time during the term of this contract, the contractor changes any EFT information, (i.e. financial agent, RTN, account number, etc.) the new EFT information must replace the old EFT information on subsequent invoices submitted under this contract.

  To avoid delays in processing invoices, the contractor must also submit written notification of EFT information changes to the office designated in this award document as soon as the new information is known to the contractor. This notification must be in writing and signed by the individual authorized by the contractor to make such changes.

HSFEHQ-05-C-4337                                                SECTION C

**C.6  52.249-8  DEFAULT (FIXED-PRICE SUPPLY AND SERVICE)
     (APR 1984)**

(a) (1) The Government may, subject to paragraphs (c) and (d) below, by written notice of default to the Contractor, terminate this contract in whole or in part if the Contractor fails to--

(i) Deliver the supplies or to perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) below); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) below).

(2) The Government's right to terminate this contract under subdivisions (1)(ii) and (1)(iii) above, may be exercised if the Contractor does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or services similar to those terminated, and the Contractor will be liable to the Government for any excess costs for those supplies or services. However, the Contractor shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Contractor shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes, and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Contractor.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Contractor and subcontractor, and without the fault or negligence of either, the Contractor shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Contractor to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Contractor to transfer title and deliver to the Government, as directed by the Contracting Officer, any (1) completed supplies, and (2) partially completed supplies and materials, parts, tools, dies, jigs, fixtures, plans, drawings, information, and contract rights (collectively referred to as "manufacturing materials" in this clause) that the Contractor has specifically produced or acquired for the terminated portion of this contract. Upon direction of the Contracting Officer, the Contractor shall also protect and preserve property in its possession in which the Government has an interest.

(f) The Government shall pay contract price for completed supplies delivered and accepted. The Contractor and Contracting Officer shall agree on the amount of payment for manufacturing materials delivered and accepted and for the protection and preservation of the property. Failure to agree will be a dispute under the Disputes clause. The Government may withhold from these amounts any sum the Contracting Officer determines to be necessary to protect the Government against loss because of outstanding liens or claims of former lien holders.

(g) If, after termination, it is determined that the Contractor was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(h) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

HSFEHQ-05-C-4337                                            SECTION C

## C.7 HSAR 3052.209-70  PROHIBITION ON CONTRACTS WITH CORPORATE EXPATRIATES (DEC 2003)

(a) Prohibitions.

Section 835 of Public Law 107-296, prohibits the Department of Homeland Security from entering into any contract with a foreign incorporated entity after November 25, 2002, which is treated as an inverted domestic corporation as defined in this clause.

The Secretary shall waive the prohibition with respect to any specific contract if the Secretary determines that the waiver is required in the interest of homeland security, or to prevent the loss of any jobs in the United States or prevent the Government from incurring any additional costs that otherwise would not occur.

(b) Definitions. As used in this clause:

Expanded Affiliated Group means an affiliated group as defined in section 1504(a) of the Internal Revenue Code of 1986 (without regard to section 1504(b) of such Code), except that section 1504 of such Code shall be applied by substituting 'more than 50 percent' for 'at least 80 percent' each place it appears.

Foreign Incorporated Entity means any entity which is, or but for subsection (b) of section 835 of the Homeland Security Act, Public Law 107-296, would be, treated as a foreign corporation for purposes of the Internal Revenue Code of 1986.

Inverted Domestic Corporation. A foreign incorporated entity shall be treated as an inverted domestic corporation if, pursuant to a plan (or a series of related transactions)--

(1) The entity completes after November 25, 2002, the direct or indirect acquisition of substantially all of the properties held directly or indirectly by a domestic corporation or substantially all of the properties constituting a trade or business of a domestic partnership;

(2) After the acquisition at least 80 percent of the stock (by vote or value) of the entity is held--

(i) In the case of an acquisition with respect to a domestic corporation, by former shareholders of the domestic corporation by reason of holding stock in the domestic corporation; or

(ii) In the case of an acquisition with respect to a domestic partnership, by former partners of the domestic partnership by reason of holding a capital or profits interest in the domestic partnership; and

(3) The expanded affiliated group which after the acquisition includes the entity does not have substantial business activities in the foreign country in which or under the law of which the entity is created or organized when compared to the total business activities of such expanded affiliated group.

Person, domestic, and foreign have the meanings given such terms by paragraphs (1), (4), and (5) of section 7701(a) of the Internal Revenue Code of 1986, respectively.

(c) Special rules. The following definitions and special rules shall apply when determining whether a foreign incorporated entity should be treated as an inverted domestic corporation.

(1) Certain stock disregarded. For the purpose of treating a foreign incorporated entity as an inverted domestic corporation these shall not be taken into account in determining ownership:

(i) stock held by members of the expanded affiliated group which includes the foreign incorporated entity; or

HSFEHQ-05-C-4337                                    SECTION C

(ii) stock of such entity which is sold in a public offering related to the acquisition described in subsection (b)(1) of Section 835 of the Homeland Security Act, Public Law 107-296.

(2) Plan deemed in certain cases. If a foreign incorporated entity acquires directly or indirectly substantially all of the properties of a domestic corporation or partnership during the 4-year period beginning on the date which is after the date of enactment of this Act and which is 2 years before the ownership requirements of subsection (b)(2) are met, such actions shall be treated as pursuant to a plan.

(3) Certain transfers disregarded. The transfer of properties or liabilities (including by contribution or distribution) shall be disregarded if such transfers are part of a plan a principal purpose of which is to avoid the purposes of this section.

(d) Special rule for related partnerships. For purposes of applying section 835(b) of Public Law 107-296 to the acquisition of a domestic partnership, except as provided in regulations, all domestic partnerships which are under common control (within the meaning of section 482 of the Internal Revenue Code of 1986) shall be treated as a partnership.

(e) Treatment of Certain Rights.

(1) Certain rights shall be treated as stocks to the extent necessary to reflect the present value of all equitable interests incident to the transaction, as follows: (i) Warrants; (ii) Options; (iii) Contracts to acquire stock; (iv) Convertible debt instruments; (v) Others similar interests.

(2) Rights labeled as stocks shall not be treated as stocks whenever it is deemed appropriate to do so to reflect the present value of the transaction or to disregard transactions whose recognition would defeat the purpose of section 835.

(f) Disclosure. By signing and submitting its offer, an offeror under this solicitation represents that it not a foreign incorporated entity that should be treated as an inverted domestic corporation pursuant to the criteria of Section 835 of the Homeland Security Act, Public Law 107-296 of November 25, 2002.

(g) If a waiver has been granted, a copy of the approved waiver shall be attached to the bid or proposal.


## C.8  COMMERCIAL WARRANTY

Notwithstanding the provisions of the "Inspection" clause of this contract, the Contractor agrees that the items delivered under this contract shall be covered by the same warranties as the Contractor customarily offers in connection with the sale of these items on the commercial market. In the event that differing warranties covering these items are customarily offered to other purchasers by the Contractor, it is agreed that such warranties shall apply to this contract as are available to the Contractor's most favored purchaser. In addition to any other obligations imposed upon the Contractor under any warranties, and regardless of whether a similar right is customarily offered to other purchasers, the Contractor shall, if so required by the Government within a reasonable time after the giving of notice of defect in accordance with such warranties, correct or replace the defective or nonconforming item with all possible speed at the Contractor's cost, including shipping costs, not exceeding usual charges, from the delivery point to the Contractor's plant and return.

The Contractor shall affix a prominent notice on the equipment stating that the unit is covered by a warranty by the Contractor. Complete details of the terms of the warranty shall be documented and provided at the time of acceptance by the Government.

| Zoning Requirements. Structural design to be incorporated into each unit. | |
|---|---|
| Roof Load Zone: | Middle |
| Thermal (U/O) Zone: | 2 |
| Wind Zone: | 3 |
| Structural Design | Must be built for multiple installations and removals. |
| Size and Configuration | |
| Type | Model: FEMA All-Electric Manufactured Home |
| Exterior Length | 60 ft (box length) |
| Exterior Width | 14 ft (box width) |
| Electrical System – AMPS | 200 A. Electrical panel is located in the back bedroom on the right wall behind the bedroom door. |
| Electrical System – Volts | 120/240 V |
| Furnishing | Fully Furnished and dinette set (table and chairs) built for six. Absolutely no carpet in the unit. |
| Bedrooms | 3 (Each bedroom designed for 2 people) Fully furnished. |
| Bathroom | 1 |
| Refrigerator | Yes 18 cubic Foot Frost Free with Freezer |
| Range and Oven | Yes, electric |
| Washer and Dryer Capacity | Yes, washer and dryer not included. |
| Air Conditioner | Yes, electric, central air (No window units) |
| Furnace | Yes, electric |
| Microwave | Yes 1.2 cubic foot with child lock |
| Water Heater | Yes, Electric, 40 Gal (dual element) quick recovery and located behind the kitchen and bathroom. Not behind bedroom wall. |
| Exterior Covering | Vinyl siding (Color: white or off-white) |
| Smoke Detector | Yes, electric w/battery-back-up (all bedrooms, living room, kitchen, bathroom, and hallways) |
| Fire Extinguisher | Yes |
| Floor Plan | Each home must use the following basic floor plan. Beginning with the front of the unit and working toward the rear, the layout shall be:<br><br>• Bedroom #3: Size: 8x13 Approximate<br>• Bedroom #2: Size: 7x9 Approximate<br>• Living Room<br>• Kitchen/Dining Room<br>• Furnace/Water Heater/Plumbing Chase<br>• Laundry/Bathroom<br>• Bedroom (Master): Size: 9x13 Approximate<br><br>Note: All hallways shall be 42"wide and all doorways 36" wide. |

# OCTOBER  2005

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17<br>12 Homes Shipped | 18<br>12 Homes Shipped | 19<br>12 Homes Shipped | 20<br>12 Homes Shipped | 21<br>12 Homes Shipped | 22<br>12 Homes Shipped |
| 23 | 24 13 Homes Shipped | 25<br>13 Homes Shipped | 26<br>13 Homes Shipped | 27<br>13 Homes Shipped | 28<br>13 Homes Shipped | 29<br>13 Homes Shipped |
| 30 | 31 14 Homes Shipped | | | | | |

FEMA10-000270

## November 2005

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1<br><br>14 Homes Shipped | 2<br><br>14 Homes Shipped | 3<br><br>14 Homes Shipped | 4<br><br>14 Homes Shipped | 5<br><br>14 Homes Shipped |
| 6 | 7<br><br>14 Homes Shipped | 8<br><br>14 Homes Shipped | 9<br><br>14 Homes Shipped | 10<br><br>14 Homes Shipped | 11<br><br>**Veterans Day** | 12<br><br>14 Homes Shipped |
| 13 | 14<br><br>14 Homes Shipped | 15<br><br>14 Homes Shipped | 16<br><br>14 Homes Shipped | 17<br><br>14 Homes Shipped | 18<br><br>14 Homes Shipped | 19<br><br>14 Homes Shipped |
| 20 | 21<br><br>14 Homes Shipped | 22<br><br>14 Homes Shipped | 23<br><br>14 Homes Shipped | 24<br><br>Thanksgiving | 25<br><br>14 Homes Shipped | 26<br><br>14 Homes Shipped |
| 27 | 28<br><br>14 Homes Shipped | 29<br><br>14 Homes Shipped | 30<br><br>14 Homes Shipped | | | |

FEMA10-000271