UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 12

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION 2:07-MD-1873 |
| | * | |
| | | JUDGE ENGLEHARDT –DIV. N |
| | * | |
| | | MAGISTRATE ROBY – MAG. 4 |

*********************************************************************

### DECLARATION OF CLIFFORD OLIVER

I, Clifford Oliver state and declare as follows:

1.       I am employed by the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS).  From mid-September 2005 until mid-April 2007, I was detailed into the position of Individual Assistance – Technical Assistance Contract (IA-TAC) Program Manager within FEMA's Disaster Assistance Directorate.  In this position, I oversaw FEMA's efforts to provide temporary housing to approximately 500,000 disaster victims rendered homeless first by Hurricane Katrina and, subsequently by, Hurricane Rita.  I established and managed a Program Management Office in Washington, D.C. At the end of my detail, I returned to my normally assigned duties.

2.       During the time I was the IA-TAC Program Manager; I oversaw the four IA-TAC Contractors as well as approximately 42 follow-on Contractors that supported FEMA's Gulf temporary housing mission.

3.       From approximately September 2005 to September 2006, FEMA had four IA-TAC contractors, Bechtel, Inc. Fluor, Inc., Ch2M Hill, Inc., and Shaw, Inc.  The IA-TAC Contractors responsibilities included the design and construction of temporary housing sites, hauling temporary housing units (TMUs), trailers, park model trailers and manufactured homes,

1

from FEMA staging areas to intended installation locations, installing and maintaining TMUs. Once the occupants vacated the TMUs, the contractor deactivated and returned the TMU to a FEMA staging area. Each of these IA-TAC contractors held contracts with FEMA of at least of $500 million and will ultimately be paid a total of approximately $3.2 billion for their services.

4.      On or about September 2006, FEMA completed competitive procurements of the remaining housing support work in the Gulf and replaced the four IA-TAC Contractors with 36 Maintenance and Deactivation Contractors (MDC) and 16 Group Site Maintenance Contractors. The MDC's duties and responsibilities were substantially the same as the IA-TAC contractors with respect to the TMUs.

5.      Upon assignment of a TMU to a household or individual disaster victim, the IA-TAC or MDC contractor retrieved the TMU from a FEMA staging facility, transported the TMU to the installation site, installed the unit, and "leased in" each the disaster victim, which included handing over the keys. The IA-TAC and MDC contractors also were responsible for conducting scheduled maintenance and responding to occupants request for repairs on TMUs. When the disaster victim vacated the TMU, the IA-TAC and MDC was responsible for retrieving the unit, deactivating the unit, and returning the unit to a FEMA staging site.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this _13_ day of _May 2008_

CLIFFORD OLIVER
FEMA/DHS

2