UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-4"
 JUDGE ENGELHARDT
 MAG. JUDGE ROBY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 13



# FEMA's Ongoing Response to Formaldehyde

Release Date: February 12, 2008
Release Number: HQ-08-002b

WASHINGTON, D.C. -- The Federal Emergency Management Agency (FEMA) continues to address air quality concerns in temporary emergency housing units used to house disaster victims following Hurricanes Katrina and Rita.

The Centers for Disease Control and Prevention (CDC) is currently analyzing scientific data collected since December in emergency housing units. While CDC conducts this analysis, FEMA continues to review its activities and action plans.

Following most disasters, people displaced from their housing are able to obtain or are provided with short-term, temporary housing outside the impacted area. Often, they return to their homes a short time later. With the immensity and size of Hurricanes Katrina and Rita this was not possible. Facing an area of devastation roughly the size of Great Britain, FEMA provided 143,752 mobile homes and travel trailers to individuals and families throughout the Gulf - the largest emergency housing mission in our nation's history.

The following is a review of key elements of FEMA's actions regarding formaldehyde levels in emergency, temporary housing units.

After FEMA learned of concerns by residents, FEMA addressed them on a case-by-case basis and also took broader action. FEMA:

- Established a toll-free number for all occupants of emergency, temporary housing units with formaldehyde and health concerns. All occupants expressing concerns are offered immediate relocation and alternative housing options;
- Provided all residents with information on mitigation techniques, including increasing ventilation, keeping indoor air temperatures moderate, lowering the humidity, and not smoking in the unit. FEMA also exchanged units of individuals with formaldehyde concerns;
- Engaged public health experts from other federal agencies to provide health guidance on this issue;
- Worked with the Environmental Protection Agency (EPA) to measure the effectiveness of mitigation methods to reduce formaldehyde levels (such as use of ventilation, air conditioning, and vent fans); and
- Engaged the Agency for Toxic Substances and Disease Registry (ATSDR) to analyze air samples collected by the EPA.

As FEMA received additional complaints, and began evaluating claims made by a Mississippi pediatrician about his patients, FEMA requested assistance from the Department of Homeland Security Office of Health Affairs (OHA) in

contacting CDC to further study these claims.

FEMA took additional actions to assist occupants, including the following:

- Delivered additional written notification to every trailer occupant advising them of health concerns, mitigation strategies and housing options.
- Suspended the installation, sale, transfer or donation of travel trailers or park model recreational vehicles while the agency works with health and environmental experts to address the issue.
- Established the policy that FEMA will procure only units constructed of materials that meet or exceed all HUD and industry guidelines for current and future purchases of temporary emergency housing.
- Announced a program to refund the purchase price of travel trailers or park models to individuals who wished to return units purchased directly from FEMA or through GSA.

On December 21, 2007, CDC identified a scientific sample of randomly selected emergency, temporary housing units in Louisiana and Mississippi to determine formaldehyde levels in the units. CDC engaged an independent contractor, Bureau Veritas Inc., who conducted testing in the established sample of 520 units. Testing was completed on January 23, 2008, and the results compiled and sent to CDC for analysis. Experts at CDC are currently reviewing and analyzing the data.

FEMA continues to relocate residents in emergency housing units on an expedited basis. During the week of February 6, 2008, 983 households moved out of emergency, temporary housing units.

FEMA continues to work with the 38,297 households remaining in emergency, temporary housing units and FEMA's goal is to move all of them into permanent housing solutions by the end of this year. Of the 38,297 households remaining emergency, temporary housing units, 30,860 (80.58% percent) are located on private sites - often adjacent to the resident's home which is under repair or construction. The other 7,437 are in group, commercial or industrial sites which FEMA is in the process of consolidating and phasing out.

Ongoing activities include:

- Addressing/Tracking Occupant Concerns - FEMA provides direct contact with residents through its Formaldehyde Call Center.
    o As of February 6, 2008, FEMA had received 7,081 calls to the formaldehyde hotline.
- Every applicant was offered alternative housing options, including an immediate move to a hotel or motel.
- 3,047 requested information but did not request to move.
- 4,034 requested or accepted an offer of alternative housing.
- 2,510 of this 4,034 have moved into new housing.
- 946 of this 4,034 are in the process of securing or moving into housing alternatives.
- 578 of this 4,034 have refused all housing alternatives.
- Identifying Alternate Housing - FEMA is working with state and local government, other federal agencies and voluntary agencies to identify alternate temporary and long-term housing. Information on identified units is provided to case managers and residents.
- Case Management - FEMA has assigned case workers to contact every resident and make them aware of available housing resources. FEMA continues to provide case management services to applicants as they make final decisions about their housing alternatives.

- Transitioning Self-Sufficient Families - At peak, 143,752 households occupied FEMA emergency, temporary housing units. On average, FEMA oversees 800 to 1000 relocations each week. As of February 6, 2008, 38,297 households remain in emergency, temporary housing units.

**Temporary Housing Occupancy By State**
**Gulf Coast Recovery Office, Data as of 2/06/08**

| State | Current number of Households | Peak Occupancy |
|---|---|---|
| Alabama | 98 | 2,056 |
| Louisiana | 27,233 | 91,633 |
| Mississippi | 10,672 | 45,818 |
| Texas | 294 | 4,245 |
| TOTAL: | 38,297 | 143,752 |

- Financial Assistance Provided to Eligible Applicants - FEMA has provided direct financial assistance to Gulf Coast residents under a variety of disaster assistance programs (the following financial numbers as of January 4, 2008).
    - $7,231,866,003 has been provided to more than 1.4 million households through FEMA's Individual and Households Program (IHP), including:
        - $5,199,646,550 in Housing Assistance, and
        - $2,137,817,226 in Other Needs Assistance.
    - $4,419,571,155 of rental assistance has been distributed to over 730,000 households.
    - FEMA has provided $434,950,714 in home repair payments, helping make more than 185,000 homes habitable across the Gulf Region following Katrina and Rita.
    - In addition, FEMA has provided $341,468,075 to over 34,000 households to assist them with the purchase of replacement housing.

FEMA coordinates the federal government's role in preparing for, preventing, mitigating the effects of, responding to, and recovering from all domestic disasters, whether natural or man-made, including acts of terror.