UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 14

## GCRO INDIVIDUAL ASSISTANCE GLOBAL REPORT EXECUTIVE SUMMARY
No. 35.0 - April 09, 2008

| | AL | LA | MS | TX | Gulf-Wide |
|---|---|---|---|---|---|
| **Site Parks and Closures** | | | | | |
| Current # of Commercial Site Parks | 8 | 214 | 95 | 0 | 317 |
| Closed Since Previous Week's Report | 0 | 1 | 1 | 0 | 2 |
| Current # of Group Site Parks | | 18 | 14 | | 32 |
| Closed Since Previous Week's Report | | 2 | 0 | | 2 |
| Current # of Industrial Site Parks | | | | | 0 |
| Closed Since Previous Week's Report | | | | | 0 |
| Total Closed Since Previous Week's Report | 0 | 3 | 1 | 0 | 4 |
| **Depopulation of Households** | | | | | |
| Commercial Site Households | | | | | |
| Aggregate # of Households | 295 | 7,524 | 4,486 | 148 | 12,453 |
| Current # of Households | 16 | 2,377 | 1,354 | 0 | 3,747 |
| Depopulated Since Previous Week's Report | 0 | 89 | 40 | 0 | 129 |
| Group Site Households | | | | | |
| Aggregate # of Households | 114 | 8,989 | 2,935 | | 12,038 |
| Current # of Households | 0 | 906 | 711 | | 1,617 |
| Depopulated Since Previous Week's Report | 0 | 119 | 34 | | 153 |
| Industrial Site Households | | | | | |
| Aggregate # of Households | | 3,182 | | | 3,182 |
| Current # of Households | | 0 | | | 0 |
| Depopulated Since Previous Week's Report | | 0 | | | 0 |
| Private Sites Households | | | | | |
| Aggregate # of Households | 1,647 | 71,978 | 38,397 | 4,097 | 116,119 |
| Current # of Households | 63 | 17,366 | 6,102 | 106 | 23,637 |
| Depopulated Since Previous Week's Report | 0 | 632 | 270 | 14 | 916 |
| Total Aggregate # of Households | 2,056 | 91,673 | 45,818 | 4,245 | 143,792 |
| Total Current # of Households | 79 | 20,649 | 8,167 | 106 | 29,001 |
| Total Depopulated of Households Since Previous Week's Report | 0 | 840 | 344 | 14 | 1,198 |
| **Aggregate HH Moved Out of TT/PM/MH into Alternative Housing** | | | | | |
| Total Households Moved to FEMA Rental Housing Units* | 61 | 5,104 | 1,518 | 172 | 6,855 |
| Moved via CLC Prime | 50 | 1,813 | 28 | 99 | 1,990 |
| Moved via CLC Standard | 11 | 3,291 | 1,490 | 73 | 4,865 |
| Moved to In-State FEMA Rental Units | 59 | 4,843 | 1,518 | 172 | 6,592 |
| Moved to Out-of-State FEMA Rental Units | 2 | 261 | 0 | 0 | 263 |
| Total Households Moved/Swapped to MH | 0 | 953 | 207 | 0 | 1,160 |
| Total Households Moved to Hotel/Motel | 8 | 1,592 | 540 | 50 | 2,190 |
| Total Households Moved to AHPP | 0 | 0 | 2,139 | 0 | 2,139 |
| Total Households No Longer in FEMA Program | 1,571 | 61,116 | 1,547 | 3,951 | 68,185 |
| *Moved totals will not add up because applicants may move between housing options. | | | | | |
| **HH Moved Out of TT/PM/HM into Alternative Housing Since Previous Week's Report** | | | | | |
| Total Households Moved to FEMA Rental Housing Units | 0 | -15 | 44 | 2 | 31 |
| Moved via CLC Prime | 0 | 0 | 0 | 1 | 1 |
| Moved via CLC Standard | 0 | -15 | 44 | 1 | 30 |
| Moved to In-State FEMA Rental Units | 0 | -6 | 44 | 2 | 40 |
| Moved to Out-of-State FEMA Rental Units | 0 | -9 | 0 | 0 | -9 |
| Total Households Moved/Swapped to MH | 0 | 0 | 3 | 0 | 3 |
| Total Households Moved to Hotel/Motel | 0 | 39 | 435 | 4 | 478 |
| Total Households Moved to AHPP | 0 | 0 | 82 | 0 | 82 |
| Total Households No Longer in FEMA Program | 0 | 850 | 44 | 12 | 906 |
| **Current HH Remaining in FEMA Direct Housing Program** | 79 | 20,649 | 8,167 | 106 | 29,001 |

FEMA09-000327



### Gulf-Wide Households (HH) by State (Commercial and Group Sites Only)

Remaining Number of HH (Baseline as of January 1, 2007) (Logarithmic for Clarity of Scale)

| | 1/1/07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Feb-08 | Mar-08 | 4-Apr-08 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 17,065 | 12,708 | 11,809 | 10,595 | 9,456 | 8,239 | 7,653 | 6,550 | 5,646 | 5,364 |
| Alabama | 64 | 44 | 38 | 24 | 16 | 17 | 15 | 16 | 16 | 16 |
| Louisiana | 12,646 | 8,997 | 8,265 | 7,370 | 6,508 | 5,526 | 5,014 | 4,116 | 3,491 | 3,283 |
| Mississippi | 4,286 | 3,642 | 3,488 | 3,201 | 2,932 | 2,696 | 2,624 | 2,418 | 2,139 | 2,065 |
| Texas | 69 | 25 | 18 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Note: 0/0: All TX HHs in Commercial Sites have vacated.

FEMA09-000328



## Gulf-Wide Park Numbers by State
### (Commercial and Group Sites Only)

Remaining Number of Parks
(Baseline as of January 1, 2007)
(Logarithmic for Clarity of Scale)

|  | 1/1/07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Feb-08 | Mar-08 | 4-Apr-08 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 934 | 680 | 648 | 614 | 566 | 513 | 461 | 372 | 353 | 349 |
| Alabama | 14 | 14 | 14 | 10 | 8 | 8 | 8 | 8 | 8 | 8 |
| Louisiana | 729 | 508 | 486 | 466 | 425 | 381 | 329 | 251 | 235 | 232 |
| Mississippi | 179 | 147 | 139 | 138 | 133 | 124 | 124 | 113 | 110 | 109 |
| Texas | 12 | 11 | 9 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

10/10: All TX Commercial Sites have closed

PoC: GCRO Reports Division
GCRO, New Orleans, LA

GCRO Gulf-wide Roll-Up
IA Global Report No. 35.1

3

FEMA09-000329



### Gulf-Wide Households (HH) - Private Sites

| | 1/1/07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | Dec-07 | Jan-08 | Feb-08 | Mar-08 | 4-Apr-08 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 76,517 | 48,120 | 45,075 | 41,452 | 38,194 | 34,146 | 31,627 | 28,004 | 24,553 | 23,637 |
| Alabama | 447 | 236 | 213 | 177 | 119 | 96 | 85 | 72 | 63 | 63 |
| Louisiana | 49,850 | 33,543 | 31,565 | 29,395 | 27,181 | 24,364 | 22,850 | 20,564 | 17,998 | 17,366 |
| Mississippi | 23,969 | 13,368 | 12,427 | 11,160 | 10,296 | 9,250 | 8,368 | 7,194 | 6,372 | 6,102 |
| Texas | 2,251 | 973 | 870 | 720 | 598 | 436 | 324 | 174 | 120 | 106 |

Remaining Number of HH
(Baseline as of January 1, 2007)
(Logarithmic for Clarity of Scale)

PoC: GCRO Reports Division
GCRO, New Orleans, LA

GCRO Gulf-wide Roll-Up
IA Global Report No. 35.1

4

## Formaldehyde Call Center Report
### Gulf-wide Totals

| | Louisiana | Texas | Mississippi | Alabama | Gulf-wide Total |
|---|---|---|---|---|---|
| Total # of Apps who Called TRO Formaldehyde Call Center | 6,290 | 1,554 | 2,601 | 44 | 10,489 |
| Total # of Apps Who *Requested* Alternate Housing Due to Formaldehyde Concerns | 3,748 | 16 | 2,065 | 19 | 5,848 |
| Total # of Apps Who Requested Alternate Housing Due to Formaldehyde Concerns and *Have Moved In* | 1,870 | 16 | 1,425 | 19 | 3,330 |
| Total # of Apps Who Requested Alternate Housing Due to Formaldehyde Concerns and *Are Pending* | 1,109 | 0 | 436 | 0 | 1,545 |
| Total # of Apps Who Requested Alternate Housing, but *Refused All Alternate Housing Options* | 769 | 0 | 204 | 0 | 973 |
| Total # of Apps *Offered* Alternate Housing Due to Formaldehyde Concerns by FEMA | 1,430 | 50 | 397 | 11 | 1,888 |
| Total # of Apps Offered Alternate Housing Due to Formaldehyde Concerns by FEMA and *Have Moved In* | 246 | 34 | 0 | 8 | 288 |
| Total # of Apps Offered Alternate Housing Due to Formaldehyde Concerns by FEMA and *Are Pending* | 490 | 0 | 46 | 1 | 537 |
| Total # of Apps Who Were Offered Alternate Housing, but *Refused All Alternate Housing Options* | 694 | 16 | 351 | 2 | 1,063 |
| Total # of Apps Moved to Alternate Housing | 2,116 | 50 | 1,425 | 27 | 3,618 |
| # of Apps Living With Family/Friends (Until FEMA Alternate Housing Comes Available)* | 0 | 3 | 10 | 1 | 14 |
| # of Apps Moved to Hotel/Motel* | 478 | 36 | 535 | 7 | 1,056 |
| # of Apps Moved to Rental Assistance* | 1,845 | 34 | 612 | 26 | 2,517 |
| # of Apps Swap Out for MH Complete* | 9 | n/a | 61 | n/a | 70 |
| # of Apps Moved to MH Complete* | 10 | n/a | 153 | n/a | 163 |
| # of Apps Moved to AHPP Unit Complete* | 0 | 0 | 220 | 0 | 220 |
| # of Apps Moved Back to Pre-Disaster Housing* | 0 | 8 | 0 | 0 | 8 |
| Total # of Apps Pending Alternate Housing Placement | 1,599 | 0 | 482 | 1 | 2,082 |
| # of Apps Where FEMA Has Offered a Menu of Housing Options and Applicant is Deciding on Option | 189 | 0 | 140 | 0 | 329 |
| # of Apps Offered Specific Resources Offered by FEMA and FEMA Waiting for App to Make Decision | 669 | 0 | 79 | 0 | 748 |
| # of Apps Who Are Locating Their Own Resources | 174 | 0 | 17 | 0 | 191 |
| # of Apps Accepted Resource and Awaiting Non-FEMA Action (landlord, applicant, State, etc.) | 271 | 0 | 141 | 0 | 412 |
| # of Apps Accepted Resource and Awaiting FEMA Payment Processing | 27 | 0 | 11 | 0 | 38 |
| # of Apps Accepted Resource and Awaiting Move-In | 34 | 0 | 13 | 0 | 47 |
| # of Apps Not Able to Contact | 235 | 0 | 81 | 1 | 317 |
| Total # of Apps who Refused All Alternate Housing Options | 1,463 | 16 | 555 | 2 | 2,036 |

*Numbers do not add up because applicants may move between housing options.

Data as of April 4, 2008