UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                   SECTION "N-4"
                                               JUDGE ENGELHARDT
                                               MAG. JUDGE ROBY


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**


**U.S. EXHIBIT NO. 16**

# TOXICOLOGICAL PROFILE FOR
# FORMALDEHYDE

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Public Health Service**
**Agency for Toxic Substances and Disease Registry**

July 1999

ATSDR-00001

# DISCLAIMER

The use of company or product name(s) is for identification only and does not imply endorsement by the Agency for Toxic Substances and Disease Registry.

ATSDR-00002

FORMALDEHYDE                                                                              iii

# UPDATE STATEMENT

Toxicological profiles are revised and republished as necessary, but no less than once every three years.
For information regarding the update status of previously released profiles, contact ATSDR at:

Agency for Toxic Substances and Disease Registry
Division of Toxicology/Toxicology Information Branch
1600 Clifton Road NE, E-29
Atlanta, Georgia 30333

ATSDR-00003

ATSDR-00004

# FOREWORD

This toxicological profile is prepared in accordance with guidelines* developed by the Agency for Toxic Substances and Disease Registry (ATSDR) and the Environmental Protection Agency (EPA). The original guidelines were published in the *Federal Register* on April 17, 1987. Each profile will be revised and republished as necessary.

The ATSDR toxicological profile succinctly characterizes the toxicologic and adverse health effects information for the hazardous substance described therein. Each peer-reviewed profile identifies and reviews the key literature that describes a hazardous substance's toxicologic properties. Other pertinent literature is also presented, but is described in less detail than the key studies. The profile is not intended to be an exhaustive document; however, more comprehensive sources of specialty information are referenced.

The focus of the profiles is on health and toxicologic information; therefore, each toxicological profile begins with a public health statement that describes, in nontechnical language, a substance's relevant toxicological properties. Following the public health statement is information concerning levels of significant human exposure and, where known, significant health effects. The adequacy of information to determine a substance's health effects is described in a health effects summary. Data needs that are of significance to protection of public health are identified by ATSDR and EPA.

Each profile includes the following:

(A) The examination, summary, and interpretation of available toxicologic information and epidemiologic evaluations on a hazardous substance to ascertain the levels of significant human exposure for the substance and the associated acute, subacute, and chronic health effects;

(B) A determination of whether adequate information on the health effects of each substance is available or in the process of development to determine levels of exposure that present a significant risk to human health of acute, subacute, and chronic health effects; and

(C) Where appropriate, identification of toxicologic testing needed to identify the types or levels of exposure that may present significant risk of adverse health effects in humans.

The principal audiences for the toxicological profiles are health professionals at the Federal, State, and local levels; interested private sector organizations and groups; and members of the public.

This profile reflects ATSDR's assessment of all relevant toxicologic testing and information that has been peer-reviewed. Staff of the Centers for Disease Control and Prevention and other Federal scientists have also reviewed the profile. In addition, this profile has been peer-reviewed by a nongovernmental panel and was made available for public review. Final responsibility for the contents and views expressed in this toxicological profile resides with ATSDR.

Jeffrey P. Koplan, M.D., M.P.H.
Administrator
Agency for Toxic Substances and
Disease Registry

vi

*Legislative Background

      The toxicological profiles are developed in response to the Superfund Amendments and Reauthorization Act (SARA) of 1986 (Public Law 99-499) which amended the Comprehensive Environmental Response, Compensation, and Liability Act of 1980 (CERCLA or Superfund). This public law directed ATSDR to prepare toxicological profiles for hazardous substances most commonly found at facilities on the CERCLA National Priorities List and that pose the most significant potential threat to human health, as determined by ATSDR and the EPA. The availability of the revised priority list of 275 hazardous substances was announced in the *Federal Register* on November 17, 1997 (62 FR 61332). For prior versions of the list of substances, see *Federal Register* notices dated April 29, 1996 (61 FR 18744); April 17, 1987 (52 FR 12866); October 20, 1988 (53 FR 41280); October 26, 1989 (54 FR 43619); October 17,1990 (55 FR 42067); October 17, 1991 (56 FR 52166); October 28, 1992 (57 FR 48801); and February 28, 1994 (59 FR 9486). Section 104(i)(3) of CERCLA, as amended, directs the Administrator of ATSDR to prepare a toxicological profile for each substance on the list.

ATSDR-00006

# QUICK REFERENCE FOR HEALTH CARE PROVIDERS

Toxicological Profiles are a unique compilation of toxicological information on a given hazardous substance. Each profile reflects a comprehensive and extensive evaluation, summary, and interpretation of available toxicologic and epidemiologic information on a substance. Health care providers treating patients potentially exposed to hazardous substances will find the following information helpful for fast answers to often-asked questions.

---

## *Primary Chapters/Sections of Interest*

**Chapter 1: Public Health Statement**: The Public Health Statement can be a useful tool for educating patients about possible exposure to a hazardous substance. It explains a substance's relevant toxicologic properties in a nontechnical, question-and-answer format, and it includes a review of the general health effects observed following exposure.

**Chapter 2: Health Effects**: Specific health effects of a given hazardous compound are reported by *route of exposure*, by *type of health effect* (death, systemic, immunologic, reproductive), and by *length of exposure* (acute, intermediate, and chronic). In addition, both human and animal studies are reported in this section.
> *NOTE:* Not all health effects reported in this section are necessarily observed in the clinical setting. Please refer to the Public Health Statement to identify general health effects observed following exposure.

**Pediatrics:** Four new sections have been added to each Toxicological Profile to address child health issues:

| | |
|---|---|
| **Section 1.6** | **How Can (Chemical X) Affect Children?** |
| **Section 1.7** | **How Can Families Reduce the Risk of Exposure to (Chemical X)?** |
| **Section 2.6** | **Children's Susceptibility** |
| **Section 5.6** | **Exposures of Children** |

**Other Sections of Interest:**

| | |
|---|---|
| **Section 2.7** | **Biomarkers of Exposure and Effect** |
| **Section 2.10** | **Methods for Reducing Toxic Effects** |

---

*ATSDR Information Center*
> *Phone:* 1-800-447-1544 (to be replaced by 1-888-42-ATSDR in 1999)
> or 404-639-6357             *Fax:*     404-639-6359
> *E-mail:* atsdric@cdc.gov             *Internet:* http://atsdr1.atsdr.cdc.gov:8080

The following additional material can be ordered through the ATSDR Information Center:

*Case Studies in Environmental Medicine: Taking an Exposure History*—The importance of taking an exposure history and how to conduct one are described, and an example of a thorough exposure history is provided. Other case studies of interest include *Reproductive and Developmental Hazards; Skin Lesions and Environmental Exposures; Cholinesterase-Inhibiting Pesticide Toxicity;* and numerous chemical-specific case studies.

ATSDR-00007

*Managing Hazardous Materials Incidents* is a three-volume set of recommendations for on-scene (prehospital) and hospital medical management of patients exposed during a hazardous materials incident. Volumes I and II are planning guides to assist first responders and hospital emergency department personnel in planning for incidents that involve hazardous materials.  Volume III—*Medical Management Guidelines for Acute Chemical Exposures*—is a guide for health care professionals treating patients exposed to hazardous materials.

*Fact Sheets (ToxFAQs)* provide answers to frequently asked questions about toxic substances.

---

## Other Agencies and Organizations

*The National Center for Environmental Health* (NCEH) focuses on preventing or controlling disease, injury, and disability related to the interactions between people and their environment outside the workplace.  *Contact:* NCEH, Mailstop F-29, 4770 Buford Highway, NE, Atlanta, GA 30341-3724 • Phone: 770-488-7000 • FAX: 770-488-7015.

*The National Institute for Occupational Safety and Health* (NIOSH) conducts research on occupational diseases and injuries, responds to requests for assistance by investigating problems of health and safety in the workplace, recommends standards to the Occupational Safety and Health Administration (OSHA) and the Mine Safety and Health Administration (MSHA), and trains professionals in occupational safety and health.    *Contact:* NIOSH, 200 Independence Avenue, SW, Washington, DC 20201 • Phone: 800-356-4674 or  NIOSH Technical Information Branch, Robert A. Taft Laboratory, Mailstop C-19, 4676 Columbia Parkway, Cincinnati, OH 45226-1998 • Phone: 800-35-NIOSH.

*The National Institute of Environmental Health Sciences (*NIEHS) is the principal federal agency for biomedical research on the effects of chemical, physical, and biologic environmental agents on human health and well-being. *Contact:* NIEHS, PO Box 12233, 104 T.W. Alexander Drive, Research Triangle Park, NC 27709 • Phone: 919-541-3212.

---

## Referrals

*The Association of Occupational and Environmental Clinics* (AOEC) has developed a network of clinics in the United States to provide expertise in occupational and environmental issues. *Contact:* AOEC, 1010 Vermont Avenue, NW, #513, Washington, DC 20005 •  Phone: 202-347-4976 • FAX: 202-347-4950 • e-mail: aoec@dgs.dgsys.com  •    AOEC Clinic Director: http://occ-env-med.mc.duke.edu/oem/aoec.htm.

*The American College of Occupational and Environmental Medicine* (ACOEM) is an association of physicians and other health care providers specializing in the field of occupational and environmental medicine. *Contact:*  ACOEM, 55 West Seegers Road, Arlington Heights, IL 60005 • Phone: 847-228-6850 • FAX: 847-228-1856.

# CONTRIBUTORS

**CHEMICAL MANAGER(S)/AUTHORS(S):**

Sharon Wilbur, M.A.
ATSDR, Division of Toxicology, Atlanta, GA

M. Olivia Harris, M.A.
ATSDR, Division of Toxicology, Atlanta, GA

Peter R. McClure, Ph.D., DABT
Syracuse Research Corporation, North Syracuse, NY

Wayne Spoo, DVM, DABT, DABVT
Research Triangle Institute, Research Triangle Park, NC

**THE PROFILE HAS UNDERGONE THE FOLLOWING ATSDR INTERNAL REVIEWS:**

1.     Health Effects Review.  The Health Effects Review Committee examines the health effects
       chapter of each profile for consistency and accuracy in interpreting health effects and classifying
       end points.

2.     Minimal Risk Level Review.  The Minimal Risk Level Workgroup considers issues relevant to
       substance-specific minimal risk levels (MRLs), reviews the health effects database of each
       profile, and makes recommendations for derivation of MRLs.

3.     Data Needs Review.  The Research Implementation Branch reviews data needs sections to assure
       consistency across profiles and adherence to instructions in the Guidance.

ATSDR-000010

# PEER REVIEW

A peer review panel was assembled for formaldehyde.  The panel consisted of the following members:

1.     Carson Conaway, Research Scientist, American Health Foundation, Valhalla, New York 10595;

2.     John Egle, Jr., Professor, Department of Pharmacology and Toxicology, Medical College of
       Virginia, Smith Bldg., Room 656, Richmond, VA 23219; and

3.     Vincent Garry, Director, Environmental Medicine, University of Minnesota, 421 29th Ave.,
       SE Minneapolis, MN 55414.

These experts collectively have knowledge of formaldehyde's physical and chemical properties, toxico-
kinetics, key health end points, mechanisms of action, human and animal exposure, and quantification of
risk to humans.  All reviewers were selected in conformity with the conditions for peer review specified
in Section 104(I)(13) of the Comprehensive Environmental Response, Compensation, and Liability Act,
as amended.

Scientists from the Agency for Toxic Substances and Disease Registry (ATSDR) have reviewed the peer
reviewers' comments and determined which comments will be included in the profile.  A listing of the
peer reviewers' comments not incorporated in the profile, with a brief explanation of the rationale for their
exclusion, exists as part of the administrative record for this compound.  A list of databases reviewed and
a list of unpublished documents cited are also included in the administrative record.

The citation of the peer review panel should not be understood to imply its approval of the profile's final
content.  The responsibility for the content of this profile lies with the ATSDR.

ATSDR-000012

# CONTENTS

FOREWORD . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . v

QUICK REFERENCE FOR HEALTH CARE PROVIDERS . . . . . . . . . . . . . . . . . . . . . . . . . . . vii

CONTRIBUTORS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ix

PEER REVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xi

LIST OF FIGURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xvii

LIST OF TABLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . xx

1. PUBLIC HEALTH STATEMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
   1.1   WHAT IS FORMALDEHYDE? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
   1.2   WHAT HAPPENS TO FORMALDEHYDE WHEN IT ENTERS THE ENVIRONMENT? . . 2
   1.3   HOW MIGHT I BE EXPOSED TO FORMALDEHYDE? . . . . . . . . . . . . . . . . . . . . . 3
   1.4   HOW CAN FORMALDEHYDE ENTER AND LEAVE MY BODY? . . . . . . . . . . . . . . . 4
   1.5   HOW CAN FORMALDEHYDE AFFECT MY HEALTH? . . . . . . . . . . . . . . . . . . . . . 4
   1.6   HOW CAN FORMALDEHYDE AFFECT CHILDREN? . . . . . . . . . . . . . . . . . . . . . . 5
   1.7   HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO FORMALDEHYDE? . . 6
   1.8   IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED TO
        FORMALDEHYDE? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   1.9   WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO
        PROTECT HUMAN HEALTH? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
   1.10  WHERE CAN I GET MORE INFORMATION? . . . . . . . . . . . . . . . . . . . . . . . . . . 8

2. HEALTH EFFECTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   2.1   INTRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
   2.2   DISCUSSION OF HEALTH EFFECTS BY ROUTE OF EXPOSURE . . . . . . . . . . . . . . 9
          2.2.1    Inhalation Exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
                2.2.1.1   Death . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
                2.2.1.2   Systemic Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
                2.2.1.3   Immunological and Lymphoreticular Effects . . . . . . . . . . . . . . . 71
                2.2.1.4   Neurological Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79
                2.2.1.5   Reproductive Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 82
                2.2.1.6   Developmental Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . 84
                2.2.1.7   Genotoxic Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 85
                2.2.1.8   Cancer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 89
          2.2.2    Oral Exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 112
                2.2.2.1   Death . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 113
                2.2.2.2   Systemic Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 134
                2.2.2.3   Immunological and Lymphoreticular Effects . . . . . . . . . . . . . . 144
                2.2.2.4   Neurological Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 145
                2.2.2.5   Reproductive Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . 146
                2.2.2.6   Developmental Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . 148
                2.2.2.7   Genotoxic Effects . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 149
                2.2.2.8   Cancer . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 150
          2.2.3    Dermal Exposure . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 153

          2.2.3.1   Death .................................................... 153
          2.2.3.2   Systemic Effects ......................................... 154
          2.2.3.3   Immunological and Lymphoreticular Effects .................... 162
          2.2.3.4   Neurological Effects ...................................... 163
          2.2.3.5   Reproductive Effects ...................................... 164
          2.2.3.6   Developmental Effects ..................................... 164
          2.2.3.7   Genotoxic Effects ........................................ 165
          2.2.3.8   Cancer ................................................ 165
    2.3   TOXICOKINETICS ................................................. 166
          2.3.1   Absorption ................................................ 166
                  2.3.1.1   Inhalation Exposure ................................ 167
                  2.3.1.2   Oral Exposure ................................... 168
                  2.3.1.3   Dermal Exposure .................................. 170
          2.3.2   Distribution .............................................. 172
                  2.3.2.1   Inhalation Exposure ................................ 172
                  2.3.2.2   Oral Exposure ................................... 174
                  2.3.2.3   Dermal Exposure .................................. 175
          2.3.3   Metabolism ............................................... 176
                  2.3.3.1   Inhalation Exposure. ............................... 177
                  2.3.3.2   Oral Exposure. ................................... 180
                  2.3.3.3   Dermal Exposure .................................. 180
          2.3.4   Elimination and Excretion ................................... 180
                  2.3.4.1   Inhalation Exposure ................................ 180
                  2.3.4.2   Oral Exposure ................................... 180
                  2.3.4.3   Dermal Exposure .................................. 182
          2.3.5   Physiologically Based Pharmacokinetic (PBPK)/Pharmacodynamic (PD) Models
                  ........................................................ 182
    2.4   MECHANISMS OF ACTION ........................................... 188
          2.4.1   Pharmacokinetic Mechanisms .................................. 188
          2.4.2   Mechanisms of Toxicity ...................................... 191
          2.4.3   Animal-to-Human Extrapolations ............................... 195
    2.5   RELEVANCE TO PUBLIC HEALTH ...................................... 197
    2.6   CHILDREN'S SUSCEPTIBILITY ........................................ 226
    2.7   BIOMARKERS OF EXPOSURE AND EFFECT ............................... 229
          2.7.1   Biomarkers Used to Identify or Quantify Exposure to Formaldehyde .......... 230
          2.7.2   Biomarkers Used to Characterize Effects Caused by Formaldehyde ........... 233
    2.8   INTERACTIONS WITH OTHER CHEMICALS ................................ 235
    2.9   POPULATIONS THAT ARE UNUSUALLY SUSCEPTIBLE ..................... 236
    2.10  METHODS FOR REDUCING TOXIC EFFECTS ............................... 237
          2.10.1  Reducing Peak Absorption Following Exposure ..................... 238
          2.10.2  Reducing Body Burden ...................................... 238
          2.10.3  Interfering with the Mechanism of Action for Toxic Effects .............. 239
    2.11  ADEQUACY OF THE DATABASE ....................................... 239
          2.11.1  Existing Information on Health Effects of Formaldehyde ............... 240
          2.11.2  Identification of Data Needs .................................. 242
          2.11.3  Ongoing Studies ........................................... 263

3. CHEMICAL AND PHYSICAL INFORMATION ...................................... 267
    3.1   CHEMICAL IDENTITY .............................................. 267
    3.2   PHYSICAL AND CHEMICAL PROPERTIES ................................ 267

4. PRODUCTION, IMPORT/EXPORT, USE, AND DISPOSAL ........................... 271

4.1   PRODUCTION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 271
4.2   IMPORT/EXPORT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 276
4.3   USE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 276
4.4   DISPOSAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 280

5. POTENTIAL FOR HUMAN EXPOSURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283
5.1   OVERVIEW . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 283
5.2   RELEASES TO THE ENVIRONMENT . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
      5.2.1   Air . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 287
      5.2.2   Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 294
      5.2.3   Soil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
5.3   ENVIRONMENTAL FATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
      5.3.1   Transport and Partitioning . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 295
      5.3.2   Transformation and Degradation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 296
              5.3.2.1   Air . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 296
              5.3.2.2   Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 298
              5.3.2.3   Sediment and Soil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
5.4   LEVELS MONITORED OR ESTIMATED IN THE ENVIRONMENT . . . . . . . . . . . 299
      5.4.1   Air . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 299
      5.4.2   Water . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 304
      5.4.3   Sediment and Soil . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 304
      5.4.4   Other Environmental Media . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 305
5.5   GENERAL POPULATION AND OCCUPATIONAL EXPOSURE . . . . . . . . . . . . . 305
5.6   EXPOSURES OF CHILDREN . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 308
5.7   POPULATIONS WITH POTENTIALLY HIGH EXPOSURES . . . . . . . . . . . . . . . . 311
5.8   ADEQUACY OF THE DATABASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 311
      5.8.1   Identification of Data Needs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 312
      5.8.2   Ongoing Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 315

6. ANALYTICAL METHODS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 317
6.1   BIOLOGICAL SAMPLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 317
6.2   ENVIRONMENTAL SAMPLES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 320
6.3   ADEQUACY OF THE DATABASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
      6.3.1   Identification of Data Needs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 327
      6.3.2   Ongoing Studies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 330

7. REGULATIONS AND ADVISORIES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 333

8. REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 343

9. GLOSSARY . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 417

APPENDICES

A. ATSDR MINIMAL RISK LEVEL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1

B. USER'S GUIDE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . B-1

C. ACRONYMS, ABBREVIATIONS, AND SYMBOLS . . . . . . . . . . . . . . . . . . . . . . . . . C-1

# LIST OF FIGURES

2-1     Levels of Significant Exposure to Formaldehyde—Inhalation .......................... 35

2-2     Levels of Significant Exposure to Formaldehyde—Oral ............................ 129

2-3     Metabolic Pathways of Formaldehyde Biotransformation ........................... 178

2-4     Conceptual Representation of a Physiologically Based Pharmacokinetic (PBPK)
        Model for A Hypothetical Chemical Substance .................................... 185

2-5     Existing Information on Health Effects of Formaldehyde ........................... 241

5-1     Frequency of NPL Sites with Formaldehyde Contamination .......................... 284

ATSDR-000016

ATSDR-000017

# LIST OF TABLES

2-1   Levels of Significant Exposure to Formaldehyde—Inhalation ........................... 13

2-2   Definitions of Selected Epidemiology Terms ............................................ 91

2-3   Meta-analysis of Epidemiology Studies of Cancer of the Nose and Nasal Sinuses and
      Nasopharyngeal Cancer ................................................................ 94

2-4   Levels of Significant Exposure to Formaldehyde—Oral ................................ 116

2-5   Levels of Significant Exposure to Formaldehyde—Dermal ............................. 155

2-6   Genotoxicity of Formaldehyde *In Vivo* ............................................... 220

2-7   Genotoxicity of Formaldehyde *In Vitro* .............................................. 221

2-8   Ongoing Studies on Formaldehyde ..................................................... 264

3-1   Chemical Identity of Formaldehyde ................................................... 268

3-2   Physical and Chemical Properties of Formaldehyde .................................... 269

4-1   Facilities That Manufacture or Process Formaldehyde ................................. 273

4-2   U.S. Formaldehyde Capacity and Production ........................................... 275

4-3   Distribution of Formaldehyde Production According to Uses in the United States ........... 277

5-1   Releases to the Environment from Facilities That Manufacture or Process Formaldehyde ..... 288

5-2   Environmental Transformation Products of Formaldehyde by Medium ................... 297

5-3   Indoor Concentrations of Formaldehyde in U.S. Homes ............................... 301

5-4   Ongoing Studies on the Potential for Human Exposure to Formaldehyde ................. 316

6-1   Analytical Methods for Determining Formaldehyde and Metabolites in Biological Samples ... 318

6-2   Analytical Methods for Determining Formaldehyde in Environmental Samples ............ 321

6-3   Ongoing Studies on Formaldehyde .................................................... 331

7-1   Regulations and Guidelines Applicable to Formaldehyde .............................. 334

ATSDR-000018

ATSDR-000019

# 1.  PUBLIC HEALTH STATEMENT

This public health statement tells you about formaldehyde and the effects of exposure.

The Environmental Protection Agency (EPA) identifies the most serious hazardous waste sites in the nation.  These sites make up the National Priorities List (NPL) and are the sites targeted for long-term federal cleanup activities.  Formaldehyde has been found in at least 26 of the 1,428 current or former NPL sites.  However, it's unknown how many NPL sites have been evaluated for this substance.  As more sites are evaluated, the sites with formaldehyde may increase.  This is important because exposure to this substance may harm you and because these sites may be sources of exposure.

When a substance is released from a large area, such as an industrial plant, or from a container, such as a drum or bottle, it enters the environment.  This release does not always lead to exposure.  You are exposed to a substance only when you come in contact with it.  You may be exposed by breathing, eating, or drinking the substance or by skin contact.

If you are exposed to formaldehyde, many factors determine whether you'll be harmed.  These factors include the dose (how much), the duration (how long), and how you come in contact with it.  You must also consider the other chemicals you're exposed to and your age, sex, diet, family traits, lifestyle, and state of health.

## 1.1  WHAT IS FORMALDEHYDE?

Formaldehyde is a colorless, flammable gas at room temperature.  It has a pungent, distinct odor and may cause a burning sensation to the eyes, nose, and lungs at high concentrations.  Formaldehyde is also known as methanal, methylene oxide, oxymethylene, methylaldehyde, and oxomethane.  Formaldehyde can react with many other chemicals, and it will break down into methanol (wood alcohol) and carbon monoxide at very high temperatures.

Formaldehyde is naturally produced in very small amounts in our bodies as a part of our normal, everyday metabolism and causes us no harm.  It can also be found in the air that we breathe at home and at work, in the food we eat, and in some products that we put on our skin.  A major source of formaldehyde that we breathe every day is found in smog in the lower atmosphere.  Automobile exhaust

from cars without catalytic converters or those using oxygenated gasoline also contain formaldehyde. At home, formaldehyde is produced by cigarettes and other tobacco products, gas cookers, and open fireplaces. It is also used as a preservative in some foods, such as some types of Italian cheeses, dried foods, and fish. Formaldehyde is found in many products used every day around the house, such as antiseptics, medicines, cosmetics, dish-washing liquids, fabric softeners, shoe-care agents, carpet cleaners, glues and adhesives, lacquers, paper, plastics, and some types of wood products. Some people are exposed to higher levels of formaldehyde if they live in a new mobile home, as formaldehyde is given off as a gas from the manufactured wood products used in these homes.

Formaldehyde is used in many industries. It is used in the production of fertilizer, paper, plywood, and urea-formaldehyde resins. It is present in the air in iron foundries. It is also used in the production of cosmetics and sugar, in well-drilling fluids, in agriculture as a preservative for grains and seed dressings, in the rubber industry in the production of latex, in leather tanning, in wood preservation, and in photographic film production. Formaldehyde is combined with methanol and buffers to make embalming fluid. Formaldehyde is also used in many hospitals and laboratories to preserve tissue specimens.

## 1.2   WHAT HAPPENS TO FORMALDEHYDE WHEN IT ENTERS THE ENVIRONMENT?

Most of the formaldehyde you are exposed to in the environment is in the air. Formaldehyde dissolves easily in water, but it does not last a long time in water and is not commonly found in drinking water supplies. Most formaldehyde in the air also breaks down during the day. The breakdown products of formaldehyde in air include formic acid and carbon monoxide. Formaldehyde does not seem to build up in plants and animals, and although formaldehyde is found in some food, it is not found in large amounts. You will find more information about where formaldehyde comes from, how it behaves, and how long it remains in the environment in Chapter 5.

1. PUBLIC HEALTH STATEMENT

## 1.3   HOW MIGHT I BE EXPOSED TO FORMALDEHYDE?

You are exposed to small amounts of formaldehyde in the air.  It occurs from both natural and man made sources although combustion is the largest source.  If you live in an unpopulated area, you may be exposed to about 0.2 parts per billion (ppb) of formaldehyde in the air outdoors.  In suburban areas, you may be exposed to about 2–6 ppb of formaldehyde.  If you live in a heavily populated area or near some industries, you may be exposed to 10–20 ppb.  You may also be exposed to higher levels of formaldehyde during rush hour commutes in highly populated areas because it is formed in automobile and truck exhaust.

There is usually more formaldehyde present indoors than outdoors.  Formaldehyde is released to the air from many home products and you may breath in formaldehyde while using these products.  Latex paint, fingernail hardener, and fingernail polish release a large amount of formaldehyde to the air.  Plywood and particle board, as well as furniture and cabinets made from them, fiberglass products, new carpets, decorative laminates, and some permanent press fabrics give off a moderate amount of formaldehyde. Some paper products, such as grocery bags and paper towels, give off small amounts of formaldehyde. Because these products contain formaldehyde, you may also be exposed on the skin by touching or coming in direct contact with them.  You may also be exposed to small amounts of formaldehyde in the food you eat.  You are not likely to be exposed to formaldehyde in the water you drink because it does not last a long time in water.

Many other home products contain and give off formaldehyde although the amount has  not been carefully measured.  These products include household cleaners, carpet cleaners, disinfectants, cosmetics, medicines, fabric softeners, glues, lacquers, and antiseptics. You may also breath formaldehyde if you use unvented gas or kerosene heaters indoors or if you or someone else smokes a cigar, cigarette, or pipe indoors.  The amount of formaldehyde in mobile homes is usually higher than it is in conventional homes because of their lower air turnover.

People who work at or near chemical plants that make or use formaldehyde can be exposed to higher than normal amounts of formaldehyde.  Doctors, nurses, dentists, veterinarians, pathologists, embalmers, workers in the clothing industry or in furniture factories, and teachers and students who handle preserved specimens in laboratories also might be exposed to higher amounts of formaldehyde.  The National

Institute for Occupational Safety and Health (NIOSH) estimates that 1,329,332 individuals in the United States have had the potential for occupational exposure to formaldehyde.

## 1.4   HOW CAN FORMALDEHYDE ENTER AND LEAVE MY BODY?

Formaldehyde can enter your body after you breath it in, drink or eat it, or when it comes in contact with your skin.  Formaldehyde is quickly absorbed from the nose and the upper part of your lungs.  When formaldehyde is eaten and drunk, it is also very quickly absorbed.  Very small amounts are probably absorbed from formaldehyde that comes in contact with your skin.  Once absorbed, formaldehyde is very quickly broken down.  Almost every tissue in the body has the ability to break down formaldehyde.  It is usually converted to a non-toxic chemical called formate, which is excreted in the urine.  Formaldehyde can also be converted to carbon dioxide and breathed out of the body.  It can also be broken down so the body can use it to make larger molecules needed in your tissues, or it can attach to deoxyribonucleic acid (DNA) or to protein in your body.  Formaldehyde is not stored in fat.

## 1.5   HOW CAN FORMALDEHYDE AFFECT MY HEALTH?

Formaldehyde is irritating to tissues when it comes into direct contact with them.  Some people are more sensitive to the effects of formaldehyde than others.  The most common symptoms include irritation of the eyes, nose, and throat, along with increased tearing, which occurs at air concentrations of about 0.4–3 parts per million (ppm).  NIOSH states that formaldehyde is immediately dangerous to life and health at 20 ppm.  One large study of people with asthma found that they may be more sensitive to the effects of inhaled formaldehyde than other people; however, many studies show that they are not more sensitive.  Severe pain, vomiting, coma, and possible death can occur after drinking large amounts of formaldehyde.  Skin can become irritated if it comes into contact with a strong solution of formaldehyde.

To protect the public from the harmful effects of toxic chemicals and to find ways to treat people who have been harmed, scientists use many tests.

One way to see if a chemical will hurt people is to learn how the chemical is absorbed, used, and released by the body; for some chemicals, animal testing may be necessary.  Animal testing may also be used to identify health effects such as cancer or birth defects.  Without laboratory animals, scientists would lose a basic method to get information needed to make wise decisions to protect public health.  Scientists have

the responsibility to treat research animals with care and compassion. Laws today protect the welfare of research animals, and scientists must comply with strict animal care guidelines.

Several studies of laboratory rats exposed for life to high amounts of formaldehyde in air found that the rats developed nose cancer. Some studies of humans exposed to lower amounts of formaldehyde in workplace air found more cases of cancer of the nose and throat (nasopharyngeal cancer) than expected, but other studies have not found nasopharyngeal cancer in other groups of workers exposed to formaldehyde in air. The Department of Health and Human Services (DHHS) has determined that formaldehyde may reasonably be anticipated to be a human carcinogen (NTP). The International Agency for Research on Cancer (IARC) has determined that formaldehyde is probably carcinogenic to humans. This determination was based on specific judgements that there is limited evidence in humans and sufficient evidence in laboratory animals that formaldehyde can cause cancer. The Environmental Protection Agency (EPA) has determined that formaldehyde is a probable human carcinogen based on limited evidence in humans and sufficient evidence in laboratory animals. More information on the health effects of formaldehyde can be found in Chapter 2.

## 1.6  HOW CAN FORMALDEHYDE AFFECT CHILDREN?

This section discusses potential health effects from exposures during the period from conception to maturity at 18 years of age in humans. Potential effects on children resulting from exposures of the parents are also considered.

Children and adults are likely to be exposed to formaldehyde in the same way. The most common way for children to be exposed to formaldehyde is by breathing it. Children may also be exposed by wearing some types of new clothes or cosmetics. A small number of studies have looked at the health effects of formaldehyde in children. It is very likely that breathing formaldehyde will result in nose and eye irritation (burning feeling, itchy, tearing, and sore throat). We do not know if the irritation would occur at lower concentrations in children than in adults. Studies in animals suggest that formaldehyde will not cause birth defects in humans. Inhaled formaldehyde or formaldehyde applied to the skin is not likely to be transferred from mother to child in breast milk or to reach the developing fetus.

1. PUBLIC HEALTH STATEMENT

## 1.7   HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO FORMALDEHYDE?

If your doctor finds that you have been exposed to significant amounts of formaldehyde, ask if children may also be exposed.  When necessary your doctor may need to ask your state department of public health to investigate.

Formaldehyde is usually found in the air.  Formaldehyde levels are also higher indoors than outdoors. Opening windows or using a fan to bring in fresh air is the easiest way to lower formaldehyde levels in the home and reduce the risk of exposure to your family.

Removing formaldehyde sources from the house will also reduce the risk of exposure.  Since formaldehyde is found in tobacco smoke, not smoking or smoking outside will reduce exposure to formaldehyde.  Unvented heaters, such as portable kerosene heaters, also produce formaldehyde.  If you do not use these heaters in your home or shop, you help to prevent the build up of formaldehyde indoors.

Formaldehyde is found in small amounts in many consumer products including antiseptics, medicines, dish-washing liquids, fabric softeners, shoe-care agents, carpet cleaners, glues, adhesives, and lacquers.  If you or a member of your family uses these products, providing fresh outdoor air when you use them, this will reduce your exposure to formaldehyde.  Some cosmetics, such as nail hardeners, have very high levels of formaldehyde.  If you do not use these products in a small room, or if you have plenty of ventilation when you use them, you will reduce your exposure to formaldehyde.  If your children are not in the room when you use these products, you will also reduce their exposure to formaldehyde.

Formaldehyde is emitted from some wood products such as plywood and particle board, especially when they are new.  The amount of formaldehyde released from them decreases slowly over a few months.  If you put these materials in your house, or buy furniture or cabinets made from them, opening a window will lower formaldehyde in the house.  The amount of formaldehyde emitted to the house will be less if the wood product is covered with plastic laminate or coated on all sides.  If it is not, sealing the unfinished sides will help to lower the amount of formaldehyde that is given off.

Some permanent press fabrics emit formaldehyde.  Washing these new clothes before use will usually lower the amount of formaldehyde and reduce your family's risk of exposure.

1. PUBLIC HEALTH STATEMENT

## 1.8   IS THERE A MEDICAL TEST TO DETERMINE WHETHER I HAVE BEEN EXPOSED TO FORMALDEHYDE?

We have no reliable test to determine how much formaldehyde you have been exposed to or whether you will experience any harmful health effects.

More information about medical tests for formaldehyde can be found in Chapter 2.

## 1.9   WHAT RECOMMENDATIONS HAS THE FEDERAL GOVERNMENT MADE TO PROTECT HUMAN HEALTH?

The federal government develops regulations and recommendations to protect public health.  Regulations can be enforced by law.  Federal agencies that develop regulations for toxic substances include the EPA, the Occupational Safety and Health Administration (OSHA), and the Food and Drug Administration (FDA).  Recommendations provide valuable guidelines to protect public health but cannot be enforced by law.  Federal organizations that develop recommendations for toxic substances include the Agency for Toxic Substances and Disease Registry (ATSDR) and the NIOSH.

Regulations and recommendations can be expressed in not-to-exceed levels in air, water, soil, or food that are usually based on levels that affect animals, then they are adjusted to help protect people.  Sometimes these not-to-exceed levels differ among federal organizations because of different exposure times (an 8-hour workday or a 24-hour day), the use of different animal studies, or other factors.

Recommendations and regulations are also periodically updated as more information becomes available.  For the most current information, check with the federal agency or organization that provides it.  Some regulations and recommendations for formaldehyde include the following:

Several international, national, and state authorities have established regulations or guidelines for the use and production of formaldehyde.  OSHA has established the permissible exposure limit (PEL) 8-hour time-weighted average (TWA) at 0.75 ppm and the 15-minute Short-Term Exposure Limit (STEL) at 2 ppm.  The EPA sets regulations for reporting quantities used and how much formaldehyde can legally be produced from automobile exhaust; the FDA also has regulations about the use of formaldehyde in the food you eat.

ATSDR-000026

1. PUBLIC HEALTH STATEMENT

Non-enforceable guidelines have also been established for formaldehyde.  The American Conference of Governmental and Industrial Hygienists (ACGIH) has established a ceiling limit for occupational exposure (Threshold Limit Value [TLV]) of 0.4 ppm.  NIOSH has a recommended exposure limit for occupational exposure (8-hour TWA) of 0.016 ppm, and a 15-minute ceiling limit of 0.1 ppm.

More information about the federal and state regulations and guidelines for formaldehyde can be found in Chapter 7.

## 1.10   WHERE CAN I GET MORE INFORMATION?

If you have any more questions or concerns, please contact your community or state health or environmental quality department or

    Agency for Toxic Substances and Disease Registry
    Division of Toxicology
    1600 Clifton Road NE, Mailstop E-29
    Atlanta, GA 30333

    * Information line and technical assistance

    Phone: (800) 447-1544
    Fax: (404) 639-6359

ATSDR can also tell you the location of occupational and environmental health clinics.  These clinics specialize in recognizing, evaluating, and treating illnesses resulting from exposure to hazardous substances.

    * To order toxicological profiles, contact

    National Technical Information Service
    5285 Port Royal Road
    Springfield, VA 22161
    Phone: (800) 553-6847 or (703) 487-4650

ATSDR-000027

# 7.  REGULATIONS AND ADVISORIES

The international, national, and state regulations and guidelines regarding formaldehyde in air, water, and other media are summarized in Table 7-1.

ATSDR has derived an acute inhalation MRL of 0.04 ppm on the basis of clinical symptoms (increased itching, sneezing, mucosal congestion, transient burning sensation of the eyes and of the nasal passages) and nasal alterations (elevated eosinophil counts and a transient increase in albumin content of nasal lavage fluid) in humans (Pazdrak et al. 1993).  This MRL is based on a minimal LOAEL of 0.4 ppm and an uncertainty factor of nine (three for use of a minimal LOAEL and three for human variability).

An intermediate-duration inhalation MRL of 0.03 ppm was derived based on a NOAEL of 0.98 ppm and a LOAEL of 2.95 ppm (22 hours/day, 5 days/week for 26 weeks) for clinical signs of nasopharyngeal irritation (hoarseness and nasal congestion and discharge) and lesions in the nasal epithelium (squamous metaplasia and hyperplasia) observed in monkeys (Rusch et al 1983).  An uncertainty factor of 30 (3 for extrapolation from animals to humans and 10 for human variability) was used to derive the MRL.

A chronic inhalation MRL of 0.008 ppm was derived based on a minimal LOAEL of 0.24 ppm for histological evidence of mild damage to the nasal epithelial tissue (squamous metaplasia, loss of ciliated cells, goblet cell hyperplasia, and mild dysplasia in biopsied tissue) in formaldehyde exposed chemical workers (Holmstrom et al. 1989c).  To derive the MRL, the minimal LOAEL was divided by an uncertainty factor of 30 (3 for the use of a minimal LOAEL and 10 for human variability).

An intermediate oral MRL of 0.3 mg/kg/day was based on a NOAEL and LOAEL of 25 and 125 mg/kg/day for gastrointestinal tract effects in rats exposed for 4 weeks to formaldehyde in drinking water (Til et al. 1988b).  An uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability) was applied to the NOAEL to derive the MRL.

ATSDR derived a chronic oral MRL of 0.2 mg/kg/day based on a NOAEL and LOAEL of 15 and 82 mg/kg/day for gastrointestinal tract effect in rats exposed for up to 2 years to formaldehyde in drinking water (Til et al. 1989).  An uncertainty factor of 100 (10 for extrapolation from animals to humans and 10 for human variability) was applied to the NOAEL to derive the MRL.