UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION


U.S. EXHIBIT NO. 17

FEMA09-000081



# Safety & Health

### F A X     C O V E R

| | |
|---|---|
| **Date:** | 3/21/2006 |
| **Send to:** | MR. David Chawaga |
| **Attention:** | MR. Owen Mutter |
| **Fax Number:** | 202-646-7047 |
| **From:** | MR. Richard C. Seed. |
| **FAX:** | 228-385-7153 |
| **Phone:** | 703-376-7558 |

☒ URGENT   ☒ REPLY ASAP   ☒ PLEASE COMMENT   ☐ PLEASE REVIEW   ☒ FOR YOUR INFORMATION

TOTAL PAGES, INCLUDING COVER:  6

**Comments:**

David/Owen : Find data attached which was
Faxed to Mike Miller (LOG) This morning
Following our Tel. Call. Mike supplied
me this Fax copy.
Data From Site Mgr
in Pervis.

| | |
|---|---|
| FEMA – JFO | **Mailing Address:** FEMA/State Biloxi JFO |
| 2350 Beach Blvd. | PO Box 6789 |
| Biloxi, Mississippi  39531 | D'Iberville, MS  39540  |

FEMA-Waxman -8/27/07 Production - 1696

PAGE  02

| Operation Site | City | Sampling Dat | Results | PEL | Substance |
|---|---|---|---|---|---|
| 1928 Depot Way | Bay St. Louis | 12/6/2005 | 0.029 | 0.75 | Formaldehyde |
| 1928 Depot Way | Bay St. Louis | 12/6/2005 | 0.033 | 0.75 | Formaldehyde |
| Waveland Municipal Court Bld 7 | Bay St. Louis | 12/6/2005 | 0.027 | | Formaldehyde |
| Brown & Mitchel Staging | Gulfport | 12/19/2005 | 0.036 | 0.75 | Formaldehyde |
| Brown & Mitchel Staging | Gulfport | 12/19/2005 | 0.043 | 0.75 | Formaldehyde |
| Brown & Mitchel Staging | Gulfport | 12/19/2005 | 0.025 | 0.75 | Formaldehyde |
| BROWN & MITCHELL | GULFPORT | 12/19/2005 | 0.063 | 0.75 | Formaldehyde |
| Brown & Mitchell Staging | Gulfport | 12/19/2005 | 0.029 | 0.75 | Formaldehyde |
| Hancock County Staging Area | Kiln | 12/28/2005 | 1.8 | 0.75 | Formaldehyde |
| | Kiln | 12/28/2005 | 0.53 | 0.75 | Formaldehyde |
| | Kiln | 12/28/2005 | 0.25 | 0.75 | formaldehyde |
| | Kiln | 12/28/2005 | 2.1 | 0.75 | Formaldehyde |
| | Kiln | 12/28/2005 | 1.2 | 0.75 | Formaldehyde |
| FEMA TRAILER DISTRIBUTION | KILN | 11/26/2005 | 0.1 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/26/2005 | 0.19 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/26/2005 | 0.82 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/26/2005 | 0.15 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/26/2005 | 0.17 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/26/2005 | 0.14 | 2 | FORMALDEHYDE |
| Fema Trailer Distribution | Kiln | 12/1/2005 | 0.021 | 2 | Formaldehyde |
| FEMA Trailer Distribution | Kiln | 12/1/2005 | 0.37 | 2 | Formaldehyde |
| FEMA Trailer Distribution | Kiln | 12/1/2005 | 0.55 | 2 | Formaldehyde |
| | KILN | 11/11/2005 | 1.3 | 0.75 | FORMALDEHYDE |
| | KILN | 11/11/2005 | 0.17 | 0.75 | FORMALDEHYDE |
| | KILN | 11/11/2005 | 1 | 0.75 | FORMALDEHYDE |
| | KILN | 11/11/2005 | 3.5 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | 0.17 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | | | FORMALDEHYDE |
| FEMA TRAILER DISTIBUTION | KILN | 11/18/2005 | 0.42 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | 0.21 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | 0.082 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | | | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | 0.39 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | 0.36 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/18/2005 | 0.22 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/25/2005 | 0.15 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/25/2005 | 0.54 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/25/2005 | 0.15 | 2 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/25/2005 | | | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | KILN | 11/25/2005 | 0.7 | 2 | FORMALDEHYDE |
| Kiln DeIsle | Kiln | 1/14/2006 | 0 | 2 | Formaldehyde |

FEMA-Waxman -8/27/07 Production - 1697

| | | | | | |
|---|---|---|---|---|---|
| Fairground Staging Area | Kiln | 1/14/2006 | 0.059 | 2 | Formaldehyde |
| FEMA Trailer Site Kiln Delisle | Kiln | 1/14/2006 | 1.4 | 2 | Formaldehyde |
| Equine Center FEMA Trailers | Kiln | 12/19/2005 | 0.18 | 0.75 | Formaldehyde |
| Equine Center/FEMA Trailer | Kiln | 12/19/2005 | 0.74 | 0.75 | Formaldehyde |
| Equine Center/FEMA Trailer | Kiln | 12/19/2005 | 0.52 | 0.75 | Formaldehyde |
| Equine Center/FEMA Trailer | Kiln | 12/19/2005 | 0.049 | 0.75 | Formaldehyde |
| FEMA Trailer Site Kiln Delisle | Kiln Delisle | 1/14/2006 | 0 | 2 | Formaldehyde |
| IP GRIERSON ST-STAGING AREA | OCEAN SPRINGS | 11/17/2005 | 0 | 0.75 | FORMALDEHYDE |
| IP GRIERSON ST-STAGING AREA | OCEAN SPRINGS | 11/17/2005 | 0 | 0.75 | FORMALDEHYDE |
| PROJECT A1 FEMA TRAILER | PASS CHRISTIAN | 12/2/2005 | 0.4 | 2 | FORMALDEHYDE |
| BECTEL TRAILER DISTRIBUTI | PASS CHRISTIAN | 10/28/2005 | | | FORMALDEHYDE |
| PROJECT A1 FEMA TRAILER | PASS CHRISTIAN | 12/2/2005 | 0.54 | 2 | FORMALDEHYDE |
| Pass Christian/Bectel | Pass Christian | 10/28/2005 | 0 | 2 | FORMALDEHYDE |
| Pass Christian/Bectel | Pass Christian | 10/28/2005 | 0.53 | 2 | FORMALDEHYDE |
| Pass Christian/Bectel | Pass Christian | 10/28/2005 | 0.54 | 2 | FORMALDEHYDE |
| | Pass Christian | 12/29/2005 | 0.68 | 0.75 | Formaldehyde |
| | Pass Christian | 12/29/2005 | 0.31 | 0.75 | formaldehyde |
| | Pass Christian | 12/29/2005 | 0.44 | 0.75 | formaldehyde |
| | Pass Christian | 12/29/2005 | 0.59 | 0.75 | formaldehyde |
| | Pass Christian | 12/29/2005 | 0.8 | 0.75 | Formaldehyde |
| TRAILER EXCHANGE DIST. CT | PASS CHRISTIAN | 11/19/2005 | 0.22 | 0.75 | FORMALDEHYDE |
| TRAILER EXCHANGE DIST.CTR | PASS CHRISTIAN | 11/19/2005 | 0.82 | 0.75 | FORMALDEHYDE |
| TRAILER EXCHANGE DIST.CTR | PASS CHRISTIAN | 11/19/2005 | 0.55 | 0.75 | FORMALDEHYDE |
| FEMA TRAILE EXCHANGE DIST | PASS CHRISTIAN | 11/19/2005 | 0.47 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | PASS CHRISTIAN | 11/19/2005 | 0.12 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | PASS CHRISTIAN | 11/19/2005 | 0.61 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | PASS CHRISTIAN | 11/19/2005 | 0.036 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | PASS CHRISTIAN | 11/19/2005 | 0.11 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | PASS CHRISTIAN | 11/19/2005 | 0.017 | 0.75 | FORMALDEHYDE |
| PROJECT A1 FEMA TRAILER | PASS CHRISTIAN | 12/2/2005 | 0.52 | 2 | FORMALDEHYDE |
| PROJECT A1 FEMA TRAILER | PASS CHRISTIAN | 12/2/2005 | 0.41 | 2 | FORMALDEHYDE |
| Project A1 FEMA Trailer | Pass Christian | 12/2/2005 | 0.21 | 2 | Formaldehyde |
| Project A1 FEMA Trailer | Pass Christian | 12/2/2005 | 0.61 | 2 | Formaldehyde |
| Project A1 FEMA Trailer | Pass Christian | 12/2/2005 | 0.58 | 2 | Formaldehyde |
| Pass Christian City Hall | Pass Christian | 12/9/2005 | 0 | 0.75 | Formaldehyde |
| Pass Christian Police Departme | Pass Christian | 12/9/2005 | 0.13 | 0.75 | Formaldehyde |
| Pass Christian Building | Pass Christian | 12/9/2005 | 0 | 0.75 | Formaldehyde |
| Pass Christian Building | Pass Christian | 12/9/2005 | 0 | 0.75 | Formaldehyde |

FEMA-Waxman -8/27/07 Production - 1698

FEMA09-000084

| | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
|---|---|---|---|---|---|
| Project A1 FEMA Trailer | Pass Christian | 12/2/2005 | 0.8 | 2 | Formaldehyde |
| FEMA Trailer Site | Pass Christian | 1/14/2006 | 0.49 | 2 | Formaldehyde |
| FEMA Trailer Site | Pass Christian | 1/14/2006 | 0.35 | 2 | Formaldehyde |
| FEMA Trailer Park | Pass Christian | 1/14/2006 | 0.23 | 2 | Formaldehyde |
| FEMA Trailer Site | Pass Christian | 1/14/2006 | 0.21 | 2 | Formaldehyde |
| FEMA Trailer Site Menge Ave | Pass Christian | 1/14/2006 | 0.079 | 2 | Formaldehyde |
| FEMA Trailer Site Menge Ave | Pass Christian | 1/14/2006 | | | Formaldehyde |
| 2nd St. Pass Christian | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
| 2ND St. Pass Christian | Pass Christian | 12/19/2005 | 0.02 | 0.75 | Formaldehyde |
| 2nd St. Pass Christian | Pass Christian | 12/19/2005 | 0.02 | 0.75 | Formaldehyde |
| A-1 Trailer Parm | Pass Christian | 12/19/2005 | | | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0.088 | 0.75 | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0.23 | 0.75 | Formaldehyde |
| A-1 Trailer Park | Pass Christian | 12/19/2005 | 0 | 0.75 | Formaldehyde |
| | Pass Christian | 1/17/2006 | | | Formaldehyde |
| | Pass Christian | 1/17/2006 | 0.13 | 2 | Formaldehyde |
| | Pass Christian | 1/17/2006 | 0.35 | 2 | Formaldehyde |
| | Pass Christian | 1/17/2006 | 0.095 | 2 | Formaldehyde |
| | Pass Christian | 1/17/2006 | 0.18 | 2 | Formaldehyde |
| FEMA TRAILER DISTRIBUTION | PASSCHRISTIAN | 11/19/2005 | 0.18 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER DISTRIBUTION | PURIS | 11/25/2005 | 0.34 | 0.75 | FORMALDEHYDE |
| | Purvis | 12/30/2005 | 0.34 | 0.75 | formaldehyde |
| | Purvis | 12/30/2005 | 0.027 | 0.75 | formaldehyde |
| | Purvis | 12/30/2005 | 0.18 | 0.75 | formaldehyde |
| | Purvis | 12/30/2005 | | | formaldehyde |
| FEMA Trailer Purvis | Purvis | 12/3/2005 | 0.089 | 2 | Formaldehyde |
| | Purvis | 1/17/2006 | 0.15 | 2 | Formaldehyde |
| FEMA TRAILERS | PURVIS | 11/11/2005 | 0.21 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER 56715 | PURVIS | 11/11/2005 | 0.35 | 0.75 | FORMALDEHYDE |
| FEMA TRAILER 31371 | PURVIS | 11/11/2005 | 0.35 | 0.75 | FORMALDEHYDE |

FEMA09-000085

| | | | | | |
|---|---|---|---|---|---|
| BECTHEL - RV PARK | | | 10/11/2005 | 3.5 | 2 | FORMALDEHYDE |
| BECTHEL - RV PARK | | | 10/11/2005 | 2.13 | 2 | Formaldehyde |
| BECTHEL - RV PARK | | | 10/11/2005 | 0.69 | 2 | FORMALDEHYDE |
| BECTHEL - RV PARK | | | 10/11/2005 | 0.78 | 2 | FORMALDEHYDE |
| BECTHEL - RV PARK | | | 10/11/2005 | 3.03 | 2 | FORMALDEHYDE |
| BECTHEL - RV PARK | | | 10/11/2005 | 5 | 2 | FORMALDEHYDE |
| BECTHEL - RV PARK | | | 10/11/2005 | 1.27 | 2 | FORMALDEHYDE |
| BECTHEL - RV PARK | | | 10/11/2005 | 0.93 | 2 | FORMALDEHYDE |
| PASS CHRISTIAN/BECTAL | | | 10/27/2005 | 0.58 | 2 | FORMALDEHYDE |
| | | | 10/26/2005 | | | FORMALDEHYDE |
| PASS CHRISTIAN/BECTAL | | | 10/26/2005 | 0.34 | 2 | FORMALDEHYDE |
| PASS CHRISTIAN/BECTAL | | | 10/26/2005 | 0.42 | 2 | FORMALDEHYDE |
| PASS CRHISTIAN/BECTAL | | | 10/26/2005 | 0.093 | 2 | FORMALDEHYDE |
| PASS CHRISTIAN/BECTAL | | | 10/26/2005 | 0.53 | 2 | FORMALDEHYDE |
| FEMA TRAILER | | | 11/11/2005 | 1.6 | 2 | FORMALDEHYDE |
| FEMA TRAIREL | | | 11/11/2005 | 0.22 | 2 | FORMALDEHYDE |
| FEMA TRAILER | | | 11/11/2005 | 1.6 | 2 | FORMALDEHYDE |
| FEMA TRAILER | | | 11/11/2005 | 4 | 2 | FORMALDEHYDE |
| OLIVE SECURITY | | | 11/25/2005 | 0.39 | 2 | FORMALDEHYDE |
| | | | 11/25/2005 | 0.36 | 0.75 | FORMALDEHYDE |
| | | | 11/18/2005 | 0.22 | 0.75 | FORMALDEHYDE |
| | | | 11/18/2005 | 0.26 | 0.75 | FORMALDEHYDE |

FEMA-Waxman -8/27/07 Production - 1700