UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 19



U.S. Department of Homeland Security
FEMA/STATE Joint Field Office
2350 Beach Boulevard
Biloxi, Mississippi 39531

March 22, 2006

TO:   Bronson Brown

FROM: Richard C. Seeds

RE:   Your request,
      OSHA Sampling Information

        On or around March 18, 2006, I was informed that a local news report discussed formaldehyde levels in a FEMA trailer. The immediate indicated action was to find a provider and sample 300 trailers. When I received word of this I called Owen and left a message. I next called Judy, our IH, for advice.

        As it turned out and following our meeting w/ local staff, we were asked to sample just trailers on FEMA work sites. The number had also been reduced to 100.

        On March 20, 2006 I was informed by Mike Miller, (LOG) that he had a report from one of the site managers that OSHA had been at his site conducting testing for the last five months. In his email Wayne Stroeh, the site manager, stated he thought the results were sent to JFO Safety. When he found that JFO Safety had no knowledge of the testing or the OSHA activity he stated he would get the results and forward them. This report was poor, inconclusive and little or no help to me. If I were the "client", I wouldn't pay the bill. (Copy to you via FAX)

        Following that, I called Clyde via telephone and ask him if OSHA had visited our site and conducted sampling? He replied they were. I ask why I did not receive a copy of the sampling results. He stated he would email them to me. He did and I found that they were no help to me either. Once again, I e-mailed a copy to HQ. By the way, these were the first sampling results I have received in Mississippi from OSHA.

        I will repeat what I have stated to you in the past and what I have indicated to the GAO Audit team. My experience with OSHA in Mississippi in one in which I was "out of the loop". They provided little help and very little information. They were not "our partners" in Safety & Health as they had been in Florida last year. That group was a true asset to the mission. I didn't need this group!

        You asked for my opinion regarding "correction". As I see it, we run disasters. We have the talent and the <u>experience</u>. It worked in Florida because they "worked for us" in a sense. They were at my side sharing work, information, experiences, etc. We had an additional twenty some S&H pro's across Florida whom we could call on and count on.

Richard C. Seeds

## Seeds, Richard

**From:** Brown, Bronson
**Sent:** Thursday, March 23, 2006 10:46 AM
**To:** Seeds, Richard; Motter, Owen
**Subject:** Report on Formaldehyde Exposure Concerns with FEMA Trailers in MS

Good morning. Dick; I need a thorough report on the entire issue regarding the Formaldehyde exposure with the trailers down in Mississippi. What I am looking for is a detailed report indicating the times we met with OSHA, the fact that OSHA did not report this information to us in writing or verbally. I also need to know whether a written report was provided to anyone at the trailer staging site or LOG. Was any verbal or written information was provided to any of our managers/supervisors or even staff at the trailer staging location. I also need to know what our role is in Mississippi at the Interagency safety committee meetings. Have been heading the meetings and have we had cooperation from all other agencies, if not who? Also, who were the leads in Mississippi from 10/01/2005 until 01/31/06. What are the actions we (FEMA) are taking now and what are our recommendations. Who gave you direction to follow-up (FCO? Logistics? COS?)? I need this in a memo format from you through Owen to Me. We have to be very precise on this one. If you think we may have dropped the ball any where I need to know, as a sidebar. I want to know whether or not OSHA followed their own criteria or did they drop the ball. No opinions please; just facts. Thank you. Bronson

ELLEN,
Bill Ringo
ME
Jim Rouse

ELLEN CLAS

TO: Owen Motter

FROM: Richard C. Seeds

RE: Incident Report Supplement
03/22/06 – R.C.Seeds to Bronson Brown
"OSHA Sampling Information"

Owen, Bronson requested on 03/23/06 in an email that I respond to a group of questions he had regarding my incident report and the report on formaldehyde in our travel trailers. Below find the requested information.

1. Question regarding "the times we met with OSHA"
   During my experience as "lead" I have had no formal meetings with OSHA. I have participated in the IA Safety committee meetings with OSHA reps. I participated in an GAO audit with OSHA and spoke briefly with their representatives in the office setting on numerous occasions. (We provide them with office space in our JFO)

2. Regarding the question as to whether or not OSHA had provided me/us with information or a report regarding the subject issue.
   No, they did not. Not until 03/21/06; that was the day I was made aware of the fact that they had visited our site and had conducted sampling. Reportedly, for five months.
   I initiated the telephone call to Clyde Payne and requested the sampling data. He didn't call me.

3. "Was a written report provided to anyone at the trailer staging site or LOG?
   To the best of my knowledge no. Both the LOG rep. and our site manager claim no report had be afforded them. The site manager indicated that he had to request the report he got on 03/20/06.

4. "Was any verbal or written information provided to any of our Managers/supervisors or ever the staff at the trailer staging Location"?
   Not to our knowledge. Both LOG & site claim no info had been provided to them on the issue prior 03/20/06.

5. Regarding the role we play in the IA Safety Meetings.
   We chair the meetings, provide space, agenda, files, maintain membership list, and record the minutes.
   We are the secretariat and the lead agency.
   The Operations Chief or the DFCO participate.

   We have had good/great cooperation from the other agencies.

6. I believe the "leads" in Mississippi have been:
   Ellen Clas, Bill Ringo, Richard Seeds, & Jim Rouse.

7. Our actions so far include verification the "warning" instructions were in/on the trailers. Obtained an MSDS. Developing an outline/fact sheet for training. Ordered sampling equipment Developed sampling procedures. Attempted to summarize the results of sampling provided by OSHA

FEMA-Waxman -8/27/07 Production - 1686

   Attended various meetings and advised COS, LOG, & PR.,
   Scheduling for the training. Downloaded EPA info.
   Reviewed OSHA Standard. Reviewed LOG's venting procedure, etc.

   Additional recommendations will follow evaluation of the data
   obtained via air sampling.

8. Our direction for follow-up was offered by the COS & LOG
   jointly, at the same meeting.

If you have any questions, please call me.

Richard C. Seeds
03/23/06

## Seeds, Richard

**From:** Brown, Bronson
**Sent:** Wednesday, March 22, 2006 10:49 AM
**To:** Seeds, Richard; Motter, Owen; Chawaga, David J
**Subject:** RE: File Search

This is helpful. I would like to get to the bottom of this and find out why OSHA never reported this to FEMA safety. I received a message this morning from Clyde Payne, OSHA, that the levels were high at the staging area for the trailers (where our staff work) however, they were relatively low once they were handed over to the public. I am very concerned as to why OSHA did not share the information with our staff. Again, we need to train all FEMA staff who are working with the trailers and may have potential exposure to formaldehyde, immediately. This should be an awareness training that is on the lines of HazCom. (No more than 30 min.) We need to have an MSDS available for staff review for the product(s) from the manufacturer. The labels that are in the trailer should be reviewed with the staff. Staff are to be instructed that prior to entering the trailers, there should be a period of time for off-gasing before conducting any work operations inside the trailers. In addition, I would like a full report on this entire issue and how we may be able to correct this situation in the future (communication, direction, etc.). Thank you. Bronson

---

**From:** Seeds, Richard
**Sent:** Tuesday, March 21, 2006 6:03 PM
**To:** Motter, Owen; Chawaga, David J; Brown, Bronson
**Subject:** File Search

03.21.06 @ 1652 hours CST

    Good Afternoon all

    Just as a sidebar:

    We conducted an electronic search of our safety drives in Jackson and in Biloxi for "formaldehyde". Nothing until Monday of this week. This search included The IA Safety Committee Meeting minutes, the both common drives and the individual Drives with safety related info on them. No discussion, no notice of sampling, no Mention in the minutes, no sampling results, and so on. These drives have our info from last September.

    In addition, I questioned the trailer site manager and his LOG boss. They stated OSHA has never informed them that we had a formaldehyde problem/concern. And you know, they have never informed me or the people who report to me.

    R.C.Seeds

FEMA-Waxman -8/27/07 Production - 1688

## IMPORTANT NOTICES

State laws in the United States and provincial laws in Canada vary concerning operator licensing requirements and vehicle dimensional restrictions. Check the laws in the area where you anticipate travelling.

The particle board, hardwood plywood, or paneling used in your RV are made with urea-formaldehyde resin. The companies that supply us with these materials have asked that we tell you about urea-formaldehyde with the statements on this page.

Ventilation is important for making the interior of your RV comfortable. Please read the section about ventilation and prolonged occupancy in the *Living With Your Trailer* chapter in this *Owner's Manual*.

We provide you consumer information as detailed by the National Fire Protection Association (NFPA) and the American National Standards Institute (ANSI). The information and warnings found on these pages may also be found in other chapters of this *Owner's Manual*. Please see the *Propane System* and *Appliances* chapters for other safety and operating information.


**WARNING**

This product is manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.


**WARNING**

This product is manufactured with a urea-formaldehyde resin and will release certain quantities of formaldehyde. Formaldehyde levels in the indoor air can cause temporary eye and respiratory irritation, and may aggravate respiratory conditions or allergies. Ventilation will reduce indoor formaldehyde levels.


**WARNING**

This product contains a urea-formaldehyde resin and may release formaldehyde vapors in low concentrations. Formaldehyde can be irritating to the eyes and upper respiratory system of especially susceptible persons such as those with allergies or respiratory ailments. Use with adequate ventilation. If symptoms develop, consult your physician.

\* This is Posted in All New T/Trailers

03-1