UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-4"
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE ROBY


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION


U.S. EXHIBIT NO. 27

 **FEMA**

# FEMA Announces Refunds For Travel Trailers Purchased By Disaster Occupants And Through GSA Sales

Release Date: January 17, 2008
Release Number: HQ-08-007

» En Español

- GSA Notification Email (PDF 15KB, TXT 3KB)
- Letter to Direct Sales Occupants (PDF 16KB, TXT 2KB)
- Direct Deposit Form (PDF 40KB, TXT 7KB)
- Travel Trailer Check List (PDF 24KB, TXT 2KB)
- Frequently Asked Questions

WASHINGTON, D.C. -- The Federal Emergency Management Agency (FEMA) announced today that it will offer to refund the purchase price of travel trailers or park models to individuals who wish to return units purchased directly from FEMA or through the General Services Administration (GSA). This initiative is part of an ongoing effort to address concerns about possible adverse health effects of formaldehyde associated with recreational vehicles.

For GSA auction sales, refunds for the purchase price of travel trailers and park models will be offered for units purchased through GSA auctions on or after July 24, 2006, until such sales were suspended in July 2007. Individuals who want to return their travel trailer or park model unit must contact FEMA within a 60-day period beginning January 17, 2008.

For units sold by FEMA directly to disaster assistance applicants occupying the unit, FEMA will offer to refund the purchase price of any travel trailer or park model sold on or after July 31, 2006, until such sales were suspended in July 2007. The refunds option applies to disasters declared on or after Aug. 29, 2005. Occupants will have 60 days from the date of notification to request a refund.

Buyers must have purchased the units directly from FEMA or GSA. The refunds will be provided upon repossession of the units.

Individuals and disaster applicants, who have questions regarding the purchase of their unit, may call FEMA at 1-866-562-2381 or, TTY 1-800-462-7585.

Purchases through GSA

FEMA10-000199

FEMA will notify via e-mail each individual who purchased a recreational vehicle (travel trailer or park model) sold to the public as excess by FEMA through GSA on-line auction sales. The e-mail will include the refund period and procedures for requesting a refund. Buyers will need to send a written request for a refund to FEMA within 60 calendar days of the initial public notification date, January 17, 2008. The written request must include the GSA Sales Contract Number, the purchaser's name, the purchase price and the purchaser's receipt for payment.

Buyers must submit a Direct Deposit form with an original signature to allow for the electronic deposit of funds and an unsigned, voided check or deposit slip along with a signed and completed Trailer Refund Checklist form. Both forms will be provided via the e-mail notification.

Purchasers must return units to the designated FEMA facility; the original Certificate to Obtain Title or the original Title to the unit must be signed and returned to FEMA Logistics Current Operations Branch prior to return. FEMA will not reimburse purchasers for upgrades or work done to the unit; individuals are responsible for arranging for transportation or travel and paying for the associated costs.

Refunds will be transmitted to the purchaser's bank account by direct deposit within 30 days of the unit's physical return to the designated FEMA facility.

Refund requests should be sent to FEMA at the following address:

Attn: Logistics Current Operations Branch
Federal Emergency Management Agency
500 C Street SW, Room 330
Washington, D.C. 20472

Purchases Directly From FEMA

FEMA will mail a letter to each disaster assistance applicant who purchased their recreational vehicle (travel trailer or park model) directly from FEMA between July 31, 2006, and July 31, 2007, for major disasters declared on or after Aug. 29, 2005, notifying them of the option and procedure for seeking a refund. Buyers who wish to seek a refund will need to contact FEMA within 60 calendar days of the date of the notification letter they receive.

Applicants who contact FEMA through the toll free number will be transferred to the appropriate Transitional Recovery Office (TRO) or field office in order to process the refund request. The TRO or field office will obtain the original Certificate to Obtain Title from the applicant, if the purchaser still has the document, and any other titles the applicants obtained for the unit.

FEMA will deactivate and haul away recreational vehicles for occupants who want to return the units to FEMA for a refund. Refunds will be transmitted to the purchaser's bank account by direct deposit within 30 days of the unit's physical return to FEMA.

For occupants still residing in the recreational vehicle and who are in need of, and remain eligible for, housing assistance from FEMA, a caseworker from the respective field or Transitional Recovery Office will work with the

FEMA10-000200

applicant to help them move them into other housing.

FEMA coordinates the federal government's role in preparing for, preventing, mitigating the effects of, responding to and recovering from all domestic disasters, whether natural or man-made, including acts of terror.

*Note: Correction was made to indicate that, for GSA sales, the original Certificate to Obtain Title or the original Title to the unit must be signed and returned to FEMA Logistics Current Operations Branch prior to return.*

 **FEMA**

# FAQs: Refund Of Temporary Housing Units

Release Date: January 17, 2008
Release Number: FNF-08-007

**Has FEMA halted the sale of temporary housing units?**
On July 24, 2007, FEMA suspended the excess of temporary housing units to the U.S. General Services Administration (GSA) for auction sales while reviewing a number of policies associated with disaster housing because of potential health concerns associated with formaldehyde in manufactured housing units. On July 31, 2007, FEMA reinstated the use of mobile homes for direct housing missions as well as mobile home sales through the U.S. General Services Administration (GSA). Policies associated with travel trailers and park models remain under review, pending the air quality assessment being implemented by CDC.

**Is FEMA recalling the temporary housing units that it has sold through GSA?**
FEMA did not manufacture the units and is, therefore, not recalling the units. However, FEMA will refund the purchase price of a travel trailer or park model, purchased from FEMA's excess inventory on or after July 24, 2006 from those individuals who request a refund.

**How does someone who purchased a unit through GSA request a refund?**
The primary purchaser must submit a written request that contains:

- the GSA Sales Contract Number;
- the purchaser's name;
- the purchase price paid and the purchaser's receipt for which the purchaser seeks a refund;
- a direct deposit form (click here for direct deposit form) with an original signature to allow electronic deposit of the funds and an unsigned, voided check or deposit slip; and
- a signed and completed Trailer Refund Checklist form (click here for checklist).

Only those units purchased from July 24, 2006, through July 23, 2007 are eligible for refunds. The request must be sent to FEMA at the address below, no later than the close of business,

5 P.M., Eastern Time, on March 17, 2008.

FEMA Headquarters
Attn: Current Operations Branch
500 C Street S.W., Room 330
Washington, D.C. 20472

Refunds will be transmitted to the purchaser's bank account by direct deposit with 30 calendar days of the unit's

physical return to the designated FEMA facility.

**What if I purchased the unit from someone who purchased the unit from GSA?**
Refund requests will be accepted only from individuals who have purchased units directly from GSA.

**Who pays the cost to return the unit to the FEMA temporary housing storage site?**
The refund offer does not include any transportation or travel costs that were incurred in transporting a unit at time of purchase or transportation or travel costs incurred in bringing a unit to the designated location to obtain a refund. FEMA will work with the purchaser to identify the closest FEMA site to return the unit rather than require returns to the site where the pick-up occurred.

**What forms do I have to return to FEMA along with my unit?**
Upon physical return of the unit(s), the purchaser will need to turn over to FEMA, the Standard Form (SF) 97 (Certificate to Obtain Title), if purchaser still has the document, and title to the travel trailer(s) itself.

**Can the purchaser return the unit to any of FEMA's temporary housing storage sites?**
No. FEMA will work with the purchaser to identify the closest FEMA site capable of accepting the unit(s). FEMA will not accept units at its sites without notification from FEMA headquarters that the unit has been approved for refund and that the site has been identified to receive the unit.

**How long will it take till I get my refund?**
Refunds will be sent to the individual by direct deposit within 30 days of the unit's physical return to the designated FEMA facility.

**Who can I contact if I have questions?**
Individuals who purchased a unit from GSA may email FEMA at FEMA-EHU-DOC@dhs.gov or call FEMA directly at 1-866-562-2381 (TTY 1-800-462-7585).

Questions and Answers for FEMA Disaster Applicants

**How does a disaster applicant who purchased a unit directly from FEMA request a refund?**
Applicants who wish to request a refund due to formaldehyde concerns, should call FEMA at 1-866-562-2381 (TTY 1-800-462-7585); or contact the respective Temporary Recovery Office or FEMA field office for that disaster. FEMA will refund the purchase price of any recreational vehicles (e.g. travel trailers and park models) sold between July 31, 2006 and July 31, 2007, directly to an occupant, upon repossession of the unit, in major disasters declared on or after August 29, 2005.

**Will FEMA pay the cost to return the unit?**
Yes. FEMA will deactivate and retrieve the unit from its current location, including units that have been moved, by the applicant, from the original location of installation.

**Will FEMA place disaster applicants, requesting a refund, in another FEMA unit?**
Disaster applicants will not be placed in another travel trailer or park model.  FEMA will work with eligible disaster

FEMA10-000203

applicants on a case-by-case basis to best assist them with alternative housing solutions.

**Will FEMA refund any additional expenses incurred with purchasing the unit?**
No. FEMA will not reimburse additional expenses, such as occupant□s transportation costs for relocating the unit to another site, unit upgrades, charges for the purchase of a money order or a cashiers check, or any other additional buyer expenses above the purchase price for recreational vehicles purchased directly from FEMA.

**What forms do I have to return to FEMA along with my unit?**
Upon physical return of the unit(s), the purchaser will need to turn over to FEMA, the Standard Form (SF) 97 (Certificate to Obtain Title), if purchaser still has the document, and any other title the applicant obtained for the unit.

**How long will it take till I get my refund?**
The refund will be deposited, or mailed to the applicant within 30 days of the retrieval of the unit.

**Who can I contact if I have questions?**
Individuals who purchased a unit directly from FEMA may call 1-866-562-2381 (TTY 1-800-462-7585) or contact the respective Temporary Recovery Office of FEMA field office located in their state of residence for that disaster.

## GSA Notification Email

Dear GSA Buyer:

Our sales records indicate that you purchased a travel trailer(s) from the General Services Administration (GSA), which was sold on behalf of the Federal Emergency Management Agency (FEMA) on or after July 24, 2006.  Due to the continuing concern about the possible levels of formaldehyde in these travel trailers, FEMA and GSA have partnered to develop a plan to offer refunds to buyers of these units who wish to return them to the government.

The logistics of a return process will require coordination between you and FEMA for return and physical acceptance of these travel trailers.  As such, to reduce your efforts to work through this refund process, FEMA will handle all of the coordination for return and the refund process on behalf of the Federal government including determining the location to accept return of the trailer(s).  You will be responsible for ensuring the return of the unit(s) to the designated location.

In order to request a refund, you must submit a written request that contains the GSA sales contract number, the purchaser's name, the purchase price, and the purchaser's receipt, a Direct Deposit form with original signature and an unsigned, voided check or deposit slip, and a signed and completed Trailer Refund checklist.  FEMA must receive the request on or before March 17, 2008.  Late submissions will not be considered.

Refund requests should be sent to FEMA Headquarters at 500 C Street S.W., Room 330, Attention-Logistics Current Operations Branch, Washington, D.C. 20472.  Upon receipt, the request and all supporting documentation will be validated and arrangements will be coordinated with the individual to identify the nearest FEMA facility.  Refunds will be sent to the individual by direct deposit within 30 days of the unit's physical return to the designated FEMA facility. Transportation or travel costs will not be refunded, or reimbursed.

Upon physical return of the unit, you will need to provide to FEMA the SF 97, Certificate to Obtain Title, if the purchaser still has the document, and title to the travel trailer(s) itself. Refunds will be limited to the purchase price of the travel trailer(s).  No refunds will be given for improvements you have made to the units or transportation or travel costs.

If you have questions about this refund offer, please contact FEMA by sending an email to FEMA-EHU-DOC@dhs.gov or by calling 1-866-562-2381 or TTY 1-800-462-7585

David M. Robbins                          Eric Smith
Director                                  Assistant Administrator
Office of Personal Property Management    Logistics Management Directorate
GSA, Federal Acquisition Service          DHS, Federal Emergency Management
Agency

FEMA10-000205

**Letter to Direct Sales Occupant**

Date: _____                    FEMA-    -DR-
Registration #: _____
Applicant: _____
Address: _____

Dear _____,

Our records indicate that you purchased a temporary housing unit (travel trailer or park model) from FEMA on or after July 31, 2006. Due to the continuing concern about the possible levels of formaldehyde in these travel trailers, FEMA announced that it will offer refunds to past buyers of these units who wish to return them to FEMA.

To obtain a refund, you will need to contact FEMA at (TRO number) or 1-866-562-2381 or TTY 1-800-462-7585 and be prepared to provide the following:

- The name of the person who purchased the unit; and
- FEMA registration number.

FEMA must receive your request for a refund within 60 days of the dates of this letter

In order to return the unit to FEMA, you will need to provide to FEMA the Standard Form (SF) 97, Certificate to Obtain Title, and any state or other title that attaches to the unit. You will also need to provide to FEMA a Direct Deposit form with original signature and an unsigned, voided check or deposit slip. FEMA will make arrangements with you to obtain this information and for the physical return of the unit to FEMA. Once the necessary information is received and validated by FEMA, and the unit has been collected, a refund will be made to you by mail or direct deposit within 30 days. Refunds are limited to the purchase price of the travel trailer. No refunds will be given for improvements you have made to the unit or for any transportation costs incurred after the sale of the unit. The refund only applies to units purchased from FEMA between July 31, 2006 up to and including July 31, 2007.

If as a result of your return of the unit to FEMA, you and members of your household will be in need of additional housing assistance from FEMA, you may contact FEMA at (TRO number) or 1-800-621-FEMA to inquire about additional assistance. If you have questions about this refund offer, please contact FEMA at 1-866-562-2381 or TTY 1-800-462-7585

Sincerely,

_____
FEMA Housing Officer

Standard Form 1199A (EG)
(Rev. June 1987)
Prescribed by Treasury
Department
Treasury Dept. Cir. 1076

OMB No. 1510-0007

# DIRECT DEPOSIT SIGN-UP FORM

## DIRECTIONS

○ To sign up for Direct Deposit, the payee is to read the back of this form and fill in the information requested in Sections 1 and 2. Then take or mail this form to the financial institution. The financial institution will verify the information in Sections 1 and 2, and will complete Section 3. The completed form will be returned to the Government agency identified below.

○ A separate form must be completed for each type of payment to be sent by Direct Deposit.

● The claim number and type of payment are printed on Government checks. (See the sample check on the back of this form.) This information is also stated on beneficiary/annuitant award letters and other documents from the Government agency.

● Payees must keep the Government agency informed of any address changes in order to receive important information about benefits and to remain qualified for payments.

## SECTION 1 *(TO BE COMPLETED BY PAYEE)*

| A | NAME OF PAYEE *(last, first, middle initial)* | | D | TYPE OF DEPOSITOR ACCOUNT | ☐ CHECKING | ☐ SAVINGS |
|---|---|---|---|---|---|---|

| | ADDRESS *(street, route, P.O. Box, APO/FPO)* | E | DEPOSITOR ACCOUNT NUMBER |
|---|---|---|---|

| | CITY | STATE | ZIP CODE |
|---|---|---|---|

**F** TYPE OF PAYMENT *(Check only one)*
- ☐ Social Security
- ☐ Supplemental Security Income
- ☐ Railroad Retirement
- ☐ Civil Service Retirement (OPM)
- ☐ VA Compensation or Pension
- ☐ Fed. Salary/Mil. Civilian Pay
- ☐ Mil. Active _____
- ☐ Mil. Retire. _____
- ☐ Mil. Survivor _____
- ☐ Other _____
  *(specify)*

| | TELEPHONE NUMBER |
|---|---|
| | AREA CODE |

| B | NAME OF PERSON(S) ENTITLED TO PAYMENT |
|---|---|

| C | CLAIM OR PAYROLL ID NUMBER |
|---|---|
| | Prefix          Suffix |

**G** THIS BOX FOR ALLOTMENT OF PAYMENT ONLY *(if applicable)*

| TYPE | AMOUNT |
|---|---|

### PAYEE/JOINT PAYEE CERTIFICATION

I certify that I am entitled to the payment identified above, and that I have read and understood the back of this form. In signing this form, I authorize my payment to be sent to the financial institution named below to be deposited to the designated account.

### JOINT ACCOUNT HOLDERS' CERTIFICATION *(optional)*

I certify that I have read and understood the back of this form, including the SPECIAL NOTICE TO JOINT ACCOUNT HOLDERS.

| SIGNATURE | DATE | SIGNATURE | DATE |
|---|---|---|---|
| SIGNATURE | DATE | SIGNATURE | DATE |

## SECTION 2 *(TO BE COMPLETED BY PAYEE OR FINANCIAL INSTITUTION)*

| GOVERNMENT AGENCY NAME | GOVERNMENT AGENCY ADDRESS |
|---|---|

## SECTION 3 *(TO BE COMPLETED BY FINANCIAL INSTITUTION)*

| NAME AND ADDRESS OF FINANCIAL INSTITUTION | ROUTING NUMBER | CHECK DIGIT |
|---|---|---|
| | DEPOSITOR ACCOUNT TITLE | |

### FINANCIAL INSTITUTION CERTIFICATION

I confirm the identity of the above-named payee(s) and the account number and title. As representative of the above-named financial institution, I certify that the financial institution agrees to receive and deposit the payment identified above in accordance with 31 CFR Parts 240, 209, and 210.

| PRINT OR TYPE REPRESENTATIVE'S NAME | SIGNATURE OF REPRESENTATIVE | TELEPHONE NUMBER | DATE |
|---|---|---|---|

Financial institutions should refer to the GREEN BOOK for further instructions.
**THE FINANCIAL INSTITUTION SHOULD MAIL THE COMPLETED FORM TO THE GOVERNMENT AGENCY IDENTIFIED ABOVE.**

NSN 7540-01-058-0224

**GOVERNMENT AGENCY COPY**

1199-207
Designed using Perform Pro, WHS/DIOR, Mar 97

SF 1199A (Back)

---

### BURDEN ESTIMATE STATEMENT

The estimated average burden associated with this collection of information is 10 minutes per respondent or recordkeeper, depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to the Financial Management Service, Facilities Management Division, Property & Supply Section, Room B-101, 3700 East-West Highway, Hyattsville, MD 20782 or the Office of Management and Budget, Paperwork Reduction Project (1510-0007), Washington, D.C. 20503.

---

### PLEASE READ THIS CAREFULLY

All information on this form, including the individual claim number, is required under 31 USC 3322, 31 CFR 209 and/or 210. The information is confidential and is needed to prove entitlement to payments. The information will be used to process payment data from the Federal agency to the financial institution and/or its agent. Failure to provide the requested information may affect the processing of this form and may delay or prevent the receipt of payments through the Direct Deposit/Electronic Funds Transfer Program.

### INFORMATION FOUND ON CHECKS

Most of the information needed to complete boxes A, C, and F in Section 1 is printed on your government check:

(A) Be sure that payee's name is written exactly as it appears on the check. Be sure current address is shown.

(C) Claim numbers and suffixes are printed here on checks beneath the date for the type of payment shown here. Check the Green Book for the location of prefixes and suffixes for other types of payments.

(F) Type of payment is printed to the left of the amount.



### SPECIAL NOTICE TO JOINT ACCOUNT HOLDERS

Joint account holders should immediately advise both the Government agency and the financial institution of the death of a beneficiary. Funds deposited after the date of death or ineligibility, except for salary payments, are to be returned to the Government agency. The Government agency will then make a determination regarding survivor rights, calculate survivor benefit payments, if any, and begin payments.

### CANCELLATION

The agreement represented by this authorization remains in effect until cancelled by the recipient by notice to the Federal agency or by the death or legal incapacity of the recipient. Upon cancellation by the recipient, the recipient should notify the receiving financial institution that he/she is doing so.

The agreement represented by this authorization may be cancelled by the financial institution by providing the recipient a written notice 30 days in advance of the cancellation date. The recipient must immediately advise the Federal agency if the authorization is cancelled by the financial institution. The financial institution cannot cancel the authorization by advice to the Government agency.

### CHANGING RECEIVING FINANCIAL INSTITUTIONS

The payee's Direct Deposit will continue to be received by the selected financial institution until the Government agency is notified by the payee that the payee wishes to change the financial institution receiving the Direct Deposit. To effect this change, the payee will complete a new SF 1199A at the newly selected financial institution. It is recommended that the payee maintain accounts at both financial institutions until the transition is complete, i.e. after the new financial institution receives the payee's Direct Deposit payment.

### FALSE STATEMENTS OR FRAUDULENT CLAIMS

Federal law provides a fine of not more than $10,000 or imprisonment for not more than five (5) years or both for presenting a false statement or making a fraudulent claim.

## GSA Trailer Refund Checklist

The trailer refund checklist is to ensure all documents needed to process refunds are submitted. Please attach all documents and sign the checklist upon completion and return in a timely manner.

- ☐ **Voided Check or Deposit Slip**
- ☐ **Photocopy of Government Issued Picture Identification.** (*Driver's license, Passport*)
- ☐ **Direct Deposit Form (Signed)** – Attach voided check or deposit slip. If neither is available, bank must certify the signed direct deposit form
- ☐ **Original Title OR Original SF - 97** (US Government Certificate to Obtain Title to a Vehicle)
- ☐ **Purchase Receipt** - Receipt issued by GSA when trailer was initially purchased.
- ☐ **Septic Tank empty and clean.**
- ☐ **Trailer cleaned thoroughly inside.**
- ☐ **Purchasers Contact Information**
    - **Phone Number:** _____
    - **Email Address:** _____

> ➤ *Please call 1-866-562-2381 (TTY 1-800-462-7585) for a list of designated sites for delivery.*

Refund requests should be sent to **FEMA Headquarters at 500 C Street, S.W., Room 330, Attention- Logistics – Current Operations Branch, Washington D.C. 20472.** Upon receipt, the request and all supporting documentation will be validated and arrangements will be coordinated with the purchaser and the nearest FEMA site selected.

Refunds will be sent to the individual by direct deposit within 30 days of the unit's physical return to the designated FEMA site. **Transportation costs will not be refunded.**

\*Please retain a photo copy of all documents for your records.

**All documents must accompany signed checklist for refund to be processed.**

**Purchaser's Name (Printed)** _____     **Purchaser's Signature** _____
**Date:** _____

*Agency Use Only* ------------------------------------------------------------------------------------------

**Signature and Title of Authorized Certifying Official** _____
**Date:** _____