UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 28



# Myths & Facts: Travel Trailers

Release Date: November 8, 2007
Release Number: HQ-07-222

CBS produced a story on November 7, 2007 entitled "FEMA Protecting Itself, Not Evacuees."

**Myth**: FEMA Is Not Protecting Evacuees.

**Fact**: FEMA is working to move all 52,520 households currently residing in travel trailers nationwide into permanent housing.

- FEMA and DHS have made it clear that anyone who wants to move out of their temporary housing unit because of formaldehyde will be offered alternate housing.
- FEMA ceased the sale and deployment of travel trailers pending the result of the studies.
- On July 21st, 2007, FEMA set up call centers for the applicants living on group/commercial or private sites who have concerns, questions or request information about formaldehyde.
- In July, FEMA distributed 70,000 formaldehyde and housing fact sheets to the occupants of every FEMA temporary housing unit across the Gulf Coast.
- In the Gulf Coast, an average of 810 households per week move out of these temporary housing units and back into permanent housing.
- There are currently a total of 52,047 households occupying temporary housing units in the Gulf Coast. Of these, 4,609 households - or 8.7% - have expressed a health concern since July 21.
    - Everyone who has called FEMA's formaldehyde call centers with concerns has been offered an immediate move to a hotel or motel until alternate housing is located.
        - 348 applicants have accepted a hotel/motel.
        - 1,412 households have already moved into alternate housing.
        - 297 have been provided multiple housing options but chose not to move.
    - The remaining applicants are being actively case managed while they make final decisions about their relocation alternatives.
    - On October 10-12, FEMA re-contacted all of the pending households and once again offered to immediately move them to a hotel/motel until a more suitable alternative was arranged.
- FEMA will continue to meet with and work with every applicant to identify the most appropriate housing alternative for each family's individual housing needs.

**Myth**: FEMA Employees Are Prohibited From Entering Travel Trailers.

**Fact**: FEMA Employees Enter Travel Trailers EVERY SINGLE DAY.

- This is the exact statement repeatedly made to CBS prior to their story.
- Formaldehyde is in many manufactured items from chairs and cabinets to carpet and draperies and that it dissipates in the open air when a window or door is left open after a few days or weeks.
- However, in sealed, closed up new trailers there is no opportunity for this chemical to dissipate. Thus, the basis for the notice to FEMA employees.
- CBS report on emails among staff working at storage depots for unoccupied and sealed trailers asking if they could enter these trailers.
    o The guidance applies only to the stored and sealed trailers on storage lots.
    o Based on Occupational Safety and Health Administration (OSHA) regulations, logistics staff members were advised not to enter sealed trailers, pending a study by the Department of Health and Human Services (HHS) Federal Occupational Health office.
    o While this study is not complete, initial drafts indicate that HHS will recommend proper ventilation before entering these units.
    o Units will be tested, ventilated until levels are reduced to the levels set by OSHA, and then staff will enter to conduct their duties.
    o A revised memo to affected logistics staff will be issued shortly that further clarifies this guidance.
    o To date, FEMA's headquarters safety office has not received any employee health complaint related to working in these units.
- The cited emails did not involve FEMA staff working with residents in occupied travel trailers.
    o Neither these instructions nor the referenced memo were ever sent to Individual Assistance employees who work with trailer residents in the field.
    o Why? Because there is no restriction on FEMA staff entering occupied trailers.
    o As FEMA staff made clear to CBS, we enter trailers every day and, if invited, will do so today so that we can continue to work with anyone asking for assistance in moving to alternative housing.

Myth: Air Quality Testing of Travel Trailers "Has Been Halted" and "Not A Single Trailer Tested."

Fact: Testing of unoccupied trailers began in 2006. A study that began this fall will expand shortly. Numerous trailers have been tested as part of the investigation.

**Initial Tests of Unoccupied Trailers: 2006**

- FEMA tested new and refurbished unoccupied travel trailers at the Purvis, Mississippi staging area on March 28-29, 2006.
    o All tests showed levels below the limits set by the OSHA.
- The Environmental Protection Agency (EPA), at FEMA's request, began testing unoccupied, stored trailers on September 18, 2006 to determine baselines and recommendation for action.
    o These tests were used to develop the original mitigation and ventilation recommendations provided to residents in 2006.
    o More than 70,000 fliers were distributed to residents advising them of risks and providing them these recommendations.
- FEMA is testing air quality levels in unoccupied, stored trailers and the HHS Federal Occupational Health office study, when completed, will use these tests as a basis for their recommendations for FEMA employees.

**Expanded Tests: 2007**

- The Centers for Disease Control (CDC), at FEMA's request, began implementing a three pronged plan to review and test the air quality in travel trailers and to provide recommendations for action. There have never been residential formaldehyde standards.
    - Phase I began with CDC reviewing air quality of travel trailers in July, 2007. Activities included a review of paperwork, materials and some limited sampling of humidity and other data in unoccupied, stored trailers to determine baselines and plans for the study.
- As part of the next phase of the plan, a recently scheduled test by CDC was temporarily postponed when CDC, HHS and FEMA determined that the full parameters of the tests had not been established.
    - Federal health experts are working together to determine how these tests will be conducted and how they will be used.
    - Then testing will resume - perhaps as early as later this month.

FEMA coordinates the federal government's role in preparing for, preventing, mitigating the effects of, responding to, and recovering from all domestic disasters, whether natural or man-made, including acts of terror.