UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 33

 **FEMA**

R. David Paulison
Administrator
Federal Emergency Management Agency

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

09/07/2007

FEMA Application No. 939157009

Disaster No. 1603

MS SEAN G THOMAS
KENNER, LA 70062-5942
2021 KENTUCKY AVE

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Dear MS SEAN G THOMAS:

You recently returned a FEMA Notice of Interest (NOI) expressing interest in purchasing your temporary housing unit. Your response was appreciated. However, at this time the type of unit in which you are currently living (travel trailer or park model) is not available for purchase. FEMA will promptly notify you of any additional updates. FEMA regrets any inconvenience that this change may have caused.

If you are now able to move back into your damaged dwelling, or if you have located alternate housing, please call 888-294-2822 to have your FEMA temporary housing unit removed.

If you are still living in your travel trailer, FEMA will continue to work with you to locate other housing options that would better meet your longer-term housing needs. Please call 888-294-2822 if you wish to take advantage of this housing assistance.

Sincerely,

Sales Coordinator

NFSL

FEMA-00196

3-2-06
JB

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # | Location # | Lot # |
|---|---|---|
| 939157009 A | Kenner LA, 2021 Kentucky Ave 70062 | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.

(2) Must not commit or allow crimes to occur in the unit or in the vicinity.

(3) Must not allow anyone, other than the individuals listed below, to live in the unit.

(4) Must accept other housing options, when they become available.

(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Sean G Thomas | Sean G Thomas | 02-06-06 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| Sean G Thomas | | |
| Phuong Nguyen | 27 | F |
| Phuong Elizabeth Nguyen | 1½ | F |
| Sean M Thomas | 22 | M |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| SC-03-072505 | 125747 | 1N16TR2861045805 |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
| Patrick Morris | Patrick Morris | 02-06-06 |

FEMA-00229

NF
3-2-06
JB

# U.S. DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
# READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | TEMPORARY HOUSING NUMBER 112574? | CONTRACT WO NUMBER 1603002035640 INP | SITE CONTROL NUMBER SC-03-072505 |
|---|---|---|---|
| APPLICANT NAME Sean C. Thomas | T.H. No. 93915700 9A | ADDRESS Kenner LA. 2021 Kentucky Ave 70062 | |

## 1. INSPECTION (To be completed by Direct UNIT (DHOPS))

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

- ☒ Blocked
- ☒ Sewer Connected
- ☒ Permits (ele)
- ☒ Permit Block & Tie
- ☒ Steps/Ramp
- ☒ Electric Connected
- ☒ Permit (meh)
- ☒ Water Connected
- ☒ Gas Connected
- ☒ Permits (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:

Vin #

1NLIGTR2861045805

| INSPECTOR Patrick Morris | DATE 02-06-06 |
|---|---|

## II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection  ☐ Electricity Connection  ☐ Sewer Connection  ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO: DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer  ☐ Electricity  ☐ Permits (ele)  ☐ Water  ☐ Gas  ☐ Permits (meh)  ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA Form 90-24, JUL 05

FEMA-00230

## Applicant Pending Inspection

**Date:** 12/10/2005  **Assigned Contractor:**

**Site Control Number:** SC-03-072505   **Registrant ID:** 939157009A

### Site Information:

**Last Name:** THOMAS   **First Name, MI:** SEAN G
**Address:** 2021 KENTUCKY AVE
**City:** KENNER   **State:** LA
**Parish:** Jefferson   **Zip:** 70062
**Land Owner:**
**Phone:** (504)4733078   **Alt. Phone:** ()
**Site Phone:** (504)2023762   **Site Alt. Phone:**
**Number of Trailers:** 1   **Number of Occupants:**

___ Electric   ___ Gas   ___ Water   ___ Sewer

**Call Attempts (Date):** 1          2          3

**Special Needs:**

**If No, Reason:**

**Customer Service Rep:** Area A - 19   **Date of Assessment:** 12-29-05
**Customer Service Rep Phone:** Maurice Johnson
**Site Description/Sketch:** 225-303-8285 CDM
12-29-05
Feasible
M.J.

**No. of People Housed:**   **No. of Bedrooms Needed:**
**Site Feasible (from Assessment)?** (Yes)   No   Hold
**If No, Reason**
12-29-05

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA-00231

| FEDERAL EMERGENCY MANAGEMENT AGENCY **LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT** | 1. T.H. APPLICATION NO. 9391570.09A | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|
| **2. LANDOWNER'S INFORMATION** | | **3. APPLICANT SITE INFORMATION** | |
| NAME: Gary Thomas | | NAME: Sean Thomas | |
| ADDRESS: 2021 Kentucky Ave | | SITE ADDRESS: 2021 Kentucky | |
| CITY AND STATE: Kenner LA 70062 | | CITY AND STATE: Kenner LA 70062 | |
| PHONE NO.: 504 473 3078 | | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY | |

4. In consideration of the President's Disaster Proclamation of  8-29-05  1603  (date of declaration) (DR#) and the furnishings of a temporary housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

   a. The Landowner hereby certifies that he/she is the owner of the above described property and authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

   b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

   c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

   d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

   e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☐ other (specify) Provide details if responsibility is divided: N/A

7. Landowner intends to charge and applicant agrees to pay  N/A  /month rental for use of the property. (Mark "None" if no rental is to be charged).

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT: X *Gary Thomas* | 12-29-05 |
| b. APPLICANT | |
| c. WITNESS: Maurice Johnson 225-303-8285  CDM | 12-29-05 |

FEMA 00232



# FEMA

## Federal Emergency Management Agency
## Comments Report

"Official Use Only"
Last refresh: 1/24/2008 01:17:21 PM

**1603**
**939157009**
**THOMAS, SEAN**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 09/12/05 | | Inspector Comment | *14276 |
| 09/12/05 | | Inspector Comment  /IM | *14276<br>NO W/D<br>INFANT ITEMS ACTUAL |
| 09/27/05 | Mark Malmgren | 92 app very upset with rental assistance | 92 app very upset with rental assistance |
| 10/04/05 | Tom Beebe | | |
| 10/04/05 | Tom Beebe | | |
| 11/30/05 | Devon Funkhouser | 93 PP=INSS | PP=INSS  App has sent appeal letter. Inspection was unable to record damages to PP items. App has not submitted sufficient substantiation. Ineligible. |
| 12/06/05 | Janay Lockhart | 95 TRAVEL TRAILER REQUEST | TRAVEL TRAILER REQUEST WAS ENTERED. |
| 12/09/05 | Diana Darr | 93=USE OF FUNDS DECLARATION SENT | |
| 12/15/05 | Larreka Adams | BRJFO/ASCC STATUS CHECK | ADVISED TT REQUEST IS BEING PROCESSED. |
| 12/19/05 | MARYANN IACOBUCCI | 93 - HA = ENC | REVIEWED RECEIPTS FOR RECERTIFICATION. RENT RECEIPTS ARE NOT VERIFIABLE.<br>NO LEASE OR RENTAL AGREEMENT FOR NEW ADDRESS SENT WITH DOCS.<br><br>RT TO INELIGIBLE |
| 12/27/05 | Tawanda Mosby | BRJFO/AS STATUS CHECK | APP ADV. OF STATUS - SC# ISSUED 12-09-05 - WAITING FOR WO# DATE. |
| 01/10/06 | SOL GARCIA | 94- ELIGIBLE =INITIAL RECERTIFICATION | SIGNED USE OF FUNDS DECLARATION SIGNED 90-69B<br>APP ELIGIBLE FOR 3 MONTHS RENTAL RECERT<br>2 BDRM ORLEANS COUNTY, LA<br>SET VERIFICATIONS |

FEMA-00233      1 of 3

| | | | RTE TO APPROVAL |
|---|---|---|---|
| 03/03/06 | Tessie Bazile | ESA SIGNED | PPI RESULTED IN A P4TTP<br><br>ESA SIGNED ON 02/06/06<br><br>APP RELOCATED TO:<br>2021 KENTUCKY AVE., KENNER LA 70062 |
| 03/29/06 | Patricia Wills | 92 COPY OF TRAILER LEASE | APPLICANT SENT IN A COPY OF TT LEASE<br><br>NFAR<br><br>ROUTE TO INELIGIBLE |
| 08/17/06 | JOHANNA HARRIS | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 09/13/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 10/18/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 02/07/07 | MARK FUCHS | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |
| 05/11/07 | Sheryl Bradley | 93 WINRUNNER MHTT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |
| 06/05/07 | Sheryl Bradley | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 06/05/07 | Sheryl Bradley | LA TRO NOI Received 5/22/2007  INTEREST = YES | |
| 07/10/07 | Patricia Nelson | BRAFO ELIGIBILITY REVIEW FOR SALES PROGRAM=YES | BRAFO ELIGIBILITY REVIEW FOR SALES PROGRAM=YES |
| 09/04/07 | MARK FUCHS | WINRUNNER NFSL LETTER SENT | |
| 09/04/07 | MARK FUCHS | BRAFO SALES PROGRAM / UNIT NOT FOR SALE | |
| 11/29/07 | Errol Johnson | DEACTIVATION | AR.36096..MOI RQST...Called App. Wrong No |
| 11/29/07 | Errol Johnson | DEACTIVATION | Visited site. Met with App and completed MOI. Current contact no is 504-468-8865. |
| 12/05/07 | Patricia Roberts | TT DEAC | PER AR #60586, MOI COMPLETED ON 11/29/07 - DEAC WO 1603-025-184851-DCT CREATED FOR BC 1125745...PR/IM |

2 of 3

FEMA-00234

| | | | |
|---|---|---|---|
| 01/04/08 | Zoe Ellsworth | DHOPS-IM / 90-13 RECEIVED | MOVE OUT INSPECTION (90-13) RECEIVED FOR B/C 1125745. SIGNED ON: 11/29/07. |



# Federal Emergency Management Agency
## Contact Report

"Official Use Only"
Last refresh: 1/24/2008 01:17:49 PM

**1603**

**939157009**

**THOMAS, SEAN**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/20/05 | MARIA ACEVEDO | 91 APP WANTED STATUS ON RETURN INSPECTION | INFORM APP THAT CASE IS STILL PENDING REVIEW FOR ELIGIBILITY DECISION. |
| 09/22/05 | ERENO | 93 STATUS CHECK | REQUESTED STATUS, ADVISED IT WAS STILL PENDING. CALL BACK IN 3-5 DAYS. |
| 11/03/05 | Ishmael Clark williams | 92 STATUS | APP STATES THAT SHE WOULD LIKE TO REQUEST A TT. APP HAS BEEN UPDATED TO PPI. APP HAS VERIFIED ALL INFO. |
| 11/21/05 | Ccen_aishad Andrews | 91 FAX CHECK | APP CALLED IN TO CHECK STATUS ON FAX |
| 11/27/05 | Vicki Mcmillin | 95 pcc status of fax RA | app called to see if we received her fax for additional RA. advised app not yet. app will call back at the first part of next week. |
| 12/03/05 | Vernon Severin | 95 APP STATUS CHECK | APP CALLED FOR STATUS. APP WAS TOLD THAT IT WAS PENDING. |
| 12/06/05 | Justin Ratcliff | 95 TT | APP APPLIED FOR A TT. APP DID NOT WISH TO SPEAK TO REP, BUT TO A SUPER-V |
| 12/13/05 | Barbara Hall | 95-Applicant status check | Informed app regarding the status of their application is still processing. Also, gave the TT info number, because needed information about the TT request. |
| 12/20/05 | Kelly Peacock | 93 RENTAL RECERTIFICATION | APPLICANT RENTS FROM DAVID LOWRY 985-764-2609. RECEIPTS ALL READY SCANNED IN SYSTEM. APP HAS MAILED RENTAL RECERT. FORM BACK TO US. |
| 01/11/06 | Julia F Edwards | 92 STATUS CHECK | APP CALL TO CHECK THE STATUS ON HER RA IT WAS AWARDED |
| 02/11/06 | Monica Lewis walters | 96: REQUEST | VERIFIED INFORMATION. CALLED REQUESTING REG. ID NUMBER, APPL IS IS TT AND NEEDS ID NUMBER FOR DEPT. |
| 01/29/07 | Amber Hall | LARC5=RECERT VISIT ONE | App is renter who has purchased a new unit to live in. App stated that he has minor repairs to complete on the unit and he will be out of the unit within two months. Advised the app to request another inspection for his pp |

FEMA-00236              1 of 2

| | | | |
|---|---|---|---|
| | | | and to submit a list of all pp lost. His monthly income is 1500.00 and he did not have any insurance on his home. All safety devices working properly. |
| 09/18/07 | Jacqueline Lanus | BR/AFOASCC/ DEACT INQUIRE | APP CALLED TO HAVE UNIT DEACT BUT WILL CALL BACK ONCE ALL PERSONAL ITEMS ARE REMOVED OUT OF THE UNIT. NOTHING ROUTED. |
| 09/21/07 | Trichic Jackson | BRTRO.ASCC ~DEAC REQ | APP CALLED REQUESTING DEAC..................ADVISED APP OF DEAC PROCESS AND SUBMITTED AR TO PROPER DEPT...VER.CMA.CPN.9/21/07.tj |
| 10/23/07 | Tara Netters | AFO/ASCC | APPLICANT CALLED TO CHECK THE STATUS OF TT PICK UP, INFORMED HER THAT THE REQUEST WAS SUBMITTED AND THE TT WOULD BE PICKED UP SOON. COULDN'T GIVE A TIMEFRAME. NO ACTION TAKEN. |

FEMA-00237

2 of 2