UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 37


FEMA

# Hurricane Katrina, One-Year Later

Release Date: August 22, 2006
Release Number: HQ-06-127

» En Español

WASHINGTON, D.C. -- Hurricane Katrina, which struck the Gulf Coast on Aug. 29, 2005, was the most destructive - and costly - natural disaster in U.S. history. Though the unprecedented magnitude of the storm slowed the initial response, the year since has been highlighted by an equally unprecedented recovery effort.

In the last 52 weeks, the U.S. Department of Homeland Security's Federal Emergency Management Agency (FEMA) and its dedicated employees have worked to meet the needs of the communities and citizens affected by this disaster. The Gulf Coast recovery will take years - not months. FEMA is committed to being involved throughout.

"Hurricane Katrina's sheer force overwhelmed local, state and federal agencies," said FEMA Director David Paulison. "We saw our capabilities stretched further than at any time in FEMA's 30-year history. Along with our state and local partners, we worked tirelessly to support the immediate and long-term needs of disaster victims."

In the immediate aftermath of Hurricane Katrina, nearly 275,000 Gulf Coast residents were forced into congregate (group) shelters. To provide more suitable and longer-term housing for those affected, FEMA began moving families into hotel and motel rooms in coordination with the American Red Cross. At its peak last October, some 85,000 families were being provided transitional housing with hotel or motel rooms in more than 40 states.

FEMA, which has coordinated the federal government's recovery efforts, opened a Gulf Coast Recovery office to closely monitor and track the ongoing efforts in the region. Among these efforts are temporary housing and debris removal, which have entailed record-breaking levels of federal support.

To date, FEMA has provided manufactured housing units and other temporary housing assistance - through the Individuals and Households Assistance Program (IHP) - to more than 650,000 households to live in apartments, manufactured homes or other temporary housing units. The $6 billion allocated through IHP to Katrina victims for temporary housing and other needs such as transportation and medical expenses, nearly quadruples the total for the 2004 hurricane season.

The National Flood Insurance Program (NFIP) has paid out more than $15.3 billion to hundreds of thousands of policyholders affected by Hurricane Katrina. This amount is more than the combined total of the previous 37 years of the NFIP program. This allotment demonstrates the importance of homeowners, business owners and renters

having the proper insurance.

As for private property, FEMA has removed more than 99 million cubic yards of debris from the Gulf Coast region, including public lands. These debris removal and other protective measures are part of FEMA's Public Assistance Program, which has obligated more than $3.7 billion in grants - many to state and local governments - in addition to $4.8 billion in "mission assignments" to repair roads, bridges, public utilities and other public infrastructure.

Along with home and property protection, all Americans, especially those living in hurricane-prone areas, should prepare to withstand at least the first 72 hours after a disaster. Two websites, Ready.gov and FEMA.gov, share information on making disaster kits, family evacuation plans and communications plans to improve personal preparedness.

The Gulf Coast recovery process is a shared responsibility of individual, government and non-government contributors, but disaster preparedness is a responsibility of us all. While FEMA is committed to the recovery in the Gulf Coast region, we also continue to improve our readiness for the next hurricane or disaster.

After compiling various after-action reports and recommendations, both internally and from Congress and the Homeland Security Adviser, FEMA has implemented many new elements to improve the agency. Among them are four key functional areas: situational awareness, victim management, logistics and debris removal.

"Based on lessons learned after Katrina, we are in the process of retooling the agency into a more nimble and responsive one for America. Through this, our mission to serve in all types of disaster remains unchanged." said Paulison.

FEMA manages federal response and recovery efforts following any national incident. FEMA also initiates mitigation activities, works with state and local emergency managers, and manages the National Flood Insurance Program. FEMA became part of the U.S. Department of Homeland Security on March 1, 2003.