UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-4<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 56.1, the United States of America (United States) hereby submits its statement of material facts as to which the United States contends there is no genuine issue to be tried.

1. FEMA's actions taken in response to the housing shortage caused by Hurricanes Katrina and Rita were done pursuant to the Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C. § 5121 *et seq.* Ex. 4, 4/26/07, FEMA Fact Sheet, Release No. HQ-07-043; Ex. 5, DHS Rept.[1]

2. No mandatory and specific regulations required FEMA to consider risks associated with formaldehyde when it made its decision to use travel trailers, park model homes, and/or manufactured housing as temporary emergency housing for Hurricane Katrina and Rita disaster victims. Administrative Master Compl. ¶ 37; Ex. 10, Dec. McCreary ¶¶ 11-12; Ex. 11, Dec. Miller ¶ 5.

---

[1] All references herein refer to Exhibits submitted with the United States' Memorandum in Support of its Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction, or in the Alternative, for Summary Judgment, filed on May 18, 2008.

3. No mandatory and specific regulations set forth what action, if any, FEMA was required to take in response to complaints and health and safety concerns relating to formaldehyde.  Ex. 8, Dec. Souza ¶¶ 13-19.

4. Statutes imbue FEMA with discretionary authority regarding whether or not to use travel trailers, park model homes, and/or manufactured housing as temporary emergency housing for Hurricane Katrina and Rita victims, and its decision to use them as temporary emergency housing is susceptible to policy analysis.  Ex. 8, Dec. Souza ¶¶ 6-7; Ex. 5, DHS Rept.

5. Statutes imbue FEMA with discretionary authority regarding what actions, if any, to take in response to complaints and health and safety concerns relating to formaldehyde in temporary emergency housing units, and such actions are susceptible to policy analysis.  Ex. 8, Dec. Souza ¶¶ 6-7, 13-19.

6. Plaintiffs' Count 1 claims are based on alleged express and/or implied contracts resulting from FEMA's alleged lease of temporary emergency housing to Plaintiffs, and each Plaintiff seeks to recover in excess of $10,000 for alleged injuries resulting from FEMA's alleged breach of its obligation to guarantee that temporary emergency housing was safe and free of defects.  Administrative Master Compl. ¶¶ 99-108; Ex. 31, Adm. Claims.

7. Plaintiffs' Count 3 claims arise out of Plaintiffs' alleged purchase of trailers from FEMA.  Administrative Master Compl. ¶¶ 119-131.

8. Neither the Pujol family nor the Thomas family submitted a claim to a contract officer prior to filing suit.  *See* Administrative Master Compl. ¶¶ 99-108, 119-131.

9. Neither the Pujol family nor the Thomas family purchased a trailer from FEMA or any other government agency.  Ex. 31, Adm. Claim at 000022-34; Ex. 33, Thomas Doc. at 000196.

Dated: May 21, 2008.                    Respectfully Submitted,


                                              GREGORY S. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (VA Bar No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4447
E-mail: Michelle.Boyle@usdoj.gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2008, the foregoing Statement of Undisputed Material Facts was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Michelle G. Boyle*
Michelle G. Boyle (VA Bar No. 73710)
