# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

**THIS DOCUMENT IS RELATED TO FOLLOWING CASES:**

*Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.)
*Curley v. United States*, Civ. No. 07-7389 (E.D. La.)
*Joseph v. United States*, Civ. No. 2:08-CV-01672 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * *

## DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION AND FAILURE TO EFFECT SERVICE OF THE COMPLAINT IN A TIMELY MANNER

Defendant United States of America ("United States") hereby moves, pursuant to Fed. R.

Civ. P. 12(b)(1), to dismiss the Plaintiffs Federal Tort Claims Act ("FTCA"), 28 U.S.C.

§§1346(b)(1), 2671-80, claims in *Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.)

*Curley v. United States*, Civ. No. 07-7389 (E.D. La.), and *Joseph v. United States*, Civ. No. 2:08-

CV-01672 (E.D. La.), for lack of subject matter jurisdiction.  The Court should grant this motion

because Plaintiffs in these actions failed to comply with requirements of the FTCA and exhaust

their administrative remedies prior to filing suit.  Furthermore, pursuant to Fed. R. Civ. P. 4(i)

and the Court should grant this motion and dismiss Plaintiffs claims in *Oldenburg v. United*

*States*, Civ. No. 07-2961 (E.D. La.) and *Curley v. United States*, Civ. No. 07-7389 (E.D. La.),

because Plaintiffs in these actions have yet to serve the United States, more than 120 days have

passed since they filed their Complaints, and Plaintiffs failed to act with due diligence to effect

service in a timely manner given that government counsel informed Plaintiffs' counsel by letter

dated November 14, 2007, of the requirements of Fed. R. Civ. P. 4(i) and 4(m).

For all of these reasons, and reasons set forth in the United States' Memorandum filed in support of this Motion, the Court grant this motion and dismiss these actions for lack of subejct matter jurisdiction.

Dated: May 17, 2008.

Respectfully Submitted,
GREGORY S. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

MICHELLE BOYLE
Trial Attorney

OF COUNSEL

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
united States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2008, the foregoing Memorandum, and accompanying Motion, and Exhibits were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.  In addition, true and accurate copies of this Motion, Memorandum in support thereof, and Exhibits submitted in support thereof, were sent by Electronic Mail and First-Class Mail, postage pre-paid to the following counsel:

Mr. Daniel E. Becnel, Jr.
Mr. Darryl J. Becnel
Mr. Matthew B. Moreland
Becnal Law Firm, LLC
P.O. Box Drawer H
106 W. Seventh St.
Reserve, LA 70094
dbecnel@becnellaw.com
darrylbecnel@becnellaw.com
mmoreland@becnelllaw.com

Mr. Bernard L. Charbonnet, Jr.
Mr. Darryl Harrison
Law Office of Bernard L. Charbonnet, Jr.
365 Canal Street
One Canal Place, Suite 155
New Orleans, Louisiana 70130
bcharbonnet@charbonnetassociates.com
dharrison@charbonnetlaw.com

Mr. Jerrold S. Parker
Parker & Waichman, LLP
111 Greater Neck Rd., Suite 101
Great Neck, NY 11021
jerry@yourlawyer.com

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)