UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO FOLLOWING CASES:

*Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.)
*Curley v. United States*, Civ. No. 07-7389 (E.D. La.)
*Joseph v. United States*, Civ. No. 2:08-CV-01672 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion To Dismiss Plaintiffs' Federal Tort Claims Act, 28 U.S.C. §§1346(b)(1), 2671-80 For Lack of Subject Matter Jurisdiction and Failure To Effect Service of the Complaint In A Timely Manner will come on for hearing and argument before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on, the 16th day of July 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**DONE AND SIGNED** this _____ day of _____, 2008.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

1

Dated: May 17, 2008.                    Respectfully Submitted,

                                        GREGORY S. KATSAS
                                        Assistant Attorney General, Civil Division

                                        C. FREDERICK BECKNER III
                                        Deputy Assistant Attorney General, Civil Division

                                        J. PATRICK GLYNN
                                        Director, Torts Branch, Civil Division

                                        MICHELLE BOYLE
                                        Trial Attorney

                                        //S// *Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)
                                        Senior Trial Counsel
                                        United States Department of Justice
                                        Civil Division – Torts Branch
                                        P.O. Box 340, Ben Franklin Station
                                        Washington, D.C. 20004
                                        Telephone No: (202) 616-4223
                                        E-mail: Henry.Miller@USDOJ.Gov

                                        Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472