UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO FOLLOWING CASES

*Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.)
*Curley v. United States*, Civ. No. 07-7389 (E.D. La.)
*Joseph v. United States*, Civ. No. 2:08-CV-01672 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF HENRY T. MILLER

Henry T. Miller, based upon good faith belief, knowledge and information hereby declare the following:

1. I am an active member in good standing of the Bar of the District of Columbia, Bar No. 41885, and an inactive member in good standing of the Bar of the State of Arizona, Bar No. 011267. I am have been assigned as lead counsel to represent the Defendant United States of America in: (1) *Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.), (2) *Curley v. United States,* Civ. No. 07-7389 (E.D. La.); and (3) *Joseph v. United States*, Civ. No. 2:08-CV-01672 (E.D. La.).

2. In August 2007, I became aware that a lawsuit *Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.) had been filed asserting tort claims against the United States. I contacted Plaintiffs' counsel Mr. Darryl Becnel and requested that Plaintiffs in that action voluntarily dismiss their claims against he United States because they had failed to exhaust their administrative tort remedies prior to filing suit.

3. In November 2007, I became aware that the Becnel Law Firm had filed a second lawsuit, *Curley v. United States*, Civ. No. 07-7389 (E.D. La.). In response, on November 14, 2008, I sent a letter to Plaintiffs' counsel requesting that they voluntarily dismiss both *Oldenburg v. United States* and *Curley v. United States* because Plaintiffs failed to exhaust their administrative remedies prior to filing suit. In addition, I explained to Plaintiffs that they had failed to comply with the requirement of Fed. R. Civ. P. 4(i) & (m) and effect service within 120 of filing the *Oldenburg* Complaint and that to effect service they must comply with the requirements of Fed. R. Civ. P. 4(i).

4. I have conferred with the United States Attorney's Office representative responsible accepting service of process and as of May 13, 2008, the United States had not been served with either *Oldenburg* or *Curley* Complaints.

5. In May 2008, I became aware that a lawsuit *Joseph v. United States*, Civ. No. 2:08-CV-01672 (E.D. La.) had been filed asserting tort claims against the United States. In response, on May 13, 2008, I sent a letter to Plaintiff's counsel requesting that they voluntarily dismiss the claims because the Plaintiff had failed to exhaust her administrative remedies prior to filing suit. I thereafter spoke with Plaintiff's representative and she indicated that in all likelihood Plaintiff would voluntarily dismiss her lawsuit without prejudice.

6. The document filed herewith and marked as Exhibit 1 is a true and accurate copy of the letter sent on November 14, 2007, to Plaintiffs' counsel in *Oldenburg* or *Curley*.

7. The documents filed herewith and marked as Exhibit 2 is a true and accurate copy of the letter sent on May 13, 2008 to Plaintiffs' counsel in *Joseph*.

8. I have met and conferred with FEMA representatives responsible for processing

administrative tort claims and their search failed to identify an administrative tort claim filed on behalf of any of the Plaintiffs submitted prior to the Plaintiffs filing and commencing these actions against the United States.

    Pursuant to 28 U.S.C. §746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 18, 2008.

    //S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America