UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO FOLLOWING CASES

*Oldenburg v. United States*, Civ. No. 07-2961 (E.D. La.)
*Curley v. United States*, Civ. No. 07-7389 (E.D. La.)
*Joseph v. United States*, Civ. No. 2:08-CV-01672 (E.D. La.)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS'
CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 2

**U.S. Department of Justice**

Civil Division

---

Washington, D.C. 20530

May 13, 2008

**VIA ELECTRONIC MAIL**

Mr. Bernard L. Charbonnet, Jr.
Mr. Darryl Harrison
Law Office of Bernard L. Charbonnet, Jr.
365 Canal Street
One Canal Place, Suite 155
New Orleans, Louisiana 70130
bcharbonnet@charbonnetassociates.com
dharrison@charbonnetlaw.com

> Re: **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.**,
> MDL No. 07-1873, SECT. N(4) (E.D. La.)
>
> **Joseph v. United States**, Civ. No. 2:08-cv-01672-KDE-KWR (E.D. La.)

Dear Counsel:

The United States respectfully requests that Ms. Joseph voluntarily dismiss her tort claims against the United States. The Federal Tort Claims Act, 28 U.S.C. §§1346(b), 2671-80 ("FTCA"), constitutes the exclusive remedy for claimants seeking to recover money damages for personal injury or property damage from the United States. *See, e.g., FDIC v. Meyer*, 510 U.S. 471, 474-475 (1994). Under the FTCA, each and every claimant prior to filing suit must first exhaust their administrative tort remedies. *See* 28 U.S.C. §2675(a); *see also Price v. United States*, 81 F.3d 520, 521 (5th Cir. 1996); *Price v. United States*, 69 F.3d 46, 54 (1995). Moreover, it is well established that a claimant cannot retroactively cure a jurisdictional defect resulting from the premature filing of suit because such a rule would render the exhaustion requirement "meaningless" and impose an unnecessary burden on the judicial system. *See McNeil v. United States*, 508 U.S. 106, 112 (1993); *Gregory v. Mitchell*, 634 F.2d 199, 204 n.2 (5th Cir. 1981).

Based upon a search of FEMA records it appears that Ms. Joseph filed suit prior to exhausting her administrative remedies. Accordingly, the United States respectfully requests that Ms. Joseph voluntarily dismiss her claims against the United States, and in the event that she is unable to obtain the requested relief through the administrative claims process, refile this action against the United States after exhausting her administrative remedies. *See* April 27, 2007, Order at 3-5, *Berthelot, et al. v. BOH Bros. Constr. Co.*, Civil Action No. 05-4182 (Duval, J.); July 19, 2006, Order at 29-33, *O'Dwyer, et al. v. United States, et al.*, Civil Action No. 05-4181 (Duval, J.); May 24, 2006, Order at 3, 12, *In Re: Ingram Barge Co. Owner of ING4727*, Civil Action No.

05-4419 (Berrigan, J.); April 12, 2006, Order, *Dahlgren v. United States*, Civil Action No. 06-0188 (Livaudais, J.); *Hoskins v. United States*, 2001 WL 175237 *3 (Feb. 20, 2001) (Berrigan, J.).

The following is my contact information. For overnight mail services such as Federal Express, please use the following address:

> Henry T. Miller
> Senior Trial Counsel
> U. S. Dept. of Justice, Civil Division
> 1331 Penn. Ave., NW, Rm 8220-N
> Washington, D.C. 20004

For materials sent via regular U.S. Postal Service, please use the following address:

> Henry T. Miller
> U.S. Dept. of Justice, Civil Division
> P.O. Box 340, Ben Franklin Station
> Washington, D.C. 20044
>
> Phone: (202) 616-4223
> Fax: (202) 616-4473
> Henry.Miller@USDOJ.Gov

If you have any questions regarding these matters, or believe that Ms. Joseph in fact exhausted her administrative remedies prior to filing suit, please give me a call.

> Sincerely,
>
> HENRY T. MILLER
> Senior Trial Counsel
> U.S. Department of Justice

cc: Liaison Counsel
    FEMA Counsel

2