UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
UNDER FEDERAL RULE 41(a)(1)(A(i)**

Now into Court, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based on the attached affidavit executed by Walter L. Bennett on May 16, 2008, hereby give notice of the plaintiffs' voluntary dismissal of all claims asserted against the defendant **Thor Industries, Inc**. in the Master Complaint previously filed in this proceedings.

Respectfully Submitted:

By:   *s/Gerald E. Meunier*
GERALD E. MEUNIER (La. 9471)
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburg, Benjamin, David, Meunier, Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Center
New Orleans, Louisiana 70163
Tel:  504-522-2304

{B0512070.1}

Fax: 504-528-9973
gmeunier@gainsben.com

*s/Justin I. Woods*
JUSTIN I. WOODS (La. 9471)
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburg, Benjamin, David, Meunier,
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Center
New Orleans, Louisiana 70163
Tel:  504-522-2304
Fax: 504-528-9973
jwoods@gainsben.com

**Court Appointed Plaintiffs' Steering Committee:**

Anthony Buzbee (Texas #24001820)
Raul Bencomo (La. #2932)
Frank D'Amico (La. #17519)
Matt Moreland (La. #24567)
Linda Nelson (La #9938)
Ronnie Penton (La. #10462)

### CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing notice with the Clerk of Court by using the CM/ECF system which will send notice of the electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.


 *s/   Gerald E. Meunier*
 GERALD E. MEUNIER

{B0512070.1}