# AFFIDAVIT

STATE OF OHIO
COUNTY OF SHELBY / ss:

The undersigned, WALTER L. BENNETT, being first duly cautioned and sworn, and upon personal knowledge, states the following:

1. I am the Executive Vice-President of Thor Industries, Inc., a Delaware corporation, with a principal place of business in Jackson Center, Shelby County, Ohio ("Thor Industries").

2. Thor Industries is the parent corporation of several recreation vehicle manufacturers, each of which has a separate corporate existence.

3. Thor Industries does not, and has never, designed, manufactured, or distributed any products, including but not limited to any recreation vehicles or other housing units distributed by the Federal Emergency Management Agency to individuals affected by Hurricane Katrina or Hurricane Rita.

Further Affiant sayeth naught.

_____
Walter L. Bennett

Sworn to before me and subscribed in my presence by Walter L. Bennett this 16th day of May 2008.

_____
Notary Public    Exp. 3/14/10

This instrument prepared by: FAULKNER, GARMHAUSEN, KEISTER & SHENK, A Legal Professional Association, 100 South Main Avenue, Suite 300, Sidney, OH 45365

G:\Thor\Corporate\Formaldehyde issue\Bennett Aff
JMD / 5/16/08