UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS REALTED TO ALL CASES**

### ORDER

Considering Manufacturing Defendants' Local Rule 7.8.1 *Ex Parte* Motion for Permission to File a Forty Page Memorandum in Support of Their Joint Rule 12(b)(6) Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion is granted, and that Manufacturing Defendants may file a forty page memorandum in support of their motion.

**DONE AND SIGNED** this  19th  day of    May   , 2008.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA