UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALEDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N |

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| BETTY WHITE, ET AL. )<br>)<br>)<br>)<br>versus )<br>)<br>CIRCLE B ENTERPRISES, INC., ET AL. ) | CIVIL ACTION NO. 08141 |

## DEFENDANT FOREST RIVER'S RESERVATION OF DEFENSES UNDER RULE 12(b)

NOW INTO COURT, through undersigned counsel, comes defendant Forest River, Inc. ("Forest River"), who hereby respectfully reserves the following defenses and objections to plaintiffs' Petition. Although this matter is currently pending in multi-district litigation, titled *In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 1873, Section N (4), defendant Forest River raises and hereby preserves the following defenses available under Rule 12(b):

1. Plaintiffs failed to effectuate service upon defendants.

2. Plaintiffs' Petition fails to identify a particular plaintiff with alleged exposure in a particular manufacturer's trailer.

3. Plaintiffs' claims were filed after the applicable statute of limitation period.

4. Plaintiffs' claims sounding in Breach of Express Warranty of Merchantability for Property Damage and Personal Injury fail under Alabama law.

5. Plaintiffs' claims sounding in Breach of Implied Warranty of Merchantability for Property Damage fail under Alabama law.

6. Plaintiffs lack standing as they are not purchasers or buyers.

7. Plaintiffs are not entitled to property damages since no contract existed between plaintiffs and defendants.

8. Plaintiffs are not entitled to injunctive relief under Alabama law.

9. Plaintiffs are not entitled to punitive damages under Alabama law.

10. To the extent plaintiffs seek medical monitory, plaintiffs not entitled to medical monitoring under Alabama law.

WHEREFORE, Forest River, Inc. prays that the objections and defenses described above be preserved if the suit is remanded to this Court at a later date. Defendant requests the right to brief any Rule 12(b) motion in full and requests the right to oral arguments on the merits of any such motion.

Respectfully Submitted,


/s/ Jason D. Bone
Ernest P. Gieger, Jr. (T.A.) (6154)
Jason D. Bone (28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

ATTORNEYS FOR FOREST RIVER, INC.

## CERTIFICATE OF SERVICE

I do certify that on this 19th day of May, 2008, I served a copy of the foregoing on all counsel of record via the electronic notice system of the court.


/s/ Jason D. Bone