**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER<br>　　FORMALDEHYDE PRODUCTS<br>　　LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

**MANUFACTURING DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come defendants American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.; Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"), and respectfully submit this Joint Rule 12(b)(6) Motion to Dismiss. Plaintiffs' Administrative Master Complaint fails to state a claim upon which relief can be granted, and Manufacturing Defendants move to dismiss the Administrative Master Complaint on the following grounds:

(1)　Plaintiffs' claims sounding in Breach of Express Warranty for Property Damage and Personal Injury fail under Alabama, Mississippi, Texas, and Louisiana law;

(2)　Plaintiffs' claims sounding in Breach of Implied Warranty of Merchantability for Property Damage fail under Alabama, Mississippi, and Texas law;

(3)  Plaintiffs' claims sounding in Breach of Implied Warranty for Fitness for a Particular Purpose for Property Damage and Personal Injury fail under Alabama, Mississippi, and Texas law;

(4)  Plaintiffs claims are barred by the Economic Loss Rule under Alabama, Mississippi, Texas, and Louisiana law;

(5)  Plaintiffs' claims for Medical Monitoring are precluded by Alabama, Mississippi, Texas, and Louisiana law;

(6)  Plaintiffs fail to state a claim because they make collective allegations that do not connect any particular Plaintiff to any of the Manufacturing Defendants (alternatively, Manufacturing Defendants move that the Court order Plaintiffs to amend their pleadings under Rule 12(e)); and

(7)  Plaintiffs fail to state a claim because they lack standing.

In support of this motion, the Manufacturing Defendants refer the Court to their memorandum of law filed contemporaneously.

Respectfully submitted:

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119

***DEFENSE LIAISON COUNSEL***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery            ( )   Prepaid U.S. Mail

( )   Facsimile                ( )   Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 19th day of May, 2008.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK

3