UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE       MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(4)

DeCarlo McGuire, *et al.* v. Gulf Stream Coach, *et al.*       JUDGE ENGLEHART
E.D. Louisiana, C.A. No. 06-CV-5659-S-M4              MAGISTRATE ROBY

## MORGAN'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(2), 12(b)(1) AND 12(b)(6) WITH RESPECT TO LOUISIANA PLAINTIFFS' CLAIMS

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems and collectively with Morgan Buildings, Morgan) file this motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(1) and 12(b)(6) with respect to the Louisiana plaintiffs' claims on the grounds that Morgan is not properly before the Court, the Louisiana plaintiffs have no standing (causing the Court to lack subject matter jurisdiction), and they fail to state a claim against Morgan.

WHEREFORE, for the reasons more fully explained in the accompanying memorandum, Morgan prays that the Court dismiss, with prejudice, the Louisiana plaintiffs' claims against Morgan Buildings and Morgan Systems.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076

clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on May 19, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*
Christine Lipsey

294594.1