UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| DeCarlo McGuire, *et al.* v. Gulf Stream Coach, *et al.*<br>E.D. Louisiana, C.A. No. 06-CV-5659-S-M4 | JUDGE ENGLEHART<br>MAGISTRATE ROBY |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. will bring for hearing their Motion to Dismiss Pursuant to Rules 12(b)(2), 12(b)(1) and 12(b)(6) With Respect to Louisiana Plaintiffs' Claims at 9:30 a.m. on July 2, 2008 at the United States Court for the Eastern District of Louisiana.

Pursuant to Uniform Local Rule 78.1E, this motion will be heard with the benefit of oral argument, unless the Court directs otherwise.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on May 19, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*
Christine Lipsey

296453.1