UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE KAREN ROY |

### 12(B)(2) MOTION TO DISMISS COACHMEN INDUSTRIES, INC. FOR LACK OF PERSONAL JURISDICTION

NOW INTO COURT, through undersigned counsel comes defendant, Coachmen Industries, Inc., ("Coachmen") who moves for dismissal of the claims brought against it by the plaintiffs on the grounds that there is no personal jurisdiction over Coachmen for the reasons more specifically set forth in its accompanying memorandum in support.

The following is attached to this 12(b)(2) Motion to Dismiss as an exhibit and is submitted in support of this Motion:

Exhibit A – Affidavit of Colleen Zuhl.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By: /s/ John Stewart Tharp
David M. Bienvenu #20700
John Stewart Tharp #24230
Chase Tower South, 8th Floor
451 Florida Street, 70801
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
**Attorneys for Defendant Coachmen Industries, Inc.**

455593.1

- CERTIFICATE –

      I certify that on this 19th day of May, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

                                                    /s/ John Stewart Tharp

455142.1

455593.1