## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE KAREN ROY |

### AFFIDAVIT OF COLLEEN ZUHL

**STATE OF INDIANA**

**COUNTY OF ELKHART**

BEFORE ME, the undersigned authority personally came and appeared Colleen Zuhl, who being first duly sworn, did depose and state as follows:

1.) That she is the Chief Financial Officer of Coachmen Industries, Inc. and has served in that capacity since August 28, 2006.

2.) As Chief Financial Officer, she has personal knowledge of the business entity structures of Coachmen Industries, Inc. ("Coachmen"), Coachmen Recreational Vehicle Company, LLC ("CRV"), Coachmen Recreational Vehicle Company of Georgia, LLC ("CRV-Ga") and Viking Recreational Vehicles, LLC ("Viking") and is therefore able to state the following facts of her own personal knowledge.

3.) Coachmen is the parent of its indirect subsidiaries CRV, CRV-GA and Viking each of which manufactures, in part, recreational vehicles.

4.) Coachmen does not manufacture recreational vehicles.

5.) Coachmen is an Indiana corporation, and it is licensed to do business in Indiana.

455492.1
455632.1

6.) Coachmen does no business in the States of Louisiana, Mississippi, Alabama, and Texas.

7.) CRV is an Indiana limited liability company doing business in the States of Louisiana, Mississippi, Alabama, and Texas.

8.) CRV-Ga is a Georgia limited liability company doing business in the States of Louisiana, Mississippi, Alabama, and Texas.

9.) Viking is a Michigan limited liability company doing business in the States of Louisiana, Mississippi, Alabama, and Texas.

10.) Coachmen and each of CRV, CRV-Ga, and Viking maintain separate accounting systems, budgets and financial records.

11.) Coachmen and each of CRV, CRV-Ga, and Viking maintain separate corporate officers.

12.) Coachmen and each of CRV, CRV-Ga, and Viking comply with the requisite corporate formalities.

13.) Coachmen does not conduct business in any jurisdiction, except the State of Indiana.

14.) Coachmen: (a) does not and has not owned real or personal property in Louisiana, Mississippi, Alabama, or Texas; (b) is not and has not been licensed to do business in Louisiana, Mississippi, Alabama, Texas; (c) does not and has not paid taxes in Louisiana, Mississippi, Alabama, or Texas; (d) does not and has not had employees in Louisiana, Mississippi, Alabama, or Texas; (e) does not and has not sold any goods or provided any services in Louisiana, Mississippi, Alabama, or

Texas; and (f) has not placed advertisements in Louisiana, Mississippi, Alabama, or Texas.

_____
Colleen Zuhl, Chief Financial Officer

SWORN TO AND SUBSCRIBED before me, this 19th day of May, 2008.

_____
NOTARY PUBLIC
Residing in Elkhart County
My Commission Expires: 12-28-2014

455492.1
455632.1