## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | SECTION "N" (4) |
| | : | |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE KAREN ROBY |

## NOTICE OF HEARING ON 12(B)(2) MOTION TO DISMISS COACHMEN INDUSTRIES, INC. FOR LACK OF PERSONAL JURISDICTION

**PLEASE TAKE NOTICE** that defendant, Coachmen Industries, Inc. ("Coachmen"), will bring its Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction before the Honorable Judge Kurt D. Engelhardt of the United States District Court for the Eastern District of Louisiana, Courtroom C367, 500 Poydras Street, New Orleans, Louisiana, at 9:30 a.m. on Wednesday, July 16, 2008.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:   /s/ John Stewart Tharp
        David M. Bienvenu #20700
         John Stewart Tharp #24230
        Chase Tower South, 8th Floor
        451 Florida Street, 70801
        Post Office Box 2471
        Baton Rouge, LA 70821
        Telephone: (225) 387-3221
        Facsimile: (225) 346-8049
**Attorneys for Defendant Coachmen Industries, Inc.**

455956.1

- CERTIFICATE –

I certify that on this 21st day of May, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

/s/ John Stewart Tharp_____

455956.1