UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| Betty White, et al. v. Circle B. Enterprises, et al., S.D. Alabama, C.A. No. 1:08-141 (E.D. Louisiana, C.A. No. 08-1969) | JUDGE ENGLEHART |
| Charles Meshack v. Circle B. Enterprises, et al., S.D. Mississippi, C.A. No. 1:08-92 (E.D. Louisiana, C.A. No. 08-1970) | MAGISTRATE ROBY |

## MORGAN'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(1) AND 12(b)(6) WITH RESPECT TO MISSISSIPPI AND ALABAMA PLAINTIFFS' CLAIMS

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems and collectively with Morgan Buildings, Morgan) file this motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) with respect to the Mississippi and Alabama plaintiffs' claims on the grounds that this Court lacks subject matter jurisdiction over the plaintiffs' claims and they fail to state a claim against Morgan under Mississippi or Alabama law.

WHEREFORE, for the reasons which are more fully explained in the accompanying memorandum, Morgan prays that the Court dismiss, with prejudice, the Mississippi and Alabama plaintiffs' claims against Morgan Buildings and Morgan Systems.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA 70825

Telephone: (225) 383-9000
Facsimile: (225) 343-3076
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and
Morgan Building Systems, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on May 19, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*
Christine Lipsey

296381.1