UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| DeCarlo McGuire, et al. v. Gulf Stream Coach, et al. E.D. Louisiana, C.A. No. 06-CV-5659-S-M4 | SECTION N(4) |
| Betty White, et al. v. Circle B. Entreprises, et al., S.D. Alabama, C.A. No. 1:08-141 (E.D. Louisiana, C.A. No. 08-1969) | JUDGE ENGLEHART |
| Charles Meshack v. Circle B. Entreprises, et al., S.D. Mississippi, C.A. No. 1:08-92 (E.D. Louisiana, C.A. No. 08-1970) | MAGISTRATE ROBY |

## MORGAN'S MOTION TO DISMISS PLAINTIFFS' FRAUD CLAIMS PURSUANT TO FED.R.CIV.P. 12(b)(2) AND 9(b)

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Buildings Systems, Inc. (Morgan Systems and collectively with Morgan Buildings, Morgan), pursuant to Fed. R. Civ. P. 12(b)(2) and 9(b), file this motion to dismiss any claims of fraud against them including, but not limited to, the allegations of fraud and concealment in paragraph 31 of the Administrative Master Complaint. Docket No. 109. The fraud allegations are not properly before the Court and, even if they are, plaintiffs have failed to assert allegations of fraud or concealment with the particularity required.

WHEREFORE, for the reasons more fully explained in the accompanying memorandum, Morgan prays that the Court dismiss, with prejudice, plaintiffs' fraud claims against Morgan Buildings and Morgan Systems.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA  70825
Telephone:  (225) 383-9000
Facsimile:   (225) 343-3076
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on May 19, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system.  I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*
Christine Lipsey

297426.1