UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| DeCarlo McGuire, et al. v. Gulf Stream Coach, et al.<br>E.D. Louisiana, C.A. No. 06-CV-5659-S-M4 | SECTION N(4) |
| Betty White, et al. v. Circle B. Enterprises, et al.,<br>S.D. Alabama, C.A. No. 1:08-141<br>(E.D. Louisiana, C.A. No. 08-1969) | JUDGE ENGLEHART |
| Charles Meshack v. Circle B. Enterprises, et al.,<br>S.D. Mississippi, C.A. No. 1:08-92<br>(E.D. Louisiana, C.A. No. 08-1970) | MAGISTRATE ROBY |

## MORGAN'S REQUEST FOR ORAL ARGUMENT

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc., pursuant to Uniform Local Rule 78.1E, herein request oral argument on their Motion to Dismiss Plaintiffs' Fraud Claims Pursuant to Fed. R. Civ. P. Rule 12(b)(2)and 9(b). Docket No. 217.

Morgan believes that oral argument will assist the Court in its ruling on this matter.

**WHEREFORE** Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. pray that the Court grant oral argument on their motion to dismiss.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
Facsimile: (225) 343-3076
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on May 19, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

s/Christine Lipsey
Christine Lipsey

297445.1