UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

### FAIRMONT HOMES, INC.'S RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR ALTERNATIVELY FOR FAILURE TO STATE A CLAIM, AND FOR OTHER RELIEF

**NOW INTO COURT,** through undersigned counsel, comes defendant Fairmont Homes, Inc. ("Fairmont"), who in response to the Master Administrative Complaint (Doc. 109), moves pursuant to Federal Rule of Civil Procedure 12(b)(2) for an order dismissing the claims against it for lack of personal jurisdiction over Fairmont. The grounds for this motion are set forth in the attached supporting memorandum.

In the event the jurisdictional objection is overruled, to comply with the Court's scheduling order, Fairmont alternatively moves the Court to dismiss the claims against it under Rules 12(b)(1) for lack of subject matter jurisdiction and under Rule 12(b)(6) for failure to state a claim upon which relief can be granted, because there is no underlying suit to which Fairmont is a party, and no known plaintiff with a pending claim against Fairmont, Fairmont having been named only in the Master Administrative Complaint. Further in the alternative, and without waiving the foregoing motions, Fairmont joins in the motions filed by liaison counsel on behalf of the Manufacturing Defendants.

Respectfully submitted,

  /s/ Timothy D. Scandurro
**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar #18424, TA
DEWEY M. SCANDURRO, Bar #23291
607 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-7100

-and-

**DUPLASS, ZWAIN, BOURGEOIS,
 MORTON, PFISTER & WEINSTOCK**
Andrew D. Weinstock, Esq.
Joseph Glass, Esq.
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana  70002

*Counsel for Fairmont Homes, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on all known counsel via CM/ECF or United States Postal Service, first class mail, properly addressed and postage prepaid this day, May 19, 2008:

  /s/ Timothy D. Scandurro
TIMOTHY D. SCANDURRO

X:\Docs\4206 GULF STREAM\PLDGS\MTN TO DISMISS - LACK OF PERSONAL JURIS.doc