UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

## AFFIDAVIT

STATE OF INDIANA

COUNTY OF ELKHART

**BEFORE ME,** the undersigned notary, personally came and appeared:

### JAMES F. SHEA

who after being duly sworn, did depose and state that:

1) I am the President and Chief Executive Officer of Fairmont Homes, Inc. ("Fairmont").

2) Fairmont is an Indiana corporation, with its principal place of business in Indiana.

3) Fairmont builds modular homes and manufactured housing, and sells its products through dealers located outside the states of Louisiana, Mississippi, Alabama and Texas.

4) Fairmont does not sell travel trailers, and Fairmont did not contract with FEMA to sell or supply housing units to FEMA in connection with the aftermath of Hurricanes Katrina or Rita.

5) Fairmont owns less than half of the stock of Gulf Stream Coach, Inc. ("Gulf Stream").

6) Fairmont and Gulf Stream are separately incorporated, maintain separate bank accounts, separately budget, do not commingle funds, and have their own distinct employees and daily operations.

7) Fairmont has no manufacturing facilities in, does not own or lease any property in, and has no office, telephone number or bank accounts in Louisiana, Mississippi, Alabama and Texas.

_____
James F. Shea

Sworn to and subscribed before me

this 19th day of May, 2008.

_____
Notary Public
My Commission Expires: August 14, 2014

X:\Docs\4206 GULF STREAM\PLDGS\AFFIDAVIT.doc