UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　　　　　　　SECTION "N" (4)

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant Fairmont Homes, Inc. will bring its Rule 12(B)(2) Motion to Dismiss for Lack of Personal Jurisdiction, or Alternatively for Failure to State a Claim, and for Other Relief for hearing before the Court on July 16, 2008, at 9:30 a.m., at the courthouse for the Eastern District of Louisiana at 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

| | |
|---|---|
| **SCANDURRO & LAYRISSON, L.L.C.** | **DUPLASS, ZWAIN, BOURGEOIS,** |
| Timothy D. Scandurro, Bar #18424, T.A. | **MORTON, PFISTER & WEINSTOCK** |
| Dewey M. Scandurro, Bar #23291 | Andrew D. Weinstock, Esq. |
| 607 St. Charles Avenue | Joseph Glass, Esq. |
| New Orleans, Louisiana 70130 | 3838 North Causeway Blvd., Suite 2900 |
| Telephone: (504) 522-7100 | Metairie, Louisiana 70002 |
| Facsimile: (504) 529-6199 | |

*Attorneys for Fairmont Homes, Inc.*
By:

　　/s/ Timothy D. Scandurro
TIMOTHY D. SCANDURRO, T.A.

X:\Docs\4206 GULF STREAM\PLDGS\Notice of Hearing Fairmont.doc