UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                        MDL NO. 07-1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                        SECTION N-4

                                            JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO
THE ADMINISTRATIVE MASTER
COMPLAINT                                   MAG. JUDGE ROBY

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC's Motion to Dismiss Administrative Master Complaint on Behalf of Newly Added Defendants will be brought on for hearing before the Honorable Judge Kurt Engelhardt on the _____ day of _____, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted:

*/s/ James K. Carroll*_____
JAMES K. CARROLL (#3898), T.A.
STEPHANIE D. SKINNER (#21100)
KATI COX WEAVER (#30878)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone 523-2600
Fax 523-2705
jcarroll@frc-law.com; sskinner@frc-law.com
kcox@frc-law.com

Attorneys for CMH Manufacturing Inc.,
Southern Energy Homes, Inc., Giles Industries,
SunRay RV, LLC, Palm Harbor Mfg.,
LP and Palm Harbor Albermarle, LLC

And

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of May 2008, served a copy of the

foregoing pleading on counsel for all parties to this proceeding by e-filing, telefax or by

United States Mail, postage prepaid.

/s/ James K. Carroll