UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N-4 |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | |
| | MAG. JUDGE ROBY |

## REQUEST FOR ORAL ARGUMENT

**MAY IT PLEASE THE COURT:**

Newly Added Defendants, CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC appearing through undersigned counsel, respectfully requests oral argument on its Motion to Dismiss. Pursuant to Uniform Local Rule 78.1E, CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC assert that oral argument would benefit the Court and parties by allowing the issues to be immediately addressed, assisting in the resolution of this motion.

          Respectfully submitted:

*/s/ James K. Carroll*
JAMES K. CARROLL (#3898), T.A.
STEPHANIE D. SKINNER (#21100)
KATI COX WEAVER (#30878)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone 523-2600
Fax 523-2705
jcarroll@frc-law.com; sskinner@frc-law.com
kcox@frc-law.com
Attorneys for CMH Manufacturing Inc.,
Southern Energy Homes, Inc., Giles Industries,
SunRay RV, LLC, Palm Harbor Mfg.,
LP and Palm Harbor Albermarle, LLC

And

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of May 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-filing, telefax or by United States Mail, postage prepaid.



/s/ James K. Carroll