UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> SECTION N-4 <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | MAG. JUDGE ROBY |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that oral argument will be had on New Defendants' Motion to Dismiss on _____, 2008, at _____ __.m.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE