UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**MOTION TO STAY OR TO EXTEND
DISCOVERY, TESTING AND PROCEDURAL DEADLINES
SOLELY AS THEY RELATE TO NEW DEFENDANTS
CMH MANUFACTURING INC., SOUTHERN ENERGY HOMES, INC.,
GILES INDUSTRIES, INC., PALM HARBOR MFG., LP, AND
PALM HARBOR ALBEMARLE, LLC
AND
<u>REQUEST FOR EXPEDITED HEARING</u>**

Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC (collectively hereinafter referred to as "New Defendants") hereby respectfully move this Honorable Court, pursuant to Fed. R. Civ. P. 26(c), for an order staying all discovery, testing and procedural deadlines solely as they relate to New Defendants, pending this Court's ruling upon New Defendants' Motion to Dismiss Administrative Master Complaint.  Such an order would allow all other parts of the case to proceed generally against the existing Defendants in the matter, just not as to those housing units manufactured by any New Defendant.  New Defendants also respectfully request an expedited hearing on this motion.

In support of this motion, New Defendants are filing contemporaneously herewith a Memorandum of Law which requests the stay on the following grounds:

01641480.1

1.      The manufactured housing defendants are in a substantively different posture than the existing travel trailer defendants, and Plaintiffs' claims against them can and should be handled differently. There are also some very real and overriding practical considerations that dictate this result.

2.      New Defendants' Motion to Dismiss challenges Plaintiffs' Article III standing in this case and this Court's subject matter jurisdiction over the matter. The law is quite clear that all such threshold jurisdiction challenges should, as a matter of law and fundamental fairness, be resolved before discovery as to New Defendants begins.

3.      Clear authority of the United States Supreme Court strongly suggests that this Court should rule upon New Defendants' pending Motion to Dismiss prior to requiring New Defendants to engage in the extremely expensive and time consuming defense of this expansive litigation. *Bell Atlantic Corp., et al v. Twombly,* 127 S.Ct. 1955 (2007) ("*Twombly*"); *see also Chudasama v. Mazda Motor Corp.,* 123 F. 3d 1353 (11th Cir. 1997) (*"Chudasama"*) (Exhibit A hereto).

4.      Plaintiffs' counsel and the existing Defendants have been fully engaged in the defense of this case for two full years. Fundamental fairness requires that New Defendants be given a fair amount of time to adequately examine Plaintiffs' claims, develop legal defenses, determine case strategy, assess Plaintiffs' proposed discovery, assess their need for discovery from Plaintiffs, appreciate the science involved in Plaintiffs' claims, conduct internal investigations, determine case expertise needs, consult experts, retain experts, consider testing protocols, and prepare to oppose Plaintiffs' Motion for Class Certification.

5. The formaldehyde testing of the manufactured homes is much more labor intensive, time consuming and expensive than the testing of the travel trailer units and will as a matter of necessity need to be conducted on different timetables.

WHEREFORE, New Defendants respectfully request that this Court grant its motion to stay or indefinitely extend discovery, testing and procedural deadlines until this Court rules upon New Defendants' motion to dismiss. Such an order may allow all other parts of the case to proceed generally against the existing defendants in the matter, just not as to those housing units manufactured by any New Defendant. New Defendants also request an expedited hearing on this issue.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01641480.1

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                   */s/ James K. Carroll*
                                   Of Counsel

01641480.1