UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * SECTION: "N-4" |
| VERSUS | * JUDGE ENGLEHARDT |
| THIS PLEADING REFERS TO: <br> Stephanie Pujol, et al v. United States, et al <br> Docket No. 08 - 3217 | * MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT ON BEHALF OF HORTON HOMES, INC.

**NOW INTO COURT**, through undersigned counsel, comes Horton Homes, Inc. ("Horton Homes") and moves to dismiss the Administrative Master Complaint filed by Plaintiffs in the above entitled action.

**WHEREFORE,** for the reasons set forth in the attached Memorandum in Support, Horton Homes requests that this Court dismiss the Plaintiffs' Administrative Master Complaint.

Respectfully submitted,

LABORDE & NEUNER

s/Ben L. Mayeaux
BEN L. MAYEAUX - T.A. - #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:    (337) 237-7000
FACSIMILE:    (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Ben L. Mayeaux