## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER           *  **MDL NO. 1873**
FORMALDEHYDE              *
PRODUCT LIABILITY LITIGATION   *
                                *  **SECTION:   "N-4"**

VERSUS

                                *  **JUDGE ENGLEHARDT**

THIS PLEADING REFERS TO:      *   **MAGISTRATE ROBY**
**Stephanie Pujol, et al v. United States, et al**
**Docket No. 08 - 3217**
**************************************************************************

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT ON BEHALF OF HORTON HOMES, INC.

         Horton Homes, Inc. ("Horton Homes") submits this Memorandum in Support of it's

Motion to Dismiss the Administrative Master Complaint filed by Plaintiffs in the above action as

follows:

         In the interests of judicial efficiency, Horton Homes hereby adopts as its own, the

Memorandum of Law In Support of  Motion to Dismiss Administrative Master Complaint filed

on behalf of CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc.,

Sunray RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (Document No. 230)

by reference as if included herein in its entirety.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX - T.A. - #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:        (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*

-4-