UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER | *  MDL NO. 1873 |
| FORMALDEHYDE | * |
| PRODUCT LIABILITY LITIGATION | * |
| | *  SECTION:  "N-4" |
| VERSUS | |
| | *  JUDGE ENGLEHARDT |
| THIS PLEADING REFERS TO: | *  MAGISTRATE ROBY |
| Stephanie Pujol, et al v. United States, et al | |
| Docket No. 08 - 3217 | |

*************************************************************************

## NOTICE OF HEARING

Considering the foregoing, it is hereby ordered that the Motion to Dismiss Administrative Master Complaint filed on behalf of Horton Homes, Inc. be and is set for hearing before Judge Kurt Engelhardt on June 4, 2008 at 9:30 a.m., the same date and time as the hearing on CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Sunray RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC 's Motion to Dismiss Administrative Master Complaint.

New Orleans, Louisiana, this ____ day of _____, 2008.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX - T.A. - #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:       (337) 237-7000
FACSIMILE:        (337) 233-9450
Attorneys for Horton Homes, Inc.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 21st day of May, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*