UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**MEMORANDUM IN SUPPORT OF
MOTION FOR EXPEDITED HEARING
ON MOTION TO STAY OR TO EXTEND
DISCOVERY, TESTING AND PROCEDURAL DEADLINES
SOLELY AS THEY RELATE TO NEW DEFENDANTS
CMH MANUFACTURING INC., SOUTHERN ENERGY HOMES, INC.,
GILES INDUSTRIES, INC., PALM HARBOR MFG., LP, AND
<u>PALM HARBOR ALBEMARLE, LLC</u>**

Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC (collectively hereinafter referred to as "New Defendants") hereby respectfully submit this Memorandum in Support of its Motion for Expedited Hearing on its Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants  In support of this Motion, New Defendants states as follows:

This litigation has been ongoing for approximately two years, despite the fact that New Defendants were first named in the Administrative Master Complaint in March, 2006 and first responded to the AMC today.  As such, the Plaintiffs and Existing Defendants have already drafted and exchanged Master Interrogatories and Requests for Production, the responses for which are apparently due at the beginning of July.  Both Plaintiffs and Existing Defendants are engaged in the ongoing testing of Never Occupied Units (including units manufactured by the

01641874.1

New Defendants) and are scheduling the testing of Occupied Units to begin in the summer). Furthermore, Plaintiffs and Existing Defendants are already proposing a discovery schedule for a class certification hearing already set by this Court.

On this Date, New Defendants filed their Motion to Dismiss and Motion to Stay both of which challenge Plaintiffs' Article III standing in this case and this Court's subject matter jurisdiction over the matter. The law is quite clear that all such threshold jurisdiction challenges should, as a matter of law and fundamental fairness, be resolved before discovery as to New Defendants begins. Furthermore, clear authority of the United States Supreme Court strongly suggests that this Court should rule upon New Defendants' pending Motion to Dismiss prior to requiring New Defendants to engage in the extremely expensive and time consuming defense of this expansive litigation. *Bell Atlantic Corp., et al v. Twombly,* 127 S.Ct. 1955 (2007) ("*Twombly*"); *see also Chudasama v. Mazda Motor Corp.,* 123 F. 3d 1353 (11th Cir. 1997) (*"Chudasama"*).

Additionally, fundamental fairness requires that New Defendants be given a fair amount of time to adequately examine Plaintiffs' claims, develop legal defenses, determine case strategy, assess Plaintiffs' proposed discovery, assess their need for discovery from Plaintiffs, appreciate the science involved in Plaintiffs' claims, conduct internal investigations, determine case expertise needs, consult experts, retain experts, consider testing protocols, and prepare to oppose Plaintiffs' Motion for Class Certification. Finally, the formaldehyde testing of the manufactured homes is much more labor intensive, time consuming and expensive than the testing of the travel trailer units and will as a matter of necessity need to be conducted on different timetables.

Because all of these deadlines are being scheduled and are quickly approaching and because New Defendants do not want to be out of compliance with the Court's deadlines, New

Defendants respectfully request that this Honorable Court grant an Expedited Hearing on the Motion to Stay.

WHEREFORE, New Defendants respectfully request that this Court set an expedited hearing on their Motion to Stay.

> Respectfully submitted,
>
> /s/ *James K. Carroll*
> James K. Carroll
> One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

## CERTIFICATE OF SERVICE

      I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                              */s/ James K. Carroll*
                              Of Counsel

01641874.1