UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> SECTION N-4 <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | MAG. JUDGE ROBY |

## **ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that the motion for expedited hearing on New Defendants' Motion to Stay be and hereby is GRANTED.

Hearing will be held on the _____ day of _____, 2008.

New Orleans, Louisiana, this \_\_\_ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE