UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　＊　MDL NO. 1873
FORMALDEHYDE　　　　　　　　　　　　＊
PRODUCT LIABILITY LITIGATION　　　　＊
　　　　　　　　　　　　　　　　　　　＊　SECTION: "N-4"
VERSUS
　　　　　　　　　　　　　　　　　　　＊　JUDGE ENGLEHARDT

THIS PLEADING REFERS TO:　　　　　　＊　MAGISTRATE ROBY
Stephanie Pujol, et al v. United States, et al
Docket No. 08 - 3217
************************************************************************

## REQUEST FOR ORAL ARGUMENT

Horton Homes, Inc. ("Horton Homes") hereby respectfully requests that oral argument be granted on the Motion to Dismiss Administrative Master Complaint filed on its behalf for the same date and time as the hearing on CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Sunray RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC 's Motion to Dismiss Administrative Master Complaint.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX - T.A. - #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:        (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*