UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION: "N-4" |
| VERSUS | * | JUDGE ENGLEHARDT |
| THIS PLEADING REFERS TO: Stephanie Pujol, et al v. United States, et al Docket No. 08 - 3217 | * | MAGISTRATE ROBY |

*******************************************************************

### ORDER

Considering the foregoing, it is hereby ordered that Motion to Dismiss Administrative Master Complaint filed by Horton Homes, Inc. be and is set for hearing on the _____ day of _____, 2008 at _:00 o'clock a.m. with oral argument.

Thus done and signed this ____ day of _____, 2008

_____
United States District Court Judge