UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION<br><br>VERSUS<br><br>THIS PLEADING REFERS TO:<br>Stephanie Pujol, et al v. United States, et al<br>Docket No. 08 - 3217 | *  MDL NO. 1873<br>*<br>*<br>*  SECTION:  "N-4"<br>*<br>*  JUDGE ENGLEHARDT<br>*<br>*  MAGISTRATE ROBY |

**************************************************************************

### LIST OF 12B MOTIONS RELATING
### TO THE UNDERLYING LITIGATION FOR PRESERVATION

NOW INTO COURT, through undersigned counsel, comes Horton Homes, Inc., and, submits this list of Motions relating to the referenced underlying litigation, Docket No. 08-3217, for preservation of these motions should the matter be remanded to the transferor Court for further proceedings:

1.  Horton Homes, Inc. asserts all FRCP Rule 12(b) motions set forth in the "Manufacturing Defendants' Rule 12(b) Motion to Dismiss Under Louisiana, Alabama, Mississippi, and Texas Law" (Document No. 210) submitted by liaison counsel on behalf of various manufacturer defendants, including Horton Homes, Inc., by reference as if set forth herein in its entirety;

2.  Horton Homes, Inc. asserts the FRCP Rule 9(b) motion set forth in the "Manufacturing Defendants' Rule 9(b) Motion to Dismiss" (Document No.

_____)[1] submitted by liaison counsel on behalf of various manufacturer defendants, including Horton Homes, Inc., by reference as if set forth herein in its entirety;

3. Horton Homes, Inc. asserts pursuant to FRCP Rule 12(b)(3) improper venue because Horton Homes, Inc. does not reside within this District, a substantial part of the claims against Horton Homes, Inc. did not occur within this District; and no named plaintiff has alleged that he or she resided in or was exposed to formaldehyde in a Horton Homes, Inc. EHU located in Louisiana;

4. Horton Homes, Inc. asserts pursuant to FRCP Rule 12(b)(6) the failure to state a claim upon which relief can be granted regarding injunctive relief because none of the theories of recovery asserted in the Class Action Complaint allows for injunctive relief and because Horton Homes, Inc. does not own or control any unit where a named plaintiff resides.

5. Horton Homes, Inc., asserts pursuant to FRCP Rule 12(b)(6) the failure to state a claim upon which relief can be granted to the extent that plaintiffs later specifically seek punitive damages under federal or state law inasmuch as such claims are precluded.

6. Horton Homes, Inc. Asserts the Motion to Dismiss Administrative Master Complaint (Document No. 230) filed on behalf of CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Sunray RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC.

---

[1] At the time of filing, the Manufacturing Defendants' Rule 9(b) Motion to Dismiss had not yet been filed and assigned a document number to be referenced.

WHEREFORE, Horton Homes, Inc. prays that the foregoing motions be preserved. Defendant requests the right to brief any Rule 12(b) motion in full and requests the right to oral arguments on the merits of any such motion.

>Respectfully submitted,
>
>LABORDE & NEUNER
>
>*s/Ben L. Mayeaux*
>BEN L. MAYEAUX - T.A. - #19042
>CLIFFE E. LABORDE III #8062
>GREGORY A. KOURY #26364
>One Petroleum Center, Suite 200
>1001 West Pinhook Road
>Lafayette, Louisiana 70503
>TELEPHONE:     (337) 237-7000
>FACSIMILE:      (337) 233-9450
>Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on 19th day of May, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

>*s/Ben L. Mayeaux*