UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 07-1873 <br> * <br> * SECTION "N-4" <br> * <br> * JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * <br> * MAG. JUDGE KAREN WELLS ROBY <br> * |

**MOTIONS TO DISMISS, OR IN THE ALTERNATIVE,
12(e) MOTION FOR A MORE DEFINITE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") which, with a full reservation of rights and pursuant to Federal Rule of Civil Procedure 10(c), adopts and joins in on the following motions filed by the other "Manufactured Home" Defendants in this matter:

| | |
|---|---|
| Doc. No. ___[1] | Manufacturing Defendants' Joint Rule 9(b) Motion to Dismiss |
| Doc. No. 210 | Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss |
| Doc. No. 230 | Motion to Dismiss Administrative Master Complaint on Behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC |

IBS further adopts and joins in on the relevant arguments in the memoranda filed in support of such motions and shows that such motions apply equally to all claims against IBS for the reasons stated therein.

---

[1] At the time of filing, the Manufactured Defendants' Rule 9(b) Motion to Dismiss had not yet been filed and assigned a docket number to be referenced.

In the alternative, IBS moves for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure for the reasons set forth in the memorandum attached hereto.

WHEREFORE, IBS prays that this Court dismiss, with prejudice, all claims asserted by Plaintiffs against IBS. In the alternative, IBS prays that this Court issue an Order requiring Plaintiffs to provide a more definite statement, in the form of a more explanatory Administrative Master Complaint to articulate: (1) which Plaintiffs lived in an IBS home; (2) where such homes were located during any of the Plaintiffs' residency therein; (3) for how long any of the Plaintiffs resided in such home; and (4) which IBS homes, if any, Plaintiffs resided in.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park***

803735.2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * * | JUDGE KURT D. ENGELHARDT MAG. JUDGE KAREN WELLS ROBY |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss, or in the alternative, Motion for a More Definite Statement, proposed Order, and Memorandum in Support of Motion for a More Definite Statement have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
David R. Kelly

803735.2