UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | *  MDL NO. 07-1873<br>*<br>*  SECTION "N-4"<br>*<br>*  JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | *<br>*  MAG. JUDGE KAREN WELLS ROBY<br>* |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park's *Motions to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement* will be held on the **16th day of July, 2008**, commencing at **9:30 a.m.,** before Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, this 19th of May, 2008.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*