UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING Motion to Dismiss, or in the alternative, Motion for a More Definite Statement:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims in their Administrative Master Complaint be dismissed as to the Indiana Building Systems, with prejudice, and at Plaintiffs' costs.

In the alternative, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, within 15 days of the filing of IBS's Motion for a Definite Statement, serve and file an amended Administrative Master Complaint which contains a more definite statement as to the following matters:

1. Specific allegations as to which Plaintiffs, if any, resided in a home manufactured by IBS;
2. As to any Plaintiff who resided in an IBS home, specific allegations as to where each home was located;
3. As to any Plaintiff who resided in an IBS home, specific allegations as to the length of time that each such Plaintiff resided in that home; and
4. As to any Plaintiff who resided in an IBS home, specific allegations as to which IBS home each such Plaintiff resided in.

803738.2

Baton Rouge, Louisiana, this _____ day of _____, 2008.

> **JUDGE KURT D. ENGELHARDT**
> **UNITED STATES DISTRICT COURT**
> **MIDDLE DISTRICT OF LOUISIANA**

803738.2