UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*************************************************************************

## MANUFACTURING DEFENDANTS' JOINT RULE 9(b) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.; Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"), who respectfully move the Court pursuant to Rule 9(b) of the Federal Rules of Civil Procedure to dismiss any and all claims of fraud against them, specifically including but not limited to the allegations of fraud and concealment contained in Paragraph 31 of the Administrative Master Complaint. Plaintiffs failed to assert allegations of fraud or concealment with particularity regarding the time, place and

- 2 -

contents of any alleged false representations and misrepresentations and therefore any such claim(s) must be dismissed.

**WHEREFORE,** the Manufacturing Defendants' respectfully request that this Court grant its Joint Rule 9(b) Motion to Dismiss and dismiss any and all claims of fraud contained in the Administrative Master Complaint with full prejudice.

    Respectfully submitted:

    <u>/s/ Andrew D. Weinstock</u>
    ANDREW D. WEINSTOCK
    JOSEPH G. GLASS
    Duplass, Zwain, Bourgeois, Morton,
    Pfister & Weinstock
    3838 N. Causeway Boulevard
    Suite 2900
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Fax: (504) 837-3119

    ***DEFENSE LIAISON COUNSEL***

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )     Hand Delivery          ( )     Prepaid U.S. Mail

( )     Facsimile              ( )     Federal Express

(XX)    CM/ECF

New Orleans, Louisiana this 19th day of May, 2008.

                                        /s/ Andrew D. Weinstock
                                        ANDREW D. WEINSTOCK