UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on the 16th day of July, 2008 at 9:30 a.m., Manufacturing Defendants' Rule 9(b) Motion to Dismiss is set for hearing before the Honorable Keith Engelhardt, United States District Judge, or the Honorable Magistrate Judge assigned to this case, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted:

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
JOSEPH G. GLASS
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
3838 N. Causeway Boulevard
Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119

*DEFENSE LIAISON COUNSEL*

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                        ( )     Federal Express

(XX)    CM/ECF

New Orleans, Louisiana this 19th day of May, 2008.

>                               /s/ Andrew D. Weinstock
>                               ANDREW D. WEINSTOCK