UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

MEMORANDUM OF LAW
IN SUPPORT OF RULE 12 MOTION TO DISMISS
ADMINISTRATIVE MASTER COMPLAINT
ON BEHALF OF NEWLY ADDED DEFENDANT
SCOTBILT HOMES, INC.

MAY IT PLEASE THE COURT:

COMES NOW THE NEWLY ADDED DEFENDANT, SCOTBILT HOMES, INC., by and through its undersigned counsel and files this Memorandum in support of its Rule 12 Motion to Dismiss the Administrative Master Complaint.  Rather than set forth the briefing a second time, ScotBilt Homes, Inc. hereby incorporates, adopts by reference as if fully set forth at length herein, and joins in the memorandum in support of the similar motion filed by the similarly situation manufactured housing co-defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC as if fully set forth at length herein (Docket Number 230 in the instant proceeding), and the briefing in the

Manufacturing Defendant's Joint Motion (Docket No. 210 in the instant proceeding). The arguments as set forth by those parties are equally applicable to the instant Defendant, ScotBilt Homes, Inc.  Accordingly, and by incorporation and adoption of the motions to dismiss filed by all other Defendants, ScotBilt Homes, Inc. respectfully request that this Court dismiss it from this action.

WHEREFORE, and by incorporation and adoption of the memorandums in support of the motions to dismiss filed by all other Defendants, ScotBilt Homes, Inc. respectfully requests that this Court dismiss it from this action.

Respectfully submitted:

NIELSEN LAW FIRM, LLC

/S/   Thomas C. Pennebaker
Thomas C. Pennebaker, LA. Bar No. 24597
William R. DeJean, LA Bar No. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: (504) 837-2500
Fax: (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
          wdejean@nielsenlawfirm.com

and

GORDON, ARATA, McCOLLUM, DUPLANTIS
          & EAGAN, L.L.P.

Terrence K. Knister, La. Bar No. 7755
Anne P. Birdsong, La. Bar No. 21478
201 St. Charles Ave., 40th Floor
New Orleans, LA 70170
Phone: (504) 582-1111
Fax: (504) 582-1121
Email: tknister@gordonarata.com
          abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 12 Motion to Dismiss filed on behalf of ScotBilt Homes, Inc.  was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Thomas C. Pennebaker
Thomas C. Pennebaker, La. Bar 24597