# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

### NOTICE OF HEARING OF RULE 12 MOTION TO DISMISS
### ADMINISTRATIVE MASTER COMPLAINT
### ON BEHALF OF NEWLY ADDED DEFENDANT
### SCOTBILT HOMES, INC.

Comes Now the newly added Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and hereby notifies all parties that it's Rule 12 Motion to Dismiss will be heard by the Court on July 16th, at 9:30 a.m. along with the Manufacturing Defendant's Joint Motion to Dismiss.

    Respectfully submitted:

    NIELSEN LAW FIRM, LLC

    /S/   Thomas C. Pennebaker
    Thomas C. Pennebaker, LA. Bar No. 24597
    William R. DeJean, LA Bar No. 22762
    3838 N. Causeway Blvd., Suite 2850
    Metairie, LA 70002
    Phone: (504) 837-2500
    Fax: (504) 832-9165
    Email: tpennebaker@nielsenlawfirm.com
          wdejean@nielsenlawfirm.com

    and

>GORDON, ARATA, McCOLLUM, DUPLANTIS
>& EAGAN, L.L.P.
>
>Terrence K. Knister, La. Bar No. 7755
>Anne P. Birdsong, La. Bar No. 21478
>201 St. Charles Ave., 40th Floor
>New Orleans, LA 70170
>Phone: (504) 582-1111
>Fax: (504) 582-1121
>Email: tknister@gordonarata.com
>   abirdsong@gordonarata.com
>
>Counsel for ScotBilt Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 12 Motion to Dismiss filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>/s/  Thomas C. Pennebaker
>Thomas C. Pennebaker, La. Bar 24597