**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**ORDER REGARDING THE RULE 12 MOTION TO DISMISS
ADMINISTRATIVE MASTER COMPLAINT
ON BEHALF OF NEWLY ADDED DEFENDANT
SCOTBILT HOMES, INC.**

CONSIDERING THE RULE 12 MOTION TO DISMISS filed by ScotBilt Homes, Inc. it is hereby ORDERED that the Motion is GRANTED and ScotBilt Homes, Inc. is dismissed from this case with prejudice and with costs taxed to the Plaintiffs

Done and Signed this _____ day of _____, 200__ in New Orleans, Louisiana.

_____
Judge Kirk D. Engelhardt

1