UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MOTIONS TO DISMISS ADMINSTRATIVE MASTER COMPLAINT
FOR STAY OR EXTENSION OF DEADLINES AND FOR
EXPEDITED HEARING ON THE MOTION FOR STAY OR EXTENSION,
FILED BY REDMAN HOMES, INC.**

NOW INTO COURT, through undersigned counsel, comes Redman Homes, Inc.

(Redman), who moves this Honorable Court to dismiss plaintiffs' Administrative Master

Complaint, for the reasons set forth in the following motions, which are adopted by

reference and incorporated herein:

(1)     the **Motions to Dismiss Administrative Master Complaint** on Behalf of
CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries,
Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle,
LLC;

(2)     the **Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss**
filed on behalf of American Homestar Corporation; Oak Creek Homes, L.P.;
Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC;
Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises,

1

Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.; Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"); and

(3)   the **Manufacturing Defendants Joint Rule 9(b) Motion to Dismiss**.

Redman also moves this Honorable Court to stay or extend all discovery, testing and procedural deadlines applicable to them, in accordance with the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and moves for expedited consideration of the motion to stay or extend deadlines in accordance with the Motion for Expedited Hearing filed contemporaneously therewith, which motions are also adopted by reference and incorporated herein.

WHEREFORE, the premises considered, Redman Homes, Inc., prays that this motion to dismiss, for a stay or extension of deadlines and for expedited consideration of the motion to stay or extend deadlines, be deemed good and sufficient, and after all legal delays and due proceedings had that the plaintiffs' Administrative Master Complaint be dismissed against Redman Homes, Inc. and that all discovery, testing and procedural

2

deadlines applicable to Dutch Housing, Inc. and Redman Homes, Inc., be stayed or extended as prayed for in the adopted motion and supporting memorandum, and further that expedited hearing be granted on the motion to stay or extend deadlines, and in the alternative to the foregoing, that venue be transferred for all plaintiffs who did not occupy a temporary housing unit within the Eastern District, and for all other equitable and general relief.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Redman Homes, Inc.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19TH day of May, 2008,  a copy of the foregoing Motions to Dismiss Administrative Master Complaint for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension filed by Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                              /s/ Lamont P. Domingue
                              Lamont P. Domingue - #20787
                              Post Office Box 3527
                              700 St. John Street
                              Lafayette, Louisiana 70502-3527
                              Telephone: (337) 232-9700
                              ATTORNEYS FOR Redman Homes, Inc.

4