UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-md-1873<br>SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT<br>MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTIONS TO DISMISS ADMINSTRATIVE MASTER COMPLAINT
FOR STAY OR EXTENSION OF DEADLINES AND FOR
EXPEDITED HEARING ON THE MOTION FOR STAY OR EXTENSION,
FILED BY LIBERTY HOMES, INC. AND WAVERLEE HOMES, INC.**

NOW INTO COURT, through undersigned counsel, come Liberty Homes, Inc. (Liberty) and Waverlee Homes, Inc. (Waverlee),, who move this Honorable Court to dismiss plaintiffs' Administrative Master Complaint, for the reasons set forth in the following motions, which are adopted by reference and incorporated herein:

(1) the **Motions to Dismiss Administrative Master Complaint** on Behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC;

(2) the **Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss** filed on behalf of American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.;

1

Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"); and

(3)     the **Manufacturing Defendants Joint Rule 9(b) Motion to Dismiss**.

Liberty and Waverlee also move this Honorable Court to stay or extend all discovery, testing and procedural deadlines applicable to them, in accordance with the **Motion to Stay or Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and move for expedited consideration of the motion to stay or extend deadlines in accordance with the Motion for Expedited Hearing filed contemporaneously therewith, which motions are also adopted by reference and incorporated herein.

WHEREFORE, the premises considered, Liberty Homes, Inc. and Waverlee Homes, Inc. pray that this motion to dismiss and for a stay or extension of discovery, testing, and procedural deadlines be deemed good and sufficient, and after all legal delays and due proceedings had, that the plaintiffs' Administrative Master Complaint be dismissed against Liberty Homes, Inc. and Waverlee Homes, Inc. and that all discovery, testing and procedural deadlines applicable to Liberty Homes, Inc. and Waverlee Homes, Inc., be stayed or extended as prayed for in the adopted motion and supporting memorandum, and

further that expedited hearing be granted on the motion to stay or extend deadlines, and for all other equitable and general relief.

                                          Respectfully submitted,

                                          **VOORHIES & LABBÉ**
                                          (A Professional Law Corporation)

                                          */s/ Lamont P. Domingue*
                                          Lamont P. Domingue - #20787
                                          Post Office Box 3527
                                          700 St. John Street
                                          Lafayette, Louisiana 70502-3527
                                          Telephone: (337) 232-9700
                                          ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2008, a copy of the foregoing Motions to Dismiss Administrative Master Complaint for Stay or Extension of Deadliens and for Expedited Hearing on the Motion for Stay or Extension, filed by Liberty Homes, Inc. and Waverlee Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                                        _/s/ Lamont P. Domingue_
                                                        Lamont P. Domingue - #20787
                                                        Post Office Box 3527
                                                        700 St. John Street
                                                        Lafayette, Louisiana 70502-3527
                                                        Telephone: (337) 232-9700
                                                        ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.