UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF
MOTIONS TO DISMISS ADMINISTRATIVE MASTER COMPLAINT,
FOR STAY OR EXTENSION OF DEADLINES AND FOR
EXPEDITED HEARING ON THE MOTION FOR STAY OR EXTENSION,
FILED BY LIBERTY HOMES, INC. AND WAVERLEE HOMES, INC.**

MAY IT PLEASE THE COURT:

Liberty Homes, Inc. (Liberty) and Waverlee Homes, Inc. (Waverlee), file this memorandum in support of their motions to dismiss, for stay or extension of deadlines and for expedited hearing on the motion for stay or extension, which motions and supporting memoranda are adopted by reference and incorporated herein. Specifically, Liberty and Waverlee join in and adopt the following motions to dismiss and supporting memoranda:

    (1)    the **Motions to Dismiss Administrative Master Complaint** on Behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC;

1

(2) the **Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss** filed on behalf of American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.; Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"); and

(3) the **Manufacturing Defendants Joint Rule 9(b) Motion to Dismiss**.

Liberty and Waverlee also file this memorandum in support of the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and the Motion for Expedited Hearing on the motion to stay or extend deadlines, which motions and the memoranda filed in support thereof are adopted and incorporated herein by reference thereto.

For the reasons assigned, Liberty Homes, Inc. and Waverlee Homes, Inc., pray that: (1) they be dismissed from the plaintiffs claims alleged in the Administrative Master Complaint; (2) this Court stay or extend all discovery, testing and procedural deadlines applicable to Liberty Homes, Inc. and Waverlee Homes, Inc.; and (3) this Court grant expedited hearing on the motion to stay or extend deadlines.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


  /s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Memorandum in Support of Motions to Dismiss Administrative Master Complaint, for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension, filed by Liberty homes, Inc. and Waverlee Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

>   Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
>   Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
>   Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
>   Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

>   Jeffery N. Luthi
>   One Columbus Circle, NE
>   Federal Judiciary Bldg., Room G-255
>   Washington, DC 20002.

>   /s/ Lamont P. Domingue
>   Lamont P. Domingue - #20787
>   Post Office Box 3527
>   700 St. John Street
>   Lafayette, Louisiana 70502-3527
>   Telephone: (337) 232-9700
>   ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.