UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | MDL NO. 1873 |
|     FORMALDEHYDE         * | |
|     PRODUCTS LIABILITY     * | |
|     LITIGATION             * | SECTION:  N(4) |
|                             * | |
| This Document Relates to:  ALL CASES   * | JUDGE: ENGELHARDT |
|                             * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SCOTBILT HOMES, INC.'S  RULE 26(C)
MOTION TO STAY OR EXTEND ALL DISCOVERY, TESTING AND
PROCEDURAL DEADLINES IN THIS MATTER**

**NOW INTO COURT**, through undersigned counsel, ScotBilt Homes, Inc. who hereby respectfully moves this Honorable Court, pursuant to Fed. R. Civ. P. 26(c), for an order staying all discovery, testing and procedural deadlines solely as they relate ScotBilt Homes, Inc.[1]  Rather than set forth the briefing at length a second time, ScotBilt Homes, Inc. hereby incorporates, joins in, adopts and asserts as if fully set forth at length herein the grounds asserted in the similar motion filed by the similarly situated co-defendants, CMH Manufacturing, Inc., *et al.,* as found in Docket No. 232 in the instant proceeding (Case No. 07-1873).  ScotBilt Homes, Inc. has only been added to this case as a result of the filing of the Administrative Master Complaint and has been involved in this case for less than 30 days.  ScotBilt Homes, Inc. is also a small manufacturer with only 275 manufactured homes at issue, and of those 275 homes, 103 appear on the "new unused" testing list as designated by the Plaintiffs.  As such, the co-defendants' arguments are

---

[1]  ScotBilt Homes, Inc. has not been served with the *Pujol* lawsuit (Docket No. 08-3217) and has not waived service in that matter.

equally applicable to ScotBilt.

**WHEREFORE,** ScotBilt Homes, Inc. respectfully requests that this Court grants this Motion for the reasons set forth in the incorporated and adopted arguments as set forth in Docket Entry #232 in the instant proceeding.

        Respectfully submitted:

        NIELSEN LAW FIRM, LLC

        /S/   Thomas C. Pennebaker
        Thomas C. Pennebaker, LA. Bar No. 24597
        William R. DeJean, LA Bar No. 22762
        3838 N. Causeway Blvd., Suite 2850
        Metairie, LA 70002
        Phone: (504) 837-2500
        Fax: (504) 832-9165
        Email: tpennebaker@nielsenlawfirm.com
               wdejean@nielsenlawfirm.com

        and

        GORDON, ARATA, McCOLLUM, DUPLANTIS
           & EAGAN, L.L.P.

        Terrence K. Knister, La. Bar No. 7755
        Anne P. Birdsong, La. Bar No. 21478
        201 St. Charles Ave., 40th Floor
        New Orleans, LA 70170
        Phone: (504) 582-1111
        Fax: (504) 582-1121
        Email: tknister@gordonarata.com
               abirdsong@gordonarata.com

        Counsel for ScotBilt Homes, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 26(C) Motion to Stay filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Thomas C. Pennebaker
Thomas C. Pennebaker, La. Bar 24597
