UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*************************************************************************

### NOTICE OF HEARING OF SCOTBILT HOMES, INC.'S  RULE 26(C) MOTION TO STAY OR EXTEND ALL DISCOVERY, TESTING AND PROCEDURAL DEADLINES IN THIS MATTER

**NOW INTO COURT**, through undersigned counsel, ScotBilt Homes, Inc. who hereby gives notice that its Motion to Stay will be taken up by the court on the 4th Day of June, 2008 at 9:30 a.m. by Judge Engelhardt.

        Respectfully submitted:

        NIELSEN LAW FIRM, LLC

        /S/   Thomas C. Pennebaker
        Thomas C. Pennebaker, LA. Bar No. 24597
        William R. DeJean, LA Bar No. 22762
        3838 N. Causeway Blvd., Suite 2850
        Metairie, LA 70002
        Phone: (504) 837-2500
        Fax: (504) 832-9165
        Email: tpennebaker@nielsenlawfirm.com
               wdejean@nielsenlawfirm.com

        and

>GORDON, ARATA, McCOLLUM, DUPLANTIS
>& EAGAN, L.L.P.
>
>Terrence K. Knister, La. Bar No. 7755
>Anne P. Birdsong, La. Bar No. 21478
>201 St. Charles Ave., 40th Floor
>New Orleans, LA 70170
>Phone: (504) 582-1111
>Fax: (504) 582-1121
>Email: tknister@gordonarata.com
>       abirdsong@gordonarata.com
>
>Counsel for ScotBilt Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Motion to Stay filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>/s/  Thomas C. Pennebaker
>Thomas C. Pennebaker, La. Bar 24597

- 2 -