UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**ORDER REGARDING THE MOTION TO STAY FILED BY
SCOTBILT HOMES, INC.**

CONSIDERING THE MOTION TO STAY filed by ScotBilt Homes, Inc. it is hereby ORDERED that the Motion is GRANTED.

Done and Signed this _____ day of _____, 200__ in New Orleans, Louisiana.

                                                                  _____
                                                                  Judge Kirk D. Engelhardt