UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "4" |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

STATE OF INDIANA

COUNTY OF LAGRANGE

## AFFIDAVIT OF JOSEPH KIMMELL

Before me, the undersigned notary in and for the State of Indiana, County of Lagrange, personally came and appeared Joseph Kimmell, who after being duly sworn and deposed, declared:

1. My name is Joseph Kimmell, I am over 18 years of age, my professional address is 1500 N. Detroit Street, Lagrange, Indiana, and I have personal knowledge of the following:

2. I am employed by Dutch Housing, Inc., my title with Dutch Housing, Inc., is General Manager and I have held that title since May 1, 2001;

3. Dutch Housing, Inc., is a Michigan corporation with its corporate headquarters, principal offices and place of business located at 1500 N. Detroit Street, Lagrange, Indiana; and

4. Dutch Housing, Inc., does not sell, design or manufacture any products in the State

EXHIBIT 1

of Louisiana, is not licensed to do business in the State of Louisiana, does not own property or have any employees in the State of Louisiana and does not otherwise conduct business in the State of Louisiana.

5. Dutch Housing, Inc., did not enter into any contract with the United States Federal Emergency Management Agency (FEMA).

Signed this 19th day of May, 2008.

_____
Joseph Kimmell, General Manager
Dutch Housing, Inc.

SWORN AND SUBSCRIBED before me, on this 19th day of May, 2008.

_____
NOTARY PUBLIC (Signature)

KAREN L. HORN
NOTARY PUBLIC (Printed Name)
Notary Number:_____
Commission Expires: 6-2-2015

380604