UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROTECTIVE MOTION TO DISMISS AND FOR OTHER REMEDIES ON BEHALF OF CAVALIER HOMES, INC.**

NOW INTO COURT, through undersigned counsel, comes Cavalier Homes, Inc., who files this Motion to Dismiss and for Other Remedies out of an abundance of caution and in preservation of its defenses. Cavalier Homes, Inc. is in the process of securing a signed affidavit identical to that attached as Exhibit 1. Pursuant to agreement of counsel, upon presentation of the executed affidavit to plaintiffs' counsel, Cavalier Homes, Inc. is expected to be voluntarily dismissed without prejudice. Pending said voluntary dismissal and simply out of an abundance of caution to preserve defenses, Cavalier Homes, Inc. adopts the Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternatively for Transfer of Venue, and Motion to Dismiss Administrative Master Complaint, for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension filed

by Dutch Housing, Inc., and all request for relief set forth therein, by reference thereto and incorporation herein.

>Respectfully submitted:
>
>Voorhies & Labbe'
>(A Professional Law Corporation)
>
>
>*/s/ Lamont P. Domingue*
>Lamont P. Domingue - #20787
>Post Office Box 3527
>700 St. John Street
>Lafayette, Louisiana 70502-3527
>Telephone: (337) 232-9700
>ATTORNEYS FOR Cavalier Homes, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Protective Motion to Dismiss and for Other Remedies on behalf of Cavalier Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Cavalier Homes, Inc.

UNITED STATES DISTRICT COURT