UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873<br>SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT<br>MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
PROTECTIVE MOTION TO DISMISS AND FOR OTHER REMEDIES FILED BY
CAVALIER HOMES, INC.**

MAY IT PLEASE THE COURT:

For the reasons set forth in the Protective Motion to Dismiss and for Other Remedies filed by Cavalier Homes, Inc., and in the event Cavalier Homes, Inc. is unexpectedly not voluntarily dismissed from these proceedings without prejudice upon presentation of an executed copy of the affidavit attached as Exhibit 1, then and in that event Cavalier Homes, Inc. prays for dismissal and all other relief requested in the Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternatively for Transfer of Venue, and Motion to Dismiss Administrative Master Complaint, for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension filed by Dutch Housing, Inc., which motion and memorandum in support thereof are adopted by reference

1

and incorporated herein.

                                     Respectfully submitted

                                     Voohries & Labbe
                                     (A Professional Law Corporation)

                                     */s/ Lamont P. Domingue*
                                     Lamont P. Domingue - #20787
                                     Post Office Box 3527
                                     700 St. John Street
                                     Lafayette, Louisiana 70502-3527
                                     Telephone: (337) 232-9700
                                     ATTORNEYS FOR Cavalier Homes, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Memorandum in Support of Protective Motion to Dismiss and for Other Remedies filed by Cavalier Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                                */s/ Lamont P. Domingue*
                                               Lamont P. Domingue - #20787
                                               Post Office Box 3527
                                               700 St. John Street
                                               Lafayette, Louisiana 70502-3527
                                               Telephone: (337) 232-9700
                                               ATTORNEYS FOR Cavalier Homes, Inc.