UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO | : | JUDGE ENGELHARDT |
| THE ADMINISTRATIVE MASTER COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

The Court, having duly considered the motions to dismiss and for other remedies filed by Cavalier Homes, Inc., adopting by reference and incorporation therein, the motions filed by Dutch Housing, Inc., *in extenso;*

IT IS HEREBY ORDERED, that the identical rulings granting and denying the relief requested in the Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternatively for Transfer of Venue, and Motion to Dismiss Administrative Master Complaint, for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension filed by Dutch Housing, Inc., are hereby granted in favor of and denied against Cavalier Homes, Inc.

Signed this _____ day of _____, 2008, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE,
EASTERN DISTRICT OF LOUISIANA

1