UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

************************************************************************

### SCOTBILT HOMES, INC.'S MOTION TO EXPEDITE THE HEARING ON THE RULE 26(C)  MOTION TO STAY OR EXTEND ALL DISCOVERY, TESTING AND PROCEDURAL DEADLINES IN THIS MATTER

**NOW INTO COURT**, through undersigned counsel, ScotBilt Homes, Inc. who hereby respectfully moves this Honorable Court to expedite the hearing on the Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines in this matter[1] pursuant to Fed. R. Civ. P. 26(c), as they relate ScotBilt Homes, Inc.  Rather than set forth the briefing at length a second time, ScotBilt Homes, Inc. hereby incorporates, joins in, adopts and asserts as if fully set forth at length herein the grounds asserted in the similar motion filed by the similarly situated co-defendants, CMH Manufacturing, Inc., *et al.* as found in Docket No. 234 in the instant proceeding (Case No. 07-1873).  As the grounds are identical, Defendant respectfully submits that it would be appropriate to hear all similar motions at the same time, and if CMH Manfacturing Inc.'s Motion to Expedite is granted, ScotBilt's instant Motion should also be granted.

---

[1] ScotBilt Homes, Inc. has not been served with and has not waived service in the *Pujol* matter, Civil Action No.08-3217.

**WHEREFORE,** ScotBilt Homes, Inc. respectfully requests that this Court grants this Motion for the reasons set forth in the incorporated and adopted arguments as set forth in Docket Entry #234 in the instant proceeding.

    Respectfully submitted:

    NIELSEN LAW FIRM, LLC

    /S/   Thomas C. Pennebaker
    Thomas C. Pennebaker, LA. Bar No. 24597
    William R. DeJean, LA Bar No. 22762
    3838 N. Causeway Blvd., Suite 2850
    Metairie, LA 70002
    Phone: (504) 837-2500
    Fax: (504) 832-9165
    Email: tpennebaker@nielsenlawfirm.com
    wdejean@nielsenlawfirm.com

    and

    GORDON, ARATA, McCOLLUM, DUPLANTIS
       & EAGAN, L.L.P.

    Terrence K. Knister, La. Bar No. 7755
    Anne P. Birdsong, La. Bar No. 21478
    201 St. Charles Ave., 40th Floor
    New Orleans, LA 70170
    Phone: (504) 582-1111
    Fax: (504) 582-1121
    Email: tknister@gordonarata.com
    abirdsong@gordonarata.com

    Counsel for ScotBilt Homes, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 26(C) Motion to Stay filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Thomas C. Pennebaker
Thomas C. Pennebaker, La. Bar 24597
