# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) | MDL NO. 07-1873 |
| | ) | SECTION "N-4" |
| | ) ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) | MAG. JUDGE ROBY |

## ORDER REGARDING THE MOTION TO EXPEDITE THE MOTION TO STAY FILED BY SCOTBILT HOMES, INC.

CONSIDERING THE MOTION TO EXPEDITE THE HEARING OF THE MOTION STAY filed by ScotBilt Homes, Inc. it is hereby ORDERED that the Motion is GRANTED and the Motion will be heard on the _____ day of _____, 2008 at _____ o'clock a.m. / p.m.

Done and Signed this _____ day of _____, 200__ in New Orleans, Louisiana.

_____
Judge Kirk D. Engelhardt

1