UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTIONS TO DISMISS ADMINISTRATIVE MASTER COMPLAINT, FOR STAY OR EXTENSION OF DEADLINES AND FOR EXPEDITED HEARING ON THE MOTION FOR STAY OR EXTENSION FILED BY CAVALIER HOME BUILDERS, LLC

NOW INTO COURT, through undersigned counsel, comes Cavalier Home Builders, LLC, who moves this Honorable Court to dismiss plaintiffs' Administrative Master Complaint, for the reasons set forth in the following motions, which are adopted by reference and incorporated herein:

(1) the **Motions to Dismiss Administrative Master Complaint** on Behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC;

(2) the **Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss** filed on behalf of American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.;

1

      Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"); and

    (3)    the **Manufacturing Defendants Joint Rule 9(b) Motion to Dismiss**.

Cavalier also moves this Honorable Court to stay or extend all discovery, testing and procedural deadlines applicable to it, in accordance with the **Motion to Stay or Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and moves for expedited consideration of the motion to stay or extend deadlines in accordance with the Motion for Expedited Hearing filed contemporaneously therewith, which motions are also adopted by reference and incorporated herein.

WHEREFORE, the premises considered, Cavalier Home Builders, LLC, prays that this motion to dismiss, to stay or to extend extension of discovery, testing, and procedural deadlines, and for expedited consideration of the motion to stay or extend deadlines, be deemed good and sufficient, and after all legal delays and due proceedings had, that the plaintiffs' Administrative Master Complaint be dismissed against Cavalier Home Builders, LLC, that all discovery, testing and procedural deadlines applicable to Cavalier Home Builders, LLC, be stayed or extended as prayed for in the adopted motion and supporting

memorandum, and further that expedited hearing be granted on the motion to stay or extend deadlines, and for all other equitable and general relief.

                 Respectfully submitted,

                 **VOORHIES & LABBÉ**
                 (A Professional Law Corporation)

                 _/s/ Lamont P. Domingue_
                 Lamont P. Domingue - #20787
                 Post Office Box 3527
                 700 St. John Street
                 Lafayette, Louisiana 70502-3527
                 Telephone: (337) 232-9700
                 ATTORNEYS FOR Cavalier Home Builders, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Motion to Dismiss Administrative Master Complaint, for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension filed by Cavalier Home Builders, LLC was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

>    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
>    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
>    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
>    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

>    Jeffery N. Luthi
>    One Columbus Circle, NE
>    Federal Judiciary Bldg., Room G-255
>    Washington, DC 20002.

>                    /s/ Lamont P. Domingue
>                    Lamont P. Domingue - #20787
>                    Post Office Box 3527
>                    700 St. John Street
>                    Lafayette, Louisiana 70502-3527
>                    Telephone: (337) 232-9700
>                    ATTORNEYS FOR Cavalier Home Builders, LLC