UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

The Court, having duly considered the motions to dismiss filed and adopted by Cavalier Home Builders, LLC, the memoranda filed and arguments made in support of the motions, and any and all opposition thereto, does hereby enter the following orders:

IT IS HEREBY ORDERED, that the Motions to Dismiss Administrative Master Complaint filed on Behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and adopted by Cavalier Home Builders, LLC, are granted or denied as follows:

(1) The motion to dismiss for Plaintiffs' lack of standing adopted is GRANTED _____ / DENIED _____;

(2) The motion to dismiss the Administrative Master Complaint Under Fed. Rule Civ. Proc. 12(b)(4) and 12 (b)(5) because it is not a complaint and is not a

1

proper procedural device is GRANTED _____ / DENIED _____;

(3)     The motion to dismiss for improper joinder is GRANTED _____ / DENIED _____;

IT IS HEREBY FURTHER ORDERED, that the Manufacturing Defendants' Rule 12(b)(6) Motions to Dismiss adopted by Cavalier Home Builders, LLC, are granted or denied as follows:

(1)     The Motion to Dismiss Plaintiffs' claims sounding in Breach of Express Warranty for Property Damage and Personal Injury fail under Alabama, Mississippi, and Texas law is GRANTED _____ / DENIED _____;

(2)     The Motion to Dismiss Plaintiffs' claims sounding in Breach of Implied Warranty of Merchantability for Property Damage fail under Alabama, Mississippi, and Texas law is GRANTED _____ / DENIED _____;

(3)     The Motion to Dismiss Plaintiffs' claims sounding in Breach of Implied Warranty for Fitness for a Particular Purpose for Property Damage and Personal Injury fail under Alabama, Mississippi, and Texas law is GRANTED _____ / DENIED _____;

(4)     The Motion to Dismiss Plaintiffs' claims for Medical Monitoring are precluded by Alabama, Mississippi, Texas, and Louisiana law is GRANTED _____ / DENIED _____;

(5) The Motion to Dismiss Because Plaintiffs Fail to State a Claim Because They Do Not Connect Any Particular Plaintiff to Any Particular Manufacturing Defendant's Product is GRANTED _____ / DENIED _____;

(6) The Alternative Motion for a More Definite Statement Because Plaintiffs Fail to State a Claim Because They Do Not Connect Any Particular Plaintiff to Any Particular Manufacturing Defendant's Product is GRANTED _____ and Plaintiffs are Ordered to Amend within ten (10) days / DENIED _____;

IT IS HEREBY FURTHER ORDERED, that the Manufacturing Defendants' Joint Rule 9(b) Motion to Dismiss adopted by Cavalier Home Builders, LLC, is GRANTED _____ / DENIED _____;

IT IS HEREBY FURTHER ORDERED that the Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants adopted by Cavalier Home Builders, LLC, is GRANTED _____ / DENIED _____; and

IT IS HEREBY FURTHER ORDERED that the Motion for Expedited Hearing on the Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants adopted by Cavalier Home Builders, LLC, is GRANTED _____ / DENIED _____.

Signed this _____ day of _____, 2008, in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE,
EASTERN DISTRICT OF LOUISIANA

380608