UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCTS LIABILITY  LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(4) |
| This Document Relates to: ALL CASES | * * | JUDGE: ENGELHARDT  MAG: ROBY |

*************************************************************************

### SCOTBILT HOMES, INC.'S
### RULE 9(b) MOTION TO DISMISS THE ALLEGATIONS OF FRAUD

**NOW INTO COURT**, through undersigned counsel, ScotBilt Homes, Inc. who respectfully moves the Court pursuant to Rule 9(b) of the Federal Rules of Civil Procedure to dismiss any and all claims of fraud against it specifically including but not limited to the allegations of fraud and concealment contained in Paragraphs 31, 154 and 176 of the Administrative Master Complaint.[1] Plaintiffs failed to assert allegations of fraud or concealment with particularity regarding the time, place and contents of any alleged false representations and misrepresentations and therefore any such claim(s) must be dismissed pursuant to Rule 9(b). ScotBilt Homes, Inc. adopts, joins in and asserts as if fully set forth at length herein the Rule 9(b) Joint Motion filed by the Manufacturing Defendants in this case (Docket Entry 242 in this proceeding)

**WHEREFORE,** ScotBilt Homes, Inc. respectfully requests that this Court grant its Rule 9(b) Motion to Dismiss and dismiss any and all claims of fraud contained in the Administrative Master Complaint with full prejudice.

---

[1] ScotBilt Homes, Inc. has not been served with the *Pujol* lawsuit (Docket No. 08-3217) at this time and has not waived service.

- 1 -

Respectfully submitted:

NIELSEN LAW FIRM, LLC

/S/   Thomas C. Pennebaker
Thomas C. Pennebaker, LA. Bar No. 24597
William R. DeJean, LA Bar No. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: (504) 837-2500
Fax: (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
         wdejean@nielsenlawfirm.com

and

GORDON, ARATA, McCOLLUM, DUPLANTIS
    & EAGAN, L.L.P.

Terrence K. Knister, La. Bar No. 7755
Anne P. Birdsong, La. Bar No. 21478
201 St. Charles Ave., 40th Floor
New Orleans, LA 70170
Phone: (504) 582-1111
Fax: (504) 582-1121
Email: tknister@gordonarata.com
         abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 9(b) Motion to Dismiss filed on behalf of ScotBilt Homes, Inc.  was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                    /s/   Thomas C. Pennebaker
            Thomas C. Pennebaker, La. Bar 24597