UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | MDL NO. 1873 |
| FORMALDEHYDE            * | |
| PRODUCTS LIABILITY      * | |
| LITIGATION                        * | SECTION:  N(4) |
| * | |
| This Document Relates to:  ALL CASES     * | JUDGE: ENGELHARDT |
| * | MAG: ROBY |

*************************************************************************

**MEMORANDUM IN SUPPORT OF SCOTBILT HOMES, INC.'S
RULE 9(b) MOTION TO DISMISS THE ALLEGATIONS OF FRAUD**

**NOW INTO COURT**, through undersigned counsel, ScotBilt Homes, Inc. who hereby incorporates, joins in, adopts and asserts as if fully set forth at length herein the reasons and arguments contained in the Manufacturing Defendant's Memorandum in Support of their Joint Rule 9(b) Motion to Dismiss in support of ScotBilt Homes, Inc.'s Motion to Dismiss.

**WHEREFORE,** ScotBilt Homes, Inc. respectfully requests that this Court grant its Rule 9(b) Motion to Dismiss for the reasons set forth in the incorporated and adopted arguments and dismiss any and all claims of fraud contained in the Administrative Master Complaint with full prejudice.

- 1 -

Respectfully submitted:

NIELSEN LAW FIRM, LLC

/S/   Thomas C. Pennebaker
Thomas C. Pennebaker, LA. Bar No. 24597
William R. DeJean, LA Bar No. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: (504) 837-2500
Fax: (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
         wdejean@nielsenlawfirm.com

and

GORDON, ARATA, McCOLLUM, DUPLANTIS
       & EAGAN, L.L.P.

Terrence K. Knister, La. Bar No. 7755
Anne P. Birdsong, La. Bar No. 21478
201 St. Charles Ave., 40th Floor
New Orleans, LA 70170
Phone: (504) 582-1111
Fax: (504) 582-1121
Email: tknister@gordonarata.com
         abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 9(b) Motion to Dismiss filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Thomas C. Pennebaker
Thomas C. Pennebaker, La. Bar 24597