UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

### NOTICE OF HEARING OF RULE 9(b) MOTION TO DISMISS THE ALLEGATIONS OF FRAUD FILED BY DEFENDANT SCOTBILT HOMES, INC.

Comes Now the newly added Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and hereby notifies all parties that it's Rule 9(b) Motion to Dismiss will be heard by the Court on July 16th, 2008 at 9:30 a.m. along with the Manufacturing Defendant's Joint Rule 9(b) Motion.

        Respectfully submitted:

        NIELSEN LAW FIRM, LLC

        /S/   Thomas C. Pennebaker
        Thomas C. Pennebaker, LA. Bar No. 24597
        William R. DeJean, LA Bar No. 22762
        3838 N. Causeway Blvd., Suite 2850
        Metairie, LA 70002
        Phone: (504) 837-2500
        Fax: (504) 832-9165
        Email: tpennebaker@nielsenlawfirm.com
              wdejean@nielsenlawfirm.com

        and

          GORDON, ARATA, McCOLLUM, DUPLANTIS
            & EAGAN, L.L.P.

         Terrence K. Knister, La. Bar No. 7755
         Anne P. Birdsong, La. Bar No. 21478
         201 St. Charles Ave., 40th Floor
         New Orleans, LA 70170
         Phone: (504) 582-1111
         Fax: (504) 582-1121
         Email: tknister@gordonarata.com
             abirdsong@gordonarata.com

         Counsel for ScotBilt Homes, Inc.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 19th day of May, 2008, a copy of the foregoing Notice of Hearing of the Defendant's Rule 9(b) Motion to Dismiss filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

              /s/  Thomas C. Pennebaker
              Thomas C. Pennebaker, La. Bar 24597