UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**ORDER REGARDING THE MOTION TO DISMISS THE ALLEGATIONS OF FRAUD PURSUANT TO RULE 9(b) FILED BY SCOTBILT HOMES, INC.**

CONSIDERING THE MOTION TO DISMISS the allegations of fraud in the Amended Master Complaint filed by ScotBilt Homes, Inc. it is hereby ORDERED that the Motion is :

_____    Granted and the allegations of fraud are dismissed with prejudice;

Or

_____    Denied without prejudice and with leave to the Defendant to Re-file, but the Plaintiffs are required to re-plead the claims with greater specificity as required by Rule 9(b) and shall do so by the _____ day of _____, 2008;

Or

_____    Denied.

1

Done and Signed this _____ day of _____, 200\_\_ in New Orleans, Louisiana.

_____
Judge Kirk D. Engelhardt