UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | | |

**NEWLY ADDED DEFENDANT**
**PALM HARBOR HOMES, INC.'S MOTION TO DISMISS**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Palm Harbor Homes, Inc. (hereafter "PHH, Inc.") respectfully requests this Court dismiss it as a party to this civil action due to Plaintiffs' failure to state a claim against PHH, Inc. upon which relief can be granted.  PPH, Inc. should be dismissed from this civil action for the following separate and several reasons:

1.      First, Plaintiffs fail to make <u>any</u> independent allegations against PHH, Inc., which is a once-removed parent company of Palm Harbor Mfg., L.P. ("Palm Mfg.") and Palm Harbor Albemarle, LLC ("Palm Albemarle"), the companies that manufactured the temporary housing units ("THUs") potentially at issue in this litigation which are appearing via motions to dismiss despite not having been named in or served with the AMC.

1

2.Second, the mere existence of parent/subsidiary relationship alone is insufficient as a matter of law to hold PHH, Inc. liable for its subsidiaries' products.

3.Third, Plaintiffs makes absolutely <u>no</u> allegations that PHH, Inc. is derivatively liable for the actions of its subsidiaries, Palm Mfg. and Palm Albemarle.

WHEREFORE, Plaintiffs' claims against PHH, Inc. should be dismissed under Rule 12(b)(6) for failure to state a claim against PHH, Inc. upon which relief can be granted.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

01638168.1

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.


*/s/ James K. Carroll*
Of Counsel

3

01638168.1