UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                           SECTION N-4

                                               JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO
THE ADMINISTRATIVE MASTER
COMPLAINT                                      MAG. JUDGE ROBY

---

**NOTICE OF HEARING**

    **PLEASE TAKE NOTICE** that Newly Added Defendant Palm Harbor Homes, Inc.'s Motion to Dismiss Administrative Master Complaint will be brought on for hearing before the Honorable Judge Kurt Engelhardt on the 4th day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

                                    Respectfully submitted:

                                    /s/ James K. Carroll
                                    JAMES K. CARROLL (#3898), T.A.
                                    STEPHANIE D. SKINNER (#21100)
                                    KATI COX WEAVER (#30878)
                                    FOWLER RODRIGUEZ VALDES-FAULI
                                    400 Poydras Street, 30th Floor
                                    New Orleans, LA 70130
                                    Telephone 523-2600
                                    Fax 523-2705
                                    jcarroll@frc-law.com; sskinner@frc-law.com
                                    kcox@frc-law.com
                                    Attorneys for CMH Manufacturing Inc.,
                                    Southern Energy Homes, Inc., Giles Industries,
                                    SunRay RV, LLC, Palm Harbor Mfg.,

LP and Palm Harbor Albermarle, LLC

And

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of May 2008, served a copy of the

foregoing pleading on counsel for all parties to this proceeding by e-filing, telefax or by

United States Mail, postage prepaid.

/s/ James K. Carroll