UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) | MAG. JUDGE ROBY |

## NEWLY ADDED DEFENDANTS GILES INDUSTRIES, INC.'S AND SUNRAY RV, LLC'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Newly Added Defendants Giles Industries, Inc. and SunRay RV, LLC, by and through their undersigned counsel, hereby respectfully move this Honorable Court for summary judgment on Plaintiffs' claims on the basis that there is no genuine dispute of material fact and judgment is due to be granted as a matter of law.

Giles Industries, Inc.'s and SunRay RV, LLC's Motion for Summary Judgment is based on the arguments in their Memorandum in Support of Motion for Summary Judgment, the Narrative Statement of Undisputed Facts contained therein, and the Evidentiary Submission in Support of Motion for Summary Judgment, all of which are and filed concurrently herewith and incorporated herein

WHEREFORE, Newly Added Defendants Giles Industries, Inc. and SunRay RV, LLC, respectfully move this Honorable Court to grant summary judgment in their favor on the basis that there is no genuine dispute of material fact, and Giles Industries, Inc. and SunRay RV, LLC are therefore entitled to be dismissed as a matter of law.

01641424.1

        Respectfully submitted,

        /s/ *James K. Carroll*
        James K. Carroll
        One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

01641424.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                */s/ James K. Carroll*
                                                Of Counsel

01641424.1