UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## MOTION TO STAY OR EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") which, pursuant to Federal Rule of Civil Procedure 10(c), adopts and joins in on the Motion to Stay or Extend Discovery, Testing and Procedural Deadlines filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, in this matter (Doc. No. 232).

IBS further adopts and joins in on the relevant arguments in the Memorandum filed in support of such Motion and shows that such Motion and the related arguments contained therein apply equally to all claims against IBS for the reasons stated therein.

WHEREFORE, IBS respectfully requests that this Court grant its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines until this Court rules upon IBS's Motion to Dismiss. Such an order may allow all other parts of the case to proceed generally against the existing defendants in the matter, just not as to those housing units manufactured by any New Defendant (as such term is defined in the adopted Motion), including IBS. IBS also requests an expedited hearing on this issue.

803735.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

803735.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Stay or Extend Discovery, Testing and Procedural Deadlines and proposed Order have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
David R. Kelly

803735.1