UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * * | JUDGE KURT D. ENGELHARDT MAG. JUDGE KAREN WELLS ROBY |

**MEMORANDUM IN SUPPORT OF MOTION TO STAY OR EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES**

**MAY IT PLEASE THE COURT:**

In support of its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines (doc no. 241), Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park ("IBS"), hereby adopts and joins in on the Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (doc. no. 232).

WHEREFORE, IBS respectfully requests that this Court grant its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines solely as they relate to IBS, until this Court rules upon IBS's Motion to Dismiss. Such an order may allow all other parts of the case to proceed generally against the existing Defendants in this matter, just not as to those housing units manufactured by IBS. IBS also respectfully requests an expedited hearing on this Motion to Stay.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
_____
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park*

804966.1