UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 07-1873 SECTION "N-4" JUDGE KURT D. ENGELHARDT MAG. JUDGE KAREN WELLS ROBY |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | | |

## ORDER

CONSIDERING THE FOREGOING Motion to Stay or Extend Discovery, Testing and Procedural Deadlines:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that IBS's Motion to Stay or Extend Discovery, Testing and Procedural Deadlines is GRANTED until this Court rules upon IBS's Motion to Dismiss.

New Orleans, Louisiana, this _____ day of _____, 2008.

---

**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

803738.1