UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| THE ADMINISTRATIVE MASTER | * | MAG. JUDGE KAREN WELLS ROBY |
| COMPLAINT. | * | |

## MOTION TO EXPEDITE THE HEARING ON THE RULE 26(C) MOTION TO STAY OR EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") which hereby respectfully moves this Honorable Court to expedite the hearing on the Motion to Stay or Extend Discovery, Testing and Procedural Deadlines in this matter pursuant to Fed. R. Civ. P. 26(c), as they relate to IBS. In its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines (doc. no. 241), IBS adopted and joined in on the Motion to Stay or Extend Discovery, Testing and Procedural Deadlines filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (hereinafter "CMH, et al") (doc. no. 232). IBS hereby also adopts and joins in on the Motion to Expedite the Hearing on the Motion to Stay filed by CMH, et al (doc. no. 234). As the grounds are identical, IBS submits that it would be appropriate to hear all similar Motions at the same time, and if CMH, et al.'s Motion to Expedite is granted, IBS's Motion should also be granted.

WHEREFORE, IBS respectfully requests that this Court grant this Motion to Expedite for the reasons set forth in the incorporated and adopted arguments as set forth in document number 234 in the instant proceeding.

804998.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
_____
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park***

804998.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Expedite has this date

been electronically filed with the Clerk of Court by using the CM/ECF system which will send a

notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
_____
David R. Kelly

804998.1