UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING MOTION TO EXPEDITE THE HEARING ON THE MOTION TO STAY:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that IBS's Motion to Expedite is GRANTED. The Motion will be heard on the _____ day of _____, 2008, at _____ _____.m.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

805006.1