UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (4)

THIS DOCUMENT RELATES TO  
08-3217

## ORDER

**IT IS ORDERED** that the **Request for Oral Argument (Rec. Doc. 235)** is **GRANTED**.

Oral argument on the Motion to Dismiss Administrative Master Complaint on Behalf of Horton Homes, Inc. (Rec. Doc. 233) is **SET** for **Wednesday, July 23, 2008, at 9:30 a.m.**

   New Orleans, Louisiana, this 22nd day of May, 2008.

                                            **KURT D. ENGELHARDT**  
                                            **UNITED STATES DISTRICT JUDGE**