UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO
06-5659; 08-1969; 08-1970

## ORDER

**IT IS ORDERED** that the oral argument on Morgan's Motion to Dismiss Plaintiffs' Fraud Claims Pursuant to Fed. R. Civ. P. 12(b)(2) and 9(b) (Rec. Doc. 217), currently set for July 16, 2008, is **CONTINUED** to **Wednesday, July 23, 2008, at 9:30 a.m.**

    New Orleans, Louisiana, this 22nd day of May, 2008.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**