UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>08-1969; 08-1970 | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

## ORDER

**IT IS ORDERED** that the oral argument on Morgan's Motion to Dismiss Pursuant to Rules 12(b)(1) and 12(b)(6) With Respect to Mississippi and Alabama Plaintiffs' Claims (Rec. Doc. 214), currently set for July 16, 2008, is **CONTINUED** to **Wednesday, July 23, 2008, at 9:30 a.m.**

New Orleans, Louisiana, this 22nd day of May, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**