UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                        SECTION "N"  (4)

THIS DOCUMENT RELATES TO
06-5659

## ORDER

**IT IS ORDERED** that the oral argument on Morgan's Motion to Dismiss Pursuant to Rules 12(b)(2), 12 (b)(1), and 12(b)(6) With Respect to Louisiana Plaintiffs' Claims (Rec. Doc. 211), currently set for July 16, 2008, is **CONTINUED** to **Wednesday, July 23, 2008, at 9:30 a.m.**

    New Orleans, Louisiana, this 22nd day of May, 2008.

                                               **KURT D. ENGELHARDT**
                                               **UNITED STATES DISTRICT JUDGE**