UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                           SECTION "N"  (4)

THIS DOCUMENT RELATES TO
the Administrative Master Complaint

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing on Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor MFG., LP, and Palm Harbor Albemarle, LLC (Rec. Doc. 234)** is **DENIED** as unnecessary. Thus, the Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor MFG., LP, and Palm Harbor Albemarle, LLC (Rec. Doc. 232) will be heard on June 4, 2008, without oral argument.

      New Orleans, Louisiana, this 22nd day of May, 2008.

                                                            **KURT D. ENGELHARDT**
                                                            **UNITED STATES DISTRICT JUDGE**