UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
all cases

## ORDER

**IT IS ORDERED** that the **Scotbilt Homes, Inc.'s Motion to Expedite the Hearing on the Rule 26(C) Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines in This Matter (Rec. Doc. 253)** is **DENIED** as unnecessary.  Thus, Scotbilt Homes, Inc.'s Rule 26(C) Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines in This Matter (Rec. Doc. 249) will be heard on June 4, 2008, without oral argument.

    New Orleans, Louisiana, this 22nd day of May, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**