UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTIONS FOR STAY OR EXTENSION OF DEADLINES
FILED BY REDMAN HOMES, INC.**

MAY IT PLEASE THE COURT:

Redman Homes, Inc. (Redman), files this memorandum in support of the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and which motions and the memoranda filed by CMH Manufacturing, Inc., et al., in support thereof are adopted and incorporated herein by reference thereto.

For the reasons assigned, Redman Homes, Inc., prays that this Court stay or extend all discovery, testing and procedural deadlines applicable to Redman Homes, Inc.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


_/s/ Lamont P. Domingue_
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Redman Homes, Inc.
E-Mail: lpd@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19TH day of May, 2008, a copy of the foregoing Memorandum in Support of Motion for Stay or Extension of Deadlines filed by Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                                /s/ Lamont P. Domingue
                                                Lamont P. Domingue - #20787
                                                Post Office Box 3527
                                                700 St. John Street
                                                Lafayette, Louisiana 70502-3527
                                                Telephone: (337) 232-9700
                                                ATTORNEYS FOR Redman Homes, Inc.
                                                E-Mail: lpd@volalaw.com