UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING OF REDMAN HOMES, INC.'S
MOTION TO DISMISS ADMINISTRATIVE MASTER

NOW INTO COURT, through undersigned counsel comes, Redman Homes, Inc. who hereby gives notice that its Motion to Dismiss Administrative Master Complaint will be taken up by the court on the **16th day of July, 2008 at 9:30 a.m.** by Judge Engelhardt.

        Respectfully submitted:
        **VOORHIES & LABBÉ**
        (A Professional Law Corporation)

        */s/ Lamont P. Domingue*
        Lamont P. Domingue - #20787
        Post Office Box 3527
        700 St. John Street
        Lafayette, Louisiana 70502-3527
        Telephone: (337) 232-9700
        ATTORNEYS FOR Redman Homes, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20TH day of May, 2008, a copy of the foregoing Notice of Hearing filed by Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

                                        /s/ Lamont P. Domingue
                                        Lamont P. Domingue - #20787
                                        Post Office Box 3527
                                        700 St. John Street
                                        Lafayette, Louisiana 70502-3527
                                        Telephone: (337) 232-9700
                                        ATTORNEYS FOR Redman Homes, Inc.
                                        E-Mail: lpd@volalaw.com