UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING OF RIVER BIRCH HOMES, INC.'S
MOTIONS TO DISMISS ADMINISTRATIVE MASTER COMPLAINT

NOW INTO COURT, through undersigned counsel comes, River Birch Homes, Inc. who hereby gives notice notice that its Motion to Dismiss Administrative Master Complaint will be taken up by the court on the **16th day of July, 2008 at 9:30 a.m.** by Judge Engelhardt.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR RIVER BIRCH HOMES, INC.
E-Mail: lpd@volalaw.com

1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2008, a copy of the foregoing Notice of Hearing filed by River Birch Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                      /s/ Lamont P. Domingue
                                      Lamont P. Domingue - #20787
                                      Post Office Box 3527
                                      700 St. John Street
                                      Lafayette, Louisiana 70502-3527
                                      Telephone: (337) 232-9700
                                      ATTORNEYS FOR RIVER BIRCH HOMES, INC.

380609