UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-md-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR STAY OR EXTENSION OF DEADLINES
FILED BY PATRIOT HOMES, INC.**

NOW INTO COURT, through undersigned counsel, comes Patriot Homes, Inc., who moves this Honorable Court to stay or to extend all discovery, testing and procedural deadlines applicable to it, in accordance with the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, which motion is adopted by reference and incorporated herein.

WHEREFORE, the premises considered, Patriot Homes, Inc., prays that this motion for a stay or extension of deadlines, be deemed good and sufficient, and after all legal delays and due proceedings had, that all discovery, testing and procedural deadlines

applicable to Patriot Homes, Inc., be stayed or extended as prayed for in the adopted motion and supporting memorandum, and for all other equitable and general relief.

                Respectfully submitted,

                **VOORHIES & LABBÉ**
                (A Professional Law Corporation)

                _/s/ Lamont P. Domingue_
                Lamont P. Domingue - #20787
                Post Office Box 3527
                700 St. John Street
                Lafayette, Louisiana 70502-3527
                Telephone: (337) 232-9700
                ATTORNEYS FOR PATRIOT HOMES, INC.
                E-Mail: lpd@vololaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2008, a copy of the foregoing Motion for Stay or Extension of Deadlines filed by Patriot Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

>Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
>Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
>Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
>Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

>Jeffery N. Luthi
>One Columbus Circle, NE
>Federal Judiciary Bldg., Room G-255
>Washington, DC 20002.

>_/s/ Lamont P. Domingue_
>Lamont P. Domingue - #20787
>Post Office Box 3527
>700 St. John Street
>Lafayette, Louisiana 70502-3527
>Telephone: (337) 232-9700
>ATTORNEYS FOR PATRIOT HOMES, INC.
>E-Mail: lpd@volalaw.com

3