UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873<br>SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT<br>MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR STAY OR EXTENSION OF DEADLINES
FILED BY PATRIOT HOMES, INC.**

MAY IT PLEASE THE COURT:

Patriot Homes, Inc. (Patriot), files this memorandum in support of the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and, which motions and the memoranda filed by CMH Manufacturing, Inc., et al, in support thereof are adopted and incorporated herein by Patriot by reference thereto.

For the reasons assigned, Patriot Homes, Inc., prays that this Court stay or extend all discovery, testing and procedural deadlines applicable to Patriot Homes, Inc.

1

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR PATRIOT HOMES, INC.
E-Mail: lpd@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2008, a copy of the foregoing Memorandum in Support of Motion for Extension of Deadlines filed by Patriot Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

> Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
> Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
> Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
> Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

> /s/ Lamont P. Domingue
> Lamont P. Domingue - #20787
> Post Office Box 3527
> 700 St. John Street
> Lafayette, Louisiana 70502-3527
> Telephone: (337) 232-9700
> ATTORNEYS FOR PATRIOT HOMES, INC.
> E-Mail: lpd@volalaw.com