UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
FILED BY PATRIOT HOMES, INC.**

NOW INTO COURT, through undersigned counsel, comes Patriot Homes, Inc., who moves this Honorable Court to dismiss plaintiffs' Administrative Master Complaint, for the reasons set forth in the following motions, which are adopted by reference and incorporated herein:

(1) the **Motions to Dismiss Administrative Master Complaint** on Behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC;

(2) the **Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss** filed on behalf of American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC; Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.; Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach,

Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"); and

(3)  the **Manufacturing Defendants Joint Rule 9(b) Motion to Dismiss**.

WHEREFORE, the premises considered, Patriot Homes, Inc., prays that this motion to dismiss, be deemed good and sufficient, and after all legal delays and due proceedings had, that the plaintiffs' Administrative Master Complaint be dismissed against Patriot Homes, Inc., and for all other equitable and general relief.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

_/s/ Lamont P. Domingue_
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR PATRIOT HOMES, INC.
E-Mail: lpd@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2008, a copy of the foregoing Motions to Dismiss Administrative Master Complaint, filed by Patriot Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                          /s/ Lamont P. Domingue
                                          Lamont P. Domingue - #20787
                                          Post Office Box 3527
                                          700 St. John Street
                                          Lafayette, Louisiana 70502-3527
                                          Telephone: (337) 232-9700
                                          ATTORNEYS FOR PATRIOT HOMES, INC.
                                          E-Mail: lpd@volalaw.com