UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-md-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING OF PATRIOT HOMES, INC.'S MOTIONS TO DISMISS
ADMINISTRATIVE MASTER COMPLAINT

NOW INTO COURT, through undersigned counsel comes, Patriot Homes, Inc. who hereby gives notice that its Motion to Dismiss Administrative Master Complaint, will be taken up by the court on the **16th day of July, 2008 at 9:30 a.m.** by Judge Engelhardt.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

   /s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR PATRIOT HOMES, INC.
E-Mail: lpd@volalaw.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2008, a copy of the foregoing Notice of Hearing filed by Patriot Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

                                                        /s/ Lamont P. Domingue
                                                Lamont P. Domingue - #20787
                                                Post Office Box 3527
                                                700 St. John Street
                                                Lafayette, Louisiana 70502-3527
                                                Telephone: (337) 232-9700
                                                ATTORNEYS FOR PATRIOT HOMES, INC.
                                                E-Mail: lpd@volalaw.com

380603