UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR STAY OR EXTENSION OF DEADLINES
FILED BY LIBERTY HOMES, INC. AND WAVERLEE HOMES, INC.**

NOW INTO COURT, through undersigned counsel, come Liberty Homes, Inc. (Liberty) and Waverlee Homes, Inc. (Waverlee),, who move this Honorable Court to stay or extend all discovery, testing and procedural deadlines applicable to them, in accordance with the **Motion to Stay or Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, which motion is adopted by reference and incorporated herein.

WHEREFORE, the premises considered, Liberty Homes, Inc. and Waverlee Homes, Inc. pray that this motion for a stay or extension deadlines be deemed good and sufficient, and after all legal delays and due proceedings had, that all discovery, testing and

1

procedural deadlines applicable to Liberty Homes, Inc. and Waverlee Homes, Inc., be stayed or extended as prayed for in the adopted motion and supporting memorandum, and for all other equitable and general relief.

>Respectfully submitted,
>
>**VOORHIES & LABBÉ**
>(A Professional Law Corporation)
>
>
>_/s/ Lamont P. Domingue_
>Lamont P. Domingue - #20787
>Post Office Box 3527
>700 St. John Street
>Lafayette, Louisiana 70502-3527
>Telephone: (337) 232-9700
>ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.
>E-Mail: lpd@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 19th day of May, 2008, a copy of the foregoing Motions for Stay or Extension of Deadlines filed by Liberty Homes, Inc. and Waverlee Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                              /s/ Lamont P. Domingue
                                              Lamont P. Domingue - #20787
                                              Post Office Box 3527
                                              700 St. John Street
                                              Lafayette, Louisiana 70502-3527
                                              Telephone: (337) 232-9700
                                              ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.
                                              E-Mail: lpd@volalaw.com