UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-md-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

* * * * * * * * * * * * *

NOTICE OF HEARING OF LIBERTY HOMES, INC. AND WAVERLEE HOMES, INC.'S MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT

NOW INTO COURT, through undersigned counsel comes, Liberty Homes, Inc. and Waverlee Homes, Inc. who hereby gives notice that its Motion to Dismiss Administrative Master Complaint will be taken up by the court on the **16th day of July, 2008 at 9:30 a.m.** by Judge Engelhardt.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc. and Waverlee Homes, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2008, a copy of the foregoing Notice of Hearing filed by Liberty Homes, Inc. and Waverlee Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc. and Waverlee Homes, Inc.

380610