UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-md-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO FOR STAY OR EXTENSION OF DEADLINES
FILED BY DUTCH HOUSING, INC.**

NOW INTO COURT, through undersigned counsel, comes Dutch Housing, Inc. (Dutch), who moves this Honorable Court to stay or extend all discovery, testing and procedural deadlines applicable to it, in accordance with the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, which motion is adopted by reference and incorporated herein.

WHEREFORE, the premises considered, Dutch Housing, Inc., prays that this motion for a stay or extension of deadlines be deemed good and sufficient, and after all legal delays and due proceedings had that all discovery, testing and procedural deadlines applicable to Dutch Housing, Inc, be stayed or extended as prayed for in the adopted motion and supporting memorandum, and for all other equitable and general relief.

Respectfully submitted:

Voorhies & Labbe'
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Dutch Housing, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Motion for Stay or Extension of Deadlines, filed by Dutch Housing Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Dutch Housing, Inc.
E-Mail: llpd@volalaw.com