UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR STAY OR EXTENSION OF DEADLINES**
**FILED BY DUTCH HOUSING, INC.**

MAY IT PLEASE THE COURT:

Dutch Housing, Inc. (Dutch) files this memorandum in support of the **Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants** filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC, and which motions and the memoranda filed CH Manufacturing, Inc., et al., in support thereof are adopted and incorporated herein by reference thereto.

1

For the reasons assigned, Dutch Housing, Inc., prays that this Court stay or extend all discovery, testing and procedural deadlines applicable to Dutch Housing, Inc.

                        Respectfully submitted

                        Voorhies & Labbe
                        (A Professional Law Corporation)

                        */s/ Lamont P. Domingue*
                        Lamont P. Domingue - #20787
                        Post Office Box 3527
                        700 St. John Street
                        Lafayette, Louisiana 70502-3527
                        Telephone: (337) 232-9700
                        ATTORNEYS FOR Dutch Housing, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19 th day of May, 2008, a copy of the foregoing Memorandum in Support of Motion for Stay or Extension of Deadlines filed by Dutch Housing, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

   Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
   Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
   Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
   Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

   Jeffery N. Luthi
   One Columbus Circle, NE
   Federal Judiciary Bldg., Room G-255
   Washington, DC 20002.


               /s/ Lamont P. Domingue
               Lamont P. Domingue - #20787
               Post Office Box 3527
               700 St. John Street
               Lafayette, Louisiana 70502-3527
               Telephone: (337) 232-9700
               ATTORNEYS FOR Dutch Housing, Inc.
               E-Mail: lpd@volalaw.com