UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

NOTICE OF HEARING OF DUTCH HOUSING, INC'S
<u>MOTION FOR STAY OR EXTENSION OF DEADLINES</u>

NOW INTO COURT, through undersigned counsel, Dutch Housing, Inc. who hereby

gives notice that its Motion for Stay or Extension of Deadlines filed by Dutch Housing, Inc.

will be taken up by the court on the   **4th day of June, 2008 at 9:30 a.m.** by Judge

Engelhardt.

Respectfully submitted:

Voorhies & Labbe'
(A Professional Law Corporation)


 <u>/s/ Lamont P. Domingue</u>
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Dutch Housing, Inc.

1

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 20th day of May, 2008, a copy of the foregoing

Notice of Hearing filed by Dutch Housing Inc. was filed electronically with the Clerk of

Court using the CM/ECF system. Notice of this filing will be sent to:

Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
    cmotes@duplass.com
Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by

United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.


                              /s/ Lamont P. Domingue
                              Lamont P. Domingue - #20787
                              Post Office Box 3527
                              700 St. John Street
                              Lafayette, Louisiana 70502-3527
                              Telephone: (337) 232-9700
                              ATTORNEYS FOR Dutch Housing, Inc.

380856