UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND VENUE,
OR, ALTERNATIVELY FOR TRANSFER OF VENUE, AND
MOTIONS TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
FILED BY DUTCH HOUSING, INC.**

NOW INTO COURT, through undersigned counsel, comes Dutch Housing, Inc. (Dutch), who moves this Honorable Court to dismiss plaintiffs' Administrative Master Complaint (AMC), for the following reasons:

1.

Pursuant to Fed. Rule Civ. Proc. 12(b)(2), this Court lacks personal jurisdiction over Dutch because Dutch has insufficient contacts with the State of Louisiana to satisfy the constitutional minimum contacts necessary to support personal jurisdiction. See attached Exhibit A. For this reason and those more particularly assigned in the supporting memorandum filed contemporaneously herewith, plaintiffs' AMC against Dutch should be

dismissed.

2.

Pursuant to Fed. Rule Civ. Proc. 12(b)(3), this Court is a court of improper venue for the claims against Dutch because it has no contacts with this venue and no plaintiff has alleged that he/she occupied any temporary housing unit within the Eastern District of Louisiana. As a result, and for the reasons more particularly assigned in the supporting memorandum filed contemporaneously herewith, the plaintiffs' AMC against Dutch should be dismissed for improper venue. Alternatively, and only in the event this Court does not dismiss the AMC against Dutch for the various reasons assigned, then pursuant to 28 U.S.C. §1404(a), this Court should transfer venue to the Northern District of Indiana, the district of Dutch's principal business operations, as the more convenient forum for the parties and witnesses for the reasons more particularly assigned in the supporting memorandum filed contemporaneously herewith.

3.

And, Dutch is further entitled to have the claims alleged in the AMC dismissed upon the grounds set forth in the following motions, which are adopted by reference and incorporated herein:

(1) the **Motions to Dismiss Administrative Master Complaint** on Behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC;

(2) the **Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss** filed on behalf of American Homestar Corporation; Oak Creek Homes, L.P.; Oak Creek Homes, Inc.; Coachmen Recreational Vehicle Company, LLC;

Coachmen Industries, Inc.; Recreation by Design, LLC; Jayco Enterprises, Inc.; Pilgrim International, Inc.; Starcraft RV, Inc.; Thor California, Inc.; Keystone RV Company; KZ RV, L.P.; Monaco Coach Corporation; R-Vision, Inc.; DS Corporation; Dutchmen Manufacturing, Inc.; Gulf Stream Coach, Inc.; Forest River, Inc.; Horton Homes, Inc.; Silver Creek Homes; TL Industries, Inc.; Frontier RV, Inc.; Skyline Corporation; Layton Homes Corporation; Fairmont Homes, Inc.; Fleetwood Canada, Ltd.; Fleetwood Homes of North Carolina, Inc.; Fleetwood Enterprises, Inc.; and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Manufacturing Defendants"); and

(3)  the **Manufacturing Defendants Joint Rule 9(b) Motion to Dismiss**.

WHEREFORE, the premises considered, Dutch Housing, Inc., prays that this motion to dismiss, be deemed good and sufficient, and after all legal delays and due proceedings had that the plaintiffs' AMC be dismissed against Dutch Housing, Inc., or in the alternative that the claims against Dutch be transferred to the Northen District of Indiana, and for all other equitable and general relief.

Respectfully submitted:

Voorhies & Labbe'
(A Professional Law Corporation)

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Dutch Housing, Inc.
E-Mail: lpd@volalaw.com

3

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternatively for Transfer of Venue, and Motions to Dismiss Administrative Master Complaint, filed by Dutch Housing Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

> Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
> Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
> Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
> Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Dutch Housing, Inc.
E-Mail: lpd@volalaw.com

4