UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PROTECTIVE MOTION FOR STAY OR EXTENSION OF DEADLINES
ON BEHALF OF CAVALIER HOMES, INC.**

NOW INTO COURT, through undersigned counsel, comes Cavalier Homes, Inc., who files this Motion for Stay or Extension of Deadlines out of an abundance of caution and in preservation of its defenses. Cavalier Homes, Inc. has secured a signed affidavit attached as Exhibit 1. Pursuant to agreement of counsel, upon presentation of the executed affidavit to plaintiffs' counsel, Cavalier Homes, Inc. is expected to be voluntarily dismissed without prejudice. Pending said voluntary dismissal and simply out of an abundance of caution to preserve defenses, Cavalier Homes, Inc. adopts the Motion for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension filed by CMH Manufacturing, Inc., et al, and all request for relief set forth therein, by reference thereto and incorporation herein.

Respectfully submitted:

Voorhies & Labbe'
(A Professional Law Corporation)


/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Homes, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of May, 2008, a copy of the foregoing Protective Motion for Stay or Extension of Deadlines on behalf of Cavalier Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to:

   Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
   Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
   Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
   Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

   Jeffery N. Luthi
   One Columbus Circle, NE
   Federal Judiciary Bldg., Room G-255
   Washington, DC 20002.

                    /s/ Lamont P. Domingue
                    Lamont P. Domingue - #20787
                    Post Office Box 3527
                    700 St. John Street
                    Lafayette, Louisiana 70502-3527
                    Telephone: (337) 232-9700
                    ATTORNEYS FOR Cavalier Homes, Inc.
                    E-Mail: lpd@volalaw.com