UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO | : | JUDGE ENGELHARDT |
| THE ADMINISTRATIVE MASTER COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE OF HEARING OF CAVALIER HOMES, INC.'S PROTECTIVE MOTION
FOR STAY OR EXTENSION OF DEADLINES

NOW INTO COURT, through undersigned counsel comes, Cavalier Homes, Inc. who hereby gives notice that its Motion for Stay or Extension of Deadlines and for Expedited Hearing on the Motion for Stay or Extension as adopted will be taken up by the court on the **4th day of June, 2008 at 9:30 a.m.** by Judge Engelhardt.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Homes, Inc.

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2008, a copy of the foregoing Notice of Hearing filed by Cavalier Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

> Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
> Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
> Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
> Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

>                             /s/ Lamont P. Domingue
>                             Lamont P. Domingue - #20787
>                             Post Office Box 3527
>                             700 St. John Street
>                             Lafayette, Louisiana 70502-3527
>                             Telephone: (337) 232-9700
>                             ATTORNEYS FOR Cavalier Homes, Inc.

380865