UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-md-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING OF CAVALIER HOMES, INC.'S PROTECTIVE MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel comes, Cavalier Homes, Inc. who hereby gives notice that its Protective Motion to Dismiss as adopted will be taken up by the court on the **16th day of July, 2008 at 9:30 a.m.** by Judge Engelhardt.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Homes, Inc.
E-Mail: lpd@volalaw.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of May, 2008, a copy of the foregoing Notice of Hearing filed by Cavalier Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to

    Gerald Edward Mennier - gmeunier@gainsben.com, dmartin@gainsben.com
    Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com, cmotes@duplass.com
    Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
    Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                             /s/ Lamont P. Domingue
                                         Lamont P. Domingue - #20787
                                         Post Office Box 3527
                                         700 St. John Street
                                         Lafayette, Louisiana 70502-3527
                                         Telephone: (337) 232-9700
                                         ATTORNEYS FOR Cavalier Homes, Inc.

380676