UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                    SECTION "N"  (4)

THIS DOCUMENT RELATES TO
the Administrative Master Complaint

## ORDER

**IT IS ORDERED** that the **Request for Oral Argument (Rec. Doc. 231)** is **GRANTED**.

Oral argument on the Motion to Dismiss Administrative Master Complaint on Behalf of Newly Added Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Sunray RV, LLC, Palm Harbor MFG., LP, and Palm Harbor Albemarle, LLC (Rec. Doc. 259) is **SET** for **Wednesday, July 23, 2008, at 9:30 a.m.**

    New Orleans, Louisiana, this 22nd day of May, 2008.

                                                       **KURT D. ENGELHARDT**
                                                       **UNITED STATES DISTRICT JUDGE**