UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO
the Administrative Master Complaint

## ORDER

**IT IS ORDERED** that the **Motion to Expedite the Hearing on the Rule 26(C) Motion to Stay or Extend Discovery, Testing and Procedural Deadlines (Rec. Doc. 263)** is **DENIED** as unnecessary.  Thus, Motion to Stay or Extend Discovery, Testing and Procedural Deadlines (Rec. Doc. 262) will be heard on June 4, 2008, without oral argument.

New Orleans, Louisiana, this 22nd day of May, 2008.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**