**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                               MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-4"

                                                  JUDGE ENGELHARDT
                                                  MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' NOTICE OF VOLUNTARY**
**DISMISSAL UNDER FRCP 41(a)(1)(A)(i)**

_____NOW INTO COURT, through undersigned counsel, come plaintiffs herein, who,

pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rule of Civil Procedure, and

based upon the attached Affidavit executed by Jackie Williams on May 12, 2008, hereby give

notice of plaintiffs' voluntary dismissal of all claims asserted against the defendant Circle B

Enterprises, Inc. in the Master Complaint previously filed in these proceedings .

                              Respectfully submitted:

                              **FEMA TRAILER FORMALDEHYDE**
                              **PRODUCT LIABILITY LITIGATION**

                              BY:    s/Gerald E. Meunier_____
                                     GERALD E. MEUNIER, #9471
                                     **PLAINTIFFS' CO-LIAISON COUNSEL**
                                     Gainsburgh, Benjamin, David, Meunier &
                                     Warshauer, L.L.C.
                                     2800 Energy Centre, 1100 Poydras Street
                                     New Orleans, Louisiana 70163
                                     Telephone:   504/522-2304
                                     Facsimile:   504/528-9973
                                     gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471