STATE OF _New Mexico_

COUNTY OF _Santa Fe_

### AFFIDAVIT OF JACKIE WILLIAMS

Before me, the undersigned notary in and for the State and County mentioned above, personally came and appeared, Jackie Williams, who after being duly sworn and deposed did attest to the following:

1. My name is Jackie Williams, I am over 18 years of age, my address is 3550 Preserve Lane, Miramar Beach, Florida, and I have personal knowledge of the following facts;

2. I am the President of Circle B Enterprises, Inc., and have held the office of President since the formation of the corporation;

3. Circle B Enterprises, Inc., sold manufactured homes to the United States Federal Emergency Management Agency (FEMA), and only manufactured homes, as defined by the Manufactured Home Construction and Safety Standards Act, at 42 U.S.C. § 5402(6), and the Manufactured Home Construction and Safety Standards, at 24 C.F.R. § 3280.2;

4. Circle B Enterprises, Inc., is not and never has been a designer or manufacturer of any product and, specifically, did not design or manufacture any manufactured home, recreational vehicle, park model home, or any other temporary housing unit sold to FEMA;

5. The statements made in this affidavit are true and correct and are based on my personal knowledge.

Signed this ___12___ day of May, 2008.

_(signature)_

Jackie Williams, President
Circle B Enterprises, Inc.

SWORN AND SUBSCRIBED before me, on this _12th_ day of May, 2008.

_(signature)_
NOTARY PUBLIC (Signature)

_Gary A. Weidner_
NOTARY PUBLIC (Printed Name)
Notary Number:_____
Commission Expires: _7/5/09_

OFFICIAL SEAL
GARY A. WEIDNER
NOTARY PUBLIC STATE OF NEW MEXICO
My Commission Expires: _7/5/09_

380267