

May 7, 2008

Gainsburgh, Benjamin, David, Meunier & Warshauer LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

Attn:   Denise M. Martin

RE:   Formaldehyde Litigation – MDL 1873

## AFFIDAVIT

State of Georgia
County of Cherokee

BEFORE ME, the undersigned Notary, _Christy G. Tumlin_, on this 8TH day of May, 2008, personally appeared Tony Perry, known to me to be a credible person and of lawful age, who being by me first duly sworn, on his oath, deposes and says:

> Oakwood Homes LLC, of Woodstock, Georgia, has never manufactured mobile housing units which were used by FEMA to assist the victims of Hurricanes Rita or Katrina.

[signature of affiant]

Tony Perry
2230 Town Lake Parkway
Building 600, Suite 110
Woodstock, GA 30189

Subscribed and sworn to before me, this __8TH__ [day of month] day of __May, 2008__ [month], 20____.

[Notary Seal:]

99 Grove Park Lane, Woodstock, GA 30189 - Ph (770) 592-9989  Fax: (678) 888-0069