STATE OF ALABAMA

COUNTY OF WINSTON

## AFFIDAVIT OF MICHAEL R. MURPHY

Before me, the undersigned notary in and for the State and County mentioned above, personally came and appeared, Michael R. Murphy, who after being duly sworn and deposed did attest to the following:

1. My name is Michael R. Murphy, I am over 18 years of age, my address is CAVALIER HOMES, INC. 32 Wilson Blvd. 100, Addison, AL 35540, and I have personal knowledge of the following facts;

2. I am the Vice-President of Cavalier Homes, Inc., and have worked for the Company since 1995;

3. Cavalier Homes, Inc., is not and never has been a designer or manufacturer of any product and, specifically, did not design or manufacture any manufactured home, recreational vehicle, park model home, or any other temporary housing unit sold to the United States Federal Emergency Management Agency (FEMA);

4. Cavalier Homes, Inc., did not enter into any contract with FEMA to sell or otherwise provide any type of temporary housing units to FEMA.

5. The statements made in this affidavit are true and correct and are based on my personal knowledge.

Signed this __20th__ day of May, 2008.

_____
Michael R. Murphy, Vice-President
Cavalier Homes, Inc.

SWORN AND SUBSCRIBED before me, on this 20th day of May, 2008.

_____
NOTARY PUBLIC (Signature)

__Shirley Ann Barnett__
NOTARY PUBLIC (Printed Name)
Notary Number:_____
Commission Expires: My Commission Expires
02 / 03 / 2009

380267