

## Secretary of State
# Business Information Search

| Secretary of State Web Site | Instructions |
|---|---|

|  | **Name** | **I.D. Number** |
|---|---|---|
|  | SUNRAY RV, LLC | 0449084 |

| | |
|---|---|
| **Business Type*:** | LIMITED LIABILITY COMPANY |
| **Profit/Nonprofit:** | FOR PROFIT |
| **Status*:** | CHANGED |
| **Date of Formation/Qualification:** | 06/23/2003 |
| **Domestic/Foreign:** | DOMESTIC |
| **Place of Incorporation/Organization:** | CLAIBORNE |
| **Duration:** | PERPETUAL |
| **FYC(Fiscal Year Closing) Month:** | DECEMBER |

**Principal Office:**

| | |
|---|---|
| **Address Line 1:** | 405 SOUTH BROAD ST |
| **Address Line 2:** | |
| **City:** | NEW TAZEWELL |
| **State:** | TN |
| **Zip:** | 37825 |
| **Other than USA:** | |

**Registered Agent:**

| | |
|---|---|
| **Name:** | ALAN NEELY |
| **Address Line 1:** | 405 SOUTH BROAD ST |
| **Address Line 2:** | |
| **City:** | NEW TAZEWELL |
| **State:** | TN |
| **Zip:** | 37825 |

Business Filing History

\* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



## Secretary of State
# Business Information Search

| Secretary of State Web Site | Instructions |
|---|---|

| Business Name | I.D. Number | Status |
|---|---|---|
| SUNRAY INVESTMENTS, LLC | 0449084 | ACTIVE |

| Document Reference | Date | Filing Type | Filing Action |
|---|---|---|---|
| 6239-0233 | 03/07/2001 | CERTIFICATE OF REINSTATEMENT | |
| 4846-0181 | 06/23/2003 | ARTICLES OF ORGANIZATION | |
| 5100-2092 | 04/01/2004 | ANNUAL RPT FILED | 04/02/2004 |
| 5351-0027 | 04/01/2005 | ANNUAL RPT FILED | 01/21/2005 |
| 5725-2406 | 03/21/2006 | ARTICLES OF AMENDMENT | Name Changed |
| 5675-2493 | 04/01/2006 | ANNUAL RPT FILED | 02/02/2006 |
| 6236-2123 | 04/01/2007 | ANNUAL RPT FILED | 03/06/2008 |
| ROLL 6065 | 06/21/2007 | NOTICE OF DETERMINATION | |
| ROLL 6097 | 08/27/2007 | CERTIFICATE OF ADMINSTRATIVE DISSOLUTION | |
| 6236-2124 | 03/06/2008 | REINSTATEMENT FOLLOWING ADMIN DISSOLUTION | |

This information is current as of three working days prior to today's date (except for some annual reports filed during the first four months of the calendar year).

Search Again

Report a Technical Issue

**EXHIBIT 4**

ASSET PURCHASE AGREEMENT

OF

GILES INDUSTRIES OF TAZEWELL, INCORPORATED
R.O. GILES ENTERPRISES, INC.

SALE TO

GILES ACQUISITION CORP.

AND OF

SUNRAY RV, LLC

SALE TO

SUNRAY ACQUISITION, LLC

******

## ASSET PURCHASE AGREEMENT

This Asset Purchase Agreement is made and entered into as of the 3rd day of March, 2006, by and among Giles Industries of Tazewell, Incorporated, a Tennessee corporation ("Industries"), SunRay RV, LLC, a Tennessee limited liability company ("SunRay"), and R.O. Giles Enterprises, Inc., a Tennessee corporation ("Enterprises") (Industries, SunRay and Enterprises collectively, the "Sellers" and individually, a "Seller"); and Giles Acquisition Corp., an Alabama corporation ("Giles Acquisition Corp."), and SunRay Acquisition, LLC, an Alabama limited liability company ("SunRay Acquisition, LLC") (Giles Acquisition Corp. and SunRay Acquisition, LLC, collectively, the "Purchasers" and individually a "Purchaser"); and Southern Energy Homes, Inc., a Delaware corporation (the "Company"), relating to the purchase of the business and assets of Sellers. Alan C. Neely, who is the sole member of SunRay, the President of Industries and SunRay, and a holder of beneficial interest in Industries and Enterprises, is made a party to this Agreement solely for the purpose of Section 3.30 and Section VIII, and, in his capacity as Sellers Agent, solely for the purpose of Section VII.

### RECITALS:

A.  Industries owns and operates a business that manufactures and sells manufactured housing units at two facilities located in New Tazewell, Tennessee, doing business as "Giles Industries" (the "Industries Business"), SunRay owns and operates a business that manufactures and sells towable travel trailers at a facility located in New Tazewell, Tennessee, doing business as "SunRay RV" (the "SunRay Business") (the Industries Business and the SunRay Business collectively, the "Business"), and Enterprises owns certain real property used in the Industries Business.

B.  Each of Industries, SunRay and Enterprises is affiliated with the other by virtue of controlling, being controlled by or under common control with, the others. The individual beneficial owners of the respective Sellers are all members of the same family.

C.  Giles Acquisition Corp. is a wholly-owned subsidiary of the Company, and SunRay Acquisition, LLC is a wholly-owned subsidiary of Giles Acquisition Corp.

D.  Industries and SunRay desire to sell and the Purchasers desire to purchase the Business and all of the properties, assets, trade names, contracts, rights and other things of value owned by Industries and SunRay and used in the Business, and Enterprises desires to sell, and the Purchasers desire to purchase, the real estate upon which the Industries Business is located, subject to certain of their respective current liabilities and certain other stated obligations of the Sellers, all on the terms and conditions hereinafter set forth.

E.  The parties have agreed upon the terms and conditions of such sale and purchase and are setting out their agreement herein.

NOW, THEREFORE, in consideration of the premises, the covenants, promises and agreements hereinafter contained and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

## Section I
## SALE AND PURCHASE OF ASSETS AND ASSUMPTION OF LIABILITIES

1.1     **Sale and Purchase of Assets.**   On the terms and conditions set forth herein, the respective Sellers hereby agree to transfer, sell, convey and assign to Purchasers, free and clear of all liens and encumbrances (except those securing the Assumed Liabilities), and Purchasers agree to purchase from Sellers, the assets of Sellers of every kind and description used in the operation of the Business, wherever located, (collectively, the "Purchased Assets") including, without limitation, the assets hereinafter specifically described; provided, however, that the Purchased Assets shall not include the following (the "Excluded Assets"):

A.     **All Sellers.**  The following assets of each of the Sellers:

(i)     company charter, articles and other organizational documents, minute books and membership ownership record books, qualifications to conduct business as a foreign corporation or company, taxpayer and other identification numbers, seals, minute books, stock transfer books, blank stock certificates, and other documents relating to the organization, maintenance, and existence of the Sellers as legal entities, all income tax returns and work papers directly relating to income tax returns, and any of the rights of the Sellers under this Agreement;

(ii)     Sellers' bank account(s) established  for the purpose of receiving the proceeds of this  sale, and which will contain less than $100.00 immediately prior to the Closing;

(iii)     prepaid excise and/or franchise taxes, to the extent attributable to periods after the Closing;

(iv)     insurance policies and the right to proceeds thereunder (except as provided in Section 9.6 and except proceeds paid for property damage that is unrepaired at the Closing);

(v)     employee benefit plans, arrangements and agreements; and

(vi)     leases of personal property leased by the Sellers and used in the operation of the Business that are not assignable according to the terms of such leases, as listed on Schedule 1.1A(vi).

B.     **Industries.**  The following assets of Industries:

(i)     certificates of deposits listed on Schedule 1.1B(i) in the aggregate principal amount of $3,550,000;

(ii)     Charles Schwab Account in the amount of $402,864.41, as of January 31, 2006, and as it may be adjusted prior to the Closing;

(iii)     life insurance policies listed on Schedule 1.1B(iii) having approximately $1,296,200 in aggregate cash surrender value;

(iv)     the specific prepaid items listed on Schedule 1.1B(iv); and

2

███████those certain real properties known and identified on Industries' financial statements as the "Countryside Subdivision" and "Land" and having a current value on Industries' balance sheet dated as of December 31, 2005 of approximately $210,096 and $55,100, respectively, and more particularly described on Schedule 1.1B(v)(v).

1.2    **Purchased Assets.** Purchased Assets shall include, without limitation, the following assets owned by the respective Sellers and used in the Business as of the Closing Date (as defined in Section 12.1):

A.    **Assets of Industries and SunRay:**

(i)    **Cash.** Except as described in Section 1.1B(i), all of the remaining cash and cash equivalents of Industries and SunRay at the Closing Date, including, without limitation, such amounts deposited in any bank account or petty cash fund of Industries and SunRay, and including the transfer of Industries' and SunRay's bank accounts;

(ii)    **Inventory.** All of the inventory of Industries and SunRay in respect of the Business at the Closing Date, including raw materials, work-in-process, finished goods and inventory;

(iii)    **Accounts Receivable.** All of the accounts receivable and other receivables of Industries and SunRay at the Closing Date (the "Accounts Receivable");

(iv)    **Fixed Property, Plant and Equipment.** All buildings, structures, improvements and fixtures located thereon, including all electrical, mechanical, plumbing and other building systems, fire protection, security and surveillance systems, telecommunications, computer, wiring, and cable installations; utility installations, water distribution systems, and landscaping (the "Property and Plant"), and all machinery and equipment, tooling, vehicles, software, computers, supplies, desks, chairs, tables, furniture, fixtures and all other personal property of Industries and SunRay used in the operation of the Business, including but not limited to those items listed on Schedule 1.2A(iv) (the "Equipment");

(v)    **Leases.** Except as described in Section 1.1A(vi), the assignment of Industries and SunRay in and to the leases of the personal property leased by Industries and SunRay, respectively, and used in the operation of the Business, including but not limited to those leases listed on Schedule 1.2A(v) attached hereto (the "Leases");

(vi)    **Contracts.** All of Industries' and SunRay's right, title and interest in and to all contracts and agreements relating to the Business, limited however, to those Contracts listed on Schedule 1.2A(vi) attached hereto (the "Contracts");

(vii)    **Intellectual Property.** Industries' and SunRay's company name and all of their respective patents, trademarks, service marks and trade names,

3