UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873<br>SECTION N-4 |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | MAG. JUDGE ROBY |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Newly Added Defendants Giles Industries, Inc.'s and SunRay RV, LLC's Motion for Summary Judgment will be brought on for hearing before the Honorable Judge Kurt Engelhardt on the 4th day of June, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted:

/s/ James K. Carroll
JAMES K. CARROLL (#3898), T.A.
STEPHANIE D. SKINNER (#21100)
KATI COX WEAVER (#30878)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone 523-2600
Fax 523-2705
jcarroll@frc-law.com; sskinner@frc-law.com
kcox@frc-law.com
Attorneys for Newly Added Defendants

And

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 19th day of May 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-filing, telefax or by United States Mail, postage prepaid.

/s/ James K. Carroll