UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On May 28, 2008, the Court held a telephone status conference with the following individuals participating: Gerald Meunier, Justin Woods, Andrew Weinstock, Taylor Daly, and Linda Nelson. The testing of occupied units was discussed.

New Orleans, Louisiana, this 28th day of May, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**