UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                      SECTION "N" (4)

THIS DOCUMENT RELATES TO
The Administrative Master Complaint

## ORDER

**IT IS ORDERED** that the hearing on the **Newly Added Defendants Giles Industries, Inc.'s and Sunray RV, LLC's Motion for Summary Judgment (Rec. Doc. 295)**, currently set for Wednesday, June 6, 2008, is **CONTINUED** to **Wednesday, July 16, 2008**, without oral argument.

New Orleans, Louisiana, this 29th day of May, 2008.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**