MINUTE ENTRY
ENGELHARDT, J.
May 28, 2008

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A telephone conference was conducted on Wednesday, May 28, 2008, at 12:45 p.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants. Also participating were Linda J. Nelson and Taylor Daly.

JS10(00:20)