UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT RELATES TO: ALL CASES
DOCUMENT NOS. 232, 249, 262, 271, 273, 275,
277, 279 AND 281

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC MEMORANDUM IN RESPONSE TO
MOTIONS TO STAY OR TO EXTEND DISCOVERY,
TESTING AND PROCEDURAL DEADLINES**

**MAY IT PLEASE THE COURT:**

Recently-added defendants herein[1] have moved this Court for an Order to stay or to extend certain discovery testing and procedural deadlines as applied to them. The PSC opposes the entry of a stay order on the bases that (a) such a stay will severely and negatively impact the completion of the proposed statistical sample model plaintiffs propose to introduce as evidence in this matter, and (b) this Court has made clear its intentions to minimize the ongoing costs of the U.S. Government which result from the "litigation hold" that has been placed on the emergency housing units (ehu's) that are the subject of this litigation.

---

[1] CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Scotbilt Homes, Inc., Indiana Building Systems, LLC, d/b/a Holly Park, Redman Homes, Inc., River Birch Homes, Inc., Patriot Homes, Inc., Liberty Homes, Inc., Waverlee Homes, Inc., Dutch Housing, Inc., and Cavalier Home Builders, LLC.

The requested stay order's impact on timely completion of plaintiffs' statistical model (a model dependent on test results as to all defendant manufacturers, including those recently added to the litigation) will extend not just to case management of the "merits" phase of this MDL, but also to class certification. Indeed, the model is essential to plaintiffs' presentation of class-wide or common issues.

Moreover, having gone to great lengths in order to meet the deadlines for testing set out in Pre-Trial Order Number 3 (DOC 123), the PSC accepts as a priority the directive that all parties complete testing so that the U.S. Government may begin the process of destroying / dismantling travel trailers and thereby lessen the tax-payer burden of paying to store these units. The Court's deadlines also reflect the importance of testing mobile housing units so that they become available to the victims of future natural and man-made disasters. A stay order at this time will frustrate these objectives.

As an alternative to the entry of a stay order, however, the PSC does <u>not</u> oppose the extension of testing deadlines as applicable to these newly-added defendants. The PSC also is prepared to accommodate and notify each of these defendants of any testing that has been, or is, scheduled to take place with respect to their units.

All parties in this litigation have worked diligently to honor the wishes of this Court to complete testing and free the litigation hold on housing units in the Government's inventory. The PSC will make every effort to work with the newly-added defendants to accomplish this task.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  s/Justin I. Woods
                                                  JUSTIN I. WOODS, #24713