UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## EX PARTE REQUEST FOR ORAL ARGUMENT

Pursuant to Uniform Local Rule 78.1E, Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") hereby requests oral argument on its Motions to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement (doc. no. 240).

The hearing on such Motions is currently scheduled for July 16, 2008. However, the Court has already granted oral argument as to similar Motions for other Manufactured Home Defendants for July 23, 2008. Accordingly, IBS requests that it be granted oral argument on its Motions to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement (doc. no. 240) on July 23, 2008.

IBS believes that oral argument will assist the Court in its ruling on this matter.

WHEREFORE, IBS respectfully requests that the Court grant oral argument on its Motions to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement.

805686.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park*

805686.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Request for Oral Argument has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
_____
David R. Kelly

805686.1