STATE OF TEXAS

COUNTY OF DALLAS

### AFFIDAVIT OF HICKS B. MORGAN

Before me, the undersigned notary in and for the state and county mentioned above, personally came and appeared Hicks B. Morgan, who, after being duly sworn, did state as follows:

1.    My name is Hicks B. Morgan. I am over 18 years of age and my address is _2800 McCree Rd Garland, TX_. I have personal knowledge of the following facts.

2.    I am General Counsel of Morgan Buildings & Spas, Inc. and have served in that capacity since _1978_. Morgan Building Systems, Inc. merged into Morgan Buildings & Spas, Inc. in January 1994, and no longer exists.

3.    Morgan Buildings & Spas, Inc. sold travel trailers to the United States Federal Emergency Management Agency (FEMA) after Hurricanes Katrina and Rita.

4.    Morgan Buildings & Spas, Inc. is not and never has been a designer or manufacturer of any travel trailers, park models, mobile homes, manufactured homes, recreational vehicles, or any other temporary housing unit sold to FEMA after Hurricanes Katrina and Rita.

5.    The statements made in this affidavit are true and correct and are based on my personal knowledge.

Signed this _28th_ day of _May_, 2008.

_Hicks B. Morgan_
Hicks B. Morgan, General Counsel
Morgan Buildings & Spas, Inc.

Sworn and subscribed before me, on this _28th_ day of _May_, 2008.

BARBARA A. GARY
MY COMMISSION EXPIRES
August 1, 2011

_Barbara A. Gary_
NOTARY PUBLIC (Signature)
_BARBARA A. GARY_
NOTARY PUBLIC (Printed Name)
Notary Number: _N/A_
Commission Expires: _8-1-2011_

298035.1