UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * SECTION: "N-4" |
| VERSUS | * JUDGE ENGLEHARDT |
| THIS PLEADING REFERS TO: <br> Stephanie Pujol, et al v. United States, et al <br> Docket No. 08 - 3217 | * MAGISTRATE ROBY |

*********************************************************************

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Horton Homes, Inc. and, submits this Corporate Disclosure Statement relating to the referenced underlying litigation, Docket No. 08-3217:

1. Horton Homes, Inc. asserts that it is a privately held corporation with no parent corporation;

2. Horton Homes, Inc. asserts that it is not a subsidiary or affiliate of a publicly-owned corporation;

3. Horton Homes, Inc. asserts that it has no knowledge of any publicly-owned corporation that has a direct financial interest in the outcome of this case; and

4. Horton Homes, Inc. asserts that it is not a trade association.

WHEREFORE, Horton Homes, Inc. prays that the foregoing Corporate Disclosure

Statement be deemed good and sufficient.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:        (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of June 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*