## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER       *   MDL NO. 1873
FORMALDEHYDE          *
PRODUCT LIABILITY LITIGATION   *
                                   *   SECTION:   "N-4"
VERSUS                             *
                                   *   JUDGE ENGLEHARDT
THIS PLEADING REFERS TO:      *   MAGISTRATE ROBY
Stephanie Pujol, et al v. United States, et al
Docket No. 08 - 3217
*******************************************************************

## AMENDED CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes Horton Homes, Inc. and,

submits this Amended Corporate Disclosure Statement relating to the referenced underlying

litigation, Docket No. 08-3217:

1.   Horton Homes, Inc. asserts that it is a privately held corporation and a subsidiary of Horton Industries, which is also a privately-held company;

2.   Horton Homes, Inc. asserts that it is not a subsidiary or affiliate of a publicly-owned corporation;

3.   Horton Homes, Inc. asserts that it has no knowledge of any publicly-owned corporation that has a direct financial interest in the outcome of this case; and

4.   Horton Homes, Inc. asserts that it is not a trade association.

-1-

WHEREFORE, Horton Homes, Inc. prays that the foregoing Corporate Disclosure Statement be deemed good and sufficient.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:          (337) 237-7000
FACSIMILE:           (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of June, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*