**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | **MDL NO. 07-1873** |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | **SECTION "N-4"** |
| | ) | |
| | ) | **JUDGE ENGELHARDT** |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | **MAG. JUDGE ROBY** |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION
TO STAY OR TO EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES
SOLELY AS THEY RELATE TO NEW DEFENDANTS CMH MANUFACTURING, INC.,
SOUTHERN ENERGY HOMES, INC., GILES INDUSTRIES, INC., PALM HARBOR
MFG., LP, AND PALM HARBOR ALBEMARLE, LLC**

**NOW INTO COURT**, through undersigned counsel, come Newly Added Defendants

CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor

Mfg., LP and Palm Harbor Albermarle, LLC (collectively hereinafter referred to as "New

Defendants") who move this Honorable Court for leave to file the attached Reply Memorandum

in Support of Motion to Stay or to Extend Discovery, Testing, and Procedural Deadlines Solely

As They Relate to New Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc.,

Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC.  Counsel for

plaintiffs has been contacted and has no opposition to the granting of the instant motion.

RESPECTFULLY SUBMITTED:

___*/s/ James K. Carroll*_____
JAMES K. CARROLL, T.A. (#3898)
One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.   I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

___*/s/ James K. Carroll*_____