**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY OR TO EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES SOLELY AS THEY RELATE TO NEW DEFENDANTS CMH MANUFACTURING, INC., SOUTHERN ENERGY HOMES, INC., GILES INDUSTRIES, INC., PALM HARBOR MFG., LP, AND PALM HARBOR ALBEMARLE, LLC**

**MAY IT PLEASE THE COURT:**

Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC (collectively hereinafter referred to as "New Defendants") respectfully request leave to file the attached Reply Memorandum in Support of Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely As They Relate to New Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC

In support of its Motion to Stay or To Extend Discovery, Testing and Procedural Deadlines, New Defendants argued that this Court did not have subject matter jurisdiction over the plaintiffs' claims against New Defendants. Plaintiffs' Response Memorandum does not contest this fact, does not address the requested extension of deadlines as they relate to discovery and procedural issues, and expressly does not oppose extension of the testing deadlines as applicable to New Defendants. As such, New Defendants request the opportunity to clarify these facts and issues in a brief reply.

For the foregoing reasons, New Defendants respectfully request leave to file the attached Reply Memorandum in Support of Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely As They Relate to New Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC. Counsel for plaintiffs has been contacted and has no opposition to the granting of the instant motion. The Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely As They Relate to New Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC is currently scheduled for June 4, 2008.

    Respectfully submitted,

    /s/ *James K. Carroll*
    James K. Carroll
    One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- And-

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 2nd of June, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          */s/ James K. Carroll*
                                          Of Counsel