UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

## ORDER

Considering the foregoing Motion and Memorandum for Leave to File Reply Memorandum in Support of Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC;

**IT IS ORDERED** that Newly Added Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, be and hereby are granted leave to file their Reply Memorandum in Support of Motion to Stay or to Extend Discovery, Testing, and Procedural Deadlines Solely As They Relate to New Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
HONORABLE JUDGE KURT D. ENGELHARDT