UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 07-1873<br>*<br>* SECTION "N-4"<br>*<br>* JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | *<br>* MAG. JUDGE KAREN WELLS ROBY<br>* |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY OR EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES**

**MAY IT PLEASE THE COURT:**

Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park ("IBS"), respectfully requests leave to file the attached Reply Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines solely as they relate to IBS.

In support of its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines, IBS argued that this Court did not have subject matter jurisdiction over the plaintiffs' claims against IBS. Plaintiffs' Response Memorandum does not contest this fact, does not address the requested extension of deadlines as they relate to discovery and procedural issues, and expressly does not oppose extension of the testing deadlines as applicable to IBS. As such, IBS requests the opportunity to clarify these facts and issues in a brief reply.

For the foregoing reasons, IBS respectfully requests leave to file the attached Reply Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines solely as they relate to IBS. Counsel for plaintiffs has been contacted and has no opposition to the granting of the instant motion. The Motion to Stay or Extend Discovery,

806538.1

Testing and Procedural Deadlines solely as they relate to IBS is currently scheduled for June 4, 2008.

                              RESPECTFULLY SUBMITTED,

                              BREAZEALE, SACHSE & WILSON, L.L.P.
                              One American Place, 23rd Floor
                              Post Office Box 3197
                              Baton Rouge, Louisiana 70821-3197
                              Telephone: 225-387-4000
                              Fax: 225-381-8029

                              /s/ David R. Kelly
                              David R. Kelly, T.A. (#1457)
                              Stephen R. Whalen (#27401)
                              Jennifer C. Dyess (#31144)

                              ***Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br>SECTION "N-4"<br>JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Leave to File Reply Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
_____
David R. Kelly

806538.1