UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * * | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE KAREN WELLS ROBY |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | | |

## REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY OR EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES

**MAY IT PLEASE THE COURT:**

In support of its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines (doc no. 241), Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park ("IBS"), hereby adopts and joins in on the Reply Memorandum in Support of Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (doc. no. 307).

WHEREFORE, IBS respectfully requests that this Court grant its Motion to Stay or Extend Discovery, Testing and Procedural Deadlines solely as they relate to IBS, until this Court rules upon IBS's Motion to Dismiss. Such an order should allow all other parts of the case to proceed generally against the existing Defendants in this matter, just not as to those housing units manufactured by IBS.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

806525.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Reply Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
David R. Kelly

806525.1