UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　SECTION "N-4"
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

DEFENDANT UNITED STATES OF AMERICA'S REQUEST FOR
ORAL ARGUMENT ON ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND
CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

　　　Defendant, United States of America (United States) hereby moves and request, pursuant to Pretrial Order No. 2 §I(C) and Pretrial Order No. 10 §4, oral argument on its Fed. R. Civ. P. 12(b)(1), or alternatively Fed. R. Civ. P. 56(c), dismissal of Plaintiffs' Federal Tort Claims Act claims (Count 2) and contract claims (Counts 1 and 3) for lack of subject matter jurisdiction [Docket No. 196] that is set for hearing at 9:30 a.m. on July 16, 2008. The United States in its Motion to Dismiss [Docket No. 196] requested oral argument, and files this Request for Oral Argument to ensure compliance with Pretrial Order No. 2 §I(C) and Pretrial Order No. 10 §4.

　　　The United States believes that oral argument will assist the Court in ruling on this motion.

**Defendant USA's Request For Oral Argument**
**On Motion To Dismiss, Docket No. 196**

| | |
|---|---|
| Dated: June 3, 2008. | Respectfully Submitted, |
| | GREGORY S. KATSAS<br>Assistant Attorney General, Civil Division |
| | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General, Civil Division |
| | J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division |
| | MICHELLE BOYLE<br>Trial Attorney |
| OF COUNSEL | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel<br>JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, the foregoing Request for Oral Argument was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)

**Defendant USA's Request For Oral Argument
On Motion To Dismiss, Docket No. 196**