UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING Motion and Memorandum for Leave to File Reply Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines solely as they relate to IBS:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Newly Added Defendant, IBS, be and hereby is granted leave to file its Reply Memorandum in Support of Motion to Stay or Extend Discovery, Testing and Procedural Deadlines solely as they relate to IBS.

New Orleans, Louisiana, this ___3rd___ day of _____June_____, 2008.

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

806539.1