**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**


**MDL NO. 1873**

**IN RE: FEMA TRAILER**
**FORMALDEHYDE**                              **SECTION "N-4"**
**PRODUCT LIABILITY LITIGATION**              **JUDGE ENGELHARDT**
                                              **MAG. JUDGE ROBY**


**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *


**DEFENDANT UNITED STATES' *EX PARTE* MOTION FOR LEAVE**
**TO FILE RESPONSE OUT OF TIME**


Defendant United States, pursuant to Local Rules 7.3 and 7.9, hereby moves for leave to

file a brief Response, out of time, to the newly-added Defendants' Motions to Stay or Extend

Discovery, Testing and Procedural Deadlines [Dkt. Nos. 232, 249, 262, 271, 273, 275, 277, 279,

281, and 283].  The United States respectfully brings this request due to the impact the requested

stays or extensions, only with respect to the testing of emergency housing units, might have on

FEMA's operations, and due to FEMA's extensive negotiations and activities to date, undertaken

with Liaison Counsel, which have resulted in Court-ordered deadlines, and certain extended

deadlines pursuant to the parties' agreement.  The undersigned has conferred with Defense

Liaison Counsel, and Counsel for the newly-added Defendants, who do not oppose this Motion.

A proposed Order is submitted herewith for the Court's consideration.

Dated: June 3, 2008                       Respectfully Submitted,

                                          Assistant Attorney General, Civil Division

                                          GREGORY S. KATSAS
                                          Deputy Assistant Attorney General, Civil Division

                                          J. PATRICK GLYNN
                                          Director, Torts Branch, Civil Division

                                          HENRY T. MILLER
                                          Senior Trial Counsel

                                          //S// *Michelle G. Boyle*
                                          Michelle G. Boyle (VA Bar No. 73710)
                                          Trial Attorney
                                          United States Department of Justice
                                          Civil Division – Torts Branch
                                          P.O. Box 340, Ben Franklin Station
                                          Washington, D.C. 20004
                                          Telephone No:  (202) 616-4447
                                          E-mail: Michelle.Boyle@USDOJ.Gov

                                          Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2008, the foregoing *Ex Parte* Motion for Leave to File

Response Out of Time was filed via the U.S. District Court's CM/ECF electronic filing system

and a copy thereof was served upon Liaison Counsel.


//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (VA Bar No. 73710)