**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

|  |  |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | **SECTION "N-4"** |
| **PRODUCT LIABILITY LITIGATION** | **JUDGE ENGELHARDT** |
|  | **MAG. JUDGE ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has reviewed defendant United States' *Ex Parte* Motion for Leave to File Response Out of Time, and finds that the United States has shown good cause for the relief it seeks. Accordingly, it is hereby

ORDERED that the United States' Motion is GRANTED.

ENTERED this \_\_\_\_ day of _____.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE