UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

---

### MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF SCOTBILT HOMES, INC.'S MOTION TO STAY OR EXTEND ALL DISCOVERY, TESTING AND PROCEDURAL DEADLINES

COMES NOW the Defendant, ScotBilt Homes, Inc., and files this Motion for Leave to File a Reply Memorandum in Support of its Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines (Docket Entry 249) in this case.

ScotBilt Homes, Inc., joined in the arguments presented by the newly added defendants (CMH Manufacturing, Inc. *et al.*) Defendant joined in and adopted the arguments presented in the the Motion to Stay or Extend Discovery, Testing and procedural deadlines filed by the co-defendant,

-1-

CMH Manufacturing, Inc., et al. In support of its Motion to Stay or Extend Discovery, Tsting and Procedural Deadlines, ScotBilt argued that this Court did not have subject matter jurisdiction over the plaintiffs' claims against ScotBilt.  Plaintiffs' Response Memorandum does not contest this fact, does not address the requested extension of deadlines as they relate to discovery and procedural issues, and expressly does not oppose extension of the testing deadlines as applicable to ScotBilt. ScotBilt Holmes now seeks leave to file a reply memorandum in support of its Motion.

WHEREFORE, ScotBilt Homes, Inc. prays that this Honorable Court will issue an order granting it leave to file its reply memorandum in support of its Motion to Stay or Extend all Discovery, Testing and Procedural Deadlines in this case as it relates to ScotBilt Homes, Inc.

>Respectfully submitted,
>
>NIELSEN LAW FIRM, L.L.C.
>
>*/s/ Thomas C. Pennebaker*
>THOMAS C. PENNEBAKER, LA.S.B. 24597
>WILLIAM R. DeJEAN, LA.S.B. 22762
>3838 N. Causeway Blvd., Suite 2850
>Metairie, Louisiana 70002
>Tel. (504) 837-2500
>Fax (504) 832-9165
>Email: tpennebaker@nielsenlawfirm.com
>          wdejean@nielsenlawfirm.com

        AND

        GORDON, ARATA, McCOLLUM, DUPLANTIS
        & EAGAN, L.L.P.

        TERRENCE KNISTER, LA.S.B. 7755
        ANNE P. BIRDSONG, LA.S.B. 21478
        201 St. Charles Avenue, 40th Floor
        New Orleans, Louisiana  70170
        Tel. (504) 582-1111
        Fax (504) 582-1121
        Email: tknister@gordonarata.com
                abirdsong@gordonarata.com

        Counsel for Scot Bilt Homes, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 3rd day of June, 2008.

        /s/   *Thomas C. Pennebaker*