UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

---

**MEMORANDUM IN SUPPORT OF
SCOTBILT HOMES, INC.'S MOTION TO STAY OR EXTEND ALL
DISCOVERY, TESTING AND PROCEDURAL DEADLINES**

MAY IT PLEASE THE COURT:

ScotBilt Homes, Inc. has been in this case for a total of forty (40) days. It was brought into this case in late April of 2008, by the filing of the Amended Master Complaint in this case, and after several pretrial orders has already been issued by the Court setting burdens and deadlines for the already existing defendants to comply with. One of those deadlines was the May 19th deadline to file Rule 12 Motions. Concurrently with the filing of those Motions, CMH Manufacturing, Inc., et

-1-

al., ScotBilt Homes, Inc., et al, Horton Homes, Inc., and several other newly added defendants all filed or joined in a similar motion to stay or extend all discovery deadlines in that case.

ScotBilt Homes, Inc. seeks to file a Reply Memorandum in Support of its Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines in this case so as to address issues raised by the plaintiffs in their Response Memorandum.[1]  A copy of the proposed Reply is attached hereto as Exhibit A.

WHEREFORE, ScotBilt Homes, Inc. prays that this Honorable Court will issue an order granting the instant motion for leave to file a reply memorandum and allow the reply to be filed on the record.

 

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

*/s/ Thomas C. Pennebaker*
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
       wdejean@nielsenlawfirm.com

AND

---

[1] At the time of the filing of this Motion to Leave to File a Reply, the Federal Emergency Management Agency has not responded at all to this Motion.  It may very well be that a further reply is sought by ScotBilt in the future if FEMA or any other party or newly added party weighs in on the Motion after this reply is filed by ScotBilt.

>GORDON, ARATA, McCOLLUM, DUPLANTIS & EAGAN, L.L.P.
>
>TERRENCE KNISTER, LA.S.B. 7755
>ANNE P. BIRDSONG, LA.S.B. 21478
>201 St. Charles Avenue, 40th Floor
>New Orleans, Louisiana  70170
>Tel. (504) 582-1111
>Fax (504) 582-1121
>Email: tknister@gordonarata.com
>           abirdsong@gordonarata.com
>
>Counsel for ScotBilt Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 3rd day of June, 2008.

>/s/   *Thomas C. Pennebaker*