UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

---

### ORDER CONCERNING THE FILING OF A REPLY MEMORANDUM BY SCOTBILT HOMES, INC.'S IN SUPPORT OF ITS MOTION TO STAY OR EXTEND ALL DISCOVERY, TESTING AND PROCEDURAL DEADLINES

It is hereby ORDERED that the Motion for Leave to file a Reply Memorandum in Support of ScotBilt Homes, Inc's. Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines is GRANTED.

Done and signed this _____ day of _____, 2008 in New Orleans, Louisiana.

_____
Judge Kirk Engelhardt