UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 (07-1873) SECTION "N-4" JUDGE ENGELHARDT MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

---

**REPLY MEMORANDUM IN SUPPORT OF
SCOTBILT'S MOTION TO STAY OR EXTEND ALL
DISCOVERY, TESTING AND PROCEDURAL DEADLINES**

MAY IT PLEASE THE COURT:

ScotBilt Homes, Inc. is a newly added defendant first brought into the case as a result of the filing of the Amended Master Complaint by the plaintiffs in this case. At this point in time, based upon the pleadings to date ScotBilt Homes, Inc. has no evidence that it has been properly sued in this

-1-

matter, or that there is an Article III justiciable case or controversy[1] before the court.   There is no evidence of a concrete harm[2] to any named Plaintiff such that the court would have jurisdiction. ScotBilt Homes, Inc. joins in and adopts the arguments of the co-defendants, CMH Manufacturing, Inc., *et al.* filed in its Reply Memorandum (Docket Entry 307) in support of its ScotBilt Homes, Inc.'s Motion to Stay or Extend All Procedural, Testing and Discovery Deadlines (Docket Entry 249)..

---

[1] Article III of the Constitution limits the judicial power of the United States to the resolution of "Cases" and "Controversies," and " 'Article III standing ... enforces the Constitution's case-or-controversy requirement.' "*DaimlerChrysler Corp. v. Cuno,* 547 U.S. 332, 126 S.Ct. 1854, 1861, 164 L.Ed.2d 589 (2006) (quoting *Elk Grove Unified School Dist. v. Newdow,* 542 U.S. 1, 11, 124 S.Ct. 2301, 159 L.Ed.2d 98 (2004)). " 'No principle is more fundamental to the judiciary's proper role in our system of government' than the constitutional limitation of federal-court jurisdiction to actual cases or controversies.' " *Raines v. Byrd,* 521 U.S. 811, 818, 117 S.Ct. 2312, 138 L.Ed.2d 849 (1997) (quoting *Simon v. Eastern Ky. Welfare Rights Organization,* 426 U.S. 26, 37, 96 S.Ct. 1917, 48 L.Ed.2d 450 (1976)).

[4] "[O]ne of the controlling elements in the definition of a case or controversy under Article III" is standing. *ASARCO Inc. v. Kadish,* 490 U.S. 605, 613, 109 S.Ct. 2037, 104 L.Ed.2d 696 (1989) (opinion of KENNEDY, J.). The requisite elements of Article III standing are well established: "A plaintiff must allege personal injury fairly traceable to the defendant's allegedly unlawful conduct and likely to be redressed by the requested relief." *Allen v. Wright,* 468 U.S. 737, 751, 104 S.Ct. 3315, 82 L.Ed.2d 556 (1984).

[2] As Justice KENNEDY explained in his *Lujan v. Defenders of Wildlife,* 504 U.S. 555, 562 (1992) concurrence:

"While it does not matter how many persons have been injured by the challenged action, the party bringing suit must show that the action injures him in a concrete and personal way. This requirement is not just an empty formality. It preserves the vitality of the adversarial process by assuring both that the parties before the court have an actual, as opposed to professed, stake in the outcome, and that the legal questions presented ... will be resolved, not in the rarified atmosphere of a debating society, but in a concrete factual context conducive to a realistic appreciation of the consequences of judicial action." 504 U.S., at 581, 112 S.Ct. 2130 (internal quotation marks omitted).

WHEREFORE, the Defendant prays that this Honorable Court will issue an order staying or extending all discovery, testing, and procedural deadlines in this case as it relates to ScotBilt Homes, Inc. until the Court rules upon the pending Rule 12 Motion to Dismiss filed by ScotBilt Homes, Inc. and the other newly-added defendants.

June 3, 2008

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

*/s/ Thomas C. Pennebaker*
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
         wdejean@nielsenlawfirm.com

AND

GORDON, ARATA, McCOLLUM, DUPLANTIS & EAGAN, L.L.P.

TERRENCE KNISTER, LA.S.B. 7755
ANNE P. BIRDSONG, LA.S.B. 21478
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170
Tel. (504) 582-1111
Fax (504) 582-1121
Email: tknister@gordonarata.com
         abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 3rd day of June, 2008.

      */s/   Thomas C. Pennebaker*