UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE UNITED STATES' RESPONSE TO NEWLY ADDED DEFENDANTS' MOTIONS TO STAY OR EXTEND DISCOVERY, TESTING AND PROCEDURAL DEADLINES**

The United States hereby responds to the newly-added Defendants' Motions to Stay or Extend Discovery, Testing and Procedural Deadlines [Dkt. Nos. 232, 249, 262, 271, 273, 275, 277, 279, 281, and 283]. The United States believes that most, if not all, of the issues raised in these Motions that affect FEMA's operations with respect to emergency housing units, have been resolved. Nevertheless, the United States hereby submits its brief response to these Motions, out of an abundance of caution.

Pursuant to the parties' agreement and Court Order, all testing of new and unused emergency housing units was to be coordinated with FEMA through Liaison Counsel, and completed by May 30, 2008. *See* Pretrial Order No. 4 ¶ 3. On May 30, 2008, FEMA and Liaison Counsel voluntarily agreed to extend this deadline for a limited number of units that remained to be tested at FEMA staging sites in Hope, Arkansas, and Baton Rouge, Louisiana. FEMA has been working closely with Liaison Counsel to provide Counsel with a reasonable opportunity to test units, which does not unduly burden FEMA's ability to move forward with its operations and plans for such units, including donating them to victims of future disasters.

It appears that the newly-added Defendants, as well as previously-named Defendants, may be requesting FEMA to hold certain new and unused units at Frostburg, Maryland, plus a few units at other sites, beyond the deadline and agreed-to extensions mentioned above.  While FEMA is attempting to accommodate these requests voluntarily, the Government does not believe these requests constitute good cause for the Court to stay and/or extend testing deadlines beyond the agreement stated above, for three reasons.  *First*, the units at issue are new, unused mobile home units and therefore are not at issue in this litigation.  *Second*, FEMA has already provided Liaison Counsel with an opportunity to inspect and/or test these units.  *Third*, although FEMA will attempt to accommodate the requests, FEMA requires the discretion to potentially deploy these units for disaster response operations at a critical time since this year's hurricane season has begun.

The Government recognizes, and appreciates, that all Defendants are attempting to complete their testing of new and unused units at Hope, only to return to Frostburg if necessary, after their review of the list of units that Plaintiffs' Liaison Counsel has tested.[1]  At that time, they should confer with FEMA to see if such additional testing at Frostburg is possible and/or unopposed, and file the appropriate Motion for a limited extension with the Court.

The Government does not oppose any of the other requests made by the newly-added Defendants through their Motions to Stay.

Accordingly, for the above reasons, the United States respectfully requests that the Court not alter the testing deadlines (including the limited extensions) to which FEMA has agreed with

---

[1] This is because Defendants are planning to test only a statistically significant subset of the new and unused units Plaintiffs have tested or will have tested upon completion at Hope.

Liaison Counsel, and further, that all future requests for testing, and the testing itself, be made and coordinated through Liaison Counsel.  Again, FEMA may attempt to accommodate requests to hold units beyond the time in which Liaison Counsel performs its testing, even at Hope.  However, the Government does not believe that the Court should order FEMA to do so, because that would require FEMA to move units and open up its staging sites more than once, for the same units to be tested by two different teams.  Finally, the Government requests that the Court not alter the testing deadline of September 2, 2008, for units that were previously occupied, by way of its consideration of these Motions or otherwise.  *See* Pretrial Order No. 3 ¶ 4.[2]

---

[2] The United States reserves the right to seek reimbursement of costs FEMA incurs as the result of testing being performed outside of the deadlines, both for the new and unused units, and for the previously occupied units.

Dated: June 3, 2008                                  Respectfully submitted,

                                                     GREGORY S. KATSAS
                                                     Assistant Attorney General, Civil Division

                                                     C. FREDERICK BECKNER, III
                                                     Deputy Assistant Attorney General, Civil Division

                                                     J. PATRICK GLYNN
                                                     Director, Torts Branch, Civil Division

                                                     HENRY T. MILLER
                                                     Senior Trial Counsel

                                                             //S//
                                                     _____
                                                     MICHELLE G. BOYLE (Va. Bar. No. 73710)
                                                     Trial Attorney
                                                     United States Department of Justice
                                                     Civil Division – Torts Branch
                                                     P.O. Box 340, Ben Franklin Station
                                                     Washington, D.C. 20004
                                                     Telephone No: (202) 616-4447
                                                     E-mail: Michelle.Boyle@usdoj.gov

                                                     Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAMS-JONES
Trial Attorney
Office of Chief Counsel
FEMA DHS
500 C Street, SW
Washington, D.C. 20472

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 3, 2008, the foregoing Memorandum was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                                                                         _____//S//_____
                                                                                               Michelle G. Boyle (Va. Bar No. 73710)