UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

## ORDER CONCERNING THE FILING OF A REPLY MEMORANDUM BY SCOTBILT HOMES, INC.'S IN SUPPORT OF ITS MOTION TO STAY OR EXTEND ALL DISCOVERY, TESTING AND PROCEDURAL DEADLINES

It is hereby ORDERED that the Motion for Leave to file a Reply Memorandum in Support of ScotBilt Homes, Inc's. Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines is GRANTED.

Done and signed this 4th day of June, 2008 in New Orleans, Louisiana.

Judge Kurt Engelhardt

-1-