UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO  
the Administrative Master Complaint

## ORDER

**IT IS ORDERED** that the oral argument on Defendant United States of America's Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. 196), currently set for July 16, 2008, is **CONTINUED** to **Wednesday, July 23, 2008, at 9:30 a.m.**

New Orleans, Louisiana, this 9th day of June, 2008.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**