UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING Request for Oral Argument:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Request for Oral Argument filed by Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") with respect to its Motions to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement (doc. no. 240) be GRANTED. IBS's Motions will come for hearing on July 23, 2008 at 9:30 a.m.

New Orleans, Louisiana, this 9th day of June, 2008.

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

805687.1