UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO:<br>*Stephanie G. Pujol v. USA, C.A. No. 08-3217* | |

**CORPORATE DISCLOSURE STATEMENT FOR SCOTBILT HOMES, INC. PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCUDURE**

COMES NOW the Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and makes the following corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant respectfully states as follows:

1. ScotBilt Homes, Inc. is a Georgia corporation with its principle place of business in Waycross, Georgia. There is no parent corporation or publicly held corporation owning ten (10%) percent or more of its stock. ScotBilt Homes, Inc. is a privately held corporation.

1

WHEREFORE, ScotBilt Homes, Inc. Prays that this Honorable Court will deem this corporate disclosure statement ot be good and sufficient.

>Respectfully submitted,
>
>NIELSEN LAW FIRM, L.L.C.
>
>/s/ Thomas C. Pennebaker
>THOMAS C. PENNEBAKER, LA.S.B. 24597
>WILLIAM R. DeJEAN, LA.S.B. 22762
>3838 N. Causeway Blvd., Suite 2850
>Metairie, Louisiana 70002
>Tel. (504) 837-2500
>Fax (504) 832-9165
>Email: tpennebaker@nielsenlawfirm.com
>         wdejean@nielsenlawfirm.com
>
>AND
>
>GORDON, ARATA, McCOLLUM, DUPLANTIS
>& EAGAN, L.L.P.
>
>TERRENCE KNISTER, LA.S.B. 7755
>ANNE P. BIRDSONG, LA.S.B. 21478
>201 St. Charles Avenue, 40th Floor
>New Orleans, Louisiana 70170
>Tel. (504) 582-1111
>Fax (504) 582-1121
>Email: tknister@gordonarata.com
>         abirdsong@gordonarata.com
>
>Counsel for ScotBilt Homes, Inc.

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 9th day of June, 2008.

>/s/   Thomas C. Pennebaker