UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### AMENDED CORPORATE DISCLOSURE STATEMENT FOR SCOTBILT HOMES, INC. PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCUDURE

COMES NOW the Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and makes the following amended[1] corporate disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure. Defendant respectfully states as follows:

1. ScotBilt Homes, Inc. is a Georgia corporation with its principle place of business in Waycross, Georgia. There is no parent corporation or publicly held corporation owning ten (10%) percent or more of its stock. ScotBilt Homes, Inc. is a privately

---

[1] The original corporate disclosures erroneously referred to the *Pujol* lawsuit in its caption, but that lawsuit has not been served upon ScotBilt Homes, Inc., and ScotBilt has not made an appearance in that action or waived service, and did not file these disclosures into that separate proceeding. This is submitted solely to correct the error in the caption.

1

held corporation.

WHEREFORE, ScotBilt Homes, Inc. Prays that this Honorable Court will deem this corporate disclosure statement ot be good and sufficient.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

/s/ Thomas C. Pennebaker
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
         wdejean@nielsenlawfirm.com

AND

GORDON, ARATA, McCOLLUM, DUPLANTIS & EAGAN, L.L.P.

TERRENCE KNISTER, LA.S.B. 7755
ANNE P. BIRDSONG, LA.S.B. 21478
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170
Tel. (504) 582-1111
Fax (504) 582-1121
Email: tknister@gordonarata.com
         abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 9th day of June, 2008.

/s/ Thomas C. Pennebaker