UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

## O R D E R

**THIS MATTER** is before the Court on behalf of Newly Added Defendants **CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC**'s Motion to Appear *Pro Hac Vice* of Lee E. Bains, Jr., Thomas W. Thagard III, Edward A. Hosp and Edward S. Sledge IV, in the captioned case;

**IT IS HEREBY ORDERED** that the motion is granted, and Lee E. Bains, Jr., Thomas W. Thagard III, Edward A. Hosp and Edward S. Sledge IV are hereby ADMITTED *pro hac vice* to appear and participate in this above action in association with Louisiana counsel, James K. Carroll, Stephanie D. Skinner and Kati Cox Weaver of Fowler Rodriguez Valdes-Fauli.

New Orleans, Louisiana this _____ day of _____, 2008.

_____
J U D G E