**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **LEE E. BAINS, JR.** was duly admitted to practice in said Court on **June 26, 1981**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **THOMAS W. THAGARD, III** was duly admitted to practice in said Court on **October 4, 1991**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EDWARD A. HOSP** was duly admitted to practice in said Court on **November 8, 1995**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: _Shirley Brown_
Deputy Clerk

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

**CERTIFICATE OF GOOD STANDING**

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EDWARD S. SLEDGE, IV** was duly admitted to practice in said Court on **October 22, 2003**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: _Shirley Brown_
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) | MDL NO. 07-1873 |
| | ) | SECTION "N-4" |
| | ) ) | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) ) | MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Thomas W. Thagard, III, being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
THOMAS W. THAGARD III

SWORN TO AND SUBSCRIBED
BEFORE ME THIS _6_ DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC

My Commission Expires: 02/28/2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) | MDL NO. 07-1873 |
| | ) | SECTION "N-4" |
| | ) ) | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) ) | MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Lee E. Bains, Jr., being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
LEE E. BAINS, JR.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6th DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC

My Commission Expires: 02/28/2010

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION ) ) ) | MDL NO. 07-1873 |
| ) | SECTION "N-4" |
| ) ) | JUDGE ENGELHARDT |
| ) | |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT ) ) ) | MAG. JUDGE ROBY |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Edward S. Sledge, IV, being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
EDWARD S. SLEDGE, IV

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9th DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC

My Commission Expires 8/20/09

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION )<br>)<br>)<br>)<br>)<br>)<br>THIS DOCUMENT IS RELATED TO )<br>THE ADMINISTRATIVE MASTER )<br>COMPLAINT ) | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Edward A. Hosp, being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
EDWARD A. HOSP

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 9th DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 30, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS