UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER AND REASONS

Before the Court are the following ten motions to stay and/or extend discovery, testing, and procedural deadlines: (1) Motion to Stay or to Extend Discovery, Testing and Procedural Deadlines Solely as They Relate to New Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (Rec. Doc. 232); (2) Scotbilt Homes, Inc.'s Rule 26(c) Motion to Stay or Extend All Discovery, Testing and Procedural Deadlines in This Matter (Rec. Doc. 249); (3) Motion to Stay or Extend Discovery, Testing and Procedural Deadlines (Rec. Doc. 262); (4) Motion for Stay or Extension of Deadlines Filed by Redman Homes, Inc. (Rec. Doc. 271); (5) Motion for Stay or Extension of Deadlines Filed by River Birch Homes, Inc. (Rec. Doc. 273); (6) Motion for Stay or Extension of Deadlines Filed by Patriot Homes, Inc. (Rec. Doc. 275); (7) Motion for Stay or Extension of Deadlines Filed by Liberty Homes, Inc. And Waverlee Homes, Inc. (Rec. Doc. 277); (8) Motion to Stay and for Extension of Deadlines Filed by Dutch Housing, Inc. (Rec. Doc. 279); (9) Protective Motion for Stay or Extension of Deadlines on Behalf of

Cavalier Homes, Inc. (Rec. Doc. 281); and (10) Motion for Stay or Extension of Deadlines Filed by Cavalier Home Builders, LLC (Rec. Doc. 283).  The Court has received and reviewed the responses from both the Plaintiffs' Steering Committee and the United States (Rec. Docs. 300 and 318, respectively), along with the proposed Consent Order Extending Deadlines Only as to Newly Added Defendants.  Accordingly.

**IT IS ORDERED** that the motions to stay and/or extend discovery, testing, and procedural deadlines (Rec. Docs. 232; 249; 262; 271; 273; 275; 277; 279; 281; and 283) are **DENIED**.  The Court will, however, entertain motions filed by newly-added defendants to extend *specific deadlines* for a *specific number of days* for good cause shown.  Any deadline extensions granted will **NOT** be open-ended, nor will the Court stay this matter pending rulings on certain motions.

New Orleans, Louisiana, this 10th day of June, 2008.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**