UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873  SECTION "N-4"  JUDGE ENGELHARDT  MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | | |

### MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW NEWLY ADDED DEFENDANT PALM HARBOR HOMES, INC.'S RULE 12(b)(2) MOTION TO DISMISS

MAY IT PLEASE THE COURT:

Newly Added Defendant Palm Harbor Homes, Inc., moves this Honorable Court for an Order withdrawing their previously filed Rule 12(b)(6) Motion to Dismiss on the basis that the Motion to Dismiss was untimely and further information needs to be developed before such a motion can be heard.  At this time, Palm Harbor Homes, Inc., reserves its right to file a Motion to Dismiss in the future as facts and evidence may warrant.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Newly Added Defendant Palm Harbor Homes, Inc.

1

01638168.1

2

01638168.1

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ James K. Carroll*