UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-4<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO<br>THE ADMINISTRATIVE MASTER<br>COMPLAINT | MAG. JUDGE ROBY |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Newly Added Defendant Palm Harbor Homes, Inc. be and is hereby, withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE