UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

### MOTION TO WITHDRAW NEWLY ADDED DEFENDANT PALM HARBOR HOMES, INC.'S RULE 12(b)(2) MOTION TO DISMISS

COMES NOW Newly Added Defendant Palm Harbor Homes, Inc. through undersigned counsel, and moves this Honorable Court for an Order withdrawing their previously filed Rule 12(b)(6) Motion to Dismiss, for the reasons more fully set forth in the attached, supportive memorandum.  Counsel having an interest in this motion have been contacted and have no objection.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Newly Added Defendant Palm Harbor Homes, Inc.

**OF COUNSEL:**
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

1

01638168.1

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

     I hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                    */s/ James K. Carroll*