UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 (07-1873) SECTION "N-4" JUDGE ENGELHARDT MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO: *Administrative Master Complaint* | |

### SCOTBILT HOMES, INC'S UNOPPOSED MOTION FOR LEAVE TO FILE THIRD-PARTY DEMAND

COMES NOW the Defendant, ScotBilt Homes, Inc.[1], and files this Unopposed Motion for Leave to File Third-Party Demand in this case. The current set of scheduling Orders sets today, June 13th as the deadline for filing Third-Party Demands into the instant proceeding. ScotBilt Homes has a hold harmless indemnification agreement in the subcontract with Alliance Homes, Inc. d/b/a

---

[1] ScotBilt Homes, Inc. is filing this Motion out of an abundance of caution as a result of the deadlines imposed by the pre-trial orders. The deadline to add third parties is prior to the hearing date that the court has set for ScotBilt's motions challenging the Plaintiffs' standing and/or the lack of a viable Article III case or controversy against it, and the court denied the Motion to Extend the Deadlines as filed by ScotBilt. By filing this Motion for Leave to file a Third-Party Demand or by filing a Third-Party Demand, ScotBilt does not waive any defenses available to it, is not waiving the other motions it has pending before the court, and specifically preserves all rights, defenses and motions that are presently pending before the court.

Adrian Homes, the entity that ScotBilt subcontracted with to create the ScotBilt homes at issue in this litigation. As such, Scotbilt wishes to assert third-party demand against Alliance Homes, Inc. d/b/a Adrian Homes and its unknown insurers. Counsel for the defendant has contacted counsel for the plaintiff (Jerry Meunier) and plaintiffs have no opposition to the filing of this third-party demand. A copy of the proposed pleadings is attached hereto as Exhibit A.

WHEREFORE, the defendant, ScotBilt Homes prays that the Court will issue an order allowing the filing of the third-party demand and will accept it into the record.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

/s/ William R. DeJean
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
        wdejean@nielsenlawfirm.com

AND

GORDON, ARATA, McCOLLUM, DUPLANTIS
& EAGAN, L.L.P.

TERRENCE KNISTER, LA.S.B. 7755
ANNE P. BIRDSONG, LA.S.B. 21478
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana 70170
Tel. (504) 582-1111
Fax (504) 582-1121
Email: tknister@gordonarata.com
        abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 13th day of June, 2008.

/s/   William R. DeJean