UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 (07-1873)<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO:<br>*Administrative Master Complaint* | |

## ORDER

Considering the Unopposed Motion for Leave to File Third Party Demand filed by ScotBilt Homes, Inc.,

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this ___ day _____, 2008, in New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT

1