UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                      MDL NO. 1873 (07-1873)
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION             SECTION "N-4"

                                         JUDGE ENGELHARDT
                                         MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Administrative Master Complaint*

## ORDER

Considering the Unopposed Motion for Leave to File Third Party Demand filed by ScotBilt Homes, Inc.,

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this 16th day of June, 2008, in New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT

1