FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUN 13 PM 3: 19

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
THE ADMINISTRATIVE MASTER COMPLAINT

## ORDER

**IT IS ORDERED** that the **Motion to Appear PRO HAC VICE (Rec. Doc. 327)** is **DENIED** as it does not comply with Local Rule 83.2.6E. Specifically, the applicant attorneys fail to state under oath whether any disciplinary proceedings or criminal charges have been instituted against them.

New Orleans, Louisiana, this 12th day of June, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE