UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### UNOPPOSED MOTION OF PLAINTIFFS STEERING COMMITTEE (PSC) TO FILE IN OPPOSITION TO THE DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' CLAIMS A MEMORANDUM IN EXCESS OF LOCAL RULE PAGE LIMIT

NOW INTO COURT, through undersigned counsel for the Plaintiffs' Steering Committee (PSC), come plaintiffs herein, who respectfully represent that the defendant United States/FEMA has filed a Motion to Dismiss plaintiffs' claims for the lack of subject matter jurisdiction, supported by a brief that is 52 pages in length, with a total of 37 attached exhibits, and who further represent that plaintiffs did not oppose this defendant's request to file such a brief in excess of the twenty-five page limit set forth in Local Rule 7.8.1, and who respectfully request that, in order to fully and adequately respond to the above motion, plaintiffs be allowed to file an opposition memorandum of up to fifty-five pages in length, and who finally represent to the Court that opposing counsel for the United States/FEMA does not oppose this request.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**
BY:   s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:   504/522-2304
          Facsimile:   504/528-9973
          gmeunier@gainsben.com


          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier &
          Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:   504/522-2304
          Facsimile:   504/528-9973
          jwoods@gainsben.com


          **COURT-APPOINTED PLAINTIFFS'
          STEERING COMMITTEE**
                  ANTHONY BUZBEE, Texas # 24001820
                  RAUL BENCOMO, #2932
                  FRANK D'AMICO, #17519
                  MATT MORELAND, #24567
                  LINDA NELSON, #9938
                  RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

    I hereby certify that on _____, 2008, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of

electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                s/Gerald E. Meunier  
                                                GERALD E. MEUNIER, #9471