UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-4

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO
THE ADMINISTRATIVE MASTER
COMPLAINT

MAG. JUDGE ROBY

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Newly Added Defendant Palm Harbor Homes, Inc. be and is hereby, withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this 16th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE

\* Defendant will have to show good cause for re-filing any previously-withdrawn motion to dismiss outside of the time schedule set by the Court.