# United States District Court
## EASTERN DISTRICT OF LOUISIANA

STEPHANIE G. PUJOL, ET AL

V.

THE UNITED STATES OF AMERICA, ET AL

SUMMONS IN A CIVIL CASE

CASE NUMBER: 08-3217

SECTION

SECT. N MAG. 4

TO: (Name and address of defendant)

The United States of America

Through the Office of the U.S. Attorney for the Eastern District of Louisiana

James Letten, United States Attorney

500 Poydras Street, Suite B-210

New Orleans, Louisiana 70130

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Co-Lead Plaintiffs Liaison Counsel
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973

an answer to the complaint which is herewith served upon you, within **sixty (60)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE
CLERK

MAY 15 2008
DATE

(BY) DEPUTY CLERK

Case 2:07-md-01873-KDE-MBN   Document 338   Filed 06/16/08   Page 2 of 2
AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

**DATE:** June 6, 2008

Service of the Summons and Complaint was made by me,[1]

**Name of SERVER (PRINT):** Nedra Bell

**TITLE:** Office Assistant

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Carolyn Pitul.

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on June 9, 2008

*Signature of Server:* Nedra Bell

*Address of Server:* 1100 Poydras Suite 2800, New Orleans, La 70163

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.