UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-4"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion,

1.  IT IS ORDERED that all plaintiffs' counsel in these proceedings must notify Plaintiffs' Liaison Counsel (PLC) within five work days of the entry of this Order of the following information with respect to any and all prior testing of those emergency housing units which are the subject of this litigation and which have been tested for formaldehyde levels by, or on behalf of, said counsel for clients residing, or having resided, in these units:

    (1)   The name of the head of household of each tested unit;

    (2)   The current or last-known mailing address and current or last-known physical location of the tested unit;

    (3)   The FEMA Bar Code and Vehicle Identification Number (VIN) for the tested unit; and

    (4)   Manufacturer of the tested unit when determined.

2.  IT IS FURTHER ORDERED that all plaintiffs' counsel in this litigation must give written notice of testing activity to Plaintiffs' Liaison Counsel (PLC) at least three business days in advance of any formaldehyde testing activity intended with respect to emergency housing

units occupied by their clients, including the following information:

    (1)    The name of the head of household of each unit to be tested;

    (2)    The address of the unit to be tested;

    (3)    The FEMA Bar Code and Vehicle Identification Number (VIN) for the tested unit; and

    (4)    Manufacturer of the unit to be tested when determined.

3. IT IS FURTHER ORDERED that Plaintiffs' Liaison Counsel (PLC) transmit by email to Manufacturing Defendants' Liaison Counsel (MDLC), Defense Steering Committee, Lamont Domingue, W. Evan Plauché, and David Kelly all information received pursuant to paragraphs 1 and 2 of this Order, upon receipt of same, and, in the case of prospective testing information received under paragraph 2, no later than forty-eight hours prior to the intended testing.

4. Upon providing the notice in Paragraph 3, Manufacturing Defendants and their experts are permitted to coordinate testing of currently occupied units with PLC. Manufacturing Defendants are to provide at least forty-eight hours' notice to PLC of any testing of the occupied units.  Occupants in those occupied units are to cooperate fully with Manufacturing Defendants and their experts in permitting access to the units for testing.

5. By testing currently occupied units, Defendants are still permitted to re-test the same units once they are returned to FEMA and are no longer occupied.

    THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.


                                            _____
                                            HONORABLE KURT ENGELHARDT
                                            UNITED STATES DISTRICT JUDGE