UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | * * * * | MAG. JUDGE KAREN WELLS ROBY |
| AND TO | * * | |
| STEPHANIE G. PUJOL, ET AL V. THE UNITED STATES OF AMERICA, ET AL, USDC No. 08-2317, "N-4" | * * * | |

**MOTIONS TO DISMISS, OR IN THE ALTERNATIVE,
RULE 12(e) MOTION FOR A MORE DEFINITE STATEMENT**

NOW INTO COURT, through undersigned counsel, comes Philips Products, Inc., which, pursuant to Federal Rule of Civil Procedure 10(c) adopts and joins in the following motions filed by other "Manufacturing Defendants" in this matter:

Doc. No. 210    Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss

Doc. No. 230    Motion to Dismiss Administrative Master Complaint on Behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg. LP, and Palm Harbor Albemarle, LLC

Philips adopts the relevant arguments in the memoranda filed in support of such motions and shows that such motions apply equally to all claims against Philips, for the

-1-

reasons stated therein and hereinafter.

Alternatively, Philips moves for a more definite statement pursuant to Rule 12(e) of the Federal Rules of Civil Procedure for the reasons stated in the supporting memorandum submitted herewith.

WHEREFORE, Philips Products, Inc. prays that this court dismiss, with prejudice, all claims asserted by Plaintiffs against Philips Products, Inc.  In the alternative, Philips prays that the court order plaintiffs to provide a more definite statement, in the form of a more specific Administrative Master Complaint which articulates: (1) which "housing units" incorporated a component part manufactured by Philips; (2) where such "housing units" were located during any plaintiff's residence therein; (3) the length of time any plaintiff resided in a "housing unit" which incorporated a component part manufactured by Philips Products, Inc.; and (4) what injuries any plaintiff has sustained as a result of formaldehyde emissions from any component part manufactured by Philips Products, Inc.

Respectfully Submitted,
**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*
*/s/ Thomas M. Young*
THOMAS M. YOUNG, Bar No. 7547
ANTHONY J. MILAZZO, JR. Bar No. 9661
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana  70001
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866
Email: young@hebblergiordano.com
***Attorneys for Philips Products, Inc.***

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Motion to Dismiss, or in the alternative, Motion for a More Definite Statement and Memorandum in Support of Motion for a More Definite Statement have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.  I further certify that there are no known non-CM/ECF participants.


*/s/ Thomas M. Young*