UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N-4" |
| | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | * * * * | MAG. JUDGE KAREN WELLS ROBY |
| AND TO | * * | |
| STEPHANIE G. PUJOL, ET AL V. THE UNITED STATES OF AMERICA, ET AL, USDC No. 08-2317, "N-4" | * * * | |

## MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT

**MAY IT PLEASE THE COURT:**

Philips Products, Inc. is among the defendants named in the Administrative Master Complaint as a "Manufacturing Defendant" which allegedly "manufactured and supplied FEMA trailers or housing units . . . pursuant to contracts with FEMA . . ." Philips, in fact, is not a manufacturer of housing units of any type, it supplied no "housing units" of any type to FEMA, and it had no contracts with FEMA. Philips does manufacture windows and doors for use in both site-built and factory-built homes, and in recreational vehicles. Philips' customers include manufacturers of factory-built homes and recreational vehicles and it is unknown whether or not any Philips Products were incorporated into any housing units which were sold to FEMA by any "Manufacturing Defendant".

Philips provided to plaintiffs' counsel an affidavit that it neither it designed nor manufactured any mobile housing units or travel trailers which were provided to displaced persons by FEMA, with the understanding that it would be then be dismissed from this litigation. Philips is now advised that, inasmuch as it manufactured components which might have been incorporated into some of the subject "housing units", plaintiffs are presently unwilling to dismiss Philips.

Philips is entitled to dismissal for the same reasons as asserted by the Manufacturing Defendants; and on the additional basis that the administrative master complaint makes no allegations whatsoever against manufacturers of component parts which may have been incorporated into some of the "housing units" which are the subject of this lawsuit.

Alternatively and additionally, the Administrative Master Complaint fails to allege that any plaintiff resided in any housing unit which incorporated a component part manufactured by Philips; or that any such component part contained or was responsible for any formaldehyde emissions. Such allegations are essential if plaintiffs are to even have standing to bring claims against Philips.

Even assuming some of the plaintiffs resided in a housing unit which incorporated a component manufactured by Philips, plaintiffs fail to allege where any such housing units were located; for how long any individual plaintiff resided in such a unit; that any component manufactured by Philips either contained or emitted any formaldehyde; that any alleged formaldehyde emission from any Philips manufactured component was

-2-

sufficient to cause any injury; or that any plaintiff has sustained any injury as a result of any formaldehyde emissions from any component manufactured by Philips. Under these circumstances, Philips is unable to adequately assess and respond to plaintiffs' complaint and cannot answer the ambiguous allegations made against it.

Where a complaint is ambiguous or does not contain sufficient information to permit responsive pleadings to be framed, it is appropriate for the court to require a more definite statement from the plaintiff. *Gilbert v. Sears, Roebuck & Co.,* 826 F. Supp. 433(M.D. Fla. 1993).

Philips Products, Inc. adopts all of the arguments made by other "Manufacturing Defendants" in the memoranda contained in Documents Nos. 210 and 230, and submits that the Plaintiffs' claims against it should be dismissed for failure to state a claim upon which relief can be granted. Alternatively, the plaintiffs' should be ordered to amend the Administrative Master Complaint to include more definite statements as to what claims they are making against Philips Products, Inc.

    Respectfully Submitted,
**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

/s/ Thomas M. Young
THOMAS M. YOUNG, Bar No. 7547
ANTHONY J. MILAZZO, JR. Bar No. 9661
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com
**Attorneys for Philips Products, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motions To Dismiss Or, Alternative, Motion for a More Definite Statement has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. I further certify that there are no known non-CM/ECF participants.

*/s/ Thomas M. Young*