UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee (PSC) be allowed to file in opposition to the Defendant United States of America's Motion to Dismiss, a memorandum of up to fifty-five pages in length.

THUS DONE and signed this _____ day of _____, 2008.

_____
HONORABLE KURT ENGELHARDT