UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Comes now James K. Carroll, one of the attorneys of record for CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, defendants in the above-styled cause, and respectfully moves this Honorable Court for an order permitting Lee E. Bains, Jr., Thomas W. Thagard III, Edward A. Hosp and Edward S. Sledge IV to appear *pro hac vice* as additional counsel of record for defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC.  As grounds for this motion, movant states as follows:

Mr. Bains, Mr. Thagard, Mr. Hosp and Mr. Sledge reside and regularly practice law in Alabama, where they are employed by the law firm of Maynard, Cooper & Gale, P.C.  They are members in good standing of the Alabama Bar, the United States Court of Appeals for the Eleventh Circuit, and the United States District Courts of Alabama for the Northern, Middle and Southern Districts and that no disciplinary proceedings have been instituted against them.  *See* Certificates of Good Standing and Affidavits In Support of Motion for Admission *Pro Hac Vice,* attached hereto.

01642270.1

Mr. Bains, Mr. Thagard, Mr. Hosp and Mr. Sledge reside in Alabama and would like to be admitted to practice in the U.S. District Court for the Eastern District of Louisiana without a personal appearance

Their contact information is as follows:

Lee E. Bains, Jr.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
phone: 205-254-1000
fax:    205-254-1999
lbains@maynardcooper.com

Thomas W. Thagard III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
phone: 205-254-1000
fax:    205-254-1999
tthagard@maynardcooper.com

Edward A. Hosp
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
phone: 205-254-1000
fax:    205-254-1999
thosp@maynardcooper.com

Edward S. Sledge, IV
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
phone: 205-254-1000
fax:    205-254-1999
sledge@maynardcooper.com

Concurrent with the filing of this motion, Mr. Bains, Mr. Thagard, Mr. Hosp and Mr. Sledge are each paying the $20.00 fee for their admission *pro hac vice*.

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard III
Edward A. "Ted" Hosp

01642270.1                             2

Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10TH 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                               */s/ James K. Carroll*
                               Of Counsel