# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **LEE E. BAINS, JR.** was duly admitted to practice in said Court on **June 26, 1981**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **THOMAS W. THAGARD, III** was duly admitted to practice in said Court on **October 4, 1991,** and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EDWARD A. HOSP** was duly admitted to practice in said Court on **November 8, 1995**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

# UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, **Sharon Harris**, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **EDWARD S. SLEDGE, IV** was duly admitted to practice in said Court on **October 22, 2003**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on May 20, 2008.

SHARON HARRIS, CLERK

By: *Shirley Brown*
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> SECTION "N-4" <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Lee E. Bains, Jr., being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have not had any disciplinary proceedings or criminal charges instituted against me; and

4. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
LEE E. BAINS, JR.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17 DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 07-1873 |
| | SECTION "N-4" |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Thomas W. Thagard, III, being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have not had any disciplinary proceedings or criminal charges instituted against me; and

4. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
THOMAS W. THAGARD, III

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17 DAY
OF JUNE, 2008.

_Teresa W. Manteria_
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) | MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Edward A. Hosp, being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have not had any disciplinary proceedings or criminal charges instituted against me; and

4. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
EDWARD A. HOSP

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 17 DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) | MDL NO. 07-1873 |
| | ) | SECTION "N-4" |
| | ) ) | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) ) | MAG. JUDGE ROBY |

AFFIDAVIT IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE*

Edward S. Sledge, IV, being duly sworn, hereby affirms and states as follows:

1. I am an attorney currently in good standing and a member of the bar of the State of Alabama.

2. I have not suffered any disbarment or suspension of my license to practice in any jurisdiction.

3. I have not had any disciplinary proceedings or criminal charges instituted against me; and

4. I have been requested by defendants through their local counsel James K. Carroll, Stephanie D. Skinner and Kati Cox Waver to participate fully in the preparation and trial of this matter.

_____
EDWARD S. SLEDGE, IV

SWORN TO AND SUBSCRIBED
BEFORE ME THIS ___ DAY
OF JUNE, 2008.

_____
NOTARY PUBLIC