Effective 4/10/06      FINANCIAL & CIVIL ALLOTMENT SHEET      Receipt No.: 357440
Deputy Clerk: ___

JUN 13 2008

**ACCOUNT CODE:**

6855XX Accounts
_____ - Restitution
_____ - U.S. Postal Service Forms
_____ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
_____ - Cash Bonds
_____ - Land Condemnation
_____ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
              085000 - $5.00 / 510000 - $10.00

    **FILING FEES**
_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
              086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

    **COPY FEES**
_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

    **MISCELLANEOUS ACCOUNTS**
_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
_____ - Recovery of Costs - Jury Assessment _____ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
(4) ✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, **$5.00 PRO HAC VICE**) 6855XX

**ACCOUNTS RECEIVABLE**
_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): Fowler Rodriguez
CASE NUMBER: 07-1873     SECTION: ~~N~~

CASE TITLE: _____

PAYMENT OF $20.00    CASH ___    CHECK ✓    MONEY ORDER 36044
   SEAMAN ___    PAUPER ___    NON CASH ___

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

___ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
___ 2. Class Action
___ 3. Antitrust
___ 4. Patent, Trademark, Copyright
___ 5. Civil Rights Case

___ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
___ 7. Petitions for Stay of Execution Death Sentence
___ 8. Social Security Case
___ 9. All Others

Is this a THREE JUDGE COURT? ___ Yes ___ No
Is this a RELATED CASE? ___ Yes ___ No    Attorney of Record _____

*Copy to: pkcek*