UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-4"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO ENFORCE COURT'S ORDER OF MARCH 4, 2008 (DOC. 104)

NOW INTO COURT, come Plaintiffs through the Plaintiff's Steering Committee (PSC) seeking an Order of enforcement from this Honorable Court of its Order entered on March 4, 2008 (DOC. 104) wherein defendant, United States of America, through the Federal Emergency Management Agency (FEMA) was ordered to search its FEMA Recovery and Response Action Tracking System ("FRRATS") database and to produce to Liaison Counsel certain information relating to the emergency housing unit(s) ("EHU") that each Plaintiff occupied. This search was and is to be conducted using information and lists provided to the Government of individuals represented by counsel.

To date, the Government has only provided ehu information for approximately 3500 individuals out of a total of approximately 18,000 names provided.

The PSC seeks an Order enforcing this Court's earlier Order requiring the Government to comply and to conduct a search of any and all databases that will aid in the identification of ehu information.

Pursuant to Pre Trial Order Number 10 (DOC. 301), the PSC has contacted counsel for FEMA. FEMA opposes this motion.

Respectfully submitted:

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713