UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PSC'S
MOTION TO ENFORCE COURT'S ORDER OF MARCH 4, 2008 (DOC. 104)**

**MAY IT PLEASE THE COURT**:

The Plaintiffs Steering Committee ("PSC") submits this memorandum in support of its motion to enforce the Court's Order of March 4, 2008 (DOC. 104) directing defendant, United States of America, through the Federal Emergency Management Agency ("FEMA"), to comply and produce information relating to emergency housing unit(s) ("EHU") in which any represented Plaintiff has resided. The PSC has made numerous attempts to resolve this issue without the Court's intervention but has been unable to negotiate any meaningful resolution with counsel for FEMA.

On March 4, 2008, this Court entered an Order directing FEMA to provide to Liaison Counsel, following a search of its FEMA Recovery and Response Action Tracking System ("FRRATS") database, information regarding the unit(s) that each represented Plaintiff occupied. The information to be provided following the search was to include: (1) The vehicle identification number, (2) The FEMA bar code number, and (3) Identity of the manufacturer and model of each ehu for each represented plaintiff.

Counsel for FEMA, Henry Miller, suggested that in order to increase the accuracy of search

results, it would be helpful to have more than a name of a claimant. For example, a FEMA identification number, social security number or other unique identifying information would greatly aid in the accuracy of matching a particular individual with a particular ehu. Nonetheless, without any additional identifying information (other than name), FEMA assured all parties and the Court that it would make a good faith effort to search their database and provide as many matches as possible.

Shortly after the entry of the order, the PSC began providing lists of individuals represented by counsel retained to pursue claims in this litigation to counsel for FEMA. These lists were provided in electronic format to afford FEMA the ability to manipulate the data as it saw necessary to perform its searches. The PLC has provided FEMA with lists that total approximately 18,000 individuals. In the instances where unique identifying information (in addition to name) was known and/or available, the PSC provided FEMA with as much identifying information as possible. As illustration, please refer to exhibit PSC-1 which is an email, with its attachment, from Denise Martin of Gainsburgh, Benjamin, David, Meunier & Warshauer ("GBDM&W"). Ms. Martin forwarded to Michelle Boyle and Janice Williams-Jones, counsel for FEMA, the list of clients represented by the GBDM&W firm. The list included the first and last name of clients and where known also the social security number, FEMA identification number, current address and date of birth of each individual[1]. FEMA hs not provided any matching information for the individuals on the list.

So far, the PSC has only received the results, in two parts, of approximately 3500 matches following searches of the FRRATS database. The results only contain "matches" for the following firms: Bencomo & Associates, Bruno & Bruno, Law Offices of Frank D'Amico, Law Offices of Michael Hingle, Law Offices of Daniel Becnel and the firm of Parker and Waichman. The PSC has

---

[1] The list has attached hereto has been redacted to protect individual sensitive information.

forwarded lists from the above firms as well as the following firms:

> Lambert & Nelson PLC;
>
> The Buzbee Law Firm;
>
> Law Offices of Ronnie G. Penton;
>
> Law Offices of Rodney & Etter;
>
> Law Offices Of Lynn Eric Williams;
>
> Nexsun Pruett, LLC;
>
> Bice, Palermo & Vweron, LLC; and
>
> Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC.

FEMA's failure to comply with the Court's Order has the potential of negatively affecting deadlines imposed by this Court for the efficient resolution of this litigation. The Court and the parties agreed that to "match" Plaintiff's with a particular ehu is a critical step necessary to the efficient resolution of this matter. The matching process will help to streamline the class certification process of this litigation as well as other areas. The parties agreed that to conduct the contemplated search would be in the best interest of **All** parties. The only obstacle to the search referenced by counsel for FEMA when asked to perform this search was the Privacy Act. Those concerns were allayed by the subject Order as well as by certification to FEMA that all individuals listed on any produced list were indeed represented by counsel and therefore had tacitly waived the need for FEMA's adherence to the Privacy Act on their behalf.

On numerous occasions, the PSC has raised concerns with counsel for FEMA regarding the low level of "matches" achieved following the searches. Counsel for FEMA has consistently responded to these concerns by stating that "additional information" such as FEMA identification numbers are needed in order to raise the level of accuracy of the search. Despite providing counsel

for FEMA with the requested "additional information," the accuracy of the search has not increased. In fact, it appears that FEMA has not conducted a thorough search of its database with the information provided.

Besides providing FEMA with unique identifying information such as FEMA identification numbers, there is a simple, non-time consuming method whereby FEMA could drastically increase the accuracy of the searches. FEMA has in its possession all of the information necessary to identify ehu's for a particular individual. Simple telephone calls made to the FEMA (1-800-621-FEMA) hotline have resulted in the caller being furnished with FEMA identification numbers just by providing names. While it may be true that the database(s) containing FEMA identification numbers may not be the same as the FRRATS database, FEMA clearly has the ability to perform the necessary search(es) that will result in a higher accuracy of searches. Therefore, while the desired matching could be accomplished one case at a time through 1-800 calls to FEMA by or on behalf of each claimant, it is clear that the matching can be more efficiently performed by FEMA now as to all identified claimants, since it is the custodian of the information.

The PSC and Manufacturing Defendants agreed to bear the cost of any search conducted for this purpose. According to counsel for FEMA, Henry Miller, to date the cost is approximately $ 30,000.[2] The PSC believes that it now is reasonable to expect FEMA to conduct the search as required by the Order, and to provide detailed information on the protocol employed to conduct the search. Counsel for FEMA has not responded to this request. Efforts to achieve this result through discussions with counsel now have proven unsuccessful, making the instant motion necessary.

For all of the foregoing reasons, the PSC seeks an Order of Enforcement of the Court's

---

[2] See email from counsel for FEMA, Henry Miller, dated June 4, 2008 and attached as exhibit PSC-2.

earlier Order requiring FEMA to conduct searches of all of its database and to provide to liaison counsel information regarding the process by which the searches were conducted.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

    I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Justin I. Woods  
                                            JUSTIN I. WOODS, # 24713