# Justin Woods

**From:** Miller, Henry (CIV) [Henry.Miller@usdoj.gov]
**Sent:** Wednesday, June 04, 2008 5:08 PM
**To:** Justin Woods; Boyle, Michelle (CIV); ANDREW WEINSTOCK; Gerald E. Meunier
**Cc:** Denise Martin; Fried, Jordan; Williams-Jones, Janice
**Subject:** RE: FEMA Formaldehyde Litigation

Justin,

Since PSC/DSC must bear cost for the FRRATS search (estimate for initial FRRATS search was ~$30,000) and FEMA requires additional information from PSC to run the search, in my experience, a request such as that by multiple parties to another party should be done a bit more formally than a simple telephone call -- as such, what you may consider being rigid, the United States considers good practice. I am sorry that we apparently disagree or would use a different approach, but notwithstanding that, the United States does requires something a bit more formal, specifically a written request from you and Andy requesting the further FRRATS search and agreeing to bear costs associated with that search, or or alternatively, as previously done -- a statement to such an effect on the record in open Court. I realize that a telephone call would be quicker, but the United States does not consider that sufficient.

Regards,

Henry Miller
Senior Trial Counsel
US Dept. of Justice

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, June 04, 2008 5:50 PM
**To:** Miller, Henry (CIV); Boyle, Michelle (CIV); ANDREW WEINSTOCK; Gerald E. Meunier
**Cc:** Denise Martin; Fried, Jordan; Williams-Jones, Janice
**Subject:** RE: FEMA Formaldehyde Litigation

Henry,

If you will take the time to refer to my earlier email, you will see that I was also interested in discussing options (such as updating the information provided to the government with fema ID numbers). If the government wishes for the PSC to address these matters in a more formal way, please advise, I will be more than happy to oblige.

I personally prefer phone calls but I appreciate that others are more rigid in their preferred forms of communication.

Justin.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Wednesday, June 04, 2008 4:40 PM
**To:** Justin Woods; Boyle, Michelle (CIV); ANDREW WEINSTOCK; Gerald E. Meunier
**Cc:** Denise Martin; Fried, Jordan; Williams-Jones, Janice
**Subject:** RE: FEMA Formaldehyde Litigation


EXHIBIT PSC-2

Justin,

If there is an issue that needs to be discussed the United States has consistently made itself available to discuss the matters, and your suggestion that Government counsel is refusing to take your call is inaccurate -- rather the need for any such call is moot because Ms. Boyle answered your question/issue in writing. Specifically, you indicated in your e-mail that the issue of concerns is the results or rather the lack of result achieved by the FRRATS name search. This issue has been previously addressed on multiple occasions and also was subject of discussion at a Chambers Conference. As we

have represented in our correspondence to Plaintiffs and at the Conference, FEMA has run the FRRATS search using the information Plaintiffs provided -- claimants names -- and has provided you with the results of those searches. Apparently Plaintiffs are not satisfied with those results -- the government understands that such is the case. However, as we have explained on multiple occasions, FEMA is apparently willing to run further searches, however, to do that Plaintiffs must provide FEMA with additional information, specifically each claimants FEMA ID number. To date Plaintiffs have failed to provide that information to the government.

As to your additional question regarding a "gap" in the identification numbers these are numbers are assigned and used by the Department of Justice for litigation purposes and have nothing to do with the FRRATS search. The United States has provided PLC/DLC with the complete results of the FEMA's name search of the FRRATS data base.

Please feel free to give me a call if this response does not answer your questions.

Regards,

Henry Miller
Senior Trial Counsel
US Dept. of Justice

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, June 04, 2008 5:17 PM
**To:** Boyle, Michelle (CIV); ANDREW WEINSTOCK; Miller, Henry (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

Michelle,

It is unfortunate that the government refuses to have a call about this issue. It would possibly help to address some concerns prior to involving the Court.

I also have a question regarding the search results that were forwarded to the PSC. I have received two cd's with ranges labeled: FEMA 10-000001 through 000155 and FEMA 10-000344 through 000354. There appears to be something that may have not been produced that would account for the gap in numbering (156-343).

Justin.

---

**From:** Boyle, Michelle (CIV) [mailto:Michelle.Boyle@usdoj.gov]
**Sent:** Wednesday, June 04, 2008 3:52 PM
**To:** ANDREW WEINSTOCK; Justin Woods; Miller, Henry (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

Counsel,

My understanding is that FEMA has run all names provided by PLC through FRRATS, with the exception of one short list of under 10 names. FEMA is waiting for PLC to respond as to whether PLC intends to send more names. If not, FEMA will run the remaining few names and provide the results.

As we stated in our cover letters to the FRRATS productions, there are a number of reasons for the low number of results relative to the total input, most notably, the fact that FEMA received only names, rather than FEMA ID numbers, from PLC. My understanding is that, given the information it received, FEMA has generated the most results possible.

Thus, we do not believe a call is necessary at this time. Let us know, though, if you have other questions that you believe require a call.

2

Thank you,
Michelle

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Wednesday, June 04, 2008 4:14 PM
**To:** Justin Woods; Miller, Henry (CIV); Boyle, Michelle (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

No. An update of the FRATTS search concerns me as well. Can we talk at 3:00 central.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, June 04, 2008 3:14 PM
**To:** ANDREW WEINSTOCK; Miller, Henry (CIV); Boyle, Michelle (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

The issue is this: I would like to discuss the presumably ongoing search for matches of identified claimants. Thus far we only have received information on about 3500 claimants out of a total of over 18,000. I would like to discuss other options or possibilities for matching.

Andy may have no interest in this discussion.

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Wednesday, June 04, 2008 3:10 PM
**To:** Miller, Henry (CIV); Justin Woods; Boyle, Michelle (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

I'm glad you said it, what exactly are we discussing? Nevertheless, I am available at 3:00 central tomorrow.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Wednesday, June 04, 2008 3:10 PM
**To:** ANDREW WEINSTOCK; Justin Woods; Boyle, Michelle (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

Not sure what the issue is, but am pretty sure none of us want to have to do this twice, so let's get a time that is good for everyone. Andy does anytime late tomorrow work for you, if not, what times on Friday work?

Henry

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Wednesday, June 04, 2008 3:28 PM
**To:** Justin Woods; Boyle, Michelle (CIV); Miller, Henry (CIV); Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

I may or may not be back from a DEQ hearing in Baton Rouge.

3

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, June 04, 2008 2:22 PM
**To:** Boyle, Michelle (CIV); Miller, Henry (CIV); ANDREW WEINSTOCK; Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

2 pm EST works for me.

---

**From:** Boyle, Michelle (CIV) [mailto:Michelle.Boyle@usdoj.gov]
**Sent:** Wednesday, June 04, 2008 1:09 PM
**To:** Justin Woods; Miller, Henry (CIV); ANDREW WEINSTOCK; Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** RE: FEMA Formaldehyde Litigation

Justin, This afternoon will not work for us - can we talk tomorrow at 2 pm (EST)? -Michelle

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, June 04, 2008 1:04 PM
**To:** Boyle, Michelle (CIV); Miller, Henry (CIV); ANDREW WEINSTOCK; Gerald E. Meunier
**Cc:** Denise Martin
**Subject:** FEMA Formaldehyde Litigation

Henry and Michelle,

I would like to have a conversation regarding the FRRATS searches that have been performed and to discuss any updates regarding such searches.

Are either or both of you available later this afternoon – possibly 3 pm (CST)?

Justin

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.