**Denise Martin**

| | |
|---|---|
| **From:** | Denise Martin |
| **Sent:** | Friday, March 28, 2008 12:58 PM |
| **To:** | 'Boyle, Michelle (CIV)'; 'Williams-Jones, Janice' |
| **Cc:** | Justin I. Woods |
| **Subject:** | Formaldehyde Litigation |
| **Attachments:** | Clients list for Gainsburgh Benjamin.xls |

Hi Michelle & Jan:

The client list attached to this e-mail is from Gerald E. Meunier and Justin I. Woods with Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC.

Thank you.
Denise

Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC 2800 Energy Centre 1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line:  504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

EXHIBIT
PSC-1

1

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Joelle | Abdul | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Shawn | Abdul | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Queen | Age | 911974664 | 4507 Rhodes Drive | New Orleans | LA | 70126 |
| Charlie | Age | 911974664 | 4507 Rhodes Drive | New Orleans | LA | 70126 |
| Alana | Alexander | 939360133 | 4415 Dale Street | New Orleans | LA | 70126 |
| Kathy | Alexander | 937722894 | 3343 Hwy 27 North | Sulphur | LA | 70663 |
| Howard | Allen | | 2000 Groom Road | Baker | LA | 70714 |
| Kenny | Anderson | | Renaissance Village  Groom Road | Baker | LA | 70714 |
| Glenn | Andrews | | 1615 Dumaine Street | New Orleans | LA | 70116 |
| Wade | Andrews | 911930580 | 5650 Clemens Drive | New Orleans | LA | 70126 |
| Vincent | Andrews | | 5650 Clemens Drive | New Orleans | LA | 70126 |
| Ray | Andrews | | 4910 Hollier Court | Baton Rouge | LA | 70807 |
| Patricia | Arceneaux | 938396014 | 76451 Boogy Road | Kentwood | LA | 70444 |
| Stephanie | Aydell | | 17413 JB Averett Road | Livingston | LA | 70754 |
| Joshua | Aydell | | 17413 JB Averett Road | Livingston | LA | 70754 |
| Whitney | Aydell | | 17413 JB Averett Road | Livingston | LA | 70754 |
| Brooklyn | Aydell | | 17413 JB Averett Road | Livingston | LA | 70754 |
| Della | Ayers | | 3848 Woodbriar | Harvey | LA | 70058 |
| Alvin | Ayers | | 3848 Woodbriar | Harvey | LA | 70058 |
| Donna | Azeez | | trailers  T-01  W-14 | Baker | LA | 70714 |
| Josie | B | | 1700 Groom Road | Baker | LA | 70714 |
| Charles | Bagneris | | 4107 Hamilton Street | New Orleans | LA | 70118 |
| Jerryal | Baham | 921538262 | 1900 Groom Road | Baker | LA | 70714 |
| Charles | Bailey | | | | | |
| Lydia | Ball-Arthur | | 5350 Groom Road | Baker | LA | 70714 |
| Lynette | Banks | | 1700 Groom Road | Baker | LA | 70714 |
| Corey | Barbarin | | 2000 Groom Road | Baker | LA | 70714 |
| Brittney | Barbarin | | | | | |
| Annie Mae | Barnes | | 1900 Groom Road | Baker | LA | 70714 |
| Tyrese | Barthelemy | | 8717 Oleander Street | New Orleans | LA | 70118 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Kim | Basquine | | 1700 Groom Road | Baker | LA | 70714 |
| Arnold | Basquine | 939322073 | 1700 Groom Road | Baker | LA | 70714 |
| Arneshia | Basquine (minor) | | 1700 Groom Road | Baker | LA | 70714 |
| Helen | Battie | | 1800 Groom Road | Baker | LA | 70714 |
| Morrow | Battie | | 1700 Groom Road | Baker | LA | 70714 |
| Kendra | Battie | | 1700 Groom Road | Baker | LA | 70714 |
| Jeymine | Battie | | 1700 Groom Road | Baker | LA | 70714 |
| Tranace | Battie | | 1700 Groom Road | Baker | LA | 70714 |
| Duran | Battie, Jr. | | 1700 Groom Road | Baker | LA | 70714 |
| Duran | Battie, Sr. | | 1700 Groom Road | Baker | LA | 70714 |
| Mary Jane | Beecher | | 2000 Groom Road | Baker | LA | 70714 |
| Gavin | Beecher | | 39437 St. Hoover Road | Ponchatoula | LA | 70454 |
| Patrick | Beecher | | 39437 St. Hoover Road | Ponchatoula | LA | 70454 |
| Akeem | Bell | | 39437 St. Hoover Road | Ponchatoula | LA | 70454 |
| Veronica | Bell | | 25589 Hwy | Denham Springs | LA | 70726 |
| Cordez | Bell | 921191728 | 6360 Morrison Road | New Orleans | LA | 70126 |
| Kristian | Bell | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Diana | Bell | | 8690 Main Street | Houma | LA | 70363 |
| Raymond | Bell III | 939608305 | 2100 Longwood Drive | La Place | LA | 70068 |
| Raymond | Bell, Jr. | | 3501 Apollo Drive G-254 | Metairie | LA | 70003 |
| Jerry | Belton | | 3501 Apollo Drive Apt. G 254 | Metairie | LA | 70003 |
| Mia | Bernard | | 215 E. Flanchy Road | Zachary | LA | 70791 |
| Lotis | Bernard | 931079985 | 13067 Deaville Court | New Orleans | LA | 70129 |
| Ebione | Berry | | 13067 Deaville Court | New Orleans | LA | 70129 |
| Dimitoisus | Bethley | | 1700 Groom Road | Baker | LA | 70714 |
| Albertine | Beverly | 939404849 | 2854 Fortin Street | New Orleans | LA | 70119 |
| Janae | Beverly | | 2854 Fortin Street | New Orleans | LA | 70119 |
| Velma | Bias (deceased) | 912237862 | 524 North 1st Street | Lake Charles | LA | 70601 |
| Renee | Blank | | 1800 Groom Road | Baker | LA | 70714 |
| Mildred | Blazio | | 4725 Lynhuber Drive | New Orleans | LA | 70126 |

Page 2

J08

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Shantell | Blovin | | 2000 Groom Road | Baker | LA | 70714 |
| Sharlene | Blunt | | P.O. Box 50515 | New Orleans | LA | 70150 |
| Johnnie | Blunt | | P.O. Box 50515 | New Orleans | LA | 70150 |
| Sheila | Bonney | 921202685 | 312 Circle West Drive | Westwego | LA | 70094 |
| Ranice | Booth | | 7520 Rochon Blvd. | New Orleans | LA | 70128 |
| Royale | Booth | | 7520 Rochon Blvd. | New Orleans | LA | 70128 |
| Robert | Booth | 911965415 | 7520 Rochon Blvd. | New Orleans | LA | 70129 |
| Nadedge | Booth | | 7876 Forum Blvd | New Orleans | LA | 70124 |
| Robert | Booth, Jr. | | 7876 Forum Blvd. | New Orleans | LA | 70124 |
| Nettie | Bridges | 939721702 | 4900 Dodt Avenue | New Orleans | LA | 70126 |
| Janyoko | Bridges | | 1900 Groom Road | Baker | LA | 70714 |
| Mabel | Brister | 939666931 | 8921 Forshey Street | New Orleans | LA | 70118 |
| Sandra | Brooks | | 3105 Cherry Street | New Orleans | LA | 70118 |
| Sharett | Brooks | | 3105 Cherry Street | New Orleans | LA | 70118 |
| Steve | Brown | | 4420 Werner Drive | New Orleans | LA | 70126 |
| Lindsey | Brown | | 3601 Aspen Drive | Harvey | LA | 70058 |
| Eric | Brown | | 1900 Groom Road | Baker | LA | 70714 |
| Troy | Brown | | 1900 Groom Road | Baker | LA | 70714 |
| Lauryn | Brown | | 1700 Groom Road | Baker | LA | 70714 |
| Lawrence | Brown (minor) | | 1700 Groom Road | Baker | LA | 70714 |
| Rolland | Brumfield, Jr. | | 4413 Majestic Oak | New Orleans | LA | 70126 |
| Jennifer | Buchanan | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Isiah | Buckhanan | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Maria | Burkett | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Kelly | Burnell | | | | | |
| Gertrude | Butler Robinson | | 1900 Groom Road | Baker | LA | 70714 |
| Velena | Byrd | 938937212 | 2318 Peniston Street | New Orleans | LA | 70115 |
| Dondrell | Cage, Jr. | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Tyler | Caliste | | 2000 Groom Road | Baker | LA | 70714 |
| Hubert | Caliste | | 2000 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Gregory | Campbell | 921363290 | 1900 Groom Road | Baker | LA | 70714 |
| Brandon | Cano | | 2817 Sieglinde Court | Marrero | LA | 70072 |
| Sophia | Cano (minor) | | 2817 Sieglinde Court | Marrero | LA | 70072 |
| Albert | Cano (minor) | | 2817 Sieglinde Court | Marrero | LA | 70072 |
| Julio | Cano, Jr. | | 2817 Sieglinde Court | Marrero | LA | 70072 |
| Julio | Cano, Sr. | | 2817 Sieglinde Court | Marrero | LA | 70072 |
| Charlene | Caronia | 912023397 | 4250 Elm Drive Apt. 321 | Baton Rouge | LA | 70805 |
| Dominique | Carter | | 6801 Press Drive Trailer B-1 | New Orleans | LA | 70126 |
| Alice | Carter | 939250169 | 6801 Press Drive Trailer B-1 | New Orleans | LA | 70126 |
| Edward | Carter | | 4727 South Liberty | New Orleans | LA | 70115 |
| Leonard | Casborn | | 1900 Groom Road | Baker | LA | 70714 |
| Lisa | Casborn | | 1900 Groom Road | Baker | LA | 70714 |
| Kiva | Casborn | | 1900 Groom Road | Baker | LA | 70714 |
| Earline | Castanel | 939657589 | 2925 St. Peters Street | New Orleans | LA | 70119 |
| Ronald | Castille | 911867111 | 11605 North Adams Court | New Orleans | LA | 70128 |
| Beverly | Castille | 911867111 | 11605 North Adams Court | New Orleans | LA | 70128 |
| Gail | Charles | 939715121 | 4314 Stephen Girard Ave | New Orleans | LA | 70126 |
| Charles | Charles | 939715121 | 4314 Stephen Girard Avenue | New Orleans | LA | 70126 |
| Easton | Chatman | | 969 Monet Apt. 201 | Baton Rouge | LA | 70806 |
| Isaiah | Chatman | | 8121 Oak Apple Avenue | Baton Rouge | LA | 70812 |
| Jeffrey | Chatman | | 1800 Groom Road | Baton Rouge | LA | 70802 |
| Athania | Chatman | | 2000 Groom Road | Baker | LA | 70714 |
| Margaret | Chopin | | 2000 Groom Road | Baker | LA | 70714 |
| Brenda | Claiborne | 940768351 | 2316 Peniston Street | New Orleans | LA | 70115 |
| Patricia | Clark | | 2000 Groom Road | Baker | LA | 70714 |
| Margie | Clark | | 1900 Groom Road | Baker | LA | 70714 |
| Jackie | Clarke | | 22354 Hwy 22 East | Ponchatoula | LA | 70454 |
| Dianne | Coates | 939434968 | 3305 Memorial Drive Apt B | New Orleans | LA | 70114 |
| Elcentro | Coffey | 911877338 | 10905 South Hardy Street | New Orleans | LA | 70127 |
| Joyce | Coleman | 939425990 | 2000 Groom Road | Baker | LA | 70714 |
| Connie | Combre | 921156965 | 4954 Metropolitan | New Orleans | LA | 70126 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Errol | Cornish | | 1900 Groom Road | Baker | LA | 70714 |
| Sylvia | Cornish | | 1900 Groom Road | Baker | LA | 70714 |
| Mira | Cosey | 939658337 | 4801 E. Adams Court | New Orleans | LA | 70128 |
| Francis | Crawford | 931094498 | 3037 South Palm Drive | Slidell | LA | 70458 |
| Curtis | Crawford | 931094498 | 3037 South Palm Drive | Slidell | LA | 70458 |
| Kara | Crayton | | 4119 Hamilton Street | Baker | LA | 70714 |
| Eliska | D | | 1700 Groom Road | Baker | LA | 70714 |
| Eva | Daigle | | 3760 Outback Lane | Iowa | LA | 70647 |
| Lloyd | Dandridge | 911940932 | 1237 Michael Street | Marrero | LA | 70072 |
| Mary | Dandridge | 911940932 | 1237 Michael Street | Marrero | LA | 70072 |
| Alakhir | Daniels | 911418537 | 4708 Muriel Avenue | Sebring | FL | 33870 |
| Shannon | Davenport | 939268300 | 4119 Hamilton Street | New Orleans | LA | 70118 |
| Dennis | Davis | | 4954 Metropolitan | New Orleans | LA | 70126 |
| Anthony | Davis | | 1900 Groom Road | Baker | LA | 70714 |
| Patricia | Davis | 912005279 | 2000 Groom Road | Baker | LA | 70714 |
| Geryal | Davis | | 2615 Amanda Street | Baton Rouge | LA | 70810 |
| Anthony | Davis | | 1700 Groom Road | Baker | LA | 70714 |
| Rodney | Davis | | 8714 Spruce Street | New Orleans | LA | 70118 |
| Jovita | Davis | 939057501 | 6318 Kuebel Drive | New Orleans | LA | 70126 |
| Rhinana | Davis (minor) | | 6318 Kuebel Drive | New Orleans | LA | 70126 |
| Ronjanae | Davis (minor) | | 6318 Kuebel Drive | New Orleans | LA | 70126 |
| Ronjue | Davis (minor) | | 6318 Kuebel Drive | New Orleans | LA | 70126 |
| Elvina | Day | | 25589 La Hwy 16 | Denham Springs | LA | 70726 |
| Kenyatte | DeArmes | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Kenya | DeArmes | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Earl | Desmond, Jr. | 931717266 | 12151 I-10 Service Road Apt. 825 | New Orleans | LA | 70128 |
| Andrew | Dezara | | 25589 LA Hwy 16 | Denham Springs | LA | 70726 |
| Marlin | Dezara | | 25589 LA Hwy 16 | Denham Springs | LA | 70726 |
| Cayata | Dixon | 911880474 | 2309 Stafford Street | Gretna | LA | 70053 |
| Carolyn | Doiron | 931292543 | 706 Dunn Street | Houma | LA | 70360 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Louis | Doiron, Jr. | | 706 Dunn Street | Houma | LA | 70360 |
| Simpson | Donsereaux | | 1800 Groom Road | Baker | LA | 70714 |
| Lynn | Dorsey | | 7520 Rochon Blvd. | New Orleans | LA | 70128 |
| Edward | Dorsey | | 1015 Franklin Street | Port Allen | LA | 70767 |
| Monroe | Dukes | | | | | |
| Hattie | Dumas | 912042275 | 3425 Louisiana Ave. Parkway | New Orleans | LA | 70125 |
| Gail | Duncan | | 2000 Groom Road | Baker | LA | 70714 |
| Barbara | Duncan | 911884142 | 1658 North Dupry | New Orleans | LA | 70119 |
| Ashley | Duncan (minor) | | 1658 North Dupry | New Orleans | LA | 70119 |
| Kyle | Duncan (minor) | | 1658 North Dupry | New Orleans | LA | 70119 |
| Wenona | Dupart | 939540587 | 4420 Majestic Oak | New Orleans | LA | 70126 |
| Wilfred | Dupart | 939540587 | 4420 Majestic Oak | New Orleans | LA | 70126 |
| Mark | Dupas | | 1700 Groom Road | Baker | LA | 70714 |
| Mark | Dupas | | 10810 Golden Court, A-4 | Baton Rouge | LA | 70807 |
| Charlie | Dupree | 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 | 712 Perin Drive | Arabi | LA | 70032 |
| Edward | Dupuy | 939540769 | 420 Oriole Street | Metairie | LA | 70003 |
| Wendy | Dupuy | 939540769 | 420 Oriole Street | Metairie | LA | 70003 |
| Justin | Dupuy (minor) | | 420 Oriole Street | Metairie | LA | 70003 |
| Deven | Dupuy (minor) | | 420 Oriole Street | Metairie | LA | 70003 |
| Angele | Durall | | 7900 Berg Street | New Orleans | LA | 70128 |
| Signora | Durette | | 1619 North Rocheblave Street | New Orleans | LA | 70119 |
| Angelique | Dyer | 931084023 | 237 Rue Jonathan | Slidell | LA | 70461 |
| Stewart | Eames | 931118922 | 11292 Winrock Drive | New Orleans | LA | 70128 |
| Gaisha | Earlycutt | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Cordaishela | Earlycutt | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Quan | Edwards | | 2429 Music | New Orleans | LA | 70117 |
| Jeffrey | Edwards (minor) | | 2429 Music | New Orleans | LA | 70117 |
| Patricia | Ellis | 921136918 | 220 San Carlos | Lafayette | LA | 70506 |
| Lynelle | Ellis | 921136918 | 220 San Carlos Circle | Lafayette | LA | 70506 |
| Maxine | Ellis (minor) | | 1800 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address: Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Lynn | Ellis (minor) | | 220 San Carlos | Lafayette | LA | 70506 |
| Nelson | Encalade | | 1700 Groom Road | Baker | LA | 70714 |
| William | Enines, Jr. | | 1700 Groom Road | Baker | LA | 70714 |
| Rose | Esteen | | 4752 Flake Ave. | New Orleans | LA | 70127 |
| Troy | Esteen | 911860347 | 7620 Devine Ave. | New Orleans | LA | 70127 |
| Sheila | Etienne | 911860242 | 1614 Tricou Street | New Orleans | LA | 70126 |
| Faire | Evans | | 1900 Groom Road | Baker | LA | 70714 |
| Leo | Evans, Jr. | | | | | |
| Pamela | Farria | | | | | |
| Rubin | Filmore | | 7168 Burch Drive | Riverdale | GA | 30296 |
| Keysha | Finley | 919943841 | 4925 Maryland Street | Saint Gabriel | LA | 70776 |
| Antionio | Finley, Jr. (minor) | 931087670 | 11424 Melvin Place | New Orleans | LA | 70128 |
| Daniel | Finley, Sr. | | 11424 Melvin Place | New Orleans | LA | 70128 |
| Winter | Fisher | 939573130 | 4740 Viola Street | New Orleans | LA | 70126 |
| Starlia | Flowers | | 39437 St. Hoover Road | Ponchatoula | LA | 70454 |
| Demar | Fontenot | 939616419 | 2817 Sieglinde Court | Marrero | LA | 70072 |
| Dantrell | Ford | | 1894 Saltus Street | New Orleans | LA | 70119 |
| Napoleon | Ford | | 2000 Groom Road | Baker | LA | 70714 |
| Dionne | Foster | | 1700 Groom Road | Baker | LA | 70714 |
| Robert | Fouchea | 940766619 | 224 Campbell Drive | Oklahoma City | OK | 73110 |
| Lawrence | Fouchea | | 224 Campbell Drive | Oklahoma City | OK | 73110 |
| Amelia | Fraise | | | | | |
| Eva | Francis | 333319356 | 1241 Spain Street | New Orleans | LA | 70117 |
| Amelia | Francis | | P.O. Box 770990 | New Orleans | LA | 70177 |
| Richard | Francis | 383319356 | 1241 Spain Street | New Orleans | LA | 70117 |
| Davis | Gabuel | | 1800 Groom Road | Baker | LA | 70714 |
| George | Gail | | 2000 Groom Road | Baker | LA | 70714 |
| Derrick | Gaines | 31089458 | 2824 South Brunside Avenue Apt 905 | Gonzales | LA | 70707 |
| Victoria | Gaines | | | | | |
| | Galbreth | | 4413 Majestic Oak | New Orleans | LA | 70126 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Dennis | Galbreth | | 4413 Majestic Oak | New Orleans | LA | 70126 |
| Dennice | Galbreth | | 4413 Majestic Oak | New Orleans | LA | 70126 |
| Patricia | Galmon | 939291598 | 1700 Groom Road | Baker | LA | 70714 |
| Leonzo | Galmon | | 1700 Groom Road | Baker | LA | 70714 |
| Wanda | Galmon | 939291598 | 1700 Groom Road | Baker | LA | 70714 |
| Timothy | Galmon (minor) | | 1700 Groom Road | Baker | LA | 70714 |
| Leonard | Galmon (minor) | | 1700 Groom Road | Baker | LA | 70714 |
| Joseph | Galmon (minor) | | 1700 Groom Road | Baker | LA | 70714 |
| Rita | Garfield | 939281979 | 7628 Kingsport Blvd. | New Orleans | LA | 70128 |
| Samuel | Garfield | | 7628 Kingsport Blvd. | New Orleans | LA | 70128 |
| Leatrice | Garner | | 1894 Saltus Street | New Orleans | LA | 70119 |
| Ann | Garnett | | 2000 Groom Road | Baker | LA | 70714 |
| Emile | George | | 1900 Groom Road | Baker | LA | 70714 |
| Johnny | George | | | | | |
| Iris | Given | | P.O. Box 297 | Westwego | LA | 70094 |
| Herbert | Given | | P.O. Box 297 | Westwego | LA | 70094 |
| Hilda | Godfrey | 911877338 | 10905 South Hardy Street | New Orleans | LA | 70127 |
| Suzanne | Gonzales | | 1700 Groom Road | Baker | LA | 70714 |
| Sandra | Goodman | | 300 Wisner Street | Paradis | LA | 70080 |
| Jacob | Gras | | 300 Wisner Street | Paradis | LA | 70080 |
| Dawn | Gras | | 300 Wisner Street | Paradis | LA | 70080 |
| Corleen | Gras (minor) | | 300 Wisner Street | Paradis | LA | 70080 |
| Johnny | Gras, Jr.(decease | | 300 Wisner Street | Paradis | LA | 70080 |
| Johnny | Gras, Sr. | | 300 Wisner Street | Paradis | LA | 70080 |
| Michelle | Greathouse | | | | | |
| Amisha | Greathouse | | | | | |
| Archie | Greathouse | | | | | |
| Wallace | Greathouse | | | | | |
| Wayne | Gregory | | 1700 Groom Road | Baker | LA | 70714 |
| Joseph | Gregory (minor) | | | | | |
| | Griffin | | | | | |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Joseph | Griffin | | 1700 Groom Road | Baker | LA | 70714 |
| Sandra | Guillory | 911863106 | 1461 N. Rosheblave | New Orleans | LA | 70119 |
| John | Guillory | 911863106 | 1461 North Rosheblave | New Orleans | LA | 70119 |
| Shalonda | Gurley | 911899847 | 2735 Orleans Avenue | New Orleans | LA | 70119 |
| Henry | Gurley | | 502 South Scott Street | New Orleans | LA | 70119 |
| Shamon | Gurley (minor) | 939727107 | 2735 Orleans Avenue | New Orleans | LA | 70119 |
| Ramon | Gurley (minor) | | 2735 Orleans Avenue | New Orleans | LA | 70119 |
| Olivia | Guss | 911919543 | 813 N. Dupre Street | New Orleans | LA | 70119 |
| Nichlas | Hamilton | | 10211 Airwood Street | New Orleans | LA | 70127 |
| Rashakka | Hanson | | 312 Circle West Drive | Westwego | LA | 70094 |
| Rashaad | Hanson (minor) | | 106 Birch Court | Westwego | LA | 70094 |
| David | Hany | | 2000 Groom Road | Baker | LA | 70714 |
| Maurice | Hardy | 931311037 | 5120 St. Ferdind Drive | New Orleans | LA | 70126 |
| Selina | Hargis | 920417432 | 5109 Canal Street | Lafitte | LA | 70067 |
| Leonard | Harris | | 1900 Groom Road | Baker | LA | 70714 |
| Patrice | Harris | | 1700 Groom Road | Baker | LA | 70714 |
| Etta | Harris | | 1700 Groom Road | Baker | LA | 70714 |
| Sherryl | Harris | | P.O. Box 771301 | Houston | TX | 77215 |
| Cynthia | Harris | 9839626388 | 7252 Warfield Street | New Orleans | LA | 70126 |
| Shirley | Harris | | P.O. Box 771301 | Houston | TX | 77215 |
| Teddi | Harris (minor) | | P.O. Box 771301 | Houston | TX | 77215 |
| Camayra | Harris (minor) | 921134021 | 4729 Baccich Street | New Orleans | LA | 70122 |
| Melvin | Harrison | 939684493 | 3716 Downman Road | New Orleans | LA | 70126 |
| Lynette | Harrison | | 4729 Baccich Street | New Orleans | LA | 70122 |
| Jade | Harrison | | 4729 Baccich Street | New Orleans | LA | 70122 |
| Joanas | Harrison | | 4729 Baccich Street | New Orleans | LA | 70122 |
| Vera | Harrison | | 4729 Baccich Street | New Orleans | LA | 70122 |
| Matthew | Harrison | | 3716 Downman Road | New Orleans | LA | 70126 |
| Jace | Harrison (minor) | | 4729 Baccich Street | New Orleans | LA | 70122 |
| Oliver | Harrison, II | | 3716 Downman Road | New Orleans | LA | 70126 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Oliver | Harrison, Sr. | | 3716 Dowman Road | New Orleans | LA | 70126 |
| Patricia | Hart | 940781372 | 1716 Birkland Drive | Pineville | LA | 71360 |
| Ametris | Hartcher | | 2000 Groom Road | Baker | LA | 70714 |
| Paula | Harvey | | 1615 Dumaine Street | New Orleans | LA | 70116 |
| J.V. | Haydel, Jr. | 940764771 | 4332 Ray Ave | New Orleans | LA | 70126 |
| Nettie | Haynes | | 502 South Scott Street | New Orleans | LA | 70119 |
| Cynthia | Haynes | | 2000 Groom Road | Baker | LA | 70714 |
| Claudia | Henew | | 312 Warrington Drive | New Orleans | LA | 70122 |
| Dan | Henew, Jr. | | 312 Warrington Drive | New Orleans | LA | 70122 |
| Dan | Henew, Sr. | | 312 Warrington Drive | New Orleans | LA | 70122 |
| Patrick | Henry | 939349868 | 3400 Kent Avenue  Apt R-306 | Metairie | LA | 70006 |
| Blaine | Henry | | 1459 Granada Drive | New Orleans | LA | 70122 |
| Odile | Henry | 939493185 | 411 South Amy Lane Apt. B | Harker Heights | TX | 76548 |
| Kevin | Henry | | 1700 Groom Road | Baker | LA | 70714 |
| Gage | Hill (minor) | 939456424 | 39437 St. Hoover Road | Ponchatoula | LA | 70454 |
| Kathy | Hillard | | 1900 Groom Road | Baker | LA | 70714 |
| Charles | Hillard, Jr. | 939456424 | 1900 Groom Road | Baker | LA | 70714 |
| Charles | Hillard, Sr. | | 1900 Groom Road | Baker | LA | 70714 |
| Laura Iris | Hilton | | 1206 Lucas Drive | Sebring | FL | 33870 |
| Louis | Hogan, Jr. | | | | | |
| Janet | Hooker | | | | | |
| Rodney | Hopes | | 1700 Groom Road | Baker | LA | 70714 |
| Walter | Houston | | 1800 Groom Road | Baker | LA | 70714 |
| Thelma | Howard | | 2000 Groom Road | Baker | LA | 70714 |
| Doris | Huntsberry | | | | | |
| Clayton | Irvin | | 6801 Press Drive Trailer B-1 | New Orleans | LA | 70126 |
| Roger | Isadore | | 409 Vallette Street | New Orleans | LA | 70114 |
| Callie | Jackson | | 1800 Groom Road | Baker | LA | 70714 |
| Lorensel | Jackson | | 1800 Groom Road | Baker | LA | 70714 |
| Mercedes | Jackson | | 1900 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Reginald | Jackson | | 1700 Groom Road | Baker | LA | 70714 |
| Willie | Jackson | 931151262 | P.O. Box 75326 | Baton Rouge | LA | 70811 |
| Barbara | Jacques | | 2623 Mendez Street | New Orleans | LA | 70122 |
| Odessa | James | 938970914 | 6801 Press Drive Trailer B-1 | New Orleans | LA | 70126 |
| Donald | Jarreau | | 1700 Groom Road | Baker | LA | 70714 |
| Kenneth | Jefferson | | 4107 Hamilton Street | New Orleans | LA | 70118 |
| Harry | Jefferson | | 3410 Campor Street | New Orleans | LA | 70118 |
| Shirleen | Jefferson | 931100506 | 2410 Campor Street | New Orleans | LA | 70118 |
| Ashton | Jefferson | | 4107 Hamilton Street | New Orleans | LA | 70118 |
| Delores | Jefferson | | | | | |
| Michelle | Jefferson | 931099437 | 4107 Hamilton Street | New Orleans | LA | 70118 |
| Kimberly | Jefferson | | | | | |
| Karedonovan | Jefferson (minor) | | | | | |
| Dyiriel | Jenkins | | 8004 Lehigh Street | New Orleans | LA | 70127 |
| Craig | Jenkins | | 8004 Lehigh Street | New Orleans | LA | 70127 |
| Shalahn | Jenkins | | | | | |
| Craig | Jenkins II | 931125839 | 8004 Lehigh Street | New Orleans | LA | 70127 |
| Jason | Johns | | | | | |
| Sharon | Johns | | 2730 Dirdie Drive | Slidell | LA | 70460 |
| Oscar | Johnson | 939385828 | 3703 Clairmont Drive | New Orleans | LA | 70122 |
| Mary | Johnson | 939385828 | 3703 Clairmont Drive | New Orleans | LA | 70122 |
| Ronald | Johnson | | 6318 Kuebel Drive | New Orleans | LA | 70126 |
| Eddie | Johnson | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Yolonda | Johnson | 921165334 | 705 Hinyub Ave. Apt. A | Gretna | LA | 70056 |
| Carnell | Johnson | 931964703 | 705 Hinyub Avenue Apt A | Terrytown | LA | 70056 |
| Yvonne | Johnson | 939719265 | 4454 Dale Street | New Orleans | LA | 70126 |
| Jennifer | Johnson | | | | | |
| Davette | Johnson | | 4801 E. Adam Court | New Orleans | LA | 70128 |
| Johnny | Johnson | 911902386 | P.O. Box 75326 | Baton Rouge | LA | 70811 |
| Kechia | Johnson | | 1700 Groom Road | Baker | LA | 70714 |

Page 11

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Crishawn | Johnson | | 2000 Groom Road | Baker | LA | 70714 |
| Kim | Johnson | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| William | Johnson | | 1700 Groom Road | Baker | LA | 70714 |
| Tashara | Jolly | | 4811 Edgerton Court Apt 911 | Raleigh | NC | 27612 |
| Brittany | Jones | | 4811 Edgerton Court Apt 911 | Raleigh | NC | 27612 |
| Morris | Jones | 93113840 | 4317 Stephen Girard Avenue | New Orleans | LA | 70126 |
| Terry | Jones | | 1800 Groom Road | Baker | LA | 70714 |
| Latara | Jones | 911971844 | 8717 Oleander Street | New Orleans | LA | 70118 |
| Katie | Jones | | 8717 Oleander Street | New Orleans | LA | 70118 |
| Bart | Jones | 939655008 | 8717 Oleander Street | New Orleans | LA | 70118 |
| Tonja | Jones | | 813 North Dupry | New Orleans | LA | 70119 |
| Tiana | Jones | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| Tania | Jones | | 4317 Stephen Girard Ave. | New Orleans | LA | 70126 |
| Gregory | Jones | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| Lydia | Jones (minor) | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| Courtney | Jones (minor) | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| Darrius | Jones (minor) | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| Ashley | Jones (minor) | | 4317 Stephen Girard Ave | New Orleans | LA | 70126 |
| Keitha | Jones (minor) | | 813 North Dupry | New Orleans | LA | 70119 |
| Roy | Joseph | 937299596 | 3760 Outback Lane | Iowa | LA | 70647 |
| Belinda | Keddy | | | | | |
| Theodore | Keelen | | 4925 Maryland Street | Saint Gabriel | LA | 70776 |
| Susie | Keleen | 921151196 | 2854 Fortin Street | New Orleans | LA | 70119 |
| Byron | Keller | | 4962 Metropolitan Drive | New Orleans | LA | 70126 |
| David | Ker | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Dionne | Knight | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Mykia | Knight (minor) | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Christopher | Knight (minor) | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Michael | Knight, III | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Michael | Knight, Jr. | | 25589 Hwy 16 | Denham Springs | LA | 70726 |

Page 12

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Cassidie | Lagarde | | 504 Nursery Ave. | Metairie | LA | 70005 |
| Jeannie | Lagarde | | 504 Nursery Avenue | Metairie | LA | 70005 |
| Carlie | Lagarde (minor) | | | | | |
| Edward | Lagarde, III | | | | | |
| Wendall | Lagarde, Jr. | | | | | |
| Cynthia | LeBlanc | | 14516 Hayne Boulevard | New Orleans | LA | 70128 |
| Joan | Lee | 940775409 | 4338 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Kirk | Lee | 911937534 | 6318 Kuebel Drive | New Orleans | LA | 70126 |
| Barbara | Lee | 940775409 | 4338 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Donald | Leon | 911895485 | 4408 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Albert | Leone | | 4408 Majestic Oaks Drive | New Orleans | LA | 70126 |
| James | LeSassier | | 11424 Melvin Place | New Orleans | LA | 70128 |
| Ronald | Levy | | 2000 Groom Road | Baker | LA | 70714 |
| Rose | Lewis | | 2000 Groom Road | Baker | LA | 70714 |
| Diana | Lewis | 911881722 | 4119 Hamilton Street | New Orleans | LA | 70118 |
| Arthur | Lewis | | 1900 Groom Road | Baker | LA | 70714 |
| Inez | Lewis | | | | | |
| Xavier | Lewis (minor) | 911945031 | 106 Birch Court | Westwego | LA | 70094 |
| Patricia | Lindsey | | | | | |
| Anthony | Lopez | | 4250 Elm Drive Apt 321 | Baton Rouge | LA | 70805 |
| Shyna'e | Lumar | | 1010 Shilow Drive | Baker | LA | 70714 |
| Sherna | Lumar | 931096602 | 1010 Shilow Drive | Baker | LA | 70714 |
| Ann | Lyons Jackson | | 8508 Greenwell Spring Road Apt. 61 | Baton Rouge | LA | 70814 |
| Patricia | Mack | 921140446 | 2824 South Brnside Avenue Apt 905 | Gonzales | LA | 70707 |
| G'nai | Marchand | | 3708 Monroe Street | New Orleans | LA | 70118 |
| Fieda | Marchand | 911898619 | 3708 Monroe Street | New Orleans | LA | 70118 |
| Clarence | Marchand | | 3708 Monroe Street | New Orleans | LA | 70118 |
| Edna | Marchand | | 3708 Monroe Street | New Orleans | LA | 70118 |
| Malita | Martin | 939424576 | 4806 Haydel Street | New Orleans | LA | 70126 |

Page 13

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Gregory | Martin | 939424576 | 4806 Haydel Street | New Orleans | LA | 70126 |
| Anita | Martin (deceased) | | 1900 Groom Road | Baker | LA | 70714 |
| Aliyah | Martin (minor) | | 267 Rue Jonathan | Slidell | LA | 70461 |
| Alexander | Martin (minor) | | 267 Rue Jonathan | Slidell | LA | 70461 |
| Arecea | Martinez | 911863382 | 2608 Cleveland Avenue | New Orleans | LA | 70119 |
| Debbie | Massaline | | 1206 Lucas Drive | Sebring | FL | 33870 |
| Wendell | Matthews | | 2000 Groom Road | Baker | LA | 70714 |
| Patricia | Mattio | 911956588 | 4925 Maryland Street | Saint Gabriel | LA | 70776 |
| Karen | McClain | | | | | |
| Anastasia | McCoy | 911902626 | 4900 Hollier Road F4 Airport I | Baton Rouge | LA | 70811 |
| Annie | McCrary | 911984280 | 1277 Hazeloak Drive | Baker | LA | 70714 |
| Alysia | McCrary | | 1277 Hazeloak Drive | Baker | LA | 70714 |
| Willie | McCrary | 911984280 | 1277 Hazeloak Drive | Baker | LA | 70714 |
| Myeisha (mino | McDaniels | | 3410 Campor Street | New Orleans | LA | 70118 |
| Tyeisha (minor) | McDaniels | | 3410 Campor Street | New Orleans | LA | 70118 |
| Jude | McFarland | | | | | |
| Delvittie | McGee | | 1700 Groom Road | Baker | LA | 70714 |
| Robert | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Antonio | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Charlotte | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Wendella | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Malon | McGee | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Eloise | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Charlette | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Brittney | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Ray | McGee | | 1900 Groom Road | Baker | LA | 70714 |
| Lorraine | Melerine | 921232286 | 76451 Boogy Road | Kentwood | LA | 70444 |
| Joseph | Milliaud | 921145350 | 4757 Lafon Drive | New Orleans | LA | 70126 |
| Marlaya | Miller | 921145350 | 1912 Willow Way Drive | Jackson | MS | 39204 |
| Marlone | Miller | | 1912 Willow Way Drive | Jackson | MS | 39204 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Angelle | Miller | | 1912 Willow Way Drive | Jackson | MS | 39204 |
| Tazianna | Miller | | 1912 Willow Way Drive | Jackson | MS | 39204 |
| Sheila | Miller | | 4737 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Melissa | Miller | | 4737 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Graylin | Miller | | 4737 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Graclyn | Miller | 931090397 | 4737 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Brigett | Miller | | 4737 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Marvessik | Miller, Jr. | | 4737 Majestic Oaks Drive | New Orleans | LA | 70126 |
| Marvessik | Miller, Sr. | | 1912 Willow Way Drive | Jackson | MS | 39204 |
| Yvonne | Mitchell | 931081135 | 9696 Haynes Blvd. | New Orleans | LA | 70127 |
| Edward | Mitchell | 939644923 | 4009 Piedmont Drive | New Orleans | LA | 70122 |
| Hasson | Mitchell | | 1700 Groom Road | Baker | LA | 70714 |
| Sylvester | Mitchell | | | | | |
| Kennylatta | Moon | | 1900 Groom Road | Baker | LA | 70714 |
| Jada | Moon | | 1900 Groom Road | Baker | LA | 70714 |
| Floyd | Moon, Sr. | | 1900 Groom Road | Baker | LA | 70714 |
| Mildred | Moore | 939718143 | 409 Vallette Street | New Orleans | LA | 70114 |
| Cody | Morgan | | 3924 Fairmont Drive | New Orleans | LA | 70122 |
| Carolyn | Morgan | 931172124 | 3924 Fairmont Drive | New Orleans | LA | 70122 |
| Lorna | Morgan | 931624026 | 3500 Garden Oaks Drive Apt. 1415 | New Orleans | LA | 70114 |
| Donald | Morgan | 931172124 | 3924 Fairmont Drive | New Orleans | LA | 70122 |
| Mary | Morgan | 921252078 | 9120 Olive Street | New Orleans | LA | 70118 |
| Donald | Morgan, Jr. | | 3924 Fairmont Drive | New Orleans | LA | 70122 |
| Rosemary | Mornay | 911902605 | 2920 St. Peters Street | New Orleans | LA | 70119 |
| Patricia | Morris | 939658300 | | | | |
| Louis | Murry, Jr. | | | | | |
| Chrishand | Napoleon | | | | | |
| Mary | Napoleon | | 1700 Groom Road | Baker | LA | 70714 |
| Brandon | Neal | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Carol | Nelson | | 1700 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Kenneth | Nichols | | 8690 Main Street | Houma | LA | 70363 |
| Herbert | Nicholson | | 1800 Groom Road | Baker | LA | 70714 |
| Wilfred | Norris | | 7220 Willowbrae Drive | New Orleans | LA | 70127 |
| Edna | Norris | | 7220 Willowbrae Drive | New Orleans | LA | 70127 |
| Kenneth | Norris | | 1700 Groom Road | Baker | LA | 70714 |
| Lillie Mae | Olivee | | 1700 Groom Road | Baker | LA | 70714 |
| Lynette | Oliver | | 1700 Groom Road | Baker | LA | 70714 |
| Shaia | Oquain | | | | | |
| Clint | Oquain | | | | | |
| Logan | Oquain | | | | | |
| Amanda | Oquain | | 101 Tuscan Street | Lake Charles | LA | 70607 |
| Leslie | Oquain | | 101 Tussin Street  Lot # 109 | Lake Charles | LA | 70607 |
| Edward | Oquain | | | | | |
| Nona | Pallet | 911260981 | 576 Lakeshore Parkway | New Orleans | LA | 70124 |
| Darlene | Parker | | 2000 Groom Road | Baker | LA | 70714 |
| Michael | Parker | | 1700 Groom Road | Baker | LA | 70714 |
| Dionte | Parkman | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Jarionte | Parkman | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Dionte | Parkman, Jr. | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Duane | Parson | | 9231 Apple St. | New Orleans | LA | 70118 |
| Harris | Parson | | 9231 Apple Street | New Orleans | LA | 70118 |
| Lawrence | Paul | | | | | |
| Claudette | Paul | | | | | |
| Jesus | Perkins | | 1700 Groom Road | Baker | LA | 70714 |
| Samuel | Perkins | | 1700 Groom Road | Baker | LA | 70714 |
| Davis | Perkins | | 1700 Groom Road | Baker | LA | 70714 |
| La'Nettie | Perkins | | 1700 Groom Road | Baker | LA | 70714 |
| Dorion | Perkins | | 1700 Groom Road | Baker | LA | 70714 |
| Robin | Perkins | | 1700 Groom Road | Baker | LA | 70714 |
| Jelani | Perry | | 25589 Hwy 16 | Denham Springs | LA | 70726 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Marion | Perry | | 15512 Hwy 1064 E | Natalbany | LA | 70451 |
| George | Perry | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Melvin | Phillips | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Myre | Phillips | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Terry | Phillips | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| LaVergne | Pierre | | 3425 Louisiana Ave Pkwy | New Orleans | LA | 70125 |
| Mary | Polite | 912042125 | 3024 Orleans Avenue | New Orleans | LA | 70119 |
| Albert | Polite | 940814534 | 3024 Orleans Avenue | New Orleans | LA | 70119 |
| Alneisha | Polite (minor) | | 3024 Orleans Avenue | New Orleans | LA | 70119 |
| Gloria | Pomfrey | | 2000 Orleans Avenue | New Orleans | LA | 70119 |
| Shirley | Porter | | 1700 Groom Road | Baker | LA | 70714 |
| Tatyana | Power | | 1614 Tricou Street | New Orleans | LA | 70126 |
| Jacoby | Power | | 1614 Tricou Street | New Orleans | LA | 70126 |
| Joel D'Angelo | Price | | 2000 Groom Road | Baker | LA | 70714 |
| Billy Dean | Price | | 1900 Groom Road | Baker | LA | 70714 |
| Sybil | Prosper | | 8915 Edinburgh Street | New Orleans | LA | 70118 |
| Zacchaeia | Prosper | | 8915 Edinburgh Street | New Orleans | LA | 70118 |
| Adolph | Randall | | 1700 Groom Road | Baker | LA | 70714 |
| Eldridge | Randolph | | 4500 Viola Street | New Orleans | LA | 70126 |
| Anice | Randolph | | 4500 Viola Street | New Orleans | LA | 70126 |
| Judith | Ransom (deceased) | 937720326 | 5118 Gray Road | Vinton | LA | 70668 |
| Carissa | Rayford | | 4720 Franciso Verrett | New Orleans | LA | 70126 |
| Carlas | Rayford | 921143477 | 4720 Franciso Verrett | New Orleans | LA | 70126 |
| Scott | Rayford | | 4720 Franciso Verrett | New Orleans | LA | 70126 |
| Johnnie | Red | | 1700 Groom Road | Baker | LA | 70714 |
| Janice | Reed | 939478192 | 1900 Groom Road | Baker | LA | 70714 |
| Gloria | Richardson | | 2000 Groom Road | Baker | LA | 70714 |
| Leroy | Richardson | | 2000 Groom Road | Baker | LA | 70714 |
| George | Richardson, Jr. | | 2000 Groom Road | Baker | LA | 70714 |

Page 17

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Lynette | Roberts | 938394020 | 4910 Hollier Court A-16 | Baker | LA | 70714 |
| Adolf | Robeston | | 1800 Groom Road | Baker | LA | 70714 |
| Stevan | Robinson | | 1900 Groom Road | Baker | LA | 70714 |
| Keotha | Robinson | | 1700 Groom Road | Baker | LA | 70714 |
| Kim | Robinson | | 2000 Groom Road | Baker | LA | 70714 |
| Rodney | Robinson | | 1900 Groom Road | Baker | LA | 70714 |
| Korey | Robinson (minor) | | 1700 Groom Road | Baker | LA | 70714 |
| Cintrell | Rockett | 939457472 | 2408 Houma Blcd. Apt.420 | Metairie | LA | 70001 |
| Joseph | Roshto | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Tammy | Roshto | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Wanda | Roubion | 931087908 | 11424 Melvin Place | New Orleans | LA | 70128 |
| Patrick | Roubion, Jr. | 939349868 | 2328 Frenchman Street | New Orleans | LA | 70119 |
| Charles | Rouse | | 1206 Lucas Drive | Sebring | FL | 33870 |
| Myrtle | Roy | | 1900 Groom Road | Baker | LA | 70714 |
| Dwayne | Russell | | 1722 St.Phillips Street | New Orleans | LA | 70116 |
| Terry | Salvant | | 315 North White Street | New Orleans | LA | 70119 |
| Lenora | Salvant | | 315 North White Street | New Orleans | LA | 70119 |
| Mirium (Linda) | Samuel(Mother Dec | | 10950 Tanner Park Court #4704 | Houston | TX | 77075 |
| Broderick | Sanders | | 1900 Groom Road | Baker | LA | 70714 |
| Patricia | Sanders | | 7122 Crowder Boulevard #203 | New Orleans | LA | 70127 |
| Brittany | Sanders | | 8690 Main Street | Houma | LA | 70363 |
| Patricia | Sapp | 911955203 | 10200 Chevy Chase | New Orleans | LA | 70127 |
| Anisley | Sapp | | 10200 Chevy Chase | New Orleans | LA | 70127 |
| Ernestine | Saul | 931096619 | 5905 Carpenter Road | Zachary | LA | 70791 |
| August | Sayles | | 1800 Groom Road | Baker | LA | 70714 |
| Fred | Schmidt | | | | | |
| Jordon | Schott (minor) | 911945031 | P.O. Box 771301 | Houston | TX | 77215 |
| Gilda | Sharett | | 3105 Cherry Street | New Orleans | LA | 70118 |
| Brenda | Sharett | | 3105 Cherry Street | New Orleans | LA | 70118 |
| Jolynette | Shepherd | | 2000 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Leo | Sherman | 911985492 | 1700 Groom Road | Baker | LA | 70714 |
| Christian | Sills (minor) | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Kierstian | Sills (minor) | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Brandon | Sills (minor) | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Bleanda | Simpson | 939644923 | 4009 Piedmont Drive | New Orleans | LA | 70122 |
| Leslie | Sims III | 939500966 | 1900 Groom Road | Baker | LA | 70714 |
| Brenda | Singleton | | 1015 Franklin Street | Port Allen | LA | 70767 |
| Carlton | Sistrunk | | | | | |
| Dawn | Sistrunk | | | | | |
| Willie | Slaughter | 921368096 | 7051 East Renaissance Court | New Orleans | LA | 70128 |
| Brandi | Smalls | | 250-7 Holmes Blvd. | Gretna | LA | 70056 |
| Donald | Smith | 911990765 | 1900 Groom Road | Baker | LA | 70714 |
| Calvin | Smith | | 3501 Garden Oak Drive | New Orleans | LA | 70114 |
| Donald | Smith | 911990765 | 1700 Groom Road | Baker | LA | 70714 |
| Calvin | Smith | | | | | |
| Pamela | Smith | | | | | |
| Alvin | Smith | | | | | |
| Christiana | Smith | | 329 N. Derbigny Street Apt. A | New Orleans | LA | 70112 |
| Willie | Smith | | 401 20th Street Apt. 36 | Gretna | LA | 70053 |
| Jeanette | Smith | | | | | |
| Kendrick | Smith | | 1614 Tricou Street | New Orleans | LA | 70126 |
| Ebony | Smothers | | 1614 Tricou | New Orleans | LA | 70126 |
| Gary | Smothers | | 1900 Groom Road | Baker | LA | 70714 |
| Curtis | Southall | 939479380 | 1700 Groom Road | Baker | LA | 70714 |
| Dezoray | Spears | | 1900 Groom Road | Baker | LA | 70714 |
| Elizabeth | Spongia | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Genea | Spongia | | 25589 Hwy 16 | Denham Springs | LA | 70726 |
| Cion | Stacker | | 8690 Main Street | Houma | LA | 70363 |
| Breion | Stacker (minor) | | 8690 Main Street | Houma | LA | 70363 |
| Enines | Stephanie | | 1700 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Sharon | Stewart | 939426906 | 12625 Coursey Blvd. Apt. 2026-1 | Baton Rouge | LA | 70816 |
| Joyce | Stewart | | 1900 Groom Road | Baker | LA | 70714 |
| Warrena | Still | | 4501 Mendez | New Orleans | LA | 70126 |
| Glenda | Stone | 939657222 | | | | |
| Lydell | Storvall | | 4039 Eagle Street | New Orleans | LA | 70118 |
| Latrell | Storvall | | 4039 Eagle Street | New Orleans | LA | 70118 |
| Gilda | Storvall | | 4039 Eagle Street | New Orleans | LA | 70118 |
| Lance | Storvall | 9211677181 | 4039 Eagle Street | New Orleans | LA | 70118 |
| Lendell | Storvall (minor) | | 4039 Eagle Street | New Orleans | LA | 70118 |
| Lavell | Storvall (minor) | | 4039 Eagle Street | New Orleans | LA | 70118 |
| Lucas | Storvall, Jr. | | 4039 Eagle Street | New Orleans | LA | 70118 |
| Lucas | Storvall, Sr. | | 4039 Eagle Street | New Orleans | LA | 70118 |
| David | Strong | 938667480 | P.O. Box 50955 | New Orleans | LA | 70150 |
| Derrick | Strong | | P.O. Box 50955 | New Orleans | LA | 70150 |
| Patrick | Temple, Jr. | | 25589 LA Hwy 16 | Denham Springs | LA | 70726 |
| Demetri | Tendell | | | | | |
| Willie | Tenner | 937207160 | 1900 Groom Road | Baker | LA | 70714 |
| Alvira | Theriot | | 1900 Groom Road | Baker | LA | 70714 |
| Yvette | Thermond | | 3320 North Miro | New Orleans | LA | 70117 |
| Mikayla | Thomas | | 4107 Hamilton Street | New Orleans | LA | 70118 |
| Cheryl | Thomas | | 1900 Groom Road | Baker | LA | 70714 |
| Johnny | Thomas | 912237862 | 1700 Groom Road | Baker | LA | 70714 |
| Dorothy | Thomas | | 524 North 1st Street | Lake Charles | LA | 70601 |
| Dondreneka | Thompson | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Sandra | Thompson | 911947067 | 2004 Mandolin Street | New Orleans | LA | 70122 |
| Dondriel | Thompson | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Dariel | Thompson | | 4806 Haydel Street | New Orleans | LA | 70126 |
| Annie | Thompson | | 2609 River Road | New Orleans | LA | 70121 |
| Earl | Thompson, Sr. | 911947067 | 2004 Mandolin Street | New Orleans | LA | 70122 |
| John | Thornbor | 931308448 | 4123 Hamilton Street | New Orleans | LA | 70118 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Virginia | Thornbor | | 4123 Hamilton Street | New Orleans | LA | 70118 |
| Rayfield | Thornbor | | 423 Hamilton Street | New Orleans | LA | 70118 |
| Diane | Thornbor | | 4123 Hamilton Street | New Orleans | LA | 70118 |
| Lorraine | Thornton | | | | | |
| Koren | Thornton | 921139637 | 6856 Farwood Road | New Orleans | LA | 70126 |
| Kimberly | Thornton | | | | | |
| Scotty | Thornton (minor) | | 6856 Farwood Road | New Orleans | LA | 70126 |
| Isaac | Thornton, Jr. | | | | | |
| Isaac | Thornton, Sr. | | 6856 Farwood Road | New Orleans | LA | 70126 |
| Richard | Trice | | | | | |
| Vincent | Trouiller | 939376430 | 3500 Garden Oaks Drive  Apt.1415 | New Orleans | LA | 70114 |
| Woody | Turbinton | 939637248 | 4223 Stephen Girard Avenue | New Orleans | LA | 70126 |
| Sylvia | Turbinton | 939637248 | 4223 Stephen Girard Avenue | New Orleans | LA | 70126 |
| Christopher | Turner | | 250-7 Holmes Blvd | Gretna | LA | 70056 |
| Brianne | Valdery (minor) | | 1658 North Dupry | New Orleans | LA | 70119 |
| Lisa | Veillion | | 113 Tammy Drive | Slidell | LA | 70458 |
| Louis | Veillion | 931102038 | 113 Tammy Drive | Slidell | LA | 70458 |
| Louis | Veillion III | | 113 Tammy Drive | Slidell | LA | 70458 |
| Calvin | Venson | | 1115 Laurelhill Court | Arlington | TX | 76015 |
| Candice | Victor | | | | | |
| Evon | Vincent | | 5177 Basinview Drive | New Orleans | LA | 70126 |
| Ferris | Vincent (minor) | | 5177 Basinview Drive | New Orleans | LA | 70126 |
| Jimmy | Ward | 911952163 | P.O. Box 850914 | New Orleans | LA | 70185 |
| Brandon | Ward | | P.O. Box 850914 | New Orleans | LA | 70185 |
| Karleena | Ward (minor) | | P.O. Box 850914 | New Orleans | LA | 70185 |
| Deshawn | Ward (minor) | | 8912 Dinkins Street | New Orleans | LA | 70185 |
| Patricia | Washington | | 8912 Dinkins Street | New Orleans | LA | 70127 |
| Claude | Washington | 939045234 | 8912 Dinkins Street | New Orleans | LA | 70127 |
| Lenard | Washington | | 2429 Music | New Orleans | LA | 70117 |
| Yoland | Washington | 911915075 | P.O. Box 771060 | New Orleans | LA | 70177 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Claudnisha | Washington (minor) | | 8912 Dinkins Street | New Orleans | LA | 70187 |
| Monique | Washington (minor) | | 8912 Dinkins Street | New Orleans | LA | 70127 |
| Christopher | Washington (minor) | | 8912 Dinkins Street | New Orleans | LA | 70187 |
| Alaysha | Washington (minor) | | 8912 Dinkins Street | New Orleans | LA | 70127 |
| Claude | Washington, III | 939045234 | 8912 Dinkins Street | New Orleans | LA | 70127 |
| Michelle | Watson | | P.O. Box 3860 | New Orleans | LA | 70177 |
| Mary | Watts | | | | | |
| Albertine | Watts (deceased) | | | | | |
| Edith | Wells | 912058435 | 7800 Chef Menteur Hwy | New Orleans | LA | 70126 |
| Bernice | White | 912044503 | 3703 Clairmont Drive | New Orleans | LA | 70122 |
| Wenzy | White | | | | | |
| Michael | White | 912022242 | 2808 Dante Street | New Orleans | LA | 70118 |
| Willie | White (minor) | | | | | |
| Walonozo | White (minor) | | | | | |
| Wanesheir | White (minor) | | | | | |
| Gloria | Williams | | 215 E. Flancher Road | Zachary | LA | 70791 |
| Warmeshia | Williams | | 1700 Groom Road | Baker | LA | 70714 |
| Mya | Williams | | 13067 Deauville Court | New Orleans | LA | 70129 |
| John | Williams | 939588082 | 3320 North Miro | New Orleans | LA | 70117 |
| De'Shannon | Williams | | 4119 Hamilton Street | New Orleans | LA | 70118 |
| Johnnie | Williams | 940781860 | 7310 Eastmore Drive | New Orleans | LA | 70126 |
| Bryant | Williams | | 1700 Groom Road | Baker | LA | 70714 |
| Jackie | Williams | | 1015 Franklin Street | Port Allen | LA | 70767 |
| Ke'ira | Williams | | 4119 Hamilton Street | New Orleans | LA | 70118 |
| Trinity | Williams (minor) | | | | | |
| Clarence | Williams, III | | 2000 Groom Road | Baker | LA | 70714 |
| Winnie | Wilmore | | 4641 Knight Drive | New Orleans | LA | 70127 |
| Charles | Wilmore | 939407023 | 4641 Knight Drive | New Orleans | LA | 70127 |
| Herbert | Wilmore | 936998550 | 4641 Knight Drive | New Orleans | LA | 70127 |
| Norman | Wilson, Jr. | 938040264 | 1800 Groom Road | Baker | LA | 70714 |

3/28/2008

Clients list for Gainsburgh Benjamin

| First Name | Last Name | FEMA ID | Current Address - Physical | Physical City | Physical State | Physical Zip |
|---|---|---|---|---|---|---|
| Dorothy | Winfield | | 1900 Groom Road | Baker | LA | 70714 |
| Bertrand | Winfield | | 1900 Groom Road | Baker | LA | 70714 |
| Erione | Wire (minor) | | 3425 La Ave. Parkway | New Orleans | LA | 70125 |
| Dillion | Wishart | | | | | |
| Brixton | Wishart | | | | | |
| Audrey | Woods | 939293262 | 5435 Providence Place | New Orleans | LA | 70126 |
| Meldon | Woods | | 5435 Providence Place | New Orleans | LA | 70126 |
| Kieth | Wright | 931160217 | 7320 Willowbrae Drive | New Orleans | LA | 70127 |
| Wilma | Wright | 940797616 | 7320 Willowbrae Drive | New Orleans | LA | 70127 |
| Laverda | Young | 911895956 | 250-7 Holmes Blvd | Gretna | LA | 70056 |
| Tyrone | Young | 911895956 | 250-7 Holmes Blvd | Gretna | LA | 70056 |
| Alphonse | Young | | P.O. Box 75033 | Baton Rouge | LA | 70874 |
| Tyrone | Young, Jr. | | 250-7 Holmes Blvd. | Gretna | LA | 70056 |

3/28/2008