coachmen industries - Yahoo! Search Results                                                                Page 1 of 2

Yahoo!   My Yahoo!   Mail       Welcome, **alphacayce** [Sign Out]   Help

Web | Images | Video | Local | Shopping | more
coachmen industries          [Search]   Options   Customize

1 - 10 of about 507,000 for **coachmen industries** (About this page) - 0.12 sec. |   SearchScan^BETA On

**Also try: coachmen industries** inc, **industries** inc, More...

SPONSOR RESULTS

**Coachmen Industries** (NYSE: COA)
Manufacturer of recreational vehicles, modular homes, and related products.
www.**coachmen**.com - Cached

**Coachmen Industries** Application
Sign Up and Search Thousands of
New Jobs. Post Your Resume.
www.JobsOnline.net

**Coachmen** Recreational Vehicles
Recreational vehicle ... "easy" family camping better than a **Coachmen** folding trailer. ... ©
2007-2008 **Coachmen Industries**, Inc. Privacy. Contact Us. Terms of ...
www.**coachmen**rv.com - 60k - Cached

**Coachmen Industries**
30 Second Application, Easy - Fast
Approval. Drive Today.
EasyApproval.NovaCarCredit.
com

Company Profile
Founded in Middlebury, Indiana in 1964, **Coachmen Industries**, Inc. ... A publicly held
company, **Coachmen Industries**' stock is listed on the New York ...
www.**coachmen**.com/profile.php - Cached

**Coachman** Parts
Find and Compare prices on
**Coachman** Parts at Smarter.com.
www.smarter.com

Home
WEST COAST REGIONAL SERVICE OPERATIONS. A DIVISION OF **COACHMEN
INDUSTRIES**. 13871 Oaks Avenue ... TEL (909) 628-5755. FAX (909) 628-5318.
SERVICING ALL MAKES ...
www.**coachmen**service.com - Cached

RV's Motorhome Low Prices
GulfStream Newmar Tiffin Monaco
etc Worldwide Delivery.
FleetRatesRV.com

**Coachmen Industries**, Inc.: Information and Much More from
Answers.com
**Coachmen Industries**, Inc. (NYSE:COA) Company Financials Income Statement Balance
Sheet Cash Flow Statement Contact Information **Coachmen Industries**,
www.answers.com/topic/**coachmen-industries**-inc - 62k - Cached

Huge Selectin of **Coachman**
Travel Trailer
We won't be beat on our D & D RV
and Auto price. Check our prices
now.
www.ddrvandauto.com

COA: Headlines for **COACHMEN** IND INC - Yahoo! Finance
Find out the latest news headlines for **COACHMEN** IND INC (COA) ... **COACHMEN
INDUSTRIES** INC Files SEC form 8-K, Regulation FD Disclosure, Financial ...
finance.yahoo.com/q/h?s=coa - Cached

**Coachman** Industry
**Coachman** industry-Loans -
Dealer Reviews - Tips.
www.CarLoanInc.com

**Coachmen Industries**, Inc. | International Directory of Company ...
**Coachmen Industries**, Inc. from International Directory of Company Histories in Reference
provided ... In 1974 **Coachmen** added Flannigan **Industries**, Inc. and ...
findarticles.com/p/articles/mi_gx5202/is_2006/ai_n19123602 - Cached

**Coachmen Industries**
Find info on **coachmen** on the
Business.com online directory.
www.business.com

**Coachmen** RV - Our Company
The Corson brothers started **Coachmen Industries**, Inc. ... recreational vehicle operations,
**Coachmen Industries** also is the country's ...
www.**coachmen**rv.com/about - Cached

See your message here...

**Coachmen Industries**, Inc.
**Coachmen Industries**, Inc. Our Subsidiaries. Our subsidiaries are among America's ...
Maintained by: **Coachmen Industries**, Inc. ...
www.rvdealers.com - Cached

COA: Profile for **COACHMEN** IND INC - Yahoo! Finance
See the company profile for **COACHMEN** IND INC (COA) including business summary,
industry/sector information, number of employees, ... **Coachmen Industries**, Inc. ...
finance.yahoo.com/q/pr?s=COA - Cached

SPONSOR RESULTS

**Coachmen Industries** Application
Sign Up and Search Thousands of New Jobs. Post Your Resume.
www.JobsOnline.net


EXHIBIT
A

**Coachmen Industries**
30 Second Application, Easy - Fast Approval. Drive Today.

http://search.yahoo.com/search?p=coachmen+industries&fr=yfp-t-501&toggle=1&cop=mss...   6/5/2008

EasyApproval.NovaCarCredit.com

**Also try:** coachmen industries inc, industries inc, More...

1  2  3  4  5  6  7  8  9  10  11  Next >

coachmen Industries     [ Search ]

Yahoo! Search is so smart, it can help you solve puzzles. Play now.

© 2008 Yahoo! Privacy / Legal - Submit Your Site   SearchScan^BETA displays McAfee alerts optimal for the Yahoo! search user and does not include all McAfee SiteAdvisor red ratings.