# RVTrade

Cygnus Business Media
Thursday, June 5, 2008

View more Industry Business News articles »
Industry Business News

## Coachmen receives congressional inquiry

(Feb. 22, 2008) -- The Committee on Oversight and Government Reform of the US House of Representatives issued an inquiry to the manufacturer on the investigation into the levels of formaldehyde in travel trailers and other temporary housing provided by FEMA.
Coachmen Industries

ELKHART, Ind. - Coachmen Industries, Inc. announced that it has received an inquiry from the Committee on Oversight and Government Reform of the United States House of Representatives as part of the Committee's investigation into the levels of formaldehyde in travel trailers and other forms of temporary housing provided by FEMA to victims of the Gulf Coast Hurricanes from 2005 through 2007.

"Coachmen's first priority is and has always been the quality and safety of all of our products," stated Rick Lavers, President and CEO of Coachmen Industries. "While Coachmen did not sell any trailers directly to FEMA, we know that a proportionately small number of our products were used by FEMA. Nevertheless, we will make every effort to cooperate fully with the Committee's request for information on our products."

The Committee has requested that Coachmen provide the requested information by Friday, March 7, 2008. The Company will provide additional details regarding its response at that time.



*Two Seat Bicycle Car*
Pedal Powered - Multi-Speed - Multi-Seater
*FREE* RHOADESCAR *BROCHURE*
www.RhoadesCar.com                    Feedback - Ads by Google

Copyright © All rights reserved. Cygnus Interactive, a Division of Cygnus Business Media.
Privacy Statement | User Agreement



EXHIBIT
C