DEALER LOCATOR

   








# Contact Coachmen Recreational Vehicle Company, LLC

**Phone:**
Sales: (800) 353-7383
Service: (800) 453-6064

**E-mail:**
Sales Information: CRVinfo@coachmen.com
Service Information: Service Support E-assistance

**Mailing Address:**
P.O. Box 30
Middlebury, IN 46540

**Shipping Address:**
423 North Main
Middlebury, IN 46540

© 2007-2008 Coachmen Industries, Inc. / Privacy / Contact Us / Terms of Use / Site Map



EXHIBIT E