

- Cruise Master
- Pursuit
- Maverick

Dealer Locator
Owners Club
Parts/Service
About Us
Contact Us
HOME



Brochure Request

## Answers to Your Questions About GBM

Want to learn more about a specific Georgie Boy motorhome? On the road and have a maintenance question? No matter what your question is about, chances are we have an experienced sales or service expert who can answer it for you. Simply submit your name and contact information and one of our staff members will get back to you soon.

### 1. Enter your contact information

FIRST NAME: (required)
LAST NAME: (required)

Please contact me by: (required)

- ● E-MAIL:
- ○ PHONE:

### 2. Submit your question

To make sure your question is directed to the right expert, please select "service" for parts or maintenance questions or "general" for sales or miscellaneous questions.

QUESTION: ● General  ○ Service

[SUBMIT]

Georgie Boy Manufacturing • 423 North Main Street • Middlebury, IN 46540 • (877) 876-9024
SALES: gbinfo@georgieboy.com • SERVICE: gbmservice@georgieboy.com

Privacy Policy • Terms of Use



EXHIBIT F