| COACHMEN HOMEPAGE | COMPANY PROFILE | RECREATIONAL VEHICLES | HOUSING | INVESTOR RELATIONS | CAREER OPPORTUNITIES | NEWS & EVENTS |

COMPANY PROFILE

MORE INFORMATION



Founded in Middlebury, Indiana in 1964, Coachmen Industries, Inc., through its prominent industry subsidiaries, is one of America's leading manufacturers of recreational vehicles (RVs) and systems-built single family homes and multi-family residential structures. The Coachmen RV Group produces a complete line of RVs under several well known brand names including Coachmen®, Georgie Boy®, Sportscoach®, Adrenaline™ and Viking®. The full line of RV products includes Class A and Class C motorhomes, fifth wheels, travel trailers and folding camping trailers which are produced at manufacturing facilities in Indiana, Georgia and Michigan. The RV Group markets its products through a network of independent dealers throughout the United States and Canada.

The Coachmen Housing Group includes All American Homes, LLC and Mod-U-Kraf Homes, LLC, which combined are one of the nation's largest builders of systems-built homes. Through All American Building Systems, LLC, the Group also builds apartments, condominiums, dormitories and hotels. The Housing Group's manufacturing facilities are located in Colorado, Indiana, Iowa, North Carolina, and Virginia.

A publicly held company, Coachmen Industries' stock is listed on the New York Stock Exchange under the ticker COA.

**Street Address**
423 North Main Street
Middlebury, IN 46540

**Mailing Address**
PO Box 30
Middlebury, IN 46540

Telephone: 574-825-5821
Fax: 574-825-8141

COACHMEN HOMEPAGE | COMPANY PROFILE | RECREATIONAL VEHICLES | HOUSING
INVESTOR RELATIONS | CAREER OPPORTUNITIES | NEWS & EVENTS | SITE MAP
PRIVACY POLICY | TERMS AND CONDITIONS OF USE POLICY
Maintained by: Coachmen Industries, Inc., 423 N. Main St., P.O. Box 30, Middlebury, IN 46540 • All rights reserved. ©2008
Email the WEBMASTER with questions about this website.

COA LISTED NYSE 



EXHIBIT G