'COA: Insider Roster for COACHMEN IND INC - Yahoo! Finance    Page 1 of 2

Case 2:07-md-01873-KDE-MBN   Document 344-7   Filed 06/18/08   Page 1 of 2

Yahoo!  My Yahoo!  Mail  More                          Hi, alphacayce   Sign Out   Help

YAHOO! FINANCE                    Search                              WEB SEARCH

Dow ↑ 0.58%  Nasdaq ↓ 0.61%            Mon, Jun 9, 2008, 4:42PM ET - U.S. Markets closed.

GET QUOTES    Finance Search

## Coachmen Industries Inc. (COA)                At 4:04PM ET: **2.85** ↑ 0.04 (1.42%)

TD AMERITRADE    Join TD AMERITRADE.
No maintenance fees.   · Trade free for 30 days + get $100.
                       · Then get $9.99 trades.

### Insider Roster                        Get **Insider Roster** for:  [ GO ]

**INSIDER HOLDERS***

| Individual/Entity | Most Recent Trans. | Shares Owned as of Trans. Date |
|---|---|---|
| BEDELL RICK J  *Officer* | Acquisition (Non Open Market)  30-Apr-08 | 7,509  30-Apr-08 |
| BLOOM GEOFFREY B  *Director* | Option Exercise  4-May-08 | 37,943  4-May-08 |
| DEPUTY ROBERT J  *Director* | Option Exercise  4-May-08 | 150,798  4-May-08 |
| GEHL THOMAS P.  *Officer* | Ownership Statement  21-Apr-08 | 20  21-Apr-08 |
| GOEBEL JOHN A JR  *Director* | Acquisition (Non Open Market)  1-May-08 | 29,102  1-May-08 |
| HERR DELVEN D  *Officer* | Acquisition (Non Open Market)  30-Apr-08 | 7,037  30-Apr-08 |
| HUDLER DONALD W  *Director* | Option Exercise  4-May-08 | 33,039  4-May-08 |
| JOHNSON WILLIAM P  *Director* | Option Exercise  4-May-08 | 77,500  4-May-08 |
| LAVERS RICHARD M  *Officer* | Acquisition (Non Open Market)  30-Apr-08 | 12,667  30-Apr-08 |
| LUX PHILIP G  *Director* | Option Exercise  3-May-07 | 101,040  3-May-07 |
| MILLER EDWIN W  *Director* | Option Exercise  4-May-08 | 38,372  4-May-08 |
| MIRANDA MARTIN  *Officer* | Acquisition (Non Open Market)  30-Apr-08 | 657  30-Apr-08 |
| NEAR GARY L  *Officer* | Acquisition (Non Open Market)  29-Jun-07 | 1,414  29-Jun-07 |
| PATTERSON STEPHEN L  *Officer* | Acquisition (Non Open Market)  30-Apr-08 | 1,143  30-Apr-08 |





EXHIBIT H

COA: Insider Roster for COACHMEN IND INC - Yahoo! Finance    Page 2 of 2

Case 2:07-md-01873-KDE-MBN  Document 344-7  Filed 06/18/08  Page 2 of 2

| | | | |
|---|---|---|---|
| TERLEP MICHAEL R JR<br>Officer | Acquisition (Non Open Market)<br>30-Apr-08 | 9,414 | 30-Apr-08 |
| THIMLAR LESLIE G<br>Officer | Acquisition (Non Open Market)<br>30-Apr-08 | 5,021 | 30-Apr-08 |
| WOELFER W. TODD<br>Officer | Acquisition (Non Open Market)<br>30-Apr-08 | 1,650 | 30-Apr-08 |
| ZUHL COLLEEN A<br>Officer | Acquisition (Non Open Market)<br>30-Apr-08 | 7,036 | 30-Apr-08 |

**View Transactions for Insiders & Institutional Holders**

*Insider roster data is derived solely from the last 24 months of Form 3 & Form 4 SEC filings.

≈ Add to Portfolio    ✩ Set Alert    ✉ Email to a Friend

Get **Insider Roster** for Another Symbol:    [GO] Symbol Lookup

- Today's SEC Filings
- Mergers & Acquisitions

Copyright © 2008 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Send Feedback

**Quotes delayed**, except where indicated otherwise.
Delay times are 15 mins for NASDAQ, 20 mins for NYSE and Amex. See also delay times for other exchanges.

Insider data and information are provided by EDGAR Online, Inc. (1-800-416-6651). Quotes and other information supplied by independent providers identified on the Yahoo! Finance partner page. Quotes are updated automatically, but will be turned off after 25 minutes of inactivity. Quotes are delayed at least 15 minutes. Real-Time continuous streaming quotes are available through our premium service. You may turn streaming quotes on or off. All information provided "as is" for informational purposes only, not intended for trading purposes or advice. Neither Yahoo! nor any of independent providers is liable for any informational errors, incompleteness, or delays, or for any actions taken in reliance on information contained herein. By accessing the Yahoo! site, you agree not to redistribute the information found therein.