Print Page | Close Window

# SEC Filings

**8-K**

COACHMEN INDUSTRIES INC filed this Form 8-K on 04/30/08

<< Previous Page | Next Page >>



EXHIBIT

---

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 8-K

CURRENT REPORT
PURSUANT TO SECTION 13 OR 15(d) OF THE
SECURITIES EXCHANGE ACT OF 1934

Date of report (Date of earliest event reported): April 29, 2008

# COACHMEN INDUSTRIES, INC.
(Exact name of registrant as specified in its charter)

| INDIANA | 1-7160 | 35-1101097 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification No.) |

| 423 North Main Street, Middlebury, Indiana | 46540 |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

(574) 825-5821
(Registrant's telephone number, including area code)

N/A
(Former Name or Former Address, if Changed Since Last Report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

ITEM 2.02      REULTS OF OPERATIONS AND FINANCIAL CONDITION

On April 29, 2008, Coachmen Industries, Inc. held its first quarter analyst conference call, and a copy of the prepared remarks of the executive officers of the Registrant are attached as Exhibit 99.1 to this Form 8-K and incorporated by reference herein.

ITEM 7.01.  REGULATION FD DISCLOSURE

See "Item 2.02. Results of Operations and Financial Condition" which is incorporated by reference in this Item 7.01.

ITEM 9.01.  FINANCIAL STATEMENTS AND EXHIBITS

   (d)    The following exhibit is furnished as a part of this Report:

          99.1    First Quarter 2008 Conference Call Prepared Remarks dated April 29, 2008

_____

## SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

COACHMEN INDUSTRIES, INC.

Date: April 29, 2008        By:  /s/Jeffery A. Tryka
                                 Jeffery A. Tryka, Secretary



## COACHMEN INDUSTRIES, INC.
423 N. Main St. • P.O. Box 30 • Middlebury, Indiana 46540 • 574/825-5821 • Fax 574/825-8141

# 1Q08 CONFERENCE CALL FORMAL COMMENTS
# April 29, 2008

## INTRODUCTION/SAFE HARBOR DISCLAIMER (Jeff Tryka)

Thank you Matt and welcome to this Coachmen conference call to review the Company's results for the first quarter ended March 31, 2008, which were released yesterday afternoon.

Before we start, let me offer the cautionary note that comments made during this conference call that are not historical facts, including those regarding future growth, corporate performance or products are forward-looking statements within the context of the Safe Harbor Provisions of the Private Securities Litigation Reform Act of 1995. Many factors could cause actual results to differ materially from those expressed in the forward-looking statements. Information on the risks that could affect Coachmen's results may be found in the Company's recent filings with the SEC. Comments made today represent management's views on April 29, 2008, and these views may change based on subsequent events and the risk factors detailed in the Company's public filings. Although these comments may be available for a period of time through the Company's website, the Company undertakes no obligation to update these comments during that period. With that stated, I'll turn the call over to Rick Lavers, our President and Chief Executive Officer.

## BUSINESS OVERVIEW (Rick Lavers)

Thank you Jeff, and welcome everyone. With me today are Colleen Zuhl, our Chief Financial Officer, Mike Terlep, President of the RV Group, Rick Bedell, President of our Housing Group and Todd Woelfer our General Counsel.

One of these days, I hope that I will be able to open this call with positive comments about market conditions. Unfortunately, not this call. As I wrote in our annual report, simply put, it's brutal out there.

The Wall Street Journal reported in late March that a glut of foreclosed homes of

"historic proportions" was starting to drive down home prices, and that consumer

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 2
April 29, 2008

spending was beginning to buckle under the combined weight of the weakening job market, the housing downturn and climbing prices of food and fuel. Then just this morning, they reported that the "share of homes vacant and for sale, an important measure of the nation's housing supply, set a record in the first quarter in a signal that the glut of homes on the market isn't improving," concluding that "the rising vacancies indicate that home prices won't stop falling," and "Consequently, home builders can't ramp up construction until the glut of vacancies can be worked down." In April, the Journal also reported that weakness in the U.S. labor market has spread beyond the housing and finance industries to engulf a swath of businesses, resulting in the biggest jobs drop in 5 years in March, which was the third month in a row suffering a drop in employment.

Some of the nation's largest "home builders have reported first quarter revenues off 43-63%, and resultant losses double to ten times their previous year's profits. Some of our modular and manufactured housing competitors announced multiple plant closures during the last few months, and one major modular home manufacturer actually reported 285% greater losses on 14.2% higher revenues.

The latest RVIA forecast is more pessimistic for 2008, predicting a 13% drop in wholesale shipments in towables (down from -5%) and a 17% decline in motorhomes (down from -5%). Western RV just closed its doors, and National RV's assets were sold on the auction block.

Some of our RV competitors also recently reported deepening losses on improved revenues. It's counterintuitive, so it bears repeating, that some of our competitors in both of our business segments have experienced increased losses on increased revenues, which tells us a lot about the recent discounting environment in both the housing markets and in the wholesale RV markets.

But in face of this avalanche of woeful economic news, I am very, very pleased to be able to report some very, very good news to our shareholders.

We have broken our string of losing quarters.

Coachmen Industries is in the black for the first quarter of 2008.

Coachmen made well over $1.0 million in net profits for the quarter. Our bottom line improved by over $11.5 million from the first quarter of 2007, and very significantly, we did this on $9 million less revenue.

This marks only the third time in the last 8 years that Coachmen posted a profit in its first quarter. Admittedly, we are not paying a dividend at this time, but nonetheless, our profits this quarter are the highest we have posted in the first quarter since 2000, nine years ago! Higher even than in 2004, the last year Coachmen posted a profit for the year – but we did it this year on $63 million less in revenue than in 2004! Moreover, the first quarter is traditionally one of our most difficult.