Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 3
April 29, 2008

I am also pleased to be able to say that both our business segments share the credit for this performance. Both the RV segment and the housing segments were profitable in March. Further, we continued to gain RV market share in key segments during the quarter. In fact, according to Stat Surveys, through February Coachmen Class C's are the number one model in the nation at retail, with a 15.5% increase in market share over the comparable period in 2007.

We have said repeatedly that you would see the cost cutting and product repositioning actions we took throughout 2007 fall to the bottom line in 2008. Clearly, they have. While our gross margins are not yet where they need to be, they are markedly improved. Our gross margins in the first quarter of 2008 approach the margins we achieved in the first quarter of 2005, when we enjoyed 58% more revenue. They are more than double the margins posted in 2006 on 34% more revenue.

Given the conditions and comparatives I outlined, I am very happy with this performance. I commend our management team, and thank every one of our employees for all the efforts that went into generating these results.

I will not steal any more of my colleagues' thunder. Colleen will now provide you the financial highlights.

## CORPORATE/FINANCIAL REVIEW (Colleen Zuhl)

Thanks, Rick.

As mentioned in our release yesterday, the weakness in both of our industry segments continued in the first quarter, with an adverse impact on our revenues for the quarter. However, with the continued efforts to reduce our costs of operations and improve operating efficiencies, we posted our best quarterly operating results since the end of 2004.

For the first quarter of 2008:

- Although sales fell 6.9% to $121.3 million versus $130.2 million last year,
- Consolidated gross margin was 9.0% compared to 1.1% for the same period a year ago. The improvement in gross margin is directly attributable to the cost reductions implemented throughout 2007, reductions in the significant levels of discounting which we did in RVs especially in the first half of last year, improved capacity utilization resulting from the consolidation actions taken in 2007 and increased utilization associated with military construction projects in the Housing Group.
- Selling, general and administrative expenses were reduced by $2.9 million compared with the first quarter of 2007 due to a combination of intense cost reduction activities, reduced sales commissions associated with the reduced RV revenue level and several favorable legal settlements.
- Pre-tax profit was $1.3 million for the first quarter, versus a pre-tax loss of $10.4 million for the first quarter of 2007 an improvement of $11.8 million or 113%.

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 4
April 29, 2008

- At the bottom line, net income for the quarter was $1.3 million, or $0.08 per share in 2008 compared with a net loss of $10.4 million, or $0.67 per share in the year ago quarter.

For the three months ending March 31, 2008, net cash flow from operations was an outflow of $16.4 million due primarily to the use of cash to fund the major projects within the Housing Group, compared with cash generated by operations of $4.1 million for the first quarter of 2007. This outflow from operations was funded primarily through increased borrowings on our line of credit and borrowings against our life insurance policies.

Capital expenditures continued to be minimal for the quarter with expenditures of $0.6 million in the quarter, versus the $0.4 million expended during the first quarter of 2007. The increase of $150,000 was primarily related to the purchase of additional housing carriers to facilitate deliveries of military construction projects, and the move of our corporate headquarters from Elkhart to Middlebury. While the expense of this move was incurred in the first quarter, the cost will be more than offset by ongoing operational savings to be realized in each subsequent quarter.

On the balance sheet:

- Cash increased from year end by $1 million to $2.6 million at March 31, 2008.
- Accounts receivables increased to $35.8 million, an increase of $26.7 million from the unusually low level of accounts receivable at the end of 2007. The increase in accounts receivable was due to both increased sales during the first quarter and due longer payment terms on Ft. Carson as compared to our traditional sales.
- Total inventories increased by $3 million from the end 2007 to $82.3 million.
- Finished goods inventory decreased by $2.1 million to $42.9 million from $45.0 million, with a $2.2 million increase in Housing finished goods offset by a $4.3 million reduction in finished goods at the RV Group. This increase in finished goods at the Housing Group was primarily associated with the Ft. Carson project, where weather and site problems caused delivery delays for modules we had manufactured.
- As a direct result of the increase in accounts receivable and inventories, short term borrowings increased from the end of last year by $13.8 million to $34.7 million as of March 31, 2008.
- Borrowings against the cash surrender value of company owned life insurance policies also increased by $6.1 million during the quarter, however, we anticipate repaying these loans in early May.
- Long-term debt remains at a very low $3.0 million as of March 31, 2008.
- Shareholders' Equity stands at $122.6 million resulting in a book value per share of $7.78.

As I discussed in detail in our last few conference calls, based on our cash flow projections we believe that Coachmen has adequate liquidity and access to cash to carry

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 5
April 29, 2008

us through these current difficult market circumstances. Despite the increase in short-term borrowings, we have adequate availability under our $55 million long-term credit agreement which does not expire until 2011. In addition, should the need arise, we can borrow against the cash surrender value of company owned life insurance policies, at very favorable terms, as we did for a time during the first quarter. At the end of the first quarter, the value of those policies net of loans was $29.5 million. These policies have a death benefit of over $100 million. Remaining borrowing capacity on the policies at the end of the quarter was $26.9 million.

In addition to our access to cash from our line of credit and life insurance policies, we also have a number of properties held for sale, which will provide additional liquidity. Combined, we expect these properties will generate proceeds of approximately $10 million when sold, although the current state of the real estate and commercial lending markets make it difficult to predict when that might occur.

As evidenced by our first quarter results, and as Rick mentioned, we are now enjoying the benefits of the operational improvements from the actions taken in 2007 which will further enhance our bottom line results and cash generation.

In summary, during the quarter, we saw the results from our efforts at reducing operating costs which enabled us to post our first profitable quarter since 2006 and our best quarterly bottom line since 2004. We have a number of idle assets which when sold will increase our cash availability. We will keep monitoring our cash availability and liquidity to ensure we have the resources necessary for continued success in 2008.

Mike, I'll turn it to you ...

## RECREATIONAL VEHICLE SEGMENT/OPERATIONAL REVIEW (Mike Terlep)

Thank you Colleen and good morning.

As forecasted in our last call, sales did rebound from our 4th Quarter sales. The Recreational Vehicle Group generated sales of $90.5 million during the first quarter, down 13.1% from $104.2 million in the first quarter of last year. Our sales dollars did outperform the industry in the first quarter.

Gross profit for the quarter improved to $5.2 million from a loss of $0.9 million in the first quarter of 2007. Gross margin improved 6.5 percentage points to 5.7% from last year's first quarter negative 0.8% gross margin ... we accomplished this improvement on 13.1% fewer sales. And our gross margin reflected improvement of 10.6 percentage points over our fourth quarter gross margin.

RV operating expenses were reduced 11.1% to $6.3 million from $7.1 million last year. As a percent of sales, operating expenses were 7% compared to 9.3% prior full year.

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 6
April 29, 2008

The RV Group booked a pre-tax loss of $1.1 million compared to an $8.0 million pre-tax loss prior year ... representing an improvement of 86.9% compared to one year ago. And as Rick mentioned earlier, the RV Group did generate a pretax profit in the month of March.

The overall RV market is challenged ... to say the least. For us the results are a mixed bag at wholesale and retail, while the market continues to adjust as dealers right size inventories and manufacturers right size capacity. The detailed market information by product category for the entire Industry as well as the RV Group is as follows.

Overall units shipments for the Industry were down 11.4% through March. If this were expressed in dollars, the decline would be much worse as Class A Motorhomes posted a decline of 34.4%. Current projections for Industry Class A shipments represent a cumulative 42.8% drop since 2004. Class C shipments were down 2.2%. Travel Trailers were down 7.2%, Fifth Wheels were down 9.9% and camping trailers were down 19.2%.

Coachmen outpaced the industry in wholesale shipments in Class C's – up 14.6% and in Fifth Wheels – up 57.5%. Class A shipments were down 45.6%. Travel trailer shipments were down 36.7%, as our dealers have right sized their towable inventories, also supported by the recent Baird Report where Coachmen dealers reported the lowest days supply of inventory. We do not expect this wholesale trend to continue in our travel trailers, as dealer inventories level out and in light of our retail market share success in travel trailers. Our Camping Trailer shipments were down 29.1%.

At retail, industry numbers are available only through February. Year to date, towable registrations are down 10.3% in travel trailers, down 5.6% in fifth wheels and down 9.3% in camping trailers.

Industry motorized retail registrations through February, Class A's are down 20.4% and Class C's are down 20.8%.

Our retail market share as reported by Statistical Surveys Inc., through February of 2008 has improved in Class C Motorhomes, up 10.9% and our retail market share is up in both travel trailers and fifth wheels. Our travel trailer market share is up 14.9% over last year's 23.9% market share growth for the year, and our fifth wheel market share is up 26.4%.

Also noteworthy is that *for* our primary brand, Coachmen RV, our market share is up in gas Class A's, Class C's , Travel Trailers, Fifth Wheels and Camping Trailers!

The RV Group total finished goods now stands at $29.7M, which is a reduction of $4.3 million from the end of last year.

We are quite pleased with the continued progress that we have made in the RV Group, although we are not satisfied and will not be until we are posting reasonable returns in profit.

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 7
April 29, 2008

Let me diverge for a moment to provide you with a brief update on an Industry related matter. There has been a great deal of media attention given to the concerns raised about formaldehyde levels in temporary housing units provided by many RV manufacturers to aid in the Hurricane Katrina relief efforts. While Coachmen did not sell any units to FEMA, we are aware that some of our units were used in the disaster relief.

As reported in an earlier press release, along with other manufacturers, we received a request for information from a Senate Subcommittee and we responded to it fully and on time. We offered to cooperate fully with the Subcommittee but to date have received no further inquiries.

Coachmen has never added raw formaldehyde in its manufacturing process; however, as with virtually every product that is manufactured with wood and adhesives, formaldehyde is certainly present in RVs just as it is in new automobiles, homes, much of our clothing and most other products we use on a daily basis. The media frenzy surrounding the Katrina units has sparked significant investigation and study into this issue---all of which Coachmen welcomes. While a zero formaldehyde standard makes no sense given the presence of formaldehyde in ambient air from natural sources, there has never been a government recognized standard for formaldehyde levels in RVs. However, the U.S. Department of Housing and Urban Development did publish the most applicable standard some time ago for manufactured homes. Recently, the CDC issued its preliminary findings that revealed the average level of formaldehyde in the temporary Katrina housing units to be about 5 times better than this level established by the U.S. government for manufactured homes.

Coachmen is committed to providing high quality products to all of our customers and believe we have been successful in that area.

Returning to the RV Group's actual performance, in the last conference calls, we have communicated that you could expect the following:
1. Continued improvement in gross margins – Our Gross margins improved by 700% over prior years first quarter and nearly 300% over our prior quarter.
2. Continued improvement in quality – Our product quality continues to improve. Through March, based on our internal quality metrics our defects per unit improved by 53% from prior year when we implemented our new quality program. Correspondingly, our warranty expense as a percentage of sales has improved by 1.9 percentage points over the full year 2007.
3. Leadership and innovation in our products – Our products are wonderfully unique and innovative in a market that has a sea of sameness. This month, we introduced an all new entry level gas Class A Mirada Avant-garde that features a very progressive, integrated design from floor to ceiling, front to rear. This styling is yacht inspired and differentiates us from the rest of the market. Our all new Leprechaun Class C, celebrating it's 40th anniversary in the market, is anything but dated and in fact, brings to market a progressive design never before seen in a Class C Motorhome.