Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 8
April 29, 2008

> The newly designed Spirit of America is just now hitting the market featuring aluminum cage construction and laminated sidewalls, and the Blast sport utility trailer continues to wow the market with innovative floorplan designs and features. And clearly our FW products are attracting the attention of the market, with wholesale shipments up 57.5% and retail market share up 26.4%.
>
> 4. Aggressive marketing programs to leverage our brand equity – We launched new advertising and even refreshed our iconic image of "Pete" the Coachmen Dalmatian, showing that you really can teach an old dog new tricks! And we have re-created our owners club and effectively reached out to communicate and touch thousands of past and current Coachmen owners.
> 5. New incentive programs to help dealers reduce aged inventory – While we have launched some incentive programs to help with aging dealer inventories, they have frankly been far less effective than what we had hoped they would be. We are developing a different strategic plan to pull products through the market and intend on launching this plan in the coming months. In light of the competitive environment and public nature of this call, we will limit our comments on our plans to this, but suffice it to say, we will be attacking the market.

Our commitment to seek new revenue streams to generate profit in the RV Group is supported by our recently announced agreement to produce ADA compliant low floor accessible buses for ARBOC Mobility LLC., a marketer of specialized transit and shuttle buses designed for users with mobility challenges. This bus incorporates patent pending technologies provided by ARBOC Mobility.

The Recreational Vehicle Group will produce ARBOC Mobility's "Spirit of Mobility" specialized transit and shuttle buses at its production facilities in Middlebury, Indiana. ARBOC Mobility will sell the buses through bus dealerships throughout the United States and Canada. The vehicles are specially designed with a low-floor, "kneeling" air suspension chassis and ramp system. These features allow easy access for all passengers, including those in wheel chairs to enter and exit through the same entrance, without the need for a complex lift system. The easy access features also make it ideal for passengers pulling luggage or pushing children in strollers. The bus will be produced at a cost that is less than competing low floor products, while fully endorsing the spirit of the Americans with Disabilities Act. The accessible transit and shuttle buses are designed for use in airports, hotels, retirement communities, assisted living centers, resorts and other venues where short haul transportation and accessibility are required.

Late in the first quarter we held a special "by invitation" product showing for bus dealers on our Middlebury Complex where we unveiled the first produced Spirit of Mobility bus. The event was well attended and resulted in promising order commitments and intentions. We expect shipments of these buses to begin in the second quarter.

This relationship leverages our production capabilities, while diversifying ourselves into a non-consumer based market. With limited initial investment, we have been able to

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 9
April 29, 2008

utilize vacant production facilities to transform them into revenue and profit enhancing assets.

During the first quarter, we clearly saw the many benefits of our cost cutting, margin improvements, strategic sourcing, capacity utilization and quality gains in nearly every single metric compared to prior quarters over the last several years. Earlier months in the quarter ran below our $350 milllion annualized break even due largely to lower margins from a large rental fleet we produced and shipped in the quarter. Nontheless, this was the best 1st quarter performance of the RV Group in 4 years.

We believe in what we are doing and are confident in our direction. However, I do not want to be a Pollyanna about the realities of the market place. We are in a tough market. Days supply of dealer inventories throughout the Industry are high, credit is much tighter and personal worth has deteriorated, inflation is impacting personal budgets and consumer confidence has plummeted. Add to this the uncertainty that exists with the consumer and an election year ... we recognize that we are in for one hell of a fight throughout this year. We are lean and we are hungry ... we will continue to execute our clearly defined plan.

Now, for details about our Housing segment, I'll turn the call over to Rick Bedell, President of our Housing Group. Rick...

## HOUSING GROUP/OPERATIONAL REVIEW (Rick Bedell)

Thank you Mike, and good morning everyone.

Has anyone out there heard any positive news about the housing market in the past year?

I am sure that it comes as no surprise that the housing market continued to weaken during the first quarter. According the U.S. Census Bureau, for the first quarter, single family housing starts fell 39.0% from the same quarter a year ago. This, of course is on top of the free fall in housing starts in the previous year. However, despite the horrible condition of the market and the normal seasonal softness of our business, I am pleased to report that the Housing and Building Group was profitable for the first time since the second quarter of 2007. Also, this was the best first quarter profit since 2000.

For the quarter: Our Housing Group sales were up 18.2% over the same period last year to $30.8 million, due in large part to our involvement in the Ft. Carson barracks project. Housing gross profit was up 147.3% over the year ago quarter to $5.7 million, or 18.4% of revenue due to the higher operating leverage.

Housing SG&A expenses were down 17.7% from the year ago quarter to $3.3 million, due to reduced headcount with the closure of the Ohio facility and due to reduced levels of builder incentives compared to previous years. As a result of the higher gross profit levels and reduced SG&A expenses, the Housing Group posted a pre-tax profit of $1.4 million versus a pre-tax loss of $2.7 million last year.

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 10
April 29, 2008

Although we generated revenue growth overall in the quarter, our traditional housing revenue was down 29% in the first quarter. Even though this decrease was better than the overall industry decline, quarterly declines such as this are not sustainable. That is precisely why we are pursuing new ways to revitalize and grow our traditional housing business.

As I have mentioned in previous conference calls, green construction is much more than a passing fad, it is in fact a key way for us to differentiate our traditional housing business from other modular and site builders. As we see energy costs reach new highs on almost a daily basis, homebuyers are demanding high efficiency homes. Public awareness of sustainable materials continues to increase as the news media reports story after story about the environment, and nearly everyone in the industry now claims to be green. We have done extensive research that indicates that the new home buyer prefers and will even pay more for green, energy efficient construction. We are offering a truly green home. Modular construction, by practice, is a more environmentally friendly option over site built methods. In addition, we provide the option of the full spectrum of sustainable, energy efficient components and technology. Our Green Catalog has been well received by our builder network. We are continually refining the product offerings and providing more resources for our builders to incorporate the green products in their housing orders.

Our recent announcement of our agreement with Solar Village is yet another step in demonstrating our commitment to green construction. The Solar Village brand provides a series of product offerings that incorporate many of the features in our Green Catalog. Rather than just a few "green" features, these homes provide for a total package of earth friendly, energy saving systems. One of the products, Solar Zero, with its solar electric systems, and solar water heating, is designed for maximum energy efficiency—approaching zero utility costs. Last, but certainly not least, in my comments regarding green construction; the Chicago Museum of Science and Industry "Smart Home—Green and Wired" Exhibit is scheduled to open to the Public on May 8th. Once again, this fully functional home exhibit was constructed by All American Homes. We are excited about this exhibit and the implications for expanding our message about green construction to the general public.

We are also being more aggressive in communicating with potential homebuyers the many benefits of our homes. We began testing the new marketing program in the Ft Wayne, Indiana region on April 7th of this year. The program began with television advertisements; billboard and print media ads are currently being placed. We will closely monitor the results of this test campaign and modify and refine as necessary.

We are also beginning to cautiously explore the development market. As a company, we have long ignored this segment of home building, despite the fact that most new home sales have been in development communities, and right now, as a result of the effects of the collapsed housing market there are tremendous values in developments that present us with the opportunity to enter this arena without fully committing our resources. We began construction of the first of three models at Grey Hawk development in March of this year, and anticipate that this model will be open to the public in June with the remaining models immediately following. We are also in discussion with another

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 11
April 29, 2008

developer in the Southeastern market for possible participation in additional communities.

Let me provide an update on our efforts in major projects and military construction. We began delivering modules for the Ft. Carson project in January and despite some initial delays, the project is progressing well. We are planning on continuing delivery of modules at the rate of approximately 150 units per month through the month of May. We have already seen the significant positive impact this project had on our first quarter results.

We continue to work closely with our partners, The Warrior Group and Hensel Phelps in military construction. Two proposals for military barracks projects are in the works. It is important to note, the development process for these types of projects is such that often it may take longer for projects to be awarded and funded than we would envision or prefer. We continue to devote resources to developing this business with an understanding that we will not be awarded every project, and in some cases it may take longer than anticipated for projects to be converted to revenues and earnings. Even so, every member of the Housing Group management team knows that major projects are a vital part of our current business and a key component in our future success.

In summary, the first quarter provided us an opportunity to show the strength of our business even in the face of continued declines in core housing markets. Despite the declines in traditional single-family homes, our major projects allowed the Housing Group to generate revenue growth over the first quarter of 2007, and most importantly, to generate profits in the quarter.

Let me now turn the call back over to Rick Lavers…

## CONCLUSION AND OUTLOOK (Rick Lavers)

Thank you, Rick.

We have broken the losing steak, and we have put one in the win column. The first win is always the hardest to achieve, but we can't sit back and admire what we have accomplished. We have not yet achieved our objective. The modest profits of our first quarter constitute merely one step – an enormous step, but nonetheless, just one step – in returning this Company to more respectable levels of profitability. Of course, one could easily argue that in these market and economic conditions, any profits are respectable. Regardless, our task now is to convert this quarter's results into a string of profitable quarters.

Given the market conditions and economic circumstances, this will not be easy, and it is certainly not a sure thing. You are likely familiar with the ubiquitous investment caution, "Past results may not be indicative of future performance." The realities are that high ticket discretionary consumer durables such as big RVs are going to be a difficult sell as long as consumers are worried about their financial futures. The Consumer Confidence Index, a bellwether for RV sales, plunged to 64.5 in March, the lowest it has been since

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 12
April 29, 2008

March of 2003! Although we successfully avoided doing this until now, beginning last Friday we announced a two-week shut down of our Class A plant this week due to low backlogs. Although we abhor having to place our production employees in this kind of situation, we must not and we will not repeat the mistakes of the past by tying up cash in acres of open inventory in these market conditions.

Further, the American Axle strike will impact the rollout of the ARBOC Mobility buses if it persists any longer, as chassis simply will not be available, even though we have open orders to fill for those buses.

We have seen some welcome flickers of a pulse in a few regions of the sickly housing markets, but a full recovery is definitely a ways off. The February Conference Board Economic outlook projected housing starts to gradually begin improving in this, the second quarter, but to remain well below 2007 levels through 2009. Lending remains tight even for normally well qualified home buyers. It has even been said that banks are simply not lending at all, which could create a very dangerous liquidity crunch. Lowering interest rates will not help if banks will not lend. In the meantime, more and more builders are seeking refuge in the increasingly crowded multi-family and military markets. However, the credit crunch that started with housing has spread to commercial properties. The commercial mortgage market is moribund, which has directly led to a 78% drop in large commercial property sales over the first two months of this year.

In addition to all this, some of our competitors are doing what appear to be rather desperate things in order to keep plant doors open, while others are quite clearly targeting our successes, all of which will make our task of achieving respectable margins extremely challenging, to say the least.

Those are things we can't control – but some things, we can. Behind the scenes, this management team has demonstrated its commitment to doing everything conceivable to continue to improve our results and to weather this economic maelstrom. As a few examples, in January, the members of the Executive Management Committee unanimously voted to freeze their own base salaries and declined to accept any increase for 2008. At the suggestion of several of our senior managers, the Company match on our 401(k) program was reduced, until we regain some normalcy in profitability. As mentioned earlier, this quarter, we closed the corporate office building in Elkhart, and consolidated our offices into our Middlebury manufacturing complex. We revised our medical insurance program to avoid further deficits. We eliminated subscriptions, dues, fees and non-critical memberships for professional and trade associations and even reduced our janitorial and lawn care services. The list goes on and on, but you get the idea. As a result, our SG&A decreased to 7.5% in the first quarter from 10.2% for the year 2007.

However, we will not simply batten down the hatches to ride this storm out. John Paul Jones once said, "Those who will not risk cannot win." We do intend to win, and we will continue to take reasonable risks to do so. While we are whacking what isn't necessary and what isn't working well, we do not intend to abandon our growth strategy. We will continue to invest what resources we can afford in programs and products vital to our