Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 13
April 29, 2008

future, to position ourselves for growth when the current economic malaise ends. It will end. Recessions, if indeed we are in one, are by definition, temporary. In the meantime, while we must continue to be fiscally conservative, continue our efforts to increase market share, and continue to take whatever steps are necessary to make what money we can, we must also prepare to take advantage of pent up demand in both RVs and housing when the economy does recover.

I will close with two comments, first on rumors swirling about us and second about our current stock price.

It is unfortunate but probably inevitable that in these conditions and because of our past financial performance, rumors persist that Coachmen is in dire straits or that we have been sold, or both. Many of these rumors are innocent, some may be spread deliberately. Normally, we do not respond to any rumors, but the "buzz" had reached such a level two weeks ago, and was so specific to the effect that we had exhausted our credit lines, that we were desperately seeking "survival capital" and that (once again) we had been acquired by another RV company, that I felt compelled to answer some pointed inquiries by a respected financial reporter to forestall the publication of incorrect information. Our employees, vendors, builders, dealers, and shareholders all need to know that those statements were, and are patently false. To the contrary, we have made a profit, we are not out of money, and our market shares are still increasing. The results that we reported today should make the record clear that the plan we are implementing is working.

Now, about our share price – it is at its lowest level in over a decade, probably a much longer time, at a fraction of book value. While this is disappointing, to say the least, once more given our recent performance, and the condition of the housing and RV industries in general, it is also not entirely unpredictable. The share price has undoubtedly also contributed to all the rumors. However, early this month, there was a very unusual and extremely heavy volume of trading in our stock. Perhaps that further fueled some of the rumors about an acquisition, I don't know. In any event, many of our shareholders, particularly our smaller shareholders, may be unaware that this heavy trading was primarily related to index fund selling when our Company was dropped from the S&P Small Cap 600 index. Oversimplified, companies are included in these types of indexes and the funds that track them – Large Cap, Mid Cap, Small Cap, etc. – according to the amount of their market capitalization, essentially calculated as the number of shares outstanding multiplied by the trading price of the shares. Periodically, companies are added to or dropped from these kinds of indexes, according to their market capitalization and other factors. Coachmen was dropped from the S&P 600 Index mainly because our market capitalization fell below the threshold that the index uses to determine which companies to include. Basically, because of the fall in our share price, we became too small to be included in that index, which triggered selling by stock funds that had to divest themselves of our stock because they invest according to the index. However, I am gratified to report that during this same quarter, several of our largest institutional and fund shareholders, who make investments based on their judgments of the circumstances rather than market cap, increased their positions in our stock. We thank them for that vote of confidence in our future.

Coachmen Industries, Inc. Fourth Quarter Conference Call Formal Comments
Page 14
April 29, 2008

Operator, we will now be glad to entertain any questions.

## CLOSING (Rick Lavers)

We appreciate that you took the time to join us this morning. We welcomed your questions, hope that we've provided thorough answers, and look forward to our next regularly scheduled call. Thank you.

<< Previous Page | Next Page >>