

CAMPING TRAILERS | TRAVEL TRAILERS | SPORT UTILITY TRAILERS | DEALER LOCATOR | LITERATURE | OWNER'S AREA | CONTACT US | ABOUT US | HOME

## OUR HISTORY

About Us
Our History
Frequently Asked Questions

Privacy Policy
Terms and Conditions of Use
Site Map

While manufacturing folding camping trailers is currently the name of the game at Viking RV, that has not always been the case. In fact, when Coachmen Industries, Inc. acquired Viking in 1968 it was not known as Viking RV. Rather, the company's name was Viking Boat Company. And, as its name reveals, the business was focused on the production of boats. In the early 1970s, the production line was expanded to include fold-down camping trailers.

Shortly after the business commenced production of fold-down camping trailers, it became apparent that the boating and camping trailer lines would require separate marketing strategies as well as separate dealer bases in order to be successful. As a result, in 1974 the fold-down camper manufacturing facility was moved from Middlebury, Indiana to its present location in Centreville, Michigan.

In 1976 the Viking Recreational Vehicle division was technically established; its purpose was to manufacture lightweight, durable fold-down camping trailers and truck campers. The Viking Boat Company was retained as a separate division until it was sold to Murray Chris-Craft in 1982.

The Viking product line has witnessed many changes through the years. Introducing its legendary open wheel well frames in 1978, Viking moved its attention to independent suspension and introduced a new line of truck campers in 1981, side dinette floor plans in 1985, gray exteriors in 1987 and new ground effects side skirting in 1990. Wide bodies were introduced at the 1994 National RV Trade Show at the Kentucky Fair and Expo Center in Louisville, Kentucky.

Returning its focus to the production of fold-down camping trailers, Viking sold the truck camper division to Lite-Craft in the early 1990s.

Into the new century, Viking Recreational Vehicles has continued to introduce innovations, enhancements, and improvements to its fold-down line.



EXHIBIT
J

© 2008 Viking Recreational Vehicle Company, LLC. | Privacy Policy | Terms of Use | Site Map

