*Name Searched On:*
**COACHMEN (Legal)**

## Current Information

*Entity Legal Name:*
**COACHMEN RECREATIONAL VEHICLE COMPANY, LLC**

*Entity Address:*
**423 NORTH MAIN, MIDDLEBURY, IN 46540**

**General Entity Information:**

Control Number: **2000120600239**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **12/6/2000**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

**Other Names for this Entity:**


EXHIBIT L

| Date | Name (Type) |
|---|---|
| 4/7/2005 | SPORTSCOACH (Assumed) |
| 4/7/2005 | CRV (Assumed) |
| 1/18/2006 | GBM (Assumed) |
| 1/18/2006 | GEORGIE BOY (Assumed) |
| 1/18/2006 | COACHMEN (Assumed) |
| 1/18/2006 | GEORGIE BOY MANUFACTURING (Assumed) |

*Registered Agent(name, address, city, state, zip):*
**CORPORATION SERVICE COMPANY**
**251 EAST OHIO STREET, SUITE 500**
**INDIANAPOLIS, IN 46204**

*Principals(name, address, city, state, zip - when provided)*
**This Limited Liability Company Does Not Have Managers.**

*Transactions:*

| Date Filed | Effective Date | Type |
|---|---|---|
| 12/06/2000 | 12/06/2000 | Articles of Organization |
| 11/12/2003 | 11/12/2003 | Notice of Change of Registered Office or Registered Agent |
| 08/12/2004 | 08/12/2004 | Notice of Change of Registered Office or Registered Agent |
| 04/07/2005 | 04/07/2005 | Certificate of Assumed Business Name |
| 01/18/2006 | 01/18/2006 | Certificate of Assumed Business Name |

*Corporate Reports:*
**Years Paid**
2002   2004   2006

**Years Due**
None

**Additional Services Available:**

 Generate an official Certificate of Existence/Authorization. There is a fee of $20.00 for *accessIndiana* subscribers and a fee of $23.10 for credit card users. Example Certificate

(NEW SEARCH)

*All the entity information captured by the Indiana Secretary of State, pursuant to law, is displayed on the Internet. For further information, please call our office at 317-232-6576. Copies of actual corporate documents can also be ordered online.*

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site