*Name Searched On:*
**VIKING (Legal)**

**Current Information**

*Entity Legal Name:*
**VIKING RECREATIONAL VEHICLES, LLC**

*Entity Fictitious Name:*
*Entity Address:*
**2831 DEXTER DR, ELKHART, IN 46514**

**General Entity Information:**

Control Number: **2001032200203**
Status: **Active**
Entity Type: **Foreign Limited Liability Company (LLC)**

Entity Creation Date: **3/12/2001**
Entity Date to Expire:
Entity Inactive Date:

Original Creation Date: **12/15/2000**
Original Creation State: **MI**

**This entity is current with Business Entity Report(s).**

**There are no other names on file for this Entity.**

*Registered Agent*(name, address, city, state, zip):
**LEXIS NEXIS DOCUMENT SOLUTIONS INC**
**55 MONUMENT CIRCLE STE 1424**
**INDIANAPOLIS , IN 46204**

*Principals*(name, address, city, state, zip - when provided)
**This Limited Liability Company Does Not Have Managers.**

*Transactions:*

| Date Filed | Effective Date | Type |
|---|---|---|
| 03/12/2001 | 03/12/2001 | Application for Certificate of Authority |

**Corporate Reports:**
**Years Paid**
2003   2005   2007

**Years Due**
None

**Additional Services Available:**

 Generate an official Certificate of Existence/Authorization. There is a fee of $20.00 for *accessIndiana* subscribers and a fee of $23.10 for credit card users. Example Certificate

Exhibit M

 

**(NEW SEARCH)**

*All the entity information captured by the Indiana Secretary of State, pursuant to law, is displayed on the Internet. For further information, please call our office at 317-232-6576. Copies of actual corporate documents can also be ordered online.*

If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site