UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**NOTICE OF MANUAL ATTACHMENT**


IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

NO: MDL 1873

SECTION: "N" (4)


ATTACHMENTS TO DOCUMENT NO. 344

    DESCRIPTION:  Exhibit B (Parts 1 to 19)

    FILED BY:   Plaintiffs' Liaison Counsel

    FILE DATE:   June 18, 2008


ARE LOCATED IN THE CLERK'S OFFICE.