UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | * * * * | MAG. JUDGE KAREN WELLS ROBY |
| AND TO | * * | |
| STEPHANIE G. PUJOL, ET AL V. THE UNITED STATES OF AMERICA, ET AL, USDC No. 08-2317, "N-4" | * * * | |

## ORDER

Considering the foregoing motion:

**IT IS HEREBY ORDERED THAT** Anthony J. Milazzo, Jr., of the firm Hebbler & Giordano, L.L.C., be and he is hereby enrolled as additional counsel of record on behalf of Philips Products, Inc. in the above numbered and entitled cause of action.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**

-1-