**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-4"

                                                            JUDGE ENGELHARDT
                                                            MAG. JUDGE ROBY

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee (PSC) be allowed to file in

opposition to the Defendant United States of America's Motion to Dismiss, a memorandum of up

to fifty-five pages in length.

THUS DONE and signed this ___18th___ day of _____June_____, 2008.

_____
HONORABLE KURT ENGELHARDT