UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Oldenburg v. United States of America,* No. 07-2961
*Curley v. United States*, No. 07-7389
*Joseph v. United States*, No. 2:08-CV-01672

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC MEMORANDUM IN OPPOSITION TO 12(b)(1)
MOTION OF UNITED STATES OF AMERICA
IN OLDENBURG, CURLEY AND JOSEPH**

**MAY IT PLEASE THE COURT:**

The defendant United States of America/FEMA raises two issues in its motion to dismiss under FRCP 12(b)(1) with respect to plaintiffs in the cases of *Oldenburg v. US*, Civil Action No. 07-2961 (EDLA), *Curley v. US*, Civil Action No. 07-7389 (EDLA), and *Joseph v. US*, Civil Action No. 2:08-CV-01672 (EDLA). The first issue is the lack of subject matter jurisdiction over these plaintiffs' FTCA claims against the Government, based upon the failure of these plaintiffs to exhaust their administrative remedies under that Act. The second issue is that these plaintiffs have failed to effect proper service of their Complaints in a timely manner.

The PSC, in communication with all counsel who filed the three above-referenced actions for plaintiffs, now has confirmed that the named plaintiffs in these cases, *Oldenburg, Curley* and

*Joseph*, did file these actions prior to the requisite period of delay (six months) following the filing of administrative claims under the FTCA.  Further, the PSC has obtained the agreement of these counsel to voluntarily dismiss these plaintiffs' claims against the Government, without prejudice, in order that these plaintiffs now properly may exhaust the administrative claim process prior to filing an action in these proceedings.

Attached hereto are, therefore, are three motions for voluntary dismissal which the PSC has prepared and is in a position to file, pending advices from defendants as to whether they oppose these motions.  *See* Voluntary Dismissal Motion in *Joseph* [Attachment 1]; Voluntary Dismissal Motion in *Oldenburg* [Attachment 2]; and Voluntary Dismissal Motion in *Curley* [Attachment 3].  If the motions are not opposed, they will be filed as drafted (*ex parte*), and, if the Court agrees to the voluntary dismissals without prejudice, the first issue raised in the instant motion as to these three plaintiffs effectively becomes moot.  If the attached motions are to be opposed by defendants, then the motions will be duly set for hearing; but, again, on the assumption that this hearing will take place prior to the disposition of the instant motion, and on the further assumption that the Court agrees to the requested voluntary dismissals with prejudice, the first issue raised by the instant motion again becomes moot.

The second issue raised in the Government's motion, i.e., the lack of proper service, likewise becomes moot upon the voluntary dismissal without prejudice of the claims at issue.

Accordingly, the PSC respectfully submits that the instant motion should be denied as moot, or, in the alternative, deferred until such time as the attached motions for voluntary dismissal have been addressed by the Court.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                              s/Gerald E. Meunier
                                              GERALD E. MEUNIER, #9471