UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' UNOPPOSED MOTION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(2) AS TO CERTAIN CLAIMS

NOW INTO COURT, through undersigned counsel, comes plaintiff Yvette Joseph, who,

pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully

moves for an Order voluntarily dismissing plaintiffs' claims herein against the defendant United

States of America/FEMA, without prejudice, for the reasons more fully set forth in the

memorandum attached hereto, and who further submit that opposing counsel have no objection

to this requested voluntary dismissal.

                          Respectfully submitted:

                          FEMA TRAILER FORMALDEHYDE
                          PRODUCT LIABILITY LITIGATION

                          BY:    s/Gerald E. Meunier
                                 GERALD E. MEUNIER, #9471
                                 **PLAINTIFFS' CO-LIAISON COUNSEL**
                                 Gainsburgh, Benjamin, David, Meunier &
                                 Warshauer, L.L.C.
                                 2800 Energy Centre, 1100 Poydras Street
                                 New Orleans, Louisiana 70163
                                 Telephone:    504/522-2304
                                 Facsimile:    504/528-9973
                                 gmeunier@gainsben.com



s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF
## PLAINTIFFS' UNOPPOSED MOTION AND ORDER
## OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(2)

MAY IT PLEASE THE COURT:

Plaintiff Yvette Joseph previously filed an action herein against various defendants,

including the United States of America/FEMA. *See Joseph v. United States of America, et al,*

USDC No. 08-10672. The latter now has moved for dismissal of plaintiff's claims for lack of

subject matter jurisdiction, on the ground that she has failed to exhaust her administrative

remedies under the Federal Tort Claims Act. Plaintiff concedes that she has failed to do so, and

now wishes to voluntary dismiss her earlier-filed claims against the United States of

America/FEMA, without prejudice, so that she may fully exhaust and explore her administrative

remedies as required under the Federal Tort Claims Act prior to filing said claims in these

proceedings. Plaintiffs will continue their claims at this time against the defendant

manufacturers named in their earlier-filed action.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**
BY:     s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:     504/522-2304
    Facsimile:     504/528-9973
    gmeunier@gainsben.com

    s/Justin I. Woods
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:     504/522-2304
    Facsimile:     504/528-9973
    jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that counsel have

been consulted and have consented to the filing of the foregoing motion for voluntary dismissal

under FRCP 41(a)(2).

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants. I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.


s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>ORDER</u>

Considering the foregoing motion,

IT IS ORDERED that all previously-filed claims of plaintiff Yvette Joseph against the

defendant United States of America/FEMA be dismissed, without prejudice, in order that this

plaintiff first may exhaust her administrative remedies pursuant to the Federal Tort Claims Act,

reserving plaintiff's right to continue prosecution of her previously-filed claims against

defendants other than the United States of America/FEMA.

THIS DONE the _____ day of _____, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE