UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT  
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:  
Curley v. United States of America, No. 07-7389

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' UNOPPOSED MOTION OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(2) AS TO CERTAIN CLAIMS

NOW INTO COURT, through undersigned counsel, comes plaintiff Gaynell P. Hunt Curley, who, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves for an Order voluntarily dismissing plaintiffs' claims herein against the defendant United States of America/FEMA, without prejudice, for the reasons more fully set forth in the memorandum attached hereto, and who further submit that opposing counsel have no objection to this requested voluntary dismissal.

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

BY:  s/Gerald E. Meunier  
GERALD E. MEUNIER, #9471  
PLAINTIFFS' CO-LIAISON COUNSEL  
Gainsburgh, Benjamin, David, Meunier &  
Warshauer, L.L.C.  
2800 Energy Centre, 1100 Poydras Street  
New Orleans, Louisiana 70163  
Telephone:   504/522-2304  
Facsimile:   504/528-9973  
gmeunier@gainsben.com


EXHIBIT 3

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            RAUL BENCOMO, #2932
            FRANK D'AMICO, #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Curley v. United States of America*, No. 07-7389

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## PLAINTIFFS' UNOPPOSED MOTION AND ORDER
## OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(2)

**MAY IT PLEASE THE COURT:**

Plaintiff Gaynell P. Hunt Curley previously filed an action herein against various defendants, including the United States of America/FEMA. *See Curley v. United States of America,* USDC No. 07-7389. The latter now has moved for dismissal of plaintiff's claims for lack of subject matter jurisdiction, on the ground that she has failed to exhaust her administrative remedies under the Federal Tort Claims Act. Plaintiff concedes that she has failed to do so, and now wishes to voluntary dismiss her earlier-filed claims against the United States of America/FEMA, without prejudice, so that she may fully exhaust and explore her administrative remedies as required under the Federal Tort Claims Act prior to filing said claims in these proceedings. Plaintiffs will continue their claims at this time against the defendant manufacturers named in their earlier-filed action.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**
BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
   ANTHONY BUZBEE, Texas # 24001820
   RAUL BENCOMO, #2932
   FRANK D'AMICO, #17519
   MATT MORELAND, #24567
   LINDA NELSON, #9938
   RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Curley v. United States of America, No. 07-7389*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that counsel have been consulted and have consented to the filing of the foregoing motion for voluntary dismissal under FRCP 41(a)(2).

                            Respectfully submitted:

                            **FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

                            BY:   s/Gerald E. Meunier
                                    GERALD E. MEUNIER, #9471
                                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                                    Gainsburgh, Benjamin, David, Meunier &
                                    Warshauer, L.L.C.
                                    2800 Energy Centre, 1100 Poydras Street
                                    New Orleans, Louisiana 70163
                                    Telephone:  504/522-2304
                                    Facsimile:   504/528-9973
                                    gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            RAUL BENCOMO, #2932
            FRANK D'AMICO, #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Curley v. United States of America, No. 07-7389*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that all previously-filed claims of plaintiff Gaynell P. Hunt Curley against the defendant United States of America/FEMA be dismissed, without prejudice, in order that this plaintiff first may exhaust her administrative remedies pursuant to the Federal Tort Claims Act, reserving plaintiff's right to continue prosecution of her previously-filed claims against defendants other than the United States of America/FEMA.

THIS DONE the _____ day of _____, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE