Supplemental A

**rfgdf**

| | |
|---|---|
| **From:** | Preston, Patrick |
| **Sent:** | Thursday, June 15, 2006 9:43 AM |
| **To:** | Igert, Jill; 'Fried, Jordan'; Souza, Kevin |
| **Subject:** | RE: Occupant MSDS request-Urgent |

Do not initiate any testing until we give the OK. While I agree that we should conduct testing we should not do so until we are fully prepared to respond to the results. Once you get results and should they indicate some problem, the clock is running on our duty to respond to them.

Rick

-----Original Message-----
From: Igert, Jill
Sent: Thursday, June 15, 2006 9:21 AM
To: Fried, Jordan; Preston, Patrick
Subject: FW: Occupant MSDS request-Urgent

Rick/Jordan,

Please see the email from Kevin below -- you weren't copied so I didn't know if you had seen it.

Thanks,

Jill F. Igert, Field Attorney
Office of the General Counsel
Baton Rouge Area Field Office
█████████████ (desk)
█████████████ (cell)

This document was prepared by the DHS/FEMA Office of the General Counsel and is covered by federal and state law governing electronic communications. It may contain confidential, pre-decisional, and/or sensitive attorney client privileged, attorney work-product and/or U.S. Government information, and is not for release, review, retransmission, dissemination or use by anyone other than the intended recipient. Please consult OGC before disclosing any information contained herein.

-----Original Message-----
From: Souza, Kevin
Sent: Wednesday, June 14, 2006 8:07 PM
To: Rave, Joan; Springgate, Ann; Stark, James; Igert, Jill; Dibenedetto, Margarita; Miller, Stephen
Cc: Haynes, Tracy; Misczak, Mark; Howell, Cindy; Rucker, Lesli
Subject: Re: Occupant MSDS request-Urgent

This came up at the Senate.  Has the Agency conducted our own testing of the units?

If not, we need to do so ASAP and put this issue to rest or remove people from harm.  I don't want to rely on non-fed testing.

We also need an information campaign on what we are doing about the potential issue and our eventual findings to include temporary and permanent remedies.

K

-----Original Message-----
From: Rave, Joan

1