## McNeese, Martin

**From:** McNeese, Martin
**Sent:** Wednesday, July 26, 2006 5:44 PM
**To:** Hall, Betsy
**Subject:** FW: Summary of EPA Conference Call

This email lists the manufacturers named in the lawsuit along with FEMA and also documents some of EPA's concerns. I've requested information from Baton Rouge on the EPA Interagency Agreement mod and will get it to you when they get back to me.

Martin McNeese
Louisiana TRO

cell

---

**From:** Haubrich, Gail
**Sent:** Friday, July 21, 2006 11:40 AM
**To:** McNeese, Martin
**Subject:** FW: Summary of EPA Conference Call

---

**From:** Haubrich, Gail
**Sent:** Tuesday, July 11, 2006 6:38 PM
**To:** Haynes, Tracy
**Cc:** Souza, Kevin; Hallstead, Carl; Nagle, Douglas
**Subject:** Summary of EPA Conference Call

Tracy,

Doug Nagle and I listened in on the EPA conference call today. Although it was supposed to be a technical call, the discussion was more strategic in nature. Also present were Sam Coleman, Dana Tulis, and Ron Crossland of EPA, Rick Preston of FEMA OGC, David Chawaga of FEMA Safety, and someone from CDC.

Sam and Dana prefaced the call by saying that they have done some preliminary research to establish a health base level for formaldehyde and it appears that it will be much lower than we suspected. The 14 day exposure maximum may be .03 ppm and the one year level may top out at .008 ppm. The levels we find after testing may well be more than 100 times higher than the health base level. Sam and Dana again expressed concern with regard to the advisability of testing at all, and said that they will do the same on Thursday's call.

This low of a standard level will require testing for much lower levels of airborne contaminants than originally anticipated and may take more time to set up. After some discussion, Sam proposed a plan that everybody seemed to like. He suggested that once we have established the valid sampling number of units to be tested for each manufacturer, they will leave half the units closed up for 2 weeks, and turn the air conditioning on in the other half for 2 weeks, then test all the units. That way they can establish the difference between ventilated and unventilated units during the same 2 week period.

EPA plans to have the testing done by their standby contractor, Weston Solutions. They asked that we provide information identifying all the major unit manufacturers, types and rough number of units by each manufacturer, and location of all our staging areas. They will also need to do outdoor air quality testing at staging, especially at Sherwood staging, since it is a former military installation. They may also need access to private property



surrounding the staging areas to complete outdoor air testing.

Rick Preston shared that there are 7 manufacturers named in the lawsuit. They are:

| | | |
|---|---|---|
| Gulfstream Coach | Fleetwood Enterprises | Fleetwood Canada |
| Starcraft RV | Pilgrim International | Monaco Coach Corporation |
| KZRV | | |

EPA again summarized their concerns as follows:

- Testing levels of formaldehyde may well be far higher than the health base level
- A full study may take several months, including peer review
- It will be almost impossible to not to release testing results to the public
- The media will characterize any findings in the worst possible light

That is about it in a nutshell. I sent out an email to try to get some of the manufacturer and staging info prior to Thursday's call. Gail

5/4/2007

FEMA-Waxman - 521