UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NOTICE OF MANUAL ATTACHMENT**

IN RE : FEMA FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     MDL

NO: 07-1873

SECTION: "N" (4)

ATTACHMENT TO DOCUMENT NO.  348

    DESCRIPTION:  Exhibit 3

    FILED BY:   Plaintiffs' Liaison Counsel

    FILE DATE:   6/18/2008

ARE LOCATED IN THE CLERK'S OFFICE.