# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-4"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*White, et al v. Circle B Enterprises, No. 08-1969*
*Meshack v. Circle B Enterprises, No. 08-1970*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MEMORANDUM IN OPPOSITION TO RULE 12(b)(1) AND 12(b)(6) MOTIONS TO DISMISS BY MORGAN BUILDINGS & SPAS, INC. AND MORGAN BUILDING SYSTEMS, INC.[Doc. 214]

**MAY IT PLEASE THE COURT:**

Defendants-movants seek dismissal based upon:

(1)    the lack of connexity between particular plaintiffs and particular manufacturing

       defendants in Mississippi and Alabama; and

(2)    the lack of compensable injury in Mississippi and Alabama;

(3)    the unavailability of breach of warranty recovery in Mississippi; and

(4)    the unavailability of medical monitoring relief in Mississippi and Alabama.

All of these issues previously have been raised and responded to in other defendant

motion and PSC opposition memorandum filing.  *See* PSC Memo in Opposition to Defendants'

Motions to Dismiss, Doc. Nos. 210 & 230.  Therefore, plaintiffs respectfully incorporate their

arguments and authorities set forth in these other memoranda in opposition, and on that basis

respectfully submits that this motion should be denied.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        gmeunier@gainsben.com



        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:   504/528-9973
        jwoods@gainsben.com



        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        RONNIE PENTON, #10462

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier                                         
GERALD E. MEUNIER, #9471