UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*McGuire v. Gulfstream Coach* No. 07-2961
*White, et al v. Circle B. Enterprises* No. 08-1969
*Meshack, et al v. Circle B. Enterprises* No. 08-1970

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC MEMORANDUM IN OPPOSITION TO
RULE 12(b)(2) and 9(b) MOTIONS TO DISMISS
BY MORGAN BUILDINGS & SPAS, INC., AND
MORGAN BUILDINGS SYSTEMS, INC. [DOC. 217]**

**MAY IT PLEASE THE COURT:**

Defendant-movants seek dismissal under Rules 12(b)(2) and 9(b) of plaintiffs' claims in the referenced cases based upon:

(1)   the lack of jurisdiction over fraud claims; and

(2)   the failure to state a claim of fraud with sufficient particularity.

The Master Complaint was intended to incorporate and set forth all previously-filed claims by plaintiffs which will be pursued in this MDL proceeding. Various defendants, including the instant movants, have challenged the Master Complaint on the ground that plaintiffs do not comply with the requirements of FRCP 9(b) by pleading with sufficient specificity with regard to claims of fraud.

A fair and careful review of the Master Complaint, however, will reveal that plaintiffs are not asserting a legal cause of action for fraud under any of the applicable state laws herein. It is true that the word "fraudulently" appears in a sentence in paragraph 31 of the Master Complaint, under the section entitled "Facts and General Allegations." However, plaintiffs now have proposed to file an amendment to the Master Complaint which removes this language from paragraph 31. That proposed amendment has been circulated to opposing counsel, and plaintiffs are awaiting word as to whether any defendant will oppose the filing.

On the assumption that the Master Complaint will be amended in this respect, plaintiffs respectfully submit that the instant motion should be denied as moot.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                            s/Gerald E. Meunier
                            GERALD E. MEUNIER, #9471