UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 1873 |
| | : | SECTION "4" |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

STATE OF INDIANA

COUNTY OF LAGRANGE

### AFFIDAVIT OF JOSEPH KIMMELL

Before me, the undersigned notary in and for the State of Indiana, County of Lagrange, personally came and appeared Joseph Kimmell, who after being duly sworn and deposed, declared:

1. My name is Joseph Kimmell, I am over 18 years of age, my professional address is 1500 N. Detroit Street, Lagrange, Indiana, and I have personal knowledge of the following:

2. I am employed by Dutch Housing, Inc., my title with Dutch Housing, Inc., is General Manager and I have held that title since May 1, 2001;

3. Dutch Housing, Inc., is a Michigan corporation with its corporate headquarters, principal offices and place of business located at 1500 N. Detroit Street, Lagrange, Indiana; and

4. Dutch Housing, Inc., does not sell, design or manufacture any products in the State

Page 1 of 2


EXHIBIT A

of Louisiana, is not licensed to do business in the State of Louisiana, does not own property or have any employees in the State of Louisiana and does not otherwise conduct business in the State of Louisiana.

5. Dutch Housing, Inc., did not enter into any contract with the United States Federal Emergency Management Agency (FEMA).

Signed this 19th day of May, 2008.

_____
Joseph Kimmell, General Manager
Dutch Housing, Inc.

SWORN AND SUBSCRIBED before me, on this 19th day of May, 2008.

_____
NOTARY PUBLIC (Signature)

KAREN L. HORN
NOTARY PUBLIC (Printed Name)
Notary Number: _____
Commission Expires: 6-2-2015

380604

| LAST_NM | FST_NM | FIRM | VIN1 | VIN2 | BARCODE 1 | BARCODE 2 | MANUFACTURER_BC_1 |
|---|---|---|---|---|---|---|---|
| ROBERTS | HOLLY | Parker | 210E400594A0HR | | 1201036 | | CHAMPION / DUTCH |



EXHIBIT B

| MANUFAC TURER_B C_2 |
|---|
| |



### Interior

Shown to the right is the new **2006 State-Of-The-Art Ultimate Kitchen**, a $6300 value, yours for only $3,995 (Through select Champion Home Center Retailers). The Ultimate Kitchen will add a touch of elegance to any floorplan that accommodates it *(see retailer for UK available units)*. The package will include a 22 Cubic Foot Stainless Steel Side by Side Refridgerator, 30" Stainless Steel Single Wall Oven, Black Gas or Electric Cooktop, 2.1 Cubic Foot Microwave Wall Oven with Stainless Steel, 36" Stainless Steel Vent Hood, Brushed Nickel Kitchen Sink & Faucet with Sprayer, Decorative Glass Cabinet Doors, Ceramic Backsplash, Pot & Pan Drawer Under Cooktop, Pull Out Trash Bin, Brushed Nickel Cabinet Pulls, & Overhead Can Lighting. **You demand the best, we build the best!** Offer Good at participating retailers for a limited time only!





**Dutch Housing** is unique. We give our customers the ability to make their own choices on their special ordered home. This will make Dutch Housing the choice of more home buyers! We start with a basic floorplan and build from there. Most homes are standard with 2x6 exterior walls... R-19 Wall Insulation... R-33 Minimum Roof Insulation... Basically all the components needed for a move-in ready home. What makes your home unique are the

options you choose to include... A whirlpool Tub? A Fireplace? Stainless Steel Appliances? The choice is up to you! How are you going to make your personal statement? Are you going to go **Modern or Contemporary?** Our qualified Retailers are always happy to help. Stop by any of our Dutch Housing Retailers to see why we are one of the **Fastest Growing Homebuilders** in the Nation!



Over **20 Million** people across the country have decided to make a manufactured home their way of life, and that's because they have become informed about the amazing quality and construction of todays manufactured home. Here's what happy manufactured home owners have discovered: **Superior Insulation.** The high level of insulation in today's manufactured home is equal or superior to a site-built home. With R-values exceeding R-30 in the roof and R-19 in the sidewalls and R-11 in the floor, a manufactured home stays comfortable the whole year through. **Engineered Walls.** Our manufactured homes have interior walls three inches thick, covered with 5/16-inch vinyl covered sheeting or 1/2" gypsum (Drywall), this is equal or superior to most site-built homes.



**Putting Safety First.** Insurance company statistics have found that manufactured/modular homes, in many ways, are safer than the conventional stick built homes. The University of Michigan found that manufactured homes in the Midwest have a lower rate of catching fire than site-built homes. Both types of homes have the same copper wiring, but the national electric codes are actually tougher for manufactured homes than they are for most stick built homes. **The Dutch Housing Warranty.** All Dutch Homes are covered by a standard one year limited warranty covering structural workmanship, factory-installed plumbing, heating, electrical systems, and appliances which also may be covered by separate appliance manufacturer warranties. What other type of home can offer you a commitment like that?

**Stringent Codes by Design.** Manufactured homes are built to a high set of standards, unlike site-built homes, regulated by the U.S. Government under a national building and safety code administered by the U.S. Department of Housing and urban Development.

**Quality Controlled Environment.** Each manufactured home must comply with the Federal Manufactured Home Construction and Safety Standards. These standards are enforced through the National Conference of States on Bulding Codes and Standards. These standards ensure the home's design, construction, durability, strength, fire resistance, energy efficiency, and more, are all built well - Uncle Sam makes sure!




**Factory Inspections.** Uniformity and consistency of the quality of

manufactured homes are often superior to site-built homes because the government inspections take place in the factory, during each phase of construction, and follow behind the manufacturer's own in-plant inspection and quality assurance teams. This allows for more thoroughness since time is spent inspecting homes rather than traveling to inspection sites. Also, consistency of high quality is maintained because fewer people inspect more homes. The enforcement procedure is much less susceptible to individual interpretations, as would be the case with on-site inspections in every jurisdiction across the country. **Our Promise to our Customers!** Before leaving our factory, each manufactured home must have a numbered certification label affixed to the exterior of each section of the home. This label certifies to the homebuyer that the home has been inspected in accordance with the federal government enforcement procedures, and that it complies with all stringent national building and safety codes administered by the Department of Housing and Urban Development. Only when all inspection parties are satisfied that the home complies with the code, will the certification label be affixed to the home. A consumer seeing the home for the first time will have the assurance that the home has been thoroughly tested and inspected from the design stage through final construction, and found to be built according to the approved design.

©Copyright Dutch Housing Inc. 2007                                    Design by LabyrinthSolutions-