UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>PSC MEMORANDUM IN OPPOSITION TO
MOTION TO DISMISS BY DFEENDANT
REDMAN HOMES, INC. [DOC. 245 271 & 272]</u>

**MAY IT PLEASE THE COURT:**

In the instant motion to dismiss (Doc. 272), the defendant Redman Homes, Inc. adopts and incorporates motions to dismiss filed by its co-defendant manufacturers. Accordingly, the PSC incorporates and adopts its memoranda in opposition to other dismissal motions filed by manufacturing defendants herein. *See* PSC Memorandum in Opposition to Motions to Dismiss, Doc. Nos. 210, 230, and 259.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE
        PRODUCT LIABILITY LITIGATION**

    BY: s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163

       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       gmeunier@gainsben.com


       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone: 504/522-2304
       Facsimile: 504/528-9973
       jwoods@gainsben.com


       **COURT-APPOINTED PLAINTIFFS'**
       **STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        RONNIE PENTON, #10462


<u>**CERTIFICATE OF SERVICE**</u>

  I hereby certify that on June 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

       s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471