UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-4"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America*, No. 08-3217

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By substituting the name "Giles Family Holdings, Inc" for the names "Giles Industries, Inc." and "Giles Industries of Tazewell, Incorporated," wherever the latter two names appear as defendants in the original Complaint.

2.

By adding a subparagraph to the original Complaint, numbered paragraph 3(xl), to read as follows:

> xl.  Plaintiffs expressly reserve the right to rename Giles Industries, Inc. and/or Giles Industries of Tazewell, Incorporated as defendants, should further investigation and discovery provide a factual and legal basis for doing so.  Plaintiffs further reserve the right to assert any and all arguments against the running of applicable statutes of limitations against these entities, should they be renamed as defendants in a subsequent pleading amendment or

amendments.

3.

By substituting the name "SunRay Investments, LLC" for the name "SunRay RV, LLC," wherever the latter is named as a defendant in the original Complaint.

4.

By adding a new paragraph to the original Complaint, numbered paragraph 3(xli), to read as follows:

> xli. Plaintiffs expressly reserve the right to rename SunRay RV, LLC as defendant, should further investigation and discovery provide a factual and legal basis for doing so. Plaintiffs further reserve the right to assert any and all arguments against the running of applicable statutes of limitations against this entity, should it be renamed as a defendant in a subsequent pleading amendment or amendments.

5.

By adding to the defendants listed in original Complaint the name of "CMH Manufacturing, Inc.," through inclusion of the following paragraph, to be numbered paragraph 3(xliii) and to read as follows:

> xlii. **CMH Manufacturing, Inc.** is upon information and belief a Tennessee corporate entity, which conducts business in the states of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states. Specifically, this defendant on information and belief manufactured and sold housing units labeled as "Golden West" units and "Oakwood" units.

6.

By adding to the defendants listed in the original Complaint the names of "Palm Harbor Mfg., Inc." and "Palm Harbor Albermarle, LLC," through inclusion of the following paragraphs,

to be numbered paragraphs 3(xliii) and 3(xliv) and to read as follows:

> xliii. **Palm Harbor Mfg., Inc.** is upon information and belief a foreign corporate entity, which conducts business in the states of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states.

> xliv. **Palm Harbor Albermarle, LLC** is upon information and belief a corporate entity, which conducts business in the state of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states.

7.

By adding to the defendants listed in the original Complaint the names "Coachmen Recreational Vehicles of Georgia, LLC," and "Viking Recreational Vehicles, LLC," through inclusion of the following paragraphs, to be numbered paragraphs 3(xlv) and 3(xlvi) and to read as follows:

> xlv. **Coachmen Recreational Vehicles of Georgia, LLC** is upon information and belief an Indiana company, which conducts business in the states of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states.

> xlvi. **Viking Recreational Vehicles, LLC** is upon information and belief a Michigan company, which conducts business in the states of Louisiana, Mississippi, Alabama and Texas, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in those states.

WHEREFORE, plaintiffs respectfully supplement and amend the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
   ANTHONY BUZBEE, Texas # 24001820
   RAUL BENCOMO, #2932
   FRANK D'AMICO, #17519
   MATT MORELAND, #24567
   LINDA NELSON, #9938
   RONNIE PENTON, #10462


### CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                          s/Gerald E. Meunier
                                                          GERALD E. MEUNIER, #9471