UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-4"

                                                                    JUDGE ENGELHARDT
                                                                    MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that opposing counsel have been consulted and have consented to the filing of the foregoing motion for leave to amend.

                                    Respectfully submitted:

                                    **FEMA TRAILER FORMALDEHYDE
                                    PRODUCT LIABILITY LITIGATION**

                                    BY:     s/Gerald E. Meunier
                                                GERALD E. MEUNIER, #9471
                                                **PLAINTIFFS' CO-LIAISON COUNSEL**
                                                Gainsburgh, Benjamin, David, Meunier &
                                                Warshauer, L.L.C.
                                                2800 Energy Centre, 1100 Poydras Street
                                                New Orleans, Louisiana 70163
                                                Telephone:     504/522-2304
                                                Facsimile:      504/528-9973
                                                gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


### CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471