UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing motion,

IT IS ORDERED that plaintiffs through the Plaintiffs' Steering Committee (PSC) be granted leave to file the First Supplemental and Amended Master Complaint attached hereto.

THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT