MANUFACTURED BY
FLEETWOOD TRAVEL TRAILERS
OF MARYLAND, INC.

DATE OF MFR: 12/04

GVWR: 3176 kg. (7000 lb.)

GAWR: 1588 kg. (3500 lb.)   PER AXLE

WITH ST205/75R14C TIRES, 15 X 6J   RIMS,

AT 345 kPa (50 psi)   COLD SINGLE.

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL
MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON THE
DATE SHOWN ABOVE. VEHICLE TYPE: TRAILER

V.I.N.: 1EB1T322655340418



## Please Do Not Remove

## Please Leave For Others !

All Categories > Trailers and Tractors > Trailers and Tractors - Mississippi

[Back]  [Refresh] [Help]

| Item Name | Sale-Lot Number | Current Bid | State | Number of Bidders | Close Time (*) Possible Extension. See Bidding Rules. | Add to Favorites |
|---|---|---|---|---|---|---|
| Bid 2006 PIONEER MORGAN ADA | 41FBPI07112002 | 500 USD | MS | 2 | 03/30 06:10 PM CT * | |

Bidding Details   Bidding Rules   Bid History   GSA Auctions® official time 10:12 AM CT   [View List]

**NOTE:** Bidders wanting the Title, SF97, issued in their business/company name MUST register as a company. No changes will be made after award.

YEAR: 2006
MAKE: Pioneer
MODEL: Morgan Ada
VIN: 1EB1F322862315417

33 FT, OPTIONS: SLIDE OUT, HANDICAP ACCESSIBLE- ADA ALL ELECTRIC, NO KEYS, NO HOLDING TANK, MISSING ITEMS: SAFETY CHAIN HOOKS, BATTERY AND COVER, TOILET TANK LID, 2 KITCHEN CHAIRS, DAMAGE: STEPS, SMOKE ODOR, WALLS, BURN MARKS ON FLOOR, SMALL NAIL HOLES, CARPET, CEILING AND WALLS STAINED, KITCHEN TABLE, PRIVACY DOORS AND CURTAINS, BATHROOM CABINET DOOR, OTHER PARTS MAY BE BROKEN OR MISSING FROM WHAT IS LISTED IN THE DESCRIPTION. REPAIRS ARE REQUIRED. ALL LENGTH MEASUREMENTS INCLUDE THE TONGUE. PROPERTY MUST BE REMOVED WITHIN 10 DAYS FROM END OF SALE. 70311270770002, B/C 1316161

THE CONDITION OF THE PROPERTY IS NOT WARRANTED.

Click here for pricing guides



Additional pictures- Mouse Over or click to enlarge

