UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * * | SECTION: "N" |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: ROBY (4) |
| Defendants. | * | |
| * * * * * * * * | | |

**Gautreaux Plaintiff's First Amended Complaint**

The Gautreaux Plaintiffs, amend their Original Complaint as follows:

1.

The plaintiffs re-allege the contents of the Original Complaint and all attachments as if fully rewritten here.

2.

Section I of the Original Complaint is amended as follows:

A.  Paragraph 2. of Section I is added as follows:

2.  Raymond Gautreaux, Jr. a person of the full age of majority who is domiciled in St. Tammany Parish, Louisiana and the legal representative of Raymond Gautreaux, Sr.

-1-

Considering the allegations in the Plaintiffs' Original Complaint, the plaintiffs respectfully request this court to grant the relief prayed for in the Original, and First Amended Complaint.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 20TH day of June, 2008.

/s/ Lynn Eric Williams, Jr.
Lynn Eric Williams, Jr.