UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-4"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED MOTION OF VOLUNTARY
DISMISSAL UNDER FRCP 41(a)(2) AS TO CERTAIN CLAIMS**

　　　　NOW INTO COURT, through undersigned counsel, comes plaintiff Yvette Joseph, who, pursuant to the provisions of Rule 41(a)(2) of the Federal Rules of Civil Procedure, respectfully moves for an Order voluntarily dismissing plaintiffs' claims herein against the defendant United States of America/FEMA, without prejudice, for the reasons more fully set forth in the memorandum attached hereto, and who further submit that opposing counsel have no objection to this requested voluntary dismissal.

　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE
　　　　　　　　　　　　　　　　　　　PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　　　　　　　　　　BY:　s/Gerald E. Meunier
　　　　　　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　　　　　　　　Telephone:　504/522-2304
　　　　　　　　　　　　　　　　　　　　　Facsimile:　504/528-9973
　　　　　　　　　　　　　　　　　　　　　gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            RAUL BENCOMO, #2932
            FRANK D'AMICO, #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471