UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

_____Considering the foregoing motion,

IT IS ORDERED that all previously-filed claims of plaintiff Yvette Joseph against the defendant United States of America/FEMA be dismissed, without prejudice, in order that this plaintiff first may exhaust her administrative remedies pursuant to the Federal Tort Claims Act, reserving plaintiff's right to continue prosecution of her previously-filed claims against defendants other than the United States of America/FEMA.

THIS DONE the _____ day of _____, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE