UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 11

On June 20, 2008, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Gerald Meunier, Justin Woods, Andrew Weinstock, Joe Glass, Matt Moreland, Raul Bencomo, Frank D'Amico, Jr., Ernie Gieger, Richard Hines, Tim Scandurro, Jerry Saporito, Jim Percy, Ronnie Penton, Janice Williams-Jones, Tony Buzbee, Stewart Tharp, and Michelle Boyle. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) On **Tuesday, July 22, 2008, at 1:00 p.m.**, the Court will hold a status conference in chambers with liaison counsel and counsel for the Government.

(2) On **Friday, August 15, 2008 at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.



(3) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, August 15, 2008 at 10:00 a.m.**

New Orleans, Louisiana, this 20th day of June, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE