PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**In Re: FEMA TRAILER** CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

**07md1873**

VERSUS

Magistrate: **4**

_____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: **6-20-08**    TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Denise Martin (paralegal) | Gainsburgh | π |
| Candice Simon | Becnel | π |
| Racheal Mezzic | Lambert & Nelson | π |
| Aaron Ahlquist | Frank D'Amico, Jr. | π |
| David Carr | The Buzbee Law Firm | π |
| Delbert Miller | KZRV | Δ |
| D. ? | Lyshon? | — |
| Tara Curtn | Gainsburgh | π |
| Dan O. Kelly | Breazeale, Sachse | Δef |
| Jim Carroll | Fowler Rodriguez | Def |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

In Re: Fema Trailer       CIVIL/CRIMINAL ACTION NO.:
_____       07 md 1823
   PLAINTIFF(S)

VERSUS

_____       Magistrate: 4
   DEFENDANT(S)

********************************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 6-20-08           TIME: _____

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Thomas Pennebaker | Nielsen | Scotbilt |
| Ed Sledge | Maynard Cooper | CMH, Southern, Palm |
| Ron Welcker | Jack Harang | TT, SmTL |
| Roberta Burns (Paralegal) | Sidney D Torres III | TT S |
| Larry Feldman Jr | McGlinchey Stafford | Skyline, Layton |
| Lyon Garrison | Garrison Yount | Recreation By Design, TL |
| Tom Cougill | WF&C | Industries |
| Diane Zink | Becnel | TT |
| John Etter | Rodney & Etter | TT |
| Amanda Vonderhaar | Leake & Andersson | Fleetwood |

PID Received: _____

Trial Set: _____
                      Jury/Non-Jury

**In Re: Fema Trailer**
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: **N**

VERSUS

_____
DEFENDANT(S)

Magistrate: **4**

***********************************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **6-20-08**   TIME: **10:00 am**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert Sheesley | McGlinchey Stafford | Skyline Corp. |
| Jacqulyn Watts | FEMA | Office Chief Counsel |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**In Re: FEMA TRAILER**
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: **07md1873**

versus

_____
DEFENDANT(S)

Magistrate: **4**

*********************************✓*********************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **6-20-08**   TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Ryan Johnson | Jones Walker | Defendants |
| Glenn Kilmer | Stones & Thorenburg | Jayco |
| Michael Haus | | Monaco Coach |
| Dave Eash | Jones Walker | Jayco, Inc. |
| Ashleigh Bergeron | Gainsburgh Benjamin | Plaintiff |
| Lamont Domingue | Voorhies & Labbe | Multiple Defendants |
| Dan Batchelor | SF Homes | SF Homes |
| Tom Thagard | Maynard Cooper | Multiple Defendants |
| Ben Mayeaux | Laborde & Neuner | Horton Homes |
| Suzie Wilson | Nelson Law Firm | Scotbilt Homes |
| Suzie Wilson Paralegal | | |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

In Re: Fema Trailer   CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)

versus

_____   Magistrate: 4
DEFENDANT(S)

****************************************

CONFERENCE: _____ PRE-TRIAL ✓ STATUS _____ SETTLEMENT

DATE: 6-20-08    TIME: 10 am

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Thomas Chris Pennebaker | Nielsen Law Firm | Scotbilt Homes |
| Glenn Marcantel | Daigle, Jamison, Rayburn | Silver Creek |
| Mark Williams | Willford Coyell | Popo |
| R. M. Becnel | Becnel | PSC |
| EVAN PLAUCHE | HAILEY McNAMARA | AMERICAN AWESOM |
| Carson Strickland | Gieger Laborde | Forest River |
| Jason Bone | " | " |
| JEFF BUREG | LEAKE & ANDERSSON | FLEETWOOD |
| Dewey Scandurro | Scandurro & Layrisson | Gulf Stream, Forrest |
| Ellen Cunnyham | " | " |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

In Re: Fema Trailer
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:
07md1873

versus

_____
DEFENDANT(S)

Magistrate: 4

*****************************/*****************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: 6-20-08     TIME: 10 am

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Ron Faure | Hingle | Plf |
| Daniel Becnel Jr. | Becnel | Plf |
| Richard Richthofen | Richthofen & Assoc | |
| Samuel Bakkmine | Newton Schwartz | |