UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION AND ORDER
### OF PSC FOR LEAVE TO FILE OPPOSITION
### MEMORANDUM PAST DEADLINE

NOW INTO COURT, through undersigned counsel for the Plaintiffs' Steering Committee (PSC), come plaintiffs herein, who respectfully represent that defendant Horton Homes, Inc. filed a motion to dismiss plaintiffs' Master Complaint on May 19, 2008 (Doc. 233). The memorandum in support of this motion set forth no specific arguments or authority in support of the motion, but rather adopted the memorandum filed in support of a motion to dismiss by other manufacturing defendants, i.e., Doc. 230.

In filing various oppositions to Rule 12(b) motions filed by defendants, the PSC inadvertently failed to file a memorandum in opposition to the defendant Horton Homes' above motion. The deadline to do so was June 18, 2008. However, the PSC did file a timely opposition to the motion and memorandum of other defendants (Doc. 230) which the defendant Horton Homes has adopted by reference.

The PSC now respectfully requests leave to file the attached memorandum in opposition to the motion by the defendant Horton Homes. The Court will note that in this proposed

opposition memorandum plaintiffs simply incorporate and adopt their memorandum in opposition to Doc. 230, the motion and memorandum adopted by defendant Horton Homes.

Counsel for the defendant Horton Homes has been contacted about the late filing of this opposition memorandum, and does not oppose same.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 s/Gerald E. Meunier
                                                 GERALD E. MEUNIER, #9471