UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-4"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MEMORANDUM IN OPPOSITION TO MOTION TO DISMISS ON BEHALF OF HORTON HOMES, INC. [DOC. 233]

**MAY IT PLEASE THE COURT:**

The defendant Horton Homes, Inc. has filed a motion to dismiss the Master Complaint herein. In its memorandum in support of the motion, it adopts the memorandum of law in support of the motion to dismiss filed by other defendants (Doc. 230). Accordingly, the PSC respectfully adopts and incorporates its earlier-filed memorandum in opposition to that same motion to dismiss by other defendants. The PSC memorandum so adopted is Doc. 350.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**

        BY:   s/Gerald E. Meunier
               GERALD E. MEUNIER, #9471
               **PLAINTIFFS' CO-LIAISON COUNSEL**
               Gainsburgh, Benjamin, David, Meunier &
               Warshauer, L.L.C.
               2800 Energy Centre, 1100 Poydras Street
               New Orleans, Louisiana 70163
               Telephone:   504/522-2304
               Facsimile:     504/528-9973
               gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

    I hereby certify that on June 23, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471