UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America, No. 08-3217*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiffs through the Plaintiffs' Steering Committee (PSC) be granted leave to file the First Supplemental and Amended Complaint attached hereto.

THIS DONE the 23rd day of June, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT ENGELHARDT