UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * * | SECTION: "N" |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: ROBY (4) |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**Order**

**IT IS ORDERED,** that a leave of court be granted to file a First Amended Complaint.

New Orleans, Louisiana  6/23/08

_____
UNITED STATES DISTRICT COURT JUDGE

-1-