MINUTE ENTRY
ENGELHARDT, J.
June 20, 2008

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Friday, June 20, 2008, at 9:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G. Penton, and Anthony G. Buzbee; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Michelle Boyle and Janice Williams-Jones, counsel for the Government/FEMA.

JS10(1:15)