MINUTE ENTRY
ENGELHARDT, J.
June 20, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                       MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                    SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A general status conference was conducted on Friday, June 20, 2008, at 10:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants.  Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G. Penton, and Anthony G. Buzbee; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Michelle Boyle and Janice Williams-Jones, counsel for the Government/FEMA.

      A complete list of attendees is attached as a supplement to Pretrial Order No. 11 (Rec. Doc. No. 375).

JS10(0:35)