UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Joseph v. United States of America, No. 08-10672*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that all previously-filed claims of plaintiff Yvette Joseph against the defendant United States of America/FEMA be dismissed, without prejudice, in order that this plaintiff first may exhaust her administrative remedies pursuant to the Federal Tort Claims Act, reserving plaintiff's right to continue prosecution of her previously-filed claims against defendants other than the United States of America/FEMA.

THIS DONE the 24th day of June, 2008, New Orleans, Louisiana.

HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE