UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Oldenburg, et al v. United States of America, No. 07-2961*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that all previously-filed claims of plaintiffs Robin Oldenburg, Austin Sicard, and Cindy McDonald against the defendant United States of America/FEMA be dismissed, without prejudice, in order that these plaintiffs first may exhaust their administrative remedies pursuant to the Federal Tort Claims Act, reserving plaintiffs' right to continue prosecution of their previously-filed claims against defendants other than the United States of America/FEMA.

THIS DONE the 24th day of June, 2008, New Orleans, Louisiana.

HONORABLE KURT ENGELHARDT
UNITED STATES DISTRICT JUDGE