UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                      SECTION "N"  (4)


THIS DOCUMENT RELATES TO
ALL CASES

**ORDER**

On June 24, 2008, the Court held a telephone status conference with the following

individuals participating: Gerald Meunier, Justin Woods, Andrew Weinstock, Henry

Miller, and Ronnie Penton.  The issue of non-party depositions was discussed.

New Orleans, Louisiana, this 24th day of June, 2008.


**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**