# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

---

## ORDER

Considering ScotBilt Homes, Inc.'s Ex Parte Motion to Enroll Additional Counsel of Record:

**IT IS ORDERED** that Jason M. Verdigets of Nielsen Law Firm, L.L.C. be enrolled as additional counsel of record on behalf of Defendant ScotBilt Homes, Inc., in this proceeding.

New Orleans, Louisiana, this __23rd__ day of ~~May~~ June, 2008.

_____
JUDGE KURT D. ENGELHARDT