MINUTE ENTRY
ENGELHARDT, J.
June 24, 2008

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

     A telephone conference was conducted on Tuesday, June 24, 2008, at 3:30 p.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants; Ronnie G. Penton, plaintiff committee member; and Henry T. Miller, counsel for the Government/FEMA.

JS10(0:13)