UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

### ORDER

On June 26, 2008, the Court held a telephone status conference with the following individuals participating: Justin Woods, Andrew Weinstock, Joe Glass, Michelle Boyle, Jan Jones, and Jordan Fried.  During the conference, the Court **ORDERED** that the deadline for testing of new and unused units in Hope, Arkansas is **CONTINUED** from June 30, 2008 to **July 15, 2008.**

New Orleans, Louisiana, this 26th day of June, 2008.

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**