MINUTE ENTRY
ENGELHARDT, J.
June 26, 2008

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER <br>     FORMALDEHYDE PRODUCTS <br>     LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A telephone conference was conducted on Thursday, June 26, 2008, at 3:15 p.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; Michelle G. Boyle, Janice Williams-Jones and Jordan Fried, counsel for the Government/FEMA.

JS10(0:40)