UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-4<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED *EX PARTE* MOTION**

**THIS DOCUMENT RELATES TO DOCKET NOS. 196 & 348**

**UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE* MOTION TO FILE A TWENTY-FIVE (25) PAGE REPLY MEMORANDUM IN RESPONSE "TO PLAINTIFFS' MEMORANDUM IN OPPOSITION TO THE 'UNITED STATES OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' FTCA AND CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION'"**

Defendant United States of America (United States) pursuant to Local Rules submits this Unopposed *Ex Parte* Motion to file a twenty-five (25) page Reply Memorandum in response to Plaintiffs' Memorandum in Opposition to The United States' support of its Motion to Dismiss Plaintiffs' FTCA And Contract Claims for Lack of Subject Matter Jurisdiction [Docket No. 348]. On May 19, 2008, the United States in place of an Answer filed a Motion to Dismiss Plaintiffs' Federal Tort Claims Act (FTCA), 28 U.S.C.§1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction [Docket No. 196].  On June 18, 2008, Plaintiffs' Steering Committee (PSC) filed a fifty-five (55) page Memorandum in Opposition to the United States' Motion and numerous exhibits in support of their opposition  [Docket No. 348].  Pursuant to the Court's Pretrial Order, the United States must file any Reply Memorandum on, or before, July 2, 2008.

The United States hereby requests that the Court grant the United States permission to file a twenty-five (25) page reply memorandum in response to PSC's fifty-six (56) page memorandum. The United States requires twenty-five (25) pages because PSC's opposition memorandum raises several procedural issues and numerous substantive arguments that must be addressed by the Court for purposes of resolving the government's motion. The United States requires twenty-five pages to identify and adequately present to the Court the government's responses to the procedural and substantive arguments made by PSC in their Memorandum in Opposition to the United States' Motion to Dismiss.

Undersigned government counsel has conferred with Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that neither Plaintiffs' Liaison Counsel nor Defense Liaison Counsel object to this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Dated: July 6, 2008.                    Respectfully Submitted,

                                        Assistant Attorney General, Civil Division

                                        C. FREDERICK BECKNER III
                                        Deputy Assistant Attorney General, Civil Division

                                        J. PATRICK GLYNN
                                        Director, Torts Branch, Civil Division

                                        MICHELLE BOYLE
                                        Trial Attorney

                                        //S// *Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)
                                        Senior Trial Counsel
                                        United States Department of Justice
                                        Civil Division – Torts Branch
                                        P.O. Box 340, Ben Franklin Station
                                        Washington, D.C. 20004
                                        Telephone No:  (202) 616-4223
                                        E-mail:  Henry.Miller@USDOJ.Gov

                                        Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2008, the foregoing *Ex Parte* Motion was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                        //S// *Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)