UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

**UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE* MOTION
TO FILE A TWENTY-FIVE (25) PAGE REPLY MEMORANDUM IN
RESPONSE "TO PLAINTIFFS' MEMORANDUM IN OPPOSITION
TO THE 'UNITED STATES OF AMERICA'S MOTION TO DISMISS
PLAINTIFFS' FTCA AND CONTRACT CLAIMS FOR LACK
OF SUBJECT MATTER JURISDICTION'"**

Defendant United States of America (United States) pursuant to Local Rules hereby files this Unopposed *Ex Parte* Motion seeking permission to file a Twenty-Five (25) page Reply Memorandum in response to Plaintiffs' Memorandum in Opposition to The United States' support of its Motion to Dismiss Plaintiffs' FTCA And Contract Claims for Lack of Subject Matter Jurisdiction [Docket No. 348]. The Court should grant this motion and enter the attached Order for the reasons set forth in the Memorandum filed in support of this Motion.

Undersigned government counsel has conferred with Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that neither Plaintiffs' Liaison Counsel nor Defense Liaison Counsel object to this motion.

**Defendant United States of America's
Motion to Dismiss**

| | |
|---|---|
| Dated: June 30, 2008. | Respectfully Submitted, |
| | GREGORY S. KATSAS<br>Assistant Attorney General, Civil Division |
| | C. FREDERICK BECKNER III<br>Deputy Assistant Attorney General, Civil Division |
| | J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division |
| | MICHELLE BOYLE<br>Trial Attorney |
| OF COUNSEL | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| JORDAN FRIED<br>Associate Chief Counsel<br>JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov |
| | Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2008 the foregoing Motion, Memorandum, Declaration, and Exhibits in support thereof, were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)