UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

### MANUFACTURING DEFENDANTS' UNOPPOSED *EX PARTE* MOTION TO FILE A TWENTY-FIVE PAGE REPLY BRIEF IN SUPPORT OF THEIR JOINT RULE 12(b)(6) MOTION TO DISMISS [Doc. No. 210]

Manufacturing Defendants, pursuant to Local Rules 7.3 and 7.8.1, submit this *Ex Parte* Unopposed Motion to File a Twenty-Five Page Reply Brief in Support of their Joint Rule 12(b)(6) Motion to Dismiss [Doc. No. 210]. Undersigned Defense Liaison Counsel has conferred with Plaintiffs' Liaison Counsel and counsel for the government through e-mail, and hereby certifies that neither Plaintiffs' Liaison Counsel nor counsel for the government objects to the motion.

Accordingly, for good cause shown in the attached Memorandum in Support, Manufacturing Defendants request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Respectfully submitted:

/s/ Andrew D. Weinstock
**ANDREW D. WEINSTOCK**
**JOSEPH G. GLASS**
**DUPLASS, ZWAIN, BOURGEOIS,**
**PFISTER & WEINSTOCK**
3838 N. Causeway Boulevard, Suite 2900

Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
***DEFENSE LIAISON COUNSEL***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 30th day of June, 2008.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK