**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

|  |  |
|---|---|
| IN RE: FEMA TRAILER ) | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS ) |  |
|     LIABILITY LITIGATION ) | SECTION "N-4" |
| ) |  |
| ) | JUDGE ENGELHARDT |
| ) | MAG. JUDGE ROBY |
| ) |  |

**THIS DOCUMENT IS RELATED TO ALL CASES**

**MEMORANDUM IN SUPPORT OF MANUFACTURING DEFENDANTS' UNOPPOSED *EX PARTE* MOTION TO FILE A TWENTY-FIVE PAGE REPLY BRIEF IN SUPPORT OF THEIR JOINT RULE 12(b)(6) MOTION TO DISMISS [Doc. No. 210]**

On March 18, 2008, Plaintiffs filed an Administrative Master Complaint asserting claims against Manufacturing Defendants. *See* Admin. Master Compl. ¶¶ 8(c), 132-204. Plaintiffs through the Administrative Master Complaint seek to recover damages for personal injuries and economic losses resulting from Plaintiffs' occupation, lease and/or purchase of temporary emergency housing units. *Id.* Plaintiffs assert that Manufacturing Defendants are liable under the various laws of Louisiana, Alabama, Mississippi, and Texas. *Id.*

Local Rule 7.8.1 provides in pertinent part that "a reply brief . . . shall not exclude 10 pages." Manufacturing Defendants hereby request that the Court grant Manufacturing Defendants permission to file a twenty-five page reply brief in support of its Joint Rule 12(b)(6) Motion to Dismiss. Manufacturing Defendants require an additional fifteen pages because the numerous Plaintiffs in this case collectively assert multiple claims against Manufacturing Defendants under the laws of each of four different states and without connecting a particular plaintiff with any of the Manufacturing Defendants. In opposition to the Manufacturing

Defendants' joint Rule 12(b)(6) motion, Plaintiffs responded to certain arguments by adopting and incorporating Plaintiffs' arguments in opposition to other motions. Manufacturing Defendants requires additional pages to address the numerous arguments raised by Plaintiffs in their oppositions.

**WHEREFORE**, Manufacturing Defendants request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Respectfully submitted:

/s/ Andrew D. Weinstock
**ANDREW D. WEINSTOCK**
**JOSEPH G. GLASS**
**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
***DEFENSE LIAISON COUNSEL***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 30th day of June, 2008.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK