**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N-4" |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * * * | MAG. JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 12

This Order reflects the stipulation among the parties to modify certain deadlines contained in Pre-Trial Order No. 2 (Rec. Doc. 87), within the constraints imposed by the Court during the June 20, 2008 General Status Conference and as authorized by Pre-Trial Order No. 2. Considering the stipulation of the parties, it is hereby **ORDERED**:

**(1)** Each Plaintiff and each Defendant served with the Master Set of Interrogatories and Requests for Production of Documents shall answer and/or object within ninety (90) days of May 1, 2008 (July 30, 2008).

NEW ORLEANS, LOUISIANA, this 1st day of July, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

This extension shall not affect any other deadlines set by the Court.

-1-