UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER** <br> **FORMALDEHYDE PRODUCTS** <br> **LIABILITY LITIGATION** | **MDL NO. 1873** <br><br> **SECTION "N-4"** <br><br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

## ORDER

Considering Manufacturing Defendants' Local Rule 7.8.1 Unopposed *Ex Parte* Motion for Permission to File a Twenty-Five Page Reply Brief in Support of Their Joint Rule 12(b)(6) Motion to Dismiss,

**IT IS HEREBY ORDERED** that the Motion is granted, and that Manufacturing Defendants may file a twenty-five page reply brief in support of their motion.

**DONE AND SIGNED** this  1st  day of  July , 2008.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA