UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*****************************************************************************

## MOTION FOR PROTECTIVE ORDER ON MERITS DISCOVERY

**NOW INTO COURT**, through undersigned counsel, comes the Manufacturing Defendants Liaison Counsel, who respectfully requests that this Honorable Court issue an Order pursuant to Federal Rules of Civil Procedure Rule 26(c), utilizing the Court's discretion to limit the scope of certain discovery to class certification issues and that the discovery be had only on specified terms and conditions.  Manufacturing Defendants Liaison Counsel submits that such an order will facilitate the parties' ability to conduct the extensive class certification discovery currently contemplated while adhering to the Court's class certification timeline.  In support of the Motion, Manufacturing Defendants Liaison Counsel attaches the following exhibits:

    A.    Deposition Notice of Bourget's of the South, L.L.C.;

    B.    Plaintiffs' Position Paper on Elements of Class Certification; and

    C.    *Blair v. Source One Mortgage Services Corp.*, 1997 WL 79289, 96-2497 (E.D. La. 2/24/97).

For the foregoing reasons, which will be more fully set forth in the attached Memorandum in Support of Motion for Protective Order on Merits Discovery, Manufacturing Defendants Liaison Counsel respectfully requests that this Court issue an Order limiting the

1

scope of certain discovery on merits issues and that the discovery be had only on specified terms and conditions.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Blvd., Suite 2900
        Metairie, LA 70002
        (504) 832-3700

## **C E R T I F I C A T E**

I hereby certify that on the 1st day of July, 2008, a copy of the foregoing Motion for Protective Order on Merits Discovery was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

        s/Andrew D. Weinstock
        _____
       ANDREW D. WEINSTOCK #18495
        andreww@duplass.com