UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*****************************************************************************

## LOCAL RULE 37.1 E CERTIFICATE

Undersigned counsel hereby certifies that on June 31, 2008 and July 1, 2008, undersigned counsel conferred in person and by telephone with Plaintiffs' Liaison Counsel and Government Counsel for the purposes of amicably resolving a discovery dispute over the scope of PLC's 30(b)(6) Deposition Notices and for the purposes of resolving a dispute over the number of deposition tracks for depositions, but were unable to do so.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS, PFISTER
        & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
        JOSEPH G. GLASS #25397**
        3838 N. Causeway Blvd., Suite 2900
        Metairie, LA 70002
        (504) 832-3700

## **C E R T I F I C A T E**

I hereby certify that on the 1st day of July, 2008, a copy of the foregoing Local Rule 37.1E Certificate was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                      s/Andrew D. Weinstock
                _____
                ANDREW D. WEINSTOCK #18495
                andreww@duplass.com