UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

**********************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Manufacturing Defendants Liaison Counsel's Motion for Protective Order on Merits Discovery is hereby set for the 16th day of July, 2008 at 9:30 a.m.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER
& WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
**DEFENSE LIAISON COUNSEL**

1

**C E R T I F I C A T E**

I hereby certify that on the 1st day of July, 2008, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                              s/Andrew D. Weinstock
                              _____
                              ANDREW D. WEINSTOCK #18495
                              andreww@duplass.com