UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*******************************************************************************

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants Liaison Counsel, who respectfully requests that this Honorable Court set its Motion for Protective Order on Merits Discovery for hearing on the ____ day of _____, 2008. The Manufacturing Defendants Liaison Counsel submits that an expedited hearing of its Motion is warranted because it will be expedite the discovery necessary for an early determination of class certification.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER
& WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
andreww@duplass.com
jglass@duplass.com
**DEFENDANTS' LIAISON COUNSEL**

1

## **C E R T I F I C A T E**

I hereby certify that on the 1st day of July, 2008, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com
