UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | SECTION "N" (4) |
| | : | |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE KAREN ROBY |

<u>MOTION FOR LEAVE TO FILE REPLY MEMORANDUM BY</u>
<u>COACHMEN INDUSTRIES, INC. IN SUPPORT OF</u>
<u>RULE 12(B)(2) MOTION TO DISMISS FOR</u>
<u>LACK OF PERSONAL JURISDICTION</u>

**NOW INTO COURT,** through undersigned counsel, comes Coachmen Industries, Inc.

(hereinafter "Coachmen"), defendant in the above captioned matter, and, respectfully moves for

leave of court to file the attached Reply Memorandum in Support of Rule 12(b)(2) Motion to

Dismiss for Lack of Personal Jurisdiction.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:     /s/ John Stewart Tharp_____
          David M. Bienvenu #20700
          John Stewart Tharp #24230
          Chase Tower South, 8^(th) Floor
          451 Florida Street, 70801
          Post Office Box 2471
          Baton Rouge, LA 70821
          Telephone: (225) 387-3221
          Facsimile: (225) 346-8049

**Attorneys for Defendant Coachmen Industries, Inc.**

460905.1

- CERTIFICATE –

     I certify that on this 2nd day of July, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

/s/ John Stewart Tharp_____