UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE KAREN ROBY |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum by Coachmen Industries, Inc. in Support of Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the Reply Memorandum in Support of Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction be filed in the Court's record.

New Orleans, Louisiana, this ____ day of July, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

460907.1