UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION N-4
JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a twenty-five (25) page Reply Memorandum in Response to Plaintiffs' Steering Committee's (PSC) fifty-six page Memorandum in Opposition to the United States' Motion to Dismiss Plaintiffs' Tort and Contract Claims for Lack of Subject Matter Jurisdiction,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a twenty-five (25) page Reply Memorandum.

**DONE AND SIGNED** this   2nd   day of        July        , 2008.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA