UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(4) |
| *DeCarlo McGuire, et al. v. Gulf Stream Coach, et al.*<br>E.D. Louisiana, C.A. No. 06-CV-5659-S-M4 | JUDGE ENGELHARDT<br>MAGISTRATE ROBY |

## ORDER

Considering Morgan's Motion for Leave to File Reply Memorandum in Support of Morgan's Motion to Dismiss (R. Doc. 211) and in Response to Louisiana Plaintiffs' Opposition (R. Doc. 351);

**IT IS ORDERED** that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2008.

                                              KURT D. ENGELHARDT
                                              UNITED STATES DISTRICT JUDGE