# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| *White, et al. v. Circle B. Enterprises, et al.*<br>  S.D. Alabama, C.A. No. 08-141<br>  (E.D. Louisiana, C.A. No. 08-1969) | JUDGE ENGELHARDT |
| *Meshack v. Circle B. Enterprises, et al.*, No. 08-1970<br>  S.D. Mississippi, C.A. No. 08-92<br>  (E.D. Louisiana, C.A. No. 08-1970) | MAGISTRATE ROBY |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MORGAN'S MOTION TO DISMISS (R. DOC. 214) AND IN RESPONSE TO MISSISSIPPI AND ALABAMA PLAINTIFFS' OPPOSITION (R. DOC. 352)

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) hereby move this Court for leave to file the attached reply memorandum in support of its motion to dismiss pursuant to Rules 12(b)(1) and 12(b)(6) with respect to the Mississippi and Alabama Plaintiffs' claims (R. Doc. 214) and to specifically address the arguments raised by the Mississippi and Alabama Plaintiffs' opposition to Morgan's motion (R. Doc. 352).  The reply memorandum will assist the Court in resolving the pending issues.

Wherefore, Morgan respectfully requests that the Court allow the filing of the attached reply memorandum.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
One American Place, 14th Floor
Baton Rouge, LA  70825
Telephone:  (225) 383-9000

300841.1

clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com

**Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.**

## CERTIFICATE OF SERVICE

I certify that, on July 2, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*_____
Christine Lipsey

300841.1

2