UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| *White, et al. v. Circle B. Enterprises, et al.* <br> S.D. Alabama, C.A. No. 08-141 <br> (E.D. Louisiana, C.A. No. 08-1969) | JUDGE ENGELHARDT |
| *Meshack v. Circle B. Enterprises, et al.*, No. 08-1970 <br> S.D. Mississippi, C.A. No. 08-92 <br> (E.D. Louisiana, C.A. No. 08-1970) | MAGISTRATE ROBY |

_____

## ORDER

Considering Morgan's Motion for Leave to File Reply Memorandum in Support of Morgan's Motion to Dismiss (R. Doc. 214) and in Response to Mississippi and Alabama Plaintiffs' Opposition (R. Doc. 352);

**IT IS ORDERED** that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

300843.1