**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | **MDL NO. 07-1873** |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | **SECTION "N-4"** |
| | ) | |
| | ) | **JUDGE ENGELHARDT** |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

<u>**NEWLY ADDED DEFENDANT PALM HARBOR HOMES, INC.'S**</u>
<u>**MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS**</u>
<u>**PLAINTIFFS' ADMINISTRATIVE MASTER COMPLAINT**</u>

Newly Added Defendant Palm Harbor Homes, Inc. hereby adopts and incorporates by reference the Memorandum In Support of their Motion to Dismiss Plaintiffs' Administrative Master Complaint (Pacer Doc. # 230-2) filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, including all attachments made thereto and all requests for relief set forth therein.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Palm Harbor Homes, Inc.

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on July 2ND, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first class mail to all counsel of record who are non-CM/ECF participants.

*/s/ James K. Carroll*

01654554.1