UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Newly Added Defendant Palm Harbor Homes, Inc.'s Motion to Dismiss Plaintiffs' Administrative Master Complaint will be held on July 23, 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Palm Harbor Homes, Inc.

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

01654641.1

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

01654641.1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 2, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first class mail to all counsel of record who are non CM/ECF participants.

                                */s/ James K. Carroll*

01654641.1