UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

### FAIRMONT HOMES, INC.'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTIONS TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant Fairmont Homes, Inc., who moves the Court for leave to file the attached Reply Memorandum in support of its Motion to Dismiss, to address the issues raised by Plaintiffs in their opposition memorandum.

Respectfully submitted,

  /s/ Timothy D. Scandurro
**SCANDURRO & LAYRISSON, L.L.C.**
TIMOTHY D. SCANDURRO, Bar #18424, TA
DEWEY M. SCANDURRO, Bar #23291
607 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone: (504) 522-7100

-and-

**DUPLASS, ZWAIN, BOURGEOIS,
 MORTON, PFISTER & WEINSTOCK**
Andrew D. Weinstock, Esq.
Joseph Glass, Esq.
3838 N. Causeway Blvd., Suite 2900
Metairie, Louisiana  70002

*Counsel for Fairmont Homes, Inc.*

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing motion has been served on all known counsel via CM/ECF or United States Postal Service, first class mail, properly addressed and postage prepaid this day, July 2, 2008:

          /s/ Timothy D. Scandurro
         TIMOTHY D. SCANDURRO

X:\Docs\4206 GULF STREAM\PLDGS\Fairmont Motion for Leave to file reply.doc