UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                          SECTION "N" (4)

## ORDER

CONSIDERING THE ABOVE AND FOREGOING Motion for Leave**;**

**IT IS HEREBY ORDERED** that defendant, Fairmont Homes, Inc., be granted leave to file its Reply Memorandum in Support of Rule 12(B)(2) Motion to Dismiss.

New Orleans, Louisiana this _____ day of July, 2008.

_____
HON. KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT