UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, 12(e) MOTION FOR A MORE DEFINITE STATEMENT [DOC. NO. 240]

**MAY IT PLEASE THE COURT:**

Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park ("IBS"), respectfully requests leave to file the attached Reply Brief in Support of Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement.

Plaintiffs, in their Oppositions, have raised legal issues that require additional briefing. As such, IBS respectfully requests leave of court to file a Reply Brief intended to clarify the issues presented in the original Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement filed by IBS.

For the foregoing reasons, IBS respectfully requests leave to file the attached Reply Brief in Support of Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement. Counsel for plaintiffs has been contacted and has no opposition to the granting of the

806538.1

instant motion. The Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement is currently scheduled for oral argument on July 23, 2008.

                              RESPECTFULLY SUBMITTED,

                              BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| THE ADMINISTRATIVE MASTER | * | MAG. JUDGE KAREN WELLS ROBY |
| COMPLAINT. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion for Leave to File Reply Brief in Support of Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
_____
David R. Kelly

806538.1