UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING Motion and Memorandum for Leave to File Reply Brief in Support of Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Indiana Building Systems, L.L.C. d/b/a Holly Park be and hereby is granted leave to file its Reply Brief in Support of Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

811182.1