UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS, OR IN THE ALTERNATIVE, 12(e) MOTION FOR A MORE DEFINITE STATEMENT [DOC. NO. 240]

Newly Added Defendant Indiana Building Systems, L.L.C., d/b/a Holly Park ("IBS") respectfully submits this Reply Brief in further support of its Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement [Doc. No. 240].

In response to the Opposition filed by Plaintiffs [Doc. No. 356], IBS hereby adopts and joins in on the Reply Brief [Doc. No. 414] filed by The "Manufacturing Defendants" in this matter. IBS further shows that the arguments in such Brief apply equally to all claims against IBS for the reasons stated therein.

IBS also hereby adopts and joins in on the Reply Brief [Doc. No. 1416} filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC, in this matter. IBS further shows that the arguments in such Brief apply equally to all claims against IBS for the reasons stated therein.

811031.1

The odds are enormous that IBS has a non-existent role in this litigation.[1] And, according to IBS records, only 37 of its homes were originally sent into the areas possibly affected by Hurricanes Katrina and Rita, reducing IBS's percentage chance of involvement to a number so low it borders on incalculability. Plaintiffs have not identified a single Plaintiff (whether currently named or not) who allegedly resided in an IBS manufactured home. Yet, IBS continues to incur thousands of dollars in fees and expenses just to keep pace with the testing of unoccupied units and dealing with discovery on class certification and on the merits, while its motion requiring the plaintiffs to satisfy a fundamental requirement of pleading (identification of any individual who alleges harm as a result of having lived in an IBS manufactured home) remains pending.

It is respectfully submitted that the time has arrived for this Court to give serious consideration to breaking the Newly Added Defendants apart from the main body of this juggernaut, so that issues of fundamental fairness and equity can be preserved.

WHEREFORE, for these reasons and for the reasons stated in the Reply Brief filed by the "Manufacturing Defendants" [Doc. No. 414] and the Reply Brief filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC [Doc. No. 1416], IBS respectfully requests that this Court dismiss Plaintiffs' claims against IBS with prejudice.

---

[1] FEMA's records indicate that the number of "occupied" units sold to FEMA totaled 135,509. Of that total, IBS would have manufactured 151 units, or 0.001114 of the total.

Alternatively, if the Court does not dismiss those claims, the Court should order Plaintiffs to amend their pleadings under Rule 12(e) to provide a more definite statement.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park***

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * * | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE KURT D. ENGELHARDT<br><br>MAG. JUDGE KAREN WELLS ROBY |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Reply Brief in Support of Motion to Dismiss, or in the Alternative, 12(e) Motion for a More Definite Statement, has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
David R. Kelly

811031.1