UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
[DOC. NO. 274]

River Birch Homes, Inc. ("River Birch") respectfully submits this Reply Brief in further support of its Motion to Dismiss Administrative Master Complaint [Doc. No. 274].

In response to the Opposition filed by Plaintiffs [Doc. No. 360], River Birch hereby adopts and joins in on the Reply Brief [Doc. No. 414] filed by The "Manufacturing Defendants" in this matter. River Birch further shows that the arguments in such Brief apply equally to all claims against River Birch for the reasons stated therein.

River Birch also hereby adopts and joins in on the Reply Brief [Doc. No. 416] filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor

Albemarle, LLC, in this matter. River Birch further shows that the arguments in such Brief apply equally to all claims against River Birch for the reasons stated therein.

It is likely that River Birch has an extremely limited role in this litigation. According to FEMA's records, only 526 River Birch homes could have been sent to the areas affected by Hurricanes Katrina and Rita, reducing River Birch's involvement to a nearly incalculable number.[1] Plaintiffs have not named any Plaintiff who alleges they resided in an River Birch manufactured home. Yet, River Birch continues to incur thousands of dollars in fees and expenses just to keep pace with the testing of unoccupied units and the class certification and merits discovery, while its motion requiring the plaintiffs to satisfy a fundamental requirement of pleading (identification of any individual who alleges harm as a result of having lived in a River Birch manufactured home) is pending.

It is respectfully submitted that this Court give serious consideration to separating the Newly Added Defendants from the main body of this case, so that issues of fundamental fairness and equity can be preserved.

WHEREFORE, for these reasons and for the reasons stated in the Reply Brief filed by the "Manufacturing Defendants" [Doc. No. 414] and the Reply Brief filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC [Doc. No. 416], River Birch respectfully requests that this Court dismiss Plaintiffs' claims against River Birch with prejudice.

---

[1] FEMA's records indicate that the number of "occupied" units sold to FEMA totaled 135,509. Of that total, River Birch could have manufactured 526 units, or 0.0038816 of the total.

Alternatively, if the Court does not dismiss those claims, the Court should order Plaintiffs to amend their pleadings under Rule 12(e) to provide a more definite statement.

                              Respectfully submitted,
                              **VOORHIES & LABBÉ**
                              (A Professional Law Corporation)


                              _/s/ Lamont P. Domingue_
                              Lamont P. Domingue - #20787
                              Post Office Box 3527
                              700 St. John Street
                              Lafayette, Louisiana 70502-3527
                              Telephone: (337) 232-9700
                              ATTORNEYS FOR RIVER BIRCH HOMES, INC.
                              E-Mail:  lpd@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing Reply Memorandum in Support of Motion to Dismiss Administrative Master Complaint filed by River Birch Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants by operation of the court's electronic filing system.

I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

>Jeffery N. Luthi
>One Columbus Circle, NE
>Federal Judiciary Bldg., Room G-255
>Washington, DC 20002.

>/s/ Lamont P. Domingue

382595