UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
[DOC. NO. 278]

Liberty Homes, Inc. ("Liberty") and Waverlee Homes, Inc. ("Waverlee") respectfully submit this Reply Brief in further support of their Motion to Dismiss Administrative Master Complaint [Doc. No. 278].

In response to the Opposition filed by Plaintiffs [Doc. No. 363], Liberty and Waverlee hereby adopt and join in on the Reply Brief [Doc. No. 414] filed by The "Manufacturing Defendants" in this matter. Liberty and Waverlee further show that the arguments in such Brief apply equally to all claims against Liberty and Waverlee for the reasons stated therein.

Liberty and Waverlee also hereby adopt and join in on the Reply Brief [Doc. No.

1

416] filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC, in this matter. Liberty and Waverlee further show that the arguments in such Brief apply equally to all claims against Liberty and Waverlee for the reasons stated therein.

The odds are that Liberty and Waverlee have an extremely limited role in this litigation. According to FEMA's records, only 423 of Liberty's homes and only 392 of Waverlee's homes could have been sent to the areas affected by Hurricanes Katrina and Rita, reducing Liberty and Waverlee's involvement in this matter to nearly incalculable numbers.[1] Plaintiffs have not named any Plaintiff alleging they resided in a Liberty or Waverlee manufactured home. Yet, Liberty and Waverlee continue to incur thousands of dollars in fees and expenses just to keep pace with the testing of unoccupied units and class certification and merits discovery, while their motion requiring the plaintiffs to satisfy a fundamental requirement of pleading (identification of an individual who alleges harm as a result of having lived in a Liberty or Waverlee manufactured home) is pending.

It is respectfully submitted that this Court give serious consideration to breaking the Newly Added Defendants from the main body of this case, so that issues of fundamental fairness and equity can be preserved.

WHEREFORE, for these reasons and for the reasons stated in the Reply Brief filed

---

[1] FEMA's records indicate that the number of "occupied" units sold to FEMA totaled 135,509. Of that total, Liberty could have manufactured 423 units, or 0.003215 of the total, and Waverlee could have manufactured 392 units, or 0.0028927 of the total.

by the "Manufacturing Defendants" [Doc. No. 414] and the Reply Brief filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC [Doc. No. 416], Liberty and Waverlee respectfully request that this Court dismiss Plaintiffs' claims against Liberty and Waverlee with prejudice.

Alternatively, if the Court does not dismiss those claims, the Court should order Plaintiffs to amend their pleadings under Rule 12(e) to provide a more definite statement.

                                       Respectfully submitted,
                                       **VOORHIES & LABBÉ**
                                       (A Professional Law Corporation)


                                       _/s/ Lamont P. Domingue_
                                       Lamont P. Domingue - #20787
                                       Post Office Box 3527
                                       700 St. John Street
                                       Lafayette, Louisiana 70502-3527
                                       Telephone: (337) 232-9700
                                       ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing Reply Memorandum in Support of Motion to Dismiss Administrative Master Complaint filed by Liberty Homes, Inc. and Waverlee Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants by operation of the court's electronic filing system.

I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Liberty Homes, Inc. & Waverlee Homes, Inc.
    E-Mail: lpd@volalaw.com

382592