UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD.-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
[DOC. NO. 284]

Cavalier Home Builders, LLC, ("CHB") respectfully submits this Reply Brief in further support of its Motion to Dismiss Administrative Master Complaint [Doc. No. 284].

In response to the Opposition filed by Plaintiffs [Doc. No.365], CHB hereby adopts and joins in on the Reply Brief [Doc. No. 414] filed by The "Manufacturing Defendants" in this matter. CHB further shows that the arguments in such Brief apply equally to all claims against CHB for the reasons stated therein.

CHB also hereby adopts and joins in on the Reply Brief [Doc. No. 416] filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle,

LLC, in this matter. CHB further shows that the arguments in such Brief apply equally to all claims against CHB for the reasons stated therein.

Even though CHB did not manufacture units delivered to FEMA in near the numbers of other defendants, it continues to incur thousands of dollars in fees and expenses just to keep pace with the testing of unoccupied units and dealing with class certification and merits discovery, while its motion requiring the plaintiffs to satisfy a fundamental requirement of pleading (identification of any individual who alleges harm as a result of having lived in a CHB manufactured home) is pending.

It is respectfully submitted that this Court to give serious consideration to separating the Newly Added Defendants from the main body of this case, so that issues of fundamental fairness and equity can be preserved.

WHEREFORE, for these reasons and for the reasons stated in the Reply Brief filed by the "Manufacturing Defendants" [Doc. No. 414] and the Reply Brief filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC [Doc. No. 416], CHB respectfully requests that this Court dismiss Plaintiffs' claims against CHB with prejudice.

Alternatively, if the Court does not dismiss those claims, the Court should order Plaintiffs to amend their pleadings under Rule 12(e) to provide a more definite statement.

Respectfully submitted,
**VOORHIES & LABBÉ**
(A Professional Law Corporation)


_/s/ Lamont P. Domingue_
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing Reply Memorandum in Support of Motion to Dismiss Administrative Master Complaint filed by Cavalier Home Builders, LLC was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants by operation of the court's electronic filing system.

I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

>Jeffery N. Luthi
>One Columbus Circle, NE
>Federal Judiciary Bldg., Room G-255
>Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787

382594