UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 <br> SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : : | JUDGE ENGELHARDT <br> MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
[DOC. NO. 272]

Redman Homes, Inc. ("Redman") respectfully submits this Reply Brief in further support of its Motion to Dismiss Administrative Master Complaint [Doc. No. 272].

In response to the Opposition filed by Plaintiffs [Doc. No. 359], Redman hereby adopts and joins in on the Reply Brief [Doc. No. 414] filed by The "Manufacturing Defendants" in this matter. Redman further shows that the arguments in such Brief apply equally to all claims against Redman for the reasons stated therein.

Redman also hereby adopts and joins in on the Reply Brief [Doc. No. 416] filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle,

1

LLC, in this matter. Redman further shows that the arguments in such Brief apply equally to all claims against Redman for the reasons stated therein.

The odds are extremely high that Redman has a very limited role in this litigation. While the precise number of Redman units delivered to FEMA that could have been occupied cannot readily be ascertained at this time, Redman manufactured homes that were sold together with homes manufactured by three other manufacturers as part of a 2000 unit sale. Given the number of unused Redman units that remain in FEMA's inventory, it is likely that less than 500 homes manufactured by Redman were occupied by individuals possibly affected by Hurricanes Katrina and Rita, reducing Redman's involvement to an extremely low percentage.[1] No Plaintiff has alleged that they resided in a Redman manufactured home. Yet, Redman continues to incur thousands of dollars in fees and expenses just to keep pace with the testing of unoccupied units and class certification and merits discovery, while its motion requiring the plaintiffs to satisfy a fundamental requirement of pleading (identification of any individual who alleges harm as a result of having lived in a Redman manufactured home) is pending.

It is respectfully submitted that this Court give serious consideration to separating the Newly Added Defendants from the main body of this case, so that issues of fundamental fairness and equity can be preserved.

WHEREFORE, for these reasons and for the reasons stated in the Reply Brief filed by the "Manufacturing Defendants" [Doc. No. 414] and the Reply Brief filed by Newly

---

[1] FEMA's records indicate that the number of "occupied" units sold to FEMA totaled 135,509. Of that total, if Redman manufactured 500 of those units, that represents 0.0036897 of the total.

2

Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC [Doc. No. 416], Redman respectfully requests that this Court dismiss Plaintiffs' claims against Redman with prejudice.

Alternatively, if the Court does not dismiss those claims, the Court should order Plaintiffs to amend their pleadings under Rule 12(e) to provide a more definite statement.

> Respectfully submitted:
> **VOORHIES & LABBÉ**
> (A Professional Law Corporation)
>
> /s/ Lamont P. Domingue
> Lamont P. Domingue - #20787
> Post Office Box 3527
> 700 St. John Street
> Lafayette, Louisiana 70502-3527
> Telephone: (337) 232-9700
> ATTORNEYS FOR Redman Homes, Inc.
> E-Mail: LPD@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing Reply Memorandum in Support of Motion to Dismiss Administrative Master Complaint filed by Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Redman Homes, Inc.
E-Mail: lpd@volalaw.com

382596

1