UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-4" |
| This Pleading Pertains To:<br>The Administrative Master Complaint | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

### SCOTBILT HOMES, INC.'S EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO SCOTBILT'S RULE 12(b)(6) MOTION TO DISMISS (Doc. No. 244)

COMES NOW the Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and submits this Ex Parte Motion for Leave of Court to File a Reply to the Plaintiffs' Opposition (Document No. 358) to ScotBilt's Rule 12(b)(6) Motion to Dismiss (Document No. 244), for the reasons contained in the accompanying proposed Reply Memorandum of ScotBilt. In its Opposition, Plaintiffs aver that the Opposition Memorandum (Document No. 349) they filed to the Manufacturing Defendants' Joint Rule 12(b)(6) motion is incorporated as their opposition to ScotBilt's Motion to Dismiss (Document No. 244). ScotBilt seeks leave to address the arguments of the Plaintiffs.

1

WHEREFORE, ScotBilt Homes, Inc. prays that this Honorable Court will deem this motion for leave of court to file a reply to Plaintiffs' opposition to the Rule 12(b)(6) motion to dismiss to be good and issue an order allowing ScotBilt Homes, Inc. to file its reply memorandum.

> Respectfully submitted,
>
> NIELSEN LAW FIRM, L.L.C.
>
> */s/ Thomas C. Pennebaker*
> THOMAS C. PENNEBAKER, LA.S.B. 24597
> WILLIAM R. DeJEAN, LA.S.B. 22762
> 3838 N. Causeway Blvd., Suite 2850
> Metairie, Louisiana 70002
> Tel. (504) 837-2500
> Fax (504) 832-9165
> Email: tpennebaker@nielsenlawfirm.com
> wdejean@nielsenlawfirm.com
>
> AND
>
> GORDON, ARATA, McCOLLUM, DUPLANTIS
> & EAGAN, L.L.P.
>
> TERRENCE KNISTER, LA.S.B. 7755
> ANNE P. BIRDSONG, LA.S.B. 21478
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170
> Tel. (504) 582-1111
> Fax (504) 582-1121
> Email: tknister@gordonarata.com
> abirdsong@gordonarata.com
>
> Counsel for ScotBilt Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 2nd day of July, 2008.

                                                */s/ Thomas C. Pennebaker*