**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION            SECTION "N-4"

                                                          JUDGE ENGELHARDT
                                                          MAG. JUDGE ROBY

_____

**O R D E R**

Considering Defendant's, ScotBilt Homes, Inc.'s, Motion for Leave of Court to file a Reply

Memorandum to Plaintiffs' Opposition to ScotBilt's Rule 12(b)(6) Motion to Dismiss,

IT IS ORDERED that Defendant, ScotBilt Homes, Inc., is hereby granted leave of court to

file its reply memorandum to the Plaintiffs' opposition to ScotBilt's Rule 12(b)(6) motion to dismiss.

New Orleans, Louisiana, this _____ day of July, 2008.

                                        _____
                                        HON. KURT D. ENGELHARDT
                                        UNITED STATES DISTRICT JUDGE