UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On July 2, 2008, the Court held a telephone status conference with the following

individuals participating: Justin Woods, Ronnie Penton, Andrew Weinstock, Joe Glass,

Michelle Boyle, and Henry Miller.  During the conference, the Court **ORDERED** as

follows:

(1)     The 30(b)(6) depositions shall each be completed in no more than 4 hours,

with 3 hours allotted to Plaintiffs and 1 hour allotted to the Government/Defendants,

subject to agreement by all counsel to vary the allotment and length.

(2)     There shall be a maximum of 5 deposition tracks.  This maximum shall be

utilized only when necessary and when all counsel are available.

(3)     Plaintiffs shall provide a list of the 11 defendants it plans to depose in

30(b)(6) depositions.  All 11 depositions shall take place by July 31, 2008.

(4)     Plaintiffs shall attempt to narrow the scope of the 30(b)(6) notices they send

to Defendants such that only documents relevant to class certification should be

requested.  In response, Defendants shall get the requested documents to Plaintiffs as

soon as possible.

(5)     The depositions of Plaintiff class representatives shall each be completed in

no more than 4 hours, with 3 hours allotted to Defendants and 1 hour allotted to the

Government, subject to agreement by all counsel to vary the allotment and length.

New Orleans, Louisiana, this 2nd day of July, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**