MINUTE ENTRY
ENGELHARDT, J.
July 2, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                                  SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A telephone conference was conducted on Wednesday, July 2, 2008, at 9:00 a.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; Henry T. Miller and Michelle G. Boyle, counsel for the Government/FEMA; and Ronnie G. Penton, plaintiff committee member.

JS10(0:30)