**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | **SECTION "N-4"** |
| **PRODUCT LIABILITY LITIGATION** | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

This Document Is Related To *Pujol, et al. v. United States, et al.*, No. 08-3217, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' FTCA AND CONTRACT CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, United States of America (United States) hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1), for dismissal of Plaintiffs' claims for lack of subject matter jurisdiction, or alternatively for summary judgment pursuant to Fed. R. Civ. P. 56(c), for the reasons stated in the United States' Motion to Dismiss, filed in response to the Administrative Master Complaint in this Multi-District Litigation. Therefore, the United States hereby refers the Court to that Motion, Docket No. 196, MDL No. 07-1873, pursuant to the Court's instruction in this case.

Dated: July 3, 2008                                    Respectfully Submitted,

                                                       GREGORY G. KATSAS
                                                       Assistant Attorney General, Civil Division

                                                       C. FREDERICK BECKNER III
                                                       Deputy Assistant Attorney General, Civil Division

                                                       J. PATRICK GLYNN
                                                       Director, Torts Branch, Civil Division

                                                       HENRY T. MILLER
                                                       Senior Trial Counsel

                                                       //S// *Michelle G. Boyle*
                                                       MICHELLE G. BOYLE (VA Bar No. 73710)
                                                       Trial Attorney
                                                       United States Department of Justice
                                                       Civil Division – Torts Branch
                                                       P.O. Box 340, Ben Franklin Station
                                                       Washington, D.C. 20004
                                                       Telephone No: (202) 616-4447
                                                       E-mail: Michelle.Boyle@USDOJ.Gov

                                                       Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, the foregoing Motion, along with its supporting Memorandum and Statement of Undisputed Material Facts, was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

/S// *Michelle G. Boyle*
(VA Bar No. 73710)