UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE | SECTION "N-4" |
| PRODUCT LIABILITY LITIGATION | JUDGE ENGELHARDT |
| | MAG. JUDGE ROBY |

This Document Is Related To *Pujol, et al. v. United States, et al.*, No. 08-3217, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

TO: GERALD MEUNIER
JUSTIN WOODS
Plaintiffs' Liaison Counsel

PLEASE TAKE NOTICE that Defendant United States of America will bring the foregoing Motion to Dismiss, or in the Alternative, for Summary Judgment, for hearing before the Honorable Kurt Engelhardt, in his Courtroom, consistent with the hearing schedule established in the Master Docket in this case, MDL No. 07-1873.

Dated: July 3, 2008                    Respectfully Submitted,

                                                      GREGORY G. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (VA Bar No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4447
E-mail: Michelle.Boyle@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472