UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | **SECTION "N-4"** |
| **PRODUCT LIABILITY LITIGATION** | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

This Document Is Related To *Pujol, et al. v. United States, et al.*, No. 08-3217, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FTCA AND CONTRACT CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**

The United States hereby submits that its arguments urging dismissal pursuant to Fed. R. Civ. P. 12(b)1, and in the alternative, summary judgment pursuant to Fed. R. Civ. P. 56(c), are the same as those contained in its Memorandum supporting its Motion to Dismiss that was filed in response to the Master Complaint in this Multi-District Litigation. Therefore, the United States hereby refers the Court to that Memorandum, along with its Attachments and Exhibits, Docket Numbers 196-1 - 48, MDL No. 1873.

Dated: July 3, 2008                    Respectfully Submitted,

                                            GREGORY G. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (VA Bar No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4447
E-mail: Michelle.Boyle@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472