UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO DOCKET NO. 343

DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM IN OPPOSITION
TO "PLAINTIFFS' STEERING COMMITTEE'S MOTION TO
ENFORCE THE COURT'S ORDER OF MARCH 4, 2008"

INTRODUCTION

The United States hereby submits its Opposition to the Motion of Plaintiffs' Steering Committee (PSC) to Enforce the Court's Order of March 4, 2008. The Court should deny the Motion because there exists no dispute. In June 2008, PSC contacted Government Counsel and expressed concern that the Federal Emergency Management Agency (FEMA) had not conducted a complete name search of the FEMA Recovery and Response Action Tracking System (FRRATS). The United States ascertained that FEMA had run the FRRATS name search except for a small number of names (fewer than 20) for which it had not searched because it was under the impression that PSC intended to provide further names and it was more efficient to run a larger number of names. When the Government informed PSC of this, PSC then suggested that FEMA utilize the names provided to find corresponding FEMA ID numbers, and then run the FRRATS search based on those ID numbers. Pursuant to that request, Government Counsel investigated into the methodology of FEMA's search and determined that FEMA had in fact

performed the search in the manner suggested by PSC.  In other words, FEMA had taken the names provided by PSC, run those names through one database to ascertain FEMA ID numbers, and then run those numbers through FRRATS.

On June 16, 2008, when the Government informed PSC of this fact, PSC then asserted that FEMA had not run the FEMA ID numbers through FRRATS *that were provided to the Government by PSC*.  At that time, Government Counsel indicated to PSC that it would investigate this issue.  Nevertheless, PSC filed this Motion on June 18, 2008.  Upon Government Counsel's investigation, Government Counsel determined that PSC was correct.  Therefore, FEMA has run the particular list at issue, by the FEMA ID numbers provided by PSC, and has offered and agreed to run additional searches in the same manner.  Therefore, the United States does not believe that there exists a dispute, and has on multiple occasions urged PSC to withdraw this Motion.

## RELEVANT FACTS

1.  In early 2008, the parties sought to identify a procedure by which the private parties could ascertain which named plaintiff occupied which FEMA-provided emergency housing unit (EHU), after such persons had moved out of their EHUs, which were returned to FEMA's storage lots.  In February, 2008 the parties reached an agreement that FEMA would search the FRRATS database, with names of plaintiffs provided by PSC, for corresponding vehicle identification numbers (VINs), FEMA Barcodes, and Manufacturer / Model information, and provide that to the private parties, and that the private parties would bear the costs of that search. All parties agreed to seek a Court order that would constitute a limited waiver of the Privacy Act, so that FEMA could produce the search results to Liaison Counsel (LC).  *See* Transcript of Motion Proceedings at 7-12 (Feb. 29, 2008).  On March 4, 2008, the Court entered such Order.

*See* Order (March 4, 2008).

    2. In March and April 2008, Plaintiffs' Liaison Counsel (PLC) forwarded to the Government several lists containing thousands of names. FEMA ran searches from this information as follows. First, FEMA ran the lists of names received by PLC through one database, in order to obtain FEMA ID numbers that corresponded to those names. Second, FEMA ran the FEMA ID numbers through FRRATS in order to obtain the VIN, FEMA Barcode, and Manufacturer / Model information for each name.[1] Third, FEMA removed "common names," *i.e.*, identical names that appeared more than once in the results, because FEMA was unable to determine which name actually corresponded to the given plaintiff. *See* Exh. 1, Letters dated April 2, 2008 and May 7, 2008, from Michelle Boyle to LC. *See also* Exh. 5, Boyle Dec.

    3. The Government produced to LC the results, which constituted approximately 4,000 discrete matches and approximately 2,385 common names. The Government explained to LC that further identifying information, such as FEMA ID numbers, could potentially generate more matches. Finally, the Government explained that the reason that some of the names could not be matched might be that a name referred to a minor who resided in a unit that was registered by a parent or guardian, that a name referred to a person who did not reside in a unit, or that a name was misspelled. *See* Exh. 1.

---

[1] In April of 2008, PSC expressed concern that the manufacturer / model information was largely "missing" from the Government's results. *See* PSC Exh. 3 at 16-20. At that time, the Government investigated the situation and explained to LC, and the Court, that FRRATS apparently does not contain, for the most part, manufacturer / model information. Therefore, the private parties agreed to cross-reference the VINs and FEMA Barcodes from the FRRATS results with the total inventory that was provided by FEMA from a different database, to ascertain additional information such as manufacturer, model, and location. *See* Pretrial Order 3 ¶ 3 (April 9, 2008); Exh. 5, Boyle Dec. Thus, this particular issue was resolved in April 2008.

4. In June of 2008, PLC expressed successive concerns with respect to the FRRATS search, and the United States responded to the concerns as they were expressed. In particular, PLC expressed concern that FEMA had not conducted the search in a particular manner, namely, to ascertain FEMA ID numbers for names provided by PLC, and then to run those ID numbers through FRRATS. *See* PSC Mot. Exh. 3 at 7-9. On June 16, 2008, Government Counsel informed PLC that, in fact, FEMA had conducted the search in the manner suggested by PLC. *See* Exh. 2 at 6, Emails between Henry Miller and Justin Woods. *See also supra* ¶ 2. PLC then raised two additional issues, which the Government agreed to investigate at that time: (1) which lists had been run or not run through FRRATS; and (2) what was the methodology employed by FEMA for searches of lists *where PLC had provided FEMA ID numbers* for their clients. *See* Exh. 2 at 1-5, Emails between PLC and Government Counsel, dated June 16-19, 2008.

5. On July 1, 2008, the undersigned explained the results of that investigation. Namely, that for lists where FEMA ID numbers were provided by PLC, FEMA staff had not run those ID numbers through FRRATS, but instead had followed the procedure outlined above at ¶ 2. FEMA has since re-run the list at issue, using the ID numbers that PLC has provided, and the Government has produced those results to LC, which constituted approximately 520 additional matches. *See* Exh. 4, Email from Michelle Boyle to Liaison Counsel, dated July 2, 2008. The Government is waiting to hear from PLC as to whether it would like any other lists run in this manner. With respect to the issue of which lists have been run or not run, the Government's records reflect that only one or two short lists (containing fewer than 20 names total) have not been run. FEMA is waiting to hear from LC as to whether more names will be sent before running these lists in order to utilize its staff in the most efficient way. *See* Exhs. 2, 3, Emails between Government Counsel and PLC, dated June 16-19 and July 1, 2008. *See also* PSC Exh.

3 at 13.

## ARGUMENT

In short, there is no issue in dispute.  FEMA has run the requested FRRATS name search and has provided the results to LC.  For the small number of names for which PSC provided FEMA ID numbers, Government Counsel had been under the impression that FEMA had run searches using those numbers, but because of PSC's concerns, Government Counsel checked and determined that FEMA had followed the same methodology as that followed for the name only searches.  Upon discovery of this fact, the United States ran the list at issue, using the FEMA ID numbers provided, and offered to run the same search using any additional FEMA ID numbers.  The only request from the Government is that PLC provide the following information: (1) any lists that are reflected in PSC's records as not yet being run through FRRATS; and (2) any lists containing FEMA ID numbers that PSC believes have not yet been run through FRRATS by ID number.  As noted *supra*, the undersigned is aware of two short lists that remain to be run in the first instance, and FEMA is waiting to hear from PLC as to whether more lists are forthcoming in order to utilize its staff most efficiently.[2]  The undersigned has indicated to PLC that FEMA will run the FEMA ID numbers for any additional claimants whose numbers PSC possesses in order to identify the EHU the claimant occupied.  *See* Exh. 3.

## CONCLUSION

For the foregoing reasons, the United States submits that PSC's Motion should be denied.

---

[2] The list of firms contained in PSC's Memorandum supporting its Motion, Docket No. 343-2, is inconsistent with the Government's records, and this was communicated to PLC.  *See* Exhs. 2, 3.  In any event, FEMA has simply requested that PLC re-send any lists it believes still need to be run, even if FEMA's records reflect that they have already been run.  *See* Exh. 2.

Dated:  July 3, 2008                                Respectfully submitted,

GREGORY S. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER, III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

_____//S//_____
MICHELLE G. BOYLE (Va. Bar. No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4447
E-mail:  Michelle.Boyle@usdoj.gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAMS-JONES
Trial Attorney
Office of Chief Counsel
FEMA DHS
500 C Street, SW
Washington, D.C.  20472

**CERTIFICATE OF SERVICE**

I hereby certify that on July 3, 2008, the foregoing Memorandum, and accompanying Exhibits were filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                     //S//
                                       Michelle G. Boyle (Va. Bar No. 73710)