# *In re FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 07-1873

## United States' Exhibit 2

## July 3, 2008

## Boyle, Michelle (CIV)

| | |
|---|---|
| **From:** | Williams-Jones, Janice [jwjones@dhs.gov] |
| **Sent:** | Thursday, June 19, 2008 9:39 AM |
| **To:** | Justin Woods; Williams-Jones, Janice; Miller, Henry (CIV); Denise Martin; Gerald E. Meunier |
| **Cc:** | Glynn, J.Patrick (CIV); Jordan Fried; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass |
| **Subject:** | RE: Formaldehyde Litigation |
| **Importance:** | High |

Justin:

These types of issues should be worked out w/o court intervention because, as I said, FEMA will run the FRRATS searches w/o any hesitation and, as such, this is not a really a "dispute". We simply need to get a handle on where we are.

With that said, I appreciate your difficulty in putting together a master spreadsheet of all of the lists that you have received from the various law firms because FEMA has the same difficulty. Since you do not believe that producing a master spreadsheet is feasible, is it possible for you to produce a numbered lists of the law firms that have submitted names and the number of names submitted by each law firm, *i.e.*, 10 law firms and law firm 1 had 200 clients, 2 had 33 clients. etc. As you may know, many of the client lists that were sent to FEMA were not numbered.

Again, we should try to get a handle on this because I believe you will find that a substantial portion of the names that were submitted to FEMA have already been run in FRRATS and produced to you. In other words, once we crunch the numbers, the problem may not be as serious as you believe it to be. Let's see if we can work this out.

Jan

Janice Williams-Jones
Trial Attorney
Office of Chief Counsel, Litigation Division
DHS/FEMA
202-646-4168 (voice)
202-646-4536 (fax)

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, June 18, 2008 3:04 PM
**To:** Williams-Jones, Janice; Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation

Jan,

I am preparing to file the motion right now.

But, I have been constantly asking Henry and Michelle to address this issue but to no avail – I have been

1

7/3/2008

met with the same response which has totally overlooked the problem.

We have sent lists, particularly from this firm, that includes FEMA i.d. numbers but I have not received any matching response. I have other lists that have been forwarded that contain FEMA i.d. numbers as well and I haven't received any matching response.

It appears as if the searches were conducted only on a select few provided lists – perhaps the ones that were attached to our motion that started this process.

What is it that you need that may aid in getting this done properly? It will be almost impossible to put all of the lists into one spreadsheet because we have gotten them from attorneys in differing forms.

Justin.

---

**From:** Williams-Jones, Janice [mailto:jwjones@dhs.gov]
**Sent:** Wednesday, June 18, 2008 1:56 PM
**To:** Justin Woods; Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation
**Importance:** High

Justin:

Please respond to my e-mail below which will go a long way to facilitating the FRRATS searches in his case. As indicated below, FEMA has no objections to conducting the searches, but FEMA needs your cooperation to ensure that none of the many spreadsheets that you sent to FEMA have been overlooked. The solution that I proposed below will help organize the FRRATS search, eliminate confusion and speed-up the process to conduct the searches.

Thanks for your assistance.

Jan


Janice Williams-Jones
Trial Attorney
Office of Chief Counsel, Litigation Division
DHS/FEMA
202-646-4168 (voice)
202-646-4536 (fax)

---

**From:** Williams-Jones, Janice
**Sent:** Tuesday, June 17, 2008 12:44 PM
**To:** 'Justin Woods'; Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass; Denise Martin
**Subject:** RE: Formaldehyde Litigation
**Importance:** High

Justin:

2

7/3/2008

As you know, FEMA has run a number of plaintiffs' names in FRRATS and produced several matches. As you also know, plaintiffs have submitted the lists of plaintiffs' names to FEMA piecemeal which may be part of the reason that there is some confusion about which names have and have not been run in FRRATS. In light of this, could you please forward to me an Excel spreadsheet of all names that you believe FEMA should have, but did not run through FRRATS? Also, to avoid further confusion, please compile all of the names that you believe were not run in FRRATS on ONE Excel spreadsheet and send it to me. Please also send me a master spreadsheet (ONE spreadsheet) of all of the names that plaintiffs have sent to FEMA requesting a search in FRRATS which will make FEMA's job of monitoring the FRRATS' searches a lot easier.

Finally, I was out on Monday, but given that FEMA does not have any objections to running plaintiffs' names through FRRATS, this issue does not appear to be one which should be the subject of a motion. Again, since plaintiffs' names were sent to FEMA piecemeal, some of the names may have been inadvertently overlooked.

If you would like to discuss this matter further, please let me know.

Jan


Janice Williams-Jones
Trial Attorney
Office of Chief Counsel, Litigation Division
DHS/FEMA
202-646-4168 (voice)
202-646-4536 (fax)

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, June 16, 2008 4:06 PM
**To:** Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation

Henry,

The list that was forwarded by Denise on March 28th contained quite a few individuals listed **WITH** FEMA I.D. numbers (many more than 10 names).

We also provided lists for the following firms (some with FEMA I.D. #'s):

Lambert & Nelson
Bice, Palermo & Veron
Hingle & Associates

We did not receive any "matches" for my firm as well as the others above with the exception of the Hingle firm.

The lists and emails will be attached to our motion.

3

7/3/2008

Justin.

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, June 16, 2008 2:02 PM
**To:** Justin Woods; Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation

Justin,

Justice Dept. is having some major computer problems and Michelle is apparently unable to open her files. However, it is her recollection that there is a small number of claimants whose names came in that were not yet been run -- probably in range of 10-20. FEMA did not run these names because it was under the impression that PSC was going to provide additional names and it was more efficient to run all names at once rather then proceed on piece-meal basis. Michelle believes, but is not positive that this outstanding group may be names that Denise provided and are persons represented by your law firm.

I have asked Michelle to contact you directly as soon as she is able to access her computer files to ascertain whether such is the case. In any event, if such is the case FEMA will run that list given that PSC is apparently not going to add any more claimants whose names they want run through the FRRATS data base.

If you are aware of any other lists besides that proffered by your law firm that included FEMA ID numbers please let Michelle know so we can track it down to ensure that FEMA ran its search using that information. It is my understanding to the extent that the information was on the lists proffered to FEMA, FEMA used it to search for the requested data.

Regards,

Henry Miller
US Dept. of Justice

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, June 16, 2008 11:43 AM
**To:** Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation

4

7/3/2008

Henry,

If you will take the time to refer to the Court's Order dated March 4, 2008 (DOC 104), you will see that FEMA has been ordered to search its FRRATS database and produce certain information for "represented" Plaintiffs.

FEMA has not complied with this Order in several instances. For example, on March 28, 2008, Denise Martin sent to FEMA the list of plaintiffs "represented" by this firm. The information provided included FEMA I.D. #'s. We have not received any matching or corresponding information as is contemplated in the Order.

It is particularly these instances where FEMA has not complied with the Order that we shall seek to have enforced.

Justin.

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, June 16, 2008 10:37 AM
**To:** Justin Woods; Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation

Justin,

Filing any such motion is premature, because as I have repeatedly explained FEMA is willing to run such a search if PSC provides us with the information. As such, I do not believe that we have any dispute justifying judicial intervention.

However, please be aware that until FEMA gets Privacy Rights Act waivers all FEMA can produce, consistent with Court's Order relating to the Privacy Rights Act is the identity of a trailer that was occupied by a claimant, the Court Order does not allow FEMA to reveal or match up individual claimants to an individual unit. If you require or are seeking such information you will need to either produce a Privacy Rights Act waiver and/or obtain an Order from the Court allowing FEMA to disclose that information to the PSC and DSC. This is information that I believe both PSC and DSC want, rather than require FEMA to rerun the search at a later date to match up claimants to specific units at a substantial cost to PSC and DSC, I encourage to either produce the release or obtain the necessary Court Order waiving the requirements of the Privacy Rights Act before FEMA runs this search.

Finally, to speed up the search process using any such information, please produce the lists of claimants with their corresponding FEMA ID numbers that you want searched, and agree that PSC will cover FEMA's costs for conducting these searches. FEMA will attempt to complete that search in a timely manner. To avoid the piecemeal approach resulting from PSC producing lists of claimants in piecemeal fashion, please provide to DOJ and FEMA a complete list of all claimants names and corresponding FEMA ID numbers that you want searched and once that list is provided, and Privacy Rights Act issued sorted out, FEMA will commence the search.

Regards,

Henry Miller
US Dept. of Justice

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, June 16, 2008 10:51 AM
**To:** Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com
**Subject:** RE: Formaldehyde Litigation

Henry,

Upon further investigation of this issue, it has come to my attention that we have, on numerous occasions, provided the government with names **AND** FEMA I.D. #'s for individuals but we were not provided any matching or corresponding information for those individuals. The PSC is seeking to have the Court enforce its Order requiring the government to comply as it relates to these individuals.

Justin.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, June 16, 2008 9:45 AM
**To:** Justin Woods; Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com
**Subject:** RE: Formaldehyde Litigation

Justin,

Thank you for e-mail and notice of PSC's intent to file a motion to compel. As I have explained in numerous e-mails, FEMA as part of the the FRRATS search ran the name search and attempted to match names with FEMA ID numbers. What you will be seeking to compel is a search that has already been done. As a result of the initial concern you expressed and you statement that you called up FEMA and they could provide you with you FEMA ID number, I asked Michelle to contact FEMA to confirm my understanding of the search FEMA ran to ensure that I was not mistaken. Michelle has confirmed with FEMA that as part of the FRRATS search, FEMA also ran the names through its data base in an attempt to identify persons FEMA ID number in hopes that this would result in FEMA being able to identify more units that claimants occupied. PSC is simply going to seek to compel a search that has already been done.

Accordingly, I encourage the PSC to reconsider its decision. In any event, if PSC moves forward with the motion, the Government will oppose the motion on grounds that the requested action -- a search seeking to match names with FEMA ID numbers and then run that information through the FRRATS system has already been done as part of the FRRATS search and PSC has been provided with the results of that search, sans the FEMA ID numbers because that information is protect by the Privacy Act. Further, there are several additional procedural objections the United States will in all likely raise in opposition to any such motion, including, but not limited to (1) no underlying discovery request requiring the action Plaintiffs seek to compel and (2) potential Privacy Rights Act issues.

Finally, per Government's correspondence with PSC, I again urge PSC to provide the United States with the claimants completed Information Data Sheet with their FEMA ID number and Privacy Act waivers so that FEMA and the other Defendants can identify the units that each claimant occupied and pull and produce claimants' FEMA files to the parties.

6

7/3/2008

Regards,

Henry Miller

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, June 16, 2008 10:00 AM
**To:** Miller, Henry (CIV); Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com
**Subject:** RE: Formaldehyde Litigation

Henry,

I just left a voice mail message for you.

The PSC intends upon filing a Motion to Enforce Court's Order of March 4, 2008 (Document 104). We are seeking an Order enforcing FEMA to comply with and to conducts searches of its databases for Plaintiff information.

Justin.

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, June 16, 2008 8:11 AM
**To:** Denise Martin; Gerald E. Meunier
**Cc:** Justin Woods; Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Justin Woods; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com
**Subject:** RE: Formaldehyde Litigation

Jerry,

I apologize for not responding sooner, but our office was shut down on Friday because of a power outage and computers were down this weekend.

The United States has no objection to PSC's request.

Justin also left a message on my voice-mail Friday wanting to discuss a motion PSC wanted to file. I assume that this is matter he wanted to discuss, if not he should give me a call so we can discuss that matter.

Regards,

Henry Miller

---

**From:** Denise Martin [mailto:dmartin@gainsben.com]

**Sent:** Friday, June 13, 2008 3:39 PM
**To:** Miller, Henry (CIV); Boyle, Michelle (CIV)
**Cc:** Justin Woods
**Subject:** Formaldehyde Litigation

Dear Counsel:

Please advise whether the Government will oppose our request to exceed the 25-page limit on plaintiffs' brief in opposition to the Government 12(b) motion to dismiss. We will ask the Court to allow a 50-page limit for our brief.

Your advices would be appreciated as soon as possible, so that we know how to serve this request up to Judge Engelhardt.

Sincerely,
Jerry


Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.