*In re FEMA Trailer Formaldehyde Product Liability Litigation*, MDL No. 07-1873

**United States' Exhibit 5**

**July 3, 2008**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

MDL NO. 1873

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DECLARATION OF MICHELLE G. BOYLE

1.  I, Michelle George Boyle, hereby state that I am an active member in good standing of the
    Bar of Virginia, Bar No. 73710.

2.  I am employed as a Trial Attorney, Torts Branch, Civil Division, United States Department
    of Justice, Washington, D.C.

3.  I have been assigned to represent the United States in the above-captioned case.

4.  I have consulted with FEMA personnel responsible for the search, pursuant to the Court's
    Order of March 4, 2008, of the FEMA Recovery and Response Action Tracking System
    (FRRATS), in order to ascertain the methodology and results of that search.

5.  In March and April 2008 Plaintiffs' Liaison Counsel (PLC) forwarded to the Government
    several lists containing thousands of names. FEMA ran searches from this information as
    follows. First, FEMA ran the lists of names through one database, in order to obtain any
    corresponding FEMA ID numbers. Second, FEMA ran the FEMA ID numbers through
    FRRATS to obtain the VIN, FEMA Barcode, and Manufacturer / Model information
    corresponding to each name, to the extent such information existed in FRRATS. Third,
    FEMA removed "common names," *i.e.*, identical names that appeared more than once in the

results, because the Government was unable to determine which name actually corresponded to the given plaintiff.

6. On April 2, 2008 and May 7, 2008, the Government produced to Liaison Counsel (LC) the results, which constituted approximately 4,000 discrete matches and approximately 2,385 common names. The Government explained to LC that further identifying information, such as FEMA ID numbers, could potentially generate more matches. Finally, the Government explained that other reasons for the number of matches included that a name referred to a minor who resided in a unit that was registered by a parent or guardian, that a name referred to a person who did not reside in a unit, or that a name was misspelled.

7. On or about April 8, 2008, the Court held a status conference with Liaison Counsel and Government Counsel, where results of the Government's FRRATS search were discussed. During that conference, Liaison Counsel agreed to compare the FRRATS results, containing VIN and FEMA Barcode information, against the total FEMA inventory, to ascertain manufacturer, model, and location information. This conference resulted in Pretrial Order 3.

8. Undersigned Counsel attests that attachments filed herewith constitute true and accurate copies of communications between Government Counsel and LC.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: _July 3, 2008_ .

_Michelle G. Boyle_
Michelle G. Boyle
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4447
E-mail: Michelle.Boyle@usdoj.gov