UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          CIVIL ACTION
PRODUCTS LIABILITY LITIGATION
                                          MDL NO:    07-01873

                                          SECTION:   "N" (4)

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (R. Doc. 409)** on the **Motion for Protective Order on Merits Discovery (R. Doc. 408)** is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the **Motion for Protective Order on Merits Discovery (R. Doc. 408)** will be heard by oral argument on **Wednesday, July 9, 2008, at 11:00 a.m.** in the undersigned United States Magistrate Judge's courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that any opposition memorandum to the motion be filed no later than **Monday, July 7, 2008, at 5:00 p.m**.

New Orleans, Louisiana, this 3rd day of July 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**