UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | SECTION "N" (4) |
| | : | |
| | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE KAREN ROBY |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum by Coachmen Industries, Inc. in Support of Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction:

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the Reply Memorandum in Support of Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction be filed in the Court's record.

New Orleans, Louisiana, this 3rd day of July, 2008.

JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

460907.1