UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br>MAGISTRATE KAREN ROY |

## SUPPLEMENTAL AFFIDAVIT OF COLLEEN ZUHL

**STATE OF INDIANA**

**COUNTY OF ELKHART**

BEFORE ME, the undersigned authority personally came and appeared Colleen Zuhl, who being first duly sworn, did depose and state as follows:

1.) That she is Chief Financial Officer of Coachmen Industries, Inc. and has served in that capacity since August 28, 2006.

2.) As Chief Financial Officer, she has personal knowledge of the business entity structures of Coachmen Industries, Inc. ("Coachmen") and its subsidiaries and is therefore able to state the following facts of her own personal knowledge.

3.) Coachmen is the parent of its indirect subsidiary Coachmen RV Licensed Products Division, L.L.C. which manufactured, in part, recreational vehicles.

4.) Coachmen RV Licensed Products Division, L.L.C. is an Indiana limited liability company headquartered in Middlebury, Indiana and conducted business in the States of Louisiana, Mississippi, Alabama, and Texas.

5.) Coachmen RV Licensed Products Division, L.L.C. maintains its own corporate officers.

455492.1
455632.2

EXHIBIT A

6.) Coachmen and Coachmen RV Licensed Products Division, L.L.C. maintain separate accounting systems, budgets and financial records.

7.) Coachmen and Coachmen RV Licensed Products Division, L.L.C. comply with the requisite corporate and business entity formalities.

_____
Colleen Zuhl

SWORN TO AND SUBSCRIBED before me, this __1st__ day of ~~June~~ July, 2008.

_____
NOTARY PUBLIC, Tina L. Marsh
My commission expires: 12-28-2014
County of Elkhart )
State of Indiana )

455492.1
455632.2



COACHMEN INDUSTRIES, INC.                                                                OUR SUBSIDIARIES



Our subsidiaries are among America's leading builders of recreational vehicles and systems-built homes. They help families share adventures together, live in their dream home, and create a lifetime of memories along the way. Whether you're on the road or in your neighborhood, you'll always feel at home in our products.

Select a Company to Visit

COACHMEN HOMEPAGE | COMPANY PROFILE | RECREATIONAL VEHICLES | HOUSING
INVESTOR RELATIONS | CAREER OPPORTUNITIES | NEWS & EVENTS | SITE MAP
PRIVACY POLICY | TERMS AND CONDITIONS OF USE POLICY                                             COA LISTED NYSE 
*Maintained by: Coachmen Industries, Inc., 423 N. Main St., P.O. Box 30, Middlebury, IN 46540 • All rights reserved. ©2008*
Email the WEBMASTER with questions about this website.



EXHIBIT

B

Case 2:07-md-01873-KDE-MBN   Document 436-1   Filed 07/07/08   Page 4 of 5



COMPANY PROFILE

MORE INFORMATION

Founded in Middlebury, Indiana in 1964, Coachmen Industries, Inc., through its prominent industry subsidiaries, is one of America's leading manufacturers of recreational vehicles (RVs) and systems-built single family homes and multi-family residential structures. The **Coachmen RV Group** produces a complete line of RVs under several well known brand names including **Coachmen®, Georgie Boy®, Sportscoach®, Adrenaline™** and **Viking®**. The full line of RV products includes Class A and Class C motorhomes, fifth wheels, travel trailers and folding camping trailers which are produced at manufacturing facilities in Indiana, Georgia and Michigan. The RV Group markets its products through a network of independent dealers throughout the United States and Canada.

The **Coachmen Housing Group** includes **All American Homes, LLC** and **Mod-U-Kraf Homes, LLC**, which combined are one of the nation's largest builders of systems-built homes. Through **All American Building Systems, LLC**, the Group also builds apartments, condominiums, dormitories and hotels. The Housing Group's manufacturing facilities are located in Colorado, Indiana, Iowa, North Carolina, and Virginia.

A publicly held company, Coachmen Industries' stock is listed on the New York Stock Exchange under the ticker COA.



**Street Address**
423 North Main Street
Middlebury, IN 46540

**Mailing Address**
PO Box 30
Middlebury, IN 46540

**Telephone:** 574-825-5821
**Fax:** 574-825-8141

COACHMEN HOMEPAGE | COMPANY PROFILE | RECREATIONAL VEHICLES | HOUSING
INVESTOR RELATIONS | CAREER OPPORTUNITIES | NEWS & EVENTS | SITE MAP
PRIVACY POLICY | TERMS AND CONDITIONS OF USE POLICY
Maintained by: Coachmen Industries, Inc., 423 N. Main St., P.O. Box 30, Middlebury, IN 46540 • All rights reserved. ©2008
Email the WEBMASTER with questions about this website.

COA LISTED NYSE 



EXHIBIT
C



RECREATIONAL VEHICLES

**Coachmen is one of the most recognized and respected names in the RV industry, and our brands remain the bedrock of our strength.**

**Coachmen Recreational Vehicle Company, LLC** is a full line producer of travel trailers, fifth wheels, Class C mini-motorhomes and Class A motorhomes. Its gas-powered Class A's are marketed under the Coachmen® brand, while its diesel-powered Class A motorhomes are marketed under the well respected **Sportscoach®** brand. Sport utility trailers are marketed under the brands **Adrenaline™ and Blast™**. **Georgie Boy Manufacturing** markets a range of both gas-power Class A motorhomes, as well as a line of Class C motorhomes for the entry-level buyer. **Viking Recreational Vehicles, LLC** is a leading producer of folding camping trailers.

The **Coachmen Caravan Camping Club** enhances your Coachmen ownership experience. Extend the boundaries of your world, develop friendships and build memories that will last a lifetime.

MORE INFORMATION

Visit one of the RV Group's websites for more information on their products:


Coachmen RV


Georgie Boy


Sportscoach


Adrenaline Sport Utility Trailers


Viking RV


Coachmen Caravan Camping Club

COACHMEN HOMEPAGE | COMPANY PROFILE | RECREATIONAL VEHICLES | HOUSING
INVESTOR RELATIONS | CAREER OPPORTUNITIES | NEWS & EVENTS | SITE MAP
PRIVACY POLICY | TERMS AND CONDITIONS OF USE POLICY
Maintained by: Coachmen Industries, Inc., 423 N. Main St., P.O. Box 30, Middlebury, IN 46540 • All rights reserved. ©2008
Email the WEBMASTER with questions about this website.

COA LISTED NYSE 



EXHIBIT D