UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

### **ORDER**

CONSIDERING THE ABOVE AND FOREGOING Motion for Leave**;**

**IT IS HEREBY ORDERED** that defendant, Fairmont Homes, Inc., be granted leave to file its Reply Memorandum in Support of Rule 12(B)(2) Motion to Dismiss.

New Orleans, Louisiana this __3rd__ day of July, 2008.

_____
HON. KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT