**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

---

### O R D E R

Considering Defendant's, ScotBilt Homes, Inc.'s, Motion for Leave of Court to file a Reply

Memorandum to Plaintiffs' Opposition to ScotBilt's Rule 12(b)(6) Motion to Dismiss,

IT IS ORDERED that Defendant, ScotBilt Homes, Inc., is hereby granted leave of court to

file its reply memorandum to the Plaintiffs' opposition to ScotBilt's Rule 12(b)(6) motion to dismiss.

New Orleans, Louisiana, this _____3rd_____ day of July, 2008.

_____
HON. KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE