**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**EX PARTE MOTION FOR LEAVE TO FILE A REPLY TO PLAINTIFFS' OPPOSITION TO RULE 12(b)(6) MOTION TO DISMISS ON BEHALF OF NEWLY ADDED DEFENDANTS CMH MANUFACTURING, INC., SOUTHERN ENERGY HOMES, INC., GILES INDUSTRIES, INC., PALM HARBOR MFG., LP, AND PALM HARBOR ALBEMARLE, LLC**

**COMES NOW**, Newly Added Defendants, CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albermarle, LLC (collectively hereinafter referred to as "Newly Added Defendants"), through undersigned counsel, and respectfully submit this Ex Parte Motion for Leave to File a Reply to Plaintiffs' Opposition to Defendants' Rule 12(b)(6) Motion to Dismiss for the reasons more fully set forth in the accompanying proposed Reply Memorandum.  In short, Newly Added Defendants seek leave in order to address certain erroneous arguments raised by plaintiffs in their Opposition. Counsel having an interest in this motion have been contacted and have no opposition to the granting of this Motion.

Wherefore, Newly Added Defendants pray that this Honorable Court grant them leave to file a Reply to Plaintiffs' Opposition to Defendants Rule 12(b)(6) Motion to Dismiss.

RESPECTFULLY SUBMITTED:

   /s/ James K. Carroll
JAMES K. CARROLL, T.A. (#3898)
One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of July, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

   /s/ James K. Carroll