**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**ORDER**

Considering the foregoing Motion for Leave of Court to File Reply Memorandum to Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss on behalf of Newly Added Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC;

**IT IS ORDERED** that Newly Added Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, be and hereby are granted leave to file their Reply Memorandum to the Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana, this _____ day of July, 2008.

_____
HONORABLE JUDGE KURT D. ENGELHARDT