UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC MEMORANDUM IN OPPOSITION TO NEWLY-ADDED DEFENDANT PALM HARBOR HOMES, INC.'S MOTION TO DISMISS [Doc. 415]**

**MAY IT PLEASE THE COURT:**

Newly-added defendant Palm Harbor Homes, Inc. has filed a Motion to Dismiss plaintiffs' Master Complaint herein, adopting and incorporating by reference in support of this motion a Memorandum in Support of Motion to Dismiss Plaintiffs' Administrative Master Complaint filed by other newly-added defendants, CMH Manufacturing, Inc., etc. (Doc. 230-2). The PSC already has filed a Memorandum in Opposition to this incorporated memorandum by other defendants.  That Memorandum in Opposition is Doc. 350.

Accordingly, the PSC now respectfully incorporates and adopts by reference the entirety of plaintiffs' earlier-filed Memorandum in Opposition which was filed as Doc. 350.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

      BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462


<u>**CERTIFICATE OF SERVICE**</u>

      I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and

the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                              s/Gerald E. Meunier  
                                                              GERALD E. MEUNIER, #9471