UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | **SECTION "N-4"** |
| **PRODUCT LIABILITY LITIGATION** | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

**This Document Is Related To All Cases**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S
STATEMENT OF NON-APPEARANCE**

Defendant, United States of America (United States) hereby states that it is waiving its appearance at the hearing scheduled for Wednesday, July 9, at 11 am, before Magistrate Judge Roby, on the Manufacturing Defendants' Motion for Protective Order on Merits Discovery (Doc. 408). The United States does not oppose the Motion.

Dated: July 7, 2008                              Respectfully Submitted,

                                                 GREGORY G. KATSAS
                                                 Assistant Attorney General, Civil Division

                                                 C. FREDERICK BECKNER III
                                                 Deputy Assistant Attorney General, Civil Division

                                                 J. PATRICK GLYNN
                                                 Director, Torts Branch, Civil Division

                                                 HENRY T. MILLER
                                                 Senior Trial Counsel

                                                 //S// *Michelle G. Boyle*
                                                 MICHELLE G. BOYLE (VA Bar No. 73710)
                                                 Trial Attorney
                                                 United States Department of Justice
                                                 Civil Division – Torts Branch
                                                 P.O. Box 340, Ben Franklin Station
                                                 Washington, D.C. 20004
                                                 Telephone No: (202) 616-4447
                                                 E-mail: Michelle.Boyle@USDOJ.Gov

                                                 Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, the foregoing Statement of Non-Appearance was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Michelle G. Boyle*
(VA Bar No. 73710)
