UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVSIION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO: 2:07-MD-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS, (Doc. No. 272)

MAY IT PLEASE THE COURT:

Redman Homes, Inc. ("Redman") respectfully requests leave to file the attached Reply Brief in Support of Motion to Dismiss Administrative Master Complaint.

Plaintiffs, in their Opposition have raised legal issues that require additional briefing. As such, Redman respectfully requests leave of court to file the attached Reply Brief in Support of Motion to Dismiss Administrative Master Complaint. Counsel for plaintiffs have been contacted and have no opposition to the granting of the instant motion.

Respectfully submitted:

Voorhies & Labbé
(A Professional Law Corporation)

/s/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:      337-232-9700**
**FAX:             337-235-4943**
**E-MAIL: lpd@volalaw.com**
**Counsel for Redman Homes, Inc.**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008, a copy of the foregoing Memorandum In Support of Motion for Leave to File Reply Brief in Support of Motion to Dismiss Administrative Master Complaint filed by Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Building., Room G-255
Washington, DC 20002

/s/ Lamont P. Domingue
Lamont P. Domingue, #20787