**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGLEHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO: | ) | MAG. JUDGE ROBY |
| *Johnson v. United States*, No. 3602 | ) | |

---

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Newly Added Defendant Giles Industries, Inc.'s

Motion for Summary Judgment will be brought on for hearing before the Honorable

Judge Kurt Englehardt on the 23rd day of July, 2008, at 9:30 a.m., or as soon thereafter as

counsel may be heard.

Respectfully submitted:

*/s/ Stephanie D. Skinner*
JAMES K. CARROLL (#3898), T.A.
STEPHANIE D. SKINNER (#21100)
KATI COX WEAVER (#30878)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone 523-2600
Fax 523-2705
jcarroll@frc-law.com; sskinner@frc-law.com
kcox@frc-law.com
Counsel for Giles Industries, Inc.

And

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of July 2008, served a copy of the

foregoing pleading on counsel for all parties to this proceeding by e-filing, telefax or by

United States Mail, postage prepaid.

*/s/ Stephanie D. Skinner*