UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) | **MDL NO. 07-1873** |
| | ) | **SECTION "N-4"** |
| | ) | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** *Johnson v. United State*, **No. 3602** | ) | **MAG. JUDGE ROBY** |

**NEWLY ADDED DEFENDANT GILES INDUSTRIES, INC.'S EVIDENTIARY SUBMISSION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Newly Added Defendant Giles Industries, Inc., by and through its undersigned counsel, hereby gives notice of the filing of the following materials in support of their contemporaneously filed Motion for Summary Judgment and Memorandum in support thereof:

**Exhibit 1:** Affidavit of SunRay RV, LLC and Giles Industries, Inc., including all exhibits attached thereto.

**Exhibit 2:** Business Information from Tennessee Secretary of State Web Site for Giles Industries, of Tazewell, Incorporated.

**Exhibit 3:** Business Information from Tennessee Secretary of State Web Site for SunRay RV, LLC.

**Exhibit 4:** Asset and Purchase Agreement.

**Exhibit 5:** Articles of Amendment to the Charter of Giles Industries of Tazewell Incorporated, changing the name to Giles Family Holdings, Inc.

**Exhibit 6:** Articles of Amendment to Articles of Organization of SunRay RV, LLC, changing the name to SunRay Investments, LLC.

**Exhibit 7:** Articles of Incorporation of Giles Acquisition Corp., changing the name to Giles Industries, Inc.

**Exhibit 8:** Articles of Organization of SunRay Acquisition, LLC, changing the name to SunRay RV, LLC.

Respectfully submitted,

*/s/ Stephanie Skinner*
Stephanie Skinner
One of the Attorneys for Giles Industries, Inc.

**OF COUNSEL:**

FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ Stephanie Skinner*
Of Counsel

# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | ) ) ) ) ) ) | **MDL NO. 07-1873** <br> **SECTION "N-4"** <br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT** | ) ) ) | **MAG. JUDGE ROBY** |

**AFFIDAVIT OF SUNRAY RV, LLC AND GILES INDUSTRIES, INC.**

**STATE OF TENNESSEE** )

**COUNTY OF CLAIBORNE** )

Before me, the undersigned authority, in and for said County and State, this day personally appeared Alex England who, being first duly sworn, deposes and says as follows:

1. My name is Alex England.

2. I am a resident of the State of Tennessee, am over 21 years of age, am competent to give this affidavit and have personal knowledge of the matters herein.

3. I am the Accounts Receivable Manager for SunRay RV, LLC and am the Shipping Manager for Giles Industries, Inc.

4. In gathering the information contained in this Affidavit, I have personally reviewed the books and records of SunRay RV, LLC and Giles Industries, Inc. and affirm that the exhibits attached hereto are true and correct copies of reports created by those companies as they are kept in the ordinary course of business.

5. Records show that a total of 355 travel trailers were manufactured under the trade name of SunRay and were sold to FEMA for Hurricanes Rita and Katrina. All of these travel trailers are listed by VIN number, date of manufacture and date of sale on the exhibit hereto as Exhibit A.

6. All of these units were manufactured, sold and shipped to FEMA prior to March 4, 2006.

7. Records show that a total of 525 manufactured homes were manufactured under the trade name of Giles and were sold to FEMA for Hurricanes Rita and Katrina. All of these manufactured homes are listed by VIN number, date of manufacture and date of sale on the exhibit hereto as Exhibit B.

8. All of these units were manufactured, sold and shipped to FEMA prior to February 8, 2006.

Further affiant sayeth not.

Dated this the 16th day of May, 2008.

Alex England

STATE OF TENNESSEE
COUNTY OF CLAIBORNE

Personally appeared the above-named Alex England and made oath that the foregoing statements made by him are true to the best of his knowledge and he believes this information to be true.

Sworn to and subscribed before me, this the 16 day May, 2008.

Notary Public
My Commission Expires:

CARRIE LEE STONE STATE OF TENNESSEE NOTARY PUBLIC CLAIBORNE COUNTY

# Exhibit A

| SERIAL # | INVOICE # | INV DATE | SHIP DATE | MODEL | FORMULA | VIN # | MAUFG DATE |
|---|---|---|---|---|---|---|---|
| FEMA | | | | | | | |
| 274 | 754 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30285T000274 | 9/30/2004 |
| 275 | 755 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE302X5T000275 | 9/30/2004 |
| 276 | 758 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30215T000276 | 9/30/2004 |
| 259 | 757 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30215T000259 | 9/30/2004 |
| 260 | 753 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30285T000260 | 9/30/2004 |
| 136 | 751 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30275T000136 | 9/30/2004 |
| 137 | 752 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30295T000137 | 9/30/2004 |
| 261 | 759 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE302X5T000261 | 9/30/2004 |
| 262 | 760 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30215T000262 | 9/30/2004 |
| 154 | 756 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30295T000154 | 9/30/2004 |
| 155 | 761 | 10/5/2004 | 10/5/2004 | 30SBH | 15,400.00 | 5L0RE30205T000155 | 9/30/2004 |
| 225 | 768 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28275T000225 | 9/30/2004 |
| 246 | 764 | 10/6/2004 | 10/6/2004 | 25RLS | 15,700.00 | 5L0RE28255T000246 | 9/30/2004 |
| 245 | 763 | 10/6/2004 | 10/6/2004 | 25RLS | 15,700.00 | 5L0RE28235T000245 | 9/30/2004 |
| 243 | 762 | 10/6/2004 | 10/6/2004 | 25RLS | 15,700.00 | 5L0RE282X5T000243 | 9/30/2004 |
| 268 | 765 | 10/6/2004 | 10/6/2004 | 25RLS | 15,700.00 | 5L0RE28245T000268 | 9/30/2004 |
| 269 | 766 | 10/6/2004 | 10/6/2004 | 25RLS | 15,700.00 | 5L0RE28265T000269 | 9/30/2004 |
| 270 | 767 | 10/6/2004 | 10/6/2004 | 25RLS | 15,700.00 | 5L0RE28225T000270 | 9/30/2004 |
| 271 | 773 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28235T000271 | 9/30/2004 |
| 272 | 774 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28255T000272 | 9/30/2004 |
| 229 | 775 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28245T000229 | 9/30/2004 |
| 230 | 771 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28205T000230 | 9/30/2004 |
| 228 | 770 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28225T000228 | 9/30/2004 |
| 227 | 769 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28205T000227 | 9/30/2004 |
| 231 | 772 | 10/6/2004 | 10/6/2004 | 28BH | 12,300.00 | 5L0RS28225T000231 | 9/30/2004 |
| 301 | 796 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE30275T000301 | 10/22/2004 |
| 304 | 798 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE30225T000304 | 10/27/2004 |
| 305 | 799 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE30245T000305 | 10/27/2004 |
| 308 | 800 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE302X5T000308 | 11/1/2004 |
| 309 | 801 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE30215T000309 | 11/2/2004 |
| 89 | 785807 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE27225T000089 | 4/4/2004 |
| 289 | 802 | 11/5/2004 | 11/5/2004 | 25RLS | 15,700.00 | 5L0RE28215T000289 | 10/13/2004 |
| 306 | 803 | 11/5/2004 | 11/5/2004 | 25RLS | 15,700.00 | 5L0RE28285T000306 | 10/28/2004 |
| 307 | 801 | 11/5/2004 | 11/5/2004 | 25RLS | 15,700.00 | 5L0RE282X5T000307 | 10/28/2004 |
| 310 | 805 | 11/5/2004 | 11/5/2004 | 25RLS | 15,700.00 | 5L0RE282X5T000310 | 11/2/2004 |
| 300 | 795 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE30255T000300 | 10/22/2004 |
| 302 | 797 | 11/5/2004 | 11/5/2004 | 30SBH | 15,400.00 | 5L0RE30295T000302 | 10/26/2004 |
| 294 | 793 | 11/5/2004 | 11/5/2004 | 28BH | 12,300.00 | 5L0RS28245T000294 | 10/18/2004 |
| 284 | 790 | 11/5/2004 | 11/5/2004 | 28BH | 12,300.00 | 5L0RS28215T000284 | 9/30/2004 |
| 285 | 791 | 11/5/2004 | 11/5/2004 | 28BH | 12,300.00 | 5L0RS28235T000285 | 10/11/2004 |
| 286 | 792 | 11/5/2004 | 11/5/2004 | 28BH | 12,300.00 | 5L0RS28255T000286 | 10/12/2004 |
| 295 | 794 | 11/5/2004 | 11/5/2004 | 28BH | 12,300.00 | 5L0RS28265T000295 | 10/19/2004 |
| 145 | 784 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE27285T000145 | 9/30/2004 |
| 311 | 806 | 11/5/2004 | 11/5/2004 | 25RLS | 15,700.00 | 5L0RE28215T000311 | 11/3/2004 |
| 147 | 786 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE27215T000147 | 9/30/2004 |
| 291 | 789 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE27285T000291 | 10/14/2004 |
| 290 | 788 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE27265T000290 | 10/14/2004 |
| 174 | 787 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE27245T000174 | 9/30/2004 |
| 146 | 785 | 11/5/2004 | 11/5/2004 | 27SQ | 14,800.00 | 5L0RE272X5T000146 | 9/30/2004 |
| 327 | 814 | 11/8/2004 | 11/8/2004 | 28BH | 12,300.00 | 5L0RS28245T000327 | 10/5/2004 |
| 326 | 813 | 11/8/2004 | 11/8/2004 | 27SQ | 14,800.00 | 5L0RE27215T000326 | 11/5/2004 |
| 216 | 812 | 11/8/2004 | 11/4/2004 | 25RLS | 15,700.00 | 5L0RE28275T000216 | 9/30/2004 |
| 608 | 1154 | 9/15/2005 | 9/15/2005 | 30SBH LE | 15,720.00 | 5L0RE30296T000608 | 9/9/2005 |
| 609 | 1155 | 9/15/2005 | 9/15/2005 | 30SBH LE | 15,720.00 | 5L0RE30206T000609 | 9/10/2005 |
| 610 | 1156 | 9/15/2005 | 9/15/2005 | 30SBH LE | 15,720.00 | 5L0RE30276T000610 | 9/12/2005 |
| 611 | 1157 | 9/15/2005 | 9/15/2005 | 30SBH LE | 15,720.00 | 5L0RE30296T000611 | 9/12/2005 |
| 612 | 1158 | 9/15/2005 | 9/15/2005 | 30SBH LE | 15,720.00 | 5L0RE30206T000612 | 9/13/2005 |
| 613 | 1159 | 9/15/2005 | 9/15/2005 | 30SBH LE | 15,720.00 | 5L0RE30226T000613 | 9/13/2005 |
| 616 | 1160 | 9/15/2005 | 9/15/2005 | 28BH LE | 12,790.00 | 5L0RS28296T000616 | 9/14/2005 |
| 617 | 1161 | 9/15/2005 | 9/15/2005 | 28BH LE | 12,790.00 | 5L0RS28206T000617 | 9/14/2005 |
| 606 | 1153 | 9/15/2005 | 9/15/2005 | 30SBH XL | 15,720.00 | 5L0RE30256T000606 | 9/8/2005 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| WHITE MOUNTAIN RV | | | | | | | |
| 316 | 820 | 12/3/2004 | 12/3/2004 | 25RLS XL | 16,235.00 | 5L0RE28205T000316 | 11/9/2004 |
| TRUCK MAN RV CENTER | | | | | | | |
| 597 | 1114 | 8/31/2005 | 9/15/2005 | 28BH LE | 12,290.00 | 5L0RS28298T000597 | 8/31/2005 |
| 594 | 1113 | 8/31/2005 | 9/13/2005 | 28BH LE | 12,640.00 | 5L0RS28236T000594 | 8/29/2005 |
| 587 | 1112 | 8/31/2005 | 9/15/2005 | 28BH LE | 12,290.00 | 5L0RS28268T000587 | 8/23/2005 |
| 586 | 1111 | 8/31/2005 | 9/15/2005 | 28BH LE | 12,290.00 | 5L0RS28246T000586 | 8/22/2005 |
| 579 | 1110 | 8/31/2005 | 9/14/2006 | 28BH LE | 12,290.00 | 5L0RS28276T000579 | 8/15/2005 |
| 577 | 1109 | 8/31/2005 | 9/14/2005 | 28BH LE | 12,290.00 | 5L0RS28236T000577 | 8/12/2005 |
| 574 | 1108 | 8/31/2005 | 9/13/2005 | 28BH LE | 12,280.00 | 5L0RS28286T000574 | 8/9/2005 |
| 524 | 1106 | 8/31/2005 | 9/15/2005 | 27SQ LE | 14,790.00 | 5L0RE27236T000524 | 6/21/2005 |
| 620 | 1163 | 9/16/2005 | 9/16/2005 | 28BH LE | 12,290.00 | 5L0RS28206T000620 | 9/16/2005 |
| 619 | 1162 | 9/16/2005 | 9/16/2005 | 28BH LE | 12,290.00 | 5L0RS28246T000619 | 9/15/2005 |
| 621 | 1164 | 9/17/2005 | 9/17/2005 | 28BH LE | 12,290.00 | 5L0RS28226T000621 | 9/16/2005 |
| 626 | 1170 | 9/21/2005 | 9/21/2005 | 28BH LE | 12,290.00 | 5L0RS28216T000626 | 9/20/2005 |
| 627 | 1171 | 9/21/2005 | 9/26/2005 | 28BH LE | 12,290.00 | 5L0RS28236T000627 | 9/20/2005 |
| 631 | 1175 | 9/23/2005 | 9/26/2005 | 28BH LE | 12,290.00 | 5L0RS28258T000631 | 9/23/2005 |
| 632 | 1176 | 9/23/2005 | 9/30/2005 | 28BH LE | 12,290.00 | 5L0RS28276T000632 | 9/23/2005 |
| 628 | 1173 | 9/23/2005 | 9/26/2005 | 28BH LE | 12,290.00 | 5L0RS28256T000628 | 9/21/2005 |
| 635 | 1179 | 9/26/2005 | 9/26/2005 | 28BH LE | 12,290.00 | 5L0RS28226T000635 | 9/24/2005 |
| 638 | 1182 | 9/27/2005 | 9/27/2005 | 30SBH LE | 15,220.00 | 5L0RE30276T000638 | 9/27/2005 |
| 649 | 1194 | 9/30/2005 | 10/4/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000649 | 9/30/2005 |
| 646 | 1191 | 9/30/2005 | 9/30/2005 | 25RLS VP | 14,815.00 | 5L0RE28286T000646 | 9/30/2005 |
| 647 | 1192 | 9/30/2005 | 10/4/2005 | 25RLS VP | 14,815.00 | 5L0RE282X6T000647 | 9/30/2005 |
| 648 | 1193 | 9/30/2005 | 10/4/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000648 | 9/30/2005 |
| 650 | 1195 | 10/4/2005 | 10/4/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000650 | 10/3/2005 |
| 654 | 1200 | 10/5/2005 | 10/5/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000654 | 10/4/2005 |
| 665 | 1203 | 10/10/2005 | 10/11/2005 | 28BH VP | 11,640.00 | 5L0RS28208T000665 | 10/8/2005 |
| 666 | 1204 | 10/10/2005 | 10/11/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000666 | 10/8/2005 |
| 667 | 1205 | 10/10/2005 | 10/10/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000667 | 10/8/2005 |
| 671 | 1212 | 10/11/2005 | 10/11/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000671 | 10/10/2005 |
| 670 | 1211 | 10/11/2005 | 10/11/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000670 | 10/10/2005 |
| 668 | 1208 | 10/11/2005 | 10/11/2005 | 28BH VP | 11,640.00 | 5L0RS28268T000668 | 10/10/2005 |
| 669 | 1209 | 10/11/2005 | 10/11/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000669 | 10/10/2005 |
| 672 | 1213 | 10/12/2005 | 10/12/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000672 | 10/11/2005 |
| 673 | 1214 | 10/12/2005 | 10/12/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000673 | 10/11/2005 |
| 674 | 1215 | 10/12/2005 | 10/12/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000674 | 10/11/2005 |
| 675 | 1216 | 10/12/2005 | 10/12/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000675 | 10/11/2005 |
| 677 | 1218 | 10/12/2005 | 10/12/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000677 | 10/12/2005 |
| 678 | 1225 | 10/17/2005 | 10/17/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000678 | 10/12/2005 |
| 721 | 1266 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000721 | 10/28/2005 |
| 720 | 1265 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000720 | 10/28/2005 |
| 719 | 1264 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000719 | 10/28/2005 |
| 718 | 1263 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000718 | 10/28/2005 |
| 717 | 1262 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000717 | 10/28/2005 |
| 716 | 1261 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000716 | 10/28/2005 |
| 714 | 1260 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000714 | 10/27/2005 |
| 712 | 1258 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000712 | 10/26/2005 |
| 711 | 1257 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000711 | 10/26/2005 |
| 707 | 1256 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000707 | 10/25/2005 |
| 706 | 1243 | 10/28/2005 | 10/29/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000706 | 10/25/2005 |
| 703 | 1255 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000703 | 10/22/2005 |
| 713 | 1259 | 10/28/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000713 | 10/22/2005 |
| 699 | 1242 | 10/28/2005 | 10/29/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000699 | 10/10/2005 |
| 698 | 1253 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000698 | 10/20/2005 |
| 697 | 1252 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000697 | 10/20/2005 |
| 696 | 1251 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000696 | 10/20/2005 |
| 695 | 1250 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000695 | 10/19/2005 |
| 693 | 1249 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000693 | 10/19/2005 |
| 702 | 1254 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000702 | 10/22/2005 |
| 692 | 1248 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000692 | 10/18/2005 |
| 691 | 1247 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000691 | 10/18/2005 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 690 | 1246 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000690 | 10/18/2005 |
| 688 | 1245 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000688 | 10/17/2005 |
| 687 | 1244 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000687 | 10/15/2005 |
| 686 | 1241 | 10/28/2005 | 10/29/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000686 | 10/15/2005 |
| 685 | 1240 | 10/28/2005 | 10/31/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000685 | 10/12/2005 |
| 679 | 1239 | 10/28/2005 | 10/29/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000679 | 10/12/2005 |
| 724 | 1269 | 11/1/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000724 | 11/1/2005 |
| 722 | 1267 | 11/1/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000722 | 11/1/2005 |
| 723 | 1268 | 11/1/2005 | 11/1/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000723 | 11/1/2005 |
| 729 | 1276 | 11/3/2005 | 11/3/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000729 | 11/2/2005 |
| 730 | 1277 | 11/3/2005 | 11/4/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000730 | 11/3/2005 |
| 732 | 1280 | 11/4/2005 | 11/4/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000732 | 11/4/2005 |
| 733 | 1281 | 11/4/2005 | 11/4/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000733 | 11/4/2005 |
| 734 | 1282 | 11/4/2005 | 11/4/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000734 | 11/4/2005 |
| 735 | 1283 | 11/5/2005 | 11/5/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000735 | 11/4/2005 |
| 738 | 1285 | 11/5/2005 | 11/5/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000738 | 11/5/2005 |
| 746 | 1290 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000746 | 11/9/2005 |
| 747 | 1291 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000747 | 11/10/2005 |
| 748 | 1292 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000748 | 11/10/2005 |
| 749 | 1293 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000749 | 11/10/2005 |
| 750 | 1294 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000750 | 11/11/2005 |
| 751 | 1295 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000751 | 11/11/2005 |
| 752 | 1299 | 11/11/2005 | 11/11/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000752 | 11/11/2005 |
| 758 | 1305 | 11/14/2005 | 11/14/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000758 | 11/14/2005 |
| 757 | 1304 | 11/14/2005 | 11/14/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000757 | 11/14/2005 |
| 754 | 1301 | 11/14/2005 | 11/14/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000754 | 11/12/2005 |
| 755 | 1302 | 11/14/2005 | 11/14/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000755 | 11/12/2005 |
| 753 | 1300 | 11/14/2005 | 11/15/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000753 | 11/11/2005 |
| 756 | 1303 | 11/14/2005 | 11/14/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000756 | 11/12/2005 |
| 895 | 1453 | 1/25/2006 | 1/25/2006 | 28BH VP | 11,640.00 | 5L0RS28266T000895 | 1/12/2006 |
| 896 | 1451 | 1/25/2006 | 1/25/2006 | 28BH VP | 11,640.00 | 5L0RS28286T000896 | 1/12/2006 |
| 898 | 1455 | 1/25/2006 | 1/25/2006 | 28BH VP | 11,640.00 | 5L0RS28216T000898 | 1/13/2006 |
| 900 | 1456 | 1/25/2006 | 1/25/2006 | 28BH VP | 11,640.00 | 5L0RS28266T000900 | 1/13/2006 |
| 899 | 1469 | 1/30/2006 | 1/30/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000899 | 1/13/2006 |
| 942 | 1485 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28206T000942 | 1/31/2006 |
| 946 | 1490 | 1/31/2006 | 2/6/2006 | 28BH VP | 11,640.00 | 5L0RS28286T000946 | 1/31/2006 |
| 945 | 1489 | 1/31/2006 | 2/6/2006 | 28BH VP | 11,640.00 | 5L0RS28266T000945 | 1/31/2006 |
| 943 | 1486 | 1/31/2006 | 2/6/2006 | 28BH VP | 11,640.00 | 5L0RS28226T000943 | 1/31/2006 |
| 941 | 1484 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28296T000941 | 1/31/2006 |
| 944 | 1488 | 1/31/2006 | 2/6/2006 | 28BH VP | 11,640.00 | 5L0RS28246T000944 | 1/31/2006 |
| 939 | 1482 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28206T000939 | 1/31/2006 |
| 940 | 1483 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28276T000940 | 1/31/2006 |
| 934 | 1494 | 1/31/2006 | 2/3/2006 | 28BH VP | 11,640.00 | 5L0RS28216T000934 | 1/30/2006 |
| 935 | 1495 | 1/31/2006 | 2/3/2006 | 28BH VP | 11,640.00 | 5L0RS28236T000935 | 1/30/2006 |
| 936 | 1479 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28256T000936 | 1/30/2006 |
| 937 | 1480 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28276T000937 | 1/30/2006 |
| 938 | 1481 | 1/31/2006 | 2/2/2006 | 28BH VP | 11,640.00 | 5L0RS28296T000938 | 1/31/2006 |
| 947 | 1491 | 2/4/2006 | 2/7/2006 | 28BH VP | 11,640.00 | 5L0RS282X6T000947 | 1/31/2006 |
| 948 | 1492 | 2/7/2006 | 2/7/2006 | 28BH VP | 11,640.00 | 5L0RS28216T000948 | 1/31/2006 |
| 949 | 1493 | 2/7/2006 | 2/7/2006 | 28BH VP | 11,640.00 | 5L0RS28236T000949 | 1/31/2006 |
| 950 | 1497 | 2/7/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS282X6T000950 | 1/31/2006 |
| 951 | 1498 | 2/7/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28216T000951 | 1/31/2006 |
| 952 | 1499 | 2/7/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28236T000952 | 1/31/2006 |
| 953 | 1502 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28256T000953 | 1/31/2006 |
| 954 | 1503 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28276T000954 | 2/6/2006 |
| 955 | 1504 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28296T000955 | 2/6/2006 |
| 956 | 1505 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28206T000956 | 2/6/2006 |
| 957 | 1506 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28226T000957 | 2/6/2006 |
| 959 | 1507 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28266T000959 | 2/7/2006 |
| 960 | 1508 | 2/9/2006 | 2/9/2006 | 28BH VP | 11,640.00 | 5L0RS28226T000960 | 2/7/2006 |
| 973 | 1521 | 2/10/2006 | 2/14/2006 | 28BH VP | 11,640.00 | 5L0RS28206T000973 | 2/13/2006 |
| 972 | 1520 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28296T000972 | 2/10/2006 |
| 971 | 1519 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28276T000971 | 2/10/2006 |
| 970 | 1518 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28256T000970 | 2/10/2006 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 969 | 1517 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28296T000969 | 2/10/2006 |
| 968 | 1516 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28276T000968 | 2/9/2006 |
| 964 | 1513 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS282X6T000964 | 2/8/2009 |
| 966 | 1515 | 2/10/2006 | 2/10/2006 | 28BH VP | 11,640.00 | 5L0RS28236T000966 | 2/9/2006 |
| 965 | 1514 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28216T000965 | 2/9/2006 |
| 963 | 1512 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28286T000963 | 2/8/2006 |
| 962 | 1511 | 2/10/2006 | 2/13/2006 | 28BH VP | 11,640.00 | 5L0RS28266T000962 | 2/8/2006 |
| 967 | 1509 | 2/10/2006 | 2/10/2006 | 28BH VP | 11,640.00 | 5L0RS28256T000967 | 2/9/2006 |
| 961 | 1510 | 2/10/2006 | 2/10/2006 | 28BH VP | 11,640.00 | 5L0RS28246T000961 | 2/7/2006 |
| 958 | 1525 | 2/15/2006 | 2/15/2006 | 28BH VP | 11,640.00 | 5L0RS28246T000958 | 2/7/2006 |
| ETHRIDGE RV CENTER | | | | | | | |
| 739 | 1286 | 11/8/2005 | 11/8/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000739 | 11/5/2005 |
| 740 | 1287 | 11/8/2005 | 11/8/2005 | 28BH VP | 11,840.00 | 5L0RS282X6T000740 | 11/7/2005 |
| 743 | 1288 | 11/8/2005 | 11/8/2005 | 28BH VP | 11,840.00 | 5L0RS28256T000743 | 11/8/2005 |
| 744 | 1289 | 11/9/2005 | 11/9/2005 | 28BH VP | 11,640.00 | 6L0RS28276T000744 | 11/8/2005 |
| 792 | 1313 | 11/30/2005 | 12/5/2005 | 25RLS LE | 15,490.00 | 5L0RE28286T000792 | 12/1/2005 |
| 793 | 1314 | 12/1/2005 | 12/5/2005 | 30SBH LE | 14,990.00 | 5L0RE30286T000793 | 12/1/2005 |
| 791 | 771 | 12/1/2005 | 12/5/2005 | 27SQ LE | 14,790.00 | 5L0RE27246T000791 | 12/1/2005 |
| 784 | 1326 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000784 | 11/22/2005 |
| 809 | 1325 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000809 | 12/5/2005 |
| 808 | 1324 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000808 | 12/2/2005 |
| 807 | 1323 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000807 | 12/2/2005 |
| 806 | 1322 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28236T000806 | 12/2/2005 |
| 805 | 1321 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000805 | 12/2/2005 |
| 804 | 1320 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000804 | 12/1/2005 |
| 803 | 1319 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000803 | 12/1/2005 |
| 799 | 1318 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000799 | 12/1/2005 |
| 797 | 1317 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000797 | 12/1/2005 |
| 795 | 1316 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000795 | 12/1/2005 |
| 786 | 1327 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000786 | 11/23/2005 |
| 782 | 1336 | 12/5/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000782 | 11/22/2005 |
| 785 | 1332 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000785 | 11/23/2005 |
| 772 | 1328 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28216T000772 | 11/1/2005 |
| 759 | 1333 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,840.00 | 5L0RS28296T000759 | 11/14/2005 |
| 760 | 1334 | 12/5/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000760 | 11/14/2005 |
| 761 | 1335 | 12/5/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000761 | 11/15/2005 |
| 776 | 1329 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000776 | 11/19/2005 |
| 762 | 1330 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28296T000762 | 11/15/2005 |
| 774 | 1331 | 12/5/2005 | 12/5/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000774 | 11/19/2005 |
| 741 | 1339 | 12/6/2005 | 12/7/2005 | 28BH LE | 12,315.00 | 5L0RS28216T000741 | 11/7/2005 |
| 742 | 1340 | 12/6/2005 | 12/7/2005 | 28BH LE | 12,315.00 | 5L0RS28236T000742 | 11/8/2005 |
| 818 | 1364 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000818 | 12/7/2005 |
| 817 | 1363 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000817 | 12/7/2005 |
| 816 | 1362 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000816 | 12/6/2005 |
| 815 | 1361 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000815 | 12/6/2005 |
| 814 | 1360 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000814 | 12/6/2005 |
| 813 | 1359 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000813 | 12/6/2005 |
| 765 | 1341 | 12/6/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000765 | 11/16/2005 |
| 766 | 1342 | 12/6/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000766 | 11/17/2005 |
| 767 | 1343 | 12/6/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000767 | 11/17/2005 |
| 771 | 1365 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS282X6T000771 | 11/18/2005 |
| 780 | 1337 | 12/6/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000780 | 11/21/2005 |
| 773 | 1344 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 6L0RS28236T000773 | 11/21/2005 |
| 802 | 1358 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28266T000802 | 12/1/2005 |
| 801 | 1357 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000801 | 12/1/2005 |
| 800 | 1356 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28226T000800 | 12/1/2005 |
| 798 | 1355 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28286T000798 | 12/1/2005 |
| 775 | 1345 | 12/6/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000775 | 11/19/2005 |
| 796 | 1354 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28246T000796 | 12/1/2005 |
| 794 | 1353 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,840.00 | 5L0RS28206T000794 | 12/1/2005 |
| 777 | 1346 | 12/6/2005 | 12/6/2005 | 28BH VP | 11,640.00 | 5L0RS28206T000777 | 11/21/2005 |
| 789 | 1352 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28276T000789 | 12/1/2005 |
| 788 | 1351 | 12/6/2005 | 12/7/2005 | 28BH VP | 11,640.00 | 5L0RS28256T000788 | 11/23/2005 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 787 | 1350 | 12/6/2005 | 12/10/2005 28BH VP | 11,640.00 | 5L0RS28236T000787 | 11/23/2005 |
| 778 | 1347 | 12/6/2005 | 12/7/2005 28BH VP | 11,640.00 | 5L0RS28226T000778 | 11/21/2005 |
| 779 | 1348 | 12/6/2005 | 12/7/2005 28BH VP | 11,640.00 | 5L0RS28246T000779 | 11/21/2005 |
| 783 | 1338 | 12/6/2005 | 12/6/2005 28BH VP | 11,640.00 | 5L0RS28266T000783 | 11/22/2005 |
| 781 | 1349 | 12/6/2005 | 12/6/2005 28BH VP | 11,640.00 | 5L0RS28226T000781 | 11/22/2005 |
| 770 | 1366 | 12/7/2005 | 12/7/2005 28BH LE | 12,315.00 | 5L0RS28286T000770 | 11/18/2005 |
| 825 | 1374 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS28276T000825 | 12/9/2005 |
| 824 | 1373 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS28256T000824 | 12/5/2005 |
| 823 | 1372 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS28236T000823 | 12/5/2005 |
| 821 | 1370 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS282X6T000821 | 12/5/2005 |
| 820 | 1369 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS28286T000820 | 12/7/2005 |
| 810 | 1367 | 12/12/2005 | 12/12/2005 28BH LE | 12,315.00 | 5L0RS28258T000810 | 12/5/2005 |
| 819 | 1368 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS28216T000819 | 12/7/2005 |
| 822 | 1371 | 12/12/2005 | 12/12/2005 28BH VP | 11,640.00 | 5L0RS28216T000822 | 12/8/2005 |
| 826 | 1375 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28296T000826 | 12/9/2005 |
| 827 | 1376 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28206T000827 | 12/9/2005 |
| 828 | 1377 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28226T000828 | 12/9/2005 |
| 829 | 1378 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28246T000829 | 12/12/2005 |
| 830 | 1379 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28206T000830 | 12/12/2005 |
| 832 | 1380 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28246T000832 | 12/12/2005 |
| 833 | 1381 | 12/13/2005 | 12/13/2005 28BH VP | 11,640.00 | 5L0RS28266T000833 | 12/12/2005 |
| 831 | 1383 | 12/14/2005 | 12/14/2005 28BH VP | 11,640.00 | 5L0RS28226T000831 | 12/12/2005 |
| 834 | 1384 | 12/14/2005 | 12/14/2005 28BH VP | 11,640.00 | 5L0RS28286T000834 | 12/13/2005 |
| 835 | 1385 | 12/14/2005 | 12/14/2005 28BH VP | 11,640.00 | 5L0RS282X6T000835 | 12/13/2005 |
| 836 | 1386 | 12/14/2005 | 12/14/2005 28BH VP | 11,640.00 | 5L0RS28216T000836 | 12/13/2005 |
| 846 | 1391 | 12/15/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28246T000846 | 12/15/2005 |
| 845 | 1390 | 12/15/2005 | 12/15/2005 28BH VP | 11,640.00 | 5L0RS28226T000845 | 12/15/2005 |
| 843 | 1388 | 12/15/2005 | 12/15/2005 28BH VP | 11,640.00 | 5L0RS28296T000843 | 12/15/2005 |
| 844 | 1389 | 12/15/2005 | 12/15/2005 28BH VP | 11,640.00 | 5L0RS28206T000844 | 12/15/2005 |
| 847 | 1398 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28268T000847 | 12/16/2005 |
| 848 | 1399 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28286T000848 | 12/16/2005 |
| 840 | 1395 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28236T000840 | 12/14/2005 |
| 841 | 1396 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28256T000841 | 12/14/2005 |
| 839 | 1394 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28276T000839 | 12/14/2005 |
| 838 | 1393 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28256T000838 | 12/14/2005 |
| 837 | 1392 | 12/16/2005 | 12/16/2005 28BH VP | 11,640.00 | 5L0RS28236T000837 | 12/13/2005 |
| 842 | 1397 | 12/16/2005 | 12/19/2005 28BH VP | 11,640.00 | 5L0RS28276T000842 | 12/15/2005 |
| 849 | 1403 | 12/19/2005 | 12/19/2005 28BH VP | 11,640.00 | 5L0RS282X6T000849 | 12/16/2005 |
| 850 | 1404 | 12/19/2005 | 12/19/2005 28BH VP | 11,640.00 | 5L0RS28266T000850 | 12/16/2005 |
| 851 | 1405 | 12/19/2005 | 12/19/2005 28BH VP | 11,640.00 | 5L0RS28286T000851 | 12/19/2005 |
| 852 | 1406 | 12/19/2005 | 12/19/2005 28BH VP | 11,640.00 | 5L0RS282X6T000852 | 12/19/2005 |
| 859 | 1414 | 12/20/2005 | 12/20/2005 28BH VP | 11,640.00 | 5L0RS28226T000859 | 12/20/2005 |
| 857 | 1412 | 12/20/2005 | 12/20/2005 28BH VP | 11,640.00 | 5L0RS28296T000857 | 12/20/2005 |
| 858 | 1413 | 12/20/2005 | 12/21/2005 28BH VP | 11,640.00 | 5L0RS28206T000858 | 12/20/2005 |
| 855 | 1410 | 12/20/2005 | 12/20/2005 28BH VP | 11,640.00 | 5L0RS28256T000855 | 12/19/2005 |
| 854 | 1409 | 12/20/2005 | 12/20/2005 28BH VP | 11,640.00 | 5L0RS28236T000854 | 12/19/2005 |
| 853 | 1409 | 12/20/2005 | 12/20/2005 28BH VP | 11,640.00 | 5L0RS28216T000853 | 12/19/2005 |
| 856 | 1411 | 12/20/2005 | 12/20/2005 28BH VP | 11,640.00 | 5L0RS28276T000856 | 12/20/2005 |
| 860 | 1415 | 12/21/2005 | 12/21/2005 28BH VP | 11,640.00 | 5L0RS28296T000860 | 12/21/2005 |
| 861 | 1416 | 12/21/2005 | 12/21/2005 28BH VP | 11,640.00 | 5L0RS28206T000861 | 12/21/2005 |
| 862 | 1417 | 12/21/2005 | 12/21/2005 28BH VP | 11,640.00 | 5L0RS28226T000862 | 12/21/2005 |
| 867 | 782 | 12/22/2005 | 12/22/2005 28BH VP | 11,640.00 | 5L0RS28216T000867 | 12/22/2008 |
| 868 | 1423 | 12/22/2005 | 12/22/2005 28BH VP | 11,640.00 | 5L0RS28236T000868 | 12/22/2008 |
| 866 | 1421 | 12/22/2005 | 12/22/2005 28BH VP | 11,640.00 | 5L0RS282X6T000866 | 12/22/2008 |
| 865 | 1420 | 12/22/2005 | 12/22/2005 28BH VP | 11,640.00 | 5L0RS28286T000865 | 12/22/2008 |
| 863 | 779 | 12/22/2005 | 12/22/2005 28BH VP | 11,640.00 | 5L0RS28246T000863 | 12/21/2005 |
| 864 | 776 | 12/22/2005 | 12/22/2005 28BH VP | 12,140.00 | 5L0RS28266T000864 | 12/21/2005 |

ATCHAFALAYA RV

| | | | | | | |
|---|---|---|---|---|---|---|
| 998 | 1539 | 2/22/2006 | 2/22/2006 28BH VP | 11,490.00 | 5L0RS28256T000998 | 2/22/2006 |
| 999 | 1540 | 2/22/2006 | 2/22/2006 28BH VP | 11,490.00 | 5L0RS28276T000999 | 2/22/2006 |
| 1000 | 1541 | 2/22/2006 | 2/22/2006 28BH VP | 11,490.00 | 5L0RS28286T001000 | 2/22/2006 |
| 1001 | 1542 | 2/22/2006 | 2/23/2006 28BH VP | 11,490.00 | 5L0RS282X6T001001 | 2/23/2006 |
| 1002 | 1543 | 2/23/2006 | 2/23/2006 28BH VP | 11,490.00 | 5L0RS28216T001002 | 2/23/2006 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1003 | 1544 | 2/23/2006 | 2/23/2006 | 28BH VP | 11,490.00 | 5L0RS28236T001003 | 2/23/2006 |
| 1004 | 1545 | 2/23/2006 | 2/26/2006 | 28BH VP | 11,490.00 | 5L0RS28256T001004 | 2/23/2005 |
| 1005 | 1546 | 2/23/2006 | 2/24/2006 | 28BH VP | 11,490.00 | 5L0RS28276T001005 | 2/23/2006 |
| 1013 | 1556 | 2/24/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28266T001013 | 2/25/2006 |
| 1011 | 1554 | 2/24/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28226T001011 | 2/25/2006 |
| 1010 | 1553 | 2/24/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28206T001010 | 2/24/2006 |
| 1012 | 1555 | 2/24/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28246T001012 | 2/25/2006 |
| 1008 | 1551 | 2/24/2006 | 2/27/2005 | 28BH VP | 11,490.00 | 5L0RS28226T001008 | 2/24/2006 |
| 1007 | 1550 | 2/24/2006 | 2/24/2006 | 28BH VP | 11,490.00 | 5L0RS28206T001007 | 2/24/2006 |
| 1006 | 1549 | 2/24/2006 | 2/24/2006 | 28BH VP | 11,490.00 | 5L0RS28296T001006 | 2/24/2006 |
| 1009 | 1552 | 2/24/2006 | 2/25/2006 | 28BH VP | 11,490.00 | 5L0RS28246T001009 | 2/24/2006 |
| 1014 | 1557 | 2/27/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28286T001014 | 2/27/2006 |
| 1015 | 1558 | 2/27/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS282X6T001015 | 2/27/2006 |
| 1016 | 1559 | 2/27/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28216T001016 | 2/27/2006 |
| 1017 | 1560 | 2/27/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28236T001017 | 2/27/2006 |
| 1018 | 1561 | 2/27/2006 | 2/27/2006 | 28BH VP | 11,490.00 | 5L0RS28256T001018 | 2/27/2006 |
| 1030 | 1576 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28266T001030 | 2/28/2006 |
| 1037 | 1585 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS28296T001037 | 2/28/2006 |
| 1036 | 1584 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28276T001036 | 2/28/2006 |
| 1035 | 1583 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS28256T001035 | 2/28/2006 |
| 1034 | 1580 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS28236T001034 | 2/28/2006 |
| 1033 | 1579 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS28216T001033 | 2/28/2006 |
| 1032 | 1578 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS282X6T001032 | 2/28/2006 |
| 1031 | 1577 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS28286T001031 | 2/28/2006 |
| 1029 | 1575 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS282X6T001029 | 2/28/2006 |
| 1027 | 1573 | 2/28/2006 | 3/3/2006 | 28BH VP | 11,490.00 | 5L0RS28266T001027 | 2/28/2006 |
| 1026 | 1571 | 2/28/2006 | 3/1/2006 | 28BH VP | 11,490.00 | 5L0RS28246T001026 | 2/28/2006 |
| 1025 | 1570 | 2/28/2006 | 3/1/2006 | 28BH VP | 11,490.00 | 5L0RS28226T001025 | 2/28/2006 |
| 1024 | 1567 | 2/28/2006 | 3/1/2006 | 28BH VP | 11,490.00 | 5L0RS28206T001024 | 2/28/2006 |
| 1023 | 1566 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28296T001023 | 2/28/2006 |
| 1022 | 1565 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28276T001022 | 2/28/2006 |
| 1021 | 1564 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28256T001021 | 2/28/2006 |
| 1020 | 1563 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28236T001020 | 2/28/2006 |
| 1019 | 1562 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28276T001019 | 2/28/2006 |
| 1028 | 1574 | 2/28/2006 | 2/28/2006 | 28BH VP | 11,490.00 | 5L0RS28286T001028 | 2/28/2006 |