**Exhibit B**

| S/N | Inv # | Date mfr | Invoice date | Ship date | Model | Total |
|------|-------|-----------|---------------|------------|-------|--------|
| 6196 | 16294 | 10/26/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6203 | 16345 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6205 | 16346 | 10/26/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6206 | 16347 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6207 | 16348 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6208 | 16349 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6209 | 16350 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6210 | 16351 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6211 | 16352 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6212 | 16353 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6213 | 16354 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6214 | 16355 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6215 | 16356 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6216 | 16357 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6217 | 16358 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6218 | 16359 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6219 | 16374 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6220 | 16375 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6221 | 16376 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6222 | 16377 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6223 | 16378 | 10/26/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6224 | 16379 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6225 | 16380 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6226 | 16381 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6227 | 16382 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6228 | 16383 | 10/26/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6229 | 16384 | 10/26/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6230 | 16385 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6231 | 16386 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6232 | 16389 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6233 | 16390 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6234 | 16391 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6235 | 16392 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6236 | 16393 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6237 | 16394 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6238 | 16395 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6239 | 16396 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6240 | 16397 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6241 | 16398 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6242 | 16399 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6243 | 16400 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6244 | 16401 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6245 | 16402 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6246 | 16403 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6247 | 16404 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6248 | 16405 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6249 | 16406 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6250 | 16407 | 10/29/2005 | 10/31/2005 | 10/31/2005 | FR60 | 27695 |
| 6251 | 16408 | 11/1/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6252 | 16409 | 11/1/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |

525 Units

| | | | | | | |
|---|---|---|---|---|---|---|
| 6253 | 16410 | 11/1/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6254 | 16411 | 11/1/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6255 | 16412 | 11/1/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6256 | 16413 | 11/1/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6257 | 16414 | 11/1/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6258 | 16415 | 11/1/2005 | 11/7/2005 | 11/8/2005 | FR60 | 27695 |
| 6259 | 16416 | 11/1/2005 | 11/7/2005 | 11/8/2005 | FR60 | 27695 |
| 6260 | 16417 | 11/1/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6261 | 16418 | 11/1/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6262 | 16419 | 11/1/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6263 | 16420 | 11/1/2005 | 11/7/2005 | 11/8/2005 | FR60 | 27695 |
| 6264 | 16421 | 11/1/2005 | 11/7/2005 | 11/8/2005 | FR60 | 27695 |
| 6265 | 16422 | 11/2/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6266 | 16447 | 11/3/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6267 | 16448 | 11/3/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6268 | 16449 | 11/3/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6269 | 16450 | 11/3/2005 | 11/4/2005 | 11/4/2005 | FR60 | 27695 |
| 6270 | 16451 | 11/3/2005 | 11/5/2005 | 11/6/2005 | FR60 | 27695 |
| 6271 | 16452 | 11/3/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6272 | 16453 | 11/3/2005 | 11/5/2005 | 11/5/2005 | FR60 | 27695 |
| 6273 | 16454 | 11/3/2005 | 11/5/2005 | 11/5/2005 | FR60 | 27695 |
| 6274 | 16455 | 11/3/2005 | 11/5/2005 | 11/6/2005 | FR60 | 27695 |
| 6275 | 16456 | 11/3/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6276 | 16457 | 11/3/2005 | 11/8/2005 | 11/8/2005 | FR60 | 27695 |
| 6277 | 16458 | 11/4/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6278 | 16459 | 11/4/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6279 | 16460 | 11/5/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6280 | 16461 | 11/5/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6281 | 16490 | 11/5/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6282 | 16491 | 11/5/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6283 | 16492 | 11/5/2005 | 11/8/2005 | 11/9/2005 | FR60 | 27695 |
| 6284 | 16493 | 11/8/2005 | 11/9/2005 | 11/9/2005 | FR60 | 27695 |
| 6285 | 16494 | 11/8/2005 | 11/6/2005 | 11/5/2005 | FR60 | 27695 |
| 6286 | 16495 | 11/8/2005 | 11/9/2005 | 11/9/2005 | FR60 | 27695 |
| 6287 | 16496 | 11/8/2005 | 11/9/2005 | 11/9/2005 | FR60 | 27695 |
| 6288 | 16497 | 11/8/2005 | 11/9/2005 | 11/9/2005 | FR60 | 27695 |
| 6289 | 16498 | 11/8/2005 | 11/9/2005 | 11/9/2005 | FR60 | 27695 |
| 6290 | 16499 | 11/8/2005 | 11/9/2005 | 11/9/2005 | FR60 | 27695 |
| 6291 | 16515 | 11/9/2005 | 11/10/2005 | 11/11/2005 | FR60 | 27695 |
| 6292 | 16516 | 11/9/2005 | 11/10/2005 | 11/11/2005 | FR60 | 27695 |
| 6293 | 16517 | 11/9/2005 | 11/10/2005 | 11/11/2005 | FR60 | 27695 |
| 6294 | 16518 | 11/9/2005 | 11/10/2005 | 11/11/2005 | FR60 | 27695 |
| 6295 | 16519 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6296 | 16520 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6297 | 16521 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6298 | 16522 | 11/9/2005 | 11/11/2005 | 11/10/2005 | FR60 | 27695 |
| 6299 | 16523 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6300 | 16524 | 11/9/2005 | 11/10/2005 | 11/11/2005 | FR60 | 27695 |
| 6301 | 16525 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6302 | 16526 | 11/9/2005 | 11/10/2005 | 11/11/2005 | FR60 | 27695 |
| 6303 | 16527 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6304 | 16528 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6305 | 16529 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6306 | 16530 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6307 | 16531 | 11/9/2005 | 11/11/2005 | 11/11/2005 | FR60 | 27695 |
| 6308 | 16532 | 11/10/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6309 | 16533 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6310 | 16534 | 11/10/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6311 | 16535 | 11/10/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6312 | 16536 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6313 | 16537 | 11/10/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6314 | 16538 | 11/10/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6315 | 16539 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6316 | 16540 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6317 | 16541 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6318 | 16542 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6319 | 16543 | 11/11/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6320 | 16544 | 11/3/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6321 | 16545 | 11/3/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6322 | 16546 | 11/12/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6323 | 16547 | 11/12/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6324 | 16548 | 11/12/2005 | 11/14/2005 | 11/14/2005 | FR60 | 27695 |
| 6325 | 16549 | 11/12/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6326 | 16550 | 11/12/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6327 | 16551 | 11/12/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6328 | 16552 | 11/12/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6329 | 16553 | 11/12/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6330 | 16578 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6331 | 16579 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6332 | 16580 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6333 | 16581 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6334 | 16582 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6335 | 16583 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6336 | 16584 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6337 | 16618 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6338 | 16619 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6339 | 16620 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6340 | 16621 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6341 | 16622 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6342 | 16623 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6343 | 16624 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6344 | 16625 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6345 | 16626 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6346 | 16627 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6347 | 16628 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6348 | 16629 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6349 | 16630 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FR60 | 27695 |
| 6350 | 16631 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6351 | 16632 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6352 | 16633 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6353 | 16634 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6354 | 16635 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6355 | 16636 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6356 | 16637 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 6357 | 16638 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6358 | 16639 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6359 | 16640 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6360 | 16641 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6361 | 16642 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6362 | 16643 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6363 | 16644 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FR60 | 27695 |
| 6364 | 16645 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6365 | 16646 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6366 | 16647 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6367 | 16648 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6368 | 16649 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6369 | 16650 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6370 | 16651 | 11/28/2005 | 12/9/2005 | 12/12/2005 | FR60 | 27695 |
| 6371 | 16652 | 11/29/2005 | 12/12/2005 | 12/13/2005 | FR60 | 27695 |
| 6372 | 16653 | 11/29/2005 | 12/12/2005 | 12/13/2005 | FR60 | 27695 |
| 6373 | 16654 | 11/29/2005 | 12/12/2005 | 12/13/2005 | FR60 | 27695 |
| 6374 | 16655 | 11/29/2005 | 12/12/2005 | 12/13/2005 | FR60 | 27695 |
| 6375 | 16656 | 11/29/2005 | 12/12/2005 | 12/13/2005 | FR60 | 27695 |
| 6376 | 16657 | 11/29/2005 | 12/14/2005 | 12/14/2005 | FR60 | 27695 |
| 6377 | 16658 | 11/29/2005 | 12/14/2005 | 12/14/2005 | FR60 | 27695 |
| 6378 | 16659 | 11/29/2005 | 12/14/2005 | 12/15/2005 | FR60 | 27695 |
| 6379 | 16660 | 11/30/2005 | 12/14/2005 | 12/15/2005 | FR60 | 27695 |
| 6380 | 16661 | 11/30/2005 | 12/14/2005 | 12/15/2005 | FR60 | 27695 |
| 6381 | 16712 | 11/30/2005 | 12/14/2005 | 12/15/2005 | FR60 | 27695 |
| 6382 | 16713 | 11/30/2005 | 12/14/2005 | 12/15/2005 | FR60 | 27695 |
| 6383 | 16714 | 11/30/2005 | 12/14/2005 | 12/15/2005 | FR60 | 27695 |
| 6384 | 16715 | 11/30/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6385 | 16716 | 12/1/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6386 | 16717 | 12/1/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6387 | 16718 | 12/1/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6388 | 16719 | 12/1/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6389 | 16720 | 12/1/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6390 | 16721 | 12/1/2005 | 12/20/2005 | 12/21/2005 | FR60 | 27895 |
| 6391 | 16722 | 12/1/2005 | 12/19/2005 | 12/20/2005 | FR60 | 27695 |
| 6392 | 16723 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6393 | 16724 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6394 | 16725 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6395 | 16726 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6396 | 16727 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6397 | 16728 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6398 | 16729 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6399 | 16730 | 12/12/2005 | 12/23/2005 | 12/27/2005 | FR60 | 27695 |
| 6400 | 16731 | 12/12/2005 | 12/30/2005 | 12/31/2005 | FR60 | 27695 |
| 6401 | 16732 | 12/12/2005 | 12/30/2005 | 12/31/2005 | FR60 | 27695 |
| 6402 | 16733 | 12/12/2005 | 12/30/2005 | 12/31/2005 | FR60 | 27695 |
| 29285 | 15997 | 9/19/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29286 | 15998 | 9/19/2005 | 9/20/2005 | 9/20/2005 | 856 | 19928 |
| 29287 | 15999 | 9/19/2005 | 9/20/2005 | 9/20/2005 | 856 | 19928 |
| 29288 | 16000 | 9/19/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29289 | 16001 | 9/19/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29290 | 16002 | 9/19/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29291 | 16003 | 9/19/2005 | 9/20/2005 | 9/20/2005 | 856 | 19928 |
| 29292 | 16004 | 9/19/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29293 | 16005 | 9/19/2005 | 9/21/2005 | 9/20/2005 | 856 | 19928 |
| 29294 | 16006 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29295 | 16007 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29296 | 16008 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29297 | 16009 | 9/20/2005 | 9/21/2005 | 9/21/2005 | 856 | 19928 |
| 29298 | 16010 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29299 | 16011 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29300 | 16012 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29301 | 16013 | 9/20/2005 | 9/21/2005 | 9/20/2005 | 856 | 19928 |
| 29302 | 16014 | 9/20/2005 | 9/21/2005 | 9/20/2005 | 856 | 19928 |
| 29303 | 16015 | 9/20/2005 | 9/20/2005 | 9/21/2005 | 856 | 19928 |
| 29304 | 16016 | 9/21/2005 | 9/21/2005 | 9/22/2005 | 856 | 19928 |
| 29305 | 16017 | 9/21/2005 | 9/21/2005 | 9/22/2005 | 856 | 19928 |
| 29306 | 16018 | 9/21/2005 | 9/22/2005 | 9/22/2005 | 856 | 19928 |
| 29307 | 16019 | 9/21/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29308 | 16023 | 9/21/2005 | 9/21/2005 | 9/22/2005 | 856 | 19928 |
| 29309 | 16024 | 9/21/2005 | 9/21/2005 | 9/22/2005 | 858 | 19928 |
| 29310 | 16025 | 9/21/2005 | 9/21/2005 | 9/22/2005 | 856 | 19928 |
| 29311 | 16026 | 9/21/2005 | 9/27/2005 | 9/28/2005 | 856 | 19928 |
| 29312 | 16027 | 9/21/2005 | 9/21/2005 | 9/22/2005 | 856 | 19928 |
| 29313 | 16028 | 9/21/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29314 | 16029 | 9/22/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29315 | 16030 | 9/22/2005 | 9/22/2005 | 9/23/2005 | 858 | 19928 |
| 29316 | 16031 | 9/22/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29317 | 16032 | 9/22/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29318 | 16033 | 9/22/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29319 | 16034 | 9/22/2005 | 9/22/2005 | 9/23/2005 | 856 | 19928 |
| 29320 | 16056 | 9/22/2005 | 9/26/2005 | 9/27/2005 | 856 | 22528 |
| 29321 | 16057 | 9/22/2005 | 9/26/2005 | 9/27/2005 | 856 | 22528 |
| 29322 | 16058 | 9/22/2005 | 9/26/2005 | 9/27/2005 | 856 | 22528 |
| 29323 | 16059 | 9/22/2005 | 9/26/2005 | 9/27/2005 | 856 | 22528 |
| 29324 | 16060 | 9/24/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29325 | 16061 | 9/24/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29326 | 16062 | 9/24/2005 | 9/30/2005 | 10/10/2005 | 858 | 22528 |
| 29327 | 16063 | 9/23/2005 | 9/30/2005 | 9/30/2005 | 856 | 22528 |
| 29328 | 16064 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29329 | 16065 | 9/23/2005 | 9/26/2005 | 9/27/2005 | 856 | 22528 |
| 29330 | 16066 | 9/23/2005 | 9/28/2005 | 9/28/2005 | 856 | 22528 |
| 29331 | 16067 | 9/23/2005 | 9/28/2005 | 9/29/2005 | 856 | 22528 |
| 29332 | 16068 | 9/23/2005 | 9/30/2005 | 9/30/2005 | 856 | 22528 |
| 29333 | 16069 | 9/28/2005 | 9/30/2005 | 9/30/2005 | 856 | 22528 |
| 29334 | 16070 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29336 | 16071 | 9/24/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29337 | 16072 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29338 | 16073 | 9/24/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29339 | 16074 | 9/24/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29340 | 16075 | 9/24/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29341 | 16086 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29342 | 16087 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29343 | 16088 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29344 | 16089 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29345 | 16090 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29346 | 16091 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29347 | 16092 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29348 | 16093 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29349 | 16094 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29350 | 16095 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29351 | 16096 | 9/26/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29352 | 16097 | 9/27/2005 | 9/30/2005 | 10/5/2005 | 856 | 22528 |
| 29353 | 16098 | 9/27/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29354 | 16099 | 9/27/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29355 | 16100 | 9/27/2005 | 9/30/2005 | 10/3/2005 | 856 | 22528 |
| 29356 | 16101 | 9/27/2005 | 9/30/2005 | 10/5/2005 | 856 | 22528 |
| 29357 | 16102 | 9/27/2005 | 9/30/2005 | 10/5/2005 | 856 | 22528 |
| 29358 | 16103 | 9/27/2005 | 9/30/2005 | 10/5/2005 | 856 | 22528 |
| 29359 | 16104 | 9/27/2005 | 9/30/2005 | 10/5/2005 | 856 | 22528 |
| 29360 | 16105 | 9/27/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29361 | 16106 | 9/27/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29362 | 16107 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29363 | 16108 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29364 | 16109 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29365 | 16110 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29366 | 16111 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29367 | 16112 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29368 | 16113 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29369 | 16114 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29370 | 16115 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29371 | 16116 | 9/28/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29372 | 16117 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29373 | 16118 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29374 | 16119 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29375 | 16120 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29376 | 16130 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29377 | 16131 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29378 | 16132 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29379 | 16133 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29380 | 16134 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29381 | 16135 | 9/29/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29382 | 16136 | 9/30/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29383 | 16137 | 9/30/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29384 | 16138 | 9/30/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29385 | 16139 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29386 | 16140 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29387 | 16141 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29388 | 16142 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29389 | 16143 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29390 | 16144 | 10/1/2005 | 9/30/2005 | 10/10/2005 | 856 | 22528 |
| 29549 | 16427 | 11/23/2005 | 11/28/2005 | 11/29/2005 | FNR60 | 25295 |
| 29582 | 16475 | 11/18/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29603 | 16500 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29604 | 16501 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29605 | 16502 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29606 | 16503 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29607 | 16504 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29608 | 16505 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29609 | 16506 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29610 | 16507 | 11/22/2005 | 11/23/2005 | 11/23/2005 | FNR60 | 25295 |
| 29611 | 16508 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29612 | 16509 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29613 | 16510 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29614 | 16511 | 11/22/2005 | 11/23/2005 | 11/23/2005 | FNR60 | 25295 |
| 29615 | 16512 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29616 | 16513 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29617 | 16514 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FNR80 | 25295 |
| 29620 | 16562 | 11/22/2005 | 11/23/2005 | 11/23/2005 | FNR60 | 25295 |
| 29626 | 16563 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29627 | 16564 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FNR60 | 25295 |
| 29628 | 16565 | 11/17/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29629 | 16566 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29630 | 16567 | 11/15/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29631 | 16568 | 11/15/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29632 | 16569 | 11/15/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29633 | 16570 | 11/15/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29634 | 16571 | 11/15/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29635 | 16572 | 11/15/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29636 | 16573 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FNR60 | 25295 |
| 29637 | 16574 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29638 | 16575 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29639 | 16576 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29640 | 16593 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29641 | 16594 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29642 | 16595 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29643 | 16596 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FNR60 | 25295 |
| 29644 | 16597 | 11/16/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29645 | 16598 | 11/17/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29646 | 16599 | 11/17/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29647 | 16600 | 11/17/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29648 | 16601 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FNR60 | 25295 |
| 29649 | 16602 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29650 | 16603 | 11/22/2005 | 11/28/2005 | 11/29/2005 | FNR60 | 25295 |
| 29651 | 16604 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29652 | 16605 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29653 | 16606 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29654 | 16607 | 11/22/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29655 | 16608 | 11/18/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29656 | 16609 | 11/18/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29657 | 16610 | 11/18/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29658 | 16611 | 11/18/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29659 | 16612 | 11/18/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29660 | 16613 | 11/21/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29661 | 16614 | 11/21/2005 | 11/22/2005 | 11/22/2005 | FNR80 | 25295 |
| 29662 | 16615 | 11/21/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29663 | 16616 | 11/21/2005 | 11/22/2005 | 11/22/2005 | FNR60 | 25295 |
| 29664 | 16794 | 12/13/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29665 | 16795 | 12/13/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29666 | 16796 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29667 | 16797 | 12/13/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29668 | 16798 | 12/13/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29669 | 16799 | 12/14/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29670 | 16800 | 12/14/2005 | 12/23/2005 | 12/27/2005 | FNR60 | 25295 |
| 29671 | 16801 | 12/14/2005 | 12/23/2005 | 12/24/2005 | FNR60 | 25295 |
| 29672 | 16802 | 12/14/2005 | 12/23/2005 | 12/24/2005 | FNR60 | 25295 |
| 29673 | 16803 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29674 | 16804 | 12/14/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29675 | 16805 | 12/14/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29676 | 16806 | 12/14/2005 | 12/23/2005 | 12/24/2005 | FNR60 | 25295 |
| 29677 | 16807 | 12/15/2005 | 12/23/2005 | 12/24/2005 | FNR60 | 25295 |
| 29678 | 16808 | 12/15/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29679 | 16809 | 12/15/2005 | 12/23/2005 | 12/24/2005 | FNR60 | 25295 |
| 29680 | 16813 | 12/15/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29681 | 16814 | 12/15/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29682 | 16815 | 12/15/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29683 | 16816 | 12/15/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29684 | 16817 | 12/15/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29685 | 16818 | 12/15/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29686 | 16819 | 12/16/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29687 | 16820 | 12/16/2005 | 12/19/2005 | 12/20/2005 | FNR60 | 25295 |
| 29688 | 16821 | 12/16/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29689 | 16822 | 12/16/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29690 | 16823 | 12/16/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29691 | 16824 | 12/16/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29692 | 16825 | 12/16/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29693 | 16826 | 12/16/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29694 | 16827 | 12/17/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29695 | 16828 | 12/17/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29696 | 16829 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29697 | 16830 | 12/17/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29698 | 16831 | 12/17/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29699 | 16832 | 12/19/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29700 | 16833 | 12/19/2005 | 12/20/2005 | 12/21/2005 | FNR60 | 25295 |
| 29701 | 16834 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29702 | 16835 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29703 | 16836 | 12/19/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29704 | 16837 | 12/19/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29705 | 16838 | 12/19/2005 | 12/23/2005 | 12/27/2005 | FNR60 | 25295 |
| 29706 | 16839 | 12/19/2005 | 12/23/2005 | 12/27/2005 | FNR60 | 25295 |
| 29707 | 16840 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29708 | 16841 | 12/23/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29709 | 16842 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29710 | 16843 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29711 | 16844 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29712 | 16845 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29713 | 16849 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29714 | 16850 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29715 | 16851 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29716 | 16852 | 12/20/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29717 | 16853 | 12/22/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29718 | 16854 | 12/21/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29719 | 16855 | 12/21/2005 | 12/30/2005 | 12/30/2005 | FNR60 | 25295 |
| 29720 | 16856 | 12/23/2005 | 12/23/2005 | 12/27/2005 | FNR60 | 25295 |
| 29721 | 16857 | 1/2/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29722 | 16862 | 1/2/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29723 | 16863 | 1/2/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29724 | 16864 | 1/2/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29725 | 16865 | 1/2/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29726 | 16866 | 1/2/2006 | 1/12/2006 | 1/12/2008 | FNR60 | 25295 |
| 29727 | 16867 | 1/2/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29728 | 16868 | 1/3/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29729 | 16869 | 1/3/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29730 | 16870 | 1/3/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29731 | 16871 | 1/3/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29732 | 16872 | 1/3/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29733 | 16873 | 1/3/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29734 | 16874 | 1/19/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29735 | 16875 | 1/3/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29736 | 16876 | 1/3/2006 | 1/16/2006 | 1/16/2006 | FNR60 | 25295 |
| 29737 | 16877 | 1/4/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29738 | 16878 | 1/4/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29739 | 16879 | 1/4/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29740 | 16880 | 1/4/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29741 | 16881 | 1/4/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29742 | 16882 | 1/4/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29743 | 16883 | 1/4/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29744 | 16884 | 1/4/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29745 | 16885 | 1/5/2006 | 1/12/2006 | 1/12/2006 | FNR60 | 25295 |
| 29746 | 16886 | 1/6/2006 | 1/16/2006 | 1/16/2006 | FNR60 | 25295 |
| 29747 | 16887 | 1/5/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29748 | 16888 | 1/5/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29749 | 16889 | 1/5/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29750 | 16890 | 1/5/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29751 | 16891 | 1/5/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29752 | 16892 | 1/5/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29753 | 16893 | 1/5/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29754 | 16900 | 1/6/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29755 | 16901 | 1/6/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29756 | 16902 | 1/6/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29757 | 16903 | 1/6/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29758 | 16904 | 1/6/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29759 | 16905 | 1/6/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29760 | 16924 | 1/6/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29761 | 16925 | 1/13/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29762 | 16926 | 1/9/2006 | 1/16/2006 | 1/16/2006 | FNR60 | 25295 |
| 29763 | 16927 | 1/9/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29764 | 16928 | 1/9/2006 | 1/16/2006 | 1/16/2006 | FNR60 | 25295 |
| 29765 | 16929 | 1/10/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29766 | 16930 | 1/10/2006 | 1/16/2006 | 1/16/2006 | FNR60 | 25295 |
| 29767 | 16931 | 1/10/2006 | 1/13/2006 | 1/13/2006 | FNR60 | 25295 |
| 29768 | 16932 | 1/10/2006 | 1/16/2006 | 1/16/2006 | FNR60 | 25295 |

| 29769 | 16933 | 1/11/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
|---|---|---|---|---|---|---|
| 29770 | 16934 | 1/11/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29771 | 16935 | 1/11/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29772 | 16936 | 1/11/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29903 | 16937 | 1/11/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29904 | 16938 | 1/11/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29905 | 16939 | 1/11/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29906 | 16940 | 1/11/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29907 | 16967 | 1/11/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29908 | 16968 | 1/12/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29909 | 16969 | 1/12/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29910 | 16970 | 1/12/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29911 | 16971 | 1/12/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29912 | 16972 | 1/12/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29913 | 16973 | 1/12/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29914 | 16974 | 1/12/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29915 | 16975 | 1/12/2006 | 1/18/2006 | 1/18/2006 | FNR60 | 25295 |
| 29916 | 16976 | 1/12/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29917 | 16977 | 1/13/2006 | 1/31/2006 | 2/3/2006 | FNR60 | 25295 |
| 29918 | 16978 | 1/13/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29919 | 16979 | 1/13/2006 | 1/31/2006 | 2/3/2006 | FNR60 | 25295 |
| 29920 | 16980 | 1/13/2006 | 1/30/2006 | 2/3/2006 | FNR60 | 25295 |
| 29921 | 16981 | 1/18/2006 | 1/30/2006 | 2/3/2006 | FNR60 | 25295 |
| 29922 | 16982 | 1/13/2006 | 1/31/2006 | 2/3/2006 | FNR60 | 25295 |
| 29923 | 16983 | 1/13/2006 | 1/31/2006 | 2/3/2006 | FNR60 | 25295 |
| 29924 | 16984 | 1/13/2006 | 1/26/2006 | 1/26/2006 | FNR60 | 25295 |
| 29925 | 16985 | 1/14/2006 | 1/31/2006 | 2/3/2006 | FNR60 | 25295 |
| 29926 | 16986 | 1/14/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29927 | 16988 | 1/16/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29928 | 16989 | 1/14/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29929 | 16990 | 1/14/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29930 | 16991 | 1/16/2006 | 1/31/2006 | 2/3/2006 | FNR60 | 25295 |
| 29931 | 16992 | 1/16/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29932 | 16993 | 1/16/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29933 | 16994 | 1/16/2006 | 1/26/2006 | 1/26/2006 | FNR60 | 25295 |
| 29934 | 16995 | 1/16/2006 | 1/31/2006 | 2/6/2006 | FNR60 | 25295 |
| 29935 | 16996 | 1/16/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29936 | 16997 | 1/16/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29937 | 16998 | 1/13/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29938 | 16999 | 1/17/2006 | 1/24/2006 | 1/24/2006 | FNR60 | 25295 |
| 29939 | 17000 | 1/17/2006 | 1/25/2006 | 1/25/2006 | FNR60 | 25295 |
| 29940 | 17001 | 1/17/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29941 | 17002 | 1/17/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29942 | 17003 | 1/17/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29943 | 17004 | 1/17/2006 | 1/17/2006 | 1/17/2006 | FNR60 | 25295 |
| 29944 | 17005 | 1/17/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29945 | 17006 | 1/18/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29946 | 17007 | 1/18/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29947 | 17008 | 1/18/2006 | 1/19/2006 | 1/19/2006 | FNR60 | 25295 |
| 29948 | 17009 | 1/18/2006 | 1/31/2006 | 2/6/2006 | FNR60 | 25295 |
| 29949 | 17010 | 1/18/2006 | 2/7/2006 | 2/7/2006 | FNR60 | 25295 |
| 29950 | 17011 | 1/18/2006 | 2/7/2006 | 2/7/2006 | FNR60 | 25295 |

| 29951 | 17012 | 1/18/2006 | 1/26/2006 | 1/26/2006 | FNR60 | 25295 |
| 29952 | 17013 | 1/17/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29953 | 17014 | 1/19/2006 | 1/23/2006 | 1/23/2006 | FNR60 | 25295 |
| 29954 | 17015 | 1/19/2006 | 2/7/2006 | 2/7/2006 | FNR60 | 25295 |
| 29955 | 17016 | 1/19/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |
| 29956 | 17017 | 1/19/2006 | 2/7/2006 | 2/7/2006 | FNR60 | 25295 |
| 29957 | 17018 | 1/19/2006 | 1/30/2006 | 1/30/2006 | FNR60 | 25295 |