**EXHIBIT 2**



## Secretary of State
## Business Information Search

| Secretary of State Web Site | Instructions |

| | |
|---|---|
| **Name** | **I.D. Number** |
| GILES INDUSTRIES OF TAZEWELL, INCORPORATED | 0012733 |

| | |
|---|---|
| Business Type*: | CORPORATION |
| Profit/Nonprofit: | FOR PROFIT |
| Status*: | CHANGED |
| Date of Formation/Qualification: | 06/06/1968 |
| Domestic/Foreign: | DOMESTIC |
| Place of Incorporation/Organization: | CLAIBORNE |
| Duration: | PERPETUAL |
| FYC(Fiscal Year Closing) Month: | DECEMBER |

**Principal Office:**
| | |
|---|---|
| Address Line 1: | 405 S BROAD ST |
| Address Line 2: | |
| City: | NEW TAZEWELL |
| State: | TN |
| Zip: | 378257243 |
| Other than USA: | |

**Registered Agent:**
| | |
|---|---|
| Name: | ALAN C NEELY |
| Address Line 1: | 405 S BROAD ST |
| Address Line 2: | |
| City: | NEW TAZEWELL |
| State: | TN |
| Zip: | 378257243 |

### Business Filing History

* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue

# Secretary of State
# Business Information Search

[Secretary of State Web Site] [Instructions]

| Business Name | I.D. Number | Status |
|---|---|---|
| GILES FAMILY HOLDINGS, INC. | 0012733 | ACTIVE |

| Document Reference | Date | Filing Type | Filing Action |
|---|---|---|---|
| MA49P6311 | 06/06/1968 | CHARTER | |
| KEY ERROR | 08/16/1983 | CHARTER AMENDMENT | Principal Address Changed |
| 537 01826 | 04/12/1985 | CHARTER AMENDMENT | Principal Address Changed |
| 537 01826 | 04/12/1985 | CHARTER AMENDMENT | Stock Changed |
| 722 01134 | 11/09/1987 | AGENT/OFFICE CHANGE BY CORPORATION | Registered Agent Changed |
| 722 01134 | 11/09/1987 | AGENT/OFFICE CHANGE BY CORPORATION | Registered Office Changed |
| 1520-0675 | 11/03/1989 | ARTICLES OF MERGER | |
| FYC/REVENUE | 06/16/1990 | MAILING ADDRESS/FY CLOSING MONTH CHANGE | Fiscal Year Closing Changed |
| FYC/REVENUE | 10/02/1990 | MAILING ADDRESS/FY CLOSING MONTH CHANGE | Fiscal Year Closing Changed |
| 3404-1822 | 10/29/1997 | CHARTER AMENDMENT | Stock Changed |
| ROLL 3527 | 06/19/1998 | NOTICE OF DETERMINATION | |
| 3767-0979 | 04/01/1999 | ANNUAL RPT FILED | 11/17/1999 |
| ROLL 3699 | 06/18/1999 | NOTICE OF DETERMINATION | |
| ROLL 3744 | 09/17/1999 | CERTIFICATE OF ADMINISTRATIVE DISSOLUTION | |
| 3767-0979 | 11/17/1999 | ANNUAL REPORT W/REG OFFICE/AGENT CHANGE | Principal Address Changed |
| 3767-0979 | 11/17/1999 | ANNUAL REPORT W/REG OFFICE/AGENT CHANGE | Registered Agent Changed |

| | | | |
|---|---|---|---|
| 3767-0979 | 11/17/1999 | ANNUAL REPORT W/REG OFFICE/AGENT CHANGE | Registered Office Changed |
| 3769-0690 | 11/24/1999 | REINSTATEMENT FOLLOWING ADMIN DISSOLUTION | |
| 3774-0338 | 11/29/1999 | CERTIFICATE OF REINSTATEMENT | |
| 3802-0289 | 04/01/2000 | ANNUAL RPT FILED | 01/20/2000 |
| 4134-2217 | 04/01/2001 | ANNUAL RPT FILED | 02/27/2001 |
| 4454-1168 | 04/01/2002 | ANNUAL RPT FILED | 03/21/2002 |
| 4754-1396 | 04/01/2003 | ANNUAL RPT FILED | 03/17/2003 |
| 5059-2308 | 04/01/2004 | ANNUAL RPT FILED | 03/08/2004 |
| 5367-0803 | 04/01/2005 | ANNUAL RPT FILED | 02/24/2005 |
| 5725-2405 | 03/21/2006 | CHARTER AMENDMENT | Name Changed |
| 5736-0499 | 04/01/2006 | ANNUAL RPT FILED | 03/27/2006 |
| 5929-1135 | 04/01/2007 | ANNUAL RPT FILED | 01/26/2007 |
| 6248-0046 | 04/01/2008 | ANNUAL RPT FILED | 03/14/2008 |

This information is current as of three working days prior to today's date (except for some annual reports filed during the first four months of the calendar year).



Search Again

Report a Technical Issue

**EXHIBIT 3**



## Secretary of State
## Business Information Search

Secretary of State Web Site | Instructions

| | |
|---|---|
| **Name** | **I.D. Number** |
| SUNRAY RV, LLC | 0449084 |

| | |
|---|---|
| Business Type*: | LIMITED LIABILITY COMPANY |
| Profit/Nonprofit: | FOR PROFIT |
| Status*: | CHANGED |
| Date of Formation/Qualification: | 06/23/2003 |
| Domestic/Foreign: | DOMESTIC |
| Place of Incorporation/Organization: | CLAIBORNE |
| Duration: | PERPETUAL |
| FYC(Fiscal Year Closing) Month: | DECEMBER |

**Principal Office:**
| | |
|---|---|
| Address Line 1: | 405 SOUTH BROAD ST |
| Address Line 2: | |
| City: | NEW TAZEWELL |
| State: | TN |
| Zip: | 37825 |
| Other than USA: | |

**Registered Agent:**
| | |
|---|---|
| Name: | ALAN NEELY |
| Address Line 1: | 405 SOUTH BROAD ST |
| Address Line 2: | |
| City: | NEW TAZEWELL |
| State: | TN |
| Zip: | 37825 |

**Business Filing History**

* Important Note: Business filing History includes information about (1) the basis for an inactive status and (2) the current true name and filing status of a business with an assumed name or a changed status.

Note: This information is current as of three working days prior to today's date.

Search Again

Report a Technical Issue



## Secretary of State
## Business Information Search

Secretary of State Web Site | Instructions

| Business Name | I.D. Number | Status |
|---|---|---|
| SUNRAY INVESTMENTS, LLC | 0449084 | ACTIVE |

| Document Reference | Date | Filing Type | Filing Action |
|---|---|---|---|
| 6239-0233 | 03/07/2001 | CERTIFICATE OF REINSTATEMENT | |
| 4846-0181 | 06/23/2003 | ARTICLES OF ORGANIZATION | |
| 5100-2092 | 04/01/2004 | ANNUAL RPT FILED | 04/02/2004 |
| 5351-0027 | 04/01/2005 | ANNUAL RPT FILED | 01/21/2005 |
| 5725-2406 | 03/21/2006 | ARTICLES OF AMENDMENT | Name Changed |
| 5675-2493 | 04/01/2006 | ANNUAL RPT FILED | 02/02/2006 |
| 6236-2123 | 04/01/2007 | ANNUAL RPT FILED | 03/06/2008 |
| ROLL 6065 | 06/21/2007 | NOTICE OF DETERMINATION | |
| ROLL 6097 | 08/27/2007 | CERTIFICATE OF ADMINSTRATIVE DISSOLUTION | |
| 6236-2124 | 03/06/2008 | REINSTATEMENT FOLLOWING ADMIN DISSOLUTION | |

This information is current as of three working days prior to today's date (except for some annual reports filed during the first four months of the calendar year).


Search Again

Report a Technical Issue