**EXHIBIT 5**

**Secretary of State**
Division of Business Services
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, Tennessee 37243

DATE: 03/21/06
REQUEST NUMBER: 5725-2405
TELEPHONE CONTACT: (615) 741-2286
FILE DATE/TIME: 03/21/06 1008
EFFECTIVE DATE/TIME: 03/21/06 1630
CONTROL NUMBER: 0012733

TO:
REED WEITKAMP SCHELL& VICE PLLC
500 WEST JEFFERSON S
SUITE 2400
LOUISVILLE, KY 40202-2812

RE:
GILES FAMILY HOLDINGS, INC.
ARTICLES OF AMENDMENT TO THE CHARTER

THIS WILL ACKNOWLEDGE THE FILING OF THE ATTACHED DOCUMENT WITH AN
EFFECTIVE DATE AS INDICATED ABOVE.

WHEN CORRESPONDING WITH THIS OFFICE OR SUBMITTING DOCUMENTS FOR
FILING, PLEASE REFER TO THE CORPORATION CONTROL NUMBER GIVEN ABOVE.

PLEASE BE ADVISED THAT THIS DOCUMENT MUST ALSO BE FILED IN THE OFFICE
OF THE REGISTER OF DEEDS IN THE COUNTY WHEREIN A CORPORATION HAS ITS
PRINCIPAL OFFICE IF SUCH PRINCIPAL OFFICE IS IN TENNESSEE.

---

FOR: ARTICLES OF AMENDMENT TO THE CHARTER                    ON DATE: 03/21/06

FROM:                                                          FEES
REED WEITKAMP SCHELL & VICE PLLC            RECEIVED:      $20.00        $0.00
SUITE 2400
500 WEST JEFFERSON                      TOTAL PAYMENT RECEIVED:        $20.00
LOUISVILLE, KY 40202-0000
                                        RECEIPT NUMBER: 00003898952
                                        ACCOUNT NUMBER: 00239982

*Riley C. Darnell*

RILEY C. DARNELL
SECRETARY OF STATE

SS-4458



# State of Tennessee

**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**ARTICLES OF AMENDMENT**
**TO THE CHARTER**
**(For-Profit)**

For Office Use Only

5725 • 2485

CORPORATE CONTROL NUMBER (IF KNOWN) ___0012733___

PURSUANT TO THE PROVISIONS OF SECTION 48-20-106 OF *THE TENNESSEE BUSINESS CORPORATION ACT*, THE UNDERSIGNED CORPORATION ADOPTS THE FOLLOWING ARTICLES OF AMENDMENT TO ITS CHARTER:

1. PLEASE INSERT THE NAME OF THE CORPORATION AS IT APPEARS OF RECORD:
   Giles Industries of Tazewell, Incorporated

   IF CHANGING THE NAME, INSERT THE NEW NAME ON THE LINE BELOW:
   Giles Family Holdings, Inc.

2. PLEASE MARK THE BLOCK THAT APPLIES:

   [X] AMENDMENT IS TO BE EFFECTIVE WHEN FILED BY THE SECRETARY OF STATE.
   [ ] AMENDMENT IS TO BE EFFECTIVE, _____ (MONTH, DAY, YEAR)

   (NOT TO BE LATER THAN THE 90TH DAY AFTER THE DATE THIS DOCUMENT IS FILED.) IF NEITHER BLOCK IS CHECKED, THE AMENDMENT WILL BE EFFECTIVE AT THE TIME OF FILING.

3. PLEASE INSERT ANY CHANGES THAT APPLY:
   A. PRINCIPAL ADDRESS: _____
                          STREET ADDRESS
      _____ _____ _____
          CITY              STATE / COUNTY           ZIP CODE
   B. REGISTERED AGENT: _____
   C. REGISTERED ADDRESS: _____
                          STREET ADDRESS
      _____ TN _____ _____
          CITY           STATE      ZIP CODE           COUNTY
   D. OTHER CHANGES:

4. THE CORPORATION IS FOR PROFIT.

5. THE MANNER (IF NOT SET FORTH IN THE AMENDMENT) FOR IMPLEMENTATION OF ANY EXCHANGE, RECLASSIFICATION, OR CANCELLATION OF ISSUED SHARES IS AS FOLLOWS:

6. THE AMENDMENT WAS DULY ADOPTED ON ___March 20, 2006___ (MONTH, DAY, YEAR)
   BY (Please mark the block that applies):

   [ ] THE INCORPORATORS WITHOUT SHAREHOLDER ACTION, AS SUCH WAS NOT REQUIRED.
   [ ] THE BOARD OF DIRECTORS WITHOUT SHAREHOLDER APPROVAL, AS SUCH WAS NOT REQUIRED.
   [X] THE SHAREHOLDERS.

President
SIGNER'S CAPACITY

_____
SIGNATURE

March 20, 2006
DATE

Alan C. Neely
NAME OF SIGNER (TYPED OR PRINTED)

SS-4421 (Rev. 10/01)          Filing Fee: $20.00          RDA 1678

*FILED* SECRETARY OF STATE MAR 21 2006

**EXHIBIT 6**

**Secretary of State**
Division of Business Services
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, Tennessee 37243

DATE: 03/21/06
REQUEST NUMBER: 5725-2406
TELEPHONE CONTACT: (615) 741-2286
FILE DATE/TIME: 03/21/06 1007
EFFECTIVE DATE/TIME: 03/21/06 1630
CONTROL NUMBER: 0449084

TO:
REED WEITKAMP SCHELL & VICE PLLC
500 WEST JEFFERSON S
SUITE 2400
LOUISVILLE, KY 40202-2812

RE:
SUNRAY INVESTMENTS, LLC
ARTICLES OF AMENDMENT - LIMITED LIABILITY COMPANY

THIS WILL ACKNOWLEDGE THE FILING OF THE ATTACHED DOCUMENT WITH AN EFFECTIVE
DATE AS INDICATED ABOVE.

WHEN CORRESPONDING WITH THIS OFFICE OR SUBMITTING DOCUMENTS FOR FILING, PLEASE
REFER TO THE LIMITED LIABILITY COMPANY CONTROL NUMBER GIVEN ABOVE. PLEASE BE
ADVISED THAT THIS DOCUMENT MUST ALSO BE FILED IN THE OFFICE OF THE REGISTER OF
DEEDS IN THE COUNTY WHEREIN A LIMITED LIABILITY COMPANY HAS ITS PRINCIPAL
OFFICE IF SUCH PRINCIPAL OFFICE IS IN TENNESSEE.

-------------------------------------------------------------------------------
-------------------------------------------------------------------------------

FOR: ARTICLES OF AMENDMENT - LIMITED LIABILITY COMPANY      ON DATE: 03/21/06

FROM:                                                    FEES
REED WEITKAMP SCHELL & VICE PLLC          RECEIVED:    $20.00        $0.00
SUITE 2400
500 WEST JEFFERSON                TOTAL PAYMENT RECEIVED:          $20.00
LOUISVILLE, KY 40202-0000
                                            RECEIPT NUMBER: 00003898954
                                            ACCOUNT NUMBER: 00239982



*Riley C. Darnell*

RILEY C. DARNELL
SECRETARY OF STATE

SS-4458



**State of Tennessee**

**Department of State**
Corporate Filings
312 Eighth Avenue North
6th Floor, William R. Snodgrass Tower
Nashville, TN 37243

**ARTICLES OF AMENDMENT
TO ARTICLES OF ORGANIZATION
(LLC)**

*For Office Use Only*

**FILED**

2006 MAR 21 AM 10: 07

SECRETARY OF STATE

5725 · 2486

LIMITED LIABILITY COMPANY CONTROL NUMBER (IF KNOWN)      0449084

PURSUANT TO THE PROVISIONS OF §48-209-104 OF THE TENNESSEE LIMITED LIABILITY COMPANY ACT OR §48-249-204 OF THE TENNESSEE REVISED LIMITED LIABILITY COMPANY ACT, THE UNDERSIGNED ADOPTS THE FOLLOWING ARTICLES OF AMENDMENT TO ITS ARTICLES OF ORGANIZATION:

PLEASE MARK THE BLOCK THAT APPLIES:

☒ AMENDMENT IS TO BE EFFECTIVE WHEN FILED BY THE SECRETARY OF STATE.
☐ AMENDMENT IS TO BE EFFECTIVE _____, _____(DATE) _____(TIME).
(NOT TO BE LATER THAN THE 90TH DAY AFTER THE DATE THIS DOCUMENT IS FILED.) IF NEITHER BLOCK IS CHECKED, THE AMENDMENT WILL BE EFFECTIVE AT THE TIME OF FILING.

1. PLEASE INSERT THE NAME OF THE LIMITED LIABILITY COMPANY AS IT APPEARS ON RECORD:   SunRay RV, LLC

IF CHANGING THE NAME, INSERT THE NEW NAME ON THE LINE BELOW:

SunRay Investments, LLC

2. PLEASE INSERT ANY CHANGES THAT APPLY:

A. PRINCIPAL ADDRESS: _____
                                              STREET ADDRESS

_____
CITY                              STATE/COUNTY                        ZIP CODE
B. REGISTERED AGENT: _____

C. REGISTERED ADDRESS: _____
                                              STREET
                                                 TN
_____
CITY                    STATE              ZIP CODE              COUNTY
D. OTHER CHANGES:

3. THE AMENDMENT WAS DULY ADOPTED ON      3        20        2006
                                                            MONTH    DAY      YEAR

(If the amendment is filed pursuant to the provision of §48-209-104 of the TN LLC Act, please also complete the following by checking one of the two boxes:) AND THE AMENDMENT WAS DULY ADOPTED BY THE
☐ BOARD OF GOVERNORS WITHOUT MEMBER APPROVAL AS SUCH WAS NOT REQUIRED
☒ MEMBERS

Sole Member & Governor
SIGNER'S CAPACITY                                    SIGNATURE

                                                              Alan Neely
                                                              NAME OF SIGNER (TYPED OR PRINTED)

SS-4247 (REV. 01/06)                Filing Fee: $20.00                    RDA 2458

**EXHIBIT 7**

Articles of Amendment

To

Articles of Incorporation

Of

## Giles Acquisition Corp.

### Changing the Name of the Corporation to Giles Industries, Inc.

Pursuant to the provisions of Section 10-2B-10.06 of the Alabama Business Corporation Act (the "Act"), the undersigned Corporation created and existing under the laws of the State of Alabama hereby adopts the following Articles of Amendment to its Articles of Incorporation:

Article I:     The name of the Corporation is Giles Acquisition Corp.

Article II:     The following Amendment to the Articles of Incorporation was adopted by the Board of Directors and the sole Shareholder of the Corporation on the 21st day of march, 2006, in the manner prescribed by the Act:

Resolved that, the name of the Corporation shall be changed from Giles Acquisition Corp. to "Giles Industries, Inc.," and Article I of the Corporation's Articles of Incorporation shall be amended to read as follows:

The name of the Corporation shall be Giles Industries, Inc.

Article III:     The number of shares of the Corporation outstanding at the time of such adoption was 1,000 shares of common capital stock; the number of shares entitled to vote thereon was 1,000; and all of the said 1,000 shares were voted in favor of this Amendment.

DATED this the 21st day of March, 2006.

Giles Acquisition Corp.

By: _____
Dan E. Batchelor
Its Executive Vice President

This document prepared by:
Carolyn L. Duncan
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203

Nancy L. Worley
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that pursuant to the provisions of Section 10-2B-4.02, Code of Alabama 1975, and upon an examination of the corporation records on file in this office, the following corporate name is reserved as available:

### Giles Industries, Inc.

This domestic corporation name is proposed to be incorporated in Jefferson County and is for the exclusive use of Laura Payne, 2000 Interstate Park Dr Ste 204, Montgomery, AL 36109 for a period of one hundred twenty days beginning March 21, 2006 and expiring July 20, 2006.



```
2006032320010503   2/2
BK: LR200605  Pg:16913
03/23/2006 03:29:00 PM PAMEND
Fee - $11.00
Total of Fees and Taxes-$11.00
LINDA
```

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.



March 21, 2006

Date _____

Nancy L. Worley                    Secretary of State

# ARTICLES OF INCORPORATION

## OF

## GILES ACQUISITION CORP.

200602/6489

For the purpose of forming a corporation under the Alabama Business Corporation Act and any act amendatory thereof, supplementary thereto or substituted therefor (hereinafter referred to as the "Act"), the undersigned does hereby sign and adopt these Articles of Incorporation, and, upon the filing for record of these Articles of Incorporation in the office of the Judge of Probate of the county in which the initial registered office is established under Article III hereof, the existence of a corporation (hereinafter referred to as the "Corporation"), under the name set forth in Article I hereof, shall commence.

## ARTICLE I
## NAME

The name of the Corporation shall be **Giles Acquisition Corp.**

## ARTICLE II
## SHARES OF CAPITAL STOCK

**2.1     Authorized Shares.**   The aggregate number of all shares of capital stock the Corporation shall have authority to issue shall be 1,000 shares at par value of $0.01 per share.

**2.2     Rights of Shares.**   All issued and outstanding shares shall have the same preferences, limitations and relative rights, including, without limitation, (i) unlimited voting rights for all purposes at the rate of one (1) vote for each issued and outstanding share and (ii) the right to receive the net assets of the Corporation upon dissolution thereof. To the extent not inconsistent with the foregoing, or with the provisions of the Act or the Constitution of Alabama, the Board of Directors may determine, in whole or in part, the preferences, limitations and relative rights of the shares prior to the issuance of any shares.

**2.3     Denial of Shareholder's Preemptive Rights.**   No shareholder shall be entitled as a matter of right to subscribe for, purchase, or receive any shares of stock, or other securities convertible into stock, of the Corporation which it may issue, or sell, whether such shares are now or hereafter authorized, but all such additional shares of stock or other securities may be issued and disposed of by the Board of Directors to such persons and upon such terms as in its absolute discretion it may deem advisable. No shareholder of any shares of stock shall have any preemptive rights with respect to the issuance of any class of stock, including treasury shares.

## ARTICLE III
## INITIAL REGISTERED OFFICE AND REGISTERED AGENT

The street address of the initial registered office of the Corporation is 3284 Morgan Drive, Birmingham, AL 35216, USA, and the name of the initial registered agent at such registered office is Dan E. Batchelor.

## ARTICLE IV
## INCORPORATOR

The name and address of the incorporator is:

| Name | Address |
|------|---------|
| Dan E. Batchelor | 3284 Morgan Drive<br>Birmingham, AL 35216 |

## ARTICLE V
## INITIAL BOARD OF DIRECTORS

**5.1**   The number of directors constituting the initial Board of Directors shall be three.

**5.2**   The names and addresses of the individuals who are to serve as the initial directors until the first annual meeting of shareholders or until their successors be elected and qualify are:

| Directors | Address |
|-----------|---------|
| Keith O. Holdbrooks | 144 Corporate Way<br>Addison, Alabama 35540 |
| Dan E. Batchelor | 3284 Morgan Drive<br>Birmingham, Alabama 35216 |
| James L. Stariha | 144 Corporate Way<br>Addison, Alabama 35540 |

## ARTICLE VI
## PURPOSES, OBJECTS AND POWERS

**6.1**   The purposes for which the Corporation is organized are to design, assemble, manufacture, construct, finish, sell and otherwise deal in manufactured housing and related products, and to buy, sell, repair, utilize and operate any and all equipment, parts, inventory and materials of every kind and description for use in such business. In addition, the Corporation is formed for the purpose of engaging in any lawful business, act or activity for which a corporation may be organized under the Act, it being the purpose and intent of this Article to invest the Corporation with the broadest purposes, objects and powers lawfully permitted a corporation formed under the Act; and to carry on any and all aspects, ordinary or extraordinary, of any lawful business and to enter into and carry out any transaction, ordinary or extraordinary, permitted by law, having and exercising in connection herewith all powers given to corporations by the Act and all other applicable laws of the State of Alabama.

**6.2**   The foregoing Section 6.1, and each phrase thereof, shall be construed, in their broadest sense, not only as purposes and objects for which the Corporation has been organized, but also as powers of the Corporation in addition to those powers specifically conferred upon the Corporation by law, and it is hereby expressly provided that the foregoing specific enumeration of such purposes, objects and

2

powers shall not be held to limit or restrict in any manner the powers of the Corporation otherwise granted by law. All words, phrases and provisions in this Article are used in their broadest sense, are not limited by reference to, or inference from, any other words, phrases or provisions and shall be so construed. For purposes of these Articles of Incorporation, the term "person" means and includes any individual or entity.

## ARTICLE VII
## INTERNAL AFFAIRS

The following provisions for the regulation of the business and for the conduct of the affairs of the Corporation, the directors and the shareholders are hereby adopted:

7.1     The initial bylaws of the Corporation shall be adopted by the shareholders. The power to alter, amend, or repeal the bylaws or adopt new bylaws shall be vested in the shareholders, which power may be exercised in the manner and to the extent provided in the bylaws. The bylaws may contain any provisions for the regulation of the business and for the conduct of the shareholders not inconsistent with the Act or these Articles of Incorporation.

7.2     Subject to the limitations set forth in the Act, these Articles of Incorporation, as amended from time to time, and the bylaws, as amended from time to time, the business and affairs of the Corporation shall be managed by the Board of Directors. The number of directors comprising the initial Board of Directors shall be the number of persons listed as directors in Article V hereof. Thereafter, the number of directors of the Corporation shall be fixed from time to time by the bylaws, or, in the absence of a bylaw fixing the number of directors, the number of directors shall be the same as the number comprising the initial Board of Directors. The number of directors shall be increased or decreased from time to time by amendment to the bylaws, provided that the Board of Directors shall consist of not less than one natural person.

7.3     The Corporation reserves the right from time to time to amend, alter or repeal each and every provision contained in these Articles of Incorporation, or to add one or more additional provisions, in the manner now or hereafter prescribed or permitted by the Act, and all rights conferred upon shareholders at any time are granted subject to this reservation.

**IN TESTIMONY WHEREOF**, witness the hand of the undersigned incorporator on this, the 7TH day of February, 2006.

Dan E. Batchelor, Incorporator

This instrument prepared by:
Carolyn L. Duncan
**Cabaniss, Johnston, Gardner,**
   **Dumas & O'Neal**
2001 Park Place North, Suite 700
Post Office Box 830612
Birmingham, Alabama 35283-0612
Telephone: (205) 716-5200

3

Nancy L. Worley
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that** pursuant to the provisions of Section 10-2B-4.02, **Code of Alabama 1975,** and upon an examination of the corporation records on file in this office, the following corporate name is reserved as available:

### Giles Acquisition Corp.

This domestic corporation name is proposed to be incorporated in Jefferson County and is for the exclusive use of Brian G. Wilson, 2001 Park Place North Suite 700, Birmingham, AL 35203 for a period of one hundred twenty days beginning January 30, 2006 and expiring May 31; 2006.

State of Alabama - Jefferson County
I certify this instrument filed on:
2006 FEB 07 04:29:28:99PM
Recorded and $                                    Mtg. Tax
                                    Deed Tax and Fee Amt.
and $   36.00        Total $   36.00
$                    MARK GAINES, Judge of Probate

200602/6489



**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.**

January 30, 2006

**Date**

_Nancy L. Worley_

**Nancy L. Worley**                    **Secretary of State**

**EXHIBIT 8**

**Amendment to**
**Articles of Organization**
**of**
**Sunray Acquisition, LLC**



**Changing the Name of the Company to**
**Sunray RV, LLC**

Pursuant to § 10-12-11 of the Code of Alabama, the undersigned, being the sole member of SunRay Acquisition, LLC, an Alabama limited liability company (the "Company") does hereby adopt this Amendment to the Articles of Organization of the Company and does hereby set forth the following:

1.       The name of this limited liability company is: SunRay Acquisition, LLC.

2.       The Articles of Organization of the Company were filed on February 8, 2006 in the Probate Office of Jefferson County, Alabama.

3.       The following amendment to the Articles of Organization was adopted in the manner provided for by the Alabama Limited Liability Company Act::

Resolved, that Article I of the Company's Articles of Organization shall be amended so that Section 1.1 shall read as follows:

1.1  The name of the Company shall be SunRay RV, LLC.

4.       The amendment, consistent with the Limited Liability Company Act, was approved by the sole member of the Company and in accordance with the requirements set forth in the Company's Articles of Organization and Operating Agreement as in effect on the date hereof.

IN WITNESS WHEREOF the sole member of SunRay Acquisition, LLC, acting by and through its duly authorized officer, does hereby adopt this Amendment to the Company's Articles of Organization.

Dated this the 21st day of March, 2006.

20060322000169400   1/1
Bk: LR200505 Pg:19950
03/23/2006 03:35:16 PM PMEND
Fee - $11.00

Total of Fees and Taxes-$11.00
LINDA

Sole Member:
**GILES ACQUISITION CORP.**

By: _____
Dan E. Batchelor
Its Executive Vice President

This instrument prepared by
Carolyn L. Duncan
Cabaniss, Johnston, Gardner, Dumas & O'Neal LLP
2001 Park Place North, Suite 700
Birmingham, Alabama 35203

# ARTICLES OF ORGANIZATION

## OF

### SUNRAY ACQUISITION, LLC

2 0 0 6 0 2 / 7 3 1 7

For the purpose of forming a limited liability company under the Alabama Limited Liability Company Act, ALA. CODE §§ 10-12-1 et seq. (1999 Repl.), and any act amendatory thereof, supplementary thereto or substituted therefor (the "Act"), the undersigned does hereby sign and adopt these Articles of Organization (the "Articles"), and, upon the filing for record of these Articles of Organization in the office of the Judge of Probate of the county in which the initial registered office is established under Article IV hereof, the existence of a limited liability company (the "Company"), under the name set forth in Article I hereof, shall commence.

## ARTICLE I

## NAME

**1.1**    The name of the Company shall be SunRay Acquisition, LLC.

## ARTICLE II

## DURATION OF COMPANY

**2.1**    The period of duration of the Company shall be perpetual; provided, however, that the Company may be sooner dissolved (a) upon the written consent of two-thirds (2/3) of the members of the Company; (b) as provided in the Operating Agreement between the members of the Company and the Company; or (c) as otherwise provided in the Act.

## ARTICLE III

## PURPOSES, OBJECTS AND POWERS

**3.1**    The purposes, objects and powers of the Company are:

(a)    To engage in any lawful business, act or activity for which a limited liability company may be organized under the laws of the state of Alabama.

(b)    Without limiting the scope and generality of the foregoing, to engage in the business of the manufacture and sales of travel trailers and similar products, and such other business as the member shall from time to time determine, and in any other business directly or indirectly related thereto.

(c)    To have and to exercise any and all of the powers specifically granted in the Act, none of which shall be deemed to be inconsistent with the nature, character or the object of the Company and none of which are denied to it by these Articles of Organization.

## ARTICLE IV

### REGISTERED OFFICE AND REGISTERED AGENT

4.1     The location and mailing address of the initial registered office of the Company shall be 3284 Morgan Drive, Birmingham, Alabama 35216.

4.2     The name of the initial registered agent of the Company at such address shall be Dan E. Batchelor.

## ARTICLE V

### INITIAL MEMBERSHIP OF THE COMPANY

5.1     The name and address of the initial member of the Company is as follows:

| MEMBER | ADDRESS |
|---|---|
| Giles Acquisition Corp., an Alabama corporation | 144 Corporate Way P.O. Box 390 Addison, AL 35540 |

## ARTICLE VI

### ADMISSION OF ADDITIONAL MEMBERS

6.1     The member or members of the Company shall have the right to admit additional members to the Company upon the written consent of all the members of the Company.

## ARTICLE VII

### ELECTION TO CONTINUE IN BUSINESS
### WHEN THERE IS NO REMAINING MEMBER

7.1     The Company shall be dissolved and its affairs shall be wound up when there is no remaining member unless either:

(a)     The holders of all the financial rights in the Company agree in writing, within ninety (90) days after the cessation of membership of the last member, to continue the legal existence and business of the Company and to appoint one or more new members; or

(b)     The legal existence and business of the Company is continued and one or more new members are appointed.

2

## ARTICLE VIII

### MANAGEMENT OF THE COMPANY

**8.1**     The Company shall be managed by not less than three (3) managers who shall serve until the first meeting of member of the Company, or until their successors are duly elected and qualified.  The name, office and mailing address of the managers are as follows:

| Manager | ADDRESS |
| --- | --- |
| Keith O. Holdbrooks, President | 144 Corporate Way<br>Addison, AL 35540 |
| Dan E. Batchelor, Executive Vice President and Secretary | 3284 Morgan Drive<br>Birmingham, AL 35216 |
| James L. Stariha, Treasurer and Assistant Secretary | 144 Corporate Way<br>Addison, AL 35540 |

### ARTICLE IX

### AMENDMENT OF THE ARTICLES OF ORGANIZATION

**9.1**     Any amendment to these Articles of Organization shall be approved by a vote of two-thirds (2/3) of the members of the Company entitled to vote thereon.

### ARTICLE X

### ORGANIZATION OF THE COMPANY

**10.1**     The name and address of the organizer of the Company are as follows:

| ORGANIZER | ADDRESS |
| --- | --- |
| Dan E. Batchelor | 3284 Morgan Drive<br>Birmingham, Alabama 35216 |

3

IN TESTIMONY WHEREOF, the undersigned has affixed his hand and seal as the organizer of the Company on this the _____ day of February, 2006.

Dan E. Batchelor, Organizer.

This instrument prepared by:
Carolyn L. Duncan
Cabaniss, Johnston, Gardner,
    Dumas & O'Neal
2001 Park Place Tower, Suite 700
Birmingham, Alabama 35203
(205) 716-5200

State of Alabama - Jefferson County
I certify this instrument filed on:
2006 FEB 09 10:20:36:31AM
Recorded and $                          Mtg. Tax
and $                        Deed Tax and Fee Amt.
$        36.00      Total $        36.00
MARK GAINES, Judge of Probate

200602/7317

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| *Johnson v. United State*, No. 3602 | ) | |
| | ) | |

**NEWLY ADDED DEFENDANT GILES INDUSTRIES, INC.'S
NARRATIVE STATEMENT OF UNDISPUTED FACTS
<u>IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Newly Added Defendant Giles Industries, Inc., by and through their undersigned counsel, hereby submits this Narrative Statement of Undisputed Facts in support of its Motion for Summary Judgment.  In support of this Narrative Statement of Undisputed Facts, New Defendants Giles Industries and SunRay RV have previously filed an Evidentiary Submission providing the evidentiary basis for the facts set forth herein.

<u>**Narrative Statement of Undisputed Facts**</u>

1.      Purporting to represent a class of similarly-situated individuals, Plaintiffs filed a complaint (the "<u>Johnson</u> Complaint") against the Federal Government and various manufacturers and suppliers of travel trailers, park models, and mobile homes.  See <u>Johnson v. United States</u>, No. 3082.

2.      Plaintiffs allege that the travel trailers, park models, and mobile homes (collectively the "housing units") provided by the Defendants contained harmful levels of formaldehyde due to defects in the manufacture of the housing units.  <u>Id</u>.

1

3.      Based on alleged personal injuries purportedly resulting from exposure to this formaldehyde, Plaintiffs assert various claims against the Defendants, including Giles Industries, Inc.

### 1)      Source of the Housing Units At Issue.

4.      All housing units that were sold to FEMA under the name "Giles Industries" were manufactured and sold on or before March 4, 2006.  See Exhibit 1 to Evidentiary Submission, ¶¶ 7-8.

5.      Manufactured homes manufactured and sold under the name "Giles Industries" before February 8, 2006 were manufactured and sold by a company named Giles Industries of Tazewell, Incorporated.  See Exhibit 1 to Evidentiary Submission, ¶¶ 7-8 and Exhibit 2 to Evidentiary Submission.[1]

6.      Giles Industries of Tazewell, Incorporated was a Tennessee corporation incorporated June 6, 1968.  See Exhibit 2 to Evidentiary Submission.

### 2)      Sale of Assets.

7.      The assets of Giles Industries of Tazewell, Incorporated, a Tennessee corporation, were purchased on March 20, 2006 by Giles Acquisition Corp., an Alabama corporation (this transaction is hereinafter referred to as the "Acquisition").   See Exhibit 4 to Evidentiary Submission.

8.      Under the terms of the Asset Purchase Agreement, Giles Acquisition Corp. acquired substantially all the assets of Giles Industries of Tazewell, Incorporated, specifically including "[a]ll of the inventory . . . including raw materials, work-in-process, finished goods

---

[1] The entity Giles Industries of Tazewell, Incorporated no longer exits under that name. See Exhibit 5 to Evidentiary Submission.

2

and inventory", and both companies' names and all of their respective patents, trademarks, service marks and trade names. <u>See</u> Exhibit 4 to Evidentiary Submission, §§ 1.2A(ii), (vii).

9.      Under this same agreement, Giles Acquisition Corp. specifically and expressly did not assume any product liability and warranty claims:

> **1.4      Liabilities Not Assumed**.   Other than the Assumed Liabilities, Purchasers shall not accept, assume, become or be liable for or subject to any liability, indebtedness, obligation or responsibility of Sellers or of any other person or entity in any way related to the ownership or operation, or both, of the Purchased Assets or the Business prior to the Closing Date [March 20, 2006], whether said liability, indebtedness, obligation or responsibility arises before or after the Closing....  **It is expressly agreed, without limiting the effect of the preceding sentence, that Purchasers shall not be obligated to assume or become liable for,** without Purchasers' express written consent, any of Sellers' liabilities, debts or commitments of any kind whatsoever, known or unknown, fixed or contingent, or, without limitation, . . . **liabilities which relate to any product liability or warranty claim with respect to products sold by Industries or SunRay or sold after the Closing Date but produced prior to the Closing Date ....**

<u>See</u> Exhibit 4 to Evidentiary Submission, §§ 1.3, 1.4 (emphasis added).

> **3)      Change of Corporate Names.**

10.      Immediately following the Acquisition, both Giles Acquisition Corp. and Giles Industries of Tazewell, Incorporated changed their names to effectuate the transfer of the trade names and associated rights from the selling/predecessor Tennessee entity (Giles Industries of Tazewell, Incorporated) to the purchasing/successor Alabama entity (Giles Acquisition Corp.). <u>See</u> Exhibit 4 to Evidentiary Submission, § 9.5.

11.      On March 21, 2006, the name of Giles Industries of Tazewell, Incorporated was changed to Giles Family Holdings, Inc. <u>See</u> Exhibit 5 to Evidentiary Submission.

12.      Likewise, on March 23, 2006, the name of Giles Acquisition Corp. was changed to Giles Industries, Inc. <u>See</u> Exhibits 7 to Evidentiary Submission.

01661485.1

Wherefore, New Defendant Giles Industries, Inc. hereby respectfully submits this Narrative Statement of Undisputed Facts in support of its Motion for Summary Judgment.

Respectfully submitted,

/s/ Stephanie Skinner_____
Stephanie Skinner
One of the Attorneys for Giles Industries, Inc.

**OF COUNSEL:**

FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

4

01661485.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.


*/s/ Stephanie Skinner*
Of Counsel

01661485.1