UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO: 2:07-MD-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS, (Doc. No. 276)

NOW INTO COURT, through undersigned counsel comes Patriot Homes, Inc. ("Patriot") who hereby respectfully moves this Honorable Court for leave to file the attached Reply Brief in Support of Motion to Dismiss. Counsel for plaintiffs have been contacted and have no opposition to the granting of the instant motion.

Respectfully submitted:

Voorhies & Labbé
(A Professional Law Corporation)

/s/ Lamont P. Domingue
Lamont P. Domingue, #20787
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana 70502
**PHONE:** 337-232-9700
**FAX:** 337-235-4943
E-MAIL: lpd@volalaw.com
**Attorney for Patriot Homes, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008, a copy of the foregoing Motion for Leave to File Reply Brief in Support of Motion to Dismiss filed by Patriot Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Building., Room G-255
> Washington, DC 20002

                                        /s/ Lamont P. Domingue
                                        Lamont P. Domingue, #20787