UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-MD-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

REPLY BRIEF IN SUPPORT OF
MOTION TO DISMISS ADMINISTRATIVE MASTER COMPLAINT
[DOC. NO. 276]

Patriot Homes, Inc. ("Patriot") respectfully submits this Reply Brief in further support of its Motion to Dismiss Administrative Master Complaint [Doc. No. 276].

In response to the Opposition filed by Plaintiffs [Doc. No. 362], Patriot hereby adopts and joins in on the Reply Brief [Doc. No. 414] filed by The "Manufacturing Defendants" in this matter. Patriot further shows that the arguments in such Brief apply equally to all claims against Patriot for the reasons stated therein.

Patriot also hereby adopts and joins in on the Reply Brief [Doc. No. 416} filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle,

1

LLC, in this matter. Patriot further shows that the arguments in such Brief apply equally to all claims against Patriot for the reasons stated therein.

It is likely that "Patriot"[1] has a non-existent, role in this litigation. According to FEMA's records, only 97 "Patriot" homes could have been delivered to the areas affected by Hurricanes Katrina and Rita, reducing "Patriot's" potential involvement to a nearly incalculable percentage.[2] Plaintiffs have not identified any Plaintiff (whether currently named or not) who alleges that they resided in a "Patriot" manufactured home. Yet, Patriot continues to incur thousands of dollars in fees and expenses just to keep pace with the testing of unoccupied units and dealing with discovery on class certification and on the merits, while its motion requiring the plaintiffs to satisfy a fundamental requirement of pleading (identification of any individual who alleges harm as a result of having lived in a "Patriot" manufactured home) is pending.

It is respectfully submitted that this Court give serious consideration to carving the Newly Added Defendants from the main body of this case, so that issues of fundamental fairness and equity can be preserved.

---

[1]The named defendant, Patriot Homes, Inc., did not manufacture any manufactured homes, or any other temporary housing unit delivered to FEMA. Rather, it is merely a holding company that owns the stock of its subsidiaries. However, based on its review of FEMA's records, it appears that the manufactured homes identified under the name "Patriot" were actually manufactured by two subsidiaries, Patriot Manufacturing, Inc., and Patriot Homes of Texas, L.P.

[2]FEMA's records indicate that the number of "occupied" units sold to FEMA totaled 135,509. Of that total, the Patriot subsidiaries could have manufactured 97 units, or 0.0007158 of the total currently or previously occupied units.

WHEREFORE, for these reasons and for the reasons stated in the Reply Brief filed by the "Manufacturing Defendants" [Doc. No. 414] and the Reply Brief filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC [Doc. No. 416], Patriot respectfully requests that this Court dismiss Plaintiffs' claims against Patriot with prejudice.

Alternatively, if the Court does not dismiss those claims, the Court should order Plaintiffs to amend their pleadings under Rule 12(e) to provide a more definite statement.

                Respectfully submitted,
                **VOORHIES & LABBÉ**
                (A Professional Law Corporation)

                */s/ Lamont P. Domingue*
                Lamont P. Domingue - #20787
                Post Office Box 3527
                700 St. John Street
                Lafayette, Louisiana 70502-3527
                Telephone: (337) 232-9700
                ATTORNEYS FOR PATRIOT HOMES, INC.
                E-Mail: lpd@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of July, 2008, a copy of the foregoing Reply Memorandum in Support of Motion to Dismiss Administrative Master Complaint filed by Patriot Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants by operation of the court's electronic filing system.

I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

>Jeffery N. Luthi
>One Columbus Circle, NE
>Federal Judiciary Bldg., Room G-255
>Washington, DC 20002.

>/s/ Lamont P. Domingue
>Lamont P. Domingue - #20787
>Post Office Box 3527
>700 St. John Street
>Lafayette, Louisiana 70502-3527
>Telephone: (337) 232-9700
>ATTORNEYS FOR PATRIOT HOMES, INC.
>E-Mail: lpd@volalaw.com

382591