UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVSIION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO: 2:07-MD-1873 |
| PRODUCT LIABILITY LITIGATION  : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO  : | JUDGE ENGELHARDT |
| THE ADMINISTRATIVE MASTER COMPLAINT  : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS, (Doc. No. 280)

MAY IT PLEASE THE COURT:

Dutch Housing, Inc. ("Dutch") respectfully requests leave to file the attached Reply Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternatively for Transfer of Venue, and Motion to Dismiss Administrative Master Complaint.

Plaintiffs, in their Opposition have raised legal issues that require additional briefing. As such, Dutch respectfully requests leave of court to file the attached Reply Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternative for Transfer of Venue and Motion to Dismiss Administrative Master Complaint. Counsel for plaintiffs have been contacted and have no opposition to the granting of the instant motion.

        Respectfully submitted:

        Voorhies & Labbé
        (A Professional Law Corporation)

        /s/ Lamont P. Domingue
        Lamont P. Domingue, #20787
        700 St. John Street, 5th Floor
        Post Office Box 3527
        Lafayette, Louisiana 70502
        **PHONE:**    **337-232-9700**
        **FAX:**       **337-235-4943**
        **E-MAIL: lpd@volalaw.com**
        **Counsel for Dutch Housing, Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008, a copy of the foregoing Memorandum In Support of Motion for Leave to File Reply Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction and Venue, or, Alternatively for Transfer of Venue, and Motion to Dismiss Administrative Master Complaint filed by Dutch Housing, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Building., Room G-255
    Washington, DC 20002

        /s/ Lamont P. Domingue
        Lamont P. Domingue, #20787