## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-4" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Stephanie G. Pujol, et al v. The United States of America, et al*, No. 08-3217

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

### GERALD E. MEUNIER

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on June 7, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint in the above matter, properly addressed, to defendant Integrity Midwest, Inc. d/b/a US Adventure RV, through its agent for service, David A. Dettmann, Lane & Waterman, 220 N. Main Street, Suite 600, Davenport, IA 52801, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the

Page 1 of 2

provisions of Federal Rule of Civil Procedure 4(l).

*[signature]*

**GERALD E. MEUNIER**

SWORN TO AND SUBSCRIBED before me, this
30th day of June, 2008.

*[signature]*

NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Linda Hanstrom*  ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*)  C. Date of Delivery<br>Linda HANSTROM  6-13-08 |
| 1. Article Addressed to:<br><br>Integrity Midwest, Inc.<br>dba its Adventure RV<br>Thru its agent for service<br>David A. Dettmann<br>220 N. Main Street<br>Suite 600<br>Davenport, IA 52801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7008 0150 0000 0313 0310 |
| Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |