UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                    SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

The Court has received two untimely motions to dismiss[1]: (1) Newly Added Defendant Palm Harbor Homes, Inc.'s Motion to Dismiss Plaintiffs' Administrative Master Complaint (Rec. Doc. 415); and (2) Defendant United States of America's Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. 429).  The Court further notes that oral argument was not requested on either of these motions. Accordingly,

---

[1] According to Pretrial Order No. 2 (Rec. Doc. 87):

> Should any Defendant decide to file a motion to dismiss under Fed. R. Civ. P. 12(b) concerning any or all portions of the consolidated Master Complaint, any such motion shall be filed and served within sixty (60) days after Plaintiffs file their Master Complaint. This provision does not preclude the filing of other Rule 12 motions or other dispositive motions at other times, as appropriate, pursuant to further Orders of the Court. Plaintiffs' responses to any Rule 12(b) motion shall be filed and served thirty (30) days thereafter, and Defendants' replies (if any) shall be filed and served ten (10) days thereafter.

Because the Master Complaint was filed on 3/18/08, motions to dismiss were to be filed 60 days thereafter (or by Monday, May 19, 2008).  Responses are due within 30 days after the filing of those motions , and replies were due 10 days after the filing of the responses.

**IT IS ORDERED** that the hearing dates on these two motions are **RESET** for <u>**Wednesday, July 16, 2008**</u>, without oral argument.

**IT IS FURTHER ORDERED** that the Court will allow these untimely filings only because they do not seem to raise new arguments.  They merely refer the Court to other previous motions to dismiss which have been timely filed.

**IT IS FURTHER ORDERED** that if these motions are opposed, opposing counsel may simply file opposition memoranda which point the Court to the oppositions that have been filed relating to the previously-filed motions to dismiss referred to in these untimely filings.

**IT IS FINALLY ORDERED** that all future filings shall be filed within the deadlines set by the Court to facilitate the timely progression of the case.

New Orleans, Louisiana, this 7th day of July, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**