**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873  SECTION "N-4"  JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *Pujol v. The United States of America*, No. 08-3217 | ) ) ) | MAG. JUDGE ROBY |

**MOTION TO DISMISS**
**THE COMPLAINT AND THE FIRST SUPPLEMENTAL AND AMENDED**
**COMPLAINT ON BEHALF OF NEWLY ADDED DEFENDANTS**
**CMH MANUFACTURING INC., SOUTHERN ENERGY HOMES, INC.,**
**PALM HARBOR HOMES, INC.**
**PALM HARBOR MFG., LP, AND**
**PALM HARBOR ALBEMARLE, LLC**

Come Now, Newly added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC (collectively hereinafter referred to as "New Defendants"), and hereby file this Motion to Dismiss the Complaint filed in *Pujol v. The United States of America, et al.* Docket No. 08-3217 (the "*Pujol* Original Complaint"), as well as the First Supplemental and Amended Complaint filed before this Court on June 24, 2008 (the "*Pujol* Amended Complaint") (Pacer Doc. No. 378) (the *Pujol* Original Complaint and the *Pujol* Amended Complaint are collectively referred to simply as the "Complaint"). As its basis for this motion, New Defendants are filing herewith a

01640509.1

Memorandum in Support of Motion to Dismiss which is incorporated by reference.  In further support of the Motion to Dismiss, New Defendants state as follows.

1.	First, as a threshold matter, Plaintiffs have failed to satisfy their burden of establishing Article III standing against the New Defendants, and thus this Court does not have subject matter jurisdiction over Plaintiffs' claims against New Defendants.

2.	Second, the named Plaintiffs have improperly joined whatever individual claim each may theoretically have against a Defendant with claims that other Plaintiffs may or may not have against other Defendants and have failed to demonstrate any common evidentiary link between either Plaintiffs' claims or the Defendants.  Accordingly, the claims levied against the New Defendants solely as members of the "industry" should be dismissed.

3.	Third, New Defendants assert, adopt and incorporate many standard Rule 12 defenses and expressly join in other such motions filed previously or concurrently herewith, including:

- Failure to State a Claim Upon Which Relief May Be Granted;
- Failure of Service of Process;
- Insufficiency of Service of Process;
- Lack of Personal Jurisdiction;
- Improper Venue;
- Inconvenient Venue;
- Plaintiff's "failure to warn" claim under the Louisiana Products Liability Act fails as a matter of law as to the manufactured housing defendants.  As Plaintiffs' counsel admits in the Complaint, HUD mandated a warning concerning formaldehyde exposure and promulgated the text of the warning in the Code of Federal Regulations.  Under *Federal Crop Ins. Corp. v. Merrill*, 332 U.S. 380 (1947), all persons are charged with constructive knowledge of the published federal laws, rules and regulations.  Under Louisiana Civil Code Article 5, no person may claim

ignorance of the law. Even if one or more of the Plaintiffs could demonstrate that there was no HUD-mandated warning posted in one of the manufactured houses, the Plaintiffs' claim of a failure to warn would still fail as a matter of law because they are charged with knowledge of the warning in any event because it is published in the Code of Federal Regulations.;

· Manufacturing Defendants' Rule 12(b)(6) Motion to Dismiss Under Louisiana, Alabama, Mississippi and Texas Law and supporting Memorandum;

· Manufacturing Defendants' Rule 9(b) Motion to Dismiss and supporting Memorandum; and

· Federal Rule of Civil Procedure Rule 12(B) Preservation Lists Filed on Behalf of Existing Defendants.

WHEREFORE, for the reasons stated in the attached memorandum and by incorporation and adoption of the motions to dismiss filed by all other Defendants, New Defendants respectfully request that this Court dismiss New Defendants from this action.

      Respectfully submitted,

      /s/ *James K. Carroll*
      James K. Carroll
      One of the Attorneys for New Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III

Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  */s/ James K. Carroll*
                                                  One of the Attorneys for Newly Added Defendants

01640509.1