UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-4"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Stephanie G. Pujol, et al v. The United States*
*of America,* No. 08-3217

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>AFFIDAVIT OF SERVICE</u>

STATE OF LOUISIANA
PARISH OF ORLEANS

           BEFORE ME, the undersigned authority, personally came and appeared:

                         **GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

       That he is counsel for plaintiff in the above-captioned matter; that on June 7, 2008, he

deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint

in the above matter, properly addressed, to defendant Palm Harbor Homes, Inc., through its agent

for service, C T Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge,

Louisiana 70808, requesting a return receipt and has now received confirmation from the United

States Postal authorities indicating that the certified copy of the summons and complaint has been

received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions

of Federal Rule of Civil Procedure 4(l).

**GERALD E. MEUNIER**

SWORN TO AND SUBSCRIBED before me, this
30th day of June, 2008.

NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CT Corporation System  ☐ Agent   ☐ Addressee<br>5615 Corporate Blvd<br>B. Received by (Printed Name)  Suite 400B  C. Date of Delivery<br>Baton Rouge, LA 70808 |
| 1. Article Addressed to:<br><br>Palm Harbor Homes Inc.<br>Thru its agent for service<br>CT Corporation System<br>5615 Corp. Blvd, Ste 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7008 0150 0000 0313 0389 | |
| PS Form 3811, February 2004      Domestic Return Receipt        102595-02-M-1540 | |