UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-4"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Stephanie G. Pujol, et al v. The United States
of America, et al*, No. 08-3217

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

   BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

   That he is counsel for plaintiff in the above-captioned matter; that on June 7, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint in the above matter, properly addressed, to defendant The United States of America, through the U.S. Attorney General Michael Mukasey, U.S. Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the

provisions of Federal Rule of Civil Procedure 4(l).

_____
GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED before me, this
30th day of June, 2008.

_____
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )    C. Date of Delivery |
| 1. Article Addressed to:<br>The United States of America<br>Thru U.S. Atty. General<br>Hon. Michael MuKasey<br>Department of Justice<br>950 Pennsylvania Ave. NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0150 0000 0313 0181 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540