**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.,* Civil Action No. 08-3217 | ) ) | MAG. JUDGE ROBY |

**MEMORANDUM OF LAW**
**IN SUPPORT OF RULE 12 MOTION TO DISMISS**
**THE ORIGINAL COMPLAINT AND AMENDED COMPLAINT**
**ON BEHALF OF SCOTBILT HOMES, INC.**

MAY IT PLEASE THE COURT:

COMES NOW THE NEWLY ADDED DEFENDANT, SCOTBILT HOMES, INC., by and through its undersigned counsel and files this Memorandum in support of its Rule 12 Motion to Dismiss the Original Complaint and the First Supplemental and Amended Complaint filed in the *Pujol* lawsuit (Civil Action No. 08-3217). Rather than set forth the briefing a second time, ScotBilt Homes, Inc. hereby incorporates, adopts by reference as if fully set forth at length herein, and joins in the memorandum in support of the similar motion filed by the similarly situation manufactured housing co-defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC as if fully set forth at length herein (Docket Number 466 in MDL 1873 (Civil Action No. 07-1873)) and the

1

original briefing of ScotBilt Homes, Inc., the Manufacturing Defendants and the Newly Added Defendants in Response to the Amended Master Complaint in this matter (Docket Entries 210, 230, 244 and 259 in that proceeding).  The arguments as set forth by those parties are equally applicable to the instant Defendant, ScotBilt Homes, Inc.  Accordingly, and by incorporation and adoption of the motions to dismiss filed by all other Defendants, ScotBilt Homes, Inc. respectfully request that this Court dismiss it from this action.

WHEREFORE, and by incorporation and adoption of the memorandums in support of the motions to dismiss filed by all other Defendants, ScotBilt Homes, Inc. respectfully requests that this Court dismiss it from this action.

>Respectfully submitted:
>
>NIELSEN LAW FIRM, LLC
>
>/S/   Thomas C. Pennebaker
>Thomas C. Pennebaker, LA. Bar No. 24597
>William R. DeJean, LA Bar No. 22762
>3838 N. Causeway Blvd., Suite 2850
>Metairie, LA 70002
>Phone: (504) 837-2500
>Fax: (504) 832-9165
>Email: tpennebaker@nielsenlawfirm.com
>          wdejean@nielsenlawfirm.com
>
>and

>GORDON, ARATA, McCOLLUM, DUPLANTIS
>& EAGAN, L.L.P.
>
>Terrence K. Knister, La. Bar No. 7755
>Anne P. Birdsong, La. Bar No. 21478
>201 St. Charles Ave., 40th Floor
>New Orleans, LA 70170
>Phone: (504) 582-1111
>Fax: (504) 582-1121
>Email: tknister@gordonarata.com
>          abirdsong@gordonarata.com
>
>Counsel for ScotBilt Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of July, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 12 Motion to Dismiss filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

>/s/  Thomas C. Pennebaker
>Thomas C. Pennebaker, La. Bar 24597