UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |

*Pujol v. The United States of America, et al.,*)
**Civil Action No. 08-3217**

**NOTICE OF HEARING OF RULE 12 MOTION TO DISMISS
THE *PUJOL* COMPLAINT AND AMENDED COMPLAINT
ON BEHALF OF NEWLY ADDED DEFENDANT
SCOTBILT HOMES, INC.**

Comes Now the newly added Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and hereby notifies all parties that it's Rule 12 Motion to Dismiss will be heard by the Court on July 23RD, at 9:30 a.m. along with the Manufacturing Defendant's Joint Motion to Dismiss.

    Respectfully submitted:

    NIELSEN LAW FIRM, LLC

    /S/   Thomas C. Pennebaker
    Thomas C. Pennebaker, LA. Bar No. 24597
    William R. DeJean, LA Bar No. 22762
    3838 N. Causeway Blvd., Suite 2850
    Metairie, LA 70002
    Phone: (504) 837-2500
    Fax: (504) 832-9165
    Email: tpennebaker@nielsenlawfirm.com
           wdejean@nielsenlawfirm.com

    and

1

GORDON, ARATA, McCOLLUM, DUPLANTIS
& EAGAN, L.L.P.

Terrence K. Knister, La. Bar No. 7755
Anne P. Birdsong, La. Bar No. 21478
201 St. Charles Ave., 40th Floor
New Orleans, LA 70170
Phone: (504) 582-1111
Fax: (504) 582-1121
Email: tknister@gordonarata.com
abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8Th day of July, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 12 Motion to Dismiss filed on behalf of ScotBilt Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/  Thomas C. Pennebaker
Thomas C. Pennebaker, La. Bar 24597