UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                        SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

## ORDER

In addition to the two untimely motions to dismiss addressed in this Court's July 7,

2008 Order, the Court has received two more untimely motions to dismiss[1]: (1) Motion to

Dismiss the Complaint and the First Supplemental and Amended Complaint on Behalf of

Newly Added Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Palm

Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (Rec.

Doc. 466); and (2) Rule 12 Motion to Dismiss the Original and First Supplemental and

---

[1]        According to Pretrial Order No. 2 (Rec. Doc. 87):

          Should any Defendant decide to file a motion to dismiss under Fed. R. Civ. P. 12(b)
          concerning any or all portions of the consolidated Master Complaint, any such motion
          shall be filed and served within sixty (60) days after Plaintiffs file their Master
          Complaint. This provision does not preclude the filing of other Rule 12 motions or other
          dispositive motions at other times, as appropriate, pursuant to further Orders of the Court.
          Plaintiffs' responses to any Rule 12(b) motion shall be filed and served thirty (30) days
          thereafter, and Defendants' replies (if any) shall be filed and served ten (10) days
          thereafter.

Because the Master Complaint was filed on 3/18/08, motions to dismiss were to be filed 60 days thereafter (or by
Monday, May 19, 2008).  Responses are due within 30 days after the filing of those motions , and replies were due
10 days after the filing of the responses.

Amending Complaint on Behalf of Scotbilt Homes, Inc. (Rec. Doc. 491).

**IT IS ORDERED** that (1) the **Motion to Dismiss the Complaint and the First Supplemental and Amended Complaint on Behalf of Newly Added Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (Rec. Doc. 466)**; and (2) **Rule 12 Motion to Dismiss the Original and First Supplemental and Amending Complaint on Behalf of Scotbilt Homes, Inc. (Rec. Doc. 491)** are **DENIED AS UNTIMELY**.  No responses to these untimely motions shall be filed.

**IT IS FURTHER ORDERED** that any motions to dismiss filed in the future will be stricken from the record.  The deadline for filing such motions has long expired. (See Rec. Doc. 87).

New Orleans, Louisiana, this 9th day of July, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2