UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873  SECTION "N-4"  JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | ) ) ) ) | MAG. JUDGE ROBY |

## ORDER

Considering the foregoing Motion for Leave of Court to File Reply Memorandum to Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss on behalf of Newly Added Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC;

**IT IS ORDERED** that Newly Added Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, be and hereby are granted leave to file their Reply Memorandum to the Plaintiffs' Opposition to Defendants' 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana, this ___8th___ day of July, 2008.

_____
HONORABLE JUDGE KURT D. ENGELHARDT

****In the future, all such requests MUST include reference to the motion, BY RECORD DOCUMENT NUMBER, to which the reply seeks to supplement.****