UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVSIION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION : | MDL NO: 2:07-MD-1873 |
| | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO : THE ADMINISTRATIVE MASTER COMPLAINT : | JUDGE ENGELHARDT |
| | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING THE FOREGOING Motion and Memorandum for Leave to File Reply Brief in Support of Motion to Dismiss Administrative Master Complaint:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Redman Homes, Inc. be and hereby is granted leave to file its Reply Brief in Support of Motion to Dismiss Administrative Master Complaint.

New Orleans, Louisiana, this ___8th___ day of _____July_____, 2008.

```
_____
JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
```

382810