UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVSIION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION : | MDL NO: 2:07-MD-1873 |
| | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO : THE ADMINISTRATIVE MASTER COMPLAINT : | JUDGE ENGELHARDT |
| | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

CONSIDERING THE FOREGOING Motion and Memorandum for Leave to File Reply Brief in Support of Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Patriot Homes, Inc. be and hereby is granted leave to file its Reply Brief in Support of Motion to Dismiss.

New Orleans, Louisiana, this ___8th___ day of _____July_____ , 2008.

_____
JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

382804