**MINUTE ENTRY**
**ROBY, MJ**
**JULY 9, 2008**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  FEMA TRAILER** | **MDL 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N"(4)** |

### JUDGE KAREN WELLS ROBY, PRESIDING

LAW CLERK:                                                Leanne Howell
COURT REPORTER/RECORDER:            Diane Gertjejansen

Appearances:   Plaintiffs' Liaison Counsel, Gerald E. Meunier, accompanied by attorneys Frank D'Amico, Jr., Justin I. Woods and Linda Nelson.

Defendants' Liaison Counsel, Andrew D. Wienstock, accompanied by attorneys Jerry L. Saporito, Ben Mayeaux, Randall Mulcahy, and Larry Feldman.[1]

MOTION OF the Manufacturing Defendants Liaison Counsel ("MDLC"):
   **Motion for Protective Order on Merits Discovery (Rec. Doc. No. 408)**

Counsel argued the motion to the Court.  The motion is submitted.  The Court shall issue an order.

**MJSTAR:  01:05**

---

[1] The United States filed a Statement of Non-Appearance (Rec. Doc. No. 450).