OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL -8 PM 3:01

LORETTA G. WHYTE
CLERK

Date: July 8, 2008

Stephanie G. PuJoL, Et Al

vs.

The United States of America, Et Al

Case No. 08-3217   Section N-4

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Coachmen Recreational Vehicle Company
   (address) 40 Technology Parkway, South, #300 Norcross, GA
2. (name) Palm Harbor Manufacturing, Inc.
   (address) 5616 Corporate Boulevard, Suite 400B Baton Rouge, LA 70808
3. (name) CMH Manufacturing, Inc.
   (address) 500 S. Gay Street Suite 2021 Knoxville, TN 37929
4. (name) Viking Recreational Vehicles LLC
   (address) 601 Abbott Road East Lansing, MI 48823

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA     70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 JUL -8 PM 3: 01

LORETTA G. WHYTE
CLERK

Date: July 8, 2008

Stephanie G. Pujol, ET AL

vs.

The United States of America ET AL

Case No. 08-3217   Section N-4.

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

5 1. (name) Giles Family Holdings, Inc.
   (address) Alan C. Neely 405 S. Broad Street, New Tazewell, TN 37825-7243

6 2. (name) SunRay Investments, LLC
   (address) Alan Neely 405 S. Broad Street New Tazewell TN 37825

7 3. (name) Palm Harbor Albermarle, LLC
   (address) 225 Hillsborough Street Raleigh, N.C. 27603

8 4. (name) _____
   (address) _____

Very truly yours,

Kristy Maule
"Signature"

Attorney for _____

Address _____

___ Fee_____
___ Process_Courtesy
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____