OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 JUL -9 AM 11:38
LORETTA G. WHYTE
CLERK

Date: July 9, 2008

Formaldehyde
_____
vs.

_____

Case No. 07-1873 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Coachmen Recreational Vehicle Company
   (address) _____
2. (name) Palm Harbor Manufacturing, Inc.
   (address) _____
3. (name) CMH Manufacturing, Inc.
   (address) _____
4. (name) Viking Recreational Vehicle LLC
   (address) _____

Very truly yours,

Kristy Mullen
"Signature"

Attorney for _____
Address _____

Fee ____
Process ____
Dktd ____
CtRmDep ____
Doc. No. ____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 JUL -9  AM 11: 38
LORETTA G. WHYTE
CLERK

Date: July 9, 2008

Formaldehyde.

vs.

Case No. 07-1873 Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

5 1. (name) Niles Family Holdings LLC
   (address) _____

6 2. (name) Sunray Investments, LLC.
   (address) _____

7 3. (name) Palm Harbor Albermarle, LLC.
   (address) _____

8 4. (name) Morgan Buildings & Spas, Inc.
   (address) _____

Very truly yours,

Kristy Mulh
"Signature"

Attorney for _____
Address _____

___ Fee _____
✓ Process _____
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____