UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELDRIDGE N. KLIBERT | * | CIVIL ACTION #:   07-9073 |
| | * | |
| | * | |
| VERSUS | * | SECTION:   "N" |
| | * | |
| FLEETWOOD ENTERPRISES, INC., ET AL | * | MAGISTRATE:   (4) |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF DISMISSAL

NOW INTO COURT, through the undersigned counsel, come the Plaintiff, Eldridge Klibert, and says as follows:

I.

Plaintiff wishes to dismiss this lawsuit.

II.

No party has filed an answer so plaintiff should be allowed to dismiss without prejudice.

**WHEREFORE**, Plaintiffs request pray that this lawsuit be dismissed without prejudice.

Respectfully submitted,

 /s/ DARRYL J. BECNEL
DANIEL E. BECNEL, JR. (LSBA # 2926)
DARRYL J. BECNEL (#22,943)
Law Offices of Daniel E. Becnel, Jr.
106 West Seventh Street
Post Office Drawer "H"
Reserve, Louisiana 70084
Telephone:   (985) 536-1186
Facsimile:   (985) 536-6445

CERTIFICATE OF SERVICE

-1-

I hereby certify that I have on this __11th__ day of ___July_____, 2008, I served a copy of the above and foregoing pleading on counsel for all parties to this action by Electronic Case Filing transmission.

                                                                                                          __/s/ DARRYL J. BECNEL__

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELDRIGE N. KLIBERT | * | CIVIL ACTION #:   07-9073 |
| | * | |
| | * | |
| VERSUS | * | SECTION:   "N" |
| | * | |
| FLEETWOOD ENTERPRISES, | * | |
| INC., ET AL | * | MAGISTRATE:   (4) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# **O R D E R**

Considering the foregoing Motion:

IT IS ORDERED, that this matter is hereby dismissed without prejudice.

NEW ORLEANS, LOUISIANA this ____ day of _____, 2008.

_____
JUDGE, U.S. DISTRICT COURT

-1-