UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N-4" <br><br> JUDGE ENGELHARDT <br> MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PSC MEMORANDUM IN SUPPORT OF**
**MOTION FOR THE ENTRY OF PRETRIAL ORDER NO. 13**

**MAY IT PLEASE THE COURT:**

On May 23, 2008, the Court entered Pretrial Order No. 8 [Doc. 287], which adopted certain guidelines and deadlines which had been proposed by counsel relative to class certification. It now appears that these deadlines can and should be extended in order to allow the parties to more fully and properly develop the needed record for this Court to decide the question of class certification. In particular, the PSC now requests that the number of weeks set aside for the taking of depositions by the parties (addressed in paragraph 6 of PTO #8) be expanded, and that various deadlines for witness and exhibit lists, expert reports, and the completion of all discovery and pre-hearing motion practice, be extended.

These specific modifications to PTO #8 which the PSC proposes are set forth in the attached Pretrial Order No. 13. The Court will note that in this proposed Pretrial Order No. 13 the final hearing/submission date for class certification, i.e., no later than November 19, 2008, is left unchanged.

The PSC acknowledges that on July 2, 2008, this Court conducted a telephone conference with counsel and resolved certain issues dealing with the FRCP 30(b)(6) depositions which plaintiffs intend to take in connection with class certification. However, even with those issues resolved, the PSC strongly urges that additional weeks for the taking of depositions will be required in order to accommodate the logistics and traveling necessary for multiple depositions, including 30(b)(6) depositions, and that this extended pre-certification discovery period in turn makes it appropriate to extend the referenced deadlines in PTO #8.

For the foregoing reasons, the PSC respectfully requests that the Court enter the attached Pretrial Order No. 13.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

    I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Gerald E. Meunier
                                          GERALD E. MEUNIER, #9471