UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 13

Considering the foregoing motion, and the arguments of counsel in support of and in opposition to same,

IT IS ORDERED that the Court now adopts the following revisions pertinent to the below-specified paragraphs of Pretrial Order No. 8:

6.  **July 7, 2008**: Depositions of Parties begin:

   The week of July 7, 2008 is assigned to Defendants to set depositions;

   The week of July 14, 2008 is assigned to Plaintiffs to set depositions;

   The week of July 21, 2008 is assigned to Defendants to set depositions;

   The week of July 28, 2008 is assigned to Plaintiffs to set depositions;

   The week of August 4, 2008 is assigned to Defendants to set depositions;

   The week of August 11, 2008 is assigned to Plaintiffs to set depositions;

   The week of August 18, 2008 is assigned to Defendants to set depositions;

   The week of August 25, 2008 is assigned to Plaintiffs to set depositions;

   The week of September 2, 2008 is assigned to Defendants to set depositions;

The week of September 8, 2008 is assigned to Plaintiffs to set depositions;

The week of September 15, 2008 is assigned to Defendants to set the depositions of Plaintiffs' experts; and

The week of September 22, 2008 is assigned to Plaintiffs to set the depositions of Defendants' experts.

7. **August 11, 2008:** PLC will submit Plaintiffs' Final Witness and Exhibit Lists.

8. **August 18, 2008:** MDLC and GC will submit Defendants' Final Witness and Exhibit Lists.

9. **August 22, 2008:** PLC will submit Plaintiffs' expert reports, affidavits, and resumes of all experts to be called at the Class Certification Hearing.

10. **September 5, 2008:** MDLC and GC will submit Defendants' expert reports, affidavits, and resumes of all experts to be called at the Class Certification Hearing.

11. **September 26, 2008:** The parties will complete all discovery of issues related to class certification, including depositions of witnesses identified by the PLC, MDLC and GC.

12. **October 7, 2008:** All Motions (including *Daubert* Motions and Motions in *Limine*) must be filed and served.

13. **October 10, 2008:** Plaintiffs shall file a Motion to Certify a Class (with appropriate subclasses), pursuant to the Master Complaint, as well as a brief in support of the motion.

14. **October 31, 2008:** One brief in opposition to the Plaintiffs' Motion to Certify shall be filed by all manufacturers who have appeared through counsel herein, and one opposition brief shall be filed by the United States/FEMA.

15. **November 5, 2008:** The PLC, MDLC, and GC will submit to the Court a Joint Pretrial Order including the following related to the Class Certification Hearing, presently

scheduled for no later than **November 19, 2008**:

A.  All stipulations of fact regarding determination of class certification under Federal Rule 23;

B.  A final list of witnesses that complies with the requirements of Federal Rule 26(a)(3);

C.  The designation of those witnesses whose testimony each party expects to present by deposition; and

D.  An identification of each document or other exhibit (including affidavits) that each party expects to offer into evidence at the Class Certification Hearing.

NEW ORLEANS, LOUISIANA, this \_\_\_\_\_ day of _____, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE