**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                 MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-4"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PSC'S UNOPPOSED MOTION FOR EXPEDITED HEARING

_____NOW INTO COURT, through undersigned counsel for the Plaintiffs' Steering

Committee (PSC), come plaintiffs herein, who respectfully suggest to the Court that it is both

necessary and appropriate under the circumstances of this litigation to expedite consideration by

the Court of the PSC Motion for the Entry of Pretrial Order No. 13, which motion is being filed

herewith, and who accordingly request that the PSC Motion for the Entry of Pretrial Order No.

13 be set expeditiously for hearing by this Court, and who finally represent that defendants do not

oppose this Motion for Expedited Hearing.

                               Respectfully submitted:

                               **FEMA TRAILER FORMALDEHYDE**
                               **PRODUCT LIABILITY LITIGATION**

                   BY:     s/Gerald E. Meunier_____
                               GERALD E. MEUNIER, #9471
                               **PLAINTIFFS' CO-LIAISON COUNSEL**
                               Gainsburgh, Benjamin, David, Meunier &
                               Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
_____
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2008, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.  I further certify that I mailed the foregoing document and

the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF

participants.

s/Gerald E. Meunier
_____
GERALD E. MEUNIER, #9471