UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Pujol, et al. v. The United States of America, et al.,* | * | MAG: ROBY |
| Civil Action No. 08-3217 | | |

### JOINT MOTION TO VACATE
### THIS COURT'S ORDER OF JULY 9, 2008 (DOCKET ENTRY 493)

NOW INTO COURT, comes undersigned counsel on behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc.; Palm Harbor Homes, Inc.; Palm Harbor Mfg., LP; Palm Harbor Albemarle, LLC; and ScotBilt Homes, Inc. (collectively referred to as the "Newly Added Defendants"); the Defense Group's liaison counsel; the Plaintiffs' liaison counsel, and the United States of America, and file this Joint Motion requesting that the Court amend and/or vacate its Order of July 9, 2008 denying the Newly Added Defendants' Motions to Dismiss (docket entries 466 and 491) filed in response to *Pujol, et al. v. The United States of America, et al.* (Civil Action No. 08-3217) underlying lawsuit. The basis for this request is as follows:

Counsel for those Newly Added Defendants timely filed Motions on May 19, 2008 in response to the Administrative Master Complaint and the Amended Administrative Master Complaint at issue in MDL 1873. (See docket entries 230, 244 and 259 in civil action no. 07-1873). Those motions were filed in response to the Court's Order and are set for hearing on July

1

23, 2008. Subsequent to these motions being filed on May 19, 2008, the *Pujol* lawsuit was served on the Newly Added Defendants.

The motions to dismiss the *Pujol* complaint and at issue here (docket entries 466 and 491) were filed by counsel for the Newly Added Defendants on July 8, 2008 in response to the subsequently served *Pujol* lawsuit. July 8th was the normal deadline under the Federal Rules of Civil Procedure to file a response to the Amended Pujol lawsuit and under the local rules of the court to file motions to have them heard on July 23, 2008 (15 days prior to the hearing date).[1] Out of an erroneous understanding on the part of the counsel for the Newly Added Defendants, counsel for those parties believed that it was necessary to file motions responding to each individual underlying lawsuit in addition to the motions responding to the Amended Administrative Master Complaint so as to join all issues in all cases before the court for the July 23, 2008 hearing date and to create a complete Court record.

After the court's entry of its Order of July 9, 2003, (docket entry 493) denying the Newly Added Defendants' respective motions (docket entries 466 and 491), counsel for the Newly Added Defendants were informed by Defendant's Liaison Counsel that instead of filing separate motions to dismiss to the Amended *Pujol* Complaint, Newly Added Defendants should have instead filed lists of Rule 12 motions that they wished to be preserved for the *Pujol* lawsuit. Further, Defense Liaison Counsel informed Newly Added Defendants that their previously filed Motion to Dismiss the Administrative Master Complaint would be deemed applicable to the Amended *Pujol* Complaint.

---

[1] These motions (docket entries 466 and 491) are identical to the Motions filed by these same defendants on May 19, 2008 (docket entries 230, 244 and 259), with the only exception being that the arguments that the Amended Master Complaint is not a valid pleading were omitted because the *Pujol* complaint is a separate document from the Amended Master Complaint.

2

The present situation is the result of a misunderstanding on the part of the counsel for the Newly Added Defendants. The Newly Added Defendants now ask the court for relief from its Order of July 9, 2008 in the form of vacating its Order of Denial (docket entry 493), so as to allow the Newly Added Defendants the opportunity to withdraw the subject motions (docket entries 466 and 491) and instead file their respective preservation lists of Rule 12 Motions.

Liaison Counsel for Plaintiffs, the Defendants, and FEMA have been contacted about this situation and have had the situation explained to them, and have no objection to this Motion as indicated by their signatures below.

WHEREFORE the Defendants, ScotBilt Homes, Inc.; CMH Manufacturing, Inc., Southern Energy Homes, Inc.; Palm Harbor Homes, Inc.; Palm Harbor Mfg., LP; Palm Harbor Albermarle, LLC, pray that this Honorable Court issue an order vacating its denial order (docket entry 493) so as to allow the Defendants to withdraw their respective motions (docket entries 466 and 491) and instead file their respective preservation lists of Rule 12 motions.

July 10, 2008

Respectfully submitted:

_____
Thomas C. Pennebaker, LA. Bar No. 24597
NIELSEN LAW FIRM, LLC
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: (504) 837-2500
Fax: (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
Counsel for ScotBilt Homes, Inc.

3

_____
Thomas W. Thagard, III
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Phone: (205) 254-1000
Email: Tthagard@maynardcooper.com


_____
**ANDREW D. WEINSTOCK (#18495)
DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
Defendants' Liaison Counsel


_____
GERALD E. MEUNIER (#9471)
GAINSBERG, BENJAMIN, DAVID, MEUNIER &
WARSHAUER, L.L.C.
2800 Entergy Centre, 1100 Poydras Street
New Orleans, Louisiana, 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com
Plaintiffs' Liaison Counsel


_____
HENRY T. MILLER, (DC Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C., 20004
Telephone No. (202) 616-4223
Facsimile No. (202) 616-4473
Email: Henry.Miller@usdoj.gov
Attorney for the United States of America

4

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2008, a copy of the foregoing motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

_____
ANDREW D. WEINSTOCK
andreww@duplass.com