UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has received the PSC Motion for the Entry of Pretrial Order No. 13 (Rec. Doc. 523), and the request for oral argument on the same (See Rec. Doc. 526). Because the Court determines that oral argument is unnecessary,

**IT IS ORDERED** that oral argument on the **PSC Motion for the Entry of Pretrial Order No. 13 (Rec. Doc. 523)** is **CANCELLED**.

**IT IS FURTHER ORDERED** that the **PSC's Unopposed Motion for Expedited Hearing (Rec. Doc. 524)** is **GRANTED** such that the hearing on the PSC Motion for the Entry of Pretrial Order No. 13 (Rec. Doc. 523) will be set for **Wednesday, July 23, 2008, without oral argument**.

**IT IS FINALLY ORDERED** that any opposition to the **PSC Motion for the Entry of Pretrial Order No. 13 (Rec. Doc. 523)** shall be filed by **Friday, July 18, 2008, at 5:00 p.m.**

New Orleans, Louisiana, this _14th_ day of July, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**