UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT AND ALL OTHER | ) | |
| RELATED CASES | | |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW
NEWLY ADDED DEFENDANTS GILES INDUSTRIES, INC. AND SUNRAY RV, LLC'S
MOTION FOR SUMMARY JUDGMENT**

MAY IT PLEASE THE COURT:

Newly Added Defendants Giles Industries, Inc. and SunRay RV, LLC, by and through undersigned counsel, move this Honorable Court for an Order withdrawing their previously filed Motion for Summary Judgment (Doc. 295) on the basis that the Motion for Summary Judgment is now moot. The summary judgment is now moot because, based on the affidavits and evidence presented by the summary judgment motion, plaintiffs have filed their First Supplemental and Amended Master Complaint which dismisses Giles Industries, Inc. and SunRay RV, LLC from the AMC and the *Pujols* complaint and amends in new corporate entities unrelated to Giles and SunRay. (Document 369-3).

1

Respectfully submitted,

*/s/ James K. Carroll*
James K. Carroll
One of the Attorneys for Newly Added Defendants
Giles Industries, Inc. and SunRay RV, LLC

**OF COUNSEL:**
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on July 15th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

*/s/ James K. Carroll*