UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 <br><br> SECTION N-4 <br><br> JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT AND ALL OTHER RELATED CASES | MAG. JUDGE ROBY |

## ORDER

Considering Plaintiffs' First Supplemental and Amended Master Complaint (Pacer No. 379) which dismisses Giles Industries, Inc. ("Giles Industries") and SunRay RV, LLC ("SunRay RV") from the AMC and the *Pujols* complaints and amends in new corporate entities unrelated to Giles Industries and SunRay RV, the Motion to Withdraw Motion for Summary Judgment filed by Giles Industries and SunRay RV, and the supporting memorandum filed therewith:

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by Newly Added Defendants Giles Industries, Inc. and SunRay RV, LLC. be and is hereby withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE