UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION FOR PROTECTIVE ORDER REGARDING ELECTRONIC DISCOVERY**

**NOW INTO COURT**, through Manufacturing Defendants' Liaison Counsel, come Defendants, Gulf Stream Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., Coachmen Industries, Inc., Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc., Monaco Coach Corporation, R-Vision, Inc., KZ RV, LP, Thor California, Inc., DS Corporation (d/b/a CrossRoads RV), Dutchmen Manufacturing, Inc., TL Industries, Inc. and Frontier RV, Inc., CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Homes, Inc., Palm Albemarle Harbor Albemarle, LLC, Palm Harbor Mfg., LP, Silver Creek Homes, Scotbilt Homes, Inc. and Keystone RV Company (collectively, the "Manufacturing Defendants"), which respectfully request that this Honorable Court issue an Order pursuant to Federal Rule of Civil Procedure Rule 26(c):

1.     Apportioning the cost of searches for electronically stored information;

2.     Requiring that the litigants only conduct one search for electronically stored information.  Thereafter, if a litigant is required to conduct a subsequent search after good cause shown, the requesting party shall bear the cost of the search; and

3.   Determining whether at this time all Manufacturing Defendants are required to conduct searches of electronically stored information.

For the foregoing reasons, which will be more fully set forth in the attached Memorandum in Support of Motion for Protective Order, the Manufacturing Defendants' Liaison Counsel respectfully requests that this Court issue an Order as set forth above.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
**DEFENSE LIAISON COUNSEL**

## C E R T I F I C A T E

I hereby certify that on the 15th day of July, 2008, a copy of the foregoing Motion for Protective Order Regarding Electronic Discovery was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

ANDREW D. WEINSTOCK #18495
andreww@duplass.com