**CRYSTLE ACCARDO**

---

**From:** JOSEPH G. GLASS
**Sent:** Tuesday, July 15, 2008 4:41 PM
**To:** CRYSTLE ACCARDO
**Subject:** FW: Emailing: Electronic Keyword Search Terms (00037529).DOC
**Attachments:** Electronic Keyword Search Terms (00037529).DOC

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Friday, June 27, 2008 11:32 AM
**To:** ANDREW WEINSTOCK; JOSEPH G. GLASS; Miller, Henry (CIV); Boyle, Michelle (CIV); Gerald E. Meunier; Ronnie Penton; Linda Nelson; Denise Martin
**Subject:** Emailing: Electronic Keyword Search Terms (00037529).DOC

All,

Attached is the working list of electronic search terms to be used by defendants for production of electronic documents. The PSC edits/additions are also included.

We do not consider this to be an exclusive list. As discovery proceeds, we may wish to have additional terms added to this list.

Justin.

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**Working List of Electronic Search Terms**

Formaldehyde (w/ misspellings)
Fmd
HCHO
Luan
Resin
Urea
FEMA
DHS
HUD
CDC
ATSDR
NIOSH
OSHA
EPA
Sierra Club
National Cancer Institute
Hurricane
Katrina
Rita
Charley
Andrew
Odor
Smell
Low odor
Low emitting
Low emission
LOFT
Half-life
abatement
Curing
Off-gassing
Hot stacking
Ventilation rate
Air quality
LFE
PPM
PPB
Parts per million
Parts per billion
Particle board/pressed wood, engineered wood, composite wood, plywood, fiberboard, adhesive, MDF, OSB (using Boolean search)

Additional Boolean search using *formaldehyde / HCHO*:
Spec!
Stand!
Quality
Compl!
Test!
Wood
Monitor!
Emission!
Emit!
Warn!
Safe!
Health!
Expos!
Danger!
Harm!
Medic!
Cancer!
Carcin!
Asthma
RADS

Manufacturer Specific:
Supplier names
Any other components that contained formaldehyde that were specific to manufacturer specs

**PSC ADDITIONAL KEYWORD SEARCH TERMS:**

Abate!
Absorb!
ACS
Additives
Adhesive
AIHA
Alternative
American Chemical Society
American Industrial Hygiene Association
American Plywood Association
American Standard Testing Method
American Standards Association
Analy!
APA
ASA
ASTM

Bind!
Bond!
Climate
Coat!
Component part
Department of Homeland Security
DHAC
Exposure
Federal Emergency Management Agency
Fiberboard
Filler
Glue!
Green product
Heat
Humidity
Indoor Air
Industrial Board
Install!
Jack!
Manufactured Housing Institute
Medium density fiberboard
Medium density particleboard
MHI
National Particleboard Association
NCEH
NPA
Particleboard
Perforator
Plywood
Release
Sampl!
Storage Life
Structural Board
Tack
Tempered Hardboard
Treat!
Vapor!
Ventilation
Volume
Working Life