## CRYSTLE ACCARDO

**From:** JOSEPH G. GLASS
**Sent:** Tuesday, July 15, 2008 4:39 PM
**To:** CRYSTLE ACCARDO
**Subject:** Electronic Discovery

**From:** ANDREW WEINSTOCK
**Sent:** Thursday, July 03, 2008 1:07 PM
**To:** 'Justin Woods'
**Cc:** 'jglass@duplass.com'
**Subject:** Electronic Discovery

This will confirm our call this morning. At this time, several defendants intent to proceed with the Electronic Discovery using the search terms developed by the defendants and supplemented by the Plaintiffs. Some defendants may try to shift the costs of this process (which you have respectfully declined to pay). You maintain that the Plaintiffs have the right to supplement the search terms at a later time. The defendants intend to request the court shift the costs of a second sweep to the Plaintiffs. You have declined to agree to pay that cost as well. Nevertheless, the plaintiffs have no additional search terms at this time. Please let me know by the end of today if anything in this e-mail is incorrect.

7/15/2008