UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion for Protective Order Regarding Electronic Discovery filed by Manufacturing Defendants' Liaison Counsel on behalf of Defendants, Gulf Stream Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., Coachmen Industries, Inc., Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc., Monaco Coach Corporation, R-Vision, Inc., KZ RV, LP, Thor California, Inc., DS Corporation (d/b/a CrossRoads RV), Dutchmen Manufacturing, Inc., TL Industries, Inc. and Frontier RV, Inc., CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Homes, Inc., Palm Albemarle Harbor Albemarle, LLC, Palm Harbor Mfg.,

LP, Silver Creek Homes, Scotbilt Homes, Inc. and Keystone RV Company (collectively, the "Manufacturing Defendants"), is hereby set for the 30th day of July, 2008 at 10:00 a.m.

      Respectfully submitted,

      **DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

      s/Andrew D. Weinstock

      **ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
      3838 N. Causeway Blvd., Suite 2900
      Metairie, LA 70002
      (504) 832-3700

## C E R T I F I C A T E

I hereby certify that on the 15th day of July, 2008, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

      s/Andrew D. Weinstock

      ANDREW D. WEINSTOCK #18495
      andreww@duplass.com