UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

**********************************************************************

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through Manufacturing Defendants' Liaison Counsel, come Defendants, Gulf Stream Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., Coachmen Industries, Inc., Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc., Monaco Coach Corporation, R-Vision, Inc., KZ RV, LP, Thor California, Inc., DS Corporation (d/b/a CrossRoads RV), Dutchmen Manufacturing, Inc., TL Industries, Inc. and Frontier RV, Inc., CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Homes, Inc., Palm Albemarle Harbor Albemarle, LLC, Palm Harbor Mfg., LP, Silver Creek Homes, Scotbilt Homes, Inc. and Keystone RV Company (collectively, the "Manufacturing Defendants"), which respectfully request that this Honorable Court set its Motion for Protective Order Regarding Electronic Discovery for an expedited hearing.

Defendants submit that an expedited hearing of its motion is warranted because Defendants will suffer irreparable harm if this Honorable Court does not resolve this issue immediately.

                Respectfully submitted,

                **DUPLASS, ZWAIN, BOURGEOIS,**
                **PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock
                _____

                **ANDREW D. WEINSTOCK #18495**
                **JOSEPH G. GLASS #25397**
                3838 N. Causeway Blvd., Suite 2900
                Metairie, LA 70002
                (504) 832-3700
                **DEFENSE LIAISON COUNSEL**

## **C E R T I F I C A T E**

     I hereby certify that on the 15th day of July, 2008, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                s/Andrew D. Weinstock
                _____
                ANDREW D. WEINSTOCK #18495
                andreww@duplass.com