UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Motion For Expedited Hearing of the Manufacturing Defendants' Liaison Counsel, on behalf of Defendants, Gulf Stream Coach, Inc., Recreation by Design, LLC, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., Coachmen Industries, Inc., Forest River, Inc., Pilgrim International, Inc., Starcraft RV, Inc., Jayco Enterprises, Inc., Thor Industries, Inc., Monaco Coach Corporation, R-Vision, Inc., KZ RV, LP, Thor California, Inc., DS Corporation (d/b/a CrossRoads RV), Dutchmen Manufacturing, Inc., TL Industries, Inc. and Frontier RV, Inc., CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Homes, Inc., Palm Albemarle Harbor Albemarle, LLC, Palm Harbor Mfg., LP, Silver Creek Homes, Scotbilt Homes, Inc. and Keystone RV Company (collectively, the "Manufacturing Defendants"), is granted; and the hearing on Defendants' Motion for Protective Order Regarding Electronic Discovery is hereby set for hearing on the ____ day of _____, 2008 at _____ o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE