UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>　　　FORMALDEHYDE<br>　　　PRODUCTS LIABILITY<br>　　　LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION: N(4) |
| This Document Relates to:<br>*Pujol, et al. v. The United States of America, et al.,*<br>Civil Action No. 08-3217 | * <br> * | JUDGE: ENGELHARDT<br>MAG: ROBY |

## ORDER

Considering the Joint Motion to Vacate This Court's Order of July 9, 2008 (Docket Entry 493),

**IT IS HEREBY ORDERED** that the Motion is granted, and that this Honorable Court issue an order vacating its denial order (Docket Entry 493) so as to allow the Defendants to withdraw their respective motions (Docket Entries 466 and 491) and instead file their respective preservation lists of Rule 12 motions.

**DONE AND SIGNED** this 16th day of July, 2008.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA