IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGAITON, | ) ) ) MDL NO. 07-1873 ) SECTION "N-4" |
| THIS DOCUMENT IS RELATED TO ALL CASES | ) ) Judge Engelhardt ) Mag. Judge Roby |

### EX PARTE MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT come Defendants Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., and Fleetwood Homes of North Carolina, Inc. and move this Honorable Court to add Taylor T. Daly, Matthew B. Lerner, Rebecca B. Phalen and Amanda N. Shelton of the firm Nelson Mullins Riley & Scarborough LLP as additional counsel of record on behalf of the Fleetwood Defendants in this proceeding.

Taylor T. Daly is a partner at the law firm of Nelson Mullins Riley & Scarborough LLP and is admitted to practice in and in good standing with the United States District Courts of the Northern District of Georgia, Middle District of Georgia, and Southern District of Georgia.

Matthew B. Lerner is an associate at the law firm of Nelson Mullins Riley & Scarborough LLP and is admitted to practice in and in good standing with the

United States District Courts of the Northern District of Georgia, Middle District of Georgia, and Southern District of Georgia.

Rebecca B. Phalen and Amanda N. Shelton are associates at the law firm of Nelson Mullins Riley & Scarborough LLP and are each admitted to practice in and in good standing with the United States District Court of the Northern District of Georgia.

This 16th day of July, 2008.

>Respectfully submitted:
>
>/s/ Richard K. Hines, V
>Richard K. Hines, V
>Georgia Bar No. 356300
>NELSON MULLINS RILEY &
>SCARBOROUGH, LLP
>Atlantic Station
>201 17th Street, NW,  Suite 1700
>Atlanta, GA  30363
>(404) 322-6000 (phone)
>(404) 322-6050 (fax)
>
>Jerry L. Saporito
>Louisiana Bar No. 11717
>LEAKE & ANDERSSON, L.L.P.
>1700 Energy Centre
>1100 Poydras St.
>New Orleans, LA 70163-1701
>(504) 585-7500 (phone)
>(504) 585- 7775 (fax)
>
>Counsel for Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., and Fleetwood Homes of North Carolina, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|  |  |
|---|---|
| (  )   Hand Delivery | (  )   Prepaid U.S. Mail |
| (  )   Facsimile | (  )   Federal Express |
| ( X )   CM/ECF | |

This 16th day of July, 2008.

/s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

3