IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-4"

                               JUDGE ENGELHARDT
                               MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED
<u>"STIPULATED PROTECTIVE ORDER"</u>**

NOW INTO COURT, through undersigned counsel, the Plaintiffs' Steering Committee (PSC), come plaintiffs herein, who, for the reasons more fully set forth in the memorandum attached hereto, respectfully move the Court for an Order entering the PSC's version of the "Stipulated Protective Order" attached hereto and marked for identification as "Exhibit A".

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

**BY: <u>s/Gerald E. Meunier</u>
GERALD E. MEUNIER, #9471
PLAINTIFFS' CO LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522 2304
Facsimile: 504/528 9973
<u>gmeunier@gainsben.com</u>

1

**s/Justin I. Woods**
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522 2304
Facsimile: 504/528 9973
jwoods@gainsben.com

**COURT APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to all counsel of record who are non CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713