IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-4"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing **PLAINTIFFS' MOTION FOR ENTRY OF PROPOSED "STIPULATED PROTECTIVE ORDER,"** and the briefs and arguments submitted by all parties, it is ordered that Plaintiffs' proposed Stipulated Protective Order be and hereby is entered into the record.

_____
**HON. KURT D. ENGELHARDT**