UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　　SECTION "N-4"

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC'S MOTION FOR EXPEDITED HEARING

　　　NOW INTO COURT, through undersigned counsel for the Plaintiffs' Steering Committee (PSC), come plaintiffs herein, who respectfully suggest to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by the Court of the PSC Motion for the Entry of the Proposed Stipulated Protective Order, which motion is being filed herewith, and who accordingly request that the PSC Motion for the Entry of the Proposed Stipulated Protective Order be set expeditiously for hearing by this Court, and who finally represent that defendants do not oppose this Motion for Expedited Hearing.

　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE**
　　　　　　　　　　　　**PRODUCT LIABILITY LITIGATION**


　　　　　　　　　BY:　s/Gerald E. Meunier
　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　New Orleans, Louisiana 70163

Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
  ANTHONY BUZBEE, Texas # 24001820
  RAUL BENCOMO, #2932
  FRANK D'AMICO, JR., #17519
  MATT MORELAND, #24567
  LINDA NELSON, #9938
  RONNIE PENTON, #10462


**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713