UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                MDL NO. 07-1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                               SECTION N-4

                                                   JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO
THE ADMINISTRATIVE MASTER                          MAG. JUDGE ROBY
COMPLAINT AND ALL OTHER RELATED
CASES

## ORDER

Considering Plaintiffs' First Supplemental and Amended Master Complaint (Pacer No. 379) which dismisses Giles Industries, Inc. ("Giles Industries") and SunRay RV, LLC ("SunRay RV") from the AMC and the *Pujols* complaints and amends in new corporate entities unrelated to Giles Industries and SunRay RV, the Motion to Withdraw Motion for Summary Judgment filed by Giles Industries and SunRay RV, and the supporting memorandum filed therewith:

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by (Rec. Doc. 295) Newly Added Defendants Giles Industries, Inc. and SunRay RV, LLC. be and is hereby withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this 17th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE