UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br>MDL NO:    07-01873<br>SECTION:    "N" (4) |

### ORDER

**IT IS ORDERED** that the Defendants' **Motion for Expedited Hearing (R. Doc. 532)** on their Motion for Protective Order Regarding Electronic Discovery (R. Doc. 531) is hereby **DENIED**. The moving Defendants have failed to argue what "irreparable harm" would result between now and the scheduled hearing date for their motion of July 30, 2008, and thus, why expedited consideration is necessary.

New Orleans, Louisiana, this <u>18th</u> day of July 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**