UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-4"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION
BY PSC TO FILE PREVIOUSLY-IDENTIFIED EXHIBIT**

**MAY IT PLEASE THE COURT:**

Morgan Building & Spas, Inc. [hereafter "Morgan"] was named as a defendant manufacturer in the original Master Complaint. Thereafter, counsel for Morgan produced the affidavit of a company official stating that Morgan sold travel trailers to FEMA after Hurricanes Katrina and Rita but was not a designer or manufacturer of same. Based upon this affidavit, plaintiffs' filed a notice of voluntary dismissal of Morgan as a defendant pursuant to FRCP 41(a)(1)(A)(I). *See* Plaintiffs' Notice of Voluntary Dismissal, filed 6/2/08 (Doc. 304).

Subsequently, certain plaintiffs' counsel furnished to the PSC photographic and website documentation showing that the "Morgan" label or logo appeared on travel trailers in which some of the represented claimants herein resided after the hurricanes. The PSC forwarded this documentation to counsel for Morgan, suggesting that the company should be re-named as a defendant in these proceedings on the basis that it fell within the definition of a "manufacturer" under the Louisiana Product Liability Act [LPLA], to the extent it had labeled the allegedly

defective products as its own or had otherwise held itself out to be the manufacturer of the products.  *See* LSA-R.S. 9:2800.53(1)(a).  The PSC then moved for leave to file a First Supplemental and Amended Master Complaint, which, *inter alia*, renamed Morgan Building & Spas, Inc. as a defendant "manufacturer" pursuant to the above information. Counsel for Morgan did not oppose the filing of this motion for leave to amend.  *See* PSC Unopposed Motion for Leave to File First Supplemental and Amended Complaint, filed 6/20/08 (Doc. 369).  The First Supplemental and Amended Master Complaint was filed on 6/23/08 (Doc. 379).

In the memorandum supporting this motion for leave to file, the PSC referred to the above-referenced photos and a website image showing the "Morgan" label or logo on certain travel trailers, and purported to attach these documents (a total of 3 pages) to the memorandum as Exhibit I.  *See* PSC Memorandum in Support of Motion for Leave to Amend (Doc. 369), at p. 4.[1]  Inadvertently, however, the "Exhibit I" attachment of the photos and website image was not filed with the PSC memorandum, and now should be made part of the record.

Counsel for Morgan has been contacted about this matter and has indicated that she does not oppose the instant motion, which seeks leave to file the referenced photos and website image as "Exhibit I" in connection with the PSC's earlier-filed Unopposed Motion for Leave to Amend the Master Complaint (Doc. 369).

---

[1] These three pages of photos and website image are the same ones which the PSC previously had forwarded to counsel for Morgan.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:    504/528-9973
       jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       RAUL BENCOMO, #2932
       FRANK D'AMICO, JR., #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       RONNIE PENTON, #10462


**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2008, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      s/Gerald E. Meunier
                                      GERALD E. MEUNIER, #9471