UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-4"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

_____Considering the foregoing motion,

**IT IS ORDERED** that the photographs and website image attached hereto and marked as "Exhibit I" be filed into the record, and considered attached as such to the previously-filed PSC Memorandum in Support of the Unopposed Motion for Leave to File the First Supplemental and Amended Complaint (Doc. 369).

THIS DONE the \_\_\_\_ day of July, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT