UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE: ENGELHARDT |
| | * | |
| This Document Relates to: | * | |
| ADMINISTRATIVE MASTER | * | |
| COMPLAINT | * | |
| | * | MAG: ROBY |

*******************************************************************

## MANUFACTURING DEFENDANTS' MOTION TO STRIKE

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants ("Defendants") who hereby move to strike certain plaintiffs from acting as class representatives at the Class Certification Hearing – presently scheduled for no later than November 19, 2008 – because of their failure to timely produce completed Plaintiff Fact Sheets (PFS), in accordance with Pretrial Order Number 8 Section 3 (B) (Rec. Doc. No. 287).

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIASON COUNSEL*

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                          ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana this 18th day of July, 2008.


s/Andrew D. Weinstock

_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com