## Deficiencies in Plaintiff Fact Sheets

| No. | Name | Failed to Sign Certification | Failed to provide VIN or manufacturer | Failed to provide Section VIII documents | Failed to provide signed Privacy Act Release | Failed to provide signed medical authorizations | Should be struck as Class Representative |
|---|---|---|---|---|---|---|---|
| 1. | Alfonso, Christopher Jr. | | | X | | | |
| 2. | Alfonso, Stephen A. | X (did not certify produced, typed version) | | X | X | | Y |
| 3. | Beasley, Heavenly | X | | X | X | | Y |
| 4. | Brown, Dianne H. | | | X | | | |
| 5. | Culler, Jerome A. | | | X | | | |
| 6. | Culler, Joan Reddick | | | X | | X | Y |
| 7. | Dubuclet, Elisha o/b/o Timia Dubuclet | X (did not certify produced, typed version) | | X | | | Y |
| 8. | Griffin, Rommel | X (did not certify produced, typed version) | | X | | X (signed by representative, but actually authorized release of rep.'s records) | Y |
| 9. | Hargrove, Damian Sr. o/b/o Damian Hargrove Jr. | X (did not certify produced, typed version; not dated) | | | | | Y |
| 10. | Hargrove, Leroy | | | X | | | |
| 11. | Jaimevadi, Orlando | X (did not certify produced, typed version) | X (failed to provide VIN) | X | | | Y |
| 12. | James, Bobby Sue | | | X | | | |
| 13. | Jefferson, Tevin | | | X | | | |
| 14. | Labeau, Shirley | X (did not certify produced, typed version) | | X | | | Y |


EXHIBIT 8

| No. | Name | Failed to Sign Certification | Failed to provide VIN or manufacturer | Failed to provide Section VIII documents | Failed to provide signed Privacy Act Release | Failed to provide signed medical authorizations | Should be struck as Class Representative |
|---|---|---|---|---|---|---|---|
| 15. | Lightell, Coren Michael (minor) | | X (only states "same" - possible reference to mother's Fact Sheet?) | X | | | Y |
| 16. | Lightell, Lakeesha N. | X (did not certify produced, typed version) | X (failed to provide VIN) | X | | | Y |
| 17. | London, Mary | | X | X | | | |
| 18. | Madison, Darren | | X | X | X | X | Y |
| 19. | McCray, Adrina | X | X (failed to identify manufacturer or a proper VIN) | X | X | X | Y |
| 20. | Pizani, Stephanie A. | X (did not certify produced, typed version) | X (only provided manufacturer's name; nothing else) | X | X | X | Y |
| 21. | Robertson-Durand, Heather L. | X (did not certify produced, typed version) | | X | X | X (also failed to sign employment records, despite making a lost wages claim) | Y |
| 22. | Robinson, Jr., Rayfield | X (did not certify produced, typed version) | | X | | | Y |
| 23. | Smith, Dakyre | X | X | X | X | X | Y |
| 24. | Thomas, Sherri | | X | X | | | Y |
| 25. | Wilkerson, Jr., Cedric Leon (deceased) | X | | X | X | X | Y |
| 26. | Wilson, Kierra | X | | X | X | X | Y |
| 27. | Wood, Kody | X | X (failed to identify manufacturer or a proper VIN and info that is provided has handwritten note of "?no") | X | X | X | Y |
| 28. | Workman, LuAnn | X | | X | X | X | Y |