UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE            CIVIL ACTION
PRODUCTS LIABILITY LITIGATION

MDL NO:      07-01873

SECTION:      "N" (4)

## ORDER

**IT IS ORDERED** that **PSC's Motion for Expedited Hearing (R. Doc. 539)** on the

**Plaintiffs' Motion for Entry of Proposed "Stipulated Protective Order" (R. Doc. 531)** is hereby

**GRANTED**.

**IT IS FURTHER ORDERED** that the **Plaintiffs' Motion for Entry of Proposed**

**"Stipulated Protective Order" (R. Doc. 531)** will be heard by oral argument on **Wednesday, July**

**23, 2008, at 11:00 a.m.** in the undersigned United States Magistrate Judge's courtroom located at

500 Poydras Street, Room B-431, New Orleans, Louisiana.

**IT IS FURTHER ORDERED** that any opposition memorandum to the motion be filed no

later than **Tuesday, July 22, 2008, at 5:00 p.m**.

New Orleans, Louisiana, this 21st day of July 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**