UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing motion,

**IT IS ORDERED** that the photographs and website image attached hereto and marked as "Exhibit I" be filed into the record, and considered attached as such to the previously-filed PSC Memorandum in Support of the Unopposed Motion for Leave to File the First Supplemental and Amended Complaint (Doc. 369).

THIS DONE the 21st day of July, 2008, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT