**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE | § | |
| PRODUCT LIABILITY LITIGATION | § | SECTION "N-4" |
| | § | |
| | § | |
| | § | |
| | § | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | MAG. JUDGE ROBY |

*Culler v. Gulf Stream Coach, No. 07-4018;*
*White v. Circle B Enterprises, No. 08-1969;*
*Meshack v. Circle B Enterprises, No. 08-0092;*
*And the Administrative Master Complaint*

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL FOR JAYCO ENTERPRISES, INC.**

Be it remembered that on this day the Court granted Defendant JAYCO ENTERPRISES, INC.'S Unopposed Motion for Withdrawal and Substitution of Counsel in the above-entitled and numbered causes, made on the motion of James C. Percy, Ryan E. Johnson, Madeleine Fischer, and Nan Roberts Eitel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., attorneys of record for JAYCO ENTERPRISES, INC. requesting leave of court to withdraw as counsel and substitute Thomas L. Cougill, R. Mark Willingham and Jeffery P. Fultz of the law firm of Willingham, Fultz and Cougill LLP as counsel of record for JAYCO ENTERPRISES, INC. and the Court, having been duly advised of the basis of said motion and finding that there is no objection to such motion, finds that said motion is well taken and should be therefore granted.

It is hereby ORDERED, ADJUDGED AND DECREED that James C. Percy, Ryan E. Johnson, Madeleine Fischer, and Nan Roberts Eitel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. be allowed to withdraw as attorneys of record for JAYCO ENTERPRISES, INC. and are to have no further responsibility in this action for JAYCO ENTERPRISES, INC.

It is further, ORDERED, ADJUDGED AND DECREED that Thomas L. Cougill, R. Mark Willingham and Jeffery P. Fultz of the law firm of Willingham, Fultz and Cougill LLP be substituted as attorneys of record for Defendant JAYCO ENTERPRISES, INC. for all purposes in this case.

SIGNED this _____ day of _____, 2008.

                                                UNITED STATES DISTRICT JUDGE

APPROVED:

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: *Thomas L. Cougill*
    **THOMAS L. COUGILL**
    Texas State Bar No. 04877300
    Louisiana State Bar No. 31112
    **R. MARK WILLINGHAM**
    Texas State Bar No. 21641500
    **JEFFREY P. FULTZ**
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058
    Niels Esperson Building
    808 Travis Street, Suite 1608
    Houston, Texas 77002
    (713) 333-7600 – Telephone
    (713) 333-7601 – Facsimile

**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P.**

By: _____/s/ Ryan E. Johnson_____

**RYAN E. JOHNSON** (Bar Roll No. 26352) 8555 United
Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, Louisiana 70809-7000
(225) 248-2000 – Telephone
(225) 248-3080 – Facsimile

**ATTORNEYS FOR DEFENDANT
JAYCO ENTERPRISES, INC.**