**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § § § § § | MDL NO. 1873 SECTION "N-4" JUDGE ENGELHARDT MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO: | | |

*Culler v. Gulf Stream Coach, No. 07-4018;*
*White v. Circle B Enterprises, No. 08-1969;*
*Meshack v. Circle B Enterprises, No. 08-0092;*
*And the Administrative Master Complaint*

### STARCRAFT RV, INC.'S UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, STARCRAFT RV, INC. ("Starcraft"), a Defendant in the above-entitled and numbered causes, and hereby files this Unopposed Motion for Withdrawal and Substitution of Counsel and in support thereof would respectfully show the Court as follows:

**I.**

Starcraft requests that Thomas L. Cougill, R. Mark Willingham, and Jeffery P. Fultz of the law firm of Willingham, Fultz and Cougill LLP, be allowed to substitute as counsel of record in the place of James C. Percy, Ryan E. Johnson, Madeleine Fischer, and Nan Roberts Eitel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. in the above-styled and numbered causes of action in which Starcraft has filed an appearance. This withdrawal and substitution is sought with the approval of Starcraft and is unopposed by Plaintiffs' Co-Liaison Counsel, and is not filed for the purpose of delay.

WHEREFORE, PREMISES CONSIDERED, STARCRAFT RV, INC. moves the court to allow Thomas L. Cougill, R. Mark Willingham and Jeffery P. Fultz of the law firm of Willingham, Fultz and Cougill LLP to be substituted as its attorneys of record in place of James C. Percy, Ryan E. Johnson, Madeleine Fischer, and Nan Roberts Eitel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: *Thomas L. Cougill*
THOMAS L. COUGILL
Texas State Bar No. 04877300
Louisiana State Bar No. 31112
R. MARK WILLINGHAM
Texas State Bar No. 21641500
JEFFREY P. FULTZ
Texas State Bar No. 00790728
Mississippi Bar No. 101058
Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas  77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, L.L.P.**

By: *Ryan E. Johnson*
RYAN E. JOHNSON (Bar Roll No. 26352)
8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, Louisiana 70809-7000
(225) 248-2000 – Telephone
(225) 248-3080 – Facsimile

**ATTORNEY FOR DEFENDANT STARCRAFT RV, INC.**

**CERTIFICATE OF CONFERENCE**

This is to certify that I have contacted Plaintiffs' Co-Liaison Counsel concerning the foregoing motion and they are unopposed to this motion.

*Thomas L. Cougill*
THOMAS L. COUGILL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been forwarded to all counsel of record on this the 21ST day of July 2008.

*Thomas L. Cougill*
THOMAS L. COUGILL