**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** ) ) ) | **MDL NO. 1873** <br> **SECTION "N" (4)** |
| **THIS DOCUMENT IS RELATED TO ALL CASES** ) ) | **JUDGE ENGELHARDT** <br> **MAG. JUDGE ROBY** |

**CORPORATE DISCLOSURE STATEMENT FOR SILVER CREEK HOMES, INC. PURSUANT TO RULE 701 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

NOW INTO COURT, through undersigned counsel, comes Defendant SILVER CREEK HOMES, INC. (hereinafter "SILVER CREEK"), who makes the following corporate disclosures pursuant to Rule 701 of the Federal Rules of Civil Procedure. Defendant respectfully states as follows:

1. SILVER CREEK HOMES, INC., is a Texas corporation with its principle place of business in Henrietta, Texas. There is no parent corporation or publicly held corporation owning ten percent (10%) or more of its stock. SILVER CREEK HOMES, INC., is a privately held corporation.

WHEREFORE, Defendant, SILVER CREEK HOMES, INC., prays that this Honorable Court will deem this corporate disclosure to be good and sufficient.

*Respectfully submitted*:

    */s/ Walter K. Jamison*
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229
Daigle, Jamison & Rayburn, LLC
303 W. Vermilion Street, Suite 210
Post Office Box 3667
Lafayette, LA  70502
Phone:  (337) 234-7000
Fax:  (337) 237-0344

Counsel for **SILVER CREEK HOMES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 22nd day of July, 2008.

    */s/ Walter K. Jamison*
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229