MINUTE ENTRY
ENGELHARDT, J.
July 22, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A status conference was conducted on Tuesday, July 22, 2008, at 1:00 p.m.  Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants; and Michelle Boyle, Henry T. Miller and Jordan Fried, counsel for the Government/FEMA.

JS10(0:50)