UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On July 22, 2008, the Court held a status conference in chambers with the following individuals participating: Justin Woods, Jerry Meunier, Andrew Weinstock, Jordan Fried, Michelle Boyle, and Henry Miller.  During the conference, the Court discussed the oral arguments scheduled for July 23, 2008.

     New Orleans, Louisiana, this 22nd day of July, 2008.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**