UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 <br><br> SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217 | * * * | MAG. JUDGE KAREN WELLS ROBY |

### AMENDED PRESERVATION LIST FILED ON BEHALF OF INDIANA BUILDING SYSTEMS, L.L.C. (D/B/A HOLLY PARK HOMES)

NOW INTO COURT, through undersigned counsel, comes Defendant, Indiana Building Systems (d/b/a Holly Park Homes) (hereinafter "IBS"), which, amends document number [504] by adding the following paragraphs to read as follows:

15. Each Plaintiffs' negligence contributed to his/her alleged injury.

16. The claims asserted by Plaintiffs should be dismissed, or alternatively, their damages (the existence of which damages is denied) should be reduced due to each Plaintiff's own negligent conduct, lack of care, comparative fault, breach of contract, fraud, or legal fault.

17. Plaintiffs have not sustained any damages proximately caused by Indiana Building Systems, L.L.C. d/b/a Holly Park Homes.

18. Any damages sustained by Plaintiffs (the existence of which damages is denied) were the result of acts or omissions of parties other than IBS for which IBS is not legally responsible.

Finally, IBS respectfully asserts that it preserves all defenses raised and briefed in all pleadings filed by IBS in both Civil Action No. 07-1873 and Civil Action No. 08-3217, including, but not limited to, the Preservation List filed by IBS (doc. no. 504).

813559.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building System, L.L.C.,
d/b/a Holly Park*

813559.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Preservation List Filed on Behalf of Indiana Building System, LLC (d/b/a Holly Park Homes) has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
_____
David R. Kelly

813559.1