UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

**************************************************************************

## MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which respectfully requests that this Honorable Court issue an Order pursuant to Federal Rule of Civil Procedure Rule 26(c):

1. Preventing each co-defendant's corporate representative from attending the corporate deposition of Gulf Stream Coach, Inc.

2. Preventing each co-defendant's other employees and/or representatives, except for each co-defendant's counsel of record, from attending the deposition of Gulf Stream Coach, Inc.

For the foregoing reasons, which will be more fully set forth in the attached Memorandum in

Support of Motion for Protective Order, Gulf Stream Coach, Inc. respectfully requests that this Court issue an Order as set forth above.

>Respectfully submitted,
>
>**DUPLASS, ZWAIN, BOURGEOIS,
>PFISTER & WEINSTOCK**
>
>s/Andrew D. Weinstock
>_____
>**ANDREW D. WEINSTOCK #18495
>JOSEPH G. GLASS #25397**
>3838 N. Causeway Blvd., Suite 2900
>Metairie, LA 70002
>(504) 832-3700
>**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 22nd day of July, 2008, a copy of the foregoing Motion for Protective Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

>s/Andrew D. Weinstock
>_____
>ANDREW D. WEINSTOCK #18495
>andreww@duplass.com