UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION | * | SECTION: N(4) | |
| | * | | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT | |
| | * | MAG: ROBY | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion for Protective Order filed on behalf of Defendant, Gulf Stream Coach, Inc., is hereby set for the 20th day of August, 2008 at 11:00 a.m.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 22nd day of August, 2008, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of

this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                              s/Andrew D. Weinstock
                              _____
                              ANDREW D. WEINSTOCK #18495
                              andreww@duplass.com