UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which respectfully requests that this Honorable Court set its Motion for Protective Order regarding the attendance of corporate representatives and/or other representatives and employees at the corporate deposition of Gulf Stream Coach, Inc., for an expedited hearing. Defendant submits that an expedited hearing of its motion is warranted because Defendant will suffer irreparable harm if this Honorable Court does not resolve this issue immediately.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
**Counsel for Defendant, Gulf Stream Coach, Inc.**

1

**C E R T I F I C A T E**

I hereby certify that on the 22nd day of July, 2008, a copy of the foregoing Motion for

Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system.

Notice of this file will be sent to liaison counsel by operation of the court's electronic filing

system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock

_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com