UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol, et al. v. The United States of America, et al.,* **Civil Action No. 08-3217** | ) ) ) ) | MAG. JUDGE ROBY |

**MOTION TO WITHDRAW MOTION TO DISMISS THE COMPLAINT AND THE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT ON BEHALF OF NEWLY ADDED DEFENDANTS CMH MANUFACTURING, INC., SOUTHERN ENGERY HOMES, INC., PALM HARBOR HOMES, INC., PALM HARBOR MFG., LP, AND PALM HARBOR ALBEMARLE, LLC**

COMES NOW CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC (collectively hereinafter referred to as "New Defendants") through undersigned counsel, and move this Honorable Court for an Order withdrawing their previously filed Motion To Dismiss the Complaint (the "*Pujol* Original Complaint") and the First Supplemental and Amended Complaint (the "*Pujol* Amended Complaint") (Doc. 466), for the reasons more fully set forth in the attached supportive memorandum.  Counsel having an interest in this motion have been contacted and have no objection.

          Respectfully submitted,

          */s/ James K. Carroll*
          James K. Carroll
          One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

      I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                                /s/ James K. Carroll