UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO<br>*Pujol, et al. v. The United States of America, et al.,*<br>**Civil Action No. 08-3217** | ) ) ) ) | MAG. JUDGE ROBY |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW
MOTION TO DISMISS THE COMPLAINT AND THE FIRST SUPPLEMENTAL AND
AMENDED COMPLAINT ON BEHALF OF NEWLY ADDED DEFENDANTS CMH
MANUFACTURING, INC., SOUTHERN ENGERY HOMES, INC., PALM HARBOR
HOMES, INC., PALM HARBOR MFG., LP, AND PALM HARBOR ALBEMARLE, LLC**

MAY IT PLEASE THE COURT:

Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (collectively referred to as "New Defendants") by and through undersigned counsel, move this Honorable Court for an Order withdrawing their previously filed Motion To Dismiss the Complaint (the "*Pujol* Original Complaint") and the First Supplemental and Amended Complaint (the "*Pujol* Amended Complaint") (Doc. 466), pursuant to this Court's Order of July 16, 2008 (Doc. 534).  The basis for withdrawing Document 466, the Motion to Dismiss, is the fact this Honorable Court has vacated its denial order (Doc. 493) and allowed New Defendants to file a notice of preservation of Rule 12 defenses. Federal Rule of Civil Procedure 12(B) Preservation List on Behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC was filed on July 11, 2008 (Doc. 518).

1

For these reasons, New Defendants respectfully request that this Honorable Court enter an Order withdrawing the previously filed Motion to Dismiss the Complaint and the First Supplemental and Amended Complaint on Behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC.

Respectfully submitted,

/s/ James K. Carroll
James K. Carroll
One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

/s/ James K. Carroll

2