```
MINUTE ENTRY
ENGELHARDT, J
JULY 23, 2008
JS10 - 02:35
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE            CIVIL ACTION
PRODUCTS LIABILITY LITIGATION

                                                                                  NO: MDL 1873

                                                                                  SECTION: "N"

Case Manager: Peggy Koster          Court Recorder: Karen Ibos

**JULY 23, 2008 at 9:00**
**ORAL ARGUMENT**

APPEARANCES:   Gerald Edward Meunier, Plaintiffs' Liasion Counsel, Stephen B. Murray, Plaintiffs' Liaison Counsel,
Henry T. Miller for the USA, Lee Bains for defendants, David R. Kelly for defendants Holly Park Homes, Christine Lipsey for defendants Morgan Building Spas and Morgan Building Systems, Inc., Andrew Weinstock for DLC, Ernie Geiger for Forest River Inc.


MOTION to Dismiss Case AND, MOTION to Dismiss for Lack of Jurisdiction *pursuant to Fed.R.Civ.P. 12(b)(2) and 9(b) with Respect to Plaintiffs' Fraud Claims* by Morgan Buildings and Spas, Inc., Morgan Building Systems, Inc. (Rec. Doc.**# 217**)
ORDERED: DISMISSED AS MOOT.

MOTION to dismiss its FTCA and contract claim for lack of subject matter jurisdiction (ref: all cases) by USA (Rec. Doc. #**196**).
Argued; ORDERED: TAKEN UNDER ADVISEMENT.

MOTION to Dismiss *Administrative Master Complaint on Behalf of Newly Added Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC* by Defendant. (Rec. Doc. #**259**)
Argued; ORDERED: TAKEN UNDER ADVISEMENT.

MOTION to Dismiss *Administrative Master Complaint* by Horton Homes, Inc. (Rec. Doc. #**233**)
ORDERED: No additional argument necessary. TAKEN UNDER ADVISEMENT.

**JULY 23, 2008**                                                                                         **Page 2**
**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**
**NO: MDL 1873**

MOTION to Dismiss *or in the Alternative*, MOTION for More Definite Statement by Indiana Building Systems, L.L.C. d/b/a Holly Park whom adopts and joins in on the following motions: 210 , 259 and 242 (Rec. Doc. #**240**);
ORDERED:  No additional argument necessary.  TAKEN UNDER ADVISEMENT.

MOTION to Dismiss Case *AND*, MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rules 12(b)(2), 12(b)(1) and 12(b)(6) with Respect to Louisiana Plaintiffs' Claims* by Morgan Buildings and Spas, Inc., Morgan Building Systems, Inc. (Rec. Doc. #**211**)
Argued;  ORDERED:  TAKEN UNDER ADVISEMENT.

MOTION to Dismiss Case *AND*, MOTION to Dismiss for Lack of Jurisdiction *pursuant to Rules 12(b)(1) and 12(b)(6) with Respect to Mississippi and Alabama Plaintiffs' Claims* by Morgan Buildings and Spas, Inc., Morgan Building Systems, Inc. (Rec. Doc. #**214**)
Argued; ORDERED:  TAKEN UNDER ADVISEMENT.

MOTION for Protective Order on behalf of Gulf Stream Coach, Inc. by Defendant. (Rec. Doc. # **557)** and MOTION to Expedite Hearing on Gulf Stream Coach, Inc.'s Motion for Protective Order by Defendant (Rec. Doc. #**558**)
Argued: ORDERED; Separate order to be issued.