UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                               SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

During previously-scheduled oral arguments before the undersigned on July 23, 2008, the parties brought the following motions, which were filed on July 22, 2008, to the Court's attention: (1) Motion for Protective Order (Rec. Doc. 557) and (2) Motion for Expedited Hearing (Rec. Doc. 558).  During the hearing, the Court **GRANTED** the **Motion for Expedited Hearing (Rec. Doc. 558)** and allowed the parties to argue the Motion for Protective Order (Rec. Doc. 557).  At the suggestion of the undersigned, the parties came to the following agreement on the Motion for Protective Order (Rec. Doc. 557):

To the extent that any proprietary information will be sought during the 30(b)deposition of Gulf Stream Coach, Inc., prior to the deposition, Defendants' Liaison Counsel shall review the 30(b)(6) deposition notice to identify any questions that may elicit such information and shall advise Plaintiff's counsel such that Plaintiff's counsel may reserve asking such questions until the end of the deposition, after all co-defendants' corporate representatives leave the room where the deposition is being taken.  If, during the course of the deposition, a question is asked which

requires the disclosure, or potential for disclosure, of proprietary information, defense counsel shall object, and the question shall be noted and re-asked at the conclusion of the deposition, outside the presence of non-attorney participants.

    New Orleans, Louisiana, this 24th day of July, 2008.

                                                                     **KURT D. ENGELHARDT**
                                                                       **UNITED STATES DISTRICT JUDGE**