UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| *McGuire, et al. v. Gulf Stream Coach, et al.* E.D. La., No. 06-5659-S-M4 | |
| | JUDGE ENGELHARDT |
| *White, et al. v. Circle B. Enterprises, et al.* S.D. Ala., No. 08-141 (E.D. La. No. 08-1969) | |
| *Meshack v. Circle B. Enterprises, et al.*, S.D. Miss., No. 08-92 (E.D. La. No. 08-1970) | MAGISTRATE ROBY |

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. respectfully request that this Honorable Court enroll Amanda S. Stout, Louisiana Bar Roll No. 29001 (astout@mcglinchey.com), and Daniel P. Guillory, Louisiana Bar Roll No. 31180 (dguillory@mcglinchey.com), McGlinchey Stafford, PLLC, 301 Main Street, 14th Floor, Baton Rouge, Louisiana 70825, as additional counsel of record on behalf of Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.

Respectfully submitted this 24th day of July, 2008.

McGlinchey Stafford, PLLC

*s/Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
Amanda S. Stout (LA Bar Roll #29001)
Daniel P. Guillory (LA Bar Roll #31180)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com
astout@mcglinchey.com
dguillory@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on July 24, 2008, a copy of Morgan Buildings & Spas, Inc.'s above and foregoing Motion to Enroll Additional Counsel of Record was filed electronically using the CM/ECF system.

*s/Christine Lipsey*
Christine Lipsey

302954.1

2