UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

-------------------------------------------------------------------------------

## UNOPPOSED MOTION FOR STATUS CONFERENCE

NOW INTO COURT, through Plaintiff's Steering Committee, come Plaintiffs, who respectfully request that this Honorable Court conduct a status conference for the purposes of discussing the product ion of electronically stored information discovery pursuant to Federal Rule of Civil Procedure Rule 26(c).

Currently there is pending a Motion for Protective Order Regarding Electronic Discovery filed by the Manufacturing Defendants. The motion has been scheduled for hearing before the Honorable Magistrate Roby on Wednesday, July 30, 2008. Plaintiff's Liaison Counsel has contacted liaison counsel for both the Manufacturing Defendants and for the Government. There is no objection to the postponement of the hearing pending a status conference.

For the foregoing reasons, which will be more fully set forth in the attached Memorandum in Support for Status Conference, the Plaintiffs Liaison Counsel respectfully requests that this Court issue an Order as set forth above.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

### CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document

and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

                                                s/Justin I. Woods
                                                JUSTIN I. WOODS, #24713