UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER                                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-4"

                                                                          JUDGE ENGELHARDT
                                                                          MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PSC MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION FOR STATUS CONFERENCE**

**MAY IT PLEASE THE COURT:**

On May 1, 2008, the parties to this litigation served each other with Interrogatories and Requests for Production of Documents. Included in the propounded discovery are requests for electronically stored information. Plaintiff's Liaison Counsel (PLC) and Manufacturing Defendants Liaison Counsel (MDLC) have had numerous conversations regarding the production of electronically stored information and compliance with FRCP 26(c).

MDLC provided PLC with a list of keyword search terms that it contemplates utilizing for purposes of searching defendants' electronically stored information (ESI) in responding to discovery requests. PLC made additions to the keyword search terms but has notified MDLC that it does not consider the search term list to be non-exhaustive and therefore PLC may require additional terms to be searched.

In response, MDLC filed a Motion for Protective Order regarding Electronic Discovery which is currently set for oral argument on Wednesday, July 30, 2008 before this Honorable

Court. MDLC seeks to apportion the cost of searches and to limit the number of searches for ESI.

PLC believes that the entry of a protective order may be premature. The PLC recognizes that there are significant concerns to be addressed by the parties in order to comply with discovery obligations. The PLC suggests that at this juncture of the discovery process that all of the parties would greatly benefit from a status conference to discuss a discovery plan regarding the production of ESI.

PLC has contacted MDLC and liaison counsel for the Government and neither objects to a status conference being scheduled with this Honorable Court in lieu of the oral argument that is currently set for Wednesday, July 23, 2008.

For the foregoing reasons, the PSC respectfully requests that the Court cancels oral argument on the Manufacturing Defendants Motion for Protective Order Regarding Electronic Discovery and to schedule a status conference for the purposes of developing a discovery plan for the production of electronically stored information.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.


s/Justin I. Woods
JUSTIN I. WOODS, #24713