UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER                                     MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## ORDER

Considering the foregoing Unopposed Motion;

IT IS HEREBY ORDERED that oral argument on Manufacturing Defendants' Motion for Protective Order Regarding Electronic Discovery (Rec. Doc. 531) is hereby cancelled;

IT IS FURTHER ODERED that the Court, through Magistrate Judge Roby, will conduct a status conference with the parties for the purpose of discussing the production of electronically stored information pursuant to Federal Rule of Civil Procedure Rule 26(c) on_____, 2008 at _____.

New Orleans, Louisiana, this_____ day of July, 2008.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE