UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| *McGuire, et al. v. Gulf Stream Coach, et al.* E.D. La., No. 06-5659-S-M4 | |
| | JUDGE ENGELHARDT |
| *White, et al. v. Circle B. Enterprises, et al.* S.D. Ala., No. 08-141 (E.D. La. No. 08-1969) | |
| *Meshack v. Circle B. Enterprises, et al.,* S.D. Miss., No. 08-92 (E.D. La. No. 08-1970) | MAGISTRATE ROBY |

## ORDER

Considering the foregoing Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that Amanda S. Stout (La Bar Roll 29001) and Daniel P. Guillory (La Bar Roll (31180), McGlinchey Stafford, PLLC, be enrolled as additional counsel of record for Morgan Building & Spas, Inc. and Morgan Building Systems, Inc.

**THIS DONE AND SIGNED** in New Orleans, Louisiana, on the 25th day of July, 2008.

_____
Judge, United States District Court
Eastern District of Louisiana

3