UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 07-1873
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION  SECTION N-4

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO
*Pujol, et al. v. The United States of America, et al.,*
Civil Action No. 08-3217

## ORDER

Considering the Motion to Withdraw Motion to Dismiss The Complaint and the First Supplemental and Amended Complaint on behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC,

**IT IS HEREBY ORDERED** that the Motion to Dismiss The Complaint and the First Supplemental and Amended Complaint on behalf of Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC be and is hereby withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this 25th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE