UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217 | * * * | MAG. JUDGE KAREN WELLS ROBY |

**MOTION FOR LEAVE TO FILE AMENDED PRESERVATION LIST FILED ON BEHALF OF INDIANA BUILDING SYSTEMS, L.L.C. (D/B/A HOLLY PARK HOMES)**

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") which hereby respectfully moves this Honorable Court for leave to file the attached Amended Preservation List.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

814797.1