UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO<br>*Pujol v. The United States of America, et al.*, Civil Action No. 08-3217 | * * * | MAG. JUDGE KAREN WELLS ROBY |

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PRESERVATION LIST FILED ON BEHALF OF INDIANA BUILDING SYSTEMS, L.L.C. (D/B/A HOLLY PARK HOMES)

**MAY IT PLEASE THE COURT:**

Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park ("IBS"), respectfully requests leave of court to file the attached Amended Preservation List.

IBS has recently become aware of potential defenses which were not included in the Preservation List it previously filed (doc. no. 504). As such, IBS respectfully requests leave of court to file the attached Amended Preservation List. Counsel for plaintiffs has been contacted and has no opposition to the granting of the instant motion.

814897.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park*

814897.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO<br>*Pujol v. The United States of America, et al.*, Civil Action No. 08-3217 | *<br>*<br>* | MAG. JUDGE KAREN WELLS ROBY |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion for Leave to File Amended Preservation List and the attached Memorandum in Support have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ David R. Kelly
_____
David R. Kelly

814897.1