UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | JUDGE: ENGELHARDT |
| | * | |
| This Document Relates to: | * | |
| ADMINISTRATIVE MASTER | * | |
| COMPLAINT | * | |
| | * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MANUFACTURING DEFENDANTS' MOTION
## FOR ENTRY OF PRE-TRIAL ORDER NO. 14

**NOW INTO COURT**, through undersigned counsel come Defendants' Liaison Counsel, on behalf of the Manufacturing Defendants, which, for the reasons more fully set forth in the Memorandum attached hereto, respectfully move this Honorable Court for the entry of the attached Pre-Trial Order No. 14. Undersigned counsel has conferred with both Plaintiffs' Liaison Counsel and Government Counsel and they have no objection to the filing of this Motion and the entry of Pre-Trial Order No. 14.

    Respectfully submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER, & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Fax: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    *DEFENSE LIASON COUNSEL*

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery           ( )  Prepaid U.S. Mail

( )  Facsimile               ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana this 28th day of July, 2008.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com