UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|      FORMALDEHYDE | * | |
|      PRODUCTS LIABILITY | * | |
|      LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ADMINISTRATIVE MASTER | * | |
| COMPLAINT | * | |
| | * | MAG: ROBY |

*************************************************************************

**MEMORANDUM IN SUPPORT OF MANUFACTURING DEFENDANTS'
MOTION FOR ENTRY OF PRE-TRIAL ORDER NO. 14**

**MAY IT PLEASE THE COURT:**

Manufacturing Defendants submit the following Memorandum in Support of their Motion for Entry of Pre-Trial Order No. 14, seeking a fifteen (15) day extension of time for all litigants in which to respond and/or object to Master Discovery.

**I.   LAW AND ARGUMENT**

Rule 16(b) of the Federal Rules of Civil Procedure authorizes federal courts to control and expedite the discovery process through a Scheduling Order. Fed. R. Civ. P. 16(b). The Fifth Circuit has noted that "the trial court has 'broad discretion to preserve the integrity and purpose of the pretrial order'". *Geiserman v. MacDonald,* 893 F.2d 787, 790 (5th Cir. 1990) (citing *Hodges v. U.S.*, 597 F.2d 1014, 1018 (5th Cir. 1979)). On July 1, 2008, this Court entered Pre-Trial Order No. 12 (R. Doc. No. 406), which set the deadline for each Plaintiff and each Defendant to object and/or respond to Master Discovery as ninety (90) days from May 1, 2008 (July 30, 2008). Since the entry of Pre-Trial Order No. 12, not only have the litigants diligently worked on the merits discovery,

but also they have been attentively addressing the class certification discovery required to meet the November 19, 2008 class certification hearing deadline contained in Pre-Trial Order No. 8 (R. Doc. No. 287) and reiterated in Pre-Trial Order No. 13 (R. Doc. No. 564). As a result, the litigants' resources primarily have been directed to 30(b)(6) depositions and class certification discovery. For these reasons, the Manufacturing Defendants request that the Court extend the current July 30, 2008 deadline in which to object and/or respond to Master Discovery (directed primarily to merits issues) to August 14, 2008. Both Plaintiffs' Liaison Counsel and Government Counsel have been consulted, and neither party opposes this Motion. Finally, this fifteen-day extension will not upset any other established deadline.

## IV.   CONCLUSION

**WHEREFORE,** for the foregoing reasons the Manufacturing Defendants respectfully request that this Honorable Court enter the attached Pre-Trial Order No. 14.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIAISON COUNSEL*

2

## **C E R T I F I C A T E**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                   ( )    Prepaid U.S. Mail

( )    Facsimile                        ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana this 28th day of July, 2008.

                                       s/Andrew D. Weinstock
                              _____
                              ANDREW D. WEINSTOCK #18495