UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-4" |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * | MAG. JUDGE ROBY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 14

This Order reflects the stipulation among the parties to modify certain deadlines contained in Pre-Trial Order No. 2 (Rec. Doc. 87) and as modified by Pre-Trial Order No. 12 (R. Doc. No. 406), within the constraints imposed by the Court during the June 20, 2008 General Status Conference and as authorized by Pre-Trial Order No. 2. Considering the stipulation of the parties, it is hereby **ORDERED:**

**(1)** Each Plaintiff and each Defendant served with the Master Set of Interrogatories and Requests for Production of Documents shall answer and/or object within one hundred five (105) days of May 1, 2008 (August 14, 2008).

NEW ORLEANS, LOUISIANA, this ___ day of July, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

-1-