UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * * | MAG. JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Manufacturing Defendants' Motion for Entry of Pre-Trial Order No. 14,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the attached Pre-Trial Order No. 14 be entered into the record.

**DONE AND SIGNED** this _____ day of _____, 2008.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**