**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | § § § § § § § § | MDL NO. 1873  SECTION "N-4"   JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | § | MAG. JUDGE ROBY |

*Culler v. Gulf Stream Coach, No. 07-4018;*
*White v. Circle B Enterprises, No. 08-1969;*
*Meshack v. Circle B Enterprises, No. 08-0092;*
*And the Administrative Master Complaint*

**ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL FOR STARCRAFT RV, INC.**

Be it remembered that on this day the Court granted Defendant STARCRAFT RV, INC.'S Unopposed Motion for Withdrawal and Substitution of Counsel in the above-entitled and numbered causes, made on the motion of James C. Percy, Ryan E. Johnson, Madeleine Fischer, and Nan Roberts Eitel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P., attorneys of record for STARCRAFT RV, INC. requesting leave of court to withdraw as counsel and substitute Thomas L. Cougill, R. Mark Willingham and Jeffery P. Fultz of the law firm of Willingham, Fultz and Cougill LLP as counsel of record for STARCRAFT RV, INC. and the Court, having been duly advised of the basis of said motion and finding that there is no objection to such motion, finds that said motion is well taken and should be therefore granted.

It is hereby ORDERED, ADJUDGED AND DECREED that James C. Percy, Ryan E. Johnson, Madeleine Fischer, and Nan Roberts Eitel of the law firm of Jones, Walker, Waechter, Poitevent, Carrere & Denegre, L.L.P. be allowed to withdraw as attorneys of record for STARCRAFT RV, INC. and are to have no further responsibility in this action for STARCRAFT RV, INC.

It is further, ORDERED, ADJUDGED AND DECREED that Thomas L. Cougill, R. Mark Willingham and Jeffery P. Fultz of the law firm of Willingham, Fultz and Cougill LLP be substituted as attorneys of record for Defendant STARCRAFT RV, INC. for all purposes in this case.

SIGNED this 25th day of July, 2008.

UNITED STATES DISTRICT JUDGE

APPROVED:

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: *Thomas L. Cougill*
    **THOMAS L. COUGILL**
    Texas State BarNo. 04877300
    Louisiana State BarNo. 31112
    **R. MARK WILLINGHAM**
    Texas State BarNo. 21641500
    **JEFFREY P. FULTZ**
    Texas State Bar No. 00790728
    Mississippi Bar No. 101058

Niels Esperson Building
808 Travis Street, Suite 1608
Houston, Texas 77002
(713) 333-7600 – Telephone
(713) 333-7601 – Facsimile

**JONES, WALKER, WAECHTER, POITEVENT,
CARRERE & DENEGRE, L.L.P**

By: /s/ Ryan E. Johnson

**RYAN E. JOHNSON** (Bar Roll No. 26352) 8555 United Plaza Boulevard
Four United Plaza, Fifth Floor
Baton Rouge, Louisiana 70809-7000
(225) 248-2000 – Telephone
(225) 248-3080 – Facsimile

**ATTORNEYS FOR DEFENDANT
STARCRAFT RV, INC.**