UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217 | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING Motion for Leave to File Amended Preservation List.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Newly Added Defendant, IBS, be and hereby is granted leave to file its Amended Preservation List.

New Orleans, Louisiana, this 28th day of July, 2008.

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

814791.1