UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br>MDL NO:   07-01873<br>SECTION:   "N" (4) |

### ORDER

Before the Court is an **Unopposed Motion for Status Conference (R. Doc. 567)**, filed by the Plaintiffs' Steering Committee, requesting the Court to conduct a status conference to discuss the production of electronically stored information ("ESI"). Earlier, the parties represented to the Court that they believed that a status conference may be a more appropriate means by which to manage the issues in the **Motion for Protective Order Regarding Electronic Discovery (R. Doc. 531)**, filed by the Manufacturing Defendants' Liaison Counsel.[1] The Plaintiffs' Steering Committee therefore requests that hearing on the motion for a protective order be postponed, pending any such status conference. The Court finds that the Plaintiffs' unopposed request has merit.

**IT IS THEREFORE ORDERED** that the **Unopposed Motion for Status Conference (R. Doc. 567)** is **GRANTED**.

**IT IS FURTHER ORDERED** that a telephone status conference regarding ESI will be held on **Wednesday, July 30, 2008** at **10:15 a.m.** The telephone conference will be initiated by the Court.

---

[1] The parties made these representations at a hearing on an unrelated motion in this case.

**IT IS FURTHER ORDERED** that the parties must file position papers with the Court, no later than **3:00 p.m.** on **Tuesday, July 29, 2008**, regarding the proposed scope of ESI, including a listing of the appropriate keyword searches to be used in the discovery of ESI. The position papers must also (1) confirm that party's or parties' participation in the telephone conference call, (2) indicate the counsel representing the party or parties, and (3) state an operable number at which the party or parties may be reached at the date and time of the telephone conference.

New Orleans, Louisiana, this <u>28th</u> day of July 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**