**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

**MDL NO. 1873**

**SECTION "N-4"**

**JUDGE ENGELHARDT**
**MAG. JUDGE ROBY**

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC POSITION STATEMENT REGARDING ELECTRONICALLY STORED INFORMATION (ESI)

On May 1, 2008, the Plaintiff's Steering Committee (PSC) served upon all parties its Master Initial Set of Discovery pursuant to Pre Trial Order # 2 (R. Doc. 87)[1]. The Court instructed that the initial set of discovery would be for "limited discovery" purposes. The parties and the Court contemplated that additional discovery would be necessary as the litigation progressed, most significantly being the appearance of the federal government as a defendant. Based upon this understanding, the PSC served the discovery responses, attached hereto as exhibit PSC-1 *in globo*, upon the parties.

The PSC was provided a proposed keyword search term list by the Manufacturing Defendants only, to be used in preparation for searching electronically stored information in response to PSC discovery requests. The PSC was asked to comment on the proposed list and to suggest terms for addition to the list. The initial keyword search term list provided by the Manufacturing Defendants with the PSC's suggested terms is attached as exhibit PSC-2.

---

[1]Proposed Pre Trial Order # 14 extends the deadline for responding to the initial Master Set of Discovery for all parties until August 14, 2008.

The PSC, pursuant to Pre Trial Order # 6 (R. Doc 135) served upon all parties its discovery requests limited to class certification issues. The parties have been engaged in depositions limited in scope to class certification issues. While the parties have entered into letter agreements regarding the production of documents in response to notices of deposition until the entry of a confidentiality order, the parties have not exchanged any responsive electronically stored information. Until this current issue has been resolved, the depositions remain incomplete pending the production of electronically stored information. Additionally, as Manufacturing Defendants have been deposed and have produced documents for such class certification depositions, the PSC has determined, following its initial review of documents produced, that additional search terms are necessary for a comprehensive search of electronically stored information. The proposed additional search terms are:

CH2O
China
Indonesia
Southeast Asia
Malaysia
Legal
Illegal
Pharyngeal
Nasal
India
MDP
MDB
Carcinogenic

It is the PSC's position that the costs associated with producing electronically stored information should be borne by the producing party in response to discovery requests as contemplated by Federal Rule of Civil Procedure Rule 26(c). Further the PSC takes the position that the discovery propounded on May 1, 2008 was limited in nature and therefore contemplates that additional discovery requests are possible and that such requests may require an additional search

of electronically stored information with costs of such additional searches to be borne by the producing party.

**PSC PARTICIPANTS IN STATUS CONFERENCE VIA TELEPHONE**

The following individuals will participate in the telephone conference to be held by the Court on behalf of the PSC:

Justin Woods - (504) 522 - 2304

Linda Nelson - (504) 581 - 1750.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713