## Working List of Electronic Search Terms

Formaldehyde (w/ misspellings)
Fmd
HCHO
Luan
Resin
Urea
FEMA
DHS
HUD
CDC
ATSDR
NIOSH
OSHA
EPA
Sierra Club
National Cancer Institute
Hurricane
Katrina
Rita
Charley
Andrew
Odor
Smell
Low odor
Low emitting
Low emission
LOFT
Half-life
abatement
Curing
Off-gassing
Hot stacking
Ventilation rate
Air quality
LFE
PPM
PPB
Parts per million
Parts per billion
Particle board/pressed wood, engineered wood, composite wood, plywood, fiberboard, adhesive, MDF, OSB (using Boolean search)



EXHIBIT
PSC - 2

Additional Boolean search using *formaldehyde / HCHO*:
Spec!
Stand!
Quality
Compl!
Test!
Wood
Monitor!
Emission!
Emit!
Warn!
Safe!
Health!
Expos!
Danger!
Harm!
Medic!
Cancer!
Carcin!
Asthma
RADS

Manufacturer Specific:
Supplier names
Any other components that contained formaldehyde that were specific to manufacturer specs


## PSC ADDITIONAL KEYWORD SEARCH TERMS:

Abate!
Absorb!
ACS
Additives
Adhesive
AIHA
Alternative
American Chemical Society
American Industrial Hygiene Association
American Plywood Association
American Standard Testing Method
American Standards Association
Analy!
APA
ASA
ASTM

Bind!
Bond!
Climate
Coat!
Component part
Department of Homeland Security
DHAC
Exposure
Federal Emergency Management Agency
Fiberboard
Filler
Glue!
Green product
Heat
Humidity
Indoor Air
Industrial Board
Install!
Jack!
Manufactured Housing Institute
Medium density fiberboard
Medium density particleboard
MHI
National Particleboard Association
NCEH
NPA
Particleboard
Perforator
Plywood
Release
Sampl!
Storage Life
Structural Board
Tack
Tempered Hardboard
Treat!
Vapor!
Ventilation
Volume
Working Life