**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**        **SECTION "N-4"**

                                                              **JUDGE ENGELHARDT**
                                                              **MAG. JUDGE ROBY**

**THIS DOCUMENT IS RELATED TO:**
*Pujol v. The United States of America, No. 08-3217*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

_____ **ORDER** _____

Considering the foregoing motion on plaintiffs' behalf,

IT IS ORDERED that the plaintiffs be granted leave to file the Second Supplemental and

Amended Complaint attached and submitted with the foregoing motion.

THIS DONE the _____ day _____, 2008, New Orleans, Louisiana.

                                          _____
                                          **HONORABLE KURT D. ENGELHARDT**