UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-4"

                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE ROBY


THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND
AMENDED MASTER COMPLAINT

NOW INTO COURT, through undersigned members of the Plaintiffs' Steering

Committee (PSC), come plaintiffs in this matter, who for the reasons more fully set forth in the

memorandum attached hereto, respectfully represent that it is both necessary and appropriate to

delete certain named defendants from, add certain defendants to, delete at least one named

plaintiff from, and provide certain information regarding other named plaintiffs in, the Master

Complaint herein, and who accordingly move for leave to file the attached Second Supplemental

and Amended Master Complaint for these purposes.

                              Respectfully submitted:

                              FEMA TRAILER FORMALDEHYDE
                              PRODUCT LIABILITY LITIGATION


                   BY:     s/Gerald E. Meunier
                           GERALD E. MEUNIER, #9471
                           PLAINTIFFS' CO-LIAISON COUNSEL
                           Gainsburgh, Benjamin, David, Meunier &
                           Warshauer, L.L.C.
                           2800 Energy Centre, 1100 Poydras Street

New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 29, 2008, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.  I further certify that I mailed the foregoing document and

the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF

participants.

                                        s/Gerald E. Meunier
                                        GERALD E. MEUNIER, #9471