UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           CIVIL ACTION
PRODUCTS LIABILITY LITIGATION
                                           MDL NO:    07-01873

                                           SECTION:   "N" (4)

## ORDER

After reviewing the parties' position papers and considering the significant number of conference participants, the Court concludes that a live, in person status conference is more appropriate for managing the issues in the **Motion for Protective Order Regarding Electronic Discovery (R. Doc. 531)**. The motion was originally set for hearing with oral argument on Wednesday, July 30, 2008. However, at the request of the parties, the Court converted the motion to a status conference for the same day as the hearing, at 10:15 a.m.

**IT IS THEREFORE ORDERED** that the telephone status conference scheduled for **Wednesday, July 30, 2008** at **10:15 a.m.** is **CANCELLED**.

**IT IS FURTHER ORDERED** a live, in person status conference is scheduled for **Wednesday, July 30, 2008** at **4:00 p.m.** in the undersigned United States Magistrate Judge's Chambers located at 500 Poydras Street, Room B-431, New Orleans, Louisiana. All parties have been contacted by telephone, regarding the scheduling of the live status conference.

**IT IS FURTHER ORDERED** those parties with out-of-state counsel who wish to participate but are unable to attend, shall submit to the Court a facsimile at **504-589-7618**, no later

than **2:30 p.m.**, indicating an operable number where they may be reached.  However, in the interests of judicial efficiency and administration, the parties are strongly encouraged to attend in person or to permit other counsel to attend the conference on their behalf, to the extent that they are able to.

New Orleans, Louisiana, this 30th day of July 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**