UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

**MOTION TO WITHDRAW MOTION TO DISMISS
FILED BY SCOTBILT HOMES, INC. (DOCKET ENTRY 491)**

COMES NOW the Defendant, ScotBilt Homes, Inc., through its undersigned counsel, and moves this Honorable Court for permission to withdraw its previously filed Motion to Dismiss the Complaint in the *Pujol* lawsuit bearing Civil Action Number 08-3217 pending in the United States District Court for the Eastern District of Louisiana (Docket Entry 491 in the Multi-District Litigation 07-1873) for the reasons more fully set forth in the attached supportive Memorandum. All counsel for all parties previously submitted a Motion to the Court which allowed for the filing of same (See Docket Entry No. 528).

-1-

WHEREFORE, for the reasons set forth in greater detail in the accompanying Memorandum, ScotBilt Homes, Inc. prays for an order allowing it to withdraw its Motion to Dismiss (Docket Entry No. 491), and instead file its Rule 12 preservation list.

> Respectfully submitted,
>
> NIELSEN LAW FIRM, L.L.C.
>
> */s/ Thomas C. Pennebaker*
> THOMAS C. PENNEBAKER, LA.S.B. 24597
> WILLIAM R. DeJEAN, LA.S.B. 22762
> 3838 N. Causeway Blvd., Suite 2850
> Metairie, Louisiana 70002
> Tel. (504) 837-2500
> Fax (504) 832-9165
> Email: tpennebaker@nielsenlawfirm.com
>   wdejean@nielsenlawfirm.com
>
> AND
>
> GORDON, ARATA, McCOLLUM, DUPLANTIS & EAGAN, L.L.P.
>
> TERRENCE KNISTER, LA.S.B. 7755
> ANNE P. BIRDSONG, LA.S.B. 21478
> 201 St. Charles Avenue, 40th Floor
> New Orleans, Louisiana 70170
> Tel. (504) 582-1111
> Fax (504) 582-1121
> Email: tknister@gordonarata.com
>   abirdsong@gordonarata.com
>
> Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 30th day of July, 2008.

> /s/   Thomas C. Pennebaker