UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

<u>**MEMORANDUM IN SUPPORT OF**</u>
<u>**SCOTBILT HOMES, INC.'S MOTION TO WITHDRAW ITS**</u>
<u>**MOTION TO DISMISS (DOCKET ENTRY 491)**</u>

MAY IT PLEASE THE COURT:

ScotBilt Homes, Inc., through its undersigned counsel, moves this Court for an Order allowing it to withdraw its previously filed Motion to Dismiss (Docket Entry 491) related to the *Pujol* Complaint. This is pursuant to the Court's Order of July 16, 2008 (Docket Entry 534). The basis for the Motion to Withdraw the subject Motion to Dismiss (Docket Entry 491) is because the Court vacated its Order denying the Motion as being untimely (see Docket Entry 493) and allowed the Defendant to file its preservation list of Rule 12 defenses instead. The subject Motion to Dismiss (Docket Entry 491) was

-1-

filed as a result of a misunderstanding by counsel as to what the Court wanted to occur in the management of the case, and all counsel for all parties (the plaintiffs' liaison counsel, the defendants' liaison counsel and the United States Government's counsel ) previously jointly moved this Honorable Court to vacate its Order (Docket Entry #493).

For these reasons, ScotBilt Homes respectfully requests this Honorable Court to issue an Order allowing ScotBilt to withdraw the erroneously filed Motion to Dismiss (Docket Entry 491) in compliance with the Court's Order of July 16, 2008 (Docket Entry 534), and to file its Rule 12 preservation list.

Dated: July 30, 2008                     Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

*/s/ Thomas C. Pennebaker*
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
        wdejean@nielsenlawfirm.com

AND

GORDON, ARATA, McCOLLUM, DUPLANTIS
& EAGAN, L.L.P.

TERRENCE KNISTER, LA.S.B. 7755
ANNE P. BIRDSONG, LA.S.B. 21478
201 St. Charles Avenue, 40th Floor
New Orleans, Louisiana  70170
Tel. (504) 582-1111
Fax (504) 582-1121
Email: tknister@gordonarata.com
        abirdsong@gordonarata.com

Counsel for ScotBilt Homes, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 30th day of July, 2008.

                                    /s/   *Thomas C. Pennebaker*