UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

## ORDER

Considering the Motion to Withdraw filed by ScotBilt Homes, Inc., it is hereby ORDERED that the Motion to Withdraw its Motion to Dismiss (Docket Entry #491) is GRANTED, and ScotBilt Homes, Inc. shall instead file its Rule 12 preservation list.

DONE AND SIGNED this _____ day of _____, 2008 in New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT

-1-