UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-4"

  JUDGE ENGELHARDT
  MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

## ORDER

Considering the Motion to Withdraw filed by ScotBilt Homes, Inc., it is hereby ORDERED that the Motion to Withdraw its Motion to Dismiss (Docket Entry #491) is GRANTED, and ScotBilt Homes, Inc. shall instead file its Rule 12 preservation list.

DONE AND SIGNED this __31st__ day of _____July_____, 2008 in New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT

-1-