**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER FORMALDEHYDE        CIVIL ACTION
PRODUCTS LIABILITY LITIGATION

MDL NO:     07-01873

SECTION:    "N" (4)

**ORDER**

After conferring with the presiding U.S. District Court Judge Kurt D. Engelhardt regarding case management and discovery, the Court reaches the following rulings:

**IT IS ORDERED** that the parties limit the scope and extent of their discovery to the immediate issue of class certification.  The parties are only to engage in discovery necessary to prove the requisite elements under Federal Rule of Civil Procedure ("Rule") 23.

**IT IS FURTHER ORDERED** that full-fledged discovery on the merits of the case shall commence on **Monday, December 1, 2008**, only after the issue of class certification has been submitted to the Court.

**IT IS FURTHER ORDERED** that any written discovery propounded from now until Monday, December 1, 2008, shall be narrowly tailored to the requirements of Rule 23.

New Orleans, Louisiana, this 1st day of August 2008

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**