UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**NEWLY ADDED DEFENDANTS
GILES FAMILY HOLDINGS, INC.'S AND SUNRAY INVESTMENTS, LLC'S
MOTION TO DISMISS
PLAINTIFFS' FIRST SUPPLEMENTAL AND
<u>AMENDED ADMINISTRATIVE MASTER COMPLAINT</u>**

In support of their Motion to Dismiss Plaintiffs' First Supplemental and Amended Administrative Master Complaint (Pacer Doc. # 379), Newly Added Defendants Giles Family Holdings, Inc. ("Giles") and SunRay Investments, LLC ("SunRay") hereby adopt and incorporate by reference the Motion to Dismiss Plaintiffs' Administrative Master Complaint (Pacer Doc. # 259) filed by Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC (the "Motion to Dismiss"), including all attachments made thereto and all requests for relief set forth therein. Given that the Motion to Dismiss (Pacer Doc. # 259) has already been ruled upon by this Court on August 1, 2008, Giles and SunRay further respectfully request that this Court adopt its Order (Pacer Doc. # 599) granting the Motion to Dismiss as if Giles and SunRay were parties thereto.

01669628.1

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Giles Family Holdings,
Inc. and SunRay Investments, LLC

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

01669628.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 4, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

             */s/ James K. Carroll*
             Of Counsel

01669628.1