UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTSLIABILITY LITIGATION | MDL DOCKET 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE JUDGE ROBY |

**CONSENT MOTION TO EXTEND TIME TO SUBMIT PROTECTIVE ORDER**

COMES NOW THE DEFENDANTS through undersigned liaison counsel and request that the court allow an additional two business days to submit the protective order to the court regarding document production in this matter. The current deadline is today, August 4, 2008 per Magistrate Roby's Order (Docket #600). The Parties are diligently working towards a resolution and are on the cusp of working this out. Counsel for the U.S. Department of Justice has agreed to the current draft. Counsel for the Plaintiffs (Linda Nelson) has a few issues that need to be addressed and requested and agreed to the filing of this Motion for the additional two business days. Defendants agree that it would be better to work towards a resolution than it would to file

a contested motion for entry of a protected order and thus are filing this Motion for the Additional two business days, such that the protective order would be due to the court on August 6, 2008.

WHEREFORE the parties pray that this Honorable Court will issue an Order extending the time for the submission of the Protective Order until August 6, 2008.

   /s/  Andrew D. Weinstock_____
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002
504-832-3700
andreww@duplass.com
Defendants' Liaison Counsel

## **CERTIFICATE**

I hereby certify that a copy of this Motion was served on all counsel by CM/ECF and/or by email this 4th day of August, 2008.

   /s/  Andrew D. Weinstock_____