UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTSLIABILITY LITIGATION | MDL DOCKET 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE JUDGE ROBY |

## **ORDER**

CONSIDERING THE Consent Motion to Extend The Time to Submit a Protective Order to the Court, it is hereby Ordered that the Motion is GRANTED and the protective order is due to the court on August 6, 2008.

DONE and SIGNED this _____ day of August, 2008 in New Orleans, Louisiana.

Magistrate Judge Karen Wells Roby