IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

## MOTION FOR ADMISSION PRO HAC VICE
## OF AMANDA N. SHELTON

Now into the Court, through undersigned counsel, comes now Jeffrey M. Burg, who moves the Court to admit Amanda N. Shelton, of the law firm Nelson Mullins Riley & Scarborough LLP, 201 17th Street, NW, Suite 1700, Atlanta, GA  30363, *pro hac vice* in the above-captioned case as co-counsel for Fleetwood Enterprises, Inc., Fleetwood of North Carolina, Inc. and Fleetwood of Canada, Inc.  In support of this Motion and in accordance with L.R. 83.2E, movant attaches the affidavit of Amanda N. Shelton.

Respectfully submitted this 5th day of August, 2008.

                                                      /s/ Jeffrey M. Burg
                                               Jeffrey M. Burg (La. Bar: 25993)
                                               Jerry L. Saporito (La. Bar: 11717)
                                               Amanda Vonderhaar (La Bar: 30805)
                                               Leake & Andersson, LLP
                                               1100 Poydras St., Suite 1700
                                               New Orleans, Louisiana 70163
                                               Telephone: (504) 585-7500
                                               Fax: (504) 585-7775