IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

## **ORDER**

The above and foregoing having been considered, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* of Amanda N. Shelton be granted.

This done and signed this _____ day of August, 2008.

_____
The Honorable Kurt D. Engelhardt
Judge, United States District Court,
Eastern District of Louisiana