Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUL 3 1 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   JUL 3 1 2008

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 1 5 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

   Esther Mince, etc. v. Fleetwood Enterprises, Inc., et al.,
     M.D. Louisiana, C.A. No. 3:08-389
   Steven Huckabee, et al. v. Fleetwood Enterprises, Inc., et al.,
     S.D. Mississippi, C.A. No. 1:08-246

**08-4094**
MDL No. 1873

**08-4095**

**SECT. N MAG. 4**

### CONDITIONAL TRANSFER ORDER (CTO-3)

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, three additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

A CERTIFIED TRUE COPY

JUL 3 1 2008

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee
___ Process
_X_ Dktd
___ CtrmDep
___ Doc. No

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                              MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-3)

Jeffrey M. Burg
MARTZELL & BICKFORD
338 Lafayette Street
New Orleans, LA 70130

Leonard Cardenas, III
CARDENAS & SAUNDERS
6525 Perkins Road
Baton Rouge, LA 70808

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Jerry L. Saporito
SAPORITO LAW FIRM LLC
639 Loyola Avenue
Suite 2100
New Orleans, LA 70113

Amanda W. Vonderhaar
LEAKE & ANDERSSON LLP
1100 Poydras St.
Suite 1700
New Orleans, LA 70163-1701

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS MORTON PFISTER ET AL
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Robert B. Wiygul
WALTZER & ASSOCIATES
1025 Division Street
Suite C
Biloxi, MS 39530

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

July 31, 2008

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-3)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 15, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Tanisha Spinner
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Kurt D. Engelhardt
    Transferor Judges:   Judge Halil S. Ozerden; Judge John V. Parker
    Transferor Clerks:   Nicholas Joseph Lorio; J.T. Noblin

JPML Form 36