IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

## MOTION FOR ADMISSION PRO HAC VICE
## OF TAYLOR T. DALY

Now into the Court, through undersigned counsel, comes now Jeffrey M. Burg, who moves the Court to admit Taylor T. Daly, of the law firm Nelson Mullins Riley & Scarborough LLP, 201 17th Street, NW, Suite 1700, Atlanta, GA 30363, pro hac vice in the above-captioned case as co-counsel for Fleetwood Enterprises, Inc., Fleetwood of North Carolina, Inc. and Fleetwood of Canada, Inc.  In support of this Motion and in accordance with L.R. 83.2E, movant attaches the affidavit of Taylor T. Daly.

Respectfully submitted this 5th day of August, 2008.

                                                    /s/ Jeffrey M. Burg
                                            Jeffrey M. Burg (La. Bar: 25993)
                                            Jerry L. Saporito (La. Bar: 11717)
                                            Amanda Vonderhaar (La Bar: 30805)
                                            Leake & Andersson, LLP
                                            1100 Poydras St., Suite 1700
                                            New Orleans, Louisiana 70163
                                            Phone: (504) 585-7500 / Fax: (504) 585-7775