IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

## APPLICATION AND AFFIDAVIT IN SUPPORT OF MOTION PRO HAC VICE ADMISSION OF TAYLOR T. DALY

NOW INTO COURT, comes Taylor T. Daly, who being duly sworn, states as follows:

1.

I am a licensed attorney in the state of Georgia. I practice law as a member of the law firm of Nelson Mullins Riley & Scarborough LLP, 201 17th Street, NW, Suite 1700, Atlanta, GA 30363.

2.

I am a member in good standing with the bar of the state of Georgia. A certificate of good standing from the United States District Court, Northern District of Georgia is attached hereto.

2

3.

I have not been the subject of any disciplinary proceedings nor had any criminal charges brought against me.

                                                Taylor T. Daly

Sworn and subscribed before me
this _5th_ day of August, 2008.

_____
Notary Public

My Commission Expires:



# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **TAYLOR TAPLEY DALY, State Bar No. 697887,** was duly admitted to practice in said Court on October 4, 1979, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 25th day of July, 2008.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Jamee Green
Deputy Clerk