IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) MDL NO. 1873 SECTION "N" (4) JUDGE ENGELHARDT |

## **ORDER**

The above and foregoing having been considered, IT IS ORDERED that the Motion for Admission Pro Hac Vice of Taylor T. Daly be granted.

This done and signed this ___ day of August, 2008.

_____
The Honorable Kurt D. Engelhardt
Judge, United States District Court,
Eastern District of Louisiana