UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                            SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **12(B)(2) Motion to Dismiss Coachmen Industries, Inc. for lack of Personal Jurisdiction (Rec. Doc. 213)** is **DENIED AS MOOT** based on the Court's August 1, 2008 Order, which granted the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 210) (in which Coachmen Industries, Inc. joined).

New Orleans, Louisiana, this 5th day of August, 2008.

**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**