# ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. #109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. #594-5), pp. 3-7 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Jessica R. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Jill N. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Joseph M. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Stephanie G. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Elizabeth Lisa Nguyen | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Isabella Nichole Thomas | Gulf Stream Coach, Inc. | Gulf Stream. | No | No |
| Phuong Kim Thomas | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Sean Gary Thomas | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Duran Battie, Sr. | Timberland RV Company d/b/a Adventure Mfg. | Adventure Mfg. | No | No |
| Joycelyn Beasley | Jayco Enterprises, Inc. | Jayco | No | No |
| Steven Beasley | Jayco Enterprises, Inc. | Jayco | No | No |
| Thomas Anthony Bergens | Starcraft RV, Inc. | Starcraft | No | No |
| L.C. Bingham | Cavalier Home Builders, Inc. | Not Listed in PFS | No | No |
| Barry Bourgeois | Gulf Stream Coach, Inc. | Gulf Stream/Cavalier | No | No |
| Jesse Brown | Heartland Recreational Vehicles, LLC | Heartland | No | No |
| Trina Brown | Heartland Recreational Vehicles, LLC | Heartland | No | No |
| Anthony Bruno, Jr. | Fleetwood | Fleetwood | No | No |

# ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 594-5), pp. 3-7 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Patricia A. Burr | Morgan Building & Spas | Not Listed in PFS | No | No |
| LaRay Maurice Carey | Keystone RV Company | Keystone | No | No |
| Jerome Culler | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Dionne Davis | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Dorothy Deal | Fleetwood | Fleetwood | No | No |
| Heather Robertson-Durand | Fleetwood | Fleetwood | No | No |
| Matthew Durand | Fleetwood | Fleetwood | No | No |
| Teresa Certoma Fennia | Starcraft RV, Inc. | Starcraft | No | No |
| Renay Marie Gardner | Pilgrim International, Inc. | Pilgrim | No | No |
| Damon Gordon | Fleetwood | Fleetwood | No | No |
| Shelia Gordon | Fleetwood | Fleetwood | No | No |
| Latonya London | Coachmen | Coachmen | No | No |
| Lakeesha Lightell | Pilgrim International, Inc. | Stewart Park Homes | No | No |
| Lois Perkinson | Coachman | Coachman | No | No |
| Ashley Peters | KZRV, LP | KZRV Jag | No | No |
| Joyce Peters | KZRV, LP | Not Listed in PFS | No | No |
| Salvador Peters, Jr. | KZRV, LP | KZRV LT | No | No |
| Salvador Peters, Sr. | KZRV, LP | KZRV Jag | No | No |
| Trevor Raphiel | Travel Star by Starcraft | Not Listed in PFS | No | No |
| Lawrence Robertson | Monaco Coach Corporation | PMI | No | No |

ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. #109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 594-5), pp. 3-7 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Penny Robertson | Monaco Coach Corporation | PMI | No | No |
| Carol Eleanor Salassi | *Not Listed in Proposed Amended AMC* | *No PFS provided by Plaintiffs* | No | No |
| David Semien, Jr. | American Camper Manufacturing, LLC | Ameri Corp | No | No |
| Sandra Semien | American Camper Manufacturing, LLC | Ameri Corp | No | No |
| Eric Albert Smith | Pilgrim International, Inc. | Pilgrim | No | No |
| Margaret Thomas | American Camper Manufacturing, LLC | AmeriCamper | No | No |
| Alvin Williby, Sr. | Gulf Stream Coach, Inc. | Gulf Stream/Cavalier | No | No |
| Luann Workman | Gulf Stream Coach, Inc. | Gulf Stream/Cavalier | No | No |
| Letecheia Acker | Keystone RV Company | Keystone | No | No |
| Sandra Anderson | River Birch Homes, LLC | GulfStream | No | No |
| Keena Magee | Forest River, Inc. | Forest River | No | No |
| Charles Meschack | Coachmen | Coachmen | No | No |
| George Posey | Gulf Stream Coach, Inc. | Suburban | No | No |
| Jerry Stewart | *unknown* | Gulf Stream and Lakeside Park Homes | No | No |
| Angela Wilkerson | Coachmen | Coachmen | No | No |

# ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. #109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 594-5), pp. 3-7 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Cedric Wilkerson, Sr. | Coachmen | Coachmen | No | No |
| Sylvia Keyes | Fleetwood | Fleetwood/Pioneer | No | No |
| Betty White | Forest River, Inc. | Forest River | No | No |
| Kellina Biddle | KZRV, LP | Jayco | No | No |
| Adrina McCray | KZRV, LP | KZRV | No | No |
| Ronald Morgan | KZRV, LP | Jayco | No | No |
| Terra Morgan | KZRV, LP | Jayco | No | No |
| David Semien, Sr. | American Camper Manufacturing, LLC | Ameri Corp | No | No |
| Brittney Stephens Miller | Dutchmen Manufacturing, Inc./Thor Industries, Inc. | Dutchmen/Thor Industries | No | No |
| Cherish Stephens | Dutchmen Manufacturing, Inc./Thor Industries, Inc. | Thor | No | No |
| Sherry Trollinger | Fleetwood | Fleetwood | No | No |

# NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 594-5), pp. 7-14 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 594-5), pp. 7-14 |
|---|---|
| Barry P. Dominguez | DS Corp. |
| Deborah Adkins | Dutch Housing d/b/a Champion Homes |
| Dennis Adkins | Dutch Housing d/b/a Champion Homes |
| Richard Rust | Dutch Housing d/b/a Champion Homes |
| Jeremy Rust | Dutch Housing d/b/a Champion Homes |
| Logan Rust | Dutch Housing d/b/a Champion Homes |
| Samien Rust | Dutch Housing d/b/a Champion Homes |
| Barbara Ann Dillon | Fleetwood Canada, Ltd. |
| Latrice Collins | Fleetwood Homes of North Carolina, Ltd. |
| Ruby Freemen | Fleetwood Homes of North Carolina, Ltd. |
| German Harrison | Giles Family Holdings, Inc. |
| Louis Harrison | Giles Family Holdings, Inc. |
| Jennifer Richland | Giles Family Holdings, Inc. |
| Armani Harrison | Giles Family Holdings, Inc. |
| Alijah Harrison | Giles Family Holdings, Inc. |
| Amya Freeman | Giles Family Holdings, Inc. |
| Pamela S. Benoit | Horton Homes, Inc. |
| Betty Adams | Lakeside Park Homes, Inc. |
| John Adams | Lakeside Park Homes, Inc. |
| Crystal Gumm | Patriot Homes, Inc. |
| Joseph Jack | Patriot Homes, Inc. |
| Betty Thomas | Phillips Products, Inc. |
| Frank Alfred | Phillips Products, Inc. |
| Gloria Alfred | Phillips Products, Inc. |
| Courtney Alfred | Phillips Products, Inc. |
| Eumakia Alfred | Phillips Products, Inc. |
| Christopher Thomas | Phillips Products, Inc. |
| Jacqueline Daddaux | Redman Homes Inc. f/k/a Dutch Homes |
| Amaris McGallion | Southern Energy Homes, Inc. |
| Lonnie McCallion | Southern Energy Homes, Inc. |
| Mary Harris | Southern Energy Homes, Inc. |
| Edward Ballet | Thor California d/b/a Thor Manufacturing |
| Natley Mitchell | Destiny Industries, LLC |
| Darius Mitchell | Destiny Industries, LLC |
| Parish Mitchell | Destiny Industries, LLC |
| Nakesia Mitchell | Destiny Industries, LLC |

EXHIBIT TWO

1

## NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 594-5), pp. 7-14 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 594-5), pp. 7-14 |
|---|---|
| Joseph Mitchell | Destiny Industries, LLC |
| Joshua Mitchell | Destiny Industries, LLC |
| William Bridges | Dutchmen Manufacturing, Inc. |
| Juanita Bridges | Dutchmen Manufacturing, Inc. |
| Rose Bright | Dutchmen Manufacturing, Inc. |
| Dana Christmas | Dutchmen Manufacturing, Inc. |
| Danielle Christmas | Dutchmen Manufacturing, Inc. |
| Gregory Lane | Dutchmen Manufacturing, Inc. |
| Lucinda Lane | Dutchmen Manufacturing, Inc. |
| Peter Daunoy III | Layton Homes, Inc. or Liberty RV & Marine |
| Charlotte Evans | Layton Homes, Inc. or Liberty RV & Marine |
| Percy Evans | Layton Homes, Inc. or Liberty RV & Marine |
| Ella Flowers | Scotbilt Homes, Inc. |
| James Aaron Barnes, Jr., | Scotbilt Homes, Inc. |
| Andre Pravata | Waverlee Homes, Inc. |
| Skyler Pravata | Waverlee Homes, Inc. |
| Maddie Pravata | Waverlee Homes, Inc. |
| Maragrita Solis | Silver Creek Homes, Inc. |
| Marcillo Ayala | Silver Creek Homes, Inc. |
| Linda Maydonado-West | Palm Harbor Homes, Inc., Palm Harbor Mfg., Inc. or Palm Harbor Albermarle, LLC |
| Marcie Beverly | Alliance Homes, Inc. d/b/a Adrian Homes |
| Lee Williams | Timberland RV Company d/b/a Adventure Mfg. |
| Libby Sylve | Timberland RV Company d/b/a Adventure Mfg. |
| Ashante Sylve | Timberland RV Company d/b/a Adventure Mfg. |
| Hailey Sylve | Timberland RV Company d/b/a Adventure Mfg. |
| Thelma Howard | Timberland RV Company d/b/a Adventure Mfg. |
| Ardellia Hawkins | Champion Enterprises, Inc. |
| Lillian Foley | Heartland Recreational Vehicles, Inc. |
| Paula Tatum | Heartland Recreational Vehicles, Inc. |
| Roderick Murray | Heartland Recreational Vehicles, Inc. |
| Kelvin Murray | Heartland Recreational Vehicles, Inc. |
| Larry Jenson Jackson | Hy-Line Enterprises, Inc. |
| Centra Nell Meyers | Hy-Line Enterprises, Inc. |
| Margaret Veal Gaskin | Lexington Homes |
| Debra Delone | Lexington Homes |

## NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 594-5), pp. 7-14 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 594-5), pp. 7-14 |
|---|---|
| Donovan Delone | Lexington Homes |
| Larry Parker | Townhomes, LLC |
| Maria Monique Parker | Townhomes, LLC |
| Tyler Paul Ardoin | Townhomes, LLC |
| Mickayla Ardoin | Townhomes, LLC |
| Nicholas Parker | Townhomes, LLC |
| Chloe Parker | Townhomes, LLC |
| James Smith, Sr. | Homes of Merit, Inc. |
| James Smith, Jr. | Homes of Merit, Inc. |
| Michael Tracy | Homes of Merit, Inc. |
| Sheila Smith | Homes of Merit, Inc. |
| Mirissa Smith | Homes of Merit, Inc. |
| Craig Ray, Sr. | Play'Mor Trailers, Inc. |
| Craig Ray, Jr. | Play'Mor Trailers, Inc. |