UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT MAG. JUDGE ROBY |
| THIS DOCUMENT RELATES TO THE ADMINISTRATIVE MASTER COMPLAINT AND TO ALL CASES | | |

**EVIDENTIARY SUBMISSION IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT**

Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc. and SunRay Investments, LLC (the "Newly Added Defendants") respectfully submit the following documents in opposition to the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint (Pacer Doc. No. 594) ("Plaintiffs' Motion") and in support of the Newly Added Defendants' Memorandum in Opposition to Plaintiffs' Motion.

The following exhibits are the relevant excerpts of Plaintiff Fact Sheets ("PFS") for the Original Plaintiffs Listed in the Administrative Master Complaint (Pacer Doc. No. 109) ("AMC"). In an effort to avoid burdening this Court with unnecessary material, the attached excerpts of the PFS contain only those relevant portions that identify the name of the Original Plaintiff in the AMC and the manufacturer of the housing unit in which the Plaintiff lived.

| EXHIBIT NO. | ORIGINAL PLAINTIFF IN AMC |
|---|---|
| 1 | Jessica R. Pujol |
| 2 | Jill N. Pujol |
| 3 | Joseph M. Pujol |
| 4 | Stephanie G. Pujol |

01672801.1

| EXHIBIT NO. | ORIGINAL PLAINTIFF IN AMC |
|---|---|
| 5 | Elizabeth Lisa Nguyen |
| 6 | Isabella Nichole Thomas |
| 7 | Phuong Kim Thomas |
| 8 | Sean Gary Thomas |
| 9 | Duran Battie, Sr. |
| 10 | Joycelyn Beasley |
| 11 | Steven Beasley |
| 12 | Thomas Anthony Bergens |
| 13 | L.C. Bingham |
| 14 | Barry Bourgeois |
| 15 | Jesse Brown |
| 16 | Trina Brown |
| 17 | Anthony Bruno, Jr. |
| 18 | Patricia A. Burr |
| 19 | LaRay Maurice Carey |
| 20 | Jerome Culler |
| 21 | Dionne Davis |
| 22 | Dorothy Deal |
| 23 | Heather Robertson-Durand |
| 24 | Matthew Durand |
| 25 | Teresa Certoma Femia |
| 26 | Renay Marie Gardner |
| 27 | Damon Gordon |
| 28 | Shelia Gordon |
| 29 | Latonya London |
| 30 | Lakeesha Lightell |
| 31 | Lois Perkinson |
| 32 | Ashley Peters |
| 33 | Joyce Peters |
| 34 | Salvador Peters, Jr. |
| 35 | Salvador Peters, Sr. |
| 36 | Trevor Raphiel |
| 37 | Lawrence Robertson |
| 38 | Penny Robertson |
| 39 | Carol Eleanor Salassi |
| 40 | David Semien, Jr. |
| 41 | Sandra Semien |
| 42 | Eric Albert Smith |
| 43 | Margaret Thomas |
| 44 | Alvin Williby, Sr. |
| 45 | Luann Workman |
| 46 | Letecheia Acker |
| 47 | Sandra Anderson |

2

| EXHIBIT NO. | ORIGINAL PLAINTIFF IN AMC |
|---|---|
| 48 | Keena Magee |
| 49 | Charles Meschack |
| 50 | George Posey |
| 51 | Jerry Stewart |
| 52 | Angela Wilkerson |
| 53 | Cedric Wilkerson, Sr. |
| 54 | Sylvia Keyes |
| 55 | Betty White |
| 56 | Kellina Biddle |
| 57 | Adrina McCray |
| 58 | Ronald Morgan |
| 59 | Terra Morgan |
| 60 | David Semien, Sr. |
| 61 | Brittney Stephens |
| 62 | Cherish Stephens |
| 63 | Sherry Trollinger |

Respectfully submitted by:

/s/ James K. Carroll
James K. Carroll
One of the Attorneys for Newly Added Defendants

**OF COUNSEL**
FOWLER RODRIGUEZ & CHALOS
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

-and-

3

01672801.1

Lee E. Bains, Jr.
Thomas W. Thagard, III
Lorrie L. Hargrove
Edward A. "Ted" Hosp
Edward S. Sledge IV
Maynard, Cooper & Gale, P.C.
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone 205-254-1000
Fax: 205-254-1999

01672801.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2008, I electronically filed the foregoing Evidentiary Submission in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a copy of the above and foregoing document by first class mail, postage pre-paid, to all counsel of record who are non-CM/ECF participants.

Gerald E. Meunier #9471
Justin I. Woods #24713
GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, LLC
1100 Poydras Street, Suite 2800
New Orleans, LA 70163-2900

Henry T. Miller
U.S. Department of Justice, Civil Division
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044

/s/ James K. Carroll
Of Counsel

01672801.1