UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N-4 |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT AND TO ALL CASES | MAG. JUDGE ROBY |

## REQUEST FOR ORAL ARGUMENT

**MAY IT PLEASE THE COURT:**

Newly Added Defendants, CMH Manufacturing Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP Palm Harbor Albermarle, LLC, Giles Family Holdings, Inc. and SunRay Investments, LLC, appearing through undersigned counsel, pursuant to Rule 78.1E, respectfully request oral argument on their Opposition to the PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint (Pacer Doc. No. 594) ("Plaintiffs' Motion").

The hearing on PCS's motion is currently scheduled for August 13, 2008. Newly Added Defendants assert that due to critical inconsistencies between this Court's Order and Reasons dated August 1, 2008 (Pacer Doc. No. 599) and the actual averments in Plaintiffs' Proposed Second Supplemental and Amended Master Complaint, oral argument is necessary and would benefit the Court, the parties, and assist in the resolution of this motion.

        Respectfully submitted:

*/s/ James K. Carroll*
JAMES K. CARROLL (#3898), T.A.
STEPHANIE D. SKINNER (#21100)
KATI COX WEAVER (#30878)
FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, LA 70130
Telephone 523-2600
Fax 523-2705
jcarroll@frc-law.com; sskinner@frc-law.com
kcox@frc-law.com
Attorneys for CMH Manufacturing Inc.,
Southern Energy Homes, Inc., Palm Harbor Homes, Inc.,
Palm Harbor Mfg., Palm Harbor Albermarle, LLC, Giles
Family Holdings, Inc., and SunRay Investments, LLC

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

     I hereby certify that I have on this 6th day of August 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding by e-filing with the Clerk of court by using the CM/ECF system.

        */s/ James K. Carroll*