UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCT<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N-4<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO<br>THE ADMINISTRATIVE MASTER<br>COMPLAINT AND TO ALL CASES | MAG. JUDGE ROBY |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that oral argument will be had on the Opposition to PSC's Second Supplemental and Amended Master Complaint on Behalf of Newly Added Defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc. and SunRay Investments, LLC, on August 13, 2008, at 9:30 a.m.

New Orleans, Louisiana, this ___ day of _____, 2008.

_____
UNITED STATES DISTRICT JUDGE