UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| THE ADMINISTRATIVE MASTER | * | MAG. JUDGE KAREN WELLS ROBY |
| COMPLAINT AND ALL OTHER | * | |
| UNDERLYING CASES. | | |

**OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS"),[1] which adopts and joins in on the Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint filed by CMH Manufacturing, Inc., Southern Entergy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (doc. no. 614). IBS adopts and joins in on the arguments in that Memorandum in Opposition and shows that such Memorandum applies equally to all claims against IBS for the reasons stated therein.

IBS further opposes Plaintiffs' Motion for Leave on the basis that **it has not matched up any Plaintiff, whether a class representative or not, who allegedly resided in a home manufactured by IBS**. Rather, in paragraph 5 of their proposed amended Complaint, Plaintiffs merely assert that (1) the claims of the putative class members are typical of the unnamed class members who resided in any such units; (2) the putative class representatives will adequately

---

[1] IBS was dismissed from this litigation via Court Order dated August 1, 2008 and entered August 4, 2008 (doc. no. 604). However, IBS files this Opposition in response to paragraph 5 of Plaintiffs' proposed Second Supplemental and Amended Complaint (doc. no. 593-4).

represent the interests of any class members who resided in such units; and (3) a juridical link exists between and among all named defendant manufacturers.

In the Court's Order of August 1, 2008 (doc. no. 599), the Court cautioned that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice." Doc. no. 599, p. 11. Because Plaintiffs, in both their Administrative Master Complaint and their proposed Second Supplemental and Amended Complaint, have failed to specifically match any Plaintiff to IBS, IBS opposes Plaintiffs' Motion for Leave.

WHEREFORE, IBS prays that this Court deny the Motion for Leave to File Second Supplemental and Amended Master Complaint which was filed by Plaintiffs (doc. no. 593).

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail:  drk@bswllp.com

s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

816334.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT AND ALL OTHER UNDERLYING CASES. | * * * | MAG. JUDGE KAREN WELLS ROBY |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Complaint has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

                                          s/ David R. Kelly
                                          David R. Kelly

816334.1