UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-md-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**MEMORANDUM IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT
FILED BY LIBERTY HOMES, INC. and WAVERLEE HOMES, Inc.**

MAY IT PLEASE THE COURT:

Liberty Homes, Inc. (Liberty) and Waverlee Homes, Inc. (Waverlee), file this memorandum in opposition to the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint. (Doc. 594)[1] Specifically, Liberty and Waverlee join in and adopt the Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint on behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle,

---

[1]Liberty Homes, Inc. and Waverlee Homes, Inc., also submit this memorandum in opposition to the substantively identical PSC Motion for Leave to File Second Supplemental and Amended Complaint (Doc. #593) in *Pujol v. The United States of America,* NO. 08-3217.

1

LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC. (Doc. # 614).

In further support of the adopted opposition filed on behalf of Newly Added Defendants, not a single one of the sixty-two (62) original named plaintiffs in the AMC lived in a temporary housing unit built by Liberty or Waverlee. Because none of the original plaintiffs have standing to sue Patriot, the second amendment to the AMC now seeks to substitute two (2) new plaintiffs to manufacture standing against Liberty - - Charlotte Evans and Percy Evans (Proposed Amended Complaint, at ¶ 4, seeking to add ¶ 2(d)(uu-vv)), and three (3) new plaintiffs to manufacture standing against Waverlee - - Andre Pravata, Sckyler Pravata and Maddie Pravata. (Proposed Amended Complaint, at ¶ 4, seeking to add ¶ 2(d)(yy, zz, and aaa).) Liberty and Waverlee are not aware of any Plaintiff Fact Sheets having been produced for these new, substitute plaintiffs.

Because none of the sixty-two (62) original named plaintiffs have ever alleged Liberty or Waverlee manufactured the THU they occupied, they never had standing to sue Liberty or Waverlee and plaintiffs cannot substitute the Evans and Pravata plaintiffs for the original plaintiffs to manufacture standing against Liberty and Waverlee. In addition, plaintiffs new allegations attempted against Liberty are entirely improper because the Evans plaintiffs cannot decide whether the manufacturer of their THU is Liberty Homes, Inc., or Liberty RV & Marine, Inc.

For the reasons assigned, Liberty Homes, Inc. and Waverlee Homes, Inc., pray that Plaintiffs' Motion for Leave to amend the AMC a second time be denied.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


 _/s/ Lamont P. Domingue_
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc. and
Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2008,  a copy of Liberty Homes, Inc. and Waverlee Homes, Inc.'s Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

 */s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc. and Waverlee Homes, Inc.
E-Mail: lpd@volalaw.com

383960

4