UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY PATRIOT HOMES, INC.**

MAY IT PLEASE THE COURT:

Patriot Homes, Inc. (Patriot), files this memorandum in opposition to the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint. (Doc. 594)[1] Specifically, Patriot joins in and adopts the Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint on behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc.,Palm Harbor Homes, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC

---

[1] Patriot Homes, Inc. also submits this memorandum in opposition to the substantively identical PSC Motion for Leave to File Second Supplemental and Amended Complaint (Doc. #593) in *Pujol v. The United States of America,* NO. 08-3217.

1

("Newly Added Defendants") (Doc. #614).

In further support of the adopted opposition filed on behalf of Newly Added Defendants, not a single one of the sixty-two (62) original named plaintiffs in the AMC lived in a temporary housing unit built by Patriot. Because none of the original plaintiffs have standing to sue Patriot, the second amendment to the AMC now seeks to substitute two (2) new plaintiffs to manufacture standing against Patriot - - Crystal Gumm and Joseph Jack. (Proposed Amended Complaint, at ¶ 4, seeking to add ¶ 2(d)(t-u).) The problem with this proposed amendment is that it is a prohibited substitution for the reason set forth in the Newly Added Defendants' opposition and Patriot Homes, Inc., did not manufacture any THUs. (See Exhibit 1, Excerpts of Patriot Homes, Inc., Responses to Plaintiffs' Class Discovery and attached Affidavit of Steven K. Like; see also, Doc. 501, Reply Brief In Support of Motion to Dismiss Adminstrative Master Complaint, at footnote 1.) Patriot Homes, Inc., is simply a holding company that owns the stock of its subsidiaries and does not manufacture any product.

Based on the foregoing, no plaintiff ever had standing to sue Patriot Homes, Inc., and no plaintiff will ever have standing to sue Patriot Homes, Inc., in the future. None of the sixty-two (62) original named plaintiffs have ever alleged Patriot Homes, Inc., manufactured the THU they occupied and Patriot Homes, Inc., never manufactured any THUs.

For the reasons assigned, Patriot Homes, Inc., prays that Plaintiffs' Motion for Leave to amend the AMC a second time be denied.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


_/s/ Lamont P. Domingue_
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Patriot Homes, Inc.
E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2008, a copy of Patriot Homes, Inc.'s Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Patriot Homes, Inc.
    E-Mail: lpd@volalaw.com

383961