UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-MD-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO | : | JUDGE ENGELHARDT |
| THE ADMINISTRATIVE MASTER COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY REDMAN HOMES, INC.**

MAY IT PLEASE THE COURT:

Redman Homes, Inc. (Redman), for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc., files this memorandum in opposition to the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint. (Doc. 594)[1] Specifically, Redman joins in and adopts the Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint on behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm

---

[1]Redman Homes, Inc. also submits this memorandum in opposition to the substantively identical PSC Motion for Leave to File Second Supplemental and Amended Complaint (Doc. #593) in *Pujol v. The United States of America,* NO. 08-3217.

1

Harbor Homes, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants") (Doc. # 614).

In further support of the adopted opposition filed on behalf of Newly Added Defendants, not a single one of the sixty-two (62) original named plaintiffs in the AMC lived in a temporary housing unit built by Redman or Dutch Housing. Because none of the original plaintiffs have standing to sue Redman, the second amendment to the AMC now seeks to substitute new plaintiffs to manufacture standing against Redman. (Proposed Amended Complaint, at ¶ 4, seeking to add ¶ 2(d)(b-g; bb).)

Because none of the sixty-two (62) original named plaintiffs have ever alleged Redman or Dutch Housing manufactured the THU they occupied, they never had standing to sue Redman/Dutch Housing and plaintiffs cannot substitute new plaintiffs for the original plaintiffs to manufacture standing against Redman/Dutch Housing.

For the reasons assigned, Redman Homes, Inc., prays that plaintiffs' Motion for Leave to amend the AMC a second time be denied.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Redman Homes, Inc.
E-Mail: LPD@volalaw.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of August, 2008, a copy of Redman Homes, Inc.'s Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Redman Homes, Inc.
    E-Mail: lpd@volalaw.com

383957