MINUTE ENTRY
ENGELHARDT, J.
August 6, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 07-1873 |
|     FORMALDEHYDE PRODUCTS | |
|     LIABILITY LITIGATION | |
| | SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A telephone status conference was conducted on Wednesday, August 6, 2008, at 2:45 p.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating were Linda J. Nelson, Henry T. Miller and Ronnie G. Penton.

JS10(0:30)