UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                           SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On August 6, 2008, the Court held a telephone status conference with the following individuals participating: Justin Woods, Andrew Weinstock, Henry Miller, Ronnie Penton, Joe Glass, and Linda Nelson.  During the conference, the Court **ORDERED** as follows:

    (1) The August 1, 2008 Order (Rec. Doc. 601), signed by Magistrate Judge Karen Roby, merely limits the scope of discovery; it does not preclude discovery directed to any particular person or entity.

    (2) Magistrate Roby's Order prioritizes ongoing discovery relative to Rule 23 class discovery.  Thus, to the extent that Pre-Trial Order No. 14 (Rec. Doc. 605) indicates otherwise, it is **VACATED**.  Discovery on the merits, beyond that necessary for the

November 19, 2008 class certification hearing, shall not be conducted, except by consent, until **Monday, December 1, 2008**, pursuant to Magistrate Roby's August 1, 2008 Order (Rec. Doc. 601).

    New Orleans, Louisiana, this 7th day of August, 2008.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**