UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion to Enforce Court's Order of March 4, 2008 (Doc. 104) (Rec. Doc. 343)** is **DENIED AS MOOT.**

New Orleans, Louisiana, this 7th day of August, 2008.

                                                   _____
                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**