UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                          SECTION "N"  (4)

THIS DOCUMENT RELATES TO
THE ADMINISTRATIVE MASTER COMPLAINT

## ORDER

Counsel has indicated that the Newly Added Defendants Giles Family Holdings, Inc.'s and Sunray Investments, LLC's Motion to Dismiss Plaintiffs' First Supplemental and Amended Administrative Master Complaint (Rec. Doc. 607), which is based on the standing issue previously decided by the undersigned in the August 1, 2008 Order and Reasons (Rec. Doc. 599), is actually unopposed.  Accordingly,

**IT IS ORDERED** that the Newly Added Defendants Giles Family Holdings, Inc.'s and Sunray Investments, LLC's Motion to Dismiss Plaintiffs' First Supplemental and Amended Administrative Master Complaint (Rec. Doc. 607) is **GRANTED.**

New Orleans, Louisiana, this 7th day of August, 2008.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**