IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

## **ORDER**

The above and foregoing having been considered, IT IS ORDERED that the Motion for Admission Pro Hac Vice of Taylor T. Daly be granted.

This done and signed this 6th day of August, 2008.

_____
The Honorable Kurt D. Engelhardt
Judge, United States District Court,
Eastern District of Louisiana