UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | * | CIVIL ACTION NO. 1873 |
| | * | |
| | * | SECTION N-4 |
| THIS DOCUMENT IS RELATED TO: All cases. | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE ROBY |

********************************************

**MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND COMPLAINT IN THE *PUJOL* MATTER ON BEHALF OF DEFENDANTS SKYLINE CORPORATION AND LAYTON HOMES CORPORATION**

Defendants Skyline Corporation ("Skyline") and Layton Homes Corporation ("Layton"), through undersigned counsel, oppose the PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint[1] and the PSC's Motion for Leave to File Second Supplemental and Amended Complaint in the *Pujol* matter.[2] Skyline and Layton join in and adopt the reasoning and argument set forth in the Memorandum in Opposition filed by the Newly Added Defendants (Rec. Doc. 614).[3]

---

[1] Rec. Doc. 594.
[2] Rec. Doc. 593.
[3] Layton does not join in the argument presented in Part VI of that memorandum.

769624.1

The claims against Skyline and Layton were dismissed without prejudice pursuant to this Court's Order dated August 1, 2008.[4]  According to the PSC's motions, none of the sixty-three originally-named Plaintiffs are alleged to have resided in any temporary housing unit manufactured by Skyline or Layton.  Instead, the proposed amended Master Complaint improperly <u>adds</u> a new plaintiff who claims to have resided in a unit manufactured by Layton.[5]  None of the new plaintiffs added by the proposed amended Master Complaint are alleged to have lived in a unit manufactured by Skyline.

Therefore, for the same reasons set forth in the Newly Added Defendant's memorandum in opposition, the PSC's motion should be denied as to Skyline and Layton.

Dated August 7, 2008.

s/ *Robert Sheesley*
Larry Feldman, Jr., T.A. (LA BAR NO. 5503)
Robert D. Sheesley (LA BAR NO. 31579)
McGLINCHEY STAFFORD, PLLC
643 Magazine St.
New Orleans, LA 70130
Telephone:  (504) 586-1200
Facsimile:  (504) 596-2800

ATTORNEYS FOR SKYLINE CORPORATION
AND LAYTON HOMES CORPORATION

---

[4] Rec. Doc. 604.
[5] Peter Daunoy III.  Rec. Docs. 593-5, ¶ 4(tt)  and 594-5, ¶ 5(tt).

769624.1

2

**CERTIFICATE OF SERVICE**

    I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed. A Notice of Electronic Filing will be sent by the Court to all liason counsel of record who have consented to email notification and electronic service. This document is available for viewing and downloading from the Court's ECF system. Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, on August 7, 2008.

                                                    s/ *Robert Sheesley*
                                                    Robert D. Sheesley