UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO
THE ADMINISTRATIVE MASTER COMPLAINT

## ORDER

**IT IS ORDERED** that the **Request for Oral Argument (Rec. Doc. 615)** is **DENIED**.

Thus, the PSC Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 593) and the PSC Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 594), both set for hearing on August 13, 2008, will be determined on the briefs alone. Should this Court later determine that oral argument would be helpful, it shall notify the parties.

　　　New Orleans, Louisiana, this 7th day of August, 2008.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**