IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGAITON, | MDL NO. 07-1873<br>SECTION "N-4" |
| THIS DOCUMENT IS RELATED TO ALL CASES | Judge Engelhardt<br>Mag. Judge Roby |

### ORDER

Considering Defendants Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., and Fleetwood Homes of North Carolina, Inc. ("Fleetwood Defendants") Ex Parte Motion to Enroll Additional Counsel of Record;

IT IS ORDERED that Taylor T. Daly, Matthew B. Lerner, Rebecca B. Phalen, and Amanda N. Shelton be enrolled as additional counsel of record on behalf of Fleetwood Defendants in this proceeding.

New Orleans, Louisiana, this 5th day of August, 2008.

_____
United States District Judge