UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | MAG. JUDGE KAREN WELLS ROBY |
| THE ADMINISTRATIVE MASTER | * | |
| COMPLAINT AND ALL OTHER | * | |
| UNDERLYING CASES | * | |

## OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes newly added defendant,

Philips Products, Inc., which adopts and joins in the Memorandum in Opposition to PSC's

Motion for Leave to File Second Supplemental and Amended Master Complaint filed by

CMH Manufacturing, Inc., Southern Entergy Homes, Inc., Palm Harbor Homes, Inc., Palm

Harbor Mfg., LP, and Palm Harbor Albemarle, LLC (doc. No. 614). Philips adopts and joins

in the arguments in that Memorandum in Opposition and shows that such Memorandum

applies equally to all claims against Philips for the reasons stated therein.[1]

---

1

  Philips also respectfully submits this memorandum in opposition to the substantively identical PSC Motion
for Leave to File a Second Supplemental and Amended Complaint (Pacer Doc. No. 593) in *Pujol v. The
United States of America*, No. 08-3217.

-1-

Philips also specifically adopts Exhibit One and Exhibit Two filed by the Newly Added Defendants. Exhibit One illustrates that none of the Original Plaintiffs is matched to Philips Products, Inc. Moreover, of the eighty-five new plaintiffs which the PSC's motion seeks to add to the Administrative Master Complaint and to the Pujol Complaint, Exhibit Two shows that six are alleged to be matched to a temporary housing unit (THU) manufactured by Philips Products, Inc. This is the same attempt to manufacture standing against Philips which is addressed by the Newly Added Defendants in their memorandum.

For the same reasons explained by the Newly Added Defendants, the PSC's motion should be denied insofar as it seeks to add new plaintiffs with purported standing against Philips Products, Inc.

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

*/s/ Thomas M. Young*
THOMAS M. YOUNG, Bar No. 7547
ANTHONY J. MILAZZO, JR. Bar No. 9661
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana  70001
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866
Email: young@hebblergiordano.com
***Attorneys for Philips Products, Inc.***