UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT AND ALL OTHER UNDERLYING CASES | * * * * | MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Complaint has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

/s/ Thomas M. Young