**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | |
| **PRODUCT LIABILITY LITIGATION** | **SECTION "N-4"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' SUPPLEMENTAL EXHIBIT LIST FOR CLASS CERTIFICATION**

    **NOW INTO COURT**, through undersigned counsel, come Plaintiffs who hereby

submit the following exhibit list in the above captioned matter:

| EXHIBIT ID | EXHIBIT DESCRIPTION | STATUS |
|---|---|---|
| P1 | Documents concerning FEMA Trailer Packages, including but not limited to, safety instructions, assembly instructions, installation instructions, set up instructions, normal usage instructions, maintenance instructions, and warranty information given to temporary housing unit residents | |
| P2 | Medical Records and Reports on Class Representatives | |
| P3 | Certified Congressional Transcripts from all Hearings on housing and formaldehyde related issues | |
| P4 | Emails, correspondence, and complete files of Dr. Christopher DeRosa of Center for Disease Control | |

| P5 | All documents concerning Center for Disease Control (CDC) Interim Report of February 2008 | |
| P6 | Any and all documents/communications provided by FEMA or any related entity to residents of temporary housing unit | |
| P7 | Any documents produced in Response to Plaintiffs' Request for Production of Documents to any and all Defendants | |
| P8 | Any and all U.S. Environmental Protection Agency (EPA) documents concerning formaldehyde related issues in temporary housing units | |
| P9 | Contracts between FEMA and any and all entities to manufacture, provide, secure, and/or procure the temporary housing units to be provided by FEMA to victims of hurricanes Katrina and Rita | |
| P10 | Documents from U.S. Public Health Service Commissioned Corps concerning formaldehyde | |
| P11 | Any and all documents provided by HUD concerning formaldehyde and/or temporary housing units | |
| P12 | Test Results obtained by Plaintiffs' Steering Committee for formaldehyde | |
| P13 | Sierra Club Test Results and/or Investigation Records concerning formaldehyde | |
| P14 | Center for Disease Control (CDC)Test Results for formaldehyde testing | |
| P15 | Any and all testing performed by Leaff Environmental or any related entity | |

| P16 | Evaluation of Formaldehyde Levels in Occupied Federal Emergency Management Agency owned Temporary Housing Units (FEMA's Testing Protocol) | |
| --- | --- | --- |
| P17 | Prior Litigation documents concerning formaldehyde related issues | |
| P18 | Installation Guidelines for temporary housing units | |
| P19 | News articles, journals, transcripts of radio/television reports concerning formaldehyde | |
| P20 | Specifications for manufacture of temporary housing units | |
| P21 | Procurement documents for the temporary housing units for victims of hurricanes Katrina and Rita | |
| P22 | Wood Product documents concerning formaldehyde issues | |
| P23 | Warranties for the temporary housing units provided to FEMA | |
| P24 | Trade journals, Crittendon Reports | |
| P25 | Internal emails of FEMA or any related Agency concerning formaldehyde issues | |
| P26 | Technical Studies on Formaldehyde | |
| P27 | Department of Justice (DOJ) documents, communications, and internal communications concerning formaldehyde issues and temporary housing units | |
| P28 | Documents from Manufactured Housing Institute concerning formaldehyde issues | |

| | | |
|---|---|---|
| P29 | Center for Toxicology and Environmental Health's (CTEH's) Test Results for all air sampling for formaldehyde in temporary housing units | |
| P30 | CTEH's Occupied Temporary Housing Unit Air Sampling Protocol | |
| P31 | Texas Parks and Wildlife Test Results for formaldehyde | |
| P32 | Formaldehyde Sampling: Active and Passive Sampling Protocols - Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units prepared by DeVany Industrial Consultants on March 2008 | |
| P33 | International Agency for Research on Cancer (IARC) Press Releases and other documents on formaldehyde | |
| P34 | World Health Organization (WHO) documents on formaldehyde | |
| P35 | Inventory Lists of the Temporary Housing Units stored at: Selma, AL; Lottie, LA; Cumberland, MD; Hope, AR; Baton Rouge, LA; Frostburg, MD; and any other FEMA site | |
| P36 | Results of Air Sampling by FEMA from 96 new, unused travel trailers from September 19, 2006 through October 7, 2006 at a staging area in Baton Rouge, LA | |
| P37 | Information distributed by FEMA in July 2006 to the temporary housing unit residents regarding formaldehyde concerns | |
| P38 | Documents concerning alternative designs/technology to eliminate formaldehyde from temporary housing units | |

| P39 | Any and all documents in the possession of the House Oversight Committee concerning formaldehyde | |
| P40 | Regulations, studies and/or documents from the National Institute for Occupational Safety and Health (NIOSH) | |
| P41 | Documents in the possession of R. David Paulison of FEMA concerning formaldehyde | |
| P42 | Test Results from OSHA tests conducted at FEMA trailer staging lots from October 2005 through December 2005 in Kiln/Pass Christian and Purvis, Mississippi concerning formaldehyde levels | |
| P43 | Documents from Recreational Vehicle Dealers Association | |
| P44 | Documents from National Association of RV Parks and Campgrounds | |
| P45 | Standard Form 95s sent to FEMA | |
| P46 | "Frequently Asked Questions" flier | |
| P47 | Center for Disease Control Press Releases and Briefings concerning formaldehyde | |
| P48 | Guides and standards concerning formaldehyde | |
| P49 | Documents concerning issues related to Urea Formaldehyde Foam Insulation | |
| P50 | Lawsuits concerning formaldehyde in Wood Products | |
| P51 | Photographs of temporary housing units | |
| P52 | Videotapes of temporary housing units | |
| P53 | Plaintiffs' Database of test results for formaldehyde in temporary housing units | |

| | | |
|---|---|---|
| P54 | Agency for Toxic Substances and Disease Registry (ATSDR) Reports and/or Records and/or Regulations | |
| P55 | Contracts to which FEMA and any manufacturer or supplier of manufactured housing units were a party from January 1, 1992 to the present and all documents that reflect any and all compensation paid by FEMA in return for manufacturing and/or providing manufactured housing units from January 1, 1992 to the present | |
| P56 | Standards, studies, reports, testing, and investigations concerning the use of materials containing formaldehyde in manufactured housing units from January 1, 1992 to the present, specifically including, but not limited to, the standards regarding length of habitation in these housing units | |
| P57 | Documents that reflect any specifications addressing the design, manufacture, construction, installation, and use of manufactured housing units and the studies, reports, testing, and investigations related thereto from January 1, 1992 to the present | |
| P58 | Documents that reflect how and when FEMA first became aware of any health hazards associated with exposure to formaldehyde and/or formaldehyde-based resins from January 1, 1992 to the present | |
| P59 | Documents that reflect how and when FEMA first became aware of the existence of formaldehyde levels exceeding 0.008 ppm in the manufactured housing units provided to those persons displaced by hurricanes Katrina and Rita from August 29, 2005 to the present | |

| P60 | Documents that reflect how and when FEMA first became aware of the existence of formaldehyde levels exceeding 0.03 ppm in the manufactured housing units provided to those persons displaced by hurricanes Katrina and Rita from August 29, 2005 to the present | |
| --- | --- | --- |
| P61 | Documents that identify all manufactured housing units provided to those persons displaced by hurricanes Katrina and Rita from August 29, 2005 including each manufacturer, model, type of unit (i.e. mobile home, travel trailer, park model) serial number, vehicle identification number, date of manufacture, date of delivery, date of pick up from the resident, and current disposition of each housing unit | |
| P62 | Documents that reflect any communications with residents of manufactured housing units, specifically including, but not limited to, communications regarding health concerns and/or complaints of odors from residents and/or anyone on their behalf from August 29, 2005 to the present | |

| | | |
|---|---|---|
| P63 | Documents that reflect testing, test results, study methodologies and/or testing protocols on behalf of Defendants, manufacturers, or suppliers of manufactured housing units, Center for Toxicology and Environmental Health (CTEH) and any other governmental agency including, but not limited to, the Environmental Protection Agency, the Centers for Disease Control, the Agency for Toxic Substances and Disease Registry, and the National Institute for Occupational Safety and Health or any other governmental agency, regarding formaldehyde and formaldehyde-based resins in manufactured housing units | |
| P64 | Documents that reflect any communications with any manufacturer or supplier of manufactured housing units from January 1, 2005 to the present | |
| P65 | Documents that reflect communications from any manufacturer or supplier of manufactured housing units regarding possible formaldehyde emissions in manufactured housing units from January 1, 1992 to the present | |
| P66 | Documents that reflect communications with any manufacturer or supplier of manufactured housing units regarding the design, construction, installation and/or use of manufactured housing units for displaced residents following hurricanes Katrina and Rita | |
| P67 | Documents that reflect any standards and the underlying studies, reports, testing, and investigations concerning residential use of manufactured housing units from January 1, 1992 to the present | |

| P68 | Documents that reflect any communications (including internal communications) between FEMA and any other governmental agency or manufacturer or supplier of manufactured housing units regarding residential use of manufactured housing units from January 1, 1992 to the present | |
| --- | --- | --- |
| P69 | Studies concerning the health effects of formaldehyde emissions in manufactured housing units including, but not limited to, studies by FEMA, CDC, ATSDR, OTPER, OSHA and NIOSH, and any non-governmental entity | |
| P70 | Documents that reflect any indoor or outdoor testing for formaldehyde emissions performed by FEMA in manufactured housing units or staging/storage areas | |
| P71 | Documents that reflect what FEMA considers (currently and historically) to be a safe level of  formaldehyde concentration in indoor air in a residential setting in manufactured housing units, as well as studies, publications, reports, testing, and test results utilized to determine what you consider to be a safe level of indoor formaldehyde concentrations | |
| P72 | Documents that reflect any Congressionally mandated duties and responsibilities (currently and historically) requiring FEMA to provide safe housing to those persons displaced by natural or man-made disasters | |

| P73 | Documents that reflect all communications internally and/or by or between any local, state, or federal governmental agency, members of Congress, and/or members of the Executive Branch of government, Defendants, manufacturers and/or suppliers of manufactured housing units regarding providing housing to individuals displaced by hurricanes Katrina and Rita | |
|---|---|---|
| P74 | Curriculum vitae and written reports for every expert who may or will testify on FEMA's behalf at any hearing or trial of this matter | |
| P75 | Documents which reflect any claims asserted against FEMA alleging damages or injury as a result of exposure to formaldehyde in a manufactured housing unit provided by FEMA prior to August 29, 2005 | |
| P76 | Document evidencing "research is continuing on the possible long-term effects of exposure to formaldehyde" pursuant to representations made in 24 C.F. R. § 3280.309 | |
| P77 | Communications from August 1, 2005 to the present concerning the aging and/or curing and/or off-gassing of materials containing formaldehyde or formaldehyde-based resins used in manufactured housing units | |
| P78 | Documents concerning the decision-making process by FEMA/U.S. Government (currently and historically) to provide manufactured housing units to displaced residents following natural or man-made disasters | |

| | | |
|---|---|---|
| P79 | Documents concerning steps taken by FEMA to coordinate with any manufacturer or supplier to resolve concerns about formaldehyde emissions in manufactured housing units | |
| P80 | Documents that reflect Manufacturers total market share of the total number of manufactured housing units sold to FEMA, DHS and/or any other governmental agency in response to hurricanes Katrina and Rita | |
| P81 | Contracts concerning manufactured housing units to which Manufacturers and FEMA, DHS and/or any other governmental agency were a party from January 1, 1992 to the present | |
| P82 | Documents that reflect the total number of manufactured housing units sold to FEMA, DHS and/or any other governmental agency, as well as all documents that reflect the total amount of compensation that Manufacturers received from FEMA, DHS and/or any other governmental agency in return for manufacturing and/or providing manufactured housing units in response to hurricanes Katrina and Rita | |
| P83 | Contracts, subcontracts, agreements, purchase orders, invoices, or any other documents by and between Manufacturers and any raw material supplier/manufacturer, component part supplier/manufacturer, and finished materials supplier/manufacturer whose materials contained formaldehyde or formaldehyde-based resins used in the production of housing units manufactured from January 1, 1992 to the present | |

| | | |
|---|---|---|
| P84 | Documents that identify the location of the facilities where each manufactured housing unit was manufactured by the Manufacturers for sale to FEMA, DHS and/or any other governmental agency in response to hurricanes Katrina and Rita | |
| P85 | Documents that identify the names and job titles of each manager/supervisor employed by the Manufacturers who participated in any aspect of the design, manufacture, and/or installation of any housing unit  manufactured for sale to FEMA, DHS and/or any other governmental agency in response to hurricanes Katrina and Rita including, but not limited to, those persons in quality control, engineering, design, research and development, sale and distribution, contract negotiation, and safety compliance | |
| P86 | Documents that reflect the quality control and quality assurance processes and/or procedures concerning material containing formaldehyde or formaldehyde-based resins at each manufacturing facilities from January 1, 1992 to the present | |
| P87 | Documents that reflect the design, specifications, materials containing formaldehyde, assembly of units, installation, and use of each type of housing unit manufactured by the Manufacturers from January 1, 2005 to the present. All drawings, schematics, material lists, lists of component part manufacturers/vendors, quality control inspections, shop documents and assembly line documents | |

| P88 | Documents that reflect actions taken to cure materials containing formaldehyde or formaldehyde-based resins used in manufactured housing units and communications the Manufacturers had with FEMA, DHS, any other governmental agency and/or any other manufacturer or supplier in this regard from August 1, 2005 to the present | |
|---|---|---|
| P89 | Documents that reflect the chemical composition of any materials which contain formaldehyde or formaldehyde-based resins, including, but not limited to, particle board, pressed wood, engineered wood, composite wood, plywood, press board, fiberboard, and/or adhesives or any other component in any housing unit manufactured by Defendants from January 1, 1992 to the present | |
| P90 | Documents that identify any entities who supplied the Manufacturers with materials containing formaldehyde or formaldehyde-based resins used by Manufacturers to manufacture housing units from January 1, 1992 to the present | |
| P91 | Documents that reflect any compensation paid by the Manufacturers to the entities that supplied the Manufacturers with materials containing formaldehyde or formaldehyde-based resins for housing units manufactured from January 1, 1992 to the present | |
| P92 | Documents that identify any alternative material (i.e., materials not containing formaldehyde or  formaldehyde-based resins)  that were available for purchase and use  to manufacture housing units from January 1, 1992 to the present | |

| P93 | Standards, codes, regulations, guidelines, recommendations, industry practices, rules, policies, and/or procedures concerning the use of materials containing formaldehyde or formaldehyde-based resins in housing units manufactured from January 1, 1992 to the present | |
| --- | --- | --- |
| P94 | Documents that reflect any indoor and/or outdoor air quality monitoring and/or testing performed by the Manufacturers, or on their behalf, on manufactured housing units and/or housing storage areas from January 1, 1992 to the present | |
| P95 | Documents that reflect any monitoring and/or testing performed by the Manufacturers, or on their behalf, for the presence of formaldehyde emissions from any component parts and/or materials used by the Manufacturers to manufacture  housing units from January 1, 1992 to the present. Documents reflecting proposed or actual changes in such testing for housing units manufactured for sale to FEMA and/or DHS and/or any other governmental agency from August 29, 2005 to the present | |
| P96 | Documents regarding safety procedures for the Manufacturers' employees who worked with, or in close proximity to, materials containing formaldehyde or formaldehyde-based resins from January 1, 1992 to the present | |

| | | |
|---|---|---|
| P97 | Documents including, but not limited to, owners manuals, warnings, pamphlets, safety use guidelines, instructions, and writings concerning formaldehyde with regard to manufactured housing units from January 1,1992 to the present | |
| P98 | Health, medical, or scientific research, literature, publications or material in the Manufacturers' possession, custody, or control, whether or not such documents were authored by the Manufacturers, with respect to any potential health effect associated with formaldehyde or formaldehyde-based resins | |
| P99 | Documents informing the Manufacturers that exposure to formaldehyde and/or formaldehyde-based resins may cause adverse health effects | |
| P100 | Communication (internal or otherwise) between the Manufacturers and FEMA, DHS and/or any other governmental agency or employee and/or any other manufacturer or supplier of housing units regarding the manufacture or sale of these units in response to hurricanes Katrina and Rita | |
| P101 | Certified copies of any policies of insurance, excess insurance, and umbrella insurance that may cover the claims made herein | |
| P102 | Curriculum vitae and  written reports issued by any expert who has testified on the Manufacturers' behalf from January 1, 1992 to present, whether at trial or at deposition, whom the Manufacturers may call as an expert witness at any hearing or trial of this matter | |

| P103 | Documents that relate to inspections, tests, studies, writings, drawings, graphs, charts, recordings, and/or opinions concerning formaldehyde, formaldehyde emissions and/or formaldehyde-based resins provided to, received from, and/or produced by any expert who will or may be called by the Manufacturers as a witness during any hearing or the trial of this matter | |
| --- | --- | --- |
| P104 | Information from the Formaldehyde Call Center | |
| P105 | Information concerning the costs for construction, distribution, installations, pick-up and deconstruction/destruction of the temporary housing units | |
| P106 | Information concerning alternative long term housing options available to FEMA | |
| P107 | Documents/studies performed by or for National Center for Environmental Health concerning effects of formaldehyde including the link between nasal cancer and exposure to formaldehyde | |
| P108 | Any and all studies which show the relationship between formaldehyde and humidity/temperature | |
| P109 | Important Health Notice posted in certain trailers | |
| P110 | Documents concerning the removal of Dr. Christopher T. DeRosa from his position at Center for Disease Control (CDC) | |
| P111 | Documents from the National Center for Environmental Health concerning formaldehyde issues | |
| P112 | Documents from the Center for Public Integrity concerning formaldehyde issues | |

| P113 | Documents from Senator Mary Landrieu, Chairman of Sub-Committee on Disaster Recovery concerning formaldehyde issues | |
| --- | --- | --- |
| P114 | Documents from Senator Ted Stevens, Ranking Member of Sub-Committee on Disaster Recovery concerning formaldehyde issues | |
| P115 | Letter from Brad Miller, Chairman of Sub-Committee on Investigations and Oversight and Nick Lampson, Chairman of Sub-Committee on Energy and Environment to Michael Chertoff, U.S. Department of Homeland Security dated on January 28, 2008 | |
| P116 | Agency for Toxic Substances and Disease Registry (ATSDR), "Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units," on February 1, 2007 | |
| P117 | Agency for Toxic Substances and Disease Registry (ATSDR), "An Update and Revision of ATSDR's February 2007 Health Consultation," on October 2007 | |
| P118 | Documents which define "long-term exposure" as anything longer than 14 days | |
| P119 | Agency for Toxic Substances and Disease Registry's (ATSDR) Statement of Mission | |
| P120 | Agency for Toxic Substances and Disease Registry's (ATSDR) Health Consultation: Fact Sheet | |
| P121 | Bureau Veritas North America Lab results, contracts, and protocol | |
| P122 | Communication between Defendants, FEMA and Bureau Veritas North America | |

| P123 | "JB Formaldehyde Sampling for Mississippi," for formaldehyde air samples at FEMA staging facilities located in Mississippi | |
| P124 | Records relating to the January 2008 decision by FEMA to offer refunds of the purchase price of travel trailers sold by FEMA or GSA based on "possible adverse health effects," including records relating to those "adverse health effects" | |
| P125 | Records relating to the "negotiations" with the Centers for Disease Control and/or ATSDR concerning the air quality testing protocols and sample designs for the testing of 500 trailers that was scheduled to begin in December of 2007, including reports relating to the expert panel convened by CDC to assist in this process | |
| P126 | Final protocols and sampling design used for the December 2007 air quality tests and any other directives given to the sampling contractor | |
| P127 | Contract with the company hired to do the actual sampling | |
| P128 | Records relating to the analysis, use and public release of the results of the December 2007 tests | |
| P129 | Records relating to the determination by "HQ" in May of 2006 that there are no health concerns associated with formaldehyde inside the travel trailers, including communications with representatives of the recreational vehicle or manufactured home industries | |

| | | |
|---|---|---|
| P130 | Records relating to the preparation and distribution in 2006 of "Important Information for Travel Trailer Occupants," including the decisions to include or exclude information provided in other federal agencies' publicly available sources on formaldehyde | |
| P131 | Records relating to FEMA's health consultations with ATSDR, which were published in February and October of 2007. (These should include, but not be limited to, all communications with Julie Gerberding, Howard Frumkin, Thomas Sinks, James Holler Christopher DeRosa, Mark Keim, Phillip M. (Mike) Allred, Scott Wright and Joseph Little) | |
| P132 | Records of communications between FEMA, Dr. Tom Sinks, Dr. Julie Gerberding, Dr. Harry Falk, Dr. Christopher DeRosa, James Holler, Joseph Little, Scott Wright, Mark Keim, Phillip M. (Mike) Allred or any other ATSDR or CDC official regarding testing, analysis or related work involving formaldehyde in FEMA trailers or other temporary housing units | |
| P133 | Records regarding what actions were taken following an e-mail from Samuel Coleman at the Environmental Protection Agency on December 1, 2006, expressing concerns about how FEMA was interpreting data provided by ATSDR.  Email from Sam Coleman (EPA) to Joseph D. Little and Scott V. Wright (ASTDR), December 1, 2006 | |

| P134 | Records regarding what actions FEMA or any other Defendant took once it was learned that there were concerns from senior ATSDR, officials about the February 2007 "Health Consultation" provided to FEMA, including but not limited to, any and all records regarding actions FEMA or ATSDR officials took between February 2007 and the release of the revised ATSDR Health Consultation in October 2007 | |
| --- | --- | --- |
| P135 | Protocols or processes used to review and approve ATSDR Health Consultations prior to official release | |
| P136 | Records relating to any communications with FEMA prior to the initiation of the initial health consultation on formaldehyde and the February and October 2007 consultations | |
| P137 | Records regarding the posting of the February 2007 Health Consultation on the Center for Disease Control (CDC) website | |
| P138 | Records relating to the revision of the February 2007 Health Consultation and culminating in the October Update and Revision | |
| P139 | Records relating to the FEMA/CDC efforts to develop protocols and sampling designs for the formaldehyde testing begun in December of 2007, including the report provided by an expert panel convened by CDC and a list of all members of that panel | |
| P140 | Records relating to the contract with Bureau Veritas North America to conduct sampling of the trailers and its implementation | |

| | | |
|---|---|---|
| P141 | Email correspondence from Jon Krohmer (Deputy Assistant Secretary and Deputy Chief Medical Officer of the Office of Health Affairs) to Grover Wedeworth, et al. dated July 23, 2007 regarding Formaldehyde Information | |
| P142 | Email correspondence from Dr. Christopher DeRosa to Dr. Howard Frumkin, Tom Sinks, James S. Holler, and Ed Murray dated February 27, 2007 regarding his letter to Patrick E. Preston | |
| P143 | Letter from Dr. Christopher DeRosa to Patrick E. Preston dated February 27, 2007 regarding his concerns | |
| P144 | Email correspondence from Dr. Christopher DeRosa to Dr. Howard Frumkin and Tom Sinks dated March 9, 2007 regarding his response to Dr. Howard Frumkin's email | |
| P145 | Email correspondence from Dr. Christopher DeRosa to Dr. Howard Frumkin, et al. dated June 1, 2007 regarding Indoor air formaldehyde | |
| P146 | Chronology: FEMA Trailer Issue | |
| P147 | Email correspondence from Joseph D. Little to Dr. Howard Frumkin dated December 4, 2006 regarding Summary of bi-monthly formaldehyde conference call | |
| P148 | Letter from Patrick E. Preston to Scott V. Wright dated November 30, 2006 regarding FEMA Trailer Formaldehyde Testing | |
| P149 | Article by Brendan Kirby, al.com: everything alabama, "Alabama Supreme Court opens door for toxic lawsuits" | |

| P150 | Email correspondence from Bruce Fowler to Kenneth G. Orloff dated June 1, 2007 regarding Indoor Air Formaldehyde | |
| P151 | Chronology of Formaldehyde in FEMA Trailers | |
| P152 | Toxicological Profile for formaldehyde | |
| P153 | Emails by and to Patrick Edward Preston, Trial Attorney, Office of Chief Counsel for FEMA | |
| P154 | Test results and related data from the "FEMA Trailer Formaldehyde Testing conducted by EPA" referenced in P.E. Preston's letter to Scott Wright of ATSDR dated November 30, 2005 | |
| P155 | "Formaldehyde Levels in FEMA - Supplied Trailers - Early Findings from the Center for Disease Control and Prevention," issued by CDC and FEMA | |
| P156 | U.S. House of Representatives - "FEMA's Travel Trailers: Litigation Considerations v. Health and Safety Considerations and the winner is?" and all attached emails from Tom Davis, Ranking Member dated July 19, 2007 | |
| P157 | "Toxicological Profile for Formaldehyde" U.S. Department of Health and Human Services dated July 1999 | |
| P158 | NIOSH, International Chemical Safety Card for Formaldehyde | |
| P159 | Urea Formaldehyde Resins by Beat Meye, Professor of Chemistry at University of Washington | |
| P160 | Integrated Risk Information System, USEPA - List of IRIS Substances - Formaldehyde | |

| P161 | Formaldehyde: Evidence of Carcinogenicity dated 1981 (NIOSH) | |
| P162 | An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary Housing Trailers, Baton Rouge, LA, September 2006 through October 2006 dated October 2007, USDHHS - ATSDR | |
| P163 | NIOSH Manual of Analytical Methods, included but not limited to, Method 2016 for formaldehyde | |
| P164 | EPA Method TO-11A | |
| P165 | ASTM Method D5197-03 | |
| P166 | CPSC - An Update on Formaldehyde: 1997 Revision, CPSC Doc No. 725 | |
| P167 | National Cancer Institute - Formaldehyde and Cancer: Questions and Answers - Fact Sheet | |
| P168 | IARC (June 2004) IARC Classifies Formaldehyde as Carcinogenic to Humans | |
| P169 | OSHA Standards for Occupational Exposure Limits for Formaldehyde | |
| P170 | Formaldehyde Council - documents concerning formaldehyde | |
| P171 | Study funded by U.S. Department of Defense regarding links between ALS and Formaldehyde | |
| P172 | "Formaldehyde - Hazard Summary," created in April 1992; Revised in January 2000 | |
| P173 | "What is Formaldehyde?" By the Formaldehyde Council | |

| P174 | Owner's Manual for Pilgrim and Open Road Recreational Vehicles - Effects of Prolonged Occupancy | |
| P175 | Forest River, Inc. - Statement of Formaldehyde from Building Materials | |
| P176 | Fleetwood - Pioneer's 2006 Owners Manual | |
| P177 | Palm Harbor Homes - Your Homeowner's Manual | |
| P178 | Policies of Insurance issued to all Defendants | |
| P179 | The Stafford Act | |
| P180 | U.S. DHHS, CDC, Environmental Health, Formaldehyde Exposure in Homes: A Reference for State Officials to use in Decision-Making dated March 2008 | |
| P181 | What you should know about Formaldehyde in Mobile Homes, CDC | |
| P182 | "Toxic Trailers: Have the Centers for Disease Control failed to Protect Public Health?" | |
| P183 | New FEMA Procurement Specifications require Significantly reduced Formaldehyde Levels in Mobile Homes and Park Models | |
| P184 | U.S. Consumer Products Safety Committee (CPSC) call for ban on Urea Foam Formaldehyde insulation (UFFI) (U.S. CPSC, dated March 1982, Release No. 82-005) | |
| P185 | Documents from the American Conference of Governmental Industrial Hygienists (ACGIH) | |

| P186 | Documents challenging the practice of ventilating temporary housing units prior to testing | |
|------|---------------------------------------------------------------------------------------------|--|
| P187 | Testimony of Dr. Meryl H. Karol, Professor Emerita, University of Pittsburgh, before the U.S. House Committee on Science and Technology, including but not limited to, testimony of April 1, 2008 | |
| P188 | OSHA Fact Sheet 2002 | |
| P189 | Indoor Exposure to Formaldehyde and Risk of Allergy; Allergy 55: 402-04, 2000 by Kranke B. and Aberer W. | |
| P190 | Paustenbach D., et al., A Recommended Occupational Exposure Limit for Formaldehyde Based on Irritation; J. Toxicol Environmental Health 50: 217-263, 1997 | |
| P191 | Documents received from Galson Laboratories regarding CTEH's testing for formaldehyde and any other chemical of concern | |
| P192 | Formaldehyde Exposures Inside Mobile Homes by Ken Sexton, et al., Environment Science Technology, 1989 | |
| P193 | Any and all documents concerning health effects caused by formaldehyde, including but not limited to, cancer | |
| P194 | FRRATS' database search results matching temporary housing unit residents to particular units | |
| P195 | Any and all documents which show the cover-up by FEMA and/or the Manufacturing Defendants of issues concerning formaldehyde in temporary housing units | |

| | | |
|---|---|---|
| P196 | Center for Disease Control (CDC) Suppressed Toxic Trailer Warnings, January 28, 2008, CBS News | |
| P197 | Chemical Risks in Trailers Confirmed, Times Picayune by Leslie Williams - Staff Writer | |
| P198 | FEMA Covered Up Cancer Risks to Katrina Victims at salon.com by Shiela Kaplan | |
| P199 | Study: FEMA Ignored Evidence in Determining Long-Term Effects of Formaldehyde in Trailers by Eileen Sullivan, Associated Press, January 28, 2008 | |
| P200 | Identification of Gene Markers for Formaldehyde Exposure in Humans, Environment Health Perspect, 2007 Oct; 115(10): 1460-6 by Li GY, et al. | |
| P201 | Katrina/Rita Housing Facts, January 29, 2008, Release No: HQ-08-008 Fact sheet | |
| P202 | House Sub-Committee Hearing April 1 on FEMA Toxic Trailers and Mistreatment of CDC Whistle blower, March 31, 2008, Climate Science Watch | |
| P203 | Press Release - February 7, 2008, Committee on Science and Technology; Gordon, Miller, and Lampson issue call to Protect Whistle blower and Question Recent Actions of Public Health Agency | |
| P204 | CDC and FEMA Discuss Preliminary Test Results from Trailers and Mobile Homes in Louisiana and Mississippi, February 14, 2008 | |
| P205 | Documents concerning the use of Soy-based adhesives instead of formaldehyde-based resins | |
| P206 | Homesick by Amanda Spake | |

| P207 | Documents produced at "Meeting for FEMA Trailer Residents" | |
| P208 | U.S. News and World Report, February 7, 2008, House Panel Defends FEMA Trailer Whistle blower | |
| P209 | American Cancer Association (ACS) Recommendations for Nasal Cancer Screening | |
| P210 | Medical literature, research and journals concerning formaldehyde and formaldehyde-related health issues. | |
| P211 | Certified Congressional Hearing Transcripts of Proceedings and Testimony | |
| P212 | Any and all emails from Patrick Edward (Rick) Preston, T.A.- Trial Attorney, Office of General Counsel, FEMA | |
| P213 | Any and all documents, e-mails, correspondence, or documents of any kind generated by the Hardwood Plywood and Veneer Association (HPVA) Laboratory pertaining to formaldehyde | |
| P214 | Any and all documents, e-mails, correspondence, or documents of any kind generated by the Hardwood Plywood and Veneer Association (HPVA) | |
| P215 | Recreational Vehicle Industry Association (RVIA) website | |
| P216 | Hardwood Plywood and Veneer Association (HPVA) website | |
| P217 | Facts about formaldehyde with Recreational Vehicle Industry Association (RVIA) | |
| P218 | Documents from California Air Resources Board (CARB) | |

| P219 | Any and all standards concerning formaldehyde including but not limited to NIOSH, HUD, OSHA, ATSDR, and/or FEMA standards | |
| P220 | American Society for Testing and Materials (ASTM) articles/documents on formaldehyde | |
| P221 | Communications from January 1, 1992 to the present concerning the aging and/or curing and/or off-gassing of materials containing formaldehyde or formaldehyde-based resins used in manufactured housing units | |
| P222 | Documents from any federal agency relating to standards for formaldehyde | |
| P223 | Documents from any federal agency relating to standards for formaldehyde in FEMA provided THU's | |
| P224 | Any and all studies conducted by manufacturers or non-governmental Defendants relating to formaldehyde, formaldehyde use and health issues | |
| P225 | Any and all studies concerning formaldehyde concentrations in imported component parts | |
| P226 | Any and all Occupational Safety and Health Administration (OSHA) studies concerning formaldehyde in the workplace and health effects on workers | |
| P227 | 44 C.F.R. § 206 et.seq | |
| P228 | Documents concerning alternatives to formaldehyde-based resins in THU's | |
| P229 | Websites of each named Defendant and any documents contained therein | |
| P230 | Website of each governmental agency and any documents contained therein | |

| P231 | Any and all documents provided to any of Defendants' expert witnesses and any reports or documents generated therefrom | |
| P232 | Bills from any and all of Defendants' expert witnesses | |
| P233 | Any and all documents produced during discovery in this matter | |
| P234 | All communications between Defendant and any of Defendants' subcontractors regarding formaldehyde in travel trailers sold to FEMA following the Gulf Coast Hurricanes of 2005, including all communications regarding the use of formaldehyde in the manufacturing process and effort to decrease or minimize the levels of formaldehyde | |
| P235 | All documents related to formaldehyde in THUs sold to FEMA following the Gulf Coast hurricanes of 2005 | |
| P236 | Documents sufficient to show (a) how many THUs have been sold in each of the last eight years, (b) how much revenue the sale of these travel trailers generated for Defendant each year, (c) how many were purchased by FEMA, whether directly or through a distributor, following the Gulf Coast hurricanes of 2005, and (d) how much revenue the sale of these THUs to FEMA, whether to FEMA directly or through a distributor, generated for each Defendant each year | |
| P237 | Documents sufficient to show the compensation provided to Defendant's Chief Executive Officer and President for each of the last eight years, including salary, bonuses, stock options, and all other forms of compensation | |

| P238 | Documents sufficient to show whether and, if so, how formaldehyde was used in the production of the THUs FEMA provided to victims of the Gulf Coast hurricanes of 2005 | |
| --- | --- | --- |
| P239 | Documents sufficient to show why THUs purchased by FEMA following the Gulf Coast hurricanes of 2005 have levels of formaldehyde above 100 parts per billion two years after they were first put into use | |
| P240 | Documents sufficient to show (a) what process, if any, Defendants used to decrease or minimize the levels of formaldehyde in the THUs  it produces, and (b) whether these processes were used for the THUs purchased by FEMA | |
| P241 | Documents sufficient to show whether Defendant tests the formaldehyde emissions of the components or parts it uses to assemble THUs and, if so, the results of the tests for the components or parts used in the production of the THUs purchased by FEMA | |
| P242 | Documents sufficient to show whether Defendant tests the indoor air concentrations of formaldehyde in its THUs and, if so, the results of these tests | |
| P243 | Documents sufficient to show (a) whether Defendant ever received complaints or concerns about formaldehyde from employees tasked with assembling THUs, and (b) whether it received complaints or concerns in 2005 or 2006 and, if so, Defendant's response to the complaints | |

| P244 | Documents sufficient to show (a) whether Defendant received complaints about formaldehyde or a strong odor from displaced residents of the Gulf Coast hurricanes living in FEMA-supplied Defendant THUs, (b) the number of complaints it received, and (c) its response to the complaints | |
| --- | --- | --- |
| P245 | Documents sufficient to show (a) when Defendant first learned about the public health concerns related to the levels of formaldehyde in the THUs FEMA supplied to displaced residents of the Gulf Coast, (b) how it learned this information, and (c) Defendant's response to the information | |
| P246 | Documents sufficient to show what actions, if any, Defendant has taken in light of the elevated formaldehyde levels found in THUs it manufactured | |
| P247 | Formaldehyde Exposures Inside Mobile Homes by Ken Sexton, Myroto X Petreas, and Kai-Shen Liu | |
| P248 | Design blueprints and/or documents which show component parts and construction of THUs manufactured by Defendants | |
| P249 | EPA's Acute Exposure Guideline Level (AEGL) for formaldehyde | |
| P250 | Photographs of THUs similar to those provided to victims of hurricanes Katrina and Rita. | |
| P251 | Photographs of FEMA sites and or the staging areas. | |
| P252 | Any and all documents received from Bourget's of the South, LLC | |

| P253 | Any and all documents received from The Shaw Group Inc. | |
|------|------|------|
| P254 | Any and all documents received from Formaldehyde Counsel, Inc. (FCI) | |
| P255 | Any and all documents received from the Recreation Vehicle Industry Association (RVIA) | |
| P256 | All documents received from the International Wood Products Association (IWPA) | |
| P257 | Any and all documents received from the Manufactured Housing Institute (MHI) | |
| P258 | Any and all documents received from the Indiana Manufactured Housing Association-Recreational Vehicle Indiana Council (IMHA) | |
| P259 | Any and all documents received from the National Dealers Association (RVDA) | |
| P260 | Any and all documents received from CH2M Hill, Inc. | |
| P261 | Any and all documents received from Fluor Corporation | |
| P262 | Any and all documents received from Fleetwood Enterprises, Inc. | |
| P263 | Any and all documents received from Bechtel National, Inc. | |
| P264 | Any and all documents received from Glen D. Smith | |
| P265 | Any and all documents received from Gary L. Smith | |
| P266 | All documents received from Betsy Natz | |
| P267 | Any and all documents received from Kevin Broom | |

| P268 | any and all documents received from Laura Armstrong | |
|------|------|------|
| P269 | Any and all documents received from Brent McClenton | |
| P270 | Any and all documents received from Dennis Harney | |
| P271 | Any and all documents received from Gulfstream Coach, Inc. | |
| P272 | Any and all documents received from Silver Creek Homes, Inc. | |
| P273 | Any and all documents received from Forest River, inc. | |
| P274 | Any and all documents received from Waverlee Homes, Inc. | |
| P275 | Any and all documents received from Liberty Homes, Inc. | |
| P276 | Any and all documents received from Recreation by Design, LLC | |
| P277 | Any and all documents received from TL Industries, Inc. | |
| P278 | Any and all documents received from the FEMA Disaster Files | |
| P279 | Any and all documents from Coachmen Industries, Inc. | |
| P280 | Any and all documents received from Coachmen RV Co, LLC. | |
| P281 | Any and all documents received from Indiana Manufactured Housing Association (IMHA) | |
| P282 | Any and all documents received from American Homestar. | |
| P283 | Any and all documents received from Oak Creek Homes, LP | |

| P284 | Any and all documents received from CH2M Hill, Inc. | |
|---|---|---|
| P285 | Any and all documents received from Morgan Building & Spas, Inc. | |
| P286 | Any and all documents received from Morgan Building System, Inc. | |
| P287 | Any and all documents received from River Birch Homes, Inc. | |
| P288 | Any and all documents received from Horton Homes, Inc. | |
| P289 | Any and all documents received from Champion Home Builders, Co. | |
| P290 | All documents concerning CDC Final Report on Formaldehyde levels in FEMA-supplied Travel Trailers, Park Models and Mobile Homes of July 2, 2008. | |
| P291 | All documents, contracts, testing procedures, test results and/or communications between Bonner Analytical Testing Company and/or Michael Bonner and FEMA or any agency or company or private or public that contracted with FEMA to manufacture, purchase, supply, transfer, haul or install temporary housing units. | |
| P292 | All documents, contracts, testing procedures, test results and/or communications between Weston Solutions, Inc. and FEMA or any agency or company or private or public that contracted with FEMA to manufacture, purchase, supply, transfer, haul or install temporary housing units. | |
| P293 | "Formaldehyde Indoors" by Stephen Smulski | |

| | | |
|---|---|---|
| P294 | All studies, research, outreach, evaluation criteria, testing processes, housing assessment tools, investigations, communications, drafts and reports, both rough draft(s) and final, relating to alternative housing options and the FEMA Joint Housing Solutions Group "Joint Housing Solutions Group Year One Report and Products," and any follow-up or second year or other report(s), documents or communications related to same. | |
| P295 | Any and all Plaintiff Fact Sheets | |
| P296 | Any and all documents received from Redman Homes, Inc. f/k/a Dutch Homes, Inc. | |

Class certification discovery is on-going and Plaintiffs respectfully request the right to supplement and amend the foregoing exhibit list following the close of discovery.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:  504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
_____

JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


C:\Documents and Settings\dmartin\Local Settings\Temporary Internet
Files\Content.Outlook\NTW5LSGB\Exhibit List updated 8-11-8.wpd Lambert & Nelson