UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:  ALL CASES | * | |
| | * | |
| | * | |
| | * | MAG: ROBY |

*************************************************************************

### MANUFACTURING DEFENDANTS' MOTION TO ENFORCE PRE-TRIAL ORDER NO. 8 BY DESIGNATING 56 PROPOSED CLASS REPRESENTATIVES

**NOW INTO COURT**, through Defendants' Liaison Counsel, on behalf of the Manufacturing Defendants, which, for the reasons more fully set forth in the Memorandum attached hereto, respectfully move this Honorable Court for an Order to enforce Pre-Trial Order No. 8 by designating 56 proposed class representatives.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIAISON COUNSEL*

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery              ( )    Prepaid U.S. Mail

( )    Facsimile                  ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana this 12th day of August, 2008.


s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com