# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III *
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
BRADLEY D. BECNEL
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)
*Also Admitted in Colorado*

*Please Reply To:*
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
  *Office Administrator*
Susan B. Williams
  *Nurse*

July 1, 2008

Andrew Weinstock
Duplass, Zwain, Bourgeois,
    Pfister, & Weinstock
3838 North Causeway Blvd.
Three Lakeway Center, Ste. 2900
Metairie, LA 70002

Re:   Class Representatives

Dear Andy:

   Please find enclosed the 26 class representatives for the first round. We are waiting on a couple of original signatures and will forward them directly to you as soon as they arrive Thursday.

   Please contact me should you need anything further or have any questions.  I can always be reached on my cell at 504-782-9083.

                                      Sincerely,

                                      Matthew B. Moreland