# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
BRADLEY D. BECNEL
WILLIAM A. PERCY, III
JUANITA R. MARINO
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
*Of Counsel:*
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado*

*Please Reply To:*
☑ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
  *Office Administrator*
Susan B. Williams
  *Nurse*

August 1, 2008

**Via FEDEX**
Henry T. Miller
Senior Trial Counsel
U.S. Dept. of Justice
1331 Penn. Ave., NW, Rm. 8440-N
Washington, D.C. 20004

**VIA Hand Delivery**
Andrew D. Weinstock
Duplass, Zwain, Bourgeois, Pfister
& Weinstock
3838 North Causeway Blvd.
Three Lakeway Center Ste. 2900
Metairie, LA 70002

Re:   07-MD-1873 FEMA Trailer Formaldehyde Products Liability Litigation
       Class Representative Production 8/1/08

Dear Mr. Miller and Mr. Weinstock:

Please find enclosed the list below of the second round of class representatives. There are two lists. The first list below of 82 are persons whose PFS's are produced on the enclosed disk. Be mindful that the ones listed as cured were part of the July 1, 2008 production and are attached as curing deficiencies). The second list of 33 below are persons whose PFS's were produced in the named Plaintiff Production on the 16th of this month. Should you need any other copies or find that you need any of the persons in the second list produced again please let me know; however, in the interest of simplicity and not double producing documents, we are relying on your utilizing the copy previously produced.

1)  82Persons produced as class Representatives with PFS's on the attached disk:

Adams, John
Alfred, Eumaika
Alfred, Gloria
Barnes, Jasmine
Barnes, Veronda
Beasley, Heavenly (cured)

Goar, Christopher
Goar, Katelynn
Goar, Kiley
Gumm, Crystal
Haas, Leo
Haris, Mary

Bell, Veronica
Benoit, Christopher
Benoit, Pamela
Bosarge, Linda
Bosarge, Warren
Brider, Rejean
Bridges, Juanita
Bridges, William
Brister, Homer
Burkett, Maria
Cosey, Mira
Crossley-Brister, Mable
Culler, Jerome (cured)
Culler, Joan (cured)
Darby, Brian Jr.
Darby, Brittney
Davis, Corey
Davis, Nyriel

Dedeaux, Jaqueline
Delone, Debra
Delone, Donovan
Desmond, Earl Jr.
Diaz, Jude
Durette, Signora
Foley, Lillian
Foley, Samuel
Fontenot, Hailey
Fontenot, Jonathan Jr.
Fontenot, Justin
Fontenot, Shontay
Frey, Trinity
Garner, Toni
Gaskin, Arthur
Gaskin, Margaret
Solis, Maragrita

Harris, Artis
Hasan, Mizani
Hawkins, Adellia
Holmes, Louis
Ingram, Tyronique
Johnson, Katherine
Labeau, Shirley (cured)
LeBeau, Carrie
Lightell, Donld Jr.
Lightell, Donoven
Lightell, Ja'Lyn
Lightell, Jazlyn
Lightell, Jovita
London, Mary (cured)
Madison, Darrell
Madison, Darren (cured)
PizanI, Stephanie (cured)
Richardson, Sierra
Robertson-Durand, Heather (cured)
Serio, Anthony
Serio, Cassandra
Singleton, Janice
Smith, Dakyre (cured)
Stumpf, Ken
Stumpf, Ken
Sullivan, Angela
Sullivan, Brenden
Sullivan, Richard
Thomas, Christopher
Williams, Israel
Wilson, Kierra (cured)
Wood, Kody (cured)
Workman, Luann (cured)
Wright, Keith
Ayala, Marcilio

2) 33 Persons produced as class Representatives whose PFS was previously produced:

Adkins, Deborah
Adkins, Dennis
Anderson, Emma

Green, Trichonda
Guesnon, Trinity
Heechung, Hazel

| | |
|---|---|
| Andry, Mark B | Lewis, Pearl |
| Baker, Shane | Posey, Vicie |
| Ballet, Derrell | Rice, Tosha |
| Ballet, Edward III | Rust, Jeremy |
| Ballet, Edward IV | Rust, Logan |
| Ballet, Egypt | Rust, Richard |
| Battle, Tyriel | Rust, Samien |
| Battle, Tyrone | Semien, David Sr. |
| Bradford, Portia | Smith, Gina |
| Bradford, Randy | Walker, Dunteja |
| Bray, Annise | Walker, Taykuan |
| Butler, James III | Walker, Toinette |
| Dillon, Barbara | Walker, Tykema |
| Esposito, Nicole | |

Should you have any questions or need anything further, please do not hesitate contact me at the above number or on my cell phone at (504) 782-9083.

Sincerely,

Matthew B. Moreland