UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | MDL NO. 1873 |
|     FORMALDEHYDE     * | |
|     PRODUCTS LIABILITY  * | |
|     LITIGATION           * | SECTION: N(4) |
|                                        * | |
| This Document Relates to: ALL CASES  * | JUDGE: ENGELHARDT |
|                                        * | MAG: ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through Defendants' Liaison Counsel, on behalf of the Manufacturing Defendants, who respectfully request that this Honorable Court set its Motion to Enforce Pre-Trial Order No. 8 by Designating 56 Proposed Class Representatives on an expedited basis. Manufacturing Defendants submit that an expedited hearing of its motion is warranted because Manufacturing Defendants will suffer irreparable harm if this Honorable Court does not resolve this issue immediately.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
andreww@duplass.com
jglass@duplass.com
**DEFENSE LIAISON COUNSEL**

**C E R T I F I C A T E**

1

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                ( )   Prepaid U.S. Mail

( )   Facsimile                    ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana this 12th day of August, 2008.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com