UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER  
      FORMALDEHYDE  
      PRODUCTSLIABILITY  
      LITIGATION

MDL DOCKET 1873

SECTION "N" (4)

JUDGE ENGELHARDT

MAGISTRATE JUDGE ROBY

## ORDER

CONSIDERING THE Consent Motion to Extend The Time to Submit a Protective Order to the Court, it is hereby Ordered that the Motion is GRANTED and the protective order is due to the court on August 6, 2008.

DONE and SIGNED this 11th day of August, 2008 in New Orleans, Louisiana.

Magistrate Judge Karen Wells Roby