UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** <br><br> **SECTION "N-4"** <br><br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO WITHDRAW SECOND SUPPLEMENTAL
AND AMENDED COMPLAINT (REC. DOC. 594)**

MAY IT PLEASE THE COURT:

The Plaintiffs Steering Committee (PSC), through its undersigned counsel, moves this Honorable Court for an Order allowing it to withdraw its previously filed Second Supplemental and Amended Complaint (Rec. Doc. 594). Pursuant to the Court's Orders of August 1, 2008 (Rec. Doc. Nos. 599 and 604), the PSC suggests that the re-filing of a revised Second Supplemental and Amended Complaint, together with an updated Motion and Memorandum in Support of their Motion for Leave to File a Second Supplemental and Amended Complaint in this matter and in the consolidated matter, *Pujol v. The United States of America*, bearing Civil Action Number 08-3217 pending in the United States District Court for the Eastern District of Louisiana litigation, is the most efficient manner in which to address any issues raised by the Court in its August 1, 2008 Orders not previously covered in the PSC's prior filings, as well as those raised by certain defendants who have formally opposed the PSC's original Motion for Leave to File a Second Supplemental and Amended

Complaint.[1]  The PSC will re-file its Motion and Memorandum in Support of their Motion for Leave to File a Second Supplemental and Amended Complaint within the deadline set forth in the Court's Order, August 18, 2008.

        Respectfully submitted:

        **FEMA TRAILER FORMALDEHYDE**
        **PRODUCT LIABILITY LITIGATION**


    BY:    s/Gerald E. Meunier
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973
           gmeunier@gainsben.com


        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com


        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
           ANTHONY BUZBEE, Texas # 24001820
           RAUL BENCOMO, #2932
           FRANK D'AMICO, JR., #17519
           MATT MORELAND, #24567

---

    [1]    *See* Rec. Doc. Nos. 616, 61, 618, 619, 620, 621, 622, 623, 630, and 634.

                LINDA NELSON, #9938
                RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                s/Gerald E. Meunier
                GERALD E. MEUNIER, #9471