UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Withdraw filed by the Plaintiffs Steering Committee (PSC),

IT IS HEREBY ORDERED the Motion to Withdraw its Second Supplemental and Amended Complaint (Rec. Doc. 594) is granted, and the PSC shall re-file its motion within the deadline provided in the Court's Orders (Rec. Doc. Nos. 599 and 604), which is August 18, 2008.

THIS DONE AND SIGNED this ____ day of _____, 2008, in New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**