UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>MEMORANDUM IN OPPOSITION TO MANUFACTURING
DEFENDANTS' MOTION TO STRIKE (DOC. 546)</u>

MAY IT PLEASE THE COURT:

     Plaintiffs submit the following Memorandum in Opposition of Manufacturing Defendants Motion to Strike certain plaintiffs from acting as class representatives at the class certification hearing. Defendants' Premature Motion and Memorandum are predicated on fundamentally flawed concepts.

     The defendants ignore the Court's Pretrial Order No. 2 dated January 30, 2008, wherein a specific process is enumerated for deficiencies in Plaintiff Fact Sheets. Specifically, Section III D. enumerates that if a deficiency exists in the Plaintiff Fact Sheets then a letter shall issue from Defendants' Liaison stating the alleged material deficiency.  The letter shall also state that the Plaintiff will have thirty (30) days to cure the alleged material deficiencies, and that if the alleged material deficiencies are not cured within that time, the Defendant may move for dismissal of Plaintiff's claims, including dismissal with prejudice upon an appropriate showing.

In this situation, the Defendants invented and demanded a deadline of 4 days in for the cure of deficiencies listed in their undated letter attached as Exhibit A to their motion. The Plaintiffs in an attempt to adhere with all and not upset any court deadlines, cured all of the deficiencies within the Court prescribed deadline of 30 days. Further in the spirit of cooperation, the deficiencies were cured on a rolling basis with all but two of the deficiencies cured well in advance of the deadline and the remaining two cured on the 30 day deadline. It is for this simple reason that the motion is clearly untimely and inappropriate. This motion to strike filed by the defendants was filed well before the 30 day deadline had passed but only after the Defendants invented and self-imposed deadline of 4 days. These actions are clearly contrary to the direct order of this Court.

Finally, one of the Plaintiffs enumerated in the said Motion to Strike, Jerome A. Culler, was deposed as a class representative for the limited purpose of Class Certification issues on August 6, 2008 by one of the signatories of the Motion to Strike. At no time was this deposition delayed or restrained by the alleged deficiencies in the Plaintiff Fact Sheet. Plaintiff's counsel attending the deposition agreed to keep the deposition open in the event that any further information was needed form this plaintiff. It should be noted that all deficiencies in this matter were cured well in advance of the Culler deposition.

It is for these reasons that the motion to strike is not appropriate. Pursuant to the Court's Pretrial Order No. 2, attached hereto, at section III (A), plaintiff fact sheets are to be treated as responses to discovery under Fed. R. Civ. P. 33 and 34 and "must be supplemented in accordance with Fed. R. Civ. P. 26." Therefore, Defendants Motion to Strike should be denied and the persons enumerated in Defendant's Motion to Strike should be allowed to act as class representatives at the class certification hearing.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com


      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      jwoods@gainsben.com



**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, JR., #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 12, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  s/Gerald E. Meunier  
                                                  GERALD E. MEUNIER, #9471