UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE | SECTION "N-4" |
| PRODUCT LIABILITY LITIGATION | JUDGE ENGELHARDT |
| | MAG. JUDGE ROBY |

**This Document Is Related To:**

*Johnson*, *et al. v. United States, et al.*, No. 08-3602, Doc. No. 1
*Huckabee, et al. v. Fleetwood Enters., Inc., et al.*, No. 08-4095, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' CLAIMS FOR
LACK OF SUBJECT MATTER JURISDICTION**

Defendant, United States of America (United States) hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1), for dismissal of Plaintiffs' claims for lack of subject matter jurisdiction, or alternatively for summary judgment pursuant to Fed. R. Civ. P. 56(c), for the reasons stated in the United States' Motion to Dismiss, filed in response to the Administrative Master Complaint in this Multi-District Litigation. Therefore, the United States hereby refers the Court to that Motion, Docket No. 196, MDL No. 07-1873, pursuant to the Court's instruction in this case.

Dated: August 13, 2008         Respectfully Submitted,

           GREGORY G. KATSAS
           Assistant Attorney General, Civil Division

           C. FREDERICK BECKNER III
           Deputy Assistant Attorney General, Civil Division

           J. PATRICK GLYNN
           Director, Torts Branch, Civil Division

           HENRY T. MILLER
           Senior Trial Counsel

           //S// *Michelle G. Boyle*
           MICHELLE G. BOYLE (VA Bar No. 73710)
           Trial Attorney
           United States Department of Justice
           Civil Division – Torts Branch
           P.O. Box 340, Ben Franklin Station
           Washington, D.C. 20004
           Telephone No:  (202) 616-4447
           E-mail: Michelle.Boyle@USDOJ.Gov

           Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAMS-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2008, the foregoing Motion, along with its supporting Memorandum and Statement of Undisputed Material Facts, was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

      //S// *Michelle G. Boyle*
      (VA Bar No. 73710)