UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | **SECTION "N-4"** |
| **PRODUCT LIABILITY LITIGATION** | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

**This Document Is Related To:**

*Johnson*, *et al. v. United States, et al.*, No. 08-3602, Doc. No. 1
*Huckabee, et al. v. Fleetwood Enters., Inc., et al.*, No. 08-4095, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT
OF ITS MOTION TO DISMISS PLAINTIFFS' CLAIMS FOR
LACK OF SUBJECT MATTER JURISDICTION**

The United States hereby submits that its arguments urging dismissal pursuant to Fed. R. Civ. P. 12(b)(1), and in the alternative, summary judgment pursuant to Fed. R. Civ. P. 56(c), are the same as those contained in its Memorandum and Reply Memorandum supporting its Motion to Dismiss that were filed in response to the Master Complaint in this Multi-District Litigation, as well as its oral arguments made in support thereof on July 23, 2008.  Therefore, the United States hereby refers the Court to those arguments and documents, along with their Attachments and Exhibits, Docket Numbers 196-1 - 48 and 419, MDL No. 1873.

Dated: August 13, 2008	Respectfully Submitted,

                                   GREGORY G. KATSAS
                                   Assistant Attorney General, Civil Division

                                   C. FREDERICK BECKNER III
                                   Deputy Assistant Attorney General, Civil Division

                                   J. PATRICK GLYNN
                                   Director, Torts Branch, Civil Division

                                   HENRY T. MILLER
                                   Senior Trial Counsel

                                   //S// *Michelle G. Boyle*
                                   MICHELLE G. BOYLE (VA Bar No. 73710)
                                   Trial Attorney
                                   United States Department of Justice
                                   Civil Division – Torts Branch
                                   P.O. Box 340, Ben Franklin Station
                                   Washington, D.C. 20004
                                   Telephone No: (202) 616-4447
                                   E-mail: Michelle.Boyle@USDOJ.Gov

                                   Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAMS-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472