UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** <br><br> **SECTION N-4** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE ROBY** |

**This Document Is Related To:**

*Johnson*, *et al. v. United States, et al.*, No. 08-3602, Doc. No. 1
*Huckabee, et al. v. Fleetwood Enters., Inc., et al.*, No. 08-4095, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Pursuant to Local Rule 56.1, the United States hereby submits that its statement of material facts as to which the United States contends there is no genuine issue to be tried, in the above-captioned cases, is the same as that filed in response to the Master Complaint in this Multi-District Litigation. Therefore, the United States hereby refers the Court to that document, Docket No. 196-48, MDL No. 07-1873.

Dated: August 13, 2008.  Respectfully Submitted,


                                        GREGORY S. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (VA Bar No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4447
E-mail: Michelle.Boyle@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472