UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

This Document Is Related To:

*Johnson, et al. v. United States, et al.*, No. 08-3602, Doc. No. 1
*Huckabee, et al. v. Fleetwood Enters., Inc., et al.*, No. 08-4095, Doc. No. 1

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

TO:  GERALD MEUNIER
     JUSTIN WOODS
     Plaintiffs' Liaison Counsel

PLEASE TAKE NOTICE that Defendant United States of America will bring the foregoing Motion to Dismiss, or in the Alternative, for Summary Judgment, for hearing before the Honorable Kurt Engelhardt, in his Courtroom, on October 8, 2008, or as soon thereafter as Counsel may be heard.

Dated: August 13, 2008    Respectfully Submitted,

              GREGORY G. KATSAS
              Assistant Attorney General, Civil Division

              C. FREDERICK BECKNER III
              Deputy Assistant Attorney General, Civil Division

              J. PATRICK GLYNN
              Director, Torts Branch, Civil Division

              HENRY T. MILLER
              Senior Trial Counsel

              //S// *Michelle G. Boyle*
              MICHELLE G. BOYLE (VA Bar No. 73710)
              Trial Attorney
              United States Department of Justice
              Civil Division – Torts Branch
              P.O. Box 340, Ben Franklin Station
              Washington, D.C. 20004
              Telephone No:  (202) 616-4447
              E-mail: Michelle.Boyle@USDOJ.Gov

              Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAMS-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472