# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE PRODUCTS  LIABILITY LITIGATION )  )  )  ) | MDL NO. 1873  SECTION "N" (4) |
| This document relates to ALL CASES ) | JUDGE ENGELHARDT |

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MANUFACTURING DEFENDANTS' MOTION TO STRIKE (DOC. NO. 546)

**NOW INTO COURT**, comes the Manufacturing Defendants' Liaison Counsel on behalf of the Manufacturing Defendants, who respectfully request an Order from this Honorable Court granting leave to Manufacturing Defendants to file the Reply Memorandum in Support of their Motion to Strike, attached hereto.

Manufacturing Defendants' Liaison Counsel has contacted all opposing counsel and there is no objection to the filing of the Reply Memorandum.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
**DEFENSE LIAISON COUNSEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 13th day of August, 2008.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com