UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER**<br>       **FORMALDEHYDE PRODUCTS**<br>       **LIABILITY LITIGATION**<br><br>**This Document Relates To ALL CASES** | **MDL NO. 1873**<br>**SECTION "N" (4)**<br><br>**JUDGE ENGELHARDT** |

## ORDER

**IT IS ORDERED**, **ADJUGED AND DECREED** the Manufacturing Defendants are granted leave of Court to file its Reply Memorandum in Support of Motion to Strike (Doc. No. 546).

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE