UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-4"
                                              JUDGE ENGELHARDT
                                              MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

DEFENDANT UNITED STATES OF AMERICA'S SUPPLEMENTAL
WITNESS AND EXHIBIT LIST FOR PURPOSES OF COMPLYING
WITH PRE-TRIAL ORDER NOs. 8 AND 13

Defendant United States of America (United States), pursuant to Pre-Trial Order Nos. 8 and 13, hereby submits its supplemental list of witness it may call and exhibits it may use at the Class Certification hearing scheduled for November 19, 2008.

**I.     United States' Supplemental Witness List.**

1. Joseph Pujol.

2. Stephanie Pujol.

3. Sean Thomas.

4. Phuong Thomas.

5. Any and all witnesses designated by Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, and any individual Plaintiff or claimant.

6. Any and all witnesses designated by Defense Liaison Counsel, Defense Steering Committee, and any individual Defendant.

**Defendant United States of America's**
**Supplemental Exhibit and Witness List**

**II.     United States' Supplemental Exhibit List.**

1. Administrative Tort Claims submitted to the Federal Emergency Management Agency (FEMA) on behalf of Plaintiffs Joseph Pujol, Stephanie Pujol, and two minor children (collectively referred to as the "Pujol family").

2. Letters issued by FEMA to the Pujol family denying their administrative tort claims.

3. The completed Pujol family "Fact Sheets."

4. Administrative Tort Claims submitted to FEMA on behalf of Plaintiffs Sean Thomas, Phuong Thomas, and two minor children (collectively referred to as the "Thomas family").

5. Letters issued by FEMA to the Thomas family denying their administrative tort claims.

6. The completed Thomas family "Fact Sheets."

7. Correspondence between FEMA and the Thomas family, regarding the Thomas family's request to purchase their emergency housing unit ("EHU").

8. Documents regarding FEMA's provision of an EHU to the Thomas family, including FEMA Emergency Shelter - Agreement to Rules of Occupancy.

9. FEMA "Comments Report," describing communications between FEMA and the Thomas Family.

10. Correspondence from the Pujol family to FEMA, regarding requests for assistance, and related documents.

11. Documents regarding FEMA's provision of an EHU to the Pujol family, including FEMA Individuals and Households Program (IHP) Temporary Housing Occupancy Agreement.

12. Excerpts from FEMA Comments Report describing communications between FEMA and the Pujol family.

13. Any and all exhibits designated by Plaintiffs' Liaison Counsel, Plaintiffs' Steering Committee, and any individual Plaintiff or claimant.

14. Any and all exhibits designated by Defense Liaison Counsel, Defense Steering Committee, and any individual Defendant.

Dated: August 14, 2008.    Respectfully Submitted,

GREGORY S. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

| OF COUNSEL | //S// *Michelle G. Boyle* |
| --- | --- |
| | MICHELLE G. BOYLE (Va. Bar No. 73710) |
| JORDAN FRIED | Trial Attorney |
| Associate Chief Counsel | United States Department of Justice |
| JANICE WILLIAMS-JONES | Civil Division – Torts Branch |
| Trial Attorney | P.O. Box 340, Ben Franklin Station |
| FEMA/DHS | Washington, D.C. 20004 |
| Department of Homeland Security | Telephone No: (202) 616-4447 |
| Washington, D.C. 20472 | E-mail: Michelle.Boyle@USDOJ.Gov |

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2008, the foregoing document was sent by Electronic mail to Court appointed Liaison Counsel.

//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (Va. Bar No. 73710)

**Defendant United States of America's
Supplemental Exhibit and Witness List**          4