**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-4"

                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America, No. 08-3217*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>ORDER</u>

Considering the Motion to Withdraw filed by the Plaintiffs Steering Committee (PSC),

IT IS HEREBY ORDERED the Motion to Withdraw its Second Supplemental and Amended

Complaint (Rec. Doc. 593) is granted, and the PSC shall re-file its motion within the deadline

provided in the Court's Orders (Rec. Doc. Nos. 599 and 604), which is August 18, 2008.

THIS DONE AND SIGNED this 14th day of ___August___, 2008, in New Orleans,

Louisiana.

_____
HONORABLE KURT D. ENGELHARDT