UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-4"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the Motion to Withdraw filed by the Plaintiffs Steering Committee (PSC),

IT IS HEREBY ORDERED the Motion to Withdraw its Second Supplemental and Amended Complaint (Rec. Doc. 594) is granted, and the PSC shall re-file its motion within the deadline provided in the Court's Orders (Rec. Doc. Nos. 599 and 604), which is August 18, 2008.

THIS DONE AND SIGNED this 14th day of August, 2008, in New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT