UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION<br><br>This Document Relates To ALL CASES | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

## ORDER

**IT IS ORDERED**, **ADJUGED AND DECREED** the Manufacturing Defendants are granted leave of Court to file its Reply Memorandum in Support of Motion to Strike (Doc. No. 546).

New Orleans, Louisiana, this 14th day of August, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE