MINUTE ENTRY
ENGELHARDT, J.
August 15, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, August 15, 2008, at 9:00 a.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, and Linda J. Nelson; defendant committee members Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Michelle Boyle, Henry T. Miller, and Janice Williams-Jones, counsel for the Government/FEMA.

JS10(0:25)