UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1873 <br> ) <br> ) SECTION "N-4" <br> ) <br> ) JUDGE ENGELHARDT <br> ) MAGISTRATE JUDGE <br> ) ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

### NON-GOVERNMENTAL DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST FOR CLASS CERTIFICATION

**NOW INTO COURT**, through undersigned counsel, come the Non-Governmental Defendants[1] who hereby submit the following exhibit list[2] in the above captioned matter:

---

[1] The following defendants have been dismissed from the proceedings: CHM Manufacturing Inc., Southern Energy Homes, Inc., Giles Family Holdings, Inc., Sunray Investments, LLC, Palm Harbor MFG, LP, Palm Harbor Albemarle, LLC, Palm Harbor Homes, Inc., Horton Homes, Inc., Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., ScotBilt Homes, Inc., Dutch Housing, Inc., Cavalier Homes Builders, LLC, Liberty Homes, Inc., Waverlee Homes, Inc., Patriot Homes, Inc., River Birch Homes, Inc., Redman Homes, Inc., Cavalier Homes, Inc., Fairmont Homes, Inc., and all defendants who joined in the Manufacturing Defendants' Joint 12(b)(6) Motion to Dismiss (Rec. Doc. 210) pursuant to Order dated August 1, 2008 (Rec. Doc. 640). Out of an abundance of caution, and because Plaintiffs have indicated that they will attempt to amend the pleadings to add these defendants back into this matter, these defendants are joining in this exhibit list on behalf of all non-governmental defendants. All defendants reserve the right to supplement and amend their witness and exhibit lists as necessary.

[2] The term "THUs" in this document refers to the manufactured housing, travel trailers, park models and any other temporary housing sold to FEMA by various contractors, dealers and/or manufacturers for FEMA's use in responding to the needs of persons displaced due to Hurricanes Rita and Katrina.

| D1 | The completed Plaintiff Fact Sheet for each designated class representative, including any supplementations to same | |
|---|---|---|
| D2 | The completed Plaintiff Fact Sheet for each named plaintiff, including any supplementations to same | |
| D3 | Selected medical records for designated class representatives | |
| D4 | Selected medical records for named plaintiffs | |
| D5 | Selected employment records for designated class representatives | |
| D6 | Selected employment records for named plaintiffs | |
| D7 | Selected Social security and social security disability records and state or other agency records on disability for designated class representatives | |
| D8 | Selected Social security and social security disability records and state or other agency records on disability for named plaintiffs | |
| D9 | Independent Medical Examinations records on any designated class representative | |
| D10 | Independent Medical Examinations records on any named plaintiff | |
| D11 | Photographs of various THUs tested by Defendants | |
| D12 | Photographs of staging locations and of locations where THUs were placed for occupancy | |
| D13 | Photographs of units occupied by designated class representatives | |
| D14 | Photographs of units occupied by named plaintiffs | |
| D15 | Deposition transcripts of various manufacturing defendants' 30(b)(6) depositions | |
| D16 | Deposition transcripts of various non-party depositions | |

| | | |
|---|---|---|
| D17 | Deposition transcripts of any designated class representative's deposition | |
| D18 | 24 C.F.R. Part 3280 | |
| D19 | Material Safety Data Sheets relating to formaldehyde containing products | |
| D20 | FEMA data and documents relating to dates of delivery to it and delivery and staging locations for THUs, prior to occupancy by any plaintiff | |
| D21 | Climatological data relating to weather conditions in vicinity of locations for delivery and staging of THUs by FEMA | |
| D22 | FEMA data and documents relating to dates of delivery and locations of delivery of the THUs for occupancy by any plaintiff | |
| D23 | Climatological data relating to weather conditions in vicinity of locations of delivery and occupancy of THUs | |
| D24 | FEMA "assistance files" and other data and documents relating to specific THUs and the occupants of those THUs, including move in and move out dates | |
| D25 | Testing protocols, documentation, field notes, data, realtime measurements, results, reports photographs, videotapes, and other materials obtained by experts and testing company personnel retained by Defendants, including but not limited to Center for Toxicology and Environmental Health, L.L.C ("CTEH") and Helix Environmental, Inc. ("Helix") in this matter relating to testing of never occupied, previously occupied or currently occupied THUs | |
| D26 | Testing protocols, documentation, field notes, data, realtime measurements, results, reports, photographs, videotapes, and other materials obtained by experts and testing company personnel retained by Plaintiffs in this matter | |

|  | relating to testing of never occupied, previously occupied or currently occupied THUs |  |
|---|---|---|
| D27 | Federal government testing protocols, documentation, field notes, data, realtime measurements, results, reports, photographs, videotapes, and other materials obtained by it in testing never occupied, previously occupied or currently occupied THUs |  |
| D28 | FEMA specifications, or specifications provided by any other entity, and related documents used by manufacturers to design and produce the THUs |  |
| D29 | Contracts and related documents between any manufacturer and FEMA, or between any manufacturer and any contractor for the production and sale to FEMA of THUs |  |
| D30 | Documents reflecting any modifications from specifications used by various manufacturers to design and produce the THUs, including change orders and approvals of same |  |
| D31 | Documents from manufacturers identifying the various plants producing THUs |  |
| D32 | Documents from manufacturers relating to plant manufacturing and materials differences in production of THUs |  |
| D33 | Documents from manufacturers relating to manufacturer differences in manufacturing processes and materials used |  |
| D34 | Documents evidencing types of wood products used by each manufacturer in production of the THUs, and the suppliers of same |  |
| D35 | Documents evidencing the types of furniture and flooring products provided by each manufacturer for the THUS, and the suppliers of same |  |
| D36 | Documents reflecting the dates and/or locations to which the THUs were delivered |  |

|     |                                                                                                                                                                                                                                                                 |     |
| --- | --- | --- |
|     | by various manufacturers                                                                                                                                                                                                                                        |     |
| D37 | Documents relating to the pre-acceptance inspections by FEMA or by agents for FEMA of THUs                                                                                                                                                                      |     |
| D38 | Documents relating to pre-delivery inspections and/or any repairs to the THUs by contractors handling sale and delivery of THUs to FEMA                                                                                                                         |     |
| D39 | Documents reflecting methods of site preparation, types of sites, and unit installation and servicing by FEMA or any agent of FEMA of THUs pre-occupancy                                                                                                        |     |
| D40 | Documents reflecting any information, instructions, orientations provided by FEMA or any agent of FEMA for occupants moving into the THUs                                                                                                                       |     |
| D41 | Documents reflecting information, instructions or orientations provided by manufacturers for provision to occupants of the THUs                                                                                                                                 |     |
| D42 | Formaldehyde health information and/or warnings provided by various manufacturers                                                                                                                                                                               |     |
| D43 | FEMA's THUs inventory lists including FFRATS list results matching temporary housing unit residents to particular units, never occupied unit lists, THUs locations lists, currently occupied units lists, and THUS purchased from dealers.                       |     |
| D44 | Documents relating to FEMA's donation, sale or dispatch of THUs after completion of FEMA's response to Hurricanes Katrina and Rita                                                                                                                              |     |
| D45 | Exemplar invoices from various manufacturers                                                                                                                                                                                                                    |     |
| D46 | Individual THU files from various manufacturers                                                                                                                                                                                                                 |     |
| D47 | Various manufacturers' Owners Manuals, Warranty Documents, Installation Manuals, and/or Set-Up Specifications                                                                                                                                                   |     |

| | | |
|---|---|---|
| D48 | Various manufacturers' THU floorplans/schematics | |
| D49 | Various manufacturers' THU insulation values | |
| D50 | Selected world medical and scientific literature concerning formaldehyde and formaldehyde-related health issues read, relied upon, or referred to by any expert involved in these MDL proceedings | |
| D51 | Agency for Toxic Substances and Disease Registry (ATSDR), "Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units," February 2007 | |
| D52 | Agency for Toxic Substances and Disease Registry (ATSDR). "An Update and Revision of ATSDR's February 2007 Health Consultation," October 2007 | |
| D53 | The Center for Disease Control and Prevention's Interim Findings on Formaldehyde Levels in FEMA-supplied Travel Trailers, Park Models, and Mobile Homes February 2008 | |
| D54 | The Center for Disease Control and Prevention's Final Report on Formaldehyde Levels in FEMA-supplied Travel Trailers, Park Models, and Mobile Homes July 2008 | |
| D55 | Selected news articles, journals, transcripts of radio/television reports concerning formaldehyde | |
| D56 | Standard Form 95s received by FEMA from persons displaced by Hurricanes Katrina and Rita | |
| D57 | Guides concerning formaldehyde exposure | |
| D58 | Studies concerning the health effects of formaldehyde emissions in temporary housing units, including, but not limited to, studies by FEMA, CDC, ATSDR, OTPER, OSHA, NIOSH, and any non-governmental | |

6

|     |                                                                                                                                    |     |
| --- | ---------------------------------------------------------------------------------------------------------------------------------- | --- |
|     | entity                                                                                                                             |     |
| D59 | Any other study not otherwise listed concerning the health effects of formaldehyde emissions                                       |     |
| D60 | Documents that reflect any indoor or outdoor testing for formaldehyde emissions in temporary housing units or staging/storage areas |     |
| D61 | Information from the Formaldehyde Call Center                                                                                      |     |
| D62 | Federal standards concerning formaldehyde as published by OSHA and HUD                                                             |     |
| D63 | Any document reviewed or relied upon by any testifying defense expert                                                              |     |
| D64 | Defendants reserve the right to utilize any document produced and/or identified by Plaintiffs                                      |     |
| D65 | Defendants reserve the right to utilize any document produced and/or identified by the United States of America                    |     |
| D66 | All discovery responses from any party                                                                                             |     |
| D67 | Affidavits of all expert witnesses who are disclosed on the witness list being filed contemporaneously herewith                    |     |
| D68 | Affidavit from any manufacturing defendant that provides information or data to any testifying expert                              |     |
| D69 | Any document or item of evidence discovered or that becomes relevant as a result of further discovery                              |     |
| D70 | Documents from Defendants regarding FEMA specifications for the THUs purchased by FEMA for the Katrina/Rita aid recipients          |     |
| D71 | Documents from Defendants regarding bill of materials used in the THUs purchased by FEMA for the Katrina/Rita aid recipients        |     |

| | | |
|---|---|---|
| D72 | Documents from Defendants regarding floor plans of the various units of THUs purchased by FEMA for the Katrina/Rita aid recipients | |
| D73 | Documents from Defendants regarding the potential formaldehyde containing components in the THUs purchased by FEMA for the Katrina/Rita aid recipients | |
| D74 | Documents from Defendants regarding the production/delivery schedules for THUs purchased by FEMA for the Katrina/Rita aid recipients | |
| D75 | Documents from Defendants regarding the information/warnings in the THUs purchased by FEMA for the Katrina/Rita aid recipients | |
| D76 | Documents from Defendants regarding the various ventilation/insulation features for the THUs purchased by FEMA for the Katrina/Rita aid recipients | |
| D77 | Documents from Defendants regarding the unit set up specifications for the THUs purchased by FEMA for the Katrina/Rita aid recipients | |

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIASON COUNSEL*

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana this 18th day of August, 2008.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com