UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) MDL NO. 1873 ) ) SECTION "N-4" ) ) JUDGE ENGELHARDT ) MAGISTRATE JUDGE ) ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

## NON-GOVERNMENTAL DEFENDANTS' WITNESS LIST FOR CLASS CERTIFICATION

NOW INTO COURT, through undersigned counsel, come the Non-Governmental Defendants[1] who hereby submit the following witness list[2] in the above captioned matter:

---

[1] The following defendants have been dismissed from the proceedings: CHM Manufacturing Inc., Southern Energy Homes, Inc., Giles Family Holdings, Inc., Sunray Investments, LLC, Palm Harbor MFG, LP, Palm Harbor Albemarle, LLC, Palm Harbor Homes, Inc., Horton Homes, Inc., Morgan Buildings & Spas, Inc., Morgan Building Systems, Inc., ScotBilt Homes, Inc., Dutch Housing, Inc., Cavalier Homes Builders, LLC, Liberty Homes, Inc., Waverlee Homes, Inc., Patriot Homes, Inc., River Birch Homes, Inc., Redman Homes, Inc., Cavalier Homes, Inc., Fairmont Homes, Inc., and all defendants who joined in the Manufacturing Defendants' Joint 12(b)(6) Motion to Dismiss (Rec. Doc. 210) pursuant to Order dated August 1, 2008 (Rec. Doc. 640). Out of an abundance of caution, and because Plaintiffs have indicated that they will attempt to amend the pleadings to add these defendants back into this matter, these defendants are joining in this witness list on behalf of all non-governmental defendants. All defendants reserve the right to supplement and amend their witness and exhibit lists as necessary.

[2] The term "THUs" in this document refers to the manufactured housing, travel trailers, park models and any other temporary housing sold to FEMA by various contractors, dealers and/or manufacturers for FEMA's use in responding to the needs of persons displaced due to Hurricanes Rita and Katrina.

|    | **Witness** | **Type of Witness** | **May/Will Call**[3] |
|----|-------------|---------------------|----------------------|
| 1. | Any plaintiff identified by Plaintiffs' Liaison Counsel as a class representative | Fact Witness | May Call |
| 2. | Any plaintiff identified by Plaintiffs' Liaison Counsel as a named plaintiff | Fact Witness | May Call |
| 3. | A representative of FEMA | Fact Witness | May Call |
| 4. | A representative of the Center for Disease Control and Prevention | Fact Witness | May Call |
| 5. | A representative of the United States Department of Health and Human Services | Fact Witness | May Call |
| 6. | Any health care provider providing treatment to any of the designated class representatives | Fact Witness | May Call |
| 7. | Any health care provider providing treatment to any of the named plaintiffs | Fact Witness | May Call |
| 8. | Any person who performed or participated in testing of each designated class representative's THU | Fact Witness | May Call |
| 9. | Any person who performed or participated in testing of each named plaintiff's THU | Fact Witness | May Call |

---

[3] Witnesses called will either testify live or by affidavit.

| | | | |
|---|---|---|---|
| 10. | A representative of Gulf Stream Coach to testify regarding the FEMA specifications for the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 11. | A representative of Gulf Stream Coach to testify about exemplar bills of materials used in the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 12. | A representative of Gulf Stream Coach to testify regarding the floor plans of the various travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 13. | A representative of Gulf Stream Coach to testify regarding the potential formaldehyde contain components of the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 14. | A representative of Gulf Stream Coach to testify regarding the production/ delivery dates for the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 15. | A representative of Gulf Stream Coach to testify regarding the information/ warnings in the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |

| | | | |
|---|---|---|---|
| 16. | A representative of Gulf Stream Coach to testify regarding the various ventilation/insulation features of the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 17. | A representative of Gulf Stream Coach to testify regarding the unit set up specifications for the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 18. | Delbert Miller<br>Vice President, Corporate<br>KZRV, LP | Fact Witness | May Call |
| 19. | Steve Bennett<br>Pilgrim International | Fact Witness | May Call |
| 20. | James Izbicki<br>Director Parts and Warranty<br>R-Vision, Inc. | Fact Witness | May Call |
| 21. | Brad McKinney<br>National Sales Manager for Towables<br>Monaco Coach | Fact Witness | May Call |
| 22. | Robert Martin<br>Chief Operating Officer<br>Keystone RV Company | Fact Witness | May Call |
| 23. | Randy Nielson<br>DS Corporation, d/b/a Cross Roads<br>Vice President-Customer Care | Fact Witness | May Call |
| 24. | Kelly Green<br>Dutchmen Manufacturing, Inc.<br>Director, Parts Service and Warranty | Fact Witness | May Call |
| 25. | Richard Kahler<br>Thor California | Fact Witness | May Call |

| 26. | Forrest Theobald<br>Former General Counsel<br>Fleetwood Enterprises | Fact Witness | May Call |
|---|---|---|---|
| 27. | Robert Wosniak<br>Former Director of Engineering, RV<br>Fleetwood Enterprises | Fact Witness | May Call |
| 28. | William Farish<br>Director of Product Engineering, Manufactured Housing<br>Fleetwood Enterprises | Fact Witness | May Call |
| 29. | Terri Sauers<br>Forest Products Operations Manager<br>Fleetwood Enterprises | Fact Witness | May Call |
| 30. | Douglas Henriquez<br>Director of Business Development<br>Fleetwood Enterprises | Fact Witness | May Call |
| 31. | Gary Beatty<br>Director of Product Development, RV<br>Fleetwood Enterprises | Fact Witness | May Call |
| 32. | Sean Oglesby<br>Director of Quality & Internal Engineering<br>ScotBilt Homes Inc. | Fact Witness | May Call |
| 33. | Greg Scott<br>President<br>ScotBilt Homes Inc. | Fact Witness | May Call |
| 34. | Tom Holland<br>Vice President and CFO<br>ScotBilt Homes, Inc. | Fact Witness | May Call |
| 35. | Reggie Smith<br>Director of Purchasing<br>ScotBilt Homes, Inc. | Fact Witness | May Call |

| 36. | Benny Bryan<br>Production Manager<br>ScotBilt Homes, Inc. | Fact Witness | May Call |
|---|---|---|---|
| 37. | Bill Kalker<br>Kalker Engineering<br>ScotBilt Homes, Inc. | Fact Witness | May Call |
| 38. | Rick Nolan<br>HWC Engineering, Inc.<br>ScotBilt Homes, Inc. | Fact Witness | May Call |
| 39. | Bill Harpe<br>Director of Services<br>Horton Homes, Inc. | Fact Witness | May Call |
| 40. | Mike Willard<br>Sales Manager<br>Horton Homes, Inc. | Fact Witness | May Call |
| 41. | Joseph Kimmell<br>General Manager<br>Redman Homes, Inc. | Fact Witness | May Call |
| 42. | Edward Hussey<br>Vice President<br>Liberty Homes, Inc. | Fact Witness | May Call |
| 43. | Phil Fowlers<br>President<br>Waverlee Homes, Inc. | Fact Witness | May Call |
| 44. | Greg Brown<br>General Manager<br>Addison Division of Cavalier<br>Home Builders, LLC | Fact Witness | May Call |
| 45. | Brad Mikels<br>Controller<br>River Birch Homes, Inc. | Fact Witness | May Call |
| 46. | Steven K. Like<br>Executive Vice President and<br>Corporate Counsel<br>Patriot Homes, Inc. | Fact Witness | May Call |

| 47. | One or more of the following employees of Helix Environmental, Inc: Arthur Farmer, CIH, Thomas K. Boardman, AIA, Benjamin H. Froehlich | Fact Witnesses | May Call |
|---|---|---|---|
| 48. | A representative of each defendant to testify regarding the FEMA specifications for the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 49. | A representative of each defendant to testify about exemplar bills of materials used in the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 50. | A representative of each defendant to testify regarding the floor plans of the various travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 51. | A representative of each defendant to testify regarding the potential formaldehyde contain components of the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 52. | A representative of each defendant to testify regarding the production/delivery dates for the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |

| | | | |
|---|---|---|---|
| 53. | A representative of each defendant to testify regarding the information/warnings in the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 54. | A representative of each defendant to testify regarding the various ventilation/ insulation features of the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 55. | A representative of each defendant to testify regarding the unit set up specifications for the travel trailers purchased by FEMA for the Katrina/Rita aid recipients | Fact Witness | May Call |
| 56. | Dr. Emil J. Bardana | Expert Witness | May Call |
| 57. | Dr. Phillip Cole | Expert Witness | May Call |
| 58. | Dr. William L. Dyson | Expert Witness | May Call |
| 59. | Dr. Brooks Emory | Expert Witness | May Call |
| 60. | Thomas Wayne Fribley | Expert Witness | May Call |
| 61. | Ralph Froehlich, CIH, CSP | Expert Witness | May Call |
| 62. | Dr. William Jacob George | Expert Witness | May Call |
| 63. | Dr. Michael Ginevan | Expert Witness | May Call |
| 64. | Dr. Phillip T. Goad | Expert Witness | May Call |
| 65. | Dr. Robert J. Golden | Expert Witness | May Call |

| 66. | John M. Grymes, III | Expert Witness | May Call |
|-----|---------------------|----------------|----------|
| 67. | Jon C. Shepherd | Expert Witness | May Call |
| 68. | Dr. Robert Sproles | Expert Witness | May Call |
| 69. | Dr. William Waddell | Expert Witness | May Call |
| 70. | Dr. H. James Wedner | Expert Witness | May Call |
| 71. | Dr. Merlin Richard Wilson | Expert Witness | May Call |
| 72. | Michael L. Zieman | Expert Witness | May Call |
| 73. | Any witness whose testimony is discovered or becomes relevant as a result of further discovery | | |

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIASON COUNSEL*

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                    ( )     Prepaid U.S. Mail

( )     Facsimile                        ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana this 18th day of August, 2008.

                              s/Andrew D. Weinstock
                        _____
                        ANDREW D. WEINSTOCK #18495
                             andreww@duplass.com