STATE OF IOWA
COUNTY OF SCOTT

### AFFIDAVIT OF JOHN DRESSELHAUS

Before me, the undersigned notary in and for the state and county mentioned above, personally came and appeared John Dresselhaus, who after being duly sworn did appear and state:

1.  My name is John Dresselhaus. I am over 18 years of age and my address is 5120 Brady St., Davenport, Iowa. I have personal knowledge of the facts set forth in this affidavit.

2.  I am president of Integrity Midwest, Inc. d/b/a US Adventure RV.

3.  US Adventure RV. is a recreational vehicle dealership located in Davenport, Iowa.

4.  US Adventure RV is one of the larger recreational vehicle dealerships in the mid-west, with a showroom housing _50 +_ vehicles, and an 18 bay body and service center.

5.  US Adventure RV did receive a contract from FEMA for the purchase of trailers used in Hurricane Katrina relief.

6.  US Adventure RV is a dealership which brokered the sales of trailers from its representative manufacturers to FEMA.

7.  US Adventure RV had no role in designing, manufacturing, installing, or inspecting any of the trailers which were sent to the Gulf Coast.

8.  US Adventure RV is not now nor has it ever been a manufacturer or designer of travel trailers, mobile homes, manufactured homes, or recreational vehicles.

9.  US Adventure RV does not now nor has it ever branded or "private labeled" travel trailers, mobile homes, manufactured homes, or recreational vehicles which are manufactured by others.

10. US Adventure RV has never held itself out to be a manufacturer of travel trailers, mobile homes, manufactured homes, or recreational vehicles.

Signed, this _1ST_ day of July, 2008.

_John Dresselhaus_
John Dresselhaus

ATTACHMENT I

Notary Public

