UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America, No. 08-3217*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing motion on plaintiffs' behalf,

IT IS ORDERED that the plaintiffs be granted leave to file the Second Supplemental and Amended Complaint attached and submitted with the foregoing motion.

THIS DONE the _____ day _____, 2008, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**