UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America, No. 08-3217*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

     **PLEASE TAKE NOTICE** that the Motion for Leave to File Second Supplemental and Amended Complaint filed on behalf of plaintiffs herein is hereby set for the 10th day of September, 2008, at 9:30 a.m.

                        Respectfully submitted:

                        **FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

           BY:    s/Gerald E. Meunier
                     GERALD E. MEUNIER, #9471
                     **PLAINTIFFS' CO-LIAISON COUNSEL**
                     Gainsburgh, Benjamin, David, Meunier &
                     Warshauer, L.L.C.
                     2800 Energy Centre, 1100 Poydras Street
                     New Orleans, Louisiana 70163
                     Telephone:    504/522-2304
                     Facsimile:    504/528-9973
                     gmeunier@gainsben.com

                     s/Justin I. Woods
                     JUSTIN I. WOODS, #24713
                     **PLAINTIFFS' CO-LIAISON COUNSEL**

      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone: 504/522-2304
      Facsimile: 504/528-9973
      jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
  ANTHONY BUZBEE, Texas # 24001820
  RAUL BENCOMO, #2932
  FRANK D'AMICO, #17519
  MATT MORELAND, #24567
  LINDA NELSON, #9938
  RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

 I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

      s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471