STATE OF INDIANA
COUNTY OF CLARK

## AFFIDAVIT OF TOM STINNETT

Before me, the undersigned notary in and for the state and county mentioned above, personally came and appeared Tom Stinnett, who after being duly sworn did appear and state:

1. My name is Tom Stinnett. I am over 18 years of age and competent to testify in a court of law. My business address is 520 Marriott Drive, Clarksville, Indiana 47129. I have personal knowledge of the facts set forth in this Affidavit.

2. I am chief executive officer of Tom Stinnett Holiday RV Center, Inc.

3. Tom Stinnett Holiday RV Center, Inc. is a recreational vehicle dealership located in Clarksville, Indiana.

4. On September 16, 2005, Tom Stinnett Holiday RV Center, Inc. entered into a solicitation/contract/order for commercial items issued by the Department of Homeland Security/FEMA to provide travel trailers to FEMA.

5. Tom Stinnett Holiday RV Center, Inc. provided travel trailers to FEMA through industry contacts with dealers and manufacturers.

6. Tom Stinnett Holiday RV Center, Inc. did not, however, design, manufacture, install, or inspect any of the travel trailers, which were provided to FEMA through the solicitation/contract/order for commercial items.

7. Of the travel trailers provided to FEMA, Tom Stinnett Holiday RV Center, Inc. did not brand or "private label" any travel trailer, mobile home, manufactured home, or recreational vehicle, which was manufactured by another, nor did Tom Stinnett Holiday RV Center, Inc. hold itself out to be a manufacturer of travel trailers, mobile homes, manufactured homes, or recreational vehicles.

Signed, this __10__ day of July, 2008.

Tom Stinnett, pres.

Notary Public   4-18-15

ST248:00ST2:689543:1:LOUISVILLE

ATTACHMENT II