UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion on plaintiffs' behalf,

IT IS ORDERED that the plaintiffs be granted leave to file the Second Supplemental and Amended Master Complaint attached and submitted with the foregoing motion.

THIS DONE the _____ day _____, 2008, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**