UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                               SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 15

On August 15, 2008, the Court held a status conference in chambers with liaison

counsel, steering committee members, and counsel for the Government.  The following

individuals were in attendance:  Justin Woods, Andrew Weinstock, Joe Glass, Matt

Moreland, Raul Bencomo, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Janice

Williams-Jones, Stewart Tharp, Michelle Boyle, Linda Nelson, and Henry Miller.

Following that conference, the Court held a general status conference in the courtroom,

which was open to all counsel. As for the individuals in attendance, the Court has

attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)    The **Motion for Expedited Hearing (Rec. Doc. 638)** is **GRANTED**.

Thus, the hearing on the Manufacturing Defendants' Motion to Enforce

Pre-Trial Order No. 8 by Designating 56 Proposed Class Representatives

(Rec. Doc. 637), currently set for Wednesday September 10, 2008, is

**RESET** for **Wednesday, August 27, 2008, without oral argument**. Any

opposition to this motion shall be filed on or before **Tuesday, August 19,**

**2008**.  Any motion for leave to file a reply shall be filed as soon as possible thereafter.

(2)     On or before **Wednesday, August 20, 2008**, the parties shall meet and confer in order to specifically delineate which individuals will be class representatives.

(3)     On or before **Friday, August 22, 2008**, Plaintiffs shall file a list of individuals who will be the class representatives in this action.

(4)     On **Friday, September 26, 2008 at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(5)     A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, September 26, 2008 at 10:00 a.m.**

New Orleans, Louisiana, this 15th day of August, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

07md1873

PLAINTIFF(S)

FEMA

versus

Formaldehyde

Magistrate: _____

DEFENDANT(S)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFERENCE: _____ PRE-TRIAL   ____✓____ STATUS   _____ SETTLEMENT

DATE: 8-15-08   TIME: 10 AM

# PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Aaron Ahlquist | Frank D'Amico, Jr. APLC | Plaintiffs' Steering Committee |
| Hal Roach | Willingham Fultz + Cougill | Jayco Starcraft |
| Daniel Becnel Jr | Becnel LLC | TLC |
| Devcy Scandurro | Scandurro & Layrosson, LLC | Gulf Stream |
| J Bone | GLL | FR inc |
| R Sheesley | McGlinchey Stafford | Skyline |
| Amanda VonderHaar | Leake & Andersson | Fleetwood |
| John Etter | Rodney d Etter | TL |
| Jack Harang | Sam | TL |
| | | |

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

PLAINTIFF(S)

# FEMA

versus

# Formaldehyde

DEFENDANT(S)

# 07md1873

Magistrate: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: **8-15-08**    TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| JOE RAUSCH | JIM HALL | π |
| Brondal Mistrot | Poigle, Jamison & Rayburn | Defendant/Silver Creek Homes |
| Kristie Holm | Daniel Becnel | π |
| Bryn Pflege | Mulcd Hugle | π's |
| Mary Eucher | Michael Hugle | π |
| Randall Mulcahy | Garrison Yount et al | Defendant/ Recreation By Design, LLC TL Industries, INC. Frontier RV, etc. |
| Denise Martin | Gainsburgh | π |
| DIANE ZINK | ROBERT BECNEL | π |
| Robert M. Besnel | " | π |

Trial Set: _____

Jury/Non-Jury

PLAINTIFF(S)

**FEMA**

versus

**Formaldehyde**

DEFENDANT(S)

CIVIL/CRIMINAL ACTION NO.:

**07 - md 1873**

Magistrate: _____

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

CONFERENCE: _____ PRE-TRIAL    ✔ STATUS    _____ SETTLEMENT

DATE: **8-15-08**    TIME: **10 AM**

# PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Janice Kazmier | FEMA | FEMA |
| Jacqulyn Wolff | FEMA (Office of Chief Counsel) | FEMA |
| Ben Mayeaux | Laborde & Neuner | Horton Homes |
| Tom Young | Hubbler & Giordano | Philips Products, Inc. |
| Lamont Domingue | Voorhies & Labbe | Redman Homes, Inc, et al |
| Michael Watson | Michael C Watson, Attorney at Law | Multiple Plaintiffs |
| S. Greminger | self |  |
| Tom Thagard | Maynard Cooper | Multiple Defs |
| Thomas Penrotole | Nielsen Law Firm, Scotbilt Homes | Scotbilt Homes |
| Dan Batchelor | SEhomes | SEhomes |