MINUTE ENTRY
ENGELHARDT, J.
August 15, 2008

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                      SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

       A general status conference was conducted on Friday, August 15, 2008, at 10:00 a.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, and Linda J. Nelson; defendant committee members Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Michelle Boyle, Henry T. Miller, and Janice Williams-Jones, counsel for the Government/FEMA.

       A complete list of attendees is attached as a supplement to Pretrial Order No. 15 (Rec. Doc. No. 658).

JS10(0:30)