Donovan Delone
Pamela Benoit O/B/O Christopher Benoit
Shontay Fontenot O/B/O Hailey Fontenot
Shontay Fontenot O/B/O Justin Fontenot
Shontay Fontenot O/B/O Jonathan Fontenot Jr.

Brian Darby Sr. O/B/O Brian Darby Jr.
John J. Adams

Betty Thomas
Courtney Alfred O/B/O Christopher Thomas
Juanita Bridges
Kevin Bland
Joycelyn Beasley O/B/O Heavenly A. Beasley

Edward A. Ballet III O/B/O Derell Ballet
Edward A. Ballet III O/B/O Egypt Ballet
LaTonya London O/B/O Derrell Madison
LaTonya London O/B/O Darrell Madison
LaTonya London O/B/O Darren Madison
Rommel E. Griffin
Hazel K. Heeching
Keena Magee O/B/O Kierra Wilson
Letecheia Acker O/B/O Dakyre Smith
Carrie LeBeau
Adrina N. McCray O/B/O Kody Wood
Adrina N. McCray
Kendra Battie O/B/O D'Asia Battie
David W. Semien Sr.
Sandra Semien O/B/O Danielle Semien
David Semien Jr.
Joanette L. Williams O/B/O George L. Williams

Lakeesha N. Lightell O/B/O Jazlyn N. Lightell
Lakeesha N. Lightell O/B/O Donovan Lightell
Sylvia J. Keyes
Stephen A. Alfonso
Elisha Dubuclet O/B/O Timia Dubuclet
Barbara A. Dillon
Nicole Esposito
Mary Harris
Margarita Solis
Marcelio Ayala
Johnny White
Thomas Anthony Bergens

Trina Brown
George Posey
Lillian A. Foley
Lillian A. Foley O/B/O Samuel Foley
Brittney Miller
Libby Sylve O/B/O Hailey N. Sylve
Libby L. Sylve
Stephanie G. Pujol
Renay Marie Gardner
Veronda Barnes O/B/O Jasmine Barnes
Angela Sullivan O/B/O Brenden Sullivan
Randy J. Bradford
Kendra S. Vason O/B/O Tryone Battle
Portia Bradford
Trichonda Green
Corey Davis
Dione Davis o/b/o Trinity Guesnon
Shane Baker o/b/o Shane Baker
Rayfield Robinson Jr.
Leroy Hargrove Jr.
Jerome A. Culler o/b/o Joan R. Culler (deceased)

Jerome A. Culler

Damian J. Hargrove o/b/o Damian J Hargrove Jr.

Douglas Hill III
Constance Jordan o/b/o Bronica Jordan
Cherish Stephens
Edward Ballet III o/b/o Edward Ballet IV
Alvin Williby Sr. o/b/o Sandra Williby (deceased)

Sherry Trollinger mother with power of attorney o/b/o Michael Davis
Barry P. Dominguez
Betty White o/b/o Erin McConnel
Lantonya London o/b/o Edbony London
Rose Lee Bright
Joanette Williams o/b/o George L. Williams
Maria Parker o/b/o Tyler Ardoin
Simone Frank
Jaqueline Dedeaux
Shelia Smith o/b/o Michael C. Tracy
Joseph C. Jack Jr.
Crystal L. Gumm
Shelia Gordon
Thelma H. Howard
Penny M. Robertson
Penny M. Robertson o/b/o Mercedez Robertson

Natley Mitchell
Linda Davis
Centra Myers
Amaris McGallon
Craig Ray Sr.
Marcie Beverly
Glenda Moreland
Shirley A. Sinclair
Faye Williams
Ella Flowers
Enna Williams
Sandra Anderson
Percy Evans
Peter Daunoy III
Linda Maydonado-West

ATTACHMENT I