UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER          )<br>     FORMALDEHYDE PRODUCTS )<br>     LIABILITY LITIGATION         )<br>                                              )<br>                                              ) | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAGISTRATE JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

### MANUFACTURING DEFENDANTS' MOTION TO ENTER STIPULATED PROTECTIVE ORDER PROVIDING PROSPECTIVELY FOR THE FILING OF CONFIDENTIAL DOCUMENTS UNDER SEAL

**NOW INTO COURT**, through Defendants' Liaison counsel come the Manufacturing Defendants, which, for the reasons more fully set forth in the Memorandum attached hereto, respectfully move this Honorable Court for the entry of the attached Stipulated Protective Order Providing Prospectively for the Filing of Confidential Documents Under Seal.  Opposing counsel has been contacted and there is no opposition to the filing of this Motion.

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        Fax: (504) 837-3119
        andreww@duplass.com
        jglass@duplass.com
        *DEFENSE LIAISON COUNSEL*

## **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery                    ( )  Prepaid U.S. Mail

( )  Facsimile                        ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana this 22nd day of August, 2008.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495