UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MERANDA HENRY | * | CIVIL ACTION NO. 07-3952 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: MARTIN L.C. FELDMAN |
| GULF STREAM COACH, INC., FLUOR | * | |
| CORPORATION, DEL-JEN, INC. AND | * | |
| ATWOOD MOBILE PRODUCTS | * | MAG: KAREN WELLS ROBY |

**************************************************************************

## **ORDER**

Considering the above and foregoing Motion to Enter Stipulated Protective Order Providing Prospectively for the Filing of Confidential Documents Under Seal:

**IT IS HEREBY ORDERED** that the Manufacturing Defendants' Motion to Enter Stipulated Protective Order Providing Prospectively for the Filing of Confidential Documents Under Seal is hereby **GRANTED** and the attached Stipulated Protective Order is hereby entered into the record of this matter.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
J U D G E