# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 1873 SECTION "N" (4) |
| ) | |
| This document relates to ALL CASES  ) | JUDGE ENGELHARDT |

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE PRE-TRIAL ORDER NO. 8 (DOC. NO. 637)

**NOW INTO COURT**, comes the Manufacturing Defendants' Liaison Counsel on behalf of the Manufacturing Defendants, who respectfully request an Order from this Honorable Court granting leave to Manufacturing Defendants to file the attached Reply Memorandum in Support of their Motion to Enforce Pre-Trial Order No. 8 (Doc. No. 637).

Manufacturing Defendants' Liaison Counsel has contacted all opposing counsel and there is no objection to the filing of the Reply Memorandum.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:   (504) 832-3700
**DEFENSE LIAISON COUNSEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 25th day of August, 2008.

                              /s/ Andrew D. Weinstock
                            ANDREW D. WEINSTOCK
                             andreww@duplass.com