**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER**<br>　　　**FORMALDEHYDE PRODUCTS**<br>　　**LIABILITY LITIGATION**<br><br>**This Document Relates To ALL CASES** | **MDL NO. 1873**<br>**SECTION "N" (4)**<br><br>**JUDGE ENGELHARDT** |

## ORDER

**IT IS ORDERED**, **ADJUGED AND DECREED** the Manufacturing Defendants are granted leave of Court to file its Reply Memorandum in Support of Motion to Enforce Pre-Trial Order No. 8 (Doc. No. 637).

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE