**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER               )     **MDL NO. 1873**
           **FORMALDEHYDE PRODUCTS**    )     **SECTION "N" (4)**
           **LIABILITY LITIGATION**          )
                                        )
**This Document Relates To ALL CASES**     )     **JUDGE ENGELHARDT**

## ORDER

      **IT IS ORDERED**, **ADJUGED AND DECREED** the Manufacturing Defendants are granted leave of Court to file its Reply Memorandum in Support of Motion to Enforce Pre-Trial Order No. 8 (Doc. No. 637).

      New Orleans, Louisiana, this 26th day of    August   , 2008.

_____
UNITED STATES DISTRICT COURT JUDGE