## CRYSTLE ACCARDO

**From:** ANDREW WEINSTOCK
**Sent:** Monday, August 25, 2008 3:23 PM
**To:** 'CRYSTLE ACCARDO'
**Subject:** FW: Formaldehyde - Class Representatives

**From:** Denise Martin [mailto:dmartin@gainsben.com]
**Sent:** Friday, August 22, 2008 1:09 PM
**To:** ANDREW WEINSTOCK
**Subject:** RE: Formaldehyde - Class Representatives

100 is the count.

Yes, you have fact sheets on 74 and you are missing 26 (this information being provided to me by Matt Moreland).

Thank you.
D


Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.


**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Friday, August 22, 2008 1:04 PM
**To:** Denise Martin
**Subject:** RE: Formaldehyde - Class Representatives

1. Can you give me a total count?

8/25/2008

2. Do we have fact sheets for each of the plaintiffs on this spreadsheet?

---

**From:** Denise Martin [mailto:dmartin@gainsben.com]
**Sent:** Friday, August 22, 2008 12:39 PM
**To:** ANDREW WEINSTOCK
**Cc:** Justin Woods; Anthony Buzbee; Brandi S. Spiers; Christine Daigle; dischilling@rgplaw.com; frank@damicolaw.net; lnelson@lambertandnelson.com; Magan Ennis; Matthew B. Moreland; Racheal Mezzic; ben_law@bellsouth.net; rgp@rgplaw.com; Tara Gilbreath
**Subject:** Formaldehyde - Class Representatives

Andy:

Attached is a list of our proposed class representatives, including the information regarding same which the PSC agreed to provide in open Court on August 15.

Sincerely,
Jerry


Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.