UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE ENGLEHARDT - DIV. N |
| | * | |
| PERTAINS TO: | * | MAGISTRATE ROBY - MAG. 4 |
| | * | |
| No. 06-5659   McGuire v. Gulf Stream | * | |
| Coach | * | |
| | * | |
| No. 07-7494 Nelson v. Gulf Stream | * | |
| Coach | * | |

**************************************************************************

### MOTION TO WITHDRAW AS COUNSEL

**NOW INTO COURT**, comes Roy J. Rodney, Jr., through undersigned counsel of the Rodney & Etter, L.L.C. law firm, and pursuant to Local Rule 83.3.11, moves this Court for an order permitting Roy J. Rodney to withdraw as counsel of record for Decarlo McGuire, et al, and for Kimberly Nelson, et al, in the above-captioned matter.  John K. Etter will continue to represent the McGuire and Nelson plaintiffs in this matter.

**WHEREFORE**, Movers respectfully pray that this Court enter an order permitting Roy J. Rodney, Jr. to withdraw as counsel for Decarlo McGuire, et al, and Kimberly Nelson, et al.

Respectfully submitted,

BY: **RODNEY & ETTER, L.L.C.**

  /s/ John K. Etter
JOHN K. ETTER (# 25042)
RODNEY & ETTER, LLC
200 West Congress Street, Ste. 650
Lafayette, LA 70501
Telephone:(337) 232-6924
Fax: (337) 232-6854

**Counsel for Plaintiffs, Decarlo McGuire, et al, and Kimberly Nelson, et al.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has this day been forwarded to all known counsel of record via electronic filing. Signed this 26th day of August, 2008.

   /s/ John K. Etter
JOHN K. ETTER