UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA TRAILER | * | CIVIL ACTION 2:07-MD-1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | |
| | * | JUDGE ENGLEHARDT - DIV. N |
| | * | |
| PERTAINS TO: | * | MAGISTRATE ROBY - MAG. 4 |
| | * | |
| No. 06-5659  McGuire v. Gulf Stream | * | |
| Coach | * | |
| | * | |
| No. 07-7494 Nelson v. Gulf Stream | * | |
| Coach | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

**CONSIDERING**, the foregoing Motion to Withdraw as Counsel;

It is hereby **ORDERED** that Roy J. Rodney, Jr. is permitted to withdraw as counsel for Decarlo McGuire, et al, and Kimberly Nelson, et al, in the above-captioned matters. The Court notes that Decarlo McGuire and Kimberly Nelson will continue to be represented by the other counsel that are enrolled for those plaintiffs.

New Orleans, Louisiana, this _____ day of August, 2008.

_____
JUDGE KURT D. ENGLEHARDT.
United States District Judge

1