**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: FEMA TRAILER        *     CIVIL ACTION 2:07-MD-1873
       FORMALDEHYDE PRODUCTS *
       LIABILITY LITIGATION    *
                            *     JUDGE ENGLEHARDT - DIV. N
                            *
PERTAINS TO:             *     MAGISTRATE ROBY - MAG. 4
                            *
No. 06-5659   McGuire v. Gulf Stream    *
                   Coach      *
                            *
No. 07-7494 Nelson v. Gulf Stream    *
                   Coach      *

*****************************************************************

**ORDER**

     **CONSIDERING**, the foregoing Motion to Withdraw as Counsel;

     It is hereby **ORDERED** that Roy J. Rodney, Jr. is permitted to withdraw as

counsel for Decarlo McGuire, et al, and Kimberly Nelson, et al, in the above-captioned

matters.  The Court notes that Decarlo McGuire and Kimberly Nelson will continue to be

represented by the other counsel that are enrolled for those plaintiffs.

     New Orleans, Louisiana, this  27th  day of August, 2008.

                                        United States District Judge