UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-4" |
| | * * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * * * | MAG. JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 16

The Motion for Entry of Pretrial Order No. 16 (related Doc. 564) is unopposed and it is **GRANTED**. Accordingly, **IT IS ORDERED** that the Court now adopts the following revision pertinent to the below-specified paragraph of Pretrial Order No. 13:

10.  September 19, 2008 MDLC will submit Defendants' expert reports, affidavits, and resumes of all experts to be called at the class certification hearing.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

-1-