UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  08-4161 | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*************************************************************************

## FEDERAL RULE OF CIVIL PROCEDURE RULE 12(B) PRESERVATION LIST FILED ON BEHALF OF GULF STREAM COACH, INC.

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which, pursuant to Pre-Trial Order Number 4, dated April 21, 2008, and without prejudice to its right to assert any other allowable preliminary pleadings, dispositive motions or affirmative defenses in these or any other case in which it is subsequently named and properly served, submits for preservation the following list of specific Federal Rule of Civil Procedure Rule 12(b) Motions in the following case recently added to the MDL:

I. *Dang v. Gulf Stream Coach, Inc., et al.*, originally filed in the Civil District Court for the Parish of Orleans, State of Louisiana, under civil action number 08-7558, and removed to the United States District Court for the Eastern District of Louisiana, under civil action number 08-4161.

    1. 12(b)(3) – Improper venue based on contractual forum selection clause contained in the manufacturer's Warranty Contract, which also contractually limits the warranties.

    2. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that it is established that any claimant knew or should have known of his or her cause of action more than a year before July 22, 2008, rendering all claims prescribed under Louisiana law.

Case 2:07-md-01873-KDE-MBN   Document 676   Filed 08/29/08   Page 2 of 3

3. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that plaintiffs later specifically seek attorneys fees under federal or state law inasmuch as such claims are precluded.

4. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that plaintiffs specifically assert punitive damages under federal or state law inasmuch as such claims are precluded.

5. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that plaintiffs specifically assert redhibition/implied warranty claims under Louisiana law, inasmuch as such claims are precluded due to lack of contractual sale, privity and/or reliance.

6. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that plaintiffs specifically seek property damages under Louisiana law, inasmuch as such claims are precluded.

7. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that plaintiffs seek to impose joint and several and/or solidary liability upon the manufacturing defendants, inasmuch as the applicable law precludes such reapportionment of fault.

8. 12(b)(6) – Failure to state a claim upon which relief can be granted inasmuch as plaintiff's negligence and strict liability claims are barred by the exclusivity provisions of the Louisiana Products Liability Act.

9. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent that plaintiffs seek injunctive relief as none of the theories invoked by plaintiffs provide recovery for injunctive relief sought by plaintiffs and plaintiffs have not alleged a sufficient basis to entitle them to injunctive relief.

10. 12(b)(6) – Failure to state a claim upon which relief can be granted to the extent it is later established that the named plaintiffs are not the appropriate parties to bring the claim on behalf of Dynasty Tran.

Finally, Gulf Stream Coach, Inc. respectfully asserts that it preserves all defenses raised and briefed in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss and the Manufacturing Defendants' Joint Rule 9(b) Motion to Dismiss.

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com
*Counsel For Defendant Gulf Stream Coach, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of August, 2008, a copy of the foregoing Federal Rule of Civil Procedure Rule 12(b) Preservation List on Behalf of Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com