# EXHIBIT ONE

to

MEMORANDUM IN OPPOSITION TO PSC'S [NEW] MOTION FOR LEAVE
TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT
ON BEHALF OF DEFENDANTS CMH MANUFACTURING, INC.,
SOUTHERN ENERGY HOMES, INC., PALM HARBOR HOMES, INC., PALM
HARBOR MFG., LP, PALM HARBOR ALBEMARLE, LLC, GILES FAMILY
HOLDINGS, INC., AND SUNRAY INVESTMENTS, LLC

## ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 4-8 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Jessica R. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Jill N. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Joseph M. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Stephanie G. Pujol | Pilgrim International, Inc. | Pilgrim | No | No |
| Elizabeth Lisa Nguyen | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Isabella Nichole Thomas | Gulf Stream Coach, Inc. | Gulf Stream. | No | No |
| Phuong Kim Thomas | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Sean Gary Thomas | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Duran Battie, Sr. | Timberland RV Company d/b/a Adventure Mfg. | Adventure Mfg. | No | No |
| Joycelyn Beasley | Jayco Enterprises, Inc. | Jayco | No | No |
| Steven Beasley | Jayco Enterprises, Inc. | Jayco | No | No |
| Thomas Anthony Bergens | Starcraft RV, Inc. | Starcraft | No | No |
| L.C. Bingham | Cavalier Home Builders, Inc. | *Not Listed in PFS* | No | No |
| Barry Bourgeois | Gulf Stream Coach, Inc. | Gulf Stream/Cavalier | No | No |
| Jesse Brown | Heartland Recreational Vehicles, LLC | Heartland | No | No |
| Trina Brown | Heartland Recreational Vehicles, LLC | Heartland | No | No |
| Anthony Bruno, Jr. | Fleetwood | Fleetwood | No | No |

EXHIBIT ONE

1

## ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 4-8 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Patricia A. Burr | Morgan Building & Spas | *Not Listed in PFS* | No | No |
| LaRay Maurice Carey | Keystone RV Company | Keystone | No | No |
| Jerome Culler | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Dionne Davis | Gulf Stream Coach, Inc. | Gulf Stream | No | No |
| Dorothy Deal | Fleetwood | Fleetwood | No | No |
| Heather Robertson-Durand | Fleetwood | Fleetwood | No | No |
| Matthew Durand | Fleetwood | Fleetwood | No | No |
| Teresa Certoma Femia | Starcraft RV, Inc. | Starcraft | No | No |
| Renay Marie Gardner | Pilgrim International, Inc. | Pilgrim | No | No |
| Damon Gordon | Fleetwood | Fleetwood | No | No |
| Shelia Gordon | Fleetwood | Fleetwood | No | No |
| Latonya London | Coachmen | Coachmen | No | No |
| Lakeesha Lightell | Stewart Park Homes | Stewart Park Homes | No | No |
| Lois Perkinson | Coachman | Coachman | No | No |
| Ashley Peters | KZRV, LP | KZRV Jag | No | No |
| Joyce Peters | KZRV, LP | *Not Listed in PFS* | No | No |
| Salvador Peters, Jr. | KZRV, LP | KZRV LT | No | No |
| Salvador Peters, Sr. | KZRV, LP | KZRV Jag | No | No |
| Trevor Raphiel | Travel Star by Starcraft | *Not Listed in PFS* | No | No |
| Lawrence Robertson | Monaco Coach Corporation | PMI | No | No |

**EXHIBIT ONE**

2

## ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 4-8 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Penny Robertson | Monaco Coach Corporation | PMI | No | No |
| Carol Eleanor Salassi | *Plaintiff Not Listed in Proposed Amended AMC* | *No PFS provided by Plaintiffs* | | No |
| David Semien, Jr. | American Camper Manufacturing, LLC | Ameri Corp | No | No |
| Sandra Semien | American Camper Manufacturing, LLC | Ameri Corp | No | No |
| Eric Albert Smith | Pilgrim International, Inc. | Pilgrim | No | No |
| Margaret Thomas | American Camper Manufacturing, LLC | AmeriCamper | No | No |
| Alvin Williby, Sr. | Gulf Stream Coach, Inc. | Gulf Stream/Cavalier | No | No |
| Luann Workman | Gulf Stream Coach, Inc. | Gulf Stream/Cavalier | No | No |
| Letecheia Acker | Keystone RV Company | Keystone | No | No |
| Sandra Anderson | River Birch Homes, LLC & Gulf Stream Coach, Inc. | GulfStream | No | No |
| Keena Magee | Forest River, Inc. | Forest River | No | No |
| Charles Meschack | Coachmen | Coachmen | No | No |
| George Posey | Gulf Stream Coach, Inc. | Suburban | No | No |
| Jerry Stewart | Lakeside Part Homes & Gulf Stream Coach, Inc. | Gulf Stream and Lakeside Park Homes | No | No |

**EXHIBIT ONE**

3

## ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 4-8 | Manufacturer listed for Plaintiff in Plaintiff Fact Sheet ("PFS") | Does Proposed Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? | Does PFS state that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|---|---|
| Angela Wilkerson | Coachmen | Coachmen | No | No |
| Cedric Wilkerson, Sr. | Coachmen | Coachmen | No | No |
| Sylvia Keyes | Fleetwood | Fleetwood/Pioneer | No | No |
| Betty White | Forest River, Inc. | Forest River | No | No |
| Kellina Biddle | KZRV, LP | Jayco | No | No |
| Adrina McCray | KZRV, LP | KZRV | No | No |
| Ronald Morgan | KZRV, LP | Jayco | No | No |
| Terra Morgan | KZRV, LP | Jayco | No | No |
| David Semien, Sr. | American Camper Manufacturing, LLC | Ameri Corp | No | No |
| Brittney Stephens Miller | Dutchmen Manufacturing, Inc./Thor Industries, Inc. | Dutchmen/Thor Industries | No | No |
| Cherish Stephens | Dutchmen Manufacturing, Inc./Thor Industries, Inc. | Thor | No | No |
| Sherry Trollinger | Fleetwood | Fleetwood | No | No |

EXHIBIT ONE

4