# EXHIBIT TWO

**to**

**MEMORANDUM IN OPPOSITION TO PSC'S [NEW] MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT ON BEHALF OF DEFENDANTS CMH MANUFACTURING, INC., SOUTHERN ENERGY HOMES, INC., PALM HARBOR HOMES, INC., PALM HARBOR MFG., LP, PALM HARBOR ALBEMARLE, LLC, GILES FAMILY HOLDINGS, INC., AND SUNRAY INVESTMENTS, LLC**

# NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 8-18 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 657-5), pp. 8-18 |
|---|---|
| Barry P. Dominguez | DS Corp. |
| Deborah Adkins | Dutch Housing d/b/a Champion Homes |
| Dennis Adkins | Dutch Housing d/b/a Champion Homes |
| Richard Rust | Dutch Housing d/b/a Champion Homes |
| Jeremy Rust | Dutch Housing d/b/a Champion Homes |
| Logan Rust | Dutch Housing d/b/a Champion Homes |
| Samien Rust | Dutch Housing d/b/a Champion Homes |
| Barbara Ann Dillon | Fleetwood Canada, Ltd. |
| Latrice Collins | Fleetwood Homes of North Carolina, Ltd. |
| Ruby Freemen | Fleetwood Homes of North Carolina, Ltd. |
| Shontay Fontenot | Giles Family Holdings, Inc. |
| Johnathan Fontenot, Sr. | Giles Family Holdings, Inc. |
| Johnathan Fontenot, Jr. | Giles Family Holdings, Inc. |
| Justin Fontenot | Giles Family Holdings, Inc. |
| Hailey Fontenot | Giles Family Holdings, Inc. |
| Pamela S. Benoit | Horton Homes, Inc. |
| Betty Adams | Lakeside Park Homes, Inc. |
| John Adams | Lakeside Park Homes, Inc. |
| Crystal Gumm | Patriot Homes, Inc. |
| Joseph Jack | Patriot Homes, Inc. |
| Betty Thomas | Phillips Products, Inc. |
| Frank Alfred | Phillips Products, Inc. |
| Gloria Alfred | Phillips Products, Inc. |
| Courtney Alfred | Phillips Products, Inc. |
| Eumakia Alfred | Phillips Products, Inc. |
| Christopher Thomas | Phillips Products, Inc. |
| Jacqueline Deddaux | Redman Homes Inc. f/k/a Dutch Homes |
| Amaris McGallion | Southern Energy Homes, Inc. |
| Lonnie McCallion | Southern Energy Homes, Inc. |
| Mary Harris | Southern Energy Homes, Inc. |
| Edward Ballet | Thor California d/b/a Thor Manufacturing |
| Natley Mitchell | Destiny Industries, LLC |
| Darius Mitchell | Destiny Industries, LLC |
| Parish Mitchell | Destiny Industries, LLC |
| Nakesia Mitchell | Destiny Industries, LLC |
| Joseph Mitchell | Destiny Industries, LLC |

EXHIBIT TWO
1

# NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 8-18 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 657-5), pp. 8-18 |
|---|---|
| Joshua Mitchell | Destiny Industries, LLC |
| William Bridges | Dutchmen Manufacturing, Inc. |
| Juanita Bridges | Dutchmen Manufacturing, Inc. |
| Rose Bright | Dutchmen Manufacturing, Inc. |
| Dana Christmas | Dutchmen Manufacturing, Inc. |
| Danielle Christmas | Dutchmen Manufacturing, Inc. |
| Gregory Lane | Dutchmen Manufacturing, Inc. |
| Lucinda Lane | Dutchmen Manufacturing, Inc. |
| Peter Daunoy III | Layton Homes, Inc. or Liberty RV & Marine |
| Charlotte Evans | Layton Homes, Inc. or Liberty RV & Marine |
| Percy Evans | Layton Homes, Inc. or Liberty RV & Marine |
| Ella Flowers | Scotbilt Homes, Inc. |
| James Aaron Barnes, Jr., | Scotbilt Homes, Inc. |
| Andre Pravata | Waverlee Homes, Inc. |
| Skyler Pravata | Waverlee Homes, Inc. |
| Maddie Pravata | Waverlee Homes, Inc. |
| Maragrita Solis | Silver Creek Homes, Inc. |
| Marcillo Ayala | Silver Creek Homes, Inc. |
| Linda Maydonado-West | Palm Harbor Homes, Inc., Palm Harbor Mfg., Inc. or Palm Harbor Albermarle, LLC |
| Marcie Beverly | Alliance Homes, Inc. d/b/a Adrian Homes |
| Lee Williams | Timberland RV Company d/b/a Adventure Mfg. |
| Libby Sylve | Timberland RV Company d/b/a Adventure Mfg. |
| Ashante Sylve | Timberland RV Company d/b/a Adventure Mfg. |
| Hailey Sylve | Timberland RV Company d/b/a Adventure Mfg. |
| Thelma Howard | Timberland RV Company d/b/a Adventure Mfg. |
| Ardellia Hawkins | Champion Enterprises, Inc. |
| Lillian Foley | Heartland Recreational Vehicles, Inc. |
| Paula Tatum | Heartland Recreational Vehicles, Inc. |
| Roderick Murray | Heartland Recreational Vehicles, Inc. |
| Kelvin Murray | Heartland Recreational Vehicles, Inc. |
| Larry Jenson Jackson | Hy-Line Enterprises, Inc. |
| Centra Nell Meyers | Hy-Line Enterprises, Inc. |
| Margaret Veal Gaskin | Lexington Homes |
| Debra Delone | Lexington Homes |
| Donovan Delone | Lexington Homes |

## NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 8-18 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 657-5), pp. 8-18 |
|---|---|
| Larry Parker | Townhomes, LLC |
| Maria Monique Parker | Townhomes, LLC |
| Tyler Paul Ardoin | Townhomes, LLC |
| Mickayla Ardoin | Townhomes, LLC |
| Nicholas Parker | Townhomes, LLC |
| Chloe Parker | Townhomes, LLC |
| James Smith, Sr. | Homes of Merit, Inc. |
| James Smith, Jr. | Homes of Merit, Inc. |
| Michael Tracy | Homes of Merit, Inc. |
| Sheila Smith | Homes of Merit, Inc. |
| Mirissa Smith | Homes of Merit, Inc. |
| Craig Ray, Sr. | Play'Mor Trailers, Inc. |
| Craig Ray, Jr. | Play'Mor Trailers, Inc. |
| Wanda Reynaud | Cavalier Home Builders, LLC and/or Cavalier Homes, Inc. |
| Cheryl Clark | Cavalier Home Builders, LLC and/or Cavalier Homes, Inc. |
| Robert Kelly | Cavalier Home Builders, LLC and/or Cavalier Homes, Inc. |
| Mary Kelly | Cavalier Home Builders, LLC and/or Cavalier Homes, Inc. |
| Carl Tasker | Fleetwood Canada, Ltd. |
| Fatima Estrada | Fleetwood Canada, Ltd. |
| Roxanne Rome | Fleetwood Canada, Ltd. |
| Ben Moreland | Frontier RV, Inc. |
| Glenda Moreland | Frontier RV, Inc. |
| Allen Clifton | Frontier RV, Inc. |
| Donald Welds | Frontier RV, Inc. |
| Bertha Jones | Frontier RV, Inc. |
| Albert Theriot | Recreation By Design, LLC |
| Lorraine Surtain | Recreation By Design, LLC |
| Margaret Geagan | Recreation By Design, LLC |
| Johnnie Tart | Recreation By Design, LLC |
| Johnny White | Recreation By Design, LLC |
| Douglas Hill | Recreation By Design, LLC |
| Annie Smith | R-Vision, Inc. |
| Jacqueline Griffith-Gills | R-Vision, Inc. |
| Shirley Sinclair | R-Vision, Inc. |
| George Jones | Skyline Corporation |
| Lula Jones | Skyline Corporation |

EXHIBIT TWO

## NEW PLAINTIFFS PROPOSED TO BE ADDED TO AMC

| New Plaintiffs proposed to be added by Proposed Second Supplemental and Amended Master Complaint ("Proposed Amended AMC") (Pacer Doc. # 657-5), pp. 8-18 | Manufacturer listed for New Plaintiffs in Proposed Amended AMC (Pacer Doc. # 657-5), pp. 8-18 |
|---|---|
| Sylvia Jones | Skyline Corporation |
| Darryl Edward | Skyline Corporation |
| Norman Wilson | SunRay RV, LLC |
| Leishon Darby | T.L. Industries, Inc. |
| Brian Darby | T.L. Industries, Inc. |
| Andrea Fowler | T.L. Industries, Inc. |
| Johnny George | Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) |
| Brenda Henry | Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) |
| Jerron George | Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) |
| Bruce Jordan | Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) |
| Ranika Jordan | Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV) |
| Emile George | Sunnybrook RV, Inc. |
| Simone Frank | Sunnybrook RV, Inc. |
| Darrell Frank | Sunnybrook RV, Inc. |
| Micha Pichon | Sunnybrook RV, Inc. |
| Linda Davis | CMH Manufacturing, Inc. |
| Wilford Jackson | CMH Manufacturing, Inc. |
| Mauro Lopez | CMH Manufacturing, Inc. |
| Jordan Vaughn | Design Homes, Inc. |
| Enna Williams | Design Homes, Inc. |
| Frank Alferd | Philips Products, Inc. |
| Betty Thomas | Philips Products, Inc. |
| Derrell Madison | Coachmen Industries, Inc. |
| Maxine Montgomery | Gulf Stream Coach, Inc. |
| Kawanda White | Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) |
| Bryan Rutledge | Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) |
| Shalonda Jones | Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) |
| Constance Holden | Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc.) |
| Lena Brown | Oak Creek Homes, L.P. and/or Oak Creek Homes, Inc. |
| Jason Pohlman | Oak Creek Homes, L.P. and/or Oak Creek Homes, Inc |
| Thomas Sullivan | Oak Creek Homes, L.P. and/or Oak Creek Homes, Inc |
| Lena Brown | Oak Creek Homes, L.P. and/or Oak Creek Homes, Inc |
| Faye Williams | Superior Homes, LLC |