UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT MAG. JUDGE ROBY |
| THIS DOCUMENT RELATES TO THE ADMINISTRATIVE MASTER COMPLAINT AND TO ALL CASES | | |

## ORDER

Considering the foregoing;

**IT IS HEREBY ORDERED** that oral argument will be had on the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint (Pacer Doc. No. 657) on September __, 2008, at ____ a.m.

New Orleans, Louisiana, this ___ day of September, 2008.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**

01683954.1