## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) | **MDL NO. 1873** **SECTION "N" (4)** |
| THIS DOCUMENT IS RELATED TO ALL CASES | ) ) | **JUDGE ENGELHARDT** **MAG. JUDGE ROBY** |

### MEMORANDUM IN OPPOSITION TO PLAINTIFFS' STEERING COMMITTEE'S MOTION FOR LEAVE TO FILE SECOND AMENDED MASTER COMPLAINT

Defendant Silver Creek Homes, Inc., submits this opposition to the Plaintiffs' Steering Committee's Motion for Leave to File Second Supplemental and Amended Master Complaint (Rec. Doc 657) and in response to the Memorandum in Support of Plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 657-2).[1]

In the proposed Second Supplemental and Amended Master Complaint, the plaintiffs did not "match" an existing plaintiff with Silver Creek Homes, Inc.  Instead, the plaintiffs seek to substitute two (2) new, never-before-named plaintiffs, alleging occupancy of a Silver Creek Homes unit in an attempt to create standing.  Silver

_____

[1]Out of an abundance of caution, Silver Creek Homes, Inc. also opposes the plaintiffs' Motion for Leave to File Second Supplemental and Amended Complaint (Rec. Doc. 656) in the underlying action, *Pujol v. The United States of America*, No. 08-3217, adopting the reasons and argument set forth herein by reference for that action.

Creek objects to the additional of these two (2) newly named plaintiffs because none of the existing plaintiffs named in the original Administrative Master Complaint have been "matched" with Silver Creek Homes. Consequently, there is no valid action against Silver Creek Homes susceptible to being "amended."

## I.   BACKGROUND

Silver Creek Homes was first named as a defendant in the Administrative Master Complaint ("AMC") (Rec. Doc. 109) filed March 18, 2008.[2] Prior to that filing, Silver Creek Homes, Inc., was not a party to any underlying action arising from the FEMA temporary housing unit ("THU") litigation. The original AMC identifies sixty-three (63) named plaintiffs, but does not link any plaintiff to occupancy of any particular manufacturer's temporary housing unit.

Because there are no specific allegations "matching" any plaintiff to occupancy of a Silver Creek Homes' temporary housing unit, Manufacturing Defendants moved for dismissal of the AMC on the basis that no named plaintiff had established Article III standing to assert a claim against it. (Rec. Doc. 210)

The court granted Manufacturing Defendants' Motion to Dismiss for the reasons set forth in its Order and Reasons "without prejudice to the right of Plaintiffs

_____

[2]Silver Creek Homes was named as a defendant in the subsequently filed *Pujol v. The United States of America*, underlying action No. 08-3217.

to seek leave to amend, either by going forward with their contested motions for leave to amend, ... or by withdrawing those and filing new motions for leave to amend..." reasoning that "amending a complaint to allege specific facts to support **existing plaintiffs'** standing is permissible. (Rec. Doc. 599 - Order and Reasons, pp.10 and 11 - emphasis added). The Court further cautioned that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice."

Thereafter, the plaintiffs filed a Motion for Leave to File Second Supplemental and Amended Master Complaint. Silver Creek opposes this Motion.

## II.    NO "MATCH" WITH AN EXISTING NAMED PLAINTIFF

Despite Plaintiffs' prior representations to the Court, Plaintiffs' proposed 2nd AMC fails to "match" an existing plaintiff to Silver Creek Homes. The originally named plaintiffs are linked to occupancy of THU's purchased from specific manufacturers. None are matched to Silver Creek Homes. (Rec. Doc. 657-5, proposed Second AMC, pp. 4-8, para. 6). Furthermore, none of the Plaintiff Fact Sheets produced by the existing plaintiffs assert occupancy of a Silver Creek unit. The plaintiffs have failed to "match" an existing plaintiff with a Silver Creek unit; therefore, they have failed to establish Article III standing in this action against Silver Creek Homes. Accordingly, in accordance with this Court's August 1, 2008 Order and Reasons (Rec. Doc. 599), Leave to Amend to substitute a new plaintiff with

allegations against Silver Creek should be denied, and Silver Creek Homes should be dismissed from this action.

## III.   SUBSTITUTION OF NEW PLAINTIFF

The plaintiffs attempt to cure the lack of Article III standing with respect to the claims against Silver Creek Homes by substituting two new plaintiffs, Maragrita Solis and Marcilio Ayala, and matching these new plaintiffs with Silver Creek Homes.[3] (Rec. Doc. 657-5594-5, proposed Second AMC, p. 12, para. 7(53) and (54)). However, as addressed in the Memorandum in Opposition to Plaintiffs' Steering Committee's Motion for Leave to File Second Supplemental and Amended Master Complaint filed on behalf of CMH Manufacturing, Inc., *et al* (Rec. Doc. 677), which memorandum and argument Silver Creek Homes adopts herein by reference, amendment to substitute a new plaintiff is not allowed to create jurisdiction where none existed.  See, *Summit Office Park v. U.S. Steel Corp.*, 639 F.2d 1278 (5th Cir. 1981), *Aetna Casualty & Surety Co. v. Hillman*, 796 F.2d 770 (5th Cir. 1986), and *Federal Recovery Services, Inc. v. United States*, 72 F.3d 447 (5th Cir. 1996).

For these reasons, Silver Creek Homes prays that the plaintiffs' Motion for Leave to File Second Supplemental and Amended Master Complaint be denied with

---

[3]The incomplete and deficient Plaintiff Fact Sheets do indicate both plaintiffs resided in the same Silver Creek home.

respect to the addition of two new plaintiffs asserting residency of a Silver Creek

Homes unit, and that the claims against Silver Creek Homes be dismissed in

accordance with this Court's August 1, 2008 Order and Reasons.

*Respectfully submitted*:

     ___*/s/ Walter K. Jamison*_____
     **WALTER K. JAMISON, III**
     Louisiana Bar No. 07229
     Daigle, Jamison & Rayburn, LLC
     303 W. Vermilion Street, Suite 210
     Post Office Box 3667
     Lafayette, LA  70502
     Phone:  (337) 234-7000
     Fax:  (337) 237-0344

     Counsel for **SILVER CREEK HOMES, INC.**

### <u>CERTIFICATE OF SERVICE</u>

  I hereby certify that a copy of the foregoing was served upon all counsel of

record participating by the CM/ECF system, and that if there are any counsel that do

not participate in the CM/ECF system, a copy will be sent to such counsel by U.S.

mail, postage prepaid and properly addressed, this 8th day of September, 2008.

     ___*/s/ Walter K. Jamison*_____
     **WALTER K. JAMISON, III**
     Louisiana Bar No. 07229