STATE OF ALABAMA

COUNTY OF WINSTON

## AFFIDAVIT OF GREG BROWN

Before me, the undersigned notary in and for the State and County mentioned above, personally came and appeared, Greg Brown, who after being duly sworn and deposed did attest to the following:

1. My name is Greg Brown, I am over 18 years of age, my address is Cavalier Home Builders, L.L.C., 32 Wilson Blvd., Suite 100, Addison, Alabama 35540, and I have personal knowledge of the following facts;

2. I am the Chief Operating Officer of Cavalier Homes, Inc. and the General Manager of the Addison Division of Cavalier Home Builders, L.L.C., I have held the office of Chief Operating Officer since approximately 2002 and have held the office of General Manager since August 2006;

3. Cavalier Home Builders, L.L.C., did not manufacture any temporary housing units with an approximate size of 8' x 40';

4. Cavalier Home Builders, L.L.C., manufactured and delivered only manufactured homes for use as temporary housing units to FEMA;

5. Cavalier Home Builders, L.L.C., did not manufacture or deliver any manufactured home smaller than 14' x 60' to FEMA for use as a temporary housing unit.

6. In my role as Chief Operating Officer of Cavalier Homes, Inc I was involved in working with the respective divisions of Cavalier Home Builders, LLC as concerns the manufacture and delivery of all temporary housing units produced by Cavalier Home Builders, LLC.

7. The statements made in this affidavit are true and correct and are based on my personal knowledge.

Signed this 5th day of August, 2008.

_____
Greg Brown, as General Manager of the
Addison Division of Cavalier Home
Builders, L.L.C

SWORN AND SUBSCRIBED before me, on this 5th day of August, 2008.

_____
NOTARY PUBLIC (Signature)
Shirley Ann Barnett
NOTARY PUBLIC (Printed Name)
Commission Expires: 02/05/2009

EXHIBIT 2

380267