UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-md-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY PATRIOT HOMES, INC.**

MAY IT PLEASE THE COURT:

Out of an abundance of caution, Patriot Homes, Inc. (Patriot), files this memorandum in opposition to the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint. (Doc. 657)[1]

In paragraph 4 of the proposed Second Supplemental and Amended Master Complaint, the PSC attempts to amend the original AMC "[b]y deleting the name of 'Patriot Homes, Inc.' as a defendant identified in the original Master Complaint." Thereafter, in

---

[1] Patriot Homes, Inc. also submits this memorandum in opposition to the substantively identical PSC Motion for Leave to File Second Supplemental and Amended Complaint (Doc. #656) in *Pujol v. The United States of America*, NO. 08-3217.

1

paragraph 5, the PSC attempts to add two of Patriot's distant, manufacturing subsidiaries, Patriot Manufacturing, Inc., and its subsidiary, Patriot Homes of Texas, L.P., in subparagraphs lxxxii and lxxxiii, respectively. However, none of the original plaintiffs named in the AMC have any standing to sue Patriot or its manufacturing subsidiaries.

In the PSC's Memorandum in Support of Motion for Leave to amend a second time, the PSC argues that the removal of Patriot and naming of its subsidiaries is both a substitution of parties and an adding of parties. In light of the circumstances, Patriot does not voluntarily agree to the substitution and submits that proper procedure mandates that plaintiffs voluntarily dismiss Patriot and file a new lawsuit against its manufacturing subsidiaries.

In support of its position, Patriot joins in and adopts the Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint on behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants") (Doc. # 677), which amply demonstrates that where plaintiffs have no standing to sue a defendant, new plaintiffs cannot be substituted to create standing.

In further support of the adopted opposition filed on behalf of Newly Added Defendants, not a single one of the sixty-two (62) original named plaintiffs in the AMC lived in a temporary housing unit built by Patriot or its subsidiaries. Because none of the original plaintiffs have standing to sue Patriot, the second amendment to the AMC now seeks to

substitute new plaintiffs to manufacture standing against Patriot. (Proposed Amended Complaint, at ¶ 7, seeking to add ¶ 7(d)(19, 20).)

Because none of the sixty-two (62) original named plaintiffs have ever alleged Patriot manufactured the THU they occupied, they never had standing to sue Patriot or its subsidiaries and plaintiffs cannot substitute new plaintiffs for the original plaintiffs to manufacture standing against Patriot or its subsidiaries. In addition, the PSC's allegations are extremely suspect because at one of the plaintiffs sought to be added, Crystal Gumm (new paragraph 7(d)(19)) states in her Plaintiff Fact Sheet that she occupied a THU manufactured by a different defendant, namely "Clayton." (See attached Exhibit A, at page 8, ¶ 5(A)(1).) According to Pretrial Order No. 2,[2] "Each Plaintiff's responses to the PFS will be treated as answers to interrogatories under Fed. R. Civ. P. 33 ... and must be supplemented in accordance with Fed. R. Civ. P. 26." No supplement, updated or cured PFS from Ms. Gumm has been received by Patriot to date. The other plaintiff sought to be added against plaintiffs subsidiaries, Joseph Jack (new paragraph 7(d)(20)) has not produced a Plaintiff Fact Sheet.

The PSC is attempting to manufacture standing by substituting new plaintiffs for ones that had no standing against any Patriot entity, based on allegations that are inconsistent with the discovery responses of their own clients. The PSC's motion for leave

---

[2] (Doc. #87), at page 7, paragraph III(A), under the subtitle "Answers Binding."

3

violates the principles applicable to both standing and the amendment of pleadings.[3] For the reasons assigned, Patriot Homes, Inc., prays that plaintiffs' Motion for Leave to amend the AMC a second time be denied.

        Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Patriot Homes of Texas, LP
and/or Patriot Manufacturing, Inc.
E-Mail: LPD@volalaw.com

---

[3] For law and argument against allow amendments under the circumstances presented by proposed new allegations inconsistent with the statements of the amending party, see the Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint filed by Cavalier Home Builders, which Patriot joins and adopts, but which Pacer Document Number is presently unknown due to the contemporaneous filing of the same.

4

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2008, a copy of Redman Homes, Inc.'s Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Patriot Homes of Texas, LP
    and/or Patriot Manufacturing, Inc.
    E-Mail: lpd@volalaw.com

385235