UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY REDMAN HOMES, INC.**

MAY IT PLEASE THE COURT:

Redman Homes, Inc., for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc. (Redman), files this memorandum in opposition to the PSC Motion for Leave to File Second Supplemental and Amended Master Complaint. (Doc. 657)[1]

Plaintiffs attempt to manufacture standing against Redman by adding *new* plaintiffs to circumvent Article III of the United States Constitution and this Court's August 1, 2008,

---

[1] Redman Homes, Inc. also submits this memorandum in opposition to the substantively identical PSC Motion for Leave to File Second Supplemental and Amended Complaint (Doc. #656) in *Pujol v. The United States of America*, NO. 08-3217.

1

Order and Reasons (Doc. #599)[2]. Redman opposes the PSC's attempt to add new plaintiffs for the reasons set forth in the Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint on behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants") (Doc. # 677).

In further support of the adopted opposition filed on behalf of Newly Added Defendants, not a single one of the sixty-two (62) original named plaintiffs in the AMC lived in a temporary housing unit built by Redman or Dutch Housing. Because none of the original plaintiffs have standing to sue Redman, the second amendment to the AMC now seeks to substitute new plaintiffs to manufacture standing against Redman. (Proposed Amended Complaint, at ¶ 7, seeking to add ¶ 7(d)(2-7; 27).)

Because none of the sixty-two (62) original named plaintiffs have ever alleged Redman or Dutch Housing manufactured the THU they occupied, they never had standing to sue Redman/Dutch Housing and plaintiffs cannot substitute new plaintiffs for the original plaintiffs to manufacture standing against Redman/Dutch Housing.

The foregoing applies with equal force to Redman's separate sister corporation, Homes of Merit, Inc., and separate parent corporation, Champion Home Builders Co., which the PSC seeks to add as defendants (Proposed Amended Complaint, at ¶ 5, seeking to add ¶¶ lxxii and lxxvii) and for whom the PSC seeks to add new plaintiffs

---

[2] *In re FEMA Trailer Formaldehyde Products Liability Litigation*, ___ F. Supp. 2d ___, 2008 WL 3010040 (E.D. La. 8/1/08).

2

(Proposed Amended Complaint, at ¶ 7, seeking to add ¶ 7(d)(62[3]; 78-82)) to create standing against these companies where there was none before. The original sixty-two (62) plaintiffs did not have standing to sue either Homes of Merit or Champion Home Builders and, as a result, new plaintiffs cannot be added to manufacture standing against those companies.

For the reasons assigned, Redman Homes, Inc., prays that plaintiffs' Motion for Leave to amend the AMC a second time be denied.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Redman Homes, Inc.
E-Mail: LPD@volalaw.com

---

[3] Technically, the PSC has not alleged that any plaintiff occupied a THU constructed by Champion Home Builders Co. However, they allege in new paragraph 7(d)(62) that new plaintiff Ardellia Hawkins occupied a THU manufactured by Champion Enterprises, Inc., which is the parent corporation of Champion Home Builders, but is merely a holding company that does not manufacture any product. Giving the PSC the benefit of the doubt, and particularly since Champion Enterprises is not sought to be added as a defendant, this discrepancy is believed to be merely an oversight or typographical error.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2008, a copy of Redman Homes, Inc.'s Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Redman Homes, Inc.
E-Mail: lpd@volalaw.com

385233

4