UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                         SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## **ORDER**

**IT IS ORDERED** that the **Request for Oral Argument (Rec. Doc. 678)** is **DENIED**.  If

the Court later determines that oral argument would be helpful, it will notify the parties.

    New Orleans, Louisiana, this 8th day of September, 2008.

                         _____
                         **KURT D. ENGELHARDT**
                         **UNITED STATES DISTRICT JUDGE**