UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                           SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On September 9, 2008, the Court held a telephone status conference with the following individuals participating: Justin Woods, Jerry Meunier, Linda Nelson, Andrew Weinstock, Henry Miller, Michelle Boyle, and Adam Danell.  During the conference, the Court **ORDERED** as follows:

(1) The November 19, 2008 class certification hearing/submission deadline is **CONTINUED** from November 19, 2008 to **Wednesday, December 3, 2008 at 9:00 a.m.**

(2) The date for initiating discovery on the merits, beyond that necessary for the December 3, 2008 class certification hearing, is **CONTINUED** from Monday, December 1, 2008 to **Monday, December 15, 2008.**

(3) The deadline for deposing named class representative plaintiffs shall be

**Friday, October 24, 2008.**

(4) Plaintiffs' counsel shall prepare a Pre-Trial Order, which shall include new deadlines (all pushed back approximately two weeks) tied to the new December 3, 2008 class certification hearing date. Plaintiffs' counsel shall circulate this proposed order to Government counsel and counsel for Defendants and shall submit an agreed upon version of this order to the Court on or before **Friday, September, 12, 2008.**

New Orleans, Louisiana, this 9th day of September, 2008.

_____
**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**