MINUTE ENTRY
ENGELHARDT, J.
September 9, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                   SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone status conference was conducted on Tuesday, September 9, 2008, at 9:45 a.m. Participating were Gerald Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew Weinstock, liaison counsel for defendants; and Henry T. Miller, Michelle Boyle and Adam Danell, attorneys for the Government/FEMA.

JS10(00:23)