UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            *   MDL NO. 1873
FORMALDEHYDE                   *
PRODUCT LIABILITY LITIGATION   *   SECTION "N-4"
                               *
                               *
                               *   JUDGE ENGELHARDT
                               *
THIS DOCUMENT IS RELATED TO    *   MAG. JUDGE ROBY
ALL CASES                      *
                               *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PRETRIAL ORDER NO. 16

The Motion for Entry of Pretrial Order No. 16 (related Doc. 564) is unopposed and it is **GRANTED**. Accordingly, **IT IS ORDERED** that the Court now adopts the following revision pertinent to the below-specified paragraph of Pretrial Order No. 13:

10. September 19, 2008 MDLC will submit Defendants' expert reports, affidavits, and resumes of all experts to be called at the class certification hearing.

NEW ORLEANS, LOUISIANA, this 12th day of   September  , 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

-1-