UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:   All Cases | * | |
| | * | |
| | * | MAG: ROBY |

******************************************************************************

## **MANUFACTURING DEFENDANTS' MOTION TO STRIKE**

**NOW INTO COURT**, come the Manufacturing Defendants, who request that this Honorable Court issue an Order striking those 141 proposed class representatives not identified by PLC in the August 22 list of "core" plaintiffs. The Manufacturing Defendants also request that this Court issue an Order striking those 29 proposed "core" class representatives that have not filed suit. This Court should also strike the proposed class representatives that are "matched" to manufacturers that were dismissed by this Court's August 1, 2008 Orders (Pacer Doc. Nos. 599 and 604).

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        andreww@duplass.com
        jglass@duplass.com
        **DEFENDANTS' LIAISON COUNSEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                    ( )   Prepaid U.S. Mail

( )   Facsimile                        ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana this 12th day of September, 2008.

                                                             s/Andrew D. Weinstock
                                _____
                                ANDREW D. WEINSTOCK #18495
                                     andreww@duplass.com