| No. | 2nd Supp/Amend Complaint (yellow highlighted plaintiffs were duplicated - 2 manufacturers) | August 22 List of Core Plaintiffs | Core Plaintiffs NOT Named in 2nd Supp/Amend Complaint | Core Plaintiffs Named in 2nd Supp/Amend Petition | Core Plaintiffs that have not filed suit | Non-Core Plaintiffs named in 2nd Supp/Amend Complaint | NO PFS for Claimant in Column "F" |
|---|---|---|---|---|---|---|---|
| 1 | Acker, Letecheia | Adams, John | Alfonso, Stephen A. | Adams, John | Alfonso, Stephen A. | Acker, Letecheia | |
| 2 | Adams, Betty | Alfonso, Stephen A. | Baker, Shane | ==Anderson, Sandra== | Baker, Shane | Adams, Betty | X |
| 3 | Adams, John | ==Anderson, Sandra== | Ballet, Derell | Ardoin, Tyler | Ballet, Derell | Adkins, Deborah | |
| 4 | Adkins, Deborah | Ardoin, Tyler | Ballet, Egypt | Ayala, Marcelio | Ballet, Egypt | Adkins, Dennis | X |
| 5 | Adkins, Dennis | Ayala, Marcelio | Barnes, Jasmine | Ballet, Edward IV | Barnes, Jasmine | Alfred, Courtney | X |
| 6 | Alfred, Courtney | Baker, Shane | Battie, D'Asia | Bergens, Thomas A. | Battie, D'Asia | Alfred, Eumakia | |
| 7 | Alfred, Eumakia | Ballet, Derell | Battle, Tyrone | ==Beverly, Marice== | Battle, Tyrone | ==Alfred, Frank== | X |
| 8 | ==Alfred, Frank== | Ballet, Edward IV | Beasley, Heavenly A. | Bridges, Juanita | Benoit, Christopher | Alfred, Gloria | |
| 9 | Alfred, Gloria | Ballet, Egypt | Benoit, Christopher | ==Bright, Rose L.== | Bland, Kevin | Ardoin, Mickayla | X |
| 10 | Anderson, Sandra | Barnes, Jasmine | Bland, Kevin | Brown, Trina | Bradford, Portia | Barnes, James A. Jr. | X |
| 11 | Ardoin, Mickayla | Battie, D'Asia | Bradford, Portia | Culler, Jerome A. | Bradford, Randy J. | Battie, Duran Sr. | |
| 12 | Ardoin, Tyler Paul | Battle, Tyrone | Bradford, Randy J. | Darby, Brian Jr. | Davis, Corey | Beasley, Jocelyn | |
| 13 | Ayala, Marcelio | Beasley, Heavenly A. | Culler, Joan R. | Daunoy, Peter III | Dubuclet, Timia | Beasley, Stephen | |
| 14 | Ballet, Edward | Benoit, Christopher | Davis, Corey | Davis, Linda | Esposito, Nicole | Benoit, Pamela S. | |
| 15 | Barnes, James Aaron, Jr. | Bergens, Thomas A. | Davis, Michael | Dedeaux, Jaqueline | Foley, Samuel | Biddle, Kellina | |
| 16 | Battie, Duran Sr. | ==Beverly, Marice== | Dubuclet, Timia | Delone, Donovan | Green, Trichonda | Bingham, L.C. | |
| 17 | Beasley, Jocelyn | Bland, Kevin | Esposito, Nicole | Dillon, Barbara A. | Griffin, Rommel E. | Bourgeois, Barry | |
| 18 | Beasley, Stephen | Bradford, Portia | Foley, Samuel | Dominguez, Barry P. | Hargrove, Damian J. Jr. | Bridges, William | |
| 19 | Benoit, Pamela S. | Bradford, Randy J. | Green, Trichonda | Evans, Percy | Hargrove, Leroy Jr. | Brown, Jesse | X |
| 20 | Bergens, Thomas A. | Bridges, Juanita | Griffin, Rommel E. | Flowers, Ella | Heeching, Hazel | ==Brown, Lena== | X |
| 21 | Beverly, Marcie | ==Bright, Rose L.== | Guesnon, Trinity | Foley, Lillian A. | Jordan, Bronica | Bruno, Anthony Jr. | |
| 22 | Biddle, Kellina | Brown, Trina | Hargrove, Damian J. Jr. | Fontenot, Hailey | LaBeau, Carrie | Burr, Patricia A. | X |
| 23 | Bingham, L.C. | Culler, Jerome A. | Hargrove, Leroy Jr. | Fontenot, Jonathon Jr. | Lightell, Donovan | Carey, LaRay M. | |
| 24 | Bourgeois, Barry | Culler, Joan R. | Heeching, Hazel | Fontenot, Justin | Lightell, Jazlyn N. | Christmas, Dana | X |
| 25 | Bridges, Juanita | Darby, Brian Jr. | Jordan, Bronica | Frank, Simone | Myers, Centra | Christmas, Danielle | X |
| 26 | Bridges, William | Daunoy, Peter III | LaBeau, Carrie | Gardner, Renay M. | Robertson, Mercedez | Clark, Cheryl | X |
| 27 | Bright, Rose | Davis, Corey | Lightell, Donovan | Gordon, Shelia | Robinson, Rayfield Jr. | Clifton, Allen | X |
| 28 | Brown, Jesse | Davis, Linda | Lightell, Jazlyn N. | ==Gumm, Crystal L.== | Sullivan, Brenden | Collins, Latrice | X |
| 29 | ==Brown, Lena== | Davis, Michael | London, Edbony | Harris, Mary | Williams, George L. | Darby, Leishon | |
| 30 | Brown, Trina | Dedeaux, Jaqueline | Madison, Darrell | ==Hawkins, Adellia== | | Davis, Dione | |
| 31 | Bruno, Anthony Jr. | Delone, Donovan | Madison, Darren | Hill, Douglas III | | Deal, Dorothy | |
| 32 | Burr, Patricia A. | Dillon, Barbara A. | McConnel, Erin | Howard, Thelma H. | | Delone, Debra | |
| 33 | Carey, LaRay M. | Dominguez, Barry P. | Myers, Centra | Jack, Joseph Jr. | | Durand, Heather Robertson | |
| 34 | Christmas, Dana | Dubuclet, Timia | Robertson, Mercedez | ==Keyes, Sylvia J.== | | Durand, Matthew | |
| 35 | Christmas, Danielle | Esposito, Nicole | Robinson, Rayfield Jr. | Madison, Derrell | | Edward, Darryl | |
| 36 | Clark, Cheryl | Evans, Percy | Semien, Danielle | Maydonado-West, Linda | | Estrada, Fatima | X |
| 37 | Clifton, Allen | Flowers, Ella | Smith, Dakyre | McCray, Adrina N. | | Evans, Charlotte | X |
| 38 | Collins, Latrice | Foley, Lillian A. | Sullivan, Brenden | McGallon, Amaris | | Femia, Theresa C. | |
| 39 | Culler, Jerome | Foley, Samuel | Williams, George L. | Miller, Brittney | | Fontenot, Johnathan, Sr. | X |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 40 | Darby, Brian | Fontenot, Hailey | Williby, Sandra | Mitchell, Natley | Fontenot, Shontay | |
| 41 | Darby, Leishon | Fontenot, Jonathon Jr. | Wilson, Kierra | Moreland, Glenda | Fowler, Andrea | X |
| 42 | Daunoy, Peter, III | Fontenot, Justin | Wood, Kody | Posey, George | Frank, Darrell | X |
| 43 | Davis, Dione | Frank, Simone | | Pujol, Stephanie G. | Freeman, Ruby | X |
| 44 | Davis, Linda | Gardner, Renay M. | | Ray, Craig Sr. | Gaskin, Margaret Veal | |
| 45 | Deal, Dorothy | Gordon, Shelia | | Robertson, Penny M. | Geagan, Margaret | X |
| 46 | Dedaux, Jacqueline | Green, Trichonda | | Semien, David Jr. | George, Emile | X |
| 47 | Delone, Debra | Griffin, Rommel E. | | Semien, David W. Sr. | George, Jerron | X |
| 48 | Delone, Donovan | Guesnon, Trinity | | Sinclair, Shirley A. | George, Johnny | |
| 49 | Dillion, Barbara Ann | Gumm, Crystal L. | | Smith, Eric A. | Gordon, Damon | X |
| 50 | Dominguez, Barry P. | Hargrove, Damian J. Jr. | | Solis, Margarita | Griffith-Gills, Jacqueline | X |
| 51 | Durand, Heather Robertson | Hargrove, Leroy Jr. | | Stephens, Cherish | Henry, Brenda | X |
| 52 | Durand, Matthew | Harris, Mary | | Sylve, Hailey N. | Holden, Constance | X |
| 53 | Edward, Darryl | Hawkins, Adellia | | Thomas, Betty | Jackson, Larry Jenson | X |
| 54 | Estrada, Fatima | Heeching, Hazel | | Thomas, Christopher | Jackson, Wilford | X |
| 55 | Evans, Charlotte | Hill, Douglas III | | Tracy, Michael C. | Jones, Bertha | X |
| 56 | Evans, Percy | Howard, Thelma H. | | White, Johnny | Jones, George | X |
| 57 | Femia, Theresa C. | Jack, Joseph Jr. | | Williams, Enna | Jones, Lula | X |
| 58 | Flowers, Ella | Jordan, Bronica | | Williams, Faye | Jones, Shalonda | X |
| 59 | Foley, Lillian | Keyes, Sylvia J. | | | Jones, Sylvia | X |
| 60 | Fontenot, Hailey | LaBeau, Carrie | | | Jordan, Bruce | |
| 61 | Fontenot, Johnathan, Jr. | Lightell, Donovan | | | Jordan, Ranika | X |
| 62 | Fontenot, Johnathan, Sr. | Lightell, Jazlyn N. | | | Kelly, Mary | X |
| 63 | Fontenot, Justin | London, Edbony | | | Kelly, Robert | X |
| 64 | Fontenot, Shontay | Madison, Darrell | | | Lane, Gregory | X |
| 65 | Fowler, Andrea | Madison, Darren | | | Lane, Lucinda | X |
| 66 | Frank, Darrell | Madison, Derrell | | | Lightell, Lakeesha | |
| 67 | Frank, Simone | Maydonado-West, Linda | | | London, Latonya | |
| 68 | Freeman, Ruby | McConnel, Erin | | | Lopez, Mauro | X |
| 69 | Gardner, Renay M. | McCray, Adrina N. | | | Magee, Keena | |
| 70 | Gaskin, Margaret Veal | McGallon, Amaris | | | McGallion, Lonnie | X |
| 71 | Geagan, Margaret | Miller, Brittney | | | Meshack, Charles | |
| 72 | George, Emile | Mitchell, Natley | | | Meyers, Centra Nell | X |
| 73 | George, Jerron | Moreland, Glenda | | | Mitchell, Darius | X |
| 74 | George, Johnny | Myers, Centra | | | Mitchell, Joseph | X |
| 75 | Gordon, Damon | Posey, George | | | Mitchell, Joshua | X |
| 76 | Gordon, Shelia | Pujol, Stephanie G. | | | Mitchell, Nakesia | X |
| 77 | Griffith-Gills, Jacqueline | Ray, Craig Sr. | | | Mitchell, Parish | X |
| 78 | Gumm, Crystal | Robertson, Mercedez | | | Montgomery, Maxine | |
| 79 | Harris, Mary | Robertson, Penny M. | | | Moreland, Ben | X |
| 80 | Hawkins, Adellia | Robinson, Rayfield Jr. | | | Morgan, Ronald | |
| 81 | Henry, Brenda | Semien, Danielle | | | Morgan, Terra | |
| 82 | Hill, Douglas | Semien, David Jr. | | | Murray, Kelvin | X |
| 83 | Holden, Constance | Semien, David W. Sr. | | | Murray, Roderick | X |
| 84 | Howard, Thelma | Sinclair, Shirley A. | | | Nguyen, Elizabeth L. | |
| 85 | Jack, Joseph | Smith, Dakyre | | | Parker, Choloe | X |
| 86 | Jackson, Larry Jenson | Smith, Eric A. | | | Parker, Larry | X |
| 87 | Jackson, Wilford | Solis, Margarita | | | Parker, Maria Monique | X |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88 | Jones, Bertha | Stephens, Cherish | | | | Parker, Nicholas | X |
| 89 | Jones, George | Sullivan, Brenden | | | | Perkinson, Lois | |
| 90 | Jones, Lula | Sylve, Hailey N. | | | | Peters, Ashley | |
| 91 | Jones, Shalonda | Sylve, Libby | | | | Peters, Joyce | |
| 92 | Jones, Sylvia | Thomas, Betty | | | | Peters, Salvador, Jr. | |
| 93 | Jordan, Bruce | Thomas, Christopher | | | | Peters, Salvador, Sr. | |
| 94 | Jordan, Ranika | Tracy, Michael C. | | | | Pichon, Micha | X |
| 95 | Kelly, Mary | White, Johnny | | | | Pohlman, Jason | X |
| 96 | Kelly, Robert | Williams, Enna | | | | Pravata, Andre | X |
| 97 | Keyes, Sylvia | Williams, Faye | | | | Pravata, Maddie | X |
| 98 | Lane, Gregory | Williams, George L. | | | | Pravata, Skyler | X |
| 99 | Lane, Lucinda | Williby, Sandra | | | | Pujol, Jessica R. | |
| 100 | Lightell, Lakeesha | Wilson, Kierra | | | | Pujol, Jill N. | |
| 101 | London, Latonya | Wood, Kody | | | | Pujol, Joseph M | |
| 102 | Lopez, Mauro | | | | | Raphiel, Trevor | |
| 103 | Madison, Derrell | | | | | Ray, Craig, Jr. | X |
| 104 | Magee, Keena | | | | | Reynaud, Wanda | X |
| 105 | Maydonado-West, Linda | | | | | Robertson, Lawrence | |
| 106 | McCray, Adrina | | | | | Rome, Roxanne | X |
| 107 | McGallion, Amaris | | | | | Rust, Jeremy | |
| 108 | McGallion, Lonnie | | | | | Rust, Logan | |
| 109 | Meshack, Charles | | | | | Rust, Richard | |
| 110 | Meyers, Centra Nell | | | | | Rust, Samien | |
| 111 | Miller, Brittney Stephens | | | | | Rutledge, Bryan | X |
| 112 | Mitchell, Darius | | | | | Semien, Sandra | |
| 113 | Mitchell, Joseph | | | | | Smith, Annie | X |
| 114 | Mitchell, Joshua | | | | | Smith, James, Jr. | X |
| 115 | Mitchell, Nakesia | | | | | Smith, James, Sr. | X |
| 116 | Mitchell, Natley | | | | | Smith, Mirissa | X |
| 117 | Mitchell, Parish | | | | | Smith, Shelia | X |
| 118 | Montgomery, Maxine | | | | | Stewart, Jerry | |
| 119 | Moreland, Ben | | | | | Sullivan, Thomas | X |
| 120 | Moreland, Glenda | | | | | Surtain, Lorraine | X |
| 121 | Morgan, Ronald | | | | | Sylve, Ashante | X |
| 122 | Morgan, Terra | | | | | Sylve, Libby | X |
| 123 | Murray, Kelvin | | | | | Tart, Johnny | X |
| 124 | Murray, Roderick | | | | | Tasker, Carl | X |
| 125 | Nguyen, Elizabeth L. | | | | | Tatum, Paula | X |
| 126 | Parker, Choloe | | | | | Theriot, Albert | X |
| 127 | Parker, Larry | | | | | Thomas, Kim | X |
| 128 | Parker, Maria Monique | | | | | Thomas, Margaret | |
| 129 | Parker, Nicholas | | | | | Thomas, Nicole | X |
| 130 | Perkinson, Lois | | | | | Thomas, Sean G. | |
| 131 | Peters, Ashley | | | | | Trollinger, Sherry | |
| 132 | Peters, Joyce | | | | | Vaughn, Jordan | X |
| 133 | Peters, Salvador, Jr. | | | | | Welds, Donald | X |
| 134 | Peters, Salvador, Sr. | | | | | White, Betty | X |
| 135 | Pichon, Micha | | | | | White, Kawanda | X |

| # | Name | | | | | Name | |
|---|---|---|---|---|---|---|---|
| 136 | Pohlman, Jason | | | | | Wilkerson, Angela | |
| 137 | Posey, George | | | | | Wilkerson, Cederic, Sr. | |
| 138 | Pravata, Andre | | | | | Williams, Lee | |
| 139 | Pravata, Maddie | | | | | Williby, Alvin, Sr. | |
| 140 | Pravata, Skyler | | | | | Wilson, Norman | X |
| 141 | Pujol, Jessica R. | | | | | Workman, Luann | |
| 142 | Pujol, Jill N. | | | | | | |
| 143 | Pujol, Joseph M | | | | | | |
| 144 | Pujol, Stephanie G. | | | | | | |
| 145 | Raphiel, Trevor | | | | | | |
| 146 | Ray, Craig, Jr. | | | | | | |
| 147 | Ray, Craig, Sr. | | | | | | |
| 148 | Reynaud, Wanda | | | | | | |
| 149 | Robertson, Lawrence | | | | | | |
| 150 | Robertson, Penny | | | | | | |
| 151 | Rome, Roxanne | | | | | | |
| 152 | Rust, Jeremy | | | | | | |
| 153 | Rust, Logan | | | | | | |
| 154 | Rust, Richard | | | | | | |
| 155 | Rust, Samien | | | | | | |
| 156 | Rutledge, Bryan | | | | | | |
| 157 | Semien, David, Jr. | | | | | | |
| 158 | Semien, David, Sr. | | | | | | |
| 159 | Semien, Sandra | | | | | | |
| 160 | Sinclair, Shirley | | | | | | |
| 161 | Smith, Annie | | | | | | |
| 162 | Smith, Eric Albert | | | | | | |
| 163 | Smith, James, Jr. | | | | | | |
| 164 | Smith, James, Sr. | | | | | | |
| 165 | Smith, Mirissa | | | | | | |
| 166 | Smith, Shelia | | | | | | |
| 167 | Solis, Maragrita | | | | | | |
| 168 | Stephens, Cherish | | | | | | |
| 169 | Stewart, Jerry | | | | | | |
| 170 | Sullivan, Thomas | | | | | | |
| 171 | Surtain, Lorraine | | | | | | |
| 172 | Sylve, Ashante | | | | | | |
| 173 | Sylve, Hailey | | | | | | |
| 174 | Sylve, Libby | | | | | | |
| 175 | Tart, Johnny | | | | | | |
| 176 | Tasker, Carl | | | | | | |
| 177 | Tatum, Paula | | | | | | |
| 178 | Theriot, Albert | | | | | | |
| 179 | ==Thomas, Betty== | | | | | | |
| 180 | Thomas, Christopher | | | | | | |
| 181 | Thomas, Kim | | | | | | |
| 182 | Thomas, Margaret | | | | | | |
| 183 | Thomas, Nicole | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 184 | Thomas, Sean G. | | | | | | |
| 185 | Tracey, Michael | | | | | | |
| 186 | Trollinger, Sherry | | | | | | |
| 187 | Vaughn, Jordan | | | | | | |
| 188 | Welds, Donald | | | | | | |
| 189 | White, Betty | | | | | | |
| 190 | White, Johnny | | | | | | |
| 191 | White, Kawanda | | | | | | |
| 192 | Wilkerson, Angela | | | | | | |
| 193 | Wilkerson, Cederic, Sr. | | | | | | |
| 194 | Williams, Enna | | | | | | |
| 195 | Williams, Faye | | | | | | |
| 196 | Williams, Lee | | | | | | |
| 197 | Williby, Alvin, Sr. | | | | | | |
| 198 | Wilson, Norman | | | | | | |
| 199 | Workman, Luann | | | | | | |