UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

**************************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Manufacturing Defendants' Motion to Strike is hereby set for the 8th day of October, 2008 at 9:30 a.m.

            Respectfully submitted,

            **DUPLASS, ZWAIN, BOURGEOIS,**
            **PFISTER & WEINSTOCK**

            s/Andrew D. Weinstock
            _____
            **ANDREW D. WEINSTOCK #18495**
            **JOSEPH G. GLASS #25397**
            3838 N. Causeway Blvd., Suite 2900
            Metairie, LA 70002
            (504) 832-3700
            (504) 837-3119 (FAX)
            andreww@duplass.com
            **DEFENSE LIAISON COUNSEL**

## **C E R T I F I C A T E**

I hereby certify that on the 12th day of September, 2008, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                               s/Andrew D. Weinstock
                         _____
                          ANDREW D. WEINSTOCK #18495
                                andreww@duplass.com