UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          *          MDL NO. 1873
        FORMALDEHYDE        *
        PRODUCTS LIABILITY   *
        LITIGATION           *          SECTION:  N(4)
                             *
This Document Relates to:  ALL CASES   *   JUDGE: ENGELHARDT
                             *          MAG: ROBY
*********************************************************************************

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, come the Manufacturing Defendants, who respectfully request that this Honorable Court set its Motion to Strike for hearing on the ___ day of September, 2008. Manufacturing Defendants submit that this Honorable Court invited this Motion for Expedited Hearing to be filed.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
**DEFENSE LIAISON COUNSEL**

1

# **C E R T I F I C A T E**

I hereby certify that on the 12th day of September, 2008, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com