UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*************************************************************************

## **ORDER**

The Manufacturing Defendants' Motion to Strike is hereby set for hearing on the \_\_\_\_ day of _____, 2008 at _____ o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE