UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 697)** is **GRANTED.**

Any opposition to the Manufacturing Defendants' Motion to Strike (Rec. Doc. 696) shall be filed by **Thursday, September 18, 2008, at noon**, at which time the Manufacturing Defendants' Motion to Strike (Rec. Doc. 696) will be taken under advisement.

New Orleans, Louisiana, this 15th day of September, 2008.

_____  
**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**