UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | CIVIL ACTION NO. 1873 <br><br> SECTION N-4 |
| THIS DOCUMENT IS RELATED TO: All cases. | * <br> * <br> * <br> * | JUDGE ENGELHARDT <br><br> MAGISTRATE ROBY |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**AMENDED MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTIONS FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT AND COMPLAINT IN THE *PUJOL* MATTER ON BEHALF OF DEFENDANTS SKYLINE CORPORATION AND LAYTON HOMES CORPORATION**

Defendants Skyline Corporation ("Skyline") and Layton Homes Corporation ("Layton"), through undersigned counsel, oppose the PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint[1] and the PSC's Motion for Leave to File Second Supplemental and Amended Complaint in the *Pujol* matter.[2] Skyline and Layton join in and adopt the reasoning and argument set forth in the Memorandum in Opposition filed by the Newly Added Defendants (Rec. Doc. No. 677).

---

[1] Rec. Doc. No. 657.
[2] Rec. Doc. No. 656.

769624.1

The claims against Skyline and Layton were dismissed without prejudice pursuant to this Court's Order dated August 1, 2008.[3] None of the sixty-three Plaintiffs named in the Amended Master Complaint or the *Pujol* Complaint are alleged to have resided in any temporary housing unit manufactured by Skyline or Layton. Instead, the proposed Second Amended Master Complaint and Amended *Pujol* Complaint improperly <u>add</u> five new plaintiffs who claim to have resided in a unit manufactured by Skyline or Layton.[4]

Therefore, for the same reasons set forth in the Newly Added Defendant's memorandum in opposition, the PSC's motion should be denied as to Skyline and Layton.

Dated September 16, 2008.

s/ *Robert Sheesley*
Larry Feldman, Jr., T.A. (LA BAR NO. 5503)
Robert D. Sheesley (LA BAR NO. 31579)
McGLINCHEY STAFFORD, PLLC
643 Magazine St.
New Orleans, LA 70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800

ATTORNEYS FOR SKYLINE CORPORATION
AND LAYTON HOMES CORPORATION

---

[3] Rec. Doc. No. 604.

[4] Peter Daunoy III is alleged to have resided in a unit manufactured by Latyon. Rec. Doc. Nos. 656-5, ¶ 6(45) and 657-4, ¶ 7(45). George Jones, Lula Jones, Sylvia Jones, and Darryl Edward are alleged to have resided in a unit (or units) manufactured by Skyline. Rec. Doc. Nos. 656-5, ¶ 6 (106-109) and 657-4, ¶ 5 (106-109). Notably, Skyline and Layton have not received Plaintiff Fact Sheets for any of these individuals, with the exception of Darryl Edward. Mr. Edward's fact sheet, however, is remarkably deficient in that includes little more than his address, date of birth, and alleged symptoms, but most spaces are blank or marked as "unknown." In fact, the fact sheet lists his weight as "0 lbs." It is unsigned and includes no signed releases. A copy of Mr. Edward's fact sheet is attached as Exhibit A.

769624.1

**CERTIFICATE OF SERVICE**

I hereby certify that in accordance with the Eastern District of Louisiana's electronic filing procedures, this document has been electronically filed.  A Notice of Electronic Filing will be sent by the Court to all liason counsel of record who have consented to email notification and electronic service.  This document is available for viewing and downloading from the Court's ECF system.  Service to all known counsel of record who have not consented to email notification and electronic service has been made via U.S. Mail, postage prepaid, on September 16, 2008.

        s/ *Robert Sheesley*
        Robert D. Sheesley

769624.1