UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-4<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE TO "MANUFACTURING DEFENDANTS' MOTION TO STRIKE"**

**THIS DOCUMENT RELATES TO DOCKET NO. 696**

Defendant United States of America (United States) hereby files this Response to Manufacturing Defendants' Motion To Strike [Docket No. 696]. The United States requests that the Court grant the Manufacturing Defendants' Motion and strike any and all Class Representatives other than the one-hundred and one (101) identified by Plaintiffs' Steering Committee (PSC) on August 22, 2008 [Docket Nos. 666-1, 666-2]. The Court should grant Manufacturing Defendants' Motion because PSC has failed to demonstrate good cause for failing to comply with the Court's Class Action status deadlines set forth in Pretrial Order No. 8 [Docket No. 287] and Pretrial Order No. 15 [Docket No. 658]. Specifically, not withstanding the Court's deadlines for identification of Class Representatives, PSC continues to assert that the August 22, 2008, list of Class Representatives it filed with the Court is incomplete and that PSC intends to supplement that list at some unspecified future date. PSC has had more than three (3) months to identify Class Representatives and allowing PSC to add additional Class Representatives given related class action scheduling deadlines will prejudice the United States' ability to conduct

necessary discovery and prepare its opposition to PSC's request for class action status.

Accordingly, for all these additional reasons, the United States request that the Court grant Defendant Manufacturers' Motion and strike all putative Class Representatives except those persons identified by PSC on August 22, 2008 [Docket No. 666-2].

Dated: September 17, 2008.                    Respectfully Submitted,

                                                         GREGORY S. KATSAS
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

MICHELLE BOYLE
ADAM DINNELL
Trial Attorneys

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, the foregoing Response Memorandum was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
