**Core Plaintiffs Challenged by Defendants**

Alfonso, Stephen A.-depo taken on 9/16/08- 07-CV-9228 Aldridge Complaint

Baker, Shane-Plaintiff in Culler 07-cv-4018

Ballet, Derell- Father Edward Ballet is in 2nd Supp AMC-only Monaco person

Ballet, Egypt - Father Edward Ballet is in 2nd Supp AMC-only Monaco person

Barnes, Jasmine-Child of Veronda Barnes

Battie, D'Asia-Plaintiff in Culler 07-cv-4018

Battle, Tyrone-Culler 07-cv-4018

Benoit, Christopher- Child of Pamela Benoit and she is in 2nd AMC-Only Horton Homes Plaintiff

Bland, Kevin-Behalf of self

Bradford, Portia-Plaintiff in Culler 07-cv-4018

Bradford, Randy J.-Plaintiff in Culler 07-cv-4018

Davis, Corey-Plaintiff in Culler 07-cv-4018

Dubuclet, Timia-Child of Elisha Dubuclet-Plaintiff in Aldridge 07-9228

Esposito, Nicole-Plaintiff in Culler 07-cv-4018

Foley, Samuel-deceased child of Lillian Foley and is 2nd AMC

Green, Trichonda-Plaintiff in Culler 07-cv-4018

Griffin, Rommel E.-Plaintiff in Culler 07-cv-4018

Hargrove, Damian J. Jr.-Plaintiff in Aldridge 07-9228

Hargrove, Leroy Jr.-Plaintiff in Aldridge 07-9228

Heeching, Hazel-Really spelled Heechung-Culler 07-4018

Jordan, Bronica-really spelled Bruniea-Plaintiff in Culler 07-cv-4018

LaBeau, Carrie-Plaintiff in Culler 07-cv-4018

Lightell, Donovan-Child of Leekesha Lightell who is in Pujol and 2nd AMC-only Stewart Park Homes

Lightell, Jazlyn N.-Child of Leekesha Lightell who is in Pujol and 2nd AMC-only Stewart Park Homes

Myers, Centra-2nd AMC

Robertson, Mercedez-Plaintiff in Pujol 08-3217

Robinson, Rayfield Jr.-Plaintiff in Aldridge 07-9228

Sullivan, Brenden-child of Angela Sullivan

Williams, George L.-Plaintiff in Culler 07-cv-4018