UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | MAGISTRATE ROBY |

### MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PSC'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT (R. DOC 657)

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively Morgan) move for leave to file the attached supplemental memorandum in opposition to the PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint (R. Doc. 657), in order to address plaintiffs' admissions in R. Doc. 704, filed on September 18, 2008 (their opposition to the manufacturing defendants' motion to strike (R. Doc. 696)). Plaintiffs' admissions bear directly on the issues raised in Morgan's opposition, and the supplemental memorandum will assist the Court in resolving the PSC's pending motion for leave.

Wherefore, Morgan respectfully requests that the Court allow the filing of the attached supplemental memorandum.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com
astout@mcglinchey.com

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on September 22, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*
Christine Lipsey

307441.1