UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | JUDGE ENGELHARDT<br>MAGISTRATE ROBY |

### ORDER

Considering Morgan's Motion for Leave to File Supplemental Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint (R. Doc. 657):

IT IS ORDERED that leave is granted, and Morgan's supplemental memorandum in opposition is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2008.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

307444.1