UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| THIS DOCUMENT IS RELATED TO: *Pujol v. The United States of America,* No. 08-3217 | JUDGE ENGELHARDT |
| | MAGISTRATE ROBY |

## ORDER

Considering Morgan's Motion for Leave to File Supplemental Memorandum in Opposition to PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint (R. Doc. 657):

IT IS ORDERED that leave is granted, and Morgan's supplemental memorandum in opposition is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this 24th day of September, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

307444.1