UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES
(including 07-1873 and 08-3217)

---

### MOTION FOR LEAVE TO FILE REPLY A SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO THE PLAINTIFFS' MOTION TO AMEND THE AMENDED MASTER COMPLAINT (DOCKET #657) AND THE PUJOL COMPLAINT (DOCKET #656)

Comes now the presently-dismissed Defendant[1], ScotBilt Homes, Inc., and files this Motion for Leave to Supplemental its Opposition to the Plaintiffs' Motion to Amend the aforementioned Complaints with new information that was not available at the time of its first Opposition Memorandum, and based upon the ruling issued by the Court on the 24th day of September, 2008 (docket Entry No. 706). Based on the new factual evidence and the recent ruling by the Court,

---

[1] ScotBilt Homes, Inc. does not waive, and reserves all rights and defenses available to it, including but not limited to insufficient process, insufficient service of process, no standing to sue, and all defenses and motions available to it under Rule 12.

Defendant seeks leave to supplement its Memorandum in Opposition to the Motion to Amend the Amended Master Complaint and *Pujol* Complaint.

WHEREFORE, Defendant prays that this Honorable Court will issue an Order allowing it to supplemental its Memorandum in Opposition with the new factual information and new arguments based upon the Courts ruling in Docket Entry Number 706.

>                        NIELSEN LAW FIRM, L.L.C.
>
>                        */s/ Thomas C. Pennebaker*
>                        THOMAS C. PENNEBAKER, LA.S.B. 24597
>                        WILLIAM R. DeJEAN, LA.S.B. 22762
>                        3838 N. Causeway Blvd., Suite 2850
>                        Metairie, Louisiana 70002
>                        Tel. (504) 837-2500
>                        Fax (504) 832-9165
>                        Email: tpennebaker@nielsenlawfirm.com
>                               wdejean@nielsenlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 25th day of September, 2008.

>                        /s/   Thomas C. Pennebaker