UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO ALL CASES<br>(including 07-1873 and 08-3217) | |

## ORDER

Considering the Motion for Leave to Supplement its Memorandum in Opposition to the Plaintiffs' Motion to Amend the Amended Master Complaint (Docket #657) and the Complaint in the *Pujol* (Docket #656) lawsuit filed by ScotBilt Homes, Inc.,

**IT IS HEREBY ORDERED** that the Motion for Leave to supplement is granted and the Memorandum can be filed into the record.

Done and signed this _____ day of _____, 2008 in New Orleans, Louisiana.

_____
Judge Kirk Engelhardt