UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES
(including 07-1873 and 08-3217)

ORDER

Considering the Motion for Leave to Supplement its Memorandum in Opposition to the Plaintiffs' Motion to Amend the Amended Master Complaint (Docket #657) and the Complaint in the *Pujol* (Docket #656) lawsuit filed by Scotbilt Homes, Inc.,

**IT IS HEREBY ORDERED** that the Motion for Leave to supplement is granted and the Memorandum can be filed into the record.

**DENIED**

Done and signed this ___26th___ day of ___September___, 2008 in New Orleans, Louisiana.

United States District Judge