UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 18

On September 26, 2008, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Justin Woods, Andrew Weinstock, Joe Glass, Matt Moreland, Raul Bencomo, Frank D'Amico, Jerry Saporito, Jim Percy, Stewart Tharp, Linda Nelson, Henry Miller, Adam Dinnell, Ronnie Penton, Richard Hines, Tim Scandurro, and Tony Buzbee. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) On or before **Tuesday, October 14, 2008**, the parties shall submit to the Court a proposed order, that has been agreed to by Plaintiffs' liaison counsel, defense liaison counsel, and counsel for the Government, relating to the sale of FEMA trailers to the parties to use for testing purposes.

(2) On or before **Friday, October 3, 2008**, the parties shall submit to the Court a proposed order, that has been agreed to by Plaintiffs' liaison counsel,



defense liaison counsel, and counsel for the Government, relating to disruptions during depositions and other related conduct therein.

(3) The **Manufacturing Defendants' Motion to Enforce Pre-Trial Order No. 8 by Designating 56 Proposed Class Representatives (Rec. Doc. 637) is DENIED as moot.**

(4) As soon as possible, the parties shall submit to the Court an amended, accurate version of Joint Report No. 6, that has been agreed to by Plaintiffs' liaison counsel, defense liaison counsel, and counsel for the Government, which the Court will enter into the record.

(5) On **Friday, November 7, 2008 at 9:00 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(6) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, November 7, 2008 at 10:00 a.m.**

New Orleans, Louisiana, this 26th day of September, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**FEMA Formaldehyde**

PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: **07MD1873**

versus

_____
DEFENDANT(S)

Magistrate: _____

**General**

*************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **9-26-08**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Thomas M. Young | Hebbler + Giordano, LLC | Philips Industries, Inc. |
| Robert M. Becnel | Becnel | π |
| Clay Garside | Waltzer + Assoc. | π |
| Joel Waltzer | " " | π |
| Dan Batchelor | SE Homes | SE Homes |
| Dewey Scandurro | Scandurro + Layrisson | Gulf Stream |
| Danny Penton | R. Becnel(?) | PSC |
| Mary Emfinger | Michael Hingle | π |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**FEMA**
PLAINTIFF(S)

**Formaldehyde**
versus

CIVIL/CRIMINAL ACTION NO.:
**07md1873**

_____
DEFENDANT(S)

Magistrate: _____

**GENERAL** ✓

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: **9-26-08**       TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Tara Gilbreath | Gainsburgh | π |
| Tom Cougill | W,F+C | Jayco & Starcraft |
| Josh Keller | Deutsch, Kerrigan + Stiles | Destiny Industries, River Birch H... |
| Delbert Miller | KZRV | KZRV |
| Hugh P. Lambert | L&W, plc | π |
| Aaron Ahlquist | Frank D'Amico Jr. | π |
| EVAN PLAUCHE | HAILEY McNAMARA | OAK CREEK |
| Robert Sheesley | McGlinchey Stafford | Skyline |
| Randall Mulcahy | Garrison Yount et al | Recreation by Design, TL Industries, Frontier RV Inc. |
| Jason Bone | Gieger Laborde | Forest River |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

**PLAINTIFF(S):** FEMA Formaldehyde

**CIVIL/CRIMINAL ACTION NO.:** 07md1873

**VERSUS**

**DEFENDANT(S):** _____

**Magistrate:** _____

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* GENERAL \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

CONFERENCE: ___ PRE-TRIAL ___ STATUS ✓ SETTLEMENT ___

DATE: 9-26-08   TIME: 10 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Henry Miller | USDOJ | USA |
| Adam Dinnell | DOJ | USA |
| Ronnie Penton | R6P law | TT |
| Linda J Nelson | Lambert & Nelson, PLC | PSC |
| Raul R Bencomo | Bencomo & Associates | PSC |
| Lamont Domingue | Voorhies & Labbe | Redman, et al |
| Joe Rausch | Jones Hall | TT |
| Glenn Marcantel | Daigle, Jameson, Rayburn | A |
| Ben Mayeaux | Laborde & Neuner | Horton Homes, Inc. |
| Denise Martin | Gainsburgh | TT |