MINUTE ENTRY
ENGELHARDT, J.
September 26, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION
                     SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

   A general conference was conducted on Friday, September 26, 2008, at 10:00 a.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G. Penton, Linda J. Nelson, and Anthony G. Buzbee; defendant committee members Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Henry T. Miller and Adam Dinnell, counsel for the Government/FEMA.

   A complete list of attendees is attached as a supplement to Pretrial Order No. 18 (Rec. Doc. No. 713).

JS10(0:35)