UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                   MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                  SECTION "N-4"

PRETRIAL ORDER NO. 19

The Court on September 26, 2008, met with members of the Plaintiffs' Steering Committee, Defendant Manufacturers' Steering Committee and government counsel. The Court was informed that counsel taking depositions had experienced logistic problems associated with counsel appearing by telephone. Specifically, some counsel appearing by telephone are failing to "mute" their phones and as a result telephone background noise is interfering with the questioning of the witness.

IT IS HEREBY ORDERED that:

1. All counsel appearing at depositions by telephone shall hereinafter only appear using a telephone that has a "mute" button feature, and while questioning of the witness is taking place counsel appearing by telephone shall engage the "mute" feature on their telephone.

2. All counsel appearing at depositions by telephone shall call in prior to the commencement of the deposition and counsel may not join the deposition after questioning of the witness has commenced, unless they are disconnected and seek to re-connect.

3. For depositions Noticed by either Plaintiffs or Defendant Manufacturers, if the Defendant United States of America appears by telephone it may assert objections

and question the witness.  The United States will provide Liaison Counsel with notice of its intent to appear by telephone, and will restrict such appearances to depositions that it does not foresee or expect a need to extensively question the witness.

IT IS SO ORDERED, this _____ day of _____.

_____
HONORABLE KURT D. ENGELHARDT
Judge, United States District Court
Eastern District Louisiana