UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO
Case no. 08-3217

# ORDER

On October 3, 2008, the Court issued an Order and Reasons on the "Defendant United States of America's Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction" (Rec. Doc. 717).  For the same reasons set forth in this Court's October 3, 2008 Order and Reasons (Rec. Doc. 717),

**IT IS ORDERED** that the **Defendant United States of America's Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. 429)** is **GRANTED IN PART and DENIED IN PART**.

New Orleans, Louisiana, this 6th day of October, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**