UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 19

The Court on September 26, 2008, met with members of the Plaintiffs' Steering Committee, Defendant Manufacturers' Steering Committee and government counsel. The Court was informed that counsel taking depositions had experienced logistic problems associated with counsel appearing by telephone. Specifically, some counsel appearing by telephone are failing to "mute" their phones and as a result telephone background noise is interfering with the questioning of the witness.

**IT IS HEREBY ORDERED** that:

1. All counsel appearing at depositions by telephone shall hereinafter only appear using a telephone that has a "mute" button feature, and while questioning of the witness is taking place counsel appearing by telephone shall engage the "mute" feature on their telephone.

2. All counsel appearing at depositions by telephone shall call in prior to the commencement of the deposition and counsel may not join the deposition after questioning of the witness has commenced, unless they are disconnected and seek to re-connect.

3. For depositions Noticed by either Plaintiffs or Defendant Manufacturers, if the Defendant United States of America appears by telephone it may assert objections

and question the witness. The United States will provide Liaison Counsel with notice of its intent to appear by telephone, and will restrict such appearances to depositions that it does not foresee or expect a need to extensively question the witness.

New Orleans, Louisiana, this 6th day of October, 2008.

                                                  **KURT D. ENGELHARDT**
                                                  **UNITED STATES DISTRICT JUDGE**