UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO
Case no. 08-3602 and 08-4095

## ORDER

On October 3, 2008, the Court issued an Order and Reasons on the "Defendant United States of America's Motion to Dismiss Plaintiffs' FTCA and Contract Claims for Lack of Subject Matter Jurisdiction" (Rec. Doc. 717). For the same reasons set forth in this Court's October 3, 2008 Order and Reasons (Rec. Doc. 717),

**IT IS ORDERED** that the **Defendant United States of America's Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. 643)** is **GRANTED IN PART and DENIED IN PART**.

New Orleans, Louisiana, this 8th day of October, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**