UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                                              SECTION "N"  (4)

THIS DOCUMENT RELATES TO
Case no. 07-2961, 07-7389, and 08-1672

## ORDER

**IT IS ORDERED** that the **Defendant United States of America's Motion to Dismiss Plaintiffs' FTCA Claims for Lack of Subject Matter Jurisdiction and Failure to Effect Service of the Complaint in a Timely Manner (Rec. Doc. 197)** is **DENIED AS MOOT** based on record documents 347, 372, 373, 374, 388, 389, and 390.

    New Orleans, Louisiana, this 9th day of October, 2008.

                                                    **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**