UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                        SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Manufacturing Defendant's Motion to Strike (Rec. Doc. 546)** is **DENIED AS MOOT.**

New Orleans, Louisiana, this 9th day of October, 2008.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**