UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | MAGISTRATE ROBY |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING OF MORGAN'S RULE 12(b)(1) MOTION TO DISMISS CLASS CLAIMS AND RULE 12(b)(6) MOTION TO DISMISS PATRICIA A. BURR'S INDIVIDUAL CLAIMS (R. DOCS. 721 and 722)

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems) (collectively Morgan) move for expedited hearing of its Rule 12(b)(1) Motion to Dismiss Class Claims and Rule 12(b)(6) Motion to Dismiss Patricia A. Burr's Individual Claims (R. Docs. 721 and 722), in light of the procedural time constraints in this matter.

The class certification hearing/submission deadline is December 3, 2008. (R. Doc. 700). Additionally, the motion deadline, including Daubert and *in limine* motions, is October 21, 2008. *Id.* The first available motion hearing date on the Court's docket is November 5, 2008. This date comes after the motion deadline and is a month before the class certification hearing/submission date. Morgan's motion to dismiss presents a threshold jurisdiction challenge to the class action claims as well as dispositive treatment of the individual claims.

Time is short, and there is much work to be done. It is respectfully submitted that the Court consider Morgan's motion to dismiss in advance of the Court's November 5, 2008 docket date, and that expedited hearing be granted on its motion.

Wherefore, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. respectfully request that the Court set an expedited hearing on Morgan's Rule 12(b)(1) Motion To Dismiss Class Claims and Rule 12(B)(6) Motion To Dismiss Patricia A. Burr's Individual Claims (R. Docs. 721 and 722).

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com
astout@mcglinchey.com

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on October 13, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

<i>s/ Christine Lipsey</i><br>
Christine Lipsey

309110.1