UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | MAGISTRATE ROBY |

## ORDER

CONSIDERING the foregoing Motion for Expedited Hearing on Morgan's Rule 12(b)(1) Motion To Dismiss Class Claims and Rule 12(B)(6) Motion To Dismiss Patricia A. Burr's Individual Claims (R. Docs. 721 and 722),

IT IS HEREBY ORDERED THAT the Motion for Expedited Hearing on Morgan's Rule 12(b)(1) Motion To Dismiss Class Claims and Rule 12(B)(6) Motion To Dismiss Patricia A. Burr's Individual Claims (R. Docs. 721 and 722) is granted, and that hearing will be held on the _____ day of October, 2008.

New Orleans, Louisiana this _____ day of October, 2008.

Kurt D. Engelhardt
United States District Judge

309111.1