UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE             MDL No. 1873
PRODUCTS LIABILITY LITIGATION
                                             SECTION N(4)

                                             JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:                 MAGISTRATE ROBY
*Pujol v. The United States of America,*
*No. 08-3217*

## ORDER

CONSIDERING the foregoing Motion for Expedited Hearing on Morgan's Rule 12(b)(1) Motion To Dismiss Class Claims and Rule 12(B)(6) Motion To Dismiss Patricia A. Burr's Individual Claims (R. Docs. 721 and 722),

IT IS HEREBY ORDERED THAT the Motion for Expedited Hearing on Morgan's Rule 12(b)(1) Motion To Dismiss Class Claims and Rule 12(B)(6) Motion To Dismiss Patricia A. Burr's Individual Claims (R. Docs. 721 and 722) is granted, and that hearing will be held on the _____ day of October, 2008.

**DENIED**

New Orleans, Louisiana this 14th day of October, 2008.

Kurt D. Engelhardt
United States District Judge

309111.1