UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

**THIS DOCUMENT IS RELATED TO ALL CASES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO EXTEND PLAINTIFFS'
DISCOVERY DEADLINE**

NOW INTO COURT, through liaison counsel comes the Plaintiffs Steering Committee (PSC) requesting that this honorable court enter an order extending the deadline by which the parties are to complete depositions of witnesses relative to class certification to October 24, 2008 (Pretrial Order No. 17, Rec.Doc. No.700). The PSC request this extension for the limited purpose of deposing manufacturer defendants expert Dr. Michael Ginevan only. The deposition of Dr. Ginevan is scheduled to take place on October 24, 2008.

MDLC and GC have been consulted and have no objection to this requested extension for this limited purpose.

WHEREFORE the PSC prays, that this Honorable Court enter the proposed attached order extending the discovery deadline relative to class certification until October 24, 2008 for the limited purpose of conducting the deposition of manufacturer defendants expert Dr. Michael Ginevan.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com


      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com


      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                        s/Justin I. Woods
                                        JUSTIN I. WOODS, #24713