**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N-4"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' CONSENT MOTION**
**TO EXTEND PLAINTIFFS' DISCOVERY DEADLINE**

**MAY IT PLEASE THE COURT:**

The Manufacturing Defendants, as well as the Federal Government, have been given the opportunity to depose the Plaintiffs' Steering Committee's experts for the purposes of class certification. The Plaintiffs' Steering Committee originally chose not to depose any experts identified by the defendants. In his expert report, Dr. Michael Ginevan opines upon the methodologies/opinions of the Plaintiffs' Steering Committee's experts, Paul Hewitt, Mary DuVaney, Marco Kaltofen, and Patricia Williams. Therefore, the PSC has decided that the deposition of Dr. Michael Ginevan is now necessary. Prior to the discovery deadline, the PSC informed MDLC of its intention to depose Dr. Ginevan.

The Plaintiffs' Steering Committee requests the opportunity to depose Dr. Ginevan after the court-imposed deadline of October 10, 2008. (Pretrial Order 17, Doc. 700). The Plaintiffs' Steering Committee has consulted with both the Manufacturing Defendants' Liason Counsel and the Federal Government. Neither the MDLC nor the GC opposes the extension of the discovery

deadline for class certification purposes for the limited purpose of deposing Dr. Michael Ginevan.

                Respectfully submitted:

          **FEMA TRAILER FORMALDEHYDE**
                **PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
          GERALD E. MEUNIER, #9471
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:     504/528-9973
          gmeunier@gainsben.com

          s/Justin I. Woods
          JUSTIN I. WOODS, #24713
          **PLAINTIFFS' CO-LIAISON COUNSEL**
          Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
          2800 Energy Centre, 1100 Poydras Street
          New Orleans, Louisiana 70163
          Telephone:    504/522-2304
          Facsimile:     504/528-9973
          jwoods@gainsben.com

          **COURT-APPOINTED PLAINTIFFS'**
          **STEERING COMMITTEE**
              ANTHONY BUZBEE, Texas # 24001820
              RAUL BENCOMO, #2932
              FRANK D'AMICO, JR., #17519
              MATT MORELAND, #24567
              LINDA NELSON, #9938
              RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

I hereby certify that on October 14, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                               s/Justin I. Woods
                                               JUSTIN I. WOODS, #24713