UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br><br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS"),[1] hereby moves to dismiss Plaintiffs' claims against it, including, but not limited to, those asserted in Plaintiffs' original Master Complaint (doc. no. 109), First Supplemental and Amended Master Complaint (doc. no. 379), and Second Supplemental and Amended Master Complaint (doc. no. 722). **Plaintiffs have not matched up any Plaintiff, whether a class representative or not, who allegedly resided in a home manufactured by IBS.** Rather, in paragraph 8 of their Second Supplemental and Amended Master Complaint, Plaintiffs merely repeat the assertion previously rejected by this Court, that (1) the claims of the putative class members are typical of the unnamed class members who resided in any such units; (2) the putative class representatives will adequately represent the interests of any class members who resided in such units; and (3) a juridical link exists between and among all named defendant manufacturers.

In the Court's Order of August 1, 2008 (doc. no. 599), the Court cautioned that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice." (doc. no. 599, p. 11.) Because Plaintiffs, in their Administrative Master Complaint, their First

---

[1] IBS was dismissed from this litigation via Court Order dated August 1, 2008 and entered August 4, 2008 (doc. no. 604). However, IBS files this motion in response to Plaintiffs' Second Supplemental and Amended Master Complaint (doc. no. 722).

Supplemental and Amended Master Complaint, and their Second Supplemental and Amended Master Complaint, have failed to specifically match any Plaintiff to IBS, IBS hereby moves to dismiss all of Plaintiffs' claims in those Complaints.

WHEREFORE, IBS prays that this Court dismiss Plaintiffs' claims against it without prejudice.

                              RESPECTFULLY SUBMITTED,

                              BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com

s/ David R. Kelly
_____
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park***

828097.1