UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873<br>SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT. | * * * | MAG. JUDGE KAREN WELLS ROBY |

### ORDER

CONSIDERING THE FOREGOING Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims in their original Master Complaint, their First Supplemental and Amended Master Complaint, and their Second Supplemental and Amended Master Complaint be dismissed as to Indiana Building Systems, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 200___.

_____
**JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**

828140.1