UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## RULE 12(B) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS"),[1] which, for the reasons provided in the attached Memorandum in Support, moves to dismiss all of Plaintiffs' claims against it, including, but not limited to, those asserted in Plaintiffs' original Complaint, First Supplemental and Amended Complaint (doc. no. 378), and Second Supplemental and Amended Complaint (doc. no. 721).

WHEREFORE, IBS prays that this Court dismiss Plaintiffs' claims against it without prejudice.

---

[1] IBS was dismissed from the Administrative Master Complaint via Court Order dated August 1, 2008 and entered August 4, 2008 (doc. no. 604). However, IBS files this motion in response to Plaintiffs' Second Supplemental and Amended Complaint (doc. no. 721).

828167.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com

s/ David R. Kelly
---
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park*

828167.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217. | * * | MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Date: October 16, 2008

                                        s/ David R. Kelly
                                        David R. Kelly

828167.1