UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          *   MDL NO. 07-1873
FORMALDEHYDE PRODUCT       *
LIABILITY LITIGATION           *   SECTION "N-4"
                               *
                               *   JUDGE KURT D. ENGELHARDT
THIS DOCUMENT IS RELATED TO    *
*Pujol v. The United States of America, et*    *   MAG. JUDGE KAREN WELLS ROBY
*al.*, Civil Action No. 08-3217.        *

## ORDER

CONSIDERING THE FOREGOING Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims in their original Complaint, their First Supplemental and Amended Complaint, and their Second Supplemental and Amended Complaint be dismissed as to Indiana Building Systems, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 200___.

**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

828165.1