UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCT<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 07-1873 <br><br> SECTION "N-4" <br><br> JUDGE KURT D. ENGELHARDT <br><br> MAG. JUDGE KAREN WELLS ROBY |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217. | | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park's *Motion to Dismiss* will be held on the **5th day of November, 2008**, commencing at **9:30 a.m.**, before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, this 14th of October, 2008.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

804570.1