UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217. | * * * | MAG. JUDGE KAREN WELLS ROBY |

### MOTION FOR EXPEDITED HEARING OF INDIANA BUILDING SYSTEM, L.L.C.'S RULE 12(B) MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS") which, for the reasons set forth in the accompanying memorandum, hereby respectfully moves this Honorable Court to expedite the hearing on its Motion to Dismiss.

WHEREFORE, IBS respectfully requests that this Court grant this Motion for Expedited Hearing on its Motion to Dismiss.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029

/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

828192.1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| THIS DOCUMENT IS RELATED TO THE *Pujol v. The United States of America, et al.,* Civil Action No. 08-3217. | * * * * | JUDGE KURT D. ENGELHARDT MAG. JUDGE KAREN WELLS ROBY |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Expedite has this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

Date: October 16, 2008

/s/ David R. Kelly
David R. Kelly

828192.1