UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-3217. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## **MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED HEARING**

Newly Added Defendant, Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS"), hereby moves for expedited hearing of its Rule 12(b) Motion to Dismiss,[1] in the interest of justice.

The class certification hearing/submission deadline is December 3, 2008. (doc. no. 700.) Additionally, the motion deadline, including *Daubert* and *in limine* motions, is October 21, 2008. (doc. no. 700.) The first available motion date on the Court's docket is November 5, 2008. This date comes after the motion deadline and is only a month before the class certification hearing/submission deadline.

IBS falls within the category of defendants who have never been matched up against any class representative or putative class members and whom this Court has already affirmed would be dismissed from this litigation without prejudice. It is respectfully submitted that in the interest of time and expense, that the Court consider IBS's Motion to Dismiss in advance of the Court's November 5, 2008 docket date, and that expedited hearing be granted on its Motion.

---

[1] IBS was dismissed from this litigation via Court Order dated August 1, 2008 and entered August 4, 2008 (doc. no. 604). However, IBS has filed this motion in response to Plaintiffs' Second Supplemental and Amended Complaint (doc. no. 721).

828200.1

WHEREFORE, IBS respectfully requests that the Court set an expedited hearing on IBS's Motion to Dismiss.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com

s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

**Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park**

828200.1