MINUTE ENTRY
ENGELHARDT, J.
October 16, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES


A telephone status conference was conducted on Thursday, October 16, 2008. Participating were Andrew D. Weinstock, Jacqueline Watts, Dianne Zinc, John Munoz and Mark Johnson.

JS10(0:10)