UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                   MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                           SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On October 16, 2008, the Court held a telephone status conference with the following individuals participating: Andrew Weinstock, Jacqueline Watts, Dianne Zinc, John Munoz, and Mark Johnson.  During the conference, the parties discussed a discovery issue that arose during the deposition of Randy Bradford.

New Orleans, Louisiana, this 16th day of October, 2008.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**