UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Pujol v. The United States of America, et al.*, Civil Action No. 08-321. | * * * | MAG. JUDGE KAREN WELLS ROBY |

## ORDER

CONSIDERING THE FOREGOING MOTION FOR EXPEDITED HEARING ON IBS'S MOTION TO DISMISS:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that IBS's Motion for Expedited Hearing is GRANTED. The Motion will be heard on the _____ day of _____, 2008, at _____ _____.m.

**DENIED**

New Orleans, Louisiana, this __17th__ day of __October__, 2008.

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

828194.1