**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-4"

                                             JUDGE ENGELHARDT
                                             MAG. JUDGE ROBY

**THIS DOCUMENT IS RELATED TO ALL CASES**

**************************************************************************

<u>**ORDER**</u>

**IT IS ORDERED** that Discovery Deadline relative to class certification is hereby

extended until October 24, 2008 for the limited purpose of conducting the deposition of

manufacturer defendants expert  Dr. Michael Ginevan only.

New Orleans, Louisiana, this   17th day of October, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE