UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION<br><br>VERSUS<br><br>THIS DOCUMENT IS RELATED TO ALL CASES | * MDL NO. 1873<br>*<br>*<br>* SECTION: "N-4"<br>*<br>* JUDGE ENGLEHARDT<br><br>* MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE 12(B) MOTION TO DISMISS

Defendant, Horton Homes, Inc. ("Horton Homes"), which, for the reasons provided in the attached Memorandum in Support, moves to dismiss all of Plaintiffs' claims against it, as initially asserted in the Original Master Complaint (Rec. Doc. 109), First Supplemental and Amended Master Complaint (Rec. Doc. 379), and as amended in the Second Supplemental and Amended Master Complaint (Rec. Doc. 722).[1]

WHEREFORE, Horton Homes prays that this Court grant this Motion dismissing the Plaintiffs' claims against it in this action.[2]

---

[1] Horton Homes was initially dismissed from this action by Order dated August 1, 2008 (Rec. Doc. No. 604). Horton Homes files this motion in response to Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. Doc. No. 722).

[2] Out of an abundance of caution, Horton Homes also moves to dismiss the claims asserted against it in the in the Original, First Amended, and Second Supplemental and Amended Complaint (Rec. Doc. 721) in the underlying action, *Pujol v. The United States of America*, No. 08-3217 adopting the reasons and argument set forth herein by reference for that action.

Respectfully submitted,

LABORDE & NEUNER

s/Ben L. Mayeaux
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:      (337) 237-7000
FACSIMILE:       (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Ben L. Mayeaux