UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873<br>*<br>*<br>* SECTION: "N-4" |
| VERSUS | *<br>* JUDGE ENGLEHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * MAGISTRATE ROBY |

*******************************************************************

## ORDER

Considering the foregoing Motion;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims in their original Master Complaint, their First Supplemental and Amended Master Complaint, and their Second Supplemental and Amended Master Complaint be dismissed as to Horton Homes, Inc.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
Judge Kurt D. Engelhardt
United States District Court
Middle District of Louisiana