UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873 <br> * <br> * <br> * SECTION: "N-4" |
| VERSUS | * JUDGE ENGLEHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Notice is hereby given that the hearing on Horton Homes, Inc.'s Motion to Dismiss will be held on the 5th day of November, 2008, commencing at 9:30 a..m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

Lafayette, Louisiana, this 20th day of October, 2008.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:    (337) 237-7000
FACSIMILE:    (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*