UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION<br><br>VERSUS<br><br>THIS DOCUMENT IS RELATED TO ALL CASES | * MDL NO. 1873<br>*<br>*<br>* SECTION: "N-4"<br>*<br>* JUDGE ENGLEHARDT<br>*<br>* MAGISTRATE ROBY |

*********************************************************************

### REQUEST FOR ORAL ARGUMENT

Horton Homes, Inc. ("Horton Homes") hereby respectfully requests that oral argument be granted on the Rule 12(B) Motion to Dismiss filed on its behalf for November 5, 2008 at 9:30 a.m.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX - T.A. - #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:    (337) 237-7000
FACSIMILE:    (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of October, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*