UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873 * * |
| | * SECTION: "N-4" |
| VERSUS | |
| | * JUDGE ENGLEHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * MAGISTRATE ROBY |

************************************************************************

## ORDER

Considering the foregoing, it is hereby ordered that the Rule 12(B) Motion to Dismiss filed by Horton Homes, Inc. be and is set for hearing on November 5, 2008 at 9:30 o'clock a.m. with oral argument.

Thus done and signed this ____ day of _____, 2008

_____
United States District Court Judge

-3-