UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendants' CMH Manufacturing Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP Palm Harbor Albermarle, LLC, Giles Family Holdings, Inc., SunRay Investments, LLC (the "Newly Added Defendants"), Horton Homes, Inc., Silver Creek Homes, Inc., Redman Homes, Inc., Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc., and ScotBilt Homes, Inc. (all moving Defendants are collectively referred to as "Un-Matched Defendants") Motion to Reconsider Order (Rec. Doc. 720) Or, In the Alternative, To Certify for Interlocutory Appeal will be held on November 5, 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

01669641.1

Respectfully submitted by:


/s/ *Lee E. Bains, Jr.*
One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**

Thomas W. Thagard, III
Lorrie L. Hargrove
Edward A. "Ted" Hosp
Edward S. Sledge IV
**MAYNARD, COOPER & GALE, P.C.**
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone 205-254-1000
Fax: 205-254-1999

-and-

James K. Carroll (#3898), T.A.
Stephanie D. Skinner (#21100)
Kati Cox Weaver (#30878)
**FOWLER RODRIGUEZ & CHALOS**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

　　　　　　　　　　　　　　　　　　　　/s/Ben L. Mayeaux
Ben L. Mayeaux (#19042)
One of the Attorneys for Horton Homes, Inc

**OF COUNSEL:**

Gregory A. Koury (#26364)
LABORDE AND NEUNER
1001 West Pinhook, Suite 200
Lafayette, Louisiana 70503
Telephone: 337-237-7000
Fax: (337-233-9450

　　　　　　　　　　　　　　　　　　　　/s/ Thomas C. "Chris" Pennebaker

01669641.1

                                                Thomas C. "Chris" Pennebaker, (#24597)
                                                One of the Attorneys for ScotBilt Homes, Inc.

**OF COUNSEL:**

Nielsen Law Firm, LLC
3838 North Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: (504) 837-2500
Fax: (504) 832-9165
email: tpennebaker@nielsenlawfirm.com
1.

                                                */s/ Lamont P. Domingue*
                                                Lamont P. Domingue - #20787

**OF COUNSEL:**

VOORHIES & LABBÉ
(A Professional Law Corporation)
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
Fax: (337) 235-4943
E-Mail:  LPD@volalaw.com

## CERTIFICATE OF SERVICE

       I hereby certify that on October 20, 2008, I electronically filed the foregoing Motion to Reconsider Order (Rec. Doc. 720) or, in the Alternative, to Certify for Interlocutory Appeal with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 /s/*Lee E. Bains, Jr.*
                                                 Of Counsel