UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America*,<br>*No. 08-3217* | MAGISTRATE ROBY |

## MORGAN'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF CLASS ACTION CLAIMS

Morgan Buildings & Spas, Inc. (Morgan Buildings) and Morgan Building Systems, Inc. (Morgan Systems) (collectively, Morgan) move to exclude, at the class certification hearing, testimonial or documentary evidence, attorney statements, or attorney argument relating to class claims against Morgan, for the reasons set forth in the accompanying memorandum. Morgan attaches the following exhibits in support of its motion:

Exhibit A - Plaintiffs' List of Class Representatives   (R. Doc. 666)

Exhibit B – Court's September 24, 2008 Order and Reasons (R. Doc. 706)

Wherefore, Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. pray that the Court grant their motion *in limine* to exclude, at the class certification hearing, testimonial or documentary evidence, attorney statements, or attorney arguments relating to class action claims against Morgan.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

                                                    *s/ Christine Lipsey*
                                                    Christine Lipsey (LA Bar Roll # 1182), T.A.
                                                    Dan E. West (LA Bar Roll #13372)
                                                    Kaye C. Templet (LA Bar Roll #27983)
                                                    Amanda S. Stout (LA Bar Roll #29001)
                                                    One American Place, 14th Floor
                                                    Baton Rouge, LA 70825
                                                    Telephone: (225) 383-9000
                                                    clipsey@mcglinchey.com
                                                    dwest@mcglinchey.com
                                                    ktemplet@mcglinchey.com
                                                    astout@mcglinchey.com

                                        ***Attorneys for Morgan Buildings & Spas, Inc.***
                                        ***and Morgan Building Systems, Inc.***

## CERTIFICATE OF SERVICE

I certify that, on October 21, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

                                                    *s/ Christine Lipsey*
                                                    Christine Lipsey

309858.1