UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PLAINTIFFS' LIST OF PROPOSED
CLASS REPRESENTATIVES

NOW INTO COURT come undersigned counsel for the Plaintiffs' Steering Committee (PSC), who, on behalf of the proposed plaintiff class herein and pursuant to the Court's directive in paragraph 3 of Pretrial Order No. 16 (Doc. 658), file the attached list of individuals as proposed plaintiff class representatives [Attachment I].

Respectfully submitted:

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com


EXHIBIT A

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471

Donovan Delone
Pamela Benoit O/B/O
Christopher Benoit
Shontay Fontenot O/B/O
Hailey Fontenot
Shontay Fontenot O/B/O Justin
Fontenot
Shontay Fontenot O/B/O
Jonathan Fontenot Jr.

Brian Darby Sr. O/B/O Brian
Darby Jr.
John J. Adams


Betty Thomas
Courtney Alfred O/B/O
Christopher Thomas
Juanita Bridges
Kevin Bland
Joycelyn Beasley O/B/O
Heavenly A. Beasley

Edward A. Ballet III O/B/O
Derell Ballet
Edward A. Ballet III O/B/O
Egypt Ballet
LaTonya London O/B/O
Derrell Madison
LaTonya London O/B/O
Darrell Madison
LaTonya London O/B/O
Darren Madison
Rommel E. Griffin
Hazel K. Heeching
Keena Magee O/B/O Kierra
Wilson
Letechela Acker O/B/O
Dakyre Smith
Carrie LeBeau
Adrina N. McCray O/B/O
Kody Wood
Adrina N. McCray
Kendra Battie O/B/O D'Asia
Battie
David W. Semien Sr.
Sandra Semien O/B/O Danielle
Semien
David Semien Jr.
Joanette L. Williams O/B/O
George L. Williams

Lakeesha N. Lightell O/B/O
Jazlyn N. Lightell
Lakeesha N. Lightell O/B/O
Donovan Lightell
Sylvia J. Keyes
Stephen A. Alfonso
Elisha Dubuclet O/B/O
Timia Dubuclet
Barbara A. Dillon
Nicole Esposito
Mary Harris
Margarita Solis
Marcelio Ayala
Johnny White
Thomas Anthony Bergens

Trina Brown
George Posey
Lillian A. Foley
Lillian A. Foley O/B/O
Samuel Foley
Brittney Miller
Libby Sylve O/B/O Hailey N.
Sylve
Libby L. Sylve
Stephanie G. Pujol
Renay Marie Gardner
Veronda Barnes O/B/O
Jasmine Barnes
Angela Sullivan O/B/O
Brenden Sullivan
Randy J. Bradford
Kendra S. Vason O/B/O
Tryone Battle
Portia Bradford
Trichonda Green
Corey Davis
Dione Davis o/b/o Trinity
Guesnon
Shane Baker o/b/o Shane
Baker
Rayfield Robinson Jr.
Leroy Hargrove Jr.
Jerome A. Culler o/b/o Joan
R. Culler (deceased)

Jerome A. Culler

Damian J. Hargrove o/b/o
Damian J Hargrove Jr.

Douglas Hill III
Constance Jordan o/b/o
Bronica Jordan
Cherish Stephens
Edward Ballet III o/b/o
Edward Ballet IV
Alvin Williby Sr. o/b/o
Sandra Williby (deceased)

Sherry Trollinger mother
with power of attorney o/b/o
Michael Davis
Barry P. Dominguez
Betty White o/b/o Erin
McConnel
Lantonya London o/b/o
Edbony London
Rose Lee Bright
Joanette Williams o/b/o
George L. Williams
Maria Parker o/b/o Tyler
Ardoin
Simone Frank
Jaqueline Dedeaux
Shelia Smith o/b/o Michael
C. Tracy
Joseph C. Jack Jr.
Crystal L. Gumm
Shelia Gordon
Thelma H. Howard
Penny M. Robertson
Penny M. Robertson o/b/o
Mercedez Robertson

Natley Mitchell
Linda Davis
Centra Myers
Amaris McGallon
Craig Ray Sr.
Marcie Beverly
Glenda Moreland
Shirley A. Sinclair
Faye Williams
Ella Flowers
Enna Williams
Sandra Anderson
Percy Evans
Peter Daunoy III
Linda Maydonado-West

