UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO ALL CASES | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF BANKRUPTCY FOR PATRIOT HOMES, INC., *et al*.

PLEASE TAKE NOTICE that on the 28th day of September, 2008, the United States Bankruptcy Court for the Northern District of Indiana, South Bend Division, entered Orders for Relief under title 11 of chapter 11 of the United States Code in each of the following cases:

Patriot Homes, Inc., Case No. 08-33347-hcd

Patriot Sales, Inc., Case No. 08-33348-hcd

Patriot Acceptance Corporation, Case No. 08-33349-hcd

Patriot Manufacturing Inc., Case No. 08-33350-hcd

Patriot Asset Protection, Inc., Case No. 08-33351-hcd

Patriot Texas Mfg Limited, Inc., Case No. 08-33352-hcd

Patriot General, Inc., Case No. 08-33353-hcd

Patriot Homes of Texas, L.P., Case No. 08-33354-hcd

(collectively, the "Debtors"). The Debtors' chapter 11 cases are being jointly administered under Case No. 08-33347-hcd. A copy of the voluntary petitions for Patriot Homes, Inc. (named defendant in the Administrative Master Complaint, Doc. 109, and Pujol Complaint,

Doc. 1 of the USDC, Eastern District, Docket No. 08-3217), Patriot Manufacturing, Inc., and Patriot Homes of Texas, L.P. (named defendants in the Second Supplemental and Amending Administrative Master Complaint, Doc. 722 and Second Supplemental and Amending Pujol Complaint, Doc. 721) are attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362(a), the Debtors' filing of voluntary petitions operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtors (I) that was or could have been commenced before the commencement of the Debtors' cases or (ii) to recover a claim against the Debtors that arose before the commencement of the Debtors' cases; (b) the enforcement, against the Debtors or against any property of the Debtors' bankruptcy estates, of a judgment obtained before the commencement of the Debtors' cases; or (c) any act to obtain possession of property of or from the Debtors' bankruptcy estates, or to exercise control over property of the Debtors' bankruptcy estates.

Respectfully submitted:
VOORHIES & LABBÉ
(A Professional Law Corporation)


/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Patriot Homes, Inc., Patriot Manufacturing, Inc., and Patriot Homes of Texas, L.P.
E-Mail: lpd@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2008, a copy of Patriot's Suggestion of Bankruptcy was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

        Respectfully submitted:
        VOORHIES & LABBÉ
        (A Professional Law Corporation)


        /s/ Lamont P. Domingue
        Lamont P. Domingue - #20787
        Post Office Box 3527
        700 St. John Street
        Lafayette, Louisiana 70502-3527
        Telephone: (337) 232-9700
        ATTORNEYS FOR Patriot Homes, Inc., Patriot Manufacturing, Inc., and Patriot Homes of Texas, L.P.
        E-Mail: lpd@volalaw.com

386912