Exhibit A

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patriot Homes, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-2055922** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10440 CR 2<br>Middlebury, IN**<br>ZIP Code **46540** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Elkhart** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities,
check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
■ Single Asset Real Estate as defined
in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization
under Title 26 of the United States
Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition
of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition
of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts,
defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for
a personal, family, or household purpose."
■ Debts are primarily
business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must
attach signed application for the court's consideration certifying that the debtor
is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must
attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed
to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more
classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,
there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                                          **Page 2**

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patriot Homes, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  <br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)  <br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  <br><br>X _____  <br>    Signature of Attorney for Debtor(s)            (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patriot Homes, Inc.** |

<div align="center">Signatures</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
    Signature of Debtor

X _____
    Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
    Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X   /S/ Paul F. Donahue
_____
Signature of Attorney for Debtor(s)

**Paul F. Donahue ; S. Nylen ; H. Goldstein**
Printed Name of Attorney for Debtor(s)

**Bell, Boyd & Lloyd LLP**
Firm Name

**Three First National Plaza**
**70 W Madison, Suite 3100**
**Chicago, IL 60602**
Address

**312-372-1121**
Telephone Number

**September 28, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X   /S/ Samuel V. Weinder
_____
Signature of Authorized Individual

**/s/ Samuel V. Weidner**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**September 28, 2008**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Patriot Homes, Inc.** _____,    Case No. _____

Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Patriot Acceptance Corporation** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Asset Protection, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot General, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Homes of Texas, L.P.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Manufacturing, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Sales, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Texas Mfg. Limited, Inc.** | | **09/28/08** |
| | **Affiliate** | |

## RESOLUTION OF BOARD OF DIRECTORS OF
## PATRIOT HOMES, INC.

As of this 28th day of September, 2008, the members constituting a majority of the votes of a quorum of the board of directors (the "Board of Directors") of Patriot Homes, Inc., an Indiana corporation (the "Corporation"), took the following actions and adopted the following resolutions:

WHEREAS, the Board of Directors reviewed and considered the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's businesses; and

WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

**I.      Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other parties in interest, that the Corporation file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;

RESOLVED FURTHER, that the officers of the Corporation be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists and other papers or documents and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED FURTHER, that the officers of the Corporation be, and they hereby are, authorized and directed to employ the law firm of Bell, Boyd & Lloyd LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the

chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of Bell, Boyd & Lloyd LLP;

## II.   Further Actions and Prior Actions

RESOLVED FURTHER, that the officers of the Corporation be, and hereby are, authorized and empowered, in the name of and on behalf of the Corporation to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

\* \* \* \* \*

2

## CERTIFICATE

The undersigned, Samuel V. Weidner, Sr., President and CEO of Patriot Homes, Inc. (the "Corporation"), an Indiana corporation, hereby certifies as follows:

1. I am the duly qualified President and CEO of the Corporation and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Corporation.

2. Attached hereto is a true, complete and correct copy of the resolution of the Board of Directors of the Corporation, duly adopted at a properly convened meeting of the Board of Directors on September 28, 2008, by the members constituting a majority of the votes of the quorum of the directors there present, in accordance with the bylaws of the Corporation.

3. Such resolution has not been amended, altered, annulled, rescinded or revoked and is in full force and effect as of the date hereof.  There exists no other subsequent resolution of the Board of Directors of the Corporation relating to the matters set forth in the resolution attached hereto.

<div style="text-align:right">

/s/ Samuel V. Weidner
Samuel V. Weidner, Sr.
President and CEO

</div>

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT HOMES, INC., *et al.*,[1] | ) | Case No. 08-_____ |
| | ) | |
| Debtors and Debtors in Possession. | ) | (Joint Administration Pending) |
| _____ | ) | |

**CONSOLIDATED LIST OF CREDITORS HOLDING**
**THE 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors (collectively, the "*Debtors*") each filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "*Consolidated List*") based on the Debtors' book and records as of approximately September 22, 2008. The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set for in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| (1)<br>Name of Creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Universal Forest Products | 33373 Treasury Center Chicago, IL 60694 | Trade Debt | | $641,532 |

---

[1]   The Debtors are the following entities: Patriot Homes, Inc. ("*Patriot*"), Patriot Homes of Texas, L.P. ("*Patriot Homes of Texas*"), Patriot Sales, Inc. ("*Patriot Sales*"), Patriot Manufacturing Inc. ("*Patriot Manufacturing*"), Patriot Acceptance Corporation ("*Patriot Acceptance*"), Patriot Asset Protection, Inc. ("*Patriot Asset*"), Patriot General, Inc. ("*Patriot General*"), and Patriot Texas Mfg. Limited, Inc. ("*Patriot Mfg*").

| Bennett Truck Transport | P.O. Box 100005 McDonough, GA 30253 | Trade Debt | | $498,995 |
|---|---|---|---|---|
| General Electric Company | P.O. Box 640506 Pittsburgh, PA 15264 | Trade Debt | | $429,131 |
| Crane Plastics Siding LLC | P.O. Box 712139 Cincinnati, OH 45271 | Trade Debt | | $221,315 |
| Ice Miller | P.O. Box 663633 Indianapolis, IN 46282 | Legal Fees | | $211,450 |
| BBC Distribution LLC | P.O. Box 1056 Elkhart, IN 46517 | Trade Debt | | $210,153 |
| Patrick Industries Inc. | P.O. Box 638 Elkhart, IN 46516 | Trade Debt | | $168,243 |
| Alpha Systems, Inc. | 5120 Beck Dr. Elkhart, IN 46516 | Trade Debt | | $160,842 |
| Odyssey Group LLC | Charlotte NC 28290 | Trade Debt | | $160,739 |
| Ames of Indiana, Inc. | 3933 E. Jackson Blvd. Elkhart, IN 46516 | Trade Debt | | $147,948 |
| Shaw Industries Inc. | P.O. Box 100232 Atlanta, GA 30384 | Trade Debt | | $143,057 |
| Home Depot Credit Services | P.O. Box 6031 The Lakes, NV 88901 | Trade Debt | | $139,638 |
| Clayton Homes | P.O. Box 407 Maryville, TN 37802 | Trade Debt | | $134,122 |
| Basic Components, Inc. | P.O. Box 962020 Fort Worth, TX 75702 | Trade Debt | | $122,250 |
| Continental Axle Products | P.O. Box 71-4133 Columbus, OH 43271 | Trade Debt | | $119,604 |
| Paco Steel & Engineering | P.O. Box 60600 Los Angeles, CA 90060 | Trade Debt | | $113,869 |
| Global Asset Protection | | Trade Debt | | $109,665 |
| Assurant/American Bankers | | Trade Debt | | $100,000 |
| Nordyne, Inc. | P.O. Box 803913 Kansas City, MO 64180 | Trade Debt | | $91,821 |
| Ikon Financial Services | P.O. Box 740541 Atlanta, GA 30374 | Trade Debt | | $88,067 |
| Esco Laminating-Texas Inc. | Sink Hole Road P.O. Box 1026 Douglas, GA 31534 | Trade Debt | | $80,742 |
| Senco Products, Inc. | 4091 Paysphere Circle Chicago, IL 60674 | Trade Debt | | $69,501 |
| Dave Carter & Assoc (TX) | P.O. Box 934842 Atlanta, GA 31193 | Trade Debt | | $68,754 |
| Middlebury Harwood Prod | P.O. Box 1429 Middlebury, IN 46540 | Trade Debt | | $68,305 |

| State Water Heaters | 12610 Collection Center Chicago, IL 60693 | Trade Debt | | $67,748 |
|---|---|---|---|---|
| Kinro, Inc. | 4381 Green Oaks Blvd., W. Suite 200 Arlington, TX 76016 | Trade Debt | | $67,174 |
| Union Corrugating Co. | P.O. Box 1848 Fayetteville, NC 28302 | Trade Debt | | $66,750 |
| Service Supply Distribution | P.O. Box 749 Cordele, GA 31010 | Trade Debt | | $63,654 |
| County Line Machine | P.O. Drawer 520 Phil Campbell, AL 35581 | Trade Debt | | $60,418 |
| Mikbrady Homes, Inc. | 11200 JB Road Blackhawk, SD 57783 | Trade Debt | | $60,179 |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Samuel V. Weidner, Sr., the duly qualified and elected President and Chief Executive Officer of Patriot Homes, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: September 28, 2008                           /s/ Samuel V. Weidner _____
                                                    Samuel V. Weidner, Sr.

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patriot Manufacturing Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**35-1283265** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10440 CR 2**<br>**Middlebury, IN**<br><div align="right">ZIP Code **46540**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Elkhart** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>■ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13      of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,   ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as        business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors on consolidated basis

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets on consolidated basis

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities on consolidated basis

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ■<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08)                                                                        Page 2

| **Voluntary Petition** <br><br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Patriot Manufacturing Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br>      Signature of Attorney for Debtor(s)           (Date) |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br>    ☐ Yes, and Exhibit C is attached and made a part of this petition. <br>    ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) <br>    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. <br> If this is a joint petition: <br>    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** <br> (Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. <br> ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. <br> ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** <br> (Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) <br><br>        _____ <br>        (Name of landlord that obtained judgment) <br><br><br>        _____ <br>        (Address of landlord) <br><br> ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and <br> ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. <br> ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(1/08)                                                                                                   Page 3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Patriot Manufacturing Inc.** |

<div align="center">

**Signatures**

</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |

X  /s/ Paul F. Donahue
_____
Signature of Attorney for Debtor(s)

**Paul F. Donahue; S. Nylen; H. Goldstein**
_____
Printed Name of Attorney for Debtor(s)

**Bell, Boyd & Lloyd LLP**
_____
Firm Name

**Three First National Plaza
70 W Madison, Suite 3100
Chicago, IL 60602**
_____
Address

**312-372-1121**
_____
Telephone Number

**September 28, 2008**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

| **Signature of Debtor (Corporation/Partnership)** | |

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Samuel V. Weinder
_____
Signature of Authorized Individual

**Samuel V. Weinder**
_____
Printed Name of Authorized Individual

**President and CEO**
_____
Title of Authorized Individual

**September 28, 2008**
_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **Patriot Manufacturing Inc.**                           Case No. _____

                                                                     Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Patriot Acceptance Corporation** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Asset Protection, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot General, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Homes of Texas, L.P.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Homes, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Sales, Inc.** | | **09/28/08** |
| | **Affiliate** | |
| **Patriot Texas Mfg. Limited, Inc.** | | **09/28/08** |
| | **Affiliate** | |

## RESOLUTION OF BOARD OF DIRECTORS OF
## PATRIOT MANUFACTURING INC.

As of this 28th day of September, 2008, the members constituting a majority of the votes of a quorum of the board of directors (the "Board of Directors") of Patriot Manufacturing Inc., an Indiana corporation (the "Corporation"), took the following actions and adopted the following resolutions:

> WHEREAS, the Board of Directors reviewed and considered the materials presented by the management and the financial and legal advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's businesses; and

> WHEREAS, the Board of Directors has had the opportunity to consult with the management and the financial and legal advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

I.    **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

> NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of the Corporation, its creditors, stockholders and other parties in interest, that the Corporation file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;

> RESOLVED FURTHER, that the officers of the Corporation be, and they hereby are, authorized to execute and file on behalf of the Corporation all petitions, schedules, lists and other papers or documents and to take any and all action that they deem necessary or proper to obtain such relief;

> RESOLVED FURTHER, that the officers of the Corporation be, and they hereby are, authorized and directed to employ the law firm of Bell, Boyd & Lloyd LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the officers of the Corporation are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the

chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of Bell, Boyd & Lloyd LLP;

**II.**     **Further Actions and Prior Actions**

RESOLVED FURTHER, that the officers of the Corporation be, and hereby are, authorized and empowered, in the name of and on behalf of the Corporation to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

\*   \*   \*   \*   \*

2

## CERTIFICATE

The undersigned, Samuel V. Weidner, Sr., President and CEO of Patriot Manufacturing Inc. (the "Corporation"), an Indiana corporation, hereby certifies as follows:

1.  I am the duly qualified President and CEO of the Corporation and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Corporation.

2.  Attached hereto is a true, complete and correct copy of the resolution of the Board of Directors of the Corporation, duly adopted at a properly convened meeting of the Board of Directors on September 28, 2008, by the members constituting a majority of the votes of the quorum of the directors there present, in accordance with the bylaws of the Corporation.

3.  Such resolution has not been amended, altered, annulled, rescinded or revoked and is in full force and effect as of the date hereof.  There exists no other subsequent resolution of the Board of Directors of the Corporation relating to the matters set forth in the resolution attached hereto.


/s/ Samuel V. Weidner
Samuel V. Weidner, Sr.
President and CEO

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT HOMES, INC., *et al.*,[1] | ) | Case No. 08-_____ |
| | ) | |
| Debtors and Debtors in Possession. | ) | (Joint Administration Pending) |
| _____ | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## THE 30 LARGEST UNSECURED CLAIMS

The above-captioned debtors (collectively, the "*Debtors*") each filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.  The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "*Consolidated List*") based on the Debtors' book and records as of approximately September 22, 2008.  The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases.  The Consolidated List does not include (1) persons who come within the definition of "insider" set for in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List.  The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.  The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| (1)<br>Name of Creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Universal Forest Products | 33373 Treasury Center Chicago, IL 60694 | Trade Debt | | $641,532 |

---

[1]    The Debtors are the following entities:  Patriot Homes, Inc. ("*Patriot*"), Patriot Homes of Texas, L.P. ("*Patriot Homes of Texas*"), Patriot Sales, Inc. ("*Patriot Sales*"), Patriot Manufacturing Inc. ("*Patriot Manufacturing*"), Patriot Acceptance Corporation ("*Patriot Acceptance*"), Patriot Asset Protection, Inc. ("*Patriot Asset*"), Patriot General, Inc. ("*Patriot General*"), and Patriot Texas Mfg. Limited, Inc. ("*Patriot Mfg*").

| | | | | |
|---|---|---|---|---|
| Bennett Truck Transport | P.O. Box 100005 McDonough, GA 30253 | Trade Debt | | $498,995 |
| General Electric Company | P.O. Box 640506 Pittsburgh, PA 15264 | Trade Debt | | $429,131 |
| Crane Plastics Siding LLC | P.O. Box 712139 Cincinnati, OH 45271 | Trade Debt | | $221,315 |
| Ice Miller | P.O. Box 663633 Indianapolis, IN 46282 | Legal Fees | | $211,450 |
| BBC Distribution LLC | P.O. Box 1056 Elkhart, IN 46517 | Trade Debt | | $210,153 |
| Patrick Industries Inc. | P.O. Box 638 Elkhart, IN 46516 | Trade Debt | | $168,243 |
| Alpha Systems, Inc. | 5120 Beck Dr. Elkhart, IN 46516 | Trade Debt | | $160,842 |
| Odyssey Group LLC | Charlotte NC 28290 | Trade Debt | | $160,739 |
| Ames of Indiana, Inc. | 3933 E. Jackson Blvd. Elkhart, IN 46516 | Trade Debt | | $147,948 |
| Shaw Industries Inc. | P.O. Box 100232 Atlanta, GA 30384 | Trade Debt | | $143,057 |
| Home Depot Credit Services | P.O. Box 6031 The Lakes, NV 88901 | Trade Debt | | $139,638 |
| Clayton Homes | P.O. Box 407 Maryville, TN 37802 | Trade Debt | | $134,122 |
| Basic Components, Inc. | P.O. Box 962020 Fort Worth, TX 75702 | Trade Debt | | $122,250 |
| Continental Axle Products | P.O. Box 71-4133 Columbus, OH 43271 | Trade Debt | | $119,604 |
| Paco Steel & Engineering | P.O. Box 60600 Los Angeles, CA 90060 | Trade Debt | | $113,869 |
| Global Asset Protection | | Trade Debt | | $109,665 |
| Assurant/American Bankers | | Trade Debt | | $100,000 |
| Nordyne, Inc. | P.O. Box 803913 Kansas City, MO 64180 | Trade Debt | | $91,821 |
| Ikon Financial Services | P.O. Box 740541 Atlanta, GA 30374 | Trade Debt | | $88,067 |
| Esco Laminating-Texas Inc. | Sink Hole Road P.O. Box 1026 Douglas, GA 31534 | Trade Debt | | $80,742 |
| Senco Products, Inc. | 4091 Paysphere Circle Chicago, IL 60674 | Trade Debt | | $69,501 |
| Dave Carter & Assoc (TX) | P.O. Box 934842 Atlanta, GA 31193 | Trade Debt | | $68,754 |
| Middlebury Harwood Prod | P.O. Box 1429 Middlebury, IN 46540 | Trade Debt | | $68,305 |

| State Water Heaters | 12610 Collection Center Chicago, IL 60693 | Trade Debt | | $67,748 |
|---|---|---|---|---|
| Kinro, Inc. | 4381 Green Oaks Blvd., W. Suite 200 Arlington, TX 76016 | Trade Debt | | $67,174 |
| Union Corrugating Co. | P.O. Box 1848 Fayetteville, NC 28302 | Trade Debt | | $66,750 |
| Service Supply Distribution | P.O. Box 749 Cordele, GA 31010 | Trade Debt | | $63,654 |
| County Line Machine | P.O. Drawer 520 Phil Campbell, AL 35581 | Trade Debt | | $60,418 |
| Mikbrady Homes, Inc. | 11200 JB Road Blackhawk, SD 57783 | Trade Debt | | $60,179 |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Samuel V. Weidner, Sr., the duly qualified and elected President and Chief Executive Officer of Patriot Homes, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: September 28, 2008                                          /s/ Samuel V. Weidner
                                                                   Samuel V. Weidner, Sr.

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Indiana | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Patriot Homes of Texas, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**74-2803366** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10440 CR 2**<br>**Middlebury, IN**<br><div align=right>ZIP Code<br>**46540**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align=right>ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Elkhart** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align=right>ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."    ■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed<br>to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more<br>classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors on consolidated basis

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets on consolidated basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities on consolidated basis

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(1/08)                                                                                                 Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Patriot Homes of Texas, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location <br> Where Filed:   **- None -** | Case Number: | Date Filed: |
| Location <br> Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> **See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X _____ <br>     Signature of Attorney for Debtor(s)              (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____

          (Name of landlord that obtained judgment)

          _____

          (Address of landlord)

   ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Patriot Homes of Texas, L.P.** |

<div align="center">Signatures</div>

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ Paul F. Donahue
_____
Signature of Attorney for Debtor(s)

**Paul F. Donahue; S. Nylen; H. Goldstein**
Printed Name of Attorney for Debtor(s)

**Bell, Boyd & Lloyd LLP**
Firm Name

**Three First National Plaza
70 W Madison, Suite 3100
Chicago, IL 60602**

Address

**312-372-1121**
Telephone Number

**September 28, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Samuel V. Weidner
_____
Signature of Authorized Individual

**Samuel V. Weidner**
Printed Name of Authorized Individual

**President and CEO**
Title of Authorized Individual

**September 28, 2008**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re     **Patriot Homes of Texas, L.P.** _____,     Case No. _____

                                            Debtor

# FORM 1. VOLUNTARY PETITION
## <u>Pending Bankruptcy Cases Filed Attachment</u>

| <u>Name of Debtor / District</u> | <u>Case No. / Relationship</u> | <u>Date Filed / Judge</u> |
|---|---|---|
| **Patriot Acceptance Corporation** | **Affiliate** | **09/28/08** |
| **Patriot Asset Protection** | **Affiliate** | **09/28/08** |
| **Patriot General, Inc.** | **Affiliate** | **09/28/08** |
| **Patriot Homes, Inc.** | **Affiliate** | **09/28/08** |
| **Patriot Manufacturing, Inc.** | **Affiliate** | **09/28/08** |
| **Patriot Sales, Inc.** | **Affiliate** | **09/28/08** |
| **Patriot Texas Mfg. Limited, Inc.** | **Affiliate** | **09/28/08** |

## RESOLUTION OF GENERAL PARTNER OF
## PATRIOT HOMES OF TEXAS, L.P.

As of this 28th day of September, 2008, the General Partner (the "Partner") of Patriot Homes of Texas, L.P., a Texas Partnership (the "Partnership"), took the following actions and adopted the following resolutions:

WHEREAS, the Partner reviewed and considered the materials presented by the management and the financial and legal advisors of the Partnership regarding the liabilities and liquidity situation of the Partnership, the strategic alternatives available to it, and the impact of the foregoing on the Partnership's businesses; and

WHEREAS, the Partner has had the opportunity to consult with the management and the financial and legal advisors of the Partnership and fully consider each of the strategic alternatives available to the Partnership;

**I.     Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code**

NOW, THEREFORE, BE IT RESOLVED, that in the judgment of the Partner, it is desirable and in the best interests of the Partnership, its creditors, partners and other parties in interest, that the Partnership file or cause to be filed voluntary petitions for relief under the provisions of chapter 11 of title 11 of the United States Code;

RESOLVED FURTHER, that the officers of the Partnership be, and they hereby are, authorized to execute and file on behalf of the Partnership all petitions, schedules, lists and other papers or documents and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED FURTHER, that the officers of the Partnership be, and they hereby are, authorized and directed to employ the law firm of Bell, Boyd & Lloyd LLP as general bankruptcy counsel to represent and assist the Partnership in carrying out its duties under title 11 of the United States Code, and to take any and all actions to advance the Partnership's rights and obligations, including filing any pleadings; and in connection therewith, the officers of the Partnership are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and to cause to be filed an appropriate application for authority to retain the services of Bell, Boyd & Lloyd LLP;

II.    **Further Actions and Prior Actions**

RESOLVED FURTHER, that the officers of the Partnership be, and hereby are, authorized and empowered, in the name of and on behalf of the Partnership to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each, in his/her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and

RESOLVED FURTHER, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Partnership, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

*   *   *   *   *

**CERTIFICATE**

The undersigned, Samuel V. Weidner, Sr., President and CEO of Patriot Homes of Texas, L.P. (the "Partnership"), a Texas Limited Partnership, hereby certifies as follows:

1. I am the duly qualified President and CEO of the Partnership and, as such, I am familiar with the facts herein certified and I am duly authorized to certify the same on behalf of the Partnership.

2. Attached hereto is a true, complete and correct copy of the resolution of the General Partner of the Partnership, duly adopted on September 28, 2008, in accordance with the First Amended and Restated Agreement of Limited Partnership of Patriot Homes of Texas, L.P.

3. Such resolution has not been amended, altered, annulled, rescinded or revoked and is in full force and effect as of the date hereof.  There exists no other subsequent resolution of the General Partner relating to the matters set forth in the resolution attached hereto.


/s/ Samuel V. Weidner_____
Samuel V. Weidner, Sr.
President and CEO

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PATRIOT HOMES, INC., *et al.*,[1] | ) | Case No. 08-_____ |
| | ) | |
| Debtors and Debtors in Possession. | ) | (Joint Administration Pending) |
| _____ | ) | |

**CONSOLIDATED LIST OF CREDITORS HOLDING**
**THE 30 LARGEST UNSECURED CLAIMS**

The above-captioned debtors (collectively, the "*Debtors*") each filed a petition in the Court for relief under chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "*Consolidated List*") based on the Debtors' book and records as of approximately September 22, 2008. The Consolidated List is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set for in 11 U.S.C. § 101(31), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the Consolidated List. The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| (1)<br>Name of Creditor | (2)<br>Name, telephone number and complete mailing address, including zip code of employee, agents or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contracts, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to set off | (5)<br>Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| Universal Forest Products | 33373 Treasury Center Chicago, IL 60694 | Trade Debt | | $641,532 |

---

[1]   The Debtors are the following entities:  Patriot Homes, Inc. ("*Patriot*"), Patriot Homes of Texas, L.P. ("*Patriot Homes of Texas*"), Patriot Sales, Inc. ("*Patriot Sales*"), Patriot Manufacturing Inc. ("*Patriot Manufacturing*"), Patriot Acceptance Corporation ("*Patriot Acceptance*"), Patriot Asset Protection, Inc. ("*Patriot Asset*"), Patriot General, Inc. ("*Patriot General*"), and Patriot Texas Mfg. Limited, Inc. ("*Patriot Mfg*").

| | | | | |
|---|---|---|---|---|
| Bennett Truck Transport | P.O. Box 100005 McDonough, GA 30253 | Trade Debt | | $498,995 |
| General Electric Company | P.O. Box 640506 Pittsburgh, PA 15264 | Trade Debt | | $429,131 |
| Crane Plastics Siding LLC | P.O. Box 712139 Cincinnati, OH 45271 | Trade Debt | | $221,315 |
| Ice Miller | P.O. Box 663633 Indianapolis, IN 46282 | Legal Fees | | $211,450 |
| BBC Distribution LLC | P.O. Box 1056 Elkhart, IN 46517 | Trade Debt | | $210,153 |
| Patrick Industries Inc. | P.O. Box 638 Elkhart, IN 46516 | Trade Debt | | $168,243 |
| Alpha Systems, Inc. | 5120 Beck Dr. Elkhart, IN 46516 | Trade Debt | | $160,842 |
| Odyssey Group LLC | Charlotte NC 28290 | Trade Debt | | $160,739 |
| Ames of Indiana, Inc. | 3933 E. Jackson Blvd. Elkhart, IN 46516 | Trade Debt | | $147,948 |
| Shaw Industries Inc. | P.O. Box 100232 Atlanta, GA 30384 | Trade Debt | | $143,057 |
| Home Depot Credit Services | P.O. Box 6031 The Lakes, NV 88901 | Trade Debt | | $139,638 |
| Clayton Homes | P.O. Box 407 Maryville, TN 37802 | Trade Debt | | $134,122 |
| Basic Components, Inc. | P.O. Box 962020 Fort Worth, TX 75702 | Trade Debt | | $122,250 |
| Continental Axle Products | P.O. Box 71-4133 Columbus, OH 43271 | Trade Debt | | $119,604 |
| Paco Steel & Engineering | P.O. Box 60600 Los Angeles, CA 90060 | Trade Debt | | $113,869 |
| Global Asset Protection | | Trade Debt | | $109,665 |
| Assurant/American Bankers | | Trade Debt | | $100,000 |
| Nordyne, Inc. | P.O. Box 803913 Kansas City, MO 64180 | Trade Debt | | $91,821 |
| Ikon Financial Services | P.O. Box 740541 Atlanta, GA 30374 | Trade Debt | | $88,067 |
| Esco Laminating-Texas Inc. | Sink Hole Road P.O. Box 1026 Douglas, GA 31534 | Trade Debt | | $80,742 |
| Senco Products, Inc. | 4091 Paysphere Circle Chicago, IL 60674 | Trade Debt | | $69,501 |
| Dave Carter & Assoc (TX) | P.O. Box 934842 Atlanta, GA 31193 | Trade Debt | | $68,754 |
| Middlebury Harwood Prod | P.O. Box 1429 Middlebury, IN 46540 | Trade Debt | | $68,305 |

| State Water Heaters | 12610 Collection Center Chicago, IL 60693 | Trade Debt | | $67,748 |
|---|---|---|---|---|
| Kinro, Inc. | 4381 Green Oaks Blvd., W. Suite 200 Arlington, TX 76016 | Trade Debt | | $67,174 |
| Union Corrugating Co. | P.O. Box 1848 Fayetteville, NC 28302 | Trade Debt | | $66,750 |
| Service Supply Distribution | P.O. Box 749 Cordele, GA 31010 | Trade Debt | | $63,654 |
| County Line Machine | P.O. Drawer 520 Phil Campbell, AL 35581 | Trade Debt | | $60,418 |
| Mikbrady Homes, Inc. | 11200 JB Road Blackhawk, SD 57783 | Trade Debt | | $60,179 |

## DECLARATION UNDER PENALTY
## OF PERJURY ON BEHALF OF CORPORATION

Pursuant to 28 U.S.C. § 1746, I, Samuel V. Weidner, Sr., the duly qualified and elected President and Chief Executive Officer of Patriot Homes, Inc., declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding the 30 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Dated: September 28, 2008                              /s/ Samuel V. Weidner_____
                                                        Samuel V. Weidner, Sr.