UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO THE ADMINISTRATIVE MASTER COMPLAINT AND TO ALL CASES | ) ) ) ) | MAG. JUDGE ROBY |

### THE NEWLY ADDED DEFENDANTS' MOTION TO DISMISS
### SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and SunRay Investments, LLC (the "Newly Added Defendants") hereby file this motion to dismiss the Second Supplemental and Amended Master Complaint (Rec. Doc. 722) ("Amended AMC").[1] As its basis for this motion, the Newly Added Defendants are filing herewith a Memorandum in Support of Motion to Dismiss which is incorporated by reference.[2] In further support of the Motion to Dismiss, the Newly Added Defendants state as follows:

1. First, as a threshold matter, Plaintiffs have failed to satisfy their burden of establishing Article III standing against the Newly Added Defendants, and thus this Court does not have subject matter jurisdiction over Plaintiffs' claims against the Newly Added Defendants.

---

[1] The Newly Added Defendants also respectfully submit this motion to dismiss as to the substantively identical Plaintiffs' Second Supplemental and Amended Complaint (Rec. Doc. 721) in *Pujol v. The United States of America*, No. 08-3217.

[2] This motion to dismiss is filed without prejudice to the Newly Added Defendant's motion to reconsider, or in the alternative, certify for interlocutory appeal.

01705290.1

2.     Second, the named Plaintiffs have improperly joined whatever individual claim each may theoretically have against a defendant with claims that other plaintiffs may or may not have against other defendants and have failed to demonstrate any common evidentiary link between either Plaintiffs' claims or the Defendants.  Accordingly, the claims levied against the Newly Added Defendants solely as members of the "industry" should be dismissed.

3.     Third, the Newly Added Defendants assert, adopt and incorporate many standard Rule 12 defenses and expressly join in other such motions filed concurrently herewith, including:

- Failure to State a Claim Upon Which Relief May Be Granted;

- Failure of Service of Process;

- Insufficiency of Service of Process;

- Lack of Personal Jurisdiction;

- Improper Venue;

- Inconvenient Venue;

- Plaintiffs' "failure to warn" claim under the Louisiana Products Liability Act fails as a matter of law as to the manufactured housing defendants.  As Plaintiffs' counsel admits in the Amended AMC, HUD mandated a warning concerning formaldehyde exposure and promulgated the text of the warning in the Code of Federal Regulations.  Under *Federal Crop Ins. Corp. v. Merrill*, 332 U.S. 380 (1947), all persons are charged with constructive knowledge of the published federal laws, rules and regulations.  Under Louisiana Civil Code Article 5, no person may claim ignorance of the law.  Even if one or more of the Plaintiffs could demonstrate that there was no HUD-mandated warning posted in one of the manufactured houses, the Plaintiffs' claim of a failure to warn would still fail as a matter of law because they are charged with knowledge of the warning in any event because it is published in the Code of Federal Regulations.; and

- Federal Rule of Civil Procedure Rule 12(B) Preservation Lists Filed on Behalf of Existing Defendants.

2

01705290.1

WHEREFORE, for the reasons stated in the attached memorandum and by incorporation and adoption of the motions to dismiss filed by all other defendants, the Newly Added Defendants respectfully request that this Court dismiss the Newly Added Defendants from this action.

                                    Respectfully submitted,

                                    /s/ *James K. Carroll*
                                    James K. Carroll (#3898)
                                    One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                        */s/ James K. Carroll*
                        Of Counsel

01705290.1