# ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Second Supplemental and Amended Master Complaint ("Amended AMC") (Pacer Doc. # 722), pp. 4-8 | Does Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|
| Jessica R. Pujol | Pilgrim International, Inc. | No |
| Jill N. Pujol | Pilgrim International, Inc. | No |
| Joseph M. Pujol | Pilgrim International, Inc. | No |
| Stephanie G. Pujol | Pilgrim International, Inc. | No |
| Elizabeth Lisa Nguyen | Gulf Stream Coach, Inc. | No |
| Isabella Nichole Thomas | Gulf Stream Coach, Inc. | No |
| Phuong Kim Thomas | Gulf Stream Coach, Inc. | No |
| Sean Gary Thomas | Gulf Stream Coach, Inc. | No |
| Duran Battie, Sr. | Timberland RV Company d/b/a Adventure Mfg. | No |
| Joycelyn Beasley | Jayco, Inc. | No |
| Steven Beasley | Jayco, Inc. | No |
| Thomas Anthony Bergens | Starcraft RV, Inc. | No |
| L.C. Bingham | Cavalier Home Builders, Inc. | No |
| Barry Bourgeois | Gulf Stream Coach, Inc. | No |
| Jesse Brown | Heartland Recreational Vehicles, LLC | No |
| Trina Brown | Heartland Recreational Vehicles, LLC | No |
| Anthony Bruno, Jr. | Fleetwood | No |
| Patricia A. Burr | Morgan Building & Spas, Inc. and/or Morgan Building Systems, Inc. | No |
| LaRay Maurice Carey | Keystone RV Company | No |
| Jerome Culler | Gulf Stream Coach, Inc. | No |
| Dionne Davis | Gulf Stream Coach, Inc. | No |
| Dorothy Deal | Fleetwood | No |
| Heather Robertson-Durand | Fleetwood | No |
| Matthew Durand | Fleetwood | No |
| Teresa Certoma Femia | Starcraft RV, Inc. | No |
| Renay Marie Gardner | Pilgrim International, Inc. | No |
| Damon Gordon | Fleetwood | No |
| Shelia Gordon | Fleetwood | No |

**EXHIBIT ONE**

1

# ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Second Supplemental and Amended Master Complaint ("Amended AMC") (Pacer Doc. # 722), pp. 4-8 | Does Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|
| Latonya London | Coachmen Industries, Inc. and/or Coachmen Recreational Vehicle Company, LLC | No |
| Lakeesha Lightell | Stewart Park Homes | No |
| Lois Perkinson | Coachmen Industries, Inc. and/or Coachmen Recreational Vehicle Company, LLC | No |
| Ashley Peters | KZRV, LP | No |
| Joyce Peters | KZRV, LP | No |
| Salvador Peters, Jr. | KZRV, LP | No |
| Salvador Peters, Sr. | KZRV, LP | No |
| Trevor Raphiel | Travel Star by Starcraft | No |
| Lawrence Robertson | Monaco Coach Corporation | No |
| Penny Robertson | Monaco Coach Corporation | No |
| Carol Eleanor Salassi | *Plaintiff Not Listed in Proposed Amended AMC* | No |
| David Semien, Jr. | American Camper Manufacturing, LLC d/b/a Ameri-Camp | No |
| Sandra Semien | American Camper Manufacturing, LLC d/b/a Ameri-Camp | No |
| Eric Albert Smith | Pilgrim International, Inc. | No |
| Margaret Thomas | American Camper Manufacturing, LLC d/b/a Ameri-Camp | No |
| Alvin Williby, Sr. | Gulf Stream Coach, Inc. | No |
| Luann Workman | Gulf Stream Coach, Inc. | No |
| Letecheia Acker | Keystone RV Company | No |
| Sandra Anderson | River Birch Homes, LLC and/or River Birch Homes, LLC & Gulf Stream Coach, Inc. | No |
| Keena Magee | Forest River, Inc. | No |
| Charles Meschack | Coachmen | No |
| George Posey | Gulf Stream Coach, Inc. | No |
| Jerry Stewart | Lakeside Part Homes & Gulf Stream Coach, Inc. | No |

**EXHIBIT ONE**

01704728.2

## ORIGINAL PLAINTIFFS LISTED IN ADMINISTRATIVE MASTER COMPLAINT

| Plaintiff in Administrative Master Complaint ("AMC") (Pacer Doc. # 109) | Manufacturer listed for Plaintiff in Second Supplemental and Amended Master Complaint ("Amended AMC") (Pacer Doc. # 722), pp. 4-8 | Does Amended AMC allege that Plaintiff lived in a housing unit manufactured by any Newly Added Defendant? |
|---|---|---|
| Angela Wilkerson | Coachmen Industries, Inc. and/or Coachmen Recreational Vehicle Company, LLC | No |
| Cedric Wilkerson, Sr. | Coachmen Industries, Inc. and/or Coachmen Recreational Vehicle Company, LLC | No |
| Sylvia Keyes | Fleetwood | No |
| Betty White | Forest River, Inc. | No |
| Kellina Biddle | KZRV, LP | No |
| Adrina McCray | KZRV, LP | No |
| Ronald Morgan | KZRV, LP | No |
| Terra Morgan | KZRV, LP | No |
| David Semien, Sr. | American Camper Manufacturing, LLC d/b/a Americ-Camp | No |
| Brittney Stephens Miller | Dutchmen Manufacturing, Inc./Thor Industries, Inc. | No |
| Cherish Stephens | Dutchmen Manufacturing, Inc./Thor Industries, Inc. | No |
| Sherry Trollinger | Fleetwood | No |

**EXHIBIT ONE**

3

01704728.2