UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE ROBY |
| THIS DOCUMENT RELATES TO THE ADMINISTRATIVE MASTER COMPLAINT AND TO ALL CASES | | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and SunRay Investments, LLC (the "Newly Added Defendants") Motion to Dismiss Plaintiffs' Second Supplemental and Amended Administrative Master Complaint (Rec. Doc. 722) will be held on November 5, 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll (#3898)
One of the Attorneys for Newly Added Defendants

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

01705328.1

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

      I hereby certify that on October 21, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                */s/ James K. Carroll*
                                Of Counsel

01705328.1