# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| VERSUS | * | |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | MAGISTRATE ROBY |

**************************************************************************

### RULE 12(B) MOTION TO DISMISS

Defendant, ScotBilt Homes, Inc. ("ScotBilt"), which, for the reasons provided in the attached Memorandum in Support, moves to dismiss all of Plaintiffs' claims against it, as initially asserted in the Original Master Complaint (Rec. Doc. 109), First Supplemental and Amended Master Complaint (Rec. Doc. 379), and as amended in the Second Supplemental and Amended Master Complaint (Rec. Doc. 722).[1]  ScotBilt joins in and adopts the Motion and Arguments as filed by the co-defendants co-defendants CMH Manufacturing, Inc.; Southern Energy Homes, Inc.; Palm Harbor Homes, Inc.; Palm Harbor Albermarle, LLC; Giles Family Holdings, Inc.; and SunRay Investments, LLC filed in support of its Rule 12(b) Motions as if fully set forth at length herein (See Rec. Doc.

---

[1]  ScotBilt was initially dismissed from this action by Order dated August 1, 2008 (Rec. Doc. No. 604). ScotBilt files this motion in response to Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. Doc. No. 722).

747).   The arguments advanced therein are equally applicable to the newly added Plaintiff/class

representative that has asserted claims against ScotBilt - that being Ella Flowers.   Defendant also

reserves its right to assert all defenses raised in its Rule 12 preservation lists and to amend its Rule

12 preservation lists based upon the most recent amendment to the Amended Master Complaint and

*Pujol* lawsuits. Among the non-exclusive  issues raised by this motion are:

    1.    A lack of jurisdiction over the person pursuant to F.R.Civ.P. Rule 12(b)(2)

    2.    Improper Venue of this action pursuant to F.R.Civ.P. Rule 12(b)(3)

    3.    Insufficiency of Process pursuant to F.R.Civ.P. Rule 12(b)(4)

    4.    Insufficiency of Service of Process pursuant to F.R.Civ.P. Rule 12(b)(5)

    5.    Failure to state a claim for which relief may be granted pursuant to F.R.Civ.P. Rule 12(b)(6).

    WHEREFORE, ScotBilt Homes, Inc.  prays that this Court grant this Motion dismissing the Plaintiffs' claims against it in this action.[2]

    NIELSEN LAW FIRM, L.L.C.

    */s/ Thomas C. Pennebaker*
    THOMAS C. PENNEBAKER, LA.S.B. 24597
    WILLIAM R. DeJEAN, LA.S.B. 22762
    3838 N. Causeway Blvd., Suite 2850
    Metairie, Louisiana 70002
    Tel. (504) 837-2500
    Fax (504) 832-9165
    Email: tpennebaker@nielsenlawfirm.com
            wdejean@nielsenlawfirm.com
    Counsel for ScotBilt Homes, Inc.

---

[2]    Out of an abundance of caution, ScotBilt also moves to dismiss the claims asserted against it in the in the Original, First Amended, and Second Supplemental and Amended Complaint (Rec. Doc. 721) in the underlying action, *Pujol* v. *The United States of America,* No. 08-3217 adopting the reasons and argument set forth herein by reference for that action.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 21st day of October, 2008.

/s/   *Thomas C. Pennebaker*