UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| VERSUS | * | |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF HEARING OF SCOTBILT HOMES, INC.'S MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b).**

ScotBilt Homes, Inc. (hereafter "ScotBilt"), hereby gives notice that the Judge Englehardt will take up its Rule 12(b) Motion to Dismiss on November 5, 2008 at 9:30 a.m.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

/s/ Thomas C. Pennebaker
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500 / Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
Counsel for ScotBilt Homes, Inc.

1

CERTIFICATE OF SERVICE

    I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 21st day of October, 2008.

    /s/   Thomas C. Pennebaker