UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| VERSUS | * | |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | MAGISTRATE ROBY |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### PROPOSED ORDER ON SCOTBILT HOMES, INC.'S RULE 12(B) MOTION TO DISMISS

CONSIDERING the Rule 12 Motion to Dismiss filed by the Defendant, ScotBilt Homes, Inc. it is hereby ORDERED that the Motion is GRANTED and ScotBilt Homes, Inc. is dismissed from this proceeding.

Done and signed this _____ day of _____, 2008 in New Orleans, Louisiana.

                                                                                        _____
                                                                                        Judge Englehardt