OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 17  PM 3:26

LORETTA G. WHYTE
CLERK

Date: 10-17-08

IN RE: Fema Trailer Formaldehyde Product Liability Litigation.

vs.

The United States of America, ET AL

Case No. MDL 1873 Section N-4

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Alliance Homes, Inc. d/b/a Adrian Homes
   1. Hiller Spann (CEO)
   (address) P.O. Box 266 Adrian GA 31002

2. (name) Timberland RV Company, d/b/a Adventure Manufacturing
   (address) _____

3. (name) Champion Home Builders Co.
   (address) _____

4. (name) Heartland Recreational Vehicles, LLC.
   (address) _____

Hy-Line Enterprises, Inc.
Lexington Homes.
Townhomes, LLC.
Homes of Merit, Inc.
Play'Mor Trailers Inc.
Dreams R.V. Sales Inc.
SunnyBrook R.V. Inc.
Patriot Homes of Texas, L.P.
Patriot Manufacturing, Inc.

Very truly yours,

"Signature"
Attorney for Gerald E. Meunier
Address _____

Fee _____
Process 13 smo
Dktd _____
CtRmDep _____
Doc. No _____