OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 OCT 17 PM 3:26

LORETTA G. WHYTE
CLERK

Date: 10-17-08

Stephanie G. Pujol, ET AL

vs.

The United States Of America, ET AL

Case No. 08-3217 Section N-4

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Morgan Buildings & Spas, Inc.
   (address) 5615 Corporate Boulevard, Suite 4003
2. (name) Alliance Homes, Inc. d/b/a Adrian Homes
   (address) _____
3. (name) Timberland RV Company d/b/a Adventure Manufacturing
   (address) _____
   Cavrior Manufacturing, Inc.
4. (name) Champion Homebuilders Co.
   (address) _____

Patriot Home of Texas, L.P.
Heartland Recreational Vehicles, LLC.
Hyline Enterprises, Inc.
Lexington Homes
Town Homes, LLC
Home of Merit, Inc.
Play'mor Trailers, Inc.
Dreams R.V. Sales Inc.
Sunny Brook R.V. Inc.

Very truly yours,

"Signature" _____
Attorney for Gerald E. Meunier
Address _____

___ Fee
✓ Process (Cob) (A)
▲ Dktd
___ CtRmDep
___ Doc. No