UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : | JUDGE ENGELHARDT |
| | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISMISS SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY LIBERTY HOMES, INC., WAVERLEE HOMES, INC. AND REDMAN HOMES, INC.**

Defendants, Liberty Homes, Inc. (Liberty), Waverlee Homes, Inc. (Waverlee), and Redman Homes, Inc., for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc. (Redman), move to dismiss the plaintiffs' Second Supplemental and Amending Master Complaint (Doc. 722), and hereby adopt the Motion to Dismiss Second Supplemental and Amending Master Complaint filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants") (Doc. # 747). Liberty, Waverlee and Redman also submit this motion to dismiss the substantively identical Second

1

Supplemental and Amended Complaint (Doc. #721) filed by plaintiffs in *Pujol v. The United States of America,* NO. 08-3217.

For the reasons assigned, Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc., pray that the Second Supplemental and Amending Administrative Master Complaint be dismissed against them.

                                              Respectfully submitted:
                                              **VOORHIES & LABBÉ**
                                              (A Professional Law Corporation)

                                              */s/ Lamont P. Domingue*
                                              Lamont P. Domingue - #20787
                                              Post Office Box 3527
                                              700 St. John Street
                                              Lafayette, Louisiana 70502-3527
                                              Telephone: (337) 232-9700
                                              ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
                                              E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2008, a copy of the Motion to Dismiss Second Supplemental and Amended Master Complaint Filed by Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

                                        /s/ Lamont P. Domingue
                                        Lamont P. Domingue - #20787
                                        Post Office Box 3527
                                        700 St. John Street
                                        Lafayette, Louisiana 70502-3527
                                        Telephone: (337) 232-9700
                                        ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
                                        E-Mail: lpd@volalaw.com