UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY LIBERTY HOMES, INC., WAVERLEE HOMES, INC. AND REDMAN HOMES, INC.**

MAY IT PLEASE THE COURT:

Liberty Homes, Inc. (Liberty), Waverlee Homes, Inc. (Waverlee), and Redman Homes, Inc., for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc. (Redman), file this memorandum in support of their Motion to Dismiss the Second Supplemental and Amending Master Complaint (Doc. 722), and hereby adopt the Memorandum in Support of Motion to Dismiss Second Supplemental and Amending Master Complaint filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly

1

Added Defendants") (Doc. # 747-2).[1]

For the reasons assigned, Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc., pray that the Second Supplemental and Amending Administrative Master Complaint be dismissed against them.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
E-Mail: LPD@volalaw.com

---

[1] Liberty, Waverlee and Redman also submit this memorandum in support of the dismissal of the substantively identical of Plaintiffs' Second Supplemental and Amended Complaint (Doc. #721) in *Pujol v. The United States of America*, NO. 08-3217.

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2008, a copy of the Memorandum In Support Of Motion To Dismiss Second Supplemental And Amended Master Complaint Filed By Liberty Homes, Inc., Waverlee Homes, Inc. And Redman Homes, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

> Jeffery N. Luthi
> One Columbus Circle, NE
> Federal Judiciary Bldg., Room G-255
> Washington, DC 20002.

>> /s/ Lamont P. Domingue
>> Lamont P. Domingue - #20787
>> Post Office Box 3527
>> 700 St. John Street
>> Lafayette, Louisiana 70502-3527
>> Telephone: (337) 232-9700
>> ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
>> E-Mail: lpd@volalaw.com