UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-MD-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER | : | JUDGE ENGELHARDT |
| COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

Notice is hereby given that the hearing on Liberty Homes, Inc. (Liberty), Waverlee Homes, Inc. (Waverlee), and Redman Homes, Inc. Motion To Dismiss Second Supplemental And Amended Master Complaint will be held on the same date and at the same time as the adopted Motion to Dismiss Second Supplemental and Amending Master Complaint filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants"), which is scheduled for hearing on November 5, 2008, commencing at 9:30 a.m. before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana. (Doc. 747-4).

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)


/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
E-Mail: LPD@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of September, 2008, a copy of the Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
E-Mail: lpd@volalaw.com

386999