UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE   MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(4)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*   MAGISTRATE ROBY
No. 07-9228

******************************************************************************

MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL
AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to amend the underlying complaint to bring in certain additional defendants based upon information now in the possession of the Plaintiffs which was unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move this honorable Court for leave to file the attached First Supplemental and Amending Complaint as it relates to the underlying suit of *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, No. 07-9228, Eastern District of Louisiana for the abovementioned reasons.

Respectfully Submitted,

By:    /s/ Frank J. D'Amico, Jr
       Frank J. D'Amico, Jr. (#17519)
       **Frank J. D'Amico, Jr., APLC**
       622 Baronne Street
       New Orleans, Louisiana 70113
       Telephone: (504) 525-7272
       Facsimile: (504) 525-9522

**Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 23 day of October, 2008. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 23 day of October, 2008.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)