UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**  **MDL No. 1873**
**PRODUCTS LIABILITY LITIGATION**

                      **SECTION N(4)**

                      **JUDGE ENGELHARDT**

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*   **MAGISTRATE ROBY**
*No. 07-9228*

*****************************************************************************

Notice of Attachment

Exhibit A – Fluor Contract

On file with Clerk's office