UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**  **MDL No. 1873**
**PRODUCTS LIABILITY LITIGATION**

  **SECTION N(4)**

  **JUDGE ENGELHARDT**

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*   **MAGISTRATE ROBY**
*No. 07-9228*

******************************************************************************

<u>NOTICE OF ATTACHEMENT</u>

Exhibit B – Bechtel Contract

On file with clerk's office