UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL No. 1873
PRODUCTS LIABILITY LITIGATION

                                                                   SECTION N(4)

                                                         JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*    **MAGISTRATE ROBY**
*No. 07-9228*

******************************************************************************

NOTICE OF ATTACHEMENT

Exhibit C – Shaw Contract

On file with clerk's office