UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** <br><br> **SECTION N(4)** <br><br> **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** <br> *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* <br> *No. 07-9228* | **MAGISTRATE ROBY** |

*************************************************************************

NOTICE OF ATTACHEMENT

Exhibit D – CH2M Contract

On file with clerk's office