UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE     MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(4)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*     MAGISTRATE ROBY
*No. 07-9228*

******************************************************************************

NOTICE OF ATTACHEMENT

Exhibit E – Forest River, Inc.'s Owners Manual

On file with clerk's office