UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | MAGISTRATE ROBY |

*****************************************************************************

NOTICE OF ATTACHEMENT

Exhibit F – Morgan Email and Specifications

On file with clerk's office