UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(4)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* *No. 07-9228* | **MAGISTRATE ROBY** |

*****************************************************************************

NOTICE OF ATTACHEMENT

Exhibit G – NACS Email and Specifications

On file with clerk's office