UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(4)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | **MAGISTRATE ROBY** |

******************************************************************************

NOTICE OF ATTACHEMENT

Exhibit H – Fax Cover NACS to Forest River dated July 1, 2004

On file with clerk's office