UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**  **MDL No. 1873**
**PRODUCTS LIABILITY LITIGATION**

SECTION N(4)

JUDGE ENGELHARDT

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*   MAGISTRATE ROBY
*No. 07-9228*

******************************************************************************

NOTICE OF ATTACHEMENT

Exhibit I – Cover and Selected Pages NACS fax to Forest River

On file with clerk's office