UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** <br> **PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(4)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** <br> *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* <br> *No. 07-9228* | **MAGISTRATE ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6 undersigned counsel for Plaintiffs certifies that opposing counsel have been consulted and at least some opposing counsel have refused to consent to the filing of the foregoing Motion for Leave to Amend.

Respectfully Submitted,

By:  /s/ Frank J. D'Amico, Jr
Frank J. D'Amico, Jr. (#17519)
**Frank J. D'Amico, Jr., APLC**
622 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-7272
Facsimile:   (504) 525-9522

**Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 23 day of October, 2008. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 23 day of October, 2008.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)