UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE**<br>**PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(4)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:**<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | **MAGISTRATE ROBY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Motion for Leave to File on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the First Supplemental and Amending Complaint attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2008, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**