UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | MAGISTRATE ROBY |

*****************************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL FO RECORD

**IT IS HEREBY ORDERED** that the Motion for Leave to File First Supplemental and Amending Complaint filed on behalf of Plaintiffs herein is hereby set for hearing on the 19th Day of November, 2008 at 9:30 a.m.

Respectfully Submitted,

By:   /s/ Frank J. D'Amico, Jr
Frank J. D'Amico, Jr. (#17519)
**Frank J. D'Amico, Jr., APLC**
622 Baronne Street
New Orleans, Louisiana 70113
Telephone:   (504) 525-7272
Facsimile:    (504) 525-9522

**Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 23 day of October, 2008.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 23 day of October, 2008.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)