**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION N-4
                                                              JUDGE ENGELHARDT
                                                              MAG. JUDGE ROBY

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' MASTER ANSWER TO PLAINTIFFS'
"ADMINISTRATIVE MASTER COMPLAINT" [Docket No. 109], "FIRST
SUPPLEMENTAL AND AMENDED MASTER COMPLAINT" [Docket No. 379],
AND "SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT"
[Docket No. 722]**

The United States, in answer to Plaintiffs' "Administrative Master Complaint,"

as supplemented and amended by Plaintiffs' "First Supplemental and Amended Master

Complaint" and "Second Supplemental and Amended Master Complaint," admits, denies, and

alleges as follows:

The United States denies each and every allegation made in Plaintiffs' Administrative

Master Complaint except as specifically admitted herein.

1

The allegations in the paragraph preceding paragraph 1 characterize the age and procedural posture of certain persons. The United States lacks knowledge or information sufficient to form a belief about the truth of these allegations, and, therefore, denies them.

## I. <u>INTRODUCTION</u>

1.    The allegations in paragraph 1 constitute introductory statements to which the United States need not respond. To the extent a response is deemed necessary, the United States admits that the Court ordered Plaintiffs to file a consolidated Master Complaint. The United States lacks knowledge or information sufficient to form a belief about the truth of any remaining allegations in paragraph 1, and, therefore, denies them.

2.    The allegations in paragraph 2 constitute introductory statements to which the United States need not respond. To the extent a response is deemed necessary, the United States admits that the Court's Pretrial Order No. 2 [Docket No. 87] ordered Plaintiffs to file a consolidated Master Complaint.

3.    The allegations in paragraph 3 constitute introductory statements and legal conclusions to which the United States need not respond. To the extent a response is deemed necessary, the United States denies paragraph 3, stating, instead, that the nature of the Master Complaint is defined by the Court's Pretrial Order No. 2 [Docket No. 87].

4.    The allegations in paragraph 4 constitute introductory statements and legal conclusions to which the United States need not respond. To the extent a response is deemed necessary, the United States denies paragraph 4, stating, instead, that the nature of the Master Complaint is defined by the Court's Pretrial Order No. 2 [Docket No. 87].

5.    The allegations in paragraph 5 constitute introductory statements and legal conclusions to

which the United States need not respond.  To the extent a response is deemed necessary, the United States denies paragraph 5, stating, instead, that the nature of the Master Complaint is defined by the Court's Pretrial Order No. 2 [Docket No. 87].

## II.  PARTIES

6.     The allegations in paragraph 6 constitute introductory statements and legal requests to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies paragraph 6.  In addition, the United States denies that a class action should be certified in this case, regardless of how the class and certain subclasses are defined.

7.     The United States admits that the allegations in paragraph 7 purport to provide a listing of named plaintiffs in this matter.  The United States alleges that only eight of these persons have actually filed suit against the United States.

   a.     The United States admits that the eight named persons listed under this sub-paragraph have filed administrative claims with the Federal Emergency Management Agency ("FEMA").  In addition, the United States admits that these eight named persons have individually opted to file suit against the United States following the passage of at least six months time from when FEMA received their administrative claims.  The United States denies that the administrative claims filed by these eight named persons are legally sufficient, denies that the Federal Tort Claims Act ("FTCA") provides subject-matter jurisdiction for their suits against the United States, and denies any remaining allegations in this sub-paragraph.

3

i.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

ii.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

iii.  The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

iv.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

v.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

vi.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

vii.  The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

viii. The United States lacks knowledge or information sufficient to form a

belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

b.      The United States admits that the fifty-five named persons listed under this sub-paragraph have not met the administrative prerequisites of the FTCA.  In addition, the United States alleges that none of the fifty-five named persons have filed suit against the United States.  The United States denies any remaining allegations in this sub-paragraph.

    i.      The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

    ii.     The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

    iii.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

    iv.     The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

    v.      The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

vi. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

vii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

viii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

ix. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

x. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xi. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xiii. The United States lacks knowledge or information sufficient to form a

belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xiv.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xv.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xvi.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xvii.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xviii.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xix.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xx.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named

person, and, therefore, denies them.

xxi.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxii.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxiii.  The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxiv.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxv.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxvi.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxvii.  The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxviii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxix. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxx. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxi. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxiii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxiv. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxv. The United States lacks knowledge or information sufficient to form a

belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxvi. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxvii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxviii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xxxix. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xl. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xli. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xlii. The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named

person, and, therefore, denies them.

xliii.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xliv.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xlv.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xlvi.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xlvii.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xlviii.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

xlix.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

l.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

li.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

lii.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

liii.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

liv.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

lv.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of these specific allegations about the named person, and, therefore, denies them.

c.    The United States denies the allegations in this sub-paragraph.  In addition, the United States re-alleges that only the eight named persons listed in sub-paragraph 7(a) have filed suit against the United States; none of the named persons listed in sub-paragraph 7(b) have filed suit against the United States.  The United States

specifically denies that any of the named persons listed in sub-paragraphs 7(a) or 7(b), re-listed together in sub-paragraph 7(c), have experienced injurious exposure to formaldehyde as a result of residing in emergency housing units provided by FEMA.

(1)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(2)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(3)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(4)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(5)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(6)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(7)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(8)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(9)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(10)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(11)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(12)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(13)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(14)    At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(15)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(16)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(17)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(18)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(19)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(20)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(21)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(22)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(23)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(24)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(25)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(26)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(27)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(28)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(29)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(30)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(31)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(32)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(33)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(34)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(35)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(36)     At this time, the United States lacks knowledge or information sufficient

17

to confirm the truth of these specific allegations, and, therefore, denies them.

(37)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(38)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(39)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(40)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(41)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(42)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(43)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(44)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(45)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(46)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(47)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(48)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(49)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(50)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(51)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(52)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(53)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(54)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(55)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(56)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(57)     At this time, the United States lacks knowledge or information sufficient
to confirm the truth of these specific allegations, and, therefore, denies
them.

(58)     At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(59)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(60)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(61)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(62)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

d.   The United States denies the allegations in this sub-paragraph.  In addition, the United States alleges that none of the named persons listed in sub-paragraph 7(d) have filed suit against the United States.  The United States specifically denies that any of named persons listed in this sub-paragraph have experienced injurious exposure to formaldehyde as a result of residing in emergency housing units provided by FEMA.

(1)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

21

them.

(2)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(3)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(4)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(5)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(6)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(7)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(8)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(9)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(10)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(11)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(12)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(13)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(14)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(15)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(16)    At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(17)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(18)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(19)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(20)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(21)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(22)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(23)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(24)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(25)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(26)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(27)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(28)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(29)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(30)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(31)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(32)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(33)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(34)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(35)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(36)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(37)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(38)     At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(39)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(40)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(41)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(42)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(43)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(44)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(45)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(46)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(47)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(48)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(49)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(50)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(51)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(52)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(53)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(54)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(55)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(56)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(57)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(58)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(59)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(60)     At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(61)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(62)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(63)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(64)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(65)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(66)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(67)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(68)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(69)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(70)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(71)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(72)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(73)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(74)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(75)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(76)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(77)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(78)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(79)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(80)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(81)     At this time, the United States lacks knowledge or information sufficient
         to confirm the truth of these specific allegations, and, therefore, denies
         them.

(82)     At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(83)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(84)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(85)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(86)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(87)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(88)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(89)     At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(90)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(91)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(92)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(93)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(94)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(95)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(96)  At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(97)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(98)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(99)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(100)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(101)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(102)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(103)    At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(104)    At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(105)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(106)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(107)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(108)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(109)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(110)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(111)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(112)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(113)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(114)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(115)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(116)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(117)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(118)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(119)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(120)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(121)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(122)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(123)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(124)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(125)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(126)   At this time, the United States lacks knowledge or information sufficient

to confirm the truth of these specific allegations, and, therefore, denies them.

(127)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(128)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(129)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(130)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(131)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(132)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(133)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies

them.

(134)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(135)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(136)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(137)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(138)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(139)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

(140)   At this time, the United States lacks knowledge or information sufficient to confirm the truth of these specific allegations, and, therefore, denies them.

e.     The allegations in this sub-paragraph constitute introductory statements and legal reservations to which the United States need not respond.  In addition, the allegations in this sub-paragraph are directed at other defendants in this action, not the United States.  To the extent a response is deemed necessary, the United States denies the allegations in this sub-paragraph.

(1)     The United States denies the allegations in this sub-paragraph.

(2)     The United States denies the allegations in this sub-paragraph.

(3)     The United States denies the allegations in this sub-paragraph.

8.     The United States admits that the allegations in paragraph 8 purport to provide a listing of defendants in this matter.

a.     The United States admits that it has been named as a defendant in the Master Complaint.  The remaining allegations in this sub-paragraph constitute definitions to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies the remaining allegations in this sub-paragraph.  The United States specifically alleges that any claims against the United States must fail for want of subject-matter jurisdiction.

b.     The allegations in this sub-paragraph constitute legal conclusions and reservations to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies this sub-paragraph, stating, instead, that Plaintiffs' ability to supplement and amend the Master Complaint is determined by the Court and the Federal Rules of Civil Procedure.  In addition, the United States denies that it is subject to any claims under state law.

41

c.     The United States admits that the allegations in this sub-paragraph purport to provide a listing of "Manufacturing Defendants" in this matter.

     i.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

     ii.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

     iii.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

     iv.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

v.      The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

vi.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

vii.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

43

viii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

ix.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

x.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xi.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies them.

xii.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xiii.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xiv.     The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xv.      The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States

lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies

them.

xvi.   The allegations in this sub-paragraph are directed at another defendant in

this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States

lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies

them.

xvii.   The allegations in this sub-paragraph are directed at another defendant in

this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States

lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies

them.

xviii.   The allegations in this sub-paragraph are directed at another defendant in

this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States

lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies

them.

xix.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xx.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxi.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxii.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies them.

xxiii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxiv.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxv.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxvi.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not

48

respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxvii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxviii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxix.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxx.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxi.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxiii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies them.

xxxiv.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxv.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxvi.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxvii.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the

51

United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxviii.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xxxix.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xl.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

52

xli.     The allegations in this sub-paragraph are directed at another defendant in
         this action, not the United States.  Therefore, the United States need not
         respond.  To the extent a response is deemed necessary, the United States
         lacks knowledge or information sufficient to form a belief regarding the
         truth of these allegations about the named entity, and, therefore, denies
         them.

xlii.    The allegations in this sub-paragraph are directed at another defendant in
         this action, not the United States.  Therefore, the United States need not
         respond.  To the extent a response is deemed necessary, the United States
         lacks knowledge or information sufficient to form a belief regarding the
         truth of these allegations about the named entity, and, therefore, denies
         them.

xliii.   The allegations in this sub-paragraph are directed at another defendant in
         this action, not the United States.  Therefore, the United States need not
         respond.  To the extent a response is deemed necessary, the United States
         lacks knowledge or information sufficient to form a belief regarding the
         truth of these allegations about the named entity, and, therefore, denies
         them.

xliv.    The allegations in this sub-paragraph are directed at another defendant in
         this action, not the United States.  Therefore, the United States need not
         respond.  To the extent a response is deemed necessary, the United States
         lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies them.

xlv.　　The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xlvi.　　The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xlvii.　　The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xlviii.　　The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

xlix.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

l.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

li.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lii.    The allegations in this sub-paragraph are directed at another defendant in
        this action, not the United States.  Therefore, the United States need not
        respond.  To the extent a response is deemed necessary, the United States
        lacks knowledge or information sufficient to form a belief regarding the
        truth of these allegations about the named entity, and, therefore, denies
        them.

liii.   The allegations in this sub-paragraph are directed at another defendant in
        this action, not the United States.  Therefore, the United States need not
        respond.  To the extent a response is deemed necessary, the United States
        lacks knowledge or information sufficient to form a belief regarding the
        truth of these allegations about the named entity, and, therefore, denies
        them.

liv.    The allegations in this sub-paragraph are directed at another defendant in
        this action, not the United States.  Therefore, the United States need not
        respond.  To the extent a response is deemed necessary, the United States
        lacks knowledge or information sufficient to form a belief regarding the
        truth of these allegations about the named entity, and, therefore, denies
        them.

lv.     The allegations in this sub-paragraph are directed at another defendant in
        this action, not the United States.  Therefore, the United States need not
        respond.  To the extent a response is deemed necessary, the United States
        lacks knowledge or information sufficient to form a belief regarding the

truth of these allegations about the named entity, and, therefore, denies them.

lvi.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lvii.   The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lviii.  The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lix.    The allegations in this sub-paragraph are directed at another defendant in this action, not the United States.  Therefore, the United States need not

respond.  To the extent a response is deemed necessary, the United States
lacks knowledge or information sufficient to form a belief regarding the
truth of these allegations about the named entity, and, therefore, denies
them.

lx.     The allegations in this sub-paragraph are directed at another defendant in
this action, not the United States.  Therefore, the United States need not
respond.  To the extent a response is deemed necessary, the United States
lacks knowledge or information sufficient to form a belief regarding the
truth of these allegations about the named entity, and, therefore, denies
them.

lxi.    The allegations in this sub-paragraph are directed at another defendant in
this action, not the United States.  Therefore, the United States need not
respond.  To the extent a response is deemed necessary, the United States
lacks knowledge or information sufficient to form a belief regarding the
truth of these allegations about the named entity, and, therefore, denies
them.

lxii.   The allegations in this sub-paragraph are directed at another defendant in
this action, not the United States.  Therefore, the United States need not
respond.  To the extent a response is deemed necessary, the United States
lacks knowledge or information sufficient to form a belief regarding the
truth of these allegations about the named entity, and, therefore, denies
them.

lxiii.   The allegations in this sub-paragraph are directed at other defendants in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

lxiv.   The allegations in this sub-paragraph constitute legal reservations to which the United States need not respond.  In addition, the allegations in this sub-paragraph are directed at other defendants in this action, not the United States.  To the extent a response is deemed necessary, the United States denies the allegations in this sub-paragraph.

lxv.   The allegations in this sub-paragraph constitute legal reservations to which the United States need not respond.  In addition, the allegations in this sub-paragraph are directed at other defendants in this action, not the United States.  To the extent a response is deemed necessary, the United States denies the allegations in this sub-paragraph.

lxvi.   The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxvii.   The allegations in this sub-paragraph are directed at another purported

59

defendant in this action, not the United States.  Therefore, the United
States need not respond.  To the extent a response is deemed necessary,
the United States lacks knowledge or information sufficient to form a
belief regarding the truth of these allegations about the named entity, and,
therefore, denies them.

lxviii.   The allegations in this sub-paragraph are directed at another purported
defendant in this action, not the United States.  Therefore, the United
States need not respond.  To the extent a response is deemed necessary,
the United States lacks knowledge or information sufficient to form a
belief regarding the truth of these allegations about the named entity, and,
therefore, denies them.

lxix.   The allegations in this sub-paragraph are directed at another purported
defendant in this action, not the United States.  Therefore, the United
States need not respond.  To the extent a response is deemed necessary,
the United States lacks knowledge or information sufficient to form a
belief regarding the truth of these allegations about the named entity, and,
therefore, denies them.

lxx.   The allegations in this sub-paragraph are directed at another purported
defendant in this action, not the United States.  Therefore, the United
States need not respond.  To the extent a response is deemed necessary,
the United States lacks knowledge or information sufficient to form a
belief regarding the truth of these allegations about the named entity, and,

therefore, denies them.

lxxi.    The allegations in this sub-paragraph are directed at another purported

defendant in this action, not the United States.  Therefore, the United

States need not respond.  To the extent a response is deemed necessary,

the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations about the named entity, and,

therefore, denies them.

lxxii.   The allegations in this sub-paragraph are directed at another purported

defendant in this action, not the United States.  Therefore, the United

States need not respond.  To the extent a response is deemed necessary,

the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations about the named entity, and,

therefore, denies them.

lxxiii.  The allegations in this sub-paragraph are directed at another purported

defendant in this action, not the United States.  Therefore, the United

States need not respond.  To the extent a response is deemed necessary,

the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations about the named entity, and,

therefore, denies them.

lxxiv.   The allegations in this sub-paragraph are directed at another purported

defendant in this action, not the United States.  Therefore, the United

States need not respond.  To the extent a response is deemed necessary,

the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxv.   The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxvi.  The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxvii. The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxviii.        The allegations in this sub-paragraph are directed at another

purported defendant in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxix.   The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxx.   The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxxi.   The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxxii. The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

lxxxiii. The allegations in this sub-paragraph are directed at another purported defendant in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations about the named entity, and, therefore, denies them.

### III.  JURISDICTION AND VENUE

9.  The allegations in paragraph 9 constitute jurisdictional statements to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies the allegations in paragraph 9.

10.  The allegations in paragraph 10 are jurisdictional in nature and are directed at other defendants in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks

knowledge or information sufficient to form a belief regarding the truth of these allegations, and therefore, denies them.

11.   The allegations in paragraph 11 constitute jurisdictional statements to which the United States need not respond.  To the extent a response is deemed necessary, the United States admits that certain persons allege they have individually suffered damages in an amount in excess of $75,000.00, exclusive of interest and court costs.  The United States denies that Plaintiffs are entitled to any relief in this action and denies any remaining allegations in paragraph 11.

12.   The allegations in paragraph 12 constitute jurisdictional statements and legal conclusions to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies the allegations in paragraph 12.

13.   The allegations in paragraph 13 constitute jurisdictional statements and legal conclusions to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies the allegations in paragraph 13.

14.   The allegations in paragraph 14 constitute legal conclusions to which the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and therefore, denies them.

15.   The allegations in paragraph 15 constitute legal conclusions to which the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and therefore, denies them.

16.    The allegations in paragraph 16 constitute legal conclusions to which the United States

need not respond.  To the extent a response is deemed necessary, the United States

admits that the United States Judicial Panel on Multidistrict Litigation entered an Order

on October 24, 2007, describing the transfer of certain actions to the Eastern District of

Louisiana.  The United States denies any remaining allegations in paragraph 16.

## IV.  <u>FACTS AND GENERAL ALLEGATIONS</u>

**A.**    **General Allegations.**

17.    The United States acknowledges that Plaintiffs seek to bring a class action on behalf of

those persons residing or living in travel trailers, park models, and mobile homes

("emergency housing units") along the Gulf Coast of the United States.  The United

States denies that a class action should be certified in this case.  The United States admits

that FEMA, through its Individual Assistance Program, provided recovery aid and

assistance to a large number of Gulf Coast residents following Hurricanes Katrina and

Rita.  In response to an overwhelming housing shortage, some of this assistance included

the provision of emergency housing units to disaster victims.  In addition, the United

States admits that Hurricane Katrina made landfall in August 2005; Hurricane Rita made

landfall in September of 2005.  The United States denies any remaining allegations in

paragraph 17.

18.    The United States admits that the manufacture of mobile homes, a specific type of

emergency housing unit, is regulated by the United States Department of Housing and

Urban Development ("HUD").  The United States lacks knowledge or information

sufficient to form a belief regarding the truth of the remaining allegations in paragraph

66

18, and therefore, denies them.

19.     The United States admits that the manufacture of travel trailers, a specific type of

emergency housing unit, is not regulated by HUD.  Travel trailers are generally

considered to be a type of recreational vehicle.  The United States lacks knowledge or

information sufficient to form a belief regarding the truth of the remaining allegations in

paragraph 19, and therefore, denies them.

20.     The United States admits that park models, a specific type of emergency housing unit, are

generally considered to be a type of recreational vehicle.  The United States lacks

knowledge or information sufficient to form a belief regarding the truth of the remaining

allegations in paragraph 20, and therefore, denies them.

21.     The United States denies the allegations in paragraph 21.

22.     The United States admits that Hurricanes Katrina and Rita caused extensive damage and

loss, leaving hundreds of thousands of disaster victims homeless and without shelter.  In

response to an urgent and immediate need for housing, FEMA, through its Individual

Assistance Program, procured and provided emergency housing units to a number of

disaster victims.  The United States denies any remaining allegations in paragraph 22.

23.     The United States denies the allegations in paragraph 23.

24.     The United States admits that a majority of the emergency housing units provided in

response to Hurricanes Katrina and Rita were travel trailer units.  FEMA procured some

of these units by directly contracting with one or more manufacturers.  The United States

denies the remaining allegations in paragraph 24.

25.     The United States admits that FEMA procured some of the emergency housing units by

purchasing units off the lots of both vendors and one or more manufacturers.  The United States denies any remaining allegations in paragraph 25.

26.     The allegations in paragraph 26 are directed at other defendants in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 26, and therefore, denies them.

27.     The United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 27, and therefore, denies them.

28.     The United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 28, and therefore, denies them.  In addition, these allegations are vague as to the specific type of emergency housing units (*i.e.*, travel trailers, park models, or mobile homes) at issue.

29.     The United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 29, and therefore, denies them.  In addition, these allegations are vague as to the specific type of emergency housing units (*i.e*, travel trailers, park models, or mobile homes) at issue.

30.     To the extent the allegations in paragraph 30 are directed at the United States, the United States them.  To the extent the allegations in paragraph 30 are directed at other defendants in this action, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and therefore, denies them.

31.     The allegations in paragraph 31 are directed at other defendants in this action, not the United States.  Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 31, and therefore, denies them.

32.    The United States denies the allegations in paragraph 32.

33.    The United States admits that formaldehyde is found in a variety of products that are used in everyday life.  Formaldehyde is ubiquitous in most indoor and outdoor environments. The United States denies the remaining allegations in paragraph 33.

34.    The United States admits that a variety of entities, agencies, and researchers have commented on the potential health effects of formaldehyde.  These entities, agencies, and researchers are in the best position to admit or deny their own comments.  In addition, the United States denies that all comments offered by these named entities, agencies, and researchers are relevant to this action.  The United States denies all remaining allegations in paragraph 34.

35.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 35, and therefore, denies them.

36.    The United States admits that HUD has certain standards regarding the use of building products as they relate to formaldehyde.  These standards only apply to certain structures. In addition, the United States admits that these HUD standards may be found at 24 C.F.R. §§ 3280, 3282.  The United States denies any remaining allegations in paragraph 36.

37.    The United States admits that there is no federal standard regulating indoor air quality as it relates to formaldehyde.  In addition, the United States admits that a variety of entities, agencies, and researchers have commented on specific levels of formaldehyde exposure. These entities, agencies, and researchers are in the best position to admit or deny their

69

own comments.  The United States denies that the specific values of formaldehyde noted in paragraph 37 are relevant to this action and denies that they have been correctly characterized.  The United States denies all remaining allegations in paragraph 37.

38.   The United States denies the allegations in paragraph 38.

39.   The United States denies the allegations in paragraph 39.

**B.    Allegations Addressing the Inapplicability of the "Discretionary Function" Exception to Plaintiffs' claims under the Federal Tort Claims Act.**

40.   The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the Court has dismissed a number of Plaintiffs' claims against the United States based on the FTCA's discretionary function exception, by Order, dated October 3, 2008 [Docket No. 717].

41.   The United States admits that FEMA was founded in 1979.  In addition, the United States admits that FEMA is often called on to provide disaster victims with recovery aid and assistance.  In some circumstances, this assistance may include the provision of emergency housing units.  The United States denies the remaining allegations in paragraph 41.

42.   The United States alleges that the language of 42 U.S.C. § 5121(a)(2) sets forth its scope and purpose.  The United States denies any remaining allegations in paragraph 42.

43.   The allegations in paragraph 43 constitute legal conclusions to which the United States need not respond.  To the extent a response is deemed necessary, the United States admits that the Stafford Act provides the statutory authority for most Federal disaster response activities as they pertain to FEMA and FEMA programs.  The United States denies any remaining allegations in paragraph 43.

70

44.    The allegations in paragraph 44 constitute legal conclusions to which the United States need not respond. To the extent a response is deemed necessary, the United States admits that the Stafford Act provides the statutory authority for most Federal disaster response activities as they pertain to FEMA and FEMA programs. The United States denies any remaining allegations in paragraph 44.

45.    The allegations in paragraph 45 constitute legal conclusions to which the United States need not respond. To the extent a response is deemed necessary, the United States admits that the Stafford Act provides the statutory authority for most Federal disaster response activities as they pertain to FEMA and FEMA programs. The United States denies any remaining allegations in paragraph 45.

46.    The allegations in paragraph 46 constitute legal conclusions to which the United States need not respond. To the extent a response is deemed necessary, the United States admits that the Stafford Act provides the statutory authority for most Federal disaster response activities as they pertain to FEMA and FEMA programs. The United States denies any remaining allegations in paragraph 46.

47.    The United States denies the allegations in paragraph 47.

48.    The allegations in paragraph 48 constitute legal conclusions to which the United States need not respond. To the extent a response is deemed necessary, the United States admits that the Stafford Act and its implementing regulations allow for the discretionary provision of emergency housing. The United States denies any remaining allegations in paragraph 48.

49.    The allegations in paragraph 49 constitute legal conclusions to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

the allegations in paragraph 49.

50.       The United States denies the allegations in paragraph 50.

51.       The United States admits that Hurricane Katrina left hundreds of thousands of Gulf Coast

residents homeless and without shelter.  The United States lacks knowledge or

information sufficient to form a belief regarding the truth of the remaining allegations in

paragraph 51, and, therefore, denies them.

52.       Based upon information and belief, the United States admits that it purchased over

140,000 emergency housing units.  The United States denies the remaining allegations in

paragraph 52.

53.       The United States lacks knowledge or information sufficient to form a belief regarding

the truth of the allegations in paragraph 53, and, therefore, denies them.

54.       The United States denies the allegations in paragraph 54.

55.       The United States denies the allegations in paragraph 55.

56.       The United States denies the allegations in paragraph 56.

57.       The United States denies the allegations in paragraph 57.

58.       The United States denies the allegations in paragraph 58.

59.       The United States denies the allegations in paragraph 59.

60.       The United States denies the allegations in paragraph 60.

61.       The United States denies the allegations in paragraph 61.

62.       The United States denies the allegations in paragraph 62.

63.       The United States lacks knowledge or information sufficient to form a belief regarding

the truth of the allegations in paragraph 63, and, therefore, denies them.

64.    The United States denies the allegations in paragraph 64.

65.    The United States denies the allegations in paragraph 65.

66.    The United States denies the allegations in paragraph 66.

67.    The United States denies the allegations in paragraph 67.

68.    The United States denies the allegations in paragraph 68.

69.    The United States denies the allegations in paragraph 69.  In addition, the United States specifically denies the characterization of any ATSDR formaldehyde value as an "exposure limit."

70.    The United States denies the allegations in paragraph 70.  In addition, the United States specifically denies the characterization of Mary C. DeVany as "independent," stating, instead, that Mary C. Devany has been retained as an expert witness for Plaintiffs in this case.

71.    The United States denies the allegations in paragraph 71.

72.    The United States denies the allegations in paragraph 72.

73.    The United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 73, and, therefore, denies them.

74.    The United States denies the allegations in paragraph 74.

75.    The United States admits that the CDC conducted testing on emergency housing units in December 2007 and January 2008.  The United States denies the remaining allegations in paragraph 75.

76.    The United States admits that the CDC conducted testing on occupied emergency

housing units.  In addition, the United States admits that the CDC subsequently offered

opinions and conclusions regarding this testing in the form of a written report.  The

United States denies the remaining allegations in paragraph 76.

77.     The United States admits that the CDC conducted testing on occupied emergency

housing units.  In addition, the United States admits that the CDC subsequently offered

opinions and conclusions regarding this testing in the form of a written report.  The

United States denies the remaining allegations in paragraph 77.

78.     The United States denies the allegations in paragraph 78.

79.     The United States denies the allegations in paragraph 79.

80.     The United States denies the allegations in paragraph 80.

81.     The United States denies the allegations in paragraph 81.

82.     The United States denies the allegations in paragraph 82.

## V.  <u>CLASS ACTION ALLEGATIONS</u>

83.     The allegations in paragraph 83 constitute introductory statements and legal conclusions

to which the United States need not respond.  To the extent a response is deemed

necessary, the United States denies paragraph 83.  In addition, the United States denies

that a class action should be certified in this case, regardless of how the class and certain

subclasses are defined.

84.     The United States denies the allegations in paragraph 84.

85.     The United States denies the allegations in paragraph 85.

86.     The United States denies the allegations in paragraph 86.

87.     The United States denies the allegations in paragraph 87.

88.     The United States denies the allegations in paragraph 88.

89.     The United States denies the allegations in paragraph 89.

90.     The United States denies the allegations in paragraph 90.

91.     The United States denies the allegations in paragraph 91.

      a.     The United States denies the allegations in this sub-paragraph.

      b.     The United States denies the allegations in this sub-paragraph.

      c.     The United States denies the allegations in this sub-paragraph.

      d.     The United States denies the allegations in this sub-paragraph.

      e.     The United States denies the allegations in this sub-paragraph.

      f.     The United States denies the allegations in this sub-paragraph.

      g.     The United States denies the allegations in this sub-paragraph.

      h.     The United States denies the allegations in this sub-paragraph.

92.     The United States denies the allegations in paragraph 92.

93.     The United States denies the allegations in paragraph 93.

94.     The United States denies the allegations in paragraph 94.

95.     The United States denies the allegations in paragraph 95.  In addition, the United States denies that a class action should be certified in this case, regardless of how the class and certain subclasses are defined.

96.     The United States denies the allegations in paragraph 96.

97.     The United States denies the allegations in paragraph 97.  In addition, the United States denies that a class action should be certified in this case.

      a.     **NUMEROSITY**

The United States denies the allegations in this sub-paragraph.

b. **COMMON QUESTIONS OF LAW AND FACT**

The United States denies the allegations in this sub-paragraph.

c. **ADEQUATE REPRESENTATION**

The United States denies the allegations in this sub-paragraph.

d. **TYPICALITY**

The United States denies the allegations in this sub-paragraph.

e. **SUPERIORITY**

The United States denies the allegations in this sub-paragraph.

## VI. CLAIMS ASSERTED AGAINST THE FEDERAL GOVERNMENT

### A. LOUISIANA STATE-BASED CLAIMS

**COUNT 1:**

**CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR LIABILITY PURSUANT TO LOUISIANA CIVIL CODE ARTICLES 2317, 2317.1 AND 2696**

98.    The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the Court has dismissed a number of Plaintiffs' claims against the United States based on the FTCA's discretionary function exception, by Order, dated October 3, 2008 [Docket No. 717].

99.    The United States denies the allegations in paragraph 99.

100.   The United States denies the allegations in paragraph 100.

101.   The allegations in paragraph 101 constitute legal conclusions to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies the allegations in paragraph 101.

76

102.     The allegations in paragraph 102 constitute legal conclusions to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

the allegations in paragraph 102.

103.     The United States denies the allegations in paragraph 103.

104.     The United States denies the allegations in paragraph 104.

105.     The United States denies the allegations in paragraph 105.

106.     The United States denies the allegations in paragraph 106.

107.     The United States denies the allegations in paragraph 107.

108.     The United States denies the allegations in paragraph 108.

## COUNT 2:

## CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR LIABILITY PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2316

109.     The United States incorporates by reference the above responses as if fully repeated

verbatim herein.  In addition, the United States specifically avers that the Court has

dismissed a number of Plaintiffs' claims against the United States based on the FTCA's

discretionary function exception, by Order, dated October 3, 2008 [Docket No. 717].

110.     The United States denies the allegations in paragraph 110.

111.     The United States denies the allegations in paragraph 111.

112.     The United States denies the allegations in paragraph 112.

113.     The United States denies the allegations in paragraph 113.

114.     The United States denies the allegations in paragraph 114.

115.     The United States denies the allegations in paragraph 115.

116.     The United States denies the allegations in paragraph 116.

117.   The United States denies the allegations in paragraph 117.

118.   The United States denies the allegations in paragraph 118.

    a.   The United States denies the allegations in this sub-paragraph.

    b.   The United States denies the allegations in this sub-paragraph.

    c.   The United States denies the allegations in this sub-paragraph.

    d.   The United States denies the allegations in this sub-paragraph.

    e.   The United States denies the allegations in this sub-paragraph.

    f.   The United States denies the allegations in this sub-paragraph.

    g.   The United States denies the allegations in this sub-paragraph.

## COUNT 3:

## CAUSE OF ACTION AGAINST THE FEDERAL GOVERNMENT FOR REDHIBITORY DEFECTS AND THE RECISSION OF SALES OF HOUSING UNITS PURSUANT TO LOUISIANA CIVIL CODE ARTICLE 2520, *ET SEQ.* AND THE ARTICLES RELATING TO CONVENTIONAL OBLIGATIONS

119.   The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the Court has dismissed all of Plaintiffs' claims against the United States in Count 3 based on the Contracts Disputes Act, 41 U.S.C. §§ 602(a)(4), 609(a)(1), 28 U.S.C. § 1346(a)(2), by Order, dated October 3, 2008 [Docket No. 717].

120.   The United States denies the allegations in paragraph 120.

121.   The United States lacks knowledge or information sufficient to form a belief regarding the truth of the allegations in paragraph 121, and, therefore, denies them.

122.   The United States denies the allegations in paragraph 122.

123.   The United States denies the allegations in paragraph 123.

124.    The United States denies the allegations in paragraph 124.

125.    The United States denies the allegations in paragraph 125.

126.    The United States denies the allegations in paragraph 126.

127.    The United States denies the allegations in paragraph 127.

128.    The United States denies the allegations in paragraph 128.

129.    The United States denies the allegations in paragraph 129.

130.    The United States denies the allegations in paragraph 130.

131.    The United States denies the allegations in paragraph 131.

## VII.  CLAIMS ASSERTED AGAINST THE MANUFACTURING DEFENDANTS

## A.     LOUISIANA STATE-BASED CLAIMS

### COUNT 4:

### CAUSE OF ACTION AGAINST THE MANUFACTURERS UNDER LOUISIANA PRODUCTS LIABILITY ACT

132.    The United States incorporates by reference the above responses as if fully repeated

verbatim herein.  In addition, the United States specifically avers that the allegations in

Count 4 are directed at other defendants in this action, not the United States.

133.    The allegations in paragraph 133 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations, and, therefore, denies them.

134.    The allegations in paragraph 134 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a

79

belief regarding the truth of these allegations, and, therefore, denies them.

135.   The allegations in paragraph 135 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

136.   The allegations in paragraph 136 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

137.   The allegations in paragraph 137 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

138.   The allegations in paragraph 138 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

   a.   The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

b.     The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

c.     The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

d.     The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

e.     The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

f.     The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To

the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

g.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

h.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

i.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

j.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations,

and, therefore, denies them.

k.    The allegations in this sub-paragraph are directed at other defendants in this

action, not the United States. Therefore, the United States need not respond.  To

the extent a response is deemed necessary, the United States lacks knowledge or

information sufficient to form a belief regarding the truth of these allegations,

and, therefore, denies them.

**B.    MISSISSIPPI STATE-BASED CLAIMS**

**COUNT 5:**

**STRICT PRODUCTS LIABILITY**
**MS CODE ANNOTATED § 11-1-63**

**1.    PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN**

139.   The United States incorporates by reference the above responses as if fully repeated

verbatim herein.  In addition, the United States specifically avers that the allegations in

Count 5 are directed at other defendants in this action, not the United States.

140.   The allegations in paragraph 140 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations, and, therefore, denies them.

141.   The allegations in paragraph 141 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a

belief regarding the truth of these allegations, and, therefore, denies them.

142.   The allegations in paragraph 142 are directed at other defendants in this action, not the

83

United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

143.    The allegations in paragraph 143 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

144.    The allegations in paragraph 144 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

145.    The allegations in paragraph 145 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

146.    The allegations in paragraph 146 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States denies the allegations in paragraph 146.

147.    The allegations in paragraph 147 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

148.   The allegations in paragraph 148 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

149.   The allegations in paragraph 149 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

**2.      PRODUCTS LIABILITY: FAILURE TO WARN**

150.   The allegations in paragraph 150 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

**3.      PRODUCTS LIABILITY: BREACH OF EXPRESS WARRANTY**

151.   The allegations in paragraph 151 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

**4.      COMPENSATORY DAMAGES UNDER MISSISSIPPI LAW**

152.   The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in this section are directed at other defendants in this action, not the United States.

153.    The allegations in paragraph 153 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

154.    The allegations in paragraph 154 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

155.    The allegations in paragraph 155 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

156.    The allegations in paragraph 156 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

157.    The allegations in paragraph 157 constitute legal reservations and are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

**5.    PUNITIVE / EXEMPLARY DAMAGES AS TO MANUFACTURING DEFENDANTS UNDER MISSISSIPPI LAW**

158.    The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in this section are directed at other defendants in this action, not the United States.

159.    The allegations in paragraph 159 constitute legal conclusions and are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

C.    **ALABAMA STATE-BASED CLAIMS**

**COUNT 6:**

**ALABAMA EXTENDED MANUFACTURER'S LIABILITY DOCTRINE**
**Code of Ala. § 6-5-521**

1.    **PRODUCTS LIABILITY: DEFECTIVE MANUFACTURING AND DESIGN**

160.    The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in Count 6 are directed at other defendants in this action, not the United States.

161.    The allegations in paragraph 161 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

162.    The allegations in paragraph 162 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a

87

belief regarding the truth of these allegations, and, therefore, denies them.

163.    The allegations in paragraph 163 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

164.    The allegations in paragraph 164 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

165.    The allegations in paragraph 165 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

166.    The allegations in paragraph 166 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

167.    The allegations in paragraph 167 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

168.    The allegations in paragraph 168 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States denies the allegations in paragraph 168.

169.  The allegations in paragraph 169 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

170.  The allegations in paragraph 170 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

171.  The allegations in paragraph 171 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

## 2.     PRODUCTS LIABILITY: FAILURE TO WARN

172.  The allegations in paragraph 172 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

## 3.     PRODUCTS LIABILITY: BREACH OF EXPRESS AND IMPLIED WARRANTY OF MERCHANTABILITY

173.  The allegations in paragraph 173 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

4.       **COMPENSATORY DAMAGES UNDER ALABAMA LAW**

174.    The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in this section are directed at other defendants in this action, not the United States.

175.    The allegations in paragraph 175 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

176.    The allegations in paragraph 176 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

177.    The allegations in paragraph 177 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

178.    The allegations in paragraph 178 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

179.   The allegations in paragraph 179 constitute legal reservations and are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

**5.      CODE OF ALABAMA § 6-11-23 PUNITIVE / EXEMPLARY DAMAGES AS TO MANUFACTURING DEFENDANTS UNDER ALABAMA LAW**

180.   The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in this section are directed at other defendants in this action, not the United States.

181.   The allegations in paragraph 181 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

**D.      TEXAS STATE-BASED CLAIMS**

**COUNT 7:**

**CAUSE OF ACTION AGAINST MANUFACTURERS UNDER TEXAS PRODUCTS LIABILITY LAW**

182.   The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in Count 7 are directed at other defendants in this action, not the United States.

183.   The allegations in paragraph 183 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is

deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

184.     The allegations in paragraph 184 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

185.     The allegations in paragraph 185 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

186.     The allegations in paragraph 186 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

187.     The allegations in paragraph 187 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

188.     The allegations in paragraph 188 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

189.    The allegations in paragraph 189 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

a.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

b.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

c.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

d.      The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or

information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

e.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

f.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

g.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

190.   The allegations in paragraph 190 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

191.   The allegations in paragraph 191 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

192.    The allegations in paragraph 192 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

     a.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

     b.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

     c.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

d.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

## COUNT 8:

## CAUSE OF ACTION AGAINST MANUFACTURERS FOR NEGLIGENCE UNDER TEXAS LAW

193.    The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in Count 8 are directed at other defendants in this action, not the United States.

194.    The allegations in paragraph 194 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

195.    The allegations in paragraph 195 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

196.    The allegations in paragraph 196 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

96

197.    The allegations in paragraph 197 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

    a.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

    b.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

    c.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

    d.    The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or

97

information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

e.  The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

f.  The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

g.  The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

h.  The allegations in this sub-paragraph are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

198.   The allegations in paragraph 198 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

### COUNT 9:

### CAUSE OF ACTION AGAINST MANUFACTURERS FOR BREACH OF IMPLIED WARRANTY UNDER TEXAS LAW

199.   The United States incorporates by reference the above responses as if fully repeated verbatim herein.  In addition, the United States specifically avers that the allegations in Count 9 are directed at other defendants in this action, not the United States.

200.   The allegations in paragraph 200 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

201.   The allegations in paragraph 201 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

202.   The allegations in paragraph 202 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

203.   The allegations in paragraph 203 are directed at other defendants in this action, not the

United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

204.    The allegations in paragraph 204 are directed at other defendants in this action, not the United States. Therefore, the United States need not respond.  To the extent a response is deemed necessary, the United States lacks knowledge or information sufficient to form a belief regarding the truth of these allegations, and, therefore, denies them.

## COMPENSATORY DAMAGES: ALL STATES

The allegations in this section constitute a demand for damages to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies all allegations in this section.  The United States specifically denies that Plaintiffs are entitled to any damages in this action, including, but not limited to, the types of damages mentioned.

## MEDICAL MONITORING

The allegations in this section constitute a demand for medical monitoring to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies all allegations in this section.  The United States specifically denies that medical monitoring is recoverable in this action.

## PUNITIVE DAMAGES

The allegations in this section constitute a demand for punitive damages to which the United States need not respond.  To the extent a response is deemed necessary, the United States denies all allegations in this section.  The United States specifically denies

that punitive damages are recoverable against the United States under the FTCA.

## REQUEST FOR JURY TRIAL

The allegations in this section constitute a request for a jury trial to which the United

States need not respond.  To the extent a response is deemed necessary, the United States

denies all allegations in this section.  The United States specifically alleges that all

actions under the FTCA must be tried by the Court without a jury.

## PRAYER FOR RELIEF

The allegations in this section constitute a prayer for relief to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

all allegations in this section.  The United States specifically denies that a class action

should be certified in this case, regardless of how the class and certain subclasses are

defined.  In addition, the United States specifically denies that  that Plaintiffs are entitled

to any relief in this action, including, but not limited to, the types of relief mentioned.

1.      The allegations in this paragraph constitute a prayer for relief to which the United States

        need not respond.  To the extent a response is deemed necessary, the United States denies

        all allegations in this section.  The United States specifically denies that a class action

        should be certified in this case, regardless of how the class and certain subclasses are

        defined.

2.      The allegations in this paragraph constitute a prayer for relief to which the United States

        need not respond.  To the extent a response is deemed necessary, the United States denies

        all allegations in this section.  The United States specifically alleges that the Court lacks

        subject-matter jurisdiction under the FTCA to award equitable relief against the United

States.

3.        The allegations in this paragraph constitute a prayer for relief to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

all allegations in this section.  The United States specifically alleges that the Court lacks

subject-matter jurisdiction under the FTCA to award equitable relief against the United

States.

4.        The allegations in this paragraph constitute a prayer for relief to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

all allegations in this section.  The United States specifically denies that it is liable to

Plaintiffs in this action.

5.        The allegations in this paragraph constitute a prayer for relief to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

all allegations in this section.  The United States specifically denies that it is liable to

Plaintiffs in this action.  In addition, the United States denies that a class action should be

certified in this case, regardless of how the class and certain subclasses are defined.

6.        The allegations in this paragraph constitute a prayer for relief to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

all allegations in this section.  The United States specifically denies that Plaintiffs are

entitled to any costs or interest in this action.

7.        The allegations in this paragraph constitute a prayer for relief to which the United States

need not respond.  To the extent a response is deemed necessary, the United States denies

all allegations in this section.  The United States specifically denies that Plaintiffs are

entitled to any relief in this action.

*   *   *

## LACK OF SUBJECT-MATTER JURISDICTION

1.      The Court lacks subject-matter jurisdiction over Plaintiffs' claims because they are

subject to the bars and limitations of the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b),

2671-80  ("FTCA"), including, but not limited to, the provisions described below.

   a.      Plaintiffs' claims are barred by the discretionary function exception to the

FTCA's limited waiver of sovereign immunity.  28 U.S.C. § 2680(a).

   b.      Plaintiffs' claims are barred by the contractor exception to the FTCA's limited

waiver of sovereign immunity.  28 U.S.C. §§ 1346(b), 2671.

   c.      Plaintiffs' claims are barred because Plaintiffs failed to properly exhaust their

administrative remedies prior to filing suit.  28 U.S.C. § 2675(a); 28 C.F.R. §

14.2.  In addition, Plaintiffs failed to present legally and factually sufficient

administrative claims to the appropriate federal agency.

   d.      Plaintiffs' claims are barred by the FTCA's statute of limitations provision.  28

U.S.C. § 2401(b).

   e.      To the extent Plaintiffs' alleged injuries were caused, in whole or in part, by

alleged misrepresentation, concealment, or deceit, their claims are barred by the

misrepresentation exception to the FTCA's limited waiver of sovereign immunity.

28 U.S.C. § 2680(h).

   f.      To the extent Plaintiffs' alleged injuries were caused, in whole or in part, by other

alleged actions described in 28 U.S.C. § 2680(h), their claims fall outside the

FTCA's limited waiver of sovereign immunity.

g. To the extent Plaintiffs' claims are premised upon theories of strict or absolute liability, Plaintiffs' claims are barred; liability does not attach under the FTCA without proof of negligence or fault.  28 U.S.C. §§ 1346(b)(1), 2401(b), 2671-2680.

h. To the extent Plaintiffs' claims fail to assert any basis for analagous private liability, their claims fall outside the FTCA's limited waiver of sovereign immunity.  28 U.S.C. §§ 1346(b), 2674.

i. To the extent Plaintiffs' claims fail to assert that the negligent or wrongful actors at issue were employees of the government, acting within the scope of their employment, their claims fall outside the FTCA's limited waiver of sovereign immunity.  28 U.S.C. §§ 1346(b)(1), 2671.

j. To the extent Plaintiffs' claims do not involve an injury to or loss of property, or a personal injury or death, their claims fall outside the FTCA's limited waiver of sovereign immunity.  28 U.S.C. §§ 1346(b)(1).

k. To the extent Plaintiffs' claims are not for money damages, their claims fall outside the FTCA's limited waiver of sovereign immunity.  The FTCA does not provide subject-matter jurisdiction for claims seeking equitable relief.  28 U.S.C. § 1346(b).

l. The FTCA does not provide subject-matter jurisdiction over any claim for money damages in excess of the sum certain described in Plaintiffs' individual administrative claims.  28 U.S.C. § 2675(b).

m.  The FTCA does not provide subject-matter jurisdiction over any claim for punitive damages or for pre-judgment interest.  28 U.S.C. § 2674.

2.  The Court lacks subject-matter jurisdiction over Plaintiffs' claims for breach of implied and/or express contracts arising out of their alleged lease of temporary emergency housing from FEMA.  28 U.S.C. § 1346(a)(2) (Little Tucker Act); 28 U.S.C. § 1491(a) (Tucker Act).

3.  The Court lacks subject-matter jurisdiction over Plaintiffs' claims for breach of implied and/or express contracts arising out of their alleged purchase of temporary emergency housing units from FEMA.  41 U.S.C. §§ 602(a)(4), 609(a)(1); 28 U.S.C. § 1346(a)(2).

## AFFIRMATIVE DEFENSES

1.  Plaintiffs' Complaint, and each and every cause of action, allegation, and claim therein, fails to state a claim upon which relief may be granted.

2.  The United States owed no actionable duty to Plaintiffs in this case.

3.  If it is found that the United States owed an actionable duty to Plaintiffs, which it denies, the United States did not breach that duty.

4.  The injuries, damages, or losses alleged by Plaintiffs were not caused by any negligent or wrongful act or omission of any officer, agent, servant, or employee of the United States.

5.  No negligent, wrongful act or omission of the United States, was the cause in fact, or in any way contributed to, Plaintiffs' alleged injuries, damages, or losses.

6.  No negligent, wrongful act or omission of the United States, was the proximate or legal cause, or in any way contributed to, Plaintiffs' alleged injuries, damages, or losses.

7.  Any alleged injuries, damages, or losses sustained by Plaintiffs were not caused by acts

or omissions on the part of the United States, but were caused, in whole or in part, by occurrences and conditions prior, or subsequent.

8. Any alleged injuries, damages, or losses sustained by Plaintiffs were not caused by acts or omissions on the part of the United States, but were caused, in whole or in part, by the negligence of third parties.

9. Any alleged injuries, damages, or losses sustained by Plaintiffs were not caused by acts or omissions on the part of the United States, but were caused, in whole or in part, by an intervening or superseding cause or event.

10. Any alleged injuries, damages, or losses sustained by Plaintiffs were not caused by an act or omission on the part of the United States, but were caused, in whole or in part, by Plaintiffs' own negligence – or were the product of a voluntary assumption of risk.

11. The liability, if any, of the United States and responsible parties, named or unnamed, should be proportionately reduced and apportioned based on their respective degrees of fault, and the liability of the United States, if any, should be reduced, in accordance with law.

12. Plaintiffs have not suffered any compensable damages.

13. Plaintiffs have failed to mitigate damages.

14. If it is found that the United States is liable, which it expressly denies, the United States is entitled to an offset against damages, if any, for all amounts received by Plaintiffs from the United States and its agencies in relation to this matter.

15. All future damages, if any, must be reduced to present value.

16. Income taxes must be deducted from all alleged past and future lost earnings.

17.     Plaintiffs fail to state a claim for medical monitoring damages because they have not alleged a specific or manifest injury.

18.     Plaintiffs' claims are barred because they are based upon actions taken by a public entity in response to Hurricanes Katrina and Rita.  Louisiana Revised Statute § 9:2800(H); Louisiana Civil Code Arts. 2317, 2317.1.

19.     Plaintiffs' claims are barred by the Good Samaritan doctrine.

20.     Plaintiffs' claims are barred, in whole or in part, by the principles of res judicata and/or collateral estoppel.

21.     Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, laches, release, unclean hands, and/or ratification.

22.     Actions against the United States must be tried by the Court without a jury.  28 U.S.C. § 2402.

23.     Attorneys fees are limited under the FTCA.  28 U.S.C. § 2678.

24.     The United States reserves the right to plead all other affirmative defenses, or any other defenses under state or federal law, that it may become aware of or that may become applicable as a result of discovery in this case.

## **PRAYER FOR RELIEF**

WHEREFORE, the United States prays for judgment against Plaintiffs as follows: (1) for all claims against the United States to be dismissed with prejudice; (2) for all costs and expenses necessarily incurred in the defense of this matter to be cast against Plaintiffs; (3) and for all such additional and further relief as this Court may deem just and proper.

DATED:  October 23, 2008

Respectfully Submitted,

GREGORY G. KATSAS
Assistant Attorney General
Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General
Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Civil Division

HENRY T. MILLER
Senior Trial Counsel


s/ *ADAM M. DINNELL*
ADAM M. DINNELL (TX Bar No. 24055405)
MICHELLE G. BOYLE
Trial Attorneys, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, DC 20004
Phone:  (202) 616-4211
E-mail: Adam.Dinnell@usdoj.gov

Attorneys for Defendant
United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 23, 2008, I electronically filed the foregoing

**DEFENDANT UNITED STATES' MASTER ANSWER** with the Court by using the CM/ECF

system which will send a notice of electronic filing to Liaison Counsel.

DATED: October 23, 2008

s/ *ADAM M. DINNELL*
ADAM M. DINNELL
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, DC 20004
Phone:  (202) 616-4211
E-mail: Adam.Dinnell@usdoj.gov

Attorney for Defendant
United States of America
