**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER                    §              MDL NO. 1873
        FORMALDEHYDE PRODUCTS      §              SECTION "N" (4)
        LIABILITY LITIGATION             §
                                   §              JUDGE ENGELHARDT
                                   §              MAG. JUDGE ROBY

**This Document relates to:**
***Babin* 08-4629**

_____

**LIST OF DEFENSES AND MOTIONS TO BE PRESERVED**
**BY STARCRAFT RV, INC.**

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant Starcraft RV, Inc.

("Starcraft") submits the following list of defenses and/or motions to be preserved in the

following underlying action which is currently pending in the above captioned multidistrict

litigation proceeding:

    1.    ***Babin v. Cavalier Home Builders, LLC, et al.*, No. 08-4629 (E.D. La.)**

        (a)   Rule 12(b)(5):  Insufficiency of Service of Process;

        (b)   Rule 12(b)(1):  Lack of subject matter jurisdiction over claims;

        (c)   Rule 12(b)(3):  Improper venue;

(d)   Rule 12(b)(6):  Failure to state to claim for negligence, negligence per se, gross negligence, recklessness and willfulness, strict liability in tort because these theories of recovery are Louisiana Products Liability Act based claims;

(e)   Rule 12(b)(6):  Failure to state a claim for breach of implied and express warranty because those claims are not available to plaintiffs, and to the extent that they are available, they are precluded by the Louisiana Products Liability Act;

(f)   Rule 12(b)(6): Failure to state a claim for medical monitoring damages under Louisiana, Mississippi, Texas or Alabama law because plaintiffs have not alleged a present and manifest injury;

(g)   Rule 12(b)(6): Failure to state a claim for injunctive relief;

(h)   Rule 12(b)(6): Failure to state a claim for attorney's fees;

(i)   Rule 12(b)(6): Failure to state a claim for punitive damages;

(j)   Rule 12(b)(6): Failure to state a claim because plaintiffs failed to make any particularized allegations regarding their injuries and damages, and failed to make any particularized allegations connecting any particular plaintiff to conduct by any particular defendant;

(k)   Rule 12(e): Motion for more definite statement of the complaint based on plaintiffs' failure to make particularized allegations about their injuries and damages and failure to made any particularized allegations about any particular defendants' alleged conduct;

(l)   Rule 21: Improper joinder: Failure to satisfy requirements for joinder of parties under FRCP 19 and 20;

(m)   Rule 12(b)(6): Failure to state a claim for breach of express warranty under Alabama, Mississippi, and Texas law;

(n)   Rule 12(b)(6) : Failure to state a claim for breach of implied warranty of merchantability under Alabama, Mississippi, and Texas law;

(o)   Rule 12(b)(6): Failure to state a claim for breach of implied warranty of fitness for particular purpose under Alabama, Mississippi and Texas law; and

(p)   Rule 9(b):  Failure to plead fraud and misrepresentations with particularity.

2

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By: *Thomas L. Cougill*
           THOMAS L. COUGILL
           Texas State Bar No. 04877300
           Louisiana State Bar No. 31112
           R. MARK WILLINGHAM
           Texas State Bar No. 21641500
           JEFFREY P. FULTZ
           Texas State Bar No. 00790728
           Mississippi Bar No. 101058
           Niels Esperson Building
           808 Travis Street, Suite 1608
           Houston, Texas  77002
           (713) 333-7600 – Telephone
           (713) 333-7601 – Facsimile

**Attorneys for Starcraft RV, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the  22nd day of October, 2008.

*Thomas L. Cougill*

THOMAS L. COUGILL

3