UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(4)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* *No. 07-9228* | **MAGISTRATE ROBY** |

******************************************************************************

## MOTION TO SEAL EXHIBITS TO
## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who for the reasons more fully set out in the attached memorandum in support attached hereto, respectfully request that the exhibits to the Motion for Leave to File First Supplemental and Amending Complaint, Document No. 758 to the Master Docket, filed October 23, 2008, be placed under seal by this honorable Court as protected and privileged.

                Respectfully Submitted,

         By: /s/ Frank J. D'Amico, Jr
            Frank J. D'Amico, Jr. (#17519)
            **Frank J. D'Amico, Jr., APLC**
            622 Baronne Street
            New Orleans, Louisiana 70113
            Telephone: (504) 525-7272
            Facsimile: (504) 525-9522

            **Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## CERTIFICATE OF SERVICE

 I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 24 day of October, 2008. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 24 day of October, 2008.

                /s/ Frank J. D'Amico, Jr.
                FRANK J. D'AMICO, JR. (#17519)