UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO SEAL EXHIBITS TO FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who offer this memorandum in support of their Motion to Seal Exhibits attached to the Motion for Leave to File First Supplemental and Amending Complaint, Document No. 758 to the Master Docket, filed October 23, 2008.

The Exhibits relied upon by the Plaintiffs in their Amended Complaint were produced pursuant to an agreement amongst all parties that they were protected documents, and that production to the Court of any such documents would be made under seal. Plaintiffs inadvertently failed to indicate this upon filing the October 23, 2008 Motion for Leave to File. However, the protected documents were not attached to the electronic filing, rather they were hand delivered to the Clerk of Court. As such, they are not currently available electronically, and it would impose no hardship to the Court or any Defendant for these documents to be placed

under Seal by this honorable Court as protected documents pursuant to agreement amongst all parties.

WHEREFORE, Plaintiffs respectfully request that this honorable Court place the exhibits attached to the Motion for Leave to File the First Supplemental and Amending Complaint filed October 23, 2008, under Seal.

                Respectfully Submitted,

By: /s/ Frank J. D'Amico, Jr
Frank J. D'Amico, Jr. (#17519)
**Frank J. D'Amico, Jr., APLC**
622 Baronne Street
New Orleans, Louisiana 70113
Telephone:  (504) 525-7272
Facsimile:  (504) 525-9522

**Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 24 day of October, 2008. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 24 day of October, 2008.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)