UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-4"

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

-----------------------------------------------------------------------------

## MOTION FOR CLASS CERTIFICATION

All Plaintiffs named in any Complaint or Petition whose suits have been consolidated or cumulated herein (hereafter referred to as "Plaintiffs"), through the Plaintiffs' Steering Committee ("PSC"), respectfully submit this Motion for Class Certification, representing that:

1.

The proposed class is so numerous that joinder of all members is impracticable.

2.

There are questions of law and fact common to the class which predominate over any questions affecting only individual members.

3.

The claims of the proposed class representatives are typical of the class.

4.

The representative parties will fairly and adequately protect the interests of the class.

5.

A class action is superior to other available methods for the fair and efficient adjudication of this matter.

The reasons in support of Plaintiffs' motion will be more fully set forth in the PSC's Memorandum in Support of Motion for Class Certification filed in compliance with the schedule set forth in the Court's Pretrial Order No. 13 of July 24, 2008. (Doc. #564).

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.

2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on October 24,  2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471