# Transcript of the Testimony of
# Corey W. Davis

### Date taken: October 8, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT
A

1  signed up was your mother telling you, "I'm
2  going down to sign up and you need to come
3  with me"?
4      A    Yes, sir.
5      Q    Was there any discussion with your
6  mother about what the nature of the lawsuit
7  was or is?
8      A    Between me and my mother?
9      Q    Yes.
10     A    Yes, sir.
11     Q    What did you guys discuss?
12     A    What was the reason for the
13 lawsuit.
14     Q    Okay.  And what did you guys
15 determine the reason for the lawsuit is?
16     A    Our understanding was about the
17 problem we were having with the formaldehyde
18 from the trailers.
19     Q    What problems were you having with
20 formaldehyde from the trailers?
21     A    It made me have shortness of
22 breath, irritation of eyes, headaches,
23 dizziness, real bad coughs.
24     Q    Did you have any of that before
25 you lived in a FEMA trailer?

1   of your nose?

2       A    Yes, sir.

3       Q    Burning of the inside of your
4   nose?

5       A    Yes, sir.

6       Q    You had bleeding inside of your
7   nose?

8       A    Yes, sir.

9       Q    Did the bleeding actually run down
10  your nose?

11      A    Yes, sir.

12      Q    How often did you have nose
13  bleeds?

14      A    Maybe once every other night.

15      Q    Every other day?

16      A    Yes, sir.

17      MR. BECNEL:
18          I believe that testimony was
19  "every other night."

20  EXAMINATION BY MR. GLASS:

21      Q    Okay.  Well, every other 24-hour
22  period?

23      A    Yes, sir.

24      Q    And that continued the entire time
25  that you were in the trailer?

Page 58

1    A    Yes, sir.
2    Q    Did you seek medical treatment for
3    the nose bleeds?
4    A    Yes, sir, I went to the emergency
5    room.
6    Q    And you never had nose bleeds
7    before living in the trailer?
8    A    No, sir.
9    Q    You had irritation and itching of
10   skin?
11   A    Yes, sir.
12   Q    Did you ever have that before
13   living in the trailer?
14   A    No, sir.
15   Q    Drying or scaling of skin, did you
16   ever have that before living in the trailer?
17   A    No, sir.
18   Q    Scaling or itching of eyelids, you
19   had that after you were in the trailer?
20   A    Yes, sir.
21   Q    Did you ever have that before?
22   A    No, sir.
23   Q    Headaches, you had that after
24   living in the trailer?
25   A    Yes, sir.

1      Q    Did you ever have that before you
2   were in the trailer?
3      A    I had headaches where I had to
4   take Tylenol, but they wasn't as intense
5   until I was living in the trailer.
6      Q    So you had more intense headaches
7   after living in the trailer?
8      A    Yes, sir.
9      Q    Did they occur more frequently?
10     A    Yes, sir.
11     Q    Nausea, did you have any nausea
12  before living in the trailer?
13     A    No, sir.
14     Q    Vomiting, how often did that
15  happen?
16     A    Maybe once or twice a week.
17     Q    Was there any blood in your vomit?
18     A    No, sir.
19     Q    The entire time that you lived in
20  the trailer, you threw up one or two times a
21  week?
22     A    Yes, sir.
23     Q    Did you seek treatment for that?
24     A    Yes, sir.
25     Q    You went to the emergency room?