# Transcript of the Testimony of
# Rayfield Robinson

Date taken: October 2, 2008

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT B

Page 31

1    Q.    Was Smokey in school?
2    A.    Yes.
3    Q.    Where?
4    A.    Behrman.
5    Q.    Was Jackie in school?
6    A.    Yes.
7    Q.    Where?
8    A.    Behrman.
9    Q.    And was Sugar Ray in school?
10   A.    Yes.
11   Q.    Where?
12   A.    L.B. Landry.
13   Q.    You're saying Behrman, that is
14   B-E-H-R-M-A-N?
15   A.    Yes.
16   Q.    Do you know where that's located?
17   A.    Yes.  In Algiers on Opelousas.
18   Q.    Healthwise, what medical problems
19   have you had since Hurricane Katrina?
20   A.    Well, living in the FEMA trailer,
21   I had burning eyes, itching skin, dry skin,
22   watery eyes, breathing problems, vomiting
23   problems and pains through my stomach.
24   Q.    You said you had burning eyes?
25   A.    Yes.

1    Q.   Do you still have watery eyes?
2    A.   Yes, but not as bad as it used to
3    be when I was in the trailer.
4    Q.   Do you still have problems with
5    vomiting?
6    A.   Yes.
7    Q.   Do you still have problems with
8    diarrhea?
9    A.   No, not as bad as it used to be
10   when I was in the trailer.
11   Q.   But you still have some diarrhea?
12   A.   Yes.
13   Q.   Do you still have problems with
14   your stomach?
15   A.   Yes.
16   Q.   Before August 29, 2005, did you
17   have problems with diarrhea?
18   A.   No.
19   Q.   Did you ever see a doctor for
20   problems with diarrhea before August 29,
21   2005?
22   A.   No.
23   Q.   Did you have problems with your
24   stomach before August 29, 2005?
25   A.   No.