# Transcript of the Testimony of
# Shane Anthony Baker o/b/o Shane Lee Anthony Baker

## Date taken: October 10, 2008

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT
C
tabbies

1   the trailer; is that correct?
2       A   Yes, sir.
3       Q   You see the boxes that are marked
4   off on Page 3?
5       A   Yes, sir.
6       Q   Those are all the symptoms that
7   you believe Shane had while he was in the
8   trailer?
9       A   Yes, sir.
10      Q   The first symptom that you marked
11  off is "irritation to nasal membranes
12  (inside of nose)." How many times did he
13  have that?
14      A   He still has it.
15      Q   Is it constant?
16      A   Yes, sir.
17      Q   Did he ever have irritation to his
18  nose, inside of his nose before he lived in
19  the trailer?
20      A   No, sir.
21      Q   Rather than going through each one
22  of these individually, looking at all of the
23  symptoms that are checked off on Page 3, did
24  your son have any of those symptoms before
25  he moved into the trailer?

Page 89

1       A   No, sir.
2       Q   All of these symptoms first
3   occurred after he moved into the trailer?
4       A   After, yes, sir.
5       Q   Did he have all of these symptoms
6   continuously while he was in the trailer?
7       A   Yes, sir.
8       Q   Including nausea and vomiting?
9       A   Yes, sir.
10      Q   He would vomit every day?
11      A   Not every day. You know, but he
12  would tell me that his stomach would hurt,
13  you know.
14      Q   How often did he actually vomit?
15      A   It wasn't every day. Maybe like
16  twice a week, you know, and he always
17  complained to me about his ears and all
18  that.
19      Q   The rashes on his skin and the
20  drying or scaling of skin, was that
21  something that was continuous while he was
22  in the trailer?
23      A   Yeah. I mean, we would just put
24  some lotion on him.
25      Q   The abdominal pain, was that

Page 90

1   something that he had every day?
2       A   Yes, sir, stomach.
3       Q   The difficulty breathing, the
4   wheezing and the shortness of breath, were
5   those things that he had every day?
6       A   Yes, sir.
7       Q   When you moved out of the trailer,
8   did any of the symptoms go away?
9       A   No, sir.
10      Q   So even today, he still has every
11  one of these symptoms?
12      A   Yes, sir. Well, with the ears,
13  the nasal, you know, breathing. I just
14  brought him to the pediatrician last week,
15  and they gave me two prescriptions for him,
16  Amoxicillin and Suspension.
17      Q   Have any of the doctors told you
18  that he has some kind of chronic illness,
19  like asthma or anything like that?
20      A   No, sir.
21      Q   Has he been diagnosed with any
22  kind of diseases?
23      A   No, sir.
24      Q   Have you told the doctors that he
25  has had all of these symptoms continuously

Page 91

1   since living in the trailer?
2       A   Yes, sir.
3       Q   What have the doctors told you is
4   wrong with your son?
5       A   They just basically told me, you
6   know, that he's just congested up in his
7   chest, you know, always getting sick,
8   coughing, you know.
9       Q   Have they expressed any concern
10  over the fact that he continues to vomit
11  frequently?
12      A   He doesn't really vomit that much
13  no more, now that we're out.
14      Q   That's what I want you to tell me,
15  is which of these symptoms have gone away
16  since he has left the trailer?
17      A   Okay. He really doesn't vomit no
18  more and he no longer has rashes.
19      Q   Anything else?
20      A   And bleeding of the nasal
21  membranes, he don't bleed from his nose. He
22  bleeds from his ear.
23      Q   He does bleed from his ear?
24      A   Yes, sir.
25      Q   What does his doctor say about

Page 92

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Shane Anthony Baker o/b/o Shane Lee Anthony Baker

1    Q   How would you determine what each
2  person who spent time in a trailer who was
3  making a claim, what their symptoms were?
4    A   What would their symptoms be?
5    Q   How would you go about finding out
6  what their symptoms are?
7    A   How would I go about finding out
8  what their symptoms are?
9    Q   Would you have to talk to them?
10    A   Yes, sir.  Yes, sir.
11    Q   Is it true that their symptoms
12  could be any one of the symptoms listed on
13  Pages 3 and 4?
14    A   Yes, sir.
15    Q   Could it be any combination of
16  those symptoms?
17    A   Yes, sir.
18    Q   Do you think there's any single
19  plaintiff that has every single symptom that
20  every person is complaining about from
21  living in these trailers?
22    A   They might.
23    Q   But you don't know that?
24    A   I don't know that.
25    Q   Your son was in good health and
Page  97

1    A   Why did we move out?
2    Q   Yes.
3    A   Because of him being sick.
4    Q   You felt like your health was
5  being jeopardized in the trailer?
6    A   Yes, sir.  And that's when we
7  moved back to Chalmette.
8    Q   On Page 11, the information is
9  provided about the number of people that
10  were living in the trailer.  That's an
11  accurate list?
12    A   Yes, sir.
13    Q   On Page 12, there's some unusual
14  information about the cigarette smoking.  It
15  says, "Date on which smoking/tobacco use
16  ended: 1-1-1001."  Do you know what that
17  was supposed to mean?
18    A   No, sir.
19    Q   Have you stopped smoking?
20    A   No, sir.
21    Q   And your son doesn't smoke,
22  correct?
23    A   No, sir.
24    Q   So all of the other blanks that
25  have "1001 years" and "one year," that
Page  99

1  did not have any of these symptoms before he
2  moved into the trailer?
3    A   No, sir.
4    Q   Do you have your father's death
5  certificate?
6    A   Yes, sir.
7    Q   Did the death certificate indicate
8  that his death was the result of exposure to
9  formaldehyde?
10    A   No, sir.  It just said passed away
11  from pancreatic cancer.
12    Q   Do you know if that was determined
13  to be natural causes?
14    A   I don't know.  I mean, he only
15  weighed 60 pounds when he passed away.
16    Q   On Page 9, it's reported that your
17  son lived in the travel trailer from
18  November, 2005 until May of 2006.  To the
19  best of your recollection, that is the time
20  that was spent in the trailer?
21    A   Yes, sir.
22    Q   Those seven months?
23    A   Yes, sir.
24    Q   Why did your son move out of the
25  trailer?
Page  98

1  doesn't apply to anything for your son,
2  correct?
3    A   Correct.
4    MR. DANIELS:
5        I'm guessing the dates are due to
6  the program.
7    MR. GLASS:
8        I know.  I just had to confirm
9  that wasn't anything that he provided,
10  obviously.
11    MR. McLENDON:
12        That's a long time ago.
13  EXAMINATION BY MR. GLASS:
14    Q   You're aware of the fact that
15  you're representing your son in this
16  litigation, correct?
17    A   Yes, sir.
18    Q   Is it your understanding that a
19  lawsuit has been filed on his behalf?
20    A   Yes, sir.
21    Q   What is your understanding as to
22  the nature of that lawsuit?
23    A   To represent my son and other
24  people in the other four states.
25    Q   So it's your understanding that
Page  100

25 (Pages 97 to 100)