# Transcript of the Testimony of
# Joycelyn C. Beasley o/b/o Heavenly Beasley

**Date taken: October 9, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT
D

### Page 45

```
 1   with FEMA and offer to buy that trailer?
 2       A   No.
 3       Q   Okay.  In April, 2008, why did you
 4   finally move out of that Jayco travel
 5   trailer?
 6       A   We had a deadline to be removed
 7   out of the FEMA trailers.
 8       Q   Okay.  Was that something that
 9   FEMA gave you, a deadline to move out?
10       A   Yes, sir.
11       Q   And then you found the
12   apartment that you're in now, correct?
13       A   Yes, sir.
14       Q   And you have been there since
15   April.
16       A   Yes, sir.
17       Q   Did you use any cleaning products,
18   disinfectants, anything like that in the
19   travel trailer?
20       A   Yes.
21       Q   What were those, the cleaning
22   products that you used in the trailer, brand
23   names or types?
24       A   Mr. Clean.
25       Q   Okay.  Anything else that you can
```

### Page 46

```
 1   remember?
 2       A   A bottle of Awesome.
 3       Q   Did you ever use any scented
 4   candles in the trailer?
 5       A   No.
 6       Q   Did you guys ever do any kind of
 7   painting in the trailer?
 8       A   No.
 9       Q   Did you have any pets in the
10   trailer?
11       A   No.
12       MR. BECNEL:
13           Objection, asked.
14   EXAMINATION BY MR. ROACH:
15       Q   Earlier, you mentioned that there
16   had been some testing done on the air in the
17   trailer in about July of '07.  Does that
18   sound about right?
19       A   Yes.
20       Q   Do you know who did that testing?
21       A   Sierra Club, I think.
22       Q   Okay.  Do you know how that came
23   about?  Was that something that you
24   requested or were they sent by your
25   attorneys; do you know?
```

### Page 47

```
 1       A   I requested -- Well, I requested
 2   from my daughter's doctor, because Heavenly
 3   was having trouble breathing, and she kept
 4   developing ear infections, nose, trouble
 5   breathing, and when I took her to
 6   Dr. Sinclair, and with her treating
 7   Heavenly, she recommended me to have my
 8   trailer tested for formaldehyde.
 9       Q   Okay.  And about when was that?
10   Was that a short time before?  Was it around
11   July, 2007, or how long did it take for the
12   testing to actually happen?
13       A   It was right in July.
14       Q   Okay.  And who did you call to
15   have your trailer tested?
16       A   The Sierra Club.
17       Q   Okay.  Did Dr. Sinclair give you
18   the number to the Sierra Club?
19       A   No, she set it up.
20       Q   Oh, so Dr. Sinclair set it up?
21       A   Yes.
22       Q   So did you personally ever call
23   anybody or talk to anybody about testing of
24   your trailer?
25       A   No, sir.
```

### Page 48

```
 1       Q   That was all Dr. Sinclair?
 2       A   Yes, sir.
 3       Q   Okay.  Did you personally do any
 4   of the testing, handle any of the sampling
 5   devices, anything like that?
 6       A   No, sir.
 7       Q   How many people came out to do the
 8   testing; do you remember?
 9       A   Three.
10       Q   And what did they do?
11       A   Just came in and set the device in
12   the trailer and left it there for 24 hours.
13       Q   Okay.  And what did the device
14   look like?
15       A   It looked like a little round -- I
16   think it was white, if I'm not mistaken.
17       Q   Where did they put it in the
18   trailer?
19       A   In the bedroom.
20       Q   Was it hanging from the ceiling?
21       A   On the curtain.
22       Q   On the curtain.  Okay.  And did
23   you and Heavenly leave the trailer or did
24   you just keep living there as long as the
25   testing was going on for that 24 hours?
```

```
 1     A   We stayed there.
 2     Q   Okay. They didn't tell you you
 3   had to leave?
 4     A   No, sir.
 5     Q   Did they give you any other
 6   instructions about anything that you were
 7   supposed to do during that 24 hours?
 8     A   No.
 9     Q   I assume since that was July that
10   you guys were running the air conditioning
11   while that was going on, the testing?
12     A   Yes, sir.
13     Q   Do you remember if you had any
14   windows or vents open on the trailer?
15     A   During the daytime, the windows
16   were open.
17     Q   Do you remember if you cooked any
18   meals during that 24 hours when the testing
19   was happening?
20     A   Yes, we did cook.
21     Q   About how many times? Twice?
22     A   Twice.
23     Q   Did you talk to the people who
24   were doing the testing?
25     A   Yes.
                                      Page 49

 1     Q   Okay. Did they tell you that you
 2   were supposed to do anything special or
 3   differently than what you usually do?
 4     A   No, sir.
 5     Q   Did they give you any instructions
 6   on handling the device?
 7     A   No, I didn't touch it.
 8     Q   Okay. Are you a smoker?
 9     A   No.
10     Q   Is your husband a smoker, Steven?
11     A   Yes.
12     Q   Does he smoke cigarettes?
13     A   Yes.
14     Q   About how many cigarettes did he
15   smoke in a day at the time that you guys
16   were living in the trailer?
17     A   Probably like three or four
18   cigarettes.
19     Q   Okay. Did he ever smoke inside of
20   the trailer?
21     A   No, sir.
22     Q   And was that true for the whole
23   time that you all were living in the
24   trailer?
25     A   Yes, to my knowledge.
                                      Page 50

 1     Q   Earlier you mentioned that
 2   Heavenly had some breathing problems. Are
 3   there any other problems, medical problems
 4   that Heavenly has that you would attribute
 5   to either formaldehyde or living in this
 6   travel trailer?
 7     A   She was diagnosed with bronchitis
 8   and upper RSV.
 9     Q   Upper respiratory infection?
10     A   Yes.
11     Q   Were those, the bronchitis and
12   upper respiratory infection, two different
13   diagnoses or was that the same time?
14     A   That was at the same time.
15     Q   Okay. And when was that
16   diagnosis; do you remember?
17     A   That was in '06, I believe it was,
18   Christmas Day or the day after Christmas, I
19   believe it was.
20     Q   Okay. And was that Dr. Sinclair
21   that diagnosed her?
22     A   No, sir. That was Our Lady of the
23   Lake. We had went to the emergency.
24     Q   Okay. And is that there in Baker?
25     A   Baton Rouge.
                                      Page 51

 1     Q   Baton Rouge. Sorry. When was the
 2   first time that you noticed Heavenly was
 3   having some sort of a breathing problem?
 4     A   That particular time.
 5     Q   Okay. So was there any time
 6   before December of 2006 that you noticed she
 7   was having breathing problems?
 8     A   No, sir.
 9     Q   Okay. I assume that the
10   bronchitis and the upper respiratory
11   infection at some point cleared up? Did she
12   get better?
13     A   No, sir, I'm still dealing with it
14   now.
15     Q   Okay. Is she still being treated
16   for that?
17     A   Yes, sir.
18     Q   Who's treating her?
19     A   Her primary care doctor is
20   Dr. Katie Powell, internal medicine.
21     Q   Where is Dr. Powell?
22     A   In Baker.
23     Q   Baker, Louisiana?
24     A   Yes, sir.
25     Q   Does she have her own practice or
                                      Page 52
```

13 (Pages 49 to 52)

```
 1   for her?
 2       A    For congestion.
 3       Q    Okay.  Do you remember what it was
 4   called?
 5       A    No, sir.
 6       Q    Okay.  Is Heavenly on any
 7   medications today?  Does she still take any
 8   medicine?
 9       A    No, sir.
10       Q    Has Heavenly ever been diagnosed
11   with any kind of allergies?
12       A    No, sir.
13       Q    Has she ever been diagnosed with
14   asthma?
15       A    No, sir.
16       Q    Has she ever had any kind of
17   stomach problems, vomiting, diarrhea,
18   anything like that?
19       A    She had diarrhea and stomach
20   problems.
21       Q    Okay.  When did she have those?
22       A    We noticed that when we were in
23   the trailer.
24       Q    Do you remember what year, what
25   month that would have been?
                                        Page 57
```

```
 1       A    Probably in '06.  Probably in '06.
 2       Q    Okay.  Did you have to take her to
 3   the doctor for that?
 4       A    Yes, she went to the doctor.
 5       Q    Where did she go?
 6       A    To those -- She went to Dr. Katie.
 7       Q    Okay.  Did she give her any
 8   medicine for that?
 9       A    Yes, she did.
10       Q    Okay.  What did she give her?
11       A    She give her the congestion, the
12   ear.  That was when we went.
13       Q    Did she ever give her anything for
14   vomiting, diarrhea, anything like that?
15       A    No, she didn't give her anything
16   to settle her stomach, no.
17       Q    Is that something that Heavenly
18   still has today?  Does she still have any
19   kind of stomach problems?
20       A    So far, so good.
21       Q    Okay.  Did you or Steven ever have
22   any physical or health problems that you
23   would attribute to living in the travel
24   trailer?
25       A    Steven, he complained of
                                        Page 58
```

```
 1   headaches.
 2       Q    Okay.  When did he first start
 3   complaining of headaches?
 4       A    I'm not sure.
 5       Q    Have you had any problems that you
 6   would attribute to living in the travel
 7   trailer, any health problems?
 8       A    No more than my eyes used to burn
 9   in there.
10       Q    Okay.
11       A    I had a skin rash.
12       Q    When's the first time you remember
13   your eyes burning?
14       A    When I first entered the trailer.
15       Q    Okay.  And did that ever clear up?
16   Did your eyes ever stop burning?
17       A    Yeah.
18       Q    Okay.  About when did it stop?
19       A    I'm not sure.
20       Q    Did you or Steven ever have to go
21   to the doctor for any of those problems?
22       A    We visited the blue bus.
23       Q    Okay.  Was that Dr. Sinclair again
24   or was it a different doctor?
25       A    It probably was a different one.
                                        Page 59
```

```
 1       Q    Okay.
 2       A    Dr. Sinclair was mainly for the
 3   kids.
 4       Q    Okay.  Do you remember who the
 5   doctor was?
 6       A    No, sir.
 7       Q    Did they give you any treatments,
 8   prescribe any medications?
 9       A    I'm not sure.
10       Q    Okay.  Have you or Steven ever
11   been diagnosed by a doctor with anything
12   that has been attributed to formaldehyde or
13   living in the travel trailer?
14       A    No.
15       Q    Has any doctor ever told you that
16   Heavenly has any illness or disease because
17   of formaldehyde or living in the travel
18   trailer?
19       A    No.
20       Q    Okay.  I may have already asked
21   you.  Before you moved into the travel
22   trailer, had Heavenly had any kind of
23   physical problems, illnesses, had she been
24   sick?
25       A    No.
                                        Page 60
```

15 (Pages 57 to 60)