## AFFIDAVIT OF JUDD E. SHELLITO CONCERNING
## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned authority personally came and appeared:

**JUDD E. SHELLITO, M.D.**

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

_____
JUDD E. SHELLITO, M.D.

Sworn to and subscribed
before me, this 26th day of
August, 2008.

_____ # 29063
NOTARY PUBLIC  Aaron Ahlquist

My commission expires  at death

EXHIBIT F

1

 **Health Sciences Center**

NEW ORLEANS

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

School of Medicine
Department of Medicine
Section of Pulmonary/Critical Care Medicine

August 18, 2008

To Whom It May Concern:

Introduction
This report is intended to present my opinion regarding potential adverse health effects of formaldehyde contained in temporary housing units (travel trailers, park models, and mobile homes) used to house displaced residents of Louisiana and Mississippi following Hurricane Katrina on August 29, 2005 and Hurricane Rita on September 24, 2005. These units were provided to eligible residents by the Federal Emergency Management Agency (FEMA) as part of the emergency response to the storms. While intended as temporary housing, many of these units were actually occupied by adults and children for a period of years, as their homes were being rebuilt or new housing was located. In fact, many of these temporary housing units are still occupied and in use, particularly those located on private property rather than in group sites.

Exposure to formaldehyde within these units takes place mainly through inhalation or breathing in of formaldehyde gas. Thus, potential hazards from such exposures could involve diseases of the lungs or airways, also including the nose and sinuses. I am currently Chief of the Section of Pulmonary and Critical Care Medicine at Louisiana State University Health Sciences Center (LSUHSC) in New Orleans, Louisiana. I am board certified in Internal Medicine and Pulmonary Medicine and serve as the Lowenstein Professor of Medicine at LSUHSC. On the foundation of my training and experience, I feel that I am qualified to express an opinion about formaldehyde exposures in the housing units provided by FEMA as they might affect the respiratory tract (nose, sinuses, and lungs).

Background
Formaldehyde is used in a variety of components that make up mobile homes/units, and the air exchange rate within a mobile home is less than for conventional homes. For the same reasons, formaldehyde is a potential concern for owners of recreational vehicles. Release of formaldehyde into the air from manufactured products is called "off gassing". This is most evident shortly after manufacture and then declines. The process is accelerated by higher temperatures and higher humidity. FEMA conducted tests in March of 2006, apparently concerned not about housing unit residents but for their workers who were involved in moving and setting up the units within the hurricane affected areas. FEMA found that formaldehyde concentrations were detectable but below the OSHA recommended limits. These concentrations fell significantly, when the units were ventilated for 3.5 hours. They recommended that FEMA employees be given formaldehyde training and that notices be placed on these housing units prior to delivery.

Complaints about odors from Mississippi residents of FEMA units were investigated by the Sierra Club in April of 2006. They found detectable concentrations in a majority of units tested.

Louisiana State University Health Sciences Center • 1901 Perdido Street, Room 3205 • New Orleans, Louisiana 70112
phone (504) 568-4634  fax (504) 568-4295  www.lsuhsc.edu

In September, 2007, FEMA collected air samples from 96 new housing units in Baton Rouge, LA. The units had been closed up for 6 weeks before sampling. The opening concentrations of formaldehyde in the units averaged 1,200 ppb (parts per billion). However, when the windows and vents were opened, the indoor concentrations of formaldehyde dropped below 300 ppb after 4 hours and remained lower. Using the air conditioner with one open vent in the bathroom also reduced levels but not as much. FEMA recommends ventilation, if a unit has been closed up for several days. FEMA asked the CDC to help with a study of indoor formaldehyde exposures in FEMA units occupied for long periods of time. A final report of this CDC study was released dated July 2, 2008 (1). The CDC found that formaldehyde levels within temporary housing units averaged 77 ppb. This level is higher than those found in manufactured homes (34 ppb) and site-built homes (34 ppb) (2). The CDC acknowledged that their studies were conducted in colder winter months and in older units and likely under-estimate formaldehyde exposures when the units were new or during hot and humid weather.

Pathophysiology of Formaldehyde Inhalation
Formaldehyde is a <u>respiratory irritant</u>. That is to say that inhaled vapors or fumes of formaldehyde can irritate the cells lining the nose, throat, and bronchi resulting in acute symptoms of nasal discharge, nose bleeds, sore throat, watery eyes, hoarseness, and cough. As a rule, these symptoms are transient and resolve completely once the worker removes him or herself from exposure. The very fact that these compounds are irritants decreases the likelihood that workers will endure prolonged exposure. The odor threshold for formaldehyde is 50 ppb (3). There is increasing interest in possible permanent or long-term pulmonary reactions to irritant exposures at all levels (4). Formaldehyde is also a <u>sensitizer</u>, which means it can stimulate the immune system to develop a reaction to the chemical. A well recognized immune reaction for topical formaldehyde exposure is contact dermatitis. Formaldehyde is also a <u>carcinogen</u> which means that exposure to the chemical can cause cellular changes that result in cancer (*http://monographs.iarc.fr/ENG/Monographs/vol88/mono88-6.pdf*).

Potential toxic effects from any inhalational exposure relate to 3 factors in addition to the chemical properties of the specific compound: the intensity of the exposure, the duration of the exposure, and the susceptibility of the individual in question. There has been considerable study of worker groups who may be exposed to formaldehyde on the job: agricultural workers, anatomists, beauticians, biologists, bookbinders, botanists, chemical production workers, cosmetic formulators, crease-resistant textile finishers, disinfectant makers, disinfectors, dress-goods shop personnel, electrical insulation makers, embalmers, embalming fluid makers, fire proofers, formaldehyde production workers, formaldehyde resin makers, foundry employees, fumigators, fur processors, furniture makers, glue and adhesive makers, hide preservers, histology technicians (including necropsy and autopsy technicians), ink makers, lacquerers and lacquer makers, medical personnel (including pathologists), mirror manufacturers, paper makers, particle-board makers, photographic film makers, plastic workers, plywood makers, rubber makers, taxidermists, textiles mordanters and printers, textiles water proofers, varnish workers, wood preservers (5). Studies of these worker groups have uncovered potential health hazards related to formaldehyde exposure (6) and have stimulated the establishment of OSHA standards for workplace exposures to formaldehyde (7). Relatively less is known about possible toxicity related to residential or environmental exposures to formaldehyde.

Potential Toxicity Related to Resident Exposures in Temporary Housing Units
<u>Dose</u>- As noted above, the latest CDC study of temporary housing unit residents found an average of 77 ppb formaldehyde in the housing unit interiors. This is likely to be an underestimation of the actual level experienced by the residents for reasons mentioned above. Is this level of 77 ppb a harmful level of formaldehyde? According to the CDC final report (1), the World Health

3

Organization guideline for short term formaldehyde exposure is 100 ppb for 30 minutes and the California Office of Environmental Health Hazard Assessment guideline for office exposures is 23 ppb. The Occupational Health and Safety Administration recommends a time weighted average for a 10 hour/day exposure over a 40 hour week of 750 ppb (7). The National Institute of Occupational Safety and Health recommends a time weighted average of 16 ppb with a 15 minute ceiling exposure limit of 100 ppb for short term exposures (8). The Agency for Toxic Substances and Disease Registry (ATSDR) recommends that exposures to formaldehyde should not exceed a minimum risk level of 40 ppb for acute exposures, 30 ppb for intermediate exposures, and 8 ppb for chronic exposures (9). These limits were for noncancer adverse effects only. It should be obvious that there is variability in recommended exposure limits for formaldehyde, particularly between worker exposures versus residential or environmental exposures (see below under Host Susceptibility). Nevertheless, as a result of the most recent study of formaldehyde in FEMA units (1), the CDC recommended that FEMA relocate all Gulf Coast residents displaced by Hurricane Katrina still living in units. CDC also recommended a long-term health study with a respiratory focus of children who resided in FEMA units and mobile homes in Louisiana and Mississippi. <u>It is my conclusion that residents of FEMA units were exposed to a dose of formaldehyde that exceeded levels accepted by the ATSDR as associated with adverse non-cancer health effects.</u> This conclusion is based on the fact that documented exposures in FEMA units exceeded ATSDR limits, which apply to residential in addition to workplace exposures.

<u>Duration of Exposure</u>- Individuals displaced by the Hurricanes resided in these units for periods ranging from a few months to a few years. In fact, many FEMA-supplied units are still occupied. <u>It is my conclusion that residents of FEMA-provided housing units were exposed to formaldehyde for a sufficient duration of time to pose a potential health hazard.</u>

<u>Host Susceptibility</u>- It should be emphasized that workplace exposures to formaldehyde tend to be high intensity exposures and to involve healthy working populations. It is not clear that conclusions derived from such studies can be applied to low intensity and more chronic exposures such as experienced by residents of these temporary housing units. More importantly, the unit residents potentially exposed to formaldehyde were not just healthy adults but included children, the elderly, and persons with pre-existing diseases, such as asthma, emphysema, allergic rhinitis, sinusitis, and heart disease. Such individuals are recognized to be more sensitive to a variety of irritant exposures and to represent a subset of individuals who may be especially susceptible or vulnerable to adverse effects from formaldehyde exposure. The concept of susceptible subpopulations is a key concept in the field of occupational and environmental medicine. As a result, toxin exposure limits for residential and environmental exposures are considerably lower than the same limits for worker exposures. In fact, the CDC recommended that priority be given for relocation from these housing units to children, the elderly, and those with chronic diseases (1). <u>It is my conclusion that residents of FEMA-provided housing units included susceptible populations that may experience adverse health effects at very low levels of formaldehyde exposure.</u>

Thus, on the basis of dose, duration, and host susceptibility, I conclude that individuals residing in FEMA-supplied housing units following Hurricanes Katrina and Rita were exposed to a potential health hazard in the form of formaldehyde. What are these potential health hazards?

## Nonmalignant Effects of Formaldehyde Exposure Relevant to Residence in FEMA-provided Temporary Housing Units

As mentioned above, inhaled formaldehyde is an irritant and may cause nasal discharge, sore throat, and cough. These are temporary but troublesome symptoms and may cause affected individuals to take time off from work or school. Many of the residents of FEMA-provided housing units developed such symptoms after taking up residence in the units and attributed them to viral

infections such as colds or bronchitis. <u>It is my conclusion that upper respiratory tract symptoms or bronchitis showing a temporal relationship to residence in FEMA-provided housing units can be causally linked, in part, to formaldehyde exposure within these units.</u>

In addition to being an irritant, formaldehyde is a sensitizer, that is to say it can stimulate the immune system to cause allergic reactions to it. This is particularly true for skin exposures, where formaldehyde is a recognized cause of contact dermatitis. With regard to formaldehyde, cases of low-level formaldehyde induced allergic asthma have been reported in the scientific literature (10,11). Asthma has also been reported to occur more commonly in children whose bedrooms have detectable levels of formaldehyde (12,13). The National Asthma Education and Prevention Program has concluded that formaldehyde and other volatile organic compounds are potential risk factors for asthma (14). <u>Thus, it is clear that some low-level and more chronic irritant exposures including formaldehyde can cause irritant-induced asthma or allergic asthma. Some of these temporary housing unit residents have developed a clinical picture consistent with asthma showing a temporal relationship between asthma symptoms and residence in the units. It is my conclusion that these new cases of asthma can be causally linked, in part, to formaldehyde exposure within the FEMA units.</u>

Because inhaled irritants contact the tissues lining the nose, sinuses, and lung airways, low level exposures to irritants including formaldehyde can cause <u>aggravation of pre-existing lung disease</u>, particularly asthma and chronic obstructive pulmonary disease (e.g. emphysema). This is because patients with these lung diseases may be extremely sensitive to concentrations of irritating dusts or fumes which are well tolerated by normal individuals. Such exposures may trigger bronchospasm or narrowing of the lung airways with resultant chest tightness, shortness of breath, and wheezing. In some cases, this may result in a clinical exacerbation of their lung disease that lasts for several weeks, requiring hospitalization or more aggressive treatment by their physician. Symptoms of chest tightness and shortness of breath have been linked to formaldehyde exposure in trailer residents (15). Exacerbation of symptoms of lung disease has been reported in other studies of low-level formaldehyde exposures (13,16,17). Low-level exposures to irritants may also cause <u>aggravation of pre-existing nasal or sinus disease</u> through the same mechanisms. <u>Aggravation of pre-existing heart disease</u> may follow irritant exposures as well, probably through vasoconstriction or hypoxemia. <u>Many of the residents of FEMA-provided temporary housing units experienced a worsening of pre-existing lung, heart, or sinus disease that had a temporal relationship to their residence in the units. It is my conclusion that this worsening of pre-existing disease can be attributed, in part, to inhalation of formaldehyde within these units.</u>

Malignant Effects of Formaldehyde Exposure
The International Agency for Research on Cancer has classified formaldehyde as a definite human carcinogen and concluded that exposure to formaldehyde can cause nasopharyngeal cancer (http://monographs.iarc.fr/ENG/Monographs/vol88/mono88-6.pdf). The evidence that formaldehyde causes cancer at other sites, including lung cancer, was not felt to be conclusive. <u>It is my opinion that any new cases of nasopharyngeal carcinoma detected in FEMA housing unit residents are causally related, in part, to formaldehyde exposure.</u> This opinion is not meant to exclude other causes of this form of cancer (e.g. alcohol, tobacco, EBV). As with all cases of multiple exposures to carcinogens, there is no rational way to apportion causation between formaldehyde and these other causes.

Duration of Adverse Health Effects from Formaldehyde Exposure
Unlike some other pulmonary toxics, there is no latent interval between first exposure and the development of nonmalignant disease related to formaldehyde. Thus in adults, new onset asthma or the aggravation of pre-existing lung, sinus, or heart disease should be detectable among the

present residents, and new cases resulting from formaldehyde exposure are not likely to occur in the future (assuming the exposure has been terminated). Removal of the resident from the housing unit (and the formaldehyde) should result in a lessening of asthma symptoms and a return of pre-existing disease to baseline. For malignant disease related to formaldehyde, the picture is less clear, as many years may elapse between the onset of exposure to a carcinogen and the development of the cancer. Thus, removal of a resident from a temporary housing unit will not guarantee decreased risk for the ultimate development of nasopharyngeal carcinoma as a result of formaldehyde exposure.

I trust this information will be helpful to you and your clients.

Sincerely,

Judd Shellito, MD
Lowenstein Professor of Medicine
Chief, Section of Pulmonary and Critical Care Medicine

REFERENCES
1. Final Report on Formaldehyde Levels in FEMA-supplied Travel Units, Park Models, and Mobile Homes, Centers for Disease Control, July 2, 2008.
2. Hodgson AT, Rudd AF, Beal D, Chandra S. Volatile organic compound concentrations and emission rates in new manufactured and site-built houses. Indoor Air 2000;10:178-192.
3. Formaldehyde and Other Aldehydes. National Academy press, Washington, DC. 1981.
4. Wegman DH, Eisen EA. Acute irritants: More than a nuisance. Chest 1990;97:773-775.
5. IARC; Monographs on the Evaluation of the Carcinogenic Risk of Chemicals to Man. Geneva, Switzerland: WHO 62: 225 (1995)
6. Malaka T, Kodama AM. Respiratory health of plywood workers occupationally exposed to formaldehyde. Arch Environ Health 1990;45:288-294.
7. Occupational Safety and Health Administration, 29 CFR Part 1910, Occupational Exposure to Formaldehyde
8. NIOSH Pocket Guide to Chemical Hazards. DHHS (NIOSH) Publication No. 2005-149
9. Toxicological Profile for Formaldehyde, Agency for Toxic Substances and Disease Registry (US Dept. of Health and Human Services), July, 1999.
10. Gannon PF. Bright P. Campbell M. O'Hickey SP. Burge PS. Occupational asthma due to glutaraldehyde and formaldehyde in endoscopy and x-ray departments. Thorax. 1995;50(2):156-9.
11. Burge PS. Harries MG. Lam WK. O'Brien IM. Patchett PA. Occupational asthma due to formaldehyde. Thorax. 1985;40(4):255-60.
12. Rumchev, J.T. Spickett, M.K. Bulsara, M.R. Phillips, and S.M. Stick Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 2002;20:403-408.
13. Krzyanowski M, Quackenboss JJ, Lebowitz MD. Chronic respiratory effects of indoor formaldehyde exposure. Environ Research 1990;52:117-125.
14. National Heart, Lung, and Blood Insititute. National Asthma Education and Prevention Program. Expert Panel Report 3: Guidelines for the Diagnosis and Management of Asthma. 2007. http://www.nhlbi.nih.gov/guideline/asthma/asthgdln.pdf.
15. Main DM, Hogan TJ. Health effects of low-level exposure to formaldehyde. J Occup Med 1983;25:896-900.

16. Bracken MJ. Leasa DJ. Morgan WK. Exposure to formaldehyde: relationship to respiratory symptoms and function. Canadian Journal of Public Health. 1985;76(5):312-6.

17. Kilburn KH, Warshaw R, Boylen CT, et al. Pulmonary and neurobehavioral effects of formaldehyde exposure. Arch Environ Health 1985;40:254-260.

1

# CURRICULUM VITAE
## Judd E. Shellito, M.D.

## PERSONAL INFORMATION

Current Titles: Acting Section Chief, Pulmonary/Critical Care Medicine
Jim Lowenstein Professor of Medicine
Professor of Microbiology, Immunology, and Parasitology
Professor, Environmental and Occupational Health Sciences
LSU Health Sciences Center, New Orleans, LA

Office Address: Section of Pulmonary/Critical Care Medicine
Louisiana State University Health Sciences Center
1901 Perdido Street, Room 3205
New Orleans, Louisiana 70112
(504) 568-4634 [voice]
(504) 568-4295 [Fax]
E-mail: jshell@lsuhsc.edu.

Home Address: 2001 Dauphine Street
New Orleans, Louisiana 70116
(504) 942-3720

Born: July 1, 1948; Rochester, MN
(Childhood- Wichita, Kansas)

Social Security No: 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

Marital Status: Married, 2 children.

## EDUCATIONAL INFORMATION

1966 to 1970   Bachelor of Arts Degree
Johns Hopkins University
Baltimore, Maryland

1970 to 1974   Doctor of Medicine Degree
Tulane University School of Medicine
New Orleans, Louisiana

1974 to 1975   Intern, Internal Medicine
Northwestern University School of Medicine
Evanston Hospital, Evanston, Illinois

1975 to 1977   Resident, Internal Medicine
Evanston Hospital

1977 to 1978   Chief Resident, Internal Medicine
Evanston Hospital

1978 to 1980   Pulmonary Fellow
Department of Medicine, Pulmonary Division

Albuquerque, New Mexico

1980 to 1982
Research Fellow
Laboratory of H. Benfer Kaltreider, M.D.
Cardiovascular Research Institute
University of California San Francisco

## ACADEMIC AND HOSPITAL APPOINTMENTS

1982 to 1989
Assistant Chief, Respiratory Care Section
Medical Service
Director, Chest Clinic
Veterans Administration Medical Center
San Francisco, California

1982 to 1989
Assistant Professor of Medicine in Residence
University of California San Francisco

1989 to 1990
Associate Professor of Medicine in Residence
University of California San Francisco

1988 to 1990
Member, Associate Staff
Cardiovascular Research Institute
University of California San Francisco

1990 to 1993
Associate Professor of Medicine
LSU Medical Center
New Orleans, Louisiana

1994 to Present
Professor of Medicine
LSU Health Sciences Center
New Orleans, Louisiana

1990 to 1993
Associate Professor of Microbiology, Immunology, and Parasitology
LSU Health Sciences Center
New Orleans, Louisiana

1994 to Present
Professor of Microbiology, Immunology, and Parasitology
LSU Health Sciences Center
New Orleans, Louisiana

May 31, 1996
Jim Lowenstein Professorship of Medicine
LSU Medical Center
New Orleans, Louisiana

1990 to 1998
Director, Pulmonary/Critical Care Fellowship Program
LSU Medical Center
New Orleans, Louisiana

1990 to Present
Attending Physician
University Hospital, Medical Center of New Orleans

| Dates | Position |
|---|---|
| 1990 to Present | Attending Physician<br>Charity Hospital, Medical Center of New Orleans<br>New Orleans, Louisiana |
| 1994 to 2004<br>2006 to present | Attending Physician<br>Ochsner Foundation Hospital<br>New Orleans, Louisiana |
| 1994 to 2005 | Attending Physician<br>Memorial Medical Center (Mercy/Baptist Campuses)<br>New Orleans, Louisiana |
| 1990 to 1993 | Director, Medical Intensive Care Unit<br>Charity Hospital<br>New Orleans, Louisiana |
| 1992 to 1993 | Director, Medical Intermediate Care Area<br>Charity Hospital<br>New Orleans, Louisiana |
| 1993 to 1994 | Consulting Staff Physician<br>Ascension Hospital<br>Gonzalez, Louisiana |
| 1993 to 1997 | Consulting Staff Physician<br>University Rehabilitation Hospital<br>New Orleans, Louisiana |
| 1993 to Present | Consulting Staff Physician<br>Kindred Hospital<br>New Orleans, Louisiana |
| 2000 to Present | Director<br>Center for Lung Biology and Immunotherapy<br>LSU Health Sciences Center<br>New Orleans, LA |
| 2003 to 2004 | Acting Director<br>LSUHSC Gene Therapy Program |
| 2004 to Present | Professor, Environmental and Occupational Health Sciences<br>LSUHSC School of Public Health |
| 2006 to Present | Attending Physician<br>Kenner Regional Medical Center<br>Kenner, LA |
| 2006 | Attending Physician |

4

Houma, LA

| | |
|---|---|
| 2007 – Present | Acting Section Head<br>Section of Pulmonary/Critical Care Medicine<br>LSU Health Sciences Center, New Orleans |
| 2007 – Present | Vice Chairman for Research<br>Department of Medicine<br>LSU Health Sciences Center, New Orleans |

## LICENSURE AND CERTIFICATION

Licensed to practice in Louisiana (1974)
Certified, American Board of Internal Medicine (1977)
Certified, Pulmonary Disease, American Board of Internal Medicine (1980)
Certified, Critical Care Medicine, American Board of Internal Medicine (1989)

## GRANTS AND AWARDS

| | |
|---|---|
| 1980 to 1982 | National Research Service Award<br>National Heart, Lung, and Blood Institute |
| 1981 | Finalist, Cecile Lehman Mayer Research Award<br>American College of Chest Physicians |
| 1983 | Invited Participant<br>Pulmonary Physicians of the Future Conference<br>American College of Chest Physicians, October 22 |
| 1982 to 1984 | Strobel Medical Research Award<br>American Lung Association of San Francisco |
| 1982 to 1985 | New Investigator Award<br>National Heart, Lung, and Blood Institute |
| 1983 to 1986 | Research Associate Award<br>Veterans Administration |
| 1987 | Award for "Excellent Leadership in a Clinical Preceptorship" from UCSF Class of 1989. |
| 1984 to 1990 | Veterans Administration Merit Review Board |
| 1985 to 2002 | Individual Research Grant (R01)<br>National Heart, Lung, and Blood Institute |
| 1991 to 2000 | Individual Research Grant (R01)<br>National Institute on Alcohol Abuse and Alcoholism |
| 2002 to 2007 | Individual Research Grant (R01)<br>National Institute of Allergy and Infectious Diseases |

Principal Investigator, Program Project Grant (P01)

5

|  |  |
|---|---|
|  | National Heart, Lung, and Blood Institute |
| 1996 | Listed, The Best Doctors in America, Southeast Region<br>Woodward/White, Aiken, SC. |
| May 31, 1996 | Jim Lowenstein Professorship of Medicine |
| 1998 | Listed, The Best Doctors in America.<br>Woodward/White; Aiken, SC |
| 2001 to 2007 | Listed, America's Top Doctors<br>Castle Connolly Medical Ltd., New York, NY |
| 2000 to 2005 | Principal Investigator and Director<br>Center for Lung Biology and Immunotherapy<br>Louisiana Health Excellence Fund |
| 2002 to 2003 | Listed, Who's Who in Medicine and Health Care<br>Marquis. New Providence, NJ |
| 2003 to 2006 | Listed, The Best Doctors in America<br>Woodward/White, Aiken, SC. |
| 2004 | Elected Member, Alpha Omega Alpha Medical Honor Society, LSU Health Sciences Center |

## PROFESSIONAL SOCIETIES

American Thoracic Society:
    Member 1978 - present
    Program Committee, Allergy and Clinical Immunology, 1987-88
    Program Committee, Microbiology, Tuberculosis and Pulmonary Infections, 1995-2002
        Chair 2001-2002
    Long-Range Planning Committee, Microbiology, Tuberculosis and Pulmonary Infections, 2002 – present
    Nominating Committee Chair, Tuberculosis and Pulmonary Infections, 2003 – present
    Member, Bioterrorism Task Force, 2002-2003

American Federation for Clinical Research, Chairperson for Pulmonary Program, 1989 Western Section Annual Meeting

Western Society for Clinical Investigation, Elected Member, 1988-1990.

American Lung Association of San Francisco: Member, Board of Directors, 1984 1989; Secretary, 1986; Vice President, 1987; Treasurer, 1988.

Southern Society for Clinical Investigation, Elected Member, 1991-present. LSUHSC Institutional Representative, 2007 to present.

6

Louisiana Thoracic Society, 1993 - present, Member; Education and Research Committee, 1994-present

Orleans Parish Medical Society, New Orleans, LA, member 1995 -present

Society of Subspecialty Professors, member 1994 - present

American Association of Pulmonary and Critical Care Program Directors, member 1992-1998

## RESEARCH ACTIVITY
### Areas of Interest

The major goal of our research is to investigate host defense mechanisms against pulmonary infection. We have a particular interest in how immunosuppressive conditions such as AIDS and alcohol consumption may increase host susceptibility to infections of the lungs. Specific projects in progress address the following questions: (1) What is the effect of immunosuppression on host defense mechanisms of the lungs? (2) What are the respective roles of alveolar macrophages and lymphocytes in host defense against opportunistic lung infections, such as Pneumocystis carinii and bacterial pneumonia? (3) Can host defenses against infection be upregulated in vivo by the administration of recombinant cytokines or cytokine genes? (4) How does alcoholism interact with T-lymphocytes to influence host defenses against pulmonary infection?

### Laboratory Personnel

Xiaowen Rudner-Hobden, PhD
Assistant Professor of Medicine, Research Track (100%)

Sanbao Ruan, M.D.
Instructor of Medicine, Research Track (100%)

Keleigh Quimby
Research Associate (100%)

Chandra Tate, M.S.
Research Associate (100%)

Xin Shi, MD
Research Associate (100%)

Alain D'Souza
Graduate student, Department of Genetics

### Laboratory Funding
Active Grants:
1. R01, AI51677 (Judd Shellito, PI)       5/1/02-4/30/08
    30%
NIH/NIAID                                  $1,200,000 (Direct)
"IL-17 and Klebsiella Pneumonia"
Role: Principal Investigator

7

This project investigates the role of the cytokine, IL-17, in host defense against bacterial pneumonia.

2. P01 HL076100-01 (Program Project Grant; Judd Shellito, PI) 2/10/04-1/31/10   20%
NHLBI/NIH                                                  $8,600,001 (Total for 5 years)
"Host Defense against HIV-related pulmonary infections"
Role: Overall PI and Project Leader, Project 1, "CXCR3 Chemokines, Lymphocyte Recruitment, and Pneumocystis carinii"

The purpose of this grant is to develop and use gene delivery strategies to alter the course and severity of pulmonary infections that are common in HIV infected patients.

3. P60 AA09803 (Alcohol Center Grant; Steve Nelson PI)   12/1/03-11/30/08   25%
NIAAA/NIH                                                  $585,070 (Direct, Project 5 only)
"Alcohol, HIV Infection, and Host Defense"
Role: Principal Investigator, Project 5, "Alcohol, IL-17, and Klebsiella Pneumonia"

This project addresses the effect of alcohol consumption on the cytokine, IL-17, during bacterial pneumonia.

4. T32 (Institutional Training Grant; Greg Bagby, P.I.)         09/22/99-08/31/04   0%
NIH/NIAAA                                   $1,051,617
"Biomedical Alcohol Research Training Program"
Role: Co-Investigator

The goal of this project is to provide mentored research training in the field of alcohol related diseases to qualified Ph.D. and M.D. scientists.

5. P01 HL075161-01A1 (Program Project Grant; Darwin Prockop, PI) 7/18/05-6/30/10   20%
NHLBI/NIH                                                  $1,714,258 (Total, Project 3 for 5 years)
"Homing and Differentiation of Adult Stem Cells to Lung"
Role: Principal Investigator, Project 3, "Mesenchymal stem cell homing to the lung in emphysema"

This project investigates bone-marrow-derived stem cells in the repair or treatment of lung diseases such as emphysema.

6. LSUHSC Translational Grant
"Chemokine Gradients and HIV-Associated Pneumonia"         1/7/07 – 1/6/09   0%
                                                            $61,500 (Total, 2 years)

Role: Co-Investigator (Lee Engels, PI)

This project attempts to validate measurement of chemokines in exhaled breath condensate of patients with pneumonia with simultaneous measurement in lavage fluid.

7. P20 RR021979 (Center of Biomedical Research Excellence)
"Mentoring Translational Researchers in Louisiana"   10/1/05-9/30/10   10%
                                                      $10,638,958
NIH
Role: Mentor (Augusto Ochoa, PI)

8

## SERVICE TO THE UNIVERSITY

| | |
|---|---|
| 1999 to 2003 | Member, Appointments and Promotion Committee, LSU School of Medicine<br>Chairman, 2001-2002<br>Member, Academic Standards Committee, LSU Medical Center<br>Member, Institutional Research Committee, LSU Medical Center<br>Member, Committee on Sabbatical Leave |
| 2002 to Present | Member, Advisory Board, LSU Center for the Study of Public Health Impact of Hurricanes |
| 1995 to 1999 | Member, Department of Medicine Faculty Promotion Committee. |
| 1998- 1999 | Member, Review Panel, LSU School of Medicine Research Enhancement Fund (Bridge grant funding for LSUMC faculty) |
| 2002-2004 | Member, LSUHSC Faculty Exit Interview Task Force |
| 2003 | Masters Committee, Michele Kelly<br>Department of Microbiology, Immunology, and Parasitology |
| 2007 | PhD Committee, Lindsey Buckner<br>Department of Microbiology, Immunology, and Parasitology |
| 2007 | PhD Committee, Kong Chen<br>Department of Genetics |
| 2007 | Advisor and Chairman PhD Committee, Alain D'Souza<br>Department of Genetics |
| 2007 – Present | Vice Chairman for Research<br>Department of Medicine |

## SERVICE TO STATE AND FEDERAL AGENCIES

| | |
|---|---|
| 1982 to 1989 | Director, Chest Clinic, VA Medical Center<br>San Francisco, California |
| 1985 to 1989 | Co-director, Smoking Cessation Program<br>VA Medical Center, San Francisco |
| 1986 to 1989 | Ambulatory Care Quality Assurance Committee,<br>VA Medical Center, San Francisco, California |
| 1986 to 1989 | Ad Hoc Reviewer, VA Research Career Development Program |
| 1982 to 1989 | Consultant, Occupational Lung Disease<br>Office of Workers Compensation<br>Department of Labor<br>San Francisco, California |

Pathology A Study Section

9

|  |  |
|---|---|
|  | National Heart, Lung, and Blood Institute |
| 1990-92 | Member, Critical Care Committee, Charity Hospital, New Orleans |
| June, 1992 | Ad hoc reviewer, Lung Biology Study Section<br>National Heart, Lung, and Blood Institute |
| 1992 to 1996 | Member, Reviewers Reserve<br>National Institutes of Health |
| April 26, 1994 | Member, Special Emphasis Review Panel<br>RFA 93-HL-21-L<br>National Heart, Lung, and Blood Institute<br>"HIV and Cellular Infiltrative Disease in the Lung" |
| 1996 | Member, Utilization Management Committee<br>University Hospital, New Orleans, LA |
| Oct. 16-17, 1996 | Ad hoc reviewer, Lung Biology Study Section<br>National Heart, Lung, and Blood Institute |
| 1998 to 2001 | Member, NIH Study Section, Lung Biology and Pathology<br>October 14-15, 1998 meeting, Washington DC<br>February 24-25, 1999 meeting, Bethesda, MD<br>June 14-15, 1999 meeting, Bethesda, MD<br>October 13-14, 1999 meeting, Washington, DC<br>February 23-24, 2000 meeting, Washington, DC<br>June 21-22, 2000 meeting, Washington, DC<br>October 25-26, 2000 meeting, Washington, DC<br>February 27-28, 2001 meeting, Washington, DC<br>June 12-13, 2001 meeting, Washington, DC |
| 2001 | Ad hoc Reviewer, VA Merit Review Program |
| 2003 | Ad hoc Reviewer, NIH SCCOR Projects on Acute Lung Injury |
| 2004 | Ad hoc Reviewer, NIH Aids Opportunistic Infections Study Section |
| April 8, 2004 | Chair, NIH Special Emphasis Panel, XRG AARR-B (05) |
| Feb 23-24, 2006 in | Member, NIH Special Emphasis Panel, SCCOR program- "Host factors chronic lung diseases" |
| June 28, 2006 | Ad hoc Reviewer, VA Research Center Review Panel |
| April 26, 2007 | Ad hoc Reviewer (Chairman), 2007/10 ZAA1 BB (91) (1), NIAAA P20 Review Panel |
| June 7-8, 2007 | Ad hoc Reviewer, NIH Study Section: Lung Cellular, Molecular and Immunobiology, Washington, DC |