## SERVICE TO PROFESSIONAL PUBLICATIONS

Editorial Boards
    Southern Medical Journal, 1993 to present
    Proceedings of the American Thoracic Society
        Editorial Board. 2006 to 2007
        Deputy Editor, 2007 to present

Guest Reviewer
    American Journal of Pathology
    American Review of Respiratory Disease
    American Journal of Respiratory Cell and Molecular Biology
    American Journal of Respiratory and Critical Care Medicine
    Blood
    The American Journal of Medical Science
    Infection and Immunity
    Journal of Applied Physiology
    Journal of Leukocyte Biology
    Journal of Clinical Investigation
    Journal of Immunology
    Pediatric Research
    Southern Medical Journal

## SERVICE TO PRIVATE INDUSTRY

2001 to 2006    Member, Pulmonary Advisory Board
        Necktar Therapeutics
        San Carlos, CA

October 31 to November 2, 2003
        Member, Antibiotics by Inhalation Advisory Board
        Bayer Pharmaceuticals
        Orlando, FL

## CLINICAL INTERESTS

I have a special interest in occupational/environmental medicine as it applies to the lungs and in the medical/legal issues of respiratory impairment and disability. I also have experience in the management of chronic obstructive pulmonary disease, smoking cessation. and pulmonary rehabilitation.

## SERVICE TO THE COMMUNITY

American Lung Association of San Francisco
    1984 to 1989  Member, Board of Directors
    1984 to 1989  Member. Executive Committee
    1986          Secretary
    1987          Vice President
    1988          Treasurer

Upper Audubon Neighborhood Association
    1991-         Member. Board of Directors
    1993-2001    Treasurer
    2001-2003    President

## RECENT INVITED LECTURES AND PRESENTATIONS

| | |
|---|---|
| February 7, 2003 | Invited Speaker<br>LSUHSC Pulmonary/Critical Care Section<br>New Orleans, LA<br>"Toxic Mold:  Hazard or Hype?" |
| March 13, 2003 | Invited Speaker<br>LSUHSC/Tulane Medical Grand Rounds<br>New Orleans, LA<br>"Malignant Mesothelioma:  Pipefitters, Polio, and Pedigrees" |
| May 16, 2003 | Invited Speaker<br>LSUHSC Department of Medicine<br>New Orleans, LA<br>"Common Occupational Lung Diseases" |
| May 19, 2003 | Session Moderator<br>Annual meeting of the American Thoracic Society<br>Seattle, WA<br>"Host Defenses in Pulmonary Infections including Agents of Bioterrorism" |
| May 20, 2003 | Session Moderator<br>Annual meeting of the American Thoracic Society<br>Seattle, WA<br>"Inhaled Agents of Bioterrorism" |
| May 28, 2003 | Invited Speaker<br>Congress of the International Society for Human and Animal Mycology<br>San Antonio, TX<br>"Manipulating Tissue Immune Responses to Pneumocystis carinii" |
| August 8, 2003 | Invited Speaker<br>LSUHSC Department of Medicine<br>New Orleans, LA<br>"Sarcoidosis and Occupational Lung Diseases" |
| September 23, 2003 | Invited Speaker<br>Nektar Therapeutics<br>San Carlos, CA<br>"Treatment of Pulmonary Infections- Concepts" |
| November 6, 2003 | Invited Speaker<br>LSUHSC Medical Grand Rounds<br>New Orleans, LA<br>"Toxic Mold: Hazard or Hype?" |
| September 23, 2003 | Invited Speaker<br>Nektar Therapeutics<br>San Carlos, CA |

"Treatment of Pulmonary Infections-II.  Community acquired pneumonia, viral, fungal, and mycobacterial infections"

May 26, 2004
Invited Speaker
Annual Meeting of American Thoracic Society
Orlando, Florida
"Lung Infections Associated with Chronic Ethanol Consumption and Chronic Liver Disease"

August 12, 2004
Invited speaker
LSUHSC Department of Medicine, Resident Core Lecture
"Sarcoidosis and Occupational Lung Disease"

October 22, 2004
Invited Speaker
LSUHSC Section of Pulmonary and Critical Care Medicine
"Pulmonary Problems at Altitude"

April 21, 2005
Invited Speaker
LSUHSC Medical Grand Rounds
New Orleans, LA
"Medical Problems at Altitude"

May 21. 2005
Invited Speaker
American Thoracic Society Workshop
Recent Advances and Future Directions in Pneumocystis Pneumonia
San Diego, CA
"Immune Enhancement"

May 25, 2005
Co-Chair, Mini-Symposium
Host Defenses against Bacterial Infection
Annual Meeting of the American Thoracic Society
San Diego, CA

August 4, 2005
Invited Speaker
LSUHSC Medical Residents
"Review of Occupational Pulmonary Disease"

August 12, 2005
Invited Speaker
LSUHSC Section of Pulmonary and Critical Care Medicine
"Sarcoidosis: Diagnosis and Treatment"

March 16, 2006
Invited Speaker
LSUHSC Section of Pulmonary and Critical Care Medicine
"Hypersensitivity Pneumonitis"

April 10, 2006
Invited Speaker
LSUHSC Medical Residents
"Review of Occupational Pulmonary Disease"

April 11, 2006
Invited Speaker

                                        "Sarcoidosis: Diagnosis and Treatment"

| | |
|---|---|
| April 13, 2006 | Invited Speaker<br>LSUHSC Advanced Immunology Graduate Course<br>"Immunology of Host Defense against Bacterial Pneumonia" |
| Sept. 24, 2006 | Invited Speaker<br>Combined LSUHSC/Tulane Pulmonary Fellowships<br>"High Altitude Medical Problems" |
| Sept. 5, 25, 2006 | Invited Speaker<br>LSUHSC Medical Residents<br>"Review of Occupational Pulmonary Disease" |
| Sept. 6, 26, 2006 | Invited Speaker<br>LSUHSC Medical Residents<br>"Sarcoidosis: Diagnosis and Treatment" |
| Jan. 17, 2008 | Invited Speaker<br>Section of Pulmonary/Critical Care Medicine<br>"Malignant Mesothelioma" |

## PUBLICATIONS
### Articles

1. Shellito J, Khandekar J, McKeever W, Vick N. Invasive thymoma responsive to oral corticosteroids. Cancer Treatment Reports 1978;62:1397-1399.

2. Shellito J, Murphy S. The effect of experimental acid aspiration on alveolar macrophage function in rabbits. Am Rev Respir Dis 1980;122:551-560.

3. Shellito J. When your patient coughs blood. Geriatrics, 1980;5:37-43.

4. Shellito J, Murphy S, Warner N. Flow cytometry analysis of lung cells from normal and acid.treated rabbits. Am Rev Respir Dis 1982;24.333-336.

5. Shellito J, Samet J. Keratoacanthoma as a complication of arterial puncture for blood gases. Int J Dermatology 1982;21.349.

6. Shellito J, Caldwell J, Kaltreider HB. Immune function of murine alveolar macrophages: lymphocyte binding and support of lymphocyte proliferation. Expt Lung Res 1983;4:93-107.

7. Shellito J, Kaltreider HB. Heterogeneity of immunologic function among subfractions of normal rat alveolar macrophages. Am Rev Respir Dis 1984;129:747-753.

8. Dake M, Madison M, Montgomery C, Shellito J, Hinchcliffe W, Winkler M, Bainton D. Electron microscopic demonstration of lysosomal inclusion bodies in lung. liver. lymph nodes. and blood leukocytes of patients with amiodarone pulmonary toxicity. Am J Med 1985.78:506-512.

14

9. Shellito J, Kaltreider HB. Heterogeneity of immunologic function among subfractions of normal rat alveolar macrophages II. Activation as a determinant of functional activity. Am Rev Respir Dis 1985;131:678-683.

10. Sitrin R, Brubaker P, Shellito J, Kaltreider HB. Dissociation of tissue thromboplastin and plasminogen activator activities within density fractions of normal rabbit alveolar macrophages. Am Rev Respir Dis 1986;133:468-472.

11. Shellito J, Esparza C, Armstrong G. Maintenance of the normal alveolar macrophage cell population: the roles of monocyte influx and alveolar macrophage proliferation in situ. Am Rev Respir Dis 1987;135:78-82.

12. Warnock M, Sniezek M, Shellito J. Endogenous peroxidase activity as a marker of macrophage renewal during BCG-induced inflammation in rat lung. Amer J Pathology 1987;128:171-180.

13. Shellito J, Sniezek M, Warnock M. Acquisition of peroxidase activity by rat alveolar macrophages during pulmonary inflammation. Amer J Pathology 1987;129:567-577.

14. Shellito, J. Mechanisms and management of hypersensitivity pneumonitis. Hospital Physician 1987:23:65-71.

15. Fuchs H, Sniezek M, Shellito J. Cellular influx and activation increase macrophage cytotoxicity and interleukin-1 elaboration during pulmonary inflammation in rats. Am Rev Respir Dis 1988;138:572-577.

16. Debs R, Fuchs H, Philip R, Montgomery A, Brunette E, Patton J, and Shellito J. Aerosolized cytokines induce sustained pulmonary and systemic immunomodulation in rats. J Immunol 1988:140:3482-3488.

17. Fuchs H, McDowell J. Shellito J. Use of allophycocyanin allows quantitative description by flow cytometry of alveolar macrophage surface antigens present in low numbers of cells. Am Rev Respir Dis 1988;138:1124-1128

18. Fuchs H, Czarniecki C, Chiu H, Sniezek M, Shellito J. Interferon gamma increases alveolar macrophage Ia antigen expression despite oral administration of dexamethasone to rats. Am J Respir Cell Mol Biol 1989:1:525-532.

19. Beck J, Shellito J. Alterations in pulmonary host defense associated with HIV infection. In: Hopewell P, ed., Seminars in Respiratory Infection 1989:4.75-84.

20. Shellito J, Sniezek M. Altered release of eicosanoids by rat alveolar macrophages during granulomatous pulmonary inflammation. Am J Respir Cell Mol Biol 1990:2:289-296.

21. Debs R, Fuchs H, Philip R, Brunette E, Duzgunes N. Shellito, J, Liggitt D, Patton J. Immunomodulatory and toxic effects of free and liposome-encapsulated tumor necrosis factor-alpha in rats. Cancer Research 1990:50:375-380.

22. Shellito J, Suzara V, Blumenfeld W, Beck J, Steger H, Ermak T. A new model of Pneumocystis carinii infection in mice selectively depleted of helper T lymphocytes. J Clin Invest 1990;85:1686-1693.

23. Imoto E, Stein R, Shellito J, Curtis JL. Central airway obstruction due to cytomegalovirus-induced necrotizing tracheitis in a patient with AIDS. Am Rev Respir Dis 1990;142:884-886.

24. Beck JM, Suzara VV, Shellito J. Chronic oral administration of dexamethasone to rats increases cytotoxicity, but not interleukin-1 elaboration, by alveolar macrophages. Clin Exp Immunol 1990;82:157-162.

25. Shellito, J. Management of Pneumocystis carinii infections in the ICU. Critical Care Report 1991;2:120-127.

26. Shellito J. Hypersensitivity pneumonitis. Seminars in Respiratory Medicine 1991;12:196 203.

27. Beck JM, Warnock ML, Curtis JL, Sniezek MJ, Arraj-Peffer SM, Kaltreider HB, Shellito J. Inflammatory responses to Pneumocystis carinii in mice selectively depleted of helper T lymphocytes. Am J Respir Cell Mol Biol 1991;5:186-197.

28. Parker S, Shellito J, Pei L, Mason C. Lymphocytic interstitial pneumonitis presenting as recurrent pneumothoraces. Chest 1991;100:1733-1735.

29. Beck JM, Liggitt HD, Brunette EN, Fuchs HJ, Shellito JE, Debs RJ. Reduction in intensity of Pneumocystis carinii pneumonia in mice by aerosol administration of interferon-gamma. Infection and Immunity 1991;59:3859-3862.

30. Nelson S, Bagby G, Andresen J, Nakamura C, Shellito J, Summer W. The effects of ethanol, tumor necrosis factor, and granulocyte colony-stimulating factor on lung antibacterial defenses. Adv Exp Med Biol 1991;288:245-253.

31. Shellito J, Nelson S, Sorensen RU. Pyocyanine produced by Pseudomonas aeruginosa inhibits the release of reactive nitrogen intermediates from murine alveolar macrophages. Infection and Immunity 1992;60:3913-3915.

32. Bikle D, Halloran B, Fong L, Steinbach L, Shellito J. Elevated 1.25 dihyroxyvitamin D levels in patients with chronic obstructive pulmonary disease treated with prednisone. J Clin Endocrinol Metabol 1993;76:456-461.

33. Greenberg S, Xie J, Wang Y, Kolls J, Shellito J, Nelson S, Summer W. Ethanol relaxes pulmonary artery by release of prostaglandin and nitric oxide. Alcoholism: Clinical and Experimental Research 1993;10:21-29.

34. Beck J, Warnock M, Kaltreider HB, Shellito J. Host defenses against Pneumocystis carinii in mice selectively depleted of CD4+ lymphocytes. Chest 1993:102:116S-118S.

35. Kolls J, Beck J, Nelson S, Shellito J. Alveolar macrophage release of tumor necrosis factor during murine Pneumocystis carinii pneumonia. Amer J Respir Cell Mol Biol

36. Davis L, Beck JM, Shellito J. Update: human immunodeficiency virus infection and pulmonary host defenses. Seminars in Respir Infec 1993;8:1-11.

37. Nelson S, Shellito J, Mason C, Summer W. Alcohol and bacterial pneumonia. Alcohol, Health, and Research World 1993;16:73-81.

38. Shellito, J. Application of bronchoalveolar lavage to the diagnosis of pulmonary infection. Clinical Pulmonary Medicine 1994;1:144-153.

39. D'Souza NB, Mandujano F, Nelson S, Summer WR, Shellito JE. CD4+ T lymphocyte depletion attenuates LPS-induced TNF secretion by alveolar macrophages in the mouse. Lymphokine and Cytokine Research 1994;13:359-366.

40. Deaciuc IV, Spitzer JJ, Shellito JE, D'Souza NB. Acute alcohol administration to mice induces hepatic sinusoidal endothelial cell dysfunction. Int Hepatol Commun 1994;2:81-86.

41. Mandujano JF, D'Souza NB, Nelson S, Beckerman RC, Summer WR, Shellito JE. Reduction in intensity of Pneumocystis carinii pneumonia in mice by subcutaneous administration of granulocyte-macrophage colony stimulating factor. Amer J Resp Crit Care Med 1995;151:1233 1238.

42. Shellito JE, Kolls JK. Summer WR. Regulation of nitric oxide release by macrophages following intratracheal lipopolysaccharide. Amer J Respir Crit Care Med 1995;13:45-53.

43. D'Souza NB, Mandujano JF, Nelson S, Summer WR, Shellito JE. Alcohol ingestion impairs host defenses predisposing otherwise healthy mice to Pneumocystis carinii infection. Alcoholism: Clinical and Experimental Research 1995;19:1219-1225.

44. Kolls JK, Lei D, Odom G, Nelson S, Summer WR, Beutler B, Shellito JE. Transient CD4 lymphocyte depletion prolongs transgene expression of E1-deleted adenoviral vectors. Human Gene Therapy 1996;7:489-497.

45. Shellito JE, Kolls JK, Olariu R, Beck JM. Nitric oxide and host defense against Pneumocystis carinii infection in a mouse model. J Infec Dis 1996;173:432-439.

46. Kolls JK, Lei D, Odom G, Vazquez C, Summer WR, Nelson S, Shellito JE. Exacerbation of murine Pneumocystis carinii infection by adenoviral-mediated gene transfer of a TNF inhibitor. Am J Respir Cell Mol Biol 1997;16:112-118.

47. Lei D, Lancaster J, Joshi M, Nelson S, Stoltz D, Bagby G, Odom G, Shellito JE, Kolls JK. Activation of alveolar macrophages and lung host defenses using transfer of the interferon-gamma gene. Am J Physiol 1997;272:L852-L859.

48. Lei D, Lehmann M, Shellito JE, Nelson S, Siegling A, Volk HD, Kolls JK. Non-depleting anti CD4 antibody treatment prolongs lung-directed E1-deleted adenovirus-mediated gene expression in rats. Human Gene Therapy 1996;7:2273-2279.

49. DeBoisblanc, BP, Mason CM, Andresen J, Logan E, Bear MB, Johnson S, Shellito JE, Summer WR, Nelson S. Phase 1 safety trial of Filgrastim (r-metHuG-CSF) in non-

neutropenic patients with severe community-acquired pneumonia. Resp Med 1997;91:387-394.

50. Conrad E, Lo W, deBoisblanc BP, Shellito JE. Reactive airways dysfunction syndrome following exposure to dinitrogen tetroxide. Southern Medical Journal 1998;91:338-341.

51. Lei C, Stoltz D, Zhang P, Schwartzenberger PO, Ye P, Nelson S, Bagby G, Summer WR, Shellito JE, Kolls JK. Adenoviral-mediated interferon-gamma gene therapy augments pulmonary host defense of acutely alcoholic rats. Alcoholism: Clinical and Experimental Research 1998;22:157-162.

52. Omidvari K, Casey R, Olariu R, Shellito JE. Alveolar macrophage release of tumor necrosis factor-alpha in chronic alcoholics without liver disease. Alcoholism: Clinical and Experimental Research 1998;22:567-572.

53. Hunt JD, Robert EG, Zieske AW, Bautista AP, Lei D, Shellito JE, Nelson S, Kolls JK, Skrepnik N. Orthotopic lung cancer xenografts in BALB/c mice immunosuppressed with anti-CD4 monoclonal antibodies and chronic alcohol consumption. Cancer 2000;88:468-79.

54. Shellito JE, Olariu R. Alcohol decreases T lymphocyte migration into lung tissue in response to Pneumocystis carinii and depletes T lymphocyte numbers in the spleens of mice. Alcoholism: Clinical and Experimental Research 1998;22:658-63.

55. Kolls JK, Vazquez C, Lei D, Schwarzenberger P, Ye P, Nelson S, Summer WR, Shellito JE. Interferon-gamma and CD8+ T-cells restore host defense against P. carinii in mice lacking CD4+ T-cells. J Immunology 1999;162:2890-2894.

56. Prakash O, Zhang P, Xie M, Ali M, Zhou P, Coleman R, Shellito JE, Stoltz DA, Bagby GJ, Nelson S. The human immunodeficiency virus type I Tat protein potentiates ethanol-induced neutrophil function-impairment in transgenic mice. Alcoholism: Clinical and Experimental Research 1998;22:2043-2049.

57. Shean MK, Baskin G, Sullivan D, Shellito JE, Schwarzenberger PO, Kolls JK. Immunomodulation and adenoviral gene transfer to the lungs of non-human primates. Human Gene Therapy 2000;11:1047-1055.

58. Zhang Z, Balck RA, Cork J, Mize RR, Stoltz D, Ye P, Lei D, Schwarzenberger PO, Bagby G, Summer WR, Shellito JE, Nelson S, Kolls JK. Inhibition of TNF-alpha processing and TACE mediated ectodomain shedding by ethanol. J Leuk Biol 2000;67:856-862.

59. Shellito JE, Tate C, Ruan S, Kolls J. Murine CD4+ T-lymphocyte subsets and host defense against Pneumocystis carinii. J Infec Dis 2000;181:2011-7.

60. Seoane L, deBoisblanc BP, Welsh D, Shellito J. HIV associated pulmonary hypertension. Southern Medical Journal 2001;94:635-639.

61. Prakash O, Rodriguez VE, Tang ZY, Zhou P, Coleman R, Shellito JE, Spitzer JJ, Nelson S. Inhibition of hematopoietic progenitor cell proliferation by ethanol in human immunodeficiency type 1 Tat-expressing transgenic mice. Alcoholism: Clin Exp Res 2001;25:450-456.

62. Ye P, Garvey PB, Zhang P, Nelson S, Bagby G, Summer WR, Schwarzenberger P, Shellito JE, Kolls JK. IL-17 and lung host defense against K. pneumoniae infection. Am J Respir Cell Mol Biol. 2001;25:335-40.

63. Ye P, Rodriquez FH, Kanaly S, Schurr J, Schwarzenberger P, Oliver P, Huang W, Zhang P, Shellito JE, Bagby GJ, Nelson S, Peschon JJ, Kolls JK. Requirement of IL-17 receptor signaling for lung CXC chemokine and G-CSF expression, neutrophil recruitment, and host defense. J Exp Med. 2001;194:519-527.

64. Shellito JE, Zhang M, Ye P, Ruan S, Kolls JK. Effect of Alcohol Consumption on Host Release of Interleukin-17 during Pulmonary Infection with Klebsiella pneumoniae. Alcoholism: Clinical and Experimental Research 2001;25:872-881.

65. Prakash O, Tang ZY, Zhou P, Peng X, Shellito JE, Nelson S. Ethanol decreases the efficiency of phosphorylation of thymidine kinase in a human T-lymphocytic cell line. Alcoholism: Clin Exp Res 2002;26:295-302.

66. Kolls JK, Ye P, Shellito JE. Gene therapy to modify pulmonary host defenses. Sem in Respir Infections 2001;16:18-26.

67. Zheng M, Shellito J, Marrero L, Zhong Q, Julian S, Ye P, Wallace V, Schwarzenberger P, Kolls JK.. CD4 T-cell independent vaccination against Pneumocystis carinii in mice. J Clin Invest 2001;108:1469-1474.

68. Mason CM, Dobard E, Shellito J, Nelson S. CD4+ lymphocyte responses to pulmonary infection with Mycobacterium tuberculosis in naïve and vaccinated BALB/c mice. Tuberculosis 2001;81:327-334.

69. Steele C, Zheng M, Young E, Marrero, Shellito JE, Kolls JK.. Host Resistance Against Pneumocystis carinii Pneumonia in gamma delta T Cell-Deficient Mice: Protective Role of IFN-⊐ and CD8 T cells. Infection and Immunity 2002;70:5208-5215.

70. Ruan S, Tate C, Lee JJ, Ritter T, Kolls JK, Shellito JE. Local delivery of the viral IL-10 gene suppresses tissue inflammation in murine P. carinii infection. Infection and Immunity 2002;70:6107-6113.

71. Steele C, Marrero L, Shellito JE, Kolls JK. Alveolar macrophage-mediated killing of Pneumocystis carinii f. sp. muris involves pattern recognition by the Dectin-1 beta-glucan receptor. J. Exp Med.2003; 198:1677-1688

72. Happel KI, Zheng M, Quinton LJ, Lockhart E, Ramsay AJ, Shellito JE, Schurr JR, Bagby GJ, Nelson S. Kolls JK. Cutting Edge: Roles of Toll-Like Receptor 4 and IL-23 in IL-17 Expression in Response to Klebsiella pneumoniae Infection. J. Immunol 2003;170:4432-4436.

73. Shellito JE. Failure of Host Defenses in HIV. In: Nelson S, Standiford T, Issue Editors. Pulmonary Defense Mechanisms in Infection. Seminars in Respiratory and Critical Care Medicine. 2004;35:73-84.

74. McAllister F, Steele C, Zheng M, Young Erana, Shellito JE, Marrero L, Kolls JK. Tc1 CD8+ T-cells are effector cells against Pneumocystis in mice. J Immunol 2004;172:1132-1138.

75. Zambell KL. Phelan H, Vande Stouwe C, Zhang P, Shellito JE, Molina PE. Acute alcohol intoxication during hemorrhagic shock: impact on host defense from infection. Alcoholism: Clin Exp Res 2004;28:635-642.

76. Schurr JR, Young E, Byrne P, Steele C. Happel K. Shellito JE, Kolls JK. Central role of TLR4 signaling and host defense in experimental gram negative pneumonia. Infection and Immunity 2005;73:532-545.

77. Badewa AP, Quinton LJ, Shellito JE, Mason CM. Chemokine receptor 5 and its ligands in the immune response to murine tuberculosis. Tuberculosis. 2005;85:185-195.

78. Badewa AP, Dobard E, Shellito JE, Mason CM. Alcohol-induced suppression of CC chemokine production in mice infected with Mycobacterium tuberculosis H37Rv. Submitted for publication.

79. Happel KI, Dubin PJ, Zheng M, Ghilardi N, Lockhart C, Quinton LJ, Odden AR. Shellito JE, Bagby GJ, Nelson S, Kolls JK Divergent roles of IL-23 and IL-12 in host defense against Klebsiella pneumoniae J Exp Med 2005;202:761-769.

80. Ruan S, Young E, Luce MJ, Reiser J, Kolls JK, Shellito JE. Conditional expression of interferon-gamma to enhance host responses to pulmonary bacterial infection. Pulmonary Pharmacology and Therapeutics. 2005;19:251-257.

81. Steele C. Shellito JE, Kolls JK. Immunity against the opportunistic fungal pathogen Pneumocystis. Medical Mycology 2004;43:1-19.

82. Zheng M, Ramsay AJ, Robichaux MB. Norris KA, Kliment C.Crowe C. Rapaka RR. Steele C, McAllister F, Shellito JE, Marrero L, Schwarzenberger P. Zhong Q. and Kolls JK. CD4+ T cell-independent DNA vaccination against opportunistic infections J. Clin. Invest., 2005; 115: 3536 - 3544

83. McAllister F, Ruan S, Kolls JK, Shellito JE. CXCR3 and IP-10 Pneumocystis pneumonia.. J. Immunology 2006;177:1846-1854.

84. McAllister F, Steele C. Zheng M, Shellito JE. Kolls JK. In vitro effector activity of Pneumocystis-specific T cytotoxic-1 CD8+ T-cells: role of GM-CSF. Infec Immun 2005;73:7450-7457.

85. Rudner XL, Happel KI. Young EA. Shellito JE. The IL-23/IL-17 cytokine axis in murine Pneumocystis infection. Infection and Immunity 2007;75:3055-3061.

86. Happel KI. Odden AR. Shellito JE. Bagby GJ. Nelson S. Acute alcohol intoxication suppresses the IL-23 response to Klebsiella pneumoniae infection. *Alcoholism. Clinical and Experimental Research* 2006;30:1200-1207.

20

87. Zheng M, Lockhard ES, Ramsay A, Shellito JE, Bindas J, Dubowski T, Steele C, Kolls JK. IL-23 dependent immune responses in dendritic cell-based vaccination in mice. Submitted for publication.

88. Happel KI, Rudner X, Quinton LJ, Clark C, Odden AR, Movassaghi JL, Zhang P, Bagby GJ, Nelson S, Shellito JE. Acute alcohol intoxication suppresses the pulmonary ELR negative CXC chemokine response to lipopolysaccharide. Alcohol 2007;41:325-333.

89. Zhang P, Nelson S, Bagby GJ, Shellito JE, Welsh DA. The hematopoietic stem cell response to Escherichia coli bacteremia. Submitted for publication.

90. Ruan S, McKinely L, Zheng M, Rudner X, Kolls J. Shellito JE. Interleukin-12 and host defense against murine Pneumocystis pneumonia. Submitted for publication.

91. Shi X, Rudner X. Shellito JE. Lymphocyte apoptosis in murine Pneumocystis pneumonia. Manuscript in preparation.

**Editorials**
1. Shellito JE. Host defense against Pneumocystis carinii- more than the CD4+ lymphocyte. Invited editorial. J Lab Clin Med. 1996;128:448-449.

2. Shellito, JE. Cooking in the ICU: evaluation of the febrile patient. Invited editorial, Critical Care Medicine, 1998;26:216-217.

**Book Chapters**
1. Shellito J. Hemoptysis. In: Taylor RB, ed. Difficult Diagnosis. Philadelphia: WB Saunders, 1985:229-235.

2. Shellito J. Hypersensitivity Pneumonitis. In: LaDou R, ed., Occupational Medicine. Los Altos, CA: Lange Publications. 1990:227-230.

3. Shellito J. Management of Refractory Asthma. In: Taylor RB, ed., Difficult Management. Philadelphia: WB Saunders, 1991:92-99.

4. Nelson S, Bagby G, Andresen J, Nakamura C, Shellito J, Summer W. The effects of ethanol, tumor necrosis factor, and granulocyte colony-stimulating factor on lung antibacterial defenses. In: Friedman H et al, eds. Drugs of Abuse, Immunity, and Immunodeficiency. New York: Plenum Press, 1991:245-253.

5. Kolls J. Shellito JE. Immunology of Pneumocystis carinii Infection. Kradin, R et al, ed. Immunopathology of Lung Disease. Boston, Butterworth Heinemann, 1996:325-338.

6. Koziel H. Shellito JE. Macrophage Function in Pneumocystis carinii Infections. Lipscomb MF and Russell, SW, eds. Lung Macrophages and Dendritic Cells. Lung Biology in Health and Disease Series. New York: Marcel Dekker, 1997:481-520.

7. Shellito JE. Occupational/Inhalational/Environmental Disease. In Ali J, Summer WR, and Levitzky MG, eds. Pulmonary Pathophysiology. New York: McGraw-Hill, 1999:199-219

8. Shellito JE, Beck JM.  Cytokines and Pulmonary Infection with Pneumocystis carinii. In Press, Nelson S and Martin TR, eds.  Cytokines in Pulmonary Infectious Disease: Pathogenesis and Therapeutic Strategies.  Lung Biology in Health and Disease Series. New York: Marcel Dekker,2000:235-242.

9. Mason CM, Weinacker AB, Shellito JE.  Host defense networks in the lung: an overview. In: Niederman M, Sarosi GA, Glassroth J, eds.  Respiratory Infections.  Philadelphia: Lippincott Williams & Wilkins 2001:3-12.

10. Shellito JE, Kolls JK.  Cytokines. Walzer P and Cushion M. eds.  Pneumocystis carinii Pneumonia.  Lung Biology in Health and Disease Series.  New York: Marcel Dekker. 2005:251-268.

11. Shellito JE, Beck JM.  Immunology of Pneumocystis carinii Infections.  In:  Fungal Immunology.  P. Fidel, G. Huffnagle, eds.  In Press.

12. Shellito JE.  Occupational/Inhalational/Environmental Disease.  In Ali J, Summer WR, and Levitzky MG, eds.  Pulmonary Pathophysiology.  New York: McGraw-Hill, 2005:150-168.

## Invited Symposia
Shellito JE (Editor).  The Compromised Host.  In:  Proceedings of the American Thoracic Society 2005:2:401-460.

## Published Contributions to Meeting Symposia
1. Mellencamp MA, McMurray DN, Shellito JE, Jerrells, TR.  Effects of ethanol consumption on susceptibility to pulmonary and gastrointestinal infections.  Alcoholism Clin Exp Res  1996:20 (suppl):192A-195A.

2. Shellito JE.  Alcohol and host defense against pulmonary infection with Pneumocystis carinii.  Alcoholism Clin Exp Res 1998:22(suppl):208S-211S.

3.  Beck JM, Rosen MJ, Peavy HH.  Pulmonary complications of HIV infection: report of the fourth NHLBI workshop  (Workshop participant)  Am J Respir Crit Care med 2001:164:2120-2126.

## Abstracts Accepted for Presentation
1. Shellito J, Murphy S.  The effect of corticosteroids on rabbit alveolar macrophage function after acid aspiration.  Am Rev Respir Dis 1980., 121:27S.

2. Shellito J, Caldwell J, Kaltreider HB.  Antigen presentation and lymphocyte binding by murine alveolar macrophages.  Chest 1981 80:350.

3.  Shellito J, Caldwell J, Kaltreider HB.  Immunologic function of murine  alveolar macrophages.  Clinical Research 1982 30:105A.

4.  Shellito J, Kaltreider HB.  Alveolar macrophage subpopulations and suppression of lymphocyte mitogenesis.  Clinical Research 1982 31.74A.

5.  Shellito J, Kaltreider HB.  Effect of subpopulations of rat alveolar macrophages on

6. Shellito J, Kaltreider HB. Dissociation between Ia antigen expression and Interleukin-1 production in subfractions of rat alveolar macrophages. Clinical Research 1984 32:64A.

7. Sitrin R, Shellito J, Kaltreider HB. Heterogeneous expression of tissue thromboplastin by subpopulations of rabbit alveolar macrophages. Am Rev Respir Dis 1984 129:A5.

8. Shellito J, Kaltreider HB. Heterogeneity in Ia antigen expression and Interleukin-1 production among rat alveolar macrophages. Am Rev Respir Dis. 1984 129:A5.

9. Shellito J, Kaltreider HB. Heterogeneity of activation parameters among normal rat alveolar macrophages. Clinical Research 1985 33:81A.

10. Shellito J, Kaltreider HB. Heterogeneity of cytotoxic function and ectoenzyme activity among normal rat alveolar macrophages. Am Rev Respir Dis 1985., 131:A37.

11. Shellito J, Armstrong C, Kaltreider HB. Monocyte influx into normal rat alveolar spaces. Clinical Research 1986 34:79A.

12. Shellito J, Sniezek M, Kaltreider HB. Modulation of alveolar macrophage number and cytotoxic function by pulmonary inflammation. Clinical Research 1986 34:80A.

13. Shellito J, Armstrong C, Kaltreider HB. Monocyte support of the normal alveolar macrophage cell population. Am Rev Respir Dis 1986 133:A139.

14. Shellito J, Sniezek M, Kaltreider HB. The effect of pulmonary inflammation on the density distribution and cytotoxic function of rat alveolar macrophages. Am Rev Respir Dis 1986 133:A95.

15. Shellito J, Sniezek M, Warnock M. Uptake of neutrophil peroxidase by rat alveolar macrophages during pulmonary inflammation. Chest 1986., 89:457S.

16. Shellito J, Esparza C. Support of the alveolar macrophage population during pulmonary inflammation. Clin Res 1987., 35:172A.

17. Fuchs H, Shellito J. Antigen specific elaboration of interleukin-1 by rat alveolar macrophages during pulmonary inflammation. Clin Res 1987 35:533A

18. Shellito J, Esparza G. Mechanisms to sustain increased numbers of alveolar macrophages during pulmonary inflammation. Am Rev Respir Dis 1987 135:A205.

19. Fuchs HJ, Curtis JL, McDowell J, Michael PF, Byrd PK, Shellito JE, Kaltreider HB. Use of allophycocyanin permits detection by flow cytometry of surface antigens present on few alveolar macrophages. Clin Res 1988 36:173A.

20. Fuchs HJ, Sniezek MJ, Shellito JE. Exposure to interferon-gamma in vitro increases alveolar macrophage Ia antigen expression despite oral dexamethasone treatment in rats. Clin Res 1988., 36:505A.

21. Bikle DD, Halloran B, Fong L, Steinback L, Shellito J. Glucocorticoid induced osteopenia: Where is the primary problem? Presented at the 1988 Meeting of the Endocrine Society.

22. Fuchs HJ, Curtis JL, McDowell J, Michael PF, Byrd PK, Shellito JE, Kaltreider HB. Use of allophycocyanin permits detection by flow cytometry of surface antigens present on few alveolar macrophages. Am Rev Respir Dis 1988 137:89.

23. Shellito J, Sniezek, M. Granulomatous pulmonary inflammation alters eicosanoid release by rat alveolar macrophages. Am Rev Respir Dis 1989 139:A305.

24. Shellito J, Suzara V. Detection of Pneumocystis carinii infection in rodents using monoclonal antibodies and an ELISA procedure. Am Rev Respir Dis 1989 139:A249.

25. Shellito J, Suzara V, Blumenfeld W, Beck J, Steger H, Ermak T. A new model of Pneumocystis carinii infection in mice selectively depleted of helper T lymphocytes. Am Rev Respir Dis 1990141.A271.

26. Beck J, Sniezek M, Arraj-Peffer S, Curtis J, Shellito J. Cellular responses to Pneumocystis carinii pneumonia in a murine model. Am Rev Respir Dis 1990141:A530.

27. Beck J, Liggit H, Brunette E, Fuchs H, Shellito J, Debs R. Aerosolized interferon-gamma augments host defense against Pneumocystis carinii in mice. Amer Rev Respir Dis 1991;143:A399.

28. Shellito J, Sniezek M, Warnock M, Nelson S. Chronic alcohol enhances host susceptibility to Pneumocystis carinii infection in mice. Amer Rev Respir Dis 1991;143:A207.

29. Nelson S, Bagby G, Andresen J, Shellito J, Summer W. Intratracheal granulocyte colony-stimulating factor enhances systemic and pulmonary host defenses. Amer Rev Respir Dis 1991;143:A398.

30. Beck JM, Warnock ML, Byrd PK, Kaltreider HB, Shellito JE. Interferon-gamma reduces intensity of Pneumocystis carinii infection in CD4-depleted mice. Clin Research 1991;39:328A.

31. Shellito J, Nelson S, Sorensen RU. Pyocyanine, a product of Pseudomonas aeruginosa, inhibits the release of reactive nitrogen intermediates from murine alveolar macrophages. Amer Rev Respir Dis 1992:145:A551.

32. Shellito J, Beck J, Kolls J, Nelson S. Alveolar macrophage release of tumor necrosis factor during murine Pneumocystis carinii pneumonia. Amer Rev Respir Dis 1992:145:A247

33. Nelson S, Nakamura C, Shellito J, Bagby G, Summer W. Intratracheal gamma-interferon enhances pulmonary host defenses against Pseudomonas aeruginosa. Amer Rev Respir Dis 1992:145:A337.

34. Kolls J, Larson J, Deininger P, Shellito J, Nelson S, Beckerman R. Constitutive expression of mRNA for tumor necrosis factor alpha in murine alveolar macrophages. Amer Rev Respir Dis 1992;145:A833.

35. Beck J, Warnock M, Byrd P, Kaltreider HB, Shellito J. Systemic interferon-gamma enhances release of tumor necrosis factor from alveolar macrophages during murine Pneumocystis carinii pneumonia. Amer Rev Respir Dis 1992;145:A12.

36. Leblanc R, Xie J, Warner A. Kolls J, Shellito J, Malinski T, Summer W, Greenberg S. Nitric oxide derived from macrophages rather than neutrophils mediates endotoxin-induced hypotension. Submitted to the 1993 Southern Meeting of the American Federation for Clinical Research, New Orleans, LA.

37. Kolls J, Xie J, Warner A, Leblanc R. Shellito J, Malinski T, Summer W, Greenberg S. Rapid induction of mRNA for nitric oxide synthase II by endotoxin and inhibition of its transcription by prednisolone. Submitted to the 1993 Southern Meeting of the American Federation for Clinical Research, New Orleans, LA.

38. Xie J, Wang Y, Kolls J, Shellito J, Nelson S, Summer W, Greenberg S. Ethanol induced relaxation is mediated by release of nitric oxide and prostaglandins in pulmonary artery and vein. Submitted to the 1993 Southern Meeting of the American Federation for Clinical Research. New Orleans, LA.

39. Malinski T, Wang Y, Xie J, Kolls J, Nelson S, Summer W, Greenberg S, Shellito J. Acute administration of ethanol releases nitric oxide from endothelium and adrenal glands but inhibits its release from macrophages. Submitted to the 1993 Southern Meeting of the American Federation for Clinical Research, New Orleans, LA.

40. DeBoisblanc B, Summer W. Mason C, Shellito J, Logan E, Bear M, Johnson S, nelson S. Phase 1 trial of granulocyte-colony stimulating factor in severe community acquired pneumonia. Submitted to the 1993 Southern Meeting of the American Federation for Clinical Research, New Orleans, LA.

41. Greenberg S, Leblanc R, Werner A. Xie J, Wang Y, Weinberg A, Kolls J, Shellito J, Nelson S. Summer W. Endotoxin-induced hypotension is mediated by nitric oxide from macrophages: effect of prednisolone. aminotriazine, and colony stimulating factors. Amer Rev Respir Dis 1993;147:A99.

42. DeBoisblanc B, Summer W. Mason C, Shellito J, Logan E, Bear M, Johnson S, nelson S. Phase 1 trial of granulocyte-colony stimulating factor in severe community acquired pneumonia. Amer Rev Respir Dis 1993;147:A204.

43. Mandujano JF, D'Souza NB, Beckerman RC, Summer WR. Shellito J. Effect of granulocyte macrophage colony stimulating factor on neutrophil recruitment to the lung after lipopolysaccharide exposure. Amer Rev Respir Dis 1993;147:A473.

44. D'Souza NB. Mandujano JF, Summer WR. Shellito JE. Depletion of CD4-positive T lymphocytes attenuates secretion of tumor necrosis factor by alveolar macrophages in mice. Amer Rev Respir Dis 1993;147:A228.

25

45. Shellito J, D'Souza N, Nelson S, Greenberg S, Summer W. Nitric oxide and interferon gamma-induced enhancement of pulmonary host defenses against Pseudomonas aeruginosa. Amer Rev Respir Dis 1993;147:A203.

46. D'Souza N, Nelson S, Summer W, Greenberg S, Shellito J. The effect of ethanol and acetaldehyde on the release of reactive nitrogen intermediates by murine alveolar macrophages. Alcohol Clin Exp Res 1993;17(2):L395.

47. D'Souza N, Shellito J, Summer W, Deaciuc I. The effect of ethanol and CD4+ T lymphocyte depletion on serum hyaluronan concentration in mice. Presented at the 1993 meeting of the Research Society on Alcoholism.

48. Mandujano JF, D'Souza NB, Nelson S, Beckerman RC, Summer WR, Shellito JE. Reduction in intensity of Pneumocystis carinii pneumonia in mice by subcutaneous administration of granulocyte-macrophage colony stimulating factor. Submitted to the 1993 annual meeting of the Southern Society of Clinical Investigation.

49. D'Souza NB, Mandujano JF, Nelson S, Summer WR, Shellito JE. Ethanol suppresses pulmonary release of tumor necrosis factor in response to Pneumocystis carinii. Submitted to the 2nd Annual Retreat, LSUMC Alcohol and Drug Abuse Center, October. 8-9, 1993.

50. Deaciuc IV, D'Souza NB, Spitzer JJ, Shellito JE, Summer WR. Ethanol (ETOH) induces hepatic sinusoidal endothelial cell (SEC) dysfunction in mice. Submitted to the 2nd Annual Retreat, LSUMC Alcohol and Drug Abuse Center, October. 8-9, 1993.

51. Mandujano JF, D'Souza NB, Nelson S, Beckerman RC, Summer WR, Shellito JE. Reduction in intensity of Pneumocystis carinii pneumonia in mice by subcutaneous administration of granulocyte-macrophage colony stimulating factor. Am J Respir Crit Care Med 1994;149:A289.

52. Mason C, Adams L, Nelson S, Summer W, Shellito J. Mycobacterial cell wall antigens elicit pulmonary host defense mechanisms. Am J Respir Crit Care Med 1994;149:A613.

53. Nelson S, Mason C, Shellito J, Bagby G, Summer WR. The effects of gamma-interferon on liporabinomannan-induced tumor necrosis factor in the lung. Am J Respir Crit Care Med 1994;149:A870.

54. Odom G, Lei D, Shellito J, Kolls JK. Pre-treatment with a depleting monoclonal anti-CD4 antibody prolongs in vivo transgene expression of a recombinant adenoviral vector. Submitted to the 1995 meeting of the Southern Society of Clinical Investigation. New Orleans.

55. Kolls JK, Mason C, Adams L, Shellito J, Lei D, Nelson S. Influence of adenoviral-mediated gene transfer of a TNF soluble receptor on pulmonary host defenses. Submitted to the 1995 meeting of the Southern Society of Clinical Investigation. New Orleans.

56. Shellito JE, Kolls JK, Summer WR. Regulation of nitric oxide release by macrophages following intratracheal lipopolysaccharide. S Amer J Respir Crit Care Med 1995;151:A550.

57. Shellito JE, Kolls JK, Beck JM. Nitric oxide synthase and tissue inflammation during ___ ___ Amer J Respir Crit Care Med 1995;151:A794.

58. Kolls JK, Lei D, Nelson S, Summer WR, Shellito JE. Exacerbation of murine P. carinii infection by adenoviral-mediated gene transfer of a TNF soluble receptor. Amer J Respir Crit Care Med 1995;151:A13.

59. Kolls JK, Lei D, Odom G, Shellito JE. Pre-treatment with a depleting monoclonal anti-CD4 antibody prolongs in vivo transgene expression of a recombinant adenoviral vector. Amer J Respir Crit Care Med 1995;151:A670

60. Beck JM, Palmer BE, Kolls JK, Newbury RL, Kaltreider HB, Shellito JE. Cytokine profiles during experimental Pneumocystis carinii pneumonia: analysis by quantitative polymerase chain reaction. Amer J Respir Crit Care Med 1995;151:A794.

61. Lei D, Shellito J, Nelson S, Summer WR, Kolls JK. Organ-specific cytokine gene therapy: compartmentalized activation of the alveolar macrophage by adenoviral-mediated gene transfer of the murine interferon-gamma gene. Submitted to the 1996 Southern Regional meeting of the American Federation of Clinical Research, New Orleans.

62. Odom G, Lei D, Shellito JE, Summer WR, Kolls JK. Transient CD4 depletion with an anti-CD4 monoclonal antibody prolongs adenoviral mediated gene transfer by reducing CD8-mediated destruction of transduced hepatocytes. Submitted to the 1996 Southern Regional meeting of the American Federation of Clinical Research, New Orleans.

63. Kolls JK, Lei D, Shellito J, Nelson S, Summer WR. Organ-specific cytokine gene therapy: compartmentalized activation of the alveolar macrophage by adenoviral mediated gene transfer of the murine interferon-gamma gene. Amer J Respir Crit Care Med 1996;153:A764.

64. Shellito JE, Olariu R. Effect of acute ethanol on plasma ICAM-1 following LPS challenge in mice. Submitted to the 1996 annual meeting of the Research Society on Alcoholism, Washington, DC.

65. Shellito JE, Olariu R. Effect of alcohol consumption on splenic lymphocyte number and function in mice. Submitted to the 1997 annual meeting of the Research Society on Alcoholism, San Francisco, CA.

66. Zhang P, Prakash O, Shellito JE, Stoltz CA, Nelson S. Acute ethanol administration suppresses endotoxin-induced beta-2 integrin expression in normal and HIV-1 Tat transgenic mice. Submitted to the 1997 annual meeting of the Research Society on Alcoholism, San Francisco, CA.

67. Shellito J, Joshi BH, Prakash O. Lymphocyte recruitment in response to Pneumocystis carinii is decreased in HIV-1 Tat-transgenic mice. Submitted to the 1997 annual meeting of the American Thoracic Society, San Francisco, CA.

68. Nelson S, Mason C, Shellito JE, Movahhed H. Granulocyte colony stimulating factor (G-CSF) reduces morbidity in patients with a history of chronic alcohol abuse hospitalized with community acquired pneumonia. Submitted to the 1997 annual meeting of the Research Society on Alcoholism, San Francisco, CA.

69. Conrad E, Lo W, deBoisblanc B, Shellito JE.  Reactive airways dysfunction syndrome following dinitrogen tetroxide exposure.  J Invest Med 1997;45:42A.

70. Vazquez CR, Kolls JK, Lei D, Ye P, Shellito JE.  Interferon gamma gene transfer enhances host defense against Pneumocystis carinii pneumonia in a mouse model.  Am J Respir Crit Care Med 1998;157:A699.

71. Vazquez CR, Kolls JK, Lei D, Ye P, Shellito JE.  Interferon gamma gene transfer enhances gamma-delta T-cell recruitment in a mouse model of Pneumocystis carinii pneumonia.  Am J Respir Crit Care Med 1998;157:A699.

72. Omidvari K, Borron B, Heaton J, Shellito JE.  Effects of bronchoscopy on release of tumor necrosis factor by alveolar macrophages in humans.  Am J Respir Crit Care Med 1998;157:A355.

73. Zhang P, Prakash O, Shellito JE, Xie M, Stoltz DA, Bagby GJ, Nelson S.  Ethanol intoxication suppresses endotoxin-induced beta 2-integrin expression on neutrophils in normal and HIV-1-Tat transgenic mice.  Am J Respir Crit Care Med 1998;157:A864.

74. Schwarzenberger PO, Hunt JD, Robert E, Theodossiou C, Shellito JE, Kolls JK.  Genomic integration of adenovirus sequences with a novel receptor-J13 targeted recombinant adenovirus molecular conjugate vector.  Submitted to the 1998 meeting of the Southern Society for Clinical Investigation, New Orleans, LA.

75. Collins M, Robert E, Kolls JK, Shellito JE, Schwarzenberger PO.  Development of a gene therapy based bone marrow purging system for leukemia patients.  Submitted to the 1998 meeting of the Southern Society for Clinical Investigation, New Orleans, LA.

76. Shellito JE, Tate C, Vazquez C.  Recruitment of T-lymphocyte subsets into murine lung tissue in response to Pneumocystis carinii.  Submitted to the 1999 meeting of the American Thoracic Society, San Diego, CA.

77. Ye P, Garvey PB, Huang W, Good DE, Zhang Z, Schwarzenberger P, Summer WR, Shellito JE, Neslon S, Kolls JK.  IL-17 increases lung immunity and improves host defense against K. pneumoniae infection.  Submitted to the 1999 meeting of the American Thoracic Society, San Diego, CA.

78. Shellito JE, Tate C, Vazquez C.  Effect of chronic alcohol on T-lymphocyte subsets recruited into murine lung tissue in response to Pneumocystis carinii.  Submitted to the 1999 meeting of the Research Society on Alcoholism, Santa Barbara, CA.

79. Shellito JE, Ruan S, Tate C.  Effect of chronic alcohol on T-lymphocyte subsets recruited into murine lung tissue in response to Pneumocystis carinii.  Submitted to the 2000 meeting of the American Thoracic Society, Toronto, Canada.

80. Zhang M, Ye P, Shellito JE, Kolls JK.  Treatment of Pneumocystis carinii pneumonia in CD40L-deficient mice with CD40 ligand gene therapy.  Submitted to the 2001 meeting of the Southern Society of Clinical Investigation, New Orleans, LA and to the 2001 meeting of the American Thoracic Society, San Francisco, CA.

81. Mason CM, Dobard E, Shellito JE, Nelson S.  CD4 lymphocyte responses to murine pulmonary TB.  Submitted to the 2001 meeting of the American Thoracic Society, San Francisco, CA.

82. Shellito JE, Zheng M, Ye P, Ruan S, Kolls JK.  Alcohol, IL-17, and host defense agaisnt Klebsiella pneumonia. Submitted to the 2001 meeting of the Southern Society of Clinical Investigation, New Orelans, LA and to the 2001 meeting of the American Thoracic Society, San Francisco, CA.

83. Ruan S, Kolls JK, Shellito JE.  Local delivery of the viral IL-10 gene suppresses tissue inflammation in murine P. carinii infection.  Submitted to the 2002 meeting of the American Thoracic Society, Atlanta, GA.

84. Schurr J, Shellito JE, Youn E, Ye P, Kolls JK.  Microarray-based gene expression profiling reveals defective toll-like receptor signaling in 129/SVJ mice compared to C57BL/6 mice in experimental K. pneumoniae infection. Submitted to the 2002 meeting of the American Thoracic Society, Atlanta, GA.

85. Zheng M, Shellito JE, Marrero L, Zhong Q, Stewart J, Ye P, Wallace V, Schwarzenberger P, Kolls JK.  CD4 T-cell independent vaccination against Pneumocystis carinii in mice. Submitted to the 2002 meeting of the American Thoracic Society, Atlanta. GA.

86. Steele C. Zheng M, Shellito JE, Kolls JK.  Role of gamma delta T cells in Pneumocystis carinii pneumonia. Submitted to the 2002 meeting of the American Thoracic Society, Atlanta, GA.

87. Mason CM, Dobard E, Shellito J, Nelson S.  Effect of alcohol on CD4+ lymphocytes in murine pulmonary TB. Submitted to the 2002 meeting of the American Thoracic Society, Atlanta, GA.

88. Happel KJ, Zheng M. Bagby GJ, Neslon S. Shellito JE, Kolls JK.  Toll-like receptor 4 is required for pulmonary expression of interleukin-17 in response to Klebsiella pneumoniae infection. Am J Respir Crit Care Med 2003;167:A701.

89. Ruan S, Tate C, Kolls JK, Shellito JE.  Local delivery of the interleukin-12 (IL-12) gene enhances tissue inflammation and clarance of infection in murine P. carinii pneumonia. Am J Respir Crit Care Med 2003;167:A435.

90. Zheng M. Hite F, Steele C, Zhong Q. Julian S, Schwarzenberger P, Shellito JE, Ramsay A. Kolls JK.  Induction of CD4+ T cell-independent B cell responses in vivo by CD40 ligand DNA vaccination; implications for vaccine development. Am J Respir Crit Care Med 2003;167:A198.

91. Steele C, Shellito JE. Kolls JK.  Macrophage-mediated killing mechanisms against Pneumocystis carinii. Am J Respir Crit Care Med 2003;167:A200.

92. Steele C. Shellito JE. Kolls JK.  Gamma delta T cells regulate lung inflammation in a splenic reconstitution model of P. carinii-infected scid mice. Am J Respir Crit Care Med 2003;167:A264.

93. Happel K, Zheng M, Bagby GJ, Nelson S, Shellito JE, Kolls JK. T cell production of interleukin-17 in response to Klebsiella pneumoniae does not require cell contact. Am J Respir Crit Care Med 2003;167:A759.

94. Badewa AP, Dobard E. Shellito JE, Mason CM. Chemokine production in mice infected with different strains of Mycobacterium tuberculosis. Submitted to the 2004 meeting of the American Thoracic Society, Orlando, FL.

95. Ruan, S, Young E. Luce MJ, Reiser J, Kolls JK. and Shellito JE. Conditional Expression of Interferon-□ to Enhance Host Responses to Bacterial Infection. Presented at the 2004 meeting of the American Thoracic Society, Orlando, FL.

96. Zheng M, Happel K, Young E. Shellito JE, Kolls JK. Requirement of IL-23 for pulmonary IL-17 production by gram negative bacteria. Presented at the 2004 meeting of the American Thoracic Society, Orlando, FL.

97. Badewa AP, Shellito JE, Mason CM. Alcohol suppresses chemokine production in mice infected with mycobacterium tuberculosis H37Rv. Presented at the 2004 meeting of the Research Society on Alcoholism, Vancouver, Canada.

98. Rudner X, Ruan S, Happel KI, Shellito JE. Interleukin-23 and host defense against Pneumocystis carinii. Presented at the 2005 meeting of the American Thoracic Society, San Diego, CA. Proc Amer Thorac Soc 2005;2:A869

99. Barstow DG, Ruan S, Rudner X, McKenna J, Tate C, Young E, Shellito JE. Strain differences in clearance of murine P. carinii. Presented at the 2005 meeting of the American Thoracic Society, San Diego, CA. Proc Amer Thorac Soc 2005;2:A869

100. Zheng M, Shellito JE, Kolls JK. CD4+ T-cell independent DNA vaccination against Pneumocystis carinii in mice. Presented at the 2005 meeting of the American Thoracic Society, San Diego, CA. Proc Amer Thorac Soc 2005;2:A869

101. McAllister F, Steele C, Shellito J, Kolls J. IP-10 effector activity against Pneumocystis carinii. Presented at the 2005 meeting of the American Thoracic Society, San Diego, CA. Proc Amer Thorac Soc 2005;2:A869

102. Tate CR. Happel KI. Shellito JE. Ethanol suppresses IL-23 mediated release of IL-17 in vitro. Submitted to the 2005 meeting of the Research Society on Alcoholism, Santa Barbara, CA.

103. Jain S. Shellito J. Porretta C. Porretta E. Mason C. Alcohol, murine dendritic cells and mycobacterium tuberculosis infection. Submitted to the 2005 meeting of the Research Society on Alcoholism, Santa Barbara, CA.

104. Shi X. Shelito JE. Lymphocyte apoptosis in murine Pneumocystis pneumonia. Submitted to the 2007 meeting of the American Thoracic Society, San Francisco, CA.

105. D'souza AJ. Movassaghi JL. Rudner XR. Shellito JE. Alcohol effect on the host ubiquitin-proetosome response pathway in bacterial infection. Presented at the 2007 meeting of the Research Society on Alcoholism. Alcohol Clinical and Experimental

106.  Siggins RW II,  Nelson S, Welsh D.A, Bagby G.J, Shellito J.E, Zhang P.  Alcohol impairs the hematopoietic stem cell response to bacteremia.  Submitted to the 2008 meeting of the Research Society on Alcoholism.

## Other Publications

1.  Ruan S, Tate CR, Shellito JE, Schurr J, Shean MK, Kolls JK.  Pneumocystis carinii large subunit ribosomal RNA (host=BALB/c mouse).  Sequence submitted to Gene Bank (Bethesda, MD). 4/24/00.

## Audiovisual Productions

1.  January 12, 1994Appeared as guest on Channel 32 program, "Healthcall", to speak and answer listeners on how asbestos exposure can harm your health.

2.  January 19, 1994Prepared and shot videotape segment, "Medical Hazards of Asbestos Exposure" for use in the University of New Orleans sponsored certification course for asbestos abatement workers, designers, and supervisors.

3.  March 2, 2000    Appeared as guest on Channel 32 program, "Healthcall", to speak and answer listeners on how occupational exposures can harm your lungs.

4.  January 8, 2004  Appeared as guest on Channel 32 program, "Healthcall", to speak and answer listener questions on "Toxic Mold: Hazard or Hype?"

5.  October 23, 2007 Appeared as guest on Channel 32 program, "Healthcall", to speak and answer listener questions on "Formaldehyde"

Depositons and Trial Testimony
Judd E. Shellito, MD

| Date | Type | Plaintiff | Attorney Billed |
|------|------|-----------|-----------------|
| 7/10/90 | Trial | Turner, Jeff | Gertler & Gertler |
| 3/14/91 | Dep | Neal, Thomas | Daniel Caruso |
| 8/13/91 | Dep | Hall, Raymond | House, Golden |
| 10/24/91 | Dep | Goodman, Frederick | Gertler & Gertler |
| 10/28/91 | Trial | Margiotta, Vincent | Gertler & Gertler |
| 6/8/92 | Dep | Lemoine, Joseph | Janet McDonell |
| 6/7/93 | Dep | Houston, John | Peter Wickersham |
| 10/19/94 | Dep | Thomas, Tyssius | Kyle Gideon |
| 1/18/95 | Dep | Johnson, Louis | Scott Bickford |
| 3/10/95 | Dep | Melancon, Wendy | |
| | | Nash, Barbara | T. Nosewicz |
| 7/6/95 | Dep | Harrell, Billy | M. McNulty |
| 1/9/96 | Dep | Dempster, Luther | John Hainkel III |
| 5/20/96 | Dep | Ledet, Ferdinand | S. Rosamond III |
| 7/3/97 | Dep | Anderson, John | S. Rosamond III |
| 9/18/96 | Dep | Graham, James | S. Rosamond III |
| 9/27/96 | Dep | Coleman, Louis | Danna Schwab |
| 10/3/96 | Trial | Dempster, Luther | Gerolyn Roussel |
| 12/11/96 | Dep | Keener, Joseph | Delos Flint |
| 2/19/97 | Trial | Coleman, Louis | Gerolyn Roussel |
| 6/18/97 | Dep | Hurst, Joseph | James Morse |
| 9/30/97 | Dep | Pierre, Marshall | John Andry |
| 12/3/97 | Dep | Nicklas, Manfred | Marcia Finkelstein |
| 3/23/98 | Dep | Cook, Larry | Patricia Wilton |
| 6/19/98 | Dep | Jackson, Elmo | Claire Breaux |
| 7/6/98 | Dep | Woolverton, Leo | Claire Breaux |
| 7/8/98 | Dep | Lewis, Alwin MD | John Dubreuil |
| 7/9/98 | Dep | Gaines, Nathaniel | Gary Lee |
| 9/25/98 | Dep | LSU | Frank Elliot (Defense) |
| 1/14/99 | Dep | Hurst, Joseph | Jill Trahan |
| 2/5/99 | Dep | Melancon, Wendy | |
| | | Nash, Barbara | Carol Reisman |
| 4/23/99 | Dep | Martindale, Steve | J. Santacruz |
| 5/11/99 | Dep | Dammond, Dwight | James Stoval |
| 9/8/99 | Dep | Waldridge, Noel | Charlton Ogden |
| 9/20/99 | Trial | Waldridge, Noel | Gerolyn Roussel |
| 10/1/99 | Trial | Dammond, Dwight | J. Album |
| 10/12/99 | Trial | Martin, Walter | Tulane Law Clinic |
| 3/15/00 | Dep | John Andeson | J. McDonald |
| 11/6/00 | Dep | JP Cowart | Alison Borison |
| 11/21/00 | Dep | Nathaniel Gaines | G. Lee |

| Date | Type | Name | Attorney |
|------|------|------|----------|
| 1/23/01 | Dep | Dennis Bennett | James Dill |
| 2/19/01 | Dep | Goodman, Lemar | Degan & Blanchard |
| 3/7/01 | Dep | Adams, Robert | Deutsch, Kerrigan, & Stiles |
| 3/7/01 | Dep | Bennett, Dennis | Frank Schirro |
| 7/23/01 | Dep | Garner, Willie | D. Cherry |
| 8/20/01 | Dep | Watson, Jackie | |
| | | (Watson vs Fibreboard Corp) | |
| | | | Peggy Joffe |
| 10/4/01 | Dep | Gaines, Nathaniel | |
| | | (Nathaniel Gaines vs Avondale) | |
| | | | Sam Rosamond |
| 10/19/01 | Dep | Mabile, Lucien | Andrew Plauche |
| 11/20/01 | Daubert Hearing | | |
| | | Mabile, Lucien | |
| 11/26/01 | Dep | Riles, Freddie | Lori Elliott |
| 12/4/01 | Dep | Riles, Freddie | Lori Elliott |
| 1/17/02 | Dep | Berthelot, Raymond | |
| | | (Raymond Berthelot v Aveondale Ind) | |
| | | | Kenan Rand, Jr. |
| 6/13/02 | Dep | Bourgeois, Isaac | Robt Lorio |
| 6/17/02 | Dep | Weber, Dewey | Bill Schuette |
| 10/28/02 | Dep | Huntsberry, Larry | James A. Holmes |
| 11/15/02 | Dep | Dixon, Anthony | James Doyle |
| 4/16/03 | Trial | Parker, Milbern | Marcia Finkelstein |
| 5/6/03 | Trial | Dixon, Anthony | John Jackson |
| 7/11/03 | Dep | Flateau, Amy | Stacey Moak |
| 8/26/03 | Dep | Sud, Pamela | Tyler Storms (Defense) |
| 12/22/03 | Dep | Abner v Fulco | Louis Plotkin |
| 5/6/04 | Dep | Chris Hutchinson | WJ LeBlanc (IME) |
| 5/10/904 | Dep | Simon, Ruby | Porteus Burke (IME) |
| 8/12/04 | Dep | Bergeron, Dewayne | Stanley Cohn |
| 9/22/04 | Dep | Robert, Maurice | Bill Schuette |
| 12/21/04 | Dep | Shelby, Randy | Leslie Hodge (IME) |
| 2/3/05 | Dep | Melancon, Timothy | Jeffrey Bassett |
| 2/15/05 | Trial | Hutchinson, Christopher | |
| | | (Christopher Hutchinson v Noble Drilling Corp et al. US District Court, Case | |
| | | Number 03-1275) | Walter Le Blanc, Jr. |
| 3/10/05 | Dep | Granier, Marianne | |
| | | Granier, Joseph | Ricahrd M. Perles |
| | | (Marianne Cortez Granier v Avondale Ind) | |
| 4/7/05 | Trial | Granier, Mariane | Gerolyn Roussel |
| | | (Marianne Cortez Granier v Avondale Ind) | |
| 5/12/05 | Dep | Adams, Larry | Paul Palermo |
| 6/6/05 | Dep | Coates, Wayne C. Sr. | McGlinchey Stafford |
| 6/28/05 | Dep | Anderson, Frank | Dana Cohen |
| 7/28/05 | Dep | Gardner, Nola | Charles Clayton |

| | | | |
|---|---|---|---|
| 6/9/06 | Dep | Multiple | Kelly Bogart |
| 8/15/06 | Dep | Russo, Floyd | James Garner |
| 10/13/06 | Dep | Rodriquez, Gerald | Janette McDonald |
| 11/16/06 | Trial | Gibson, Marlene | Heather Blackburn (Defense) |
| 10/3/07 | Trial | Michelle Marshall v Air Liquide | |
| | | | Eric Nowak |
| 12/7/07 | Dep | Richard Trabeaux | Gerolyn Roussel |
| 1/5/08 | Dep | Terry Sigler | Richeard Mincer Stevenson |
| 1/8/08 | Dep | Jerry Duncan | Taylor Porter |
| 3/25/08 | Dep | Raleigh Clark et al v American Optical et al | |
| | | | Sties and Harrison |

 **Health Sciences Center**

NEW ORLEANS

School of Medicine
Department of Medicine
Section of Pulmonary/Critical Care Medicine

School of Medicine
School of Dentistry
School of Nursing
School of Allied Health Professions
School of Graduate Studies
School of Public Health

Judd Shellito, MD
Lowenstein Professor of Medicine
Chief, Section of Pulmonary and Critical Care Medicine
LSU Health Sciences Center

# Fee Schedule

General Consulting (document review, data analysis, summarization, etc.)
$650/hour

Deposition and Trial Attendance and Testimony
$650/hour

Travel Time Exceeding 4 hours
$125 hour

Travel Expenses and Meals
Upon submission of receipts

Miscellaneous Expenses (reproduction, postage etc.)
Upon submission of receipts