**AFFIDAVIT OF KENNETH PARIS, M.D., M.P.H.**

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, the undersigned notary on this day personally appeared Kenneth Paris, M.D., M.P.H., a person whose identity is known to me. After I administered the oath to him, upon his oath he stated as follows:

All statements contained herein are true and correct and based upon my personal knowledge, education, and experience and I am a person of full age of majority, competent to execute this affidavit.

RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**Introduction:**

My experience caring for children in New Orleans, LA before and after Hurricane Katrina has given me a unique perspective on respiratory disease, allergy and asthma in these children. My opinion regarding these diseases was formed from my experiences in clinical pediatric medicine and my education as a physician with a background in public health. The unique situation encountered by many residents across the gulf south has had a significant impact on the respiratory health of many young individuals, the extent of which may not be known at this time.

My qualifications as an expert in these issues are as follows. I am currently an Assistant Professor of Pediatrics in the section of Allergy and Immunology at the Louisiana State University Health Sciences Center in New Orleans, LA. I completed an allergy/immunology fellowship at LSUHSC in New Orleans, Louisiana. I am board certified in Allergy/Immunology by the American Board of Allergy and Immunology. I am also board certified by the American Board of Pediatrics. I completed a pediatric residency at Brown University School of Medicine in Providence, RI. My medical school training was at LSUHSC in New Orleans. Additionally, I completed a Masters in Public Health at Tulane University School of Public Health and Tropical Medicine. I hold a Bachelors of Science degree from Cornell University in Ithaca, NY.

I hold a license to practice medicine in Louisiana. Currently, I care for pediatric patients in New Orleans, LA, as well as in Baton Rouge and Lafayette to a lesser extent. My practice specializes in the care of patients with asthma, allergic diseases, and immune disorders. There are few pediatric specialists in Allergy/Immunology. I am also currently participating as a clinician in an NIEHS (National Institute of Environmental Health Sciences) study of pediatric patients with asthma who live in the areas of Orleans, St.Bernard, and Jefferson Parishes that were affected by flooding. In recent months, I have served as an advisor (regarding to respiratory disease/air pollution) for the Care for St Bernard initiative, specifically in assisting a group of residents in St. Bernard Parish apply for a Community Action for a Renewed Environment (CARE) Grant from the U.S. Environmental Protection Agency.


EXHIBIT G

**Pediatric Asthma:**

With some exceptions, the references in this report were also used in the 2007 NHLBI/NAEPP (National Heart Lung and Blood Institute/National Asthma Education and Prevention Program) Asthma Guidelines. These guidelines have been published by the U.S. Department of Health and Human Services since 1991 and underwent a 3rd revision in 2007. The guidelines were compiled and written by a large expert panel, and are widely referenced when discussing asthma and respiratory disease in children and adults.[1]

Asthma in children can be thought of as a disease that causes wheezing, cough, and dyspnea (difficulty breathing). In children, it is best to think of "asthma" as a clinical syndrome that may have different causes. Asthma is the body's response to an external trigger. The result of this trigger is an inflammatory process within the lungs that leads to the symptoms above. The goals of treatment of asthma include, but are not limited to, reduction or cessation of this inflammatory process and relief of the symptoms that cause morbidity and mortality. Asthma affects approximately 9% of the population, or nearly 6 million children in the U.S. according to one survey.[2] Its severity may range from symptoms relieved quickly by home medication to life threatening exacerbations requiring hospitalization.

Pediatric lungs are different from adult lungs in that they are still developing and maturing throughout childhood. Thus, exposures and experiences encountered by the developing lung have both immediate and possibly long term effects. The development of asthma in children is dependent on a complex interaction of genetic susceptibility and environmental exposure. This interaction is the subject of many studies that will increase our understanding of asthma. We do know that certain risk factors exist for the development of allergy and asthma in children. For example, children with parents who have allergies are more likely to develop allergies and asthma, but not all do so. When we compare groups of children diagnosed with asthma, those children with atopy (a personal or family history of allergy) are more likely to have long term asthma.[3] Because the development of allergies and asthma is dependent on genetics, exposure, and environment, we are unable to definitively predict whether a given patient will eventually develop allergies or asthma. However, certain exposures would increase a child's risk of developing asthma and allergy. Children with asthma symptoms and evidence of allergy are less likely to "outgrow" these symptoms, and are more likely to have long term disease. These factors can act synergistically to increase the risk of an individual developing a disease.

**Importance of an Environmental History in the care of Asthma/Allergies:**

Determination of a patient's home environment is standard practice among allergist/immunologists who care for patients with asthma. Usual questions asked include the age of the dwelling, presence of pets or other common allergens, as well as other specific questions regarding common triggers for asthma and allergy symptoms. Current NHLBI/NAEPP guidelines support and recommend identification of risks for triggers for asthma including presence of allergens, exposure to irritant chemicals (such as occupational exposures) and type of housing. We believe this to be important because interventions directed at altering the home environment may reduce the risk of development of disease and decrease severity of existing disease.

Immediately following hurricanes Katrina and Rita, housing within the affected areas was in short supply. Neighborhoods were deemed uninhabitable due to lack of electricity and potable water, and large numbers of homes were destroyed beyond repair. Families from all social backgrounds were placed in

emergency housing units provided by FEMA, and these units were located in a variety of locations including private property, city parks, and outlying areas around the region. Due to this drastic change in housing, our usual questioning became specific to new risks. In my allergy /immunology clinics, concerns included current housing status, history of flooding of that home or exposure to mold or construction debris. We specifically asked if families were living in "FEMA trailers", a question we had never previously addressed. Parents had voiced concerns regarding the crowding they were experiencing in the small travel trailers. High levels of moisture on the walls/windows of the trailers were common concerns among families and inadequate ventilation of those trailers was a common complaint I had heard from patients. My questions were directed at such information because moisture and inadequate ventilation are known factors supporting conditions that trigger asthma and allergies. We know that dust mites (a common respiratory allergen in children) require moisture for viability, and high levels of dust mite allergen are associated with environments with high ambient humidity. Conversely, dust mites cannot survive in arid or dry environments.[4] According to the CDC report released on July 2, 2008, one in five residents reported mold within the trailer, which would indicate inadequate ventilation resulting in high humidity. It eventually became known that lack of ventilation also caused increased levels of formaldehyde in these trailers, as discussed in the CDC report. This finding was evidence of a unique environmental exposure for these children. Because these patients inhabited these emergency housing units for months or years, they had significant exposure to conditions with poor ventilation. I believe the length of exposure was sufficient for there to be a clinical impact upon a resident's respiratory health.

**FEMA Trailers and Formaldehyde:**

I am aware that in fall 2007, trailers of the type used to house displaced residents were tested due to concerns regarding formaldehyde levels. It was found that certain trailers had levels of formaldehyde that were very high. The average concentration was 77 ppb, which is higher than levels normally found in indoor air. Levels ranged from 3 ppb to 590 ppb. These measurements were recorded during the winter time – higher temperatures increase the amount of formaldehyde released by materials used in the construction of these trailers and so levels may have been even higher during other times of the year.[5] This finding was a concern to me as a physician caring for patients with asthma and allergy since I heard complaints (as described above) from patients.

**Direct effects of formaldehyde exposure in pediatric asthma:**

I am aware of the immediate respiratory effects of formaldehyde exposure due to my medical training and specialty training in allergy/immunology. Symptoms caused by exposure to this chemical are recognized by adults and they typically respond with eye tearing, nasal irritation and cough. There would be no difference in the effects of formaldehyde on immediate respiratory symptoms in children compared with adults. Children are considered to be more susceptible to the local irritating effect of inhaled formaldehyde.[6] The Agency for Toxic Substances and Disease Registry considers children a susceptible and highly sensitive population. The recommended exposure limits may not be relevant for the pediatric population. There is a lack of literature describing immediate or long term effects of formaldehyde exposure on the developing respiratory system of children. Avoidance of formaldehyde exposure is the general recommendation, which is supported by literature and the NAEPP guidelines.[7]

Physiologically, children are more vulnerable since smaller airways (bronchi) in children may result in more severe symptoms than in adults. The respiratory rate of children is higher than that of adults. Also,

young children are unable to remove themselves from an environment that is harmful or irritating without an adult's assistance. It is my opinion that children exposed to formaldehyde in these FEMA trailers may have had respiratory symptoms that were unrecognized, or under recognized by caretakers. This could have increased the length of exposure to an unhealthy environment.

**Formaldehyde exposure in pediatric allergies and asthma:**

There is a paucity of data regarding the effects of formaldehyde exposure in children, especially regarding high level exposures or long term exposure. Most high level formaldehyde exposure occurs in the occupational setting in adults. Therefore, the majority of medical literature involves occupational exposure of adults to formaldehyde, with little focus on effects of exposure on children. However, in my review of literature on the subject, I did find literature that examined formaldehyde's effects on children at levels measured in residential environments. There are studies that have found a relationship between formaldehyde exposure and increased risk of developing allergic disease in children. Allergic disease can include, but is not limited to asthma. Garrett et al found a relationship between increased levels of formaldehyde and risk of allergic sensitization.[8] In his study, the highest level of formaldehyde found in the indoor environments studied was 111 ppb, and severity of allergic sensitization correlated with increasing levels. Likewise, Jaakkola reported an increased risk of allergies and respiratory symptoms in association with exposure to new surface materials in homes.[9] Materials used in modern construction and furniture emit substances called VOC's (volatile organic compounds). These emissions can also include formaldehyde. A study published by Rumchev in 2002 suggested that risk of asthma was increased in young children exposed to formaldehyde in the home.[10] There appeared to be a dose response in regards to the risk associated with formaldehyde exposure. In other words, a higher risk of asthma was seen in patients living in homes with higher ambient formaldehyde levels. Children in this study were between 6 months and 3 years of age, indicating that an exposure period in this range had effects on risk of asthma. Additionally, it was noted in that study that asthma was worse in homes with increased ambient temperature.[11] The development of allergies and asthma is multifactorial, though we know now that formaldehyde exposure increases the risk. The 2007 NAEPP asthma guidelines added a specific statement that "formaldehyde and volatile organic compounds (VOC's) have been implicated as potential risk factors for asthma and wheezing" based upon the results of these three studies of children exposed to residential levels of formaldehyde. Based upon these studies, my opinion is that high levels of formaldehyde exposure in children living in emergency housing units increases the risk of developing allergic disease and asthma.

**IMPORTANCE OF TREATING ASTHMA IN CHILDREN:**

Asthma can be treated with medications that relieve symptoms of acute respiratory distress, as well as with medications that decrease overall morbidity and severity of exacerbations. As a physician, it is important to identify patients with this disease. Diagnosis of asthma is the first step. Once a child is identified as having symptoms of asthma, further treatment and management according to the NHLBI guidelines should begin. It is generally accepted that treatment of asthma with medication, implementation of environmental control measures, and consistent medical evaluation results in improved outcomes in patients. Treatment with medications may include daily inhaler regimens and oral medications. Environmental control measures include removal of substances known to cause symptoms. Frequent clinic visits for patients with asthma are recommended in order to adjust medications and

monitor lung function. In order to successfully treat children, it is imperative that medical care is available and accessible. We can improve outcomes in children with asthma if these children are treated according to the NHLBI/NAEPP guidelines.

Conversely, failure to diagnose, treat and manage asthma in children can lead to significant adverse health effects. Children with uncontrolled or untreated asthma have an increased risk of hospitalization, decrease quality of life, and decreased school attendance. As a group, children from the states affected by hurricanes Katrina and Rita are from a high risk population that suffers from lack of resources – this further complicates their care and makes proper diagnosis and treatment important.

**SUMMARY:**

Pediatric lungs are different from adult lungs in that they are still developing and maturing throughout childhood. Exposures and experiences encountered by the developing lung have immediate and possibly long term health effects. As the Garrett study described, formaldehyde exposure was associated with increased respiratory symptoms in children already diagnosed with asthma. However, such exposures may have long lasting effects that are not apparent in the short term. Formaldehyde exposure such as that encountered by children in FEMA trailers may have harmful effects on developing lungs in children. Children are considered to be a vulnerable and sensitive population. The CDC has voiced the need for examination and studies of these vulnerable individuals. Diagnosis, treatment, and management of the health effects caused by or exacerbated by formaldehyde exposure should be a top priority. To my knowledge, a population of children with prolonged exposure to high levels of formaldehyde has not been described or studied. Long term monitoring and evaluation, coupled with diagnosis and treatment of ill children is necessary to determine the damage or effects of formaldehyde exposure.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

8/20/08
Date

Kenneth Paris, M.D., M.P.H.
**Assistant Professor of Pediatrics**
**Department of Pediatrics**
**Division of Allergy/Immunology**

Sworn to and subscribed before me this 20th day of August, 2008.

Aaron Z. Ahlquist
Notary Public
Commission expires at death.
Bar Roll No. 29063

---

[1] National Heart, Lung, and Blood Institute. National Asthma Education and Prevention Program. Expert Panel Report 3: Guidelines for the Diagnosis and Management of Asthma. Full report 2007. Http://www.nhlbi.nih.gov/guidelines/asthma/asthgdln.pdf

[2] Akinbami L. Advance Data from Vital and Health Statistics. The State of Childhood Asthma, United States, 1980-2005. Advance Data Number 381. http://www.cdc.gov/nchs/data/ad/ad381.pdf

[3] Castro-Rodriguez JA, Holberg CJ, Wright AL, Martinez FD. A clinical index to define risk of asthma in young children with recurrent wheezing. *Am J Respir Crit Care Med* 2000;162(4 Pt 1):1403–06.

[4] Platts-Mills TA, Vervloet D, Thomas WR, Aalberse RC, Chapman MD. Indoor allergens and asthma: report of the Third International Workshop. *J Allergy Clin Immunol* 1997;100(6 Pt 1):S2–S24.

[5] CDC Releases Reports on Formaldehyde Tests of Trailers Centers for Disease Control, July 2, 2008. http://www.cdc.gov/media/pressrel/2008/r080702.htm

[6] ATSDR Toxicological Profile for Formaldehyde. US Dept of Health and Human Services July 1999. http://www.atsdr.cdc.gov/toxprofiles/tp111.pdf

[7] National Heart, Lung, and Blood Institute. National Asthma Education and Prevention Program. Expert Panel Report 3: Guidelines for the Diagnosis and Management of Asthma. Full report 2007. Http://www.nhlbi.nih.gov/guidelines/asthma/asthgdln.pdf

[8] Garrett MH, Hooper MA, Hooper BM, Rayment PR, Abramson MJ. Increased risk of allergy in children due to formaldehyde exposure in homes. *Allergy* 1999;54(4):330–7.

[9] Jaakkola JJ, Parise H, Kislitsin V, Lebedeva NI, Spengler JD. Asthma, wheezing, and allergies in Russian schoolchildren in relation to new surface materials in the home. *Am J Public Health* 2004;94(4):560–2.

[10] Rumchev K, Spickett J, Bulsara M, et al. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 2002;20:403–8.

[11] Ibid.

# Curriculum Vitae

| | |
|---|---|
| Name: | Kenneth Paris, M.D., M.P.H. |
| Business Address: | 200 Henry Clay Avenue, New Orleans, LA 70118 |
| Business Telephone: | (504) 896-9589 |
| Business Email: | kparis@lsuhsc.edu |
| Citizenship: | United States |
| Home Address: | 5964 Annunciation Street<br>New Orleans, LA 70115 |
| Home Phone: | (504) 897-3831 |
| Personal Email: | kparisla@yahoo.com |
| Date of Birth: | 10/18/71 |
| Place of Birth: | Troy, NY |

## EDUCATION

8/96-6/00  **MD**, Louisiana State University School of Medicine, New Orleans, Louisiana

**Honors:** The Herbert B. Rothschild Award for Outstanding Performance in Pediatrics, LSU Department of Pediatrics and the Greater New Orleans Pediatric Society

6/94-5/95  **MPH,** Tulane University School of Public Health and Tropical Medicine, New Orleans, Louisiana

**Honors:** Delta Omega Honor Society (National Public Health Honor Society)

8/89-5/93  **BS**, Cornell University, Ithaca, New York

**Honors:** Dean's List

Ken Paris, M.D., M.P.H.
Curriculum Vitae
Page 2

## RESIDENCY

7/00 – 6/03  **Pediatrics Residency**, Brown University School of Medicine, Hasbro Children's Hospital, Providence, RI

**Honors and Awards:**

2002 – Edward Collins Memorial Fund Award for Demonstrating a Strong Commitment to Pediatric Advocacy and Community Service.
2002 – Neonatology Award for outstanding Performance in the NICU.

## FELLOWSHIP

7/04 – 6/06  **Allergy/Immunology Fellowship**, Louisiana State University Health Sciences Center, New Orleans, LA

## CERTIFICATION AND LICENSURE

- N.B.M.E. Step 1, 2 and 3: Pass
- American Board of Pediatrics Certification, 10/03
- American Board of Allergy and Immunology Certification, 10/08
- State of Rhode Island License, #MD11217, exp.6/30/2004
- Louisiana Medical License, #15605R, exp. 10/31/2008

## EMPLOYMENT

7/06  **Assistant Professor of Pediatrics**, Department of Pediatrics, Division of Allergy/Immunology. Louisiana State University Health Sciences Center New Orleans and Children's Hospital of New Orleans.

7/03 – 3/04  **Pediatrician/Emergency Room Physician**, Full Time Attending Physician for "Fast Track" patients, Hasbro Children's Hospital, Providence Rhode Island, University Emergency Medicine Foundation

## CLINICAL RESEARCH

VIRTUE Study co-Principal Investigator. Z.L.B. Behring Pharmaceuticals Study Trial #05-01-I. A Phase IV Trial Evaluating Health Related Quality of Life and Serious Bacterial Infections in Subjects with Primary Immunodeficiency Disorder Treated with Subcutaneous Immune Globulin Following Conversion from Intravenous Immune Globulin.

HEAL (Head Off Environmental Asthma in Louisiana). A joint effort by New Orleans Health Department, Tulane University, LSUHSC, NIEHS etc. Clinician evaluating patients enrolled in an asthma intervention study (targeting a population of individuals with asthma affected by Hurricane Katrina.) June 2007-present.

## PUBLICATIONS

1. Sorensen RU, **Paris K**, Saturno E. Antibody deficiency syndromes. In: Knutsen AP, Williams LW, editors. Hospital Physician Allergy and Immunology Board Review Manual. Vol. 1. Wayne (PA): Turner-White Communications; 2004:1–20.
2. **Paris K**, Sorensen RU. Self Assessment in Allergy Immunology – Food Allergies in Children: Review Questions. In: Hospital Physician: Turner-White Communications; 2005 Nov;41(11):21-22
3. Sorensen RU, **Paris K**. Assessing Immunologic Response to Vaccination. Review for Up to Date. www.uptodate.com (an ongoing annual review)
4. Sorensen RU, **Paris K**. Selective Antibody Deficiency with Normal Immunoglobulins(polysaccharide non-responses). Review for Up to Date. www.uptodate.com (an ongoing annual review)
5. Sorensen RU, **Paris K**. IgG Subclass Deficiency - Chapter X in Winkelstein, J, Winkelstein M, editors. Patient and Family Handbook for the Primary Immune Deficiency Diseases. Immune Deficiency Foundation 4th ed.
6. **Paris, K.** and Sorensen, R. "Assessment and clinical interpretation of polysaccharide antibody responses" Ann Allergy Asthma Immunol. 2007 Nov;99(5):462-4
7. In Press: **Paris, K.**, Leiva, Lily PhD, and Sorensen, RU Antibody Deficiency Syndromes: A Review In: ALLERGY FRONTIERS: EPIGENETICS TO FUTURE PERSPECTIVES Vol. 5 Edited by Ruby Pawankar Stephen Holgate and Lanny J. Rosenwasser
8. Submitted: Primary B Cell Immunodeficiencies: Comparisons and Contrasts ME Conley et al Annual Reviews in Immunology

## ABSTRACTS

1. A Comparison of Skin Test Reactivity of Children with Asthma in New Orleans Before and After Hurricane Katrina Sikora, M. MD, El-Dahr J.M., MD, **Paris, K. MD**, M.Y. Lichtveld, MD, MPH and H.E. Mitchell, PhD. Poster Presentation at American Thoracic Society Meeting Toronto, Canada 2008.
2. S Mani, MD and **K Paris MD**. Deficiency and Deletion: A Case of Hypogammaglobulinemia and Orbeli Syndrome, Poster Presentation at the American College of Allergy, Asthma and Immunology Annual Program, November 2007
3. Montelibano, L. **Paris, K**, Howes, R. and Sorensen, RU. A Child with WHIM Syndrome (Warts, Hypogammaglobulinemia, Infections and Myelokathexis) and a Family History of Cervical Dysplasia Suggesting

Ken Paris, M.D., M.P.H.
Curriculum Vitae
Page 4

       Generalized Susceptibility to Human Papilloma Virus Serotypes. Poster Presentation at AAAAI Annual Meeting November 2006
4. Niolet, P.D. **Paris, K.** Moore, C. An Adolescent Patient with Chronic Granulomatous Disease (CGD) Presenting with Renal Failure. Poster Presentation at ACAAI Annual Meeting November 2006
5. **Paris, K.** et al. Asthma morbidity and asthma related risk factors among inner city school children. Poster presentation at AAAA Annual meeting April 2005.
6. **Paris, K.** et. al. Asthma and asthma-related morbidity in a selected urban high school. Poster Presentation at ACAAI Annual Meeting November 2004.

## PRESENTATIONS

1. Lecture: Subcutaneous IgG Replacement Therapy. Annual Meeting of the Louisiana Society of Allergy Asthma and Immunology. New Orleans, LA June 24, 2006.

2. Lecture: Case Studies in Primary Immunodeficiencies. Primary Immunodeficiency for the General Practitioner. Jefferey Modell Center at LSUHSC and Children's Hospital of New Orleans. New Orleans, LA Dec. 1st, 2006

3. Case Presentation: Immune Reconstitution after Stem Cell Transplantation for X-Linked Hyper IgM Syndrome. Clinical Immunology Society Annual Summer School for Primary Immunodeficiencies. Miami, Fl November 2006

4. Lecture: Case Studies in Primary Immunodeficiencies. Primary Immunodeficiency for the General Practitioner. Jefferey Modell Center at LSUHSC and Children's Hospital of New Orleans. New Orleans, LA November 2007.

5. Lecture: Nutrition and Atopic Disease. Pediatric Symposium 2008. Children's Hospital of New Orleans, June 21st 2008.

## CLINICAL SERVICE

Clinical activities include patient care in various outpatient allergy/immunology clinics affiliated with Children's Hospital. These clinics are located in New Orleans as well as Baton Rouge, LA and Lafayette, LA. A supervisory responsibility with LSUHSC pediatric residents and allergy/immunology fellows is assumed for care of outpatient and inpatient allergy/immunology patients, as well as with inpatient consultations by other specialties within Children's Hospital. A mix of routine allergy and asthma patients are seen, as well as patients with complex inflammatory disorders and primary immune deficiencies.

Ken Paris, M.D., M.P.H.
Curriculum Vitae
Page 5

LSUHSC-New Orleans Pediatric Residency Program Curriculum Committee  2008-present

Pediatric Forums Leader  2006-present  As a leader of these small group lectures/activities, I supervise/moderate a series of topics designed as part of the educational component of the pediatric clerkship in the 3rd year medical school curriculum.  We hold weekly meetings with 4-6 medical students during their clerkship. An additional activity is supervision of history taking and physical exams which is a required component of the 3rd year clerkship.

## ACTIVITIES

Residency

### 2000 – 2003

-- Coordinator, Sail Away Program: organized and planned weekly summer sailing trips for chronically ill children in Rhode Island and assisted in organizing yearly fund raising for the program.  The program was featured in the September 2002 AAP News Vol.21 No. 3. (www.riaap.org/sail.html)

Ken Paris, M.D., M.P.H.
Curriculum Vitae
Page 6

<u>2001</u>

-- <u>Participant</u>: A.A.A.A.I. National Resident Education Program, Boston, MA

<u>Medical School</u>

<u>1996 – 2000</u>

-- <u>Team Member</u>, New Orleans Mission - LSU Homeless Clinic: assisted in organizing and facilitating weekly clinics at a homeless shelter in New Orleans, LA

EXPERT WITNESS EXPERIENCE:  None

Kenneth Paris, M.D.
5964 Annunciation Street
New Orleans, LA 70115

August 18, 2008

**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113

Mr D'Amico,

This letter confirms that you have retained me to give opinions in connection with the FEMA trailer formaldehyde product liability litigation.

I will provide services to you as an independent professional. Payment for the services is not dependent on my opinion or findings.

My retainer fee for services is $5000.00. Billings for services performed or expenses incurred shall be charged against this fee until it is exhausted.

You agree to compensate me for services as follows:

Fees for services: I shall be paid at the rate of $300/hr for preparation of reports including literature analysis and other review of documents. For testimony at deposition or trial/hearing I shall be paid $500/hr for my time (portal to portal).

If clinical evaluations of patients are necessary, fees for those services will depend upon the complexity of the evaluation and any diagnostic testing/interpretation required.

Expenses: If travel outside of New Orleans, LA is required during this litigation, you agree to reimburse me for expenses incurred.

Payment shall be as outlined in this agreement. I will issue bills on a monthly basis, due on receipt. If a bill remains unpaid for 60 or more days, I reserve the right to resign from performing additional services for your firm.

Signature below represents agreement with these terms. Please return a signed copy of this letter with the required engagement fee.

Sincerely,


Kenneth Paris M.D., M.P.H
Assistant Professor of Pediatrics
Division of Allergy and Immunology
LSUHSC New Orleans
Children's Hospital of New Orleans

I accept the terms of this agreement:

Date: _____   _____
                      Signature