Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

**Date taken: October 16, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

EXHIBIT

H

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

1  you looked at any research about the typical
2  levels of formaldehyde in ambient air in
3  residences?
4      A   Oh, sure.  And that varies, too.
5  And again, it's where did they take, you
6  know, the reading and what was in the
7  residence.  It's a function of what's in the
8  residence.  And I have seen anything from 10
9  parts per million to 26 parts per billion to
10  34 to 36 parts per billion, and maybe a few
11  up to 48 parts per billion.
12      I mean, that's why I mentioned the
13  outdoor ambient air of 0.8 parts per
14  billion, because that's the purest.  That's
15  what naturally you would find.
16      And again, when I say "naturally,"
17  it's a product of, you know, there's very
18  little that you would find in the ambient
19  air in a pretty pure area outside.
20      So that the inside residential
21  will really vary, depending on what
22  components, particleboards, carpeting, and
23  your ventilation and where did you take the
24  sample and, you know, what month was it, if
25  it's something that isn't climate
                                    Page 69

1  controlled.
2      Q   And other factors that would
3  affect the formaldehyde level would be what
4  the occupants actually bring into the house,
5  cleaning products, carpets, permanent press
6  fabrics?
7      A   Yes.
8      Q   Cooking would affect formaldehyde
9  levels?
10      A   Yes.  You know, it's something
11  that -- And those ambient air levels of the
12  10 to the 34 to 36 parts per billion that is
13  usually somewhere in that range that you see
14  would reflect that.
15      Q   Have you seen any studies
16  regarding ambient air formaldehyde levels in
17  homes in Louisiana, with the exception of
18  the CDC study of these trailers?
19      A   I did see one.  I think in --
20  Well, I did see in Louisiana 34 parts per
21  billion and 36 parts per billion, but I
22  don't remember whether it was, you know,
23  homes or some type of mobile trailer, so I
24  have seen some in that range in Louisiana.
25      Q   Is that the only one you looked at
                                    Page 70

1  regarding Louisiana specifically?
2      A   No.  IARC has a complete chart
3  with every state -- I wouldn't say every
4  state.  With states and countries, and my
5  general impression is I have seen them, you
6  know, in that area.
7      But, of course, if you have a
8  structure that is new compared to structures
9  that are old, you're going to have variance
10  in that.  So, you know, to try to give you
11  one level is a bit -- I think the most
12  meaningful level is what's in the outdoor
13  ambient air in a pure environment, and
14  that's the 0.8 parts per billion.
15      Q   So even in what's considered to be
16  a pure environment, there is some
17  formaldehyde in the air?
18      A   Well, we have the troposphere,
19  which is carrying contaminants throughout
20  the nation -- I mean, throughout the world,
21  so you're never going to have, you know, a
22  totally pure environment anymore.
23      Q   Formaldehyde is something that's
24  produced not just by the human body as part
25  of metabolism, but also by any living
                                    Page 71

1  creature; is that correct?
2      A   It's a by-product -- It's an
3  intermediary that is produced in normal
4  metabolic processes.  Now, it's a very toxic
5  intermediary, and the body handles it in a
6  way to attempt to -- I mean, we have a lot
7  of toxic intermediaries in our body, and so
8  the body usually has some ways that it
9  packages or handles or degrades when we have
10  a toxic substance to try to minimize damage
11  to our body itself.
12      Q   Do people exhale formaldehyde in
13  their breath?
14      A   Well, probably not measurable in
15  this room from us.  I wouldn't say -- You
16  know, perhaps some extremely low level.  But
17  if you have someone that has been in an
18  industrial accident or just coming out of a
19  dissection lab, you pick up more.  So, you
20  know, it's a normal metabolic -- Let me just
21  say this.  40 percent of what's taken into
22  the body -- When formaldehyde is in the
23  ambient air, 93 percent of it is absorbed by
24  the nasal mucosa.  It goes to the blood.
25      We know that the clearance time in
                                    Page 72

18  (Pages 69 to 72)

1  animals from the blood, the half-life is one
2  minute. We know that when they label the
3  carbon atom, it will stay in the blood
4  residually, half-life is half of it, for
5  maybe 55 hours. But we know from that
6  absorption or that in the blood, 40 percent
7  of that original amount that came into the
8  nose, 40 percent will be eliminated as $CO_2$
9  from the lungs. 17 percent will be
10  eliminated through the urine, water-soluble
11  formic acid. Five percent will be
12  eliminated in the feces, because that's also
13  water-solubie formic acid.
14      But 35 to 39 percent of that
15  initial amount, dose that came in through
16  that nose is going to stay in the body.
17  It's going to stay in the body, because the
18  formaldehyde molecule, $H_2CO$, the carbonyl --
19  And if I say something you don't understand,
20  just stop me. CO is the double bond between
21  the carbon and oxygen. The whole molecule
22  is referred to as a highly reactive
23  electrophile.
24      It is deficient in electrons from
25  its outer orbit, and so that 35 to

Page 73

1  39 percent is it's grabbing electrons,
2  looking for electrons, and it's incorporated
3  into crosslinks, protein-protein crosslinks,
4  DNA-protein crosslinks or macro molecules,
5  such as enzymes or molecules on a cell
6  membrane, so that from that initial dose, it
7  is going to stay in our body.
8      Q   Okay. Back to my question. Human
9  beings exhale formaldehyde; yes or no?
10      A   Yes, they can, but usually under
11  normal circumstances, at very low level.
12      Q   And you believe that formaldehyde
13  bioaccumulates, it accumulates in the body?
14      A   Okay. Well, bio -- I teach
15  ecotoxicology. Bioaccumulation is used to
16  describe when something is going to remain
17  in the body and it's coming into the
18  organism, in an individual organism in its
19  parent form, such as a heavy metal.
20      Now, aldehyde is -- formaldehyde
21  is so reactive that it is going to be in a
22  complex with something, so I would not as a
23  toxicologist use that term.
24      Q   So when you say 35 to 39 percent
25  of formaldehyde that's inhaled stays in the

Page 74

1  body --
2      A   Correct.
3      Q   -- do you mean --
4      A   As compiexes.
5      Q   As complexes. It binds with
6  something?
7      A   Correct.
8      Q   It changes to another form?
9      A   Well, it inserts the molecule into
10  other components, be it other molecules or
11  components.
12      Q   And you said inhaled formaldehyde
13  goes into the blood?
14      A   93 percent of what is absorbed by
15  what we call the nasal scrubber. You have a
16  highly vascular area in the nose. That's
17  what it does, it's supposed to do, and
18  93 percent of it will be absorbed and go to
19  the blood, that's correct.
20      Q   You reference some studies in your
21  report that human studies inhaling
22  formaldehyde, the blood level of
23  formaldehyde of the human subjects did not
24  increase when they were exposed to ambient
25  air formaldehyde?

Page 75

1      A   Right. And the reason for that is
2  what I said just a little bit earlier. The
3  body has a lot of -- Well, it has a
4  mechanism, aldehyde dehydrogenase. It has
5  enzymes. Okay. The ADH3 is the main enzyme
6  for formaldehyde that will attempt to
7  break -- will break down the formaldehyde,
8  the toxic electrophile into formic acid, and
9  so that's to detoxify it.
10      In toxicology, we would refer to
11  formaldehyde as the ultimate toxic. It is
12  the toxic form that comes into the body.
13      And so you can expose people to
14  formaldehyde, and if the enzymes are working
15  and you have a normal component of the
16  enzymes, are sufficient to meet the load
17  that's coming in, then you're not going to
18  see -- Your usual blood level is 2.05
19  micrograms per gram of blood to 3.09, so
20  it's going to stay in that range if your
21  body is working right and you've got the
22  enzymes to keep it working right.
23      Q   That's about two to two and a half
24  parts per million in blood?
25      A   Well, its a weight-weight, so I

Page 76

19  (Pages 73 to 76)

Case 2:07-md-01873-KDE-MBN   Document 764-11   Filed 10/24/08   Page 4 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

1    But what is really dangerous for
2  the child is the damage to the developing
3  bronchioles and lungs.  And when I say
4  "damage," I do mean damage.  Literature is
5  filled with it.
6    And so when you have damage to a
7  small child, you have such a tremendous,
8  greater risk for a lung that isn't going to
9  develop properly, infections that are going
10  to be even worse.  Upper respiratory tract
11  infections increase when you have bacteria
12  increase their infectivity with carbon-based
13  particles.
14    And when you get to the asthma, if
15  you have sensitized the asthmatic child,
16  then you have set this child in motion for
17  the rest of their life.  So I would say the
18  children would be my primary concern for an
19  intervention program.
20    Q    Okay.  So your answer is the
21  subject of the intervention program would be
22  children?
23    A    Well, they're going to be at the
24  highest potential for damage, yes.
25    Q    You say on Page 31 of your report

Page 121

1    A    Correct.
2    Q    -- comma, "such as the children,
3  elderly, and those with preexisting
4  respiratory problems."
5    Are you limiting this proposed
6  program to people who already have
7  respiratory disease or asthma?
8    A    Well, it really --
9  MR. D'AMICO:
10    Object to the form of the
11  question.
12  THE WITNESS:
13    If you're living -- Let me put it
14  to you this way.  If you're living in a
15  trailer chronically with formaldehyde,
16  you're damaging your respiratory system.
17  You have disease.
18    You may not have exhibited that --
19  I mean, look, you're going to do a biopsy on
20  a child's lung to find out what the
21  condition of their lung is after living
22  three years in formaldehyde?  I don't think
23  so.
24    Are you going to do biopsies of
25  the nasal mucosa of the adults to see if

Page 123

1  that you propose a program for trailer
2  residents, quote, "with asthma and other
3  chronic pulmonary disease"?
4    A    On Page 31?
5    Q    First paragraph on Page 31.
6    A    Oh, okay.  "Susceptible
7  populations."  Okay.  It says, "should focus
8  on susceptible populations with respiratory
9  disease/asthma, such as the children."
10    I think I have already -- And I
11  think I have told you why I say the children
12  or at least part of it.  The elderly, I
13  think I mentioned earlier that as you age,
14  you lose the ADH3, the aldehyde
15  dehydrogenase, that breaks down the
16  aldehydes, the formaldehydes, so you would
17  be subject to more damage, aldehydes.
18    Formaldehyde does something called
19  apoptosis.  That's a toxicology term, but it
20  actually turns on the p53 gene, which
21  signals the damaged cell when there's damage
22  to do an orderly cell death.
23    Q    Here's my question:  You say
24  "should focus on susceptible populations
25  with respiratory disease/asthma" --

Page 122

1  they're now, instead of having
2  pseudostratified ciliated columnar
3  epithelium, they have a dysplastic
4  epithelium that is making -- keratinizing
5  cells like you get on the bottom of your
6  foot?  I don't think so.
7    So, you know, certainly the damage
8  is there.  How you want to decide who gets
9  to be thrown into that, you have got
10  respiratory disease if you have been living
11  in a contact electrophile -- toxic
12  electrophile, you know, ambient air
13  environment.  You got damage.
14  EXAMINATION BY MR. SCANDURRO:
15    Q    Okay.  So everybody who inhales
16  formaldehyde in their residence has
17  respiratory disease; is that what you're
18  saying?
19    A    Let me just say this.  I said
20  "susceptible populations."  The children,
21  the elderly, and those with preexisting
22  respiratory problems are going to have the
23  worst consequences of the damage.
24    Q    My question is, is it your opinion
25  that anyone who breathes in formaldehyde in

Page 124

31  (Pages 121 to 124)