```
01873
 1      FORMALDEHYDE PRODUCTS  *
 2      LIABILITY LITIGATION   *   SECTION "N"(4)
 3                             *
 4                             *   JUDGE ENGELHARDT
 5                             *
 6  * * * * * * * * * * * * * *
 7      The 30(b)(6) videotaped deposition upon oral
 8  examination of FOREST RIVER by DOUG GAEDDERT, a
 9  witness produced and sworn before me, Patrice E.
10  Morrison, RMR, CRR, Notary Public in and for the
11  County of Marion, State of Indiana, taken on behalf of
12  the Plaintiffs at The Marriott, 123 North Saint Joseph
13  Street, South Bend, Indiana, on August 6, 2008, at
14  9:02 a.m., pursuant to the Federal Rules of Civil
15  Procedure.
16          STEWART RICHARDSON & ASSOCIATES
17          Registered Professional Reporters
18              One Indiana Square
19                Suite 2425
20             Indianapolis, IN  46204
21                (317)237-3773
22
23
24
25
```

**Gaeddert, Doug (Forest River) 8-6-08**

EXHIBIT I

00157
1  source somehow.

2     That unit had been reduced to .12 parts per

3  million for the third and final; again, well below

4  HUD's ambient air quality target.  Customer took

5  delivery and a few months later had a similar

6  problem.  So evidently something that was being

7  introduced outside.  Don't know how.

8  Q  So the conclusion that Forest River reached was

9  that it wasn't the manufacturing; that this was an

10  outside -- something that the person was bringing

11  into the unit somehow.

12  A  The conclusion that the independent testing agency

13  reached along with Forest River then, yes,

14  absolutely.

15  Q  Would you agree that Forest River has an obligation

16  not to provide an unsafe product?

17     MR. GIEGER:  Object to the form.  He can

18  answer.

19  A  Yes.

20  Q  And when you complete building a unit and you put

21  it out on the market, whether you're giving it to

22  your vendors for sale to the public or providing

23  NASC, what you're presenting is that this is a

24  safe, habitable product; is that right?

25  A  Yes.

00158

1  Q  And the people who buy those units from your

2  vendors or NASC can rely upon that.  Is that right?

3  A  Yes.

4      MR. D'AMICO:  NACS.

5      MR. MILLER:  NACS, thank you.

6      THE WITNESS:  Have to get that one right and

7  that Liegl right.

8      MR. MILLER:  With counsel's permission, I

9  would like to mark as an exhibit the testimony of,

10  I think, Mr. Liegl it is?

11     MR. GIEGER:  It's Liegl.

12     THE WITNESS:  Liegl.

13     MR. GIEGER:  It is Liegl?  It is Liegl.

14     MR. MILLER:  It's been referred to on numerous

15  times and the witness has been presented with a

16  copy and read it and he has a copy in front of him.

17  We can just mark that as --

18     MR. D'AMICO:  We can mark that as Exhibit --

19     MR. MILLER:  Yeah, that will be fine.

20     MR. D'AMICO:  -- 13 now?

21     THE COURT REPORTER:  14.

22     MR. D'AMICO:  14?

23     MR. MILLER:  Exhibit 14.

24     MR. D'AMICO:  Forest River 14.

25     MR. MILLER:  The one that the witness has been