AUG -4 2008

In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*James Shea - Gulf Stream Coach 30(b)(6)*
*July 24, 2008*



**StewartRichardson**
DEPOSITION SERVICES

Phone: 317.237.3773
800.869.0873
Fax: 317.237.3767
Internet: stewartrichardson.com
E-mail: depo@stewartrichardson.com

One Indiana Square • Suite 2425

*Original File JAMES SHEA.txt*
*Min-U-Script® with Word Index*

**EXHIBIT**

J

**Page 41**

1  Q  Okay. Well --
2  A  He was with some other people, but, yeah, he spends
3  time in the factory -- factories.
4  Q  Well, the question is, obviously no one else said
5  anything about it; just your brother just so
6  happened to be walking through and saw it. How do
7  you know that every single Adorn product that you
8  used was not reg?
9  A  We, as I think I've made clear, we rely on our
10  vendors.
11  Q  So you don't check.
12  A  The only way that you could know is to test every
13  product, every piece. That's the only way you
14  could know.
15  Q  Well, your brother knew by simply looking at the
16  bundle; right?
17  A  He knew that it was marked reg. Doesn't know --
18  mean that he knows how that product would perform
19  in a test. In fact, you know -- well, yeah, in
20  fact, unless you test a product, you don't know how
21  it's going to perform relative to that HUD
22  standard.
23  Q  I understand, but what I'm asking you, again, is,
24  is there anyone in each of the -- how many -- you
25  have eight factories going at one point; is that

**Page 42**

1  right?
2  A  Correct.
3  Q  Did you have anyone within each factory making sure
4  that what was actually delivered and what was
5  actually used was LFE versus, quote, reg?
6  A  We didn't have an LFE inspector, no.
7  Q  Okay. I mean, from what I gather, and I don't know
8  anything about this, but your brother was able to
9  figure this out just by simply walking by; right?
10  A  He looked at the labeling on the bunk. And of
11  course anybody could have.
12  Q  But they didn't. Just your brother. Right?
13  A  In this particular case.
14  Q  Okay. So what I'm getting at is that, it could be
15  the case that all of your decorative wood -- what
16  did you call it? -- decorative wood products could
17  have been non-LFE, because you don't know, do you?
18  A  We rely on our vendors.
19  Q  I hear you. You said that many times. My question
20  is, you just don't know, do you?
21  A  The only way you can know absolutely is to test
22  every piece.
23  Q  No one within each of these factories was tasked
24  with looking at each bundle to make sure it was
25  marked LFE versus something else.

**Page 43**

1  A  We have a purchasing manager with each plant; we
2  have management with each plant that are familiar
3  with the labeling, but we don't have an LFE
4  inspector in each plant.
5  Q  Well, if that's the case, then why is it then that
6  you told Congress, under oath, that you used LFE
7  products in your trailers that were provided to the
8  Government?
9  A  I said we specify. Which isn't required, of
10  course, by our contract or by the RVIA code or by
11  any other U.S. Government standard. It's just
12  something that we did as a policy, and that's what
13  we did. That's what we specified.
14  Q  Okay. Fair to say that the products provided to
15  the Government were one of two different -- do you
16  call them models? Two different floor plans? Is
17  that how you would say it?
18  A  Correct.
19  Q  Other than maybe they had different sourcing for
20  the component parts, they were essentially the
21  same, trailer by trailer, depending on the floor
22  plan.
23  A  I don't want to make absolutes, but substantially
24  the same.
25  Q  And they were all made pursuant to this 2004

**Page 44**

1  Government specification that we discussed
2  previously?
3  A  Yes. The units that we sold to FEMA under our
4  contracts.
5  Q  Okay. There was nothing in the specs that dealt
6  with the ambient air quality within the trailer?
7  A  No.
8  Q  The Government relied upon you on that issue?
9  A  Government relied on us to fulfill the standards
10  and specs in their contract.
11  Q  As the chairman of this company, would you agree
12  that the Government -- at least your understanding
13  was the Government expected you to provide a safe
14  product?
15  A  Yes. We were concerned with safety and took
16  measures to provide a safe product, and those
17  included additional testing and so forth.
18  Q  So even though it doesn't say in the contract
19  provide a product that doesn't make people sick,
20  you, as the chairman, understand that that's
21  implicit in the contract.
22  A  We --
23     MR. WEINSTOCK: Object to the form. Calls for
24  a legal conclusion.
25     But you can answer his question, if you can.