UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-4"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

   PLEASE TAKE NOTICE that the Motion for Class Certification filed on behalf of plaintiffs herein is hereby set on or before December 3, 2008 to be determined by this Honorable Court. Oral argument is requested.

                          Respectfully submitted:

                          **FORMALDEHYDE TRAILER FORMALDEHYDE
                          PRODUCT LIABILITY LITIGATION**

                     BY:  s/Gerald E. Meunier
                          GERALD E. MEUNIER, #9471
                          **PLAINTIFFS' CO-LIAISON COUNSEL**
                          Gainsburgh, Benjamin, David, Meunier &
                          Warshauer, L.L.C.
                          2800 Energy Centre, 1100 Poydras Street
                          New Orleans, Louisiana 70163
                          Telephone:   504/522-2304
                          Facsimile:   504/528-9973
                          gmeunier@gainsben.com

                          s/Justin I. Woods
                          JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:	504/522-2304
Facsimile:	504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

    s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471