UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE         MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(4)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*         MAGISTRATE ROBY
*No. 07-9228*

*****************************************************************************

## ORDER

Considering the Plaintiffs' foregoing Motion to Place Documents under Seal:

**IT IS HEREBY ORDERED** that the Plaintiffs' motion is GRANTED and the exhibits attached to the Motion for Leave to File First Supplemental and Amending Complaint, Document No. 758 of the Master Docket filed on October 23, 2008, be and are hereby placed under protective Seal pursuant to pre-existing agreement of the Parties.

THIS DONE the __27th__ day of __October__, 2008, New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT