AFFIDAVIT

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BEFORE ME, the undersigned notary public, duly commissioned in and for the parish and state aforesaid and in the presence of the undersigned competent witnesses, personally came and appeared:

PENNY M. ROBERTSON

who states,

1. FEMA delivered a travel trailer to 3253 Duncan Street, Slidell, Louisiana and before we were able to move in, the trailer was damaged by a fallen tree. I do not have the manufacturer information for the first trailer.

2. FEMA provided a replacement trailer to me which is clearly labeled on the exterior of the trailer as a Morgan travel trailer, VIN number 1KB131L296E161351, Bar Code number 1275418. (see photograph of the Morgan trailer provided to the Robertson family by FEMA, a copy of said photograph is attached hereto as Exhibit A.)

3. I have resided in the Morgan trailer with my family members, Lawrence F. Robertson, Mercedes Robertson (minor), Jack Robertson (minor) and Gavan Robertson (minor) since its arrival.

4. The Morgan trailer is currently located on my private property at 3253 Duncan Street, Slidell, Louisiana, where I am presently living with my family.

**Thus sworn and signed**, in the presence of the undersigned competent witnesses and myself, notary, on this 27th day of October, 2008.

Witnesses:

_Tasha R_
Print Name: Tosha Rice

_Anthony John_
Print Name: Anthony LADANNE

Penny M. Robertson

Notary Public

DAVID V. McLENDON
NOTARY PUBLIC
State of Louisiana, Bar Roll # 29626
My Commission is for life.

EXHIBIT
C