# Linda Nelson

**From:** Linda Nelson
**Sent:** Monday, October 27, 2008 4:23 PM
**To:** 'lnelson@lambertandnelson.com'; candice_sirmon@yahoo.com
**Subject:** FW: Updated Client Match Sheet
**Attachments:** Class reps-FINAL VERSION-matched to def w freezes.xls

---

**From:** Matthew B. Moreland [mailto:Mmoreland@becnellaw.com]
**Sent:** Friday, August 22, 2008 5:39 PM
**To:** 'cmotes@duplass.com'
**Cc:** 'Justin Woods'; 'Denise Martin'; Courtney Hymel; barnettdevin@ymail.com
**Subject:** Updated Client Match Sheet

Per your message, I made the following corrections and clarifications to the spreadsheet. I switched the DOB's and SSN's headings as they were they were interchanged columns. Also, we updated a few more FEMA numbers and added a column for trailer bar codes for all that we have. You will also note that while our list that was filed with the Court contained 100 names the trailer match spreadsheet only had information for 98 of them. This update provides you with the relevant information for these additional two which were Kendra Battie on Behalf of D'Asia Battie and Libby Sylve on behalf of herself (she was produced on behalf of her child only on the trailer match spreadsheet). Again, please note these were all designated at the noon filing but the trailer match info did not include them when provided to you a few hours ago. So no one is being added, just information being provided.

```
Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
985-536-1186
Fax 985-536-6445
```



EXHIBIT D

| DEFENDANTS NAMED | 1 Plaintiff | 1 Plaintiff Social Security | 1 Plaintiff DOB | 1 FEMA ID | FEMA BAR CODE |
|---|---|---|---|---|---|
| Alliance Homes, Inc. d/b/a Adrian Homes | Marcie Beverly | 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 | 2/15/1951 | | |
| American Camper Manufacturing, LLC d/b/a Ameri-Camp | David W. Semien Sr. | 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 | 11/13/1960 | 921427399 | |
| Cavalier Home Builders, LLC and/or Cavalier Homes, Inc. | Joanette L. Williams O/B/O George L. Williams Adellia | 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 o/b/o 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 | 2/22/1962 o/b/o 2/6/1991 | | 1276141 |
| Champion Enterprises, Inc. | Hawkins LaTonya London | 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 | 2/18/1960 | 937176586 | |
| Clayton Homes of Lafayette, Inc. (f/k/a Clayton Homes, Inc. | O/B/O Derrell Madison | 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 o/b/o 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 | 8/3/1983 o/b/o 3/26/2004 | 911987821 | 1160022 |
| CMH Manufacturing, Inc. | Linda Davis Lantonya London | 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 | 2/4/1981 | | 1377548 |
| Coachmen Industries, Inc. and/or Coachmen Recreational Vehicle Company, LLC and/or Coachmen Recreational Vehicles of Georgia, LLC | o/b/o Edbony London Enna | 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 o/b/o 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 | 8/3/1983 o/b/o 10/25/2007 | | 1160022 |
| Design Homes, Inc. | Williams Natley | | 6/22/1934 | | |
| Destiny Industries, LLC | Mitchell | | 2/14/1977 | 911892605 | 1225165 |

| Defendant | Plaintiff | SSN | DOB | FEMA ID |
|---|---|---|---|---|
| DS Corp. | Barry P. Dominguez | 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 | 11/3/1960 | 12/18/5310 |
| Dutch Housing, Inc. d/b/a Champion Homes | Adellia Hawkins | 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 | 2/18/1960 | 937176586 |
| Dutchmen Manufacturing, Inc. | Juanita Bridges | 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 | 7/27/1940 | 939516400 124400 |
| Federal Emergency Management Agency/United States of America | | | | |
| Fleetwood Enterprises, Inc. and/or Fleetwood Canada, Ltd. and/or Fleetwood Homes of North Carolina, Inc. | Sylvia J. Keyes | | 11/21/1950 | 911300232 |
| Forest River, Inc. | Hazel K. Heeching | 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 | 12/19/1951 | 931094276 1232165 |
| Frontier RV, Inc. | Glenda Moreland | 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 | 1/14/1942 | |
| | Shontay Fontenot O/B/O Hailey Fontenot | 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 o/b/o 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 | 4/14/1981 o/b/o 3/5/2003 | 931362892 |
| Giles Family Holdings, Inc. | | | | 1339231 |

| Manufacturer | Plaintiff | SSN | DOB | ID |
|---|---|---|---|---|
| Gulf Steam Coach, Inc. | Angela Sullivan O/B/O Brenden Sullivan | 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 o/b/o 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 | 10/27/1976 o/b/o 7/22/2003 | 1350623 |
| Heartland Recreational Vehicles, LLC | Trina Brown Shelia Smith o/b/o Michael C. | 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 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 o/b/o 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 | 9/30/1967 9/30/1931 | 931090316 1273279 |
| Homes of Merit, Inc. | Tracy Pamela Benoit O/B/O Christopher Benoit | 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 o/b/o 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 | 1/11/1969 o/b/o 6/1/1995 | 912184768 1317599 |
| Horton Homes, Inc. | Centra Myers | 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 | 9/28/1955 | |
| Hy-Line Enterprises, Inc. | | | | |
| Jayco, Inc. | Kevin Bland | 438254785 | 3/18/1962 | 911909896 1347453 |

| Manufacturer | Plaintiff | SSN | DOB | ID1 | ID2 |
|---|---|---|---|---|---|
| Keystone RV Company | Letecheia Acker O/B/O Dakyre Smith | 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 o/b/o 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 | 4/11/1983 o/b/o 12/31/2003 | 911925592 | |
| KZRV, LP | Adrina N. McCray O/B/O Kody Wood John J. Adams (Mobile Handicap Trailer) | 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 o/b/o 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 | 8/12/1972 o/b/o 10/8/2002 | 940756173 | 1280903 |
| Lakeside Park Homes, Inc. | Peter | 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 | 2/27/1948 | 921139911 | 1382969 |
| Layton Homes Corp. | Daunoy III Donovan | 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 | 1/9/1953 | | |
| Lexington Homes | Delone Percy | 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 | 11/24/1962 | 911884179 | 1180098 |
| Liberty Homes, Inc. and/or Liberty RV & Marine, Inc. | Evans Edward A. Ballet III O/B/O Derell Ballet | 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 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 o/b/o 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 | 3/10/1927 3/8/1968 o/b/o 12/21/1999 | | |
| Monaco Coach Corporation | | | | 921130986 | |
| Morgan Buildings & Spas, Inc. and/or Morgan Building Systems, Inc. | Penny M. Robertson | 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 | 11/11/1978 | 912058942 | 1275418 |

| Manufacturer | Name | SSN | DOB | | |
|---|---|---|---|---|---|
| Oak Creek Homes, L.P. and/or Oak Creek Homes, Inc. | Douglas Hill III | | 9/19/1968 | 911947089 | 1333252 |
| Palm Harbor Homes, Inc. and/or Palm Harbor Manufacturing, Inc. and/or Palm Harbor Albermarle, LLC | Linda Maydonado-West | | 5/6/1963 | | |
| Patriot Homes of Texas, LP and/or Patriot Manufacturing Inc. | Crystal L. Gumm | 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 | 6/20/1979 | | |
| Phillips Products, Inc. | Betty Thomas | 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 | 7/4/1966 | | 1338660 |
| Pilgrim International, Inc. | Stephanie G. Pujol | 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 | 2/8/1958 | 939476822 | 1280257 |
| Play'Mor Trailers, Inc. | Craig Ray Sr. | 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 | 9/10/1962 | 921488805 | |
| Recreation by Design, LLC | Johnny White | 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 | 12/2/1956 | | |
| Redman Homes Inc. (f/k/a Dutch Homes) | Jaqueline Dedeaux | 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 | 12/13/1964 | 921178479 | |
| River Birch Homes, Inc. and/or River Birch Homes, L.L.C. | Sandra Anderson | 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 | 12/16/1962 | 951204677 | 1201894 |
| R-Vision, Inc. | Shirley A. Sinclair | 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 | 4/17/1947 | | 1345588 |
| Scotbilt Homes, Inc. | Ella Flowers | | 6/4/1942 | | |
| Silver Creek Homes, Inc. | Margarita Solis | 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 | 5/5/1943 | | 1332770 |
| Skyline Corporation | Rommel E. Griffin | 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 | 11/2/1974 | 911911924 | 1313566 |

| Defendant | Plaintiff | SSN | DOB | ID |
|---|---|---|---|---|
| Southern Energy Homes, Inc. | Amaris McGallon Thomas | 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 | 2/7/1985 | |
| Starcraft RV, Inc. | Anthony Bergens | 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 | 5/17/1956 | 940757195 | 1281332 |
| Stewart Park Homes | Lakeesha N. Lightell O/B/O Jazlyn N. Lightell | 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 o/b/o 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 | 10/28/1977 o/b/o 4/17/2000 | | 1314934 |
| Sunnybrook RV, Inc. | Simone Frank | 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 | 10/26/1983 | 911872697 | |
| Sunray RV, LLC | Mary Harris Faye | 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 | 4/27/1951 | 911862159 | 1247324 |
| Superior Homes, LLC | Williams | 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 | 12/9/1941 | | 1327446 |
| Timberland RV Company d/b/a Adventure Manufacturing | Libby Sylve O/B/O Hailey N. Sylve Edward A. Ballet III | 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 o/b/o 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 | 8/30/1972 o/b/4/18/1992 | | |
| Thor California, Inc. doing business in California as Thor Manufacturing | O/B/O Edward Ballet IV | 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 o/b/o 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 | 3/8/1968 o/b/o 12/5/1991 | 921130986 | 1304573 |
| Townhomes, LLC | Maria Parker o/b/o Tyler Ardoin | o/b/o | | | |

| | | | | |
|---|---|---|---|---|
| Townhomes, LLC | Brian Darby Sr. O/B/O Brian Darby Jr. | 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 o/b/o 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 | 3/3/1968 o/b/o 8/12/1993 | 921176619 13346644 |
| | Constance Jordan o/b/o Bronica Jordan | 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 o/b/o 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 | 3/13/1975 o/b/o 9/6/1994 | |
| Vanguard Industries of Michigan, Inc. (a/k/a Palmino RV) | Shelia Smith o/b/o Michael C. | 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 o/b/o 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 | | |
| Waverlee Homes, Inc. | Tracy | | 9/30/1931 | 931090316 1173207 |

| 2 Plaintiff | 2 Plaintiff DOB | 2 Plaintiff SSN | 2 FEMA ID | 2 FEMA BAR CODE | 3 Plaintiff | 3 Plaintiff DOB | 3 Plaintiff SSN | 3 Fema ID | 3 FEMA BAR CODE |
|---|---|---|---|---|---|---|---|---|---|
| Sandra Semien O/B/O Danielle Semien | 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 o/b/o 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 | 2/17/1962 o/b/o 7/12/1990 | 921427399 | | David Semien Jr. | 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 | 9/29/1987 | 921427399 | |
| | | | | | Rose Lee Bright | 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 | 7/10/1951 | 939610667 | |
| LaTonya London O/B/O Darrell Madison | 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 o/b/o 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 | 8/3/1983 o/b/o 4/25/2001 | 911987821 | | LaTonya London O/B/O Darren Madison | 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 o/b/o 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 | 8/3/1983 o/b/o 10/31/2006 | 911987821 | 1160022 |

| Name | SSN | DOB | ID |
|---|---|---|---|
| George Posey | 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 | 12/12/1927 | 939517485 |
| Brittney Miller | 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 | 11/18/1987 | 1243703 |
| Stephen A. Alfonso | 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 | 5/31/1944 | 921127378 |
| Sylvia J. Keyes | | 11/21/1950 | 911300232 / 1280311 |
| Keena Magee O/B/O Kierra Wilson | 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 o/b/o 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 | 12/30/1972 o/b/o 3/29/2000 | 940773720 |
| Betty White o/b/o Erin McConnel | 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 o/b/o 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 | o/b/o 3/28/1996 | 911871581 / 1242854 / 1143376 |
| Shontay Fontenot O/B/O Justin Fontenot | 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 o/b/o 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 | 4/14/1981 o/b/o 2/5/2002 | 931362892 |
| Shontay Fontenot O/B/O Jonathan Fontenot Jr. | 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 o/b/o 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 | 4/14/1981 o/b/o 2/13/2001 | 931362892 / 1339231 / 1339231 |

| Name | SSN | DOB | ID | Represented | Rep. SSN | Rep. DOB | | Rep. ID |
|---|---|---|---|---|---|---|---|---|
| Randy J. Bradford | 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 | 5/3/1978 | | 1356334 Battle Kendra S. Vason O/B/O Tyrone Battle | o/b/o 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 | 12/12/1977 o/b/o 6/10/2005 | | |
| Lillian A. Foley | 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 | 2/13/1965 | 921222472 | 1276930 Foley Lillian A. Foley O/B/O Samuel Foley | 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 o/b/o 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 | deceased on 10/8/07 | 921222472 | 1276930 |
| Joycelyn Beasley O/B/O Heavenly A. Beasley | 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 o/b/o 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 | 9/14/1969 o/b/o 6/8/2005 | 939666161 | 1155851 Battie Kendra Battie o/b/o D'Asia Battie | | 9/14/1995 | | 1146994 |

| Name | SSN | DOB | | |
|---|---|---|---|---|
| Carrie LeBeau | 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 | 10/31/1950 | 9121147084 | 1155865 |
| Adrina N. McCray | 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 | 8/12/1972 | 940756173 | 1280903 |
| Edward A. Ballet III O/B/O Egypt Ballet | 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 o/b/o 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 | 3/8/1968 o/b/o 3/20/2001 | 921130986 O95808 | |
| Penny M. Robertson o/b/o Mercedez Robertson | 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 o/b/o 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 | 11/11/1978 o/b/o 12/22/1998 | 912058942 | 1275418 |