UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PSC MEMORANDUM IN OPPOSITION TO MORGAN'S MOTION TO DISMISS CLASS CLAIMS AND MOTION TO DISMISS PATRICIA BURR'S INDIVIDUAL CLAIMS (DOC. 726)

MAY IT PLEASE THE COURT:

The instant motion is predicated on the following excerpt from the Defendant Morgan's Memorandum in Support:

> Because no individual on the August 22, 2008 list is matched to Morgan, it can not be in any class action case that may be certified.  Morgan, therefore, moves the Court to dismiss the class action claims against it.

*See* Doc. 726-2, at p. 5.

As is fully set forth, however, in the PSC Memorandum in Opposition to this same Defendant's companion Motion *in Limine*, the referenced class representative list of August 22, 2008 did match an existing plaintiff class member to a unit labeled (and, under the LPLA, legally "manufactured") by this Defendant.  The plaintiff Penny Robertson, proceeding herein individually and on behalf of her minor daughter Mercedes, is:

a) named as a plaintiff in both the Second Supplemental and Amended Master

Complaint, and in the amended, underlying *Pujol* Complaint**;**

b) named as a class representative on the August 22, 2008 list filed by the PSC (Doc. 666-2); and

c) identified on a spreadsheet furnished with that list to defendants, and now also by her affidavit filed with the PSC memo in opposition to Morgan's Motion *in Limine*, as currently residing in a unit manufactured by Monaco <u>but labeled by Morgan</u>.

Hence, the PSC respectfully adopts and incorporates its opposition to Morgan's companion Motion *in Limine,* including all attachments thereto.  A named plaintiff and timely-identified class representative (Robertson) is proceeding against Morgan in its defendant capacity as the labeling "manufacturer" of a FEMA-provided unit in which this plaintiff and her daughter have resided, and <u>still</u> reside.  Under these circumstances, the instant motion to dismiss is without merit and should be denied.[1]

    Respectfully submitted:

    **FEMA TRAILER FORMALDEHYDE**
    **PRODUCT LIABILITY LITIGATION**

    BY:    s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471
            **PLAINTIFFS' CO-LIAISON COUNSEL**
            Gainsburgh, Benjamin, David, Meunier &
            Warshauer, L.L.C.
            2800 Energy Centre, 1100 Poydras Street
            New Orleans, Louisiana 70163
            Telephone:    504/522-2304
            Facsimile:    504/528-9973

---

[1]The PSC does not oppose the striking of plaintiff Patricia Burr as a class representative, pursuant to this Court's prior rulings.  For the reasons stated above, however, this action does not, and should not, result in the dismissal fo the amended complaints naming Morgan as a named defendant in the pending class action of this MDL.

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


### CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471