UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER | * MDL NO. 1873 |
| FORMALDEHYDE | * |
| PRODUCT LIABILITY LITIGATION | * |
| | * SECTION: "N-4" |
| VERSUS | * JUDGE ENGLEHARDT |
| | |
| THIS DOCUMENT IS RELATED TO ALL CASES | * MAGISTRATE ROBY |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**PLAINTIFFS' RESPONSE TO DEFENDANT INDIANA BUILDING SYSTEMS, L.L.C.,
D/B/A HOLLY PARK'S RULE 12(B) MOTION TO DISMISS (DOC NOS. 732 & 734)**</u>

Plaintiffs, through the undersigned counsel, file this Response to Indiana Building Systems, L.L.C., d/b/a Holly Park's Rule 12(b) Motions to Dismiss.[1]  Plaintiffs named Indiana Building Systems, L.L.C., d/b/a Holly Park (hereinafter "IBS"), as a defendant in the original Administrative Master Complaint filed on March 18, 2006.  Additionally, IBS was named in *Pujol v. The United States of America*, No. 08-3217.  Subsequently, IBS moved for dismissal because no named plaintiff had established standing against IBS.  This Court granted IBS's Motion to Dismiss (Rec. Doc. 604) but allowed counsel for Plaintiffs to amend, reasoning that "amending a complaint to allege specific facts to support existing plaintiffs' standing is permissible."  (Rec. Doc. 599).

Despite their best efforts, Plaintiffs have not been able to identify any named plaintiff that resided in an emergency housing unit manufactured by IBS.  Plaintiffs maintain, however, that dismissal of IBS at this juncture, even without prejudice, would be premature.  According to the

---

[1] Plaintiffs file this Response to Indiana Building System, L.L.C., d/b/a Holly Park's Rule 12(b) Motion to Dismiss (Rec. Doc. 732) and Indiana Building System, L.L.C., d/b/a Holly Park's Rule 12(b) Motion to Dismiss (Rec. Doc. 734), and request that both Motions be denied for the reasons and argument set forth herein and incorporate the reasons set forth herein for both actions.

1

United States government, as of the last hearing there were over 11,000 Form 95's filed. To date, the Plaintiffs Steering Committee has been able to identify manufacturers from the 1,291 Plaintiff Fact Sheets that have been completed and served upon Defendants, leaving over 9,700 claimants that have not yet identified the manufacturer of their emergency housing unit in a Plaintiff Fact Sheet. The PSC is prepared to discuss with FEMA appropriate ways of alleviating its Privacy Act concerns in regard to the 11,000 Form 95s, so that at least the identity of all plaintiffs' counsel presenting these forms may be obtained, and these counsel queried about the manufacturers of the units occupied by their clients. Pending these developments, defendant IBS will not be prejudiced by having all activity herein stayed as to IBS.

Based upon the foregoing, Defendant IBS's Rule 12(b) Motion to Dismiss should be denied as premature, or at least deferred pending needed discovery from FEMA which may reveal Form 95 claims by occupants of defendant-movant's units.

Alternatively, Plaintiffs respectfully request that, should this Court dismiss IBS at this time, this dismissal expressly be ordered without prejudice to the re-filing of claims against IBS when a match can be made between a plaintiff and this defendant.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

>s/Justin I. Woods
>JUSTIN I. WOODS, #24713
>**PLAINTIFFS' CO-LIAISON COUNSEL**
>Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163
>Telephone: 504/522-2304
>Facsimile: 504/528-9973
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
>
>ANTHONY BUZBEE, Texas # 24001820
>RAUL BENCOMO, #2932
>FRANK D'AMICO, JR., #17519
>MATT MORELAND, #24567
>LINDA NELSON, #9938
>RONNIE PENTON, #10462

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 28, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471