UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION<br><br>VERSUS<br><br>THIS DOCUMENT IS RELATED TO ALL CASES | * MDL NO. 1873<br>*<br>*<br>* SECTION: "N-4"<br>*<br>* JUDGE ENGLEHARDT<br>*<br>* MAGISTRATE ROBY |

*******************************************************************

### MOTION TO APPLY HORTON HOMES, INC.'S PRIOR MOTIONS TO DISMISS TO PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

Defendant, Horton Homes, Inc. ("Horton Homes"), respectfully requests that this Court allow Horton Homes' Rule 12(b) Motion to Dismiss (Doc. No. 741) and Memorandum in Support of Motion to Dismiss (Doc. No. 741-2) to adopt and apply Horton Homes' prior motions, arguments, and exhibits to the Plaintiffs' recently filed Second Supplemental and Amended Master Complaint.

WHEREFORE, Horton Homes prays that this Court grant its Motion dismissing the Plaintiffs' claims against it in this action.[1]

---

[1] Out of an abundance of caution, Horton Homes also moves to apply all of its prior 12(b)(6) motions, arguments, and exhibits to the claims asserted against it in the in the Original, First Amended, and Second Supplemental and Amended Complaint (Rec. Doc. 721) in the underlying action, *Pujol v. The United States of America*, No. 08-3217 adopting the reasons and argument set forth herein by reference for that action.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:         (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*