UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION<br><br>VERSUS<br><br>THIS DOCUMENT IS RELATED TO ALL CASES | * MDL NO. 1873<br>*<br>*<br>* SECTION: "N-4"<br><br>* JUDGE ENGLEHARDT<br><br>* MAGISTRATE ROBY |

*********************************************************************

### MEMORANDUM IN SUPPORT OF MOTION TO APPLY HORTON HOMES, INC.'S PRIOR MOTIONS TO DISMISS TO PLAINTIFF'S SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

Defendant, Horton Homes, Inc. ("Horton Homes"), respectfully requests that this Court allow Horton Homes' Rule 12(b) Motion to Dismiss (Doc. No. 741) and Memorandum in Support of Motion to Dismiss (Doc. No. 741-2) to adopt and apply Horton Homes' prior motions, arguments, and exhibits to the Plaintiffs' recently filed Second Supplemental and Amended Master Complaint, including as follows:

1. Joint Motion to Dismiss Pursuant to Rule 12(b)(6) by Manufacturing Defendants (Doc. No. 210) and Memorandum in Support (Doc. No. 210-2);

2. Motion to Dismiss Administrative Master Complaint by Horton Homes, Inc. (Doc. No. 233) and Memorandum in Support (Doc. No. 233-2), which adopted Motion to

Dismiss Administrative Master Complaint on Behalf of NEWLY ADDED Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., SunRay RV, LLC, Palm Harbor MFG., LP and Palm Harbor Albemarle, LLC (Doc. No. 230); and

3. Rule 12(b) Motion to Dismiss Horton Homes, Inc. (Doc. No. 741) and Memorandum in Support of Motion to Dismiss (Doc. No. 741-2).

WHEREFORE, Horton Homes prays that its request be allowed and the claims against it in this action be dismissed.

Respectfully submitted,

LABORDE & NEUNER

*s/Ben L. Mayeaux*
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:     (337) 237-7000
FACSIMILE:     (337) 233-9450
Attorneys for Horton Homes, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/Ben L. Mayeaux*