MINUTE ENTRY
ENGELHARDT, J.
October 29, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                   SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


      A telephone status conference was conducted on Wednesday, October 29, 2008, at 9:00 a.m.

Participating were Justin Woods, liaison counsel for plaintiffs; Joe Glass, liaison counsel for

defendants; and Henry T. Miller and Jonathan Waldron, attorneys for the Government/FEMA.  Also

participating was plaintiff committee member Linda J. Nelson.

JS10(00:23)