UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Motion to Apply Horton Homes, Inc.'s Prior Motions to Dismiss to Plaintiff's Second Supplemental and Amended Master Complaint (Rec. Doc. 775)** is **DENIED AS MOOT.** The Court notes that Defendant Horton Homes has already filed a Rule 12(B) Motion to Dismiss (Rec. Doc. 741), which is currently set for hearing without oral argument on November 5, 2008. The arguments made therein are applicable to the lately-filed Second Supplemental and Amended Complaints. (Rec. Docs. 721 and 722). To the extent that there were additional arguments made in previously ruled upon motions (Rec. Doc. 210 and 233), such arguments should have been re-urged by incorporating them by reference in the pending Rule 12(b) Motion to Dismiss (Rec. Doc. 741) filed by this defendant. For the clarity of the record, the Court refuses to resurrect arguments presented in previously-filed motions,

which have already been ruled upon.

    New Orleans, Louisiana, this 30th day of October, 2008.

                                          **KURT D. ENGELHARDT**
                                          **UNITED STATES DISTRICT JUDGE**