UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | * * * * | MAG. JUDGE KAREN WELLS ROBY |
| AND TO | * * | |
| STEPHANIE G. PUJOL, ET AL V. THE UNITED STATES OF AMERICA, ET AL, USDC No. 08-2317, "N-4" | * * * | |

## MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Philips Products, Inc., suggesting that because the pleadings on file and those exhibits submitted herewith show that there is no genuine issue of material fact, and that for the reasons explained in the accompanying memorandum Mover is entitled to judgment as a matter of law dismissing, with prejudice, the Second Supplemental and Amended Master Complaint and the Second Supplemental and Amended Complaint;

Philips Products, Inc. moves for summary judgment dismissing all claims against it by Betty Thomas, Frank Alfred, Gloria Alfred, Courtney Alfred, Eumakia Alfred, Christopher Thomas and all other putative class members, with prejudice.

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

*/s/ Thomas M. Young*
THOMAS M. YOUNG, Bar No. 7547
ANTHONY J. MILAZZO, JR. Bar No. 9661
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana  70001
Telephone:  (504) 833-8007
Facsimile:  (504) 833-2866
Email: young@hebblergiordano.com

***Attorneys for Philips Products, Inc.***

### CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.  I further certify that there are no known non-CM/ECF participants.

*/s/ Thomas M. Young*