UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | * | SECTION "N-4" |
| | * * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | * * * * | MAG. JUDGE KAREN WELLS ROBY |
| AND TO | * * | |
| STEPHANIE G. PUJOL, ET AL V. THE UNITED STATES OF AMERICA, ET AL, USDC No. 08-2317, "N-4" | * * * | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on the motion of Philips Products, Inc. for summary judgment will be held on the 19th day of November 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

-1-

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

/s/ Thomas M. Young
THOMAS M. YOUNG, Bar No. 7547
ANTHONY J. MILAZZO, JR. Bar No. 9661
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com
***Attorneys for Philips Products, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no known non-CM/ECF participants.

/s/ Thomas M. Young