UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 07-1873 |
| | | SECTION "N-4" |
| | | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | * * * * * | MAG. JUDGE KAREN WELLS ROBY |
| AND TO | * * | |
| STEPHANIE G. PUJOL, ET AL V. THE UNITED STATES OF AMERICA, ET AL, USDC No. 08-2317, "N-4" | * * * | |

## STATEMENT OF UNCONTESTED MATERIAL FACTS

Philips Products, Inc. ("Philips") submits that the following facts are established by the pleadings and/or the exhibits submitted in support of this motion and/or are otherwise undisputed.

1. Philips has been sued as a "Manufacturing Defendant", i.e. one with whom FEMA allegedly contracted to purchase housing units; one who allegedly rushed housing units through production, employing irregular practices which resulted in the housing units containing high levels of formaldehyde; and one who ignored or deliberately and fraudulently concealed and/or condoned the concealment and/or conspired with, advised, encouraged or aided others to conceal that the housing units contained dangerous levels of formaldehyde.

(In re: FEMA Trailer Formaldehyde Product Liability Litigation, MDL No. 1873, USDC, EDLA, Administrative Master Complaint (Doc. 109) paragraphs 8c, 24, 26, 31; Pujol, et al v. The United States of America, et al, No. 08-3217, USDC, EDLA, Class Action Complaint (Doc. 1) paragraphs 3c, 19, 21, 26).

2. Six (6) named plaintiffs/class representatives, i.e. Betty Thomas, Frank Alfred, Gloria Alfred, Courtney Alfred, Eumakia Alfred and Christopher Thomas, allegedly experienced injurious exposure to formaldehyde as a direct result of residing in an emergency housing unit manufactured by Philips. (Second Supplemental and Amended Master Complaint, MDL No. 1873, USDC, EDLA (Doc. 722) paragraphs 7, (21)[1], (22)[1], (23), (24), (25), and (26); Second Supplemental and Amended Complaint, No. 08-3217, USDC, EDLA (Doc. 721) paragraphs 6, (21)[1] (22)[1], (23), (24), (25), and (26).

3. All six (6) of the named plaintiffs/class representatives who allegedly resided in a housing unit manufactured by Philips resided in the same unit – a trailer. (Exhibit A, email dated August 7, 2008 from Candice Sirmon, an

---

[1] In an apparent oversight, Frank Alfred and Betty Thomas are also identified in subparagraphs 7(128) and 7(129) of the Second Supplemental and Amended Master Complaint; and in subparagraphs 6(128) and 6(129) of the Pujol Second Supplemental and Amended Complaint.

      Independent Contract Attorney working for plaintiffs to Thomas M. Young, attorney for Philips).

4. At no time has Philips manufactured, brokered, sold or supplied housing units of any kind to anyone. (Exhibit B, Philips' answer to interrogatory no. 1, Plaintiffs' First Set of Master Interrogatories to all Non-Governmental Defendants).

5. Philips has never had any contracts to supply housing units to FEMA, DHS, or any other governmental agency. (Exhibit B, Philips' answer to interrogatory no. 1, Plaintiffs' First Set of Master Interrogatories to all Non-Governmental Defendants).

6. Philips manufactures and sells doors, range hoods and bathroom exhaust fans for use in trailers, which are Recreational Vehicles, i.e. wheel-mounted towable trailers which may be moved from place to place and are intended to be used as temporary housing. (Exhibit B, Philips' answer to interrogatory no. 1, Plaintiffs' First Set of Master Interrogatories to all Non-Governmental Defendants).

7. None of the products made by Philips for use in trailers incorporate any formaldehyde-containing materials. (Exhibit B, Philips' answer to interrogatory no. 1, Plaintiffs' First Set of Master Interrogatories to all Non-Governmental Defendants).

Respectfully Submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

/s/ Thomas M. Young
THOMAS M. YOUNG, Bar No. 7547
ANTHONY J. MILAZZO, JR. Bar No. 9661
Hebbler & Giordano, L.L.C.
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866
Email: young@hebblergiordano.com

**Attorneys for Philips Products, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that there are no known non-CM/ECF participants.

/s/ Thomas M. Young