## Tom Young

| | |
|---|---|
| **From:** | Candice Sirmon [candice_sirmon@yahoo.com] |
| **Sent:** | Thursday, August 07, 2008 11:19 AM |
| **To:** | young@hebblergiordano.com |
| **Cc:** | Linda Nelson; Matt Moreland; Racheal Mezzic; Denise Martin; Jennifer Minden |
| **Subject:** | FEMA - Manuf. Defendant Philips Products Inc. |

Dear Tom,
Linda forwarded me your inquiry regarding the six plaintiffs matched to your client, Philips Products Inc. You requested the FEMA ID numbers of the units in which they resided. All six clients lived in one trailer. Their names, unit VIN # and barcode are below. We do not have access to a government data base matching VIN numbers with manufactures. However, you may be able to access FEMA's database and locate the manufacturer with this information. If you have any more questions or need assistance you can email me or contact me at 504-58101750.

The six clients matched with Philip Products are:
1. Gloria Alfred
2. Frank Alfred
3. Betty Thomas
4. Eumakia Alfred
5. Christopher Thomas
6. Courtney Alfred o/b/o minor children staying in the trailer

The VIN # they provided is GE01440372 and the barcode is 1338660.


Best regards,


Candice C. Sirmon, Esq.
New Orleans, LA 70119
(917) 699-5405



EXHIBIT

A