# HEBBLER & GIORDANO, L.L.C.
*Attorneys at Law*

GEORGE P. HEBBLER, JR.
CHARLES V. GIORDANO
THOMAS M. YOUNG
ANTHONY J. MILAZZO, JR.[1]
AMIE D. STASSI
KELLY F. WALSH
MICHAEL E. ESCUDIER

3636 S. I-10 Service Road West
Suite 300
METAIRIE, LA 70001-6418

NOTARIES PUBLIC
TELEPHONE: 504/833-8007
TELECOPIER: 504/833-2866

[1] A Professional Law Corporation

E-mail:young@hebblergiordano.com

May 2, 2008

Special Counsel
TASHA W. HEBERT

**<u>VIA EMAIL</u>**
Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163-2800

> In re: **FEMA Trailer Formaldehyde Product Liability Litigation,**
> **MDL No. 1873, Sec. N-4, USDC, E.D., La.**
> **Our File No. 2499.3**

Dear Mr. Meunier:

    I trust that you will recall our short telephone conversation a few days ago, wherein I advised that I have been retained to represent Philips Products, Inc., and my mention of the fact that Philips does not make trailers or any other types of housing units, but does manufacture exterior doors and windows which may have been used as components in some manufactured housing units purchased by FEMA from manufacturers of those units.

    I have since spoken with Andy Weinstock, who tells me that the newly added defendants – which would include Philips – were identified from a spreadsheet of FEMA Contracts Awarded in Support of Hurricane Katrina Recovery Efforts. I have carefully reviewed a copy of that spreadsheet which Mr. Weinstock provided, but do not find Philips Products, Inc. on the list.

    Philips Products, Inc. is identified as a "Manufacturing Defendant" in the Administrative Master Complaint; however, as stated above, Philips does not manufacture housing units, only some component parts. This circumstance suggests to me the following questions which I hope you will be both willing and able to answer promptly.

- How was Philips Products, Inc. identified as a housing unit manufacturer?

- Did the plaintiffs know Philips to be only a manufacturer of components; and, if so, is there any particular reason why Philips was singled out as the only component manufacturer to be named as a defendant?

- Is it possible that Philips was included in the lawsuit by mistake? If so, would



    the plaintiffs be willing to voluntarily dismiss Philips before we have to incur the time and expense of preparing and filing motions and/or other responsive pleadings?

  My client and I would very much appreciate as prompt a reply as possible. With thanks for your courtesy, I am

           Very truly yours,

           **HEBBLER & GIORDANO, L.L.C.**
           ***Attorneys at Law***


           BY:_____
             **THOMAS M. YOUNG**

TMY/nr
cc: Andrew D. Weinstock