## Tom Young

**From:** Denise Martin [dmartin@gainsben.com]
**Sent:** Thursday, May 08, 2008 1:27 PM
**To:** young@hebblergiordano.com
**Cc:** ANDREW WEINSTOCK; Justin Woods
**Subject:** Formaldehyde Litigation

Dear Mr. Young:

Thank you for your letter of May 2, 2008.

Please provide us with an affidavit from Philips Products, Inc. to the effect that at no time in the past did it design or manufacture any mobile housing units or travel trailers which were provided by FEMA to persons displaced as a result of Hurricanes Katrina or Rita. Based upon this affidavit, we'll file a Notice of Voluntary Dismissal of your client.

It _was_ our intention in the Master Complaint to name only the manufacturers of the mobile housing units and travel trailers in question, but in some cases it appears we did name either non-manufacturing distributors/sellers or, as in this case, what appears to have been the manufacturer of a component of the product rather than the product _per se_. In identifying the defendants for the pleading, we referred not only to the spreadsheet identified in your correspondence, but also to lists received from plaintiffs' counsel in the litigation. I assume your client was identified pursuant to one of these other sources.

We apologize for the error and will do all we can to expedite the dismissal process, once the affidavit is received.

Sincerely,
Jerry Meunier

Denise M. Martin
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone: 504-522-2304
Direct Line: 504-297-1767
Facsimile: 504-528-9973
Email: dmartin@gainsben.com

www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

**EXHIBIT**

D