State of Indiana

County of Elkhart

## AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared:

**RON MASON**

who, after being sworn, did say as follows:

I am the President of Philips Products, Inc. and have personal knowledge of the facts stated herein. Philips Products manufactures windows and doors for both site-built and factory-built homes, including recreational vehicles. At no time has Philips Products designed or manufactured any complete housing units, either fixed or mobile, or any travel trailers of any kind; nor has Philips ever sold or otherwise provided any such housing units to FEMA or to any other public or private entity or person.

_____ 05/27/08
RON MASON

Sworn to and subscribed before me,

Notary Public in and for the said County and State,

this 27 day of May, 2008.

Jennifer Padgett
NOTARY PUBLIC

My Commission Expires: 5/8/2014

EXHIBIT E