# Tom Young

| | |
|---|---|
| **From:** | Denise Martin [dmartin@gainsben.com] |
| **Sent:** | Monday, June 09, 2008 4:26 PM |
| **To:** | Tom Young |
| **Cc:** | ANDREW WEINSTOCK; Justin Woods; Anthony Buzbee; Brandi S. Spiers; Christine Daigle; dischilling@rgplaw.com; frank@damicolaw.net; lnelson@lambertandnelson.com; Magan Ennis; Matt Moreland; Racheal Mezzic; ben_law@bellsouth.net; rgp@rgplaw.com |
| **Subject:** | Formaldehyde Litigation |
| **Attachments:** | 2008_06_09_16_24_45.pdf |

Dear Mr. Young:

I received and thank you for your hand-delivered letter of June 4, 2008, accompanied by the May 27, 2008 affidavit of Ron Mason, President of Philips Products, Inc.

The PSC has been attempting to limit the named defendants in the Master Complaint to manufacturers, as opposed to sellers or distributors. This is being done by voluntary dismissals without prejudice, pending discovery which may provide a basis for claims against sellers and distributors as well.

I appreciate the fact that Philips Products may not have manufactured mobile housing units or travel trailers as a whole; but the affidavit of Mr. Mason indicates that the company manufactured certain components of the units. If those components contained the formaldehyde which is alleged to have injured plaintiffs, we see no reason to voluntarily dismiss Philips Products. Are you in a position to clarify whether the components manufactured by Philips are components which contained formaldehyde?

I look forward to hearing from you.

Sincerely,
Jerry


EXHIBIT F