**Tom Young**

| | |
|---|---|
| **From:** | Linda Nelson [Linda@lambertandnelson.com] |
| **Sent:** | Monday, September 22, 2008 1:44 PM |
| **To:** | ANDREW WEINSTOCK; Racheal Mezzic; Matt Moreland; Courtney Hymel; robbecnel@aol.com; Ernie Geiger |
| **Cc:** | Jennifer Minden; Jason Bone; young@hebblergiordano.com |
| **Subject:** | RE: Plaintiff Depo |
| **Importance:** | High |

we thinks betty thomas was in a redmond homes unit.

hope this helps....

linda

Linda J. Nelson, Esq.
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Monday, September 22, 2008 9:41 AM
**To:** Linda Nelson; Racheal Mezzic; Matt Moreland; Courtney Hymel; robbecnel@aol.com; Ernie Geiger
**Cc:** Jennifer Minden; Jason Bone; young@hebblergiordano.com
**Subject:** RE: Plaintiff Depo

We will wait to hear back.

---

**From:** Linda Nelson [mailto:Linda@lambertandnelson.com]
**Sent:** Monday, September 22, 2008 9:39 AM
**To:** ANDREW WEINSTOCK; Racheal Mezzic; Matt Moreland; Courtney Hymel; robbecnel@aol.com; Ernie Geiger
**Cc:** Jennifer Minden; Jason Bone; young@hebblergiordano.com
**Subject:** RE: Plaintiff Depo

note confusion....we thought you were asking for betty <u>white</u>....not betty Thomas.....we will see if there is a betty <u>thomas</u>....

Linda J. Nelson, Esq.
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Monday, September 22, 2008 9:30 AM
**To:** Racheal Mezzic; Linda Nelson; Matt Moreland; Courtney Hymel; robbecnel@aol.com; Ernie Geiger

EXHIBIT G

**Cc:** Jennifer Minden; Jason Bone; young@hebblergiordano.com
**Subject:** RE: Plaintiff Depo

Thanks, then I assume Forest River will want to depose her, but I will defer to Jason Bone and Ernie Gieger.

---

**From:** Racheal Mezzic [mailto:Racheal@lambertandnelson.com]
**Sent:** Monday, September 22, 2008 9:17 AM
**To:** Linda Nelson; Matt Moreland; Courtney Hymel; robbecnel@aol.com; ANDREW WEINSTOCK
**Cc:** Jennifer Minden; Racheal Mezzic
**Subject:** RE: Plaintiff Depo

Mr. Weinstock:

    Betty White was in a Forest River trailer.

Thanks.

Racheal V. Mezzic
Paralegal
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA  70130
Telephone:  504-581-1750
Facsimile:  504-529-2931
Email: Racheal@lambertandnelson.com

---

**From:** Linda Nelson [mailto:linda@lambertandnelson.com]
**Sent:** Saturday, September 20, 2008 12:54 PM
**To:** Matt Moreland; Courtney Hymel; <robbecnel@aol.com> <robbecnel@aol.com>
**Cc:** Racheal Mezzic; Jennifer Minden
**Subject:** Fwd: Plaintiff Depo


Sent from my iPhone
Linda Nelson-Barnett
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

Begin forwarded message:

> **From:** "ANDREW WEINSTOCK" <andreww@duplass.com>
> **Date:** September 20, 2008 6:56:11 AM CDT
> **To:** <linda@lambertandnelson.com>, <mmoreland@becnellaw.com>
> **Cc:** <young@hebblergiordano.com>, <milazzo@hebblergiordano.com>, "Carmen Motes" <cmotes@duplass.com>
> **Subject: Plaintiff Depo**
>
> We are having trouble matching Betty Thomas to a specific manufacturer. You have listed Philips (who I believe manufactured door frames not trailers). We cannot match the vin number (too few

9/22/2008

digits). We cannot ask a manufacturer about taking a deposition until we know whose unit they were in. The PLC has listed Betty Thomas as a class rep. Until we can sort this out (with your help) please do not schedule her deposition

9/22/2008