UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:  All Cases | * | |
| | * | |
| | * | MAG: ROBY |

************************************************************************

## MASTER RESPONSE OF MANUFACTURING DEFENDANTS TO THE SECOND AMENDED AND MASTER COMPLAINT OF PLAINTIFFS ADOPTING PREVIOUSLY FILED 12(B) MOTIONS [REC. NO. 210]

**NOW INTO COURT,** come the Manufacturing Defendants, who by way of master response to the Plaintiffs' Second Supplemental and Amended Master Complaint adopt and re-allege as though set out herein *in haec verba* their Fed. R. Civ. P. 12(b)(6) motion [Rec. Doc. No. 210] previously served and filed on May 19, 2008. Manufacturing Defendants pray that for the reasons set forth therein as well as for the reasons set forth in the accompanying memorandum in support, the motion be granted.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/ Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
*DEFENSE LIAISON COUNSEL*

# **C E R T I F I C A T E**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                    ( )   Prepaid U.S. Mail

( )   Facsimile                        ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana this 31st day of October, 2008.


s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com