UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: All Cases | * | |
| | * | |
| | * | MAG: ROBY |

*************************************************************************

**MEMORANDUM IN SUPPORT OF MASTER RESPONSE OF MANUFACTURING DEFENDANTS TO THE SECOND AMENDED AND MASTER COMPLAINT OF PLAINTIFFS ADOPTING PREVIOUSLY FILED 12(B) MOTIONS [REC. NO. 210]**

**MAY IT PLEASE THE COURT:**

Manufacturing Defendants filed and served a Rule 12(b)(6) Motion to Dismiss [Rec. Doc. No. 210] on May 19, 2008. On their face, the Motion applies only to Plaintiffs' Administrative Master Complaint. On October 6, 2008, Plaintiffs' filed a Second Supplemental and Amended Master Complaint [Rec. Doc. No. 722]. In response to the Second Supplemental and Amended Master Complaint, Manufacturing Defendants hereby adopt the reasons set forth in the Memorandum in Support of their Joint Rule 12(b)(6) Motion to Dismiss [Rec. Doc. No. 210].

        Respectfully submitted,

        **DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK**

        s/ Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495
        JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700

Fax: (504) 837-3119
andreww@duplass.com
*DEFENSE LIAISON COUNSEL*

C E R T I F I C A T E

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana this 31st day of October, 2008.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com