UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-01873 |
| | | SECTION "N-4" |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: All Cases | * * | MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### AMERICAN HOMESTAR DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS (PRE-EMPTION)

**NOW INTO COURT**, through undersigned counsel, come defendants American Homestar Corporation and Oak Creek Homes, LP ("American Homestar Defendants"), and respectfully submit this Rule 12(b)(6) Motion to Dismiss. Plaintiffs' Administrative Master Complaint fails to state a claim upon which relief can be granted, and the American Homestar Defendants move to dismiss the Administrative Master Complaint on the grounds that the National Manufactured Housing Construction and Safety Standards Act (the Act) pre-empts plaintiffs' claims against the American Homestar Defendants which manufactured a "manufactured home," as defined in the Act and rules adopted pursuant to that Act.

In support of this motion, the American Homestar Defendants refer the Court to their memorandum of law filed contemporaneously.

1

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and Oak Creek Homes, LP**
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
dbach@hmhlp.com
jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 31, 2008,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

2