UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-01873 SECTION "N-4" |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: All Cases | * * | MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

STATE OF TEXAS

COUNTY OF Tarrant

**BEFORE ME**, personally came and appeared affiant, Charles Boyer, who did depose and state:

1. I am currently employed by Oak Creek Homes, LP as Chief Operating Officer and Vice President. I am familiar with the construction process and techniques used by Oak Creek Homes, LP in manufacturing its products. I am familiar with the homes sold to FEMA following Hurricanes Katrina and Rita, and I am also familiar with the homes sold to Silver Creek which were in turn sold to FEMA following Hurricanes Katrina and Rita.

2. Oak Creek Homes sold 125 manufactured homes directly to FEMA after Hurricanes Katrina and Rita and arranged for the delivery of them to a FEMA staging area in Hope, Arkansas. Each of these 125 homes is a "manufactured home" as defined in the National Manufactured Housing Construction and Safety Standards Act.

1



3. Each of the 125 homes referenced above was constructed and manufactured under the Manufactured Home Construction and Safety Standards established by HUD, including the formaldehyde standard.

4. I am also familiar with the 250 park model manufactured homes sold by Oak Creek Homes to Silver Creek Homes. Silver Creek Homes is not a company that is related to Oak Creek Homes or to American Homestar.

5. Oak Creek Homes arranged for the delivery of these 250 park model manufactured homes to a FEMA staging area in Baton Rouge, Louisiana. Each of these park model manufactured homes was manufactured in compliance with the formaldehyde standards contained in the National Manufactured Housing Construction and Safety Standards Act and the Manufactured Home Construction and Safety Standards established by HUD.

Further, the affiant sayeth not.



GAYLE YORK
Notary Public, State of Texas
My Commission Expires
February 16, 2009

_____
CHARLIE BOYER

SWORN TO AND SUBSCRIBED

BEFORE ME THIS 31st DAY

OF Oct., 2008.

___Gayle York___
ATTORNEY/NOTARY BAR NO.

2