UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-01873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY | * | SECTION "N-4" |
| LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: All Cases | * | MAG. JUDGE ROBY |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the American Homestar Defendants' Rule 12(b)(6) Motion to Dismiss (Pre-Emption) be hereby set for hearing on the 19th day of November, 2008 at 9:30 a.m.

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and
Oak Creek Homes, LP
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
          dbach@hmhlp.com
          jculotta@hmhlp.com

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **October 31, 2008,** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*