UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 1873 SECTION "N" (4) |
| THIS DOCUMENT RELATES TO ALL CASES | : : | JUDGE ENGELHARDT MAGISTRATE KAREN ROBY |

**COACHMEN RECREATIONAL VEHICLE COMPANY OF GEORGIA, LLC AND VIKING RECREATIONAL VEHICLE COMPANY LLC'S RESPONSE TO THE FIRST AND SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINTS OF PLAINTIFFS ADOPTING PREVIOUSLY FILED 12(B) MOTIONS [Rec. No. 210]**

**NOW INTO COURT,** through undersigned counsel, come Coachmen Recreational Vehicle Company of Georgia, LLC ("CRV-GA") and Viking Recreational Vehicle Company, LLC ("Viking"), which in response to plaintiffs' First and Second Supplemental and Amending Master Complaints hereinafter adopt and allege, as if set forth fully herein, the Fed. R. Civ. P. 12(b)(6) motion [Rec. Doc. No. 210] previously served and filed on May 19, 2008, by Manufacturing Defendants.  CRV-GA and Viking further pray that, for the reasons set forth therein as well as for the reasons set forth in the accompanying memorandum in support, the motion be granted.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

474402.1

By:   /s/ John Stewart Tharp
     David M. Bienvenu #20700
     John Stewart Tharp #24230
     Chase Tower South, 8th Floor
     451 Florida Street, 70801
     Post Office Box 2471
     Baton Rouge, LA 70821
     Telephone: (225) 387-3221
     Facsimile: (225) 346-8049

*Attorneys for Coachmen Recreational Vehicle of Georgia, LLC and Viking Recreational Vehicle Company, LLC*

- CERTIFICATE –

I certify that on this 31st day of October, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

/s/ John Stewart Tharp

474402.1