UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | SECTION "N" (4) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE KAREN ROBY |

**MEMORANDUM  IN SUPPORT OF COACHMEN RECREATIONAL VEHICLE COMPANY OF GEORGIA, LLC AND VIKING RECREATIONAL VEHICLE COMPANY LLC'S RESPONSE TO THE FIRST AND SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINTS OF PLAINTIFFS ADOPTING PREVIOUSLY FILED 12(B) MOTIONS [Rec. No. 210]**

**MAY IT PLEASE THE COURT:**

Manufacturing Defendants filed and served a Rule 12(b)(6) Motion to Dismiss (Rec. Doc. No. 210] on May 19, 2008.  Coachmen Recreational Vehicle Company of Georgia, LLC ("CRV-GA") and Viking Recreational Vehicle Company, LLC ("Viking") were not named as "Manufacturing Defendants" at that time but were subsequently added as party defendants.  As alleged manufacturers of certain temporary housing units at issue, CRV-GA and Viking, should now be considered "Manufacturing Defendants."  In response to the First and Second Supplemental and Amended Master Complaints, CRV-GA and Viking adopt Manufacturing Defendants' Rule 12(b)(6) Motion to Dismiss [Rec. Doc. No. 210] and the accompanying Memorandum in Support [Rec. Doc. No. 210-2).

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

474406.1

By:   /s/ John Stewart Tharp
David M. Bienvenu #20700
John Stewart Tharp #24230
Chase Tower South, 8th Floor
451 Florida Street, 70801
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049
*Attorneys for Coachmen Recreational Vehicle of Georgia, LLC and Viking Recreational Vehicle Company, LLC*

- CERTIFICATE –

I certify that on this 31st day of October, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

/s/ John Stewart Tharp

474406.1