UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | SECTION "N" (4) |
| | : | |
| THIS DOCUMENT RELATES TO: | | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE KAREN ROBY |

NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY** ORDERED that defendants, Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicle Company, LLC, Rule 12(b)6) Motion to Dismiss Plaintiffs' First and Second Supplemental and Amended Complaints is hereby set for the 19th day of November, 2008, at 9:30 a.m.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:   /s/ John Stewart Tharp
David M. Bienvenu #20700
John Stewart Tharp #24230
Chase Tower South, 8th Floor
451 Florida Street, 70801
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

*Attorneys for Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicle Company, LLC*

474409.1

- CERTIFICATE –

I certify that on this 31st day of October, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

/s/ John Stewart Tharp

474409.1