UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             CIVIL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

                                             NO:    07-md-1873
                                             ALL MEMBER CASES

                                             SECTION: "N" (4)

### RECUSAL ORDER

The undersigned Magistrate Judge recuses herself from handling the above-captioned case pursuant to 28 U.S.C. § 455(a).

The Clerk of Court is **ORDERED** to reallot the above-captioned case to another Magistrate Judge other than Magistrate Judge 4.

New Orleans, Louisiana, this 30th day of October 2008

                                             KAREN WELLS ROBY
                                             UNITED STATES MAGISTRATE JUDGE

OCT 3 1 2008

REALLOTTED TO
MAG. 5

Fee _____
Process _____
X  Dktd _____
_  CtRmDep _____
_  Doc. No _____