UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION "N" (4) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE KAREN ROBY |

**12(B)(2) MOTION TO DISMISS COACHMEN INDUSTRIES, INC.
FOR LACK OF PERSONAL JURISDICTION ADOPTING
PREVIOUSLY FILED 12(B)(2) MOTION [REC. DOC. NO. 213]**

**NOW INTO COURT,** through undersigned counsel, comes Coachmen Industries, Inc. ("Coachmen") who adopts and realleges, as if set forth fully herein, its 12(b)(2) Motion to Dismiss Coachmen Industries, Inc. for lack of personal jurisdiction [Rec. Doc. No. 213] previously filed on May 19, 2008, in response to plaintiffs' original Administrative Master Complaint.  Coachmen prays that, for the reasons set forth therein as well as the reasons set forth in the memorandum in support of the original motion [Rec. Doc. No. 213-3] and the reply brief filed in connection with the original motion [Rec. Doc. No. 410], the motion should be granted.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:   /s/ John Stewart Tharp
David M. Bienvenu #20700
John Stewart Tharp #24230
Chase Tower South, 8th Floor
451 Florida Street, 70801
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

*Attorneys for Coachmen Recreational Vehicle of Georgia, LLC and Viking Recreational Vehicle Company, LLC*

474410.1

- CERTIFICATE –

  I certify that on this 31st day of October, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

                /s/ John Stewart Tharp_____

474410.1