## UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO | : : | JUDGE ENGELHARDT |
| ALL CASES | : | MAGISTRATE KAREN ROBY |

**MEMORANDUM IN SUPPORT OF 12(B)(2) MOTION TO DISMISS COACHMEN INDUSTRIES, INC. FOR LACK OF PERSONAL JURISDICTION ADOPTING PREVIOUSLY FILED 12(B)(2) MOTION [REC. DOC. NO. 213]**

**MAY IT PLEASE THE COURT:**

Defendant Coachmen Industries, Inc. ("Coachmen") filed and served a 12(b)(2) Motion to Dismiss Coachmen Industries, Inc. for lack of personal jurisdiction [Rec. Doc. No. 213] on May 19, 2008.  Dispositive motions on other grounds were granted and Coachmen's motion was not ruled upon.  Coachmen maintains that for the reasons set forth in its Motion to Dismiss, and in the memorandum in support of the original motion [Rec. Doc. No. 213-3] and the reply brief filed in connection with the original motion [Rec. Doc. No. 410], as well as the reasons set forth in the accompanying memorandum hereto, the Motion should be granted.

By Attorneys,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:   /s/ John Stewart Tharp
David M. Bienvenu #20700
John Stewart Tharp #24230
Chase Tower South, 8th Floor
451 Florida Street, 70801
Post Office Box 2471
Baton Rouge, LA 70821
Telephone: (225) 387-3221
Facsimile: (225) 346-8049

*Attorneys for Coachmen Recreational Vehicle of Georgia, LLC and Viking Recreational Vehicle Company, LLC*

474412.1

- CERTIFICATE –

I certify that on this 31st day of October, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

/s/ John Stewart Tharp

474412.1