UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | : | |
| LIABILITY LITIGATION | : | |
| | : | SECTION "N" (4) |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE ENGELHARDT |
| ALL CASES           : | : | MAGISTRATE KAREN ROBY |

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY** ORDERED that the 12(b)(2) Motion to Dismiss Coachmen Industries, Inc. for Lack of Personal Jurisdiction Adopting Previously Filed 12(b)(2) Motion [Rec. Doc. No. 213] is hereby set for the 19th day of November, 2008, at 9:30 a.m.

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

By:   /s/ John Stewart Tharp
         David M. Bienvenu #20700
          John Stewart Tharp #24230
         Chase Tower South, 8th Floor
         451 Florida Street, 70801
         Post Office Box 2471
         Baton Rouge, LA 70821
         Telephone: (225) 387-3221
         Facsimile: (225) 346-8049

*Attorneys for Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicle Company, LLC*

474411.1

- CERTIFICATE –

    I certify that on this 31st day of October, 2008, a copy of the foregoing has been forwarded to all known counsel of record, by electronic filing and transmission via the Court's ECF system.

                                        /s/ John Stewart Tharp

474411.1