## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER )  **MDL NO. 1873**
     FORMALDEHYDE PRODUCTS )  **SECTION "N" (4)**
     LIABILITY LITIGATION )
      )
     **This applies to *Pujol*, No. 08-3217** )  **JUDGE ENGELHARDT**

### R-VISION, INC.'S SUPPLEMENTAL AND
### AMENDED LIST OF DEFENSES
### AND MOTIONS TO BE PRESERVED

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant R-Vision, Inc. ("R-Vision") submits the following supplemental and *amended* list of defenses and motions to be preserved in the following underlying actions:

**1.      Stephanie Pujol v. U.S., Suit No. 08-3217 (E.D. La)**

In response to the amended complaint filed in this action, R-Vision adopts and incorporates herein its previously filed list of defenses and motions.  See Rec. Doc. No.  225.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
    Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant R-Vision, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 31st day of October, 2008.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson