UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER ) <br>       FORMALDEHYDE PRODUCTS ) <br>       LIABILITY LITIGATION ) <br> ) <br> This applies to *Pujol*, No. 08-3217 ) | MDL NO. 1873 <br> SECTION "N" (4) <br><br> JUDGE ENGELHARDT |

### KEYSTONE RV COMPANY'S SUPPLEMENTAL AND AMENDED LIST OF DEFENSES AND MOTIONS TO BE PRESERVED

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), Keystone RV Company (sometimes improperly named as Keystone Industries, Inc., a defunct entity) submits the following supplemental and *amended* list of defenses and motions to be preserved in the following underlying actions:

**1.  Stephanie Pujol v. U.S., Suit No. 08-3217 (E.D. La)**

In response to the amended complaint filed in this action, Keystone adopts and incorporates herein its previously filed list of defenses and motions. See Rec. Doc. No. 226.

 

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA 70809
Telephone: (225) 248-2000

{B0543719.1}                    1

>
> Facsimile: (225) 248-3080
>
> -and-
>
> Madeleine Fischer (La. Bar No. 5575)
> Nan Roberts Eitel (La. Bar No. 19910)
> Jones, Walker, Waechter, Poitevent,
>   Carrère & Denègre, L.L.P.
> 201 St. Charles Avenue, 49th floor
> New Orleans, LA  70170
> Telephone: (504) 582-8000
> Facsimile: (504) 589-8208
>
> *Attorneys for Defendant Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 31st day of October, 2008.

> *s/Ryan E. Johnson*
> _____
> Ryan E. Johnson

{B0543719.1}                                   2