UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION<br><br>This applies to *Pujol*, No. 08-3217 | )<br>)<br>)<br>)<br>)<br>) | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

**DS CORPORATION'S SUPPLEMENTAL AND
AMENDED LIST OF DEFENSES
AND MOTIONS TO BE PRESERVED**

  Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), DS Corporation submits the following supplemental and *amended* list of defenses and motions to be preserved in the following underlying actions:

**1. Stephanie Pujol v. U.S., Suit No. 08-3217 (E.D. La)**

  In response to the amended complaint filed in this action, DS Corporation adopts and incorporates herein its previously filed list of defenses and motions. See Rec. Doc. No. 223.

              Respectfully submitted,

               *s/Ryan E. Johnson*
              _____
              James C. Percy (La. Bar No. 10413)
              Ryan E. Johnson (La. Bar No. 26352)
              Jones, Walker, Waechter, Poitevent,
               Carrère & Denègre, L.L.P.
              8555 United Plaza Blvd., 5th floor
              Building Four
              Baton Rouge, LA 70809
              Telephone: (225) 248-2000
              Facsimile: (225) 248-3080

                -and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant DS Corporation*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

      Baton Rouge, Louisiana, this 31st day of October, 2008.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson
