UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER )<br>      FORMALDEHYDE PRODUCTS )<br>      LIABILITY LITIGATION )<br>)<br>This applies to *Pujol*, No. 08-3217 ) | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT |

### THOR CALIFORNIA, INC.'S SUPPLEMENTAL AND AMENDED LIST OF DEFENSES AND MOTIONS TO BE PRESERVED

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant Thor California, Inc. ("Thor California") submits the following supplemental and *amended* list of defenses and motions to be preserved in the following underlying actions:

1. **Stephanie Pujol v. U.S., Suit No. 08-3217 (E.D. La)**

In response to the amended complaint filed in this action, Thor California adopts and incorporates herein its previously filed list of defenses and motions. See Rec. Doc. No. 257.

                          Respectfully submitted,

                          *s/Ryan E. Johnson*
                          _____
                          James C. Percy (La. Bar No. 10413)
                          Ryan E. Johnson (La. Bar No. 26352)
                          Jones, Walker, Waechter, Poitevent,
                            Carrère & Denègre, L.L.P.
                          8555 United Plaza Blvd., 5th floor
                          Building Four
                          Baton Rouge, LA  70809
                          Telephone: (225) 248-2000
                          Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant Thor California, Inc.*


## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 31st day of October, 2008.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson