UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(4) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO: | * | |
| *Stephanie G. Pujol, et al v. The United* | * | MAGISTRATE JUDGE: ROBY |
| *States of America, et al,* NO. 08-3217 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RULE 12(B) PRESERVATION LISTING
FILED ON BEHALF OF TL INDUSTRIES, INC., REGARDING
PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, TL Industries, Inc., who, pursuant to Pretrial Order No. 4(4), respectfully adopts its previously filed Rule 12(b) Preservation Listing Filed on Behalf of TL Industries, Inc. (Rec. 570), in the underlying suit of *Stephanie G. Pujol, et al v. The United States of America, et al,* No. 08-3217, as a Preservation Listing to the *Pujol* matter as amended by Plaintiffs' Second Supplemental and Amended Complaint (Rec. 721). Furthermore, Defendant hereby adopts and incorporates all filings of applicable items listed in the preservation lists of similarly situated co-defendants in the Multi-District Litigation 07-01873 in all of the underlying cases, and all applicable Rule 12 Motions filed by similarly situated co-defendants in the MDL and underlying cases, as if copied herein *in extenso*. In particular, Defendant incorporates the defenses raised in Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Doc. 210) and supporting memorandum.

Defendant's listing is limited to only the *Pujol* matter, and Defendant reserves its right to assert any other allowable preliminary pleadings, dispositive motions or affirmative defenses in this case or in any other case in which it is subsequently named and properly served.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
GARRISON, YOUNT,
FORTE & MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
TL Industries, Inc.
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436