UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION<br><br>VERSUS<br><br>THIS APPLIES TO:<br>*PUJOL, No. 08-3217* | * MDL NO. 1873<br>*<br>*<br>* SECTION: "N-4"<br>*<br>* JUDGE ENGLEHARDT<br>*<br>*<br>* MAGISTRATE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### HORTON HOMES, INC.'S SUPPLEMENTAL AND AMENDED LIST OF DEFENSES AND MOTIONS TO BE PRESERVED

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), defendant, Horton Homes, Inc. ("Horton Homes"), submits the following supplemental and *amended* list of defenses and motions to be preserved in the following underlying actions:

1. **Stephanie Pujol v. U.S., Suit No. 08-317 (E.D. La)**

In response to the amended complaint filed in this action, Horton Homes adopts and incorporates herein its previously filed list of defenses and motions. See Rec. Docs. 210 and 256.

Respectfully submitted,

LABORDE & NEUNER

s/Ben L. Mayeaux
BEN L. MAYEAUX #19042
CLIFFE E. LABORDE III #8062
GREGORY A. KOURY #26364
One Petroleum Center, Suite 200
1001 West Pinhook Road
Lafayette, Louisiana 70503
TELEPHONE:        (337) 237-7000
FACSIMILE:         (337) 233-9450
Attorneys for Horton Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2008, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/Ben L. Mayeaux

-2-