**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| **IN RE:  FEMA TRAILER** | ) | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCT** | ) | |
| **LIABILITY LITIGATION** | ) | **SECTION "N-4"** |
| | ) | |
| | ) | **JUDGE ENGELHARDT** |
| | ) | |
| **THIS DOCUMENT IS RELATED TO** | ) | **MAG. JUDGE CHASEZ** |
| **THE ADMINISTRATIVE MASTER** | ) | |
| **COMPLAINT AND ALL CASES** | ) | |

**CONSENT MOTION FOR LEAVE TO CONDUCT THE DEPOSITIONS OF**
**NEWLY ADDED DEFENDANTS' PUTATIVE CLASS REPRESENTATIVES**

Newly Added Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., SunRay Investments, LLC, Horton Homes, Inc., ScotBilt Homes, Inc., Cavalier Home Builder's LLC, Champion Home Builders Co. & Dutch Housing, Inc., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., and Redman Homes, Inc., f/k/a Dutch Housing, Inc. (collectively the "Newly Added Defendants") and hereby move, with the express consent of all parties, this Honorable Court for an order allowing the Newly Added Defendants to depose each of their putatively "matched" class representatives by November 13, 2008.

1.      The Newly Added Defendants were dismissed from this action by this Court's August 1, 2008 Order (Rec. Doc. 599).

2.      On August 18, 2008, the PSC filed a Motion for Leave to File Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. Doc. 657).

01708317.1

3.      Under Pretrial Order No. 17 (Rec. Doc. 700) the parties agreed to defer the scheduling of the depositions of the Newly Added Defendants' putatively "matched" class representatives until after the Court ruled on the PSC's Motion for Leave to File Second Supplemental and Amended Master Complaint.

4.      On October 6, 2008, this Court granted the PSC's Motion for Leave to File Plaintiffs' Second Supplemental and Amended Complaint (Pacer Doc. 720).[1]

5.      As a result, the Newly Added Defendants, with all parties' consent but without waiver of their challenge to the subject matter jurisdiction of this Court, respectfully request that they be allowed to depose the sixteen (16) putative class representatives whose depositions were deferred pending this Court's ruling on the PSC's Motion for Leave to File Plaintiffs' Second Supplemental and Amended Complaint.

6.      The parties have agreed that these depositions should occur on or before November 13, 2008.

7.      While Newly Added Defendants maintain that the putatively "matched" class representatives do not have standing to bring suit, Newly Added Defendants are required by the Court's current scheduling order to depose these persons prior to the filing of their opposition to PSC's Motion for Class Certification which is currently due on November 14, 2008.   The depositions must be completed to establish evidence to challenge the adequacy and typicality of the putatively "matched" plaintiffs.   Accordingly, Newly Added Defendants respectfully request that these depositions be allowed without prejudice to their continuing objections to putatively "matched" plaintiffs' standing.

---

[1]   Newly Added Defendants are respectfully seeking reconsideration of this Order by their recently filed Motion to Reconsider Or, in the Alternative, To Certify for Interlocutory Appeal (Rec. Doc. 749).

01708317.1

8.      Manufacturing Defendants Liaison Counsel, Plaintiffs Steering Committee and the United States of America all expressly consent to the Court granting the relief sought.

9.      A proposed Order granting this relief is attached hereto as Exhibit A.

WHEREFORE, New Defendants respectfully request that this Court grant their Consent Motion to for Leave to Conduct the Depositions of Newly Added Defendants' Putative Class Representatives.

Respectfully submitted,


/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for New Defendants


**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

3

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.


*/s/ James K. Carroll*
Of Counsel

01708317.1