UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                              MDL NO. 07-1873
          FORMALDEHYDE PRODUCT
          LIABILITY LITIGATION                                    SECTION "N" (4)


THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Consent Motion for Leave to Conduct Depositions of Newly Added Defendants' Putative Class Representatives** is **GRANTED**.  In accordance with that motion, the depositions set forth therein will take place on or before November 13, 2007.

New Orleans, Louisiana, this ___ day of November, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

01708743.1