UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER FORMALDEHYDE                MDL No. 1873
PRODUCTS LIABILITY LITIGATION

                                                 SECTION N(4)

                                                 JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:                     MAGISTRATE ROBY

*The Administrative Master Complaint and*

*Pujol v. The United States of America,*
*No. 08-3217*

---

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of

Morgan's Rule 12(b)(1) Motion to Dismiss Class Claims and Rule 12(b)(6) Motion to Dismiss

Patricia A. Burr's Individual Claims (R. Docs 721 and 722);

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed as

of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2008.


                              _____
                              KURT D. ENGELHARDT
                              UNITED STATES DISTRICT JUDGE