

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | | |
|---|---|---|
| BARRY BABIN and WENDY BABIN, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. MDL 07-1873 |
| Cavalier Home Builders, LLC, ET AL | ) | 08-4629 |
| Defendant | ) | |

**Summons in a Civil Action**

SECT. N MAG. 4

To: FOREST RIVER, INC.
Through its Agent for Service of Process:
J. RICHARD RANSEL
228 WEST HIGH STREET
ELKHART, IN  46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA  70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: OCT 1 0 2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Forest River, Inc., by:

  (1) personally delivering a copy of each to the individual at this place, _____ ; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

  (4) returning the summons unexecuted to the court clerk on _____ ; or

  (5) other (specify) Certified Mail Art # 7007 1490 0000 5218 1946, mailed on 10/15/08 to Registered Agent, J. Richard Ransel, signed for by Elle Hisey on 10/20/08.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 11-4-08

Server's signature

Jonathan B. Andry
Printed name and title

610 Baronne Street New Orleans, LA 70113
Server's address