**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

EASTERN     District of     LOUISIANA

| | | |
|---|---|---|
| BARRY BABIN and WENDY BABIN, ET AL | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Cavalier Home Builders, LLC, ET AL | ) | |
| Defendant | ) | |

*MDL 07-1873*

*08 - 4629*

**Summons in a Civil Action**

To:   STARCRAFT RV, INC.
      Through its Agent for Service of Process:
      GLENN E. KILLOREN
      121 W FRANKLIN ST STE 200
      ELKHART , IN  46516

*SECT. N MAG. 4*

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Jonathan B. Andry, The Andry Law Firm
610 Baronne Street, New Orleans, LA  70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date:   OCT 1 0 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

☐ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Starcraft RV, Inc. , by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified Mail Art.# 7007 1490 0000 5218 2028, mailed 10/15/08 to Registered
Agent Glenn E Killoren, signed for by D. Haynes on 10/20/08 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 11-4-08 _____

_____
Server's signature

Jonathan B Andry
Printed name and title

610 Baronne Street, New Orleans, LA 70113
Server's address