**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF UN-MATCHED DEFENDANTS'
MOTION TO RECONSIDER ORDER (REC. DOC. 720) OR,
IN THE ALTERNATIVE, TO CERTIFY FOR INTERLOCUTORY APPEAL**

**MAY IT PLEASE THE COURT:**

Defendants CMH Manufacturing Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albermarle, LLC, Giles Family Holdings, Inc., SunRay Investments, LLC (the "Newly Added Defendants"), Horton Homes, Inc., Silver Creek Homes, Inc., Redman Homes, Inc., Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc., and ScotBilt Homes, Inc. (all moving Defendants are collectively referred to as "Un-Matched Defendants"), respectfully request leave to file the attached Reply Memorandum in Support of their Motion to Reconsider Order (Rec. Doc. 720) or, in the Alternative, to Certify for Interlocutory Appeal (Rec. Doc. 749) ("Motion to Reconsider").

01710561.1

The attached Reply Memorandum addresses the issues raised in the PSC's Opposition to the Motion to Reconsider (Rec. Doc. 771) ("PSC Opposition Brief"), including the Article III constitutional issues that the PSC Opposition Brief incorporated by reference from earlier briefs that Plaintiffs have filed in this litigation (Rec. Docs. 656-2 and 657-2) totaling forty pages.

Accordingly, the Un-Matched Defendants respectfully request leave to file the attached Reply Memorandum in Support of their Motion to Reconsider. Counsel for plaintiffs has been contacted and has no opposition to the granting of the instant motion. The Un-Matched Defendants' Motion to Reconsider is currently scheduled for November 5, 2008.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- And-

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

                                                    __/s/Ben L. Mayeaux_____
                                                    Ben L. Mayeaux (#19042)
                                                    One of the Attorneys for Horton Homes, Inc

**OF COUNSEL:**

Gregory A. Koury (#26364)
LABORDE AND NEUNER
1001 West Pinhook, Suite 200
Lafayette, Louisiana 70503
Telephone: 337-237-7000
Fax: (337-233-9450

                                                 __*/s/ Thomas C. "Chris" Pennebaker*_
                                                 Thomas C. "Chris" Pennebaker, (#24597)
                                                 One of the Attorneys for ScotBilt Homes, Inc.

**OF COUNSEL:**

Nielsen Law Firm, LLC
3838 North Causeway Blvd., Suite 2850
Metairie, LA 70002
Phone: (504) 837-2500
Fax: (504) 832-9165
email: tpennebaker@nielsenlawfirm.com


                                                 */s/ Lamont P. Domingue*
                                                 Lamont P. Domingue - #20787

**OF COUNSEL:**

VOORHIES & LABBÉ
(A Professional Law Corporation)
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
Fax: (337) 235-4943
E-Mail:  LPD@volalaw.com

01710561.1                                       3

## CERTIFICATE OF SERVICE

      I hereby certify that on the 4th of November, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                */s/ James K. Carroll*
                                Of Counsel