UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| ALL CASES | ) | |

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF
NEWLY ADDED DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come Defendants Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and SunRay Investments, LLC (collectively hereinafter referred to as the "Newly Added Defendants") and move this Honorable Court for leave to file the attached Reply Memorandum in Support of their Motion to Dismiss Plaintiffs' Second Supplemental and Amended Complaint (Rec. Doc. 747).  The attached Reply Memorandum addresses the issues raised in PSC's Opposition Memorandum  (Rec. Doc. 769), including the Article III constitutional issues that the PSC's Opposition Memorandum incorporated by reference from earlier briefs that Plaintiffs have filed in this litigation (Rec. Docs. 656-2 and 657-2) totaling forty pages.  Counsel for plaintiffs has been contacted and has no opposition to the granting of the instant motion.

01709521.1

2

RESPECTFULLY SUBMITTED:

   /s/ James K. Carroll
JAMES K. CARROLL, T.A. (#3898)
One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01709521.1                               2

## CERTIFICATE OF SERVICE

    I hereby certify that on this 4th day of November, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                                             */s/ James K. Carroll*