UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF NEWLY ADDED DEFENDANTS' MOTION TO
DISMISS PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

**MAY IT PLEASE THE COURT:**

Defendants Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and SunRay Investments, LLC (collectively hereinafter referred to as "Newly Added Defendants") respectfully request leave to file the attached Reply Memorandum in Support of the Newly Added Defendants' Motion to Dismiss Plaintiffs' Second Supplemental and Amended Complaint (Rec. Doc. 747).

The attached Reply Memorandum addresses the issues raised in PSC's Opposition Memorandum  (Rec. Doc. 769), including the Article III constitutional issues that the PSC's

01709595.1

Opposition Memorandum incorporated by reference from earlier briefs that Plaintiffs have filed in this litigation (Rec. Docs. 656-2 and 657-2) totaling forty pages.

Accordingly, the Newly Added Defendants respectfully request leave to file the attached Reply Memorandum in Support of their Motion to Dismiss Plaintiffs' Second Supplemental and Amended Complaint.  Counsel for plaintiffs has been contacted and has no opposition to the granting of the instant motion. The Newly Added Defendants' Motion to Dismiss Plaintiffs' Second Supplemental and Amended Complaint is currently scheduled for November 5, 2008.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Newly Added Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- And-

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01709595.1

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 4th of November, 2008 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

*/s/ James K. Carroll*
Of Counsel