UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | ) | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | ) | |
| LIABILITY LITIGATION | ) | SECTION "N-4" |
| | ) | |
| | ) | JUDGE ENGELHARDT |
| | ) | |
| THIS DOCUMENT IS RELATED TO | ) | MAG. JUDGE ROBY |
| THE ADMINISTRATIVE MASTER | ) | |
| COMPLAINT | ) | |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Newly Added Defendants' Motion to Dismiss Plaintiffs' Second Supplemental and Amended Complaint and Memorandum in support thereof;

**IT IS ORDERED** that Defendants, Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and SunRay Investments, LLC, be and hereby are granted leave to file their Reply Memorandum in Support of their Motion to Dismiss Plaintiffs' Second Supplemental and Amended Complaint.

New Orleans, Louisiana, this ___ day of November, 2008.

_____
HONORABLE JUDGE KURT D. ENGELHARDT

01709626.1