UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE ROBY |

*The Administrative Master Complaint and*

*Pujol v. The United States of America,*
*No. 08-3217*

---

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MORGAN'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF CLASS ACTION CLAIMS (R. Doc. 745)

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan) hereby move this Court for leave to file the attached reply memorandum in support of its Motion *In Limine* to Exclude Evidence of Class Action Claims, in order to specifically address arguments and issues raised for the first time by plaintiffs in their opposition to Morgan's motion. The reply memorandum will assist the Court in resolving the pending issues.

Wherefore, Morgan respectfully requests that the Court allow the filing of the attached reply memorandum.

Respectfully Submitted:

**McGlinchey Stafford, PLLC**

*s/ Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA 70825
Telephone: (225) 383-9000

clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com
astout@mcglinchey.com

*Attorneys for Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc.*

### CERTIFICATE OF SERVICE

I certify that, on November 4, 2008, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/ Christine Lipsey*
Christine Lipsey

311375.1