UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873<br><br>SECTION N(4)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE ROBY |

*The Administrative Master Complaint and*

*Pujol v. The United States of America*,
*No. 08-3217*

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Morgan's Motion *In Limine* to Exclude Evidence of Class Action Claims;

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE