UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-4" |
| | * * | |
| | * | JUDGE ENGELHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * * | MAG. JUDGE ROBY |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# PRETRIAL ORDER NO. 20

The Motion for Entry of Pretrial Order No. 20 is unopposed and it is **GRANTED**. Accordingly, **IT IS ORDERED** that the Court now adopts the following revision pertinent to the below-specified paragraph of Pretrial Order No. 17:

3. **November 10, 2008:** Deadline for filing of Defendants' *Daubert* challenges to Plaintiffs' experts.

4. **November 24, 2008:** Deadline for filing of Plaintiffs' response to Defendants' *Daubert* challenges.

NEW ORLEANS, LOUISIANA, this 4th day of November, 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

-1-