UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(4) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE ROBY |

*The Administrative Master Complaint and*

*Pujol v. The United States of America,*
*No. 08-3217*

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Morgan's Rule 12(b)(1) Motion to Dismiss Class Claims and Rule 12(b)(6) Motion to Dismiss Patricia A. Burr's Individual Claims (R. Docs 721 and 722);

IT IS ORDERED that leave is granted, and Morgan's reply memorandum is deemed filed as of the date of entry of this Order.

New Orleans, Louisiana, this 4th day of November, 2008.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE