UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 |
| | | SECTION "N-4" |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | | MAG. JUDGE ROBY |

## ORDER

Considering the foregoing Motion for Leave to File Reply Memorandum in Support of Un-Matched Defendants' Motion to Reconsider Order or, in the Alternative, to Certify for Interlocutory Appeal and Memorandum in support thereof;

**IT IS ORDERED** that Un-Matched Defendants, CMH Manufacturing Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albermarle, LLC, Giles Family Holdings, Inc., SunRay Investments, LLC, Horton Homes, Inc., Silver Creek Homes, Inc., Redman Homes, Inc., Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc., and ScotBilt Homes, Inc., be and hereby are granted leave to file their Reply Memorandum in Support of their Motion to Reconsider Order or, in the Alternative, to Certify for Interlocutory Appeal.

New Orleans, Louisiana, this 5th day of November, 2008.

_____
HONORABLE JUDGE KURT D. ENGELHARDT

01710582.1