FILED 08 OCT 30 10:12 USDC-LAE

# LAW OFFICES OF
# JACK W. HARANG, APLC

3500 N. HULLEN STREET
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 456-8658
FAX: (504) 456-8641

Please respond to our
temporary address:
50 ST. EMANUEL STREET
P. O. BOX 1583
MOBILE, ALABAMA 36633
TELEPHONE: (251) 445-6901
FAX: (251) 445-6942
E-Mail: jack@jharang.com

October 29, 2008

**VIA FEDERAL EXPRESS**
United States District Court
For the Eastern District of Louisiana
500 Poydras Street, Rm-C151
New Orleans, LA 70130

      RE:   FEMA Trailer Litigation Class Action Complaint

Dear Clerk:

Enclosed please find the summons forms for the named defendants in the referenced matter. Please sign, seal, and return to me in the postage paid envelope I have provided.

Should you have any questions please do not hesitate to contact me at this office.

Sincerely,

Debbie Moye
Legal Assistant

/dm
Enclosures

___ Fee
✓ Process ab 35 mm
X Dktd
___ CtRmDep
___ Doc. No