UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO
Case No. 08-3217

## ORDER

Based on this Court's November 6, 2008 Order and Reasons (Rec Doc. 842),

which dismissed Plaintiffs' class action claims against Morgan,

**IT IS ORDERED** that **Morgan's Motion in Limine to Exclude Evidence of Class Action Claims (Rec. Doc. 745)** is **GRANTED**.

New Orleans, Louisiana, this 7th day of November, 2008.

                                                 **KURT D. ENGELHARDT**
                                                 **UNITED STATES DISTRICT JUDGE**