MINUTE ENTRY
ENGELHARDT, J.
November 7, 2008

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

   A status conference was conducted on Friday, November 7, 2008, at 9:00 a.m.  Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants.  Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G. Penton, and Linda J. Nelson; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Janice Williams-Jones and Adam Dinnell, counsel for the Government/FEMA.

JS10(0:45)