MINUTE ENTRY
ENGELHARDT, J.
November 7, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                     MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                               SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, November 7, 2008, at 9:45 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating were plaintiff committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G. Penton, and Linda J. Nelson; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Janice Williams-Jones and Adam Dinnell, counsel for the Government/FEMA.

      Also, participating were Thomas W. Thagard III and Lamont P. Domingue, counsel for the "Newly Added Defendants."

JS10(00:20)