UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　　SECTION "N-4"

　　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

　　　　BEFORE ME, the undersigned authority, personally came and appeared:

## GERALD E. MEUNIER

who, after being first duly sworn, did depose and state:

　　　　That he is counsel for plaintiff in the above-captioned matter; that on October 20, 2008 he deposited in the United States Mail, postage prepaid, a certified copy of the summons, Class Action Complaint and Second Supplemental & Amended Complaint in the above matter, properly addressed, to defendant Lexington Homes Through its Agent for Service of Process, John W. Barrett, P.O. Box 987, Lexington, MS 39095, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED before me, this
6 day of November, 2008.

_____
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

[Domestic Return Receipt, PS Form 3811, February 2004]

Article Addressed to:
Lexington Homes
Through its Agent for
Service of Process
John W. Barrett
P.O. Box 987
Lexington, MS 39095

Article Number: 7008 0500 0001 9549 4529

Service Type: Certified Mail
Received by (Printed Name): Lillie Kando
Date of Delivery: 6/23/08