UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:   All Cases | * | |
| | * | |
| | * | MAG: CHASEZ |

## MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF PATRICIA M. WILLIAMS, PH.D., DABT

**NOW INTO COURT**, come the Manufacturing Defendants, who, pursuant to Federal Rule of Evidence 702 and its interpretative jurisprudence, respectfully submit that the expert testimony and opinions of Patricia M. Williams, Ph.D., DABT, that Plaintiffs will seek to offer in support of their Motion for Class Certification, are based upon lack of qualification, unreliable methodology and unscientific methods.  As such, the testimony and opinions should be excluded from the hearing on Plaintiffs' Motion for Class Certification, presently set to commence on December 2, 2008.

**WHEREFORE,** after due proceedings are had and as set forth in the accompanying Memorandum and Exhibits in support, Defendants ask that this Honorable Court enter an Order precluding Patricia M. Williams, Ph.D., DABT, from offering any

expert testimony or opinion at the hearing on and/or in support of Plaintiffs' Motion for Class Certification.

               Respectfully Submitted,

               **DUPLASS, ZWAIN, BOURGEOIS,**
               **PFISTER & WEINSTOCK**

               s/Andrew D. Weinstock
               _____
               **ANDREW D. WEINSTOCK #18495)**
               **JOSEPH G. GLASS (#25397)**
               3838 N. Causeway Blvd., Suite 2900
               Metairie, Louisiana  70002
               Telephone: (504) 832-3700
               Facsimile: (504) 837-3119
               *DEFENSE LIAISON COUNSEL*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( ) Hand Delivery      ( ) Prepaid U.S. Mail

( ) Facsimile        ( ) Federal Express

(X) CM/ECF

Metairie, Louisiana this 10th day of  November, 2008.

          s/Andrew D. Weinstock
       _____
       ANDREW D. WEINSTOCK #18495