exposure-response relationship for leukemia (*p* trend = 0.004) and, to a lesser extent, for Hodgkin disease (*p* trend = 0.04). The relationship was stronger for myeloid leukemia (p trend = 0.009) than for the other histological subtypes of leukemia. The relative risk for the highest category of peak exposure (≥ 4.0 ppm) was 2.46 (29 deaths; 95% CI, 1.31-4.62), for all leukemia and 3.46 (14 deaths; 95% CI, 1.27-9.43) for myeloid leukemia. Based on eight cases, a significant excess mortality from nasopharyngeal cancer was observed among formaldehyde-exposed workers in comparison with the national population (SMR, 2.10; 95% CI, 1.05-4.21). A highly statistically significant (*p* trend < 0.001) exposure-response relationship was observed between peak exposure to formaldehyde and risk for nasopharyngeal cancer in the Poisson regression analysis. (IARC, 2004)

Other studies document positive findings for increased risk of nasopharyngeal cancer. Overall, the Working Group concluded that the results of the study of industrial workers in the USA, supported by the largely positive findings from other studies provided sufficient epidemiological evidence that formaldehyde (FA) causes nasopharyngeal cancer in humans. (IARC, 2004)

| | | |
|---|---|---|
| Hauptmann, 2003, 2004 | Nasopharynx  SMR 2.10 (95% CI, 1.05-4.21) | FA |
| | Leukemia   RR 2.46 (95% CI, 1.31-4.62) | |
| | Myeloid leukemia RR 3.46 (95% CI, 1.27-9.43) | |
| Stellman, et al., 1998 | Lymphohematopoietic SMR 3.44 (1.11-10.68) | FA + wood |
| | Leukemia    SMR 5.79 (1.44-23.25) | FA + wood |
| Ott, et al., 1989 | Non-Hodgkins Lymphoma  OR 2.0 (95% CL) | |
| | Non-Lymphocytic leukemia   OR 2.6 (95% CL) | |
| | Lymphocytic Leukemia    OR 2.6 (95% CL) | |

## 5.22 Studies of Cancer in professionals exposed to formaldehyde (IARC, 2004)

Excess mortality from leukemia has been observed relatively consistently in six of seven studies of professional workers (i.e. embalmers, funeral parlor workers, pathologists, and anatomists). The excess incidence of leukemia seen in several studies appeared to be predominantly of a myeloid type. This is in addition to the statistically significant exposure-response relationship observed between peak exposures to formaldehyde and mortality from leukemia in the study of industrial workers in the USA. This relationship was found to be particularly strong for myeloid leukemia in the industrial workers of the USA as well as the study of anatomists, several studies of embalmers, and the study of garment workers. The excess was also stronger among workers who had a long duration of exposure and long follow-up, and who had been employed early in the study period when exposures to formaldehyde were believed to be highest. (IARC, 2004)

Examples of the excess risk for cancer in cohort studies of professionals exposed to formaldehyde as published in IARC, 2004 are as follows:

Stroup, et al., 1986     Chronic Myeloid Leukemia  SMR 8.8 (95% CI, 1.8-25.5)
                         Brain and CNS    SMR 2.7 (95% CI, 1.3-5.0)
Walrath & Fraumeni, 1983 Buccal cavity/pharynx  PMR 2.01
                         Brain and CNS    PMR 2.34  p < 0.05
Hayes, et al., 1990      Lymphohaematopoietic SMR 2.41 (95% CI, 1.35-3.97)
                         Other and unspecified leukemia SMR 2.08 (95% CI, 1.21-3.34)
                                          SMR 4.92 (95% CI, 1.01-14.36)

Examples of the excess risk for cancer in case-control studies of cancers of the nasal cavity, paranasal sinuses, nasopharynx, and hypopharynx and exposure to formaldehyde as published in IARC, 2004 are as follows:

Obsen, et al., 1984  Sinonasal cancer
    RR 2.8 (95% CI, 1.8-4.3) ever exposed
    RR 3.5 (95% CI, 2.2-5.6) ever exposed; also exposed to wood dust
    RR 3.1 (95% CI, 1.8-5.4) exposure for > 10 yrs
    RR 4.1 (95% CI, 2.3-7.3) exposure for > 10 yrs; also exposed to wood dust

Hayes, et al., 1986  Nasal cavity and accessory sinuses
    RR 2.5 (95% CI, 1.5-4.3)
    RR 3.0 (95% CI, 1.2-7.8) squamous-cell carcinoma only

Vaughn, et al., 1986  Nasal cavity and pharynx (mobile homes)
    RR 2.1 (95% CI, 0.7-6.6) 1-9 years
    RR 5.5 (95% CI, 1.6-19.4) ≥ 10 years

Luce, et al., 1993   Nasal cavity and parasinuses
    RR 5.33 (95% CI, 1.28-22.20)
    RR 6.86 (95% CI, 1.69-27.80)

West, et al., 1993  Nasopharynx
    RR 2.7 (95% CI, 1.1-6.6) occupation < 15 years
    RR 2.7 (95% CI, 1.1-6.6) age < 25 years at first exposure
    RR 2.9 (95% CI, 1.1-7.6) first exposure ≥ 25 years before diagnosis

Vaughn, et al., 2000  Nasopharyngeal carcinoma
    RR 3.0 (95% CI, 1.3-6.6) cumulative exposure > 1.10 ppm-years

Linos, et al., 1990   Acute Myeloid Leukemia  RR 6.7 significantly elevated
                      Follicular Non-Hodgkins Lymphoma  RR 6.7 significantly elevated

**Section 6.0  Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes—Centers for Disease Control and Prevention, July 2, 2008**

On August 28 and 29, 2005, Hurricane Katrina (Category 4) made landfall between New Orleans, Louisiana and Mobile, Alabama. Shortly thereafter on September 24, 2008 Hurricane Rita (Category 3) made landfall along the Texas-Louisiana border. Severe damage resulted to the homes of many families necessitating the provision of temporary housing by the Federal Emergency Management Agency (FEMA) to residents along the Gulf Coast. (CDC Report, July 2, 2008)

From December 21, 2007 to January 23, 2008, the Centers for Disease Control and Prevention assessed levels of formaldehyde in indoor air of a random sample (519) of occupied FEMA-supplied trailers. To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity. Investigators conducted a walk-through survey to observe the exterior and interior of the trailer, and administered a short questionnaire to adult residents about occupant demographics and trailer characteristics. (CDC Report, July 2, 2008)

The word **"trailers"** in the CDC report refers collectively to travel trailers, park models, and mobile homes. <u>Mobile homes</u> are manufactured homes wider than 8 feet or longer than 40 feet for an area greater than 320 square feet. They are built on permanent chassis, contain plumbing, heating, air-conditioning, and electrical systems. They are designed for use as permanent dwellings. Mobile homes are defined and regulated by the US Department of Housing and Urban Development (HUD). <u>Park models</u> are manufactured homes of 320-400 square feet administrative exempted from HUD formaldehyde standards. Park models may be regulated by transportation authorities and by manufacturer acceptance of a voluntary American National Standards Institute standard applying to their construction. <u>Travel trailers</u> are wheel-mounted trailers designed to provide temporary living quarters during periods of recreation, camping, or travel. Travel trailers generally have size limits, such as 8 feet wide and 40 feet long, for an area less than 320 square feet. Travel trailers generally are considered vehicles rather than structures and are regulated by state transportation authorities rather than by housing authorities. (CDC Report, July 2, 2008)

Formaldehyde in homes is a longstanding issue. Formaldehyde is frequently used in plywood, fiberboard, resins, glues, carpets, and several other construction components. Prior to 1982, urea foam formaldehyde insulation was used in many homes. In the past, pressed wood products often contained urea-formaldehyde resins. Today many pressed wood products are constructed with phenol-formaldehyde products, commonly known as exterior-grade products. (CDC Report, July 2, 2008)

Temperature, relative humidity (RH), ventilation, and age of house also contribute to differences in measured formaldehyde levels. In longitudinal studies, formaldehyde emission rates were nearly constant over the first 8 months after construction, and then

began to decline, suggesting that formaldehyde off-gassing continues for extended periods but decreases with the age of the home. Studies also show that older homes have lower formaldehyde levels than do newer homes. (CDC Report, July 2, 2008)

The geometric mean of formaldehyde level for all trailers sampled was 77 ppb with a range of 3 to 590 ppb. The geometric mean formaldehyde level was 81 ppb for travel trailers, 44 ppb for park models, and 57 ppb for mobile homes. In all three trailer types, some trailers had formaldehyde levels greater than or equal to 100 ppb. Mobile homes and travel trailers each had levels greater than or equal to 300 ppb. The samples were taken during the winter months. Formaldehyde levels during the winter may not represent summer levels. (CDC Report, July 2, 2008)

Survey of occupant activities revealed the use of air conditioning in 71%, heat in 56%, and space heaters in 44% of the trailers. For 34% of trailers, residents reported someone had smoked in the trailer within 2 weeks before the sampling. Eighty-one percent of respondents cooked in their trailers. Pets were present in 25% of trailers, with dogs (20%) most commonly reported. More than 80% of respondents spent greater than eight hours in their trailer each day. (CDC Report, July 2, 2008)

Occupant activities directly preceding the sampling period included the following:
- within 3 hours before testing, 44% of homes had windows, doors, and scuttles open, and smoking had occurred in 19%.
- in the week before testing, 61% used air fresheners, 24% used candles, and 3 % used glue, paint, or furniture finish.

(CDC Report, July 2, 2008)

Respondents reported roof leaks in 17% of trailers, pipe leaks in 15%, and mold in 21%. Propane gas was the most commonly used fuel for cooking (71% of trailers). Six percent of trailers had at least 1 square foot of mold. (CDC Report, July 2, 2008)

Levels measured in this study are likely to underestimate past levels when trailers were hotter and more humid, and future levels of formaldehyde during summer months. Many of these trailers were greater than two years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes. Thus residents were probably exposed to higher levels of formaldehyde when their trailers were newer. (CDC Report, July 2, 2008)

## Section 7. Completed Exposure Pathways

Actual exposure is effected only if there is a completed exposure pathway. A completed exposure pathway consists of the following five elements: a source of contamination, an environmental medium, a point of exposure, route(s) of exposure, and a receptor population. (LaDou, 1997) Some of the exposure pathways that should be considered include the following:
Inhalation of contaminants in air

20

 Inhalation of contaminants in dust and particles
 Incidental ingestion of contaminants in air
 Incidental ingestion of contaminants in dust and particles
 Dermal absorption from contaminated air
 Dermal absorption from contaminated dust and particles

## Section 8. Sensitive Populations

### 8.1 Children

 There is considerable variability in responses of humans to xenobiotics. The potential sensitivity of infants and children to chemicals was brought to the public's attention by a National Academy of Sciences report (NAS, 1993). The ensuing Executive Order 13045, in 1997, directed all federal agencies to make protection of children a high priority and to consider risks to children when making policies and setting standards. (Casarett & Doull's, 2001)

 Animal studies reveal that immature animals are more sensitive to some but not all chemicals. The younger and more immature the subject, the more different is its response from that of an adult. Substantial anatomical, physiologic, and biochemical changes occur during infancy, childhood, and puberty. There may be developmental periods, or "windows of vulnerability" when the endocrine, reproductive, immune, audiovisual, nervous, and other organ systems are particularly sensitive to certain chemicals. Maturational changes may also substantially affect the kinetics and ensuing toxicity of toxic agents. (Casarett & Doull's, 2001)

 Despite a virtual "data vacuum", logical assumptions can be made about age-dependent changes in the kinetics and toxicity of xenobiotics. GI absorption of solvents would not be expected to vary with age, since most solvents are rapidly and completely absorbed by passive diffusion. Systemic absorption if inhaled VOCs may be greater in infants and children than in adults. Infants' and children's cardiac output and respiratory rates are relatively high, although their alveolar surface area is lower than that of adults. Reduced plasma protein binding capacity in neonates and infants may be of consequence for solvent metabolites. Extracellular water, expressed as percentage of body weight, is highest in newborns and gradually diminishes through childhood. Body fat content is high from about 6 months to 3 years of age, then steadily decreases until adolescence, when it increases again in females. Lipophilic solvents accumulate in adipose tissue, so more body fat would result in greater body burdens and slower clearance of the chemicals. (Casarett & Doull's, 2001)

 Changes in xenobiotic metabolism during maturation may have the greatest impact on susceptibility to solvent toxicity and carcinogenicity. Poisonings of premature and term newborns exposed to xenobiotics are primarily attributable to initial deficits in metabolic conjugation capacity. Studies of human liver reveal that P450 isoforms are age-dependent and develop asynchronously, possibly by different mechanisms. Systemic

clearance of many drugs is higher in children than in adults. It is generally believed that P450 activities are higher in infants and children than in adults. It should be recognized that increased metabolic activation with production of reactive intermediates does not necessarily mean increased toxicity in children. More rapid detoxification and elimination of these reactive intermediates may occur with some xenobiotics. Increased rates of metabolism, urinary excretion of metabolites, and exhalation by children should hasten elimination and reduce body burdens of some solvent xenobiotics. (Casarett & Doull's, 2001)

The net effect of immaturity on solvent disposition and toxicity is difficult to predict. An age-related change in one parameter may be offset or augmented by concurrent changes in other parameters. Susceptibility of immature subjects may be age-, organ-, chemical-, and species-dependent. (Casarett & Doull's, 2001)

There are large individual differences in responses to formaldehyde exposure in the normal population and between hyperreactive and sensitized people. (WHO, 1989) Children differ from adults anatomically and physiologically. The unique physiology and behavior of children can influence the extent of their exposures and their susceptibility to hazardous chemicals. Depending on the chemical, children may be more or less susceptible than adults to health effects, and the effects may vary with developmental age. Vulnerability often depends on developmental stage, with critical periods of structural and functional development during both prenatal and postnatal life. (ATSDR, 1999) Critical times for chemical exposure from environmental estrogens exist during puberty with its hormonal influences. (Parmigiani et al, 1998) Damage may not be evident until a later stage of development. (ATSDR, 1999)

Xenobiotic metabolism may differ in a child from that of an adult. Absorption may be different in neonates because of the immaturity of their gastrointestinal tract and their larger skin surface area in proportion to body weight. Distribution of xenobiotics may be different because, for example, infants have proportionally more extracellular water in their bodies, and their brains and livers are proportionately larger. Infants also have an immature blood-brain barrier, blood-testis barrier, and liver. Many xenobiotic metabolizing enzymes have distinctive developmental patterns and levels may vary with the stage of growth. Whether differences in xenobiotic metabolism make the child more or less susceptible also depends on whether the relevant enzymes are involved in activation of the parent compound to its toxic form or in detoxification. There may also be differences in excretion, particularly in the newborn who has a low glomerular filtration rate and has not developed efficient tubular secretion or resorption capacities. Children and adults may differ in their capacity to repair damage from chemical insults. Children also have a longer lifetime in which to express damage from chemicals, particularly in regards to cancer. Infants breath more air per kilogram of body weight than adults, however, their alveoli are less well developed with a disproportionately smaller surface area for absorption. (ATSDR, 1999)

The same type of effects that occur in adults are expected to occur in children. Damage in portal-of-entry tissues at exposure levels that exceed tissue detoxification

mechanisms and symptoms of eye, nose, and throat irritation from airborne exposure to formaldehyde are expected to occur. Studies provide suggestive evidence that children may be more sensitive than adults to the irritant properties of airborne formaldehyde. (Krzyanowski et al, 1990; Wantke et al, 1996)

Children have different behavioral and lifestyle patterns that influence their susceptibility to hazardous exposures. Children drink more fluids, eat more food, and breathe more air per kilogram of body weight, and have a larger skin surface in proportion to their body volume. A child's diet often differs from that of adults. Children crawl on the floor and put things in their mouths. They may also ingest inappropriate things such as soil or paint chips. They may spend more time outdoors. Children are closer to the ground and may not have the judgment of adults to avoid hazards. Young children may spend a significant amount of time indoors (ATSDR, 1999)

Small children have mouthing habits that place products that may contain hazardous chemicals in their mouth, on their skin, or into their respiratory tract from sniffing. Small children may spend increased time on the flooring and carpeting. New carpeting or wood flooring materials with formaldehyde resins or coatings will release formaldehyde. Older carpets have been found to be a sink for formaldehyde if there are other indoor sources. Infants may be exposed to formaldehyde while crawling on carpets or sitting or playing on indoor carpeting. (ATSDR, 1999)

Children that live in mobile homes may be exposed to higher levels of formaldehyde compared to those that live in conventional homes because mobile homes have lower air exchange rates. Children that live in households that have a cigarette, cigar, or pipe smoker will also be exposed to higher levels of formaldehyde due to its presence in side stream smoke. (ATSDR, 1999)

## 8.2 The Elderly

A number of factors would appear to be involved in differential sensitivities of the elderly to xenobiotics. With aging, body fat usually increases substantially at the expense of lean mass and body water. Relatively polar solvents tend to reach higher blood levels during exposures. Relatively lipid-soluble solvents accumulate in adipose tissue and are released slowly to sites of action, metabolism, and elimination. Cardiac output diminishes 30 to 40 percent between the ages of 25 and 65, as do renal and hepatic blood flows. Researchers concluded that reduced clearance of flow- and capacity-limited drugs in the elderly was due primarily to reductions in liver blood flow and liver size. A relationship between aging and P450 activities and content in the human liver has not been found. It has been determined that reduced urinary elimination of benzene metabolites in animal experimentation was due to decreased renal blood flow rather than altered formation of metabolites. (Casarett & Doull's, 2001)

The elderly, like infants and children, may be more or less sensitive to the toxicity of solvents than young adults. Data are lacking on age-dependent susceptibility of humans to solvents and other industrial chemicals. Older people appear to be more sensitive to

CNS-depressant effects of ethanol, due in part to lower gastric alcohol dehydrogenase activity. Experiments have shown that aged rodents are more vulnerable to hepatocellular injury by some solvents. Rinkans, et al., 1999, have suggested that the greater liver damage could be due to increased inflammatory damage, due to age-related dysregulation of cytokines. Other major sources of variability and complexity in responses of geriatric populations to solvents include toxicodynamic changes, inadequate nutrition, the prevalence of disease states, and the concurrent use of multiple medications. (Casarett & Doull's, 2001)

Chen and Yu, 1996, performed animal studies that determined aging and dietary restriction reduce Aldehyde Dehydrogenase activities needed for the biotransformation and elimination of aldehydes. Davydov and Fomina, 2006, demonstrated that changes in activities of aldehyde dehydrogenase and aldehyde reductase in the liver after immobilization stress depended on animal age.

Apoptosis in tissues is induced by different kind of signals including endogenous aldehydes. In the cell, aldehydes can be metabolized by various isoforms of aldehyde dehydrogenase, aldehyde reductase, and glutathione-S-transferase. There is evidence suggesting that the catalytic properties of these enzymes change during ontogenesis, and that aging is accompanied by their reduced activities. These functional changes may contribute substantially to the alteration in the organism sensitivity to damaging action of stress factors during aging, to age-related modulation of the action of endogenous aldehydes as a signal for apoptosis, and finally to the origin of disease associated with aging. (Davydov, et al., 2004)

### Section 9. Symptoms of 1,516 plaintiffs

A data-base of self-reported symptoms and diseases of 1,516 plaintiffs was examined for commonality and numerosity in the plaintiff population and typicality of the self-reported symptoms and diseases in association with the scientifically documented health effects of Formaldehyde as published in the scientific literature. The potential for completed exposure pathways and the temporality was examined for potential general causation purposes. An observational snapshot in time of the 1,516 plaintiffs (cross-sectional study) was performed using this data and interpreted in relation to the established formaldehyde concentrations reported by the Center for Disease Control to be present in the environment of a sample of the plaintiffs (n = 519). The completed exposure pathways by the inhalation route and temporality were documented on the plaintiff fact sheet forms in evidence to date (preparation date of this report).

A cross-sectional survey was performed using <u>all</u> plaintiff fact sheets completed during the time period of approximately February 26, 2008 to August 20, 2008. This observational data was compiled to describe and identify symptoms and diseases experienced during residence in FEMA trailers post-Katrina (through August 20, 2008). This provides a profile or a snapshot in time of the community at a given time period. The commonality and numerosity is presented as follows:

## 9.1 Examination of self-reported specific clinical symptoms by individuals:

Plaintiff Fact Sheets requested that symptoms experienced or reported to a physician during the time that a plaintiff lived in his/her FEMA trailer be recorded. Below is a computer-generated compilation of the symptom data entered at the time of preparation of this report (8/20/08). Symptoms are compared to the formaldehyde (FA) exposures reported in the scientific literature and associated with specific symptoms. These scientifically documented exposure levels for symptoms are compared to the concentration range as determined by direct analysis of air concentrations for formaldehyde measured in a cross-sectional study of a sample population (n = 519) performed by the Centers for Disease Control and Prevention and reported in a Final Report on July 2, 2008.

Chart A includes symptoms for all plaintiff fact sheets (n = 1,516) recorded to date (August 20, 2008; 2:44 pm). Chart B includes symptoms for all plaintiff fact sheets in Chart A after exclusion of all plaintiffs reporting smokers inside the trailer and those reporting mold or mildew in the trailer (n = 1,323). Chart C includes symptoms for all plaintiffs fact sheets after exclusion of all plaintiffs reporting only smokers inside the trailer (n = 1,359) or after exclusion of all plaintiffs reporting only mold and/or mildew (n = 1,474). Exclusions include all residents of a trailer that has one or more smokers residing in trailer. Exclusions include all residents of a trailer reporting mold and/or mildew in the trailer.

## Chart A: Plaintiff Fact Sheets – total 1,516 plaintiffs

Concentration Range in 519 FEMA trailers = 3 ppb – 590 ppb

| Symptom | Percent of 1,516 plaintiffs | FA exposure symptom range |
|---|---|---|
| irritation to eyes | 72.0 % | 8 ppb – 1.5 ppm (1,500 ppb) |
| burning of eyes | 67.1 % | |
| tearing of eyes | 64.2 % | 400 ppb |
| irritation to nasal membranes (inside of nose) | 58.0 % | |
| burning of nasal membranes (inside of nose) | 48.5 % | |
| bleeding of nasal membranes (inside of nose) | 28.0 % | |
| irritation of itching of skin | 50.3 % | |
| burning of skin | 23.1 % | |
| rashes of skin | 42.9 % | |
| drying or scaling of skin | 39.7 % | |
| scaling or itching of eyelids | 28.3 % | |
| irritation or swelling of eyelids or eye area | 30.3 % | |
| tingling or swelling of lips or face area | 16.8 % | |
| headaches | 79.9 % | 20 ppb – 4.15 ppm (4,150 ppb) |
| nausea | 61.4 % | 20 ppb – 4.15 ppm (4,150 ppb) |
| vomiting | 32.3 % | 20 ppb – 4.15 ppm (4,150 ppb) |

25

| Symptom | Percent | FA exposure symptom range |
|---|---|---|
| bloody vomiting | 5.1 % | |
| abdominal pain | 34.4 % | |
| diarrhea | 42.9 % | 20 ppb — 4.15 ppm (4,150 ppb) |
| difficulty in breathing | 54.3 % | |
| wheezing | 52.6 % | 400 ppb — 800 ppb |
| shortness of breath | 59.7 % | 400 ppb — 800 ppb |
| persistent cough | 63.5 % | 400 ppb — 800 ppb |
| tightness of the chest | 42.9 % | 400 ppb — 800 ppb |
| bronchitis | 22.8 % | 4 ppm (4,000 ppb) |
| throat irritation | 49.0 % | 81 ppb — 2.52 ppm (2,520 ppb) |
| hoarseness | 37.1 % | |
| laryngitis | 11.9 % | 4 ppm (4,000 ppb) |
| pneumonia | 6.5 % | |
| upper respiratory tract infections | 29.6 % | |
| pulmonary edema | 4.2 % | |
| asthma attacks first time | 9.8 % | |
| asthma attacks that are recurrence of childhood asthma | 10.4 % | |
| allergies for the first time in your life | 25.1 % | |
| worsening of allergies that you had previous to living in FEMA trailer | 24.3 % | |
| allergic contact dermatitis | 10.1 % | |
| dizziness | 50.3 % | 200 ppb — 1.9 ppm |
| unconsciousness | 4.9 % | |
| convulsions or seizures | 3.0 % | |
| blood in urine | 4.9 % | |
| abnormal liver enzymes | 2.2 % | |
| nephritis (inflammation of kidneys) | 2.9 % | |
| low blood pressure | 6.3 % | |
| hypothermia (low body temperature) | 4.3 % | |
| miscarriage or stillbirth | 0.6 % | |
| abnormal laboratory tests on blood | 6.1 % | |
| abnormal laboratory tests on urine | 5.0 % | |
| Cancer | 2.7 % | |

## Chart B: Plaintiff Fact Sheets — excludes trailers with smokers in trailer and/or mold & mildew (n = 1,323)

Concentration Range in 519 FEMA trailers = 3 ppb — 590 ppb

| Symptom | Percent of 1,323 plaintiffs | FA exposure symptom range |
|---|---|---|
| irritation to eyes | 69.5 % | 8 ppb – 1.5 ppm (1,500 ppb) |
| burning of eyes | 65.5 % | |
| tearing of eyes | 61.7 % | 400 ppb |
| irritation to nasal membranes (inside of nose) | 55.9 % | |
| burning of nasal membranes (inside of nose) | 46.3 % | |
| bleeding of nasal membranes (inside of nose) | 26.8 % | |
| irritation of itching of skin | 48.3 % | |
| burning of skin | 22.6 % | |

26

| Symptom | Percent | Range |
|---|---|---|
| rashes of skin | 41.9 % | |
| drying or scaling of skin | 37.6 % | |
| scaling or itching of eyelids | 26.5 % | |
| irritation or swelling of eyelids or eye area | 29.3 % | |
| tingling or swelling of lips or face area | 16.1 % | |
| headaches | 78.9 % | 20 ppb — 4.15 ppm (4,150 ppb) |
| nausea | 59.8 % | 20 ppb — 4.15 ppm (4,150 ppb) |
| vomiting | 30.8 % | 20 ppb — 4.15 ppm (4,150 ppb) |
| bloody vomiting | 4.8 % | |
| abdominal pain | 32.6 % | |
| diarrhea | 41.2 % | 20 ppb — 4.15 ppm (4,150 ppb) |
| difficulty in breathing | 53.3 % | |
| wheezing | 51.1 % | 400 ppb — 800 ppb |
| shortness of breath | 58.1 % | 400 ppb — 800 ppb |
| persistent cough | 62.1 % | 400 ppb — 800 ppb |
| tightness of the chest | 40.9 % | 400 ppb — 800 ppb |
| bronchitis | 22.6 % | 4 ppm (4,000 ppb) |
| throat irritation | 47.2 % | 81 ppb — 2.52 ppm (2,520 ppb) |
| hoarseness | 36.1 % | |
| laryngitis | 11.6 % | 4 ppm (4,000 ppb) |
| pneumonia | 6.4 % | |
| upper respiratory tract infections | 28.6 % | |
| pulmonary edema | 4.0 % | |
| asthma attacks first time | 10.2 % | |
| asthma attacks that are recurrence of childhood asthma | 9.5 % | |
| allergies for the first time in your life | 24.9 % | |
| worsening of allergies that you had previous to living in FEMA trailer | 22.2 % | |
| allergic contact dermatitis | 9.7 % | |
| dizziness | 48.1 % | 200 ppb — 1.9 ppm |
| unconsciousness | 4.8 % | |
| convulsions or seizures | 3.2 % | |
| blood in urine | 4.5 % | |
| abnormal liver enzymes | 2.3 % | |
| nephritis (inflammation of kidneys) | 3.0 % | |
| low blood pressure | 6.3 % | |
| hypothermia (low body temperature) | 4.3 % | |
| miscarriage or stillbirth | 0.5 % | |
| abnormal laboratory tests on blood | 5.9 % | |
| abnormal laboratory tests on urine | 4.8 % | |
| Cancer | 2.6 % | |

## Chart C: Plaintiff Fact Sheets — excludes trailers with smokers in trailer (n = 1,359) or mold & mildew (n = 1,474)

| Symptom | Exclude trailers with smokers only Percent of 1,359 plaintiffs | Exclude trailers with mold/mildew only Percent of 1,474 plaintiffs |
|---|---|---|
| irritation to eyes | 70.1 % | 71.4 % |
| burning of eyes | 65.9 % | 66.7 % |
| tearing of eyes | 62.3 % | 63.6 % |
| irritation to nasal membranes (inside of nose) | 56.3 % | 57.5 % |
| burning of nasal membranes (inside of nose) | 46.9 % | 47.9 % |
| bleeding of nasal membranes (inside of nose) | 27.4 % | 27.3 % |
| irritation of itching of skin | 48.6 % | 50.0 % |
| burning of skin | 23.0 % | 22.5 % |
| rashes of skin | 42.1 % | 42.6 % |
| drying or scaling of skin | 38.0 % | 39.3 % |
| scaling or itching of eyelids | 26.9 % | 27.9 % |
| irritation or swelling of eyelids or eye area | 29.9 % | 30.0 % |
| tingling or swelling of lips or face area | 16.3 % | 16.6 % |
| headaches | 79.2 % | 79.6 % |
| nausea | 60.0 % | 61.1 % |
| vomiting | 31.0 % | 32.2 % |
| bloody vomiting | 4.9 % | 5.0 % |
| abdominal pain | 33.1 % | 34.0 % |
| diarrhea | 41.3 % | 42.8 % |
| difficulty in breathing | 53.4 % | 54.1 % |
| wheezing | 51.3 % | 52.4 % |
| shortness of breath | 58.4 % | 59.5 % |
| persistent cough | 62.3 % | 63.3 % |
| tightness of the chest | 41.3 % | 42.5 % |
| bronchitis | 22.7 % | 22.7 % |
| throat irritation | 47.3 % | 48.9 % |
| hoarseness | 35.8 % | 37.3 % |
| laryngitis | 11.8 % | 11.7 % |
| pneumonia | 6.4 % | 6.5 % |
| upper respiratory tract infections | 29.1 % | 29.0 % |
| pulmonary edema | 4.0 % | 4.1 % |
| asthma attacks first time | 10.2 % | 9.7 % |
| asthma attacks that are recurrence of childhood asthma | 9.8 % | 10.2 % |
| allergies for the first time in your life | 24.6 % | 25.4 % |
| worsening of allergies that you had previous to living in FEMA trailer | 22.9 % | 23.6 % |
| allergic contact dermatitis | 9.9 % | 9.9 % |
| dizziness | - | 50.0 % |
| unconsciousness | - | 4.8 % |
| convulsions or seizures | - | 3.0 % |
| blood in urine | - | 4.7 % |

| | | |
|---|---|---|
| abnormal liver enzymes | - | 2.2 % |
| nephritis (inflammation of kidneys) | 3.1 % | 2.8 % |
| low blood pressure | 6.3 % | 6.2 % |
| hypothermia (low body temperature) | 4.3 % | 4.3 % |
| miscarriage or stillbirth | 0.4 % | 0.6 % |
| abnormal laboratory tests on blood | 5.9 % | 6.1 % |
| abnormal laboratory tests on urine | 4.9 % | 5.0 % |
| Cancer | 2.7 % | 2.6 % |

### 9.2   ATSDR MINIMUM RISK LEVELS (MRL)

| Inhalation MRLs | CDC FEMA trailer Formaldehyde Concentration |
|---|---|
| **Acute MRL**         = **40 ppb**  (1-14 days) | 3 ppb — 590 ppb |
| **Intermediate MRL** = **30 ppb**  (15 – 364 days) | 3 ppb — 590 ppb |
| **Chronic MRL**       = **8 ppb**  (365 days or longer) | 3 ppb — 590 ppb |

Additional self-reported symptoms and diseases are recorded on the plaintiff fact sheets, but not included in this affidavit. Symptoms as recorded above demonstrate physical evidence of completed exposure pathways, specifically inhalation, dermal, and ingestion pathways of exposure. There are numerous common symptoms that are typical of the health effects reported to be caused by formaldehyde in the scientific body of literature.

### Section 10.0  Medical Intervention for Asthmatic/Respiratory Disease population consisting of Education, Management, and Treatment Programs

Asthmatics and individuals suffering from obstructive respiratory disease are very dependent on the quality of the air that surrounds them. Individuals suffering from exacerbated familial asthma due to formaldehyde exposure are compromised by environmental and socio-economic factors as well as those individuals newly sensitized and suffering asthma from purely environmental factors from the FEMA trailer formaldehyde exposure. It is important to address those medical prevention and intervention factors that could be modified to allow for optimal health maintenance of the asthmatic, as well as those suffering from chronic bronchitis and other obstructive pulmonary disease initiated or exacerbated by the formaldehyde exposure of the FEMA trailers. Educational programs are greatly needed to allow for proper self-medication regimens and lifestyle habits that would allow for maximal health maintenance and minimal detriment to the quality of life of the individual. Such programs would ensure early recognition of asthma symptoms, understanding, identification and avoidance of asthma triggers, appropriate use of aerosol delivery, devices and spacers/holding chambers, use of Peak Flow Rate Monitoring, and self-monitoring and use of an Asthma Action Plan to enhance the quality of life of the asthmatic.

A comprehensive asthma management program with qualified pulmonary-care physicians and appropriate respiratory therapists with asthma-educator certification will be implemented to supplement the standard of care of the asthmatic or otherwise pulmonary-compromised individual. State of the art medical prevention and intervention techniques will be provided to enhance the quality of life of the respiratory-compromised individual and reduce the risk of fatal asthma attacks or chronic demise of the respiratory health of the individual.

Precedent has been set for such a Medical Intervention Program for asthma in Federal Court through a Consent Decree for Asthma Education and Management Program in St. John Parish *US Public Interest, et al. v Bayou Steel Corp.*, Civil Docket Case No. 2:96-cv-00432-MVL (EDLA, 1999)( Judge Mary Ann Lemmon). Funding was awarded to the Occupational Toxicology Outreach Program, Department of Medicine, LSU Health Sciences Center in Shreveport, Director, Patricia M. Williams PhD, to specifically implement such a program. Utilizing the resources of medical personnel, and under the direction of Dr. Patricia M. Williams, project administrator, the consent Decree program was implemented in 1999-2001. During this time period, a St. John Parish Asthma Registry was established with an adult asthma education program in St. John Parish. An asthma camp for children was conducted, and a continuing medical education program for physicians in St. John Parish was instituted. Children and parents of attending campers were monitored for measures of improvement of Quality of Life factors with comparisons of pre- and post-intervention measures. The Quality of Life of patients greatly improved as a direct result of this medical intervention program.

A computerized data-base program was developed and installed in the Emergency Room of River Parishes Hospital for use by emergency room physicians in charting histories of patients with respiratory problems and enabling the charting of critical information to assist emergency room physicians in determining a diagnosis of asthma in patients with chronic respiratory problems. Referrals were then made to the available community pulmonary physicians for appropriate intervention and treatment.

Following the conclusion of this project, the computer data-base, previously developed above was copied for use in the Pulmonary and Critical Care clinics of the Department of Medicine at LSU Health Sciences Center in Shreveport. The asthma education and management component of the previously developed Consent Decree medical intervention program was implemented as a routine component of the standard of patient care in the Pulmonary Care Clinics. A certified Asthma Educator was provided by the Occupational Toxicology Outreach Program Director, Patricia M Williams, PhD, for this project. Medical Intervention included a comprehensive asthma education and management program that allowed patients to identify and chart triggers for asthma attacks, dosage levels of medication, lifestyle activities, and other parameters that influenced the quality of life of an asthmatic. Reduction in hospital and clinic visits and health care costs were the outcome measures of this highly successful medical intervention program. The Quality of Life of patients greatly improved as a direct result of this medical intervention program.

It is proposed that a similar design of an Asthma/Respiratory Disease Education, Management, and Treatment Medical Intervention Program be implemented for FEMA trailer residents with asthma and other chronic pulmonary disease. The targeted population for this Medical Intervention program should focus on susceptible populations with respiratory disease/asthma, such as the children, elderly, and those with pre-existing respiratory problems that were exacerbated by the formaldehyde exposures in the FEMA trailers.

## Section 11.0 References

Ballarin C, Sarto F, Giacomelli L, et al., Micronucleated cells in nasal mucosa of formaldehyde-exposed workers. Mutat Res 280:1-7, 1992.

Boysen M, Zadig E, Digernes V, et al., Nasal mucosa in workers exposed to formaldehyde: a pilot study. Br J Ind Med 47:116-121, 1990.

Casarett & Doull's Toxicology: The Basic Science of Poisons, 6th edition, ed. Curtis D. Klaassen, McGraw-Hill, New York, 2001.

Casset A, Purohit A, Marchand C, Le Calve S, et al., The bronchial response to inhaled formaldehyde. Rev Mal Respir, 23(1 Suppl):3S25-34, Feb 2006.

Chen JJ, Yu BP, Detoxification of reactive aldehydes in mitchondria: effects of age and dietary restriction, Aging (Milano) 8(5):334-340, Oct 1996.

Davydov VV, Fomina EV, Age-related changes in activity of enzymes catalyzing oxidation-reduction of endogenous aldehydes in the liver of rats during immobilization stress. Bull Exp Biol Med, 141(1):17-19, Jan 2006.

Davydov VV, Dobaeva NM, Bozhkiv Ai, Possible role of alteration of aldehyde's scavenger enzymes during aging, Exp Gerontol, 39(1):11-16, Jan 2004.

Edling C, Hellquist H, Odkvist L., Occupational exposure to formaldehyde and histopathological changes in the nasal mucosa. Br J Ind Med 45:761-765, 1988.

Edling C, Odkvist L, Hellquist H, Formaldehyde and the nasal mucosa, Br J Ind Med 42(8):570-571, Aug 1985.

Garrett MH, Hooper MA, Hooper BM, et al., Increased risk of allergy in children due to formaldehyde exposure in homes. 54(4):330-337, Apr 1999.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A, Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries. J Natl Cancer Inst, 95, 1615-1623, 2003.

Hauptmann M, Lubin JH, Stewart PA, Hayes RB, Blair A. Mortality from solid cancers among workers in formaldehyde industries. Am J epidemiol, 159:1117-1130, 2004.

Hayes RB Raatgever JW, de Bruyn A, et al., Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure. Int J Cancer, 37:487-494, 1986.

Hayes RB, Gerin M, Raatgever JW, et al., Wood-related occupations, wood dust exposure, and sinonasal cancer. Am J Epidemiol 124:569-577, 1986.

Hayes RB, Blair A, Stewart PA, Herrick RF, et al., Mortality of US embalmers and funeral directors. Am J Ind Med 18:641-652, 1990.

Holmstrom M, Wihelmsson B, Respiratory symptoms and pathophysiological effects of occupational exposure to formaldehyde and wood dust. Scand J Work Environ Health 14:306-311, 1988.

Holmstrom M, Wilhelmsson B, Hellquist H., Histological changes in the nasal mucosa in rats after long-term exposure to formaldehyde alone and wood dust. Acta Otolaryngol (Stockh) 108:274-283, 1989.

Holmstrom M, Wilhelmsson B, Hellquist H, et al., Histological changes in the nasal mucosa in persons occupationally exposed to formaldehyde alone and in combination with wood dust. Acta Otolaryngol (Stockh) 107:120-129, 1989.

Krzyzanowski M, Quackenboss JJ, Lebowitz M, Chronic Respiratory Effects of Indoor Formaldehyde Exposure, Env Res 52:117-125, 1990.

Linos A, Blair A, Cantor KP, et al., Leukemia and non-Hodgkin's lymphoma among embalmers and funeral directors (Letter to the Editor) J Natl Cancer Inst, 82:66, 1990.

Luce D, Gerin M, et al., Sinonasal cancer and occupational exposure to formaldehyde and other substances. Int J Cancer 53:224-231, 1993.

Ott MF, Teta MJ, & Greenberg HL, Lymphatic and hematopoietic tissue cancer in a chemical manufacturing environment. Am J Ind Med, 16:631-643, 1989.

Parmigiani, Oalanza, Vom Saal, Ethotoxicology: An Evolutionary Approach to the Study of Environmental Endocrine-Disrupting Chemicals, Toxicology and Industrial Health, 14(1/2):1-8, 1998.

Patty's Toxicology, Fifth Edition, edl Bingham, Cohrssen, Powell, John Wiley & sons, Inc, New York, 2001, Vol 5, pp979-989.

Pazdrak K, Gorski P, Krakowiak A, Urszula, R, Changes in Nasal Lavage Fluid due to Formaldehyde Inhalation. Int Arch Occup Environ Health 64:515-519, 1993.

Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup Environ Med. 61(3):193-200, March 2004.

Rumchev KB, Spickett JT, Bulsara MK, et al., Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur Respir J 20(2):403-408, 2002.

Rusch G, Clary JJ, Rinehart WE, and Bolte HF, A 26 Week Inhalation Toxicity Study with Formaldehyde in the Monkey, Rat, and Hamster. Toxicol Appl Pharmacol 68:329-343, 1983.

Sittig M., Handbook of Toxic and Hazardous Chemicals and Carcinogens, Third Edition, Noyes Publications, New Jersey, 1991.

Stellman SD, Demers PA, Colin D, & Boffetta P, Cancer mortality and wood dust exposure among participants in the American Cancer Society Cancer Prevention Study-II (CPS-II). Am J Ind Med 34:229-237, 1998.

Stroup NE, Blair A, & Erikson GE, Brain cancer and other causes of death in anatomists. J Natl Cancer Inst 77:1217-1224, 1986.

Til HP, Woutersen RA, Feron VJ, Hollanders VHM, Falke HE, Clary JJ, Two-year drinking-water study of formaldehyde in rats Fd. Chem. Toxic 27(2):77-87, 1989.

U. S. Department of Health and Human Services, Public Health Service, **Agency for Toxic Substances and Disease Registry**, Toxicological Profile for Formaldehyde, July 1999.

United States **Environmental Protection Agency (EPA)**, Formaldehyde Hazard Summary, January 2000 www.epa.gov .

Vaughan TL, Strader C, Davis S, & Daling JR. formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures. Int J Cancer 38:677-683, 1986.

Vaughn TL, Strader C, Davis S, U Daling JR. Formaldehyde and cancers of the pharynx, sinus and nasal cavity: II. Residential exposures. Int J Cancer, 38:685-688, 1986.

Vaughn TL, Stewart PA, Teschke, K, Lynch CF, et al., Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. Occup environ Med, 57:376-384, 2000.

Walrath J and Fraumeni JF, Jr. Mortality patterns among embalmers. Int J Cancer 31:407-411, 1983.

West S, Hildesheim A, and Dosemeci M. Non-viral risk factors for nasopharyngeal carcinoma in the Phillippines: Results from a case-control study. Int J Cancer, 55:722-727, 1993.

Wilmer JWG, Woutersen RA, Appelman LM, et al., Subacute (4-week) inhalation toxicity study of formaldehyde in male rats: 8-hour intermittent *versus* 8-hour continuous exposures. J Appl Toxicol 7:15-16. 1987.

Wantke F, Demmer CM, Tappler P, Gotz M, Jarisch R, Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children, Clin Exp Allergy 26(3):276-280, Mar 1996.

World Health Organization. Formaldehyde: Environmental health criteria 89, Geneva: World Health Organization, 1989.

World Health Organization, **International Agency for Research on Cancer**: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans, Volume 88, June, 2004.

## Methodology References

Epi Info 2000, Centers for Disease Control and Prevention and the World Health Organization, 2000 www.cdc.gov/epiinfo.

Evans, A. S., Causation and Disease: The Henle-Koch Postulates Revisited, The Yale Journal of Biology and Medicine, 49:175-195, 1976.

LaDou, Joseph, Occupational & Environmental Medicine, 2nd edition, Appleton & Lange, Conneticut, 1997.

MacHahon and Pugh, Epidemiology: Principles and Methods, Little, Brown and Company, Boston, 1970.

Reference Manual on Scientific Evidence 2nd edition: Reference guides on toxicology, epidemiology, survey research, and medical testimony: external causation. www.fjc.gov/newweb/jnetweb.nsf.

Rothman and Greenland, Modern Epidemiology, 2nd Edition, Lippincott Williams & Wilkins, Phildelphia, 1998.

Sherman, J. Chemical Exposure and Disease:Diagnostic and Investigative Techniques. Van Nostrand Reinhold, New York. 1988.

Sir Bradford Hill, Proc. Royal Soc. Med., 58(5):May, 1965.

Section 12.0 Opinions

Based upon scientifically documented evidence in the literature, plaintiffs fact sheets, Government documents and reports, and established scientific methodology, the following opinions are rendered:

.....The plaintiffs have numerous symptoms and/or asthma and/or allergies that are common to the plaintiff population and typical of the scientifically documented adverse health effects caused by formaldehyde.

.....The plaintiffs have the potential for extensive toxic exposure as a result of their exposure to formaldehyde in their residential environment.

.....There are completed exposure pathways that are capable of producing toxic exposures to formaldehyde with resultant adverse health effects in the plaintiff population.

.....The adverse health effects reported by the plaintiffs are consistent with those documented in the scientific literature to result from exposures to formaldehyde.

.....The appearance of symptoms and/or asthma and/or allergies are temporally associated with the contaminated residential environment of the plaintiff population as listed on the plaintiff fact sheet.

.....Given the IARC classification of formaldehyde as a Group 1 Human Carcinogen and the scientifically documented literature demonstrating the strength of association of formaldehyde and cancer, along with the documented measures of formaldehyde exposure—the plaintiffs have a legitimate fear of cancer.

I reserve the right to submit additional affidavits if deemed necessary.

Affiant further sayeth not.

8-21-2008
Date

Patricia M. Williams, Ph.D.
President, Environmental Toxicology Experts, LLC

Sworn to and subscribed before me this 21st day of August, 2008.

Aaron Ahlquist
Notary Public
Commission expires at death.
Bar Roll No. 29063

34