Transcript of the Testimony of
# Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

## Date taken: October 16, 2008

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 2 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 30

```
 1          A     I don't think so.  I don't know
 2    who he is, so I don't think so.
 3          Q     Have you been involved in any
 4    litigation involving formaldehyde before
 5    this case?
 6          A     No.  I have extensive experience
 7    with formaldehyde -- I'm an anatomist -- and
 8    electron microscopy and immunocytochemistry,
 9    so, of course, I use formaldehyde, but I
10    can't think of formaldehyde, per se, being
11    any subject of litigation.
12          Q     Okay.  Have you done any --
13          A     Not right offhand.  You know,
14    there were some cases with resins and things
15    like that, that it might have been something
16    peripheral, but not that I can recall.  It
17    was a long time ago.
18          MR. MILLER:
19                Doctor, I'm going to ask you if
20    you can just speak up a little bit.  I have
21    some bad hearing.
22          THE WITNESS:
23                Okay.
24          MR. MILLER:
25                And I know the people on the phone
```

Page 31

 1    might have trouble hearing.

 2         THE WITNESS:

 3              I know.  My voice is just not

 4    there.

 5    EXAMINATION BY MR. SCANDURRO:

 6         Q    So is it correct that you have not

 7    given any prior opinions in litigation

 8    regarding formaldehyde?

 9         A    That's correct.  To the best of my

10    knowledge, what I can recall, that is

11    correct.

12         Q    Okay.  And you said as an

13    anatomist, you have physically worked with

14    formaldehyde?

15         A    Yes.  I fixed tissues, whole

16    animals, cadavers, and I use a lot of

17    formaldehyde and paraformaldehyde in what we

18    call immunocytochemistry to cross the

19    typical crosslinks to visualize receptors on

20    the surface of cells or to visualize perhaps

21    particular components inside the cells at

22    the ultrastructural level as well as at the

23    cytological, which implies at the light

24    microscopic level, so I have worked a lot

25    with formaldehyde.

Page 45

```
 1         Q     You don't diagnose or treat blood

 2    disorders?

 3         A     Absolutely not.

 4         Q     Okay.

 5         A     But sometimes what I am

 6    interpreting is the diagnosis, but it's

 7    given to the doctor.

 8         Q     Okay.  You're not a medical

 9    doctor?

10         A     No.

11         Q     Are you a certified industrial

12    hygienist?

13         A     No.

14         Q     Are you an epidemiologist?

15         A     I have graduate training in

16    epidemiology and also a lot of continuing

17    education.  I have used the tool of

18    epidemiology.  Basic scientists have used

19    the tool before it was given a name, and I

20    have used the tool of epidemiology and still

21    use the tool of epidemiology.

22         Q     That's part of being a

23    toxicologist would be using work done by

24    epidemiologists?

25         A     No, I didn't say using work.  I
```

Page 46

1    use the tool itself.

2         Q    Okay.

3         A    Okay.  I did a study of a group of

4    Native American Cajuns in Louisiana that

5    resided within 500 feet of a hazardous waste

6    site which is designated under federal law

7    as a non-hazardous oil field site, which had

8    various heavy metals and radioactivity in

9    it, and I did a cross-sectional analysis,

10   comparison control, which was funded by the

11   State of Louisiana.

12             So when I say use it as a tool,

13   that is what I am saying.  I do not -- In

14   other words, a lot of people call them --

15   They are epidemiologists.  That's all they

16   are.  It's an applied science, and so I

17   don't really like the title.  I'm a true,

18   hard scientist, anatomy, toxicology, so

19   there's a big distinction.

20        Q    You don't hold yourself out as an

21   epidemiologist?

22        A    No, because 1 think it's not as

23   in-depth.  No.  For instance, I do

24   immunocytochemistry.  I do electron

25   microscopy.  I don't hold myself out in

Page 48

1           Taught a few doctors.

2    EXAMINATION BY MR. SCANDURRO:

3        Q    You're not a statistician, are

4    you?

5        A    No.  That's a very narrow math

6    field.  And, of course, statisticians cross

7    into so many -- you know, they will finish

8    up the work of many different specialties by

9    doing their statistical analysis, and that's

10   a field, too, that, you know, is, again,

11   it's a math field, and I often see

12   individuals trying to sort of, because

13   they're on articles with -- They would not

14   know the biologic plausibility or the

15   coherence or the science under the math.

16   They have to have someone that gives them

17   that, and then they can take it from there.

18       Q    I will summarize.  You don't work

19   in the diagnosis or treatment of any

20   disease, do you?

21       A    No.  I am not a clinical

22   physician.

23       Q    Okay.  And you would defer to

24   medical doctors regarding diagnosis and

25   treatment?

Page 49

1        A    For diagnosis and treatment, yes.

2    Not for causation, because 10 years I spent

3    trying to teach doctors what the causation

4    was and what some of them were looking at.

5        Q    With respect to causation, you're

6    referring to general causation or specific

7    causation?

8        A    No, I worked with the doctors.  I

9    mean, in my capacity, specific, the Federal

10    Judiciary Center says a toxicologist can

11    make both general and specific causation,

12    but to answer your question, I worked with

13    doctors, neurologists, allergy specialists.

14            I can think of a neurologist right

15    offhand treating someone for quite some time

16    and becoming very frustrated that he saw no

17    change, he couldn't understand why there was

18    no response, and so I would be contacted in

19    my office as director of the occupational

20    toxicology office for assistance in making a

21    specific -- see if there was anything,

22    another etiology, the other etiology, and so

23    I would do the environmental history.

24            I did teach at the medical school

25    to try to get medical students to understand

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 8 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 81

```
 1   sex, the same age, the same weight, using

 2   the trailer differently, they're going to

 3   have different formaldehyde exposures?

 4         A    Well, they may, but I think when

 5   you take, as CDC did, and CDC did a

 6   cross-sectional analysis, they presented

 7   their work exactly as what it was, you know

 8   that you at least have those levels.

 9             So whether the child, the

10   increasing of that concentration, you know,

11   whether the child would get more, that's a

12   measure of exposure.  Okay.  That's not a

13   dose.  So you know that those aren't

14   measures of exposure.

15             And in Federal Court, the Federal

16   Judiciary Guidelines, what they're looking

17   for is a measure of exposure or if you have

18   biological indicators or if you have some

19   way to directly test or an air modeler.

20         Q    Two adults living in the same

21   trailer:  One is there 18 hours a day; one

22   is there eight hours a day.  The one who is

23   there longer is going to have more exposure

24   to formaldehyde?

25         A    It's going to have a longer
```

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 9 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 86

1    dermal.

2              So exposure, generally when you

3    have a, quote, "measure of exposure"

4    according to the Federal Judiciary

5    Guidelines, it's a measure of what's in the

6    air.  Or if you're talking about a soil

7    case, what's in the soil.  Or if you're

8    talking about water, what's in the water.

9    That's exposure.  What's the concentration

10   in the medium that you may come into contact

11   with.  All right?

12        Q    Okay.

13        A    Now, dose is what is actually

14   going into the body, and you have two ways

15   of looking at dose.  It could be milligrams

16   per body weight or it could be milligrams

17   per surface area.

18        Q    So an exposure gives an

19   opportunity for a dose; is that an accurate

20   way to say it?

21        A    Well, you have to have a completed

22   exposure pathway.  It has to come from that

23   medium into your body.

24        Q    An exposure in ambient air and

25   someone is breathing the air, that person

Page 101

```
 1          MR. SCANDURRO:

 2               Let's take a break for a few

 3    minutes, please.

 4          THE VIDEOGRAPHER:

 5               We're off the record.   It's 3:23.

 6    (Discussion off the record.)

 7          THE VIDEOGRAPHER:

 8               We're back on the record.   It's

 9    3:30.

10    EXAMINATION BY MR. SCANDURRO:

11          Q    Dr. Williams, there are, I

12    believe, 47 different symptoms on the list

13    of symptoms you have created?

14          A    I haven't counted them.

15    (Reviewing document).

16               48, I got.

17          Q    48.   Okay.   I was going from

18    memory.   Of those 48 symptoms, are there any

19    individual symptoms that are caused

20    exclusively by formaldehyde?

21          A    Well, these are symptoms that are

22    temporal.   You know, these symptoms can be

23    caused by other things.   Certainly an

24    irritant, there are other irritants that can

25    cause some of the same symptoms.   There are
```

Page 102

1    other toxicants.

2            What you're looking at here is the

3    temporal relationship of these symptoms to

4    the exposure, to the residents in the FEMA

5    trailer, and then you also have to realize

6    that each symptom is a reflection of the

7    damage done by the formaldehyde to the

8    contact tissue or beyond from the

9    metabolite, the crosslinks that are formed.

10           So, in other words, a symptom is

11   what you observe, and it varies from person

12   to person, but the damage is there.  This is

13   a contact toxicant, so that anyone that is

14   in the presence or in the exposure medium

15   and is in contact will have the damage.  At

16   what point you see the symptom varies in

17   each person.

18       Q    Okay.  There are a couple of

19   things you said there.

20           First, getting back to the

21   question I asked, each of these 47 or 48

22   symptoms can be caused by something other

23   than formaldehyde; is that correct?

24       A    Correct.

25       Q    Okay.

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 12 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 104

1       Q     Okay.  Just become someone

2    experienced a symptom while they were living

3    in a trailer doesn't mean that it was caused

4    by formaldehyde, does it?

5       A     Well, that's the purpose for doing

6    a cross-sectional analysis.  Certainly this

7    is not a specific causation report.  What it

8    is is to see, first of all -- you know, the

9    first thing you want to ask before you even

10   go forward with litigation when you got a

11   population is what do they have, what have

12   they experienced, what are they exhibiting

13   in the way of symptoms or disease that can

14   be temporally associated with their known

15   exposures.

16            Now, if you don't have symptoms --

17   I mean, the guidelines or the law requires

18   that you show you have a population of

19   people with exposure and that you have

20   common symptoms observed, numerous common

21   symptoms observed that are typical of what

22   is documented in the scientific literature

23   and known to be caused by formaldehyde.  So

24   that is what this is.

25       Q     Okay.  This doesn't mean that each

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 13 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 125

1    a residential environment has respiratory

2    disease?

3            MR. D'AMICO:

4                Object to the form of the

5    question.   Incomplete.

6            THE WITNESS:

7                Anyone who breathes in

8    formaldehyde --

9            MR. D'AMICO:

10               At what level?

11           THE WITNESS:

12               Well, no.  Anyone who breathes in

13   formaldehyde is having contact damage by

14   that formaldehyde.  There's just no question

15   about that.  Okay.  That's the nature of the

16   molecule.

17               How much you're breathing in, how

18   often, how long you're in the trailer, the

19   more damage.  But if you're living in the

20   environment, you've got damage.

21               Now, the intervention program, as

22   I stated it, is for those who are -- you

23   know, the susceptible populations, and that

24   would be the children and the elderly,

25   because, look, we see in animal studies, we

Page 126

 1    see emphysema in the animals.

 2              Well, you know, you've got this

 3    tiny little lung and you have formaldehyde

 4    in a child, you know, the studies can't tell

 5    you how much of this is reaching that tiny

 6    little lung, but it does reach the lung.  We

 7    know it reaches the lungs in animal

 8    populations.

 9              So, you know, imagine what's

10    happening.  How are you going to tell that?

11    You're not going to do biopsies to put them

12    in an intervention program.

13    EXAMINATION BY MR. SCANDURRO:

14        Q    Well, that's my question for you.

15    What medical testing are you recommending

16    for the people who have lived in FEMA

17    trailers?

18        A    I think since they all get contact

19    damage and they are the most susceptible

20    population, the children.  Any child living

21    in an ambient air formaldehyde environment

22    really needs to go into a medical

23    intervention program, because those who

24    are -- Some will exhibit with asthma, some

25    will exhibit with the runny nose, the cough,

Page 133

```
 1          Q     I'm going to rephrase it, because

 2     there's apparently some difficulty.

 3                Do you defer to medical doctors as

 4     to what tests should be performed as a part

 5     of any intervention program?

 6          A     Well, sure.  Yes.

 7          Q     Do you defer to medical doctors as

 8     to what treatment should be performed in any

 9     type of medical intervention program?

10          A     Yes.  Yes, I'm not -- I do not --

11     Yeah.

12          MR. D'AMICO:

13                That's okay.  Now, can we take a

14     break?

15          MR. SCANDURRO:

16                Let's take a break, yes.  I'm

17     sorry.

18          THE WITNESS:

19                The way you were asking me --

20          MR. D'AMICO:

21                The answer was she defers to the

22     pulmonologists --

23          THE WITNESS:

24                Oh, yes.  Absolutely.

25          MR. D'AMICO:
```

Page 134

```
 1              -- and the other trained

 2     physicians who would diagnose, treat and

 3     manage it.

 4          THE WITNESS:

 5               Yes.

 6          THE VIDEOGRAPHER:

 7               We're off the record.  It's 4:05.

 8     (Discussion off the record.)

 9          THE VIDEOGRAPHER:

10               Back on the record.  It's 4:19.

11     EXAMINATION BY MR. SCANDURRO:

12          Q    Backing up a little bit, Doctor, I

13     believe earlier you said that everyone who

14     has inhaled formaldehyde has some damage?

15          A    Correct.  At the cellular level.

16     I'm a toxicologist, and I'm talking about

17     the cellular and molecular result of

18     formaldehyde, electrophile, the electrophile

19     attacking components of cells.

20          Q    A person wouldn't necessarily have

21     symptoms as a result of that damage, would

22     they?

23          A    You may not see symptoms.  The

24     observable symptoms may not be seen from

25     that damage.  All right.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 136

1    biopsy from an individual -- would take

2    tissue, actual tissue, if you want to see if

3    damage has been done. Because then you can

4    look at the known, scientifically documented

5    damage to these tissues.

6         Q    Okay. And is this something that

7    you would see under a microscope or you

8    would have to use a microscope to see that?

9         A    At the cellular level, you would

10   have to use a microscope to see it. There

11   are publications in the literature where

12   they're looking at, for instance, in

13   consumption of formaldehyde in water, the GI

14   effects in the stomach. There are some

15   descriptions that could possibly be seen not

16   by taking a biopsy, but the sophisticated

17   technology of looking, scoping the tissue.

18        Q    Okay. But for this cellular level

19   damage from inhaling formaldehyde that you

20   say everyone who has inhaled formaldehyde

21   exhibits, that's damage you would have to

22   look at tissue under a microscope in order

23   to determine if it was there?

24        A    Right. Those who have --

25             MR. D'AMICO:

Case 2:07-md-01873-KDE-MBN  Document 860-4  Filed 11/10/08  Page 18 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 148

1    one category.  I only know it by the

2    individual.  Yes, there were individuals

3    who -- There were, what, 28 percent who had

4    no irritation of the eyes.  I only know it

5    by individual symptoms.

6    EXAMINATION BY MS. DALY:

7         Q    So let me ask my next question,

8    which is, it is true that there was no

9    control group of individuals to whom that

10   Plaintiff Fact Sheet was handed that had

11   nothing to do with the FEMA unit?

12        A    Correct.  This is not an

13   epidemiological study.  It is exactly what

14   CDC did, a cross-sectional survey of a

15   population to ascertain a profile, a

16   picture, a snapshot.  It is not an

17   epidemiologic study.

18        Q    Assume with me that the people who

19   filled out the Plaintiff Fact Sheets that

20   you reviewed lived in these FEMA units any

21   amount of time from a week to 24 months,

22   let's say.  All right?

23        A    Fine.

24        Q    Just assume that for a minute.

25   Okay.  Therefore, if they checked any of the

Page 153

1    comparison controls in the literature.

2         Q    Wait a minute, because I'm not

3    asking --

4         A    But you wouldn't just set up and

5    send out surveys to 2,000, 1,700, 1,500

6    people in Louisiana and say, "Fill this

7    out," because you would have garbage data as

8    a control.

9              You would have to have parameters

10   that were similar to your test population.

11        Q    So let's talk about that.  So if

12   you were going to set up an acceptable

13   scientific methodology for designing this

14   sort of snapshot that you have done of

15   symptoms, how would you do it using a

16   control group?

17        A    Well, it wouldn't be a snapshot.

18   It wouldn't be a profile.  It wouldn't just

19   be a profile.

20             You're going into another type of

21   method.  You're doing an epidemiological

22   study, and that takes a great deal, no

23   matter how carefully you try to put that

24   together, you've always got problems with

25   it, so I did not do that.

Page 154

```
 1       Q    Okay.

 2       A    It was not necessary under the

 3   Federal Judicial Center requirements for a

 4   class certification.

 5            What is necessary is simply a

 6   profile, a snapshot.  You need to make sure

 7   you have plaintiffs with common exposures,

 8   numerous symptoms, common symptoms, and that

 9   these symptoms are typical of what is

10   established in the scientific body of

11   knowledge to be caused by formaldehyde.

12            I have no intentions of going

13   beyond that, because it isn't required and

14   it is fraught with, no matter how well you

15   try to design it, you can always find errors

16   in "epi" studies.

17       Q    Sure.  Of course.  And so if you

18   look at your list of 40 odd symptoms that's

19   in your survey, many of these are common

20   things that happen to people, true?

21       A    They are non-specific symptoms for

22   the most part that you may see with other

23   toxicants or with other conditions.

24       Q    So that, for example, "miscarriage

25   or stillbirth" on the form that we're
```

Case 2:07-md-01873-KDE-MBN   Document 860-4   Filed 11/10/08   Page 21 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation       Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 174

```
 1         A    "Compared number of households

 2    with number of peoples."  CDC did number of

 3    trailers.

 4         Q    Okay.

 5         A    We pulled out people.

 6         Q    Okay.  That's your point?

 7         A    That's what I'm saying, yes.

 8         MS. DALY:

 9              Okay.  That's all I have.  I'm

10    turning it to Henry.

11         MS. FISCHER:

12              I have a couple of questions.  Do

13    you want me to do mine first or do you want

14    to go?

15         MR. MILLER:

16              Oh, yes, you can go first.

17    EXAMINATION BY MS. FISCHER:

18         Q    Hopefully, this will just be a

19    few.

20              Dr. Williams, my name is Madeleine

21    Fischer.  I represent several of the

22    manufacturers.

23              You have referred several times to

24    the Federal Judicial Center criteria.  Are

25    you referring to the Reference Manual on
```

Case 2:07-md-01873-KDE-MBN  Document 860-4  Filed 11/10/08  Page 22 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 175

1    Scientific Evidence?

2        A    I am.

3        Q    The information and correlation of

4    information that is in your report, I

5    believe you stated that is not an

6    epidemiological study; is that correct?

7        A    That is correct.

8        Q    And is it a toxicological study?

9        A    This is strictly an enumeration in

10   measurement.  No, it is not a toxicological

11   study, per se.

12       Q    Thank you.  Thank you.  Have you

13   conducted a scientific study of any kind?

14       A    This is a general causation

15   report, which is based upon scientific

16   studies in the general literature that

17   document according to the Federal Judiciary

18   Guidelines mandated that we show general

19   causation, that the compounding question,

20   formaldehyde, can cause these adverse health

21   effects.

22       Q    So you have not personally

23   conducted a scientific study of any kind?

24       A    No.  General causation does not

25   require that.  General causation requires

Page 178

1  Dr. Williams?

2      A    This is not a legal opinion.  I

3  take exception to that.  This is what every

4  scientist must comply with, not just for a

5  court of law.  If you're going to make a

6  causation opinion, these criteria, you may

7  use them in a court of law.  I use them as

8  an expert.

9      MR. MILLER:

10          Objection, non-responsive.

11  EXAMINATION BY MS. FISCHER:

12      Q    Yes.  My question was very simple,

13  that you have not personally conducted a

14  scientific study of any kind, and I believe

15  you said "no"?

16      MR. D'AMICO:

17          "No," right?

18      THE WITNESS:

19          That's correct.

20      MR. D'AMICO:

21          Asked and answered.  Her answer

22  was "no."

23  EXAMINATION BY MS. FISCHER:

24      Q    Do you intend to publish your

25  report or any variation on your report in

Page 179

```
 1   any kind of scientific journal?
 2        A    Of course not.
 3        Q    So have you submitted it to any of
 4   your peers to see what they think of it,
 5   whether they would review it and agree with
 6   it or not?
 7        A    I already answered that as "no."
 8        MS. FISCHER:
 9             That's all the questions I have.
10   Thank you.
11   EXAMINATION BY MR. MILLER:
12        Q    Doctor, we have about an hour left
13   to go.  Do you want to take a break?
14        A    I'm fine.
15             You know what, Frank, if somebody
16   could bring me some water.
17        MS. DALY:
18             I just sent her for some.
19        THE WITNESS:
20             Okay.  That would be great.  This
21   gets old.
22        MS. DALY:
23             I saw you looking a little dry.
24   EXAMINATION BY MR. MILLER:
25        Q    Doctor, my name is Henry Miller.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 223

1    toxicologist, because there were a lot of

2    other factors that went into that

3    determination besides toxicology?

4         A     It doesn't have any applicability

5    to safety levels for prevention of adverse

6    health effects.

7         Q     And then my question is, why not?

8         A     Because it is well above where we

9    know we have adverse health effects.

10   Formaldehyde is a DNA-reactive carcinogen,

11   and when you theoretically consider the

12   DNA reactive carcinogens, we know that there

13   is no threshold on a molecular level.

14              One DNA adduct with formaldehyde

15   can alter the genetic composition and

16   integrity of the DNA in a cell, and

17   depending upon when it attaches and if it is

18   not repaired, when in the cell cycle it

19   attaches --

20        Q     Ma'am, rather than going into the

21   whole -- What I understand you to say is

22   that you don't agree with it because it's

23   not based upon toxicology and safety?

24        A     It's not based upon scientific

25   fact of safety.

Page 231

 1    response?

 2         A    The observable response.

 3         Q    Correct.

 4         A    The observable response, there

 5    will be a variation, but with a contact

 6    electrophile compound, there is the damage

 7    on contact that is well documented.

 8         Q    And, in fact, from what I can

 9    gather from your opinion, any exposure to

10    formaldehyde causes some of these

11    non-symptomatic damages or injuries?

12         A    At the cellular level, contact,

13    that is where the damage occurs.  When you

14    have a reactive electrophile, it is going to

15    grab electrons from something, so you have

16    damage.

17         Q    Okay.  And, ma'am, I am not a

18    toxicologist, and all that explanation of it

19    is great, but I'm just asking the more

20    simple question, at any concentration

21    levels, in your opinion, it will cause some

22    damage, although it's not symptomatic, it

23    will cause some damage?

24         A    Right.  Any time an electrophile

25    distorts a normal molecule, you have damage.

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 27 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 232

1        Q    And so your definition of "damage"

2    is -- What was that?  What did you refer to

3    that?

4        A    An electrophile?

5        Q    Yes.

6        A    This one is a reactive

7    electrophile.

8        Q    So under your theory, an exposure

9    to one molecule of formaldehyde will cause

10   some damage?

11       A    It's not my theory.  A reactive

12   electrophile will be seeking electrons until

13   it finds them, and the act of combining two,

14   a macromolecule, an enzyme, a cell membrane

15   is damage, or a DNA, you know, combining to

16   a portion of a DNA, that's damage.  That's

17   big-time damage.  One molecule attaching to

18   DNA is big-time damage, because that means

19   you have a mutant DNA if it's not repaired.

20       Q    And I understand that you might

21   think this is generally held, and it may be,

22   I don't know, but as you sit here today,

23   what you're voicing is your opinion?

24       A    No, I am not voicing an opinion on

25   that.  I am giving you what's in the

Case 2:07-md-01873-KDE-MBN   Document 860-4   Filed 11/10/08   Page 28 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 233

 1    scientific body of knowledge.  This is a
 2    reactive electrophile.
 3          Q     Would it surprise you to find or
 4    learn that other toxicologists might
 5    disagree with that?
 6          A     Well, then, they need to read
 7    Casarett & Doull's entire several chapters
 8    on reactive electrophiles.  Okay?
 9          Q     What I'm asking you -- And I
10    understand Casarett & Doull's might say
11    this.  I just want to know your opinion,
12    your personal professional opinion, what the
13    plaintiffs are paying you a lot of money
14    for, okay, in your opinion, in your
15    professional opinion, to a reasonable degree
16    of scientific certainty, does exposure to
17    one molecule of formaldehyde cause damage?
18          MR. D'AMICO:
19                Wait, wait.  I object to the form
20    of the question.
21                Go ahead.  You can answer.
22    EXAMINATION BY MR. MILLER:
23          Q     Go ahead and answer.
24          MR. D'AMICO:
25                We're not paying her a lot of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 234

1     money.

2          THE WITNESS:

3               Well, that is absolutely correct.

4          MR. MILLER:

5               Okay.  Hold on here.  Read the

6     question back to the witness, please.

7     (Whereupon, the court reporter read back the

8     requested testimony as follows:

9          THE COURT REPORTER:

10              Question:  "What I'm asking you --

11    And I understand Casarett & Doull's might

12    say this.  I just want to know your opinion,

13    your personal professional opinion, what the

14    plaintiffs are paying you a lot of money

15    for, okay, in your opinion, in your

16    professional opinion, to a reasonable degree

17    of scientific certainty, does exposure to

18    one molecule of formaldehyde cause damage?"

19    EXAMINATION BY MR. MILLER:

20        Q    Okay.  Strike that.  Let me start

21    over.

22              In your professional opinion -- I

23    don't care what any other toxicologists or

24    sources say -- your professional opinion as

25    a toxicologist, does exposure to one

In Re: FEMA Trailer Formaldehyde Products Liability Litigation       Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 235

1    molecule of formaldehyde, is that more

2    likely than not to cause damage, injury?

3            A      One molecule of a reactive

4    electrophile as formaldehyde is, if it makes

5    contact with an ultrastructural level of a

6    cell without being in some way changed

7    before it makes the contact, it's going to

8    cause damage.

9            Damage is insertion of a reactive

10   electrophile that is grabbing electrons.  It

11   is taking away the integrity of, say, the

12   DNA, and it is sitting there making a new

13   code, altering, disguising the real code of

14   the cell, so that when it is copied to make

15   a daughter cell, you now have a mutant cell.

16   Now, it may not -- That one molecule may hit

17   something else besides DNA.  Perhaps it hits

18   a component of the cell membrane.  Then it

19   has made a mess.  It has made a problem.

20           We have a lot of these types of

21   reactive free radicals, electrophiles, and

22   when they hit, if they're not checked before

23   they hit, if they hit, they will punch you

24   in the nose, Counselor.  You're going to

25   have some kind of damage.

Case 2:07-md-01873-KDE-MBN Document 860-4 Filed 11/10/08 Page 31 of 31

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Patricia M. Williams, Ph.D., DABT

Page 236

1      Q      And so what I gather is, if, for

2   example, the one molecule comes in contact

3   with your eye or your mucous membranes

4   inside of your nose, you breathe it into

5   your lungs, that one molecule, in your

6   opinion, that would be sufficient to cause

7   damage?

8      A      If that one molecule in its

9   reactive electrophile form comes in contact

10  with any part of a cell, it's going to

11  combine and it's going to cause damage.

12            Now, observable damage?  You know,

13  no.  Not unless that observable damage

14  becomes later on a clone of mutant cells, it

15  has become a cancer.  So that it's not an

16  observable.  It's at the very molecular

17  level.  That's the nature of an

18  electrophile.

19      Q      Now, I would ask you to turn to

20  your report, Page 14.  The first full

21  paragraph.  It starts, "It has been shown

22  that sensory irritation."  Do you see that?

23      A      Correct.

24      Q      And the second sentence there

25  says, "Since differences in individual