# Transcript of the Testimony of
# Videotaped Deposition of Gerald McGwin, Jr., MS, PhD

Date taken: September 24, 2008

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    There is evidence to suggest that there is a
2    relationship, but there's also evidence on
3    the other side.  Now, I mean, if you wanted
4    me to count up the studies and there are six
5    of one and five of the other, I'm not sure I
6    could do that in a fair -- and give you a
7    fair answer simply based on that accounting
8    of them.
9         Q    Well, as an epidemiologist, you
10   wouldn't just count studies anyway, correct?
11        A    No.  No, sir.
12        Q    There's quality to these studies?
13        A    Absolutely.
14        Q    And based on your review of these
15   studies, you just told me that you couldn't
16   say one way or another whether it's more
17   probable than not that leukemia, lung,
18   pancreatic, and brain cancer were caused by
19   exposure to formaldehyde; is that correct?
20        A    Say that question one more time.
21        MR. WEINSTOCK:
22             Read it back.  I had it just
23   right.
24        THE WITNESS:
25             I'm sorry.

1    A    The --
2    Q    How is zero statistically
3    significant?
4    A    The trend test accounts for the
5    zeros.
6    Q    Let me just say -- let me just put
7    it in my layman's terms, and you can tell me
8    why it's wrong.
9         We have zero deaths at peak
10   exposure of 0 to 2000 parts per billion.  We
11   have zero deaths at peak exposure of 2,000
12   parts per billion to 3,999 parts per
13   billion.  We have eight deaths above 4,000
14   parts per billion, but the trend tells us
15   there's an effect below that?
16   A    No.  The trend tells you that
17   there's a trend in the rates.  Remember what
18   we talked about with respect to trends?  The
19   assumption -- your assumption is that
20   there's this continuous progression of
21   increasing risk.  The word "trend" can also
22   represent a step function, a sigmoidal
23   function.  So there is a trend here.
24   There's a trend of no association.
25   Q    All right.  I think I

Page 116

1  understand -- I hope I understand, but let's
2  just put it -- I'll put it again in my
3  unscientific terms, and you can tell me if
4  it's incorrect.
5         The trend we see for peak exposure
6  in both Marsh and Hauptmann is no effect
7  below 4,000 parts per billion and an effect
8  above 4,000 parts per billion?
9     A    If you look at the categorized
10 measures, that is a correct interpretation.
11 However, Marsh also analyzes it as a
12 continuous variable, and that returns a
13 statistically significant result indicating
14 a continuous measure of risk across a
15 spectrum of exposure.
16    Q    Just no deaths?
17    A    No deaths with respect to what?
18    Q    Formaldehyde exposure below peak
19 exposure of 4,000 parts per billion.
20    A    That's correct.
21    MR. WEINSTOCK:
22         Can we take a five-minute break
23 while I look at the Vaughan paper?
24    MR. MURRAY:
25         Sure.

Page 124

1  whether the levels these people were likely
2  exposed to, the residents of the FEMA
3  trailers, if there's an association with
4  those levels to nasopharyngeal cancer,
5  correct?
6      A    We have very limited evidence.
7      Q    Too limited to give an opinion of
8  more probable than not at those levels,
9  correct?
10     MR. LAMBERT:
11          You're talking about as naso?
12 EXAMINATION BY MR. WEINSTOCK:
13     Q    For nasopharyngeal cancer, yes.
14     A    I would say the information is too
15 limited to render an opinion at the likely
16 exposure levels, which are currently largely
17 unknown.
18     Q    And we're going to go on to the
19 Vaughan study.  Then we're going to go to
20 the noncancer effects.  And then you're
21 going to say, Goodbye, Mr. Weinstock.  It's
22 been fun.
23          Looking at the Vaughan study, and
24 that's -- one problem with the Vaughan study
25 is they don't have exposure levels; is that