# Transcript of the Testimony of
# William Stein, III

## Date taken: September 26, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
 1   cancers and you have said you divided your
 2   opinions up among those cancers and said
 3   nasopharyngeal versus leukemia and lung
 4   cancer, et cetera.
 5             What is the biological mechanism
 6   by which exposure to formaldehyde would
 7   cause nasopharyngeal cancer?
 8        A.   I don't have a clue.
 9        Q.   How would it cause cancer?
10        A.   I don't know.  Ask me how -- what
11   causes breast cancer and why?  Methylation
12   has been implicated for years.  I don't have
13   a clue.  Neither does anybody else.  If we
14   knew why, we would know what to do about it.
15             Formaldehyde is a desiccant.  It
16   takes the water out of tissue.  Whether or
17   not that causes problems with DNA or causes
18   problems with those cells -- apparently, one
19   of the papers I read said that the only way
20   you get cancer is if there was significant
21   tissue damage from the formaldehyde, a
22   drying effect, and there had to be
23   significant problem for one hypothesis.
24             But whether or not that is true, I
25   don't know.  I don't think anybody knows.
```

```
 1   necessarily extrapolate adult results to
 2   children, right?
 3        A.   You can't, no.
 4        Q.   Same is true, you can't
 5   necessarily extrapolate animal study results
 6   to humans?
 7        A.   No, you can't extrapolate animal
 8   studies to humans.  They give you an idea
 9   where to head.  They give you an idea -- I
10   mean, if you have something that is a known
11   carcinogen in an animal, then you have a
12   reason to suspect that it may be a known
13   carcinogen to humans.  But it doesn't give
14   you concrete evidence of that.  And because
15   something is not a carcinogen in an animal
16   doesn't mean it is not a carcinogen in
17   humans.  Because animals and humans are
18   different biological systems.  You can eat
19   all the celery you want, but don't feed it
20   to your rabbit.  Or whatever it is.  Little
21   animal that ate it and died.
22        Q.   Do you remember seeing --
23        A.   We had an animal that ate it and
24   died.  I forget what it was.  We had lots of
25   them.
```