UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO  
ALL CASES

## PRETRIAL ORDER NO. 21

On November 7, 2008, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Jerry Meunier, Justin Woods, Andrew Weinstock, Joe Glass, Matt Moreland, Raul Bencomo, Ernie Gieger, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, Linda Nelson, Adam Dinnell, Ronnie Penton, Richard Hines, Tim Scandurro, and Janice Williams-Jones. Tom Thagard and Lamont Domingue joined the in-chambers conference later. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) The class certification hearing is SET for **Tuesday, December 2, 2008, at 8:30 a.m.**

(2) On or before **Wednesday, November 26, 2008**, the Government shall report to the Court and opposing counsel its position on (1) whether it is possible for the transfer of emergency housing units ("EHUs") to occur, and

(2) if it is possible, how such transfer of units shall occur. If the Government reports its position that such transfer of units is not possible, then it shall provide the Court with the applicable regulations, etc. that it believes prohibit such transfer. Plaintiffs and the manufacturing Defendants may then jointly file the appropriate motion, which shall be noticed for hearing, to require such transfer.

(3) As soon as possible, the Government shall submit to the Court a proposed order regarding the receipt of documents by mail.

(4) **On or before Friday, November 14, 2008**, the parties shall submit to the Court, in letter form, an agreed-upon non-litigation track or schedule to be utilized by certain Newly-Added Defendants, specifically manufacturers of Mobile Housing Units.[1] The letter, which can later be converted into an Order of the Court, shall set forth by name the Defendants to which the separate non-litigation track shall apply.

(5) **On or before Friday, January 16, 2009 at 8:45 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for FEMA.

(6) A general status conference, open to all counsel, will be held in the

---

[1] During the conference, counsel made a distinction between units with "wheels" versus those with "no wheels;" and a reference to those subject to HUD manufacturing regulations. (See Rec. Doc. 717, fn.4, 5). Based on the conference with counsel, this group of defendants consists of "no wheels" housing manufactured subject to the afore referenced HUD regulations.

2

courtroom of the undersigned on **Friday, January 16, 2009 at 10:00 a.m.**

New Orleans, Louisiana, this 7th day of November, 2008.

*[signature]*

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

**FEMA Formaldehyde**

PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: **07md1873**

versus

_____

DEFENDANT(S)

Magistrate: _____

**GENERAL**

*****************************

CONFERENCE: _____ PRE-TRIAL _____ ✓ STATUS _____ SETTLEMENT

DATE: **11-7-08**    TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| GERALD MEUNIER | GAINSBURGH, BENJAMIN | PSC |
| Peter Taaffe | Buzbee Law Firm | Plaintiff |
| Raul R Bencomo | Bencomo & Assoc. | " |
| LINDA J. NELSON | Lambert & Nelson, PLC | PSC |
| Adam Pinnell | DOJ | US |
| Janice Williams-Jones | FEMA | U.S. |
| Tom Thagard | Thagard Crosse | Newly Added Defs |
| Lamont P. Domingue | Voorhies & Labbe | multiple mfg Defs |
| Ben Mayeaux | Laborde & Neuner | Nordon Homes |
| JAMES CARROLL | Fowler Rodriguez | Newly Added Ds |

PTO Received: _____

Trial Set: _____
                Jury/Non-Jury

**FEMA**
PLAINTIFF(S)

**Formaldehyde**
VERSUS

CIVIL/CRIMINAL ACTION NO.:
**07MD1873**

_____
DEFENDANT(S)

Magistrate: _____

**GENERAL**

*************************************************

CONFERENCE: ___ PRE-TRIAL ___ ✓ STATUS ___ SETTLEMENT

DATE: **11-7-08**          TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Thomas M. Young | Hebbler & Giordano | Philips Products |
| Bryan Pfleeger | Michael Hingle | π's |
| Mary Erickson | Michael Hingle | " |
| Larry Feldman | McGlinchey | Skyline & Layton |
| Neale deGravelles | DPHF | π |
| Glenn Marcantel | Daigh James & Rayfrn | Δ |
| Joe Rausch | Jim Hoel | π |
| Josh Keller | Deutsch, Kerrigan | Destiny Industries LLC |
| Diane Zinic | Becnel | π |
| Daniel E. Becnel | Becnel | π |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S): **FEMA Formaldehyde**

versus

CIVIL/CRIMINAL ACTION NO.: **07 md 1873**

DEFENDANT(S): _____

Magistrate: _____

CONFERENCE: ___ PRE-TRIAL ___ ✓ STATUS ___ SETTLEMENT / **GENERAL**

DATE: **11-07-08**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Robert M. Becnel | " | PSC |
| Thomas Penneble | Nielsen | Def. Scot B:H |
| Aaron Ahlquist | D'Amico | IIs |
| Randall Mulcahy | Garrison Yount, et al | Recreation By Design, LLC; TL Industries, Inc.; Frontier RV, Inc. |
| Tom Cougill | Willingham Fultz | Jayco & Starcraft |
| Clay Garside | Waltzer + Assoc | " |
| Mike Crow | The Crow Law Firm | Lexington Trailer |
| Ronnie Pena | RGPLAW | PSC |
| Stuart Barasch | Hurricane Legal Ctr | |
| Jason Bone | GLL | Forest River |

PTO Received: _____

Trial Set: _____
                    Jury/Non-Jury

FEMA formaldehyde     CIVIL/CRIMINAL ACTION NO.: 07md1873

VERSUS

_____     Magistrate: _____

DEFENDANT(S)

✓ GENERAL

*********************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: 11/07/08       TIME: 10AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Carson Strickland | Gieger Laborde | Forest River |
| David Kurtz | Baker Donelson | Shaw |
| Karen Whitfield | Baker Donelson | Shaw |
| EVAN PLAUCHE | HAILEY McNAMARA | AMERICAN HOMESTAR |
| Dan Balhoff | Maynard Cooper | Clayton, Sunray, etc |
| Ed Sledge | " | " |
| Tim Scandurro | Scandurro & Layrisson | G.S. |
| Dewey Scanduro | " | " |
| Jack Harang | Jack Harang | π |