UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:   All Cases | * | |
| | * | |
| | * | MAG: CHASEZ |

## MANUFACTURING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DR. KENNETH PARIS

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants who hereby respectfully move this Court *in limine* to Exclude the Testimony of Dr. Kenneth Paris. Because the opinions of Dr. Paris are not based on reliable scientific methodology, are not relevant to causation and would not assist a trier of fact, they should be excluded under *Daubert* and its progeny. In support of this motion, the Manufacturing Defendants refer the Court to their memorandum of law filed contemporaneously.

       Respectfully submitted,

       **DUPLASS, ZWAIN, BOURGEOIS,
       PFISTER, & WEINSTOCK**

       s/Andrew D. Weinstock
       _____
       **ANDREW D. WEINSTOCK #18495
       JOSEPH G. GLASS #25397**
       3838 N. Causeway Boulevard, Suite 2900
       Metairie, Louisiana 70002
       Telephone: (504) 832-3700
       Fax: (504) 837-3119
       andreww@duplass.com
       jglass@duplass.com
       *DEFENSE LIASON COUNSEL*

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                    ( )    Prepaid U.S. Mail

( )    Facsimile                          ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana this 10th day of November, 2008.

                              s/Andrew D. Weinstock
                            _____
                            ANDREW D. WEINSTOCK #18495
                            andreww@duplass.com