UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

|  |  |  |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAGISTRATE JUDGE<br>ROBY |

## AFFIDAVIT OF  H. JAMES WEDNER, MD

STATE OF MISSOURI   )
                                            )
COUNTY OF ST. LOUIS      )


BEFORE ME, an officer duly authorized to administer oaths, came H. James Wedner, MD, who, having been duly sworn deposes and makes this affidavit in connection with, but not limited to, the opposition of the manufacturing defendants to Plaintiffs' Motion for Class Certification and says:

1.

I am a physician licensed to practice medicine in the state of Missouri. I am currently Professor of Medicine in the Department of Medicine at Washington University School of Medicine and Chief, Division of Allergy and Clinical Immunology in the Department of Medicine. I also serve as the Director of the Training Program in Allergy and Immunology, which is supported by both the Department of Medicine and the Department of Pediatrics of the Medical School. I am also the Medical Director of The Asthma and Allergy Center of Washington University School of Medicine. The Asthma Center is a clinical setting located in suburban St. Louis County which specializes in the diagnosis and treatment of allergic and immunologic diseases. A copy of my current curriculum vitae is appended to this document.

2.

My duties as Professor of Medicine include patient care, teaching of Fellows in allergy and immunology, medical residents and interns and medical students and clinical research dealing with the exposure of individuals with asthma, allergic rhinitis and allergic skin disease to indoor and outdoor allergens with a concentration on allergic fungi. As part of my clinical practice I am frequently called upon to evaluate and treat individuals who present with complaints that they believe are related exposures to the indoor environment including formaldehyde.

3.

Formaldehyde ($CH_2O$) is a highly reactive single carbon moiety that has become one of the most widely used reagents in the United States and throughout the world. The ability of this chemical to rapidly and irreversibly crosslink a wide variety of organic and non-organic macromolecules has contributed to its wide usage. Because of the wide use of $CH_2O$ and the resultant exposure of humans to this chemical there is a large body of investigative work examining the effects of $CH_2O$ on humans, as well as a number of animal model systems. In general, these studies have demonstrated that $CH_2O$ is a remarkably safe compound in the concentrations to which we are usually exposed in our daily activities. However, as the 15th century physician Paracelsus pointed out "all things are poisons, there is none that is not; it is dose that separates a poison from a cure" (1).

4.

When humans are exposed to increasing concentrations of $CH_2O$ they go through a series of stages, which are dependant upon the ambient concentration. These are detection, irritation and finally, at very high ambient concentrations, toxicity. Formaldehyde has a very characteristic odor which can be detected by most individuals well before any irritation occurs. The concentrations at which the odor is detected varies from individual to individual and the average individual can detect $CH_2O$ at about 500-1000 ppb. (Lang, et al., 2006; Arts, et al., 2006) Some with a keen sense of smell can detect its odor at a lower level. It is important to remember that these concentrations trigger the olfactory apparatus in the nose and do not result in an irritative effect. However, it is also important to note that the olfactory sensation is the only one of our senses that is not "filtered" in the brain before reaching its target area. In addition, the olfactory area sits in an area of the brain call the rhinencephalon (old brain), which also contains the areas that control our emotions. Indeed, the amygdale, thought to be the seat of the emotions sits right next to the olfactory area and receives connections from it. Thus, odors

trigger emotions more than any other sense and we can remember odors longer than any other sense, such as sight or touch.  (2)

5.

Our ability to detect low concentrations of chemicals like $CH_2O$, have them lead to the so called "fright, fight or flight" response is an adaptation of vertebrates to both allow us to find food and avoid enemies. However, this would lead to chaos in our brains were it not for an equally important phenomena called adaptation. Adaptation allows us to, in essence, file away a remembered scent and not respond to the odor if it no longer requires action. Thus, an individual may enter a room with a low level of $CH_2O$ and detect its characteristic odor; if the person remains in the room the odor will disappear. This does not mean that it has actually gone away, rather the individual has "gated it out" as it no longer requires action. Thus, the olfactory system is now ready for further odor detection physiologically unhampered by the conflicting odor of $CH_2O$.

6.

At concentrations that exceed the detection level, from 500 ppb and above but perhaps lower in more sensitive individuals, $CH_2O$ can become a primary irritant. A primary irritant is a compound that interacts with the small unmyelinated "c" nerve fibers in the skin and mucous membranes. These fibers are also capable of carrying pain and itch sensations and there is some controversy as to whether these a single population of "c" fibers or several populations each of which carries a singe type of sense, i.e. irritation, itch and pain. This controversy is beyond the scope of this report by the reader is referred to (4) for further reading. None the less, the primary nature of the interaction of $CH_2O$ with the skin and mucous membranes is that removing the $CH_2O$ removes the irritation and there are no long lasing effects of the interaction. Thus, an individual who enters a room where there may be sufficient $CH_2O$ to cause irritation of the nasal mucosa for example, will get relief simply by leaving the environment and there is no worry that there will be additional adverse effects from this exposure.

7.

Another aspect of the irritant properties of aerosolized $CH_2O$ is that they are only related to the mucosa of the upper airways and the eyes. This is because the reactivity of $CH_2O$ is so great that 100% of the $CH_2O$ is instantaneously bound to the upper layer of the mucosa and never have a chance to penetrate any further,

3

such as into the lower airway. Indeed, studies using rats exposed to radioactive $CH_2O$ have demonstrated that at very high ambient concentrations (3000 ppb or greater) there was no penetration of the $CH_2O$ into the internal organs. Indeed, in humans the only demonstration of the penetration of $CH_2O$ into the lungs, for example, has been workers exposed to concentration of ambient $CH_2O$ in excess of 100ppm (100,000ppb) at very high temperatures.

8.

The irritation caused by $CH_2O$, like the odor detection of $CH_2O$ is also subject to adaptation. That is individuals who enter an environment which has concentrations of $CH_2O$ above the irritant level, and who remain in that environment, will note that the irritant effects will lessen and ultimately go away. They will not return as long as the individual remains in the area. More interesting, with repeated exposures to that environment or an environment with a similar $CH_2O$ concentration the individual will adapt and will not only detect no odor but will not have any irritant effects. This has been demonstrated in several situations such as mortuary workers and medical students, both of whom are exposed to high $CH_2O$ concentrations, in some cases 10 fold greater than the highest levels reported in the Katrina trailers.

9.

The physiologic mechanism that underlies the adaptation to the irritant effects of $CH_2O$ and other primary irritants is not well understood. In the short term, depletion of mediators from the nerve terminal endings may be one explanation, Longer term irritant adaptation remains a mystery.

## Formaldehyde and the Immune System

10.

The human immune systems has evolved to protect us from foreign invasion both external and internal, while being able to recognize "self" as well as "good" microbes such as the commensul bacteria of the gut and avoid their destruction. This is an arduous task and despite the superb nature of the immune system occasionally it fails. In the pre-antibiotic era, many infections simply overwhelmed the immune system. Now when infection results in serious illness or death, it is often due to an incorrect diagnosis, because of failure of the immune system to recognize the pathogen or concomitant illness which results in

immunodeficiency. On the other hand, there are times when the immune system recognizes our own tissues as foreign and disease ensues because the immune system inappropriately destroys self. This is referred to as hypersensitivity or "auto-immunity".

11.

The Gel and Coombs classification divides the types of hypersensitivity diseases by the immune mechanism which is operative. According to this classification there are four types of autoimmune diseases: Type I or immediate hypersensitivity (allergy), Type II or cytotoxic antibodies (many drug reactions), Type III or antigen-antibody complex disease (Lupus Erythematosis for example) and Type IV or delayed type hypersensitivity (Poison Ivy).

12.

Another major concept of immunoreactivity is that the immune system has evolved to recognize large molecules or pieces of large molecules. For example, the MHC class I Antigen presenting system (which presents intracellular antigen) generally presents antigens that are 8 to 10 amino acids in length, while the MHC class II presenting system (which presents extracellular antigens) is responsible for antigens in the 12 to 14 amino acid range. For this reason, low molecular molecules, such as $CH_2O$ cannot be seen by the immune system unless they are bound covalently to a larger macro-molecule usually a protein or glyco-protein. In this case the small molecule is referred to as a hapten and the larger molecule as the carrier. This type of immune response is further complicated as the actual immune response may be to the hapten itself, to the hapten only in the bound form or to the hapten-carrier complex sometimes referred to as a neo-antigen. This concept is particularly important for $CH_2O$ as will be discussed below.

13.

Because of the extreme reactivity of $CH_2O$ with tissue macro-molecules, the ability of this reagent to generate immune responses and to result in one or more of the hypersensitivity states that are noted above has been examined in great detail. Interestingly, in only one of the 4 types of hypersensitivity has $CH_2O$ been demonstrated to generate an immune response in a significant number of humans. This is a type IV or delayed type hypersensitivity.

14.

Type IV hypersensitivity is mediated by sensitized T-cells. This type of immune response is generated when a hapten binds to proteins in the upper layers of the skin. The derivatized proteins are then recognized by specialized antigen presenting cells in the skin called Langerhan's Cells and presented to helper T-cells along with appropriate signals to generate cytotoxic T-cells. Upon a second contact with the chemical compound the cytotoxic T-cells migrate into the area of contact and begin the process which results in the characteristic maculo-papular eruption. In the case of $CH_2O$ it has been demonstrated that contact sensitivity requires direct contact with the skin and that gaseous $CH_2O$ is not capable of inducing either the sensitization of the induction of the response. The most common cause of $CH_2O$ hypersensitivity appears to be its use in cosmetics as several studied have demonstrated that $CH_2O$ sensitivity is higher in women than in men. Most importantly, a longitudinal study that has been ongoing in Europe for many years has demonstrated that the percentage of individuals that are reactive to $CH_2O$ has remained the same despite the increased use of this reagent in many products. This strongly suggests that off gassing of $CH_2O$ does not contribute to Type IV hypersensitivity. And with respect to the Katrina trailers would not be expected to be of any health concern either now or in the future.

15.

With respect to Type II and Type III hypersensitivity, both of which require the production of IgG type antibodies, there is no evidence to suggest that either of these immune mechanisms are of concern. In experimental animals it is possible to generate antibodies which are directed against the $CH_2O$-protein adduct; however, in the majority of cases these antibodies are generated by the direct immunization of the animals with the conjugate, often in the presence of an adjuvant, a situation which would never occur in the human situation. None the less, in these experimental animals the antibodies are not toxic to the animal. That is, they do not result in any disease. This is because the antibody is largely directed against the formyl group (the actual group $CH_2O$ turns into when it is bound to a protein) or because a neo-antigen has been generated and antibodies to that antigen are not of concern to the animal. It is important to remember that the vast majority of the antibodies that we produce are not bad. In the human situation IgG antibodies to formyl-protein have been noted in the setting of direct contact of $CH_2O$ with human blood or blood product as noted below. Even in this rare situation there has been no evidence or even suggestion that the generated IgG results in an adverse health outcome. And, with respect to the residents of the

6

Katrina trailers, there would be no immediate or long lasting adverse health effect from the production of a Type II or Type III immune response.

16.

Type IV hypersensitivity is better know as an allergy. It results from the production of a specific class of antibody called IgE ( there are 5 antibody classes IgM, IgG, IgA, IgD and IgE). Unlike other types of hypersensitivity, type IV originally evolved as a highly beneficial protective response against protozoan parasites and it is only in the past 100 or so years that the adverse effects of this type of immune response have become evident. Indeed, our need to protect ourselves against parasites is so great that we evolved a system that is capable of incredibly rapid and profound response to minute amounts of antigen.

17.

As we have been able to rid ourselves of protozoan parasites ( particularly in developed countries), this part of our immune system has been left with little or no function. Instead, the system has begun to misread antigens that would otherwise be benign as harmful and target them with the result that the host rather than the invader is affected. In addition, other changes which we have made in our environment such as cleaner water and food, less contact with farm animals, early immunization and a greater and earlier use of antibiotics has changed our entire immune systems. Thus, we have moved from an immune system which is poised to fight bacterial and viral infection to a system which is poised to fight an infection that is no longer present. This is often referred to as the "hygiene hypothesis".

18.

The ability of an individual to make an IgE response is called "atopy", and is a function of our genetic makeup and our environment. Once IgE is made to a specific antigen this can result in a variety of disease states including: allergic rhinitis, allergic conjunctivitis, asthma, food allergy, eczema and in extreme cases an overwhelming response called anaphylaxis. Why one individual develops asthma and another develops allergic rhinitis and a third develops food allergy is not well established, but is believed to be genetic in nature.

19.

The development of an allergy requires the production of IgE type antibodies to a specific allergen (the term for an antigen that induces IgE production). Not respective of the type of material to which an individual may be exposed, it is implicit that that material must induce IgE production to become allergenic. Why one protein, such as Fel d 1 from the sebaceous gland of a cat is highly allergenic and another protein such as cat defensin, also secreted in the sebum of the cat, is not allergenic at all, is not known, but is currently the subject of intense investigation. Thus, one cannot simply look at a protein or its structure and state that that protein will or will not be an allergen. In addition, IgE antibodies may also be directed against low molecular weight molecules that have bound covalently to a large protein. These haptens (as noted above) then serve as the focus for the IgE production either alone or in combination with the protein. This is the situation with allergic reaction to drugs. And, like other allergen, low molecular weight allergens coupled to protein do not follow a specific set of rules. Thus to determine if a hapten –protein conjugate is an allergen must be done by experimental analysis.

20.

The potential role of $CH_2O$ in either inducing or augmenting allergic diseases, particularly asthma and allergic rhinoconjunctivitis, has been the subject of speculation and investigation for over 30 years. These studies have divided themselves into two groups. First, we can ask: is it possible that $CH_2O$ by binding covalently to tissue protein results in the production of IgE antibodies directed either to $CH_2O$ as a hapten, to the $CH_2O$-protein aduct, or to a protein whose structure has been altered by $CH_2O$ sufficiently to be recognized as foreign in sufficient quantity result in an allergic disease. And second, we can ask if $CH_2O$ without the induction of a true immune response can augment or worsen an ongoing allergic response.

21.

Many groups have looked at the ability of $CH_2O$ as a hapten to generate IgE antibodies (Dykewicz, 1991; Grammer, et al., 1993). These studies can be summarized by stating that exposure of man (and experimental animals) to gaseous $CH_2O$ even at relatively high ambient concentrations is not capable of generating anti-formyl IgE at concentrations that might be related to a human disease state. Most of the studies have failed to demonstrate any anti-$CH_2O$-protein IgE at all, while some, such as the recent study of Doi, et al (2003) have demonstrated IgE at very low concentrations that did not correlate with the patient's disease; asthma in

this case. The reason for this failure of $CH_2O$ to induce IgE is undoubtedly related to its extreme reactivity. As will be noted below, the $CH_2O$ must bind to a protein component which can be "seen" by the immune system. Gaseous $CH_2O$ binds entirely to the mucosa of the upper airway. No $CH_2O$ even penetrates to the lower part of the pharynx, let alone the upper lung. The bound $CH_2O$ is then sloughed off of the mucosa and is either swallowed and destroyed or brought to the tip of the nose by ciliary action and excreted. None of this material is ever in a position to be picked up by antigen presenting cell and sent to the immune system in such a way that it can be recognized as foreign. Thus, it is not at all surprising that ambient $CH_2O$ is neither an antigen nor an allergen.

22.

There is one case that has been reported in which $CH_2O$ can result in the production of IgE type antibodies and that is when the $CH_2O$ come into direct contact with the protein of the bloodstream. This situation has been described by Patterson and co-workers (1986a,b). This studies involved nurses who cleaned kidney dialyzers with 35% aqueous formaldehyde as well as experimental animals. In this case the actual antibodies were directed against the formyl-protein conjugate and neither free $CH_2O$ not circulation human albumin the major protein in the serum. Even in this unique situation, it was not clear that there was a correlation between the production of anti-formyl-protein IgE and a human disease state.

23.

Given that $CH_2O$ is not capable of inducing an allergic response by conjugation to tissue protein, one might ask if this reagent is capable of interacting with the immune system in such a way that sensitization to other allergens is either induced or augmented. In this sense $CH_2O$ would be considered as an adjuvant and not an allergen. The mechanism by which this might occur is not clear, nonetheless a number of studies, both clinical and in laboratory animals have addressed this issue. In the laboratory setting there is only one situation where $CH_2O$ has been shown to be an adjuvant. In mice and in guinea pigs the direct application of aqueous $CH_2O$ solution to the nose prior to allergen challenge has been shown to augment the allergenic response (lim, et al., 2006). Gaseous $CH_2O$ does not have the same effect and thus these studies, while of some interest, are not applicable to the Katrina trailer claimants.

24.

In the clinical situation, only two, and possibly a third, studies have purported to suggest that exposure to $CH_2O$ might augment allergenicity. (Krzyzanowski, Quackenboss, and Lebowitz , 1990; Garrett, et al., 1999; Rumchev, et al., 2002) However, in these studies the effect of $CH_2O$ was minimal and was not statistically significant. In both the final conclusion of the authors was that the $CH_2O$ effects were marginal and that, at best, suggested that $CH_2O$ *might* have an effect.

25.

Finally since $CH_2O$ has been demonstrated to be an upper respiratory irritant. A large number of workers have examined the effects of ambient $CH_2O$ on the pulmonary function of a large number of individuals. This has included normal individuals, to assess the effect, if any, of $CH_2O$ on normal lung function, individual ( both adults and children) with asthma to determine the effect of $CH_2O$ on the asthmatic response and finally on individual who believe that the have asthma that was induced by $CH_2O$ to confirm or deny the diagnosis of "formaldehyde asthma," this latter group being largely in the industrial setting.

26.

With respect to the effect of $CH_2O$ on the lung function of normal adults there is no evidence that low or even relatively high (3 ppm) levels of $CH_2O$ have any significant effect on lung function (Green, et al., 1987;Uba, 1989; Akbar-Khanzadeh and Mlynek , 1997). Even in those situations where some minimal effects have been demonstrated these are not dose dependant and the response is most likely due to the irritant effect of $CH_2O$ at these high ambient levels. Interestingly, the effect on lung function has shown the same type of accommodation with time noted above, which provides support for this concept.

27.

A large number of studies have evaluated the effect of $CH_2O$ exposure on the lung function of asthmatic patients. This concentration of studies was the result of the question of the role of $CH_2O$ in individuals exposed to $CH_2O$ in the form of either ambient $CH_2O$ or when complexed with resins such as urea-formaldehyde or phenol-formaldehyde. In these studies patients with asthma were evaluated at concentration ranging from the low part-per-billion to 3 ppm.

(Sauder, et al, 1987; Witek, et al., 1987; Sheppard, Eschenbacher and Epstein, 1984). In none of these studies was their any significant effect of ambient $CH_2O$, even at levels far exceeding those to which the Katrina individuals might have experienced, on the pulmonary function of asthmatic patients. The lack of effect of $CH_2O$ was further demonstrated by combining $CH_2O$ exposure with allergen challenge. Even in this situation, which might be thought of as the closest to the possible effects that might be seen in the Katrina trailer cohort, there was no effect of adding $CH_2O$ to the exposure to dust mite over the effect of the mite exposure alone (Casset, et al., 2006;Ezratty, et al., 2007).

28.

Finally, Frigas, et al (1984) and Schachter, et al. (1987) both evaluated the effect of $CH_2O$ on individual who were exposed to $CH_2O$ in the industrial setting and who believed that they had developed "formaldehyde asthma". In both of these studies the authors were unable to demonstrate that there was an effect of $CH_2O$ on pulmonary function.

29.

Two other situations are worthy of note, for completeness sake. In one study it was demonstrated that particulate formaldehyde containing resin was capable of inducing changes in pulmonary function in asthmatic patients, but the $CH_2O$ was incapable of inducing the same response. (Lemiere, et a., 1995) The authors concluded that it was the particles and not the $CH_2O$ that were responsible for the change in pulmonary function. Second, Zammit-Tabona and co-workers (1983) evaluated workers exposed to both $CH_2O$ and to diphenylmethane diisocyanate. There were able to demonstrate that the latter compound but not $CH_2O$ was capable of sensitizing workers and causing asthma which $CH_2O$ was not. Demonstrating that the failure of cohorts of individuals exposed to $CH_2O$ was not due to the trivial explanation that these individual were incapable of responding; rather, it demonstrated that $CH_2O$ does not induce asthma even in individuals who are capable of making an appropriate asthmatic response.

30.

In summary, $CH_2O$ has been evaluated in large number s of studies. Formaldehyde is not an allergen when presented in gaseous form. Even in the unique situation of direct blood exposure to $CH_2O$ where anti-$CH_2O$ IgE may be generated, this does not result in a human disease state and this even when

individuals are challenged by the intravenous (Bousquet, et al., 1987) or aerosolized (gaseous) route. Formaldehyde does not cause changes in pulmonary function at very high ambient levels (3 ppm or 3000 ppb) in either normal individuals or in patients who have demonstrated asthma. Formaldehyde is a skin sensitizer (Type IV) but this is not relevant to the present situation. Thus, $CH_2O$ is not an immunologic human health risk.

31.

Medical monitoring has been applied to a number of clinical situations where serial examination of an individual patient or a series of patients will predictably lead to the early diagnosis of a specific disease state for which a treatment exists. For the general population, we recommend monitoring for certain diseases because we know that: 1) there are disease states that predictably appear in a significant proportion of the population, 2) there is a test that will, in a statistically significant manner demonstrate the appearance of such a disease – mammography for breast cancer in women and PSA testing for prostate cancer in men are examples of this type of test and 3) that having diagnosed the disease one can then improve the health care outcome. This is also true for the two examples that are noted above. Simply testing for diseases that do not meet these criteria represents "testing for the sake of testing" and is not only inappropriate but may lead to adverse health outcomes by suggesting a disease when none exists or by early diagnosis of a disease for which there is no cure, i.e. the patient has to endure the disease longer. It is for this reason that wholesale monitoring of any population should be done with great thought. With respect to the Katrina trailers cohort medical monitoring would be considered that which would be related to a potential exposure, such as $CH_2O$, and not as a replacement for the usual care that would be sought by any child or adult , i.e. the annual physical or pre-school examination.

32.

With the discussion of the health effects of $CH_2O$ (or lack thereof) noted above one can ask whether medical monitoring would be appropriate for the Katrina trailers cohort. Since the evidence for the effect of $CH_2O$ on the human immune system demonstrates that there is no adverse immunological health effect of the low ambient concentrations of $CH_2O$ to which some of these individuals may have been exposed, there is no concern that this would be considered to be a hazardous substance and that there is any risk that these adults or children are at risk for the appearance of any immunologically mediated disease now or in the future. There is no evidence that the rate of any allergic disease (asthma, allergic

rhinitis, etc.) now or in the future will be increased in the Katrina population as a result any $CH_2O$ exposure and that the exposure (if it occurred) will now or in the future result in the appearance of a latent disease state that is not now present.

33.

There is currently no specific test that will with precision demonstrate the early appearance of any atopic disease before it becomes readily obvious to the patient's physician or health care provider. For asthma, for example, there are tests that are applied after one becomes symptomatic and which are used to confirm the diagnosis; but, none that can be used for the early detection of this disease. More importantly, there is no evidence in the worlds literature that if there were such a test that it would lead to a treatment which if instituted would improve health care outcomes, one of the important hallmarks of an monitoring program.

34.

In summary, medical monitoring is not indicated for the Katrina population, as there will be no increase over the normal population of any immunological disease of the 4 types noted above as a result of the potential $CH_2O$ exposure. This is true now and for the foreseeable future.

FURTHER AFFIANT SAYETH NOT.

James Wedner, MD

Sworn to and subscribed before me
this 25th day of September, 2008.

Rebecca S. Light
Notary Public
My Commission expires: 10 05 2010

REBECCA S. LIGHT
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis County
My commission expires 10/05/10
Commission # 06948517

## References:

Akbar-Khanzadeh F. Mlynek JS. Changes in respiratory function after one and three hours of exposure to formaldehyde in non-smoking subjects. Occupational & Environmental Medicine. 54(5):296-300, 1997

Arts JH. Rennen MA. de Heer C. **Inhaled formaldehyde: evaluation of sensory irritation in relation to carcinogenicity.** *Regulatory Toxicology & Pharmacology. 44(2):144-60, 2006*


Bardana EJ Jr. Montanaro A. Formaldehyde: an analysis of its respiratory, cutaneous, and immunologic effects. Annals of Allergy. 66(6):441-52, 1991

Bousquet J. Rivory JP. Maurice F. Skassa-Brociek W. Larrson P. Johansson SG. Florence P. Michel FB. Allergy in chronic haemodialysis. 1. Double-blind intravenous challenge with formaldehyde. Clinical Allergy. 17(6):499-506

Casset A. Marchand C. Purohit A. le Calve S. Uring-Lambert B. Donnay C. Meyer P. de Blay F. Inhaled formaldehyde exposure: effect on bronchial response to mite allergen in sensitized asthma patients. Allergy. 61(11):1344-50, 2006
Contact Dermatitis. 54(4):230, 2006

Doi S. Suzuki S. Morishita M. Yamada M. Kanda Y. Torii S. Sakamoto T. The prevalence of IgE sensitization to formaldehyde in asthmatic children, Allergy. 58(7):668-71, 2003

Dykewicz MS. Patterson R. Cugell DW. Harris KE. Wu AF. Serum IgE and IgG to formaldehyde-human serum albumin: lack of relation to gaseous formaldehyde exposure and symptoms. Journal of Allergy & Clinical Immunology. 87(1 Pt 1):48-57, 1991

Ezratty V. Bonay M. Neukirch C. Orset-Guillossou G. Dehoux M. Koscielny S. Cabanes PA. Lambrozo J. Aubier M. Effect of formaldehyde on asthmatic response to inhaled allergen challenge Environmental Health Perspectives. 115(2):210-4, 2007

Frigas E. Filley WV. Reed CE. Bronchial challenge with formaldehyde gas: lack of bronchoconstriction in 13 patients suspected of having formaldehyde-induced asthma. Mayo Clinic Proceedings. 59(5):295-9, 1984

Garrett MH. Hooper MA. Hooper BM. Rayment PR. Abramson MJ. Increased risk of allergy in children due to formaldehyde exposure in homes.[see comment][erratum appears in Allergy 1999 Dec;54(12):1327Allergy. 54(4):330-7, 1999

Gorski P. Krakowiak A. Formaldehyde--induced bronchial asthma--does it really exist?. Polish Journal of Occupational Medicine & Environmental Health. 4(4):317-20, 1991.

Grammer LC. Harris KE. Cugell DW. Patterson R. Evaluation of a worker with possible formaldehyde-induced asthma. Journal of Allergy & Clinical Immunology. 92(1 Pt 1):29-33, 1993

Grammer LC. Harris KE. Shaughnessy MA. Sparks P. Ayars GH. Altman LC. Patterson R. Clinical and immunologic evaluation of 37 workers exposed to gaseous formaldehyde. Journal of Allergy & Clinical Immunology. 86(2):177-81, 1990

Green DJ. Sauder LR. Kulle TJ. Bascom R. Acute response to 3.0 ppm formaldehyde in exercising healthy nonsmokers and asthmatics American Review of Respiratory Disease. 135(6):1261-6, 1987

Harving H. Korsgaard J. Pedersen OF. Molhave L. Dahl R. Pulmonary function and bronchial reactivity in asthmatics during low-level formaldehyde exposure. Lung. 168(1):15-21, 1990.

Hilton J. Dearman RJ. Basketter DA. Scholes EW. Kimber I. Experimental assessment of the sensitizing properties of formaldehyde. Food & Chemical Toxicology. 34(6):571-8, 1996

Kessler M. Cao Huu T. Mariot A. Chanliau J. Hemodialysis-associated complications due to sterilizing agents ethylene oxide and formaldehyde. to Nephrology. 62:13-23, 1988.

Kita T. Fujimura M. Myou S. Ishiura Y. Abo M. Katayama N. Nishitsuji M. Yoshimi Y. Nomura S. Oribe Y. Nakao S. Potentiation of allergic bronchoconstriction by repeated exposure to formaldehyde in guinea-pigs in vivo. Clinical & Experimental Allergy. 33(12):1747-53, 2003

Krakowiak A. Gorski P. Pazdrak K. Ruta U. Airway response to formaldehyde inhalation in asthmatic subjects with suspected respiratory formaldehyde sensitization. [Journal Article] American Journal of Industrial Medicine. 33(3):274-81, 1998

Kramps JA. Peltenburg LT. Kerklaan PR. Spieksma FT. Valentijn RM. Dijkman JH. Measurement of specific IgE antibodies in individuals exposed to formaldehyde. Clinical & Experimental Allergy. 19(5):509-14, 1989

Kriebel D. Sama SR. Cocanour B. Reversible pulmonary responses to formaldehyde. A study of clinical anatomy students. American Review of Respiratory Disease. 148(6 Pt 1):1509-15, 1993

Krzyzanowski M. Quackenboss JJ. Lebowitz MD. Chronic respiratory effects of indoor formaldehyde exposure. Environmental Research. 52(2):117-25, 1990

Lemiere C. Desjardins A. Cloutier Y. Drolet D. Perrault G. Cartier A. Malo JL. Occupational asthma due to formaldehyde resin dust with and without reaction to formaldehyde gas. European Respiratory Journal. 8(5):861-5, 1995

Lang I. Bruckner T. Triebig G. Formaldehyde and chemosensory irritation in humans: a controlled human exposure study. Regulatory Toxicology & Pharmacology. 50(1):23-36, 2008

Liden S. Scheynius A. Fischer T. Johansson SG. Ruhnek-Forsbeck M. Stejskal V. Absence of specific IgE antibodies in allergic contact sensitivity to formaldehyde. [Allergy. 48(7):525-9, 1993

**Lim** SW. Smith W. Gillis D. Kette F. **IgE-mediated allergy to formaldehyde from topical application.** *Contact Dermatitis. 54(4):230, 2006 Apr.*

Patterson R. Pateras V. Grammer I.C. Harris KE. Human antibodies against formaldehyde-human serum albumin conjugates or human serum albumin in individuals exposed to formaldehyde International Archives of Allergy & Applied Immunology. 79(1):53-9, 1986.

Patterson R. Pateras V. Grammer I.C. Harris KE. Human antibodies against formaldehyde-human serum albumin conjugates or human serum albumin in individuals exposed to formaldehyde. International Archives of Allergy & Applied Immunology. 79(1):53-9, 1986.

Rumchev KB. Spickett JT. Bulsara MK. Phillips MR. Stick SM. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children European Respiratory Journal. 20(2):403-8, 2002

Salkie ML. The prevalence of atopy and hypersensitivity to formaldehyde in pathologists. Archives of Pathology & Laboratory Medicine. 115(6):614-6, 1991

Sauder LR. Green DJ. Chatham MD. Kulle TJ. Acute pulmonary response of asthmatics to 3.0 ppm formaldehyde. Toxicology & Industrial Health. 3(4):569-78, 1987

Schachter EN. Witek TJ Jr. Brody DJ. Tosun T. Beck GJ. Leaderer BP. A study of respiratory effects from exposure to 2.0 ppm formaldehyde in occupationally exposed workers. Environmental Research. 44(2):188-205, 1987

Sheppard D. Eschenbacher WL. Epstein J. Lack of bronchomotor response to up to 3 ppm formaldehyde in subjects with asthma. Environmental Research. 35(1):133-9, 1984

Uba G. Pachorek D. Bernstein J. Garabrant DH. Balmes JR. Wright WE. Amar RB. Prospective study of respiratory effects of formaldehyde among healthy and asthmatic medical students. American Journal of Industrial Medicine. 15(1):91-101, 1989

Wantke F. Demmer CM. Tappler P. Gotz M. Jarisch R. Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children. Clinical & Experimental Allergy. 26(3):276-80.

Wantke F. Focke M. Hemmer W. Bracun R. Wolf-Abdolvahab S. Gotz M. Jarisch R. Gotz M. Tschabitscher M. Gann M. Tappler P. Exposure to formaldehyde and phenol during an anatomy dissecting course: sensitizing potency of formaldehyde in medical students. Allergy. 55(1):84-7, 2000

Wantke F. Focke M. Hemmer W. Tschabitscher M. Gann M. Tappler P. Gotz M. Jarisch R. Formaldehyde and phenol exposure during an anatomy dissection course: a possible source of IgE-mediated sensitization?. Allergy. 51(11):837-41, 1996

Wieslander G. Norback D. Bjornsson E. Janson C. Boman G. Asthma and the indoor environment: the significance of emission of formaldehyde and volatile organic compounds from newly painted indoor surfaces. International Archives of Occupational & Environmental Health. 69(2):115-24, 1997.

Witek TJ Jr. Schachter EN. Tosun T. Beck GJ. Leaderer BP. An evaluation of respiratory effects following exposure to 2.0 ppm formaldehyde in asthmatics: lung function, symptoms, and airway reactivity. Archives of Environmental Health. 42(4):230-7, 1987

Zammit-Tabona M. Sherkin M. Kijek K. Chan H. Chan-Yeung M. Asthma caused by diphenylmethane diisocyanate in foundry workers. Clinical, bronchial provocation, and immunologic studies. American Review of Respiratory Disease. 128(2):226-30, 1983

H. James Wedner, MD, FAAAAI

Recent Cases in which I have either been deposed or given trial testimony

    a. Cheryl Wisecup v. Statefarm Insurance- 4 plaintiffs: Cheryl, Kyle, Merrill, Kent. Cedar Rapids, Iowa
    b. Leonard v. American Standard – 3 plaintiffs: Jeffrey, Melissa, Patricia
    c. Dorsch v. Fisher
    d. Benanti v. Roger Scott Custom Homes – 3 plaintiffs: Frank, Beth Frank, Jr.
    e. Hoch v. Beaumont – 8 plaintiffs: Alt, King, Bos, Hoch, Skiera, Brooks, Winfreny, Hoadley
    f. Bridgewater v. K.W. Simon – plaintiff Steven Pearson
    g. Loggins v. Eastbrooks, et al.
    h. Young v. Gemini Home Builders, LLC – 5 plaintiffs Victor, Andrew, Jody, Gage, Trey
    i. John & John Doe (Meillwain) v. Ortho Diagnostics
    j. John & Jane Doe (Rader) v. Ortho Diagnostics
    k. Hilton v. Ethicon
    l. Contratto . Ethicon

H. James Wedner, MD

Current Fee Schedule

1. $500/hr. for all activities
2. Travel within the St. Louis area is billed per hour including travel time plus expenses

3. Travel outside the St. Louis area is billed as a minimum of 8 hours/day or actual time whichever is greater plus expenses. Travel time is not billed.

# CURRICULUM VITAE

| | |
|---|---|
| **NAME:** | H. James Wedner, M.D. |
| **DATE OF BIRTH:** | May 12, 1941 - Pittsburgh, Pennsylvania |
| **RESIDENCE:** | 60 Ladue Terrace, St. Louis, Missouri 63124 |
| **OFFICE INFORMATION:** | 660 South Euclid, Campus Box 8122, St. Louis, Missouri 63110 |
| **MISSOURI LICENSE:** | R 3928 |
| **TELEPHONE:** | Office:  (314) 454-7937 / Home: (314) 995-6801 |
| **MARITAL STATUS:** | Married, June 18, 1978 |

**PRE-MEDICAL EDUCATION:**

1959 - 1963        Cornell University, Ithaca, New York
                          B.A Degree, Zoology

**MEDICAL EDUCATION:**

1963 - 1967        Cornell University Medical College, New York, New York
                          M.D. Degree

**HOSPITAL TRAINING:**

1967 - 1968        Intern, Barnes Hospital, St. Louis, Missouri
1970 - 1971        Senior Assistant Resident, Barnes Hospital, St. Louis, Missouri

**ACADEMIC APPOINTMENTS:**

1971 - 1974        USPHS Trainee in Immunology, Washington University School of Medicine, St. Louis, Missouri

1973 - 1974        Instructor in Medicine, Washington University School of Medicine, St. Louis, Missouri

1974 - 1980        Assistant Professor of Medicine, Washington University School of Medicine, St. Louis, Missouri

1979 – 1997        Director, Allergy Clinic, Barnes Hospital, St. Louis, Missouri

1980 - 1996        Associate Professor of Medicine (With Tenure), Washington University School of Medicine, St. Louis, Missouri

1986 - 1995        Director, Training Program in Allergy and Clinical Immunology, Washington University School of Medicine, St. Louis, Missouri

1987 - 2001        Chief, Clinical Allergy and Immunology, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri

1996 - Present    Professor of Medicine (With Tenure), Washington University School of Medicine, St. Louis, Missouri

1998 - 2001        Member, Institutional Review Board (Human Studies Committee), Washington University School of Medicine, St. Louis, Missouri

2000 - Present    Medical Director, The Asthma & Allergy Center, Washington University School of Medicine, St. Louis, Missouri

2001-Present      Chief, Division of Allergy and Clinical Immunology, Department of Internal Medicine, Washington University School of Medicine, St. Louis, Missouri

2001-Present      Director, Allergy and Clinical Immunology Fellowship Training Program, Washington University School of Medicine/ Barnes-Jewish Hospital/Children's Hospital of St. Louis Graduate Medical Education Consortium, St. Louis, Missouri

2001-Present      Committee Chairman, Institutional Review Board #1, Human Studies Committee, Washington University School of Medicine, St. Louis, Missouri

H. James Wedner, M.D.
**Curriculum Vitae - Page 2**
**Last Updated:  April 7, 2008**

## HOSPITAL APPOINTMENTS:

| | |
|---|---|
| 1974 - 1981 | Assistant Physician, Barnes Hospital, St. Louis, Missouri |
| 1981 - 1996 | Associate Physician, Barnes Hospital, St. Louis, Missouri |
| 1991 - Present | Associate Physician, Barnes West County Hospital, St. Louis, Missouri |
| 1996 - Present | Associate Physician, Barnes-Jewish Hospital, St. Louis, Missouri |

## HONORS AND AWARDS:

Clarence Coryell Prize in Medicine, Cornell University Medical College
Senior Price in Medicine, Cornell University Medical College
Senior Thesis Award, Cornell University Medical College
Bordon Prize for Research, Cornell University Medical College
Alpha Omega Alpha Honor Medical Society, Cornell University Medical College
NIAID Research Career Award Recipient, 1975-1980
Visiting Professor, American College of Allergy, at University of Arkansas, March, 1991
Visiting Professor, American College of Allergy, at Michigan State University, October, 1992
Chairman, Steering Committee, National Cooperative Inner-City Asthma Study, National Institute of
      Allergy and Infectious Diseases, 1991-1995
American Lung Association Volunteer Award, 1995
Visiting Professor, SUNY-Buffalo, Children's Hospital of Buffalo and Buffalo General Hospital,
September, 1999
Nominee for Washington University's AWN Mentor Award, 2000.
Visiting Professor, Eastern Virginia Medical School, April, 2003
Visiting Professor, State University Of New York at Buffalo Medical School, May, 2004
Listed in "America's Top Doctors", Castle Connolly Medical Ltd, 2005 – present
Listed in "Best Doctors in America", affiliated with Harvard Medical School, 2005 - present
Listed in "St. Louis Best Doctors", 2005 - present

## MILITARY SERVICE:

| | |
|---|---|
| 1968 - 1970 | Senior Assistant Surgeon, USPHS, assigned to U.S. Coast Guard, Governors Island, New York |

## ACADEMIC AND PROFESSIONAL ORGANIZATIONS:

American Academy of Allergy and Immunology – Fellow Status
American Association of Immunologists
American College of Allergy, Asthma & Immunology
Clinical Immunological Society – Chair, Communications Committee
European Academy of Allergology and Clinical Immunology
St. Louis Metropolitan Medical Society

| | |
|---|---|
| 2005 – present | Member Indoor Air Quality Committee, AAAAI |
| 1991 - Present | Cori Society, Washington University School of Medicine |
| 1996 -2006 | Member  Committee on Allergy and Immunology in Medical Schools, AAAAI |
| 2004 – 2005 | Committee Chair, AAAAI Primary Care Rotations in Allergy and Pierson Visitation Program Committee |
| 2004-2005 | Committee Member, AAAAI Urticaria and Angioedema Committee |
| 2004-Present | Representative, Division of Allergy/Immunology, American Association of Subspecialty Professors |

H. James Wedner, M.D.
**Curriculum Vitae - Page 3**
**Last Updated:  April 7, 2008**

**EDITORSHIP(S):**

| | |
|---|---|
| 1980 - 1982 | Associate Editor, The Journal of Immunology |
| 1984 - 1997 | Topic Editor, Clinical Immunology, Quarterly Survey of Immunology Research |
| 1974 - 1985 | Volume Associate Editor, The Year in Immunology |
| 1985 - 1986 | Volume Associate Editor, The Year in Immunology |
| 1991 - 1996 | Editorial Board, Journal of Allergy and Immunology |
| 1999-2004 | Editor, Clinical Immunology Society Newsletter |
| 2000-Present | Editor, Anaphylaxis and Drug Allergy Section, Current Allergy Reports |

**PUBLICATIONS**

1.  Grace CM, Wedner HJ. Measles in previously immunized children. *Morbidity and Mortality*, 1969; 18:141.
2.  Wedner HJ, Hoffer BJ, Battenberg E, Steiner AL, Parker CW and Bloom FE.  A method for detecting cyclic AMP by immunofluorescence. *J Histochem Cytochem* 1972; 10:293.
3.  Bloom FE, Hoffer BJ, Battenberg ER, Siggins GR, Steiner AL, Parker CW and Wedner HJ. Adenosine 3',5' monophosphate is localized in cerebellar neurons: Immunofluorescence evidence. *Science* 1972; 177:436.
4.  Eisen SA, Wedner HJ and Parker CW.  Isolation of pure human peripheral T lymphocytes on nylon columns. *Immunol Comm* 1972; 1:571.
5.  Bloom FE, Wedner HJ and Parker CW. The use of antibodies of study cell structure and metabolism. *Pharmacol Rev* 1973; 25:343.
6.  Parker CW, Sullivan TJ and Wedner HJ. Cyclic AMP and the immune response. In: Advances in Cyclic Nucleotide Research. Eds: GA Robison and P Greengard. Raven Press, New York, 1974, Vol. 4, pp. 1-79.
7.  Pan P, Bonner J, Wedner HJ and Parker CW. Immunofluorescence evidence for the distribution of cyclic AMP in cells and cell masses of the cellular slime molds. *Proc Natl Acad Sci* 1974; 71:1625.
8.  Parker CW, Snider DE, Wedner HJ. The role of cyclic nucleotides in lymphocyte activation. In: Progress in Immunology II. Eds: L Brent and J Holborow. North-Holland Publishing Co., New York, 1974. Vol. 2, pp. 85-94.
9.  Wedner HJ and Parker CW. Protein phosphorylation in human peripheral lymphocytes. Stimulation by phytohemagglutinin and $N^6$ monobutyryl cyclic AMP. *Biochem Biophys Res Comm* 1975; 62:808.
10. Wedner HJ, Bloom FE and Parker CW. The role of cyclic nucleotides in lymphocyte proliferation. In: Immune Recognition. Ed: AS Rosenthal. Academic Press, New York, 1975,  pp. 337-357.
11. Wedner HJ and Parker CW. Lymphocyte activation. In: Progress in Allergy.  Karger Basel, 1976, Vol. 20, pp. 195-300.
12. Wedner HJ, Parker LN and Rosenfeld MG. Mechanism of cAMP control of protein synthesis. I. The preparation of a highly purified antibody and a solid-state immunoassay for porcine pancreatic alpha-amylase. *Anal Biochem* 1975; 65:175.
13. Wedner HJ, Dankner R and Parker CW. Cyclic GMP and lectin induced lymphocyte activation. *J Immunol* 1975; 115:1682.
14. Atkinson JP, Wedner HJ and Parker CW. Two novel stimuli of cyclic adenosine 3',5'-monophosphate (cAMP) in human lymphocytes. *J Immunol* 1975; 115:1023.
15. Steiner AL, Ong S and Wedner HJ. Cyclic nucleotide immunochemistry. *Adv Cyclic Nucleotide Res* 1976; 7:115.
16. Lichenstein JR, Bauer EA, Hoyt R and Wedner HJ. Immunologic characterization of the membrane-bound collagen in normal human fibroblasts: Identification of a distinct membrane collagen. *J Exp Med* 1976; 114:145.

H. James Wedner, M.D.
**Curriculum Vitae - Page 4**
**Last Updated: April 7, 2008**

17.   Atkinson JP, Udey MC, Wedner HJ and Parker CW. Studies on the stimulation of cAMP metabolism by heparin solutions containing benzyl alcohol. *J Cyclic Nucleotide Res* 1976; 2:297.

18.   Wedner HJ Parker CW. Adenylate cyclase activity in lymphocyte subcellular fractions. Characterization of a nuclear adenylate cyclase. *Biochem J* 1977; 162:483.

19.   Wedner HJ, Chaplin DD and Parker CW. Evidence for an early sulfhydryl reagent sensitive step during lymphocyte activation. In: Proceedings of the 11th Leukocyte Culture Conference. Academic Press, New York, 1977, p. 456.

20.   Kelly JP, Wedner HJ and Parker CW. Mitogenic receptors on human peripheral blood lymphocytes: The interaction of phaseolus vulgaris (E-PHA) and ATG on the human peripheral blood lymphocyte membrane. *J Immunol* 1977; 118:2213.

21.   Greene WC, Wedner HJ and Parker CW. Calcium Ionophore A23187 and lymphocyte activation. In: Leukocyte Membrane Determinants Regulating Immune Reactivity. Eds: VP Eijsvoogel, D Roos, and WP Ziijlemaker. Academic Press, New York, 1976, p. 129.

22.   Buckley PJ and Wedner HJ. Variation in DNA and RNA synthetic responses during activation of lymphocytes from inbred strains of mice. *J Immunol* 1977; 119:9.

23.   Chaplin DD and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by diamide and other sulfhydryl reagents. *Cell Immunol* 1978; 36:303.

24.   Buckley PJ and Wedner HJ. Measurement of the DNA synthetic capacity of activated lymphocytes: Nucleotide triphosphate incorporation by permeabilized cells. *J Immunol* 1978; 120:1930.

25.   Shearer WT, Wedner HJ, Strominger DB, Kissane J and Hong R. Successful transplantation of the thymus in Nezelof's syndrome. *Pediatrics* 1978; 61:619-624.

26.   Pan P and Wedner HJ. Immunohistochemical localization of cyclic GMP in aggregating polysphodylium violaceum. *Differentiation* 1979; 14:113.

27.   Atkinson JP, Kelly JP, Weiss A, Wedner HJ and Parker CW. Enhanced intracellular cGMP concentrations and lectin-induced lymphocyte transformation. *J Immunol* 1978; 121:2282.

28.   Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation and lymphocyte activation. In: Proceedings of the International Symposium on the Biological Basis for Immunodeficiency. Toronto, October, 1978. Raven Press, New York, 1980, pp. 269-281.

29.   Yecies LD, Wedner HJ, Johnson SM, Jakschik BA and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. I. Conditions of generation and initial characterization. *J Immunol* 1979; 122:2083.

30.   Yecies LD, Johnson SM, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. II. Evidence for a precursor role of arachidonic acid and further purification. *J Immunol* 1979; 122:2090.

31.   Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. I. Subcellular distribution and partial characterization of adenosine 3',5'-monophosphate-dependant protein kinase. *Biochem J* 1979; 182:525.

32.   Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. II. Phosphorylation of endogenous plasma membrane and cytoplasmic proteins. *Biochem J* 1979; 182:537.

33.   Wedner HJ. Inhibition of lectin induced lymphocyte mitogenesis by parachloro-mercuri-benzoate linked to dextran and sephadex: Relationship to cyclic nucleotide metabolism. *Cell Immunol* 1979; 92:209.

34.   Wedner HJ, Chan BY, Parker CS and Parker CW. Cyclic nucleotide phosphodiesterase activity in human peripheral blood lymphocytes and monocytes. *J Immunol* 1979; 123:725.

35.   Yecies LD, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated human leukemic basophils. I. Evidence for a precursor role of arachidonic acid and initial purification. *J Immunol* 1979; 123:2814.

36.   Wedner HJ. The effect of diamide on cyclic AMP levels and cyclic nucleotide phosphodiesterase in human peripheral blood lymphocytes. *Biochim Biophys Acta* 1980; 628:407.

37.   Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. Mitogen-induced increases in protein phosphorylation in intact lymphocytes. *J Immunol* 1980; 124:2390.

38.   Udey MD, Chaplin DD, Wedner HJ and Parker CW. Early activation events in lectin-stimulated human lymphocytes. Evidence that wheat germ agglutinin and mitogenic lectins cause similar early changes in lymphocyte metabolism. *J Immunol* 1980; 125:1544.

39.   Parker CW, Fischman CM and Wedner HJ. Relationship of slow reacting substance biosynthesis to intracellular glutathione levels. *Proc Natl Acad Sci USA* 1980; 77:6870.

40.   Goffstein BJ, Gordon LK, Wedner HJ and Atkinson JP. cAMP concentrations in human peripheral blood lymphocytes: Changes in association with cell purification. *J Lab Clin Med* 1980; 96:1002.

41.   Wedner HJ, Simchowitz L, Stenson WF and Fischman CW. Inhibition of human polymorphonuclear leukocyte function by 2-cyclohexene-1-one: A role for glutathione in cell activation. *J Clin Invest* 1981; 68:535.

42.   Sullivan TJ, Wedner HJ, Shatz GS, Yecies LD and Parker CW.  Skin testing to detect penicillin allergy.  *J Allergy Clin Med* 1981; 68:171.

43.   Fischman CM, Udey M, Kurtz M and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-one: Decreased intracellular glutathione inhibits an early event in the activation sequence. *J Immunol* 1981; 127:2257.

44.   Sullivan TJ, Yecie, LR, Shatz GS, Parker CW and Wedner HJ.  Desensitization of patients allergic to penicillin using orally administered P lactin antibodies.  *J Allergy Clin Immunol* 1982; 69:275.

45.   MacDermott RP, Bertovich MJ and Wedner HJ.  Decreased intracellular glutathione inhibits cell mediated cytotoxicity.  *FASEB* 1982; 41:315.

46.   Shatz G, Sullivan T, Kulczycki A, Zull D, Yecies LD and Wedner HJ.  Feather pillows and allergic patients.  *Ann of Allergy* 1982; 48:59.

47.   Wedner HJ. Cyclic AMP in the immune response.  In: Handbook of Experimental Pharmacology: Cyclic Nucleotides. Eds: JW Kebabian and JA Nathanson. Springer-Verlag, Berlin, Heidelberg, New York, 1982, 58(2), pp. 764-785.

48.   Wedner HJ.  The role of calcium and arachidonic acid metabolism in lymphocyte activation. In: Advances in Immunopharmacology.  Eds: JW Hadden, L Chedid, P Dukor, F Spreafico, and D Willoughby.  Pergamon Press, New York, 1983. pp. 81-86.

49.   Stenson WF, Lobos B and Wedner HJ.  Glutathione depletion inhibits amylase release in guinea pig pancreatic acini.  *Am J Physiol* 1983; 244:G273.

50.   Bromberg-Schneider S, Erickson N, Dennis A, Halverson J and Wedner HJ.  Cutaneous energy and marrow suppression as complications of gastroplasty for morbid obesity.  *Surgery* 1983; 94:109.

51.   Parker CW and Wedner HJ. Pneumonococcal infection in a splenectomized patient.  *Amer J Med* 1983; 74:129.

52.   Dankner RE and Wedner HJ. Aspirin desensitization in aspirin-sensitive asthma.  *Amer Rev Respir Dis* 1983; 128:953.

53.   Wedner HJ, Bahn G and Fischman CM.  Inhibition of lectin induced lymphocyte mitogenesis by acivicin and 6-diazo-5-oxo-L-norleucine. *Int J Immunopharm* 1984; 1:16.

54.   Wedner HJ, Korenblat PE.  Eds: Allergy: Theory and Practice.  Grune and Stratton Press, San Diego, Calif., 1984.

55.   Wedner HJ and Korenblat PE. Introduction: Allergy past and future. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984, pp. 1-4.

56.   Wedner HJ. Theophylline. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984, pp. 221-234.

57.  Wedner HJ, Korenblat PE and White R. Systemic mastocytosis. *Amer J Med* 1984; 144:2249.

58.  Wedner HJ. Adverse Reactions to Drugs. In: Current Pediatric Therapy. Eds: SS Gellis and BM Kagan. WB Saunders Co., Philadelphia. 1984, pp. 643-646.

59.  Lutz CT, Bell CE, Wedner HJ and Krogstad DJ. Allergy skin testing of multiple patients with a common syringe should be abandoned. *New Eng J Med* 1984; 310:1335.

60.  Hamilos D and Wedner HJ. The T lymphocyte antigen receptor. *Surv Synth Path Res* 1984; 3:292.

61.  Korenblat PE, Wedner HJ, Whyte MP, Frankel S and Avioli LV. Systemic mastocytosis. *Arch Int Med* 1984; 144:2249.

62.  Wedner HJ. Biochemical events associated with lymphocyte activation. *Surv Immunol Res* 1984; 3:295.

63.  Hamilos D and Wedner HJ. Enzymatic depletion of intracellular lymphocyte glutathione by buthionine sulfoximine does not inhibit activation by mitogenic lectins. *FASEB* 1984; 43:974.

64.  Wedner HJ, Bahn G, Gordon LK and Fischman CM. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-One: Analysis of DNA synthesis in individual cells by BUdR quenching of hoechst 33258. *Int J Immunopharm* 1985; 7:25.

65.  Cort D, Bass G and Wedner HJ. Lectin stimulated tyrosine phosphorylation of human T lymphocyte particulate proteins. *FASEB* 1985; 44:1313.

66.  Bass G, Cort D and Wedner HJ. Tyrosine phosphorylation of a 66KD soluble protein is stimulated by mitogens and growth factors in human T lymphocytes. *FASEB* 1985; 44:1527.

67.  Cort D, Bass G and Wedner HJ. Tyrosine phosphorylation of particulate proteins in lectin stimulated human T lymphocytes. *J Allergy Clin Immunol* 1985; 75:181.

68.  Zenger VE and Wedner HJ. Analysis of extractable oak pollen proteins. *J Allergy Clin Immunol* 1985; 75:175.

69.  Hamilos DL and Wedner HJ. The role of glutathione in lymphocyte activation. I. Comparison of inhibitory effects of buthionine sulfoximine and 2-cyclohexene-1-one by nuclear size transformation. *J Immunol*. 1985; 135:2740.

70.  Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology 1984-85. Eds: JM Cruse and RE Lewis, Jr.  Karger Basel, Switzerland, 1985, pp. 129-135.

71.  Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 12. Eds: SS Gellis and BM Kagen. WB Saunders, Co., Philadelphia. 1985. pp. 640-646.

72.  Wedner HJ. Recent studies in lymphocyte activation. The Year in Immunology. Eds: JM Cruse and RE Lewis, Jr.  Karger Basel, Switzerland, 1986, Vol. 2, pp. 145-151.

73.  MacDermott RP, Bertovich MJ, Bragdon MJ, Nash GS, Leusch MS and Wedner HJ.  Inhibition of cell-mediated cytotoxicity by 2-cyclohexene-1-One: Evidence for a role for glutathione and/or glutathione-protein interactions in cytolysis. *Immunol* 1986; 57:521.

74.  Wedner HJ and Bass G. Tyrosine phosphorylation of a 66,000 $M_r$ soluble protein in lectin activated human peripheral blood T lymphocytes. *J Immunol* 1986; 136:4226.

75.  Wedner HJ and Bass G. Tyrosine phosphorylation of a 66KD soluble protein and augmentation of lectin induced mitogenesis by DMSO in human T lymphocytes. *FASEB* 1986; 45:2036.

76.  Wedner HJ. Patterns of theophylline utilization. In: New Trends in Allergy II. Eds: J Ring and G Burg. Springer-Verlag, 1986, pp. 335-41.

77.  Frankel SJ, Polmar SH, Grumet FC and Wedner HJ. Anti-IgA antibody associated reactions to intravenous gamma-globulin in a patient who tolerated intramuscular gamma globulin. *Ann Allergy* 1986; 56:436.

78.  Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology. Vol. 2. Eds: JM Cruse, RE Lewis, Jr.  Karger Basel, Switzerland, 1986, pp. 145-151.

79.     Wedner HJ and Bass G. Stimulation of the phosphorylation of a 66,000 dalton soluble tyrosine phosphoprotein by agents that activate or augment activation of human peripheral blood T lymphocytes. *Cell Immunol* 1986; 104:201.

80.     Wedner HJ and Bass G.  Induction of the tyrosine phosphorylation of a 66 KD soluble protein by DMSO in human peripheral blood T lymphocytes. *Biochem Biophys Res Comm* 1986; 140:743.

81.     Wedner HJ. Pulmonary infiltrates and eosinophilia in a young man. CPC. Eds: KM Ludmerer and JM Kissane. *Amer J Med* 1986; 81:533.

82.     Wedner HJ, Zenger VE and Lewis WH. Allergic reactivity to parthenium hysterophores (Santa Maria Feverfew) pollen: An unrecognized allergen. *Int Arch Appl Immunol* 1987; 84:116.

83.     Panuska JR, King TE, Korenblat PE and Wedner HJ. Hypersensitivity reaction to desipramine. *J All Clin Immunol* 1987; 80:18.

84.     Loria RC, Jadidi S and Wedner HJ. Anaphylactic reaction to Ampicillin in a patient with common variable immunodeficiency syndrome desensitized to penicillin. *Ann Allergy* 1987; 59:15-16 and 34-38.

85.     Wedner HJ. Allergic reactions to drugs. Update on allergy. *Primary Care* 1987; 14:523.

86.     Wedner HJ, Zenger V, Lewis W. Allergic reactivity to parthenium hysterophores pollen. In: Advances in Aerobiology. *Experientia* 1987; 51:125.

87.     Sternberg EM, Wedner HJ, Leung MK and Parker CW. Effect of serotonin (5-HT) and other monoamines on murine macrophages: Modulation of interferon-gamma induced phagocytosis. *J Immunol* 1987; 138:4360.

88.     Hansbrough JR, Wedner HJ and Chaplin DD. Anaphylaxis to intravenous furosemide. *J Allergy and Clin Immunol* 1987; 80:538.

89.     Lewis WH, Dixit AB and Wedner HJ.  Reproductive biology of parthenium hysterophores (Asteraceae). *J Palynology* 1988; 23-24:73-82.

90.     Wedner HJ. Recent studies in T lymphocyte activation. In: Year in Immunology. Eds: JM Cruse and RE Lewis, Jr.  Karger Basel, Switzerland. 1988. pp. 119-128.

91.     Loria RC, Prange JO and Wedner HJ. Immunoblotting of pollen proteins: Tween 20 mediates nonspecific binding of gamma globulins to immunoblots of oak pollen proteins. *J Allergy Clin Immunol* 1988; 82:834.

92.     Wedner HJ. Reintroduction of drugs in the allergic patient. In: <u>Insights in Allergy</u>. Ed: JA Grant. CV Mosby Co., 1988, Vol. 3, #3.

93.     Loria RC, Finnerty N and Wedner HJ. Successful use of aztreonam in a patient who failed oral penicillin desensitization. *J Allergy Clin Immunol* 1989; 83:735.

94.     Loria RC, Wilson P and Wedner HJ.  Identification of the allergens in white oak (Quercus alba) pollen by immunoblotting. *J Allergy Clin Immunol* 1989; 84:9.

95.     Loria RC and Wedner HJ. Facial swelling secondary to inhaled bronchodilator abuse: catecholamine induced sialosis. *Ann Allergy* 1989; 62:289.

96.     Wedner HJ, Wilson P and Lewis WH. Allergic reactivity of parthenium hysterophores pollen: An ELISA study of 582 sera from the United States gulf coast. *J Allergy Clin Immunol* 1989; 84:263.

97.     Gupta A, Hruska KA and Wedner HJ. Phytohemagglutinin rapidly lyses S49 T-lymphoma cells and the cytotoxicity is not mediated by generation of cAMP or increase in cytosolic calcium. *Biochem Biophys Res Comm* 1990; 170:1035.

98.     Lewis WH, Dixit AB and Wedner HJ. Aeropollen of herbaceous plants at Corpus Christi, Texas. *Aerobiologia* 1990; 6:141.

99.     Hamilos DL, Mascali JJ and Wedner HJ. The role of glutathione in lymphocyte activation -- II. Effects of buthionine sulfoximine and 2-cyclohesene-1-one on early and late activation events. *Int J Immunopharmac* 1991; 13:75.

100. Lewis WH, Kennelly EJ, Bass GN, Wedner HJ, Elvin-Lewis MP and Fast WD. Ritualistic use of the holly ilex guayusa by amazonian jivaros. *J Ethnopharmacology* 1991; 33:25-30.

101. Lewis WH, Dixit AB and Wedner HJ. Asteraceae aeropollen of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:37.

102. Wedner HJ. Drug Allergy Prevention and Treatment. In: Immunology and Allergy Clinics of No. America. Ed: PP VanArsdel, Jr.  WB Saunders Co., Philadelphia, PA. 1991, pp. 679-694.

103. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of weeds of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:47.

104. Korenblat PE and Wedner HJ, Eds.  Allergy: Theory and Practice, Second Edition. WB Saunders Co., Philadelphia, PA. 1992. pp. 1-578.

105. Wedner HJ. Chapter 19. Theophylline. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 313-330.

106. Wedner HJ and Korenblat PE. Chapter 1. Allergy: Past and Future -Revisited. In: Allergy: Theory and Practice, Second Edition.  Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 1-4.

107. Sullivan TJ and Wedner HJ. Chapter 35. Drug Allergy. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 541-559.

108. Wedner HJ, Corey J and Johnson W. Chapter 23. Anticholinergic agents in the treatment of asthma. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 375-383.

109. Lewis WH, Dixit AB and Wedner HJ. Grass aeropollen of the Western United States Gulf Coast. *Intern Archives of Allergy and Immunol* 1992; 98:80-88.

110. Dixit AB, Lewis WH and Wedner HJ. The allergens of Epicoccum nigrum link. I. Identification of the potential allergens by immunoblotting. *Allergy Clin Immunol* 1992; 90:11-20.

111. Wedner HJ. Cat Allergy: Nothing to sneeze at. In: Encyclopaedia Britannica, Medical and Health Annual, 1993. Chicago, Encyclopaedia Britannica, Inc., pp. 479-483, 1992.

112. Haire-Joshu D, Fisher EB, Munro J and Wedner HJ. A comparison of patient attitudes towards asthma self-management among acute and preventive care settings. *J Asthma* 1993; 30:359-371.

113. Wedner HJ. Drug Allergy. In: Basic and Clinical Immunology. 8th Edition. Eds: DP Stites, AI Terr, and TG Parslow.  Appleton & Lange Medical Publishers, Norwalk, CN. 1994, pp. 371-379.

114. Straus SE, Komaroff A and Wedner HJ. Chronic Fatigue Syndrome. Point and Counterpoint. *J Inf Dis* 1994; 170:1-6.

115. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 13. Eds: SS Gellis and BM Kagen. WB. Saunders Co., Philadelphia, PA, 1995.

116. Reiss JL, Abelson MB, George MA and Wedner HJ. Allergic Conjunctivitis. In: Ocular Infection & Immunity. Eds: JS Pepose, GN Holland and KR Wilhelmus. Mosby Year Book, 1996, pp. 345-358.

117. Munro JF, Haire-Joshu D, Fisher EB and Wedner HJ. Articulation of asthma and its care among low income emergency care recipients. *J Asthma* 1996; 33:313-325.

118. Wedner HJ. Drug Allergy. In: Medical Immunology. Ninth Edition. Eds: DP Stites, AI Terr and TG Parslow.  Appleton & Lange Medical Publishers, Stamford, CN. 1997, pp. 433-443.

119. Dixit AB, Lewis WH and Wedner HJ.  Indoor fungal aerospora of buildings damaged by the US Mississippi River flood of 1993. Ed: SN Agashe.  In: Aerobiology, Fifth International Conference, Bangalore, Oxford & IBH Publishing Co., New Dehli, India, 1994, pp. 129-135.

120. Wade S, Weil C, Holden G, Mitchell H, Evans R III, Kruszon-Moran D, Bauman L, Crain E, Eggleston P, Kattan M, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Psychosocial characteristics of inner-city children with asthma: A description of the NCICAS psychosocial protocol. *Pediatr Pulmonol* 1997; 24:263-276.

**H. James Wedner, M.D.**
**Curriculum Vitae - Page 9**
**Last Updated:  April 7, 2008**

121. Mitchell H, Senturia Y, Gergen P, Baker D, Joseph C, McNiff K, Wedner HJ, Crain E, Eggleston P, Evans R III, Kattan M, Kercsmar C, Leickly F and Malveaux F. Design and methods of the National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:237-252.

122. Kattan M, Mitchell H, Eggleston P, Gergen P, Crain E, Redline S, Weiss K, Evans R III, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Characteristics of inner-city children with asthma: The National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:253-262.

123. Senturia YD, McNiff-Mortimer K, Baker D, Gergen P, Mitchell H, Joseph C and Wedner HJ. Successful techniques for retention of study participants in an inner-city population. *Control Clin Trials*, 1998; 19(6):544-54.

124. Lewis WH, Dixit AB, Wedner HJ and Crozier WA.  Airborne and Allergenic Tree Pollen of the Texas Gulf Coast (USA): Current concepts in pollen-spore and biopollution research. Prof. Sunirmal Chandra 60th Birth Anniversary Felicitation Volume.  Eds: NM Dutta, S Gupta-Bhattacharya, S Mandal and K Bhattacharya. Research Periodicals and Book Publishing House, Houston, TX. 1998, pp. 319-336.

125. Evans R III, Gergen P, Mitchell H, Kattan M, Kercsmar C, Crain E, Anderson J, Eggleston P, Malveau F and Wedner HJ. An Intervention to Reduce Asthma Morbidity Among Inner-City Children: Results of the National Cooperative Inner-City Asthma Study (NCICAS). *J Pediatr* 1999; 135(3):332-38.

126. Dixit A, Lewis W, Baty J, Crozier W, Wedner J.  Deuteromycete aerobiology and skin-reactivity patterns: A two year concurrent study in Corpus Christi, Texas, USA. *Granna* 39: 209-218, 2000.

127. Wedner HJ.  Direct comparison of newer antihistamines using wheal and flare response. *Current Allergy Reports*, 1:1, 2000.

128. Grayson, M., Wedner, HJ, Korenblat, P., The Washington Manual of Ambulatory Therapeutics, ed. Tammy L. Lin, Scott W. Rypkema, Chapter 12, Allergy and Asthma, 2002 <u>Lippincott Williams& Wilkins</u>, pp 227

129. Mian RR, Wedner HJ.  Poster Session 3406, Poster 439:  Steroid Sparing Agents for the Treatment of Patients with Chronic Urticaria Requiring Daily Oral Corticosteroids and Sedating H1 Antihistaminics.  AAAI Meeting, San Francisco, CA, March 2004:

130. Mian RR, Ramos MS, Wedner HJ.  Eosinophilia in an Iranian Woman. *Ann of Allergy, Asthma & Immunol* 92: 1-6, 2004.

131.  Jost BC, Wedner HJ,  Bloomberg GR, Elective penicillin skin testing in a pediatric outpatient setting. Ann Allergy Asthma Immunol. 2006, 97:807-12

132. Wedner, HJ.,   There Is a Fungus Among Us—But Should We Worry?,  ACP Medicine, 30: 1, 2007