```
 1                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2                   NEW ORLEANS DIVISION
 3
 4   IN RE:  FEMA TRAILER     )
     FORMALDEHYDE PRODUCTS    )  MDL NO. 1873
 5   LIABILITY LITIGATION     )
                              )  SECTION: N(4)
 6                            )
                              )
 7                            )  JUDGE:  ENGLEHARDT
     This Document Relates    )
 8   to:  ALL CASES           )  MAG:  ROBY
                              )
 9                            )
10
11
          VIDEOTAPED DEPOSITION OF KENNETH PARIS, M.D.
12                    SEPTEMBER 19, 2008
13
14           ORAL DEPOSITION OF KENNETH PARIS, M.D.,
15   produced as a witness at the instance of the
16   Defendant and duly sworn, was taken in the above
17   styled and numbered cause on September 19, 2008,
18   from 9:58 a.m. to 1:52 p.m., before KATERI A.
19   FLOT-DAVIS, CSR, CCR in and for the State of
20   Louisiana, reported by machine shorthand, at the
21   offices of Frank J. D'Amico, Jr., 622 Baronne
22   Street, 2nd floor, New Orleans, Louisiana, pursuant
23   to the Federal Rules of Civil Procedure and the
24   provisions stated on the record herein.
25
```

```
 1              point.  It's certainly relevant at a later
 2              point.  I just don't see the relevance at
 3              this stage.
 4          MR. HINES:
 5              I understand.  And I would certainly
 6              disagree because I think specific causation
 7              is absolutely the central part of this
 8              inquiry.  So that's what I want to address
 9              is the question of specific causation.
10     A.   So in order to identify the specific cause
11   of a symptom, a history would be important.
12   However, a known exposure would put those patients
13   at risk.
14          So in terms of if you're asking if two
15   patients who lived in a specific environment, I
16   think that knowing the environment they lived in
17   would let me identify whether those patients have an
18   increased risk of a disease versus patients who were
19   not exposed in the same manner.  And that is the
20   purpose of our environmental history.
21   (BY MR. HINES)
22     Q.   Absolutely. And I do not disagree with
23   you -- disagree with you.  I have no quarrel with
24   what -- with what you've just said.
25          But risk doesn't equal causation, does it?
```

1      A.   It's not the same, no.

2      Q.   No.  Because we are all at risk for all

3  sorts of things at any given time in our life?  Some

4  more often than others for certain substances or

5  whatever it might be.

6           If I'm a cigarette smoker, I'm at greater

7  risk for developing lung cancer than you who, I

8  hope, does not smoke.  I don't smoke either.

9      A.   So I think we're at risk.

10     Q.   We're at risk.

11     A.   We're at risk right now sitting here.

12     Q.   We're, of course, all at risk.  And that's

13  my point.

14          That risk doesn't mean cause because if you

15  had two brothers, indeed two twins, living in a

16  manufactured home or a travel trailer in wherever

17  following Katrina, and they both have a runny nose,

18  you as a physician can't determine whether or not

19  that runny nose is as a result of Formaldehyde on

20  the one hand or a viral infection on the other?

21     A.   I can identify the degree of risk for those

22  symptoms.  So exposures and the environment that we

23  -- I try to identify, give us an amount of risk.

24          MR. HINES:

25              Let me just object to the

1      A.   Yes.
2      Q.   All right.  You would agree with me that
3   the speculation that Formaldehyde may increase the
4   risk of allergic sensitization in children remains
5   unproven?
6      A.   The risk of -- the effect of Formaldehyde
7   in the development of allergy has been studied in
8   the last 15 years, approximately.  And the available
9   literature, of which there is very few, all, to my
10  knowledge, point to a risk of the development of
11  allergy from exposure to Formaldehyde.
12     Q.   They point to.  My question specifically is
13  proven.
14          I want to ask specifically this question
15  again.  The speculation that Formaldehyde may
16  increase the risk of allergic sensitization in
17  children remains unproven?
18     A.   The speculation has been suggested in
19  multiple papers.
20     Q.   Right.
21     A.   As well as recommendations from various
22  medical groups.
23          So in order to prove that, we would need to
24  perform experimental studies, which to my knowledge,
25  are not done.

1            So, no, they have not been proven, but --
2    no.
3        Q.   It has not been proven?
4        A.   It has -- we have not done the studies yet
5    to prove those nor will we be able to perform those
6    studies.
7            There are no -- it's not -- we cannot
8    perform experimental studies on children with
9    Formaldehyde.  So the very nature of that question,
10   I can't answer.
11       Q.   All right.  Let's -- let's go to adults.
12           Even with respect to adults -- and listen
13   to my question.  There are no conclusive studies
14   which prove the development of de novo IGE mediated
15   respiratory tract symptoms secondary to the
16   inhalation of Formaldehyde vapors?
17       A.   I don't know the answer to that question.
18       Q.   You're not aware of any such studies?
19       A.   I don't -- I did not review any studies
20   regarding that topic.
21       Q.   All right.  Put another way:  If there are
22   such studies, you are unaware of those?
23       A.   True.
24       Q.   With respect to immunogenic response and
25   asthma in children --

1    actually most likely the central idea behind the

2    concept that Formaldehyde increases the risk of

3    those children for developing allergies and for

4    developing asthma.

5         The concept has been described in these

6    papers that, in fact, Garrett, and I think maybe

7    Runcleff describes Formaldehyde as causing a

8    inflammatory reaction within the lining or the

9    respiratory tract.  And that that is the mechanism

10   by which an increase in allergy or the development

11   of asthma would occur in children.

12        So both of those -- both of those

13   substances, the common respiratory allergens which

14   may not affect some children would affect someone

15   who is exposed to Formaldehyde.

16        It is a -- Formaldehyde would be a

17   potentiator of that development for allergy, which

18   is the concept which is proposed and which is the

19   central idea of why the NHLVI has made the statement

20   that -- I don't want to get the statement wrong, but

21   Formaldehyde -- Formaldehyde and volatile organic

22   compounds have been implicated as potential risk

23   factors for asthma and wheezing.

24     Q.   Right.  And that's all they say.  The

25   choice of the words is absolutely specific.

```
1            Has been implicated --
2       A.   Uh-huh.
3       Q.   -- and what's the next word?
4       A.   As potential risk factors.
5       Q.   As potential.  It doesn't say as a known
6   risk factor.  It says potential risk factor.
7   There's a terrific medical distinction between known
8   and potential.
9       A.   Right.
10           MR. D'AMICO:
11               Object to the form of the question.
12  (BY MR. HINES)
13      Q.   You agree?
14      A.   So as -- Formaldehyde is implicated or --
15  is implicated as a potential risk factor because the
16  experimental study in children would be necessary
17  where we took a population of children, exposed them
18  to various doses of Formaldehyde, and then measured
19  their responses and their development of various
20  immune reactions.  And to my knowledge, those
21  studies are not present.
22           What we have are observational studies that
23  I described.  And those observational studies can
24  only be done based upon the levels which are
25  measured in residential homes.
```

1    worldwide.
2        Q.   Right.  And that's the very point.  I'm not
3    fussing with public health at all.  I'm just saying
4    that everybody's investigating this because it may
5    be -- it just hasn't proven to be at this point?
6        A.   There are many -- my understanding is that
7    many people are investigating this because of the
8    initial studies that are strongly suggesting that
9    Formaldehyde is a significant risk factor.
10       Q.   Correct.  In other words, there are a lot
11   of suggestions in the world's literature.  But at
12   this point as we sit here September 19, 2008, it
13   hasn't been proven in the world's literature?
14       A.   The experimental study where children have
15   been exposed to Formaldehyde and their response in
16   terms of allergy or asthma, that study has not been
17   done, no.
18       Q.   When were you first engaged in this case?
19       A.   I think at the end of July.
20       Q.   All right.  By whom?
21       A.   I was contacted by Mr. Ahlquist to ask if I
22   would give an opinion regarding this issue.
23       Q.   All right. And that's what I was going to
24   ask you:  Tell me the scope of that engagement.
25   What -- tell me what you were asked to do.

1   would lead them to an increased risk of allergy
2   which may be identified only with specific testing
3   or airway changes which have not yet manifested as
4   clinical symptoms.
5       Q.   You'd also have to rule out other
6   contemporaneous factors that may have existed during
7   that same time period; is that right?  Whether it's
8   I had a dog during that time period.  I was exposed
9   to mold during this time period, in addition to
10  Formaldehyde, another cause?
11      A.   As part of our history, we tried to
12  identify all of the known triggers or risk factors
13  for the development of asthma.
14           The presence of one does not obviate the
15  contribution of another.
16      Q.   But a body could -- a person's body could
17  react specifically only to the pet dander it's
18  exposed to and not to Formaldehyde just because of
19  that person's individual characteristics; is that
20  fair?
21      A.   Yes.  I mean, you would need to, from an
22  academic standpoint, to expose them to both things
23  to identify which of those triggers might be the
24  cause of it.
25      Q.   You do not have an opinion on what dose of

1  Formaldehyde is needed to result in whether it be
2  allergic or asthmatic symptoms; is that right?
3      A.   Well, I think the studies that I reviewed
4  actually saw a significant risk with levels that
5  were found in existing homes in the areas where
6  these studies occurred.  These were observational
7  studies.
8           So it appears from these studies that the
9  ambient what was measured in these children's homes
10 were sufficient to create differences in the risk or
11 the presence -- or portion of people who developed
12 allergy or asthma, and also the severity of the
13 respiratory symptoms which were present in those
14 children.  So there -- these were children in
15 residential ambient levels.
16     Q.   In your clinical practice, if you have a
17 question about a potential chemical or toxic
18 exposure, is there any particular authority or
19 literature that you would consult?
20     A.   There are various sources.  The one I used
21 was the ATSDR, but I'm aware of others.
22     Q.   What others have you used in the past?
23     A.   I am aware -- for cutaneous exposures to
24 things, there are MSDS Sheets.  I think that's the
25 name.  Although I've only used that once or twice in

1    degree of medical probability, do you believe that

2    the children who you treated who were exposed to

3    Formaldehyde while living in FEMA trailers were

4    caused to suffer adverse health effects from that

5    exposure?

6         A.   Yes.

7         Q.   What adverse health effects do you believe

8    the children suffered as a result of that exposure?

9         A.   So exposure to Formaldehyde put them at

10   increased risks for development of allergy and for

11   asthma symptoms.

12        Q.   Anything else?

13        A.   Possibly, but not -- asthma allergy

14   symptoms.

15        Q.   What about eye irritations or --

16             COUNSEL:

17                  Objection.

18   (BY MR. D'AMICO)

19        Q.   Or irritations of the bronchi?

20             COUNSEL:

21                  I'll object.  Outside the scope of this

22             witness' expertise.

23   (BY MR. D'AMICO)

24        Q.   What about other irritations of the

25   bronchia?