# National Heart, Lung, and Blood Institute

## National Asthma Education and Prevention Program

# Expert Panel Report 3: Guidelines for the Diagnosis and Management of Asthma

## Full Report 2007



**U.S. Department of Health and Human Services**
National Institutes of Health
National Heart, Lung, and Blood Institute

## SECTION 3, COMPONENT 3:  CONTROL OF ENVIRONMENTAL FACTORS AND COMORBID CONDITIONS THAT AFFECT ASTHMA

### KEY POINTS:  CONTROL OF ENVIRONMENTAL FACTORS AND COMORBID CONDITIONS THAT AFFECT ASTHMA

■ Exposure of patients who have asthma to allergens (Evidence A) or irritants (EPR—2 1997) to which they are sensitive has been shown to increase asthma symptoms and precipitate asthma exacerbations.

■ For at least those patients who have persistent asthma, the clinician should evaluate the potential role of allergens, particularly indoor inhalant allergens (Evidence A):

— Use the patient's medical history to identify allergen exposures that may worsen the patient's asthma.

— Use skin testing or in vitro testing to reliably determine sensitivity to perennial indoor inhalant allergens to which the patient is exposed.

— Assess the significance of positive tests in the context of the patient's medical history.

— Use the patient's history to assess sensitivity to seasonal allergens.

■ Patients who have asthma at any level of severity should:

— Reduce, if possible, exposure to allergens to which the patient is sensitized and exposed.

— Know that effective allergen avoidance requires a multifaceted, comprehensive approach; individual steps alone are generally ineffective (Evidence A).

— Avoid exposure to environmental tobacco smoke and other respiratory irritants, including smoke from wood-burning stoves and fireplaces and, if possible, substances with strong odors (Evidence C).

— Avoid exertion outdoors when levels of air pollution are high (Evidence C).

— Avoid use of nonselective beta-blockers (Evidence C).

— Avoid sulfite-containing and other foods to which they are sensitive (Evidence C).

— Consider allergen immunotherapy when there is clear evidence of a relationship between symptoms and exposure to an allergen to which the patient is sensitive (Evidence B).  If use of allergen immunotherapy is elected, it should be administered only in a physician's office where facilities and trained personnel are available to treat any life-threatening reaction that can, but rarely does, occur.

- Adult patients who have severe persistent asthma, nasal polyps, or a history of sensitivity to aspirin or nonsteroidal anti-inflammatory drugs (NSAIDs) should be counseled regarding the risk of severe and even fatal exacerbations from using these drugs (Evidence C).

- Clinicians should evaluate a patient for the presence of a chronic comorbid condition when the patient's asthma cannot be well controlled.  Treating the conditions may improve asthma management:  ABPA (Evidence A), gastroesophageal reflux (Evidence B), obesity (Evidence B, limited studies), OSA (Evidence D), rhinitis/sinusitis (Evidence B), chronic stress/depression (Evidence D).

- Consider inactivated influenza vaccination for patients who have asthma.  It is safe for administration to children more than 6 months of age and adults (Evidence A).  The Advisory Committee on Immunization Practices of the CDC recommends vaccination for persons who have asthma, because they are considered to be at risk for complications from influenza.  However, the vaccine should not be given with the expectation that it will reduce either the frequency or severity of asthma exacerbations during the influenza season (Evidence B).

- Use of humidifiers and evaporative (swamp) coolers is not generally recommended in homes of patients who have asthma and are sensitive to house-dust mites or mold (Evidence C).

- Employed persons who have asthma should be queried about possible occupational exposures, particularly those who have new-onset disease (EPR—2 1997).

- There is insufficient evidence to recommend any specific environmental strategies to prevent the development of asthma.

## KEY DIFFERENCES FROM 1997 EXPERT PANEL REPORT

- Evidence strengthens recommendations that reducing exposure to inhalant indoor allergens can improve asthma control and notes that a multifaceted approach is required; single steps to reduce exposure are generally ineffective.

- Formaldehyde and volatile organic compounds (VOCs) have been implicated as potential risk factors for asthma and wheezing.

- Evidence shows that influenza vaccine, while having other benefits, does not appear to reduce either the frequency or severity of asthma exacerbations during the influenza season.

- The section has been expanded to include discussion of ABPA, obesity, OSA, and stress as chronic comorbid conditions, in addition to rhinitis, sinusitis, and gastroesophageal reflux, that may interfere with asthma management.