# National Heart, Lung, and Blood Institute

## National Asthma Education and Prevention Program

# Expert Panel Report 3: Guidelines for the Diagnosis and Management of Asthma

## Full Report 2007



**U.S. Department of Health and Human Services**
National Institutes of Health
National Heart, Lung, and Blood Institute

Russell 1997; Ehrlich et al. 2001).  Heavy smokers may be more unaware than those who smoke less of the effects of ETS exposure on children (Crombie et al. 2001).  The primary modes of exposure to ETS for adults who have asthma may be when they are at work (Radon et al. 2002) or traveling (Eisner and Blanc 2002).  ETS exposure operates as a cofactor in wheezing, along with other insults such as infections (Gilliland et al. 2001).  Smoking out of doors to avoid exposing others may not adequately reduce exposure for children (Bahceciler et al. 1999).  See "Component 2:  Education for a Partnership in Asthma Care" for discussion of programs to encourage parents of children who have asthma not to smoke.

As a routine part of their asthma care, patients should be counseled concerning the negative effects of smoking and ETS.

## INDOOR/OUTDOOR AIR POLLUTION AND IRRITANTS

**The Expert Panel recommends that clinicians advise patients to avoid, to the extent possible, exertion or exercise outside when levels of air pollution are high (Evidence C).**

Increased pollution levels—especially of particulate matter $\leq 10$ micrometers (PM10) (Abbey et al. 1993; Atkinson et al. 2001; Gent et al. 2003; Koenig et al. 1993; Ostro et al. 1995; Pope et al. 1991; Schwartz et al. 1993; Slaughter et al. 2003; Walters et al. 1994) and ozone (Abbey et al. 1993; Cody et al. 1992; Kesten et al. 1995; Ostro et al. 1995; Ponka 1991; Romieu et al. 1995; Thurston et al. 1992; White et al. 1994), but also of $SO_2$ (Moseholm et al. 1993) and nitric oxide ($NO_2$) (Kesten et al. 1995; Moseholm et al. 1993)—have been reported to precipitate symptoms of asthma (Abbey et al. 1993; Koenig et al. 1987; Moseholm et al. 1993; Pope et al. 1991), increase SABA use (Gent et al. 2003), and increase ED visits and hospitalizations for asthma (Cody et al. 1992; Kesten et al. 1995; Ponka 1991; Romieu et al. 1995; Schwartz et al. 1993; Thurston et al. 1992; Walters et al. 1994; White et al. 1994).

High exposure to $NO_2$ in the week before the start of a respiratory viral infection, at levels within current air quality standards, may increase the severity of virus-induced asthma exacerbations (Chauhan et al. 2003).

Exposure to pollutants may increase airway inflammation (Hiltermann et al. 1999) and enhance the risk of allergic sensitization through simultaneous exposure to aeroallergens (Diaz-Sanchez et al. 1999; Fujieda et al. 1998; Jenkins et al. 1999).  The propensity for particulate pollution to enhance allergic sensitization may be genetically regulated (Gilliland et al. 2004; Peden 2005).

### Formaldehyde and Volatile Organic Compounds

Formaldehyde and VOCs—which can arise from sources such as new linoleum flooring, synthetic carpeting, particleboard, wall coverings, furniture, and recent painting—have been implicated as potential risk factors for the onset of asthma and wheezing (Garrett et al. 1999; Jaakkola et al. 2004; Rumchev et al. 2004).  Clinicians should advise patients to be aware of the potential irritating effects of newly installed furnishings and finishes.

### Gas Stoves and Appliances

**The Expert Panel recommends that clinicians advise patients to avoid, if possible, exposure to gas stoves and appliances that are not vented to the outside, fumes from wood-burning appliances or fireplaces, sprays, or strong odors (Evidence C).**