UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        *       MDL NO. 1873
       FORMALDEHYDE        *
       PRODUCTS LIABILITY        *
       LITIGATION        *
             *       JUDGE: ENGELHARDT
This Document Relates to:   All Cases    *
             *
             *       MAG: CHASEZ

### NOTICE OF HEARING

TO:   All Counsel of Record

IT IS HEREBY ORDERED that Manufacturing Defendants' Motion to Exclude the

Testimony of Dr. Paris is hereby set for the 2nd day of December, 2008 at 9:30 a.m.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIASON COUNSEL*

2

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                          ( )    Prepaid U.S. Mail

( )    Facsimile                              ( )    Federal Express

(X)   CM/ECF


New Orleans, Louisiana this 10th day of November, 2008.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com