UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　SECTION "N-4"

　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America*, No. 08-3217
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

　　　BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

　　　That he is counsel for plaintiff in the above-captioned matter; that on October 20, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons, Class Action Complaint and Second Supplemental & Amended Complaint in the above matter, properly addressed, to defendant Morgan Buildings & Spas, Inc., Through its Agent for Service of Process, C. T. Corporation System, 5615 Corporate Boulevard, Suite 400B, Baton Rouge, Louisiana 70808, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED before me, this
6 day of November, 2008.

_____
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Morgan Buildings + Spas
Through its Agent for
Service of Process
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, La. 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CT, a Wolters Kluwer business  ☐ Agent  ☐ Addressee

B. Received by (Printed Name) 5615 Corporate Blvd, Ste 400B, Baton Rouge, LA 70808
C. Date of Delivery OCT 2 3

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0001 9549 4536

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

Page 2 of 2