UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION             SECTION "N-4"

                                         JUDGE ENGELHARDT
                                         MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America*, No. 08-3217
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on October 20, 2008, he

deposited in the United States Mail, postage prepaid, a certified copy of the summons, Class Action

Complaint and Second Supplemental & Amended Complaint in the above matter, properly

addressed, to defendant Timberland RV Company d/b/a Adventure Manufacturing, Through its

Agent for Service of Process, Mark Gerber, President, P.O. Box 1210, Peru, IN 46870, requesting

a return receipt and has now received confirmation from the United States Postal authorities

indicating that the certified copy of the summons and complaint has been received by the addressee;

that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil

Procedure 4(l).

_____
GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED before me, this
6 day of November, 2008.

_Justin I. Woods_
    NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X ☒ Agent  ☐ Addressee  B. Received by ( *Printed Name*)  Kevin Hedon   C. Date of Delivery  NOV - 3 2008 |
| 1. Article Addressed to: Amberlance RV Company d/b/a Adventure Manufacturing Through its Agent for Service of Process Mark Gerber, President P.O. Box 1210 Peru, IN 46970 | D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No |
| | 3. Service Type  ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.  4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number *(Transfer from service label)*  7008 0500 0001 9549 3621 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |