UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION           SECTION "N-4"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America, No. 08-3217*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on October 20, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons, Class Action Complaint and Second Supplemental & Amended Complaint in the above matter, properly addressed, to defendant Homes of Merit, Inc., Through its Agent for Service of Process, 755 West Big Beaver Road 1000, Troy, MI 48084, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
GERALD E. MEUNIER

Page 1 of 2

SWORN TO AND SUBSCRIBED before me, this
6 day of November, 2008.

_____Justin I. Woods_____
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Homes of Merit, Inc.
Through its Agent for
Service of Process
755 West Big Beaver Road
1000
Troy, MI 48084

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Wendy E. C____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Wendy E. C___
C. Date of Delivery: 1-23-06

D. Is delivery address different from item 1? ☐ Yes  ☒ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7008 0500 0001 9549 3799

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540