UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO:
*Pujol v. The United States of America*, No. 08-3217
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**GERALD E. MEUNIER**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on October 20, 2008, he deposited in the United States Mail, postage prepaid, a certified copy of the summons, Class Action Complaint and Second Supplemental & Amended Complaint in the above matter, properly addressed, to defendant Sunnybrook R.V. Inc., Through its Agent for Service of Process, P.O. Box 2001, Middlebury, IN 46540, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
GERALD E. MEUNIER

SWORN TO AND SUBSCRIBED before me, this
6 day of November, 2008.

_____
NOTARY PUBLIC

Printed Name: Justin I. Woods
Bar Roll No. 24713
My Commission Expires: At Death

```
SENDER: COMPLETE THIS SECTION                          COMPLETE THIS SECTION ON DELIVERY
■ Complete items 1, 2, and 3. Also complete            A. Signature
  item 4 if Restricted Delivery is desired.            X _____  □ Agent
■ Print your name and address on the reverse                                      □ Addressee
  so that we can return the card to you.               B. Received by (Printed Name)    C. Date of Delivery
■ Attach this card to the back of the mailpiece,         Sherri Bontrager              10-27
  or on the front if space permits.
                                                       D. Is delivery address different from item 1?  □ Yes
1. Article Addressed to:                                  If YES, enter delivery address below:       □ No
  Sunnybrook R.V. Inc.
  Through it Agent for                                    PO Box 2001
  Service of Process
  P.O. Box 2001                                        3. Service Type
  Middlebury, IN 46540                                    ☒ Certified Mail    □ Express Mail
                                                         □ Registered        □ Return Receipt for Merchandise
                                                         □ Insured Mail      □ C.O.D.
                                                       4. Restricted Delivery? (Extra Fee)      □ Yes
2. Article Number
   (Transfer from service label)        7008 0500 0001 9549 3768
PS Form 3811, February 2004         Domestic Return Receipt                    102595-02-M-1540
```