UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO *The Administrative Master Complaint No. 07-1873* | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

*Pujol v. The United States of America,*
*No. 08-3217*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO DISMISS SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY CHAMPION HOME BUILDERS, CO. and HOMES OF MERIT, INC.**

NOW INTO COURT, come Defendants, Champion Home Builders, Co., ("Champion") and Homes of Merit, Inc. ("Merit"), who are defendants that have been added to this litigation by the Second Supplemental and Amended Master Complaint and the Second Supplemental and Amended Complaint filed in *Pujol v. The United States of America,* NO. 08-3217. No original plaintiff in either second supplemental and amended complaint allege that they occupied a temporary housing unit manufactured by Champion or Merit. For this reason, Champion and Merit move to dismiss the plaintiffs' Second Supplemental and Amending Master Complaint (Doc. 722), for the reasons set forth in the

1

Motion to Dismiss Second Supplemental and Amending Master Complaint filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants") (Doc. # 747), which motion is adopted herein by referenced thereto. Champion and Merit also submit this motion to dismiss the substantively identical Second Supplemental and Amended Complaint (Doc. #721) filed by plaintiffs in *Pujol v. The United States of America,* NO. 08-3217.

For the reasons assigned, Champion Home Builders, Co. and Homes of Merit, Inc., pray that the Second Supplemental and Amending Administrative Master Complaint be dismissed against them.

    Respectfully submitted:
    **VOORHIES & LABBÉ**
    (A Professional Law Corporation)


    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Champion Home Builders, Co. and Homes of Merit, Inc.
    E-Mail: LPD@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2008, a copy of the Motion to Dismiss Second Supplemental and Amended Master Complaint Filed by Champion Home Builders, Co., and Homes of Merit, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Champion Home Builders, Co. and Homes of Merit, Inc.
E-Mail: lpd@volalaw.com

3