UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: *The Administrative Master Complaint No. 07-1873* | : : | JUDGE ENGELHARDT<br><br>MAGISTRATE JUDGE CHASEZ |

*Pujol v. The United States of America,*
*No. 08-3217*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT FILED BY CHAMPION HOME BUILDERS, CO. and HOMES OF MERIT, INC.**

MAY IT PLEASE THE COURT:

Champion Home Builders, Co. ("Champion"), and Homes of Merit, Inc. ("Merit"), file this memorandum in support of their Motion to Dismiss the Second Supplemental and Amending Master Complaint (Doc. 722), and hereby adopt the Memorandum in Support of Motion to Dismiss Second Supplemental and Amending Master Complaint filed by CMH Manufacturing, Inc., Southern Energy Homes, Inc., Palm Harbor Homes, Inc., Palm Harbor Mfg., LP, Palm Harbor Albemarle, LLC, Giles Family Holdings, Inc., and Sunray Investments, LLC ("Newly Added Defendants") (Doc. # 747-2). Champion and Merit are

1

defendants who were added by the second supplemental and amended complaints. However, no original plaintiffs in either the Second Supplemental and Amended Administrative Master Complaint or the Second Supplemental and Amended Complaint filed in *Pujol v. The United States of America,* NO. 08-3217 allege that they occupied a temporary housing unit manufactured by Champion or Merit.

For the reasons assigned, Champion Home Builders, Co., and Homes of Merit, Inc., pray that the Second Supplemental and Amending Administrative Master Complaint be dismissed against them.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Champion Home Builders, Co. and Homes of Merit, Inc.
E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2008, a copy of the Memorandum In Support Of Motion To Dismiss Second Supplemental And Amended Master Complaint Filed By Champion Home Builders, Co., and Homes of Merit, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

                              /s/ Lamont P. Domingue
                              Lamont P. Domingue - #20787
                              Post Office Box 3527
                              700 St. John Street
                              Lafayette, Louisiana 70502-3527
                              Telephone: (337) 232-9700
                              ATTORNEYS FOR Liberty Homes, Inc., Waverlee Homes, Inc., and Redman Homes, Inc.
                              E-Mail: lpd@volalaw.com

3