UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO *The Administrative Master Complaint* *No. 07-1873* | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

*Pujol v. The United States of America,*
*No. 08-3217*
COMPLAINT

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF HEARING

Notice is hereby given that the hearing on Champion Home Builders, Co. ("Champion") and Homes of Merit, Inc. ("Merit")'s Motion To Dismiss Second Supplemental And Amended Master Complaint will be held on December 3, 2008 commencing at 9:30 a.m. before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

1

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)


/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Champion Home Builders.,
Co. and Homes of Merit, Inc.
E-Mail: LPD@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of November, 2008, a copy of the Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Champion Home Builders Co
and Homes of Merit, Inc.
E-Mail: lpd@volalaw.com