UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(4) |
| | | * | |
| This Document Relates to: | | * | JUDGE: |
| Stephanie Pujol - No. 083217 | | * | MAG: ROBY |

### FLEETWOOD ENTITIES' SUPPLEMENTAL AND AMENDED LIST OF DEFENSES AND RULE 12 MOTIONS TO BE PRESERVED

**NOW INTO COURT**, through undersigned counsel, come defendants, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc. and any other Fleetwood subsidiary that may be deemed to be a real party in interest (hereinafter referred to as "Fleetwood"), pursuant to Pretrial Order No. 4 (Doc. 130), respectfully submits the following supplemental and amended list of defenses and Federal Rule of Civil Procedure Rule 12 motions to be preserved in the underlying action, *Stephanie Pujol v. United States of America*, United States District Court for the Eastern District of Louisiana, Civil Action Number 08-3217.

-2-

Fleetwood, in response to the Second Supplemental and Amended Complaint filed in this action, adopts and incorporates herein all its previously filed list of defenses and motions. See Doc. 243.

Further, Fleetwood preserves all defenses raised and briefed in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss and the Manufacturing Defendants' Joint Rule 9(b) Motion to Dismiss. Finally, Fleetwood reserves the right to amend or supplement these defenses and to file any appropriate preliminary pleadings and/or dispositive motions in the above case and in any other cases in which it has been or will be named as a party.

Respectfully submitted:

/s/ Jeffrey M. Burg

---

**JERRY L. SAPORITO, T.A. (#11717)**
**AMANDA W. VONDERHAAR (#31350)**
**JEFFREY M. BURG (#25993)**
Leake & Andersson, L.L.P.
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
E-Mail: jsaporito@leakeandersson.com
avpmderhaar@leakeandersson.com
jburg@leakeandersson.com

*Attorneys for Fleetwood Enterprises, Inc.*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 12th day of November, 2008, at their last known address of record.

/s/ Jeffrey M. Burg

CP-3498-39075-Doc. 8040