UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION         SECTION "N-5"

                                                                 JUDGE ENGELHARDT
                                                                 MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

**<u>MEMORANDUM IN OPPOSITION TO COACHMEN RECREATIONAL VEHICLE COMPANY OF GEORGIA, LLC AND VIKING RECREATIONAL VEHICLE COMPANY, LLC'S RESPONSE TO THE FIRST AND SECOND SUPPLEMENTAL AND MASTER COMPLAINT OF PLAINTIFFS ADOPTING PREVIOUSLY FILED 12(B) MOTIONS [REC. DOC. NO. 210] [DOC. NO. 782]</u>**

MAY IT PLEASE THE COURT:

       Plaintiffs, through undersigned counsel for the Plaintiffs Steering Committee ("PSC"), respectfully submits this Memorandum in Opposition to Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicle Company, LLC's Response to the First and Second Supplemental and Amended Master Complaints of Plaintiffs Adopting Previously filed 12(b) Motions by reasserting, as though set out fully herein, its previously filed Memorandum in Opposition to the Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss (Doc. No. 349). As set forth in Plaintiffs original opposition, Defendants failed to meet there burden under Rule 12(b)(6) as to each issue raised and the motion should be denied.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY: s/Gerald E. Meunier
    GERALD E. MEUNIER, #9471
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:    504/522-2304
    Facsimile:    504/528-9973
    gmeunier@gainsben.com


    s/Justin I. Woods
    JUSTIN I. WOODS, #24713
    **PLAINTIFFS' CO-LIAISON COUNSEL**
    Gainsburgh, Benjamin, David, Meunier &
    Warshauer, L.L.C.
    2800 Energy Centre, 1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone:    504/522-2304
    Facsimile:    504/528-9973
    jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this <u>12</u> day of November 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel, and that I also served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile and by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

<u>  s/Justin I. Woods   </u>

JUSTIN I. WOODS