UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

**MEMORANDUM IN OPPOSITION TO MASTER RESPONSE OF MANUFACTURING DEFENDANTS TO THE SECOND AMENDED AND MASTER COMPLAINT PLAINTIFFS ADOPTING PREVIOUSLY FILED 12(B) MOTIONS [REC. NO. 210] [REC NO. 780]**

MAY IT PLEASE THE COURT:

　　Plaintiffs, through undersigned counsel for the Plaintiffs' Steering Committee ("PSC"), hereby reply to Defendants Master Response of Manufacturing Defendants' to the Second Amended and Master Complaint of Plaintiffs adopting previously filed 12(B) motions by reasserting, as though set out fully herein, its previously filed Memorandum In Opposition To The Manufacturing Defendants Joint Rule 12(b)(6) Motion to Dismiss (Rec. Doc. 349) filed on June 18, 2008. As set forth in plaintiffs original opposition, defendants have failed to meet their burden under Rule 12(b)(6) as to each issue raised and the motion should be denied.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com



        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com



        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
                ANTHONY BUZBEE, Texas # 24001820
                RAUL BENCOMO, #2932
                FRANK D'AMICO, JR., #17519
                MATT MORELAND, #24567
                LINDA NELSON, #9938
                RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that I have, on this <u>12</u> day of November 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel, and that I also served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile and by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

      <u>s/Justin I. Woods</u>
      JUSTIN I. WOODS