UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

**MEMORANDUM IN OPPOSITION TO 12(B)(2) MOTION TO DISMISS COACHMEN INDUSTRIES, INC. FOR LACK OF PERSONAL JURISDICTION ADOPTING PREVIOUSLY FILED 12(B)(2) MOTION [REC. DOC. NO. 213] [DOC. NO. 784]**

MAY IT PLEASE THE COURT:

Plaintiffs, through undersigned counsel for the Plaintiffs Steering Committee ("PSC"), respectfully submits this Memorandum in Opposition to Coachmen Industries, Inc. for Lack of Personal Jurisdiction adopting previously filed 12(b)(2) Motion by reasserting, as though set out fully herein, its previously filed Memorandum in Opposition by Plaintiffs to Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction by Defendant Coachmen Industries, Inc., (Rec. Doc. No. 344). As set forth in Plaintiffs original opposition, Defendants failed to meet their burden under Rule 12(b)(2) as to each issue raised and the motion should be denied.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

**CERTIFICATE OF SERVICE**

I hereby certify that I have, on this 12 day of November 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel, and that I also served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile and by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

       s/Justin I. Woods
       JUSTIN I. WOODS