UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

*****************************************************************************

## UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT PURSUANT TO L.R. 7.8.1E

**NOW INTO COURT**, come the Manufacturing Defendants, who respectfully request an Order from this Honorable Court granting leave to Manufacturing Defendants to file their Opposition to Plaintiffs' Motion for Class Certification in excess of the page limit Pursuant to L.R. 7.8.1E.

Manufacturing Defendants' Liaison Counsel has contacted all opposing counsel and there is no objection to the filing of this Opposition.

        Respectfully Submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 North Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone:   (504) 832-3700
        **DEFENSE LIAISON COUNSEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )  Hand Delivery          ( )  Prepaid U.S. Mail

( )  Facsimile              ( )  Federal Express

(XX) CM/ECF

New Orleans, Louisiana this 13th day of November, 2008.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com