UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | | MDL NO. 1873 |
| FORMALDEHYDE         * | | |
| PRODUCTS LIABILITY         * | | |
| LITIGATION         * | | SECTION: N(4) |
| * | | |
| This Document Relates to:  ALL CASES         * | | JUDGE: ENGELHARDT |
| * | | MAG: CHASEZ |

*****************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limit Pursuant to L.R. 7.8.1E;

**IT IS HEREBY ORDERED** that the Manufacturing Defendants are hereby granted leave to file their Opposition to Plaintiffs' Motion for Class Certification in Excess of the Page Limit Pursuant to L.R. 7.8.1E.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
J U D G E