UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
THE ADMINISTRATIVE MASTER
COMPLAINT AND TO CASE NO.
08-2317

## ORDER

The Plaintiffs' Steering Committee ("PSC") has informed the Court that it does not oppose the Motion for Summary Judgment (Rec. Doc. 779).  Accordingly,

**IT IS ORDERED** that the **Motion for Summary Judgment (Rec. Doc. 779)** is **GRANTED.**  Thus, all claims brought against Phillips Products, Inc. by Betty Thomas, Frank Alfred, Gloria Alfred, Courtney Alfred, Eumakia Alfred, Christopher Thomas, and all other putative class members are dismissed with prejudice.

New Orleans, Louisiana, this 13th day of November, 2008.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**