UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

*********************************************************************************

**PLAY'MOR TRAILERS, INC.'S,
RULE 12(B) MOTION TO DISMISS PLAINTIFFS'
ORIGINAL, FIRST, AND SECOND SUPPLEMENTAL
AND AMENDING COMPLAINT BY ADOPTING
PREVIOUSLY FILED 12(B) MOTIONS**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Play'Mor Trailers, Inc., ("Play'Mor") who, in responding to Plaintiffs' original Administrative Master Complaint (Rec. 109), First Supplemental and Amended Complaint (Rec. 379), and Second Supplemental and Amended Master Complaint (Rec. 722), respectfully adopts and alleges, as if set forth herein, the arguments and defenses raised in the manufacturing defendants' master preliminary motions including Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. 210), and those adopted in the Manufacturing Defendants' Motion to Apply Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. 780), along with all supporting memoranda.[1]

---

[1]

This Motion is filed out of an abundance of caution due to Play'Mor recently being named as an additional defendant, and Play'Mor respectfully reserves its rights to supplement and amend its defenses as further discovery may warrant and require.

Respectfully submitted,

*/s/ Randall C. Mulcahy*
LYON H. GARRISON, Bar No. 19591
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
GARRISON, YOUNT, FORTE
& MULCAHY, LLC
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
Attorneys for defendant,
Play'Mor Trailers, Inc.
Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

*/s/ Randall C. Mulcahy*
RANDALL C. MULCAHY, Bar No. 26436