UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|   FORMALDEHYDE | * | |
|   PRODUCTS LIABILITY | * | |
|   LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

*************************************************************************

**PLAY'MOR TRAILERS, INC.'S,
MEMORANDUM IN SUPPORT OF RULE 12(B) MOTION TO DISMISS PLAINTIFFS'
ORIGINAL, FIRST, AND SECOND SUPPLEMENTAL AND AMENDED MASTER
COMPLAINTS BY ADOPTING PREVIOUSLY FILED 12(B) MOTIONS**

Play'Mor Trailers, Inc. ("Play'Mor"), who was recently added as a defendant in this matter with the filing of the Second Supplemental and Amended Master Complaint (Rec. 780), files this instant Motion to Dismiss by adopting motions previously filed on behalf of all manufacturing defendants in an effort to comply with existing deadlines established by this Court prior to Play'Mor becoming a party.

Play'Mor, in accordance with the directions from this Court, hereby adopts the arguments and defenses raised in manufacturing defendants' master preliminary motions including Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. 210), and those adopted in the Manufacturing Defendants' Motion to Apply Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. 780), along with all supporting memoranda and exhibits thereto in responding to Plaintiffs' original Administrative Master Complaint (Rec. 109), First Supplemental and Amended Master Complaint (Rec. 379) and Second Supplemental and Amended Master Complaint (Rec. 722).

-1-

        Respectfully submitted,

        ***/s/ Randall C. Mulcahy***
        LYON H. GARRISON, Bar No. 19591
        RANDALL C. MULCAHY, Bar No. 26436
        DARRIN L. FORTE, Bar No. 26885
        GARRISON, YOUNT, FORTE
        & MULCAHY, LLC
        909 Poydras Street, Suite 1800
        New Orleans, Louisiana 70112
        Telephone: (504) 527-0680
        Facsimile: (504) 527-0686
        Attorneys for defendant,
        Play'Mor Trailers, Inc.
        Email: rmulcahy@garrisonyount.com

## CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

        */s/ Randall C. Mulcahy*
        RANDALL C. MULCAHY, Bar No. 26436