UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

*************************************************************************

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Play'Mor Trailers, Inc.'s, 12(b) Motion to Dismiss Plaintiffs' Original, First, and Second Supplemental and Amending Complaint by Adopting the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss (Rec. 210) and Manufacturing Defendants' Motions to Apply Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. 780) is set for hearing before this Honorable Court on the 19th day of November 2008, at 9:30 a.m.

                                                              Respectfully submitted,

                                                              ***/s/ Randall C. Mulcahy***
                                                              LYON H. GARRISON, Bar No. 19591
                                                             RANDALL C. MULCAHY, Bar No. 26436
                                                             DARRIN L. FORTE, Bar No. 26885
                                                             GARRISON, YOUNT,
                                                             FORTE & MULCAHY, LLC
                                                            909 Poydras Street, Suite 1800
                                                            New Orleans, Louisiana 70112
                                                            Telephone: (504) 527-0680
                                                            Facsimile: (504) 527-0686
                                                            Attorneys for defendant,
                                                            Play'Mor Trailers, Inc.
                                                            Email: rmulcahy@garrisonyount.com

-1-

## CERTIFICATE OF SERVICE

    I hereby certify that on November 13, 2008, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of this electronic filing to all known counsel of record.

                                              */s/ Randall C. Mulcahy*
                                              RANDALL C. MULCAHY, Bar No. 26436