**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-4"**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT PURSUANT TO LOCAL RULE 7.8.1**

Defendant, the United States, pursuant to Local Rule 7.8.1, hereby moves for permission to file its Memorandum in Response to the Plaintiffs' Motion for Class Certification [Dkt. No. 764]. The United States submits that, due to the length of the Memorandum supporting the Plaintiffs' Motion, and the large number of claims contained therein, the United States requires not more than 40 pages to respond thereto. The undersigned has conferred with Liaison Counsel, who do not oppose this Motion. Attached is a Proposed Order for the Court's consideration.

Dated: November 14, 2008                    Respectfully Submitted,

                                                  THOMAS H. DUPREE, JR.
Assistant Attorney General, Civil Division

C. FREDERICK BECKNER III
Deputy Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel

ADAM M. DINNELL
JONATHAN WALDRON
Trial Attorneys


//S// *Michelle G. Boyle*
MICHELLE G. BOYLE (Va. Bar No. 73710)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4447
E-mail: Michelle.Boyle@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

**CERTIFICATE OF SERVICE**

     I hereby certify that on November 14, 2008, the foregoing Unopposed Motion for Leave to File Memorandum in Excess of Page Limit Pursuant to Local Rule 7.8.1 was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                                     //S// *Michelle G. Boyle*
                                                     MICHELLE G. BOYLE (Va. Bar No. 73710)