UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Unopposed Motion for Leave to File Memorandum in Excess of Page Limit Pursuant to Local Rule 7.8.1, it is hereby

ORDERED that the United States' Motion is GRANTED.  The United States may file a Memorandum in Response to Plaintiffs' Motion for Class Certification of not more than 40 pages.

ENTERED this ____ day of _____.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE