UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-4" |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: The Administrative Master Complaint No. 07-1873 | MAGISTRATE JUDGE CHASEZ |
| Pujol v. The United States of America No.: 08-3217 | |

**************************************************************

## NOTICE OF AMERICAN HOMESTAR DEFENDANTS' LIST OF DEFENSES AND RULE 9 AND 12 MOTIONS TO BE PRESERVED

**NOW INTO COURT**, through undersigned counsel, come American Homestar Corporation and Oak Creek Homes, L. P. (collectively the American Homestar Defendants) who respectfully submit the following list of defenses and Federal Rule of Civil Procedure Rule 9 and 12 motions to be preserved in the underlying action, *Stephanie Pujol v. United States of America*, United States District Court for the Eastern District of Louisiana, Civil Action Number 08-3217.

The American Homestar Defendants are Newly Added Defendants like CMH Manufacturing, Inc. *et al.* That is, the American Homestar Defendants were not named as a defendant in any of the underlying actions that were transferred into this MDL and

WEP Library:2099-63807\

are defendants newly added in the Administrative Master Complaint ("AMC") (Doc. 109) and the *Pujol* Class Action Complaint (No. 2:08-cv-03217, Doc. 1). In response to the Administrative Master Complaint, several defendants filed Fed. R. Civ. P. 12(b) motions to dismiss (among other motions). The American Homestar Defendants joined in the Manufacturing Defendants' Joint Rule 12 Motion to Dismiss (Doc. 210). One of the bases of many of the Rule 12 motions was that plaintiffs did not have standing against any defendant, because no plaintiff alleged a specific link to a particular defendant. The Court granted these motions, but allowed plaintiffs the right to seek leave to amend to assert standing against each defendant (Doc. 599 and 604). Plaintiffs sought (Doc. 656 and 657) and, over the opposition of the American Homestar Defendants (Doc. 691) and others, were granted leave to amend their Complaint (Order and Reasons, Doc. 720). The plaintiffs then filed the *Pujol* Second Supplemental and Amended Complaint ("Second Amended Complaint") (Doc. 721, *Pujol*) and Second Supplemental and Amended Master Complaint ("Amended AMC") (Doc. 722).

The American Homestar Defendants reurged their Motion to Dismiss the *Pujol* Second Amended Complaint and the Amended AMC via the Master Response of Manufacturing Defendants' Adopting Previously Filed 12(B) Motions (Doc. 780). The *Pujol* Second Amended Complaint and the Amended AMC did not "match" any of the 63 original plaintiffs to the American Homestar Defendants. The *Pujol* Second Amended Complaint and Amended AMC added 140 new plaintiffs, including plaintiffs Lena Brown, Jason Pohlman and Thomas Sullivan, who are "matched" to Oak Creek Homes

(Doc. 722, ¶¶ 6(136) through 6(139). Plaintiffs also added Douglas Hill, who is matched with Recreation by Design, LLC (Doc. 722, ¶6(102)). Douglas Hill may be putative class representative Douglas Hill III (Doc. 666), who is alleged to have occupied a manufactured home (ADA park model) manufactured by Oak Creek Homes.

The American Homestar Defendants, in response to the *Pujol* Second Amended Complaint and the Amended AMC filed in this action, preserve and adopt all defenses and motions to dismiss raised and briefed in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss and the Manufacturing Defendants' Joint Rule 9(b) Motion to Dismiss and the Motion to Dismiss filed by the Newly Added Defendant CMH Manufacturing (Doc. 787). Finally, the American Homestar Defendants reserve the right to amend or supplement these defenses and motions to dismiss and to file any appropriate preliminary pleadings and/or dispositive motions in the above case and in any other cases in which they may be named as a party.

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and Oak Creek Homes, LP**
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
dbach@hmhlp.com
jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 14, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

WEP Library:2099-63807\

-4-