UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF MANUAL ATTACHMENT

The index for the exhibits attached to the Manufacturing Defendants' Memorandum in

Opposition to Class Certification is attached hereto as Exhibit "A."

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
**DEFENSE LIAISON COUNSEL**

## C E R T I F I C A T E

I hereby certify that on the 14th day of November, 2008, a copy of the foregoing Notice

of Manual Attachment was filed electronically with the Clerk of Court using the CM/ECF

system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic

filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER             *MDL NO. 1873
         FORMALDEHYDE                *
         PRODUCTS LIABILITY          *
         LITIGATION             *      SECTION:  N (4)
                                            *
This Document Relates to:  ALL CASES      *      JUDGE: ENGELHARDT
                                            *      MAG: CHASEZ

*******************************************************************

# INDEX TO EXHIBITS TO MANUFACTURING DEFENDANTS' MEMORANDUM IN OPPOSITION TO CLASS CERTIFICATION

## INDEX TO DISC NUMBER 1

**Exhibit A:  Plaintiff Profiles**

| | |
|---|---|
| Ex A-01 | Acker, Letecheia o/b/o Smith, Dakyre |
| Ex A-02 | Adams, John I. |
| Ex A-03 | Alfonso, Stephen A. |
| Ex A-04 | Alfred, Courtney o/b/o Thomas, Christopher |
| Ex A-05 | Anderson, Sandra |
| Ex A-06 | Ayala, Marcelio |
| Ex A-07 | Baker, Shane o/b/o Baker, Shane |
| Ex A-08 | Walker, Toinette o/b/o Ballet, Edward, IV |
| Ex A-09 | Walker, Toinette o/b/o Ballet, Derell |
| Ex A-10 | Walker, Toinette o/b/o Ballet, Egypt |
| Ex A-11 | Battie, Kendra o/b/o Battie, D'Asia |
| Ex A-12 | Beasley, Jocelyn o/b/o Beasley, Heavenly A. |
| Ex A-13 | Benoit, Pamela o/b/o Benoit, Christopher |
| Ex A-14 | Bergens, Thomas A. |
| Ex A-15 | Beverly, Marcie |
| Ex A-16 | Bradford, Portia |
| Ex A-17 | Bradford, Randy J. |
| Ex A-18 | Bridges, Juanita X. |
| Ex A-19 | Bright, Rose L. |
| Ex A-20 | Brown, Trina |
| Ex A-21 | Culler, Jerome A. |
| Ex A-22 | Culler, Jerome A. o/b/o Joan R. Culler (deceased) |
| Ex A-23 | Darby, Brian Sr. o/b/o Darby, Brian Jr. |
| Ex A-24 | Daunoy, Peter III |
| Ex A-25 | Davis, Corey |
| Ex A-26 | Davis, Dione o/b/o Guesnon, Trinity |
| Ex A-27 | Davis, Linda |
| Ex A-28 | Dedeaux, Jaqueline |
| Ex A-29 | Delone, Donovan |
| Ex A-30 | Dillon, Barbara A. |
| Ex A-31 | Dominguez, Barry P. |
| Ex A-32 | Dubuclet, Elisha o/b/o Dubuclet, Timia |
| Ex A-33 | Esposito, Nicole |

| Ex A-34 | Evans, Percy |
|---------|--------------|
| Ex A-35 | Flowers, Ella |
| Ex A-36 | Foley, Lillian A. |
| Ex A-37 | Foley, Lillian A. o/b/o Foley, Samuel |
| Ex A-38 | Fontenot, Shontay o/b/o Fontenot, Hailey |
| Ex A-39 | Fontenot, Shontay o/b/o Fontenot, Jonathon Jr. |
| Ex A-40 | Fontenot, Shontay o/b/o Fontenot, Justin |
| Ex A-41 | Frank, Simone |
| Ex A-42 | Gardner, Renay M. |
| Ex A-43 | Gordon, Shelia |
| Ex A-44 | Green, Trichonda |
| Ex A-45 | Griffin, Rommel E. |
| Ex A-46 | Gumm, Crystal L. |
| Ex A-47 | Hargrove, Damian J. o/b/o Hargrove, Damian J. Jr. |
| Ex A-48 | Hargrove, Leroy Jr. |
| Ex A-49 | Harris, Mary |
| Ex A-50 | Heechung, Hazel |
| Ex A-51 | Hill, Douglas III |
| Ex A-52 | Howard, Thelma H. |
| Ex A-53 | Jack, Joseph Jr. |
| Ex A-54 | Jordan, Constance o/b/o Jordan, Bronica |
| Ex A-55 | Keyes, Sylvia J. |
| Ex A-56 | LeBeau, Carrie |
| Ex A-57 | Lightell, Lakesha o/b/o Lightell, Donovan |
| Ex A-58 | Lightell, Lakesha o/b/o Lightell, Jazlyn N. |
| Ex A-59 | London, LaTonya o/b/o London, Edbony |
| Ex A-60 | London, LaTonya o/b/o Madison, Darrell |
| Ex A-61 | London, LaTonya o/b/o Madison, Darren |
| Ex A-62 | London, LaTonya o/b/o Madison, Derrell |
| Ex A-63 | Magee, Keena o/b/o Wilson, Kierra |
| Ex A-64 | Maldonado-West, Linda |
| Ex A-65 | McCray, Adrina N. |
| Ex A-66 | McCray, Adrina N. o/b/o Wood, Kody |
| Ex A-67 | McGallion, Amaris |
| Ex A-68 | Miller, Brittney |
| Ex A-69 | Mitchell, Natley |
| Ex A-70 | Moreland, Glenda |
| Ex A-71 | Myers, Centra |
| Ex A-72 | Parker, Maria o/b/o Ardoin, Tyler |
| Ex A-73 | Posey, George |
| Ex A-74 | Pujol, Stephanie G. |
| Ex A-75 | Ray, Craig Sr. |
| Ex A-76 | Robertson, Penny M. o/b/o Robertson, Mercedez |
| Ex A-77 | Robertson, Penny M. |
| Ex A-78 | Robinson, Rayfield Jr. |
| Ex A-79 | Semien, Sandra o/b/o Semien, Danielle |
| Ex A-80 | Semien, David Jr. |
| Ex A-81 | Semien, David W. Sr. |
| Ex A-82 | Sinclair, Shirley A. |
| Ex A-83 | Smith, Sheila o/b/o Tracy, Michael C. |
| Ex A-84 | Solis, Margarita |
| Ex A-85 | Stephens, Cherish |
| Ex A-86 | Sylve, Libby o/b/o Sylve, Hailey N. |
| Ex A-87 | Sylve, Libby |
| Ex A-88 | Thomas, Betty |

**Ex A-89**      **Trollinger, Sherry, mother with power of attorney, o/b/o**
                **Michael Davis**
**Ex A-90**      **Vason, Kendra S. o/b/o Battle, Tyrone**
**Ex A-91**      **White, Betty o/b/o McConnel, Erin**
**Ex A-92**      **White, Johnny**
**Ex A-93**      **Williams, Enna**
**Ex A-94**      **Williams, Faye**
**Ex A-95**      **Williams, Joanette o/b/o Williams, George L.**
**Ex A-96**      **Williby, Alvin, Sr. o/b/o Williby, Sandra (deceased)**

## INDEX TO DISC NUMBER 2

**Ex B**        **Dr. Philip Cole Affidavit**

**Ex C**        **Dr. Brooks Emory Affidavit**

**Ex D**        **Thomas Fribley Affidavit**

**Ex E-1**      **Dr. Michael Ginevan Affidavit**

**Ex E-2**      **Dr. Michael Ginevan Deposition Excerpts**

**Ex F**        **Dr. Robert Golden Affidavit**

**Ex G**        **Dr. William Waddell Affidavit**

**Ex H**        **Dr. James Wedner Affidavit**

**Ex I**        **Michael Zieman Affidavit**

## INDEX TO DISC NUMBER 3

**Ex J**        **Mary DeVany Deposition Excerpts**

**Ex K-1**      **Dr. Paul Hewett Affidavit Excerpts**

**Ex K-2**      **Dr. Paul Hewett Deposition Excerpts**

**Ex L**        **Marco Kaltofen Deposition Excerpts**

**Ex M**        **Dr. Gerald McGwin Deposition Excerpts**

**Ex N**        **Stephen Mullet Deposition Excerpts**

**Ex O**        **Dr. Kenneth Paris Deposition Excerpts**

**Ex P**        **Dr. Judd Shellito Deposition Excerpts**

**Ex Q**        **Dr. Stephen Smulski Deposition Excerpts**

**Ex R-1**      **Dr. William Stein Affidavit Excerpts**

**Ex R-2**      **Dr. William Stein Deposition Excerpts**

Ex S-1          Dr. Patricia Williams Affidavit Excerpts

Ex S-2          Dr. Patricia Williams Deposition Excerpts

# INDEX TO DISC NUMBER 4

Ex T            Final Report on Formaldehyde Levels in FEMA Supplied Trailers, ParkModels, &
                Mobile Homes, July, 2008 ("CDC Final Report")

Ex U            Lang, et al., Formaldehyde *and Chemosensory Irritation in Humans: A Controlled
                Human Exposure Study*, 50(1) Reg. Toxicol. Pharmacol. 23, 23 –36 (2008)

Ex V            FEMA Trailer Study Data Set for Individual Units ("CDC Data Set")

Ex W            CDC Health Consultation, February, 2007

Ex X            McGregor, D., et al., Formaldehyde *and Glutaraldehyde and Nasal Sinotoxicity: Case
                Study Within the Context of the 2006 IPCS Human Framework for the Analysis of Cancer
                Model of Action for Humans*.  Crit. Rev. Toxicol. 36 (10): 821-35

Ex Y            Marsh, G. et. al., *Mis-specified and Non-Robust Mortality Risk Models for Nasophayngeal
                Cancer in the National Cancer Institute Formaldehyde Worker Cohort Study*, Reg. Toxicol.
                Pharmacol., 47:59-67, 2007

Ex Z            Devany EHU test result dataset

Ex AA           D'Amico EHU test result dataset; and,

Ex BB           Non-formaldehyde Related Symptoms per Dr. Golden Analysis.

# INDEX TO DISC NUMBER 5

Ex CC           Fleetwood Travel Trailer Mirror Warning Label

Ex DD           Fleetwood Travel Trailer Manual Warning

Ex EE           HUD Important Health Notice

Ex FF           30(b)(6) Deposition of Fleetwood Enterprises, Inc. by William Farish taken taken July
                16, 2008, pp. 109: 16-24-110: 1-8

Ex GG           Forest River Travel Trailer Manual Warning

Ex HH           30(b)(6) Deposition of Forest River by Doug Gaeddert taken August 6, 2008, pp. 103-106

Ex II           Plaintiffs' Position Paper on Elements of Class Certification dated May 15, 2008