UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 1

| | Registration ID. | O.M.B. No. 3067-0009 | DR No. | Language |
|---|---|---|---|---|
| | 93-9476822 | Expires Feb. 28, 2003 | 1603 | Spanish |

| 1. Name *(Last, First, MI)* | 2. Social Security Number | 3. Date of loss |
|---|---|---|
| MR. PUJOL, JOSEPH M | ████████ | 8/29/2005 |

| 4A. Damaged phone number | 4B. Cell phone number | 4C. Current phone number | 4D. Work phone number | 4E. Email address |
|---|---|---|---|---|
| ████ | ████ | ████ | None | |

| 5. Address of Damaged Property | Street Address ████ | City METAIRIE | State LA | Zip+4 70003 -5542 | County JEFFERSON |
|---|---|---|---|---|---|

| 6. Do you own or rent your home? Rent | 7. Is the address listed in #5 your primary residence? Yes | 8. Type of residence: House-Single/Duplex | 9. What is your current location? Family/Friends Dwelling |
|---|---|---|---|

**10. Cause of Damages:** Tornado/Wind

**11. Current Mailing address**   COTTONPORT   LA   71327

**12. Auto Damage: Yes**    Year: **1998**   Make: **ISUZU**    Model: **RODEO**
**12B. Is Vehicle Drivable? Y**   Liability Ins? **Y**   Comp Ins? **Y**    Is Vehicle Registered? **Y**

13A. Was your home damaged by the disaster? **U**   13B.Personal property damaged? **U**
13C. Was the access to your home restricted? **Mandatory Evacuation**

| 14. Are any of your essential utilities currently not working as a result of the disaster? | |
|---|---|
| 15. Do you have any disaster-related essential needs for food, clothing or shelter? | Yes |
| 16. Do you own or lease a working farm or ranch that was affected by the disaster ? *(Does not include farm home)* | No |
| 17. Do you own a business or rental property which was affected by the disaster? *(Not farm damage)* | No |
| 18. Has anyone in your family lost work or become unemployed due to the disaster? *(including self-employed)* | Yes |

19A. Did you have any disaster related medical expense?   **Yes**   Was it insured?   **No**   Amount of loss?   $ 300
19B. Did you have any disaster related dental expense?   **Yes**   Was it insured?   **No**   Amount of loss?   $ 500
19C. Did you have any disaster related funeral expense?   **No**   Was it insured?
19D. Did you have any disaster related moving and storage expenses? **Yes**   Were they covered by insurance? **No**

20. Other / Miscellaneous disaster related damages

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| PUJOL, JOSEPH M | Registrant | | 49 | Y |
| PUJOL, STEPHANIE G | Co-Reg/Spouse | ████ | 47 | Y |
| ████ | Other | ████ | 12 | Y |
| | Other | | 10 | Y |

| 22. Employer/Source of income: BEST WESTERN LANDMARK | 23. Total number of dependents claimed (including applicant): 3 | 24. Would you like to use the EFT option if eligible for assistance? (Electronic funds Transfer into your bank account)   Yes |
|---|---|---|

| 25. Annual pre-disaster gross income for all members of the family: | $ 28000 | |
|---|---|---|

| 26. Insurance Type | Company Name | Policy Number |
|---|---|---|
| Automobile Liability | | |
| Automobile Comprehensive | | |
| No RP or PP Insurance | | |
| Dental | DINA DENTAL | |

27. You have been referred to the following sources for Disaster Aid. For more information, refer to the enclosed program guide as well as the disaster assistance program information sheet.
**Disaster Unemployment Assistance, Emergency Assistance (ARC), SBA Home & Personal Property (Renter), Other Dental, Other Medical, SBA Workshop, Tax Assistance**

| If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585 | 28. Date of Application: 09/06/2005 | 29. Information taken by: INTERNET |
|---|---|---|

FEMA Form 90-69 APR 00

*Advocacy Center*
*Jefferson*
~~500 775~~-1158

*Leslie DAVIS*
*522-5507*
*Jefferson*



**CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL**

U.S. Department of Homeland Security
Federal Emergency Management Agency
Washington DC 20472

### AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of Louisiana and appropriate agencies of the State of Louisiana responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disasters declared: Hurricanes Katrina FEMA-DR-1603-LA and Rita FEMA-DR-1607-LA to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

I understand that it is my choice to sign this Release.

*Joseph M. Pujol*
Name (Printed)                                          Date

*Joseph M. Pujol*
Signature

Pre-Disaster Address: ████████████ *Metairie, La. 70003*

Current Address: ████████████ *Metairie, La. 70003*

Phone or Message #: ████████  FEMA Registration #: *93- 9476822*

ENGLISH

35

FEMA86-000115

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

10/02/2006 15:25 FAX                                                              ☑001/005

Submitting Agency: CC K.A.T.                    Case Worker or requestor's Name: B Lewis
Requesting Parish: Jeffers                       Fax Number: 831-0548
Phone Number: 6200 3164                          LTRC/Unmet Needs Committee:

# FEMA

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of LOUISIANA and appropriate agencies of the State of LOUISIANA responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared: Hurricane Katrina FEMA-1603-DR-LA/ Hurricane Rita FEMA-1607-DR-LA to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies. However, without my permission, my information cannot be shared with other agencies or organizations for consideration. I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

I understand that it is my choice to sign this Release.

Joseph M. Pujol                              5-30-06
Name (Printed) Stephanie G. Pujol            Date

Stephly M. Pujol                             stephanie G. Pujol
Signature

Pre-Disaster Address: ███████████            Metairie, LA.      70003

Current Address: ███████████                 Metairie, LA.      70003

Phone or Message #: ███████████              FEMA Registration #: 939476822
Revised as of 01-20-06

720 - 7 a.m appr

# RECERTIFICATION

☐ Sales   ☐ Lease Terminations

| 93-9476822A | PUJOL, JOSEPH M. | | | | | | 1 Recert Round | 11/26/2005 Lease Date |
|---|---|---|---|---|---|---|---|---|

| 11/26/2005 Recert From | Recert To | R O/R | P-4TTP P-Code | | Site Type | ☐ Privacy Act | ☐ Fire Extinguisher | ☐ Smoke Detector |
|---|---|---|---|---|---|---|---|---|

| | | Permanent Housing Plan | Completion Date Monday | Primary Phone Slidm | Alternate Phone |
|---|---|---|---|---|---|

### Site

| | METAIRIE | | Jefferson | | LA | 70003- |
|---|---|---|---|---|---|---|
| | Address | City | County | | State | Zip Code |
| | | 5 PATRICIA GARNER | | | | |
| Park/Group/Industrial Site | Lot # 1 | Lot # 2 | Landlord / Landowner's Name | | | Phone |

### Site Directions

EXPEDITED PPIO

APP NEEDS HAND RAILS

| ### Family Composition | | | ### InoDote |
|---|---|---|---|

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Name | Relationship | Age |
|---|---|---|
| PUJOL, JOSEPH M | Registrant | 49 |
| PUJOL, STEPHANIE G | Co-Reg | 47 |
| | Immed Family | 12 |
| | Immed Family | 10 |
| GARNER, JESSE | Friend | 73 |
| GARNER, PATRICIA | Friend | 70 |

| 6 Residents | Housed | BRs Required |
|---|---|---|

### Special Needs
DAUGHTER AND MOTHER HAS HEPATISIS C

Gross Income _____ 25% of Gross Income _____

### Insurance Coverage
Insurance: Y | N   If yes, what type _____
☒ Real Property _____
☒ Personal Property _____
☒ ALE _____
SBA Loan: Y | N
ONA Grant: Y | N

### PROGRESS REPORT

| Unit | Inspection : Verbal | Physical | Maintenance WO Needed? Y | N | | Move Out |
|---|---|---|---|---|

| Unit #1 | | | 1280257 | 5L4TF292853010575 | | | | |
|---|---|---|---|---|---|---|---|---|
| | Unit Inspection (O) | Unit Inspection (I) | Bar Code | VIN / Serial # | Move Out Requested | Tentative MO | Vacate Date | Deact Date |
| Unit #2 | | | | | | | | |
| | Unit Inspection (O) | Unit Inspection (I) | Bar Code | VIN / Serial # | Move Out Requested | Tentative MO | Vacate Date | Deact Date |
| Unit #3 | | | | | | | | |
| | Unit Inspection (O) | Unit Inspection (I) | Bar Code | VIN / Serial # | Move Out Requested | Tentative MO | Vacate Date | Deact Date |

### Recertification Comments

Wife and daughter have hepatitis C and cannot be in home until home is repaired - due to their medical condition. Bathrooms & kitchen not useable in home. The other daughter has respiratory problems.

### Case Review

| ☐ Progressing | ☐ Req. Assistance | ☐ Lease Violation | ☐ Not Using Unit |
|---|---|---|---|
| ☐ Progressing - Indecisive/Inflexible | | ☐ No Viable Plan | ☐ Ineligible |

### Signatures

| | Name | Date | Signature |
|---|---|---|---|
| Applicant | JOSEPH M. PUJOL | 6/26/06 | |
| Recert Advisor | MariaElena | 6/26/06 | MariaElena |
| Team Lead | sylvia | 9/24 | C. Wdr |

For Official Use Only:

| | 5/16/2006 Date Assigned | Last Site Visit | Next Recert Date | TL Determination | TL Date |
|---|---|---|---|---|---|
| Recert Advisor Recommendation | | | | | |

Requires Assistance (If Next Recert Approved and Requires Assistance) :
☒ VOLAG   ☒ SBA   ☒ Special Needs   ☒ State/County/City   ☒ HUD/Housing Authority   ☒ Legal Services

Wednesday, June 21, 2006

Page 1 of 2

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

## UNIT VERIFICATION

APPLICANT: Pujol, Joseph

REGISTRATION ID: 93-9476822

LEASE IN DATE: 11/26/06

MOVE OUT DATE:

DEACTIVATION DATE:

RECEIVED IN STAGING:

UNIT NUMBER:

MANUFACTURER: Pilgrim International

VIN NUMBER: 564TF29285301057

PURCHASE CONTRACTOR:

BAR CODE: 1280257

SET-UP CONTRACTOR:

DEACT CONTRACTOR:

SITE NUMBER:

WORK ORDER NUMBER:

SITE CITY: Metairie LA 70003

SITE COUNTY: Jefferson

SITE ADDRESS ▮▮▮▮▮▮▮

DIRECTIONS TO SITE:

## MAINTENANCE RECORD OF UNIT

MAINTENANCE WORK ORDER NUMBER:          DATE ISSUED:
MAINTENANCE WORK ORDER NUMBER:          DATE ISSUED:
MAINTENANCE WORK ORDER NUMBER:          DATE ISSUED:
MAINTENANCE WORK ORDER NUMBER:          DATE ISSUED:
MAINTENANCE WORK ORDER NUMBER:          DATE ISSUED:

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

# PRIVACY ACT STATEMENT

The Robert T. Stafford Disaster Relief and Emergency Assistance Act, 42 U.S.C.
§§ 5121-5206, Executive Order 12148, as amended, and Title IV of the Personal
Responsibility and Work Opportunity Reconciliation Act of 1996, 8 U.S.C. §§ 1601 et
seq., authorize the collection of this information.  The primary use of this information
is to determine your eligibility to receive FEMA disaster assistance.  Disclosures of
this information may be made: Upon written request, to federal and state agencies
providing disaster assistance, as well as to local governments or voluntary agencies
from which you are seeking assistance, so that assistance efforts or benefits are not
duplicated; to agencies, organizations and institutions as necessary for mitigation
planning and enforcement; to law enforcement agencies or professional organizations
where there may be a violation or potential violation of law; to a federal, state or
local agency when we request information relevant to an Agency decision concerning
issuance of a grant or other benefit, or in certain circumstances when a Federal
agency requests such information for a similar purpose from us; to a Congressional
office in response to an inquiry made at the request of the individual; to the Office of
Management and Budget (OMB) in relation to private relief legislation under OMB
circular A-19; and to the National Archives and Records Administration in records
management inspections conducted under the authority of 44 U.S.C. §§ 2904 and
2906.  Your social security number is solicited during registration pursuant to the
Debt Collection Improvement Act of 1996, 31 U.S.C. §§ 3325 (d) and 7701 (c) (1).
Furnishing the social security number, as well as other information is voluntary, but
failure to do so may delay or prevent provision of disaster assistance.

APPLICANT Joseph M. Pujol _____   FEMA ID 93- 9476 822

APPLICANT SIGNATURE _____   DATE 6-26-06

P. 2

120257

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## INDIVIDUALS and HOUSEHOLDS PROGRAM (IHP)
## TEMPORARY HOUSING OCCUPANCY AGREEMENT

FEMA APPLICATION/ REGISTRATION NO: 93-94 768 22 Federal Disaster Declaration No: 1603

LOCATION OF TEMPORARY RESIDENCE:

State: Louisiana                                          Parish/County: Jefferson Parish

This Agreement made and entered into on 11-26-2005 , 200 5 between the Federal Emergency Management Agency, herein called "FEMA" and Joseph M. Pujol _____ herein called the "Occupant".

1.   FEMA ▮▮▮▮▮▮▮ se of the following described premises ▮▮▮▮▮▮▮
     Metairie, LA 70003  Jefferson Parish
     (Complete address, including unit number. Attach map or narrative description if rural route)

     ☒ Manufactured Housing Unit        ☒ Furnished           Number of bedrooms    2
     ☐ Other (Specify) _____       ☐ Unfurnished         Number of baths       1

     Additional description of premises: 120257

     ▮▮▮▮▮▮▮. This assistance is to be used exclusively
     solely for Occupant's household listed as follows: Joseph M Stephanie G. ▮▮▮▮▮▮▮
     ▮▮▮▮▮▮▮. The Occupant must notify FEMA, in writing, with ▮▮▮ change in household
     composition. FEMA reserves the right to relocate Occupant to other premises at any time.

2.   All parties agree that this Agreement is not intended to, nor does it create, a relationship of Landlord and Tenant between FEMA and Occupant. Occupant further agrees and understands that this Agreement does not create a property interest of Occupant in the unit.

3.   Occupant understands that FEMA is providing this unit as temporary housing assistance to respond to the disaster-related housing needs of Occupant. Temporary housing assistance, including direct housing assistance, is a discretionary benefit under 42 U.S.C. § 5174 and 44 CFR § 206.117. Occupancy of the above-described unit is subject to recertification of continuing eligibility for direct housing assistance, the termination provisions in paragraph nine (9) hereof, and 44 CFR § 206.117. Occupant acknowledges that the premises provided herein are temporary and it is expressly understood that this Agreement in no way guarantees continued assistance.

4.   Occupant agrees to diligently work to obtain permanent accommodations at the earliest possible date. Occupant further agrees to accept adequate alternate housing when it becomes available.

5.   If Occupant is eligible for any payments or allowances for temporary housing needs from insurance, such as Additional Living Expenses (ALE), Occupant agrees to reimburse FEMA for the cost of using the unit provided, or the housing portion of the monthly ALE benefit, whichever is less.

6.   Occupant is responsible for the payment of all utility charges during the term of occupancy, including deposits.

7.   Maintaining Unit:
     a.  Occupant agrees to promptly notify FEMA or Party identified by FEMA responsible for maintenance when any damage or defect is found so that repairs can be made as necessary. The Party responsible for providing maintenance services is
         Crown Roofing _____ and can be reached at (Phone) 800-495-▮
         If damages or injury occurred as a result of Occupant's failure to report any damage or defect found within the unit, Occupant will be liable for the resultant damages and injury.
     b.  Occupant will make no major repairs to the unit without FEMA's prior written consent. FEMA will not pay for repairs made by Occupant without prior written consent.
     c.  Occupant agrees to keep the unit in a clean and orderly condition. Occupant agrees to surrender the unit free of damage and condition as it was in at the commencement of the Agreement, less ordinary wear and tear. Occupant ▮▮▮▮▮ for any costs or repairs that are the result of abuse or negligence of Occupant, Occupant's family or ▮▮▮▮ condition.
     d.  The condition of the unit, and the furnishings and other property provided in the unit by FEMA, ▮▮▮▮ liability. be inventoried at the commencement date of this Agreement. A copy of the inspection and inv▮▮▮▮ property and unit will be signed by the Occupant and will be attached to and made a part of ▮▮▮ ▮▮▮▮ expiration of this Agreement, Occupant will return the furnishings and other property in ▮▮▮▮▮ move-in, less ordinary wear and tear, or will pay the reasonable value for any items no▮▮▮ All personal property placed in the unit will be at the sole risk of Occupant ▮▮▮▮▮

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

Occupant

Spouse/Co-Occupant

## CONTACT SHEET

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

APPLICANT (Head of household)

NAME PUJOL, JOSEPH M.

FEMA 1603 – 1607 LA

Registration Number: 939476822

| INITIALS | DATE | COMMENTS |
|----------|------|----------|
| MED | 6/30/06 | .RECERT VISIT. APPLICANT'S WIFE AND DAUGHTER HAVE HEPATITIS-C AND THE OTHER DAUGHTER HAS RESPIRATORY PROBLEMS. DUE TO THESE MEDICAL CONDITIONS THEY CANNOT LIVE IN THE HOME (WHICH BELONGS TO JESSE GARNER ID # 911973152, STEPHANIE'S FATHER) UNTIL ALL REPAIRS ARE COMPLETED. <br> A DOCTOR'S STATEMENT WILL BE FAXED TO VERIFY THIS FACT. <br> THE DAUGHERS ARE BEING TREATED BY DOCTORS IN HOUSTON.? <br> THERE IS MOLD AROUND THE AIR-CONDITIONING DUCTS AND THE CEILING NEEDS TO BE SCRAPPED. APPLICANT IS HAVING A DIFFICULT TIME FINDING A RELIABLE CONTRACTOR. <br> SMOKE DETECTOR IS WORKING.  CHECKED FOR FIRE EXTINQUISHER (BRK ELECTRONICS XE 626691). |
| MED | 8/2/06 | Called applicant - she was out of town but I reminded her that she needs to fax doctors letter stating home (DD) is unsafe for applicant wife and daughters though it is safe for her parents who also have medical problems |
| MED | 8/22/06 | Stephanie Pujol faxed letter from doctor stating Stephanie and Jessica should not be exposed to any types of chemicals and dust that are related to common construction |

FEMA86-000012

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TEMPORARY HOUSING INFORMATION UPDATE

| NAME OF APPLICANT: JOSEPH PUJOL | | | TELEPHONE NO. ▓▓▓▓▓▓ | APPLICATION NO. 93-9476822 |
|---|---|---|---|---|

CURRENT STATUS (IF CHANGED)

_Eligible   _Ineligible-Insurance

_Withdrawn   _Ineligible-Other

CURRENT ADDRESS (IF CHANGED)

| | Date: | Action | Initial |
|---|---|---|---|
| **TO:   BENEFITS PROCESSING** | | **FAXED TO NPSC** | |
| | | YES ___  NO ___ | |
| **AS PER APP'S REQUEST:** | | | |
| | | **FEDEXED TO NPSC** | |
| 1. Special Program @ | | YES ___  NO ___ | |
| School for $950 | | **FAXED TO JFO** | |
| | | YES ___  NO ___ | |
| 2. Tutoring fees $119.50 per week | | **COURIER TO JFO** | |
| 3. RA so family can move | | YES ___  NO ___ | |
| out of FEMA T and into apt. | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| ✓ DR 1603-LA   DRC# 53 | | | |
| ☐ DR 1607-LA   DRC#____ | | | |
| ☐ DR 1604-MS   DRC#____ | | | |
| ☐ DR 1606-TX   DRC#____ | | | |

RES TYPE: MH   HOUSE   _FEMA T_ OTHER

HA:   closed

SBA:   RECON

ONA:   closed

| Prepared By: Sandy Pensey | Date: 10/7/06 | Approved By: P. Berault |
|---|---|---|
| Housing Representative: | | Supervisor: |

FEMA86-000122

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

DRC #53

REGISTRATION# 939476822

DISASTER # 1603

DATE: 10-7-06

NAME: Joseph M. + Stephanie G
Pujol

I declare under penalty of perjury that the following is true and correct.

My daughter ████████ is having stressed induced seizures and will need to be placed in the resource program at school which the cost is approximately $950.⁰⁰ and she is requiring tutoring which I have a certified special ed teacher. I do not want to change her in any way because it would increase her stress and we would like some rental assistance to move into a 2 or 3 bedroom apartment. The landlords are taking over their whole residence due to their need for their space and requesting us to relocate. But market rent is unaffordable for us at present. There are soon to be 3 out 4 disabled family members. Thank you

SIGN Stephanie S. Pujol        DATE 10-7-06

FEMA86-000123

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL



# CHILDREN'S HOSPITAL

## MARIA B. WEIMER, MD

*Assistant Professor of Clinical Neurology*
*Louisiana State University and Children's Hospital*
Tel: 504/896-9859
Fax: 504/896-9547

Department of Neurology

September 29, 2006

Re: 

To Whom It May Concern:

I saw ████ for the first time in Neurology Clinic in June 2006.  At that time, I was suspicious that she was having complex partial seizures and a workup ensued.  ████ episodes, in my opinion, were classic for complex partial seizures and she was started on anticonvulsants. These episodes stopped after she was on the anticonvulsants, however, she began having new episodes shortly thereafter.  These new episodes were a little different and we were a little confused by the fact that the medication was no longer working.  I admitted ███ for monitoring and it was demonstrated that ███ was not having epileptic seizures, but she was have pseudoseizures.  Pseudoseizures are often found in patients that have epilepsy and these are false seizures that are brought on by stress.  The child is not doing it intentionally.  This is a type of conversion disorder.  I am concerned that ███ has increased stress issues from home and also since they returned to New Orleans after Katrina.  I feel that because of this problem, she should qualify for other health impaired, due to her epilepsy and also that she should qualify for resource classes at her school.

Thank you for your assistance in this matter.

Sincerely,

*Maria B Weimer*

Maria B. Weimer, MD
Assistant Professor of
Clinical Neurology

MBW/dsc
146092/09/29/06/2992,09-30-06,L03,dsc.doc

Oct-18-06 10:04A KOPY/RITE PRINTING          504 456 9243          P.01

VILLIO ENTERPRISES, INC.

# Kopy/Rite

P R I N T I N G
&
COPY CENTER

*Fax*

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

**To**

NAME

COMPANY  *Fema*

FAX NUMBER  *800 - 827 - 8112*

**From**

NAME  *Stephanie S. Pujol*

FAX NUMBER  **(504) 456-9243**

*9* PAGES  (including this cover sheet)

**Message**  *Refer to letter following cover sheet.*

2808 DAVID DRIVE  •  METAIRIE, LA 70003  •  (504) 454-3474

Oct-18-06 10:04A KOPY/RITE PRINTING          504 456 9243          P.02

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

**JOSEPH M. PUJOL**
████████████████████
**METAIRIE, LA 70003-5542**

Please include this cover page with any fax or mail that you send FEMA.

# *9394768221603*

FEMA86-000126

Oct-18-06 10:04A KOPY/RITE PRINTING          504 456 9243          P.03

Date: Wednesday October 18, 2006
Registration # 93-9476822
DR # 1603
Name: Stephanie S. Pujol
        Joseph M. Pujol

National Processing Center
PO Box 10055
Hyattsville, MD. 20782-7055
Fax: 1-800-827-8112

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

To Whom It May Concern:

My eleven year old daughter has been seeing a psychiatrist, and a psychologist since we have been back from hurricane Katrina. She is getting worse. Her grades are failing drastically. I think she would benefit bringing her to the PNP clinic for a work up. The cost is $6975.00 I also need help with placing her in the resource program at her school which is $900.00 Also she will need additional tutoring 1 1/2 hr three times a week and the tutor's name, address, and phone number follows. He is certified special education. Also I would like to move

pg 2

into permanent housing as I have orthopedic disabilities and it's difficult for me to get around the trailer with a walker. The property owners would like the trailer gone so they can get trucks and equipment into their drive to fix the inside and they are going to take over their whole property.

Thank you
Sincerely,

Stephanie G. Pujol

Metairie LA. 70003

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA86-000128

*Stephanie Pujol*

**St. Angela Merici School**
**2006-2007**

**TUITION AND FEES**

**a) IN-PARISH**

Active, supporting parishioners of St. Angela Merici Parish

**PRE-K3**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| TUITION | $3,500/child |

**PRE-K4**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| TUITION | $3,370/child |

**GRADES K-8**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| MIDDLE GRADE FEE | $50/child (if applicable) |
| SPECIAL ED. FEE | $900/child (if applicable) |
| TUITION | |
| 1 child | $3,070 |
| 2 children | $5,373 |
| 3 children | $6,908 |
| 4 children | $7,676 |

**b) OUT OF PARISH CATHOLIC**

Not active, supporting parishioners of St. Angela Merici Parish

**PRE-K3**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| TUITION | $3,500/child |

**PRE-K4**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| TUITION | $3,370/child |

**GRADES K-8**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| MIDDLE GRADE FEE | $50/child (if applicable) |
| NON-PARISH FEE | $300/child |
| SPECIAL ED FEE | $900/child (if applicable) |
| TUITION | |
| 1 child | $3,070 |
| 2 children | $5,373 |
| 3 children | $6,908 |

**c) NON-CATHOLICS**

**PRE-K3**

| | |
|---|---|
| REGISTRATION FEE | $165 for oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| TUITION | $3,500/child |

**PRE-K4**

| | |
|---|---|
| REGISTRATION FEE | $165 oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| TUITION | $3,370/child |

**GRADES K-8**

| | |
|---|---|
| REGISTRATION FEE | $165 oldest child enrolled at St. Angela |
| | $150 for subsequent children |
| MIDDLE GRADE FEE | $50/child (if applicable) |
| NON-PARISH FEE | $300/child |
| SPECIAL ED FEE | $900/child (if applicable) |
| TUITION | |
| 1 child | $3,720 |
| 2 children | $6,341 |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL



CHILDREN'S
HOSPITAL

## MARIA B. WEIMER, MD
### Assistant Professor of Clinical Neurology
Louisiana State University and Children's Hospital
Tel: 504/896-9859
Fax: 504/896-9547

Department of Neurology

September 29, 2006

Re: 

To Whom It May Concern:

I saw ▮▮▮▮▮ for the first time in Neurology Clinic in June 2006.  At that time, I was suspicious that she was having complex partial seizures and a workup ensued.  ▮▮▮▮ episodes, in my opinion, were classic for complex partial seizures and she was started on anticonvulsants. These episodes stopped after she was on the anticonvulsants, however, she began having new episodes shortly thereafter.  These new episodes were a little different and we were a little confused by the fact that the medication was no longer working.  I admitted ▮▮▮ for monitoring and it was demonstrated that ▮▮ was not having epileptic seizures, but she was have pseudoseizures.  Pseudoseizures are often found in patients that have epilepsy and these are false seizures that are brought on by stress.  The child is not doing it intentionally.  This is a type of conversion disorder.  I am concerned that ▮▮ has increased stress issues from home and also since they returned to New Orleans after Katrina.  I feel that because of this problem, she should qualify for other health impaired, due to her epilepsy and also that she should qualify for resource classes at her school.

Thank you for your assistance in this matter.

Sincerely,

*Maria B Weimer*

Maria B. Weimer, MD
Assistant Professor of
Clinical Neurology

MBW/dsc
146092/09/29/06/2992.09-30-06,L03,dsc.doc

200 Henry Clay Avenue
New Orleans, Louisiana 70118

The Regional Medical Center for Children

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Oct-18-06 10:05A KOPY/RITE PRINTING          504 456 9243          P.07

WILLIAM B. STATHAM

920½ SAINT Ann

N.O., LA 70116

(504) 343-8997

Tutor: $35.00/hr    4½ hrs/week.

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL.



# Saint Angela Merici School

835 Melody Drive   •   Metairie, Louisiana 70002   •   Phone (504) 835-8491

Fax (504) 835-4463   •   E-Mail: stangelasch@archdiocese-no.org

•   Website: www.stangelaschool.org   •

Colleen Remont
*Principal*

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

September 29, 2006

Mrs. Pujol,

I spoke to Michael Hickey and below is a sampling of the type of information that should be addressed by the doctors, if we are to pursue a 1508 Special Education classification of "Other Health Impaired:"

- **Psychiatrist** – experiencing stress induced seizures; that her condition is adversely affecting her educational progress; detracts from vitality and attentiveness; can she participate in regular physical education classes?
- Vision and hearing screening
- **Medical Doctor prescribing medication:** possible side effect of medication; what educational accommodations may need to be made because of these side effects.

If your doctors have any questions, please do not hesitate to call.

Sincerely,

Mrs. Colleen S. Remont
Principal

**PsychoNeuroPlasticity** LLC **Center**

**401 N. Valley Parkway, Suite 200**
**Lewisville, TX 75067**
**972-434-5454**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Stephanie,

Thank you for your call to the PsychoNeuroPlasticity (PNP) Center.  Our fee for the two day assessment is $6975.00.  Listed below are procedural codes and costs associated with our assessment.

#99205   Medical Evaluation  $290.00
#90801   Psychological Interview  $350.00
#90802   Interactive Psychological Interview  $350.00
#90887   Interpretation of Results  $750.00
#90889   Report Preparation  $890.00
#90901   Biofeedback Training  $440.00
#95957   Quantitative Electroencephalograph  $1350.00
#96102   Psychological Testing  $1500.00
#96116   Neurobehavioral Status  $575.00
#96150   Psychophysiological Health Behavioral Assessment  $480.00

Please contact me if I can provide you any other information.

Sincerely,

Dee McClary
PNP Center Administrator



PSYCHONEUROPLASTICITY

**PNP**

A D D   S O L U T I O N S

10/27/2006 16:47 FAX

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

☑012

Submitting Agency: _CC K.A.T._
Requesting Parish: _Jefferson_
Phone Number: _62003 3164_

Case Worker or requestor's Name: _B Pluins_
Fax Number _8-21-0698_
LTRC/Unmet Needs Committee:

# FEMA

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of **LOUISIANA** and appropriate agencies of the State of **LOUISIANA** responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared: Hurricane Katrina **FEMA-1603-DR-LA/** Hurricane Rita **FEMA-1607-DR-LA** to those agencies that provide disaster-related assistance.  This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated.  It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization.  This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal and State agencies.  However, without my permission, my information cannot be shared with other agencies or organizations for consideration.  I understand that I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:

**I understand that it is my choice to sign this Release.**

_Joseph M. Pujol_
Name (Printed) Stephanie G. Pujol

_5-30-06_
Date

_Joseph M. Pujol_
Signature

_stephanie G. Pujol_

Pre-Disaster Address: ▮▮▮▮ _Metaine, LA._ _70003_

Current Address ▮▮▮▮ _Metairie, LA._ _70003_

Phone or Message ▮▮▮▮
Revised as of 01-20-06

FEMA Registration #: _939476822_

FEMA86-000134

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

11/29/2006 15:45 FAX 3035452391         NEXT LEVEL BOULDER                    ☒001

1603          Joseph Pujol                    9394716822

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING INFORMATION UPDATE

**NAME OF APPLICANT:** Joseph Pujol

**TELEPHONE NO.** ▇▇▇▇   **APPLICATION NO.** 9394716822

**CURRENT STATUS** *(IF CHANGED)*
Eligible ___ Ineligible-Insurance ___
Withdrawn ___ Ineligible-Other ___

**CURRENT ADDRESS** *(IF CHANGED)*   1/11

| | Date: | Action | Initial |
|---|---|---|---|
| **TO:  APPEAL OFFICER** | | **FAXED TO NPSC** | |
| App requests transi- | | YES ___ NO ___ | |
| tional rental assistance | | **FEDEXED TO NPSC** | |
| | | YES ___ NO ___ | |
| **DOCUMENTS ATTACHED:** | | **FAXED TO JFO** | |
| - Statement | | YES ___ NO ___ | |
| - CPAP Machine | | | |
| Prescription | | **COURIER TO JFO** | |
| - Report of Sleep study | | YES ___ NO ___ | |
| - CPAP Delivery ticket | | | |
| - Physician's statement | | | |
| for Jill Pujol | | | |
| - lease | | | |
| 11 pgs | | | |
| | | | |
| **CONTACT NUMBERS:** | | | |
| | | | |
| | | | |
| | | | |
| | | | |

☑ DR 1603-LA    DRC# 63
☐ DR 1607-LA    DRC#___
☐ DR 1604-MS    DRC#___
☐ DR 1606-TX    DRC#___

**RES TYPE: MH    HOUSE    (OTHER)**
**HA:** IID, EAH ER, ERFD,
**SBA:** Disb-
**ONA:** IID, IINS, IID, IID, IID, INC, INC

| Prepared By: Nicole Pruneau | Date: 11/29/06 | Approved By: |
|---|---|---|
| Housing Representative: | | Supervisor: |

FEMA FORM 90-67          U.S. GPO: 1986—0-716-585/600                    THA PROGRAM

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

11/29/2006 15:45 FAX 3035452391 _____ NEXT LEVEL BOULDER

1603    *Joseph Pujol*    939471622
2/11

To Whom It May Concern:

We have found more permanent housing and more comfortable housing for our family. We are requesting transition rental assistance. I (Stephanie S. Pujol) and my 13yo daughter ( ███████ R. Pujol) both have Hepatitis C. there is leakages of plumbing in the trailer. I (Stephanie S. Pujol) have multiple orthopedic problems and am obese and have trouble navigating through the trailer. also I will be starting an investigational drug study for Hepatitis C consisting of Interferon, Ribavirin, and an investigational drug. My 11yo daughter ████████ is having stress induced seizures. My husband (Joseph M. Pujol) have been started on a C-PAP machine and the trailer has propane tanks and run with gas. The people where we are residing want the trailer off their property and doesn't want us to occupy the rental property any longer. Nothing inside has been really started.

Sincerely,

*Stephanie S. Pujol*

FEMA86-000168

05/25/2007  08:20    5048337244            OFFICE DEPOT                    PAGE  02/04

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

JOSEPH M. PUJOL
METAIRIE, LA 70003-5542

Please include this cover page with any fax or mail that you send FEMA.

*9394768221603*

05/25/2007  08:20   5048337244                OFFICE DEPOT   CERTIFIED TO BE A TRUE   PAGE 01/04
                                                            COPY OF THE ORIGINAL

**Office DEPOT**
*Taking Care of Business*

# Fax Transmission
### PLEASE PRINT

TO: _FEMA_          FROM: _Joseph M. Pujol_
                           _Stephanie G. Pujol_

FAX
NUMBER: _800-827-8112_     SENDER'S
                           PHONE #: ▮▮▮▮▮▮▮▮

DATE: _5-25-07_          # OF PAGES: _4_

Customer's Notes: _Rental Reimbursement._
_Inconsistent information and conflicting_
_information concerning rental_
_reimbursement both written and verbally._

**Receiver:** If you have any difficulties with this transmission, please contact the sender at the
phone number listed above.

### OFFICE DEPOT'S TERMS OF USE

SENDER AGREES NOT TO USE THIS FAX TO: (I) TRANSMIT MATERIAL WHOSE TRANSMISSION IS UNLAWFUL, HARASSING,
LIBELOUS, ABUSIVE, THREATENING, HARMFUL, VULGAR, OBSCENE, PORNOGRAPHIC OR OTHERWISE OBJECTIONABLE;
(II) CREATE A FALSE IDENTITY, OR OTHERWISE ATTEMPT TO MISLEAD OTHERS AS TO THE IDENTITY OF THE SENDER OR
THE ORIGIN OF THIS FAX; (III) POST OR TRANSMIT ANY MATERIAL THAT MAY INFRINGE THE COPYRIGHT, TRADE SECRET,
OR OTHER RIGHTS OF ANY THIRD PARTY; (IV) VIOLATE ANY FEDERAL, STATE OR LOCAL LAW IN THE LOCATION, OR (V)
CONDUCT ACTIVITIES RELATED TO GAMBLING, SWEEPSTAKES, RAFFLES, LOTTERIES, CONTESTS, PONZI SCHEMES OR THE
LIKE.

PLEASE NOTE THAT OFFICE DEPOT DOES NOT REVIEW THE CONTENTS OF ANY FAX SENT USING ITS SERVICES. FURTHER,
BY SIGNING BELOW THE SENDER OF THIS FAX HEREBY AGREES TO INDEMNIFY OFFICE DEPOT TO THE FULLEST EXTENT
OF THE LAW AND FOR ANY AND ALL CLAIMS, SUITS, OR DAMAGES ARISING OUT OR IN CONNECTION WITH THE REQUEST
TO SEND, OR SENDING THIS FAX.

x _Stephanie G. Pujol_
(CUSTOMER'S SIGNATURE)

## VISIT OFFICE DEPOT FOR YOUR:                    **Store Information**

- **Color Copies- Black & White Copies**       OFFICE DEPOT #124
- **Digital and High Volume Copies**            755 Veterans Blvd.
- **Business Cards, Letterhead and Envelopes**       Metairie, La
- **Custom Pre-Inked Stamps**                  Phone: 504-833-5545
- **Customs Signs and Banners**                Fax:    504-833-7244
- **UPS Shipping Service**                       e-mail:
- **Passport Photos**                     ods00124cpc@officedepot.com
- **Ad Specialties**

### Thank you for using Office Depot's Customer FAX Service

FEMA86-000170

05/25/2007  08:20   5048337244

OFFICE DEPOT                           PAGE  03/04

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Friday May 25, 2007

Joseph M. Pujol
or
Stephanie G. Pujol
██████████████
Metairie LA. 70003
██████████████
FEMA # 93-94/76822

Federal Emergency Management Association:
Fax : 800 - 827 - 8912

To Whom It May Concern:

I requested rental reimbursement
and provided receipts for December 2006,
January 2007, February 2007, March 2007,
April 2007, May 2007. On May 15, 2007
I received a payment of $868.00. When I
called FEMA several people informed me
that it was one month's reimbursement
and my file is still in review. Actually
it is unclear to FEMA workers and
myself as to what is going on with
my rental reimbursement. My landlord
is unable to register me with the CBC
because I am not registered in the
system. That does not cover one
months rental much less more.
                    (see page 2)

FEMA86-000171

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

05/25/2007   08:20   5048337244          OFFICE DEPOT                    PAGE  04/04

FEMA # 93-94/76822                                              pg 2

There is a strong possibility my family
is having illnesses as a result of
formaldahyde inhalation toxicity from
the Trailer. We were very sick and
still are. Our medical bills are huge.
Please respond. We have had
conflicting letters and information
verbally in regards to all FEMA help
including rental reimbursement.

Thank you
Sincerely
Stephanie G. Pujol

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL



# FEMA

**Federal Emergency Management**
**Contact Report**

fficial Use Only"
st refresh: 8/26/2008 05:51:57 PM

### 1603
### 939476822
### PUJOL, JOSEPH

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/08/05 | JOHN GOLDMANN | 91 ADDITIONAL HH ADDED | APP CALLED AND REGISTERED HER FATHER AND AUNT. THIS APP WAS MADE ON THE NET. APP CALLED TO SUPPLY INFO ABOUT HH COMP. ADDED FATHER AND MOTHER TO APP ALL LIVE UNDER 1 ROOF FATHER IS H/H. EXPLAINED HA AND ONA TO APP SHE APPLIED FOR PP ONLY. |
| 09/14/05 | Geneta Carter | 93 CONTACT - STATUS OF EA | APP CHECKING TO SEE WHY THEY HAD NOT RECEIVED THE EMERGENCY ASST. EXPLAINED THAT THEY HAD BEEN TIED UP WITH THEIR PARENTS IN DUP INVEST. APP & FAMILY LIVE WITH HER PARENTS AND PAY THEM RENT. HOUSEHOLDS ARE TOTALLY SEPARATE. PP DAMAGE UNKNOWN AT THIS TIME. NEEDS EA TO GET KIDS IN SCHOOL AND SPECIAL NEEDS. |
| 09/15/05 | Ruby Mcdowell | 91 NEED EA NOW | APP NEEDS EA HELP NOW. tHE DUP HAS BEEN RESOVLED. SHE SAID ARC HASN'T HELPED THEM. |
| 09/15/05 | Sabrena Mcrae | 92 STATUS CHECK | APP CALLED UPSET AND MADE RACIAL STATEMENTS. APP WAS TOLD THE CALL |

| | | | WILL BE DISCONNECT. |
|---|---|---|---|
| 10/08/05 | Jose Vazquez | 94 STATUS CHECK | |
| 10/08/05 | Jose Vazquez | 94 STATUS CHECK | APP CALLED TO CHECK THE STATUS ON HER ASSISTANCE  SHE WAS INFORMED THAT HER HOUSING ASSISTANCE IS BEING WORKED ON AND HER RENTAL ASSISTACE HAD BEEN APPROVED |
| 10/18/05 | Jessica Rodriguez | 94 QUESTIONS ABOUT 90-69 DOCS | QUESTIONS ABOUT 90-69 DOCS APP INFO VERIFIED ADVISED APP TO MAIL IN 90-69 FORM SIGNED AND GAVE APP CORRECT REG ID |
| 10/25/05 | Theresa j Hayes | 92 status update | app called to see if fax was received to changed pp no to yes and inquire about transportation told app that there is no transportation category for her because during she put unknown updated app pp status and informed app to give it time for document she sent to entered into the file |
| 10/27/05 | Hattie Robinson | 93-status | APP CLD FOR STATUS SAYS SHE FAXED SOME INS INFO HER CHEVY WAS TOTALED AND SHE DID HAVE PP DAMAGES |
| 10/28/05 | Juan Del moral | 95 request for trail trailer | co app called requesting a travel trailer, informed app that a request will be submited. |
| 11/05/05 | Leslie Smith | 95 STATUS UPDATE SBA /TT | |