| | | | |
|---|---|---|---|
| | | | TAKE TO RECEIVE TT. INFORMED THAT THEY WILL NOTIFY HER AND I WAS UNABLE TO GIVE HER A TIME FRAME. PROVIDED REFERAL INFO FOR TRAVEL CONCERNS. |
| 11/09/05 | Chandra Y Steverson | 92 CASE UPDATE | APP CALLED TO GET AN UPDATE. INFORMED THAT THE CASE IS PENDING AND IN PROCESS.  INFORMED THE APP THAT SHE WILL GET A CALL OR A LETTER.

73615 |
| 11/13/05 | Ccen_frank Ngezelonye | 91 STATUS CHK` | APP CALLED TO CHK STATUS VERIFIED APP INFO TOLD APP TO CALL SBA REGARDING CAR AND PP |
| 11/13/05 | Vivian Byrd | 92 status | app requested status. |
| 11/18/05 | Cden_lenora Fowler | 91 | app status check; inform app to submit 90-69 letter and dental information. inform app status is still pending. |
| 11/25/05 | Jeanette Banks | 92 status check | app call to check status, app is pending app ask about asst., for transportation app has comprehensive insurance and liability insurance, app states that the money awarded from her insurance co is not enough to cover her damages towards her vehicle. |
| 11/27/05 | Cden_nichole Pittman-dean | 91-CHECK STATUS | APP CALLED INTO CHK ON STATUS I LET HER KNOW THAT HER HA AND MEDICAL ASST IS STILL PENDING BUT I DID ADVISE HER OF NEEDING TO SEND IN MEDICAL STATEMENT AND DENTAL STATEMENT AND PROOF OF OCCUPANCY BUT |

| | | | WE CAN USE HER INSURANCE SETTLEMENT AS PROOF OF OCCUPANCY WHICH WE HV ALREADY AS WELL AS HER 90-69 FORM |
|---|---|---|---|
| 11/29/05 | Beverly m White | 92 STAT CHECK | APP WAS GIVEN THE APPEAL PROCEDURES FOR INSUFF DAM. |
| 11/30/05 | Brenda l Hughes | 92 status on inspection decision | app called in to get status check on inspection decision app was very upset about decision .. app states that she has three disable people in home and hung up.. |
| 11/30/05 | Rolanda Ellis | DRC 53 | APP VFD INFO/APPINQUIRING ABOUT MEDICAL ASSISTANCE FOR DISABLED CHILDREN(2) AND PERSONAL PROPERTY DAMAGE DECISION/APP REFERRED TO LEGAL ASSISTANCE.//RE |
| 12/02/05 | Rosa A Robinson | 92-TRAVEL TRAILER MAINT. | VERIFIED APPL INFO AND CMA APPL CALLED FOR MAINTENANCE NO |
| 12/22/05 | Lorna Trevor | 93 ap ck stats | ap ck stats on appeal ltr not in system yet. all info verified |
| 12/30/05 | Rosa Esquilin | 94 APP CALLED TO VERIFY INFO | APP CALLED TO CHECK STATUS ALL APP INFO WAS VEIFIED |
| 01/03/06 | Elizabeth Santaella | 94 CHECK STATUS OF THE APPEAL | APP CALLED TO VERIFY STATUS OF THE APPEAL EXPLAINED APP CASE IN APPEAL TAKE FROM 30- 90 DAYS TO MADE DECISION VERIFIED INFO |
| 01/21/06 | Joan Johnson | 95 STATUS CHECK - APPEAL | VERIFIED ALL INFO. APPEAL DECISION STANDS. APPLICANT MAY CONSIDER APPEALING THE DECISION |

| | | | |
|---|---|---|---|
| | | | AGAIN AND PROVIDING ADDITIONAL SUBSTANTIATING DOCUMENTATION |
| 07/06/06 | Mariaelana Dominguez | LA-RC8=RECERT #1VISIT | RECERT VISIT. APPLICANT'S WIFE AND ONE DAUGHER HAS HEPATITIS -C AND THE OTHER DUAGHTER HAS RESPIRATORY PROBLEMS. DUE TO THEIR MEDICAL CONDITION, IT IS UNSAFE FOR THEM TO RETURN TO THE HOME THEY SHARED WITH THE WIFE'S FAMILY UNTIL ALL REPAIRS ARE COMPLETED. THE HOME BELONGS TO JESSE GARNER ID #911973152. A DOCTORS STAEMENT WILL BE FAXED TO VERIFY THIS FACT. APPLICANT IS HAVING A DIFFICULT TIME FINDING A RELIABLE CONTRACTOR TO REPAIR THE AIR-CONDITION DUCTS IN THE HOME AND TO SCRAPE THE CEILINGS. |
| 08/24/06 | Mariaelana Dominguez | LA-RC8=RECERT DOCUMENT REQUESTED | APPLICANT FAXED LETTER FROM DOCTOR STATING ▓▓▓▓▓▓▓▓▓▓▓ SHOULD NOT BE EXPOSED TO ANY TYPES OF CHEMICALS AND DUST THAT ARE RELATED TO COMMON CONSTRUCTION. |
| 09/28/06 | Mariaelana Dominguez | LA-RC8-RECERT PHONE CALL | APPLICANT CALLED TO INFORM FEMA THAT ONE OF HER DAUGHTERS HAS STRESS INDUCED SIZURES DUE TO COMPLICATIONS IN DEALING WITH THE DISASTER. APPLICANT ALSO STATED THE REPAIRS TO DD ARE COMING ALONG SLOWLY. ALSO SPOKE WITH THE OWNER OF THE DD |

| | | | |
|---|---|---|---|
| | | | WHERE THE APPLICANT AND HER FAMILY LIVED AND SHE STATED IT MAY BE SIX MONTHS BEFORE REPAIRS ARE COMPLETED. |
| 09/29/06 | Luis Sierra | 94 MHTT ISSUES AND RECERT REQUEST | ADVSD APP TO CONTACT MHTT PROGRAM AND PROVIDED HL NUMBER///ADVSD APP TO SUBMIT REQUEST FOR RA///ALL APP INFO VER |
| 10/04/06 | Sandra Beckner | DRC # 53 TT PROBLEM | APP STATES WHERE HER TT IS PARKED, THE OWNER OF THE LAND WANTS HER TRAILER MOVED. SHE WAS ASKING ABOUT RENTAL ASSISTANCE, IF SHE WERE TO MOVE/LOOSE THE TRAILER. SHE WAS REFERED TO THE TT PHONE LINE. APP ALSO ASKED FOR HELP WITH HER DAUGHTER FOR SPECIAL TURTORING , SHE WAS DIRECTED TO CC FOR RESOURCES. |
| 10/04/06 | Linda Johnson | BR/TRO/ASCC TT SITE CHANGE | APP STATES THE LANDLORD WANT THE TT MOVED OFF THE ST ADDRESS BECAUSE THEY ARE REPAIRING THE DD;  APP IS REQUESTING A SITE CHANGE ROUTED THE SITE CHANGE IU TO DHOPS |
| 10/07/06 | Sandra Ramsey | DRC 53 APPEAL FOR RA AND TUTORING FOR CHILD | APP IS REQUESTING 3 THINGS;  RESOURCE FEE OF $950 FOR SPECIAL PROGRAM FOR DAUGHTER FOR MEDICAL REASONS  TUTORING FEE OF $119.50 PER WEEK  RENTAL ASSISTANCE SO THAT FAMILY CAN GET INTO |

| | | | |
|---|---|---|---|
| | | | APARTMENT |
| 10/07/06 | Sandra Ramsey | DRC 53 | APP WAS ALSO REFERRED TO CATHOLIC CHARITY/VOAD GROUPS. |
| 10/09/06 | HELEN CASHION | 91 MEDICAL CONCERN | THE CO-APP CALLED TO SEE IF WE HAD RECEIVED THE FAX THAT THE DRC SENT OVER RECENTLY WITH MEDICAL PAPERWORK FOR THE APP'S 10 YR OLD DAUGHTER.  SHE HAS DEVELOPED STRESS-RELATED SEIZURES SINCE THE DISASTER THAT HAVE AFFECTED HER ABILITY TO FUNCTION WELL IN SCHOOL.  SHE HAS GONE FROM AN A/B STUDENT TO FAILING DUE TO AN INABILITY TO FOCUS AND CONCENTRATE.  THE CO-APP SUBMITTED STATEMENTS FROM HER DAUGHTER'S DOCTOR.  SHE WANTS HELP WITH THE COSTS OF PUTTING HER DAUGHTER INTO THE SCHOOL'S RESOURCE PROGRAM, WHICH IS AT A COST OF $950, AND SHE NEEDS A TUTOR TO "GET UP TO SPEED" WITH SCHOOL WORK, WHICH COSTS $35/HR.  THE DAUGHTER NEEDS 1.5 HRS 3 TIMES A WEEK TO CATCH UP.  THE DAUGHTER GOES TO ST ANGELA MARISI SCHOOL.  THE CO-APP SAID HER DAUGHTER IS ON MEDICAID WHICH WILL PAY FOR THE DOCTOR AND MEDICINE BUT WILL NOT COVER THE COST OF THE RESOURCE PROGRAM OR THE TUTOR. |

| | | | |
|---|---|---|---|
| | | | THE CO-APP IS ALSO DISABLED AND IS IN NEED OF A SPECIAL TT. SHE SAID THAT THEY ARE IN A FEMA TT ON THEIR L/L'S LAND.  THE L/L NOW WANTS THEM TO MOVE W/IN THE NEXT 30 DAYS SO THAT THEY CAN HAVE THEIR HOME REPAIRED.  THE APP HAS NO PLACE TO MOVE THE FEMA TT AND DOES NOT WANT TO MOVE TO A TT PARK AS THERE IS NOT ONE IN HER AREA.  SHE SAID HER DAUGHTER CANNOT HANDLE RIGHT NOW ANY MAJOR CHANGES IN HER LIFE, AND A CHANGE OF SCHOOL, ETC., WOULD BE TOO MUCH FOR HER.  I ADVISED THE APP THAT IF SHE GIVES UP THE FEMA TT SHE MAY NOT BE ELIGIBLE FOR RENTAL ASST.  I GAVE HER THE NUMBER FOR THE TT PROGRAM FOR TRAILERS WITH PEOPLE W/DISABILITIES PER 10/08/06 PRESHIFT.<br><br>I ADVISED THE CO-APP THAT HER FAX HAD NOT YET BEEN SCANNED INTO HER FILE AND SUGGESTED SHE CALL BACK IN A FEW DAYS TO MAKE SURE IT WAS IN HER FILE. |
| 10/10/06 | Luis Vazquez | 94 CORRESPONDENCE INQUIRY | APP CALLED TO ASK IF DOC FAXED WAS RECEIVED.<br><br>ALL APP INFO VERIFIED.<br><br>INFORMED APP NO NEW DOC IN FILE. |

FEMA86-000205

| | | | |
|---|---|---|---|
| 10/11/06 | Alicia Woodard | 91 FAX INQUIRY | APPLICANT CALLED IN TO SEE IF HER FAX HAD BEEN RECEIVED. INFORMED APPLICANT THAT HER FAX HAS NOT BEEN SCANNED INTO SYSTEM YET.<br><br>APPLICANT'S INFO VERIFIED. |
| 10/11/06 | Loretta Holliday | DRC 53 MEDICAL | DRC 53 APP SUBMITTED LETTER AND STATEMENT FROM MD FOR MEDIICAL ISSUES WITH DAUGHTER. APP WILL RETURN WITH HER INSURANCE STATEMENT IA CALLED APP TO SUBMIT RECEIPTS FOR MEDICAL COST. |
| 10/12/06 | Arthur Cox | 91 FAX RECEIVED | VERIFIED INFO......<br><br>APP CALLED TO SEE IF FAX ON 10/07/06 HAD BEEN RECEIVED. TOLD APP NOT YET |
| 10/14/06 | Sandra Simmons | 91 INCOMING FAX | CO-REG/C... TO CK IF MED CLAIM DOCS RECVD... ADVD NOT AT THIS TIME... ADVD CO-REG TO ALLOW 7-10 DAYS FOR SCAN... VERIFIED CMA<br><br>CO-REG WANTED TO KNOW IF FEMA WOULD ASST W/DAUGHTER.. PER CO-REG DAUGHTER HAS DEVELOPED LEARNING DISABILITY & DEPRESSION SINCE DISASTER... APP RQST MED CLAIM FOR DAUGHTER...CO-REG ADVD DAUGHTER NEEDS PSYCHATRIC CARE THAT COST APPROX 6K... PER APP SHE SENT MED CLAIM |

| | | | |
|---|---|---|---|
| | | | W/DOCTOR'S STATEMENT... CO-REG WAS ADVD DOCS WILL BE REVIEWED ONCE RCVD... VERIFIED CMA |
| 10/18/06 | Marcy George | 91 STATUS OF CORRESPONDENCE | VERIFIED INFORMATION APP CHECKING THE STATUS OF DOCS FAXED. ADVISED APP NO NEW DOCS HAVE BEEN ADDED INTO FILE |
| 10/19/06 | Debbie Elam | 91-APP. CALLED ON A FAX THAT WAS SENT 10-19-06 | I LET APP. KNOW THAT WE DO NOT SHOW THAT IT HAS BEEN SCANNED IN AT THIS TIME. APP. WILL CALL BACK LATER NEXT WEEK. |
| 10/20/06 | Alicia Woodard | 91 FAX INQUIRY | APPLICANT CALLED IN TO CHECK STATUS OF FAX. INFORMED APPLICANT THAT HER DOCS HAS BEEN SCANNED INTO SYSTEM. ADVISED APPLICANT THAT HER FILE WILL BE REVIEWED.<br><br>APPLICANT'S INFO VERIFIED. |
| 10/21/06 | LOUISE FLOYD | 91 STATUS CHECK = WERE DOCS RECEIVED? | STATUS CHECK (VERIFIED PERSONAL DATA)..APP CALLED TO SEE IF FEMA HAD RECEIVED THE MEDICAL DOCS SHE SENT..PER FILE REVIEW THE DOCS ARE IN THE FILE BUT IMAGING IS N0T WORKING AT THIS TIME, AND THE DOCS COULD NOT BE REVIEWED. |
| 10/25/06 | Wendy Clampitt | 91 FAX INQUIRY | APPLICANT CALLED TO FIND OUT IF WE HAD RECEIVED THE FAXES REGARDING HER DAUGHTER ▮▮▮▮<br><br>INFORMED APPLICANT THE FAX IS IN THE FILE BUT HAS NOT BEEN PROCESSED |

| | | | VERIFIED BANNER INFORMATION |
|---|---|---|---|
| 10/27/06 | Isabel Cruz | 94 STATUS CHECK | APP CALLE TO VERIFY FAX SENT

INFO APP THAT CASE IS IN FM AND. TO DALL ANYTIME FOR FOLLOW UP

VERIFY INFO TAB |
| 10/30/06 | BOBBYE ROBISON | 91 status on special needs | I TOLD APPL THE SPECIAL NEEDS REQUEST FOR HER DAUGHTER IS IN THE QUEUE TO BE WORKED.TOLD HER IT WOULD BE WORKED ASAP ALL INFO WAS VERIFIED |
| 10/31/06 | Jennifer Powers | 91 STATUS CHECK | APP CALLED TO CHECK THE STATUS OF HER CLAIM. INFORMED APP THAT HER CASE IS IN LINE TO BE REVIEWED.

VERIFIED ALL INFO |
| 11/01/06 | Marita Hogan | 91-OTHER NEEDS STATUS | CO-REG CHECKING ON REQUEST FOR OTHER NEEDS.  FILE IS WAITING TO BE REVIEWED AND A DECISION MADE.

VERIFIED ALL INFO |
| 11/02/06 | Maia Shelton | 92 MEDICAL STATUS CHECK | ADVISED APP CASE IS IN QUE TO BE PROCESSED |
| 11/03/06 | Sheryl Rainey | 91 MEDICAL STATUS CHECK | APP WANTED TO KNOW THE STATUS OF MEDICAL ASSISTANCE.

APP WAS ADVISED THAT HER DOCS WERE RECEIVED AND HER CASE IS |

| | | | |
|---|---|---|---|
| | | | CURRENTLY PENDING REVIEW. |
| 11/04/06 | Yvonne Rivera | 94 MEDICAL STATUS | APP WANTED TO KNOW THE STATUS OF MEDICAL ASSISTANCE.<br><br>APP WAS ADVISED THAT HER DOCS WERE RECEIVED AND HER CASE IS CURRENTLY PENDING REVIEW.<br><br>NO DECISION MADE.<br><br>INF VERIFIED |
| 11/06/06 | DEBBIE HILL | 91 ONA MEDICAL STATUS | App called to check status of medical. Verified all info and informed app that file is pending decision. |
| 11/07/06 | Luisa Del Toro | 94 MEDICAL NEEDS APPEAL STATUS REQUEST | APP REQUESTS STATUS ON HER MEDICAL APPEAL<br><br>APP ADVISED IS PROCESSING/WP CREATED FOR APPEAL QUEUE<br><br>APP INFO VERIFIED |
| 11/09/06 | Gabriel Torres-gonzalez | 94 STATUS CHECK | APP CALLED TO CHECK STATUS ON CASE<br><br>APP WAS TOLD THAT THE CASE IS IN APPEALS<br><br>APP INFO WAS VERIFIED |
| 11/15/06 | Mariano Rodriguez | 94 STATUS CHECK (MEDICAL) | APPLICANT CALLED TO CHECK STATUS OF CASE (MEDICAL)<br>ADVISED APPLICANT CASE IS IN APPEAL AS OF 11/10/06 AND FMD AS OF 10/18/06<br><br>ALL INFO VERIFIED |
| 11/18/06 | Shaira Velez | 94 STATUS CHECK | APP WANTED TO KNOW STATUS FOR MEDICAL |

| | | | |
|---|---|---|---|
| | | | INFORMED APP THAT HER CASE IS CURRENTLY UNDER REVIEW FOR MEDICAL; NO DETERMINATIONS HAVE BEEN MADE AT THIS TIME. ADVISED APP TO CALL BACK IN 3 TO 4 DAYS TO CHECK ON STATUS<br><br>APP INFO VERIFIED |
| 11/20/06 | Marcus Bryant | 91 APPEAL INQUIRY | VER APP. APP INQUIRED ABOUT CURRENT STATUS OF APPEAL FOR DAUGHTER'S MEDICAL. INFORMED APP CASE IS STILL IN APPEAL QUEUE SINCE 11/07/06 AND MAY TAKE 2-3 WEEKS. |
| 11/24/06 | Julio Capestany | 94/MEDICAL APPEAL STATUS CHECK | CO-REG CALLED IN REGARDS TO MEDICAL APPEAL ON DAUGHTER'S MEDICAL CASE.<br><br>CO-REG WAS INFORMED HER CASE IS STILL PROCESSING, NO DECISION MADE YET.<br><br>CO-REG WAS ADVISED CASE WILL BE SENT FOR PS FOR REVIEW.<br><br>CO-REG'S INFO WAS VERIFIED. |
| 11/28/06 | Helen Gonzalez | 94 STATUS CHECK | APP CALLED TO VERIFY STATUS OF APPLICATION<br><br>IN APPEAL QUEUE<br><br>ALL APPS INFO VERIFIED |
| 11/29/06 | Shelia Anderson | BRJFO/AS/CC | APP CALL TO REQUEST TT PICK UP. APP STATE SHE HAVE FOUND PERMANENET HOUSING. ██████ KENNER, LA. 70065. ($900.00 A MONTH) APP WAS |

| | | | |
|---|---|---|---|
| | | | EXPLAINED TO CALL BACK CLOSER TO THE DATE FOR TT PICK UP. |
| 11/29/06 | Jamie Contee | 92 HA PROGRAM INFO | Co-App called to ask how to transition from TT to rental assistance...states it is a medical need and also prevention measure...also checking on status<br><br>Case pending...explained that app can submit medical docs and appeal but normally no transition from TT to rental assistance... |
| 11/29/06 | Nicole Pourciau | STATUS | DRC 53 CALLED HL AND REP ADVISED APP TO SUBMIT A STATEMENT EXPLAINING WHY SHE CAN NO LONGER BE IN TT AND ANY SUBSTANTIATING MEDICAL DOCUMENTATION.  APP STATES THAT SHE HAS CANCER AND IS ABOUT TO BEGIN TREATMENT.  SHE ALSO STATES THAT SHE HAS SEVERE ARTHRITIS AND HAS HAD KNEE SURGERIES AND IS NOT ABLE TO MANEUVER IN THE TT WITH A WALKER OR PORTABLE TOILET.  SHE NEEDS A CHAIR IN THE SHOWER TO BATHE.  APP IS REQUESTING ASSISTANCE SHE TRANSITIONS INTO PERMANENT HOUSING WITH HER FAMILY.  SHE STATES THAT HER DAUGHTER ALSO HAS HEPATITIS C AND WILL BEGIN HER TREATMENT AT OR ABOUT THE SAME TIME SHE BEGINS CHEMO.  APP ALSO STATES THAT THEY HAVE FOUND AN APARTMENT IN WHICH TO LIVE PERMANENTLY FOR $950 MONTH.  APP WILL |

| | | | |
|---|---|---|---|
| | | | RETURN WITH THE SUBSTANTIATING DOCUMENTS AND STATEMENT. NMP |
| 11/29/06 | Nicole Pourciau | MEDICAL DOCUMENTATION SUBMITTED | DRC 53 APP SUBMITTED MEDICAL DOCUMENTATION FOR HER APPEAL FOR TRANSITIONAL RENTAL ASSISTANCE. IN ADDITION TO THE APPLICANT AND HER DAUGHTERS BEING ILL, SHE HAS SUBMITTED MEDICAL DOCUMENTATION AND PROOF THAT HER HUSBAND HAS A CPAP MACHINE WHICH USES OXYGEN.  APP STATES THAT SHE DOES NOT COOK IN THE TT BECAUSE THEY HAVE PROPANE GAS.  NMP |
| 11/29/06 | Cheryl Daix | 1603 AFO BTR UFAS CALL CENTER | 11/29/06 CPD 12:57 APPLICANT HAD THE DRC 53 CALL AND TALK TO ME ABOUT HER CASE ,APP HAS A REG TT AND HUSBAND HAS A CPA MACHINE AND IS SCARED TO COOK BECAUSE OF PROPANE APP HAS FOUND A APT AND IT WON'T BE READY FOR 7-10 DAYS EVERY BODY IN APPS FAMILY IS SICK,DRC53 SAID THEY ARE GOING TO SET HER UP FOE RENTAL ASST NEED TO PROCESS APP FOR UFAS TT TRYING TO GET HOTEL STAY UNTIL APT IS READY OR TT IS DELIVERED APPS HUSBAND DR STATEMENTS NEED TO BE SCANNED IN FILES BEFORE ANYTHING CAN BE DONE AND ENTERED IN UFAS DATA BASE |
| 11/30/06 | Loretta | 92 HA PROGRAM | APP CALLED FOR STATUS. |

| | Mcmillan | INFO | ADVISED APP CASE IS PENDING REVIEW.<br><br>VERIFIED INFO. |
|---|---|---|---|
| 12/01/06 | Gwendolyn Minick | 92 - RA/MED STATUS CHECK | APP CALLED TO CHECK STATUS OF RENTAL ASSISTANCE.  APP STATED THAT SHE IS MOVING OUT OF TT IN A WEEK.  SHE WENT TO DRC AND THEY FAXED HER LEASE TO NEW APT THAT SHE HAS FOUND.  ADVISED APP THAT DOCUMENT HAS NOT BEEN SCANNED TO HER FILE.  APP ALSO HAS MEDICAL CLAIM.  HER DAUGHTER HAS MEDICAL INJURIES AS A RESULT OF THE DISASTER.  ADVISED HER THAT SOMEONE WILL REVIEW HER CASE. |
| 12/05/06 | Jane Adams | 91 CORRESPONDENCE CHECK | VERIFIED APP INFO.<br><br>APP FAXED DOCS FOR RECERT AND MEDICAL DOCS LAST WEEK OF NOVEMBER.  ADVISED NOT YET SCANNED. |
| 12/06/06 | Christina Hall | 91  HA STATUS | FILE IS PENDING CASEWORKER REVIEW |
| 12/07/06 | BETTY JAMESON | 91 RENTAL QUESTIONS | RENTAL QUESTYIONS<br><br>APP IN FEMA TRAILER SO INELIGIBLE FOR RENTAL<br><br>APP STATED SHE WENT TO A DFO AND THEY WERE TO SEND HER REQUEST FOR ALTERNATE LIVING AS THE FEMA TRAILER DOES NOT SUIT ALL THEIR NEEDS DUE TO DISABILITIES. |

| | | | |
|---|---|---|---|
| | | | ADVISED THE CALLER TO SEND THE REQUEST TO FEMA.......APP UNHAPPY WITH THIS INFO AND HUNG UP............VERIFIED APP INFO |
| 12/08/06 | Gloria Kerman | BR AFO PPI UPDATE | 12-08-06 APP HAS LOCATED A APARTMENT, HE HAS A FEMA TT , THEY'RE IN THE PROCESSOF MOVING OUT OF TT WILL CALL FEMA ONCE THEY CLEARED THE TT. P2 CODE GK 2:28PM |
| 02/13/07 | Beverly Paul | BR/AFOAS/CC | APP CALL NEED TO HAVE TT DEACTIVATION. APP NEED TO HAVE TT REMOVE BECAUSE APP HAVE MOVE INTO AN APARTMENT HAVE FOUND HOUSING. INFORMED APP THAT WILL FORWARD THE PAPER WORK. PAPER WORK FORWARD TO DHOP. |
| 03/02/07 | Ana Rosado | 94 APP INQUIRED ON RECERT | APP INQUIRED ON RECERT, PER REVIEW INO DECISION WAS MADE 12/14/06 SINCE APP HAS ERFD CODE, TT DEACTIVATION REQ ON 2/14/07 DEACTIVATION MADE 02/20/07, APP INFORMS HAS BEEN PAYING RENT SINCE DECEMBER, APP ADVISED OF IHP GUIDELINES, APP INFO VERIFIED. |
| 03/02/07 | Ana Rosado | 94 APP INQUIRED ON MEDICAL APPEAL | APP INQUIRED ON MEDICAL APPEAL, PER REVIEW APP HAS SUBMITTED DOCUMENTS FOR MEDICALL NEEDS DOR DAUGHTER (DOC ID#: 9003687282/DATE RECEIVED: 10/18/2006 HOWEVER NOT ADDRESSED, WP GENERATED FOR |

| | | | |
|---|---|---|---|
| | | | REVIEW, APP INFO VERIFIED. |
| 04/13/07 | Veronica Titus | 91 PROGRAM INFO | APP CI FOR THE FAX NUMBER --- VERIFIED INFO ON THE APP ---- GAVE APP THE NUMBER |
| 04/13/07 | Marita Hogan | 91-RENTAL STATUS | APP REQUESTING RENTAL ASSISTANCE, CO-REG WILL SEND IN REQUIRED DOCS FOR RECERTIFICATION. MEDICAL REQUEST WAS DENIED, SHE WILL APPEAL <br><br><br> VERIFIED ALL INFO |
| 04/23/07 | Ideliz Diaz | 94 MH/TT DEACT, CLC Extension | Ms Pujol CONTACTED FEMA REQUESTING REIMBURSMENT OF RENT  CO-REG STATES SHE WAS IN A FEMA TRAILER AND DUE TO HERS AND HER  FAMILIES MEDICAL CONTIDITON THEY NEEDED TO MOVE FROM THE TRAILER  THIS WAS NOVEMBER 2006 <br><br> CO-REG RECEIVED THE EXTENTION MH/TT LETTER AND IS REQUESTING TRANSFER FROM MH/TT  TO  CLC  RENTAL ASSISTANCE CO-REG SUBMITTED MAIL DOC 9003695466, REQUEST FOR TRANSFER FROM TRAILER TO APT, LEASE AGREEMENT , MEDICAL DOCU MENTS   CO-REG LL *PH NUMBER IS ON LEASE* PER CONVERSATION WITH CO-REG  THE AREA CODE IS  504 per app's comment the area code is 504) <br><br> mail doc 9004051108  rent |

| | | | |
|---|---|---|---|
| | | | receipts, nov 2006, december 2006, jan 07.<br>money orders and check payments, valerie ruppert is ll's name 504-468-<br>or 504-914-4989<br><br>EMAIL TO POC TO FOWARD TO NCT AND CLC PH NUMBER PROVIDED TO THE APP<br>ALL APP INFO AND CO-REG INFO VRY AND SPELLED WITH CO-REG |
| 04/28/07 | CATHERINE CALDWELL | 91 STATUS CHECK | WANTED TO KNOW ABOUT HER RECERT AND IT APPEARS THAT IT IS IN REVIEW<br><br>VERIFIED ALL INFO |
| 05/03/07 | JEANNETTE JOHNSON | 91 POST LL INFORMATION | 91 POST LL INFORMATION<br><br>POST DR LL IS VALERIE RUPPERT - CONTANT NUMBERS: 504-468-2912/HM, CELL/504-914-4989<br>LEASE IS IN DOC# 9003827898 DATED 11/27/06 APP IS RENTING A QUADPLEX FROM VALERIE RUPPERT. PRE DR LL WAS PATRICIA GARNER - CONTACT NUMBERS:███████/HM RENT WAS @ $425/MO.<br><br>APP CALLED ABOUT HER REQUEST FOR RENTAL ASSISTANCE. INFORMED APP THAT A NEW HOUSING PLAN, PRE AND POST DISASTER INCOME AND MARCH RENT RECEIPT FOR RENTAL ASSISTANCE.<br>DOC# 9004051108<br>RENT RECEIPTS @ $950/MO |

| | | | |
|---|---|---|---|
| | | | FOR DEC/06, JAN, FEB 2007. DOC# 9003827898 LEASE DATED 11/27/06 @ $950/MO.<br><br>GAVE APP THE FAX NUMBER. JZJ 7042 |
| 05/03/07 | Franchesca Valentine Perez | 94- CLC PROG STATUS CHK | APP INFO VERIFIED<br><br>APP CALLED TO CHK ON STATUS FOR CLC REFERRAL AFTER MH/TT DEACTIVATION<br><br>APP WASA DVISED THAT HER INFO WAS FORWARDED ON 4/24/07 AND IS PND FOR REFERRAL REVIEW BUT TO ADVISE LL TO CALL CLC PROG. GAVE PHONE NUMBER<br><br>APP UNDERSTOOD |
| 05/03/07 | Nilda Lopez | 92 COURTESY CALL TO APP | INFORMED WHAT SHE NEEDS TO PROVIDE FOR RENTAL ASSISTANCE HOUSING PLAN, STATEMENT OF WHY SHE NEEDS RENTAL ASSISTANCE<br><br>APP STATES THAT HER CMA IS ████████████ SHE USED THE DD ADDRESS FOR CMA SHE WAS STAYING IN A FEMA MH/TT UNTIL JAN OR BEGINNING OF FEB 20007 APP ALSO KEEP A LEASE WITH ████████ LANDLORD VALERIE RUPPERT PAYING $950 APP IS A CANCER PATIENT TRY TO EXPLAINED THE PROGRAM BUT APP HANG UP |
| 05/08/07 | Hermetta | 92 HA STATUS | VERIFIED APP INFO |

| | Wright | CHECK | ADVISED APP OF PRE- SHIFT GUIDANCE DATED 6/19/06 REGARDING REFUSAL OR FORFEITURE OF TT.<br><br>PER INTERVIEW COMPLETED BY MH/TT GROUP ON 2/14/07 - TT GROUP STATED APP RELOCATED FROM TT TO RENTAL UNIT.<br><br>APP STATED SHE RELOCATED TO RENTAL UNTI TO ACCOMODATE HER FAMILIES MEDICAL NEEDS, APP STATES FEMA TT WAS NOT LARGE ENOUGH TO HOLD ALL THE MEDICAL MACHINES, NOR WAS IT AN "ACCESSIBLE" TRAILER TO ACCOMODATE BOTH HER AND DAUGHTERS DISABILITY.<br><br>CREATING WP IN MH/TT SUBQUEUE TO REVIEW TO DETERMINE IF APP CAN QUALIFY FOR RENTAL ASST, AND OR LARGER TRAVEL TRAILER TO ACCOMODATE SPECIAL NEEDS.<br><br>APP STATES SHE WOULD RATHER RECEIVE RENTAL ASST FOR THE APT SHE IS CURRENTLY RESIDING IN DUE TO HER FAMILIES HEALTH AND MEDICAL CONDITIONS |
| 05/08/07 | Hermetta Wright | 92 HA STATUS CHECK | VERIFIED APP INFO<br><br>ADVISED APP OF PRE- SHIFT GUIDANCE DATED 6/19/06 REGARDING REFUSAL OR |

| | | | |
|---|---|---|---|
| | | | FORFEITURE OF TT.<br><br>PER INTERVIEW COMPLETED BY MH/TT GROUP ON 2/14/07 - TT GROUP STATED APP RELOCATED FROM TT TO RENTAL UNIT.<br><br>APP STATED SHE RELOCATED TO RENTAL UNTI TO ACCOMODATE HER FAMILIES MEDICAL NEEDS, APP STATES FEMA TT WAS NOT LARGE ENOUGH TO HOLD ALL THE MEDICAL MACHINES, NOR WAS IT AN "ACCESSIBLE" TRAILER TO ACCOMODATE BOTH HER AND DAUGHTERS DISABILITY.<br><br>CREATING WP IN MH/TT SUBQUEUE TO REVIEW TO DETERMINE IF APP CAN QUALIFY FOR RENTAL ASST, AND OR LARGER TRAVEL TRAILER TO ACCOMODATE SPECIAL NEEDS.<br><br>APP STATES SHE WOULD RATHER RECEIVE RENTAL ASST FOR THE APT SHE IS CURRENTLY RESIDING IN DUE TO HER FAMILIES HEALTH AND MEDICAL CONDITIONS<br>APP HAS SUBMITTED IN MEDICAL DOCS ID# 9003687282, 9003827891 |
| 05/08/07 | Hermetta Wright | 92 HA STATUS CHECK | VERIFIED APP INFO<br><br>ADVISED APP OF PRE- SHIFT GUIDANCE DATED 6/19/06 REGARDING REFUSAL OR FORFEITURE OF TT. |

| | | | PER INTERVIEW COMPLETED BY MH/TT GROUP ON 2/14/07 - TT GROUP STATED APP RELOCATED FROM TT TO RENTAL UNIT. |
| | | | |
| | | | APP STATED SHE RELOCATED TO RENTAL UNTI TO ACCOMODATE HER FAMILIES MEDICAL NEEDS, APP STATES FEMA TT WAS NOT LARGE ENOUGH TO HOLD ALL THE MEDICAL MACHINES, NOR WAS IT AN "ACCESSIBLE" TRAILER TO ACCOMODATE BOTH HER AND  DAUGHTERS DISABILITY. |
| | | | |
| | | | CREATING WP IN MH/TT SUBQUEUE TO REVIEW TO DETERMINE IF APP CAN QUALIFY FOR RENTAL ASST, AND OR LARGER TRAVEL TRAILER TO ACCOMODATE SPECIAL NEEDS. |
| | | | |
| | | | APP STATED THERE WAS SEWAGE BACKUP IN THE TT AND LEAKAGE FROM THE PLUMBING, APP STATED DUE TO EXPOSURE OF THE SEWAGE BACKUP WHILE LIVING IN THE TT, THE FAMILY CONTRACTED HEPATITIS C |
| | | | |
| | | | APP STATES SHE WOULD RATHER RECEIVE RENTAL ASST FOR THE APT SHE IS CURRENTLY RESIDING IN DUE TO HER FAMILIES HEALTH  AND MEDICAL CONDITIONS APP HAS SUBMITTED IN  MEDICAL DOCS ID# |

| | | | 9003687282, 9003827891 , FORWARDED TO POC TO REVIEW. |
|---|---|---|---|
| 05/09/07 | Teresa Landry | 91 RA STATUS INFORMATION | App called for clarification of what is needed for RA because she received 2 RDOC's recently. Reviewed doc's told app to send in an updated housing plan, housing search, current pay stubs and predisaster rent. Reviewed app's file at length. Found lease agreement, so told app no need to send that, but the other things are needed.<br><br>App stated she moved out of the TT in December, but it was not deactivated until February to allow app and family to move out of the TT to a new place due to health issues. App would like RA reimbursement, then made eligible for CLC because her current LL is already in the CLC program but unable to register the app.<br><br>App info verified |
| 05/11/07 | Dana Lidster | 91 STATUS OF DOCS FAXED | VERIFIED ALL INFO AS CORRECT<br><br>APP SENT DOCS VIA FAX ON 05/07/07 AND WAS CHECKING TO SEE IF DECISION HAD BEEN MADE<br><br>ADVISED APP DOCS NOT SCANNED YET, NO DECISIONS HAD BEEN MADE YET |
| 05/12/07 | Lashan Daniels | 92 RECERTIFICATON STATUS CHECK | APPLICANT CALLED IN REGARDS TO RECERTIFICATION. INFORMED APPLICANT TO CALL WITHIN 2-3 TO CHECK |

| | | | STATUS. |
|---|---|---|---|
| 05/14/07 | Violet Chumbley stanton | 91 RENTAL ASSITANCE STATUS | 91 RENTAL ASSITANCE STATUS<br><br>ADVISED FILE IS WAITING FOR REVIEW FROM FINANCE<br><br>ADVISE APP TO CHECK STATUS APPROX WED<br><br>VERIFIED APP INFO |
| 05/15/07 | Claudette Kelly | 91 REIMBURSEMENT OF RENTAL ASSISTANCE | VERIFIED APP INFO<br><br>APP IN QUEUE TO BE REVIEWED |
| 05/16/07 | Lashan Daniels | 92 RECERTIFICATION STATUS CHECK | APPLICANT CALLED IN REFERENCE TO RECERTIFICATION. INFORMED APPLICANT OF HER DECISION. |
| 05/17/07 | Evelyn Tirado | 94 APPLICATION STATUS | APP CALLED FOR APPLICATION STATUS<br><br>ADV APP CASE WAS SENT FOR REVIEW<br><br>APP INFO VERIF |
| 05/18/07 | Phaedra Charriez | 94 HA STATUS CHECK | APP CALLED TO ASK THE REASON FOR ONLY ONE MONTH WAS REIMBURSED<br><br>ADVISED APP PRIOR HSS SENT REG FOR REVIEW, NO ANSWER YET<br><br>APP INFO VERIFIED |
| 05/19/07 | Michelle Mccoy | 91 REIMBURSEMENT STATUS | APP CALLED AND WANTED TO KNOW ABOUT RA REIMBURSEMENT<br><br>INFORMED APP NOTHING HAD BEEN ISSUED SINCE 05/12/07 |
| 05/20/07 | Gary Ferguson | 91 STATUS CHECK | APP CHECKING ON RA |

| | | | |
|---|---|---|---|
| | | | BEEN SENT |
| 05/22/07 | Nydia Davis | 92 CHECK ON THE REST OF THE ER | APP STATED, SHE RECEIVED 1 MO RENT, BUT THEY TOLD HER THEY NEEDS TO REVIEW THE REST.. <br><br> EXPLAIN TO THE APP, NO DECISINO YET STILL PND. |
| 05/23/07 | EDUARDO ROSARIO | 94 - HA / PROGRAM INFORMATION | APP CALLED REQUESTING INFO ON RA BACK PAY . <br><br> ADVISED APP ON LAST ELEGIBLE DECISION . <br><br> ALSO EXPLAINED TO APP CASE WAS SEND TO MRA FOR PROCESSING . <br><br> VERIFIED ALL INFO . |
| 05/24/07 | VERNON BANISTER | 91 RA INQUIRY | verified current app info <br><br> last ER 05/12/2007 $868 noted in Detail tab for Mar 2007, Apr 2007, May 2007 and app submitted for reimbursement of her her receipts sent in for the months through May 2007 show actual rent paid $950 monthly along with copy of lease <br><br> CLC LL is currently unble to register app because app not listed as approved for extension |
| 05/25/07 | Erika Mims | 91 RA INQUIRY | VERIFIED APP INFO <br><br> APP WANTED TO KNOW WHY SHE RECEIVED ONE MONTH OF RA <br><br> WHEN TRIED TO EXPLAIN TO THE APP SHE BECAME IRATE AND |

| | | | |
|---|---|---|---|
| | | | THE CALL WAS DISCONNECTED |
| 05/26/07 | Clara Rodriguez | 94 RENT REIMBURSEMENT | APP CALLED TO REIMBURSEMENT FOR ONE MONTH ONLY<br><br>ALL INFO VERIFIED<br><br>ADVISED WILL FOWARD CASE TO POC TO BE SENT TO NCT FOR REVIEW ON REIMBURSEMENT |
| 05/30/07 | Viki Watson | 91 REIMBURSEMENT STATUS | TOLD APP REIMBURSEMENT REQUEST REC'D 5/25 IS PENDING, BEGAN PROCESSING 5/28,  PLEASE CHECK BACK IN A FEW MORE DAYS FOR FURTHER STATUS.<br><br>VERIFIED SPELLING OF NAME, SSN, DD, CMA, PHONE, ALT PHONE |
| 05/30/07 | Harry Martinez | 94 STATUS CHECK | APP CALLED TO VERIFY STATUS<br><br>PER REVIEW CASE IS UNDER RECERT QUEUE<br><br>EXPLAINED APP CASE IS UNDER REVIEW AND TO CALL BACK WITHIN 5 TO 7 DAYS FOR FOLLOW UP<br><br>VERIFIED APP INFO |
| 06/01/07 | Yvonne Perkins | 91 RENTAL RE-IMBURSEMENT INQUIRY | APP CALLING TO INQUIRE ABOUT RENTAL RE-IMBURSEMNET. INFORMED APP THAT CASE IS BEING REVIEWED. |

| | | | |
|---|---|---|---|
| | | | ALL INFO VERIFIED. |
| 06/05/07 | Andrea Ortiz | 94 RA STATUS CHECK | APP CALLED TO CHECK ON RA STATUS<br><br>INFORMED APP THAT CASE IN PND FOR REVIEW<br><br>APP INFO VERIFIED |
| 06/06/07 | Robin Spence | 92 STATUS CHECK ON RENTAL ASSISTANCE | APP CALLED FOR STATUS CHECK ON RENTAL ASSISTANCE<br>ADVISED APP CASE IS UNDER REVIEW<br>VERIFY APP INFO |
| 06/08/07 | Michelle Wiggins | 91 RENTAL ASSISTANCE REINBURSEMENT | VERIFIED APPS INFO<br><br>APP WANTED TO KNOW IF WE MADE A DECISION ON HER RA REINBURSEMENT I STATED THAT ON 06/07/07 AN EMAI LWE SENT TO THE PS TO SEND TO NCT AND TO CALL BACK IN A WEEK. |
| 06/09/07 | Amanda Almanza | 91 reimbursment status | app called to check status of case for reimbursment. app was upset that she only got paid for one month , when other hss have told her that she was eligible for three months.<br><br>she is demanding that fema pay her for the months of april and may<br><br>app case had already been forwarded to nct |
| 06/09/07 | Marlene Shalomith | 91 REVIEW INQUIRY | Verified all data.<br><br>App states has paid all rent and would like to know if qualify. App would like where in the review line her file is. Advised that file can only provide that it is pending review. |

| | | | |
|---|---|---|---|
| | | | ms |
| 06/15/07 | Francis Limme | 91 AUG EXT CALL OUT SUCCESSFUL | AUG EXT CALL OUT SUCCESSFUL<br>4 OCCUPANTS<br>JEFFERSON PARISH.<br>APP'S PHYSICAL ADDRESS IS SAME: ███████<br>D KENNER, LA. 70065<br>APP STILL NEEDS RENTAL ASSISTANCE<br><br>Updated data base<br><br>App states they have had alot of medical issues since the disaster. |
| 06/18/07 | Franchesca Valentine Perez | 94- LETTER INFO REQUEST | APP INFO VERIFIED<br><br>APP CALLED TO REQUEST INFO ABOUT LETTER RCVD<br><br>CALL TRANSFERED TO TXNPSC |
| 06/18/07 | HOWARD KASNER | 91 QUESTION RE AUG EXT LETTER | VERIFY APP INFO<br><br>APP WILL SEND AUG EXT FORM TO FEMA |
| 06/22/07 | Susan Williams | 91 AUG EXT STATUS CHECK= CORRESPONDENCE NOT IN FIL | Verified applicant's information per current ROI guidelines = Correct<br>NO updates Needed<br><br>Co-App calling regarding status of Aug_Ext and correspondence sent. Not in File. Co-App stated that Inspector had submitted form on Monday, 18 June 2007. |
| 06/25/07 | Margie Hughes | 91 FAX#` | CO-REG CALLED TO BE PROVIDED WITH THE FAX NUMBERS TO FAX DOCUMENTATION. |

| | | | INFO VERIFIED |
|---|---|---|---|
| | | | PROVIDED THE FAX NUMBER FOR THE AUG EXT AND THE REGULAR FAX# FOR FEMA. |
| 06/26/07 | Karen Brady | 91 APPLICANT INQUIRY-CLC QUESTIONS | APP CALLED TO SEE IF ELIGIBLE FOR CLC PROGRAM. APP WAS INFORMED THAT THE FILE IS AWAITING CASEWORKER REVIEW. |
| 06/27/07 | Mary May | 91 IN REVIEW | IDV PASSED VERIFIED ALL DATA |
| 06/28/07 | Barbara Lundquist | 91 RA | VERIFIED ALL INFO. INFORMED APP CASE IS IN RECERT QUEUE NO DECISION YET. |
| 06/29/07 | Eva Page | 91 TRANSFER TO AUG EXT | VERIFIED INFO |
| 06/29/07 | Joyce Fuller | 93 RA STATUS | Previous HL Rep verified data. RA Pnding #55549 |
| 07/02/07 | Christina Hall | 91 TRANSFER TO AUG EXT | TRANSFER TO AUG EXT, VERIFIED INFO. |
| 07/02/07 | LINDA BURSEY | 93 Recert inquiry | INFORMED APP SHE HAS BEEN EXTENDED THRU AUG 31, 07. |
| 07/12/07 | Martha Wahlert | 91 rent questions | rent already paid 2007 until aug |
| 07/17/07 | Latecia Rashad | 91 INQUIRY REGARDING RENTAL ASSISTANCE | ADVISED APP ON 06/13/07 SHE WAS APPROVED FOR 5 MONTHS OF RA @ 950.00 PER MONTH, WHICH TOTALED= 4750.00 LESS PREVIOUS PAYMENT OF 868.00 APPROVED ON 5/12/07. ALSO, ADVISED APP THERE IS NO REASON TO SUBMIT VERIFIABLE RECEIPTS DUE TO SHE WAS PAID UP TO |

| | | | |
|---|---|---|---|
| | | | 08/31/07.<br><br>ALSO, EMAIL WILL BE SENT REGARDING APPLICANTS ELIGIBILITY LETTER REQUESTING DOCS THAT IS NOT REQUIRED UNDER DISASTER SPECIFIC GUIDELINES FOR <1603>. |
| 07/17/07 | Latecia Rashad | 91 INQUIRY REGARDING RENTAL ASSISTANCE | ADVISED APP ON 06/13/07 SHE WAS APPROVED FOR 5 MONTHS OF RA @ 950.00 PER MONTH, WHICH TOTALED= 4750.00 LESS PREVIOUS PAYMENT OF 868.00 APPROVED ON 5/12/07.  ALSO, ADVISED APP THERE IS NO REASON TO SUBMIT VERIFIABLE RECEIPTS DUE TO HER BEING PAID UP TO 08/31/07.<br><br>ALSO, EMAIL WILL BE SENT REGARDING APPLICANTS ELIGIBILITY LETTER REQUESTING DOCS THAT ARE NOT REQUIRED UNDER DISASTER SPECIFIC GUIDELINES FOR <1603>. LETTER  DATE 07/12/07. |
| 07/20/07 | Violet Chumbley stanton | 91 CONCERNS FORMALDEHYDE ISSUE | 91 CONCERNS FORMALDEHYDE ISSUE<br><br>APP HAS CALLED TODAY WITH CONCERNS FOR HER FAMILY ESPECIALLY DAUGHTER WITH MEDICAL ISSUE WHO NEEDS TRANSPORTATION TO MEDICAL FAC IN HOUSTON TX<br><br>READ STATEMENT TO APP |

| | | | |
|---|---|---|---|
| 07/22/07 | Kim Gage | BRAFO/ASCC | APP HAS BEEN-OUT THE (TT) SINCE DECEMBER 2006.  APP IS LIVING IN APT .  APP STATED AS A RESULT OF HAVING BEEM, EXPOSED TP FORMALDEHYDE SHE IS EXPERIENCING DIZZINESS,FATIGUE AND RESPIRATORY PROBLEMS.  SHE BELIVES THE FORMALDEHYDE HAS AFFECTED HER DAUGHTERS LIVER.  TRANSFERRED THE CALL TO (CDC) |
| 07/23/07 | Marilyn Friebel | 91-EXPOSURE TO | APP STATES SHE WANTS HER DAUGHTER TO TRANSFERRED BACK TO TEXAS CHILDREN'S HOSPITAL IN HOUSTON, TX TO SEE HER DOCTOR WHO TREATED HER FOR FORMALDEHYDE ISSUE. |
| 07/24/07 | Margaret Leblanc | BRJFO/ASCC | APP CALLED REQUESTED INFO ON RENTAL ASSISTANCE PAYMENT. REFERRED APP TO HELP LINE #. APP STATED HAVING HEALTH PROBLEMS FROM BEING IN TT. APP BEEN OUT OF TT SINCE FEBRUARY, 2007. TRANFERRED APP TO CDC DEPARTMENT |
| 07/31/07 | Debye Perkins | 91-RENTAL | APP CHECKING ON STATUS OF RENTAL AFTER AUG, ADVISED APP TO SUBMIT RENTAL RECEIPTS. |
| 08/01/07 | PHYLLIS GOULD ROLLINS | 92  CALL TO APP UNSUCCESSFUL | CALL TO APP - UNSUCCESSFUL CALLED APP @ THE CURRENT PHN # ██████ VOICEMAIL |