FEMA86-000229

| | | | |
|---|---|---|---|
| | | | CALLED APP @ THE ALTERNATE PHN # ▮▮▮▮▮ ▮▮▮▮VOICEMAIL<br><br>PGR |
| 08/04/07 | Edward Baker | 93 APP INQUIRY REGARDING RA | APP INQUIRING ABOUT WHETHER CASE HAS BEEN REVIEWED FOR RA<br><br>THE APP WILL BE SENDING A RECEIPT FOR AUGUST<br><br>ADVISED THE APP THAT ONCE THE RECEIPT IS RECEIVED BY FEMA, THE CASE WILL BE REVIEWED, A DECISION WILL BE MADE, AND THE APP WILL BE NOTIFIED OF THE OUTCOME |
| 08/06/07 | Gloria Heater | 91 CONTINUED PAYMENT FOR RA | APPLICANT CONCERNED ABOUT NOT BEING PAID FOR RENTAL AFTER AUG DID SUGGEST TO CONTINUE SENDING IN RECEIPTS FOR RENT AND WILL POSSIBLE BE CONTINUED FOR RA ALSO CONCERNED ABOUT FORMALDEHYDE ISSUES AS SHE DID LIVE IN TT UNTIL FEB 2007 WILL TRANSFER CALL |
| 08/07/07 | Robert Ellis | 91 recert clc will pay sept. & oct 07 rent | checked app info<br><br>told app hud transition will be delayed |
| 08/11/07 | Patricia Presnall | 91-RA REIMBURSEMENT | ADVISED APP THAT SHE NEEDS TO SUBMIT PAID RENT RECEIPTS FOR REIMBURSEMENT FOR SEPT<br><br>APP HAS ALREADY BEEN PAID FOR AUG<br><br>INFO VER |

FEMA86-000230

| | | | |
|---|---|---|---|
| 09/10/07 | Heather Leach | 91 HUD INQUIRY | APP ASKED ABOUT RENTAL ASST AFTER OCT. INFORMED APP SHE WILL BE CONTACTED BY HUD BY 10/15/07. PROVIDED HUD PHONE #. |
| 09/15/07 | Susan Morrison | 93 HL CALL | CO-REG CALLED NEEDED REGISTRATION NUMBER. GAVE IT TO HER AFTER SHE VERIFIED ALL INFO. |
| 10/09/07 | Sara Davis | 93 HUd phone # request | Gve HUD 800 # to app per her request. 55571 |
| 10/18/07 | Brenda Sweeney | 91- NOV RENT | OPENED FILE WITH SS NUMBER VERIFIED NAME SS DD CMA CPN= TOLD APP NOV RENT WILL GO OUT END OF OCT<br><br>CO APP ASKED FOR REG NUMBER |
| 10/20/07 | Rena Crocker | 91 NOV RENT NOT PROCESSED AT THIS TIME | INFO VER AND NAME SPELLED<br><br>APP LOOKING FOR NOV RENT INFORMED APP RENT WILL BE PAID CALL BACK NEXT WEEK |
| 10/24/07 | Betty Martin | 91 WHEN WILL NOVEMBER RENT BE PAID | ADVISED THE RENTS FOR NOVEMBER WILL BE GENERATED AROUND THE 25TH - 27TH OF THE MONTH, PER PGM SPECIALIST.<br><br>VERIFIED ALL CONTACT INFO |
| 10/25/07 | Laura Moore | 91-Inquiry | App called about Nov rent. Advised app I would transfer the call to the ext group. All information was verified. |
| 10/25/07 | Donita Haun | WHO IS PAYING NOV. RENT 93 | APP CALLED AND ASK WHO IS PAYING THE NOV. RENT. |

| | | | TOLD APP FEMA WOULD ADDRESS THE RENT FOR NOV. HUD WILL TAKE IT OVER DEC. 1ST |
|---|---|---|---|
| 10/27/07 | CINDY MONK | 91 STATUS OF RENTAL ASSISTANCE | Advised app that Nov rental has not been processed yet.

App info verified. |
| 10/29/07 | BETTY JAMESON | 91 STATUS REQUEST | STATUS REQUEST

10/31 PAID RENT THRU THIS DATE

VERIFIED APP INFO |
| 10/29/07 | Gary Ferguson | 91 HA STATUS | APP CALLING ABOUT NOV PMT

CALLED IHP  WB#55507 --- REP SAID THAT PMT CAN GO OUT LATE BUT THAT APP WAS COVERED |
| 10/30/07 | Jennifer Powers | 91 STATUS CHECK | APP CALLED TO CHECK THE STATUS OF HER NOV RENT. INFORMED APP THAT HER NOV RENT WAS SCHEDULED TO BE SENT TO HER ACCOUNT TODAY.

VERIFIED ALL INFO |
| 11/16/07 | Raymond Nieves | 94 TRANSFER TO KAT/RIT HL | APP INFO VERIFIED/SPELLED. APP CALLED REGARDING RA STATUS CHECK. TRANSFER TO KAT/RIT HL. |
| 11/16/07 | MARY GILLISON | 93 qustions on rent | |
| 11/20/07 | Sara Davis | 93 FAX CHECK | APP FAXED RENT RECEIPT ON 11/15/2007. TOLD APP THAT WE CAN NOT SEEE IT YET IN HER FILE. 55571 |

FEMA86-000232

| | | | |
|---|---|---|---|
| 11/23/07 | Marcus Bryant | 91 DEC ER INUQIRY | VER APP. APP INQUIRED ABOUT CURRENT STATUS OF DEC ER. INFORMED APP DHAP WAS TO TAKE OVER ER AS OF DEC 1, 2007. GAVE APP# TO DHAP FOR ADDITIONAL INFORMATION. |
| 11/26/07 | CHERYL SANDERS | 91 RENTAL FOR DEC 2007 | VER APP. APP INQUIRED ABOUT CURRENT STATUS OF DEC ER. INFORMED APP DHAP WAS TO TAKE OVER ER AS OF DEC 1, 2007. GAVE APP# TO DHAP FOR ADDITIONAL INFORMATION. |
| 11/26/07 | Deborah Tabor | 91- RENTAL ASSISTANCE | 91- ADVISED APP THAT THE RENT WOULD BE PAID EITHER BY HUD OR FEMA. INFORMATION VERIFIED. |
| 11/27/07 | JACQUELINE JOBE | 93// HUD PHONE NUMBER | APP WANTED PHONE NUMBER |
| 11/28/07 | Sheryl Lim | 91 RENTAL ASSISTANCE | APP STATED HER FILE IS INCOMPLETE WITH HUD , AND HUD SHOULD PAY HER RENT

APP STATED HUD SAID FEMA SHOULD PAY HER RENT.

PER IHP 8347 EVENT 22676 |
| 11/28/07 | Donita Haun | 93 rental concerns | APP CALLED AND ASK ABOUT RENT, APP SAID SHE IS TIRED OF GETTING THE RUN AROUND, SHE IS TOLD FEMA IS PAYING THE RENT THEN HUD. APP SAID SHE NEVER GOT A CALL FROM HUD OR FEMA. APP SAID SHE CHECK WITH HER LL EVERY TWO WEEKS ABOUT IT AND ONLY JSUT RECENTLY HAS HUD CALLED AND THE LL SHE SAID IS TOLD THEY ARE BLAMING THE LL. APP SAID SHE HAS NO ONE TO PAY |

| | | | |
|---|---|---|---|
| | | | THE RENT FOR DEC. SINCE FEMA WILL NOT. APP ASK TO SPEAK SUPVR. PUT APP ON HOLD. CALLED SUPVR WAS TOLD COULDN OT TAKE CALL AND NO POCS. TO CALL IHP GROUP , CALLED IHP WITH SAME ISSUE. WAS TOLD THEY ARE NOT SUPVRS. AND TO TELL APP NONE CAN BE REACHED AT THIS TIME. TO CALL BACK LATER. GIVE GOOD CUSTOMER SERVICE. EVENT NUMBER 22715 TOLD APP NO SUPVR COULD BE REACHED AT THIS TIME TO CALL BACK LATER. APP SAID IT WAS RATHER CONVIENT FOR NO SUPVR TO BE REACHED. APP ASK FOR MY NAME AND NUMBER GAVE IT TO APP. APP HUNG UP. |
| 12/03/07 | Daniel Cullivan | 91 APPLICANT CALLED ABOUT LL AND HUD | APPLICANT CALLED FOR INFORMATION ON HUD TRANSITION AND LL NOT REGISTERING WITH HUD. THE LL HAS A MEETING WITH HUD TODAY @ 10:00am, BUT THE APPLICANT IS NOT SURE IF THE LL WILL SHOW. <br><br>- ADVISED THE APPLICANT TO LOOK FOR A LL THAT WILL REGISTER WITH CLC AND HUD. <br>- THE LL IS CONCERNED THAT THE APPLICANT WILL NOT PAY THE PORTION OF THE RENT THAT HUD DOES NOT COVER. <br>- GAVE APPLICANT A LIST OF APTS TO CONTACT FROM CLC THAT ACCEPT HUD. <br>App Forgot RI # |

FEMA86-000234

| | | | QAS; THE APPLICANT GAVE THE COMPLETE SS# BECAUSE THE APPLICANT DID NOT HAVE THE RI #. VERIFIED APP INFO |
|---|---|---|---|
| 12/29/07 | Jennifer Powers | 91 JAN RENT | App called to see about JAN rent. Informed app to to contact Hud. Verified all info |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

 **FEMA**     **Federal Emergency Management Agenc**

"Official Use Only"
Last refresh: 8/26/2008 05:54:05 PM

# MR 01 - Comments Report

**1603**
**939476822**
**PUJOL, JOSEPH**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 09/13/05 | Mary Cutshaw | 92 POSS DUPw/911973152 | POSS DUPw/911973152 GARNER,JEFFE(OWNER)<br><br>SAME DP,DD,HH |
| 09/19/05 | Rose Preston | [DP, ] NO DUP W/ 93-8171026, 93-8181210, 91-1973152, 93-8174424, 93-8177702 | [DP, ] NO DUP W/ 93-8171026, 93-8181210, 91-1973152, 93-8174424, 93-8177702<br><br>93-8177702  PUJOL, JOSEPH, DUPLICATE STOP PROCESSING<br>93-8181210  PUJOL, JOSEPH, DUPLICATE STOP PROCESSING<br>93-9476822  PUJOL, JOSEPH, NO DOB, CONTINUE PROCESSING<br><br>91-1973152  GARNER, JESSE, DUPLICATE STOP PROCESSING<br>93-8174424  GARNER, JESSE, DUPLICATE STOP PROCESSING<br>93-8171026  GARNER, JESSE, NO DOB, CONTINUE PROCESSING |
| 09/19/05 | Rose Preston | 91-[DP, SSN, EFT,  CO-REG] NO DOB WITH 93-8177702, 93-8171026 | 91-[DP, SSN, EFT,  CO-REG] NO DOB WITH 93-8177702, 93-8171026<br><br>93-8177702  PUJOL, JOSEPH |

| | | | EXACT DUP- STOP PROCESSING 93-8171026  PUJOL, JOSEPH  EXACT DUP-STOP PROCESSING 93-9476822  PUJOL, JOSEPH  NO DOB-CONTINUE PROCESSING<br><br>Same DP, DD, SSN, EFT, HH comp. LISTED EACH OTHER AS CO-REG. CONTINUING 93-9476822 DUE TO ISSUING OF INSPECTION. |
|---|---|---|---|
| 10/29/05 | Benard Lopez | 95 TT SENT | APP REQUEST FOR TT FORWARDED |
| 11/27/05 | | Inspector Comment | Z00.  Insp # 38533 |
| 11/27/05 | | z95b QUICKCHECK | QUICKCHECK was run on 11/27/2005 |
| 11/27/05 | | z95b QUICKCHECK | QUICKCHECK was run on 11/27/2005 |
| 12/27/05 | Angela Ashley | ESA SIGNED | LEASE SIGNED 11/26/05 FOR TT AT PRIVATE SITE ▬▬▬▬, METAIRIE LA |
| 12/29/05 | JOHANNA HARRIS | 93 ERFD  WINRUNNER PROCESSED | App leased into FEMA MH/TT 26Nov05 |
| 12/31/05 | Devon Funkhouser | 93  PP=INC, TRAN=INC | PP=INC   App has sent appeal letter.  Inspection was unable to record damages to make home unsafe.  No PP items recorded.  App has not submitted sufficient substantiation.  Ineligible no change on appeal.<br><br>TRAN=INC  App has a vehicle recorded that was not affected and would need to provide substantiation that more than 1 vehicle is required.<br><br>RT to INELIGIBLE. |

| | | | |
|---|---|---|---|
| 01/31/06 | Jill Gray | 93 - APPEAL - INELIGIBLE | App sent Use of Funds form.<br><br>App is sheltered applicant & had not relocated.  Not eligible for further RA.<br><br>NFAR<br><br>Routing to Ineligible<br><br>JG 55321 |
| 02/17/06 | Gustavo Alberty | 94 ROUTE TO COMPLETE | WP FORCED INTO QUEUE BY INFO CONTROL<br><br>MH/TT LEASE AGREEMENT RECEIVED<br><br>DECISION CODE RENTAL ASSISTANCE = ERFD<br><br>EWP = NFAR<br><br>ROUTE TO COMPLETE |
| 07/05/06 | Chantelle Dawson | ESA SIGNED | RECERT DATE 06/26/06 |
| 07/20/06 | PAMELA LAHMAN | 93 RECEIVED ROI FORM | RECEIVED ROI FORM NOT AN APPEAL ROUTING TO COMPLETE APP IS CURRENTLY IN A FEMA MH\TT |
| 08/17/06 | JOHANNA HARRIS | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 09/13/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 09/28/06 | Lynn New Bigging | ESA SIGNED | PPI RESULTED IN P-4TTP/////ESA SIGNED ON 6/26/06////RELOCATED TO ▆▆▆▆, METAIRIE, LA 70003, JEFFERSON PARISH///// |
| 10/02/06 | Dana Mandolesi | VOLAG REVIEW | ROI RECEIVED : DOB FOR ADVOCACY CENTER |

| 10/13/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
|---|---|---|---|
| 10/17/06 | Tiffany Joe | 91 COMPLETE FOUND IN FEMA MANUAL | PER APPS. INFORMATION IN DOC#2497805. APPS. INFORMATION HAS BEEN ADDRESSED AND HAS ERFD PEND LINE. APPS. INFORMATION IS TT DOCS. APPS. INFORMATION HAS BEEN ROUTED TO COMPLETE. NFAR.<br><br>ROUTE TO COMPLETE |
| 10/25/06 | Wendy Clampitt | 91  REARRANGED PHONE NUMBERS | APPLICANT WANTED THE CELL PHONE CALLED FIRST |
| 11/02/06 | Megan Webbeking | VOLAG REVIEW | ROI RECEIVED; VOLAG REVIEW FOR CATHOLIC CHARITIES. |
| 11/07/06 | Luisa Del Toro | 94 MEDICAL NEEDS APPEAL | APP HAS SUBMITTED DOCUMENTS FOR MEDICALL NEEDS DOR DAUGHTER (DOC ID#: 9003687282/DATE RECEIVED: 10/18/2006)<br><br>PLEASE REVIEW |
| 11/08/06 | Dianne Alfonzo | 94 CRISIS COUNSELING PROVIDED | APP IS DESPERATE AND SENT EMAIL TO PROG SPEC AND THE CRISIS COUNSELING'S LIST OF PHONE NUMBERS WERE PROVIDED. |
| 12/01/06 | ALVARO JIRAU | 94 empty wp | per doc rcvd on 10/27/06 doc id 9003695466 fema letter<br>nfar<br>route to complete |
| 12/14/06 | Jerry Lowry | 91 RENTAL-RECERT=INELIGIBLE | RENTAL-RECERT=INELIGIBLE<br><br>Applicant has sent docs (DOC # 7898) related to requesting funds for additional rental assistance. APP HAS BEEN HOUSED Renter |

| | | | |
|---|---|---|---|
| | | | DD Type = HOUSE<br>COD = T/W, H/R/WDR<br>Home Unsafe =<br>Relocate = Yes<br>Insurance type = NO RP or PP insurance<br>Verifications = OK<br>Dups = No<br>Housing Plan ? N/A<br>Worksheet completed, including detail tab, status code INO.<br>applicant requested additional rental assistance=App has been housed. |
| 12/14/06 | Jerry Lowry | 91 EWP NFAR | EWP NFAR<br>All issues have been addressed(DOC # 7898)<br>RTC |
| 12/15/06 | JOYCE REISS | 91 APP'S DENIAL=SPEC NEEDS | APP WAS DENIED FOR ER AS SHE HAS TO VACATE THE TT. IT IS NOT HANDICAP COMPATIBLE.  ALSO, LL WANTS IT OFF THEIR PROPERTY.  IT DOES HAVE TWO PROPANE TANKS AND SPOUSE HAS OXYGEN MACHINE.<br><br>PAGE 9 IS A REQ FOR MEDICAL FOR DAUGHTER, NOT COVEED BY INS. DISASTER RELATED.  WAS NOT ADDRESSED.<br><br>PLEASE REVIEW FOR RENTAL ASSISTANCE AND ONA MEDICAL.<br><br>JOYCE REISS |
| 02/06/07 | Sheryl Bradley | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |
| 02/14/07 | Dornella Bolden | 1603 AFO DEAC INTERVIEW | APP HAS FOUND HOUSING UNIT IS NO LONGER NEEDED |

FEMA86-000240

| | | COMPLETED | TT NEEDS TO BE REMOVED DCO INTERVIEW COMPLETED W/O IS BEING PROCESSED 2/14/07 |
|---|---|---|---|
| 02/21/07 | India Sholars | TT DEACTIVATION | DEACTIVATED 2/20/2007 AND SENT TO THE BATON ROUGE STAGING AREA.  BR-AFO/DHOPS |
| 03/02/07 | Ana Rosado | 94 REVIEW DOC ID 9003687282 | APPEAL FOR MEDICAL NEEDS FOR DAUGHTER DOC ID#: 9003687282<br><br>DATE RECEIVED 10/18/2006<br><br>HAS NOT BEEN ADDRESSED, PLEASE REVIEW APP HAS BEEN WAITING FOR<br><br>DECISION SINCE. |
| 03/05/07 | Brenda Sweeney | 91- MEDICAL APPEAL | HL SENT WP OVER SAYING A MEDICAL DECISION HAS NOT BEEN MADE ON APPEAL SENT IN ON 10-18-06 9003687282 THERE WAS ALSO AN APPEAL SENT 11-29-06 9003827898<br><br>1ST APPEAL=APP SENT IN LETTER, DOCTOR LETTER THAT SAYS DAUGHTERS SEIZURES ARE A FORM OF EPILEPSYALSO SAID THEY NEED RA LAND OWNER WANTS TT REMOVED<br><br>2ND APPEAL ALSO SAYS HE AND DAUGHTER HAS HEPITITUS ALSO APP STATES THE TT NEEDS TO BE MOVED THEY HAVE FOUND PERMANENT HSG<br><br>MEDICAL=INO |

| | | | |
|---|---|---|---|
| | | | SENT E MAIL TO PS TO HAVE TT REMOVED<br><br>ROUTE TO INELIGIBLE |
| 03/05/07 | Brenda Sweeney | 91- ADD TO LAST COMMENT | CORRECTION MEDICAL=INC<br><br>APPS INELIGIBLE APP SENT IN APPEAL AFTER 60 DAY DEADLINE LAST DECISION MADE 11-28-05 APP SENT IN APPEAL LETTERS 10-18-06 AND 11-29-06 |
| 03/06/07 | Brenda Sweeney | 91-RESEND MEDICAL INELIGIBLE LETTER | RESENDING MEDICAL INELIGIBILE LETTER AND ADDING TEXT<br><br>MEDICAL =DOCTOR LETTERS DID NOT SAY WAS CAUSED BY DISASTER |
| 04/17/07 | EDWARD ZIPETO | 92 HA RECERT=INO | APP SENT A RECERT LTR & RENT REC'TS.<br><br>ERFD 12-29, SEE JFO CONTACT OF 2-14-07 WHERE APP "FOUND HOUSING UNIT" AND WANTED TT REMOVED. NO ILLNESS MENTIONED WAS DISASTER RELATED NOR HAD THERE BEEN MEDICAL DOCUMENTATION SENT TO SUBSTANTIATE CLAIMS. NO PRE DISASTER LEASE, LL OR COME INFO TO PROVE 30% NEED; REQUEST IS BEYOND THE 18 MONTH LIMIT; NO REALISTIC LONG TERM HOUSING PLAN = NOT RECERT ELIGIBLE & AN INO HAD BEEN SENT.<br><br>ANOTHER INO STATUS WAS |

FEMA86-000242

| | | | |
|---|---|---|---|
| | | | SET FOR RECERT WITH A LTR SENT . |
| 04/24/07 | JOAN BROWN | 93 NCT REVIEW | Sent RDOC for PHP, income verification, lease and contractor statement. 56414 |
| 05/03/07 | Alicia Matthews Gie | LARC=CLOSE RECORD | CLOSE RECORD. APP. HAS FOUND HOUSING. ROUTED IU AND RECERT FILE TO TEAM LEAD TO CLOSE RECORD. AM |
| 05/03/07 | Nilda Lopez | 92 ROUTE TO PENDING RECEIPT | REVIEW REASON - WP CREATED ON 4/24/07 FOR RENTAL ASST<br><br>SET THE TIMER RDOC THE APP ROUTE TO PENDING RECEIPT FOR MORE INFORMATION |
| 05/08/07 | Teresa Landry | 91 CURRENT LL AND LEASE INFO=LEASE IS ON FILE | APP CURRENT LL IS CHRIS AND VALERIA RUPPERT, RENT IS 950.00 PER MONTH IF PAID BY THE 3RD OF EACH MONTH. CURRENT LEASE IS ON DOC#9003827898. CURRENT LL PH# IS 504-468-2912, 504-914-4989. CURRENT LL IS REGISTERED IN THE CLC PROGRAM |
| 05/08/07 | Teresa Landry | 91 APP DOES NOT WANT TO MOVE BACK TO TT | APP STATED TODAY SHE DOES NOT WANT TO GO BACK TO A TT BECAUSE SHE IS NOW IN A LEASE AND DOES NOT WANT TO BREAK HER LEASE BECAUSE SHE WILL LOOSE HER DEPOSIT. |
| 05/09/07 | Teresa Landry | 91 DD LL INFORMATION | DD LL NAME WAS PATRICIA GARNER, DD RENT WAS 425.00 PER MONTH.<br><br>DD LL PH# ▓▓▓▓▓▓▓▓▓ |
| 05/09/07 | CAROL | 91 ROUTING TO MRA | RECERT ISSUE |

FEMA86-000243

| | WILLIAMS | | |
|---|---|---|---|
| 05/12/07 | JOAN BROWN | 93 NCT REVIEW | App had to relocate from TT to apt for medical reasons. Paid 1 month ER.<br><br>56414 |
| 05/25/07 | Deanna Charett | file close out | File closed, forward to NPSC, app has PHP |
| 06/07/07 | Berhane Adhanom | 91 SEND EMAIL TO PS | This is a special needs case.<br><br>App was in t/t until december 2006<br>App moved for medical and special needs.<br>NCT gave app one months rent.<br><br>App has repeated asked for ra as resutl both her daughter and her medical needs.<br><br>Since her ERFD was deactived in early december of 2006( RENT RECERT STARTS AT THAT TIME).<br><br>I don't think a regular recert caseworker can help her family, maybe NCT can review this case. |
| 06/09/07 | Amanda Almanza | 91 call disconnected | as i was returning with ps to talk to app , call was disconnected |
| 06/13/07 | Sharlene Clarke | 93 NCT - CORRECTION TO PAYMENTS | APP ONLY ELIGIBLE FROM FEB TO JUNE 30 AS THEY DID NOT DEACTIVATE THE MH/TT UNTIL THAT DATE, THAT IS A DUPLICATION OF BENEFITS<br><br>APP ELIGIBLE FOR ACTUAL UP TO JUNE 30 TO TRIGGER THE EXTENSION DOCS TO BE SENT<br><br>APP WILL NOT BE ELIGIBLE FOR ANY MONTHS PRIOR TO |

| | | | |
|---|---|---|---|
| | | | FEBRUARY 2007.<br><br>SET ALL VERIFICATIONS<br><br>RTE TO APPROVAL |
| 06/13/07 | Sheryl Bradley | 93 WINRUNNER GENERATED ALLFINEXTA LETTER | Applicant Scripted June Payment Financial. Payments will stop on June 30, unless August Extension Docs supplied. |
| 06/22/07 | Susan Williams | 91 CO-APP STATES CHILDREN IN HOME RECEIVE SSI | Co-App states that inspector obtained copy of App's and Co-App's Bank Statement to reflect income for the Household. Co-App would like it noted that all children in Household are under 18, but the Direct Deposit will reflect Social Security Deposits for Co-App and children under 18 years of age. True income for Household of those OVER 18 years of age will be the Co-App's Social Security deposit which is the largest of the 4. |
| 06/22/07 | Susan Williams | 91 APP SEEKING RENT OUT-OF-POCKET EXPENSES=SEE BEL | $6,650.00 is what App & Co-App have paid-Out in Rent since December 2006 Thru 30 June 2007. App & Co-App have received $4,750.00 in back rent payments.<br><br>App & Co-App are requesting $1,900.00 which they still have Paid-Out in rent. |
| 06/27/07 | Gene Shumaker | 93 APP EXTENDED TO AUG 31, 2007 FINANCIAL | ALL ITEMS ON SELF DECLARATION FORM COMPLETED AND DOCUMENT SIGNED.<br><br>RENT RECEIPTS VERIFIED FOR MONTHS OF MARCH THRU MAY, 2007 @ $950.00.<br><br>AUG EXT LETTER SENT BY WinRunner ON 6/13/07 - VERIFIED. |

FEMA86-000245

| | | | |
|---|---|---|---|
| | | | PAID APP FOR JULY/AUG = $950.00 X 2 = $1,900.00<br><br>RT TO SUP/EXT REVIEW<br><br>GRS/55298 |
| 06/28/07 | David Moore | 91 AUG EXT-SUP-ELIGIBLE | HA AND DETAIL TAB CORRECT<br><br>SELF DECLARATION COMPLETED AND DOCUMENT SIGNED<br><br>RENT RECEIPTS INCLUDED FOR MARCH, APRIL, May, and June<br><br>WINRUNNER LETTER DATED 06/13/07-VERIFIED<br><br>LAST PAYMENT MADE 06/13/2007<br><br>AWARD AMOUNT PAID $950.00 PER RENT RECEIPTS FOR 2 MONTHS = $1900.00 (JULY 01, 2007 TO AUG 31, 2007)<br><br>Route to Approval |
| 06/29/07 | Joyce Fuller | 93 REVIEW FOR CLC | Rte to FEMA MAN D.<br>#55549 |
| 06/29/07 | Joyce Fuller | 93 AUG EXT PRTFIN | Rte to FEMA Man D/ CLC<br>#55549 |
| 06/29/07 | Joyce Fuller | 93 403 CONVT RECERT GENERATED | Case previous reviewed<br>403 Convt recert generated<br>Rt to Sup<br>#55549 |
| 06/30/07 | MARY RAMOS | 91 AUG EXT - SUP - EWP | The decision was made previously on 6/27/07<br><br>Applicant has supplied all |

FEMA86-000246

| | | | |
|---|---|---|---|
| | | | requested Documentation as of 5/9/07 ID #4934<br><br>Occ = Verified<br>IDV = Pass<br>Dup = No<br><br>All issues addressed<br><br>NFAR at this time<br><br>Deleted 403 CONVRT_RECERT letter<br><br>Route to complete via Ineligible |
| 07/10/07 | Patty Rose | 91 RTE TO COMPLETE | W/P IN QUEUE BY SUPERVISOR REVIEW ON 5/9/2007<br><br>DOC # 21808 AUG EXT DECLARATION FORM SIGNED & DATED ON 6/20/2007<br><br>JULY & AUGUST PAYMENT TO APP ON 6/27/2007<br><br>EXTENTION WAS SENT BY WINRUNNER ON 6/13/2007 SUPERVISOR REVIEW EXTENTION AUG EXT =ELIGIBLE ON 6/27/2007<br><br>RECERTIFICATION IN CURRECT QUEUE ON 6/28/2007<br><br>ALL ISSUES ADDRESS NFAR<br>RTE TO COMPLETE |
| 07/11/07 | Dianna Goodnight | 91 ROUTE TO COMPLETE | WP IN QUEUE FROM INFO CONTROL<br><br>APP SENT RR FOR JUNE, JULY 07 |

FEMA86-000247

| | | | |
|---|---|---|---|
| | | | APP HAS BEEN PAID THROUGH AUG 31, 07 PER NCT<br><br>ALL ISSUES ADDRESSED AT THIS TIME<br><br>ROUTE TO COMPLETE |
| 07/11/07 | Dianna Goodnight | 91 EWP | ALL ISSUES HAVE BEEN ADDRESSED<br><br>ROUTE TO COMPLETE |
| 07/23/07 | Marilyn Friebel | 91-CURRENT LIVING ADDRESS | CURRENT LIVING ADDRESS:<br><br>███████████████<br><br>KENNER, LA 70065<br><br>PLS DON'T CHG CMA. |
| 07/23/07 | Marilyn Friebel | 91-MEDICAL PROBLEMS | APP STATES SHE WANTS HER DAUGHTER TO TRANSFERRED BACK TO TEXAS CHILDREN'S HOSPITAL IN HOUSTON, TX TO SEE HER DOCTOR WHO TREATED HER FOR FORMALDEHYDE ISSUE. |
| 08/07/07 | Tammy Winkowitsch | 91 RTE TO ALLFINEXT QUEUE | WP CREATED BY DOC DATED 8/4/07<br>APP SENT AUG. 2007 RECEIPTS<br><br>APP IS ALLFINEXT<br><br>RTE TO COMPLETE<br><br>CREATED NEW WP FOR ALLFINEXT QUEUE |
| 08/08/07 | Katrina Fristoe | 93 APP EXTENDED TO OCT 31, 2007 FINANCIAL | WINRUNNER GENERATED AUG EXTENSION ALLFINEXT LETTER 6/13/07 - VERIFIED APP RETURNED DEC FORM SIGNED AND DATED 6/20/07 AND RENTAL RECEIPTS |

FEMA86-000248

| | | | |
|---|---|---|---|
| | | | APP PREVIOUSLY ERFD AND NOW IN APARTMENT BUT MAINTAINING DDA AS CMA. (??-RENTER)<br><br>NFAR IN THIS QUEUE AS APP HAS BEEN PAID JULY/AUGUST. SEPTEMBER AND OCTOBER WILL BE GENERATED BY SCRIPT.<br>RTE TO FEMA SUPERVISOR = EXTENSION REVEW |
| 08/08/07 | Tammy Winkowitsch | 91 EXTRA WP | WP CREATED BY DOC DATED 8/4/07<br><br>APP SENT IN AUG. 2007 RECEIPT APP HAS BEEN PAID FOR AUG. EXT<br>CASE IS IN EXT QUEUE<br><br>NFAR<br><br>RTE TO COMPLETE |
| 08/08/07 | Edna Guevara | 91 OCT EXT-SUP-EWP PROGRAM ADDRESS | Aug Ext program was address by previous caseworker on 6/28/07<br><br>NFAR<br><br>Route to Ineligible (complete) |
| 08/13/07 | SCRIPT | Financial payment for September and October to applicant in the extension per SCR 8347 | LL has not registered with CLC. September and October rent paid as financial paid to applicant. |
| 08/14/07 | Deborah Pelletier | WINRUNNER EXTSEPTFIN LETTER SENT | Letter notifying the applicant of assistance extension through September and October was sent. |
| 09/22/07 | MARK FUCHS | WINRUNNER FEMA HUD EXT LETTER SENT | HUD Extension letter sent. |
| 10/15/07 | Roxanne Askins | 91 EWP - ROUTE TO COMPLETE | App submitted receipts for Sept, Oct<br>Per preshift 10/11/07 |

FEMA86-000249

| | | | ***There is no current manual processing needed for rental assistance at this time. ***All applicants currently eligible for the HUD transition will be done by scripts for applicants who have been processed up to 7/31/07. This will include recertification for MH/TT relocation applicants and extension applicants.<br><br>NFAR<br><br>RTC |
|---|---|---|---|
| 10/29/07 | SCRIPT | Paid Through November For HUD Transition per SCR 8506 | LL has not registered with CLC. November rent paid as financial paid to applicant. |
| 11/09/07 | Maria Campbell | 93 - HUD INQUIRY | APP CALLED REGARDING HUD TRANSITION. ADVISED APP TO CALL HUD AT 1-866-373-9509 |
| 11/16/07 | MARY GILLISON | 93 status check | app will send in Nov rent receipt.<br><br>mg/932 |
| 11/21/07 | Carolyn Deike | 91 EWP=ROUTE TO COMPLETE/ALREADY ADDRESSED | EWP=ROUTE TO COMPLETE/ALREADY ADDRESSED<br><br>APP SENT IN DOC 9004349403, RENTAL RECEIPT FOR NOV 2007<br><br>LAST ASSISTANCE PAID THROUGH 11/30/2007<br><br>FILES SHOWS HUD EXPORT<br><br>NFAR<br><br>ROUTE TO COMPLETE |
| 11/28/07 | SCRIPT | Paid Through December For HUD Transition per SCR 8555 | LL has not registered with CLC. December rent paid as financial paid to applicant. |