UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 3

# Transcript of the Testimony of
# Videotaped Deposition of Stephanie Pujol

## Date taken: September 16, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

```
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE PRODUCTS       SECTION N(4)
LIABILITY LITIGATION        JUDGE ENGELHARDT

                    *  *  *

          VIDEOTAPED DEPOSITION OF STEPHANIE
PUJOL, 1612 VEGAS DRIVE, METAIRIE, LOUISIANA
70003, TAKEN AT THE OFFICES OF LAMBERT AND
NELSON, 701 MAGAZINE STREET, NEW ORLEANS,
LOUISIANA 70130, ON THE 16TH DAY OF
SEPTEMBER, 2008; COMMENCED AT 1:14 P.M.


REPORTED BY:
     CATHY RENEE' POWELL, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
VIDEOGRAPHER:
     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```
Page 1

```
 1   APPEARANCES:
 2   LAMBERT AND NELSON
     (BY: JONATHAN ADAMS, ESQUIRE
 3   701 MAGAZINE STREET
     NEW ORLEANS, LOUISIANA 70130
 4
        (ATTORNEYS FOR THE PLAINTIFFS)
 5
     DAIGLE, JAMISON & RAYBURN
 6   (BY: WALTER K. JAMISON III, ESQUIRE)
     303 WEST VERMILION STREET
 7   SUITE 210
     LAFAYETTE, LOUISIANA  70502
 8       (Not present)
 9      (ATTORNEYS FOR DEFENDANTS
          SILVER CREEK)
10
     DUPLASS, ZWAIN, BOURGEOIS,
11      PFISTER & WEINSTOCK
     (BY: RYAN M. MALONE, ESQUIRE)
12   3838 NORTH CAUSEWAY BOULEVARD
     SUITE 2900
13   METAIRIE, LOUISIANA  70002
14      (ATTORNEYS FOR DEFENDANTS
           GULF STREAM COACH, INC.)
15
     U.S. DEPARTMENT OF JUSTICE
16   (BY: ADAM M. DINNELL, ESQUIRE
        MICHELLE G. BOYLE, ESQUIRE)
17   500 C STREET, SW
     WASHINGTON, D.C. 20472
18
        (ATTORNEYS FOR DEFENDANTS UNITED
19       STATES AND FEMA)
     FOWLER RODRIGUEZ VALDES-FAULI
20   (BY: JAMES K. CARROLL, ESQUIRE)
21   400 POYDRAS STREET
     30TH FLOOR
22   NEW ORLEANS, LOUISIANA 70130
         (Not present)
23
        (ATTORNEYS FOR DEFENDANTS
24        CMH MANUFACTURING, ET AL.)
25
```
Page 2

```
 1   APPEARANCES CONTINUED:
 2   GIEGER, LABORDE & LAPEROUSE
     (BY: CARSON W. STRICKLAND, ESQUIRE)
 3   701 POYDRAS STREET
     SUITE 4800
 4   NEW ORLEANS, LOUISIANA 70139
        (Not present)
 5
       (ATTORNEYS FOR DEFENDANTS FOREST
 6      RIVER)
 7   HAILEY MCNAMARA
     (BY: DAVID C. BACH, ESQUIRE)
 8   10725 PERKINS ROAD, SUITE 200
     BATON ROUGE, LOUISIANA 70810
 9      (Not present)
10
       (ATTORNEYS FOR DEFENDANTS AMERICAN
11      HOMESTAR CORPORATION)
12   JONES, WALKER, WAECHTER, POITEVENT,
       CARRERE & DENEGRE
13   (BY: JAMES C. PERCY, ESQUIRE)
     8555 UNITED PLAZA BOULEVARD
14   BATON ROUGE, LOUISIANA 70809
15     (ATTORNEYS FOR DEFENDANTS PILGRIM,
        KEYSTONE, MONACO, R-VISION, THOR
16      CALIFORNIA, KZRV, DS/
        CROSSROADS AND DUTCHMEN)
17
     LABORDE & NEUNER
18   (BY: BEN L. MAYEAUX, ESQUIRE)
     ONE PETROLEUM CENTER
19   1001 WEST PINHOOK
     LAFAYETTE, LOUISIANA  70505
20      (Not present)
21     (ATTORNEYS FOR DEFENDANTS HORTON
         HOMES, INC.)
22
23
24
25
```
Page 3

```
 1   APPEARANCES CONTINUED:
 2   LEAKE & ANDERSSON
     (BY: JERRY L. SAPORITO, ESQUIRE)
 3   1700 ENERGY CENTRE
     1100 POYDRAS STREET
 4   NEW ORLEANS, LOUISIANA 70163
        (Not present)
 5
        (ATTORNEYS FOR DEFENDANTS
 6       FLEETWOOD ENTERPRISES, INC.,
         ET AL.)
 7
     NIELSEN LAW FIRM
 8   (BY: THOMAS C. PENNEBAKER, ESQUIRE)
     3838 NORTH CAUSEWAY BOULEVARD
 9   SUITE 2850
     METAIRIE, LOUISIANA  70002
10      (Not present)
11      (ATTORNEYS FOR DEFENDANTS
         SCOT BILT HOMES, INC.)
12
     GARRISON, YOUNT, LORMAND, FORTE &
13     MULCAHY
     (BY: RANDALL C. MULCAHY, ESQUIRE)
14   909 POYDRAS STREET
     SUITE 1800
15   NEW ORLEANS, LOUISIANA  70112
        (Not present)
16
        (ATTORNEYS FOR DEFENDANTS
17       RECREATION BY DESIGN, LLC, TL
         INDUSTRIES, INC., AND FRONTIER
18       HOMES, INC.)
19   TAYLOR, PORTER, BROOKS & PHILLIPS
     (BY: JOHN STEWART THARP, ESQUIRE)
20   8TH FLOOR - CHASE TOWER SOUTH
     451 FLORIDA STREET
21   BATON ROUGE, LOUISIANA  70801
        (Not present)
22
        (ATTORNEYS FOR DEFENDANTS
23       COACHMEN INDUSTRIES)
24
25
```
Page 4

## Page 5

```
1   APPEARANCES CONTINUED:
2
      VOORHIES & LABBE'
3     (BY: LAMONT P. DOMINGUE, ESQUIRE)
      700 ST. JOHN STREET
4     LAFAYETTE, LOUISIANA 70502
        (Not present)
5
      (ATTORNEYS FOR DEFENDANTS CAVALIER
6      HOME, WAVERLEE HOMES, REDMAN HOMES,
       DUTCH HOUSING, PATRIOT HOMES AND
7      RIVER BIRCH)
8     WILLINGHAM, FULTZ & COUGILL
      (BY: THOMAS L. COUGILL, ESQUIRE)
9     NIELS ESPERSON BUILDING
      808 TRAVIS, SUITE 1608
10    HOUSTON, TEXAS 77002
        (Not present)
11
      (ATTORNEYS FOR DEFENDANTS
12     JAYCO AND STARCRAFT)
13    McGLINCHEY STAFFORD
      (BY: CHRISTINE LIPSEY, ESQUIRE)
14    643 MAGAZINE STREET
      BATON ROUGE, LOUISIANA
15      (Not present)
16    (ATTORNEYS FOR MORGAN BUILDINGS AND
       SPAS, INC., AND MORGAN BUILDING
17     SYSTEMS, INC.)
18   ALSO PRESENT:
19    DEVIN BARNETT
      PARALEGAL
20
21
22
23
24
25
```

## Page 7

```
1                 STIPULATION
2
3        It is stipulated and agreed by and
4   between counsel for the parties hereto that
5   the deposition of the aforementioned witness
6   is hereby being taken for all purposes
7   allowed under the Federal Rules of Civil
8   Procedure, in accordance with law, pursuant
9   to notice;
10       That the formalities of reading and
11  signing are specifically not waived;
12       That the formalities of filing,
13  sealing, and certification are specifically
14  waived;
15       That all objections, save those as to
16  the form of the question and the
17  responsiveness of the answer, are hereby
18  reserved until such time as this deposition,
19  or any part thereof, may be used or sought
20  to be used in evidence.
21                 * * *
22       CATHY RENEE' POWELL, CCR, Certified
23  Court Reporter, officiated in administering
24  the oath to the witness.
25
```

## Page 6

```
1
2                 * * *
3           EXAMINATION INDEX
4   EXAMINATION BY MR. PERCY: ...............9
5   EXAMINATION BY MR. DINNELL: ...........118
6   EXAMINATION BY MR. PERCY: .............175
7   EXAMINATION BY MR. ADAMS: .............182
8                 * * *
9           INDEX OF EXHIBITS
10  Exhibit No. 1 ........................150
11     List of medications from Patio
12     Drugs.
13  Exhibit No. 2 ........................150
14     Fax transmission on Office Depot
15     cover sheet dated 5-25-07.
16  Exhibit No. 3 ........................174
17     Notice of Deposition.
18  Exhibit No. 4 ........................174
19     Plaintiff Fact Sheet.
20
21
22
23
24
25
```

## Page 8

```
1        THE VIDEOGRAPHER:
2            Today is the 16th day of
3   September, 2008. The time is approximately
4   1:14. This is the videotaped deposition of
5   Mrs. Stephanie Pujol, taken at the offices
6   of Lambert and Nelson, located at 701
7   Magazine Street, New Orleans, Louisiana, for
8   the case entitled "FEMA Trailer Formaldehyde
9   Liability Litigation."
10           Will counsel please identify
11  themselves and which party they represent.
12       MR. ADAMS:
13           Jonathan Adams, PLC.
14       MR. MALONE:
15           Ryan Malone, Gulf Stream.
16       MR. BARNETT:
17           Devin Barnett.
18       MR. PERCY:
19           Jim Percy on behalf of numerous
20  defendant manufacturers.
21       MR. DINNELL:
22           Adam Dinnell for the United
23  States.
24       MS. BOYLE:
25           Michelle Boyle for the United
```

Page 65

```
 1    A.  Correct.
 2    Q.  How did you determine a million
 3  dollars as the appropriate amount for your
 4  damages?
 5    A.  Past or -- the damages for what I
 6  have incurred as far as pain and suffering,
 7  and future pain and suffering as a result of
 8  possibly having my liver disease progress as
 9  a result of the inhalation of formaldehyde.
10    Q.  How did you come about the number
11  of $1 million?
12    A.  Because with liver disease, there
13  is possibly a liver transplant lurking;
14  there's possible cancer that comes about
15  from liver disease; and the formaldehyde
16  could potentiate all of this because it is a
17  carcinogenic.
18    Q.  Have you ever been diagnosed with
19  any form of cancer?
20    A.  No.
21    Q.  Has any member of your family ever
22  been diagnosed with any form of cancer?
23    A.  Not my immediate family, no.
24    Q.  Have you ever been treated for any
25  emotional problem?
```

Page 66

```
 1    A.  I have been treated for some
 2  depression as a result of hepatitis C.
 3    Q.  And when was that?
 4    A.  In November of 2000, when they put
 5  me on treatment initially for hepatitis C.
 6  They always put you on an antidepressant.
 7    Q.  Have you continued to have
 8  treatment for that depression since November
 9  of 2000?
10    A.  Yes.
11    Q.  How recently have you been treated
12  for depression?
13    A.  I have -- I'm on Lexapro now.
14    Q.  Who treats you for that?
15    A.  Dr. Srinivas and Dr. Genre.
16    Q.  Have you ever had a psychiatrist?
17    A.  Dr. Genre.
18    Q.  And where is Dr. Genre located?
19    A.  Ochsner.
20    Q.  Mrs. Pujol, let me ask, first of
21  all, when Katrina hit, were you and your
22  family forced to evacuate?
23    A.  Yes.
24    Q.  Where did you evacuate to?
25    A.  We -- my husband was mandatory
```

Page 67

```
 1  personnel at Best Western Landmark on
 2  Severn, and we rode it out there.
 3        Then we went to Lafayette for a
 4  couple of days, and then we went to
 5  Cottonport, and we resided in a house in
 6  Cottonport, Louisiana, until we came back in
 7  October.
 8    Q.  And where did you reside when you
 9  came back in October?
10    A.  At the house at 1612 Vegas Drive,
11  and then in November, we got the FEMA
12  trailer at that address.
13    Q.  Was the FEMA trailer actually
14  hooked up at your parents' house?
15    A.  Yes.
16    Q.  I saw some correspondence in your
17  FEMA file between you and/or your husband
18  and FEMA suggesting that your landlord was
19  requesting that the FEMA trailer be moved?
20    A.  Correct.
21    Q.  Who was your landlord?
22    A.  My parents.
23    Q.  Were you paying your parents rent
24  for having the FEMA trailer located there?
25    A.  Yes.
```

Page 68

```
 1    Q.  How much were you paying your
 2  parents for rent?
 3    A.  Not for rent of the FEMA trailer
 4  there, but I was paying them $250 a month
 5  for utilities, because we were hooked up to
 6  their electric as well as their water.
 7    Q.  When you resided with your parents
 8  prior to Katrina, did you pay them rent?
 9    A.  Yes.
10    Q.  How much rent did you pay your
11  parents?
12    A.  $450 a month.
13    Q.  Are you still paying them rent?
14    A.  No.
15    Q.  Where is your husband employed
16  now?
17    A.  Best Western Landmark.
18    Q.  Has he always been employed, prior
19  to Katrina and subsequent?
20    A.  Yes.
21    Q.  One of the other things that you
22  were requested to produce at this deposition
23  was a copy of your tax returns.
24        Did you see that when you reviewed
25  the Notice of Deposition?
```

17 (Pages 65 to 68)

**Page 69**

1   A.  Yes.
2   Q.  Have you produced your tax returns
3   to your counsel?
4   A.  I think I did. I'm not sure.
5   MR. ADAMS:
6       I don't have them.
7   THE WITNESS:
8       I have them -- I have some of them
9   at home.
10  EXAMINATION BY MR. PERCY:
11  Q.  Can you go ahead -- we requested
12  that you produce your tax returns for the
13  past five years. Would you go ahead and
14  provide those to your counsel so he can get
15  them to us?
16  A.  Okay.
17  Q.  Thanks.
18      Has your travel trailer, your FEMA
19  travel trailer ever been tested, to your
20  knowledge, for the presence of formaldehyde?
21  A.  Not that I know of.
22  Q.  Do you have any idea what an
23  elevated level of formaldehyde in a travel
24  trailer might be?
25  A.  Not really, but I am familiar with

**Page 70**

1   formaldehyde from years ago from biology
2   class.
3   Q.  And how are you familiar with
4   formaldehyde from biology class?
5   A.  Dissection of a cat.
6   Q.  Did you actually inhale
7   formaldehyde fumes when you dissected the
8   cat?
9   A.  No, they provided us with masks,
10  goggles and gloves. And it wasn't on any
11  long-term, daily basis. It was, like, once
12  a week.
13  Q.  To your knowledge, has anyone ever
14  tested the travel trailer that you resided
15  in for levels of formaldehyde?
16  A.  Not that I know of.
17  Q.  Did you ever ask anyone to test
18  your travel trailer for levels of
19  formaldehyde?
20  A.  No.
21  Q.  Was it a traumatic experience
22  being evacuated during Katrina?
23  A.  Yes.
24  Q.  Did you suffer some emotional
25  distress from being uprooted from your home?

**Page 71**

1   A.  Yes.
2   Q.  Did you suffer some emotional
3   distress, you and your family, from having
4   to live in a FEMA travel trailer?
5   A.  Yes.
6   Q.  Just the mere fact of living in it
7   was emotional distress itself, correct?
8   A.  Yes.
9   Q.  Did you ever receive any treatment
10  for that stress, the stress of being
11  uprooted from your home, evacuated in
12  Katrina, and being forced to reside in a
13  FEMA travel trailer?
14  A.  It all kind of came under
15  hepatitis C, but yes, they worked with me.
16  Q.  And was that -- when you say
17  "they," who are we talking about?
18  A.  The doctors. My hepatologist,
19  which is Dr. Balart, and Dr. Andrews,
20  Dr. Reardon and all.
21  Q.  Let me go through some of the
22  medications that you are on, and I will
23  start with the medications that you were on
24  prior to Katrina. Okay?
25  A.  Okay.

**Page 72**

1   Q.  As a nurse, I am hopeful that you,
2   as a nurse, can help us with some of these
3   names and tell me what these medications are
4   for.
5   A.  Okay.
6   Q.  All right. And then I'm also
7   going to ask you, because it shows the
8   doctor that prescribed these -- let me tell
9   you where this came from first.
10
11  MR. PERCY:
12      And do I have copies for counsel
13  to review --
14  MR. ADAMS:
15      Thank you.
16  THE WITNESS:
17      Do you have an extra copy?
18  EXAMINATION BY MR. PERCY:
19  Q.  I'm going to show them to you.
20  You and I can use the same copy -- I'll tell
21  you what, can I have at least one of those
22  back to give to the witness? Let's do that.
23  A.  Okay.
24  Q.  I'm going to go ahead and -- this
25  came from Patio Drugs.

```
 1    A.  Okay.
 2    Q.  Is that the pharmacy where you
 3  obtained virtually all of your prescription
 4  medications?
 5    A.  Yes.
 6    Q.  And you have for several years,
 7  correct?
 8    A.  Yes.
 9    Q.  Including prior to Katrina and
10  after Katrina, correct?
11    A.  Yes.
12    Q.  Go to the last page, which I think
13  is page 13 of 13.
14        We're going to start from the
15  bottom and work our way back, and if you can
16  just tell me what this medication is for.
17    A.  Okay.
18    Q.  It shows a prescription for
19  Synthroid.
20    A.  Synthroid is for hypothyroidism.
21    Q.  And what is your understanding of
22  hypothyroidism?
23    A.  It is an endocrine problem.  And I
24  was diagnosed by Dr. Andrews in '95.
25    Q.  How does that condition manifest
                                      Page 73
```

```
 1  itself, what are your symptoms?
 2    A.  I don't really have any symptoms,
 3  because I am well controlled on the
 4  Synthroid.
 5    Q.  Now, the next is Nexium.  That is
 6  a drug for acid reflux, correct?
 7    A.  Correct.
 8    Q.  You were diagnosed with acid
 9  reflux prior to Katrina?
10    A.  Yes.  I also have a history of
11  ulcers.
12    Q.  How does that condition, the
13  condition of ulcers and acid reflux, how
14  does it manifest itself?
15    A.  That is controlled because of the
16  medication.  I'm on the Nexium and it's
17  pretty much controlled.
18    Q.  Have you had any gastro issues
19  since Katrina?
20    A.  Not really, other than with my
21  hepatitis.  But no.
22    Q.  What kind of condition did the
23  hepatitis cause in the gastro region?
24    A.  It somewhat has my stomach where,
25  you know, I get a little nauseated or
                                      Page 74
```

```
 1  something, but nothing really major.
 2        But I will get some irritation
 3  sometimes, and then --
 4    Q.  Some stomach irritation?
 5    A.  Some stomach irritation and some
 6  gastroparesis is what one of the doctors --
 7  one of the doctors told me I had.  At
 8  Tulane.  And I don't remember his name.
 9    Q.  And how does gastroparesis
10  manifest itself?
11    A.  You have constipation or loose
12  stools.  It's nothing -- you know, it can go
13  either/or very quickly.
14    Q.  But the Nexium was prescribed for
15  you for your acid reflux prior to Katrina?
16    A.  Correct.
17    Q.  And for the ulcers?
18    A.  Correct.
19    Q.  What is Propo N?
20    A.  That is a pain medication, and I
21  have osteoarthritis real bad.  I have had a
22  knee replacement.  And for Katrina -- I had
23  my knee replacement in June of '05.  So I
24  had trouble evacuating for Katrina.
25        Then when I got back from Katrina,
                                      Page 75
```

```
 1  I ended up -- someone hit us from behind and
 2  I broke my ankle, and I had a difficult time
 3  getting around the trailer.
 4    Q.  When did you actually get hit from
 5  behind and break your ankle?
 6    A.  January of '06.
 7    Q.  Moving on to the -- let's see, I
 8  think you already turned to the next page,
 9  which is page 12 of 13.  Cephalexin, what is
10  that?
11    A.  That's an antibiotic and that was
12  Dr. Friedlander who gave me that.
13    Q.  I meant to ask you about the
14  doctor that gave you the Propo N.
15  Sketchler?
16    A.  Sketchler.
17    Q.  Who is Dr. Sketchler?
18    A.  He is my orthopedist.
19    Q.  And moving up, there's is Oxycod.
20  APAP.  Is that another pain medication?  Do
21  you see that?  Prescribed by Rich. Meyer?
22    A.  Dr. Meyer, yes.  He's the one who
23  did my -- that was when I had my knee
24  replacement.
25    Q.  He is an orthopedic --
                                      Page 76
```

1   A.  Orthopedic surgeon.
2   Q.  All right. And how about Endocet,
3   prescribed by John Walsh, December of '04.
4   That's another Endocet, Oxycod. Is that
5   another pain medication?
6   A.  Is that Eric George?
7   Q.  No. I'm looking on December of
8   '04. It is the second to last page, one,
9   two, three, four, five from the bottom.
10   A.  I had some surgery by him.
11   Q.  And what kind of surgery did you
12   have by him?
13   A.  I had some lipomas, some tumors
14   removed from my stomach.
15   Q.  How did that particular
16   condition -- tumors in your stomach --
17   manifest itself?
18   A.  It was just like little fatty
19   tumors that were in the subcutaneous tissue,
20   which is the fatty tissue. We are not sure
21   if that was from my treatment for hepatitis
22   C, because you take interferon or INFERGEN
23   subQ.
24   Q.  Now, the next couple, moving up
25   from the Endocet, hydrocod, prescribed by

Page 77

1   Rich. Meyer. Those are also medications as
2   a result of the orthopedic surgery?
3   A.  Yes.
4   Q.  All right. The next one is
5   Dr. Hagman, and it's amoxicillin, which is
6   an antibiotic, correct?
7   A.  Correct.
8   Q.  What were you taking an antibiotic
9   for in March of '05?
10   A.  Probably a -- where are you?
11   March of '05?
12   Q.  Second to last page, moving up
13   from the bottom.
14   A.  Oh. That is a decongestant,
15   Levall G and Amoxil. I had a respiratory
16   tract infection.
17   Q.  Did you periodically get
18   respiratory tract infections prior to
19   Katrina?
20   A.  No, not really. My kids would --
21   if my kids would get sick, sometimes I would
22   get sick.
23   Q.  And you did in March of '05,
24   correct?
25   A.  Yes.

Page 78

1   Q.  And you were sick enough with a
2   respiratory tract infection to be prescribed
3   an antibiotic and apparently a decongestant?
4   A.  Uh-huh.
5   Q.  Correct?
6   A.  Correct.
7   Q.  Had you had respiratory tract
8   infections prior to March of '05 when you
9   were prescribed an antibiotic and
10   decongestant?
11   A.  Periodically.
12   Q.  How often?
13   A.  Not too often. Maybe once a year
14   or once every couple of years.
15   Q.  Moving up, I'm going to skip Dr.
16   Meyer. There is a -- on May 25 of 2005,
17   there is a prescription for Meridia by
18   Dr. Andrews. What is that for?
19   A.  Where are you?
20   Q.  Do you see the dates over on the
21   left-hand column?
22   A.  Yes.
23   Q.  They are in date order. If you
24   find the one for May 25, 2005. I'm on the
25   second to last page still.

Page 79

1   A.  Okay. Meridia.
2   Q.  Do you see it?
3   A.  Yes. And I'm not sure exactly
4   what that is. It is probably some type
5   of -- I don't know what that is.
6   Q.  All right.
7      We can move to the next page
8   forward, 11 of 13.
9   A.  Okay.
10   Q.  At the very bottom, there is a
11   Dr. Billings that prescribed cefaclor?
12   A.  Okay.
13   Q.  That is in early August of '05?
14   A.  And the reason was is because
15   after my -- after my knee surgery, I had
16   cellulitis, and they were trying to treat me
17   to get rid of the cellulitis at the right
18   knee.
19   Q.  And then the next one is the
20   cephalexin again.
21   A.  Yes.
22   Q.  Now, this is actually prescribed
23   by Dr. Brown. Who is Dr. Brown?
24   A.  I'm not exactly sure. It might
25   have been one of the doctors on call for Dr.

Page 80

Meyer.
Q. Now previously, Dr. Friedlander had prescribed you cephalexin. What was he prescribing it for?
A. He is an EENT.
Q. So what is your understanding of what cephalexin is for?
A. It is an antibiotic, and it can be used for respiratory tract or it -- I'm sure it was used here to try to get rid of the cellulitis on my knee.
Q. Well, in October of 2004, when you got the prescription for cephalexin from Dr. Friedlander, what do you believe it was for?
A. Respiratory.
Q. So that would have meant you had a respiratory tract infection in October of '04 also?
A. Possibly -- yes, possibly.
Q. All right. Moving up, there is another prescription from Dr. John Brown for SMP-TMP tablets. What is that?
A. That's Bactrim. That was for -- probably trying to treat my cellulitis.
Q. And then there are two

Page 81

prescriptions for Dr. Billings.
A. Dr. Billings is in with Dr. Meyer.
Q. All right.
Now we're moving up to post-Katrina. Do you see --
A. Uh-huh.
Q. -- there is a prescription from Dr. G-I-L-O-T-R-A, Gilotra?
A. Gilotra.
Q. And it is for Ambien in October of '05. What is the Ambien for?
A. It is a mild hypnotic that they give to patients with hepatitis C.
Q. And then directly above that is on October 27 of '05, a prescription from Dr. Andrews for doxycycline.
A. Correct.
Q. What is that for?
A. That is an antibiotic, and it can be given to -- that can be given for respiratory tract. And evidently, I had a respiratory tract infection.
Q. And that was in October of 2005, correct?
A. Uh-huh.

Page 82

Q. Which was before you moved into the FEMA travel trailer?
A. Correct.
Q. And then, up at the very top of that page, January 10 of '06, two prescriptions from Dr. Eric George, it looks like --
A. Uh-huh.
Q. -- for oxaprozin?
A. Yeah.
Q. What is that?
A. That is a -- I think it is an anti-inflammatory.
Q. Who is Dr. George?
A. He's a surgical -- hand surgeon.
Q. For surgery on your hand?
A. Yes.
Q. Did you have surgery on your hand in January of '06?
A. It was April of '06, but that's when I hurt my hand initially, is January of '06.
Q. What did you do to your hand?
A. Someone hit us from behind, and I reached out and caught the dashboard.

Page 83

Q. Is that the same accident where you broke your ankle?
A. Yes.
Q. Did you spend any time in the hospital for that accident?
A. No. They treated me as outpatient surgery and -- in April -- and they -- I had to go home. Dr. Meyer wanted to actually do surgery, but he wouldn't do it on my ankle.
Q. Now, according to what you have just told us, you had several respiratory tract infections prior to Katrina, correct?
A. I would get them about once a year.
Q. Well, it appears as if you had one in October of '04, another one in March of '05 and then another one in -- I think you said in August of '05. Based upon what you were getting these prescriptions for.
What was causing those respiratory tract infections?
A. It could have been the hepatitis C. I don't remember the dates of treatment. But sometimes, if you are on treatment, you get some respiratory too a little bit.

Page 84

## Page 85

1  Q. Had that been your history during
2  your treatment for hepatitis C, that
3  periodically you would get respiratory tract
4  infections?
5  A. Yes, sir.
6  Q. Did the doctor tell you they were
7  being caused by the treatment you were
8  receiving for hepatitis C?
9  A. Because your white count drops.
10 Q. Well, when you got respiratory
11 tract infections after Katrina, would that
12 respiratory tract infection, to the best of
13 your knowledge, be caused by the same thing?
14 A. No.
15 Q. Why not?
16 A. Because I was not on treatment
17 until January of 2007.
18 Q. You were getting no treatment for
19 hepatitis C starting when? Is that what
20 your testimony is?
21 A. I started back on treatment. I
22 was on treatment in -- let's see. I was
23 diagnosed November of 2000 with hepatitis C.
24 I started January of 2001, I started my
25 first round of treatment. I stayed on

## Page 86

1  treatment for almost a year and a half --
2  Q. That would take us through the
3  middle of 2003?
4  A. Correct. And then in 2004, I
5  started treatment again, which I failed
6  treatment. They took me off of treatment.
7  That was -- I stayed on treatment for six
8  months.
9      And then in January of 2007, I
10 started a chole treatment with Dr. Balart.
11 Q. When did you stop the treatment in
12 2004?
13 A. Six months. I was on it for six
14 months. But I was not on it for evacuation.
15 Q. I understand. Let's go back.
16     Can you give me approximately in
17 2004 when you would have stopped the
18 hepatitis C treatment? Just the approximate
19 date in 2004.
20 A. I can't remember.
21 Q. Okay. But you weren't on
22 hepatitis C treatment in the year 2005, were
23 you?
24 A. No. I started it in 2007.
25 Q. So if you had a respiratory tract

## Page 87

1  infection, as you previously indicated based
2  upon these medications in March of '05, that
3  wouldn't have been caused, that respiratory
4  tract infection would not have been caused
5  by your hepatitis C treatment, would it?
6  A. Not necessarily, but it could have
7  been, because my immune system was a little
8  bit low at that particular time.
9  Q. And if you had a respiratory tract
10 infection in March of '05, it wouldn't have
11 been caused by formaldehyde, would it?
12 MR. ADAMS:
13     Leading.
14 EXAMINATION BY MR. PERCY:
15 Q. Would it?
16 A. Respiratory treatments can be
17 caused and aggravated. I can get a cold or
18 a respiratory tract infection, and then be
19 around formaldehyde, and then formaldehyde
20 can aggravate it even more.
21 Q. Let's go back to what my question
22 was.
23 A. And it makes it harder to get rid
24 of it.
25 Q. Let me go back to my question.

## Page 88

1      In March of 2005 --
2  A. Okay.
3  Q. -- you were not on hepatitis C
4  treatment, correct?
5  A. No.
6  Q. Is that correct?
7  A. Correct.
8  Q. And you were not living in a
9  travel trailer, correct?
10 A. Correct.
11 Q. And you got, according to the
12 medications you were on, a respiratory tract
13 infection in March of '05, correct?
14 A. Correct.
15 Q. So that respiratory tract
16 infection in March of '05 could not have
17 been caused by formaldehyde, correct?
18 A. No.
19 Q. That is not correct?
20 A. It is correct.
21 Q. You also had one in August of '05,
22 based upon the medications you were on. You
23 were not living in a travel trailer in
24 August of '05, correct?
25 A. Correct.