UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 4



| Michael D. Brown | Kathleen Babineaux Blanco |
| Under Secretary | Governor |
| Emergency Preparedness and Response | State of Louisiana |

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

09/25/2005

FEMA Application No: 939157009                    Disaster No: 1603

MS SEAN G THOMAS

DESTREHAN, LA 70047-3177



Dear Ms. Thomas:

Enclosed for your records is a copy of the <u>Application for Disaster Assistance</u> that you recently filed with the Federal Emergency Management Agency (FEMA), the agency that coordinates disaster assistance on behalf of the President.

Based on the information you provided during the registration interview, FEMA has identified certain disaster assistance programs that may be helpful to you. These are listed at the bottom of the Application form, item number 27. Administered by a variety of organizations, information on these and other programs can be found on the <u>Additional Disaster Assistance Program Information Sheet</u>, included in this mailing. You must contact these agencies directly to learn how their programs can help you.

If your home or business has been damaged by the disaster, you do not need to wait until the inspector visits the property before starting to clean up. We strongly suggest, however, that you make a list of your losses, take pictures, and keep <u>all</u> receipts to verify your disaster-related expenses.

<u>Correct information</u>

Please check the information on this form and call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585) if you have any corrections. Please also make special note of your Registration ID located at the top of the form; this is your unique identifying number and you will need to refer to this number whenever you contact FEMA.

<u>Disaster Recovery Centers/SBA Workshops</u>

Disaster Recovery Centers may be opened to provide a central location for information on disaster assistance programs and tips on reducing damage from future disasters. To find out about the Disaster Recovery Center nearest to you, please call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired ONLY call 1-800-462-7585). To inquire about the status of your application for assistance, you may either visit a Disaster Recovery Center or you may call the FEMA Disaster Helpline.

If you have been referred to the Small Business Administration (SBA) for a disaster loan (check item number 27 on your Application for Disaster Assistance), you may wish to visit an SBA Workshop for help in completing the loan application. The workshop locations will be announced through your local news media.

FEMA-00161


# FEMA

## Disaster Assistance Directorate
## Notice of Interest in Purchasing Temporary Housing Unit

FEMA Application No. 939157009            FEMA-DR-1603-LA
                                          05/15/2007

MS SEAN G THOMAS

KENNER, LA 70062-5942

RE: Notice of Interest in Purchasing Temporary Housing Unit

Dear MS SEAN G THOMAS:

The Federal Emergency Management Agency (FEMA) would like you to indicate your interest in purchasing the FEMA provided temporary housing unit you are currently occupying. If you indicate that you are interested in purchasing the unit, a FEMA Sales Representative will contact you to discuss the Sales Program criteria.

**Note: Returning this Notice of Interest does not obligate you to purchase a temporary housing unit, nor does it guarantee your eligibility to purchase the unit.**

Please indicate your interest in purchasing the FEMA temporary housing unit you are living in and return this letter to:

> FEMA - Louisiana Area Field Office
> P. O. Box 5143 - Attn: Sales Dept.
> Baton Rouge, LA 70821

Please reply within **14 days from the date of this letter**.

☐ I am interested in purchasing the unit.    ☐ I am not interested in purchasing the unit.

_____
Signature/Date

_____
Current Phone Number/ Best Time to Call

_____
*For Use by FEMA Housing Unit Sales Office Only ( Do Not Complete )*

Unit Type: _____    Bar Code: _____    VIN#: _____

FEMA-00195

 

R. David Paulison
Administrator
Federal Emergency Management Agency

Kathleen Babineaux Blanco
Governor
State of Louisiana

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055
1-800-621-FEMA (3362)
Fax No:1-800-827-8112

09/07/2007

FEMA Application No. 939157009

Disaster No. 1603

MS SEAN G THOMAS
KENNER, LA 70062-5942

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

Dear MS SEAN G THOMAS:

You recently returned a FEMA Notice of Interest (NOI) expressing interest in purchasing your temporary housing unit. Your response was appreciated. However, at this time the type of unit in which you are currently living (travel trailer or park model) is not available for purchase. FEMA will promptly notify you of any additional updates. FEMA regrets any inconvenience that this change may have caused.

If you are now able to move back into your damaged dwelling, or if you have located alternate housing, please call 888-294-2822 to have your FEMA temporary housing unit removed.

If you are still living in your travel trailer, FEMA will continue to work with you to locate other housing options that would better meet your longer-term housing needs. Please call 888-294-2822 if you wish to take advantage of this housing assistance.

Sincerely,

Sales Coordinator

NFSL

FEMA-00196



R. David Paulison
Acting Director
Emergency Preparedness and Response

National Processing Service Center
P.O. Box 10055
Hyattsville, MD 20782-7055

Kathleen Babineaux Blanco
Governor
State of Louisiana

01/12/2006

FEMA Disaster Helpline: 1-800-621-FEMA (3362)
Fax No.: 1-800-827-8112

FEMA Application No. 939157009

Disaster No. 1603

MS SEAN G THOMAS

DESTREHAN, LA 70047-3177

Dear Ms. Thomas:

The Federal Emergency Management Agency (FEMA) and the State of Louisiana have reviewed your request for disaster assistance. Listed below is our decision regarding your request. This initial determination will not preclude you from receiving future assistance.

| CATEGORIES | DETERMINATION |
|---|---|
| Rental Assistance | $2,028.00 |
| Total Grant Amount: | $2,028.00 |

For a more detailed explanation of this decision, please refer to "HELP AFTER A DISASTER", the FEMA Applicant's Guide which was mailed to you after you applied for assistance. The section entitled "If You Are/Are Not Eligible for Help" (pages 6-9) explains the reasons which support our decision. You may also access "HELP AFTER A DISASTER" online at www.fema.gov/about/process.

**PLEASE READ THE FRONT AND BACK OF THE "NOTICES" INCLUDED WITH THIS LETTER FOR ADDITIONAL IMPORTANT INFORMATION.**

Applicants with Insurance: Your application for assistance may be placed on hold to allow you time to file your insurance claim. Federal law prohibits FEMA or the State from duplicating assistance that may be available from insurance. A $0 amount listed above does not necessarily mean that you are ineligible for assistance. It means that FEMA needs to know the amount of your insurance settlement and your unmet needs before we can process your application further.

If a decision results in a monetary award, you will soon receive a check at your current mailing address, or an electronic funds transfer to your bank. To help us communicate with you in a timely manner, please contact FEMA and the U.S. Postal Service to update your current mailing address. Remember, in order to have your mail forwarded, you need to submit a Postal Service Change of Address each time you relocate, whether it is temporary or permanent. If you need to contact the Postal Service, you may

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA-00224

go to www.usps.gov on the web, or call 1-800-ASK-USPS, or pick up a Change of Address form at any Post Office.

If you disagree with this decision, you have the right to appeal within 60 days of the date of this letter. If you have any other disaster-related questions, please read the NOTICES included in this letter, call the FEMA Disaster Helpline at 1-800-621-FEMA (3362) (hearing/speech impaired only, call 1-800-462-7585), or visit www.fema.gov and click on FAQ's for Disaster Assistance.

Sincerely,                                                                SUPER

Individuals and Households Program Officer

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA-00225

# NOTICES

1. This letter is about your request for help from FEMA only. Money received from FEMA should be used as specified in the category above. If you do not use the money as specified, you and/or your household may not be eligible for additional help from FEMA.

2. If you have funds available or have received funds from another source for disaster losses that duplicates money received from FEMA, you may be required to return all or part of the money received from FEMA.

3. This program will not cover all of your losses from damage to your property (home, personal property, household goods) that resulted from the disaster.

4. This program is not intended to restore your damaged property to its condition before the disaster.

5. This program does not cover business-related losses that resulted from the disaster.

6. Before you begin any repairs, check with your local building department to find out what local permits or inspections are required.

7. If you have hotel/motel expenses and receipts, due to the disaster, call the FEMA Helpline for information on how you may be reimbursed.

8. Filing an Appeal: To file an appeal, you must:

    Explain in writing why you feel FEMA's decision is wrong. Send any new or additional information that you have to show the Appeals Officer that you are eligible for this money. Be sure to include your FEMA Application Number, shown at the top of this letter, when you write to FEMA.

    Mail your letter and the documents to FEMA Appeals Officer, National Processing Service Center, P.O. Box 10055, Hyattsville, MD 20782-7055. Your appeal must be postmarked <u>within 60 days of the date of this letter</u>. Appeals will not be accepted after this date.

9. Insured Applicants: If you have not already contacted your insurance agent to file a claim, please do this as soon as possible. Failure to file a claim with your insurance company may affect your eligibility for assistance from the FEMA-State Individuals and Households Program. After filing your claim, if any of the following situations occur, please call the FEMA Disaster Helpline for additional information. **Note to Insured Applicants. You have up to twelve (12) months from the date you registered with FEMA to submit your insurance information for review.**

    *Your insurance settlement is delayed.

    *Your insurance settlement is insufficient to meet your disaster-related needs.

    *You have exhausted the Additional Living Expenses (ALE) provided by your insurance company.

    *You are unable to locate rental resources is your area.

By law, FEMA cannot provide money to you for losses that are covered by your insurance.

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA-00226

## NOTICES, [page 2]:

For a more complete explanation of eligible/ineligible decisions, please read **"HELP AFTER A DISASTER"**, the **FEMA Applicant's Guide** (pages 6-9, "IF YOU ARE/ARE NOT ELIGIBLE FOR HELP"). Also, "I WANT TO HAVE MY CASE REVIEWED AGAIN (APPEAL)" on pages 10-11 of the **FEMA Applicant's Guide**.

### If You are Not Eligible for Help

If your application for help under IHP has not met the required conditions and has been denied, read below for an explanation of the most common ineligible reasons:

**INS-Insured:** Your insurance should cover your disaster-related losses. If your insurance settlement is delayed or insufficient, or if you have exhausted the Additional Living Expenses (ALE) provided by your insurance company, or if you are unable to locate rental resources in your area, you may appeal our decision for further review. See "NOTICES" for more information on how to file an appeal.

**IID-Ineligible-Insufficient Damage:** Based on an Inspection, there was not enough damage to your home or property for you to qualify for this program.

**IAW-Ineligible-Assisted with Household Member:** Our records show that another member of your pre-disaster household applied and received help for your losses.

**IDUPA-Duplicate Application:** Our records show that a member of your pre-disaster household has already registered for help.

**IINSI-Ineligible:** All categories have appropriate insurance excluding flood, inspection completed - Your insurance should cover your disaster-related losses.

**INFI-Ineligible-Has Flood Insurance:** Your insurance should cover your disaster-related losses.

**INO-Ineligible-Other:** Your application for assistance is denied. Please see specific reason on the letter.

**INP-Ineligible-Not Primary Residence:** You have not provided enough documentation to prove the home that was damaged was the home where you were living at the time of the disaster.

**W69D-Withdrawn-Signature not Obtained (90-69D):** Your application has been withdrawn because we have not received the required signature or documents requested.

**WNC-Withdrawn-No Contact:** Your application for assistance has been withdrawn because we have not been able to contact you.


CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA-00227



FIRST CLASS



RETURN TO SENDER

REASON CHECKED
- Unclaimed____ Refused
- Attempted-Not known
- Insufficient Address
- No such street____ number
- No such office in state
- Do not remail in this envelope



*Maryland National Processing Service Center*
U.S. Department of Homeland Security
P.O. Box 10055
Hyattsville, MD 20782-8055



FEMA

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

FEMA-00228

3-2-06
JB

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

| FEMA DR # | Location # | Lot # |
|---|---|---|
| 939157009A | Kenner, LA, 10062 | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.

(2) Must not commit or allow crimes to occur in the unit or in the vicinity.

(3) Must not allow anyone, other than the individuals listed below, to live in the unit.

(4) Must accept other housing options, when they become available.

(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Sean G Thomas | Sean G Thomas | 02-06-06 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| Sean G Thomas | | |
| Phuong Nguyen | 27 | F |
| Phong | 1½ | F |
| Sean M Thomas | 22 | M |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| SC-03-072505 | 1125747 | 1NL1GTR2861045805 |

| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
|---|---|---|
| Patrick Morris | Patrick Morris | 02-06-06 |

DF
3-2-06
DB

# U.S. DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
## READY FOR OCCUPANCY STATUS

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☒ TT ☐ OTHER | TEMPORARY HOUSING NUMBER 112574? | CONTRACT WO NUMBER 1603002035640 INP | SITE CONTROL NUMBER SC-03-072505 |
|---|---|---|---|
| APPLICANT NAME Sean G Thomas | T.H. No. 939157009A | ADDRESS Kenner LA. 70062 | |

### 1. INSPECTION (To be completed by Direct UNIT (DHOPS))

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked          ☒ Sewer Connected      ☒ Permits (ele)    ☒ Permit Block & Tie
☒ Steps/Ramp       ☒ Electric Connected   ☒ Permit (meh)
☒ Water Connected  ☒ Gas Connected        ☒ Permits (gas)

COMMENTS - INSTALLATION OR SITE CONDITIONS:

VIN #

1NL1GTR286104 5805

| INSPECTOR Patrick Morris | DATE 02-06-06 |
|---|---|

### II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/ Federal Emergency Management Agency without:

☐ Water Connection   ☐ Electricity Connection   ☐ Sewer Connection   ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:   DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer   ☐ Electricity   ☐ Permits (ele)   ☐ Water   ☐ Gas   ☐ Permits (meh)   ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA Form 90-24, JUL 05

FEMA-00230

## Applicant Pending Inspection

**Date:** 12/10/2005     **Assigned Contractor:**

Site Control Number: SC-03-072505     Registrant ID: 939157009A

### Site Information:

Last Name: THOMAS     First Name, MI: SEAN G
Address: ▮▮▮▮
City: KENNER     State: LA
Parish: Jefferson     Zip: 70062
Land Owner:
Phone: ▮▮▮▮     Alt. Phone: ( )
Site Phone: ▮▮▮▮     Site Alt. Phone:
Number of Trailers: 1     Number of Occupants:

___Electric  ___Gas  ___Water  ___Sewer

Call Attempts (Date):  1     2     3

Special Needs:

If No, Reason:

Customer Service Rep: Area A - 19     Date of Assessment: 12-29-05
Customer Service Rep Phone: Maurice Johnson
Site Description/Sketch: ▮▮▮▮ CDM
12-29-05
Feasible
M.J.

No. of People Housed:     No. of Bedrooms Needed:
Site Feasible (from Assessment)?  (Yes)  No  Hold
If No, Reason
12-29-05

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

FEMA-00231

| FEDERAL EMERGENCY MANAGEMENT AGENCY **LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT** | 1. T.H. APPLICATION NO. 93 91 57 0.09 A | See Reverse side for Instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|
| **2. LANDOWNER'S INFORMATION** | | **3. APPLICANT SITE INFORMATION** | |
| NAME Gary Thomas | | NAME Sean Thomas | |
| ADDRESS (House No. and Street name) [redacted] | | SITE ADDRESS (House No. and Street name) [redacted] | |
| CITY AND STATE (Include Zip Code) Kenner LA 70062 | | CITY AND STATE (Include Zip Code) Kenner LA 70062 | |
| PHONE NO. (Include area Code) [redacted] | | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY | |

4. In consideration of the President's Disaster Proclamation of ___8-29-05___  ___1603___ and the furnishings of a temporary
(date of declaration)   (DR#)
housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

   a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

   b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

   c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

   d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

   e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☐ other (specify)
Provide details if responsibility is divided: N/A

7. Landowner intends to charge and applicant agrees to pay ___N/A___ /month rental for use of the property. (Mark "None" if no rental is to be charged).

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT X *Gary Thomas* | 12-29-05 |
| b. APPLICANT | |
| c. WITNESS Maurice Johnson   DM | 12-29-05 |



# FEMA
## Federal Emergency Management Agency
### Comments Report

"Official Use Only"
Last refresh: 1/24/2008 01:17:21 PM

1603
939157009
THOMAS, SEAN

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 09/12/05 | | Inspector Comment | *14276 |
| 09/12/05 | | Inspector Comment   /IM | *14276<br>NO W/D<br>INFANT ITEMS ACTUAL |
| 09/27/05 | Mark Malmgren | 92 app very upset with rental assistance | 92 app very upset with rental assistance |
| 10/04/05 | Tom Beebe | | |
| 10/04/05 | Tom Beebe | | |
| 11/30/05 | Devon Funkhouser | 93 PP=INSS | PP=INSS   App has sent appeal letter. Inspection was unable to record damages to PP items. App has not submitted sufficient substantiation. Ineligible. |
| 12/06/05 | Janay Lockhart | 95 TRAVEL TRAILER REQUEST | TRAVEL TRAILER REQUEST WAS ENTERED. |
| 12/09/05 | Diana Darr | 93=USE OF FUNDS DECLARATION SENT | |
| 12/15/05 | Larreka Adams | BRJFO/ASCC STATUS CHECK | ADVISED TT REQUEST IS BEING PROCESSED. |
| 12/19/05 | MARYANN IACOBUCCI | 93 - HA = ENC | REVIEWED RECEIPTS FOR RECERTIFICATION.  RENT RECEIPTS ARE NOT VERIFIABLE.<br>NO LEASE OR RENTAL AGREEMENT FOR NEW ADDRESS SENT WITH DOCS.<br><br>RT TO INELIGIBLE |
| 12/27/05 | Tawanda Mosby | BRJFO/AS STATUS CHECK | APP ADV. OF STATUS - SC# ISSUED 12-09-05 - WAITING FOR WO# DATE. |
| 01/10/06 | SOL GARCIA | 94- ELIGIBLE =INITIAL RECERTIFICATION | SIGNED USE OF FUNDS DECLARATION SIGNED 90-69B<br>APP ELIGIBLE FOR 3 MONTHS RENTAL RECERT<br>2 BDRM ORLEANS COUNTY, LA<br>SET VERIFICATIONS |

FEMA-00233                                                 1 of 3

| | | | RTE TO APPROVAL |
|---|---|---|---|
| 03/03/06 | Tessie Bazile | ESA SIGNED | PPI RESULTED IN A P4TTP<br><br>ESA SIGNED ON 02/06/06<br><br>APP RELOCATED TO:<br>▓▓▓▓▓▓▓▓▓▓ KENNER LA 70062 |
| 03/29/06 | Patricia Wills | 92 COPY OF TRAILER LEASE | APPLICANT SENT IN A COPY OF TT LEASE<br><br>NFAR<br><br>ROUTE TO INELIGIBLE |
| 08/17/06 | JOHANNA HARRIS | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 09/13/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 10/18/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 02/07/07 | MARK FUCHS | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |
| 05/11/07 | Sheryl Bradley | 93 WINRUNNER MHTT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |
| 06/05/07 | Sheryl Bradley | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 06/05/07 | Sheryl Bradley | LA TRO NOI Received 5/22/2007 INTEREST = YES | |
| 07/10/07 | Patricia Nelson | BRAFO ELIGIBILITY REVIEW FOR SALES PROGRAM=YES | BRAFO ELIGIBILITY REVIEW FOR SALES PROGRAM=YES |
| 09/04/07 | MARK FUCHS | WINRUNNER NFSL LETTER SENT | |
| 09/04/07 | MARK FUCHS | BRAFO SALES PROGRAM / UNIT NOT FOR SALE | |
| 11/29/07 | Errol Johnson | DEACTIVATION | AR.36096..MOI RQST...Called App. Wrong No |
| 11/29/07 | Errol Johnson | DEACTIVATION | Visited site. Met with App and completed MOI. Current contact no is 504-468-8865. |
| 12/05/07 | Patricia Roberts | TT DEAC | PER AR #60586, MOI COMPLETED ON 11/29/07 - DEAC WO 1603-025-184851-DCT CREATED FOR BC 1125745...PR/IM |

2 of 3

| 01/04/08 | Zoe Ellsworth | DHOPS-IM / 90-13 RECEIVED | MOVE OUT INSPECTION (90-13) RECEIVED FOR B/C 1125745. SIGNED ON: 11/29/07. |

Case 2:07-md-01873-KDE-MBN   Document 904-6   Filed 11/14/08   Page 17 of 18



# Federal Emergency Management Agency
## Contact Report

"Official Use Only"
Last refresh: 1/24/2008 01:17:49 PM

**1603**
**939157009**
**THOMAS, SEAN**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/20/05 | MARIA ACEVEDO | 91 APP WANTED STATUS ON RETURN INSPECTION | INFORM APP THAT CASE IS STILL PENDING REVIEW FOR ELIGIBILITY DECISION. |
| 09/22/05 | ERENO | 93 STATUS CHECK | REQUESTED STATUS, ADVISED IT WAS STILL PENDING. CALL BACK IN 3-5 DAYS. |
| 11/03/05 | Ishmael Clark williams | 92 STATUS | APP STATES THAT SHE WOULD LIKE TO REQUEST A TT. APP HAS BEEN UPDATED TO PPI. APP HAS VERIFIED ALL INFO. |
| 11/21/05 | Ccen_aishad Andrews | 91 FAX CHECK | APP CALLED IN TO CHECK STATUS ON FAX |
| 11/27/05 | Vicki Mcmillin | 95 pcc status of fax RA | app called to see if we received her fax for additional RA. advised app not yet. app will call back at the first part of next week. |
| 12/03/05 | Vernon Severin | 95 APP STATUS CHECK | APP CALLED FOR STATUS. APP WAS TOLD THAT IT WAS PENDING. |
| 12/06/05 | Justin Ratcliff | 95 TT | APP APPLIED FOR A TT. APP DID NOT WISH TO SPEAK TO REP, BUT TO A SUPER-V |
| 12/13/05 | Barbara Hall | 95-Applicant status check | Informed app regarding the status of their application is still processing. Also, gave the TT info number, because needed information about the TT request. |
| 12/20/05 | Kelly Peacock | 93 RENTAL RECERTIFICATION | APPLICANT RENTS FROM DAVID LOWRY ███ ███. RECEIPTS ALL READY SCANNED IN SYSTEM. APP HAS MAILED RENTAL RECERT. FORM BACK TO US. |
| 01/11/06 | Julia F Edwards | 92 STATUS CHECK | APP CALL TO CHECK THE STATUS ON HER RA IT WAS AWARDED |
| 02/11/06 | Monica Lewis walters | 96: REQUEST | VERIFIED INFORMATION. CALLED REQUESTING REG. ID NUMBER, APPL IS IS TT AND NEEDS ID NUMBER FOR DEPT. |
| 01/29/07 | Amber Hall | LARC5=RECERT VISIT ONE | App is renter who has purchased a new unit to live in. App stated that he has minor repairs to complete on the unit and he will be out of the unit within two months. Advised the app to request another inspection for his pp |

FEMA-00236                  1 of 2

| | | | |
|---|---|---|---|
| | | | and to submit a list of all pp lost. His monthly income is 1500.00 and he did not have any insurance on his home. All safety devices working properly. |
| 09/18/07 | Jacqueline Lanus | BR/AFOASCC/ DEACT INQUIRE | APP CALLED TO HAVE UNIT DEACT BUT WILL CALL BACK ONCE ALL PERSONAL ITEMS ARE REMOVED OUT OF THE UNIT. NOTHING ROUTED. |
| 09/21/07 | Trichic Jackson | BRTRO.ASCC ~DEAC REQ | APP CALLED REQUESTING DEAC.................ADVISED APP OF DEAC PROCESS AND SUBMITTED AR TO PROPER DEPT...VER.CMA.CPN.9/21/07.tj |
| 10/23/07 | Tara Netters | AFO/ASCC | APPLICANT CALLED TO CHECK THE STATUS OF TT PICK UP, INFORMED HER THAT THE REQUEST WAS SUBMITTED AND THE TT WOULD BE PICKED UP SOON. COULDN'T GIVE A TIMEFRAME. NO ACTION TAKEN. |