UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 5

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| FEMA 500 C Street SW Washington, D.C. 20472    US Attorney General US Dept. of Justice 950 Pennsylvania Ave. Washington, D.C. 20530-0001 | Sean G Thomas on behalf of (Lambert Nelson PLC) 701 Magazine St. New Orleans 70130 Kenner La 70062 |

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT Aug, 2004 Continuing from Date of Occupancy: present | 7. TIME (A.M. or P.M.) Unknown |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Trailer Delivery Address:

The United States Government, FEMA, its agents, affiliates, divisions and anyone acting by contract with the aforesaid, in providing temporary housing for hurricane victims in the States of Louisiana and Mississippi in the form of house and travel trailers, due to the negligent design, construction and toxic materials used in said trailer construction, as well as the failure of the specific trailer cited herein, has caused injuries to the claimants including sinus, respiratory, and other injuries, arthritic and pneumonia-like symptoms, headaches, nausea, emotional injuries and future injuries as a result of exposure to Carcinugens used in the manufacturing process.

The parties failed to remediate or otherwise protect claimants from exposure to toxic materials despite knowledge of toxic levels & risks associated therewith.

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

FEMA ?

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Property damage not applicable

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

___ Headache       ___ Irritation:              ✓ Nausea         ___ Other:
___ Body Aches     ✓ Eyes  ✓ Throat           ✓ Vomiting
___ Joint Stiffness ✓ Sinus ___ Lungs         ✓ Cough

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Claimant is not aware of any witnesses at this time other than FEMA, its agents and claimants family | Unknown at this time. |

12. (See instructions on reverse)     AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $150,000 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $150,000 |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See Instructions on reverse side.) Sean Thomas in behalf of | 13b. Phone number of signatory | 14. DATE OF CLAIM 8/13/07 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of... | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

FEMA-00042

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

### INSTRUCTIONS
Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☒ No

None that would cover this claim.

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

Not applicable

17. If deductible, state amount

Not applicable

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *It is necessary that you ascertain these facts.*

Not applicable

FEMA-00043

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* ☐ No

NOT APPLICABLE

<u>Addendum to 8:</u>

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

*In addition to the case specific details, all 95s should include the following: The United States of America (U.S.) through its agencies, including but not limited to, the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent, and acted with deliberate and intentional indifference to the health and safety of the public by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including, but not limited to, FEMA, violated its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant(s) that exposed claimant(s) to unsafe and excessive formaldehyde levels. The U.S. and its agencies, including, but not limited to, FEMA, provided a trailer housing unit to the claimant(s) that contained building materials which emitted formaldehyde. The housing units were in violation of federal, local, state, national, and international trade group regulations and standards. The U.S. and its agencies, including, but not limited to FEMA, failed to insure that the trailer housing units provided to claimant(s) were suitable for their intended use, failed to properly inspect the units to make certain that they were in compliance with all local, state and federal regulations, failed to adhere to express and or implied warranties of habitability, failed to warn claimant(s) that they were being exposed to dangerously high levels of formaldehyde, failed to properly monitor the manufacturing process of the trailer housing units to insure that they were in compliance with all local and federal regulations, and/or, failed to provide the proper specifications to the manufacturers of the trailer housing units to insure that they were in compliance with all local and federal regulations. The U.S. and its agencies, including, but not limited to, FEMA, intentionally and with reckless indifference to the safety of the claimant(s), concealed knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including, but not limited to, FEMA, failed to immediately relocate the claimant(s) after learning of the excessive levels of formaldehyde, further exposing claimant(s). The U.S., through its agencies including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of formaldehyde levels in the trailer housing units provided to claimant(s) and others.

FEMA-00044

<u>Addendum to 10:</u>

10. State nature and extent of each injury or cause of death, which forms the basis of the claim. If other than claimant, state name of injured person or decedent.

*In addition to case specific damages we should include the following:
The claimant has suffered respiratory symptoms, as a result of exposure to excessive levels of formaldehyde. Additionally, the claimant has experienced fear, anxiety, and distress because of the risk of latent and/or future disease due to this exposure. As a result of their exposure to excessive levels of formaldehyde, the claimant will or may require medical monitoring to check for any signs of formaldehyde based health problems.

FEMA-00045

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit To Appropriate Federal Agency:**
FEMA
500 C Street SW
Washington, D.C. 20472

US Attorney General
US Dept. of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

**2. Name, Address of claimant and claimant's personal representative, if any.** (See instructions on reverse.) (Number, street, city, State and Zip Code)
Sean G Thomas
[redacted]
Kenner La 70062
(Lambert Nelson PLC)
701 Magazine St.
New Orleans 70130

**3. TYPE OF EMPLOYMENT:** [ ] MILITARY [X] CIVILIAN
**4. DATE OF BIRTH:** [redacted]
**5. MARITAL STATUS:** Married
**6. DATE AND DAY OF ACCIDENT:** Aug, 2006 Continuing from Date of Occupancy: present
**7. TIME (A.M. or P.M.):** Unknown

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Trailer Delivery Address: [redacted] Kenner La 70062

The United States Government, FEMA, its agents, affiliates, divisions and anyone acting by contract with the aforesaid, in providing temporary housing for hurricane victims in the States of Louisiana and Mississippi in the form of house and travel trailers, due to the negligent design, construction and toxic materials used in said trailer construction, as well as the failure of the specific trailer cited herein, has caused injuries to the claimants including sinus, respiratory, and other injuries, arthritic and pneumonia-like symptoms, headaches, nausea, emotional injuries and future injuries as a result of exposure to Carcinogens used in the manufacturing process.

The parties failed to remediate or otherwise protect claimants from exposure to toxic materials despite knowledge of toxic levels & risks associated therewith.

**9. PROPERTY DAMAGE**
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
FEMA?

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
Property damage not applicable

**10. PERSONAL INJURY/WRONGFUL DEATH**
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

- [✓] Headache
- [ ] Body Aches
- [✓] Joint Stiffness
- [ ] Irritation:
- [✓] Eyes
- [ ] Sinus
- [ ] Throat
- [ ] Lungs
- [✓] Nausea
- [ ] Vomiting
- [ ] Cough
- [ ] Other:

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Claimant is not aware of any witnesses at this time other than FEMA, its agents and claimants family | Unknown at this time. |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
|  | $150,000 |  | $150,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

**13a. SIGNATURE OF CLAIMANT** (See instructions on reverse side.) /s/ Sean Thomas
**13b. Phone number of signatory:** [redacted]
**14. DATE OF CLAIM:** 8/13/07

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of ... plus double the amount of damages sustained by the United [States]... | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

FEMA-00046

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS
Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

---

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

To Director, Torts Branch  
Civil Division  
U.S. Department of Justice  
Washington, DC 20530

and to the  
Office of Management and Budget  
Paperwork Reduction Project (1105-0008)  
Washington, DC 20503

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

**15. Do you carry accident insurance?** [ ] Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. [X] No

None that would cover this claim.

**16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?**

Not applicable

**17. If deductible, state amount**

Not applicable

**18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim?** (It is necessary that you ascertain these facts)

Not applicable

**19. Do you carry public liability and property damage insurance?** [ ] Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) [ ] No

NOT APPLICABLE

FEMA-00047

Addendum to 8:

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

*In addition to the case specific details, all 95s should include the following: The United States of America (U.S.) through its agencies, including but not limited to, the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent, and acted with deliberate and intentional indifference to the health and safety of the public by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including, but not limited to, FEMA , violated its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant(s) that exposed claimant(s) to unsafe and excessive formaldehyde levels. The U.S. and its agencies, including, but not limited to, FEMA, provided a trailer housing unit to the claimant(s) that contained building materials which emitted formaldehyde. The housing units were in violation of federal, local, state, national, and international trade group regulations and standards. The U.S. and its agencies, including, but not limited to FEMA, failed to insure that the trailer housing units provided to claimant(s) were suitable for their intended use, failed to properly inspect the units to make certain that they were in compliance with all local, state and federal regulations, failed to adhere to express and or implied warranties of habitability, failed to warn claimant(s) that they were being exposed to dangerously high levels of formaldehyde, failed to properly monitor the manufacturing process of the trailer housing units to insure that they were in compliance with all local and federal regulations, and/or, failed to provide the proper specifications to the manufacturers of the trailer housing units to insure that they were in compliance with all local and federal regulations. The U.S. and its agencies, including, but not limited to, FEMA, intentionally and with reckless indifference to the safety of the claimant(s), concealed knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including, but not limited to, FEMA, failed to immediately relocate the claimant(s) after learning of the excessive levels of formaldehyde, further exposing claimant(s). The U.S., through its agencies including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of formaldehyde levels in the trailer housing units provided to claimant(s) and others.

Addendum to 10:

10. State nature and extent of each injury or cause of death, which forms the basis of the claim. If other than claimant, state name of injured person or decedent.

*In addition to case specific damages we should include the following:
The claimant has suffered respiratory symptoms, as a result of exposure to excessive levels of formaldehyde. Additionally, the claimant has experienced fear, anxiety, and distress because of the risk of latent and/or future disease due to this exposure. As a result of their exposure to excessive levels of formaldehyde, the claimant will or may require medical monitoring to check for any signs of formaldehyde based health problems.

FEMA-00049

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) |
|---|---|
| FEMA 500 C Street SW Washington, D.C. 20472 — US Attorney General US Dept. of Justice 950 Pennsylvania Ave. Washington, D.C. 20530-0001 | Phuong Thomas (Lambert Nelson PLC) 701 Magazine St. Kenner LA 70062   New Orleans LA 70130 |

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT Aug. 2006 Continuing from Date of Occupancy: present | 7. TIME (A.M. or P.M.) Unknown |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | | Married | | |

**8. Basis of Claim** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof) (Use additional pages if necessary.)

Trailer Delivery Address: ▓▓▓▓▓▓ Kenner LA 70062

The United States Government, FEMA, its agents, affiliates, divisions and anyone acting by contract with the aforesaid, in providing temporary housing for hurricane victims in the States of Louisiana and Mississippi in the form of house and travel trailers, due to the negligent design, construction and toxic materials used in said trailer construction, as well as the failure of the specific trailer cited herein, has caused injuries to the claimants including sinus, respiratory, and other injuries, arthritic and pneumonia-like symptoms, headaches, nausea, emotional injuries and future injuries as a result of exposure to Carcinogens used in the manufacturing process.

The parties failed to remediate or otherwise protect claimants from exposure to toxic materials despite knowledge of toxic levels & risks associated therewith.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

FEMA?

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

Property damage not applicable

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

✓ Headache   Irritation:              ✓ Nausea        Other:
__ Body Aches   ✓ Eyes  ✓ Throat      __ Vomiting
__ Joint Stiffness   ✓ Sinus  __ Lungs  ✓ Cough

**11. WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Claimant is not aware of any witnesses at this time other than FEMA, its agents and claimants family | Unknown at this time. |

**12. AMOUNT OF CLAIM (In dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| | 150,000 | | 150,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT | 13b. Phone number of signatory | 14. DATE OF CLAIM |
|---|---|---|
| /s/ Phuong Thomas | ▓▓▓▓▓ | 8-13-07 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000 plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

FEMA-00050

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

### INSTRUCTIONS
Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in Item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in Item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

*Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,*

to Director, Torts Branch
Civil Division
U.S. Department of Justice
Washington, DC 20530

and to the
Office of Management and Budget
Paperwork Reduction Project (1105-0008)
Washington, DC 20503

### INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

| 15. Do you carry accident insurance? | Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. | [X] No |
|---|---|---|

None that would cover this claim.

| 16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? | 17. If deductible, state amount |
|---|---|
| Not applicable | Not applicable |

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

Not applicable

| 19. Do you carry public liability and property damage insurance? | Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) | [ ] No |
|---|---|---|

NOT APPLICABLE

FEMA-00051

### Addendum to 8:

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

*In addition to the case specific details, all 95s should include the following: The United States of America (U.S.) through its agencies, including but not limited to, the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent, and acted with deliberate and intentional indifference to the health and safety of the public by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including, but not limited to, FEMA, violated its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant(s) that exposed claimant(s) to unsafe and excessive formaldehyde levels. The U.S. and its agencies, including, but not limited to, FEMA, provided a trailer housing unit to the claimant(s) that contained building materials which emitted formaldehyde. The housing units were in violation of federal, local, state, national, and international trade group regulations and standards. The U.S. and its agencies, including, but not limited to FEMA, failed to insure that the trailer housing units provided to claimant(s) were suitable for their intended use, failed to properly inspect the units to make certain that they were in compliance with all local, state and federal regulations, failed to adhere to express and or implied warranties of habitability, failed to warn claimant(s) that they were being exposed to dangerously high levels of formaldehyde, failed to properly monitor the manufacturing process of the trailer housing units to insure that they were in compliance with all local and federal regulations, and/or, failed to provide the proper specifications to the manufacturers of the trailer housing units to insure that they were in compliance with all local and federal regulations. The U.S. and its agencies, including, but not limited to, FEMA, intentionally and with reckless indifference to the safety of the claimant(s), concealed knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including, but not limited to, FEMA, failed to immediately relocate the claimant(s) after learning of the excessive levels of formaldehyde, further exposing claimant(s). The U.S., through its agencies including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of formaldehyde levels in the trailer housing units provided to claimant(s) and others.

### Addendum to 10:

> 10. State nature and extent of each injury or cause of death, which forms the basis of the claim. If other than claimant, state name of injured person or decedent.

FEMA-00052

*In addition to case specific damages we should include the following:
The claimant has suffered respiratory symptoms, as a result of exposure to excessive levels of formaldehyde. Additionally, the claimant has experienced fear, anxiety, and distress because of the risk of latent and/or future disease due to this exposure. As a result of their exposure to excessive levels of formaldehyde, the claimant will or may require medical monitoring to check for any signs of formaldehyde based health problems.

FEMA-00053

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of the form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

1. Submit To Appropriate Federal Agency:
FEMA
500 C Street SW
Washington, D.C. 20472

on behalf of (mother)
US Attorney General
US Dept. of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530-0001

2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)
[redacted]
Kenner LA 70062
(Lambert Nelson PLC)
701 Magazine St.
New Orleans LA 70130

3. TYPE OF EMPLOYMENT: [ ] MILITARY [X] CIVILIAN
4. DATE OF BIRTH: [redacted]
5. MARITAL STATUS: Single
6. DATE AND DAY OF ACCIDENT: Aug 2006  Continuing from Date of Occupancy: [illegible]
7. TIME (A.M. or P.M.): Unknown

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

Trailer Delivery Address: [redacted] Kenner LA 70062

The United States Government, FEMA, its agents, affiliates, divisions and anyone acting by contract with the aforesaid, in providing temporary housing for hurricane victims in the States of Louisiana and Mississippi in the form of house and travel trailers, due to the negligent design, construction and toxic materials used in said trailer construction, as well as the failure of the specific trailer cited herein, has caused injuries to the claimants including sinus, respiratory, and other injuries, arthritic and pneumonia-like symptoms, headaches, nausea, emotional injuries and future injuries as a result of exposure to Carcinogens used in the manufacturing process.

The parties failed to remediate or otherwise protect claimants from exposure to toxic materials despite knowledge of toxic levels & risks associated therewith.

9. PROPERTY DAMAGE
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)
FEMA ?

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)
Property damage not applicable

10. PERSONAL INJURY/WRONGFUL DEATH
STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

___ Headache      Irritation:           ✓ Nausea       Other: nose bleed
✓ Body Aches     ✓ Eyes  ✓ Throat     ✓ Vomiting
✓ Joint Stiffness ✓ Sinus ___ Lungs   ___ Cough

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Claimant is not aware of any witnesses at this time other than FEMA, its agents and claimants family | Unknown at this time. |

12. (See instructions on reverse) AMOUNT OF CLAIM (In dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
|  | 150,000 |  | 150,000 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)
on behalf of
[signature] Elizabeth Nguyen

13b. Phone number of signatory: [redacted]
14. DATE OF CLAIM: 8-13-07

CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum of

CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine of not more than $10,000 or imprisonment for not more than 5 years

FEMA-00054

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 38 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim

## INSTRUCTIONS
Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:
(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

| To | and to the |
|---|---|
| Director, Torts Branch<br>Civil Division<br>U.S. Department of Justice<br>Washington, DC 20530 | Office of Management and Budget<br>Paperwork Reduction Project (1105-0008)<br>Washington, DC 20503 |

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? [ ] Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) and policy number. [X] No

None that would cover this claim.

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

Not applicable

17. If deductible, state amount

Not applicable

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? (It is necessary that you ascertain these facts)

Not applicable

19. Do you carry public liability and property damage insurance? [ ] Yes, If yes, give name and address of insurance company (Number, street, city, State, and Zip Code) [ ] No

NOT APPLICABLE

FEMA-00055

Addendum to 8:

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury or death, identifying the persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.)

*In addition to the case specific details, all 95s should include the following: The United States of America (U.S.) through its agencies, including but not limited to, the Federal Emergency Management Agency (FEMA) was negligent, reckless, careless, grossly negligent, and acted with deliberate and intentional indifference to the health and safety of the public by failing to provide the claimant with a housing unit that was reasonably safe and not dangerous. The U.S. and its agencies, including, but not limited to, FEMA, violated its duty to provide reasonably safe and habitable housing by providing a trailer housing unit to the claimant(s) that exposed claimant(s) to unsafe and excessive formaldehyde levels. The U.S. and its agencies, including, but not limited to, FEMA, provided a trailer housing unit to the claimant(s) that contained building materials which emitted formaldehyde. The housing units were in violation of federal, local, state, national, and international trade group regulations and standards. The U.S. and its agencies, including, but not limited to FEMA, failed to insure that the trailer housing units provided to claimant(s) were suitable for their intended use, failed to properly inspect the units to make certain that they were in compliance with all local, state and federal regulations, failed to adhere to express and or implied warranties of habitability, failed to warn claimant(s) that they were being exposed to dangerously high levels of formaldehyde, failed to properly monitor the manufacturing process of the trailer housing units to insure that they were in compliance with all local and federal regulations, and/or, failed to provide the proper specifications to the manufacturers of the trailer housing units to insure that they were in compliance with all local and federal regulations. The U.S. and its agencies, including, but not limited to, FEMA, intentionally and with reckless indifference to the safety of the claimant(s), concealed knowledge of the excessive levels of formaldehyde in the trailer housing units. The U.S. and its agencies, including, but not limited to, FEMA, failed to immediately relocate the claimant(s) after learning of the excessive levels of formaldehyde, further exposing claimant(s). The U.S., through its agencies including but not limited to FEMA, has engaged in a concerted effort to "cover up" and conceal testing results of formaldehyde levels in the trailer housing units provided to claimant(s) and others.

Addendum to 10:

10. State nature and extent of each injury or cause of death, which forms the basis of the claim. If other than claimant, state name of injured person or decedent.

FEMA-00056

\*In addition to case specific damages we should include the following:
The claimant has suffered respiratory symptoms, as a result of exposure to excessive levels of formaldehyde. Additionally, the claimant has experienced fear, anxiety, and distress because of the risk of latent and/or future disease due to this exposure. As a result of their exposure to excessive levels of formaldehyde, the claimant will or may require medical monitoring to check for any signs of formaldehyde based health problems.

FEMA-00057