UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 6

**DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**APPLICATION/REGISTRATION FOR DISASTER ASSISTANCE**

| | | |
|---|---|---|
| Registration ID: 92-1166577 | O.M.B. No. 1660-0002 Expires May 31, 2010 | DR # 1604 |

| 1. Name (Last, First, MI) HUCKABEE, LINDSAY T. | 2. Language English | 3. Social Security Number | 4. Date of Birth | 5. Date of loss 08/29/2005 | 6. Application Date 09/05/2005 |
|---|---|---|---|---|---|

| 7A. Damaged phone # None | 7B. Alt Damaged phone # None | 7C. Current phone # NOTE: CELL PHONE | 7D. Alt Contact phone # NOTE: CO REGS CELL | 7E. Email address |
|---|---|---|---|---|

**8. Address of Damaged Property**

| Street Address | City PASS CHRISTIAN | State MS | Zip+4 39571-4135 | County HARRISON |
|---|---|---|---|---|

**9. Current Mailing Address**

| | KILN | MS | 39556-8277 | |
|---|---|---|---|---|

**10. What is your current location?** Family/Friends Dwelling

| 11. Do you own or rent your home? Rent | 12. Is the address listed in #8 your primary residence? Yes (Primary) |
|---|---|
| 13. Type of residence: Apartment | |

| 14A. Was your home damaged by the disaster? Yes | 14B. Personal property damaged? Yes |
|---|---|
| 14C. Was the access to your home restricted? Mandatory Evacuation | Utilities Out |
| Emergency Needs? Food ? Yes | Clothing ? — Shelter ? |

**15. Cause of Damage:** Flood; Seepage; Hail/Rain/Wind Driven Rain;

**16. Other Expenses:**

**17. Disaster related expenses (for uninsured or underinsured)**
Medical (including medication): No   Dental: No   Funeral: No

**18. Home/Personal Property Insurance:**

| Insurance Type | Insurance Name |
|---|---|
| Automobile Liability | |
| Automobile Comprehensive | |
| No RP or PP Insurance | |

**19. Vehicle Damage due to Disaster**

| Vehicle Information (Year, Make, Model) | Damaged | Drivable | Comp | Liability | Registered |
|---|---|---|---|---|---|
| 2004; CHEVROLET; VENTURE | No | Yes | Yes | Yes | No |

**20. Special Needs:** Did you, your spouse, or any dependents have help or support doing things like walking, seeing, hearing, or taking care of yourself before the disaster and have you lost that help or support because of the disaster?

Mobility:
Cognitive/Developmental Disabilities/Mental Health:
Hearing or Speech:
Vision:
Other:

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

**21. Occupants living in primary residence at time of disaster:**

| Last, First MI | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| HUCKABEE, LINDSAY T. | Registrant | | 24 | Yes |
| HUCKABEE, STEVEN | Co-Reg/Spouse | | 28 | No |
| | Immed Family | | 10 | Yes |
| | Immed Family | | 6 | Yes |
| | Immed Family | | 4 | Yes |
| | Immed Family | | 2 | Yes |

**22. BUSINESS DAMAGES:** Self Employment is primary income? No
Own/Represent a business or rental property affected by disaster? No

**23. Number of claimed dependents:** 6   Combined family pre-disaster gross income: $33800   **24. Electronic Funds Transfer:** Yes

**25. You have been referred to the following sources for Disaster Aid.**

Emergency Assistance (ARC)
Disaster Unemployment Assistance
Tax Assistance
SBA Workshop

If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585

FEMA Form 90-69 JUN 07      REPLACES ALL PREVIOUS EDITIONS

FEMA114-000026

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**INDIVIDUALS AND HOUSEHOLDS PROGRAM (IHP)** 9211665977
**OCCUPANT DWELLING LEASE**

This lease, made and entered into on 01-23, 2006, between the Federal Emergency Management Agency, herein called the "Landlord," and Steven Huckabee, herein called the "Tenant."

REGISTRATION #: 9211665977
STATE OF (Location of Temporary Residence): 39556 Kiln, MS
COUNTY OF (Location of Temporary Residence): Hancock
Federal Disaster Declaration No.: 1604
Federal Disaster Declaration Date: 8-29-05

1. The Landlord hereby leases to the Tenant the following described premises: _____ Kiln, MS 39556
   FEMA owned MH on site
   *(Complete address, including unit number. Attach map or narrative description if rural route.)*

   ☒ Manufactured Home (MH)   ☐ Travel Trailer (TT)   ☐ Other (Specify)_____
   ☒ Furnished   ☐ Unfurnished   Number of bedrooms 3  Number of bathrooms 1

   Additional description of premises: FEMA OWNED MH Gov't #1201761 Vin # VAFL519A62131-8A32

   This assistance is to be used exclusively for purposes of a family residence solely for Tenant's household listed as follows:
   Steven, Lindsay, _____ and _____ Huckabee
   Tenant must notify Landlord in writing within 7 days of any change in household composition to the address indicated in paragraph eleven (11) hereof. Landlord reserves the right to relocate Tenant to other premises at any time.

2. The initial term of this Lease will begin on 01-23, 2006 and end on the last day of that same month. The Lease may thereafter be renewed for successive terms of one calendar month each, subject to recertification of continuing eligibility for direct housing assistance, the termination provisions in paragraph nine (9) hereof, and 44 CFR §206.117. Tenant acknowledges that the premises provided herein are temporary and it is expressly understood that this Lease in no way guarantees continued assistance beyond the initial term.

3. Tenant agrees to diligently undertake to obtain permanent accommodations at the earliest possible date. Tenant further agrees to accept adequate alternate housing when it becomes available.

4. Rent may be charged pursuant to the provisions of paragraphs five (5) and ten (10) hereof.

5. If Tenant is eligible for any payments or allowances for temporary housing needs from insurance, such as Additional Living Expenses (ALE), Tenant agrees to reimburse FEMA at the monthly fair market rent for the unit provided, or the housing portion of the monthly ALE benefit, whichever is less.

6. Tenant is responsible for the payment of all utility charges during the term of occupancy.

   CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

7. Maintaining Unit.

   a. Tenant agrees to promptly notify the Landlord or Party identified by Landlord responsible for maintenance when any damage or defect is found so that repairs can be made as necessary. The Party responsible for providing maintenance services is FEMA and can be reached at (Phone) 866-259-3521. If damages or injury occur as a result of Tenant's failure to report any damage or defect found within the leased premises, Tenant will be liable for the resultant damages and injury.

   b. Tenant will make no major repairs to the leased premises without Landlord's prior written consent. Landlord will not pay for repairs made by Tenant without prior written consent.

   c. Tenant agrees to keep the leased premises in a clean and orderly condition. Tenant agrees to surrender the leased premises in as good a state and condition as it was in at the commencement of the term of this Lease, less ordinary wear and tear. Tenant will be charged for any costs or repairs that are the result of abuse or negligence of Tenant, Tenant's family or guests.

   d. The condition of the leased premises, and the furnishings and other property provided in the leased premises by Landlord, will be inspected for condition and will be inventoried at the commencement date of this Lease. A copy of the inspection and inventory checklist of such property and leased premises will be signed by the Tenant and will be attached to and made a part of this Lease. At the expiration of the term of this Lease, Tenant will return the furnishings and other property in the condition existing at the time of move-in, less ordinary wear and tear, or will pay Landlord the reasonable value for any items not returned to Landlord in such condition. All personal property placed in the leased premises will be at the sole risk of Tenant, for which Landlord assumes no liability.

FEMA114-000027

REGISTRATION NO. 921166571

e. Tenant will not make any structural alterations or changes to the leased premises; will not paint any portion of the leased premises; and will not install any awnings, or other projections including, but not limited to radio or television aerials or satellite dishes on the leased premises, without the prior written consent of Landlord.

f. Landlord will retain duplicate keys to all of the doors of the leased premises. Subject to a minimum of twenty-four (24) hours prior written notice, Landlord, or its managing agency, will have access to the leased premises during reasonable business hours to make inspections or to make repairs. In the case of an emergency, prior notice is not required. Tenant shall not, without Landlord's prior written consent, alter, re-key or install any locks to the premises or install any security system.

8. Tenant will not sublet all or any part of the leased premises or assign this Lease. In the event Tenant vacates the leased premises, with or without notice to Landlord, this Lease will be deemed terminated, and Landlord will have the right to re-enter and take immediate possession. Tenant accepts liability for any unpaid rent, utilities or other damages if applicable. If Tenant vacates the premises without giving notice, Tenant accepts liability for damages resulting from vandalism.

9. Landlord may terminate this Lease, at any time, by giving Tenant a written Notice of Termination, 15 days prior to the date of termination. Reasons for termination include, but are not limited to, the following: (a) adequate alternate housing is available; (b) failure to pay rent, utility, or other appropriate charges; (c) failure to utilize and maintain the leased premises in a manner normally expected of tenants of rental housing; (d) failure to reimburse Landlord when funds are received from insurance coverage; (e) determination that temporary housing assistance was obtained though misrepresentation or fraud; (f) use, or permitting to be used, the leased premises for any unlawful or illegal purpose, or doing or permitting any unlawful act in or upon the leased premises; (g) causing or permitting any disturbing noises, objectionable or improper conduct, or any other act which will unreasonably interfere with the rights, comforts or convenience of other tenants; and (h) Tenant's failure to comply with any term of this Lease. The Notice of Termination will state: (1) the reasons for termination; (2) the date of termination (no less than 15 days after receipt of the notice); and (3) the administrative procedures required for appeal if Tenant wishes to dispute the termination. Upon termination of this Lease, or upon breach of any term of this Lease by Tenant, Landlord shall have the right to re-enter and take possession of the leased premises by legal process from the court having jurisdiction in the premises.

10. If Tenant does not vacate the premises at the termination of this Lease, Tenant will be responsible for rent, based upon the fair market rent of the accommodations being furnished the date of termination until an eviction process is concluded.

11. Tenant may terminate this Lease by giving Landlord 15 days written notice, delivered to Landlord at _____
2350 Beach Blvd Biloxi, MS 39531
(Address of Managing Agency)

12. The Tenant agrees to abide by the park rules if the leased premises is a mobile home or travel trailer situated on a group site maintained by Landlord, or its managing agency, or if the leased premises is a mobile home or travel trailer situated in a commercial park. Failure to abide by the park rules will constitute grounds for terminating this lease.

13. Landlord and Tenant covenant and agree that this Lease agreement, with any attachments hereto, constitutes the entire agreement of the parties. Any modifications or changes to this Lease must be in writing, signed by the parties, and attached to this Lease.

14. Federal law applies to the extent applicable; otherwise the law of the state in which the leased premises are located will apply.

15. It is understood and agreed that the premises leased herein are provided under emergency conditions as disaster relief with the assistance of the United States of America and that the use and occupancy of the leased premises will, in addition to the terms and conditions set forth, be governed by rules, regulations, decisions, and emergency authority of the United States of America acting by and through the Federal Emergency Management Agency or its managing agency.

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

The parties hereby agree to the terms of this Lease:

1-23-06   _____        1-23-06   _____
Date       FEMA Representative          Date       Tenant

           _____                  _____
            Date                                   Spouse/Co-Tenant

In the case of property sublet by the Government, the name, address and telephone number of the owner/agent is to be provided for maintenance requests.

| NAME (Owner/Agent) | | TELEPHONE NO. |
|---|---|---|
| | | Landlord: FEMA/Managing Agency |
| | NAME | |
| | TITLE | DATE |

DISASTER TEMPORARY HOUSING ASSISTANCE PROGRAM



# FEMA
## Federal Emergency Management Agency
## Comments Report

"Official Use Only"
Last refresh: 10/23/2008 05:32:33 PM

**1604**
**921166577**
**HUCKABEE, LINDSAY**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 09/25/05 | | Inspector Comment | *20516 |
| 09/25/05 | | Inspector Comment | *20516 - 25. UTILITIES OUT: Electric. 26. UTILITIES OUT: Sewer. 27. UTILITIES OUT: Water |
| 09/25/05 | | Inspector Comment | *20516 - CLOTHING - APP EVACUATED WITH SUFFICIENT CLOTHING |
| 09/25/05 | | Inspector Comment | *20516 - DESTROYED BY 28 FT FLOOD SURGE. INTERIOR DESTROYED THRU SECOND FLOOR. |
| 09/25/05 | | Inspector Comment | *20516 - PP APPL NOT TESTED - NO ELEC BUT APPEAR DESTROYED. |
| 10/29/05 | Susan Mills | JFO MH/SITE REQUEST ISSUED/ 10/28/05 | JFO MH/SITE REQUEST ISSUED/ 10/28/05 |
| 12/17/05 | Jamie Cox | SHELTER AGREEMENT SIGNED 10-10-05 | SHELTER AGREEMENT SIGNED 10-10-05 TT SITE <br> KILN, MS 39556 |
| 01/29/06 | Brenda Anderson | MS JFO/MH LEASED 01/23/06 | MS JFO/MH LEASED 01/23/06 |
| 07/11/06 | Susan Van Hanegen | 1604 PICAYUNE RECERT/1ST RECERTIFICATION COMPLETE | FIRST CERTIFICATION COMPLETE PICAYUNE RECERTIFICATION/SCV/07/11/06 |
| 07/11/06 | Susan Van Hanegen | 1604 PICAYUNE RECERT ROI ON FILE | AUTHORIZED TO RELESE CONFIDENTIAL INFORMATION FORWAEDED TO NPSC TO BE RETAINED IN PERMANENT RECORD 1604 PICAYUNE RECERTIFICATION/SCV/07/11/06 |
| 07/13/06 | Christine Howell | MS TRO MH//APP LEASED IN ON 7/08/06 | MS TRO MH//APP LEASED IN ON 7/08/06 @ KILN, MS 39556 MHOPS-CH |
| 07/22/06 | Brandy Adams | 91 INCOMING MAIL=MH/TT LEASE | APP SUBMITTED MH/TT LEASE DOC#27519736 ON 7/21/06 |

1 of 10

| | | | |
|---|---|---|---|
| | | | ERFD STATUS ALREADY ENTERED ROUTE TO COMPLETE |
| 07/31/06 | Alicia Lanier | 1604 PICAYUNE RECERT | APP NEEDING T.T. PICKED UP. APP NOW IN FEMA MH. / 7/15/06/ AAL |
| 08/15/06 | Alicia Lanier | 1604 PICAYUNE RECERT | 2ND RECERT COMPLETE. 8/5/06 |
| 09/29/06 | Alicia Lanier | 1604 PICAYUNE RECERT | 3RD RECERT COMPLETE. APP BOUGHT PROPERTY IN GULFPORT. HAS HOUSING PLANS. 9/28/06 AAL |
| 10/10/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 10/30/06 | Alicia Lanier | 1604 PICAYUNE RECERT | 4TH RECERT COMPLETE. NO PROGRESS SINCE LAST MONTH. SPOKE W/ SALES ABOUT PURCHASING FEMA MH. 10/24/06 AAL |
| 11/02/06 | Dawn Hays | MS/TRO TT/MOVE OUT 10/23/06 | MS/TRO TT/MOVE OUT 10/23/06 @ ▮▮▮▮▮ KILN, MS (BARCODE 1194539) |
| 11/29/06 | Alicia Lanier | 1604 PICAYUNE RECERT | 5TH RECERT COMPLETE. APP STATES NO PROGRESS. APP SAVING MONEY. APP NOT SURE IF THEY WANT TO GET A MH ON PROPERTY OR BUILD A HOUSE. . 11/25/06 AAL |
| 12/27/06 | Keisha Griffith | TRO-Ms MHOPS UPDATE | Created wo to repair leaking shower. Applicant shower is leaking inside the MH wall causing reoccuring mold in the bathroom. |
| 03/02/07 | Susan Van Hanegen | 1604 PICAYUNE RECERT 6th RECERT COMPLETE | 6th RECERT APPROVED FROM 02/26/07 THRU 03/23/07 SCV. |
| 04/02/07 | Olga Howard | MS TRO/DHOPS SALES-FILE REVIEW/CC | 4.02.07 CW REVIEW OF FILE FOR REINSTATEMENT OF SALES PROGRAM. NO DOCUMENTS PREVIOUSLY PROVIDED BY APPLICANT FOR PURCHASE OF UNIT. NO DIRECT CONTACT WITH APPLICANT. UNABLE TO LEAVE MESSAGE, LINE BUSY. WILL ATTEMPT CONTACT AGAIN AT A LATER DATE. TRO/DHOPS SALES CONTACT-OH 228.594.3472  4.02.07 |
| 04/03/07 | Lewis Brown | MS TRO MHOPS update | Issued work order Z7-02043 for wooden steps old steps are rotten |
| 05/16/07 | Deborah Pelletier | 93 WINRUNNER GENERATED COMMENT PER USER REQUEST | |

2 of 10

| | | | Correspondence tab. |
|---|---|---|---|
| 05/16/07 | Deborah Pelletier | Sales / MS / 1604 / NOI | Notice of Interest for the offer to purchase the FEMA provided unit sent by MS TRO to the applicant on 05/14/2007. |
| 05/16/07 | Keisha Griffith | TRO-MS MHOPS UPDATE | APP PUT IN A CC TICKET STATING THAT PRESENCE OF FORMALDEHYDE. SENT TO THE INSPECTORS FOR AN ASSESSMENT. |
| 05/24/07 | Deeann Simer | MS/TRO MHOPS SWAP UPDATE | THE APP WAS CONTACTED BY SALES LEAD AND MHOPS LEAD DUE TO THE APP'S REQUEST TO HAVE A MH PLACED ON HIS PRIVATE PROPERTY. THE APP HAS REQUESTED A SWAP DUE TO FORMALDAHYDE AND MOLD IN HIS CURRENT UNIT. aPP CANNOT UNDERSTAND WHY A NEW UNIT CANNOT BE PLACED ON HIS PROPERTY IN HARRISON COUTNY BUT COULD BE OFFERED A COMMERCIAL PARK. IT WAS EXPLAINED TO APP THE DIFFERENCE WAS THAT THE COMMERCIAL UNIT WAS ALREADY SET UP AND READY FOR OCCUPANCY. HE REFUSED AND STATED THAT HE WOULD CONTINUE TO STAY IN THE MOLDY UNIT WITH HIS CHILDREN FOR FOUR MORE DAYS UNTIL HE COULD GET SOME ANSWERS FROM HIS CONTACTS. THE APP DID NOT EXPLAIN WHAT HE MEANT BY CONTACTS BUT DID MAKE US AWARE THAT HE WAS CONTACTED BY THE MEDIA TO DO AN INTERVIEW. THE NEW DSG DIRECTIVE WHICH STATED NO NEW INSTALLS WERE PERMITTED AFTER MAR. 31, 2007. THE SALES LEAD ALSO EXPLAINED THE SALES PROGRAM, THEY ARE NOT INTERESTED IN PURCHASING THE UNIT THEY ARE CURRENTLY LEASED IN. A NEW NOI WILL BE MAILED WHEN SWAP IS COMPLETED. APP STATES THAT HE HAS 5 CHILDREN AND WILL NOT MOVE INTO A COMMERCIAL PARK. 5/24/07 DS/JG |
| 05/30/07 | Keisha Griffith | TRO-MS MHOPS UPDATE | MHOPS INSPECTORS CHECKED THE APP'S UNIT FOR FORMADLEHYDE. APP WAS ADVISED OF THE PROPER METHODS TO VENT AND CLEAN THE MOLD IN THE UNIT. UNPON THE 48 HOUR FOLLOW-UP THE APP THEY COULD STILL |

3 of 10

| | | | SMELL FORMADEHYDE IN THE UNIT. APP UNIT IN THE PROCESS OF GETTING SWAPPED DUE TO FORMALDEHYDE. CLOSED CC TICKET. |
|---|---|---|---|
| 06/08/07 | Krystle Lansford | MS TRO MHOPS UPDATE | 6-8-07 WORK ORDER WRITTEN TO: HAUL & INSTALL FEMA MH TO REPLACE CURRENT MH. SET NEW MOBILE HOME IN SAME SPOT AS CURRENT MH BC# 1201767. USE EXISTING UTILITIES. MUST CALL APP BEFORE INSTALLATION OF NEW UNIT @ ▓▓▓▓ DUE TO DOG BEHIND FENCE. PULL A UNIT THAT HAS BEEN PREVIOUSLY USED WITH ALL FURNITURE & NO PRESENCE OF FORMALDEHYDE OR MOLD. REF INSTALL WO# KSCO-0001 & DEACT WO#K4-00017 DEACT bc# 1201767 |
| 06/25/07 | Angela Ghita | MS TRO MHP// LEASE IN ON 6/20/07 | @ ▓▓▓▓ KILN, MS. (BC 1273001) |
| 07/28/07 | Juanita Woods | MS/TRO FORMALDEHYDE | FORMALDEHYDE NOTICE - MHOPS - 7/28/07 APPLICANTS NUMBER ON FILE NOT WORKING LFT MSG WITH ALT NR APP'S GRANDMOTHER FOR APP TO CALL. ANYONE MAKING CONTACT WITH APP PLEASE GET A GOOD DAYTIME CONTACT NR. |
| 07/30/07 | Oouida Romious | TRO/MS/1604 APP SVS CALL CENTET TICKET# 207180 | APPLICANT SVS MADE CONTACT WITH APPLICANT CONCERNING; RA. EXPLAINED THE RA PROGRAM. SHE STATED THAT THE FAMILY HAD MEDICAL ISSUES AND CAN NOT AFFORD TO LEAVE THE UNIT. APPLICANT WANTED A GURANTEE OF HOW LONG THE RA PROGRAM WOULD LAST. |
| 08/14/07 | Marie Brandenburg | MS/TRO FORMALDEHYDE | CALLED APP FOR FOLLOW UP ON NEW RR LEFT MESSAGE ON CO/REG PHONE WITH RENTAL MANAGEMENT LLC (228)385-4663 3BDR $825.MO RENT. |
| 10/18/07 | Charles Jones | SITE VISIT PICAYUNE MS | SV 10-18-07 COULD NOT VERIFIED BC AND VIN# ,GATE LOCKED WITH A BEWARE OF DOG SIGN , THEIR IS A MH ON THE PROPERTY CEJ |
| 10/22/07 | Charles Jones | SITE VISIT PICAYUNE MS | NO SHOW ,NO CONTACT ▓▓▓▓ KILN MS NO ONE WAS THERE BETWEEN 10:30 AM TO 11:15 TOO MANY DOGS .CEJ |
| 02/21/08 | Robin | MS TRO APP SERVICES | During a file review for app's housing options it |

4 of 10

| | | | |
|---|---|---|---|
| | Belesky | FILE REVIEW | was found the app had been on the MEMA Cottage but was rejected for the MEMA cottage ¿because they were not residing in a FHU.¿ It appears MEMA¿s info had been checked after the app's 2nd FHU had been deacted but before NEMIS showed the lease-in for the 3rd unit. That info has now been corrected w/ MEMA. Per MEMA the app will be reinstated in the MEMA Cottage program. This does not mean the app will get a cottage; it just puts app back on the Cottage list. They still have to go through the MEMA cottage process |
| 02/27/08 | Harold Lanning Jr | MS/TRO CDC FLYER RETURNED RECEIPT | DOMESTIC RETURN RECEIPT SIGNED BY MIKE HUCKABEE ON 2/20/2008          HJL 2/27/2008 |
| 03/05/08 | DORIS ROBBINS | MS TRO ELA HOTEL AUTHORIZATION | PER NCT HOTEL IS AUTHORIZED FROM 3/6/08 - 4/5/08 |
| 03/05/08 | Ginger Basye | 93 - NCT - AUTHORIZED HOTEL | |
| 03/05/08 | Robin Belesky | MS TRO CONGRESSIONAL - TAYLOR | Per Inquiry: The applicant does not want to go into the hotel in Diamondhead. She would like to go to the Econolodge on Canal Road in Gulfport because they have kitchenettes. - - - - - FORWARD TO ELA |
| 03/05/08 | DORIS ROBBINS | MS TRO ELA CC TO APP RE: HOTEL NEEDS | APPLICANT REQUESTED ROOM IN GULFPORT OR BAY SAINT LOUIS. SHE ALSO REQUESTED CRYSTAL INN SPECIFICALLY. EXPLAINED THE CRYSTAL INN IS BOOKED BECAUSE OF A HORSE SHOW IN TOWN. APP STATES TWO OF HER CHILDREN ARE ILL. BOTH HAVE UPPER RESPITORY INFECTIONS. I CALLED KEY WEST IN BAY ST LOUIS WHICH IS THE ONLY HOTEL WORKING WITH FEMA IN BAY ST LOUIS AT THIS TIME. SPOKE WITH PAULA. NO ROOMS AVAILABLE BUT POSSIBLY WOULD HAVE SOME IN A WEEK TO 10 DAYS. PAULA NEVER CALLED ME BACK WITH THE INFORMATION. I EXPLAINED TO APP THE CIRCUMSTANCE WITH THE HOTELS. APP STATED SHE WOULD PREFER BAY ST LOUIS BUT WHEN I TOLD HER I COULD GET HER BOOKED INTO THE DIAMOND HEAD INN SHE ASK IF I COULD GET THE ECONO LODGE ON CANAL. I EXPLAINED THEY ARE NOT WORKING WITH FEMA AT THIS TIME. |

| | | | |
|---|---|---|---|
| | | | APP ACCEPTED THE DIAMOND HEAD INN AND I MADE THE RESERVATION AND SET UP AN AUTHORIZATION THRU NCT. |
| 03/05/08 | Patty Anderson | MS TRO ELA HOTEL SEARCH | SOME CALLED W/KITCHENETTER = NO AVAILABILITY<br>ECONOMY INN ON CANAL RD GULFPORT, MS<br>VALUE PLACE HWY 49 GULFPORT, MS<br>SURBURBAN EXTENDED STAY GULFPORT, MS<br>GULF HILLS OCEAN SPRINGS, MS<br>SUN SUITES GULFPORT, MS<br><br>FAIRFIELD INN GULFPORT, MS<br>COMFORT INN OCEAN SPRINGS, MS<br>SUPER 8 DIBERVILLE, MS<br>QUALITY INN BILOXI, MS<br>RAMADA BILOX, MS<br><br>BROADWAY INN EXPRESS, BILOXI CAN ACCOMMODATE W/NON SMOKING ADJOINING ROOS AND MICRO AND REFRIG |
| 03/12/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Attempting to contact app for follow up on RR ▓▓▓▓ someone answered very broken don't know if app could hear me tryed to leave CB# app hung up will try later. MB 3/12/2008 |
| 03/14/08 | Rochelle Lewis | TRO-BILOXI, APP SERVICES UPDATE REVIEW | MS TRO-BILOXI CDC Workshop 03/03/2008, @ St. Rose in Bay ST Louis, MS, spoke with app who stated she has been offered a MEMA Cottage, app states she would be interested in in RR. App states she is looking for something about $800.00 a month and her HH = 7, 3 girls, 2 boys, 2 adults. Advised someone would contact her with RR in her local area. Info was ref'd to app's caseworker 03/04/2008, so CW could contact app with RR at ▓▓▓▓ rl |
| 03/14/08 | Marie Brandenburg | MS/TRO/APP SVC CALL CENTER COMMENTS | 03/04/2008 - COMMENTS FROM CALL CENTER DB RE: TICKET # 246689 ISSUED 03/04/2008 --- Contacted app per CC ticket # 246689 app requesting a hotel for her family of 7,(2 Adults and 5 children 3 girls and 2 boys ages 2-13.) App waiting on MEMA Cotage Forwarded app request to POC for ELA . Also discussed with app her request for RR when she attended CDC meeting in Bay St Louis app |

| Date | Name | Service | Comment |
|---|---|---|---|
| | | | stated she could afford $800. monthly rent. I offered app ▨ 3 bedroom 2 bath, ▨ 3bd 2 bath $875. month - month, 8132 Road ▨ 3bd 2 bath $850 month-month ▨ 3 bedroom 2 bath, MH $700. rent month to month. App states she does not want to get in to a rental that she will not be able to break the lease once her cottage is delivered MB 3/4/2008 |
| 03/14/08 | Marie Brandenburg | MS TRO APP SVC | RESPONSE TO APP'S CONCERN RE: SCHOOL ISSUE - - - On 03/11/2008 app stated she had been informed by her children¿s school district superintendent that as of 03/14/2008 the children would not be able to attend school because the district does not recognize a hotel as a residence. FEMA does not have the authority to direct what a particular school district can or cannot accept as a residence for enrollment of students. This issue was forwarded to the State of Mississippi for assistance because FEMA has no authority over a school district decision. On 03/12/2008, the State responded that the Mississippi State Department of Education would notify all of the Coastal school districts by 03/14/2008 that FEMA is moving applicants into hotels as a temporary housing option for those applicants moving out of FEMA temporary housing unit while searching for rental units. |
| 03/14/08 | Robin Belesky | MS APP SVC -CORRECTION | THE PREVIOUS COMMENT SHOULD HAVE BEEN ENTERED UNDER THE USER NAME Robin Belesky. |
| 03/14/08 | Gertrude Necaise | CDC TESTING-MS TRO MHOPS | ¿The applicant has been issued a CDC testing work order, do not Deact or perform any interior work until Testing is complete.¿ |
| 03/14/08 | Robin Belesky | MS TRO APP SVC | RESPONSE TO APP'S CONCERN RE: FOOD ASSISTANCE - - - On 03/05/2008, the app stated to the ELA caseworker they could not move into the hotel because it did not have a kitchenette or a microwave/refrigerator. She stated with 5 children they could not afford to eat out every meal. ELA also spoke with the Co-reg on 03/05/2008 re: assistance with food. At that time the Co-reg was advised the assistance to provide food vouchers for applicants in hotels was not yet in place and advised his concern would be forwarded to supervisor. On 03/06/2008, ELA spoke w/ app who stated they |

| | | | |
|---|---|---|---|
| | | | would not go to the hotel until they received assistance with food. - - - On 03/07/2008, FEMA received verification from Headquarters/ARC via MS TRO VAL that ARC would be able to provide app with a CAC card, i.e., a debit card which could be used at any restaurant. On 03/07/2008, ELA verified that app checked into the hotel. |
| 03/14/08 | Robin Belesky | MS TRO APP SVC | RESPONSE TO APP'S CONCERN THAT PP IN fhu HAS TO BE PACKED AND REMOVED BY 03/17/2008 FOR UNIT TO BE PICKED UP. - - - On 03/13/2008, App Svc caseworker contacted Co-reg to follow-up on search for rental unit. Co-reg stated not had enough time to contact RR, busy packing PP in MH. His understanding was MH was going to be picked up although Mrs Huckabee¿s request for 3/17 had been approved. - - - MS TRO MHOPS verified there is no date set for the deactivation and pick-up of the app's FHU. At this time, since FEMA is unable to provide storage for the app's PP, the app will be allowed to use the FHU as storage space for their PP. |
| 03/25/08 | Patty Anderson | MS TRO ELA HOTEL REVIEW | LOOKED FOR HOTEL W/KITCHENETTE AND/OR ADJOINING ROOMS<br><br>NONE AVAILABLE IN THE AREA. |
| 03/26/08 | Patty Anderson | MS TRO ELA HOTEL REVIEW | CALLED HOTELS W/KITCHENETTES IN AREA<br>GOOGLED FOR HOTELS W/KITCHENETTES<br>IN KILN, DIAMONDHEAD, GULFPORT AND PICAYUNE<br><br>ALL THE HOTELS LISTED HAVE BEEN CALLED YESTERDAY AS WELL: NO AVAILABILITY<br><br>CALLED THE HOTEL THE FAMILY IS IN TO SEE IF THEY WOULD ALLOW ANY OTHER COOKING APPLIANCES IN THE ROOM<br>HOTEL STATED INSURANCE WOULD NOT ALLOW THAT<br><br>HOTEL STATED THEY ARE IN STATED THEY HAVE A PLACE PEOPLE CAN BARBEQUE |

| 04/03/08 | PATRICIA LUNDAY | MS TRO ELA REVIEW CHILDREN AGES | AGES OF CHILDREN 2,4,6,8 AND 13 |
|---|---|---|---|
| 04/03/08 | PATRICIA LUNDAY | MS TRO ELA REVIEW RE: IDV PASS/OCCUPANCY VERIFIED | |
| 04/09/08 | Jennifer Glover | MS TRO/FORMALDEHYDE UPDATE | Attempted to contact to update status on finding a rental. Called ▮▮▮ and ▮▮▮ (1ft msg on vm); Called hotel(1ft msg)./JG |
| 04/11/08 | Desiree Jones clark | SITE VISIT | APP IS CURRENTLY RECEIVING HOTEL/MOTEL ASSISTANCE DUE TO ISSUES WITH MOBILE HOME AS OF MARCH 2008. APP STATED THAT THE UNIT SHOULD BE REMOVED FROM HER PROPERTY SOON.<br><br>VERIFIED MH STILL ON SITE LOCATED AT ▮▮▮, KILN, MS 39556.<br>BC - 1201761<br>VIN - VAFL519A62131-8A32<br>(DJC 4/11/08). |
| 04/21/08 | Michael Oliver | MS TRO MH MOVE OUT 04/17/018 | MS TRO MH MOVE OUT 04/17/018 AT ▮▮▮, KILN, MS. - BC 1273001 - MDO/MHOPS |
| 04/29/08 | Desiree Jones clark | SITE VISIT | VERIFIED TT STILL ON SITE AS OF 4/25/08. MOI COMPLETED ON 4/17/08.<br><br>▮▮▮, KILN, MS 39556<br>BC - 1273001<br>(DJC 4/29/08). |
| 04/29/08 | Desiree Jones clark | SITE VISIT - UPDATE | VERIFIED MH (FHU) STILL ON SITE AS 4/25/08.<br><br>▮▮▮, KILN, MS 39556<br>BC - 1273001<br>(DJC 4/29/08). |
| 05/20/08 | Desiree Jones clark | SITE VISIT | VERIFIED MH (FHU) STILL ON SITE AS OF 5/19/08; APP IS RESIDING IN A MOTEL/HOTEL DUE TO FORMALDEHYDE ISSUES WITH MH. MOI WAS COMPLETED ON 4/17/08.<br><br>▮▮▮, KILN, MS 39556<br>(HANCOCK)<br>BC - 1273001<br>VIN - 41255850<br>(DJC 5/20/08). |

| Date | Name | Action | Notes |
|---|---|---|---|
| 05/28/08 | Deborah Butcher | MS/TRO DHAP FAMILY OBLIGATIONS=REFUSED | SPOKE TO CO-APP WHO REFUSED TO SIGN YES OR NO FOR DHAP FAMILY OBLIGATIONS, APP IS AWAITING COTTAGE (DGB) |
| 06/03/08 | Donna Hamstead | 93 NCT updated ELA database per GCRO | |
| 06/30/08 | Audrey Pullman | MS/TRO EXTENSION | MS/TRO EXTENSION REQUEST SENT ON 6/30/08. |
| 07/01/08 | Audrey Pullman | MS/TRO CC TO HOTEL=EXTENSION | CONFIRMED EXTENSION FOR APP UNTIL 8/4/008. INFORMATION UPDATED IN DATAB ASE |
| 07/01/08 | Robinette Robertson | SITE VISIT | VERIFIED NO TT ON SITE @ ▬▬▬ IN KILN, MS 39556. |



# Federal Emergency Management Agency
# Contact Report

"Official Use Only"
Last refresh: 10/23/2008 05:33:20 PM

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

**1604**

**921166577**

**HUCKABEE, LINDSAY**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/15/05 | Nina Windom | 91-HA STATUS CHECK | APP CALLED TO CHECK STATUS AND TO GET RI# <br><br> VERIFIED CONTACT INFO AND GAVE APP RI# |
| 10/13/05 | Portia d Brown | 92 STATUS OF APPLICATION | APP CALLED IN TO SEE IS FEMA GRANTED THEM ADDITIONAL FUNDS SINCE SBA TURNED THEM DOWN. I ADVISED APP THAT I DID NOT SEE ANYTHING ELSE GOING ON AS OF NOW. |
| 10/31/05 | Eera James | 91 TT CONTACT | APP CALLED TO REQUEST TO SPEAK TO SOMEONE IN THE TRAVEL TRAILER GROUP. APP STATES THAT SHE SPOKE TO LATISHA AND THAT SHE LEFT A NUMBER, APP STATES THAT THE CONTACT NUMBER FOR LATISHA IS DISCONNECTED. <br><br> SHE IS REQUESTING TO BE CONTACTED REAL SOON. |
| 11/17/05 | Stephanie Flemons | 95 UPDATE | APP CALLED FOR MAINTENANCE NUMBER. TT OVERHEATING. |
| 11/22/05 | Miguel Mojica | APP CALLED VRFY TRAILER INFO | APP CALLED VRFY TRAILER INFO <br><br> APP STATED NOT USING TRAILER FOR TEMPETURE PROBLEMS <br><br> APP INFO VRFY |
| 06/29/06 | Amir Acosta | 94 TT BUYOUT | APP CALLED TO CHECK ABOUT TT BUYOUT PROG. INFORMED APP STILL NOT INTO EFFECT APP HAS NOT SEARCH FOR HOUSING BECAUSE OF THIS. INFORMED APP I HAD NO OTHER |