| | | | |
|---|---|---|---|
| | | | INFO |
| | | | VERIFIED APP INFO |
| 07/11/06 | Susan Van Hanegen | 1604 PICAYUNE RECERT | APPLICANT SIGNED A CORRECTEED LEASE. SBA AND HUD BOTH DENIED HER. APP. GOING BACK TO JOB ATC ASINO MAGIC. TRYING TO BUY A MH. |
| 08/08/06 | Olga Howard | TRO/DH SALES-NOTICE OF INTEREST | TRO/CW RECEIVED SIGNED NOTICE OF INTEREST. VERIFIED UNIT LOCATION, APP CMA & CPH. APP DID NOT HAVE LL INFORMATION. APPLICANT STATED INCOME NOW THE SAME AS HER SPOUSE HAS JUST RETURNED TO WORK AT SAME SALARY. APPLICANT STATED SHE ONLY HAS $2600 REMAINING OF FEDERAL ASSISTANCE RECEIVED. APPLICANT STATED SHE DOES HAVE RECEIPTS. APPLICANT STATED SHE WOULD REMAIN AT CURRENT LOCATION FOR ONE YEAR. ADVISED APPLICANT OF ZONING ORDINANCES AND PERMIT FOR UNIT IN THAT LOCATION FOR ONE YEAR. APPLICANT STATED SHE IS NOT IN A FLOOD ZONE AND IS ABLE TO OBTAIN THE PERMIT. ADVISED APPLICANT OF MAINTENANCE COST INVOLVED, TAXES AND INSURANCE. APPLICANT STATED SHE WILL OBTAIN THE TWO INSURANCE QUOTES NEEDED. APPLICANT STATED THE ASST RECEIVED WAS USED TO PAY BILLS BEFORE HUSBAND RETURNED TO WORK. APPLICANT STATED THE ONLY SOURCE OF INCOME WAS DISASTER UNEMPLOYMENT. APPLICANT STATED FURNITURE AND OTHER ITEMS LOST WERE PURCHASED, RECEIPTS WILL BE PROVIDED. APPLICANT STATED IT IS TOO COSTLY TO RENT. APPLICANT STATED SHE WILL BUILD BUT NOT SURE OF LOCATION. APPLICANT CONCERNED THAT SUBMITTING DOCUMENTS WILL OBLIGATE HER. ADVISED APPLICANT SHE MAKES THE FINAL DECISION TO PURCHASE. APPLICANT AFRAID MH WILL BE TAKEN IF SHE DOES NOT BUY. |

2 of 21

| Date | Name | Subject | Notes |
|---|---|---|---|
| | | | ADVISED APPLICANT NO. |
| 09/07/06 | Olga Howard | MS TRO/DHOPS SALES-F/UP CALL TO APP-UNIT PURCHASE | 09.07.06 CW FOLLOW-UP CALL TO APPLICANT REGARDING PURCHASE OF UNIT. APPLICANT STATED SHE DID RECEIVE THE LOAN VERIFICATION FORMS BUT HAS NOT TAKEN THEM TO BE PROCESSED. APPLICANT STATED THEY NOW HAVE AN OPPORTUNITY TO PURCHASE LAND TO BUILD. APPLICANT STATED SHE THOUGHT THEY WOULD NOT BE ABLE TO PURCHASE NOW SINCE PREPARING TO BUILD. ADVISED APPLICANT THEY ARE ELIGIBLE TO PURCHASE. ADVISED APPLICANT THIS IS AN OPPORTUNITY TO BECOME HOUSED UNTIL THEY FINALIZE BUILDING PLANS. APPLCIANT STATED THEY DON'T WANT TO TRY TO SECURE A LOAN FOR THE UNIT WHEN THEY ARE TRYING TO PURCHASE THE LAND. ADVISED APPLICANT THAT IF THEY WERE APPROVED IT DOES NOT OBLIGATE THEM, NOR DOES IT MEAN ADJUSTMENTS CANT BE MADE. APPLICANT STATED WANTED TO KNOW HOW LONG THEY WOULD HAVE TO REMAIN IN UNIT AND IF IT WOULD HAVE TO REMAIN AT CURRENT SITE FOR PURCHASE. WAS ADVISING APPLICANT THAT ONCE THE UNIT IS PURCHASED IT WOULD BE THEIR PROPERTY. CALL DISCONNECTED. CALLED APPLCIANT BACK. APPLICANT STATED PROBLEM WITH CELLULAR SERVICE NOW. APPLICANT STATED SHE WOULD CALL BACK. TRO/DHOPS SALES CONTACT-OH ▓▓▓▓▓▓ 09.07.06 |
| 09/22/06 | Mary Roerig | 91 TT INQUIRY | VERIFIED INFORMATION<br><br>GAVE APP TT AUCTION WEBSITE INFORMATION |
| 10/03/06 | Olga Howard | MS TRO/DHOPS SALES-CW F/UP DOCS FOR UNIT PURCHASE | 09/29/06 CW FOLLOW-UP WITH APPLICANT REGARDING PROGRESS WITH DOCUMENTS FOR UNIT PURCHASE. APP STATED SHE DID PURCHASE LAND TO BUILD. APPLICANT STATED SHE WOULD BE |

| | | | | |
|---|---|---|---|---|
| | | | | DENIED IF SHE HAD LOAN VERIFICATION FORMS PROCESSED. APPLICANT STATED IF SHE PURCHASED UNIT SHE WOULD LIKE IT MOVED TO HER NEW PROPERTY IN HARRISON COUNTY OFF COUNTY FARM ROAD. APPLICANT STATED THERE WAS A PROBLEM WITH THE AC IN THE MH. APPLICANT STATED AN AC TECH CAME OUT TO REPAIR THE UNIT. APPLICANT STATED SHE WAS TOLD BY TECH THAT THE AC UNIT WAS CONSTRUCTED IMPROPERLY. APP STATED THE TECH INFORMED HER THAT THE COILS WERE IN THE WRONG AREA CAUSING THE AIR TO FLOW BACK TO THE COILS CAUSING IT TO FREEZE OVER AND WOULD CONTINUE TO POSE A PROBLEM. APP STATED THE TT IS STILL ON HER PROPERTY AND MAY CONSIDER PURCHASING IT. APPLICANT STATED THEIR WAS A PROBLEM WITH THE HEAT IN THE TT. THE MAINTENANCE REP STATED THERE WAS A PROBLEM IN THE HEATING/AC MOTHER BOARD. APPLICANT STATED IT HAD TO BE TAKEN OUT. APPLICANT STATED IT WAS TO BE REPLACED BUT NO ONE EVER CAME OUT TO COMPLETE REPAIR. APP STATED SHE HAS CALLED TWICE TO HAVE TT REMOVED. APPLICANT STATED SOMEONE CAME OUT TO DEACTIVATE IT AND TOOK THE KEYS. APPLICANT STATED HER HOUSING ADVISOR LATER CAME OUT USING A MASTER KEY AND INFORMED HER THAT THE TT COULDNT BE USED ANYMORE DUE TO PROBLEM. APPLICANT STATED SHE MAY PURCHASE THE TT INSTEAD OF MH IF POSSIBLE. ADVISED APPLICANT WOULD VERIFY WITH SUPERVISOR TO MAKE SURE UNIT CAN BE MOVED TO HER NEW PROPERTY. APPLICANT STATED SHE WOULD OBTAIN THE PERMIT. TRO/DHOPS SALES CONTACT-OH ▮▮▮▮▮ 09.29.06 |

| Date | Name | Location | Notes |
|---|---|---|---|
| 12/26/06 | Freddie Ervin | 1604/MS/JACKSON CALL CENTER | APP CALLED FOR STATUS CHECK TICKET# 153778. |
| 12/26/06 | Freddie Ervin | 1604/MS/JACKSON CALL CENTER | APP CALL FOR STATUS CHECK TICKET# 153782. |
| 01/27/07 | Lois Bridges | 1604/MS/JACKSON CALL CENTER | FORWARD TO MHOPS. OCC HAS MOLD. EXISTING TICKET 153782. |
| 01/29/07 | Sallie Wilson | 1604/MS/JACKSON CALL CENTER | STATUS CHECK / TKT#153782 & 167084/ SSW 012907 |
| 02/05/07 | Towanna Phillips | 1604 MS JACKSON CALL CENTER | APP CALLED TICKET 169161 ISSUED. TPHILLIPS/JXSN AFO/MS-MCC-1604 |
| 02/16/07 | Tonya Brown | 1604/MS/JACKSON CALL CENTER | OCC CHECKING STATUS OF #167084. TB |
| 02/28/07 | Joann Harris | 1604/MS/JACKSON CALL CENTER | APP CALLED FOR STATUS CHECK ON TICKET167084 EMAIL TO COORDINATOR |
| 03/02/07 | Andra Price | 1604/ MS/ JACKSON CALL CENTER | APP CALLED IN TICKET 174811 SENT TO MHOP. AND TO CHECK STATUS OF TICKET 167084 |
| 03/06/07 | Sallie Wilson | 1604/MS/JACKSON CALL CENTER | APP CALLED/TKT# 175578/FORWARDED TO MHOPS/SSW 030607 |
| 03/06/07 | Steven Dermody | 1604 PICAYUNE RECERT #6 | BUYING PROPERTY IN GULFPORT---- ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ GULFPORT MS. 39503  WILL PUT MH ON THIS PROPERTY. |
| 04/24/07 | Jean Herrington | 1604/MS/JACKSON CALL CENTER | APP CALLED TICKET 185585 ISSUED TO MHOPS. |
| 04/24/07 | Jean Herrington | 1604/MS/JACKSON CALL CENTER | APP CALLED TICKET 185588 ISSUED TO MAINTENANCE. |
| 04/30/07 | Kristi Kinnel | 1604/MS/JACKSON CALL CENTER | APP CALLED TICKET # 186748 ISSUED TO APP SERVICES. KK |
| 05/01/07 | Ola Wilson | TRO MS / APP SERVICES CONTACT | APP SERVICES MADE CONTACT WITH APPLICANT REQUESTING NEW UNIT DUE TO POSSIBILITY OF FORMADAHYDE, MOLD AND MILDEW. APP SERVICES FORWARDED TO MAINTENANCE.  APP STATED CHILDREN ARE SICK AND MOLD KEEP COMING BACK.  NOTED 05/01/07. |
| 05/25/07 | Lavita Anderson | 1604/MS/CALL CENTER | MAINT TKT 192280 |
| 07/28/07 | April Gooding | 92 UPDATE INFO | UPDATE APPS TEL # PER REQUEST |
| 07/28/07 | Juanita Woods | MS/TRO FORMALDEHYDE | FORMALDEHYDE NOTICE - MHOPS - 7/28/07-APP ACCEPTED RENTAL |

5 of 21

| Date | Name | Office | Notes |
|---|---|---|---|
| | | | RESOURCES GIVEN AND WAS REQUESTED TO CALL BACK WITH INFORMATION TO FORWARDED FOR RENTAL ASSISTANCE PROCESSING. APP ALSO WORKING ISSUE WITH PROPERTY THEY HAVE PURCHASED. APP'S UNIT WAS SWAPPED PREVIOUSLY MAY 05 DUE TO FORMALDEHYDE ISSUE. APP STATED THE SWAPPED UNIT WAS TESTED THRU SIERRA CLUB AND IT HAS FORMALDEHYDE |
| 07/28/07 | Felecia Smith | 1604/MS/JACKSON CALL CENTER | APP CALLED, ISSUED #207180 TO APP SVCS.<br><br>FS<br>7/28/07 |
| 07/30/07 | Bryan Miller | 1604 TRO MS/APP SVS RESOURCE | THE APPLICANT STATED:<br><br>PRE DISASTER RENT: $650.00,<br><br>CURRENT INCOME: $35,490.00,<br>IF NO INCOME, PLEASE EXPLAIN: ,<br>CURRENT HOUSING SITUATION: IN A FEMA TT IN HANCOCK COUNTY,<br><br>PHP: BUILD A HOUSE ON HER NEW PROPERTY,<br><br>DUE TO THE MEDICAL EXPENSES, HUSBAND SURGERY AND CHILDRENS CONSTANT SICKNESS AND BUYING LAND IN HARRISON COUNTY WITH A $500.00 PER MONTH NOTE. THE CHILDREN ARE IN HANCOCK COUNTY SCHOOL DISTRICT.<br>PROVIDED SEVERAL RESOURCES AND REAL ESTATE AGENTS NUMBERS.<br>07/30/2007 14:28 BDM |
| 07/30/07 | Bryan Miller | 1604 TRO MS/APP SVS RESOURCE | THE APPLICANT CALLED BACK WITH A RENTAL RESOURCE TO SUBMIT FOR RENTAL ASSISTANCE. I/U COMPLETED AND CENT TO NPSC LIASON.<br>07/30/2007 15:58 BDM |
| 07/31/07 | Bryan Miller | 1604 TRO MS/APP SVS RESOURCE | THE APPLICANT CALLED THE RENTAL RESOURCE SHE SUBMITTED THE INFORMATION FOR WAS LEASED BY |

6 of 21

| | | | |
|---|---|---|---|
| | | | ANOTHER PERSON.<br>I PROVIDED MORE RESOURCES. THE APPLICANT IS GOING TO TRY AND MAKE CONTACT AND FIND ANOTHER RESOURCE.<br>07/31/2007 16:20 BDM |
| 08/03/07 | Maria Campbell | MS/TRO - RA CC TO APP | APP STATED THAT SHE STILL HAS NOT FOUND A PLACE. SHE WCB WHEN SHE DOES. |
| 08/10/07 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | CC to app per request from lead. App states family is ill due to what he suspects is unacceptable levels of Formaldehyde. I offered to place app and his family in a Hotel app refused stated he has 5 children and would be to crowded I explained this would be temporary and would get his family out of the current enviroment. Offered app RR and they stated they are still looking but everything that is large enough to accomadate family composition is not affordable to them once FEMA stops paying a portion of the rent. App stated he has his own property and would FEMA place a MH on that property I explained if he could obtain a permit and site was feasible we could do that. App then stated he would want unit tested before it was placed on his private site |
| 08/11/07 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | CALLED APP BACK AND PROVIDED HER WITH NUMBER FOR MEMA COTTAGES 1-(866)726-6247. |
| 08/16/07 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | APP CALLED BACK PROVIDED HER WITH NEW RR RENTAL MANAGEMENT LLC (228)385-4663 3BDR $825.MO RENT. APP STATED SHE WOULD NOT BE ABLE TO PAY THIS AMOUNT ONCE FEMA STOPS PAYING THE RENT BECAUSE SHE HAS MORTGAGE PAYMENT ON HER LAND. |
| 08/27/07 | Robin Shaw | SITE VISIT | RECERT OFFICE- 1604<br>ROI-Y<br>ID VERIFIED- Y<br>IHP ADDENDUM -NA<br>PET ADDENDUM - NA<br>ABFE- N<br>PHP-RENT<br>HOUSEHOLD INCOME-<br>BC #-1201761<br>VIN#- VAFL519N621318A37 |

| | | | |
|---|---|---|---|
| | | | CONDITION OF UNIT-G<br>SMOKE DETECTOR-OK<br>CARBON MONOXIDE DETECTOR-OK<br>FIRE EXTINGUISHER-OK<br>PMs-Y<br>UNIT IS BLOCKED AND STRAPPED-Y<br>HUD=NA<br>RECOMMENDED RENTAL RESOURCES-<br>REFERRALS-<br>APPP NEEDS A LARGE RENTAL APP SAID SHE IS DEALING WITH FEMA RENTAL ASS TO GET RENTAL ASS |
| 10/24/07 | Robin Shaw | SITE VISIT PICAYUNE | SITE VISIT, PICAYUNE, MS 10-24-07<br>ROI-Y<br>ID VERIFIED- Y<br>IHP ADDENDUM -NA<br>PET ADDENDUM - NA<br>ABFE- N<br>PHP-RENT<br>HOUSEHOLD INCOME-35490<br>BC #-1273001<br>VIN#- 41255830<br>CONDITION OF UNIT-A<br>SMOKE DETECTOR-OK<br>CARBON MONOXIDE DETECTOR-OK<br>FIRE EXTINGUISHER-OK<br>PMs- ( Y ) LAST INSPCTION DATE ___8-07___<br>UNIT IS BLOCKED AND STRAPPED-Y<br>HUD=NA<br>RESOURCES-2 SHEETS RENTAL AND RENTAL PHONE NUMBERS<br>REFERRALS-<br>APP LOOKING AT HOUSE IN LONG BEACH TO RENT OFF 28TH ST APPLIED FOR MEMA BUT NEVER HEARD FROM THEM |
| 11/28/07 | Robin Shaw | site visit picayune | SITE VISIT, PICAYUNE, MS 11-28-07<br>ROI-Y<br>ID VERIFIED- Y<br>IHP ADDENDUM -NA<br>PET ADDENDUM - NA<br>ABFE- N<br>PHP-MODULAR HOME<br>HOUSEHOLD INCOME-35490<br>BC #-1273001<br>VIN#- 41255830<br>CONDITION OF UNIT-A<br>SMOKE DETECTOR-OK |

8 of 21

| Date | Name | Type | Notes |
|---|---|---|---|
| | | | CARBON MONOXIDE DETECTOR-OK<br>FIRE EXTINGUISHER-OK<br>PMs- ( Y  ) LAST INSPECTION DATE<br><br>UNIT IS BLOCKED AND STRAPPED-Y<br>HUD=NA<br>RESOURCES-4 PAGES RENTAL HANCOCK COUNTY<br>REFERRALS-<br>APP HAS PROPERTY ON ▓▓▓▓<br>▓▓ IN HARRISON COUNTY GOING TO PUT MODULAR HOME ON IT IN THE NEXT MONTH |
| 01/25/08 | Robin Shaw | site visit | SITE VISIT, PICAYUNE, MS 1-25-08<br>ROI-y<br>ID VERIFIED- y<br>IHP ADDENDUM -na<br>PET ADDENDUM - na<br>ABFE- n<br>PHP-modular home<br>HOUSEHOLD INCOME-35490<br>BC #-1273001<br>VIN#- 41255830<br>CONDITION OF UNIT-a<br>SMOKE DETECTOR-ok<br>CARBON MONOXIDE DETECTOR-ok<br>FIRE EXTINGUISHER-ok<br>PMs- ( y  ) LAST INSPECTION DATE<br><br>UNIT IS BLOCKED AND STRAPPED-y<br>HUD=na<br>RESOURCES-4pgs<br>REFERRALS-angle food ministry<br>waiting for harrison county zoing app stated carbon monoxide det keeps goint off and she stated when the heater goes on it makes the fire alarms go off because of the formaldehyde |
| 02/24/08 | Lawanda Rogers | IA OS CALL PROJECT | SPOKE WITH APP IN REGARDS TO RA/ HOTEL HOUSING OPTIONS. APP REFUSED R/R AND HOTEL STATES SHE CAN NOT FIND ANYTHING TO RENT THAT SHE CAN AFFORD. APP WANTS SOMEONE WITH HOTEL INQUIRY TO CALL HER BACK  L.R. 02/24/2008 |
| 03/04/08 | Vicki Brown | 92 TRANSFER TO MS TRO | TRANSFER TO MS. TRO<br><br>VER. INFO |

| Date | Name | Subject | Notes |
|---|---|---|---|
| 03/04/08 | Laquita Collins | 1604-MS JACKSON CALL CENTER | APP SVCS-APP CALLED TICKET # 246689 ISSUED |
| 03/04/08 | Marcia Johnson | 92 HA/MEMA COTTAGE INQUIRY | DATA VERIFIED<br><br>APP NEEDS NUMBER TO MEMA WHO CALLED HER THIS MORNING AND LEFT NON WORKING NUMBER<br><br>GAVE APP NUMBER<br><br>APP SAYS TRAILER TESTED HIGH FOR FORMALDEHYDE ON TWO OCCASSIONS.<br><br>AWAITING RETURN CALL FROM CASEWORKER REGARDING MOTEL |
| 03/04/08 | DORIS ROBBINS | MS TRO ELA CC TO APP RE: HOTEL NEEDS | CALLED APP REGARDING HOTEL NEEDS<br>HH=7<br>2 ADULTS<br>5 CHILDREN<br>NON SMOKING<br>ADJOINING ROOMS IN GULFPORT, BAY ST LOUIS.<br>APP CAN MOVE ANYTIME IN THE NEXT 7-10 DAYS |
| 03/05/08 | DORIS ROBBINS | MS TRO ELA CC TO DIAMOND HEAD INN MOTEL | CALLED THE DIAMOND HEAD INN AND RESERVED ADJOINING ROOMS BEGINNING 3/6/08 - 4/5/08<br>FAXED AUTHORIZATION TO THE HOTEL |
| 03/05/08 | DORIS ROBBINS | MS TRO ELA CC TO APP RE: RESERVATION | CALLED APP AND ADVISED OF RESERVATION AT<br>DIAMOND HEAD INN<br>441 YACHT CLUB DR.<br>DIAMOND HEAD, MS 39525<br>STAY DATES FROM 3/6/08 - 4/5/08<br>REVIEWED TERMS AND CONDITIONS WITH APP |
| 03/05/08 | Enoch Sprouls | 92 TRANSFERRED TO MS. TRO FOR ASSISTANCE | 92 TRANSFERRED TO MS. TRO FOR ASSISTANCE APP HAD QUESTIONS ABOUT VARIOUS PROCESSES AS IT RELATES TO RECEIVING FOOD VOUCCHERSOR STIPENDS FOR FOOD WHILE IN HOTEL MOTEL |
| 03/05/08 | Lois Bridges | 1604/MS JACKSON CALL CENTER | FORWARD TO APP SVCS ISSUED TICKET 246888 REGARDING HOTEL/MOTEL CONTACT |

| | | | |
|---|---|---|---|
| 03/05/08 | Nicole Ferrell | 92 MH/TT | APP CALLED BECAUSE HE'S GOING INTO AN HOTEL TOMORROW AND HE SAID FEMA IS SUPPOSE TO PAY FOR FOOD VOUCHERS<br><br>TRANSFER CALLER TO TRO<br><br>VERIFIED INFO |
| 03/05/08 | Felecia Smith | 1604/MS/JACKSON CALL CENTER | APP CALLED, ISSUED #246905 TO APP SVCS.<br><br>FS<br>3/5/08 |
| 03/05/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app per CC ticket # 246689 app requesting a hotel for her family of 7,(2 Adults and 5 children 3 girls and 2 boys ages 2-13.) App waiting on MEMA Cottage Forwarded app request to POC for ELA . Also discussed with app her request for RR when she attended CDC meeting in Bay St Louis app stated she could afford $800. Monthly rent. I offered app 213 Kimberly Dr. 3 bedroom 2 bath, 222 Gleenwood Dr 3bd 2 bath $875. month - month, 8132 Road 332 Long Beach 3bd 2 bath $850 month-month,13780 Vidalia 3 bedroom 2 bath,MH $700. rent month to month.App states she does not want to get in to a rental that she will not be able to break the lease once her cottage is delivered MB 3/4/2008 |
| 03/05/08 | Patty Anderson | MS TRO ELA HOTEL NEEDS = FOOD | CC TO REVIEW HOTEL NEEDS<br>MR HUCKABEE'S FAMILY WAS PLACED IN DIAMONDHEAD INN<br>NON SMOKING HH=7<br><br>REVIEWED HOTELS IN GULFPORT, OCEAN SPRINGS AND BILOXI AREA LOOKING FOR A HOTEL WITH 2 ADJOINING ROOMS AND A KITCHENETTE.<br>NONE WERE AVAILABLE AND WOULD NOT HAVE AVAILABILITY BEFORE THE END OF MARCH.<br>OFFERED BROADWAY INN EXPRESS IN BILOXI WHICH CAN ACCOMMODATE THE NON SMOKING ADJOINING ROOMS AND PROVIDES A MICRO WAVE AND REFRIG.<br>MR HUCKABEE STATED HE DID NOT |

| | | | |
|---|---|---|---|
| | | | WANT TO LEAVE DIAMONDHEAD AS THIS WOULD CAUSE CONCERNS WITH THE SCHOOL HIS CHILDREN ARE IN AND HE DOES NOT WANT TO CHANGE SCHOOLS.<br>MR HUCKABEE STATED THE NEED WAS FOR FOOD, HE STATED HE WANTED THE FOOD FOUCHERS OR STRIPENS DOCUMENTED ON THE FEMA WEB PAGE HQ-08-022 IN THE NEWS RELEASE OF FEB 14, 2008.<br>ADVISED APP AT THIS TIME WE HAVE NOT RECEIVED GUIDEANCE ON FOOD ASST. HOWEVER I WILL RESEARCH WHAT CAN BE DONE WITH MANAGEMENT AND CALL HIM BACK<br><br>APP DOES NOT WANT TO LEAVE DIAMONDHEAD, HE STATED HE NEEDS FOOD ASSISTANCE WITH 5 CHILDREN. |
| 03/05/08 | Patty Anderson | MS TRO ELA HOTEL = FOOD INFO | CALLED MR HUCKABEE TO ADVISE NO NEW INFORMATION ON THE FOOD ASST<br>HOWEVER AS SOON AS INFO COMES DOWN WE WILL CONTACT APPLICANT. |
| 03/06/08 | Patty Anderson | MS TRO ELA HOTEL CC = NOT READY | CC TO REVIEW WHETHER APP WAS GOING TO CHECK IN TO HOTEL TODAY APP STATED SINCE WE HAVE NOT COME UP WITH THE FOOD VOUCHERS HER FAMILY CAN NOT GO TO A HOTEL. APP STATED SHE HAS BOUGHT GROCERIES FOR THIS PAY PERIOD AND DOES NOT GET ANOTHER PAY CHECK FOR ANOTHER WEEK, SO HER FAMILY CAN NOT AFFORD TO EAT OUT.<br><br>SHE STATED THEIR PREFERENCE IS TO STAY IN DIAMONDHEAD DUE TO CHILDRENS SCHOOL<br>HOWEVER THEY NEED FOOD IF THEY ARE GOING TO STAY IN A HOTEL,<br><br>APP STATED THEY WILL NOT GO TO THE HOTEL TODAY OR UNTIL THEY HAVE FOOD VOUCHERS. |
| 03/07/08 | James Carey | 92 FORMALDEHYDE ISSUE | FORMALDEHYDE ASSISTANCE. TRANSFERRED APPLICANT TO THE PROPER TRO TO BE PROCESSED...JLC/92 |

12 of 21

| Date | Name | Subject | Notes |
|---|---|---|---|
| 03/07/08 | Patty Anderson | MS TRO ELA HOTEL CC = DIAMONDHEAD INN | I have contacted Mrs. Huckabee ▓▓▓▓ ▓▓▓▓ and she has confirmed they have checked in at the hotel.<br><br>Diamondhead Inn<br>441 Yacht Club Dr<br>Diamondhead, MS.<br><br>Hotel phone #228-586-0210. |
| 03/07/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE UPDATE | Contacted app per email from lead I explained to app I was still her caseworker and would be following up with her on a regular basis until she has met her PHP. I explained I would be constantly researching RR in the areas she has requested and within the dollar amount $800. which she stated she could afford ask app if this was correct and she stated yes. Also explained to app I will only provide her with properties that will accommodate her family composition. Provided app with the following properties 13375 Lehann Court Gulfport 228-831-5552,14221 Oneal Road Gulfport,228-832-4468,707 E North Street Pass Christain 228-452-7005 ( app stated lived there pre disaster and will not qualify) 185 Larosa Apt A 228-832-8863, 102 South Island View Long Beach 228-832-8863, 14457 Mays Road Gulfport, 228-547-2051, 108 Connie Gulfport,228-832-8863, Prudie Circle off three rivers Rd Gulfport, 228-604-0909, 3938 Monteray Dr, Gulfport 228-896-3400,810 Red Fox Road Pass Christain, 228-896-3033 and 19330,19299 Crestwick Saucier, 228-896-4446. App thanked me. MB 3/7/2008 |
| 03/10/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE UPDATE | App called @ 10:45 am stating she was on her way to Real Estate Agency for an updated list of their RR. App also inquired about assistance with deposit I provided app with Harrison County Gulf Coast Community Action 228-897-1975. App also requested extra time to remove her PP from the MH I explained will send to my lead to forward to proper department. App stated she only needs to receive RA for three months because she spoke to her Attorney and as of May 6,2008 she will have a clear deed on her property and they plan on placing a doublewide MH at that time. MB 3/10/2007 |
| 03/11/08 | Marie | MS/TRO/FORMALDEHYDE | Contacted app 9:55 am 3/11/2008 for follow |

| | | | |
|---|---|---|---|
| | Brandenburg | | up on RR given app states contacted South 2 realty and only thing that was in her children school district was $1300. monthly rent and $1000. deposit. they also are going to look at a house today after the children get out of school but she is not sure if the neighborhood is a desirialbe one.I ask app did she follow up on the other RR I provided her she said she was at breakfast and did not have her list and notes with her. I explained her request to stay in the school district was limiting the resources available to her. I also provided app with further resources for assistance with deposit St Vincent Depaul 228-388-1897 and Back Bay Mission must call thursday only before 9am. App stated the school district has told her that as of Friday 3/14/2008 the chidren will not be able to attend school they do not recognize a hotel as residence app said she spoke to superintendant and he stated if she could get documentation from FEMA that the hotel is temporary pending finding permanent housing they would take that in consideration.I explained I was not able to produce this document and would forward her request to my lead. I explained to app I will be contacting her on a daily basis for follow up and for assistance with further resources. MB 3/11/2008 |
| 03/12/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app for follow up on RR provided app stated where she has been or called will not rent month to month or they want 3 months rent up front I questioned app about the RR I provided her that were month to month and app stated she has been dealing with this for 3 days and she was at the school and would I please call her husband @ ▮▮▮▮▮. |
| 03/13/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE UPDATE | Followed up with app on previously offered RR. App only considering month-to-month lease.<br><br>Contacted Mr Huckabee, per app, who stated not had enough time to contact RR, busy packing PP in MH. His understanding was MH was going to be picked up although Mrs Huckabee¿s request for 3/17 had been approved. Mr Huckabee also expressed his concerns of moving into a ghetto, securing a lease that FEMA will not pay for, and lack of |

| | | | |
|---|---|---|---|
| | | | assistance to place them in a better situation than pre-disaster. PHP is purchasing a MH to place on property. Also requested his file be documented that property owner did not want MH moved until property was dry enough. |
| 03/13/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | UPDATES TO PREVIOUS ENTRY SHOULD READ CONTACTED MR. HUCKABEE ON 3/12/2008 PER APP. |
| 03/18/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE UPDATE | App called in and stated she was calling to give me an update since she has not heard from me in a few days app states she recieved a call from MEMA and was told she is back in the program due to a Congressional. App updated latest research for rental states she called South 2 and Cal Realty and left her contact information if they locate anything 3 bedroom under $1000.monthly. App stated she was informed her children would no longer be able to attend the school any longer so when they go on spring break she will be transfering them. App also states she has a friend who has a MEMA COTTAGE that she is purchasing and the friend will be moving back into her DD in a couple of weeks and has offered the HUCKABEE Family the cottage to live in until they can purchase their MH and get it set up on their property. App then stated she would like to apologize for her husbands attitude when I spoke with him last week. MB 3/17/2008 |
| 03/21/08 | LISA GENOVA | MS TRO CC TO APP | HH - 7<br>5 CHILDREN AGES 2,4,6,8 AND 13 |
| 03/25/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Courtesy call to app follow up on RR search app states looked at one place in Long Beach and they told her that based on square footage they could not rent to her family composition. App inquired about if she moves to a rental will she still be able to recieve her cottage I explained the cottage is also temporary housing.App inquired about getting a different hotel with a kitenette because they cannot afford to eat out everyday unless FEMA gives them a voucher. App said (ARC) did update her food voucher today but stated this would be last time. App also wants to know if FEMA will pay rent on a MH she was told in the past that FEMA would not assist her with rent on a MH. App was provided following RR 14457 |

| | | | |
|---|---|---|---|
| | | | MAYS ROAD,Gulfport,228-547-2051 $775. month lease negotiable. 17459 RACETRACK RD,Gulfport 228-864-9382 month to month lease,$700.13780 VIDALIA RD Pass Christian.228-234-7859 3 bedroom 2 bath $695 month will rent month to month. MB 3/25/2008 |
| 03/27/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Courtesy call to app to inforrm her FEMA ELA program is researching hotels with kittenette but have not found anything at this time. Also inquired about the childrens school situation app stated she has moved the children to Harrison County Schools the younger children are attending Lyman Elementary and the oter child is attending N.Gulfport Middle School. Explained to app this will help me when researching RR for her family. Thanked app will follow up next week.MB 3/27/2008 |
| 04/03/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app for follow up on RR app stated she has still been looking she went to Lyman Manor and they told her will not rent to her with amount of children because of damage liability. App also ask will FEMA pay rent on a MH? (App again inquired about a kitchenette) If she moves to rental will she lose her cottage? App also needs Month to Month so she will not be in a lease she cannot get out of. She stated she needs assistance for at least 2 months from FEMA while waiting on cottage one reason being her son is due to have surgery and she has to pay $1800. out of pocket. App also stated she is a little behind on search due to she had to go to Washington. App stated she also placed an add in the Sun Herald asking for a rental for month to month. App will do research on RR I provided in our last conversation. MB 4/3/2008 |
| 04/03/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app to inform her we will submit a request for RA on a MH if she locates one to accomadate her fanily. MB 4/3/2008 |
| 04/04/08 | Richard Mcquone | MS TRO ELA CC TO HOTEL=EXTENSION | CONFIRMED EXTENSION FOR APP UNTIL 5/5/08 |
| 04/04/08 | Richard Mcquone | MS TRO ELA CC TO APP=EXTENSIO0N | CONFIRMED EXTENSION UNTIL 5/5/08 |
| 04/07/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Mr. Huckabee called requesting a new food voucher forwarded request to my lead. MB 4/7/2008 |

| | | | |
|---|---|---|---|
| 04/08/08 | Jennifer Glover | MS/TRO/FORMALDEHYDE | Co-app called in to check on the status of their food voucher. Request was forwarded to supervisors./JG |
| 04/09/08 | Jennifer Glover | MS TRO/FORMALDEHYDE UPDATE | Co-app returned call. Stated that they have received another 7 day food voucher. Asked if they have located a RR yet. Co-app stated that app has not had a chance to look in the last few days because 3 of their children are sick with bronchitis. Advised app that RR list is updated daily and that we would located additional RR and call them back./JG |
| 04/15/08 | Dennis Mcneer | Contact to explain FEMA food catering program | IA Officer initiated a phone contact with Ms. Huckabee on 4/14/08 at approx 11:00 AM. I identified who I was and explained that DR 1604 had a new food services for Applicants in a hotel without a Kitchenette. I explained that ARC would no longer need to charge her Debit card for food and that the new service would start the morning of 4/15/08. She had concerns in regards to times that food would be delivered and was informed that the contractor would be contacting the family to inform them what times they would be at her hotel. Applicant stated that she did not like the arrangements but understood that was what FEMA was offering. |
| 04/16/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app for follow up on food program to answer questions app had app stated caterer would not work with him as far as delivering meals to another location I explained to Mr Hucabee that that was correct they would have to make arrangements to receive meals at hotel app also stated 2 and 4 year old did not receive lunch. Mr Huckabee and his daughter 13 Victoria cannot have cheese and breakfast and lunch did include cheese in both meals. Apologized for the mistake but assured app this would be corrected. While on the phone discussed RR previously provided Mr Hucabee stated his wife would have to update me on them. Also offered following RR which require no lease 15091 A JANUS DRIVE Gulfport 228-832-6262 3 BEDROOM 3 BATH $950MO NO LEASE REQUIRED 19330 CRESTWICK Saucier 228-896-4446 3BEDROOM 2 BATH $900 AND 14457 MAYS ROAD Gulfport 228-547-2051 3BEDROOM 2BATH $775 MB 4/16/2008 |

17 of 21

| | | | |
|---|---|---|---|
| 04/18/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Mr. Huckabee called 5 PM Thursday 4/17/2008 had a complaint about the food program tortilla dry beans overcooked stated he is not trying to complain but just would like to keep FEMA updated explained will forward info. App also stated he received a call from (MEMA) about Katrina Cottage they explained to him since he has not been able to obtain a permit they will not be receiving a cottage. App stated now he will need RR app did state he would like to stay within Gulfport and Long Beach areas I provided app with 2 resources in Long Beach 22082 PINEVILLE RD Long Beach 228-313-9968 3 bedroom 2 bath $800. mo rent 19397 ROAD 327 Long Beach 228-313-9968 3 bedroom 2bath $800 mo rent. MB 4/18/2008 |
| 04/21/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Mr Huckabee called aproximately 2PM on 4/21/2008 he stated the food program is not working for his family Mr Huckabee stated because they drive the children to school in the morning the children do not get breakfast at school so they need to deliver breakfast for all family members. Also the 2 and 4 year old are not in school and need to be serviced for lunch along with his wife and himself. I explained the program to app and stated I would email my lead to see if we could rectify the problem. Mr Huckabee stated he was at the hospital with his son who had surgery today but I could reach him tomorrow. MB 4/21/2008 |
| 04/22/08 | Marie Brandenburg | MS/TRO APP SVC FOOD SERVICE PROGRAM | App is interested in the food program, per app special food needs are as follows :STEVEN AGE 30 AND ████ AGE 13 LACTOSE INTOLERANT (NO CHEESE) App gave a list of the names and ages of the family members Lindsay - 27 Steven - 30 ████████ 4/16/2008 |
| 04/29/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Mr. Huckabee called @ 4 PM on 4/29/2008 wanted to know when his hotel was up I told him 5/5/2008 app stated he is requesting an extention on the hotel he is now back working with MEMA again on placing a cottage on his property. I ask app about RR I had provided him when we spoke on 4/18/2008 app statede things have just been so hectic he has not had time to follow up and in fact he doesn't even know what he did with paper he wrote them on |

| | | | |
|---|---|---|---|
| | | | ask app about RR I provided to his wife on 4/16/2008 he stated Lindsay follows up on those and they dont discuss what she does. I ask app so you really dont want anymore RR and he stated not really because we are not going to get into a lease we can not get out of. Forwarded app request for extension on hotel to POC. MB 4/29/2008 |
| 05/02/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Mr. Huckabee called inquiring about hotel stay wants to know if he is going to be extended for another month I explained I sent his request forward and have not heard anything back I told him he will be contacted of headquarters decision. MB 5/2/2008 |
| 05/02/08 | Dani Finch | MS TRO ELA CC TO HOTEL = EXTENSION | CALLED DIAMONDHEAD INN AND ADVISED OF EXTENSION THRU 6/4/08. FAXED CONFIRMATION TO HOTEL AS REQUESTED. |
| 05/02/08 | Dani Finch | MS TRO ELA CC TO APP RE: FINAL EXTENSION | CALLED AND SPOKE WITH MR. HUCKABEE. ADVISED THAT THE HOTEL STAY HAS BEEN EXTENDED THRU 6/4/08. ALSO ADVISED THAT 90 DAYS IS THE MAXIMUM AMOUNT OF TIME WE CAN AUTHORIZE IN A HOTEL. MR. HUCKABEE EXPRESSED APPRECIATION AND UNDERSTANDS THAT 6/4/08 WILL BE HIS LAST DAY. |
| 05/08/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app status on current search for housing app stated still working with MEMA for a cottage I ask app if they did get his deed and app said he is working on getting permit at this time app was inside a convention center and call was very broken told app I would call him back in a few days. MB 5/8/2008 |
| 05/16/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app for follow up on last conversation app states they had a hearing for permit and were approved but neighbors disputed the cottage being placed on property so app is on her way to pay a deposit on a lot at Pecan Ridge MH Park. App stated she spoke with MEMA and they would hold the cottage until the end of next week. MB 5/16/2008 |
| 05/22/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app for follow up on housing status app stated they secured a lot @ Pecan Ridge for the MEMA Cottage app provided me with MEMA HA name and stated they were told by her that it will be the middle of June before a 3 bedroom is available app is requesting an |

| | | | |
|---|---|---|---|
| | | | extension on hotel until cottage is set up. Will forward to POC. MB 5/22/2008 |
| 05/28/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | App called requesting I speak with his HA who was visiting for RR and to get paperwork signed for DHAP program app did not want to sign yes due to waiting on MEMA COTTAGE. I explained if he signs no then he will not be able to come back to FEMA and request RA if the cottage does not get delivered he would be responsible for his rent. MB 5/28/2008 |
| 05/28/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE ADDITION TO LAST ENTRY | I explained to app that signing refusing the rental program while waiting on his MEMA Cottage will not affect his hotel. The hotel is still in thirty day increments and there is no gaurantee as to when hotel program will end. MB 5/28/2008 |
| 06/02/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Co/Reg called for status of hotel extension will follow up and call back. MB 6/2/2008 |
| 06/03/08 | Richard Mcquone | MS TRO ELA CC TO HOTEL=EXTENSION | CONFIRMED EXTENSION FOR APP UNTIL 7/4/08 |
| 06/11/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | Contacted app follow up on PHP app state lot has been flagged permit in place per MEMA and app was informed her cottage should be delivered middle of June. MB 6/11/2008 |
| 06/24/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE UPDATE | App called to update on MEMA COTTAGE app stated cottage was delivered but the underground utilities were not marked properly so power company has to return an mark utilities then cottage will have to be repositioned app does not have a time frame. App requested his registration number verified info provided app with number. MB 6/24/2008 |
| 06/30/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE | App called approximately 11 am today 6/30/2008 app stated MEMA COTTAGE has not been delivered due to the underground utilities were not marked properly so power company had to return an mark utilities The cottage is scheduled to be delivered today per POC for MEMA. App requested an extension on hotel because he is going out of town to Virginia for vacation and will not be returning until July 7th which at that time he hopes cottage is ready for them to move into. I advised app hotel is in 30 day increments. MB 6/30/2007 |
| 07/09/08 | Marie Brandenburg | MS/TRO/FORMALDEHYDE UPDATE | Contacted app for follow up on Cottage app states they are moving in today will be out of |