UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 9

DUPLASS
ZWAIN
BOURGEOIS
PFISTER &
WEINSTOCK

LAWRENCE J. DUPLASS
GARY M. ZWAIN (1)
DAVID J. BOURGEOIS
C. MICHAEL PFISTER
ANDREW D. WEINSTOCK (1)
GEOFFREY P. CLEMENT
GUYTON H. VALDIN, JR.
KELLY CAMBRE BOGART
CHRISTIAN B. BOGART

JOSEPH G. GLASS (2)
KEVIN R. DERHAM
JOSEPH E. BEARDEN, III
JAIME M. CAMBRE
COREY M. OUBRE
GISSEL M. FERRIOL
CHRISTINA M. KOCKE (3)
NICOLE M. BOYER
RYAN M. MALONE

WILLIAM J. GUSTE, IV
JENNIFER M. MORRIS
PHILIP G. WATSON

—SPECIAL COUNSEL—
DAVID M. CAMBRE

(1) also admitted in Texas
(2) also admitted in Mississippi
(3) also admitted in Oklahoma

August 13, 2008

*Via Facsimile Only*

The Honorable Karen Wells Roby
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

Gerald E. Meunier
Justin I. Woods
GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Henry T. Miller
Civil Division, Torts Branch
United States Department of Justice
1331 Pennsylvania Avenue, NW, Room 8220-N
Washington, DC 20004

    Re:    In Re: **FEMA Trailer Formaldehyde**
             **Products Liability Litigation**
             **MDL No. 1873, Section "N" (4)**

Dear Judge Roby, Gerald and Henry:

    As requested by the Court during the July 30, 2008 Status Conference, the Manufacturing Defendants have undertaken to identify, by manufacturer, the approximate number of units provided to FEMA and potentially at issue in this litigation. It is our understanding that this information will be used by Plaintiffs' Liaison Counsel to make an informed decision as to those defendants that may be relieved of certain discovery obligations, at least until after the class certification hearing. Importantly, the Manufacturing Defendants do not certify that the following information is completely accurate, as the estimates are based, in part, on information provided by the Government that is known to have some inaccuracies. The current estimates concerning the units provided to FEMA are as follows:

A PROFESSIONAL LAW CORPORATION

29TH FLOOR, THREE LAKEWAY CENTER      3838 N. CAUSEWAY BLVD.      METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700      FAX 504.837.3119
www.duplass.com

| MANUFACTURER | TOTAL # OF UNITS TO FEMA | # OF NEW OR UNUSED UNITS[1] | TOTAL # OF UNITS LESS NEW OR UNUSED UNITS |
|---|---|---|---|
| Gulf Stream Coach, Inc. | 50,441 | | 50,441 |
| Fleetwood Enterprises, Inc. | 13,802 | 56 | 13,746 |
| Pilgrim International, Inc. | 5,225 | | 5,225 |
| Forest River | 5,028[2] | | 5,028 |
| Keystone RV Company/ Keystone Industries, Inc. | 4,620 | | 4,620 |
| Jayco | 3,397[3] - 4,254[4] | | 3,397 – 4,254 |
| Monaco | 3,878 | | 3,878 |
| Recreation By Design | 3,077[5] | 129 | 2,948 |
| Dutchman Manufacturing (a Thor subsidiary) | 2,818 | | 2,818 |
| Cavalier Home Builders, LLC | 2,638 | 389 | 2,249 |
| R. Vision, Inc. | 1,900 | | 1,900 |
| KZ RV, LP | 1,800 | | 1,800 |
| DS Corp, d/b/a Crossroads (a Thor subsidiary) | 1,645 | | 1,645 |
| Starcraft | 865[6] - 1,032[7] | | 865 – 1,032 |
| Coachmen RV Co. | 2,352[8] | 1,474 | 878 |
| CMH | 2,033 | 1,175 | 858 |
| TL Industries, Inc. | 927[9] | 104 | 823 |
| Thor Industries, Inc./Thor California | 777 | | 777 |

---

[1] This information is obtained from government provided lists. Where no number is provided, the individual defendant did not calculate the number of its units on these lists. The lack of a specific number does not mean that the manufacturer does not have unused/never used units on these lists.

[2] This figure reflects sales of primarily FEMA specification units to an approved governmental contractor, North American Catastrophe Services. Unconfirmed reports indicate FEMA may have purchased an additional 5,000 to 6,000 commercially available units directly from third party dealers. However, Forest River is unable to verify the veracity of these representations at this time.

[3] No direct sales to FEMA or third party purchaser for FEMA. This number is based on FEMA's inventory spreadsheet.

[4] Based on dealer registrations.

[5] TL Industries, Inc. distributed to dealers approximately 958 Recreation By Design units.

[6] No direct sales to FEMA or third party purchaser for FEMA. This number is based on FEMA's inventory spreadsheet.

[7] Based on dealer registrations.

[8] Travel trailers which were sold to its dealerships who then reportedly sold to brokers on behalf of FEMA.

[9] TL Industries, Inc. distributed to dealers approximately 958 Recreation By Design units.

| | | | |
|---|---|---|---|
| Southern Energy | 934 | 405 | 529 |
| River Birch Homes, Inc. | 700 | 174 | 526 |
| Coachmen RV Co. GA | 964[10] | 526 | 438 |
| Liberty Homes, Inc. | 875 | 452 | 423 |
| Waverlee Homes, Inc. | 550 | 157 | 393 |
| Redman Homes, Inc.[11] | 457 | 90 | 367 |
| Silver Creek | 436[12] | 80 | 356 |
| Horton Homes | 600[13] | 300 | 300 |
| Oak Creek Homes/American Homestar Corporation | 375[14] | 80 | 295 |
| Palm Harbor | 503 | 216 | 287 |
| Dutch Housing, Inc.[15] | 399 | 134 | 265 |
| Giles Family | 535 | 276 | 259 |
| ScotBilt Homes, Inc. | 275[16] | 91 - 103 | 172 - 184 |
| Frontier RV, Inc. | 539 | 370 | 169 |
| Coachmen RV Licensed Products Div. | 253[17] | 105 | 148 |
| Indiana Building Systems, LLC d/b/a Holley Park Homes | 400 | 259 | 141 |
| SunRay Investments | 344 | 277 | 67 |
| Skyline and Layton Homes | 626[18] | 598[19] | 28 |
| Fairmont Homes | 62[20] | 62 | 0 |
| Viking Recreational Vehicles | 32[21] | 32 | 0 |
| Patriot Homes, Inc. | 0[22] | | 0 |
| Champion Home | | | |

---

[10] Travel trailers which were sold to its dealerships who then reportedly sold to brokers on behalf of FEMA.
[11] Acquired Dutch Housing, Inc. on May 29, 2008.
[12] An additional 250 park model mobile homes were manufactured for Silver Creek by Oak Creek Homes under a subcontract.
[13] Through Arrowhead RV Sales.
[14] 250 of these units were park model mobile homes manufactured for Silver Creek by Oak Creek Homes under a subcontract, and 125 were manufactured homes.
[15] Merged into Redman Homes, Inc. on May 29, 2008.
[16] These units were manufactured by ScotBilt Homes for Alliance Homes, Inc. (d/b/a Adrian Homes) under a subcontract. There was no direct contact between ScotBilt Homes and FEMA.
[17] Travel trailers which were sold to its dealerships who then reportedly sold to brokers on behalf of FEMA.
[18] No direct sales to FEMA. This number is based on FEMA's June 9, 2008 Inventory.
[19] Determined by subtracting the number of units identified on the FRRATS list and the Plaintiff Fact Sheets.
[20] No direct sales to FEMA or third party purchaser for FEMA. This number is based on FEMA's inventory spreadsheet.
[21] No direct sales to FEMA or third party purchaser for FEMA. This number is based on FEMA's inventory spreadsheet.
[22] This is a holding company that does not manufacture any products.

| | | | |
|---|---|---|---|
| Builders[23] | | | |
| Homes of Merit, Inc.[24] | | | |
| TOTALS | 117,082 – 118,939 | 8,011 – 8,023 | 109,059 – 109,928 |

Additionally, distributers and premises owners were named as defendants. These defendants did not actually manufacture the units, but sold them to FEMA or allowed units to be placed on their property. Thus, the numbers below already have been counted in the manufacturer numbers above.

| DISTRIBUTER or PREMISES OWNER | TOTAL # OF UNITS TO FEMA | # OF NEW OR UNUSED UNITS | TOTAL # OF UNITS LESS NEW OR UNUSED UNITS |
|---|---|---|---|
| Morgan Buildings and Spas, Inc. | 18,400[25] | | 18,400 |
| Tom Stinett Holiday RV Center, Inc.[26] | | | |

If you require any additional information or explanation of the information contained herein, please do not hesitate to contact me.

With sincerest regards, I remain,

Very truly yours,

DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK

JOSEPH G. GLASS

JGG/cab

---

[23] Not currently a defendant, so no numbers are provided.
[24] Not currently a defendant, so no numbers are provided.
[25] Fleetwood Enterprises, Inc., manufactured approximately 13,600 of these units and the balance was manufactured by Monaco or Recreation by Design.
[26] No information provided.