**Table 4. Activities Reported by Occupants in 519 Occupied FEMA-Supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**

| Category | Variable | No. | (%) | Weighted (%) |
|---|---|---|---|---|
| Temperature and ventilation | No. hours air conditioning used per day in week before testing | | | |
| | <1 hour | 212 | 41 | 44 |
| | 1–4 hours | 136 | 26 | 27 |
| | 5–8 hours | 56 | 11 | 10 |
| | >8 hours | 82 | 16 | 13 |
| | Don't know | 33 | 6 | 6 |
| | No. hours heat used per day in 2 weeks before testing | | | |
| | <1 hour | 134 | 26 | 28 |
| | 1–4 hours | 154 | 30 | 29 |
| | 5–8 hours | 98 | 19 | 21 |
| | >8 hours | 106 | 20 | 16 |
| | Don't know | 27 | 5 | 6 |
| | Space heaters regularly used | | | |
| | Yes | 198 | 38 | 44 |
| | No | 301 | 58 | 53 |
| | Don't know | 20 | 4 | 2 |
| | Windows/doors/scuttles left open within 3 hours before testing | | | |
| | Yes | 202 | 39 | 44 |
| | No | 299 | 58 | 54 |
| | Don't know | 18 | 3 | 2 |
| | Time windows/doors/scuttles left open before testing | | | |
| | <1 hour | 171 | 33 | 37 |
| | 1–4 hours | 75 | 14 | 14 |
| | 5–8 hours | 9 | 2 | 2 |
| | >8 hours | 41 | 8 | 10 |
| | Don't know | 223 | 43 | 37 |
| Smoking | No. people who have smoked in trailer the prior 2 weeks | | | |
| | None | 335 | 65 | 66 |
| | 1 | 112 | 22 | 21 |
| | >2 | 72 | 14 | 13 |
| | Someone smoked in the 3 hours before testing | | | |
| | Yes | 105 | 20 | 19 |
| | No | 399 | 77 | 79 |
| | Don't know | 15 | 3 | 2 |
| Cooking | Anyone cook in trailer | | | |

| | | | | |
|---|---|---|---|---|
| | Yes | 410 | 79 | 81 |
| | No | 82 | 16 | 15 |
| | Don't know | 27 | 5 | 4 |
| | Anyone cook in trailer in the 3 hours before testing: | | | |
| | Yes | 86 | 17 | 14 |
| | No | 397 | 76 | 80 |
| | Don't know | 11 | 2 | 2 |
| | Question skipped | 25 | 5 | 5 |
| Time indoors | Average amount of time per day respondent spent inside trailer | | | |
| | <1 hour | 0 | 0 | 0 |
| | 1–4 hours | 9 | 2 | 1 |
| | 5–8 hours | 70 | 13 | 14 |
| | >8 hours | 424 | 82 | 82 |
| | Don't know | 16 | 3 | 3 |
| | Household member sleeps in trailer | | | |
| | Yes | 482 | 93 | 93 |
| | No | 13 | 3 | 3 |
| | Don't know | 24 | 5 | 4 |
| Pets | No. trailers with at least 1 dog | 113 | 22 | 20 |
| | No. trailers with at least 1 cat | 30 | 6 | 5 |
| | No. trailers with at least 1 bird | 10 | 2 | 1 |
| | No. trailers with other pets | 11 | 2 | 1 |
| Products used | Pesticides sprayed in past month: | | | |
| | Yes | 86 | 17 | 17 |
| | No | 410 | 79 | 79 |
| | Don't know | 23 | 4 | 4 |
| | Candles used in the week before testing | | | |
| | Yes | 128 | 25 | 24 |
| | No | 391 | 75 | 76 |
| | Air freshener used in week before testing | | | |
| | Yes | 308 | 59 | 61 |
| | No | 211 | 41 | 39 |
| | Glue, paint, or furniture finish used in week before testing | | | |
| | Yes | 17 | 3 | 3 |
| | No | 502 | 97 | 97 |
| | Mothballs used in week before testing | | | |
| | Yes | 5 | 1 | 1 |
| | No | 514 | 99 | 99 |

Final CDC Findings—Formaldehyde Levels in FEMA-Supplied Trailers                 26

| | | | | |
|---|---|---|---|---|
| | Closet Fresh used in week before testing | | | |
| | Yes | 5 | 1 | 1 |
| | No | 514 | 99 | 99 |
| | Nail polish used in week before testing | | | |
| | Yes | 53 | 10 | 9 |
| | No | 466 | 90 | 91 |
| Trailer condition | Roof leaked in the past 3 months | | | |
| | Yes | 72 | 14 | 17 |
| | No | 412 | 79 | 77 |
| | Don't know | 35 | 7 | 6 |
| | Pipe leaked in past 3 months | | | |
| | Yes | 70 | 13 | 15 |
| | No | 427 | 82 | 81 |
| | Don't know | 22 | 4 | 4 |
| | Reported mold in past 3 months | | | |
| | Yes | 93 | 18 | 21 |
| | No | 403 | 78 | 75 |
| | Don't know | 23 | 4 | 3 |

**Table 5. Walk-Through Observations by Investigators in 519 Occupied FEMA-Supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**

| Category | Variable | No. | (%) | Weighted (%) |
|---|---|---|---|---|
| Trailer characteristics | Problems seen with the roof | | | |
| | Yes | 33 | 6 | 6 |
| | No | 483 | 93 | 93 |
| | Don't know | 3 | 1 | <1 |
| | Signs that water spills onto siding | | | |
| | Yes | 66 | 13 | 13 |
| | No | 453 | 87 | 87 |
| | Signs of mold in living area of trailer | | | |
| | Yes, <1 ft$^2$ | 26 | 5 | 4 |
| | Yes, 1–4 ft$^2$ | 17 | 3 | 4 |
| | Yes, >4 ft$^2$ | 11 | 2 | 2 |
| | No | 465 | 90 | 90 |
| | Carpeting in trailer | | | |
| | Yes | 191 | 37 | 43 |
| | No | 328 | 63 | 57 |
| Air conditioning | Forced air | | | |
| | Yes | 273 | 53 | 40 |
| | No | 246 | 47 | 60 |
| | Rooftop air conditioning | | | |
| | Yes | 224 | 43 | 57 |
| | No | 295 | 57 | 43 |
| | No working air conditioning | | | |
| | Yes | 3 | 1 | <1 |
| | No | 516 | 99 | 99 |
| | Other type of air conditioning | | | |
| | Yes | 7 | 1 | <1 |
| | No | 512 | 99 | 99 |
| Heating | Central heating/forced air | | | |
| | Yes | 463 | 89 | 89 |
| | No | 56 | 11 | 11 |
| | Space heater | | | |
| | Yes | 91 | 18 | 21 |
| | No | 428 | 82 | 79 |
| | No working heating system | | | |
| | Yes | 2 | <1 | 1 |
| | No | 517 | 99 | 99 |
| | Other type of heating system | | | |
| | Yes | 16 | 3 | 2 |
| | No | 503 | 97 | 98 |

| Fuel source for cooking | Electricity | | | |
|---|---|---|---|---|
| | Yes | 214 | 41 | 23 |
| | No | 305 | 59 | 77 |
| | Propane gas | | | |
| | Yes | 272 | 52 | 71 |
| | No | 247 | 48 | 29 |
| | Natural gas | | | |
| | Yes | 3 | 1 | <1 |
| | No | 516 | 99 | 99 |
| | Charcoal or wood | | | |
| | Yes | 0 | 0 | 0 |
| | No | 519 | 100 | 100 |
| | Other | | | |
| | Yes | 7 | 1 | 2 |
| | No | 512 | 99 | 98 |
| Smoke detectors | Functioning smoke detectors | | | |
| | Yes | 390 | 75 | 71 |
| | No | 129 | 25 | 29 |

**Table 6. Adjusted Geometric Mean Formaldehyde Level from Occupied FEMA-Supplied Trailers in Louisiana and Mississippi that Had Mold ($\geq$ 1 ft$^2$), December 2007–January 2008, from Multivariate Analysis**

| Mold $\geq$ 1 ft$^2$ | No. Trailers | Adjusted GM Formaldehyde (ppb)* |
|---|---|---|
| Yes | 28 | 86 |
| No | 491 | 63 |

*Adjusted for stratum, average temperature, relative humidity, and open windows/doors/scuttles 3 hours before testing (all significant multivariate variables). GM=geometric mean.

**Table 7. Adjusted Geometric Mean Formaldehyde Level from Occupied FEMA-Supplied Trailers in Louisiana and Mississippi that Had Open Windows, Doors, or Scuttles 3 Hours Before Testing, December 2007–January 2008, from Multivariate Model**

| Windows/Doors/ Scuttles Open | No. Trailers | Adjusted GM Formaldehyde (ppb)* |
|---|---|---|
| Yes | 202 | 65 |
| No | 299 | 83 |

*Adjusted for stratum, average temperature, relative humidity, and presence of mold ($\geq$ 1 ft$^2$) (all significant multivariate variables). GM=geometric mean.

**Table 8. Adjusted Geometric Mean Formaldehyde Level from Occupied FEMA-Supplied Trailers in Louisiana and Mississippi, by Stratum, December 2007–January 2008, from Multivariate Model**

| Stratum | Adjusted GM Formaldehyde Level (ppb)* |
|---|---|
| Travel trailer | |
|     Gulfstream | 111 |
|     Pilgrim | 129 |
|     Fleetwood CA | 44 |
|     Fleetwood | 42 |
|     Forest River | 102 |
|     Keystone | 122 |
|     Other | 90 |
| Park model | |
|     Silver Creek | 37 |
|     Other | 55 |
| Mobile home | |
|     Cavalier | 84 |
|     Other | 62 |

*Adjusted for average temperature, relative humidity, windows/doors/scuttles open 3 hours before testing, and presence of mold ($\geq 1$ ft$^2$) (all significant multivariate variables). GM = geometric mean.

**Table 9. Estimated Regression Coefficients for Modeling of Statistically Significant Variables of Occupied FEMA-Supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**

| Variable | Estimate | *P* value |
|---|---|---|
| Intercept | 0.012 ($\alpha$) | 0.983 |
| Gulfstream travel trailer | Reference group | |
| Pilgrim | 0.148 ($\beta_1$) | 0.232 |
| Fleetwood CA | - 0.917 ($\beta_2$) | <0.001 |
| Fleetwood | - 0.965 ($\beta_3$) | <0.001 |
| Forest River | - 0.085 ($\beta_4$) | 0.600 |
| Keystone | 0.096 ($\beta_5$) | 0.477 |
| Other travel trailer | - 0.215 ($\beta_6$) | 0.114 |
| Silver Creek park model | - 1.094 ($\beta_7$) | <0.001 |
| Other park model | - 0.695 ($\beta_8$) | <0.001 |
| Cavalier mobile home | -0.275 ($\beta_9$) | 0.016 |
| Other mobile home | - 0.583 ($\beta_{10}$) | <0.001 |
| Temperature (°F) | 0.052 ($\beta_{11}$) | <0.001 |
| Relative humidity (%) | 0.017 ($\beta_{12}$) | <0.001 |
| Windows/doors/scuttles open (yes) | - 0.243 ($\beta_{13}$) | 0.017 |
| Mold ($\geq 1$ ft$^2$) | 0.311 ($\beta_{14}$) | 0.052 |

$y$ = natural log of formaldehyde levels (ppb).

**Formaldehyde Level Multivariate Model:**

$y = 0.012 + 0.148x_1 - 0.917x_2 - 0.965x_3 - 0.085x_4 + 0.096x_5 - 0.215x_6 - 1.094x_7 - 0.695x_8$

$- 0.275x_9 - 0.583x_{10} + 0.052x_{11} + 0.017x_{12} - 0.243x_{13} + 0.311x_{14}$

**APPENDIX A:**
**PROTOCOL FOR TRAILER SELECTION AND RECRUITMENT**

**CONTACTING PARTICIPANTS:  Materials needed**
1. You will receive a stratified list of names and up to 3 phone numbers of residents in trailers from a CDC representative.  This list represents the people whom you will contact for participation in the study.
2. For each trailer, you will need one clean phone log form (Appendix B) to log all attempted and successful calls.
3. You will need a copy of the telephone script (Appendix B) to ensure that each conversation is consistent.
4. You will need a clean copy of the "Obtaining Assent" form (Appendix C) for each trailer contacted.

**CONTACTING PARTICIPANTS:  Conducting the phone calls**
1. You will need to make the calls from the provided spreadsheet.
2. Begin with the first name on the list and call them using the first number provided.
3. If you are unable to get an answer, try the next phone number provided.
4. After each attempt, record the information in the phone log (Appendix B).
5. **Fifteen attempts** using each provided number must be made before ending the recruitment of the person from the contact list.  **Over half** of these attempts should be made after 5 pm in the event that the contacts are not at home to receive the call during the day.

   If you are unable to reach a contact:
6. If you are unable to contact a trailer after making fifteen attempts for each provided phone number, the majority of which attempted after 5 pm, file the recorded phone log into a folder labeled "Unable to Contact".

   If you are able to contact a person in the trailer:
7. When someone answers the phone, use the phone script (Appendix B) to guide the conversation.
8. If the adult resident is not available, you will need to continue efforts to make contact with him/her.
9. If the adult resident is NOT interested in participating, note refusal in the phone log.  File the phone log into a folder labeled "Refused".
10. If the adult resident is interested in participating, ensure that they are eligible using the criteria outlined in the phone script.
11. If the adult resident agrees to participate, obtain verbal assent (Appendix C) and set up an appointment date and time with the adult resident.
12. Record "Agreed" in the phone log and file the phone log AND assent form in a folder labeled "Agreed".

**RECRUITMENT COMPLETION**
1. Recruitment is complete when all 11 strata have been completed. This will consist of at least 500 trailers total.

**PARTICIPANT FOLLOW-UP:  Appointment reminder**
1. Prior to their appointment, call the adult resident to confirm the sampling date and time
2. If the respondent can no longer make the appointment, reschedule the appointment.

**APPENDIX B:**
**PHONE LOG FOR PARTICIPANT RECRUITMENT**

Interviewer initials          _____
Number on spreadsheet   _____
Trailer VIN                      _____
Address                          _____
Adult resident name       _____

Phone number (s)          1:_____
                                     2:_____
                                     3:_____

Interviewer must make at least **15 attempts for each provided phone number** (of
which, **half** of the attempts must be conducted in the evening, after 5 pm) to contact each
potential trailer.

| Date called (mm/dd/yy) | Time called (am/pm) | Phone number called (1, 2, or 3) | I=For initial contact F=Follow-up call A=Name of alternative adult resident representative | Status (No answer, Left message, Call back, Agreed, Refused, Excluded) | Recommended call back time (am/pm) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**APPENDIX B, con't:**
**TELEPHONE SCRIPT FOR PARTICIPANT RECRUITMENT**

**IF CHILD ANSWERS THE PHONE:**

Hi, may I speak with your mother or father please?

    IF NO ADULT IS HOME:

    Okay. Could you please tell me what would be a good time to call back?

    *[NOTE IN PHONE LOG]*

    Thank you, I'll try calling back later.

**IF AN ADULT ANSWERS THE PHONE:**

Hello, this is _____ calling for the Centers for Disease Control and Prevention. Is this the _____(NAME)_____ residence?   I am working with FEMA and the Louisiana and Mississippi Departments of Public Health to find out if there is formaldehyde (a potentially harmful chemical) in the trailers in which people are living. We have picked some trailers at random, like flipping a coin. May I ask if you are an adult resident living in a FEMA-owned trailer?

    IF NO,

        Okay, we will be working with all adult residents who are 18 years or older. What is a good time to call back to speak with him or her? And is this the best number to reach him/her?

        *[NOTE NAME AND TIME IN PHONE LOG]*

        Thank you, I'll try calling back later.

    IF YES,

        We are asking the people who live in the trailers to let us test the indoor air for formaldehyde. We have picked your trailer as one that we would like to test.

        What we learn will help the federal government make decisions about if some people need to be moved out of their trailers to protect their health. For your inconvenience, a $50 gift card will be given to you at the completion of the study. Participation is voluntary. Do you think you may be interested in participating?

        *IF NO*
        Thank you. I appreciate you taking time out to talk.

        *IF YES*

Great. I would like to first ask you a few questions about yourself and your trailer. GO TO CRITERIA (below)

**CRITERIA**

1. Are you, as an adult resident, 18 years in age or older?
   - ☐ If YES, continue to question 2
   - ☐ If NO, go to "End of interview for exclusions"

2. Do you still live in a FEMA-issued trailer more than 6 hours per day?
   - ☐ If YES, continue to next section
   - ☐ If NO, go to "End of interview for exclusions"

<u>IF YES</u> is answered for questions 1-2:

If you agree to have us test your trailer, several things will take place:

1. We will set up a time to visit your trailer soon. The visit will not take more than an hour and a half. Cooking and smoking will not be allowed during the testing process.
2. We will ask you some questions about how you cook in your home and if people smoke in your home.
3. We will look around your home and fill out a short form about what type of heating you have, what type of stove you cook on, what type of air conditioner you have, and other similar questions.
4. We will test your trailer for formaldehyde and will also measure the temperature and humidity. We will deliver the test results of your trailer to you about a month after we test it.
5. For your time and inconvenience, you will also receive a $50 gift card

Are you interested in participating in this study?

*IF YES*
    GO TO "WHEN SOMEONE AGREES TO PARTICIPATE"

*IF NO*
    Okay, thank you so much for your time.
    *[HANG UP AND RECORD IN PHONE LOG AS REFUSAL]*

**END OF INTERVIEW FOR EXCLUSIONS**
Thank you very much for your interest and for your willingness to be in the study. Unfortunately, it is important that people in our study be the adult resident and are 18 years or older. Also, because we are interested in the formaldehyde levels that people are currently exposed to, we are working with those who are still living in their FEMA-issued trailer. Thank you again for your time. *[RECORD AS EXCLUSION IN PHONE LOG]*

**WHEN SOMEONE AGREES TO PARTICIPATE**
Go to Appendix C:  OBTAINING ASSENT *[RECORD AS AGREED IN PHONE LOG]*

**APPENDIX C:**
**OBTAINING ASSENT**

Thank you for helping us with this important project. Everything you tell us and all your test results will be kept private to the extent allowed by the law. To protect your privacy, we will not put your name on the project forms, but we will write down your trailer's address or a unique identification number assigned by the CDC.

You can change your mind and decide that you do not want us to test your trailer. If you do change your mind, it will not affect any of your benefits from the Federal Government.

_____          _____          _____
Adult resident's Name                                          Date                   Time

_____          _____          _____
Person Obtaining Assent                                      Date         .        Time

_____

"In my opinion, this person cannot give informed assent."

_____          _____          _____
Person conducting telephone interview                 Date                   Time

**APPENDIX D:**
**INFORMED CONSENT FOR PARTICIPATION**

**Evaluation of Formaldehyde in Occupied FEMA Owned Temporary Housing Units**

> For all potential participants, the informed consent document will be available for the participant to read or, if requested by the participant, will be read out loud. Participants will be required to provide a signature to document informed consent. The informed consent document will request permission for collection and testing of a laboratory sample.

(Flesch-Kincaid Reading Level for English text below = 5.2)

1. Introduction and purpose

We are working for the Centers for Disease Control and Prevention (CDC). CDC is working with the Federal Emergency Management Agency (FEMA) to find out whether there is formaldehyde (a potentially harmful chemical) in the trailers people are living in. We have picked some trailers at random, like flipping a coin. We are asking the people who live in those trailers to let us test their inside air for formaldehyde. We have picked your trailer as one that we would like to test. What we learn will help CDC and FEMA make decisions on housing placement priorities and if some people need to be moved into different trailers to protect their health. The testing process will include air testing which will take no more than one hour and a half. At the same time there will be a brief inspection of the trailer for up to 30 minutes, and some questions to be answered by you for up to 15 minutes. Section 301 of the Public Health Act permits us to collect such information. No cooking or smoking will be allowed during the testing process.

We are doing this testing in a scientifically valid way. That means that we choose the trailers to test instead of letting people ask to have their trailer tested. You and FEMA will learn the formaldehyde level in your trailer, and FEMA will learn the formaldehyde levels across many other trailers. This will help FEMA make decisions to protect people's health.

2. Freedom of choice

You can choose to be part of this project or not. We will explain what we want to do to you so you can decide. Please ask us questions if you do not understand something. If you choose to be part of this project, you will need to sign this form. Then we will give you a copy of this form.

3. Benefits/Risks

If you agree to be in this evaluation, you can learn more about your home environment. If the formaldehyde level in your trailer is high, you may be given priority for housing relocation.

#### 4. Confidentiality

Everything you tell us and all your test results will be kept private to the extent allowed by the law.  To protect your privacy, we will not put your name on the project forms, but we will write down your trailer's address or a unique identification number assigned by the CDC.  We will tell FEMA about the levels of formaldehyde in each trailer.  Personally identifying data will be destroyed by the CDC, but left at the Louisiana and Mississippi Departments of Public Health at the completion of the study.

#### 5. Cost/Payment

It will not cost you anything to have your trailer tested as part of this project.  You will be compensated for your time and inconvenience with a $50 gift card at the completion of the study.

#### 6. Right to refuse or withdraw

Before we start, we want to make sure you understand that it is up to you whether or not to join this project.  You have the right to ask us to stop the testing at any time for any reason.

#### 7. Persons to contact

If you have any questions please feel free to ask us now.

If you have questions later, please contact:
    Matt Murphy at 770-488-3417 or
    Gary Noonan at 770-488-3449

If you feel that you have been harmed by this evaluation or if you have any concerns about your rights, please contact the CDC Deputy Associate Director for Science in Atlanta, Georgia, USA at 800-584-8814.

#### 8. Your consent

I agree to allow the air in my trailer to be tested.  The information in this informed consent form has been explained to me.  I have been given a chance to ask questions.  I feel that all of my questions have been answered.  I know that it is my choice to allow the air testing or not.  I know that if I agree to the testing I can have it stopped at any time.

| | | |
|---|---|---|
| **I give permission for an air sample to be collected and tested for formaldehyde, and for the temperature and humidity to be measured in my home.** | □ YES | □ NO |

I have read or had this form read to me.  By signing below, I consent to the air testing and to providing answers to the survey questions.

_____          _____
Name and signature of participant                                  Date (mm/dd/yyyy)

| | |
|---|---|
| Name and signature of witness | Date (mm/dd/yyyy) |

Office use only
Place ID label here

Office use only
Place ID label
here

**APPENDIX E:**
**EXPOSURE ASSESSMENT QUESTIONNAIRE AND WALK THROUGH**
**SURVEY**

**INTERVIEWER SCRIPT:**

*The purpose of this part of the interview is to collect some information about you and your FEMA trailer environment. If there is a question that you do not want to answer, please let me know and we can skip it. All of your responses will be kept private and will not affect any of the home or health care services that you currently receive.*

*This interview will begin with a few questions about your age and where you work. We will then look at the inside and outside of your trailer. We will walk around and through your trailer with you to make some observations.*

| Office use only<br>Place ID label<br>here |
|---|

Form Approved

OMB No. 0920-0008

Expiration Date 3/31/2010

## EXPOSURE ASSESSMENT QUESTIONNAIRE AND
## WALK THROUGH SURVEY

| Date | _____ (mm/dd/yyyy) |
|---|---|
| Interviewer initials | _____ |

---

Trailer VIN   _____   Trailer barcode _____

Trailer type:   ☐ Travel trailer   ☐ Mobile home   ☐ Park   ☐ Other

Street address:

_____

County:   _____   State (circle one):  LA / MS

Zip code:   _____

Is this home located on private land or in a federal/commercially owned park?

☐ Private land          ☐ Park

If a park, please indicate the park name:   _____

Trailer occupied since _____ (mm/dd/yyyy)

Who pays for your utilities?   ☐ Self          ☐ FEMA          ☐ Other

Total number of residents in trailer   _____

| Number of residents in trailer, by age group | _____ | adults | (≥18 years) |
|---|---|---|---|
| | _____ | children | (≥13-<18 yrs) |
| | _____ | children | (3-<13 yrs) |
| | _____ | children | (<3 yrs) |

---

May we contact you if we have any additional questions?   ☐ Yes          ☐ No

**If YES**, what is the best phone number to use and time of day to call?

Phone:          ( )   _____   Time: _____ AM / PM

Alternate:      ( )   _____   Time: _____ AM / PM

Public reporting burden of this collection of information is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. Send comments regarding this burden estimate or any other aspect of this collection of information, including

suggestions for reducing this burden to CDC/ATSDR Reports Clearance Officer; 1600 Clifton Road NE, MS D-74, Atlanta, Georgia 30333; ATTN: PRA (0920-0008)

| INTERVIEWER QUESTIONNAIRE | | Office use only<br>Place ID label<br>here |
|---|---|---|

| **Pests** | | |
|---|---|---|
| 1. | Have pesticides been sprayed inside your home the past **month**? | ❑ Yes<br>❑ No<br>❑ Don't know |
| **Indoor environment** | | |
| 2. | Does your trailer have air conditioning? | ❑ Yes<br>❑ No  **(go to question # 4)** |
| 3. | During the **past 2 weeks**, how many hours—on average—did you keep your air conditioning running every day? | ❑ Less than 1 hour<br>❑ 1–4 hours<br>❑ 5–8 hours<br>❑ More than 8 hours<br>❑ Don't know |
| 4. | During the **past 2 weeks**, how many hours—on average—did you keep your heater running every day? | ❑ Less than 1 hour<br>❑ 1–4 hours<br>❑ 5–8 hours<br>❑ More than 8 hours<br>❑ Don't know<br>❑ No working heater in trailer |
| 5. | Do you regularly use space heaters? | ❑ Yes<br>❑ No<br>❑ Don't know |
| 6. | Were the windows, scuttles, and/or door open in the past 3 hours? | ❑ Yes<br>❑ No **(go to question # 8)**<br>❑ Don't know |
| 7. | Approximately how long did you keep your windows and/or door open **before this visit**? | ❑ Less than 1 hour<br>❑ 1–4 hours<br>❑ 5–8 hours<br>❑ More than 8 hours<br>❑ Don't know |
| 8. | Did anyone smoke in here in the past 3 hours? | ❑ Yes<br>❑ No<br>❑ Don't know |
| 9. | During the past **two weeks**, how many people have smoked in here? | # People:_____ |
| 10. | How many packs of cigarettes are smoked in this house each day? | ❑ None<br>❑ < ½ pack<br>❑ ½ - 1 pack<br>❑ >1 – 2 packs<br>❑ > 2 packs<br>❑ Don't know |
| 11. | Does anyone cook in here? | ❑ Yes<br>❑ No  **(go to question #13)** |

Office use only
Place ID label
here

|  |  | ☐ Don't know |
|---|---|---|
| 12. | Did anyone cook in here the past 3 hours? | ☐ Yes<br>☐ No<br>☐ Don't know |
| **Daily activities** | | |
| 13. | What is the average amount of time that you spend inside your trailer each day? | ☐ Less than one hour<br>☐ 1-4 hours<br>☐ 5-8 hours<br>☐ More than 8 hours<br>☐ Don't know |
| 14. | Do you or your household members sleep in this trailer? | ☐ Yes<br>☐ No<br>☐ Don't know |
| 15. | Were any of the following used here in the past week? | ☐ Candles<br>☐ Air fresheners<br>☐ Glue, paint, furniture finish<br>☐ Mothballs<br>☐ Closet fresh (mildewcide)<br>☐ Nail polish |
| 16. | Do you have any pets that you keep in here and how many? | ☐ Dog    #:_____<br>☐ Cat    #:_____<br>☐ Bird    #:_____<br>☐ Other:_____    #: ___ |
| 17. | Have you noticed the roof leaking in the past 3 months? | ☐ Yes<br>☐ No<br>☐ Don't know |
| 18. | Have you noticed pipes leaking in the past 3 months? | ☐ Yes<br>☐ No<br>☐ Don't know |
| 19. | Have you noticed mold in your home during the past 3 months? | ☐ Yes<br>☐ No<br>☐ Don't know |

| **INTERVIEWER WALK-THRU OBSERVATION** |
|---|

Office use only
Place ID label
here

| Questions pertaining to the trailer | | (Check all that apply) |
|---|---|---|
| 1. | Do you see any problems with the roof (for example sagging or holes)? | ❑ Yes<br>❑ No<br>❑ Unable to see entire roof |
| 2. | Are there signs that water spills onto siding? | ❑ Yes<br>❑ No |
| 3. | Are there any signs of mold in the living area of the trailer? | ❑ Yes<br>❑ No<br>If **YES**, estimate size of mold growth?<br>  ❑ < 1 sq. foot<br>  ❑ 1-4 sq. feet<br>  ❑ > 4 sq. feet |
| 4. | Is there carpeting in the trailer? | ❑ Yes<br>❑ No |
| 5. | What type of air conditioning does the trailer have? | ❑ Central AC/forced air<br>❑ AC/chiller on roof of Trailer<br>❑ No working AC system<br>❑ Other:_____ |
| 6. | What type of heating does the trailer have? | ❑ Central heating/forced air<br>❑ Space heaters<br>❑ No working heating system<br>❑ Other:_____ |
| 7. | What type fuels are used for cooking? | ❑ Electricity<br>❑ Propane Gas<br>❑ Natural Gas<br>❑ Charcoal or wood<br>❑ Other:_____ |
| 8. | Is there a functioning smoke detector? | ❑ Yes<br>❑ No |

Notes: _____

_____

Final CDC Findings—Formaldehyde Levels in FEMA-Supplied Trailers          48

**APPENDIX F:**

**ENVIRONMENTAL SAMPLING PROTOCOL**

**Formaldehyde Samples**

*Analysis Method:*

Formaldehyde samples will be collected using the NIOSH Manual of Analytical Methods
(NMAM) Method 2016 with Supelco S10 LpDNPH cartridges. The limit of detection
(LOD) shall be 0.07 microgram per sample and the limit of quantification (LOQ) shall be
0.23 microgram. Lower LOD and LOQ are acceptable. A minimum quantifiable
concentration of 0.0063 parts per million is required with a 30 liter sample volume
collected over one hour. The definition from the NMAM should be used for LOD and
LOQ (http://www.cdc.gov/niosh/nmam/pdfs/glossary.pdf).

*Sample Collection:*

Samples will be collected at a flow rate of $500 \pm 50$ milliliters per minute for one hour.
Each sample will be collected in the center of the trailer primary living room on a four
foot tall stand that mimics the breathing zone height of an adult when sitting. Residents
will be asked to configure doors and windows as they would have them while they slept.
Sampling will be under observation by one of the sampling team members at all times.
Every tenth sample collected by a team will be a duplicate sample. Sampling will occur
during a specific window of time per day for all trailers which is between 10:00 AM –
8:00 PM. No cooking or smoking in the trailer will be allowed during the one-hour
sample collection period.

*Quality Assurance and Control:*

Six to ten, or additional as required by the lab, <u>media blanks</u> will be taken from each lot
of sample tubes. The media blanks should be taken from the start of a lot (2 to 3), from
the middle of a lot (2 to 4) and from the end of a lot (2 to 3). All media blanks should be
logged on the chain of custody sheet and sent for analysis on the day that they were
collected with the field blanks and samples.

Two to ten, or additional as required by the lab, <u>field blanks</u> will be collected on each day
in which samples are collected. This can be divided by travel groups, (groups consisting
of teams that are operating in close proximity or who are traveling together). All field
blanks should be logged on the chain of custody sheet and sent for analysis on the day
that they were collected with the media blanks and samples.

*Sample Handling:*

Sample tubes will be stored in a freezer or in a cooler on ice at all times (upon receipt, while not being used for sampling, and during shipment to the laboratory).

At the end of each sampling day samples will be shipped to the analytical laboratory either overnight or if collected after the last overnight drop off time the next morning in coolers with chain of custody documents enclosed or attached. Samples collected on Saturday and Sunday will be stored on ice or in a freezer and shipped by overnight means with the appropriate chain of custody documents to the analytical laboratory on the following Monday morning.

**Temperature and Relative Humidity**

Temperature and relative humidity will be logged using a HOBO® brand temperature and relative humidity logging instrument manufactured by Onset Computer Corporation (or equivalent) and will be set to collect data at five minute intervals. Data will be collected during the site visits for a minimum of 5 minutes before and 5 minutes after the collection of the formaldehyde sample at each trailer. Data logs will be divided into individual logs for each sample. A suggested method for this is to flag the start and stop times by an event marker at the start and finish of data collection. Data will be downloaded to a laptop at end of each day. Files will be labeled with site #, date, and visit number in a standard form. Data event flags will be confirmed on the sample collection data sheet. Files will be e-mailed each day to the database manager.

**Data Sheets**

Data sheets will be filled out prior to and during site visit. Information about trailer received prior to site visit will be confirmed at time of site visit. Data sheets will be faxed or sent overnight each day to the database manager.

**SAMPLING STANDARD OPERATING PROCEDURE**

<u>**Preparation prior to site visit:**</u>

*Formaldehyde*

Operational Checks:

1)  Pump and calibrator batteries checked for charge and functionality.
2)  Pump flow rates calibrated to 500 ± 50 milliliters per minute.
3)  Sample tubes lot # and expiration date checked.
       (Expired tubes will be discarded)

4)  If necessary, collect media blanks and label.
5)  Stock coolers with "Blue Ice"
6)  Sample tubes placed in cooler in number to be equal to trip blanks and samples to be
     collected + 2.

**Temperature and Relative Humidity**

Turn on HOBO® instrument and check for proper operation.

Operational checks:

1)  Confirmation of time synchronization
     a)  Time must agree ± 1 minute with Formaldehyde Chronometer.
     b)  Time should be adjusted if necessary.
2)  Confirm readings of HOBO® meet manufacturer's specifications.
     a)  Temperature readings must be ± 0.63° C of average temperature reading of all
          HOBO® instruments in group.
     b)  Humidity readings must be ± 2.5% of average humidity reading of all HOBO®
          instruments in group.
     c)  Any HOBO® falling outside the manufacturer's specifications will be flagged as
          out of calibration and removed from service until a calibration is performed.
3)   Confirm that HOBO® is set to log Temperature and Humidity measurements at five
     minute intervals.
     a)  Adjust to 5 minute data logging interval if necessary.
     b)  Confirm event marker is operating correctly. (If not remove from service)

**Data Sheet**

   10. Confirm information is correct for scheduled site visits.
   11. Confirm sheets for all scheduled site visits are present.

### _Site Visit:_

**Formaldehyde**

1. Calibrate pumps to a flow rate of 500 ± 50 milliliters per minute.
2. Record pump identification and pre-sample flow rate data on data sheet.
3. Label Sample tube.
4. Sample tube and trip blank data recorded on data sheet.
5. Sample tube set on tripod at central unobstructed location in the THU at breathing level.
6. Pump started and time recorded on data sheet.
7. Sample collected for 60 ± 2 minutes.
8. Pump stopped sample immediately capped and stop time recorded on data sheet.
9. Sample returned to cooler.
10. Pump post sample flow rate checked and recorded on data sheet.
11. Sample identification on tube confirmed with data on sample sheet.
12. Trip blanks will be recorded, processed, labeled and returned to cooler.

**Temperature and Relative Humidity**

1. Confirm that data logger is operating.
   a. LED blinks.
2. Activate event marker at least 5 minutes prior to start of formaldehyde sample.
   a. Press button for one second.
3. Record start time for HOBO® sample on data sheet.
4. Continue sampling until at least 5 minutes after completion of Formaldehyde sample, activate event marker to indicate end time of data collection.
   a. Press button for one second
5. Record stop time on data sheet.

**Data Sheet**

1. Confirm with the occupants that information previously provided  is correct
2. Completely fill out data sheet.
3. Have second team member confirm that data sheet is complete.

**Post Site Visit:**

**Formaldehyde**

Monday - Friday samples

1. Confirm that the proper numbers of field and media blanks are enclosed.
2. Chain of custody documents completed for each sample.
3. Cooler "Blue Ice" refreshed.
4. Cooler sealed and shipping label affixed for overnight shipment to lab.

Saturday and Sunday samples

1. Confirm that the proper numbers of field and media blanks are enclosed.
2. Chain of custody documents completed for each sample.
3. Samples stored in freezer.

Monday morning

1. Cooler "Blue Ice" refreshed.
2. Cooler sealed and shipping label affixed for overnight shipment to lab.

**Temperature and Relative Humidity**

1. Data downloaded to a laptop hard drive.
   a. Data files will be named with Site #, date and visit number in the form – LA 001.10-12-2007.01. (Or similar)
2. Data file event marks will be checked against data sheet start and stop times.
3. Data e-mailed to data base manager.

**Data sheet**

Fax or overnight data sheet to data base manager.

<table>
<tr><td>Office use only<br>Place ID label here</td></tr>
</table>

**APPENDIX G:**
**SAMPLE DATA SHEET FOR FORMALDEHYDE, TEMPERATURE, AND**
**RELATIVE HUMIDITY DATA COLLECTION**

Date _____ (mm/dd/yyyy)

Sampling Team _____

### *TRAILER INFORMATION*

| | |
|---|---|
| THU Manufacturer | _____ |
| THU Model | _____ |
| VIN Number | _____ |
| Unique Trailer ID | _____ |
| Date of Manufacture | _____ (mm/dd/yyyy) |
| **THU Address** | _____ |
| THU Type | ☐ Travel trailer  ☐ Mobile home  ☐ Park  ☐ Other |
| Unit Faces: | N     S     E     W     (circle one) |

Neighborhood        North:
Residential/Office/Retail/Manufacturer/Other_____

                South:
Residential/Office/Retail/Manufacturer/Other_____

                East:
Residential/Office/Retail/Manufacturer/Other_____

                West:
Residential/Office/Retail/Manufacturer/Other_____

**Comments:**

_____

_____

_____

_____

Office use only
Place ID label here

### APPENDIX G, con't:
### SAMPLE DATA SHEET

Date _____ (mm/dd/yyyy)

Sampling Team _____

### TEMPERATURE and RELATIVE HUMIDITY

Sample Location                    _____
Sampling Height (inches)      _____
HOBO No.                             _____
HOBO S/N                            _____
Start Time          _____ AM/PM      Stop Time       _____ AM/PM
HOBO Data File Name        _____

### FORMALDEHYDE SAMPLE

| | |
|---|---|
| Sample Number       _____<br>_____ | Tube Lot |
| Pump Number S/N      _____<br>_____ | Tube S/N |
| Pre-Sample Calibration Flow (LPM)  _____<br>AM/PM | Start Time       _____ |
| Post-Sample Calibration Flow (LPM)  _____<br>AM/PM | Stop Time       _____ |
| Average Flow (LPM) _____<br>_____ | Sample Time (min) |
| Sample Volume (L)    _____ | |
| Field Blank S/N      _____<br>#_____ | Chain of Custody |
| Shipped via       _____<br>_____ | Shipping # |

### THU ENVIRONMENT DURING SAMPLING

| | | | | |
|---|---|---|---|---|
| Number of windows open: | ❑ 0   ❑ 1   ❑ 2   ❑ 3   ❑ 4 | | | |
| Door open? | ❑ Yes | ❑ No | ❑ Don't know | |
| Air conditioning on? | ❑ Yes | ❑ No | ❑ Don't know | |
| Heat on? | ❑ Yes | ❑ No | ❑ Don't know | |
| Exhaust hatch open? | ❑ Yes | ❑ No | ❑ Don't know | |

**Comments:**

_____

_____

**Corrections:**

_____

_____