UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 13

## AFFIDAVIT OF MARCO KALTOFEN, PE (CIVIL, MASS.)

**COUNTY OF MIDDLESEX**

**COMMONWEALTH OF MASSACHUSETTS**

The undersigned, **MARCO KALTOFEN, P.E.**, does depose and say that:

My name is Marco Kaltofen, PE, and I am a Massachusetts Registered Professional Civil Engineer. My professional address is 2 Summer Street Suite 14 in Natick, Massachusetts, 01760 (Registered Professional Civil Engineer – Massachusetts). I have a Bachelor of Science degree in General Engineering with an American Chemical Society accredited concentration in Chemistry from Boston University. I am currently at Worcester Polytechnic Institute's Department of Civil and Environmental Engineering, with ongoing Masters thesis research in facilitated airborne radionuclide transport, and completed coursework in radionuclide transport, environmental fate and transport, and hydraulics in 2008. My continuing education also includes twenty eight credit hours in water and waste treatment from Northeastern University Graduate School of Civil Engineering and American Chemical Society continuing education in Environmental Chemistry. I am a member of the American Society of Civil Engineers and the American Chemical Society (25 years), and I served on the Committee on National Accreditation of Environmental Laboratories.

I am the President and owner of the Boston Chemical Data Corporation (BCD) which provides technical support for environmentally-related organizations, performs environmental investigations onsite and via computerized chemical and engineering information systems, and develops large scale site remediation and laboratory investigation plans, including laboratory audits. I am the past director of the Citizens Environmental Laboratory of Boston, Massachusetts, a full service environmental testing laboratory. I have also been employed as a chemist with additional environmental testing laboratories including Cambridge Analytical Associates of Watertown, Massachusetts where I was the Trace Inorganics Laboratory manager responsible for testing environmental and industrial materials for metals, sulfides, and other inorganic parameters. I was an environmental chemist at the New England Aquarium in Boston, Massachusetts tracing the environmental fate of petroleum drilling wastes and the fate of pollutants in oceans and was responsible for DC-Plasma Emission Spectroscopy.

In my engineering experience I have been required to be the Engineer in responsible charge of site investigations at eight Massachusetts retail centers involving remediation and assessment of leaking underground storage tanks and buried hazardous chlorinated wastes. I was required to review and select innovative treatment systems and designs for three sites, including contractor

selection, oversight, and performance evaluation. Remediation methods selected included biodegradation, phytoremediation, two-phase extraction, and sparging. All of the retail centers remained in operation during remediation activities.

In other professional duties I have: Researched, specified and reviewed design and construction of a permeable reactive barrier installation to prevent migration of, and to destroy, a contaminated groundwater plume containing perchloroethylene and trichloroethylene at a commercial operation adjacent to a public water supply in Massachusetts. This was the first private operational reactive iron wall built in the Commonwealth of Massachusetts. Designed and performed field study of polychlorinated dibenzodioxins and dibenzofurans in a manufacturing facility and its environs, including the oversight and conduction of all sampling, data validation, and laboratory audits. Completed review of POTW wastewater discharges, discharge monitoring performance and pretreatment technologies for high petroleum hydrocarbon-bearing and alkaline industrial wastestreams; performed data review and validation for nerve agents and blister agents (including Sarin and Mustard-HD); reviewed detection records and US Army analytical procedures for GC-MS, GC-FPD, and other analytical methods used at the Umatilla Chemical Depot. Sampled, Planned, prepared study design, and sampled radiological and mixed waste contaminants in the Columbia River at the Hanford Nuclear Reservation, particularly developing sampling strategies for foodchain contaminants including Strontium 90, Tritium, Americium, Plutonium, and Uranium isotopes; supervised resulting field work and performance of sampling teams during execution of the sampling and safety plans.

I have reviewed options for observing the proposed sampling and testing of indoor air spaces for formaldehyde. In my professional opinion there are multiple methods available for the sampling and analysis of formaldehyde in air. Among these are wet sampling methods coupled with colorimetric analyses, also called impinger methods, sorbent tube methods, including Method TO-11A, which is coupled with laboratory-based HPLC or GC-MS analyses, and electrometric real-time monitoring methods. Sampling methods may be observed or carried-out under field conditions by individuals trained at the chemical technician level or equivalent. Sampling in interior spaces where formaldehyde is anticipated to be present may be accompanied by real-time air monitoring in order to optimize sampling times and rates, as well as to provide additional health and safety protections for personnel.

A current Curriculum Vitae for Marco Kaltofen, PE, (Civil, Mass.), is provided at www.labs.pro/cv.pdf and a copy is attached hereto.

## Section 1 - Formaldehyde

A series of samples of formaldehyde in air have been collected, and analyzed, to determine whether formaldehyde concentrations exceed acceptable limits in

emergency housing units, (EHUs).  The Federal Emergency Management Agency, (FEMA), an agency of the U.S. Department of Homeland Security, provided EHUs to people displaced by hurricanes Katrina and Rita in the Gulf Coast region, including Texas, Louisiana, Mississippi and Alabama.  These EHUs include travel trailers, mobile homes, and similar manufactured, transportable, housing.  These types of housing are, hereafter referred to as "housing units."

Manufactured wood products used in the construction of these housing units are a source of formaldehyde. Formaldehyde can also come from other household products, cigarettes, or outdoor air pollutants.

Although formaldehyde can come from sources unrelated to EHUs, these units have higher levels of formaldehyde than outdoor air or air in site-built homes. Outdoor air in unpopulated areas can be expected to have 0.2 parts per billion, (ppb), of formaldehyde.  Suburban areas may have 2 to 6 ppb.  Heavily populated or industrial areas may have 10 to 20 ppb.

Note that 1000 parts per billion is equal to 1 part per million, (ppm).  One ppm is equal to 1.23 milligrams per cubic meter, $(1.23 \text{ mg/M}^3)$

The Centers for Disease Control and Prevention, (CDC), found an average of 77 parts per billion of formaldehyde in FEMA-supplied housing units.  The July 2008 report by the same agency notes that formaldehyde levels in site-built homes are about half to less than a quarter of this 77 ppb level.

(References: Centers for Disease Control and Prevention, Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2008; and additionally, the Agency for Toxic Substances and Disease Registry, United States Public Health Service, "TOXICOLOGICAL PROFILE FOR FORMALDEHYDE, July 1999, which notes, "Formaldehyde is a colorless, flammable gas at room temperature.  It has a pungent, distinct odor and may  cause a burning sensation to the eyes, nose, and lungs at high concentrations", and, "Some people are exposed to higher levels of formaldehyde if they live in a new mobile home, as formaldehyde is given off as a gas from the manufactured wood products used in these homes.")

Peer-reviewed literature gives a basis for how formaldehyde forms in these housing units:

"A completely different indoor contamination source is glue based on urea-formaldehyde (UF) condensates. Such glues are utilized for the production of many kinds of wood-based material (particle boards, medium density fiber boards, high-density fiber boards and various natural fiber composites). The stability of these UF polymers against water is low. Therefore, the presence of the unavoidable amounts of water leads to a hydrolysis of the N–O bond and, as a consequence, to the release of formaldehyde. Since UF glues are commonly used

PL-000216

in the manufacture of both building materials and furniture the loading factor of such products can be quite high in housings and offices. Especially the application of water-based flooring adhesives on UF-bonded particleboard may cause high and long-term emissions of formaldehyde." (Reference: E. Uhde, T. Salthammer / Atmospheric Environment 41 (2007) 3111–3128, p.3121)

Indoor formaldehyde concentration is related to temperature and humidity. As interior temperatures increase within these housing units, the amount of formaldehyde released into indoor air likewise increases. Researchers found that formaldehyde loss from particle boards increased by a factor of 2.3 times with a 10 degree Celsius rise in temperature. The increase was a factor of 3.5 times for medium density fiber board. (Zhang 2007, page 3209, starting at 30 deg. C or 86 deg. F.)

Other researchers, (Risholm-Sundman 2007, p. 3200), found that the amount of formaldehyde released by a given amount of wood product increased from 43 micrograms to 74 micrograms each hour, as the temperature rose from 73.4 deg. F to 82.4 deg. F.

Humidity affects formaldehyde measurements in three ways.

> Very dry conditions, with relative humidity below ten percent, can cause passive monitoring badges to under report formaldehyde concentrations in air. This condition was not encountered in any sampling events as recorded in the database.

> Relative humidity above eighty percent can compete with formaldehyde for active sites on passive badges. This can have the effect of reducing the tested formaldehyde results.

> Changes in humidity also will change the amount of formaldehyde released by materials.

The CDC's July 2008 report also details the relationship between relative humidity and formaldehyde measurements. The USEPA Indoor Air Quality online reference for formaldehyde notes that, "When the products [that release formaldehyde] are new, high indoor temperatures or humidity can cause increased release of formaldehyde from these products." (References: Uchiyama, 2007 and citations; CDC, 2008; USEPA url: www.epa.gov/iaq/formalde.html, respectively)

### Section 2 - Testing

Personnel with the Boston Chemical Data Corp. of Natick, MA, (BCD), performed sampling within EHUs for formaldehyde. Similar formaldehyde sampling was performed by DeVany Industrial Consultants of Vancouver, WA

and the W.D. Scott Group, Inc. of Gretna, LA. Additional sampling was done by the Center for Disease Control, an agency of the U.S. Public Health Service, Bonner Analytical Testing Company of Hattiesburg, MS, and The Sierra Club. Further testing was performed by individual EHU occupants.

Laboratory testing on EHU air samples was done by passive badge samplers at Assay Technology, AIHA Accreditation number 101728, of 1252 Quarry Lane, Pleasanton, CA 94566. Additional passive badge and active tube testing was performed by Advanced Chemical Sensors, Inc. of Boca Raton, FL, and by ALS Environmental of Burlington and Waterloo, Ontario, and Edmonton, Alberta.

A formaldehyde sampling protocol was developed primarily by DeVany Industrial Consultants and reviewed by the W.D. Scott Group and Boston Chemical Data. The protocol is attached to this affidavit.

Passive samplers are an Occupational Safety and Health Administration, (OSHA), approved method for formaldehyde measurement in air. The method uses a badge containing the chemical 2,4-dinitrophenyl hydrazine, (DNPH). Formaldehyde combines with DNPH to form the formaldehyde-DNPH derivative. This derivative is a stable compound which is then analyzed, in the laboratory, by liquid chromatography. The procedure is codified in OSHA Method 1007.

A limited set of samples were tested by ALS Environmental using air samples collected with 2,4-dinitrophenyl hydrazine and silica gel cartridges according to NIOSH method 2016. These air samples were collected using a calibrated portable air sampling pump and tubes designed for active sample collection. The tubes were analyzed and found to give results similar to results from passive sampling badges.

A web-based database was created to incorporate the results of formaldehyde testing and the particulars of the housing units tested. The database includes data from BCD, DeVany, and the Scott Group, as well as data from the organizations and individuals listed in the first paragraph of Section 2, (above).

As of July 23, 2008, the database contains the results of 3,828 individual housing unit analyses for formaldehyde in indoor air, as of July 23, 2008. Additional records are added as new test results become available. Of the 3,147 records fully reviewed at the time of this affidavit, the median result was 0.14 parts per million, (ppm), of formaldehyde in indoor air.

On July 2, 2008, the Center for Disease Control, (CDC), released its "Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes." CDC produced a fact sheet to accompany the report which reported that, "Average levels of formaldehyde in all travel trailers and mobile homes were about 77 parts per billion (ppb). " CDC qualified its results saying, " Our study was done in the winter months of December 2007 through January

2008, when people had already lived in the trailers and mobile homes for two years. The formaldehyde level was probably higher in newer trailers and mobile homes and when the weather was warmer."

CDC also employed a geometric mean of 77 ppb, not an arithmetic mean. The geometric mean tends to reduce the contribution from high concentration results. The geometric mean of any varying data is always lower than the arithmetic mean, and is frequently used when finding the central value of products, meaning variables which are multiplied. Arithmatic means give equal weighting to high and values in a data set.

**Section 3 - Formaldehyde Concentration Standards**

Below are certain relevant formaldehyde standards.

From 29 CFR 1910.1048(c)(1)  TWA: The employer shall assure that no employee is exposed to an airborne concentration of formaldehyde which exceeds 0.75 parts formaldehyde per million parts of air (0.75 ppm) as an 8-hour time weighted average, (TWA).

From 29 CFR 1910.1048(c)(2)  Short Term Exposure Limit (STEL): The employer shall assure that no employee is exposed to an airborne concentration of formaldehyde which exceeds two parts formaldehyde per million parts of air (2 ppm) as a 15-minute STEL.

"The American Conference of Governmental and Industrial Hygienists (ACGIH) has established a ceiling limit for occupational exposure (Threshold Limit Value [TLV]) of 0.4 ppm. NIOSH has a recommended exposure limit for occupational exposure (8-hour TWA) of 0.016 ppm, and a 15-minute ceiling limit of 0.1 ppm." (Reference: ATSDR Toxicological Profile, Formaldehyde, ch. 7)

Formaldehyde chronic inhalation minimal risk level, (MRL): 0.008 ppm Reference: ATSDR 1999 MRL, from Appendix to ATSDR draft interaction profile # 12, p. 58.)

More than 95 percent of the trailer test results in the appended formaldehyde testing database exceed the 0.008 ppm MRL.

**Section 4 - Statistical Sampling**

Variations among formaldehyde test results in these temporary housing units are related to ventilation, temperature, humidity, materials used in the units' construction, and, for occupied units, issues related to consumer-related materials and behaviors. Outside of these variables, formaldehyde concentration in trailer

PL-000219

interior air is not related to geography, location, jurisdiction, or other extrinsic factors. Given these affective variables, a reasonable and anticipated testing and sampling variability will result from proper use of scientifically accepted testing methods.

Formaldehyde concentration in these temporary housing units additionally varies over time, length of occupation, time since manufacture, exposure to water, insolation, and variations in furnishings. As a result of all of these variables, there can be greater variation between multiple tests of the same individual EHU at different times, as can be found between tests of different emergency housing units at the same time.

The CDC understood this when it choose stratified random sampling in its own formaldehyde study. Units were divided into strata, (groups), which were selected based upon potential differences in formaldehyde concentration.

The differences between these groups required the CDC to collect fewer samples in each group of housing units. It was more important for the CDC to test a set of units from each group, rather than simply test a larger sample set from any one group.

Likewise, the correct methodology for testing the set of housing units requires testing a statistically valid number from each of the groups. This is superior to purposelessly raising the percentage of units sampled to some arbitrary number, including going all the way up to 100 percent of the units. Once the statistically valid sample size is reached, additional samples in a given group may not reduce error. This occurs because the larger errors can continue to come from differences between groups, and from differences in temperature and other conditions.

Stated differently, given that there is an expected variation among tests taken at different times for a single unit, it is not a superior method to test the entire set of over a hundred thousand EHUs compared to testing a statistically significant number of units which covers the important groups of units.

The variation of formaldehyde with temperature gives a good example. With unlimited resources, one could test 140,000 temporary housing units on a single day in December or January. (This is the period when the CDC did its sampling.) Alternatively, one could test 1000 trailers on multiple days throughout the year. Given the strong temperature dependence of formaldehyde concentrations, the 1000 trailer sample is more likely to give a true picture of overall formaldehyde concentrations, than the whole population sample of 140,000 can.

The 1,000 sample set is superior because it can encompass the increase in formaldehyde release at temperatures rise. The statistical sampling method is superior to the uncontrolled testing of the entire set of trailers.

As the number of housing units tested increases beyond a certain point, there is no significant increase in confidence in the result. The CDC, in its final July 2008 report, (page 6), determined that the set of EHUs could be divided into 11 strata, which encompassed the variation among travel trailers, mobile homes, park units, and manufacturers. It was concluded that 95 % confidence could be achieved with a minimum of 38 housing units, and that this significance could be attained with randomly selected units. In effect, the CDC concluded that these units would be typical of the full set of EHUs, as they would be impacted by variables, (temperature, age, and so on), in a fashion representative of the full set. The CDC report includes testing on 519 FEMA-supplied trailers. This affidavit references the CDC data and plaintiffs' data, totaling greater than 3,800 sampled housing units.

**Section 5 - References**

Agency for Toxic Substances and Disease Registry, United States Public Health Service, "TOXICOLOGICAL PROFILE FOR FORMALDEHYDE, July 1999

Centers for Disease Control and Prevention, Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2008

Centers for Disease Control and Prevention, Fact Sheet: Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes, July 2008

E. Uhde, T. Salthammer / Atmospheric Environment 41 (2007) 3111–3128 p.3121

Zhang 2007, Atmospheric Environment, page 3209

Uchiyama, Atmospheric Environment, 41 (2007) 8825-8830

Risholm-Sundman 2007, Atmospheric Environment, page 3200

DeVANY INDUSTRIAL CONSULTANTS, Formaldehyde Sampling: Active and Passive Sampling Protocols, Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units, March 2008

OSHA Formaldehyde Sampling Method 1007, diffusive samplers

BCD Database of Formaldehyde test results. (electronic)

Toxic Trailers, Tests Reveal High Formaldehyde Levels in FEMA Trailers, 2007

PL-000221

Committee on Oversight and Government Reform, Majority Staff, Memo Re:
FEMA Documents dated July 19, 2007

Centers for Disease Control and Prevention, FEMA Trailer Study fact sheet,
http://www.cdc.gov/nceh/ehhe/trailerstudy/

USEPA Indoor Air Quality fact sheet for formaldehyde,
url: www.epa.gov/iaq/formalde.html

Marco Kaltofen, PE, (Civil, Mass.) CV at "www.labs.pro/cv"

Marco Kaltofen, PE, (Civil, Mass.) Testimony history at
"www.labs.pro/cases.html"


Signed and sworn under pain and penalty
of perjury according to federal law this
___20th__ day of August, 2008
by

_Patrick Joseph Bleakney_
_Notary Public  8-20-08_

MARCO KALTOFEN, P.E.,
Massachusetts Registered
Professional Civil Engineer

PATRICK JOSEPH BLEAKNEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 21, 2010

CV - Marco Kaltofen, PE                                        Page 1 of 7

Curriculum Vitae

# Marco Kaltofen, PE

[Home]

---

2 Summer Street - Suite 14
Natick, MA 01760
Tel. (508) 651 1661 - Fax. (847) 589 5831

## Experience

**President, (1988 - present)** - Boston Chemical Data Corporation, Boston, MA - Providing technical support for environmentally-related organizations and for litigation. Performed environmental investigations onsite and via computerized chemical and engineering information systems, including interactive GIS and CAD reporting. Developed large-scale site remediation and laboratory investigation plans, including laboratory audits and facility inspections. Extensive Federal and State court-related expert testimony. Performed life cycle analyses and pollution prevention research, including product testing and site evaluations. Extensive onsite investigations in the US and Internationally.

**Laboratory Director, (1988 - 1993)** - Citizens' Environmental Laboratory, Boston, MA - Founded this nationally recognized nonprofit environmental testing laboratory. Duties included analyses, marketing, budgeting, hiring, public speaking, and expert testimony. Supervised quarterly USEPA performance evaluations. Extensive use of AAS, and GC/MS techniques. Performed engineering and chemical quality evaluations of contaminated sites.

**Project Coordinator, (1984 - 1988)** - Greenpeace International, London, UK - Responsible for environmental program research and field sampling, supervision of a staff of fifty employees, media and community relations, and field programs. Supervised US and International programs.

**Manager, (1982 - 1984)** - Cambridge Analytical Associates, Trace Inorganics Laboratory, Boston, MA - Responsible for atomic absorption, environmental, infrared, and polymer analyses, including supervision of staff, client contacts, National Marine Fisheries Service contract, and USEPA performance evaluations.

**Chemist, (1981)** - New England Aquarium, Boston, MA - Worked with U.S.D.O.E. tracing environmental fate of petroleum drilling wastes and the fate of pollutants in oceans. Responsible for DC-Plasma Emission Spectroscopy, sample preparation and collection.

**Chemical Instrument Technician, (1977 - 1980)** - Boston University, Boston, MA - Responsible for repair and calibration of UV-Visible, Nuclear Magnetic Resonance, Mass Spectroscopy and other spectroscopic equipment.

## Education

- 1985 Northeastern University Graduate study in Civil Engineering, including twenty eight credit hours in air pollution, water and waste treatment.

- 1981 Boston University Bachelor of Science degree in General Engineering with an American Chemical Society accredited concentration in Chemistry. Boston University College of Engineering 2002 Distinguished Alumni Award for Community Service. Boston University School of Public Health Superfund Basic Research Program / Toxics Action Center 2007 Science for the Benefit of Environmental Health Award.

Worcester Polytechnic Institute, Master of Science degree program in Environmental Engineering,

PL-000223

transport.

- Massachusetts Registered Professional Civil Engineer .
- Hazwoper 8 hour recertified - 2007
- American Chemical Society continuing education in Environmental Chemistry and Safety, 2006, 1992 to 1993.
- Member American Society of Civil Engineers, Boston Society of Civil Engineers Section/ASCE, Committee on National Accreditation of Environmental Laboratories, American Chemical Society - National and Northeastern section, (25 years); Coasts, Oceans, Ports and Rivers Institute

## Professional Service

- U. S. Army Restoration Advisory Board Chairman, (11 years), Soldier Systems Center, Natick, Massachusetts
- Boston University College of Engineering Alumni Association - Distinguished Alumni Award
- Toxics Action Center, Boston, Massachusetts - Boardmember, lecturer
- Environmental Technology Education Center - Boardmember
- Engineers Without Borders, Professional member
- Provides pro bono website programming, design, and support for nonprofit education and community service organizations.
- Task force for the development of sewer use regulations for the Massachusetts Water Resources Authority.

## Professional Achievements

### Marco Kaltofen, P.E.

Lead Field Engineer responsible for sampling and inspection of Murphy Oil Co. spill-related damage in St. Bernard Parish, LA following Hurricane Katrina. Conducted sampling design and sampling, laboratory testing management, GIS database preparation, and data analyses to determine the extent of crude oil and refined petroleum product contamination in homes, soils, sediments and the release-point refinery. Sole live witness for plaintiffs at class certification hearing. Performed class boundary mapping. Conducted negotiations with defense experts and before Federal Court helping lead to successful settlement for plaintiffs.

Review and validation of site data including field verification related to environmental quality analyses at Love Canal, Niagara Falls, NY; prior to settlement agreements between Occidental Chemicals and the USEPA.

Engineer in responsible charge of site investigations at eight Massachusetts retail centers involving remediation and assessment of leaking underground storage tanks and buried hazardous chlorinated wastes. Reviewed and selected innovative treatment systems and designs for three sites, including contractor selection, oversight, and performance evaluation. Remediation methods selected include biodegradation, phytoremediation, two-phase extraction, and sparging. All of the retail centers remained in operation during remediation activities.

Researched, specified and reviewed design and construction of a permeable reactive barrier installation to prevent migration of and to destroy a contaminated groundwater plume containing perchloroetnylene and trichloroethylene at a commercial operation adjacent to a public water supply in Massachusetts. This was the first private operational reactive iron wall built in the Commonwealth of Massachusetts. (pictured at top)

Reviewed water quality issues related to cyanobacteria in Massachusetts and California lakes and potential

PL-000224

CV - Marco Kaltofen, PE

Designed and performed field study of polychlorinated dibenzodioxins and dibenzofurans in a manufacturing facility and its environs, including the oversight and conduction of all sampling, data validation, and laboratory audits.

Review of industrial air monitoring data for total hydrocarbons and benzene, with calculation of human exposure to benzene.

Completed review of POTW wastewater discharges, discharge monitoring performance and pretreatment technologies for high petroleum hydrocarbon-bearing and alkaline industrial wastestreams.

Designed and performed field study of petroleum and volatile organics releases from a flooded Kansas petroleum refining facility and its environs, including the oversight or performance of all sampling, mapping, data validation, laboratory contracts, and testing oversight.

Reviewed the use of hydrogen release compounds for the purpose of chlorinated solvent concentration reduction in groundwater at military and commercial locations in Massachusetts.

Field analyses, sampling, and environmental fate review at a former mercury cell chloralkali production facility in coastal Alabama, including onsite and offsite analyses in multiple media. Media analyzed included fish, sediments, air, water, indoor residential dusts, and soils.

Sampling and analysis of onsite and offsite dusts, soils, and ashes from a former chemical/petroleum barrel reclaimer in Chicago, IL. Use of ambient and subsurface air monitoring, metals, dioxin, PCBs, and multiple microscopic techniques to fingerprint airborne emissions fallout.

Review and inspection of a former New Jersey iron mine used for automobile paint waste disposal.

Sampling, analysis, and microscopic review of tree rings collected to determine past exposure to volatile and particulate metals.

Analysis of biological particulates in airborne dustfall, analysis of bulk and surface dusts, and soils.

Inspection, sampling, and analysis of active paint spray booth operations.

Reviewed environmental conditions and process safety for a Seattle-based aerospace research and development firm.

Sampling and analysis of indoor house dusts for polychlorinated dibenzodioxins and dibenzofurans in a community surrounding a cluster of waste incinerators and industrial boilers, including report presentation for a federally-sponsored public review meeting.

Performed post-Hurricane Katrina field examination of petroleum spills in Mobile Bay, Mobile, Alabama and Pascagoula, Mississippi. Mobilized field resources onsite in the Gulf Region to begin sampling campaign within ten days of the 2005 storm event.

Court-Qualified as an expert witness in State and Federal courts in the fields of Chemistry and Civil Engineering, as well as in numerous civil depositions. (Massachusetts, Wisconsin, Texas, California, Pennsylvania, Louisiana, Alabama)

Co-Chair, US Army Soldier Systems Biological and Chemical Command Superfund Restoration Advisory Board. Reviews five operational Superfund units including multimedia human and ecological exposure vectors. Extensive communication with public, regulatory, state and federal public health authorities and military agencies, including the Department of Defense Office of the Undersecretary for Environmental Affairs. Reviews and comments on workplans, draft and final reports, and health and safety plans for remedial investigations, feasibility studies, environmental and human health risk assessments, as well as budget priority documents. Also responsible for coordination of agendas, communications with municipal

Assessment of metal corrosion by airborne sulfide exposure from a pulp and paper mill and its wastewater treatment system.

Site investigation of a Municipal/Industrial waste landfill in South Texas, including determination of the environmental fate of materials released from the land disposal facility after initial placement.

Researched, specified and oversaw design and construction of a phytoremediation project to clean contaminated soils containing perchloroethylene and trichloroethylene using a mix of northern latitude deep and shallow-rooted plants in an engineered treatment cell adjacent to a residential area.

Engineer in responsible charge of site investigations and remediation of a leaking underground petroleum product storage tank and fuel line in an urban commercial setting in Cambridge, MA.

Engineer in responsible charge of site investigations, remedial method selection and design of a PCE contaminated groundwater environment and metal contaminated soils in an industrial zone in Seattle, WA. Duties include bid selection and vendor oversite.

Designed and performed field study of indoor house dusts and particulates for toxic metals using atomic spectroscopy, xray microanalysis, and digital optical microscopy for a residential community surrounding a metal smelter.

Reviewed the environmental aspects of Catalytic Extraction Processing of hazardous wastes for Molten Metal Technology of Waltham, MA.

Designed and performed field study of polychlorinated dibenzodioxins, volatile solvents, metals, and polynuclear aromatic hydrocarbons at a former research/manufacturing facility located in a highly populated area.

Beginning in 1988 with an initial budget of less than $10,000, built a full service nationally recognized environmental laboratory to serve institutional, individual, and educational clients. Achieved a 108 percent success rate for trace metals, volatile organics, and PCBs on EPA performance evaluations. Served over 750 clients in four years. Raised $ 1,000,000 in grants and contracts.

Voting member of the USEPA Committee on National Accreditation of Environmental Laboratories.

Extensive public relations and communications experience including appearances or articles with Good Morning America, the Today Show, NBC Nightly News, CNN, C Span, TBS, National Public Radio, U S News & World Report, Chemical & Engineering News, The New York Times, and over 300 technical and other citations.

Reviewed formulations, safety hazards, and warnings of military-type zinc chloride smoke bombs and alternatives.

Performed the first complete mass balance of hazardous materials into Boston Harbor and its tributaries. This study was the basis of a State funded study which was performed two years later with a far larger budget. The final aggregate results of the two studies agreed within 3 percent. Field work included sewer user sampling and NPDES discharge sampling and analyses.

Determination of free crystaline silicate and other mineral particulate air releases from a West Texas quarry, including sampling of parent material, air, soils, and dusts.

Sampled surface bedrock and weathered materials in Cuidad Juarez, Mexico for the determination of free crystaline silicates and naturally-occuring arsenic.

Design and completion of sampling efforts to complete indoor air quality studies for gasoline-related volatile organic compounds.

PL-000226

CV - Marco Kaltofen, PE                                                      Page 5 of 7

Design and completion of sampling efforts, including health and safety presentations, for indoor and outdoor pesticide contamination studies in mixed industrial and residential environments.

Sampling, analyses, and mapping of pesticide residues in public and residential sites in South Texas, related to pesticide formulation activities.

Determined hydrogen gas, hydrogen sulfide, and sulfur dioxide production in anaerobic and aerobic sediments, composted food wastes, and sanitary wastewater treatment residuals.

Worked with State Attorneys General offices in three Northeast states. One investigation performed directly resulted in the State of New Jersey recovering sufficient funds to run their Hazardous Waste Strike Force for eighteen months without State appropriations.

Reviewed environmental impacts of polystyrene manufacture, use and disposal.

Performed real-time air quality monitoring and field sampling of beryllium-based particulates in a South Texas medical devices manufacturing facility, and determined particle size, loading, and morphology examination of metallic cuttings and dusts.

Assesment of lead and cadmium transport via soils and sediments surrounding a cement kiln in West Texas.

Air sampling and real time particulate concentration monitoring in a metal processing laboratory.

Review and field detection of emissions from a mineral fertilizer manufacturer, including sampling and analyses of soils, indoor house dusts, and sediments.

Collected marine samples for a combined German and Swedish oceanographic research team in the Gulf of Finland. Sampled media included both seawater and wastewater effluents and waste treatment residuals on the southeastern Swedish coast.

Laboratory Investigations and Method Reviews

Designed sampling protocol and carried out all analyses for closure of a scientific base in Antarctica, including characterization of petroleum and Jet A1 releases.

Sampled and analyzed contaminated Boston Harbor/Fort Point Channel sediments.

Designed and constructed a mercury cold vapor inlet system for atomic absorption determination of mercury in environmental samples, and successfully completed a USEPA proficiency examination for mercury detection employing this apparatus.

Performed an onsite review of Soviet Environmental Ministry and Ministry of Chemical Industry environmental monitoring procedures and laboratories analyses for steel production and natural gas processing in Volgagrad, USSR.

Performed site investigations of a Refinery/Chloralkali complex in the vicinity of Volgagrad in the present Russian Republic. Performed all required laboratory analyses and authored and presented final report to the Ministry of Industry in Moscow and to Russian and US specialists in Washington, DC.

Reviewed and developed methodologies for the analytical determination of MIC in paints.

Conducted field sampling and laboratory analyses for the determination of metals and cyanides in tidally-controlled groundwater at Spectacle Island in Boston Harbor, for preconstruction environmental quality investigations for the Boston Third Harbor Tunnel project.

Developed and performed analytical procedures for the determination of 4-phenylcyclohexene in textiles and

Designed and managed construction of an environmental analysis laboratory facility for a commercial client; including HVAC, waste recycling, permit, and vendor qualification duties.

Designed sampling protocols and performed analyses of air, water, and sediment samples from the Kingdom of Kuwait immediately after the cessation of hostilities with Iraq. These results were reviewed and published in the general press, as well as by the USGAO.

Detection of lead, arsenic, hafnium and other metals in soils from a closed 19th Century smelter in Massachusetts; including use of Scanning Electron Microscopy/EDX and Atomic Absorption methods for determining insoluble lead species and the morphology and origins of lead and chromate-containing particulates. Presented findings of this investigation to the Commonwealth of Massachusetts Environmental Protection Department and local Boards of Health in order to develop methodologies for regulators, and to develop a long-term groundwater and drinking water well monitoring program.

Determined morphology and bioavailability of silicates in paint matrices by digital optical microscopy for the investigation of stains and topcoats.

Reviewed field laboratory designs and field procedures for NGO laboratory testing facilities based in Amsterdam (The Netherlands) and in Russia.

Analysis of North Atlantic and Gulf Coast petroleum exploration and production drilling fluids and analysis of marine biota for drilling fluid-related contaminants.

Sampling and laboratory analysis of airborne formaldehyde related to residential use of urea-formaldehyde insulation.

Sampled wastewater effluents in Boston Harbor and from its tributary river systems, and analyzed these samples at Queen Mary's College, at Exeter in the United Kingdom.

Designed and carried out a complete sampling and laboratory analysis protocol for a seventy-site study of wastewater effluent characteristics in Mexican automobile and electronic component plants.

Sampled and analyzed chlorinated pesticide residues in residential soils in Matamoros, Mexico.

Analyzed contaminated estuarine sediments in support of Boston's Logan Airport Bird Island Flats runway project.

Sampled and analyzed expanded polystyrene foams for extractable meals under replicated biological conditions.

Data review and method validation for nerve agents and blister agents (including Sarin and Mustard-HD). Review of confirmed agent detection records and US Army analytical procedures for GC-MS, GC-FPD, and other analytical methods used at the Umatilla Chemical Depot.

Developed toxics use reduction plans for the Citizens' Environmental Laboratory which reduced toxic waste generation over 90% from originally predicted levels.

Radiological Investigations

Sampling planning and study design for radiological and mixed waste contaminants in the Columbia River at the Hanford Nuclear Reservation, particularly developing sampling strategies for foodchain contaminants including Strontium 90, Tritium, Americium, Plutonium, and Uranium isotopes. Supervised resulting field work and performance of sampling teams during execution of the sampling and safety plans.

Study design for radiologic and mixed waste contaminants along the Techa River downstream of the Mayak Chemical Nuclear facility in the Ural Mountains in Russian Central Asia, particularly developing sampling
. . . . . . . . . chain contaminants including Strontium 90 and Cesium 137. Performed field work and

reviewed sampling teams onsite, as well as reviewed procedures with local and regional environmental authorities.

Presented radiological monitoring and testing seminar at St. Petersburg, Russia conference on nuclear policies and technologies.

Performed an onsite review of radiological monitoring and laboratory procedures for the regional and municipal environmental authorities in Chelyabinsk and Chelyabinsk Oblast, Russia.

Determined total alpha and beta emitters in river sediments from Nanda Devi Glacier near Lata, India, related to naturally-occuring uranium and plutonium 238 and 239 contamination.

Completed study designs, field sampling, and onsite monitoring for an offsite radiologic contaminant migration study at Los Alamos National Laboratory in Los Alamos, New Mexico, including a review of NPDES effluent quality data and soil and sediment chemical quality data. Study materials included dusts, biota and sediments collected in Los Alamos, Santa Fe, and the San Ildefenso Pueblo. Additional investigations were initiated for radiological exposures to Native American Indian craftspeople through the use of traditional pottery-making materials. Assisted design of followup study with State of New Mexico and Los Alamos National Laboratory personnel.

Analytical Instrumentation Operation Experience

- Gas chromatography with electron capture detection - GC/ECD
- Gas chromatography with mass spectral detection - GC/MS
- Direct injection mass spectroscopy - MS
- Gas chromatography with flame ionization detection - GC/FID
- Atomic Absorption with flame and graphite furnace excitation - AAS and GFAAS
- Inductively coupled plasma emission spectroscopy - ICP
- Infrared spectroscopy - IR
- Direct current plasma emission spectroscopy - DCPES
- Scanning electron microscopy / Energy-dispersive X-ray spectroscopy - SEM/EDX
- Mercury cold vapor atomic absorption spectroscopy - CVAAS
- Air contaminant monitoring instrumentation for sulfides, radionuclides, particulates, metals, VOCs, formaldehyde, carbon monoxide - including TO-15 and electrometric methods.



Boston Chemical Data Corporation

[Quotes/Information]  [Litigation]  [Microscopy]  [Biography]  [Home]

© 2008. The Boston Chemical Data Corp., All Rights Reserved

**Marco Kaltofen, P.E. Civil (Mass.)**
**2 Summer Street - Suite 14**
**Natick, MA 01760**
**Tel. (508) 651-1661 - Fax (847) 589-5831**

## Publications

I have produced no relevant publications in the last ten years, 1998-2008.

Boston Chemical Data Corp. - Litigation                                    Page 1 of 2



**Boston Chemical Data C**

**Litigation Experience**

[Quotes/Information]  [Microscopy]  [Biography]  [Home]

Marco Kaltofen, P.E.

**Cases where M. Kaltofen, PE has provided expert testimony**

P. Turner et al. v. Murphy Oil USA, Inc., et al. USDC C. A. No. 05-4144 For the Law Offices of Daniel
Attorneys at Law (p)

Carrie Jean LaBauve, et al v. Olin Corporation, et al Civil No.:03-567-WS-M United States District Cou
District of Alabama, For the firm of Lambert and Nelson, LLC (p)

John W. Adams, et al v. Ciba Specialty Chemicals Corporation, et United States District Court for the So
of Alabama Case No.: 03-566-WS-B, For the firm of Lambert and Nelson, LLC (p)

CONSOLIDATED CAUSE NO. 94 3420 F LINDA HAMILTON, JANIE P. : GONZALEZ and ROSEN
GONZALEZ, Plaintiffs V. ASARCO INCORPORATED and ENCYCLE/TEXAS, INC., Defendants,IN
DISTRICT COURT 214TH JUDICIAL DISTRICT OF NUECES COUNTY, T E X A S (p)

CONSOLIDATED CAUSE NO. 94 3421 F MAXIMILIANO LEAL and DOROTHY LEAL Plaintiffs V
INCORPORATED and ENCYCLE/TEXAS, INC., Defendants IN THE DISTRICT COURT, 214TH JU
DISTRICT OF NUECES COUNTY, T E X A S (p)

CONSOLIDATED CAUSE NO. 94 3422 F MARTIN ADAMS, JR. JUANITA ADAMS Plaintiffs V. A
INCORPORATED and ENCYCLE/TEXAS, INC., Defendants IN THE DISTRICT COURT, 214TH JU
DISTRICT OF NUECES COUNTY, T E X A S (p)

Alicia Acevedo, et al v. Union Pacific Railroad Company, et. In the 332nd Judicial District Court of Hid
TX for Reich and Binstock, LLP (p)

Powers, et al v. Newell, et al Cause No.: 98-CI-15822 in the Judicial District Court of Bexar County, TX
Binstock, LLP (p)

Allen vs. Akzo Nobel Coatings, Inc., IN THE DISTRICT COURT OF JEFFERSON COUNTY, TEXAS
JUDICIAL DISTRICT for Hilliard and Munoz, PLLC (p)

Rudy Achee et al vs. Port Drum US Eastern District Court in the Eastern District of Texas, Beaumont, T
No. 1:98 cv 001554 for Hilliard & Heald (p)

Boston Chemical Data Corp. - Litigation                                      Page 2 of 2

Akers, et al. v. THE UNITED STATES; RAYTHEON COMPANY, a Delaware corporation; RAYTHE
ENGINEERS & CONSTRUCTORS INTERNATIONAL, INC., a Delaware corporation; and SCIENCE
APPLICATIONS INTERNATIONAL CORPORATION, a Delaware corporation, Defendants. United S
Court No.: 1-CV-1038-HU for Griffin McCandlish (p)

Urbina/Mendoza v. Electrical Technologies for Alvarez, Armas and Borron (p)

Millangue, et al. v. Jeneric/Pentron, Inc, et al. in the County Court at Law No. 4, Nueces County, Texas
62300-4 for Flood and Flood (p)

Porfirio Lopez, et al. v. Hoechst-Celanese Chemical Group, et al.; In the District Court, 28th Judicial Di
County, Texas Cause No.: 96-4105-A for Reich and Binstock, LLP (p)

Augustina Reyna Gonzales et al. V. CITGO Petroleum Corporation et al, in the District Court, 148th Jud
Nueces County, Texas, for The Edwards Law Firm (p)

Edith Merzer v. Frito-Lay, Inc. and Royal Vending Machine Company in the Superior Court of the Com
Massachusetts, C.A. No.: 94-2944G (p)

Virgie Adams, et al. vs. American Ecology Environmental Services, et al. In the District Court of Tarran
Texas, 236th Judicial District, no. 236-165224-96 (p)

Texas processing, Inc., et al. vs. Oxy Petrochemicals, Inc., et al. No. 91-2083-F in the District Court, 214
District of Nueces County, Texas (p)

Richard Abraham, et al. vs. Exxon Chemical Americas, et al., Civil action no. 89-44350, in the 281st Juc
Harris County, Texas (p)

                              (p) for plaintiff (d) for defendant

_____

                    [Quotes/Information]  [Microscopy]  [Biography]  [Home]

                    © 2004, The Boston Chemical Data Corp.,  All Rights Reserved

**Boston Chemical Data Corp.**
**2 Summer Street - Suite 14**
**Natick, MA 01760**
**Tel. (508) 651-1661 - Fax (847) 589-5831**
**www.labs.pro**

# FEE SCHEDULE

Marco Kaltofen . . . . . . . . . . . . . . . $235/hour

Geologist . . . . . . . . . . . . . . . . . $140/hour

Technician . . . . . . . . . . . . . . . . . $70/hour

Marco Kaltofen Field Work . . . . . . . . . . . $2,500/day

Marco Kaltofen Deposition and Trial Testimony . . . . . . . . . . $3,000/day