UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 14

# Transcript of the Testimony of
# Videotaped Deposition of Marco Kaltofen

## Date taken: October 8, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION N(4)
LIABILITY LITIGATION         JUDGE ENGELHARDT

* * *

VIDEOTAPED DEPOSITION OF MARCO KALTOFEN, 2 SUMMER STREET, SUITE 14, NATICK, MASSACHUSETTS 01760, TAKEN AT THE OFFICES OF LAMBERT & NELSON, 701 MAGAZINE STREET, NEW ORLEANS, LOUISIANA 70130, ON THE 8TH DAY OF OCTOBER, 2008.

REPORTED BY:
  CATHY RENEE' POWELL, CCR
  PROFESSIONAL SHORTHAND REPORTERS
  (504)529-5255

VIDEOGRAPHER:
  MICHAEL BERGERON
  PROFESSIONAL SHORTHAND REPORTERS
  (504)529-5255

## Page 2

1  APPEARANCES:
2      GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
         WARSHAUER
3      (BY: JUSTIN I. WOODS, ESQUIRE)
       1100 POYDRAS STREET - 28TH FLOOR
4      NEW ORLEANS, LOUISIANA 70163
5      LAMBERT & NELSON
       (BY: HUGH LAMBERT, ESQUIRE
6           LINDA NELSON, ESQUIRE)
       701 MAGAZINE STREET
7      NEW ORLEANS, LOUISIANA 70130
8      LAW OFFICES OF FRANK D'AMICO
       (BY: FRANK D'AMICO, ESQUIRE
9           AARON Z. AHLQUIST, ESQUIRE)
       622 BARONNE STREET
10     NEW ORLEANS, LOUISIANA 70112
         (Attended via telephone)
11
         (ATTORNEYS FOR THE PLAINTIFFS)
12
       DAIGLE, JAMISON & RAYBURN
13     303 WEST VERMILION STREET
       SUITE 210
14     LAFAYETTE, LOUISIANA 70502
         (Not present)
15
         (ATTORNEYS FOR DEFENDANTS
16         SILVER CREEK)
17     DUPLASS, ZWAIN, BOURGEOIS,
         PFISTER & WEINSTOCK
18     3838 NORTH CAUSEWAY BOULEVARD
       SUITE 2900
19     METAIRIE, LOUISIANA 70002
         (Not present)
20
         (ATTORNEYS FOR DEFENDANTS
21         GULF STREAM COACH, INC.)
22     U.S. DEPARTMENT OF JUSTICE
       (BY: HENRY MILLER, ESQUIRE)
23     500 C STREET SW
       WASHINGTON, D.C. 20472
24
         (ATTORNEYS FOR DEFENDANTS UNITED
25         STATES AND FEMA)

## Page 3

1  APPEARANCES CONTINUED:
2
       FOWLER RODRIGUEZ VALDES-FAULI
3      400 POYDRAS STREET
       30TH FLOOR
4      NEW ORLEANS, LOUISIANA 70130
         (Not present)
5
         (ATTORNEYS FOR DEFENDANTS
6          CMH MANUFACTURING, SOUTHERN
           ENERGY HOMES, INC., PALM HARBOR
7          MANUFACTURING, LP, PALM
           HARBOR ALBERMALE, AND GILES
8          INDUSTRIES, INC.)
9
       GIEGER, LABORDE & LAPEROUSE
10     (BY: JASON BONE, ESQUIRE)
       701 POYDRAS STREET
11     SUITE 4800
       NEW ORLEANS, LOUISIANA 70139
12
         (ATTORNEYS FOR DEFENDANTS FOREST
13         RIVER)
14
       HAILEY McNAMARA
15     10725 PERKINS ROAD, SUITE 200
       BATON ROUGE, LOUISIANA 70810
16       (Not present)
17       (ATTORNEYS FOR DEFENDANTS AMERICAN
           HOMESTAR CORPORATION)
18
19     JONES, WALKER, WAECHTER, POITEVENT,
         CARRERE & DENEGRE
20     (BY: JAMES PERCY, ESQUIRE)
       8555 UNITED PLAZA BOULEVARD
21     BATON ROUGE, LOUISIANA 70809
22       (ATTORNEYS FOR DEFENDANTS PILGRIM,
           KEYSTONE, MONACO, R-VISION, THOR
23         CALIFORNIA, KZRV, DS/
           CROSSROADS AND DUTCHMEN)
24
25

## Page 4

1  APPEARANCES CONTINUED:
2
       LABORDE & NEUNER
3      ONE PETROLEUM CENTER
       1001 WEST PINHOOK
4      LAFAYETTE, LOUISIANA 70505
         (Not present)
5
         (ATTORNEYS FOR DEFENDANTS HORTON
6          HOMES, INC.)
7
       NELSON MULLINS RILEY & SCARBOROUGH
8      (BY: TAYLOR TAPLEY DALY, ESQUIRE)
       ATLANTIC STATION
9      201 17TH STREET NW/SUITE 1700
       ATLANTA, GEORGIA 30363
10
         (ATTORNEYS FOR DEFENDANTS
11         FLEETWOOD ENTERPRISES, INC.,
           ET AL.)
12
13     NIELSEN LAW FIRM
       3838 NORTH CAUSEWAY BOULEVARD
14     SUITE 2850
       METAIRIE, LOUISIANA 70002
15       (Not present)
16       (ATTORNEYS FOR DEFENDANTS
           SCOT BILT HOMES, INC.)
17
18     GARRISON, YOUNT, LORMAND, FORTE &
         MULCAHY
19     (BY: KELLY M. MORTON, ESQUIRE)
       909 POYDRAS STREET
20     SUITE 1800
       NEW ORLEANS, LOUISIANA 70112
21       (Attended via telephone)
22       (ATTORNEYS FOR DEFENDANTS
           RECREATION BY DESIGN, LLC, TL
23         INDUSTRIES, INC., AND FRONTIER
           HOMES, INC.)
24
25

```
 1    APPEARANCES CONTINUED:
 2
      TAYLOR, PORTER, BROOKS & PHILLIPS
 3    8TH FLOOR - CHASE TOWER SOUTH
      451 FLORIDA STREET
 4    BATON ROUGE, LOUISIANA 70801
           (Not present)
 5
           (ATTORNEYS FOR DEFENDANTS
 6            COACHMEN INDUSTRIES)
 7    VOORHIES & LABBE'
      700 ST. JOHN STREET
 8    LAFAYETTE, LOUISIANA 70502
           (Not present)
 9
           (ATTORNEYS FOR DEFENDANTS CAVALIER
10            HOME, WAVERLEE HOMES, REDMAN HOMES,
              DUTCH HOUSING, PATRIOT HOMES AND
11            RIVER BIRCH)
12    WILLINGHAM, FULTZ & COUGILL
      (BY: THOMAS L. COUGILL, ESQUIRE)
13    NIELS ESPERSON BUILDING
      808 TRAVIS, SUITE 1608
14    HOUSTON, TEXAS 77002
           (Attended via telephone)
15
           (ATTORNEYS FOR DEFENDANTS
16            JAYCO AND STARCRAFT)
17    McGLINCHEY STAFFORD
      643 MAGAZINE STREET
18    NEW ORLEANS, LOUISIANA 70130
           (Not present)
19
           (ATTORNEYS FOR MORGAN BUILDINGS AND
20            SPAS, INC., AND MORGAN BUILDING
              SYSTEMS, INC.)
21
      DEUTSCH, KERRIGAN & STILES
22    (BY: JOSHUA KELLER, ESQUIRE)
      755 MAGAZINE STREET
23    NEW ORLEANS, LOUISIANA 70130
           (Attended via telephone)
24
           ATTORNEYS FOR DESTINY INDUSTRIES, LLC,
25            AND RIVER BIRCH HOMES
                                              Page 5
```

```
 1              * * *
 2           EXAMINATION INDEX
 3    EXAMINATION BY MR. PERCY: ..............10
 4    EXAMINATION BY MR. MILLER: .............88
 5              * * *
 6           INDEX OF EXHIBITS
 7    Exhibit No. 1 ........................107
 8    Mr. Kaltofen's original report with
 9    the original CV.
10    Exhibit No. 2 ........................107
11    Mr. Kaltofen's curriculum vitae
12    provided by Ms. Linda Nelson on
13    date of deposition.
14
15
16
17
18
19
20
21
22
23
24
25
                                              Page 6
```

```
 1            S T I P U L A T I O N
 2
 3         It is stipulated and agreed by and
 4    between counsel for the parties hereto that
 5    the deposition of the aforementioned witness
 6    is hereby being taken for all purposes
 7    allowed under the Federal Rules of Civil
 8    Procedure, in accordance with law, pursuant
 9    to notice;
10         That the formalities of reading and
11    signing are specifically not waived;
12         That the formalities of filing,
13    sealing, and certification are specifically
14    waived;
15         That all objections, save those as to
16    the form of the question and the
17    responsiveness of the answer, are hereby
18    reserved until such time as this deposition,
19    or any part thereof, may be used or sought
20    to be used in evidence.
21              * * *
22         CATHY RENEE' POWELL, CCR, Certified
23    Court Reporter, officiated in administering
24    the oath to the witness.
25
                                              Page 7
```

```
 1         THE VIDEOGRAPHER:
 2              Today is the 8th day of October,
 3    2008. The time is approximately 10:18 a.m.
 4              This is the videotaped deposition
 5    of Mr. Marco Kaltofen, taken at the offices
 6    of Lambert & Nelson, located at 701 Magazine
 7    Street, New Orleans, Louisiana, for the case
 8    entitled "FEMA Trailer Formaldehyde Products
 9    Liability Litigation."
10              Will counsel please identify
11    themselves and which parties they represent.
12         MR. PERCY:
13              Jim Percy on behalf of numerous
14    manufacturing defendants. I will provide
15    that information to the court reporter.
16         MS. DALY:
17              Taylor Daly for Fleetwood.
18         MR. BONE:
19              Jason Bone on behalf of Forest
20    River.
21         MR. MILLER:
22              Henry Miller on behalf of
23    defendant United States of America.
24         MR. LAMBERT:
25              Hugh Lambert, Lambert & Nelson, on
                                              Page 8
```

**Page 89**

1  toxicologist?
2  A. No, sir.
3  Q. You don't hold yourself out as a
4  toxicologist?
5  A. Never have.
6  Q. You are not qualified to determine
7  what are and what are not acceptable levels
8  for formaldehyde?
9  A. Nothing that any other civil
10 engineer wouldn't do. No.
11 Q. And in this case, to the extent
12 you set forth in your report terms like
13 "acceptable levels," or "standards for
14 formaldehyde," you are not representing that
15 those should be levels that the court should
16 consider for purposes of its opinions?
17 A. No. I am representing them as
18 benchmarks to compare laboratory data. I am
19 not making any medical or toxicology
20 statements about them.
21 Q. For purposes of those
22 determinations, you would defer to a
23 toxicologist, an epidemiologist, perhaps a
24 medical doctor, someone in the
25 health-related field?

**Page 90**

1  A. Someone in the hygiene business,
2  yes.
3  Q. I would ask you to turn to the
4  fourth page of your report, which at the
5  bottom starts with "Section 2 - Testing."
6  A. Yes.
7  Q. Going to the first full paragraph
8  there that starts "Indoor formaldehyde
9  concentrations," near the top of the page --
10 A. I see it.
11 Q. -- you refer to two studies that
12 were testing, or reported test results
13 relating to temperature and humidity. You
14 see that?
15 A. I do.
16 Q. Do you know if the housing units
17 they tested contained HUD compliant
18 materials or non-HUD compliant materials?
19 A. I wouldn't actually know the
20 regulations from HUD well enough to make
21 that choice.
22 Q. You were aware from the testimony
23 that we had yesterday with Ms. DeVany that
24 HUD has some requirements that relate to
25 formaldehyde for manufactured housing/mobile

**Page 91**

1  homes?
2  A. I understand that there are some
3  requirements that HUD has promulgated. I'm
4  not, of course, an expert on regulations. I
5  really only use them as they apply to my own
6  work as an engineer or chemist.
7  Q. Do you have any knowledge of what
8  the HUD regulations are?
9  A. Oh, I would have to go look them
10 up.
11 Q. And for purposes of your reliance
12 upon these studies, you do not know if the
13 vehicles or the housing units they were
14 testing had HUD-compliant materials or were
15 noncompliant?
16 A. I would just have to review what
17 the authors had said.
18 Q. If we go to the next page of your
19 report, the second to last paragraph that
20 starts "As of July 23, 2008."
21 A. Second to last? Yes, sir.
22 Q. And then, the last sentence in
23 that paragraph says, "Of the 3,147 records
24 fully reviewed at the time of this
25 affidavit, the median result was 0.14 parts

**Page 92**

1  per million (ppm) of formaldehyde indoor
2  air."
3  Do you see that?
4  A. Yes, I do.
5  Q. Could you just explain briefly
6  what the phrase "median" means?
7  A. It is one measure of the central
8  value of a data set. It requires sorting
9  the data set in ascending or descending
10 order and taking the central value, the one
11 in the middle, or the two in the middle and
12 averaging them, depending on whether you
13 have an odd or even number of data points.
14 Q. I'm not great at statistics, so
15 does this mean that you have half of the
16 results are higher and half the results are
17 lower?
18 A. Essentially, yes, sir.
19 Q. What was, if you have any
20 recollection, the range of the results that
21 you recorded?
22 A. Well, that was the range of
23 results frozen at that particular day.
24 I think the range currently is
25 nondetect to 4.5 parts per million. But I

23 (Pages 89 to 92)

1  don't recall the range at that date.
2      Q.  This database that has been set up
3  and that you have been inputting data into,
4  and you had some involvement with quality
5  assurance, quality control checking, were
6  you able to obtain a median level for each
7  manufacturer and their models?
8      A.  You could do that, yes.
9      Q.  And would you be able to obtain a
10 median level for just travel trailers?
11     A.  You said "median level"?
12     Q.  Yes.
13     A.  Sorry.  It's a little hard to
14 hear.
15         Yes.
16     Q.  So the way this database is set
17 up, you can manipulate this data to
18 determine various ranges of information
19 relating to the test results?
20     A.  Correct.
21     Q.  Have you done that at this point
22 for manufacturers and models?
23     A.  I have only done it for the
24 cumulative data set.
25         I have also looked at it based on

Page 93

1  who is doing the sampling.
2      Q.  As to who is doing the sampling,
3  has that shown any differences?
4      A.  Yes, it has.
5      Q.  What has it shown?
6      A.  Well, for instance, when I take
7  the sample, the median tends to be lower.
8          I think about where I am taking my
9  samples.  I am in Maryland.  The North is a
10 cold place compared to Louisiana.
11         So with higher temperatures, you
12 would expect to see higher formaldehyde
13 numbers.  That seems to show up in my data.
14     Q.  You were sampling in Cumberland,
15 Maryland?
16     A.  Yes.  And Frostburg.
17     Q.  And that is the FEMA storage site
18 up there; is that right?
19     A.  I believe it is, yes.
20     Q.  Whose data sets have shown results
21 higher than your data sets?
22     A.  Well, everyone else's.  That would
23 be EPA, CDC, FEMA, Mr. Scott, Mary DeVany.
24         There are --
25     Q.  What type of --

Page 94

1      A.  There are some other -- I
2  mentioned this earlier -- in the earlier
3  part of this deposition -- some other
4  individuals and individual law firms.  I
5  haven't aggregated those, so I wouldn't
6  count those as having a higher median, or
7  medians.
8      Q.  For those individual data, the law
9  firm data, do you know what testing protocol
10 they used?
11     A.  Very similar.  I don't know if it
12 was identical because some of these tests
13 were produced before the protocol was
14 finalized.
15     Q.  Has the testing protocol been
16 issued to individual lawyers to allow them
17 to test, to try to follow that protocol of
18 testing?
19     A.  I'm not the one to ask that.
20     Q.  Now, you indicated that you did
21 some quality assurance/quality control,
22 about two or three hours' worth, on this
23 database.  Is that right?
24     A.  Correct.
25     Q.  And how were you checking the

Page 95

1  database?  Were you doing it by date,
2  randomly?  What was the methodology you were
3  using for quality control/quality assurance?
4      A.  It varied.  I was looking at the
5  product I was receiving and checking it
6  against original lab reports and also log
7  sheets.
8      Q.  Any other way?
9      A.  No, only by comparing to original
10 data.
11     Q.  And approximately how many inputs
12 into the data did you check?
13     A.  A few hundred.
14     Q.  And what was the rate of error, if
15 any, that you found in the inputs?
16     A.  Well, there were two kinds of
17 errors that I was looking for.  One is an
18 incorrect field, where someone had a value
19 in a field that was not correct.
20         The other was an incomplete field.
21         I found the errors, but it was
22 almost -- no, it was wholly in incomplete
23 fields.  Fields that had not been entered.
24     Q.  What was the rate of incomplete
25 fields that you were finding?

Page 96

24 (Pages 93 to 96)