UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 15

## AFFIDAVIT OF PAUL HEWETT CONCERNING
## IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

**STATE OF WEST VIRGINIA**
**COUNTY OF MONONGALIA**

**BEFORE ME**, the undersigned authority personally came and appeared:

**PAUL HEWETT, Ph.D**

who, after being duly sworn by me, did depose and say that the information contained in the attached report is true and accurate to the best of his knowledge.

PAUL HEWETT, Ph.D

Sworn to and subscribed before me, this _2D_ day of August 2008.

_____ # _____
NOTARY PUBLIC

My commission expires _July 10, 2010_

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
CYNTHIA S. GOFF
669 Fairchance Road
Morgantown, WV 26508
My Commission Expires July 6, 2010



Technical Report
August 20, 2008
www.oesh.com

## Estimation of Sample Sizes for the FEMA Temporary Housing Unit Study

Paul Hewett PhD, CIH

### 1    Introduction

On March 19, 2008 Paul Hewett (Exposure Assessment Solutions, Inc.; EAS) was contacted by the "FEMA Trailer Formaldehyde Products Liability Litigation Plaintiffs Steering Committee" (hereafter referred to as the PSC or Plaintiffs Steering Committee) and requested to assist in determining reasonable sample sizes, by *manufacturer and model, for an upcoming formaldehyde exposure survey of FEMA (Federal Emergency Management Agency) THU's*.  In this report the abbreviation "THU's" is used to refer to the "temporary housing units" as used by FEMA, which includes travel trailers, mobile homes, park home, and other similar housing units.  FEMA had a list of 10,289 THU's that were new, unoccupied, and awaiting disposition (that might include disposal).  On March 20th a spreadsheet containing the FEMA list was sent to EAS by Mary Devany (Devany Industrial Consultants, Vancouver, WA.)

On March 21st EAS was notified that, by court order, the specific individual THU's to be sampled by the PSC - to be identified by their VIN numbers - had to be selected by March 27th.  The PSC had developed a database of exposure measurements from occupied FEMA THU's.  Each measurement represented the average exposure over a 24 to 72 hour period and was typically collected using passive samplers.  On March 20th Mary Devany provided a spreadsheet containing 549 cases (i.e., a case is an exposure measurement plus supporting information).  An updated spreadsheet containing 761 cases was provided on March 25th.

Upon inspection, it was easily determined that the FEMA list of 10289 THU's was incomplete.  The model types were missing for roughly half of the THU's making it difficult to impossible to determine sample sizes by manufacturer and model combinations.  However, the trailer size - e.g., 14X60, 14X64, 14X70 - was listed for most of the THU's and was used as a surrogate for "model".

It was recognized that for some manufacturers a fairly large dataset of exposure measurements had already been assembled by the PSC, but for other manufacturers the sample sizes were fairly small, say 10 or fewer, and fewer still when divided by model type.  Furthermore, comparison of the manufacturers in the FEMA list to those represented in the PSC exposure database revealed that THU's for several manufacturers had yet to be sampled.

There are two approaches to calculating sample sizes that are appropriate.  One approach involves estimating *with a specified level of confidence the mean formaldehyde exposure to within plus or minus some fraction* of the true mean, while the other approach involves hypothesis testing relative to an exposure limit for the mean formaldehyde exposure.  For either approach a distributional model must be assumed and estimates of the underlying exposure parameters must be calculated from existing data.  Analysis of the exposure dataset strongly suggested that the data are well described by the lognormal distribution.  Therefore, the relevant distributional parameters are the geometric mean (GM) and geometric standard deviation (GSD).  Given that there was little time in which to perform this analysis and estimate custom sample sizes by manufacturer and model, and given the problems noted above with the FEMA list, it was decided to estimate generic samples for each manufacturer using a generic or typical GM and GSD.

In consultation with M. Devany, generic sample sizes were estimated with the objective of obtaining reasonably accurate statistics that can be used in hypothesis testing relative to either the ATSDR limit of 0.03 ppm (for exposures lasting 14 to 365 days) or the ATSDR limit of 0.008 ppm (for exposures lasting

greater than 365 days). THU's to be sampled were selected from the FEMA list of 10289 THU's. Sample sizes of 15 to 25 were established, depending upon the number of THU's available and the number of models (or trailer sizes). In April 2008 the sample sizes were increased to 20 to 30 THU's per manufacturer so that the statistics could be estimated with greater accuracy and that hypothesis testing could be carried out with greater confidence of detecting true positive differences between the true mean for each manufacturer and the exposure limit.

As discussed in the Comments section below, in the end it was not possible to locate and sample specific THU's by VIN number. However, since it is does not appear likely that the entire inventory of FEMA THU's will soon be destroyed or sold the imperative imposed earlier to select *specific* THU's seems to have been relaxed. The current sampling strategy now focuses on obtaining the target sample sizes mentioned above, but not by sampling specific THU's.

## 2    Overview of the FEMA List of 10,289 Temporary Housing Units

The FEMA list of new, unused THU's was provided in a spreadsheet and consisted of a header row containing column headers and 10290 cases. For each case there was information on the "staging area", "new / used", VIN number, FEMA barcode, manufacturer, make, model, year, and "unit type" (e.g., mobile home, park model, travel trailer, etc.). The manufacturer was missing from one case, leaving 10289 cases. For each row or trailer the "make" column usually held a trailer size designation - e.g., 14X60, 14X64, 14X70. A sizable fraction of the cells in the "make" column were blank while others contained a model name. The "model" column often contained a trailer size, a model name, or what appeared to be generic FEMA model codes.

In summary, while the manufacturer was, with but one exception, always indicated, the "make" and "model" information was either missing or not consistent enough to permit meaningful combinations of manufacturer and model. For most manufacturers, the best that could be accomplished was the grouping of the THU's by trailer size and not by model.

## 3    Statistical Analysis of the Product Steering Committee Formaldehyde Exposure Dataset

Based upon conversations with Mary DeVany, the following facts and assumptions were considered in this analysis:

- The exposure data consist of formaldehyde measurements, collected using passive samplers, where the sampling times were generally 24 or 72 hours.
- The ATSDR has recommended that for the general public the average exposure to formaldehyde should not exceed 0.008 ppm for periods greater than 365 days and 0.03 ppm for periods of 14 to 365 days.
- The minimum detectable concentration (MDC) was approximately 0.006 ppm. Because the percentage of nondetects was small, less than 2%, the MDC was used without adjustment in the analysis.

The updated dataset of 976 cases provided on April 10th was used for the following analysis. Cases where the manufacturer was not identified were removed leaving 946 cases. The data are shown in Figure 1. The data are plotted in the order in which they occurred in the dataset. (Formaldehyde concentrations for measurements numbering 695 through 819 were collected from mobile homes, which as a group tend to have lower formaldehyde exposures than other types of THU's) The horizontal lines in Figure 1 represent the ATSDR 0.008 ppm and 0.03 ppm limits. Simple inspection of the data reveals that the overwhelming majority of the measurements (925 or 97.8%) were greater than the 0.008 ppm limit and that 739 (78.1%) were greater than the 0.03 ppm limit.

Goodness-of-fit Evaluation

The first step in the analysis of occupational or environmental exposure data is generally the graphing of the data and an evaluation of the goodness-of-fit for the lognormal distribution (Hewett, 2001; Bullock and

Ignacio, 2006). In general, occupational and environmental exposure data tend to be best described by the lognormal distribution (Hammad and Esmen, 1977; Bullock and Ignacio, 2006). The log-probability plot in Figure 2 and the histogram in Figure 3 both strongly suggest that the formaldehyde exposure data, across all manufacturers, are well described by the lognormal distribution. When examined by manufacturer the data consistently appeared to be well described by a lognormal distribution, particularly when the sample size was reasonably large. For example, Figures 4, 5, and 6 show the log-probability plots for the Fleetwood, Gulfstream, and Coachman measurements. The lognormal distribution assumption fits the majority of the data for each manufacturer (i.e., the majority of the data fall on or nearby a best fit line. What is clear from these figures is that it would be incorrect to apply the normal distribution assumption to the data: the data are clearly not distributed symmetrically about a sample mean.

## Descriptive Statistics[a]

A "statistic" is an estimate of a parameter or true value. In general, a statistic will better approximate the true value as the sample size increases. A statistic is sometimes referred to as the "point estimate" of the parameter. Table 1 contains a statistical analysis of the dataset:
- sample size (n), percent of overall dataset (%), Min, Max
- sample mean and sample standard deviation (Mean, SD)
- sample geometric mean (GM) and sample geometric standard deviation (GSD).

Given that these data appear to be well described by the lognormal distribution, the lognormal statistics (i.e., the sample GM and sample GSD) describe the shape of the underlying distribution better than the normal distribution statistics.

## Estimates of the Mean Exposure and Inferential Statistics[b]

Regardless of the shape of the underlying distribution of occupational and environmental exposures there will be a true mean for the entire distribution. This true mean is estimated in Table 1 by the simple arithmetic mean. If the data are not normally distributed (and they are not) and the lognormal distribution is deemed more appropriate for describing the shape of the underlying distribution then a superior estimate of the true mean is the Minimum Variance Unbiased Estimator (MVUE) (Aitchison and Brown, 1957; Bullock and Ignacio, 2006).[c]

Table 2 contains both the simple arithmetic mean and MVUE estimates of the true mean exposure for each manufacturer (using the PSC database) and for the entire dataset. For large sample sizes, say n>30, there will often be little practical difference between the simple arithmetic mean and the MVUE. This is evident when comparing the sample mean and MVUE in Table 2 for manufacturers where the sample sizes are large or small. However, for smaller sample sizes, the MVUE is the preferred estimate of the true mean.

In Table 2 the 95% Lower and Upper Confidence Limits (95%LCL and 95%UCL) and the 99% Lower and Upper Confidence Limits (99%LCL and 99%UCL) are provided for both the simple arithmetic mean and the MVUE. The confidence intervals for the arithmetic mean were calculated using standard methods, while the confidence intervals calculated assuming the lognormal distribution were calculated using Land's method (Land, 1975; Bollock and Ignacio, 2005; Hewett, 1997). (See Appendix A for the calculation procedure.)

The sample mean and the MVUE are statistics or point estimates, and as such represent estimates of the true mean, given the normal and the lognormal distribution assumptions respectively. But since each is calculated from only a fraction of the total possible number of days for the total possible number of THU's per manufacturer neither is expected to exactly equal the true mean. However, a confidence interval can be

---

[a] All descriptive statistics were calculated using Systat® Version 12.

[b] Confidence intervals for the mean were calculated using Systat® Version 12. Confidence intervals for the mean of lognormally distributed data were calculated using the IHDataAnalyst Version 1.01 (available from Exposure Assessment Solutions, Inc. at www.oesh.com).

[c] For data that are lognormally distributed there is often little practical difference between the simple arithmetic mean and the MVUE when the same size is large, say n>30, but for smaller sample sizes the MVUE is the preferred estimator of the true mean.



**Figure 1:** Plot of the 946 formaldehyde exposures in the PSC database. (The horizontal lines represent the 0.008 ppm and 0.03 ppm ATSDR limits.)



**Figure 2:** Log-probability plot of the PSC formaldehyde exposure database. The red and orange solid horizontal lines represents the ATSDR limits of 0.03 ppm and 008 ppm, respectively. (n=946)



**Figure 3:** Histogram of the PSC formaldehyde exposure database. (n=946; 45 cases were greater than 0.5 ppm)



**Figure 4:** Log-probability plot of the Fleetwood exposure data in the PSC formaldehyde exposure database. The red and orange solid horizontal lines represents the ATSDR limits of 0.03 ppm and 008 ppm, respectively. (n=129)



**Figure 5:** Log-probability plot of the Gulfstream exposure data in the PSC formaldehyde exposure database. The red and orange solid horizontal lines represents the ATSDR limits of 0.03 ppm and 008 ppm, respectively. (n=290)



**Figure 6:** Log-probability plot of the Coachman exposure data in the PSC formaldehyde exposure database. The red and orange solid horizontal lines represents the ATSDR limits of 0.03 ppm and 008 ppm, respectively. (n=32)

calculated in which the true value of the mean is expected to fall 90% or 98% of the time, depending upon which set of confidence intervals are used. It is therefore expected that 5% or 1% of the time the true mean is expected to be less than the LCL and 5% or 1% of the time it is expected to be above the UCL, again depending upon the set of confidence intervals.

For example, look at the statistics in Table 2 for Gulfstream. The sample size is large (n=290), so the two point estimates of the mean can be expected to be fairly accurate. Both the arithmetic mean and the MVUE are similar. Considering only the lognormal statistics, the best estimate of the true mean is 0.1879 ppm. The 99%LCL and 99%UCL suggest that the true value falls within the range of 0.1594 ppm and 0.2286 ppm. Taken together, the 99%LCL and 99%UCL represent a 98% confidence interval which is expected to contain the true mean 98% of the time. In comparison, consider the statistics for Adrain. Here the sample size is small (n=4). The MVUE is the best point estimate of the true mean, given the available data, but the 98% confidence interval suggests that there is considerable uncertainty regarding the location of the true mean. The 98% confidence interval ranges from 0.0091 ppm to 70.91 ppm. That is, the true mean is expected to be in the interval of 0.0091 ppm to 70.91 ppm. If the sample size could be increased, the point estimate (i.e., the MVUE) will better estimate the true value and the confidence interval will narrow, suggesting that, statistically speaking, there is less uncertainty regarding the range in which the true value is expected to fall.

For those manufacturers where n=1, it is not possible to estimate either mean. If n=2 the confidence intervals for the mean of lognormally distributed data cannot be calculated (Land, 1975).[d]   For those manufacturers not represented in the PSC database no estimates are possible, other than to consider that the overall statistics and confidence intervals might be suggestive. (See the last row of Tables 1 and 2.)

Note that for some manufacturers where the sample size was small, the 95%LCL's or 99%LCL's for the simple arithmetic mean were negative. This reflects two facts. First, small sample sizes tend to result in broad confidence intervals. Second, since it is impossible for the true mean to be less than zero, it is clearly inappropriate when the sample size is small to apply the normal distribution assumption to data that is clearly skewed and better described by the lognormal distribution.[e]

In summary, given the data collected, the MVUE provides the best estimate of the true mean for a particular manufacturer. The MVUE is not the true mean. As the sample size increases the MVUE (and arithmetic mean), in principle, better estimates the true, but unknowable, mean exposure. The MVUE (and arithmetic mean) can be considered a "point estimate" of the true mean. A method for gauging the uncertainty in the point estimate or statistic is the calculation of a confidence interval consisting of a lower and an upper confidence limit. The point estimate is the best estimate and it is expected that the true value will lie within the bounds of the lower and upper confidence limit some X% of the time. As the sample size increases, the point estimate, in principle, approaches the true mean and at the same time the confidence interval narrows, suggesting that the true mean is known with greater and greater certainty.

Comparison of the MVUE and Lower Confidence Limits to the 0.008 ppm Limit

Inspection of Table 2 reveals that nearly all of the point estimates of the true mean for each manufacturer (i.e., the MVUE) exceeded 0.008 ppm. Not only do the point estimates exceed the 0.008 ppm limit, but regardless of manufacturer, the 95%LCL's and 99%LCL's for the mean were also greater than 0.008 ppm. This suggests that there is very high confidence that the true mean for each manufacturer is greater than 0.008 ppm. Note that for several manufacturers only one or two measurements were collected preventing the calculation of the either the LCL or UCL for the mean. Additional data will be needed for these manufacturers to provide better estimates of the distribution parameters.

---

[d]  Land's method is recommended for calculating confidence intervals around the mean of lognormally distributed data (Hewett, 2001; Bullock and Ignacio, 2006). This method requires at least three measurements.

[e]  From the "central limit theorem" it can be expected for non-normal distributions that as the sample size increases the distribution of the "sample arithmetic means" will approach a normal distribution. This being the case the LCL and UCL calculated using the normal distribution assumption will be good approximations of the correct confidence limits even when the underlying population is not normally distributed. But for small sample sizes the confidence limits calculated using the normal distribution assumption can be greatly misrepresent the correct confidence limits (Hewett, 1997).

Comparison of the MVUE and Lower Confidence Limits to the 0.03 ppm Limit

Inspection of Table 1 reveals that roughly 75% of the point estimates of the true mean for each manufacturer (i.e., the MVUE) exceeded 0.03 ppm, while roughly half of the 99%LCL's for the mean were also greater than 0.03 ppm. This suggests that for roughly half of the manufacturers, there is very high confidence that the true mean is greater than 0.03 ppm. For the 25% of the manufacturers where the point estimate of the mean (i.e., the MVUE) exceeds the 0.03 ppm limit but the 99%LCL does not, additional exposure measurements will tend to provide an improved estimate of the true mean and to narrow the confidence interval.

For those manufacturers where the point estimate of the true mean is less than 0.03 ppm (and even those where the point estimate is above 0.03 ppm) additional samples should provided an improved estimate and narrow the confidence intervals, but in the end if the true mean is less than 0.03 ppm, additional samples will tend to strengthen that conclusion.

Analysis using Analysis-of-variance Methods

Using Systat® Version 12, standard ANOVA (i.e., analysis-of-variance) methods were applied to the PSC dataset to determine a typical GSD. The within-manufacturer GSD was determined to be 2.5. This value was used to represent the GSD of a "typical" manufacturer when calculating sample sizes.

## 4    Sample Sizes for Estimating the Mean and Confidence Limits

An analysis of the March 25th dataset strongly suggested that overall and when subdivided by manufacturer, the formaldehyde exposure data tend to be well described by the lognormal distribution. The mean of lognormally distributed data is best estimated using the Minimum Variance Unbiased Estimator (MVUE) and the lower and upper confidence limits for the mean are best estimated using Land's method (Land, 1975; Hewett, 1997; Hewett, 2001; Bullock and Ignacio, 2006).

As discussed above, a preliminary analysis of the exposure database indicated that the MVUE estimates of the mean exposures for nearly all manufacturers exceeded 0.008 ppm (the ATSDR limit for greater than 365 days of exposure) and roughly 75% were greater than 0.03 ppm (the ATSDR limit for 14-365 days of exposure). It was stated in March that a sample collection objective was to have sufficient measurements per manufacturer to be able to calculate accurate and meaningful statistics. Specifically, it was stated that the exposures should be estimated with 95% accuracy (in the April sample size exercise this was changed to 99% accuracy). A better way of expressing the objective would have been to say that the interest was in estimating the true mean for each manufacturer (or manufacturer-model combination) to within ±X% of the true value with Y% confidence. As will be discussed below, this approach can lead to impractically large sample sizes (Hewett, 1997). In consultation with M. Devany, it was agreed to calculate a sample size such that it will be possible to calculate reasonably reliable statistics. If the true mean exposure is indeed greater than a specific limit *and* the estimate of mean exceeds a specific limit, then reliable statistics, based upon reasonably large sample sizes, should permit the demonstration with high confidence that the true mean exceeds the limit.

For many of the manufacturers in the PSC database, the sample sizes were much greater than 30, suggesting that for these manufacturers the statistics were already fairly stable and accurate. For those that have yet to be sampled or where the sample is much less than 30, reasonable sample sizes were needed.

Ideally, a two-stage sample scheme approach should have been adopted where a specific sample size is estimated for each manufacturer based upon data collected during a pilot study (i.e., the currently available exposure data) and the additional measurements (if needed) are then collected. But because of the short time frame in which to analyze the PSC data, recommend sample sizes, and pick specific THU's to be sampled from the FEMA list of 10289 THU's, it was decided to recommend a generic sample size for each manufacturer and to then attempt to spread these measurements across the various trailer sizes (or models if they were consistently identified in the FEMA list).

The most conservative (i.e., largest) sample size would be that calculated using a low GM and a large GSD. EAS determined that the 25th percentile sample geometric mean (GM) for the manufacturers represented in the PSC database was approximately 0.03 ppm (see Table 1) and that a typical manufacturer GSD was 2.5 (determine using ANOVA).  By definition, if the true GM is equal to 0.03 ppm and the true GSD is greater than 1, then the true mean is greater than 0.03 ppm.  A GM of 0.03 and a GSD of 2.56 correspond to a mean of 0.047 ppm.\[f]   Using these estimates for central tendency and variability EAS, and Devany Industrial Consultants jointly determined that a sample size of 15 to 25 per manufacturer should be appropriate for estimating the true mean for each manufacturer and for constructing a reasonably narrow confidence interval around the estimate.  The exercise that led to these guidelines is described in Appendix B.

The following sample size guidelines were also recommended:
  1. The sample sizes will apply generally to the manufacturer with some attention to the number of models (or trailer sizes).
  2. If the manufacturer has three or fewer models the sample size should be approximately 15.
  3. If the manufacturer has four to seven models the sample size should be approximately 25.
  4. If the manufacturer has greater than seven models use professional judgment to increase the sample size beyond 25.
  5. In all cases, try to ensure that the various models are proportionally represented in the sample.

Table 4 contains the recommended sample sizes for each manufacturer.  EAS used the above guidelines to randomly select specific THU's, by manufacturer, from the FEMA list of 10289 THU's.  A copy of the FEMA list with the selected THU's indicated was transmitted to M. Devany on March 27th.

On or about April 10th M. Devany contacted EAS with the news that in addition to the FEMA inventory of 10289 unused THU's there were slightly greater than 3000 formerly occupied THU's that were available to be sampled.  In addition, the exposure database had been expanded to 976 cases.  Last, the PSC wanted the sample sizes recalculated in anticipation of using 99% confidence limits rather than 95% confidence limits.

Using the updated database EAS determined that the 25th percentile geometric mean (GM) for the manufacturers was approximately 0.03 ppm and that a typical manufacturer GSD was 2.5.  This corresponds to a mean of 0.046 ppm (see footnote f).  Using these estimates for central tendency and variability EAS and Devany Industrial Consultants jointly determined that a sample size of 20 to 30 THU's per manufacturer would be appropriate for estimating the true mean for each manufacturer and for constructing a reasonably narrow confidence interval around the estimate.  The exercise that led to these guidelines is described in Appendix B.

It there are sufficient THU's in the plaintiff's database for a particular manufacturer, additional samples may not be necessary.  Even so, it was jointly agreed that a sample size of 5 to 10 THU's per manufacturer would be sufficient for determining if the THU's in the FEMA new trailer list (the 10289 list) have similar exposures as the THU's already sampled for that manufacturer.  It was further agree that the additional set of used, previously lived-in THU's probably should be sampled as well.  If additional THU's need to be sampled for a particular manufacturer - i.e., over and above those selected in March - they could be drawn from this additional list of >3000 used THU's.  Last, the FEMA THU's occur in several sizes with 14x60 and 14x64 being the most common followed by 14x70.  The measurements collected should be spread across these trailer sizes or whatever sizes are most popular for a particular manufacturer.

Below are the calculation procedures for determining a sample size using the estimation approach and the hypothesis testing approach.

---

[f] The mean and standard deviation of a lognormal distribution can be calculated from the GM and GSD (Leidel, Busch, and Lynch, 1977; Strom and Stansbury, 2000):

$$\mu = \exp\left(\ln GM + \frac{(\ln GSD)^2}{2}\right)$$

$$\sigma = \sqrt{\mu^2 \cdot \left(\exp((\ln GSD)^2) - 1\right)}$$

## 4.1    Calculation of Sample Sizes using the Estimation Approach

The estimation approach to determining an appropriate sample size addresses the following question:

> How many samples (i.e., measurements) will be needed to be X% confident that the estimate will be within $\pm$Y% of the true mean?

Here the interest is in achieving a specific confidence level that the sample mean will be within plus or minus a specific fraction of the true value. Equation 1 is a commonly used formula for determining a reasonable sample size:

$$n_\mu = \frac{Z_{1-\alpha/2}^2 \; \hat{\sigma}^2}{d^2} \qquad\qquad \text{Equation 1}$$

where   $Z_{\alpha/2}$ is a Z-value for (1-$\alpha$/2)100% confidence
$\sigma$ is the true or expected standard deviation of the underlying distribution (usually estimated from a large sample)
d is the half width of the desired interval.

For example, if it is desired that there be 95% confidence that sample mean will be within $\pm$10% of the true value then $\alpha$=0.05, the corresponding Z value is 1.96 (obtained from a standard Z-table, available from virtually any statistics text), and d=0.1 x the expected or target mean. The sample sizes estimated using Equation 1 are reasonably small when the standard deviation $\sigma$ is a small fraction of the mean. The problem with using the above equation with environmental data is that the standard deviation frequently approaches or exceeds the mean, resulting in very large sample sizes to estimate a mean to within say $\pm$10% or $\pm$20% of the true value (Hewett, 1995). (For example, in Table 1 it can be readily seen that the sample standard deviations frequently approach or exceed the sample mean.)

Table 3 contains sample sizes calculated using Equation 1 for being 95% confident that the sample mean will be within plus or minus 10% through 50% of the true mean. The sample sizes were calculated for a GM of 0.03 ppm and a range of GSD's typical of those found in Table 1. The mean and standard deviation corresponding to each combination of GM and GSD are in columns 3 and 4 of Table 3 (see footnote f). What should be obvious is that the sample sizes can be impractically large whenever the target estimation interval is small - e.g., $\pm$10% of the true mean - and/or the GSD of the underlying distribution is large. The sample sizes would be larger still if one wanted to be 99% confident.

Given the sample sizes selected in March and April (discussed above) of 15 to 25 from the March exercise and 20 to 30 from the April exercise it appears that the true mean will tend to be estimated to within $\pm$20% to $\pm$50%, depending upon the true GSD for the underlying distribution for each manufacturer.

Comments:

The sample sizes in Table 3 do not depend upon the GM. If the GM is changed the corresponding mean and standard deviation are recalculated, but the sample sizes remain the same.

For many manufacturers the sample sizes in the PSC database already far exceed 30, indicating that the confidence interval for the mean will be narrow, approaching for example $\pm$20% rather than $\pm$50%. For those manufacturers where the sample is currently less than 30 the additional samples collected from the FEMA unused THU's and the list of 3000 used THU's should result in reasonably accurate estimates of the true mean and fairly narrow confidence intervals.

## 4.2    Calculation of Sample Sizes using the Hypothesis Testing Approach

The hypothesis testing approach to estimating a sample size addresses the following question:

> *If the sample mean is greater than a limit,* how many samples (i.e., measurements) will be needed to demonstrate with high confidence that the true mean is greater than the limit?

The comparison of the sample mean exposure to an ATSDR exposure limit is basically a test of two hypotheses:

$H_o$: $\mu \le$ Limit
$H_a$: $\mu >$ Limit

The first hypothesis $H_o$ is called the null hypothesis. Here it is assumed that the true mean ($\mu$) is equal to or less than the Limit. The second hypothesis $H_a$ is the alternative hypothesis. In hypothesis testing it is the practice to assume that the null hypothesis is true *unless* compelling evidence exists that the alternative hypothesis is true. This is similar to the "innocent until proven guilty" maxim used in legal matters. If the sample mean is equal to or less than the limit then by default the null hypothesis is accepted and the alternative hypothesis is rejected. Evidence exists that the null hypothesis is wrong or incorrect when the sample mean is greater than the Limit. *Compelling* evidence exists when the sample mean *and* the LCL (i.e., lower confidence limit) for the sample mean are both greater than the Limit.

For example, consider the scenario where the exposure limit is 0.03 ppm and the true mean is 0.046 ppm (corresponding to a GM of 0.03 ppm and a true GSD of 2.5).[9] Sample means calculated from samples of 20 to 30 measurements will tend to cluster around the true mean of 0.046 ppm and will tend to be greater than 0.03 ppm. But what sample size will be needed so that the lower confidence limit, e.g., the 99%LCL, for the sample mean is also greater than the limit? Land's method (Land, 1975) for calculating lower confidence limits was used to address this question. See Appendix B for details. In the March sample size exercise it was determined that 15 to 25 samples should provide reasonably accurate statistics and confidence limits (using 95%LCL's and 95%UCL's). In the April sample size exercise the sample sizes were increased to 20 to 30 (using 99%LCL's and 99%UCL's).

## 5    Comments

Sample size estimation nearly always involves both sample size formulae *and* professional judgment. There is usually no magical sample size formula that exactly fits the situation at hand. For this project, it was assumed that the goal was to have sufficient data from which to calculate a reasonably accurately estimate of the true mean of the underlying distribution of exposures for each manufacturer (or each manufacturer-model combination if possible) and to calculate reasonably narrow confidence intervals about the sample mean.

Given the variability seen in the data collected to date - which is typical of occupational and environmental data - the sample sizes needed to estimate the true mean to within say $\pm 10\%$ or $\pm 20\%$ are large and impractical. And in fact, for hypothesis testing purposes such accuracy is probably not needed for the majority of the manufacturers. For those manufacturers where the true mean overall or by model or size is considerably greater than an exposure limit, a sample size of 20 to 30 should be sufficient for hypothesis testing purposes. For those manufacturers where the true mean overall or by model is equal to or less than a limit such sample sizes should be large enough to make it unlikely that the null hypothesis given above will be falsely rejected. The problematic manufacturers are those where the true mean exceeds the limit by only a small margin. In these instances a very large, perhaps impractically so, sample size would be needed in order to demonstrate that both the sample mean *and* the lower confidence limit for the mean are greater than the limit.

---

[9] The mean of 0.046 ppm was calculated assuming a GSD of 2.5 (i.e., a typical GSD for a typical manufacturer, determined using ANOVA methods) and a typical GM of 0.03 ppm. Note that 75% of the manufacturers had a sample GM of 0.03 or greater (see Table 1).

Finally, recent discussions with Mary DeVany revealed that, given the somewhat disorganized state of the FEMA trailer database and inventory procedures, it was not possible to locate the majority of the specific THU's identified (by VIN number) in Table 3. The approach taken to sampling in the field is to attempt to obtain at least 20 to 30 samples per manufacturer when at all possible.

## 6      Summary

For the purpose of estimating reasonable sample sizes the exposure limit used was the ATSDR 0.03 ppm limit, which applies when exposures last from 14 to 365 days. The most conservative (i.e., largest) sample size would be that calculated using a low GM and a large GSD. It was decided to use the 25th percentile sample GM as a reasonably low GM and to use a typical GSD. Sample sizes per manufacturer of 20 to 30 THU's were recommended.

This exercise was intended to result in a sample size that will be reasonably close to some ideal sample size. Since typical or reasonable estimates of the GM and GSD were used to calculate "generic sample sizes" to be applied to all manufacturers, for some manufacturers the sample sizes estimated here may be too large or too small. Based upon the statistical analysis reported here of the PSC dataset compiled in March and April of 2008, nearly all of the manufacturer sample means were greater than the ATSDR 0.008 ppm limit and 75% of the sample means exceeded the ATSDR 0.03 ppm limit. The sample sizes recommended here should be appropriate for generating reliable statistics and reasonably narrow confidence intervals for the majority of the manufacturers.

## 7	References

Aitchison, J. and Brown, J.A.C.: *The Lognormal Distribution with special reference to its uses in economics.* Cambridge University Press (1957).

Bullock, W.H. and Ignacio, J.S.: (editors): A Strategy for Assessing and Managing Occupational Exposures, Third Edition. Fairfax, VA: American Industrial Hygiene Association (2006).

Esmen, N.A. and Hammad, Y.Y.: Log-normality of environmental sampling data. *J Environ Sci and Hlth* A12:29-41 (1977).

Hewett, P.: Sample size formulae for determining the true arithmetic or geometric mean exposure of lognormal exposure distributions. *American Industrial Hygiene Association Journal* 56:219-225 (1995).

Hewett, P.: Mean Testing: II. Comparison of Several Alternative Procedures. *Applied Occupational and Environmental Hygiene* 12:347-355 (1997).

Hewett, P.: Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety.* Alaimo, R.J. (editor), American Chemical Society; Oxford University Press (2001). (see also Technical Report 07-03 - Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. Exposure Assessment Solutions, Inc.; available at www.oesh.com).

Land, C.E.: Tables of Confidence Limits for Linear Functions of the Normal Mean and Variance. in *Selected Tables in Mathematical Statistics*, Volume III; Harter, H. and Owen, D. editors, pp.385-419 (1975).

Leidel, N.A., Busch, K.A., Lynch, J.R.: *Occupational Exposure Sampling Strategy Manual.* National Institute for Occupational Safety and Health (NIOSH) Publication No. 77-173 (available as a pdf file from NIOSH website) (1977).

Strom, D.J. and Stansbury, P.S.: Determining Parameters of Lognormal Distributions from Minimal Information. *American Industrial Hygiene Association Journal* 61:877-880 (2000).

## 8      Tables

**Table 1:** Statistical analysis of the formaldehyde exposure data collected by the FEMA trailer formaldehyde PSC.  (Due to small sample sizes some statistics could not be calculated.  The results are reported to the fourth decimal place, but the data support no more than two or three significant digits.)

| Manufacturer | N | % | Min | Max | Median | Normal Statistics Mean | Normal Statistics SD | Lognormal Statistics GM | Lognormal Statistics GSD |
|---|---|---|---|---|---|---|---|---|---|
| Adrian | 4 | 0.4 | 0.0120 | 0.0610 | 0.0130 | 0.0248 | 0.0242 | 0.0187 | 2.2048 |
| Adventure | 3 | 0.3 | 0.0220 | 0.4200 | 0.0450 | 0.1623 | 0.2234 | 0.0746 | 4.6568 |
| Aruba | 1 | 0.1 | 0.0310 | 0.0310 | 0.0310 | 0.0310 | | 0.0310 | |
| CMH | 33 | 3.5 | 0.0079 | 0.0610 | 0.0220 | 0.0266 | 0.0145 | 0.0229 | 1.7588 |
| COGIM | 2 | 0.2 | 0.0076 | 0.0084 | 0.0080 | 0.0080 | 0.0006 | 0.0080 | 1.0733 |
| Cavalier Home Builders | 23 | 2.4 | 0.0060 | 0.4800 | 0.0460 | 0.0668 | 0.0950 | 0.0420 | 2.5448 |
| Champion | 2 | 0.2 | 0.1200 | 0.1600 | 0.1400 | 0.1400 | 0.0283 | 0.1386 | 1.2256 |
| Coachman | 32 | 3.4 | 0.0092 | 0.7700 | 0.1050 | 0.1693 | 0.1989 | 0.1030 | 2.7572 |
| Colorado | 1 | 0.1 | 0.0900 | 0.0900 | 0.0900 | 0.0900 | | 0.0900 | |
| Crossroads | 8 | 0.8 | 0.0036 | 0.1610 | 0.0405 | 0.0653 | 0.0599 | 0.0378 | 3.6199 |
| Crystal Valley | 1 | 0.1 | 0.0110 | 0.0110 | 0.0110 | 0.0110 | | 0.0110 | |
| Dutchman | 17 | 1.8 | 0.0220 | 0.9600 | 0.1000 | 0.2852 | 0.3559 | 0.1418 | 3.3033 |
| Fall Creek | 2 | 0.2 | 0.0460 | 0.0520 | 0.0490 | 0.0490 | 0.0042 | 0.0489 | 1.0906 |
| Fleetwood | 129 | 13.6 | 0.0034 | 1.0000 | 0.0370 | 0.0627 | 0.1066 | 0.0393 | 2.3852 |
| Forest River | 56 | 5.9 | 0.0060 | 1.0000 | 0.0760 | 0.1278 | 0.1638 | 0.0835 | 2.4049 |
| Four Winds | 4 | 0.4 | 0.0850 | 0.4400 | 0.2200 | 0.2413 | 0.1506 | 0.2045 | 1.9954 |
| Frontier | 5 | 0.5 | 0.0350 | 0.1300 | 0.0620 | 0.0744 | 0.0361 | 0.0677 | 1.6303 |
| Giles Industries | 14 | 1.5 | 0.0062 | 0.0210 | 0.0155 | 0.0146 | 0.0045 | 0.0138 | 1.4345 |
| Gulfstream | 290 | 30.7 | 0.0023 | 1.6000 | 0.1100 | 0.1806 | 0.2271 | 0.1094 | 2.8382 |
| Heartland | 2 | 0.2 | 0.0770 | 0.5500 | 0.3135 | 0.3135 | 0.3345 | 0.2058 | 4.0159 |
| Hyline | 2 | 0.2 | 0.0660 | 1.0190 | 0.5425 | 0.5425 | 0.6739 | 0.2593 | 6.9261 |
| Jayco | 45 | 4.8 | 0.0060 | 1.1000 | 0.1500 | 0.1874 | 0.2009 | 0.1264 | 2.5485 |
| K-Z | 7 | 0.7 | 0.0170 | 0.2400 | 0.0560 | 0.0826 | 0.0739 | 0.0619 | 2.2586 |
| Keystone | 51 | 5.4 | 0.0230 | 2.4000 | 0.1200 | 0.2216 | 0.3572 | 0.1378 | 2.3544 |
| Lakeside | 5 | 0.5 | 0.0098 | 0.0970 | 0.0280 | 0.0420 | 0.0348 | 0.0313 | 2.4107 |
| Layton | 1 | 0.1 | 0.0730 | 0.0730 | 0.0730 | 0.0730 | | 0.0730 | |
| Lexington | 2 | 0.2 | 0.0450 | 0.0450 | 0.0450 | 0.0450 | 0.0000 | 0.0450 | 1.0000 |
| Liberty | 6 | 0.6 | 0.0220 | 0.0300 | 0.0245 | 0.0247 | 0.0029 | 0.0245 | 1.1212 |
| McKenzie | 6 | 0.6 | 0.0110 | 0.1100 | 0.0180 | 0.0318 | 0.0385 | 0.0217 | 2.3154 |
| Monaco | 20 | 2.1 | 0.0060 | 1.0000 | 0.0650 | 0.1435 | 0.2747 | 0.0598 | 3.3021 |
| Morgan | 7 | 0.7 | 0.0150 | 0.4900 | 0.0470 | 0.1053 | 0.1702 | 0.0547 | 2.8984 |
| Palm Harbor | 14 | 1.5 | 0.0082 | 0.0310 | 0.0210 | 0.0188 | 0.0075 | 0.0172 | 1.5669 |
| Patriot | 8 | 0.8 | 0.0140 | 0.0780 | 0.0400 | 0.0419 | 0.0185 | 0.0381 | 1.6385 |
| Pilgrim | 34 | 3.6 | 0.0340 | 0.7300 | 0.1100 | 0.1747 | 0.1820 | 0.1237 | 2.1966 |
| R-Vision | 10 | 1.1 | 0.0150 | 0.1400 | 0.0450 | 0.0511 | 0.0343 | 0.0434 | 1.8070 |
| Rec by Design | 10 | 1.1 | 0.0480 | 0.2900 | 0.0860 | 0.1092 | 0.0745 | 0.0926 | 1.7818 |
| Schult | 3 | 0.3 | 0.0160 | 0.0900 | 0.0380 | 0.0480 | 0.0380 | 0.0380 | 2.3717 |
| Skyline | 10 | 1.1 | 0.0130 | 0.0980 | 0.0335 | 0.0474 | 0.0340 | 0.0375 | 2.0587 |
| Southern Energy | 4 | 0.4 | 0.0095 | 0.0390 | 0.0175 | 0.0209 | 0.0127 | 0.0183 | 1.7925 |
| Southern Estates | 5 | 0.5 | 0.0110 | 0.1500 | 0.0330 | 0.0490 | 0.0577 | 0.0306 | 2.8403 |
| Southern Homes | 20 | 2.1 | 0.0059 | 0.0520 | 0.0195 | 0.0222 | 0.0120 | 0.0194 | 1.7215 |
| Starcraft | 1 | 0.1 | 0.0410 | 0.0410 | 0.0410 | 0.0410 | | 0.0410 | |
| Stewart Park | 5 | 0.5 | 0.0079 | 0.0490 | 0.0260 | 0.0280 | 0.0147 | 0.0241 | 1.9640 |
| Sun Valley | 2 | 0.2 | 0.0490 | 0.0570 | 0.0530 | 0.0530 | 0.0057 | 0.0528 | 1.1129 |
| Sunnybrook | 3 | 0.3 | 0.0160 | 0.1600 | 0.0580 | 0.0780 | 0.0741 | 0.0530 | 3.1708 |
| Sunray | 1 | 0.1 | 0.1000 | 0.1000 | 0.1000 | 0.1000 | | 0.1000 | |
| Surveyor | 1 | 0.1 | 0.0310 | 0.0310 | 0.0310 | 0.0310 | | 0.0310 | |
| TL Industries | 2 | 0.2 | 0.0100 | 0.0520 | 0.0310 | 0.0310 | 0.0297 | 0.0228 | 3.2084 |

| Manufacturer | N | % | Min | Max | Median | Normal Statistics | | Lognormal Statistics | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Mean | SD | GM | GSD |
| Thor Industries | 8 | 0.8 | 0.0240 | 0.1600 | 0.0500 | 0.0605 | 0.0421 | 0.0520 | 1.7374 |
| Vanguard | 21 | 2.2 | 0.0110 | 0.4300 | 0.0680 | 0.0878 | 0.0874 | 0.0659 | 2.1151 |
| Venture | 1 | 0.1 | 0.0570 | 0.0570 | 0.0570 | 0.0570 | | 0.0570 | |
| Waverlee | 2 | 0.2 | 0.0180 | 0.0190 | 0.0185 | 0.0185 | 0.0007 | 0.0185 | 1.0390 |
| | | | | | | | | | |
| Sum = | 946 | 100 | | | | | | | |
| | | | | | | | | | |
| All Manufacturers | 946 | | 0.0023 | 2.400 | 0.0695 | 0.1295 | 0.2006 | 0.0686 | 3.018 |

**Table 2:** Estimates of the mean exposure, plus 95% LCL's and UCL's, using both the normal and lognormal distribution assumptions.  (Due to small sample sizes some statistics could not be calculated.  The results are reported to the fourth decimal place, but the data support no more than two or three significant digits.)

| Manufacturer | N | Normal Distribution | | | | | | Lognormal Distribution | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | 95%LCL | 95%UCL | 99%LCL | 99%UCL | MVUE | 95%LCL | 95%UCL | 99%LCL | 99%UCL |
| Adrian | 4 | 0.0248 | -0.0037 | 0.0532 | -0.0302 | 0.0797 | 0.0234 | 0.0129 | 0.2939 | 0.0091 | 70.91 |
| Adventure | 3 | 0.1623 | -0.2144 | 0.5390 | -0.7361 | 1.0608 | 0.1462 | 0.0461 | > 100 | 0.0257 | > 100 |
| Aruba | 1 | 0.0310 | | | | | | | | | |
| CMH | 33 | 0.0266 | 0.0223 | 0.0309 | 0.0204 | 0.0328 | 0.0268 | 0.0228 | 0.0327 | 0.0214 | 0.0361 |
| COGIM | 2 | 0.0080 | 0.0055 | 0.0105 | -0.0047 | 0.0207 | 0.0080 | | | | |
| Cavalier Home Builders | 23 | 0.0668 | 0.0328 | 0.1008 | 0.0171 | 0.1165 | 0.0632 | 0.0459 | 0.1049 | 0.0404 | 0.1400 |
| Champion | 2 | 0.1400 | 0.0137 | 0.2663 | -0.4964 | 0.7764 | 0.1400 | | | | |
| Coachman | 32 | 0.1693 | 0.1097 | 0.2289 | 0.0831 | 0.2555 | 0.1683 | 0.1243 | 0.2669 | 0.1102 | 0.3416 |
| Colorado | 1 | 0.0900 | | | | | | | | | |
| Crossroads | 8 | 0.0653 | 0.0252 | 0.1054 | 0.0019 | 0.1288 | 0.0741 | 0.0376 | 0.6510 | 0.0283 | 5.079 |
| Crystal Valley | 1 | 0.0110 | | | | | | | | | |
| Dutchman | 17 | 0.2852 | 0.1345 | 0.4359 | 0.0622 | 0.5082 | 0.2713 | 0.1691 | 0.6948 | 0.1399 | 1.266 |
| Fall Creek | 2 | 0.0490 | 0.0301 | 0.0679 | -0.0465 | 0.1445 | 0.0490 | | | | |
| Fleetwood | 129 | 0.0627 | 0.0471 | 0.0782 | 0.0406 | 0.0848 | 0.0571 | 0.0499 | 0.0673 | 0.0472 | 0.0724 |
| Forest River | 56 | 0.1278 | 0.0912 | 0.1644 | 0.0754 | 0.1803 | 0.1216 | 0.0995 | 0.1585 | 0.0918 | 0.1801 |
| Four Winds | 4 | 0.2413 | 0.0641 | 0.4184 | -0.1006 | 0.5831 | 0.2432 | 0.1413 | 1.728 | 0.1025 | 112.7 |
| Frontier | 5 | 0.0744 | 0.0399 | 0.1089 | 0.0138 | 0.1350 | 0.0744 | 0.0518 | 0.1555 | 0.0423 | 0.4139 |
| Giles Industries | 14 | 0.0146 | 0.0124 | 0.0167 | 0.0113 | 0.0178 | 0.0146 | 0.0125 | 0.0178 | 0.0116 | 0.0200 |
| Gulfstream | 290 | 0.1806 | 0.1586 | 0.2026 | 0.1494 | 0.2118 | 0.1879 | 0.1673 | 0.2156 | 0.1594 | 0.2286 |
| Heartland | 2 | 0.3135 | -1.1797 | 1.8067 | -7.2121 | 7.8391 | 0.3135 | | | | |
| Hyline | 2 | 0.5425 | -2.4660 | 3.5510 | -14.6200 | 15.7050 | 0.5425 | | | | |
| Jayco | 45 | 0.1874 | 0.1370 | 0.2377 | 0.1151 | 0.2596 | 0.1931 | 0.1522 | 0.2688 | 0.1384 | 0.3171 |
| K-Z | 7 | 0.0826 | 0.0283 | 0.1368 | -0.0052 | 0.1703 | 0.0816 | 0.0508 | 0.2491 | 0.0409 | 0.7665 |
| Keystone | 51 | 0.2216 | 0.1378 | 0.3054 | 0.1014 | 0.3418 | 0.1970 | 0.1607 | 0.2582 | 0.1481 | 0.2945 |
| Lakeside | 5 | 0.0420 | 0.0088 | 0.0751 | -0.0163 | 0.1003 | 0.0421 | 0.0234 | 0.3202 | 0.0176 | 6.869 |
| Layton | 1 | 0.0730 | | | | | | | | | |
| Lexington | 2 | 0.0450 | 0.0450 | 0.0450 | 0.0450 | 0.0450 | 0.0450 | | | | |
| Liberty | 6 | 0.0247 | 0.0222 | 0.0271 | 0.0206 | 0.0287 | 0.0247 | 0.0226 | 0.0272 | 0.0214 | 0.0293 |
| McKenzie | 6 | 0.0318 | 0.0001 | 0.0635 | -0.0211 | 0.0847 | 0.0287 | 0.171 | 0.1193 | 0.0134 | 0.6454 |
| Monaco | 20 | 0.1435 | 0.0372 | 0.2497 | -0.0125 | 0.2994 | 0.1155 | 0.0742 | 0.2649 | 0.0622 | 0.4384 |
| Morgan | 7 | 0.1053 | -0.0197 | 0.2303 | -0.0969 | 0.3074 | 0.0866 | 0.0475 | 0.5195 | 0.0366 | 3.367 |
| Palm Harbor | 14 | 0.0188 | 0.0152 | 0.0223 | 0.0135 | 0.0241 | 0.0189 | 0.0156 | 0.0245 | 0.0143 | 0.0285 |
| Patriot | 8 | 0.0419 | 0.0295 | 0.0542 | 0.0223 | 0.0614 | 0.0423 | 0.0318 | 0.0662 | 0.0278 | 0.0952 |
| Pilgrim | 34 | 0.1747 | 0.1218 | 0.2275 | 0.0984 | 0.2510 | 0.1666 | 0.1333 | 0.2263 | 0.1219 | 0.2649 |
| R-Vision | 10 | 0.0511 | 0.0312 | 0.0710 | 0.0205 | 0.0817 | 0.0507 | 0.0376 | 0.0819 | 0.0329 | 0.1160 |
| Rec by Design | 10 | 0.1092 | 0.0660 | 0.1524 | 0.0427 | 0.1757 | 0.1073 | 0.0802 | 0.1704 | 0.0703 | 0.2383 |
| Schult | 3 | 0.0480 | -0.0161 | 0.1121 | -0.1048 | 0.2008 | 0.0480 | 0.0216 | 51.55 | 0.0138 | > 100 |

Exposure Assessment Solutions, Inc.

14

| Manufacturer | N | Normal Distribution | | | | | Lognormal Distribution | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mean | 95%LCL | 95%UCL | 99%LCL | 99%UCL | MVUE | 95%LCL | 95%UCL | 99%LCL | 99%UCL |
| Skyline | 10 | 0.0474 | 0.0277 | 0.0671 | 0.0171 | 0.0777 | 0.0472 | 0.0330 | 0.0899 | 0.0282 | 0.1462 |
| Southern Energy | 4 | 0.0209 | 0.0059 | 0.0358 | -0.0080 | 0.0497 | 0.0208 | 0.0129 | 0.0877 | 0.0096 | 1.716 |
| Southern Estates | 5 | 0.0490 | -0.0060 | 0.1040 | -0.0477 | 0.1457 | 0.0460 | 0.0235 | 0.7587 | 0.0171 | 56.26 |
| Southern Homes | 20 | 0.0222 | 0.0176 | 0.0269 | 0.0154 | 0.0290 | 0.0223 | 0.0184 | 0.0289 | 0.0169 | 0.0334 |
| Starcraft | 1 | 0.0410 | | | | | | | | | |
| Stewart Park | 5 | 0.0280 | 0.0140 | 0.0420 | 0.0034 | 0.0526 | 0.0288 | 0.0179 | 0.1013 | 0.0140 | 0.6241 |
| Sun Valley | 2 | 0.0530 | 0.0277 | 0.0783 | -0.0743 | 0.1803 | 0.0530 | | | | |
| Sunnybrook | 3 | 0.0780 | -0.0468 | 0.2028 | -0.2198 | 0.3758 | 0.0792 | 0.0302 | > 100 | 0.0182 | > 100 |
| Sunray | 1 | 0.1000 | | | | | | | | | |
| Surveyor | 1 | 0.0310 | | | | | | | | | |
| TL Industries | 2 | 0.0310 | -0.1016 | 0.1636 | -0.6372 | 0.6992 | 0.0310 | | | | |
| Thor Industries | 8 | 0.0605 | 0.0323 | 0.0887 | 0.0158 | 0.1052 | 0.0593 | 0.0433 | 0.1003 | 0.0373 | 0.1554 |
| Vanguard | 21 | 0.0878 | 0.0549 | 0.1207 | 0.0396 | 0.1360 | 0.0858 | 0.0659 | 0.1265 | 0.0592 | 0.1578 |
| Venture | 1 | 0.0570 | | | | | | | | | |
| Waverlee | 2 | 0.0185 | 0.0153 | 0.0217 | 0.0026 | 0.0344 | 0.0185 | | | | |
| | | | | | | | | | | | |
| All Manufacturers | 946 | 0.1295 | 0.1187 | 0.1402 | 0.1143 | 0.1447 | 0.1262 | 0.1174 | 0.1368 | 0.1139 | 0.1414 |

**Table 3:** Sample sizes (calculated using Equation 1) for being 95% confident that the sample mean will be within +X% of the true mean, as a function of the mean and standard deviation (which are calculated from the GM and GSD).  (Note: If the GM is changed the mean and standard deviation will recalculated.  The sample sizes, however, will remain the same.)

| GM | GSD | Mean | SD | ±10% | ±20% | ±30% | ±40% | ±50% |
|------|------|--------|--------|------|------|------|------|------|
| 0.03 | 1.5 | 0.0326 | 0.0138 | 69 | 17 | 11 | 8 | 4 |
| 0.03 | 2.0 | 0.0381 | 0.0300 | 237 | 59 | 38 | 26 | 15 |
| 0.03 | 2.5 | 0.0456 | 0.0524 | 505 | 126 | 81 | 56 | 32 |
| 0.03 | 3.0 | 0.0549 | 0.0840 | 900 | 225 | 144 | 100 | 56 |

**Table 4:** Recommended sample sizes by manufacturer and model.  (Submitted to M. Devany on March 27, 2008.)

| Manufacturer | N | % of Total | Make and Sample Size | Model and Sample Size |
|---|---|---|---|---|
| Adrian Homes | 65 | 0.63 | 14X60 - 3<br>14X64 - 13 | |
| CMH | 1175 | 11.42 | | Cheyenne - 3<br>FEMA1460 - 5<br>"Blanks" - 15 |
| Cavalier | 390 | 3.79 | | 07E1007FEMA - 5<br>07E1008FEMA - 5<br>07E1009FEMAADA - 5 |
| Champion | 336 | 3.27 | | FE943-N - 15 |
| Clear Springs | 2 | 0.02 | | ADA PARK MODEL - 2 |
| Crossroads | 1 | 0.01 | UFAS - 1 | |
| Crystal Valley | 85 | 0.83 | 14x64 - 6<br>14X60 - 3 | |
| Destiny | 95 | 0.92 | 14X60 - 2<br>14X64 - 8<br>"Blanks" - 5 | |
| Dutchmen | 134 | 1.30 | 14X60 - 6<br>14X64 - 6<br>"Blanks" - 3 | |
| Dylan | 14 | 0.14 | 14X60 - 5<br>14X64 - 2<br>"Blanks" -3 | |
| Energy Mate | 16 | 0.16 | 14X64 - 7<br>"Blanks" -3 | |
| Enterprise | 2 | 0.02 | 16X80 - 2 | |
| Fairmont | 62 | 0.60 | 14X60 - 5<br>14X64 - 5<br>"Blanks" -5 | |
| Fall Creek | 82 | 0.80 | 14X60 - 6<br>14X64 - 6<br>"Blanks" - 3 | |
| Fleetwood | 1481 | 14.39 | 14X64 - 6<br>14X70 - 3<br>14X76 - 1<br>14X80 - 1<br>UFAS - 2<br>"Blanks" - 16 | |
| Forest River | 87 | 0.85 | 14X60 - 4<br>14X64 - 8<br>"Blanks" - 4 | |
| Friendship | 73 | 0.71 | 14X60 - 3<br>14X64 - 10<br>"Blanks" - 2 | |
| Frontier | 525 | 5.10 | | 35ABA - 12<br>NONSPEC2006 - 3 |
| Fuqua | 102 | 0.99 | | |
| Gateway | 8 | 0.08 | 14X60 - 2<br>14X64 - 6 | |
| Giles | 276 | 2.68 | 14X60 - 6<br>14X64 - 6<br>14X70 - 4<br>14X80 - 3 | |
| Gulfstream | 1453 | 14.12 | | MPV CVDH - 8 |

| Manufacturer | N | % of Total | Make and Sample Size | Model and Sample Size |
|---|---|---|---|---|
| Adrian Homes | 65 | 0.63 | 14X60 - 3<br>14X64 - 13 | |
| | | | | Spec - 7 |
| Hamilton | 1 | 0.01 | 14X60 - 1 | |
| Hart | 11 | 0.11 | 14X60 - 9<br>14X64 - 2 | |
| Heritage | 24 | 0.23 | 14X60 - 8<br>14X64 - 7 | |
| Holly Park | 260 | 2.53 | 14X60 - 5<br>14X64 - 10 | |
| Homes of Merit | 12 | 0.12 | 14X60 - 2<br>14X64 - 4<br>"Blanks" - 6 | |
| Horton Homes | 302 | 2.94 | 14X60 - 8<br>14X64 - 7 | |
| Karsten Homes | 74 | 0.72 | 14X60 - 4<br>14X64 - 7<br>14X70 - 4 | |
| Lakeside Park | 325 | 3.16 | | 201HC - 7<br>SPEC 2007 200HC - 8 |
| Lexington | 102 | 0.99 | 14X60 - 7<br>14X64 - 8 | |
| Liberty | 452 | 4.39 | 14X60 - 5<br>14X64 - 7<br>14X70 - 3 | |
| Lincoln Park | 11 | 0.11 | 14X60 - 1<br>14X64 - 9<br>Blank - 1 | |
| Masterpiece | 21 | 0.20 | 14X60 - 9<br>14X64 - 6 | |
| Monaco | 1 | 0.01 | | NONSPEC2006 - 1 |
| Oak Creek | 86 | 0.84 | 14X60 - 8<br>14X64 - 7 | |
| Palm Harbor | 216 | 2.10 | 14X60 - 7<br>14X64 - 8 | |
| Patriot Homes | 737 | 7.16 | 14X60 - 7<br>14X64 - 8 | |
| Pilgrim | 5 | 0.05 | | NONSPEC2006 - 5 |
| Precision Homes | 3 | 0.03 | 14X60 - 3 | |
| Redman | 90 | 0.87 | 14X60 - 7<br>14X64 - 8 | |
| River Birch | 174 | 1.69 | 14X60 - 7<br>14X64 - 8 | |
| SUPERIOR | 3 | 0.03 | | ADA PARK MODEL - 3 |
| Schultz Homes | 59 | 0.57 | 14X60 - 7<br>14X64 - 8 | |
| Scot Bilt | 92 | 0.89 | 14X60 - 7<br>14X64 - 8 | |
| Silver Creek | 80 | 0.78 | 14X60 - 8<br>14X64 - 7 | |
| Skyline Corp. | 1 | 0.01 | 14X70 - 1 | |
| Southern Energy | 161 | 1.56 | 14X60 - 5<br>14X64 - 5<br>14X80 - 5 | |
| Southern Estates | 2 | 0.02 | 16X80 - 2 | |

| Manufacturer | N | % of Total | Make and Sample Size | Model and Sample Size |
|---|---|---|---|---|
| Adrian Homes | 65 | 0.63 | 14X60 - 3<br>14X64 - 13 | |
| Southern Homes | 242 | 2.35 | 14X60 - 5<br>14X64 - 5<br>16X80 - 5 | |
| Sterling | 8 | 0.08 | 14X60 - 2<br>14X64 - 4<br>"Blanks" - 2 | |
| Stewart Park | 12 | 0.12 | | ADA PARK MODEL - 5<br>PARK MODEL - 6<br>UFAS 2 BEDRM - 1 |
| Summit Crest | 32 | 0.31 | 14X60 - 6<br>14X64 - 6<br>14X70 - 3 | |
| Sun Valley | 1 | 0.01 | | NONSPEC2006 - 1 |
| TL Industries | 16 | 0.16 | | UFAS 2 BEDRM - 15 |
| Townhomes | 42 | 0.41 | 14X60 - 7<br>14X64 - 8 | |
| Waverlee | 158 | 1.54 | 14X60 - 3<br>14X64 - 6<br>14X70 - 3 | |
| White Pine | 9 | 0.09 | 14X60 - 1<br>14X64 - 3<br>16X80 - 1<br>"Blanks" - 4 | |
| | | | | |
| Total = | 10289 | | | |

**Appendix A**

**Calculation of the Lower and Upper Confidence Limits Using Land's Method**

The recommended procedure for calculating the LCL and UCL for the sample mean of lognormally distributed data was devised by Land (1975) (see also Hewett, 1997; Hewett, 2001; and Bullock and Ignacio, 2006):

*Procedure:*

(1) Calculate an intermediate estimate of the mean of the lognormal distribution:

$$\bar{x}_m \; = \; \exp\left(\bar{y} + \frac{1}{2}\,s_y^{\,2}\right)$$

where $\bar{y}$ and $s_y$ are the log of the sample GM and sample GSD for a particular manufacturer or manufacturer-model combination.

(2) Obtain the appropriate C-factor from Land's tables:
        C= C($s_y$; n, 0.05) for the 95%LCL
        C= C($s_y$; n, 0.95) for the 95%UCL.
or
        C= C($s_y$; n, 0.01) for the 99%LCL
        C= C($s_y$; n, 0.99) for the 99%UCL.
C-factors can be obtained from Land's tables (Land, 1975) or the tables in Hewett (2001) or the figures in Bullock and Ignacio (2006).

(3) Calculate the confidence limit:

$$CL \; = \; \exp\left[\,\ln\!\left(\bar{x}_m\right) + \; C\,\frac{s_y}{\sqrt{n-1}}\,\right]$$

**Appendix B**

Given the short time frame in March for selecting sample sizes, a spreadsheet was constructed for calculating the 95%LCL for the scenario where the sample mean is 0.0437 ppm. This mean corresponds to a GM of 0.03 ppm and a GSD of 2.56. In the April sample size exercise the PSC database had been expanded resulting in a within-manufacturer GSD of 2.5. Assuming a GM of 0.03 ppm and a GSD of 2.5 results in a mean of 0.0456. The April assumptions are reflected in Figure A1.

Various sample sizes are listed in column E of Figure A1. Column F contains Land's C-factors (Land, 1975) - $C = C(s_y; n, 0.01)$ - for each sample size. The $s_y$ variable is the natural log of the GSD. The C-factor table values are in increments of 0.1 so a $s_y$ of 1.0 was used in the calculations. It can be seen that if the mean is 0.0456 (or greater), the sample GM is 0.03 (or thereabouts), and the sample GSD is 2.5 (or thereabouts), that a sample size of 20 to 30 results in a 99%LCL that is roughly equal to 0.03 ppm.

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | | | | | | | |
| 2 | | let GSDw = | 2.5 | | | C factor | LCL99 |
| 3 | | let GM = | 0.03 | | | | |
| 4 | | Mean = | 0.0456 | | n | $s_y$ =1.0 | |
| 5 | | $s_y$ = | 0.92 | | | | |
| 6 | | | | | 3 | -2.185 | 0.0111 |
| 7 | | | | | 4 | -2.183 | 0.0144 |
| 8 | | | | | 5 | -2.196 | 0.0167 |
| 9 | | | | | 6 | -2.214 | 0.0184 |
| 10 | | OELs (ppm): | | | 7 | -2.232 | 0.0198 |
| 11 | ATSDR | 4-364 days | 0.03 | | 8 | -2.249 | 0.0209 |
| 12 | ATSDR | > 365 days | 0.008 | | 9 | -2.265 | 0.0219 |
| 13 | Cal EPA | chronic | 0.0024 | | 10 | -2.280 | 0.0228 |
| 14 | | | | | 15 | -2.341 | 0.0257 |
| 15 | NIOSH | <=10 hours | 0.016 | | 20 | -2.385 | 0.0277 |
| 16 | | | | | 25 | -2.418 | 0.0290 |
| 17 | | | | | 30 | -2.439 | 0.0301 |
| 18 | | | | | 35 | -2.459 | 0.0310 |
| 19 | | | | | 40 | -2.477 | 0.0317 |
| 20 | | | | | | | |

**Figure A1:** Spreadsheet used to determine the sample size necessary, given a specific GSD and GM such that the true mean is greater than 0.03 ppm, to produce a 99%LCL approximately equal to or greater than 0.03 ppm. The cell formulae in Cells G6..G19 reproduce Land's confidence limit equation from Appendix A.

*Curriculum Vitae*

May 9, 2008

Hewett, Paul
**Exposure Assessment Solutions, Inc.**                         **Cell: 304.685.7050**
1270 Kings Road                              email: phewett.080641@oesh.com
Morgantown, WV 26508                                          www.oesh.com

## Education
- Ph.D. in Industrial Hygiene; August, 1991; University of Pittsburgh, School of Public Health; dissertation title: Particle Size Analysis of Welding Fumes and Prediction of Regional Pulmonary Deposition
- M.S.; May, 1978; Central Missouri State University, Warrensburg, Missouri; Major: Industrial Hygiene
- B.S.; May, 1977; Central Missouri State University, Warrensburg, Missouri; Major: Biology, Minor: Chemistry

## Professional certifications
- Certified Industrial Hygienist (Certification Number 2235; (certified June 8, 1982, renewed 1989, 1995, 2001, 2006)

## Positions / Activities

2003 - present   Exposure Assessment Solutions, Inc. - CEO: consulting, training, software design and sales, and publications.

1993 - 2003   Adjunct professor, West Virginia University Industrial Management and Systems Engineering - annual graduate course on occupational exposure assessment strategies and statistics

NIOSH
1999 - 2003   Senior Industrial Hygienist, Field Studies Branch, Division for Respiratory Disease Studies (DRDS), NIOSH
1997 - 1999   Chief, Environmental Investigations Branch (EIB), DRDS, NIOSH
1995 - 1997   Worked with the Metal Non-Metal Division of MSHA as an expert witness and consultant in an important case involving a mining industry challenge to the underlying basis for the MSHA exposure compliance program.
1994 - 1997   Worked with the Coal Division of MSHA to develop improved industrial hygiene sampling protocols for MSHA coal mine inspectors.
1978 - 1996   Industrial Hygienist, EIB, DRDS, NIOSH - primary activities included hazard evaluations in the mining industry and research into welding fume hazards.

## Awards and Nominations
- **2007 AIHA "Edward J. Baier Technical Achievement Award"**
- **2004 Fellow of the American Industrial Hygiene Association.**
- **1997 NIOSH Alice Hamilton Award**: author of "Interpretation and Use of Occupational Exposure Limits for Chronic Disease Agents", in *Occupational Medicine: State of the Art Reviews - Occupational Epidemiology*, 11(3):July-Sept (1996).
- **1996 NIOSH Alice Hamilton Science Award**: co-author of the NIOSH document "NIOSH Criteria for a Recommended Standard: Occupational Exposure to Respirable Coal Mine Dust"
- nominated for the **1996** NIOSH **Alice Hamilton Science Award** and 1996 CDC **Charles C. Shepard Science Award** for the paper entitled "Estimation of regional pulmonary deposition and exposure for fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables"
- nominated for the **1994** NIOSH **Alice Hamilton Science Award** and 1994 CDC **Charles C. Shepard Science Award** for the paper entitled "A model for correcting workplace protection factors for lung deposition and other effects"
- nominated for the **1992** NIOSH **Alice Hamilton Science Award** for the paper entitled "Limitations in the use of particle size selective sampling criteria in occupational epidemiology"

**Professional Activities**

associations
- American Industrial Hygiene Association (1978-present)
- American Conference of Governmental Industrial Hygienists (1979-present)
- British Occupational Hygiene Association (1997-present)
- The American Society of Safety Engineers (2006-present)
- ASTM International (2006-present)

journals:
- AIHA Journal Editorial Review Board (1995-2002)

committees:
- organizing chair - AIHA Exposure Assessment Strategies Symposium, St. Petersburg, FL (October 4-6, 2001)
- AIHA Exposure Assessment Strategies Committee (1993-present; vice-chair 2000; chair 2001)
- AIHA Risk Assessment Committee (1997-present)
- AIHA Exposure Assessment Committee subcommittee charged with writing the second edition of *A Strategy for Occupational Exposure Assessment* (**contributing author**, 1995-1997)
- AIHA Occupational Epidemiology Committee (member 1993-1998; secretary-1994; vice-chair-1995; **chair**, 1996)
- AIHA Conference and Exposition session arranger:
  - Small Business Concerns platform session, 1989, 1990, 1991, and 1992
  - Occupational Epidemiology roundtable, 1994

academic / teaching
- West Virginia University: graduate seminar on statistics and sampling strategies for industrial hygienists, **adjunct professor**, 1993-2003, 2007-present
- NIOSH: Course 553: Statistical analysis for industrial hygiene sampling and decision making (**instructor**-1993,1994; **course director**-1994)
- Professional Development Course: Exposure Assessment Strategies and Statistics (**instructor**, 1995-1997, 2000-2007)

**Skills**

Statistics - knowledgeable regarding basic and advanced statistical concepts
Programming - Borland Delphi

***Software*** (available from www.oesh.com)

Commercial software:
   IHDataAnalyst V1.0
Freeware:
   IHDataAnalyst-LiteEdition V1.0
   Baseline Survey Simulator V2.0
   Exposure Assessment Strategy Simulator V2.5

**Publications**

technical reports:
   Hewett, P. (2005): Technical Report 05–01 - A Conceptual Model for Generating Random Exposures for Use in Computer Simulations. Exposure Assessment Solutions, Inc. (www.oesh.com).

   Hewett, P. (2005): Technical Report 05–02 - Equations for Calculating Exposure Management Objectives. Exposure Assessment Solutions, Inc. (www.oesh.com).

   Hewett, P. (2005): Technical Report 05–03 - Performance-based exposure assessment strategies for TWA exposure limits. Exposure Assessment Solutions, Inc. (www.oesh.com).

publications:
   *Hewett, P. and Ganser, G.H.: A Comparison of Several Methods for Analyzing Censored Data. Annals of Occupational Hygiene* 51:611-632 (2007).

**Hewett, P.**, Logan, P., Mulhuasen, J., Ramachandran, G., and Banerjee, S.: Rating Exposure Control Using Bayesian Decision Analysis. *Journal of Occupational and Environmental Health*, in press (2006).

**Hewett, P.**: Industrial Hygiene Exposure Assessment - Data Collection and Management. in *Handbook of Chemical Health and Safety*. American Chemical Society (2001).

**Hewett, P.**: Industrial Hygiene Exposure Assessment - Data Analysis and Interpretation. in *Handbook of Chemical Health and Safety*. American Chemical Society (2001).

**Hewett, P.**: Misinterpretation and Misuse of Exposure Limits. *Applied Occupational and Environmental Hygiene* 16:251-256 (2001).

**Hewett, P.**: Chapter 6 - Design of Strategies for Assessing and Managing Occupational Exposures. in *Essential Resources for Industrial Hygiene*, AIHA Press (2000)

**Hewett, P.**: Letter to the Editor - Comments relating to Lyles, Kupper, and Rappaport: A Lognormal Distribution-based Exposure Assessment Method for Unbalanced Data. *Annals of Occupational Hygiene* 42:413-422 (1998).

**Hewett, P.**: Letter to the Editor - Comments relating to Tornero-Velez *et al*: Compliance Versus Risk in Assessing Occupational Exposures. *Risk Analysis* 18:665-667 (1998).

**Hewett, P.**: To the Editor - response to comments of Rappaport, Tornero-Velez, and Egeghy. *Applied Occupational and Environmental Hygiene* 13:203-206 (1998).

**Hewett, P.**: contributing author to Damiano, J. and Mulhausen, J. (editors): *A Strategy for Assessing and Managing Occupational Exposures, Second Edition*. Fairfax, VA: American Industrial Hygiene Association (1998).

**Hewett, P.**: Mean testing: I.  Advantages and disadvantages. *Applied Occupational and Environmental Hygiene* 12:339-346 (1997).

**Hewett, P.**: Mean testing: II.  Comparison of several alternative procedures. *Applied Occupational and Environmental Hygiene* 12:347-355 (1997).

**Hewett, P.** and G.H. Ganser: Simple procedures for calculating confidence intervals around the sample mean and exceedance fraction derived from lognormally distributed data. in *Applied Occupational and Environmental Hygiene* 12:132-142 (1997).

**Hewett, P.**: Interpretation and Use of Occupational Exposure Limits for Chronic Disease Agents.  in *Occupational Medicine: State of the Art Reviews - Occupational Epidemiology*, 11(3):July-Sept (1996).

Seixas, N.S., **Hewett, P.**, Robins, T.G., and Haney, R.: Variability of particle size-specific fractions of personal coal mine dust exposures. *American Industrial Hygiene Association Journal* 56:243-259 (1995).

**Hewett, P.**: Sample size formulae for determining the true arithmetic or geometric mean exposure of an occupational exposure zone. *American Industrial Hygiene Association Journal* 56:219-225 (1995).

**Hewett, P.**: The particle size distribution, density, and specific surface area of welding fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables. *American Industrial Hygiene Association Journal* 56:128-135 (1995).

**Hewett, P.**: Estimation of regional pulmonary deposition and exposure for fumes from 'SMAW' and 'GMAW' mild and stainless steel consumables. *American Industrial Hygiene Association Journal* 56:136-142 (1995).

**Hewett, P.**, Pallay, B., and J. Gamble: A model for correcting workplace protection factors for lung deposition and other effects.  *American Industrial Hygiene Association Journal* 54:142-149 (1993).

Hearl, F.J. and **Hewett, P.**: Problems in Monitoring Dust Levels within Mines. in *Occupational Medicine: State of the Art Reviews - The Mining Industry* 8(1): Jan-Mar (1993).

Attfield, M.D. and **Hewett, P.**: Exact expressions for the bias and variance of estimators of the mean of a lognormal distribution. *American Industrial Hygiene Association Journal* 53:432-435 (1992).

**Hewett, P.**: Limitations in the use of particle size selective sampling criteria in occupational epidemiology. *Applied Occupational and Environmental Hygiene* 6:290-300 (1991).

**Hewett, P.** and M.A. McCawley: A microcomputer spreadsheet technique for analyzing multimodal size distributions. *Applied Occupational and Environmental Hygiene* 6:865-873 (1991).

Noweir, M.H., McCawley, M.A., and **Hewett, P.** : Methods of Investigation: Environmental Assessment. In: Occupational Respiratory Disease Related to Vegetable and Other Natural Dusts. (Eds. Major, P.C. and Schilling, R.S.F.) Forum: Proceedings of the WHO/NIOSH International Conference on Respiratory Diseases Related to Vegetable and Other Natural Dusts, April 25-29, 1983, Morgantown, WV, U.S. Government Printing Office, Washington, D.C., 20404 (1985).

miscellaneous

**Hewett, P.** (1991): Particle Size Analysis of Welding Fumes and Prediction of Pulmonary Deposition. (dissertation) School of Public Health, University of Pittsburgh (Dissertation Abstracts International Volume/Issue 52-10B; University Microfilms, Ann Arbor, MI, Publication Number 9209560).

[End of Document]



Exposure
Assessment
Solutions
Inc.

Software, Training
Publishing, Consulting
www.oesh.com

1270 Kings Road
Morgantown, WV 26508-9155
304.685.7050
phewett.080641@oesh.com

Deposition and Trial Testimony - None for the last four years.

Paul Hewett Ph.D. CIH

**Hewett, Paul**
**Exposure Assessment Solutions, Inc.**
**1270 Kings Road**
**Morgantown, WV 26508**

**Cell: 304-685-7050**
**Email: PHewett.080641@oesh.com**
**www.oesh.com**

# Fee Schedule

General Consulting (document review, data analysis, summarization, etc.)  .  $275/hour

Deposition and Trial Attendance and Testimony  .  .  .  .  .  .  .  .  .  .  .  $350/hour

Travel Time Exceeding 4 hours  .  .  .  .  .  .  .  .  .  .  .  .  .  .  .  $125 hour

Travel Expenses and Meals  .  .  .  .  .  .  .  .  .  .  .  .  Upon submission of receipts

Miscellaneous Expenses (reproduction, postage etc.)  .  .  Upon submission of receipts