UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 18

HargroveLeroyJr080708

1

```
 1         UNITED STATES DISTRICT COURT
 2          EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER      MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS     SECTION N(4)
 6   LIABILITY LITIGATION      JUDGE ENGELHARDT
 7
 8                 *   *   *
 9
10             DEPOSITION OF LEROY HARGROVE, JR.,
11   3225 GRAVIER STREET, NEW ORLEANS, LOUISIANA
12   70119, TAKEN AT GAINSBURGH, BENJAMIN, DAVID,
13   MEUNIER & WARSHAUER, 2800 ENERGY CENTRE,
14   1100 POYDRAS STREET, NEW ORLEANS, LOUISIANA
15   70163, ON THE 7TH DAY OF AUGUST, 2008.
16
17
18   REPORTED BY:
19       CATHY RENEE' POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
20       (504)529-5255
21
22
23
24
25
```

2

```
 1   APPEARANCES:
 2
         BECNEL LAW FIRM
 3       (BY:  ROBERT BECNEL, ESQUIRE)
         425 W. AIRLINE HIGHWAY, SUITE B
 4       LAPLACE, LOUISIANA  70068
```

```
                      HargroveLeroyJr080708
5
           DAVID McLENDON, ESQUIRE
6          4731 CANAL STREET
           NEW ORLEANS, LOUISIANA   70119
7
           GAINSBURGH, BENJAMIN, DAVID, MEUNIER &
8              WARSHAUER
           (BY: TARA GILBREATH, ESQUIRE)
9          2800 ENERGY CENTRE
           1100 POYDRAS STREET
10         NEW ORLEANS, LOUISIANA   70163

11
           CYNTHIA WALLACE, ESQUIRE
12         4731 CANAL STREET
           NEW ORLEANS, LOUISIANA   70119
13
              (ATTORNEYS FOR THE PLAINTIFFS)
14

15         DAIGLE, JAMISON & RAYBURN
           303 WEST VERMILION STREET
16         SUITE 210
           LAFAYETTE, LOUISIANA   70502
17             (Not present)

18           (ATTORNEYS FOR DEFENDANTS
                 SILVER CREEK)
19

20         DUPLASS, ZWAIN, BOURGEOIS & MORTON
           (BY: JOSEPH G. GLASS, ESQUIRE)
21         3838 NORTH CAUSEWAY BOULEVARD
           SUITE 2900
22         METAIRIE, LOUISIANA   70002

23           (ATTORNEYS FOR DEFENDANTS
                 GULF STREAM COACH, INC.)
24

25
                                                              3


1    APPEARANCES CONTINUED:

2          U.S. DEPARTMENT OF JUSTICE
           (BY: ADAM M. DINNELL, ESQUIRE
3                MICHELLE G. BOYLE, ESQUIRE)
           500 C STREET, SW
4          WASHINGTON, D.C.   20472

5            (ATTORNEYS FOR DEFENDANTS UNITED
                 STATES AND FEMA)
6

7          FOWLER RODRIGUEZ VALDES-FAULI
           (BY: STEPHANIE SKINNER, ESQUIRE)
8          400 POYDRAS STREET
           30TH FLOOR
9          NEW ORLEANS, LOUISIANA   70130

10           (ATTORNEYS FOR DEFENDANTS
                              Page 2
```

```
                       HargroveLeroyJr080708
                  CMH MANUFACTURING, SOUTHERN
11                ENERGY HOMES, INC., PALM HARBOR
                  MANUFACTURING, LP, PALM
12                HARBOR ALBERMARLE, AND GILES
                  INDUSTRIES, INC.)
13

14        GIEGER, LABORDE & LAPEROUSE
          (BY: JASON BONE, ESQUIRE)
15        701 POYDRAS STREET
          SUITE 4800
16        NEW ORLEANS, LOUISIANA  70139
              (Attended via telephone)
17
             (ATTORNEYS FOR DEFENDANTS FOREST
18              RIVER)

19
          HAILEY MCNAMARA
20        (BY:  SHAY KULKARNI, ESQUIRE)
          10725 PERKINS ROAD, SUITE 200
21        BATON ROUGE, LOUISIANA  70810
              (Attended via telephone)
22
             (ATTORNEYS FOR DEFENDANTS AMERICAN
23              HOMESTAR CORPORATION)

24

25
                                                         4


 1   APPEARANCES CONTINUED:

 2
          JONES, WALKER, WAECHTER, POITEVENT,
 3           CARRERE & DENEGRE
          (BY: RYAN JOHNSON, ESQUIRE)
 4        8555 UNITED PLAZA BOULEVARD
          BATON ROUGE, LOUISIANA  70809
 5            (Attended via telephone)

 6           (ATTORNEYS FOR DEFENDANTS PILGRIM,
                KEYSTONE, MONACO, R-VISION, THOR
 7              CALIFORNIA, KZRV, DS/
                CROSSROADS AND DUTCHMEN)
 8

 9        LABORDE & NEUNER
          ONE PETROLEUM CENTER
10        1001 WEST PINHOOK
          LAFAYETTE, LOUISIANA  70505
11             (Not present)

12           (ATTORNEYS FOR DEFENDANTS HORTON
                HOMES, INC.)
13

14        LEAKE & ANDERSSON
          (BY:  JEFF BURG, ESQUIRE)
15        1700 ENERGY CENTRE
          1100 POYDRAS STREET
```

```
                          HargroveLeroyJr080708
16          NEW ORLEANS, LOUISIANA   70163

17             (ATTORNEYS FOR DEFENDANTS
                  FLEETWOOD ENTERPRISES, INC.,
18                ET AL.)

19

            NIELSEN LAW FIRM
20          (BY: THOMAS C. PENNEBAKER, ESQUIRE)
            3838 NORTH CAUSEWAY BOULEVARD
21          SUITE 2850
            METAIRIE, LOUISIANA   70002
22               (Not present)

23             (ATTORNEYS FOR DEFENDANTS
                  SCOT BILT HOMES, INC.)
24

25
                                                              5


 1   APPEARANCES CONTINUED:

 2
            GARRISON, YOUNT, LORMAND, FORTE &
 3            MULCAHY
            (BY: KEVIN F. TRUXILLO, ESQUIRE)
 4          909 POYDRAS STREET
            SUITE  1800
 5          NEW ORLEANS, LOUISIANA   70112

 6             (ATTORNEYS FOR DEFENDANTS
                  RECREATION BY DESIGN, LLC, TL
 7                INDUSTRIES, INC., AND FRONTIER
                  HOMES, INC.)
 8

 9          TAYLOR, PORTER, BROOKS & PHILLIPS
            (BY: JOHN STEWART THARP, ESQUIRE)
10          8TH FLOOR - CHASE TOWER SOUTH
            451 FLORIDA STREET
11          BATON ROUGE, LOUISIANA   70801
                (Attended via telephone)
12
               (ATTORNEYS FOR DEFENDANTS
13                COACHMEN INDUSTRIES).

14
            VOORHIES & LABBE'
15          700 ST. JOHN STREET
            LAFAYETTE, LOUISIANA   70502
16               (Not present)

17             (ATTORNEYS FOR DEFENDANTS CAVALIER
                  HOME, WAVERLEE HOMES, REDMAN HOMES,
18                DUTCH HOUSING, PATRIOT HOMES AND
                  RIVER BIRCH)
19

20          WILLINGHAM, FULTZ & COUGILL
            (BY: THOMAS L. COUGILL, ESQUIRE)
21          NIELS ESPERSON BUILDING
                                    Page 4
```

```
                          HargroveLeroyJr080708
              808 TRAVIS, SUITE 1608
    22        HOUSTON, TEXAS   77002

    23           (ATTORNEYS FOR DEFENDANTS
                   JAYCO AND STARCRAFT)
    24

    25
                                                              6


    1    APPEARANCES CONTINUED:

    2       McGLINCHEY STAFFORD
            (BY: DANIEL E. WEST, ESQUIRE)
    3       643 MAGAZINE STREET
            NEW ORLEANS, LOUISIANA   70130
    4           (Attended via telephone)

    5          (ATTORNEYS FOR MORGAN BUILDINGS AND
                 SPAS, INC., AND MORGAN BUILDING
    6            SYSTEMS, INC.)

    7                     *   *   *

    8                 EXAMINATION INDEX

    9    EXAMINATION BY MR. GLASS: ..............11

    10   EXAMINATION BY MS. BOYLE: .............141

    11   EXAMINATION BY MR. ROBERT BECNEL: .....169

    12                    *   *   *

    13                 INDEX OF EXHIBITS

    14   Exhibit No. 1 .........................13

    15      Plaintiff Fact Sheet.

    16   Exhibit No. 2 .........................35

    17      Copy of "Aldridge v. Gulf Stream,

    18      et al." case filed November 30, 2007.

    19   Exhibit No. 3 ........................133

    20      Plaintiffs' Response to

    21      Manufacturing Defendants' Initial

    22      Written Discovery; Plaintiffs'

    23      Response to Manufacturing Defendants'

    24      Request for Production of Documents.

    25
                                                              7
```

HargroveLeroyJr080708

11    Q.    How did you come about retaining
12  Mr. D'Amico?
13    A.    I was watching the television and
14  I seen the advertisement where it was
15  talking about the formaldehyde and the
16  different things that it causes, like the
17  eye irritation and different things like
18  that.
19        I knew right then something was
20  wrong, when I first moved in the trailer,
21  because some of those symptoms I had.
22    Q.    You knew something was wrong right
23  when you moved into the trailer?
24    A.    Yes, sir, I noticed, you know,
25  some of those symptoms that was advertised,

27

1  so I decided to call him.
2    Q.    When did you move into your
3  trailer?
4    A.    March of 2006.
5    Q.    So, in March of 2006, you noticed
6  some symptoms immediately when you moved in?
7    A.    I noticed the burning eyes, I
8  noticed it was hard to breathe, and I kept
9  my windows open for to let the fresh air in
10  at times.
11    Q.    When did you notice these
12  symptoms?
13    A.    Immediately.
14    Q.    The first day you moved in?
15    A.    Immediately.
16    Q.    The first minute you walked into

HargroveLeroyJr080708

17  the --
18      A.    Immediately when the door shut.
19  The door shut and I had to spend my first
20  night in there.
21      Q.    Did you complain to anyone?
22      A.    No, I didn't complain to anybody,
23  because I just, you know, when you live by
24  yourself, you don't have nobody really to
25  complain to.

28

 1            I just did what I tried to do,
 2  just leave the windows and the doors open to
 3  let it air out.  Things like that.  The
 4  air-conditioner, you know, tried to keep the
 5  air circulating, but mostly, I tried to keep
 6  the windows open.
 7      Q.    Did that help?
 8      A.    Not really, it didn't really help,
 9  but it kept air circulating.  It wasn't just
10  the same stale air, you know.
11      Q.    What temperature did you set your
12  air conditioner at?
13      A.    Well, I can't tell you what
14  temperature, sir, but -- you know, I can't
15  tell you the exact temperature.
16      Q.    Did you change the temperature
17  every time you went in?
18      A.    No, sir.  I didn't even have the
19  air conditioner on every time I went in.
20  Some mornings it was cool, you know, and
21  then it would warm up during the afternoon,