UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 19

# Transcript of the Testimony of
# Videotaped Deposition of Eric Albert Smith

## Date taken: September 15, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 1

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER         MDL NO. 1873
FORMALDEHYDE PRODUCTS        SECTION "N"(4)
LIABILITY LITIGATION         JUDGE ENGELHARDT

              * * *

     Videotaped Deposition of ERIC ALBERT
SMITH, 2206 Esplande Avenue, New Orleans,
Louisiana 70119, taken at the offices of
Lambert & Nelson, 701 Magazine Street, New
Orleans, Louisiana 70130, on Monday, the
15th day of September, 2008.

REPORTED BY:
     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
VIDEOGRAPHER:
     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

## Page 2

```
1   APPEARANCES:
2       LAMBERT & NELSON
        (BY: JONATHAN ADAMS, ESQUIRE)
3       701 MAGAZINE STREET
        NEW ORLEANS, LOUISIANA 70130
4
        LAW OFFICES OF ROBERT M. BECNEL
5       (BY: ROBERT M. BECNEL, ESQUIRE)
        425 WEST AIRLINE HIGHWAY, SUITE B
6       LAPLACE, LOUISIANA 70068
7           ATTORNEYS FOR THE PLAINTIFFS
8       U.S. DEPARTMENT OF JUSTICE
        (BY: MICHELLE G. BOYLE, ESQUIRE)
9       CIVIL DIVISION
        1331 PENNSYLVANIA AVENUE, N.W.
10      ROOM 8210-N
        WASHINGTON, D.C. 20004
11
            ATTORNEYS FOR DEFENDANT, UNITED
12          STATES OF AMERICA
13      JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE
14      (BY: RYAN E. JOHNSON, ESQUIRE)
        8555 UNITED PLAZA BOULEVARD
15      BATON ROUGE, LOUISIANA 70809
16          ATTORNEYS FOR DEFENDANTS, PILGRIM,
            KEYSTONE, MONACO, R-VISION, THOR
17          CALIFORNIA, KZRV, DS/CROSSROADS
            AND DUTCHMEN
```

## Page 3

```
                    * * *
              EXAMINATION INDEX
                                         Page
EXAMINATION BY MR. JOHNSON ............6
EXAMINATION BY MS. BOYLE ............104
EXAMINATION BY MR. ADAMS ............124
EXAMINATION BY MS. BOYLE ............130
                    * * *
              INDEX OF EXHIBITS
                                         Page
Exhibit No. 1 .......................6
Notice of Video Deposition of Eric Albert
Smith
Exhibit No. 2 .......................11
Plaintiff Fact Sheet for Eric Albert Smith
Exhibit No. 3 .......................46
Notice of Unpaid Ambulance Service Fee from
the City of New Orleans, Emergency Medical
Service dated 6-17-2008
```

## Page 4

            S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

                    * * *

JAMES T. BRADLE, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

```
 1        THE VIDEOGRAPHER:
 2        Today is the 15th day of
 3   September, 2008.  The time is approximately
 4   1:23.  This is the videotaped deposition of
 5   Mr. Eric Smith taken at the offices of
 6   Lambert & Nelson located at 701 Magazine
 7   Street, New Orleans, Louisiana, for the case
 8   entitled "FEMA Trailer Formaldehyde Products
 9   Liability Litigation."
10        Would counsel please identify
11   themselves and which party they represent.
12        MR. ADAMS:
13             Jonathan Adams, Plaintiff
14   Litigation Committee.
15        MR. BECNEL:
16             Robert Becnel, PLC.
17        MS. BOYLE:
18             Michelle Boyle, United States.
19        MR. JOHNSON:
20             Ryan Johnson, various manufacturer
21   defendants.
22             *    *    *    *
23             ERIC ALBERT SMITH,
24   after having been first duly sworn by the
25   above-mentioned court reporter, did
                                          Page 5
```

```
 1   testify as follows:
 2   EXAMINATION BY MR. JOHNSON:
 3        Q    Good afternoon, Mr. Smith.
 4        A    How you doing, sir?
 5        Q    My name is Ryan Johnson.  We met
 6   just a few minutes ago when you walked in.
 7        A    Yes, sir.
 8        Q    I represent some of the defendants
 9   in this lawsuit that we're here about today.
10             The first thing I want to do is,
11   this is just a little housekeeping matter, I
12   want to attach a copy of the Notice of
13   Deposition, which is a form that we use just
14   to say that your deposition was going to be
15   today, as Exhibit 1 to the deposition.
16             And I will note on it, and
17   Mr. Becnel and I just talked about this, it
18   actually has your name as "Eric Albert," but
19   your full name is "Eric Albert Smith"; is
20   that correct?
21        A    Yes, sir.
22        Q    Okay.  So that will be Exhibit
23   No. 1.
24             Mr. Smith, what's your date of
25   birth?
                                          Page 6
```

```
 1        A    2-10-71.
 2        Q    And what's your current address?
 3        A    2206 Esplanade.
 4        Q    And that's in New Orleans?
 5        A    Yes, sir.
 6        Q    What's the Zip?
 7        A    70119.
 8        Q    Do you have a Louisiana driver's
 9   license?
10        A    Yes, sir, I do.
11        Q    Do you happen to know the number
12   off the top of your head?
13        A    No.  I think I can get it for you.
14        Q    If you have it in your wallet, we
15   can look at it and just get the number.
16        A    I got my license in the car, but I
17   got a piece of paper with it on it.
18        Q    Okay.  That would be great if you
19   have it.
20        A    (Witness looking in wallet).
21        Q    That's all right.  If you don't
22   have it, we can get it later.
23        A    Okay.
24        Q    We will get it from you after
25   awhile.  We will ask your lawyers to do
                                          Page 7
```

```
 1   that.
 2             Before we get into a number of
 3   questions, let me ask you, have you ever
 4   given a deposition before?
 5        A    No, sir.
 6        Q    Okay.  I will give you very
 7   quickly -- I'm sure your lawyers have
 8   explained to you.  I will just give you some
 9   ground rules, so this will go more quickly
10   for everybody.
11             I'm going to ask you questions, as
12   I have started to do already, and I'm going
13   to ask that you give me answers.  Okay?
14        A    Yes, sir.
15        Q    And so that the court reporter,
16   who is right here sitting next to me, can
17   take down everything that we say, I ask that
18   you let me finish my question before you
19   start talking.
20        A    Yes, sir.
21        Q    And then I'm going to let you
22   finish your answer before I start talking.
23   That way we're not talking on top of each
24   other and we will make the court reporter
25   happy.
                                          Page 8
```

**Page 113**

```
 1      A   Yes, ma'am.
 2      Q   And did you ever pay any money to
 3  live there?
 4      A   No, ma'am. I just had to pay my
 5  momma's water bill and light bill on the
 6  house, because we was hooked up to the
 7  house.
 8      Q   And approximately how many hours
 9  per day did you spend inside of the trailer?
10      A   Well, I go to work at 7:00 in the
11  morning. I can't really say, because you
12  never know the times. You know, we get
13  there -- our dispatcher give us a paper for
14  our job. Whenever we get off, you know. I
15  can't really tell you the time. Because I
16  might got a job and it might just last two
17  hours and that's a wrap for me the rest of
18  the day.
19      Q   So it varied?
20      A   Yeah. I really can't tell you.
21      Q   Did you run the air conditioner in
22  your trailer?
23      A   Yes, ma'am.
24      Q   Did you always run it when the
25  weather was hot?
```

**Page 114**

```
 1      A   I turn it like -- When I leave, I
 2  turn it off. When I come back, I turn it
 3  back on.
 4      Q   So when you're in the trailer,
 5  when the weather is hot, for the most part,
 6  you run the AC?
 7      A   I run my AC, yes, ma'am.
 8      Q   Did you ever open the windows and
 9  doors and just air out the trailer?
10      A   Yes, ma'am.
11      Q   And how often did you do that?
12      A   Every time I be in there washing
13  my clothes, I open up and let air out. Or
14  my children come over, I put fresh air for
15  them. I go watch them while they run in the
16  yard.
17      Q   Maybe once a week you would do
18  that or maybe --
19      A   Twice.
20      Q   Twice. And you said earlier that
21  the trailer was on the property of your
22  mother?
23      A   Yes, ma'am.
24      Q   So the trailer was not in a park
25  with other trailers?
```

**Page 115**

```
 1      A   No, ma'am.
 2      Q   And you mentioned earlier that you
 3  had expressed an interest in purchasing the
 4  trailer?
 5      A   Yes, ma'am.
 6      Q   When was that; do you remember?
 7      A   No, ma'am, I can't remember. It
 8  was before -- I know it was before I got
 9  sick myself I heard about it. I think my
10  mother had told me, "FEMA is selling their
11  trailer." Or they say -- I think they say,
12  what is it, it's more cheaper putting it in
13  than pulling it out. And, you know, I felt
14  like that would be a nice little home for
15  me, so I'm going to buy it.
16      Q   And after you got sick -- Which I
17  think you said was in October of 2007?
18      A   Yes, ma'am.
19      Q   -- did you call FEMA to complain
20  about the trailer making you sick?
21      A   No, ma'am, I don't think I did.
22  No, ma'am.
23      Q   And why is that?
24      A   It's hard to get through on the
25  line. You had to sit there almost half an
```

**Page 116**

```
 1  hour or an hour trying to get through.
 2      Q   And you mentioned earlier that
 3  FEMA provided you with some rental
 4  assistance?
 5      A   Yes, ma'am.
 6      Q   And was that before you obtained a
 7  trailer?
 8      A   What do you mean?
 9      Q   Or after?
10      A   After my sickness?
11      Q   Well, was it before or after you
12  moved into the trailer or -- I'm sorry. Was
13  it after you moved out of the trailer that
14  you received rental assistance with your
15  landlord through FEMA?
16      A   Oh, I received -- The trailer was
17  still there.
18      Q   So were you living in the
19  trailer --
20      A   Yes, ma'am.
21      Q   -- or were you living in the
22  rental unit at that time?
23      A   No, I didn't have no other spot to
24  live but in the trailer until I got the
25  house.
```