UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 20

```
                                          AlfonsoStephen091608
0001
 1            UNITED STATES DISTRICT COURT
 2            EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE:  FEMA TRAILER           MDL NO. 1873
 5   FORMALDEHYDE PRODUCTS          SECTION N(4)
 6   LIABILITY LITIGATION           JUDGE ENGELHARDT
 7
 8                   *   *   *
 9
10            DEPOSITION OF STEPHEN A. ALFONSO,
11   268 WEST LOUISIANA STATE DRIVE, KENNER,
12   LOUISIANA 70065, TAKEN AT THE OFFICES OF
13   LAMBERT AND NELSON, 701 MAGAZINE STREET, NEW
14   ORLEANS, LOUISIANA 70130, ON THE 16TH DAY OF
15   SEPTEMBER, 2008.
16
17
18   REPORTED BY:
19       CATHY RENEE' POWELL, CCR
         PROFESSIONAL SHORTHAND REPORTERS
20       (504)529-5255
21
22
23
24
25
0002
 1   APPEARANCES:
 2       BECNEL LAW FIRM
         (BY:  ROBERT BECNEL, ESQUIRE
 3             DIANE ZINK, ESQUIRE)
         425 W. AIRLINE HIGHWAY, SUITE B
 4       LAPLACE, LOUISIANA  70068
 5         (ATTORNEYS FOR THE PLAINTIFFS)
 6       DAIGLE, JAMISON & RAYBURN
         (BY: WALTER K. JAMISON III, ESQUIRE)
 7       303 WEST VERMILION STREET
         SUITE 210
 8       LAFAYETTE, LOUISIANA    70502
              (Not present)
 9
           (ATTORNEYS FOR DEFENDANTS
10            SILVER CREEK)
11       DUPLASS, ZWAIN, BOURGEOIS,
           PFISTER & WEINSTOCK
12       (BY:  RYAN M. MALONE, ESQUIRE)
         3838 NORTH CAUSEWAY BOULEVARD
13       SUITE 2900
         METAIRIE, LOUISIANA    70002
14
           (ATTORNEYS FOR DEFENDANTS
15            GULF STREAM COACH, INC.)
16
         U.S. DEPARTMENT OF JUSTICE
17       (BY: ADAM M. DINNELL, ESQUIRE
              MICHELLE G. BOYLE, ESQUIRE)
18       500 C STREET, SW
         WASHINGTON, D.C.   20472
19
           (ATTORNEYS FOR DEFENDANTS UNITED
20            STATES AND FEMA)
21
```

```
                           AlfonsoStephen091608
22
23
24
25
0003
 1    APPEARANCES CONTINUED:
 2
          FOWLER RODRIGUEZ VALDES-FAULI
 3        (BY: JAMES K. CARROLL, ESQUIRE)
          400 POYDRAS STREET
 4        30TH FLOOR
          NEW ORLEANS, LOUISIANA  70130
 5            (Not present)
 6         (ATTORNEYS FOR DEFENDANTS
              CMH MANUFACTURING, SOUTHERN
 7            ENERGY HOMES, INC., PALM HARBOR
              MANUFACTURING, LP, PALM
 8            HARBOR ALBERMARLE, AND GILES
              INDUSTRIES, INC.)
 9
          GIEGER, LABORDE & LAPEROUSE
10        (BY: CARSON W. STRICKLAND, ESQUIRE)
          701 POYDRAS STREET
11        SUITE 4800
          NEW ORLEANS, LOUISIANA  70139
12            (Not present)
13         (ATTORNEYS FOR DEFENDANTS FOREST
              RIVER)
14
          HAILEY MCNAMARA
15        (BY:  DAVID C. BACH, ESQUIRE)
          10725 PERKINS ROAD, SUITE 200
16        BATON ROUGE, LOUISIANA  70810
              (Attended via telephone)
17
           (ATTORNEYS FOR DEFENDANTS AMERICAN
18            HOMESTAR CORPORATION)
19
          JONES, WALKER, WAECHTER, POITEVENT,
20          CARRERE & DENEGRE
          (BY: JEFFREY EVANS, ESQUIRE)
21        8555 UNITED PLAZA BOULEVARD
          BATON ROUGE, LOUISIANA  70809
22            (Attended via telephone)
23         (ATTORNEYS FOR DEFENDANTS PILGRIM,
              KEYSTONE, MONACO, R-VISION, THOR
24            CALIFORNIA, KZRV, DS/
              CROSSROADS AND DUTCHMEN)
25
0004
 1    APPEARANCES CONTINUED:
 2
          LABORDE & NEUNER
 3        (BY: BEN L. MAYEAUX, ESQUIRE)
          ONE PETROLEUM CENTER
 4        1001 WEST PINHOOK
          LAFAYETTE, LOUISIANA  70505
 5            (Not present)
 6         (ATTORNEYS FOR DEFENDANTS HORTON
              HOMES, INC.)
 7
          LEAKE & ANDERSSON
 8        (BY:  JERRY L. SAPORITO, ESQUIRE
                                        Page 2
```

AlfonsoStephen091608

```
              JEFF BURG, ESQUIRE)
 9       1700 ENERGY CENTRE
         1100 POYDRAS STREET
10       NEW ORLEANS, LOUISIANA  70163
11         (ATTORNEYS FOR DEFENDANTS
              FLEETWOOD ENTERPRISES, INC.,
12            ET AL.)
13       NIELSEN LAW FIRM
         (BY: THOMAS C. PENNEBAKER, ESQUIRE)
14       3838 NORTH CAUSEWAY BOULEVARD
         SUITE 2850
15       METAIRIE, LOUISIANA  70002
              (Not present)
16
           (ATTORNEYS FOR DEFENDANTS
17            SCOT BILT HOMES, INC.)
18       GARRISON, YOUNT, LORMAND, FORTE &
           MULCAHY
19       (BY: RANDALL C. MULCAHY, ESQUIRE)
         909 POYDRAS STREET
20       SUITE  1800
         NEW ORLEANS, LOUISIANA  70112
21            (Not present)
22         (ATTORNEYS FOR DEFENDANTS
              RECREATION BY DESIGN, LLC, TL
23            INDUSTRIES, INC., AND FRONTIER
              HOMES, INC.)
24
25
0005
 1   APPEARANCES CONTINUED:
 2
         TAYLOR, PORTER, BROOKS & PHILLIPS
 3       (BY: JOHN STEWART THARP, ESQUIRE)
         8TH FLOOR - CHASE TOWER SOUTH
 4       451 FLORIDA STREET
         BATON ROUGE, LOUISIANA  70801
 5            (Not present)
 6         (ATTORNEYS FOR DEFENDANTS
              COACHMEN INDUSTRIES)
 7
 8       VOORHIES & LABBE'
         (BY:  LAMONT P. DOMINGUE, ESQUIRE)
 9       700 ST. JOHN STREET
         LAFAYETTE, LOUISIANA  70502
10            (Not present)
11         (ATTORNEYS FOR DEFENDANTS CAVALIER
              HOME, WAVERLEE HOMES, REDMAN HOMES,
12            DUTCH HOUSING, PATRIOT HOMES AND
              RIVER BIRCH)
13
14       WILLINGHAM, FULTZ & COUGILL
         (BY: HAL ROACH, ESQUIRE)
15       NIELS ESPERSON BUILDING
         808 TRAVIS, SUITE 1608
16       HOUSTON, TEXAS  77002
              (Attended via telephone)
17
           (ATTORNEYS FOR DEFENDANTS
18            JAYCO AND STARCRAFT)
19
         McGLINCHEY STAFFORD
20       (BY: CHRISTINE LIPSEY, ESQUIRE)
```

Page 3

```
                              AlfonsoStephen091608
         301 MAIN STREET
21       ONE AMERICAN PLACE - 14TH FLOOR
         BATON ROUGE, LOUISIANA  70825
22
              (ATTORNEYS FOR MORGAN BUILDINGS AND
23              SPAS, INC., AND MORGAN BUILDING
                SYSTEMS, INC.)
24
25
0006
 1   APPEARANCES CONTINUED:
 2
         MAYNARD COOPER & GALE
 3       (BY: JOSH B. BAKER, ESQUIRE)
         1901 SIXTH AVENUE NORTH
 4       2400 REGIONS/HARBERT PLAZA
         BIRMINGHAM, ALABAMA  35203
 5          (Attended via telephone)
 6          (ATTORNEYS FOR CLAYTON MANUFACTURED
              HOMES)
 7
 8   ALSO PRESENT:
 9     DEVIN BARNETT
       PARALEGAL
10                  *   *   *
11              EXAMINATION INDEX
12   EXAMINATION BY MR. SAPORITO: ............9
13   EXAMINATION BY MS. BOYLE: .............101
14   EXAMINATION BY MR. SAPORITO: ..........117
15   EXAMINATION BY MR. ROBERT BECNEL: .....119
16                  *   *   *
17
18
19
20
21
22
23
24
25
0007
 1              INDEX OF EXHIBITS
 2   Exhibit No. 1  ........................35
 3     Notice of Deposition.
 4   Exhibit No. 2  ........................41
 5     Form 95 and attached medical
 6     records from Kenner Regional
 7     Medical Center dated January 9,
 8     2006, and January 10, 2006.
 9   Exhibit No. 3  ........................66
10     Plaintiff Fact Sheet.
11   Exhibit No. 4  .......................117
12     "Aldridge" lawsuit.
13
14
15
16
17
18
19
20
21
22
```

AlfonsoStephen091608

```
 2  we have received, I believe, what is a rough
 3  version of your Plaintiff Fact Sheet, and
 4  one of the identification numbers for the
 5  FEMA ID number is different.
 6           But this -- what is on page 8 of
 7  your Plaintiff Fact Sheet, this is the
 8  trailer that you lived in, correct?
 9       A.  Yes, ma'am.
10       Q.  Could you please describe all of
11  the assistance you received from FEMA after
12  Hurricane Katrina, including any money you
13  received for rental assistance, hotel
14  expenses, or for rebuilding your home.
15  Anything at all.
16       A.  Not for rebuilding my home.  Thank
17  God I had State Farm.
18           Just the normal program that they
19  had where they gave you so much money to
20  subsidize your living expenses, and so forth
21  and so on.
22       Q.  Do you know how much you received?
23       A.  No, ma'am.
24       Q.  So other than the cost of living
25  subsidy that you mentioned, and other than
0113
 1  the travel trailer, did you receive any
 2  other type of assistance from FEMA?
 3       A.  To the best of my knowledge, no,
 4  ma'am.
 5       Q.  Just to clarify, earlier the
 6  defense counsel asked you about an
 7  overpayment FEMA had made to you and your
 8  wife.
 9           Do you know the reason for that?
10       A.  No.  Because my wife handled
11  everything, so I don't know -- well, in
12  fact, this is the first time that I -- I
13  didn't even know that the discrepancy took
14  place.
15       Q.  So you don't know if it is because
16  someone from your family submitted two
17  applications to FEMA, or because someone
18  submitted one to FEMA and one to your
19  insurance company for the same thing?  You
20  just don't know?
21       A.  I don't know.  No, ma'am.
22       Q.  You testified earlier that your
23  symptoms, although you had them before, they
24  became worse after you moved into the
25  trailer, but you don't know exactly when
0114
 1  they became worse; is that correct?
 2       A.  Correct.
 3       Q.  After they did become worse, did
 4  you ever contact FEMA to complain about
 5  those symptoms?
 6       A.  No, ma'am.
 7       Q.  I believe you testified earlier
 8  that no testing was ever performed on your
 9  trailer to determine the amount of
10  formaldehyde that may have been in your
11  trailer; is that correct?
12       A.  That's correct.
```

AlfonsoStephen091608

```
13       Q.   I would just like to ask you a few
14  questions about your work.
15       A.   Okay.
16       Q.   So currently you drive limos;
17  before that, you worked in marketing.  Is
18  that correct?
19       A.   Sales and marketing.
20       Q.   For how many years was that?
21       A.   Thirty-two years.
22       Q.   Until which year?
23       A.   Until I was 58 years old.
24  Corporate America decided that you're making
25  too much money.
0115
 1       Q.   I have heard that about corporate
 2  America; that's why I work for the
 3  government.
 4            Could you please describe your
 5  working environment?  Was it in an office
 6  building?  Was it out and about in different
 7  places?
 8       A.   I worked out of a terminal.
 9  Truck, you know, freight company, truckline
10  terminal is where I had my office.
11            I would leave in the morning, make
12  sales calls, have lunch with customers, make
13  more sales calls, and come back in the
14  evening and write my report.
15       Q.   And that routine took place for
16  about --
17       A.   Thirty-two years.
18       Q.   -- 32 years?
19       A.   Not with the same company.
20       Q.   Not with the same company?
21       A.   (Witness shakes head negatively.)
22       Q.   But the working environment was
23  similar?
24       A.   It was exactly the same thing, it
25  was just the trucks -- the colors of the
0116
 1  trucks were different.
 2       Q.   And you testified earlier that you
 3  haven't smoked in approximately 14 years.
 4       A.   Yes.
 5       Q.   Before that, you smoked for about
 6  30 years, and you smoked approximately one
 7  and a half to two packs per day during that
 8  time?
 9       A.   Give or take a few days, yes.
10       Q.   Does your wife smoke?
11       A.   No, ma'am.
12       Q.   And has she ever smoked?
13       A.   No, ma'am.
14       Q.   Did anyone ever smoke inside of
15  your trailer?
16       A.   No, ma'am.
17  MS. BOYLE:
18            Excuse me one moment.
19  THE WITNESS:
20            Yes, ma'am.
21       (Brief pause.)
22  EXAMINATION BY MS. BOYLE:
23       Q.   Just two closing questions.
```