UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 21

# Transcript of the Testimony of
# Sylvia J. Keyes

**Date taken: September 18, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 1

```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA


    IN RE:  FEMA TRAILER          MDL NO. 1873
    FORMALDEHYDE PRODUCTS         SECTION "N"(4)
    LIABILITY LITIGATION          JUDGE ENGELHARDT

                    *  *  *

         Deposition of SYLVIA J. KEYES, 8460-A
    Beverly Road, St. Elmo, Alabama 36568, taken
    at the offices of Lambert & Nelson, 701
    Magazine Street, New Orleans, Louisiana
    70130, on Thursday, the 18th day of
    September, 2008.




    REPORTED BY:
         JAMES T. BRADLE, CCR
         PROFESSIONAL SHORTHAND REPORTERS
         (504)529-5255
```

## Page 2

```
 1  APPEARANCES:
 2    LAW OFFICES OF ROBERT M. BECNEL
      (BY: ROBERT M. BECNEL, ESQUIRE)
 3    425 WEST AIRLINE HIGHWAY, SUITE B
      LAPLACE, LOUISIANA 70068
 4
        ATTORNEYS FOR THE PLAINTIFFS
 5
    DUPLASS, ZWAIN, BOURGEOIS,
 6    PFISTER & WEINSTOCK
      (BY: RYAN M. MALONE, ESQUIRE)
 7    3838 NORTH CAUSEWAY BOULEVARD
      SUITE 2900
 8    METAIRIE, LOUISIANA 70002
 9       ATTORNEYS FOR DEFENDANT,
         GULF STREAM COACH, INC.
10
    LEAKE & ANDERSSON
11    (BY: AMANDA W. VONDERHAAR, ESQUIRE
         AND JEFFREY M. BURG, ESQUIRE)
12    1700 ENERGY CENTRE
      1100 POYDRAS STREET
13    NEW ORLEANS, LOUISIANA 70163
14       ATTORNEYS FOR DEFENDANTS,
         FLEETWOOD ENTERPRISES, INC.,
15       FLEETWOOD CANADA, LTD. AND
         FLEETWOOD HOMES OF NORTH
16       CAROLINA, INC.
17  U.S. DEPARTMENT OF JUSTICE
      (BY: MICHELLE G. BOYLE, ESQUIRE
18       AND ADAM M. DINNELL, ESQUIRE)
      CIVIL DIVISION
19    1331 PENNSYLVANIA AVENUE, N.W.
      ROOM 8210-N
20    WASHINGTON, D.C. 20004
21       ATTORNEYS FOR DEFENDANT, UNITED
         STATES OF AMERICA
22
23
24
25
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2    JONES, WALKER, WAECHTER, POITEVENT,
         CARRERE & DENEGRE
 3    (BY: JEFFREY S. EVANS, ESQUIRE -
         VIA TELEPHONE)
 4    8555 UNITED PLAZA BOULEVARD
      BATON ROUGE, LOUISIANA 70809
 5
        ATTORNEYS FOR DEFENDANTS, PILGRIM,
 6      KEYSTONE, MONACO, R-VISION, THOR
        CALIFORNIA, KZRV, DS/CROSSROADS
 7      AND DUTCHMEN
 8    HAILEY, McNAMARA, HALL, LARMANN
      & PAPALE, L.L.P.
 9    (BY: DAVID C. BACH, ESQUIRE -
         VIA TELEPHONE)
10    10725 PERKINS ROAD, 2ND FLOOR
      BATON ROUGE, LOUISIANA 70810
11
        ATTORNEYS FOR DEFENDANTS,
12      AMERICAN HOMESTAR CORPORATION
        AND OAK CREEK HOMES
13
    McGLINCHEY STAFFORD, PLLC
14  (BY: KAYE C. TEMPLET, ESQUIRE)
    FOURTEENTH FLOOR, ONE AMERICAN PLACE
15  301 MAIN STREET
    BATON ROUGE, LOUISIANA 70825
16
        ATTORNEYS FOR MORGAN BUILDINGS &
17      SPAS, INC.
18  WILLINGHAM, FULTZ & COUGILL
    (BY: HAL L. ROACH, JR., ESQUIRE -
19       VIA TELEPHONE)
    NIELS ESPERSON BUILDING
20  808 TRAVIS, SUITE 1608
    HOUSTON, TEXAS 77002
21
        ATTORNEYS FOR DEFENDANT,
22      JAYCO AND STARCRAFT
23
24
25
```

## Page 4

```
 1  APPEARANCES CONTINUED:
 2    GARRISON, YOUNT, LORMAND, FORTE &
         MULCAHY, L.L.C.
 3    (BY: RANDALL C. MULCAHY, ESQUIRE -
         VIA TELEPHONE)
 4    909 POYDRAS STREET
      SUITE 1800
 5    NEW ORLEANS, LOUISIANA 70112
 6       ATTORNEYS FOR DEFENDANTS,
         RECREATION BY DESIGN, LLC, TL
 7       INDUSTRIES, INC., AND FRONTIER
         RV, INC.
 8
    MAYNARD, COOPER & GALE
 9    (BY: JOSH B. BAKER, ESQUIRE -
         VIA TELEPHONE)
10    1901 SIXTH AVENUE NORTH
      2400 REGIONS/HARBERT PLAZA
11    BIRMINGHAM, ALABAMA 35203
12       ATTORNEYS FOR CLAYTON
         MANUFACTUERED HOMES
13
14
15  ALSO PRESENT:
16    DEVIN BARNETT
      4731 CANAL STREET
17    NEW ORLEANS, LOUISIANA 70119
18
19
20
21
22
23
24
25
```

```
 1              * * *
 2         EXAMINATION INDEX
 3                    Page
 4  EXAMINATION BY MR. BURG ...............7
    EXAMINATION BY MS. BOYLE ............87
 5  EXAMINATION BY MR. BURG .............103
    EXAMINATION BY MR. BECNEL ...........107
 6              * * *
 7         INDEX OF EXHIBITS
 8                    Page
 9  Exhibit No. 1 .......................57
10  Notice of Deposition of Sylvia Keyes
11  Exhibit No. 2 .......................63
12  Standard Form 95, Claim for Damage, Injury
13  or Death, and attached Rider
14  Exhibit No. 3 .......................73
15  Plaintiff Fact Sheet for Sylvia Keyes
16  Exhibit No. 4 .......................87
17  Second Supplemental and Amended Master
18  Complaint
19
20
21
22
23
24
25
                                      Page 5
```

```
 1         STIPULATION
 2
 3       It is stipulated and agreed by and
 4  between counsel for the parties hereto that
 5  the deposition of the aforementioned witness
 6  is hereby being taken for all purposes
 7  allowed under the Federal Rules of Civil
 8  Procedure, in accordance with law, pursuant
 9  to notice;
10       That the formalities of reading and
11  signing are specifically not waived;
12       That the formalities of filing,
13  sealing, and certification are specifically
14  waived;
15       That all objections, save those as to
16  the form of the question and the
17  responsiveness of the answer, are hereby
18  reserved until such time as this deposition,
19  or any part thereof, may be used or sought
20  to be used in evidence.
21
22              * * *
23       JAMES T. BRADLE, CCR, Certified Court
24  Reporter, officiated in administering the
25  oath to the witness.
                                      Page 6
```

```
 1         SYLVIA J. KEYES,
 2  after having been first duly sworn by the
 3  above-mentioned court reporter, did
 4  testify as follows:
 5  EXAMINATION BY MR. BURG:
 6       Q   Good morning, Ms. Keyes.
 7       A   Good morning.
 8       Q   My name is Jeff Burg.  I'm going
 9  to be asking you some questions this
10  morning, and there may be some other
11  questions from some of the other attorneys
12  in this room.
13           If you could, please state your
14  name for the record, please.
15       A   My name is Sylvia Keyes.
16       Q   And what is your present address?
17       A   My present address is 8460-A
18  Beverly Road, St. Elmo, Alabama.
19       Q   And where is that exactly in
20  Alabama?  What is it located close to?
21       A   It's located close to Grand Bay,
22  in Mobile County.
23       Q   What is your date of birth?
24       A   November 21st, 1950.
25       Q   And your Social Security number?
                                      Page 7
```

```
 1       A   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.
 2       Q   I'm sure your attorneys have gone
 3  over how a deposition is taken.  Have you
 4  ever given a deposition before?
 5       A   No.
 6       Q   What we're going to ask is -- You
 7  can see the court reporter is taking down
 8  everything you say.  If you can, wait until
 9  I finish, and then you answer, and I will
10  wait until you finish, because he can't take
11  down two different people at one time.
12           Secondly, you have to answer
13  everything out loud.  He can't write down a
14  head nod or head shake or anything like
15  that.  If you ever need a break at any
16  point, tell your lawyer or tell me, and we
17  will take a break.
18           Finally, if there's any questions
19  I ask you and you don't understand them, you
20  want me to ask them again, rephrase it, I
21  will try to ask the question as best so we
22  both understand what I'm asking and what
23  you're answering.  I'm going to assume that
24  you understand, if you answer the question,
25  that you understood the question when I
                                      Page 8
```

```
 1      A   I have a FEMA number at the house,
 2   at my home.
 3      Q   You didn't have a VIN number?
 4      A   No.
 5      Q   Any bar code number on the FEMA
 6   housing unit?
 7      A   No.
 8      Q   You haven't been able to find that
 9   out ever since you filled this document out?
10      A   No.
11      Q   Has there been any type of testing
12   done at your home?  Any testing done at your
13   home?  Let me rephrase that.  Any testing
14   done on the travel trailer?
15      A   No.
16      Q   Have you ever called FEMA about
17   any problems with the travel trailer?
18      A   No.
19      Q   Everything worked properly?
20      A   Yes.
21      Q   So from the time that you received
22   it until the time that your lease was up,
23   nobody came to visit you from FEMA or from
24   any other company to fix anything in the
25   trailer?
                                        Page 65
```

```
 1   trailer?
 2      A   Yes.
 3      Q   And were you watching the workers
 4   when they were fixing the mobile home,
 5   keeping an eye on them?
 6      A   Not really, because I was at work.
 7      Q   Okay.  What repairs were done to
 8   your mobile home?
 9      A   Sheetrock, doors, the ceiling, the
10   main stuff that was messed up.
11      Q   Did you spend any time in the
12   mobile home when the Sheetrock was being put
13   up?
14      A   No.
15      Q   Was your son ever around any of
16   the Sheetrock when it was being put up?
17      A   No, because he was at school.
18      Q   Okay.  After the Sheetrock was put
19   up in the home, who did the clean-up?
20      A   The people that put it up.
21      Q   Okay.  Does Amontea have a claim
22   in this case?
23      A   Yes.
24      Q   And what are his injuries?
25      A   Sinus.
                                        Page 67
```

```
 1      A   No, not to fix anything.
 2      Q   Okay.  Did they come out for any
 3   other reason?
 4      A   To inspect, like they do routine,
 5   to see how everything is going.
 6      Q   Did the air conditioning work
 7   properly in the trailer the entire time?
 8      A   Yes.
 9      Q   The heating as well?
10      A   Yes.
11      Q   Did you run the air conditioner
12   when it was hot?
13      A   Yes.
14      Q   The heater when it was cold?
15      A   Yes.
16      Q   Did you ever open the windows?
17      A   Yes.
18      Q   Did you ever spend any time in
19   your mobile home while you had the trailer?
20      A   No.
21      Q   Did all of your clothes, dishes,
22   et cetera, remain in the mobile home?
23      A   Somewhat.
24      Q   So there were times you had to go
25   back and forth in the mobile home from the
                                        Page 66
```

```
 1      Q   Anything else?
 2      A   That's all.
 3      Q   Okay.  I see on Page 11, the
 4   "Medical Background," that you gained some
 5   weight before you were in the trailer to
 6   when you were actually in the trailer?
 7      A   Yes.
 8      Q   What would that be associated
 9   with?
10      A   Age, I guess.
11      Q   No medical condition or
12   anything --
13      A   No.
14      Q   -- would cause you to gain any
15   weight or anything?
16      A   No.
17      Q   I'm not going any further than
18   that.  I just had to ask that question.
19          You indicate on Page 12 there was
20   no lung or other respiratory disease; is
21   that correct?
22      A   That's correct.
23      Q   You don't consider asthma a
24   respiratory disease?
25      A   I didn't really understand.
                                        Page 68
```

17 (Pages 65 to 68)