UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 23

# Transcript of the Testimony of
# Damian Hargrove

**Date taken: September 30, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

## Page 1

```
        UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION N(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT

                  *   *   *

             DEPOSITION OF DAMIAN HARGROVE,
12151 I-10 SERVICE ROAD, TAKEN AT THE
OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
30TH DAY OF SEPTEMBER, 2008.


REPORTED BY:
     CATHY RENEE' POWELL, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

## Page 2

```
 1   APPEARANCES:
 2      BECNEL LAW FIRM
        (BY: ROBERT BECNEL, JR., ESQUIRE)
 3      425 W. AIRLINE HIGHWAY, SUITE B
        LAPLACE, LOUISIANA 70068
 4
        DAVID KISH, ESQUIRE
 5      4731 CANAL STREET
        NEW ORLEANS, LOUISIANA 70119
 6
          (ATTORNEYS FOR THE PLAINTIFFS)
 7
        DAIGLE, JAMISON & RAYBURN
 8      (BY: WALTER K. JAMISON III, ESQUIRE)
        303 WEST VERMILION STREET
 9      SUITE 210
        LAFAYETTE, LOUISIANA 70502
10         (Not present)
11         (ATTORNEYS FOR DEFENDANTS
             SILVER CREEK)
12
        DUPLASS, ZWAIN, BOURGEOIS,
13         PFISTER & WEINSTOCK
        (BY: JOSEPH GLASS, ESQUIRE)
14      3838 NORTH CAUSEWAY BOULEVARD
        SUITE 2900
15      METAIRIE, LOUISIANA 70002
16         (ATTORNEYS FOR DEFENDANTS
             GULF STREAM COACH, INC.)
17
        U.S. DEPARTMENT OF JUSTICE
18      (BY: JANICE KAZMIER, ESQUIRE)
        500 C STREET, SW
19      WASHINGTON, D.C. 20472
20         (ATTORNEYS FOR DEFENDANTS UNITED
             STATES AND FEMA)
21
        FOWLER RODRIGUEZ VALDES-FAULI
22      400 POYDRAS STREET
        30TH FLOOR
23      NEW ORLEANS, LOUISIANA 70130
           (Not present)
24
           (ATTORNEYS FOR DEFENDANTS
25           CMH MANUFACTURING, ET AL.)
```

## Page 3

```
 1   APPEARANCES CONTINUED:
 2      GIEGER, LABORDE & LAPEROUSE
        701 POYDRAS STREET
 3      SUITE 4800
        NEW ORLEANS, LOUISIANA 70139
 4         (Not present)
 5         (ATTORNEYS FOR DEFENDANTS FOREST
             RIVER)
 6
        HAILEY MCNAMARA
 7      (BY: SHAY KULKARNI, ESQUIRE)
        10725 PERKINS ROAD, SUITE 200
 8      BATON ROUGE, LOUISIANA 70810
           (Attended via telephone)
 9
           (ATTORNEYS FOR DEFENDANTS AMERICAN
10           HOMESTAR CORPORATION)
11      JONES, WALKER, WAECHTER, POITEVENT,
           CARRERE & DENEGRE
12      8555 UNITED PLAZA BOULEVARD
        BATON ROUGE, LOUISIANA 70809
13         (Not present)
14         (ATTORNEYS FOR DEFENDANTS PILGRIM,
             KEYSTONE, MONACO, R-VISION, THOR
15           CALIFORNIA, KZRV, DS/
             CROSSROADS AND DUTCHMEN)
16
        LABORDE & NEUNER
17      ONE PETROLEUM CENTER
        1001 WEST PINHOOK
18      LAFAYETTE, LOUISIANA 70505
           (Not present)
19
           (ATTORNEYS FOR DEFENDANTS HORTON
20           HOMES, INC.)
21
22
23
24
25
```

## Page 4

```
 1   APPEARANCES CONTINUED:
 2      LEAKE & ANDERSSON
        1700 ENERGY CENTRE
 3      1100 POYDRAS STREET
        NEW ORLEANS, LOUISIANA 70163
 4         (Not present)
 5         (ATTORNEYS FOR DEFENDANTS
             FLEETWOOD ENTERPRISES, INC.,
 6           ET AL.)
 7      NIELSEN LAW FIRM
        3838 NORTH CAUSEWAY BOULEVARD
 8      SUITE 2850
        METAIRIE, LOUISIANA 70002
 9         (Not present)
10         (ATTORNEYS FOR DEFENDANTS
             SCOT BILT HOMES, INC.)
11
        GARRISON, YOUNT, LORMAND, FORTE &
12         MULCAHY
        909 POYDRAS STREET
13      SUITE 1800
        NEW ORLEANS, LOUISIANA 70112
14         (Not present)
15         (ATTORNEYS FOR DEFENDANTS
             RECREATION BY DESIGN, LLC, TL
16           INDUSTRIES, INC., AND FRONTIER
             HOMES, INC.)
17
        TAYLOR, PORTER, BROOKS & PHILLIPS
18      8TH FLOOR - CHASE TOWER SOUTH
        451 FLORIDA STREET
19      BATON ROUGE, LOUISIANA 70801
           (Not present)
20
           (ATTORNEYS FOR DEFENDANTS
21           COACHMEN INDUSTRIES)
22
23
24
25
```

1 (Pages 1 to 4)

## Page 5

```
 1    APPEARANCES CONTINUED:
 2
      VOORHIES & LABBE'
 3    700 ST. JOHN STREET
      LAFAYETTE, LOUISIANA  70502
 4       (Not present)
 5    (ATTORNEYS FOR DEFENDANTS CAVALIER
         HOME, WAVERLEE HOMES, REDMAN HOMES,
 6       DUTCH HOUSING, PATRIOT HOMES AND
         RIVER BIRCH)
 7
      WILLINGHAM, FULTZ & COUGILL
 8    NIELS ESPERSON BUILDING
      808 TRAVIS, SUITE 1608
 9    HOUSTON, TEXAS  77002
         (Attended via telephone)
10
         (ATTORNEYS FOR DEFENDANTS
11       JAYCO AND STARCRAFT)
12    McGLINCHEY STAFFORD
      643 MAGAZINE STREET
13    NEW ORLEANS, LOUISIANA  70130
         (Not present)
14
         (ATTORNEYS FOR MORGAN BUILDINGS AND
15       SPAS, INC., AND MORGAN BUILDING
         SYSTEMS, INC.)
16
17
18
19
20
21
22
23
24
25
```

## Page 6

```
 1                    * * *
 2              EXAMINATION INDEX
 3    EXAMINATION BY MR. GLASS: ..............9
 4    EXAMINATION BY MS. KAZMIER: ...........114
 5    EXAMINATION BY MR. GLASS: .............125
 6    EXAMINATION BY MR. ROBERT BECNEL: .....129
 7    EXAMINATION BY MR. GLASS: .............132
 8                    * * *
 9              INDEX OF EXHIBITS
10    Exhibit No. 1 .........................30
11      Notice of Deposition.
12    Exhibit No. 2 .........................34
13      Plaintiff Fact Sheet with attached
14      errata sheet.
15    Exhibit No. 3 .........................70
16      "Aldridge versus Gulf Stream Coach"
17      complaint.
18    Exhibit No. 4 ........................102
19      Document No. 109, Administrative
20      Master Complaint.
21    Exhibit No. 5 ........................107
22      First Supplemental and Amended
23      Complaint.
24
25
```

## Page 7

```
 1    Exhibit No. 6 ........................108
 2      Second Supplemental and Amended
 3      Master Complaint, No. 657-5.
 4    Exhibit No. 7 ........................112
 5      Plaintiff's Response to
 6      Manufacturer Defendants' Initial
 7      Discovery.
```

## Page 8

```
            S T I P U L A T I O N

       It is stipulated and agreed by and
  between counsel for the parties hereto that
  the deposition of the aforementioned witness
  is hereby being taken for all purposes
  allowed under the Federal Rules of Civil
  Procedure, in accordance with law, pursuant
  to notice;
       That the formalities of reading and
  signing are specifically not waived;
       That the formalities of filing,
  sealing, and certification are specifically
  waived;
       That all objections, save those as to
  the form of the question and the
  responsiveness of the answer, are hereby
  reserved until such time as this deposition,
  or any part thereof, may be used or sought
  to be used in evidence.
                    * * *
       CATHY RENEE' POWELL, CCR, Certified
  Court Reporter, officiated in administering
  the oath to the witness.
```

**Page 121**

1  Q. Perhaps somebody else in his
2  office discussed this with you?
3  A. Yes, I talked with somebody in his
4  office.
5  Q. And do you recognize in Section 2
6  that your name and your son's name are
7  listed?
8  A. Yes, correct.
9  Q. Do you know what your allegations
10 are against the federal government on behalf
11 of your son?
12 A. Not really, no. My allegations?
13 Q. Do you know what you are claiming
14 the federal government has done wrong?
15 A. Well, basically, I mean, I am
16 relying on my attorney for that information.
17 Q. Do you recall reading the last
18 page of this form? It says, "Rider" on the
19 top.
20 A. Okay. I think I remember seeing
21 this form.
22 Q. Did you authorize somebody at
23 Mr. D'Amico's office to file this on your
24 behalf?
25 A. Yes.

**Page 122**

1  Q. And do you know if this form is a
2  claim against the federal government?
3  A. Yes.
4  Q. You stated that you used Tiger
5  Care as your son's regular doctor.
6  A. Yes.
7  Q. When was the last time you took
8  your son to Tiger Care?
9  A. I want to say a week or two ago.
10 Q. Was that for the ear infection?
11 A. Yes, ma'am.
12 Q. Did any doctor at the Tiger Care
13 ask your son to undergo any tests following
14 that visit?
15 A. No.
16 Q. You stated that your son had
17 eczema before and after Hurricane Katrina,
18 correct?
19 A. Yes, ma'am.
20 Q. And that he had asthma before and
21 after Katrina?
22 A. Yes, ma'am.
23 Q. You also stated that he had
24 nausea, but he doesn't get it anymore.
25 A. I didn't say he doesn't get it

**Page 123**

1  anymore. He hasn't had it lately.
2  Q. When he had nausea, did you ever
3  call FEMA to complain about your son's
4  nausea?
5  A. No.
6  Q. Did you ever call FEMA to ask
7  about formaldehyde in trailers?
8  A. No.
9  Q. Other than this form that I
10 pointed out to you that is attached to the
11 Plaintiff Fact Sheet, have you ever made any
12 other complaint to FEMA, verbally or in
13 writing about formaldehyde?
14 A. No.
15 Q. You stated that you had been
16 inside your parents' trailer a few times and
17 that it smelled like "new stuff"?
18 A. Yes.
19 Q. Did that "new stuff" smell ever go
20 away or did it always smell like new stuff?
21 A. I can't recall, ma'am.
22 Q. You were never assigned a trailer
23 by FEMA, were you?
24 A. No.
25 Q. You did receive rental assistance

**Page 124**

1  from FEMA, correct?
2  A. Correct.
3  Q. Did you receive any other kind of
4  assistance?
5  A. Such as?
6  Q. Did you receive reimbursement for
7  any lost personal property --
8  A. Yes.
9  Q. -- during Hurricane Katrina?
10 A. Yes.
11 Q. Is FEMA continuing to help you
12 with rental assistance at this time?
13 A. Yes.
14 Q. And how much is your rent?
15 A. I'm not exactly sure. I think
16 it's like $745 or $795.
17 Q. Is that paid directly to the
18 landlord?
19 A. Yes.
20 MS. KAZMIER:
21 I don't think I have anymore
22 questions at this time.
23 MR. GLASS:
24 I have about ten more minutes.
25 EXAMINATION BY MR. GLASS:

31 (Pages 121 to 124)