UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 24

FEMA76-000001

| | Registration ID. 91-1947089 | O.M.B. No. 3067-0009 Expires Feb. 28, 2003 | DR No. 1603 | Language English |
|---|---|---|---|---|

| 1. Name (Last, First, MI) MR. HILL, DOUGLAS J | 2. Social Security Number | 3. Date of loss 8/29/2005 |
|---|---|---|

| 4A. Damaged phone number | 4B. Cell phone number None | 4C. Current phone number | 4D. Work phone number | 4E. Email address |
|---|---|---|---|---|

| 5. Address of Damaged Property | Street Address | City NEW ORLEANS | State LA | Zip+4 70117-2004 | County ORLEANS |
|---|---|---|---|---|---|

| 6. Do you own or rent your home? Rent | 7. Is the address listed in #5 your primary residence? Yes | 8. Type of residence: House-Single/Duplex | 9. What is your current location? Hotel/Motel |
|---|---|---|---|

10. Cause of Damages: **Hail/Rain/Wind Driven Rain , Flood**

11. Current Mailing address **2900 W SAM HOUSTON PKWY S RM 115   HOUSTON   TX   77042**

12. Auto Damage: **No**

13A. Was your home damaged by the disaster? **Yes**     13B. Personal property damaged? **Yes**
13C. Was the access to your home restricted? **Due to Disaster**

| 14. Are any of your essential utilities currently not working as a result of the disaster? | |
|---|---|
| 15. Do you have any disaster-related essential needs for food, clothing or shelter? | Yes |
| 16. Do you own or lease a working farm or ranch that was affected by the disaster? (Does not include farm home) | No |
| 17. Do you own a business or rental property which was affected by the disaster? (Not farm damage) | No |
| 18. Has anyone in your family lost work or become unemployed due to the disaster? (including self-employed) | No |

19A. Did you have any disaster related medical expense?  No   Was it insured?    Amount of loss?
19B. Did you have any disaster related dental expense?   No   Was it insured?    Amount of loss?
19C. Did you have any disaster related funeral expense?  No   Was it insured?
19D. Did you have any disaster related moving and storage expenses?  No   Were they covered by insurance?

20. Other / Miscellaneous disaster related damages

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| HILL, DOUGLAS J | Registrant | | 36 | Y |

| 22. Employer/Source of income: DISABILITY | 23. Total number of dependents claimed (including applicant): 1 | 24. Would you like to use the EFT option if eligible for assistance? (Electronic funds Transfer into your bank account)  No |
|---|---|---|

25. Annual pre-disaster gross income for all members of the family:   **$ 7164**

| 26. Insurance Type | Company Name | Policy Number |
|---|---|---|
| No RP or PP Insurance | | |

27. You have been referred to the following sources for Disaster Aid. For more information, refer to the enclosed program guide as well as the disaster assistance program information sheet.
**Emergency Assistance (ARC), Housing Assistance (Renter), Other Personal Property**

| If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585 | 28. Date of Application: 09/06/2005 | 29. Information taken by: IPIERCE |
|---|---|---|

FEMA Form 90-69 APR 00



# Federal Emergency Management Agency
## Contact Report

"Official Use Only"
Last refresh: 8/26/2008 02:52:22 PM

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

**1603**
**911947089**
**HILL, DOUGLAS**

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/20/05 | evazques | new address 8162 Richmond Ave Appartment 703 houston Texas 77063 | |
| 09/20/05 | swashing | Appl info update | App provided a new mailing address as ▓▓▓▓ ▓▓▓▓▓▓ Houston,Tx 77063 |
| 09/29/05 | Mae Stelly | app requested application no. | app requested application no......informed app of claim no. |
| 10/11/05 | Micco Fay | DRC 16 | VERIFIED INFO. APP SUBMITTED STATEMENT REQUESTING RENTAL ASSISTANCE. SUBMITTED 90-69B FORM. |
| 10/12/05 | Micco Fay | DRC 16 | VERIFIED INFO. RE-SUBMITTED STATEMENT REQUESTING RENTAL ASSISTANCE, BUT ATTACHED WITH UTILITY BILL SHOWING PROOF OF OCCUPANCY THIS TIME. |
| 10/13/05 | Micco Fay | DRC 16 | VERIFIED INFO. SUBMITTED EFT INFO. |
| 10/19/05 | Rachel Rasmussen | 93 travel trailer request | applicant called to register for a travel trailer. verified information. filled out tt request form. app also states that he went to a drc and gave proof of occupancy to them |
| 10/25/05 | Micco Fay | DRC 16 - STATUS CHECK | VERIFIED INFO. APP INQUIRED ABOUT STATUS OF APPEAL. INFORMED APP THAT IT HAD NOT BEEN SCANNED TO FILE YET, CHECK IN ANOTHER WEEK. ALSO INFORMED APP IT MAY TAKE SOME TIME FROM THAT POINT FOR A DECISION TO BE MADE FOR APPEAL. ALSO ADVISED APP THAT HE COULD NOT RECEIVE A TT AND RENTAL ASSISTANCE. |
| 10/25/05 | Arthur Tapera | 91 Applicant request | Verified info<br>Applicant has decided to refuse or cancell application for travel trailer in order to continue with rental voucher<br>URGENT!URGENT! cancel application for TRAVEL TRAILER. |

| | | | |
|---|---|---|---|
| 11/15/05 | Micco Fay | DRC 16 - STATUS CHECK | VERIFIED INFO. APP INQUIRED ABOUT APPEAL LETTER AND IF IT HAD BEEN REVIEWED; INFORMED APP IT HAD NOT YET BEEN REVIEWED. PLEASE REVIEW APP'S APPEAL REQUEST FOR RENTAL ASSISTANCE ASAP AND SEND APP DECISION LETTER. |
| 11/16/05 | Linda Drew | 92-STATUS CHECK | APP CALLED TO CHECK THE STATUS OF CLAIM<br><br>ADVISED APP OF STATUS |
| 12/04/05 | Tiffany a Adams | 92 | APP CALLED BUT THE CALL WAS DISCONNECTED DUE TO BAD CONNETION |
| 12/04/05 | Tiffany a Adams | 92 TT REQUEST | APP CALLED AND I RECIEVED HIS CALL FOR THE SECOND TIME TO REQUEST A TT I SUMMITED A FORM APP DENIED A TT A FIRST BUT NOW HAS CHANGED HIS MIND |
| 12/15/05 | Erica a Hiligh | 92 status check | app state that on line 14 should be yes and the line was left blank I TOLD TO CALL TO SPEAK WITH SUP TOMARROW MORNING |
| 12/15/05 | Staci Mills | 93 STATUS CHECK | APP CALLED CONCERNING REG. APP HAD SENT IN COPY OF ID. EXPLAINED THAT IT WAS DETERMINED AS INELIGIBLE FOR RA B/C IT DIDNT HAVE DD ON IT. APP STATED THAT A COPY OF UTILITY BILL WAS SENT FROM DRC AS WELL. APP STATED THAT HE WOULD SEND IN INFO AGAIN. ALSO GAVE APP # FOR TT. |
| 12/20/05 | Crystal Brown | 95 Status Check Faxes | App called to check status of documents he faxed 12/15/05. Advised app faxes can take up to 30 days to be scanned. Advised app to call back in one week to check status. |
| 01/19/06 | Shelia Anderson | BRJFO/AS/CC | APP CALL TO CHECK THE STATUS ON TT. APP WAS EXPLAIN TO ABOUT THE TEMPORAILY USE OF THE TT, ALSO BY HIM A RENTER THAT THE RENTAL RESOURCE WAS ADVISE TO LOOK INTO FOR PERMANENT HOUSING. APP WAS VERY UNDERSTANDING OF ME EXPLAINING AND NEEDED MORE INFORMATION ON GETTING HELP DUE TO HIS INCOME ( $600.00 ) A MONTH SOCIAL SECURITY. APP WANT TO REPAIR RENT HOUSE TO RETURN, BUT WILL LOOK INTO A HANDICAP HOUSING ACCORDING TO HIS INCOME SHELTER. APP WANT TO LIVE CLOSE TO HIS FAMILY FOR HELP ( N.O. ) LA. APP ATTITUDE WAS |

| | | | |
|---|---|---|---|
| | | | COMPLIANT TO WHAT WAS OFFERED AND SAID IN THE BEST FOR HIS CASE. APP WAS ASK TO CHECK INTO SBA GRANT IN ORDER TO MAKE A SOLID DECISION ON HOUSING. WHILE REVIEWING APP FILES INSPECTOR COMMENT STATE NOT ENOUGH DAMAGE TO PROPERTY. GOOD EXIT |
| 01/19/06 | Shelia Anderson | BRJFO/AS/CC | APP WAS GIVEN RENTAL ADDRESS TO CHECK INTO. ▓▓▓▓ LA. ( $150 A MONTH ) AND ▓▓▓ NEW ORLEANS, LA. ( $250 DEP AND $250 A MONTH ) I CALL APP MOTHER AND APP, LEFT MESSAGE ON VOICE MAIL. |
| 01/24/06 | Jermayne Bradford | JFO/AS/CC | APP CALLED IN TO CHECK STATUS OF TT ADVISED APP STILL WAITING ON SITE INSPECTION, APP STATED HAS REQUESTED A NEW SITE PREVIOUSLY, ADVISED APP RENTERS IF WANT TO CHANGE SITE ARE GOING TO COMMERCIAL SITE, ADVISED APP IF WANTS TT ON PRIVATE SITE NEED LETTER FROM OWNER STATING SO, NO ACTION TAKEN |
| 02/10/06 | Margaret London | DRC 54 | GAVE APP PRINT OUT OF REGISTRATION FOR SALVATION ARMY AND COPY OF LETTER FOR FREE CELL PHONE |
| 03/25/06 | Janet Williams-khan | 95 TT MOVED | APP/LL CALLED REGARDING HAVING THE TT MOVED OVER. STATES TT WAS NOT PLACE WHERE IT WAS MARKED OFF. LL STATES NEED TO BE ABLE TO WORK ON HER HOUSE AND ALSO HAVE HER OWN TT PLACED ON PP. APP ALSO STATES HAS NO KEYS/ELECTRICITY. ADDRESS WHERE TT IS LOCATED IS ▓▓▓ NEW ORLEANS LA 77017. SUBMITTED REQUEST TO HAVE TT DEPT CONTACT APP/LL VERIFIED CMA CONTACT NUMBER. |
| 06/26/06 | Luis Vazquez | 94 TT ISSUE | APP CALLED TO CHECK STATUS OF TT ISSUE CHANGE.<br><br>ALL APP INFO VERIFIED.<br><br>CALL GOT DISCONNECTED. |
| 06/28/06 | Erica Harrison | 92-must verify all info | advised call back with all verification info, terminated call |
| 06/28/06 | Erica Harrison | 92-DOUGLAS HILL III | UNABLE TO VERIFY DMA |

| Date | Name | Code | Notes |
|---|---|---|---|
| 06/28/06 | Carol Burgos | 94 TT STATUS | ALL INFO VERIFIED APP CALLED TO VERIFY TT STATUS PROVIDED APP TT PH NUMBER. |
| 06/28/06 | Ronda Bennett | BR TRO AS CC | APP STATES NEED FOR THE UTILITIES TO BE HOOK UP. ROUTED A REQUEST TO FOLLOW UP TO CONTRACTER |
| 07/12/06 | Zoe Ellsworth | BRTRO/AS/CC-2 TT STATUS CHECK | APPLICANT CALLED AND STATED THAT TT HAS BEEN DELIVERED AND HOOKED-UP. APPLICANT IS READY TO BE LEASED IN AND RECEIVE KEYS. ROUTED TO CONTRACTOR. |
| 07/12/06 | Zoe Ellsworth | BRTRO/AS/CC-2 TT STATUS CHECK | APPLICANT CALLED AND STATED THAT TT HAS BEEN DELIVERED AND HOOKED-UP. APPLICANT IS READY TO BE LEASED IN AND RECEIVE KEYS. ROUTED TO CONTRACTOR. |
| 01/16/07 | Jack Plaster | RA 7 Recert | App is not returning to rental DD. App is looking at other rental resources. Unable to find one at this time due to cost. App may also move in with his mother when she gets her DD repaired. App was givin rental resources. |
| 05/21/07 | Jacqueline Lanus | br/afoascc /maintenance | app called to get the maintenance number for processing.. |
| 06/29/07 | Sandra Simmons | 91 ACCESS DENIED | MALE/C... IDENTIFIED HIMSELF AS APP.. COULD NOT VERIFY CMA... ADVD PER FED PRIVACY ACT... ACCESS DENIED |
| 06/29/07 | Marquetia Franklin | BR/AFO/ASCC | GAVE APP MAINT NUMBER. |
| 07/30/07 | Catherine Moragues-mccorkle | 91 WELCOME HOME INFO | APP CALLED TO GET WELCOME HOME INFO, GAVE THE APP THERE ADDRESS. |
| 08/08/07 | PAMELA MOORE | 91 TT PH PROVIDED FOR MAINT ISSUES | 91 TT PH PROVIDED FOR MAINT ISSUES |
| 08/08/07 | Andrew Antoine | AFOASCC | APP CALLED DUE TO THE A/C IN THE MASTER BEDROOM IN UFAS UNIT HAS A LEAK THAT IS RUNNING ALONG THE WALL AND WETTING APP CLOTHS. APP IS CONCERN THAT A MOLD PROBLEM WILL DEVELOPE IF THE LEAK IS NOT CORRECTED. APP STATES THE UNIT DOES NOT SEEM TO BE WORKING. CONTACT▓▓ ▓▓▓▓TIME:11:00 PM  DATE: 8/13/07. (ABA) |
| 08/09/07 | Trichic Jackson | BRTRO.ASCC ~MAINTENANCE REQ | APP CALLED REQUESTING MAINTENANCE #....................PROVIDED #.8/9/07.tj |

| Date | Name | Category | Notes |
|---|---|---|---|
| 09/25/07 | Heather Pierson | AFO ASCC/MAINTENANCE # | APP CALLED FOR THE # TO MAINTENANCE Smith Research ▬▬▬ |
| 01/24/08 | Glenda Anderson | TRO/BR/AS/C/C-MAINTENANCE | APP CALLED REGARDING MAINTENANCE. THE APP STATED THAT HIS ZIP CODE IS 70117. GAVE APP THE MAINTENANCE NUMBER FOR HIS MAINTENANCE CONTRACTOR-SMITH RESEARCH ▬▬▬ NO OTHER ACTION TAKEN. NO TIMELINE GIVEN. |
| 02/21/08 | Mecca Mckee | SPECIAL PROJECT COTR SURVEY-BR/TRO EMERGENCY | SURVEY COMPLETED |
| 02/28/08 | Rene Williams | BR ASCC/1603 IQUIRY | VERIFIED SS#, CPN, APN. APPLICANT IS RETURNING A PHONE CALL. WILL FORWARD A MESSAGE TO REP FOR CONTACT. |
| 03/03/08 | Cindy Masten | 91 RA INQUIRY | APP CALLED TO CHECK ON RA AND OUT OF TT. ADVISED APP TO FIND A LL THAT WILL ACCEPT CLC AND HUD, AND THEN CONTACT TT DEPT TO DEACT TT. VERIFIED ALL INFO |
| 03/03/08 | Rene Williams | BR ASCC/FORMALDEHYDE | VERIFIED SS#, CPN, APN. APPLICANT HAS FORMALDEHYDE CONCERNS. APPLICANT IS INTERESTED IN RENTAL RESOURCES AND RENTAL ASSISTANCE. APPLICANT DECLINED HOTEL STAY-APP DOES NOT WANT TO MOVE TWICE. WILL DOCUMENT THE FRRATS DATABASE. |
| 03/15/08 | Shantell Howard | HARAHAN LARC 7 | 03-13-08 APP STATES THAT HE WANTS A HOTEL. APP HAS CHANGED HIS MIND ABOUT A HOTEL. 03-15-08 APP STATES THAT HE IS CONCERNED ABOUT WHERE HE WILL GO AFTER FEMA STOPS PAYING FOR THE HOTEL. APP STATES THAT HE DOES NOT WANT TO MOVE AND WOULD LIKE TO CONTINUE LIVING IN THE TT UNIT. APP STATED TO RA THAT HE IS HANDICAP AND WHERE EVER HE LIVES HAVE TO MEET HIS WHEELCHAIR NEEDS. RA GAVE APP 3 RENTAL RESOURCES #170274, 170005, 175769. RA WILL CONTACT APP ON MONDAY 03-17-08 CONCERNING RENTAL RESOURCES. |
| 03/21/08 | Shantell Howard | HARAHAN LARC 7 | 03-21-08 RA SPOKE TO APP CONCERNING FORMALDEHYDE ISSUES. APP STATES THAT HE DOES NOT HAVE ANY |

| | | | |
|---|---|---|---|
| | | | FORMALDEHYDE PROBLEMS WITH TT UNIT. APP STATED TO RA THAT HIS MOTHER LOIS THOMAS~~~~~~HAS DONATED HIM THE PROPERTY AT ~~~~~~NOLA 70117. APP HAS FAXED RA TITLE OF LOUISIANA DONATION DOCUMENT WHICH IS ENCLOSED IN APP'S FILE. APP STATES THAT HE HAS CATHOLIC CHARITES AND MENNONITE DISASTER SERVICE CONTRACTORS DOING REPAIRS ON APP'S HOME. RA SPOKE TO CONTARCTOR CONCERNING TIME FRAME ON HOME COMPLETEION. CONTRACTOR STATED THAT TIME FRAME ON HOME COMPLETION WILL BE 2 MONTHS IF THEY DON'T RUN OUT OF FUNDS. RA WILL FOLLOW UP WITH APP. |
| 04/28/08 | Shantell Howard | HARAHAN LARC 7 | 04-28-08 RA SPOKE TO APP CONCERNING HIS HOME REPAIRS. APP STATED TO RA THAT HE WAS NOT SURE OF ALL THE REPAIRS THAT NEED TO BE MADE TO HIS HOME. RA ASKED APP FOR THE NAME AND NUMBER OF HIS CONTRACTOR. RA SPOKE TO CONTRACTOR MIKE~~~~~~ OF MENNONITE DISASTER CONTRACTORS. CONTRACTOR STATED TO RA THAT THE HOME IS JUST GUTTED AND CLEANED OUT. CONTRACTOR STATES THAT THEY ARE WAITING ON FUNDS FOR THE HOME WHICH WILL BE AVAILABLE TO THEM IN 2 WEEKS. THE CONTRACTOR STATES THAT THEY ARE WORKING WITH A CASEWORKER FORM THE SALVATION ARMY LORRAINE WILLIAM~~~~~~ CONTRACTOR STATES THAT THERE ARE NOT ENOUGH VOLUNTEERS AVAILABLE AT THIS TIME TO HELP WITH THE REPAIRS MADE TO THE APPLICANT HOME. CONTRACTOR STATES THAT MORE VOLNTEERS WILL ARRIVE IN JUNE. THE CONTRACTOR STATES THAT THE PLUMBING IS NOT DONE BECAUSE THE PLUMBER NEED A DEPOSIT TO START WORK ON HOME. RA WILL FOLLOW-UP WITH APPLICANT AND CONTRACTOR. |
| 06/25/08 | Mary Pleasant | BRAFO/ASCC / APP REQ A COPY OF TT LEASE | APP'S INFO VER....APP REQ A COPY OF HIS TT LEASE FOR THE PURPOSE OF THE TT B/C AND VIN #. APP STATED THE LEASE CAN BE MAILED TO THIS ADDRESS: 3727 METROPOLITAN ST, NEW ORLEANS, LA |

| | | | |
|---|---|---|---|
| | | | 70126. APP STATED HE CAN BE CONTACTED AT PH # ▓▓▓▓▓▓ INFOPRM APP I WILL ROUTE AN AR TO THE PROPER DEPT AND SOMEONE WILL CONTACT HIM IN REF TO HIS REQUEST....AR ROUTED TO INFO MANAGEMENT DEPT. |
| 06/27/08 | Shantell Howard | HARAHAN LARC 7 (HABITABILITY INSPECTION) | 06-27-08  RA ON SITE TO CONDUCT A HABITABILITY INSPECTION OF DD @ 1339 ALABO STREET.  APPLICANT CONTRACTOR WAS ONSITE RA CONTACTED APPLICANT VIA PHONE WHILE RA WAS ONSITE.  RA OBSERVED AND RECORDED THE FOLLOWING FINDINGS: THE ELECTRIC IS BEING REPAIRED, WINDOWS ARE INSTALLED, ENTRY DOORS ARE INSTALLED AND HAVE LOCKS.  THE ROOF IS INTACT.  RA SPOKE TO CONTRACTOR BRIAN WAVER WHO STATED THAT THE ROUGH ELECTRIC IS BEING DONE NOW AS WE SPEAK, ROUGH PLUMBING IS DONE, ONCE THE ELECTRIC IS COMPLETE THEN THE INSULATION AND DRY WALL WILL BE DONE.  CONTRACTOR STATES THAT ALL THE WORK IS DONE BY VOLUNTEERS IN WHICH  DELAY THE HOME COMPLETION.  THE CONTRACTOR STATES THAT HE ESTIMATES 6-8 WEEKS LEFT TO COMPLETION OF HOME. |
| 08/14/08 | Shauntisa Willis | BRAFO AS CC LEASE INQUIRY | APP CALLED TO REQUEST COPY OF LEASE. ADVISED APP NOTES INDICATE LEASE MAILED PREVIOUSLY. THERE ISN'T ANY OUTGOING CORRESPONDENCE INDICATING LEASE HAD BEEN MAILED.  APP INQUIRED WHERE INFO NEEDED COULD BE LOCATED IN THE TT. PROVIDED APP WITH LOCATION AREAS FOR BAR CODE AND VIN #. ADVISED APP WILL FOLLOW UP ON LEASE REQUEST. |