UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 25

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## Application/Registration for Disaster Assistance

| Registration ID | O.M.B. No. 3067-0009 | DR No. | Language |
|---|---|---|---|
| 93-9559569 | Expires Feb. 28, 2003 | 1603 | Spanish |

**1. Name** (Last, First, MI): MR. ROBINSON, RAYFIELD
**2. Social Security Number:** [redacted]
**3. Date of loss:** 8/29/2005

**4A. Damaged phone number:** [redacted]
**4B. Cell phone number:** None
**4C. Current phone number:** [redacted]
**4D. Work phone number:** [redacted]
**4E. Email address:** [redacted]

**5. Address of Damaged Property**
- Street Address: [redacted]
- City: NEW ORLEANS
- State: LA
- Zip+4: 70114-1362
- County: ORLEANS

**6. Do you own or rent your home?** Own
**7. Is the address listed in #5 your primary residence?** Yes
**8. Type of residence:** House-Single/Duplex
**9. What is your current location?** Other: WOODLAWN BAPTIST CHURCH

**10. Cause of Damages:** Hail/Rain/Wind Driven Rain, Tornado/Wind, Flood

**11. Current Mailing address:** 608 GROVERWOOD DRIVE, GRETNA, LA 70056

**12. Auto Damage:** Yes  Year: 1981  Make: OLDSMOBILE  Model: CUTLESS
**12B. Is Vehicle Drivable?** Y  Liability Ins? Y  Comp Ins? N  Is Vehicle Registered? Y

**13A. Was your home damaged by the disaster?** Yes  **13B. Personal property damaged?** Yes
**13C. Was the access to your home restricted?** Due to Disaster

| Question | Answer |
|---|---|
| 14. Are any of your essential utilities currently not working as a result of the disaster? | |
| 15. Do you have any disaster-related essential needs for food, clothing or shelter? | Yes |
| 16. Do you own or lease a working farm or ranch that was affected by the disaster? (Does not include farm home) | No |
| 17. Do you own a business or rental property which was affected by the disaster? (Not farm damage) | No |
| 18. Has anyone in your family lost work or become unemployed due to the disaster? (including self-employed) | Yes |

**19A.** Did you have any disaster related medical expense? No  Was it insured?  Amount of loss?
**19B.** Did you have any disaster related dental expense? No  Was it insured?  Amount of loss?
**19C.** Did you have any disaster related funeral expense? No  Was it insured?
**19D.** Did you have any disaster related moving and storage expenses? No  Were they covered by insurance?

**20. Other / Miscellaneous disaster related damages**

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

**21. Names of all persons living in home at the time of disaster**

| Name | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| ROBINSON, RAYFIELD | Registrant | [redacted] | 38 | Y |
| ROBINSON, RENICE V | Co-Reg/Spouse | [redacted] | 38 | Y |
| [redacted] | Immed Family | | 17 | Y |
| [redacted] | Immed Family | | 16 | Y |
| [redacted] | Immed Family | | 17 | Y |
| [redacted] | Immed Family | | 11 | Y |

**22. Employer/Source of income:** ROB[redacted] SELF-EMPLOYED
**23. Total number of dependents claimed (including applicant):** 8
**24. Would you like to use the EFT option if eligible for assistance? (Electronic funds Transfer into your bank account)** No

**25. Annual pre-disaster gross income for all members of the family:** $18000

| 26. Insurance Type | Company Name | Policy Number |
|---|---|---|
| Automobile Liability | FIRST METRO | |
| No RP or PP Insurance | | |

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL

**27.** You have been referred to the following sources for Disaster Aid. For more information, refer to the enclosed program guide as well as the disaster assistance program information sheet.
Disaster Unemployment Assistance, Emergency Assistance (ARC), Housing Assistance (Owner), SBA Home & Personal Property (Owner), SBA Workshop, Tax Assistance

If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585

**28. Date of Application:** 09/05/2005
**29. Information taken by:** INTERNET

FEMA Form 90-69 APR 00



# Federal Emergency Management Agency
## Contact Report

"Official Use Only"
Last refresh: 8/19/2008 10:51:09 AM

**CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL**

**1603**
**939559569**
## ROBINSON JR, RAYFIELD

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/14/05 | Alfreda Mckinley | 92/STATUS CHECK | APP CALLED FOR STATUS<br><br>ADVISED APP OF EA |
| 09/15/05 | Melody Miller | 93 added eft and changed cma | 93 added eft and changed cma |
| 09/23/05 | Naomi Alikhan | 94 APP STTUS CHECK | APP CALLED FOR STATUS CHECK<br><br>INFO VERIFIED |
| 10/05/05 | Mark Welch | 91 EA QUERY | EA QUERY<br>SENT THE MONEY |
| 10/13/05 | Mike Tork | DRC 13 APP STATUS CHECK | APP CAME IN TO CHECK EA THAT WAS SENT OUT AROUND 9-9-05. I INFORMED HER THAT THE CHECK HAD BEEN SENT TO 608 GROVERWOOD DR, GRETNA. REFERRED HER TO USPS SINCE THEY ARE PROBABLY HOLDING. USPS TOLD HER TO CONTACT GRETNA POST OFFICE, SINCE ALL THAT MAIL WAS BEING HELD IN A WAREHOUSE. |
| 10/24/05 | Danielle Windsor | 93 status check | App called to check the status which is currently showing some RA and HR but no payments had been issued. Also filled out a travel trailer request form. |
| 10/29/05 | MARY SAENZ | 91-T/T REQUEST MENTIONED | APP WANTED TO KNOW IF THE HA MONEY HAS BEEN SENT/DISBURSED; ASKED HIM TO CHECK FOR DISBURSEMENT EVERY SO MANY DAYS.<br><br>HE ALSO ASKED REGARDING T/T PROGRAM. HE MAY WAIT AND SEE IF HE IS ABLE TO RENT AN APT. |
| 11/03/05 | Rosa A Robinson | 92-APPL CHANGE | VERIFIED APPL CMA AND INFO APPL SAID BANK SAID HE WAS OVERDRAWN AND WANTED THE PAYMENTS SENT TO HIM. GAVE AMOUNT AND DISTRIB DATE AND TYPE FOR EA ASSIST, 2358, 2159.91 & 3527.33. GAVE APPL INFO ON FILE EXCEPT FOR THE $2604 RENTAL ASSISTANCE DATE 10/24 WHEN I SELECTED THIS AMOUNT, |

1 of 11

| Date | Name | Subject | Notes |
|---|---|---|---|
| | | | AND PULLED UP FINANCE NOTHING CAME UP FOR THIS AMOUNT SO I DID NOT TELL THE APPLICANT ANYTHING ABOUT THE AMOUNT JUST THAT HE WAS ELGIBLE FOR ADDITIONAL RENTAL ASSISTANCE, ADVISE APPL OF RENTAL CERTIFICATION GUIDLINES RE HELPLINE PROCEDURES. HE SAID HE WOULD JUST WAIT FOR THEM TO SEND ADDITIONAL ASSISTANCE IN RATHER THAN SHOWING HOW THE FUNDS WERE EXHUASTED. GAVE |
| 11/09/05 | Leticiia Fernandez | 95 CHECK STATUS | EXPLAINED RENTAL ASSITANCE PROGRAM. |
| 11/14/05 | Cassandra Debose | 95 Status Check | App states he was adv that he would be receiving 2600 for RA........adv there is no info on 2600 being disbursed.........App verified he rec'd EA/2000.....RA/2358.....EHR/3500.....PP/2100.........adv there was no add'l RA to be isseud.......explained the proceudure to get an extension on RA.....letter and rental receipts.......adv they hav eto be submitted every 3 months and reviewed for a decision.............adv it was app's decision to turn down TT to try to get add'l RA....... |
| 11/14/05 | Carolyn Saltzman | APP IS REQUESTING MORE RENTAL ASSISTANCE | APP IS REQUESTING MORE RENTAL ASSISTANCE. TOLD APP THAT HE WOULD HAVE TO BRING IN RENTAL RECEIPTS TO SHOW THAT HE HAS EXHAUSTED THE $2358 IN RENTAL ASSISTANCE. |
| 12/05/05 | Nina Cox | 92-CK STATUS/ TT REQUEST | App called to check status of his tt, submitted tt request |
| 12/09/05 | Sara Galliano | STATUS | DRC 20 APP CAME IN TO UPDATE PPI REQUEST. HE NOW CAN PUT THE TRAILER ON HIS DD. SG |
| 12/18/05 | Michell Delgado | 94 STATUS CHECK | APP INFO VERIFIED<br><br>APP CALLED TO VERIFIED STATUS ON TT |
| 12/23/05 | Rayshawn Ford | 92 STATUS | APP CALLED TO CHECK THE STATUS OF HIS APPLICATION IN TO SEE ABOUT THE TT INFORMED APP OF THE # HE COULD CALL TO CHECK THE STATUS OF THAT |
| 12/23/05 | Lakeitha Collins | JFO/AS/CC | APPL CALLED TO CHECK TT STATUS. STATED THAT LAND INSPECTED AND MARKED. APPL IS REQUESTING 3 TT'S. INSPECTION NEEDED. |
| 01/19/06 | Heather Compton | 93 TT STATUS REQ | PROVIDED TOLL # FOR LA TT PROGRAM. |
| 01/20/06 | Vernardi Womack | 96 STATUS CHECK | GAVE APP THE NUMBER TO CHECK HIS STATUS ON THE TT FOR 1603 |
| 01/20/06 | Trichir Jackson | JFO AS APP STATUS | APP CALLED REQUESTING CONTRACTOR MAINTANCE NUMBER. |

| | | | |
|---|---|---|---|
| 01/27/06 | Rhonda Robertson | BRJFO/ASCC TT MOBILE HOME REQUEST | APP WAS APPROVED FOR A MOBILE HOME BUT CONTRACTOR DELIVERED A TT.<br><br>FORWARD TO DHOPS<br><br>JFO/rr |
| 01/28/06 | Tracy Bourgeois | WRONG TT DELIVERED CONT. | BRJFO/ASCC: INFORMED APP CW ROUTED PROPER FORMS TO PROCESS MH DELIVERY. CONTRACTORS WERE ON THE SITE HOOKING THE TT TO THE ELECTRICITY. APP IS CONCERNED THAT IF THEY COMPLETELY HOOK TT UP, IT WILL TAKE LONGER TO BE PICKED UP FOR SWAP. CW ADVISED APP TO HAVE CONTRACTORS CONTACT THEIR FOREMAN AND EXPLAIN THE SITUATION TO HIM. PERHAPS HE WOULD KNOW A BETTER WAY TO HANDLE THIS SITUATION. NO ACTION TAKEN. |
| 02/02/06 | Rene Williams | BR JFO/AS CC | INSPECTOR CALLED TT# TO DETERMINE THE TYPE OF UNIT THAT SHOULD BE DELIVERED. SUP ADVISED INSPECTOR THAT APP SHOULD RECEIVED A MH. FAMILY COMPOSTION CONSISTS OF THREE ADULTS AND SIX CHILDREN. HOWEVER, THE LOT WILL NOT ACCOMDATE A MH. TT WAS DELIVERED. ITS HAS ONE SET OF BUNK BEDS. ORDER SECOND TT WITH TWO SETS OF BUNK BEDS. STOP MH AND ORDER SECOND TT. WILL ROUTE TO SUP TO EXPEDITE CASE. |
| 02/08/06 | Joette Smith | RFO-AS-CC REQUEST FOR ADDITIONAL TT | REMINDED APP THAT TTs ARE TEMPORARY LIVING ARRANGEMENTS.<br><br>SEE COMMENT OF 2/2/06. NO ACTION TAKEN. |
| 02/08/06 | Rhonda Robertson | BRJFO/ASCC 2ND TT REQUEST | APP IS REQUESTING ANOTHER TT. APP'S SITE WAS NOT LARGE ENOUGH TO FIT A MOBILE HOME SO APP SHOULD HAVE RECEIVED 2 TT. APP ONLY RECEIVED ONE TT AND IT IS NOT LARGE ENOUGH FOR HIS LARGE FAMILY.<br><br>FORWARD TO CONTRACTOR<br><br>JFO/rr |
| 02/14/06 | Kristie Jackson | BRJFO/AS/CC PER WIP IU REC'D REQUEST FOR MH HAS BEEN CHGD TO PARK MADEL 4 BUNK BED UNIT......NO EXACT TIMEFRAME TO | |

3 of 11

| | | OFFER...INFORMED APP THAT REQUEST HAS BEEN SUBMITTED..NFAR | |
|---|---|---|---|
| 02/14/06 | Tisha Allen-Arthur | BR/JFO/AS FREE PHONE INFO | APP CALLED TO GET FREE TRACFONE INFO CW PROVIDED |
| 02/23/06 | Yoshi Johnson | JFO/ASCC TT STATUS | APP CALLED TO CHECK THE STATUS OF TT ADVISED APP THAT HE WOULD HAVE TO WAIT UNTIL THE CONTRACTORS CAME OUT TO THE SITE TO THE TT. |
| 03/09/06 | Monay Williams | 95 STATUS CHECK | APP CALLED TO CHECK STATUS ON TT, SPP WAS INFORMED THAT SHE NEEDS TO SUBMIT ALL HER CHILDRENS SS CARDS, THAT REQUEST IS IN SCRATCH PAD. VERIFIED DD AND CMA. |
| 03/15/06 | Christine Perchell | 92-TT REQUEST | APP CALLED TO STATED THAT HE SENT IN SS OF CHILDREN FOR THE PROCESS OF TT VIA SCRATCH PAD NOTES THIS INFO WAS NEEDED TO PROCESS TT. INFO FORWARDED VIA TT FORM TO BE PROCESSED. |
| 03/20/06 | Ashley Davis | BR/JFO/AS/CC | APP CALLED TO CHECK SECOND TT STATUS......INFOEMED APP THAT PAPER WORK WOULD BE ROUTED OVER TO CONTRACTOR.AACTION TAKEN |
| 03/22/06 | Carla Augustus | JFO/AS TT STATUS | APP CALLED REGARDING THE 2ND TT UNIT TO BE DELIVERED, A 4 BUNKBED UNIT. INFORMED APP PAPERWORK SUBMITTED ON 3-20-06. NO ACTION REQUIRED. |
| 03/23/06 | Santrecia Davis | BRJFO ASCC | APP CALLED TO CHECK ON STATUS OF TT....ADVISED THAT PAPERWORK WAS RECENTLY ROUTED AND TO ALLOW MORE TIME FOR PROCESSING.. |
| 04/10/06 | Erica Carrier | BRJFO/AS/CC | CALLER POSING AS APP USED 800 NUMBER AS SSN. CALLER SOUNDED LIKE YOUNG TEENAGER. |
| 04/10/06 | Carmelita Marshall | BR JFO ASCC/ REQUESTING SECOND TT | APP CALLED TO REQUEST THE SECOND TT, APP HAS A HH=9, APP RECEIVED ONE TT OVER 2 MONTHS AGO. FORWARDED REQUEST TO THE CONTRACTOR |
| 04/13/06 | Stephen Reed | BRJFO/ASCC | APP CALLED TO REQUEST THE SECOND TT, APP HAS A HH=9, APP RECEIVED ONE TT OVER 2 MONTHS AGO.INFORMATION WAS ROUTE ON 4/10/06....NO ACTION REQUIRED |
| 05/01/06 | Tameka Pete | AFO/ASCC | APP CHECKING TT STATUS ON SECOND TT. APP HAS BEEN WAITING SINCE 12-28-06. ROUTING FORM IN ROUTE TO CONTRACTOR |

4 of 11

| | | | |
|---|---|---|---|
| 05/25/06 | Tiffiny Soileau | BR/TRO/AS APP CALLED TO CHECK THE STATUS OF 2ND TT | APP CALLED TO CHECK THE STATUS OF HIS 2ND TT. INFORMED APP THAT PAPER WILL BE ROUTED AGAIN |
| 06/02/06 | Chinese Jackson | AFO ASCC | APP IS CHECKING THE STATUS OF THE 2ND TT HE NEED TO ACCOMODATE HIS FAMILY NO ACTION TAKEN AT THIS TIME |
| 06/07/06 | Tiffanie Neal | JFO/AS/CC-TT STATUS CHECK- LINE DISCONNECTED | JFO/AS/CC- TT STATUS CHECK- LINE DISCONNECTED |
| 06/07/06 | Lakeitha Collins | JFO/AS/CC | APPL CALLED TO CHECK STATUS OF 2ND TT. INFORMED REQUEST WAS ROUTED TO THE CONTRACTORS TWICE, GIVE TIME FOR DELIVERY. NO ACTION |
| 06/07/06 | Tammy Wise | 93 check status | check status app stated the TT is to small for family |
| 06/26/06 | Mecca Mckee | BRTRO/AS MAINTENANCE ISSUE | APP CALLED FOR MAINTENANCE NUMBER. |
| 06/21/07 | Andrea Ortiz | 94 TRANSFERRED CALL | APP CALLED TO CHECK ON RA STATUS AS PER PRESHIFT CALL WAS TRANSFERRED APP INFO VERIFIED |
| 07/22/07 | Marquetia Franklin | BR/AFO/ASCC | APP CALLED IN TO REQ RENTAL RESOURCES BECAUSE OF FORMALDEHYDE ISSUE. APP STATES THAT ONE OF HIS CHILDREN IS HAVING MEDICAL PROBLEMS WITH HIS LUNGS. CREATED AN AR FOR RENTAL RESOURCES. |
| 07/25/07 | George Clark Iii | Brafo Formaldahyde Issue | Contacted app per call center AR concerning the Formaldahyde Issue. Ask app where would he and his family like to reside and app stated he would like to reside in Terrytown or Gretna. Provided app with three rental resources:151526,159242,164932. Informed app to call me back with a follow up. Provided app with my contact information. Will follow up with this issue. |
| 08/29/07 | George Clark Iii | Brafo Formaldahyde Issue | Called app to follow up and to offered app additional rental resources. Per app states that she nor her husband can afford deposit and that they want a hotel. I explained to the app that a hotel is the last resort and that if they cannot afford to pay a deposit, then we have programs such as Volag to assist them. App begin to holler and cry that she and her family has to get out of the TT. I turned the call over to my supervisor, and my supervisor reinterated the same information that I provided the app. App hung up the phone. Will attempt to follow up on this issue. |

5 of 11

| Date | Name | Subject | Notes |
|---|---|---|---|
| 10/02/07 | Sandra Davis | MAINTENANCE | APP'S SON CALL FOR MAINTENANCE NUMBER. GAVE MANIT. NUMBER. |
| 11/26/07 | Charles Walker | HARAHAN LARC 7 | 11/17/07 RA CONDUCTED FIELD VISIT AS STATED IN AR # 54414. DD IS IN POOR CONDITION, NO WORK HAS BEEN DONE. APP STATED HE IS WAITING ON ROAD HOME PROCEEDS TO DEMO DD AND REBUILD ON DD SITE. APP STATED THEY HAVE HEALTH CONCERNS AND THEY FEEL SICK OCCASSIONALLY. |
| 11/26/07 | Ronda Bennett | AFOBR AS CC/ INQUIRY TT | APP STATED, SHE RECEIVED A NOTICE A NOTICE TO BE OUT OF TT IN 3 DAYS. APP STATED SHE STILL NEEED UNIT DD NOT COMPLETED REPAIRS. IN FORMED APP. A FIELD VISIT IS ASSIGNED 11-26-07 AND WAITING TO COMPLETE, TO DETERMINE HOW MUCH IS NEEDED TO COMPLETE REPAIRS ON DD. |
| 12/03/07 | Akhnuwkh Ahmad | HARAHAN LARC-7 (HABITIBILITY INSPECTION OF D/D ) | 11/30/07-PER SITE VISIT RA DETERMINED THAT THE D/D LOCATED AT ▮▮▮▮▮ IS UNHABITABLE THERE ARE HOLES IN THE WALLS AND FLOORS THE STRUCTURE IS NOT SOUND THE BATHROOM AND KITCHEN ARE UNSANITARY AND THERE IS ONLY PARTIAL ELECTRICITY IN 1 ROOM THERE ARE MISSING WINDOWS AND HOLES IN THE ROOF. THE OWNER IS NOT LIVING IN D/D IT IS APPROX. 20% HABITABLE DISASTER RELATED DAMAGES WILL AFFECT THE SAFE AND SANITARY OCCUPATION OF THE DWELLING. THE HOUSE WILL BE REPAIRED WHEN LA ROAD HOME FUNDS ARE RECEIVED STATES APP THERE IS NO PROSPECTIVE TIME FRAME TO DATE APP WAITING FOR RESPONSE FROM ROAD HOME AGENT ON PROOF OF OWNERSHIP |
| 12/07/07 | Donald Price | BRAFO Formaldehyde Issue - Recant Statment | App returned CW call very upset stating that he never had any Formaldehyde Issues and he doesnt understand why FEMA keeps calling. App stated he only called the first time because he saw the number on the news and was told to call. App was very upset and stated he was almost complete with the closing process with LARH and will only need the TT's a short time longer. App asked for CW to stop calling. CW expained FEMA was concerned for his family's health and wanted to be sure and provide alternate housing if necessary. App stated it was not necessary or wanted. Case status changed to General Inquiry - no formaldehyde health issues. |
| 12/26/07 | George Clark Iii | Brafo Formaldahyde Issue | App called claiming that he does not want to remain inside of the TT due to formaldahyde. App states that he is currently in the hospital and does not want to go back |

6 of 11