UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S EXHIBITS
IN SUPPORT OF ITS MEMORANDUM IN RESPONSE TO "PLAINTIFFS' MOTION
FOR CLASS CERTIFICATION"
[Dkt. No. 764]

U.S. EXHIBIT NO. 26

Transcript of the Testimony of
# Videotaped Deposition of Juanita G. Bridges

## Date taken: September 15, 2008

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Juanita G. Bridges

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE PRODUCTS       SECTION "N"(4)
LIABILITY LITIGATION        JUDGE ENGELHARDT

                * * *


        Videotaped Deposition of JUANITA
G. BRIDGES, 1449 Mirabeau Avenue, New
Orleans, Louisiana 70122, taken at the
offices of Lambert & Nelson, 701 Magazine
Street, New Orleans, Louisiana 70130, on
Monday, the 15th day of September, 2008.

REPORTED BY:
    JAMES T. BRADLE, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Page 1

---

1   APPEARANCES CONTINUED:
2       JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE
3       (BY: JAMES C. PERCY, ESQUIRE
         AND RYAN E. JOHNSON, ESQUIRE)
4       8555 UNITED PLAZA BOULEVARD
        BATON ROUGE, LOUISIANA  70809
5
        ATTORNEYS FOR DEFENDANTS, PILGRIM,
6       KEYSTONE, MONACO, R-VISION, THOR
        CALIFORNIA, KZRV, DS/CROSSROADS
7       AND DUTCHMEN
8
9
10          * * *
11       EXAMINATION INDEX
12              Page

13   EXAMINATION BY MR. PERCY ..............7
     EXAMINATION BY MS. BOYLE ............125
14   EXAMINATION BY MR. PERCY ............142
     EXAMINATION BY MR. BECNEL ...........147
15   EXAMINATION BY MS. BOYLE ............152
     EXAMINATION BY MR. PERCY ............153

16
17
18
19
20
21
22
23
24
25

Page 3

---

1   APPEARANCES:
2       LAMBERT & NELSON
        (BY: JONATHAN ADAMS, ESQUIRE)
3       701 MAGAZINE STREET
        NEW ORLEANS, LOUISIANA 70130
4
        LAW OFFICES OF ROBERT M. BECNEL
5       (BY: ROBERT M. BECNEL, ESQUIRE
         AND DIANE K. ZINK, ESQUIRE)
6       425 WEST AIRLINE HIGHWAY, SUITE B
        LAPLACE, LOUISIANA 70068
7
        ATTORNEYS FOR THE PLAINTIFFS
8
        DUPLASS, ZWAIN, BOURGEOIS,
9        PFISTER & WEINSTOCK
        (BY: CHRISTINA M. KOCKE, ESQUIRE)
10      3838 NORTH CAUSEWAY BOULEVARD
        SUITE 2900
11      METAIRIE, LOUISIANA  70002
12         ATTORNEYS FOR DEFENDANT,
           GULF STREAM COACH, INC.
13
        U.S. DEPARTMENT OF JUSTICE
14      (BY: MICHELLE G. BOYLE, ESQUIRE)
        CIVIL DIVISION
15      1331 PENNSYLVANIA AVENUE, N.W.
        ROOM 8210-N
16      WASHINGTON, D.C. 20004
17         ATTORNEYS FOR DEFENDANT, UNITED
           STATES OF AMERICA
18
        U.S. DEPARTMENT OF HOMELAND SECURITY
19      FEDERAL EMERGENCY MANAGEMENT AGENCY
        (BY: JANICE L. KAZMIER, ESQUIRE)
20      1 SEINE COURT
        NEW ORLEANS, LOUISIANA  70114
21
        ATTORNEYS FOR FEMA
22
23
24
25

Page 2

---

1            * * *
2       INDEX OF EXHIBITS
3                  Page

4   Exhibit No. 1 ......................94
5   Notice of Video Deposition of Juanita
6   Bridges
7   Exhibit No. 2 ......................94
8   Plaintiff Fact Sheet for Juanita Bridges
9   Exhibit No. 3 .....................127
10  Plaintiff Fact Sheet for Juanita Bridges

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

---

1  (Pages 1 to 4)

PROFESSIONAL SHORTHAND REPORTERS, INC   1(800)-536-5255   BATONROUGE*NEW ORLEANS* SHREVEPORT
504-529-5255

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Juanita G. Bridges

| | |
|---|---|
| 1      S T I P U L A T I O N<br>2<br>3     It is stipulated and agreed by and<br>4 between counsel for the parties hereto that<br>5 the deposition of the aforementioned witness<br>6 is hereby being taken for all purposes<br>7 allowed under the Federal Rules of Civil<br>8 Procedure, in accordance with law, pursuant<br>9 to notice;<br>10     That the formalities of reading and<br>11 signing are specifically not waived;<br>12     That the formalities of filing,<br>13 sealing, and certification are specifically<br>14 waived;<br>15     That all objections, save those as to<br>16 the form of the question and the<br>17 responsiveness of the answer, are hereby<br>18 reserved until such time as this deposition,<br>19 or any part thereof, may be used or sought<br>20 to be used in evidence.<br>21<br>22        \* \* \*<br>23     JAMES T. BRADLE, CCR, Certified Court<br>24 Reporter, officiated in administering the<br>25 oath to the witness.<br>                         Page 5 | 1     Michelle Boyle representing United<br>2 States.<br>3     MR. PERCY:<br>4     And Jim Percy representing various<br>5 manufacturing defendants.<br>6       \*   \*   \*   \*<br>7     JUANITA G. BRIDGES,<br>8 after having been first duly sworn by the<br>9 above-mentioned court reporter, did<br>10 testify as follows:<br>11 EXAMINATION BY MR. PERCY:<br>12     Q   Good morning, Ms. Bridges.<br>13     A   Good morning.<br>14     Q   My name is Jim Percy.  I represent<br>15 several of the defendants in this case.<br>16     Would you do one thing for me<br>17 first.  Would you state your full name for<br>18 the record, and then spell it, so that we<br>19 can make sure that we have the correct<br>20 spelling of your name.  And give any middle<br>21 name you might have, also.<br>22     A   Okay.  Juanita Bridges,<br>23 J-U-A-N-I-T-A, G., B-R-I-D-G-E-S, Bridges.<br>24     Q   What does the "G." stand for?<br>25     A   Galloway, G-A-L-L-O-W-A-Y.<br>                         Page 7 |
| 1     THE VIDEOGRAPHER:<br>2     Today is the 15th day of<br>3 September, 2008.  The time is approximately<br>4 9:23.  This is the videotaped deposition of<br>5 Ms. Juanita Bridges taken at the offices of<br>6 Lambert & Nelson located at 701 Magazine<br>7 Street, New Orleans, Louisiana, for the case<br>8 entitled "FEMA Trailer Formaldehyde Products<br>9 Liability Litigation."<br>10     Would counsel please identify<br>11 themselves and which party they represent.<br>12     MR. BECNEL:<br>13     Robert Becnel representing the<br>14 Plaintiffs' Litigation Committee.<br>15     MR. ADAMS:<br>16     Jonathan Adams representing the<br>17 Plaintiffs' Litigation Committee.<br>18     MS. ZINK:<br>19     Diane Zink representing the PLC.<br>20     MR. JOHNSON:<br>21     Ryan Johnson representing various<br>22 manufacturer defendants.<br>23     MS. KAZMIER:<br>24     Janice Kazmier representing FEMA.<br>25     MS. BOYLE:<br>                         Page 6 | 1     Q   And do you have a -- Is that your<br>2 maiden name?<br>3     A   Yes, that's my maiden name.<br>4     Q   Did you have a middle name?<br>5     A   No.  G. is my maiden name.<br>6     Q   What is your date of birth?<br>7     A   7th, 27, in '40.<br>8     Q   And where were you born?<br>9     A   Jayess, Mississippi.  J-A-Y-A --<br>10 J-A-Y-E-S-S, Mississippi.<br>11     Q   What is your current address, and<br>12 give me the street address, if you would.<br>13     A   1449 Mirabeau, M-I-R-A-B-E-A-U,<br>14 Avenue, New Orleans, Louisiana, 70122.<br>15     Q   And where is Mirabeau Avenue<br>16 located?<br>17     A   In Gentilly.<br>18     Q   Now, that 1449 Mirabeau Avenue<br>19 address, is that where you were residing<br>20 prior to the damage of Katrina?<br>21     A   Yes.<br>22     Q   And for how long had you lived at<br>23 the Mirabeau address prior to the Katrina<br>24 storm?<br>25     A   About 15 years.<br>                         Page 8 |

2 (Pages 5 to 8)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Juanita G. Bridges

1       A    I guess maybe nervousness.
2       Q    That's understandable.  Other than
3   that, though?
4       A    Other than that, yes.
5       Q    Okay.  Are you ready to begin?
6       A    Yes.
7       Q    All right.  Did you meet with an
8   attorney or attorneys to prepare for this
9   deposition today?
10      A    No.  Briefly they gave me --
11  briefly on the phone, but I haven't met with
12  anyone.
13      Q    So you spoke with someone from
14  your attorney's office just by phone
15  briefly?
16      A    Yes.
17      Q    Just one time to prepare for
18  today's testimony?
19      A    Yes.
20      Q    Okay.  Did you review any
21  documents to prepare for your testimony
22  today?
23      A    No.
24      Q    I would just like to ask very
25  brief questions regarding your medical

Page  129

1   doctors, did you see any other
2   doctors besides?
3       A    No.
4       Q    Okay.  And none of those doctors
5   told you that your symptoms were because of
6   formaldehyde; is that correct?
7       A    Correct.
8       Q    On your printed fact sheet, on
9   Page 3, it says that you have a "fear of
10  cancer or future illness."  Is that because
11  of what you had testified earlier you saw on
12  the news reports regarding formaldehyde?
13      A    Yes.
14      Q    Okay.  And is there any other
15  reason why you have a fear of cancer or
16  future illness?
17      A    No.  It's just what I have heard
18  that could happen, could be the results.
19      Q    Did a doctor ever tell you that
20  you may develop cancer in the future because
21  of formaldehyde?
22      A    No.
23      Q    You mentioned earlier that you
24  moved into the trailer in approximately
25  December of 2005, and do you recall when the

Page  131

1   testimony that you gave earlier.  You said
2   that you had high blood pressure for several
3   years, and that began before Katrina?
4       A    Yes.
5       Q    What medication or medications are
6   you taking for that?
7       A    Dyazide.  Dyazide.
8       Q    And have you taken that throughout
9   the whole time that you have had high blood
10  pressure?
11      A    Yes.
12      Q    And have you taken anything else
13  besides that?
14      A    No, just I exercise.
15      Q    Did you say exercise?
16      A    Yes.
17      Q    Oh, good for you.  And you
18  mentioned earlier that you saw a few
19  different doctors.  You mentioned the eye
20  doctor, Dr. Miceli, and maybe one or two
21  other doctors that you saw for rashes, runny
22  nose, runny eyes, the boils, and the itchy
23  skin?
24      A    Yes.
25      Q    And other than all of those

Page  130

1   runny eyes, runny nose and itchy skin began
2   to bother you after that date?
3       A    No, I don't, because I really
4   didn't pay attention to know when it
5   happened.  I don't remember.
6       Q    And how did you come to move into
7   a trailer that was provided by FEMA?
8       A    That I heard that FEMA was
9   providing trailers to people that didn't
10  have a place, that FEMA was providing
11  trailers.
12      Q    So you called FEMA and requested
13  one for your family?
14      A    Yes.
15      Q    Did you ever pay any money to live
16  in the trailer?
17      A    No.
18      Q    It was just provided?
19      A    It was just provided.
20      Q    Can you list the other types of
21  assistance that the Government provided to
22  you after Hurricanes Katrina and Rita?  You
23  mentioned earlier the Road Home grant?
24      A    Yes, Road Home.
25      Q    Do you happen to know the amount

Page  132

33  (Pages 129 to 132)

| | |
|---|---|
| 1    of that grant?<br>2    A  100 and -- They gave me $62,000<br>3    for to rebuild my house and it was $50,000<br>4    for a grant.<br>5    Q  So --<br>6    A  A total of $112,000.<br>7    Q  So $62,000 was for the house?<br>8    A  Yes.<br>9    Q  And $50,000 was for what exactly?<br>10  I'm sorry.<br>11    A  It was a grant. So if I'm staying<br>12  in my house five years, it would be a grant.<br>13  If I move out, then I would have to repay<br>14  the amount.<br>15    Q  Did FEMA provide any rental<br>16  assistance?<br>17    A  No -- Yes, when I was in Texas,<br>18  they did pay for the hotel. They did pay<br>19  for the hotel.<br>20    Q  And after you moved into your<br>21  trailer, did you ever express an interest to<br>22  FEMA in purchasing the trailer?<br>23    A  Yes.<br>24    Q  And when was that?<br>25    A  When they said once -- FEMA said<br>Page 133 | 1    A  FEMA, I called on the phone.<br>2    Q  Okay. And what did that --<br>3  MR. BECNEL:<br>4    Wait.<br>5  EXAMINATION BY MS. BOYLE:<br>6    Q  Please, go ahead.<br>7    A  They said they would get me an<br>8  apartment, and they asked me how far along<br>9  was I, how close was I getting back into my<br>10  house.<br>11    Q  And why didn't you move into an<br>12  apartment? Is it because you were closer to<br>13  finishing your house?<br>14    A  I was closer to finishing. At<br>15  first they was going to give me a mobile<br>16  home, and I waited for a long time, and I<br>17  kept calling, and they told me they was<br>18  still going to give me the mobile home, and<br>19  then they decided they wasn't because of the<br>20  formaldehyde could be in the mobile home.<br>21    Q  What did they tell you about the<br>22  mobile home specifically?<br>23    A  They told me that I couldn't get<br>24  the mobile home because there might be<br>25  formaldehyde in the mobile home, so they<br>Page 135 |
| 1  they was going to sell the trailers, and<br>2  then after this came up with the<br>3  formaldehyde, they said I couldn't purchase<br>4  the trailer.<br>5    Q  Okay. And what was the reason if<br>6  you were able why you would have wanted to<br>7  purchase the trailer? Was it just for the<br>8  convenience of staying where you were?<br>9    A  Convenience for when I go visit my<br>10  mother, I wouldn't have to go live in the<br>11  house with her, you know. I could have, you<br>12  know, the FEMA trailer to live in, you know,<br>13  when I go visit her, whatever.<br>14    Q  Since experiencing the symptoms,<br>15  the itchy skin, the runny nose, runny eyes,<br>16  et cetera, did you ever contact FEMA to<br>17  complain about those symptoms?<br>18    A  No, I did not -- It seems like I<br>19  did. I believe I did.<br>20    Q  Do you remember when?<br>21    A  It's been about a year. I don't<br>22  remember when, but I did complain.<br>23    Q  And what did the -- Who exactly<br>24  did you complain to? The person on the<br>25  phone?<br>Page 134 | 1  wasn't giving the mobile homes either.<br>2    Q  Did they say they were<br>3  discontinuing --<br>4    A  No, they didn't.<br>5    Q  -- swapping out units?<br>6    A  Yes, they told me they had<br>7  discontinued swapping them out, yes, they<br>8  did.<br>9    Q  Okay. Because of --<br>10    A  The formaldehyde.<br>11    Q  -- problems that people were<br>12  raising with units?<br>13    A  Yes.<br>14    Q  And so they wanted instead just to<br>15  go ahead and put you in an apartment?<br>16    A  Right.<br>17    Q  And do you know when that offer<br>18  was made to move you into the apartment?<br>19    A  I know it was in 2007. I don't<br>20  know the exact date, but it was 2007.<br>21    Q  Okay. But you decided not to move<br>22  into the apartment because you were close<br>23  enough to being finished with your home?<br>24    A  Yes. Yes.<br>25    Q  I would just like to ask a very<br>Page 136 |

34 (Pages 133 to 136)