UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                         MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that **Play'mor Trailers, Inc.'s Rule 12(B) Motion to Dismiss Plaintiffs' Original, First, and Second Supplemental and Amending Complaints by Adopting Previously Filed 12(B) Motions (Rec. Doc. 896)** is **GRANTED** only to the extent that Defendant, Play'Mor Trailers, Inc., may join in to the Manufacturing Defendants' Motion to Apply Joint Rule 12(b)(6) Motion to Dismiss Plaintiffs' Second Supplemental and Amended Master Complaint (Rec. 780), which is currently set for hearing on November 19, 2008.

New Orleans, Louisiana, this 14th day of November, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**