UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-01873 SECTION "N-4" |
| This Document Relates to: All Cases | * * * | JUDGE ENGELHARDT MAG. JUDGE ROBY |

**CONSENT MOTION TO WITHDRAW**
**MOTION TO DISMISS WITHOUT PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, come defendants, American Homestar Corporation and Oak Creek Homes, LP, which hereby move the Court to withdraw their Motion to Dismiss (Record Doc. 781) from the Court's docket, without prejudice, to the rights of movants to reurge their Motion to Dismiss. The plaintiff's steering committee, the defense steering committee and the United States have been contacted and have voiced no opposition to the Motion to Withdraw.

**WHEREFORE**, for the reasons set out herein, movants request that their Motion to Dismiss be withdrawn, without prejudice.

WEP Library:2099-63807\

-1-

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and Oak Creek Homes, LP**
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
dbach@hmhlp.com
jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **November 17, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*