UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * | MDL NO. 07-01873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT |
| This Document Relates to: All Cases | * * | MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the foregoing Consent Motion to Withdraw Motion to Dismiss Without Prejudice;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that American Homestar Corporation and Oak Creek Homes, LP's Rule 12(b)(6) Motion to Dismiss (Pre-Emption) (Record Doc. 781) be withdrawn from the Court's docket, without prejudice, of the rights of movants to reurge their Motion at a later date.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**JUDGE**

)

WEP Library:2099-63807\