UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the portion of the Court's Order and Reasons of 11/6/08 (Doc. 842) which granted the defendant Morgan's Motion to Dismiss Patricia A. Burr's individual claims, is hereby vacated and rescinded pursuant to Rule 59(e) of the Federal Rules of Civil Procedure.

THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.

_____
J U D G E