UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                       SECTION "N-5"

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

### MOTION FOR RECONSIDERATION OF DISMISSAL OF MORGAN'S RULE 12(b)(1) CLASS CLAIMS

**NOW INTO COURT,** through undersigned counsel, comes Plaintiffs Steering Committee (PSC) who respectfully submit the instant Motion for Reconsideration as to this Court's November 6, 2008 Order and Reasons granting Defendant Morgan's Rule 12(b)(1) Motion to Dismiss Class Claims (Rec. Doc. 726). For the reasons more fully set forth in Plaintiffs' Memorandum in Support of Motion for Reconsideration of Dismissal of Morgan's Rule 12(b)(1) Class Claims, Plaintiffs' pray that this Honorable Court will grant same and reverse its November 6, 2008 Order.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

        <u>s/Justin I. Woods</u>
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com


        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that I have, on this <u>17</u> day of November 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel, and that I also served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile and by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.


         <u>s/Justin I. Woods</u>
         JUSTIN I. WOODS