UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the portion of the Court's Order and Reasons of November 6, 2008 (Doc. 726) which granted the defendant Morgan's Rule 12(b)(1) Motion to Dismiss Class Claims, is hereby denied and the Court's Order be reversed.

THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.

_____
J U D G E