UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On November 17, 2008, the Court held a telephone status conference with the following counsel participating: Jerry Meunier, Justin Woods, Henry Miller, Adam Dinnell, Andy Weinstock, and Tom Thagard.

New Orleans, Louisiana, this 17th day of November, 2008.

                                         _____
                                         **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**