MINUTE ENTRY
ENGELHARDT, J.
November 17, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

       A telephone status conference was conducted on Monday, November 17, 2008, at 2:25 p.m. Participating were Gerald E. Meunier, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants; Henry T. Miller and Adan Dinnell, attorneys for the Government/FEMA. Also participating was Thomas W. Thagard III, pro hac vice counsel for defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC.

JS10(00:40)