MINUTE ENTRY
ENGELHARDT, J.
November 7, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                             SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A general status conference was conducted on Friday, November 7, 2008, at 10:00 a.m.

Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew

D. Weinstock and Joe Glass, liaison counsel for defendants.  Also participating were plaintiff

committee members Matthew B. Moreland, Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G.

Penton, and Linda J. Nelson; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines,

V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Janice

Williams-Jones and Adam Dinnell, counsel for the Government/FEMA.

A complete list of attendees is attached as a supplement to Pretrial Order No. 21 (Rec. Doc.

No. 862).

JS10(00:55)