UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES:

### MEMORANDUM IN SUPPORT OF MOTION TO SEAL EXHIBIT TO RECONSIDERATION OF DISMISSAL OF MORGAN'S RULE 12(b)(1) CLASS CLAIMS UNDER SEAL (DOC. 909-2)

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who offer this memorandum in support of their Motion to Seal Exhibit attached to the Memorandum in Support of Motion for Reconsideration of Dismissal of Morgan's Rule 12(b)(1) Class Claims Under Seal, (Document No. 909-2.)

The Exhibit relied upon by the Plaintiffs in their Memorandum in support contain personal identifying information of plaintiffs such as social security numbers and dates of birth and thus require protection for privacy concerns.

WHEREFORE, Plaintiffs respectfully request that this Honorable Court place the exhibit referenced in the Memorandum in Support of Motion for Reconsideration of Dismissal of Morgan's Rule 12(b)(1) Class Claims (Document No. 909-2) under seal.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com


        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        RONNIE PENTON, #10462

## **CERTIFICATE OF SERVICE**

I hereby certify that I have, on this <u>18</u> day of November 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel, and that I also served a copy of the foregoing pleading on counsel for all parties to this proceeding by facsimile and by depositing the same in the United States mail, properly addressed, and first-class postage prepaid.

_s/Justin I. Woods___<br>
Justin I. Woods