UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES:**

### ORDER

_____Considering the Plaintiffs' forgoing Motion to Place Documents under Seal:

**IT IS HEREBY ORDERED** that the Plaintiffs' motion is GRANTED and the exhibit referenced in the Memorandum in Support of Motion for Reconsideration of Dismissal of Morgan's Rule 12(b)(1) Class Claims (Document No. 909-2), is hereby placed under protective seal.

THIS DONE the _____ day of _____, 2008, New Orleans, Louisiana.

_____
**JUDGE KURT D. ENGELHARDT**