**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**PRETRIAL ORDER NO. 22**

On November 7, 2008, the Court met with liaison counsel, steering committee members, and counsel for the Government. The Court was informed that the Government has experienced substantial delays and problems receiving documents and other materials from the parties to this litigation. Specifically, the Government has on multiple occasions not received documents and materials in a timely manner because (1) documents and materials have mistakenly been sent by parties via United States Postal Service to Government Counsel's street address or via private shipping service to Government Counsel's Post Office Box, and (2) time-sensitive documents and materials have inadvertently been sent via United States Postal Service to Government Counsel's Post Office Box. As a result and for good cause shown,

**IT IS HEREBY ORDERED** that:

1.      All counsel attempting to send time-sensitive documents or materials to the Government shall send the documents or materials by electronic mail, or if the documents and materials are too voluminous to be sent through some electronic means, shall use a private shipping service (*e.g.*, Federal Express, DHL, UPS) and shall send those items to the following address:

        **United States Department of Justice**
        **Civil Division, Torts Branch**
        **1331 Pennsylvania Avenue, N.W., Room 8203-N**
        **Washington, DC 20004**
        **(202) 616-4449**

<u>Counsel shall not send time-sensitive documents or materials to the Government through the United States Postal Service.</u>

    2.    All counsel attempting to send documents and materials that are not time-sensitive to the Government (*e.g.*, hard copies of documents that have already been produced electronically) may use the United States Postal Service.  <u>Counsel should be aware that mailings through the United States Postal Service generally take between two to four weeks to reach Government Counsel and that these materials often sustain damage due to security screening activity.</u>  For any such items, counsel shall use the following mailing address:

        **United States Department of Justice**
        **Civil Division, Torts Branch**
        **Ben Franklin Station**
        **P.O. Box 340**
        **Washington, DC 20044**
        **(202) 616-4449**

    New Orleans, Louisiana, this 19th day of November, 2008.

                        _____
                        **KURT D. ENGELHARDT**
                        **UNITED STATES DISTRICT JUDGE**