UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
07-9228

## ORDER

**IT IS ORDERED** that the hearing on the Motion for Leave to File First Supplemental and Amending Complaint (Rec. Doc. 758), which is currently set for November 19, 2008, is **CONTINUED** is **Wednesday, December 10, 2008, without oral argument.**

New Orleans, Louisiana, this 19th day of November, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**