UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:   All Cases | * | |
| | * | |
| | * | MAG: ROBY |

*************************************************************************

## MANUFACTURING DEFENDANTS' MOTION TO STRIKE

**NOW INTO COURT**, come the Manufacturing Defendants, who request that this Honorable Court issue an Order striking certain Plaintiffs from serving as class representatives in this case.

        Respectfully submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK (#18495)**
        **JOSEPH G. GLASS (#25397)**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        Telephone: (504) 832-3700
        andreww@duplass.com
        jglass@duplass.com
        **DEFENDANTS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                ( )    Prepaid U.S. Mail

( )    Facsimile                     ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana this 20th day of November, 2008.

                s/Andrew D. Weinstock
                _____
                ANDREW D. WEINSTOCK #18495
                andreww@duplass.com