UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

**************************************************************************

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion to Strike filed on behalf of the Manufacturing Defendants is hereby set for the 17th day of December, 2008 at 9:30 a.m.

    Respectfully submitted,

    **DUPLASS, ZWAIN, BOURGEOIS,
    PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK #18495
    JOSEPH G. GLASS #25397**
    3838 N. Causeway Blvd., Suite 2900
    Metairie, LA 70002
    (504) 832-3700
    andreww@duplass.com
    jglass@duplass.com
    **DEFENSE LIAISON COUNSEL**

## **C E R T I F I C A T E**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery            ( )  Prepaid U.S. Mail

( )  Facsimile                ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana this 20th day of November, 2008.

                                            s/Andrew D. Weinstock
                              _____
                              ANDREW D. WEINSTOCK #18495
                                     andreww@duplass.com