UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On November 24, 2008, the Court held a telephone status conference with the following counsel participating: Justin Woods, Adam Dinnell, and Tom Thagard. Andy Weinstock and Joe Glass participated in person.  During the conference, the Court **ORDERED** as follows:

(1) The **Consent Motion to Withdraw Motion to Dismiss Without Prejudice (Rec. Doc. 907)** is **GRANTED**. If it becomes necessary for this motion to be re-urged, such motion should be filed on or before **Friday, March 20, 2009**, and noticed for hearing for **Wednesday, April 15, 2009.**  Any opposition to this motion shall be filed on or before **Friday, April 3, 2009.**

(2) Mr. Thagard shall prepare a proposed order regarding the non-litigation

track, shall circulate it to counsel, and shall submit it to the Court on or before **Wednesday, December 17, 2008.** Mr. Thagard shall follow the same procedure for and shall submit a second proposed order to the Court continuing certain motions to dismiss filed by parties included on the non-litigation track on or before **Wednesday, December 17, 2008.**

(3) The Court will hear (1) the **PSC Motion to Alter Judgement Under FRCP 59(e)** (**Rec. Doc. 908**), and (2) the **Motion for Reconsideration of Dismissal of Morgan's Rule 12(b)(1) Class Claims (Rec. Doc. 909)** on an expedited basis. Thus, any oppositions thereto shall be filed on or before **Wednesday, November 26, 2008**, at which time the motions will be taken under submission.

New Orleans, Louisiana, this 24th day of November, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**