UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the Court will hear the **Manufacturing Defendants' Motion to Strike (Rec. Doc. 920)** on an expedited basis.  Thus, any opposition thereto shall be filed on or before **Wednesday, November 26, 2008**, at which time the motion will be taken under submission.

New Orleans, Louisiana, this 24th day of November, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**