**WORLD HEALTH ORGANIZATION**
**INTERNATIONAL AGENCY FOR RESEARCH ON CANCER**



# IARC Monographs on the Evaluation of Carcinogenic Risks to Humans

## VOLUME 88

## Formaldehyde, 2-Butoxyethanol and 1-*tert*-Butoxypropan-2-ol

This publication represents the views and expert opinions
of an IARC Working Group on the
Evaluation of Carcinogenic Risks to Humans,
which met in Lyon,

2–9 June 2004

2006



EXHIBIT
C

Several possible mechanisms were considered for the induction of human leukaemia, such as clastogenic damage to circulatory stem cells. The Working Group was not aware of any good rodent models that simulate the occurrence of acute myeloid leukaemia in humans. Therefore, on the basis of the data available at this time, it was not possible to identify a mechanism for the induction of myeloid leukaemia in humans.

## 5.5   Evaluation

There is *sufficient evidence* in humans for the carcinogenicity of formaldehyde.

There is *sufficient evidence* in experimental animals for the carcinogenicity of formaldehyde.

**Overall evaluation**

Formaldehyde is *carcinogenic to humans (Group 1)*.

## 6.   References

Abdel Hameed, A.A., Khoder, M.I. & Farag, S.A. (2000) Organic dust and gaseous contaminants at wood working shops. *J. environ. Monit.*, **2**, 73–76

ACGIH® Worldwide (2003) *Documentation of the TLVs® and BEIs® with Other Worldwide Occupational Exposure Values — 2003 CD-ROM*, Cincinnati, OH, American Conference of Government Industrial Hygienists

Acheson, E.D., Barnes, H.R., Gardner, M.J., Osmond, C., Pannett, B. & Taylor, C.P. (1984a) Formaldehyde in the British chemical industry: An occupational cohort study. *Lancet*, **i**, 611–616

Acheson, E.D., Barnes, H.R., Gardner, M.J., Osmond, C., Pannett, B. & Taylor, C.P. (1984b) Formaldehyde process workers and lung cancer. *Lancet*, **i**, 1066–1067

Adams, D.O., Hamilton, T.A., Lauer, L.D. & Dean, J.H. (1987) The effect of formaldehyde exposure upon the mononuclear phagocyte system of mice. *Toxicol. appl. Pharmacol.*, **88**, 165–174

Åhman, M., Alexandersson, R., Ekholm, U., Bergström, B., Dahlqvist, M. & Ulfvarsson, U. (1991) Impeded lung function in moulders and coremakers handling furan resin sand. *Int. Arch. occup. environ. Health*, **63**, 175–180

Akbar-Khanzadeh, F. & Mlynek, J.S. (1997) Changes in respiratory function after one and three hours of exposure to formaldehyde in non-smoking subjects. *Occup. environ. Med.*, **54**, 296–300

Akbar-Khanzadeh, F., Vaquerano, M.U., Akbar-Khanzadeh, M. & Bisesi, M.S. (1994) Formaldehyde exposure, acute pulmonary response, and exposure control options in a gross anatomy laboratory. *Am. J. ind. Med.*, **26**, 61–75

Albert, R.E., Sellakumar, A.R., Laskin, S., Kuschner, M., Nelson, N. & Snyder, C.A. (1982) Gaseous formaldehyde and hydrogen chloride induction of nasal cancer in the rat. *J. natl Cancer Inst.*, **68**, 597–603

Alderson, T. (1967) Induction of genetically recombinant chromosomes in the absence of induced mutation. *Nature*, **215**, 1281–1283