

Innervation of Tracheobronchial Tree
From hypothalamic and higher centers
Glossopharyngeal nerve
Afferent nerves from nose and sinuses (via trigeminal and glosso-pharyngeal nn.)
Vagus nerve (cholinergic; motor fibers to smooth muscle and glands; afferent fibers from aorta, tracheobronchial mucosa, and alveoli)
Descending tracts in spinal medulla (cord)
Superior cervical sympathetic ganglion
Larynx
Cough receptors
Sympathetic nerves (adrenergic)
Carotid sinus
Carotid body
Common carotid artery
Arch of aorta
Thoracic spinal medulla (cord)
Sympathetic trunk
Pulmonary plexus
Cough receptors
© CIBA
Key
Parasympathetic (vagus) efferent fibers
Sympathetic efferent fibers
Afferent fibers
A: Adrenergic terminals

EXHIBIT
D-1



Fig. 56. Slightly keratinized stratified squamous epithelium from the skin of human nostrils (cf. Fig. 360). The surface cells are non-nucleated and become completely transformed into horny plates. Mallory-azan staining. Magnification 240 ×.

Fig. 56

EXHIBIT
D-2
tabbies



Page 1 of 1

Stratified Squamous Epithelium
with Keratin
Thick skin. Osmium staining
100 um

EXHIBIT
D-3

http://www.technion.ac.il/~mdcourse/274203/slides/Epithelium/8-Stratified%20Squamous%20Epithel... 11/12/2008

EXHIBIT
D-4
tabbies

EXHIBIT
D-5
tabbies

Structure of Trachea and Major Bronchi
Thyroid cartilage
Cricothyroid ligament
Cricoid cartilage
Connective tissue sheath (cut away)
Intercartilaginous ligaments
Tracheal cartilages
Mucosa showing longitudinal folds formed by dense collections of elastic fibers
Connective tissue sheath
Cartilage
Elastic fibers
Gland
Small artery
Lymph vessels
Nerve
Epithelium
Anterior wall
Cross section through trachea
Posterior wall
Nerve
Small arteries
Gland
Elastic fibers
Trachealis muscle
Esophageal muscle
Epithelium
Lymph vessels
Eparterial bronchus
To upper lobe
To middle lobe
To lower lobe
R. main bronchus
L. main bronchus
To upper lobe
To lingula
To lower lobe
© CIBA
Intrapulmonary
Extrapulmonary
Intrapulmonary

EXHIBIT
tabbies
D-6

**Ultrastructure of Tracheal, Bronchial, and Bronchiolar Epithelium**

Mucus

Goblet (mucous) cell
Ciliated cells
Brush cell
Goblet cell (discharging)
Undifferentiated cell
Basement membrane
Nerve
Basal cell
Basal cell
Nerve
Kul cell

Trachea and large bronchi. Ciliated and goblet cells predominant, with some serous cells and sional brush cells, undifferentiated (intermediate) cells, and Clara cells. Numerous basal cel occasional Kulchitsky cells present

Clara cell
Ciliated cells
Clara cell
Undifferentiated cell
Basement membrane
Basal cell
Nerves

Bronchioles. Epithelium (lower). Ciliated cells dominant and Clara cells progressively increase distally along airways. Goblet cells and

EXHIBIT
tabbies
D-7

Fig. 58

Fig. 58. Ciliated pseudostratified columnar epithelium from human trachea with goblet cells (note cell shape in the superficial layer!). As this variety of an epithelium only occurs in the respiratory tract, it is often referred to as "respiratory epithelium". It is classified as "pseudostratified" because all the cells rest on the basement membrane, but not all of them reach the free surface. These details, however, are obscured in most of the common histological specimens as in this figure. But the student will learn with growing experience, that what might look like a "stratified" ciliated columnar epithelium on first inspection in reality always is a; "pseudostratified" one. Mallory-azan staining. Magnification 240 ×.

EXHIBIT
D-9
tabbies

Page 1 of 1

Ciliated cell
(mucus transport)
Goblet
cell
(mucus
production)
Connective tissue

EXHIBIT
D-10

http://www.mc.vanderbilt.edu/histology/labmanual2002/labsection2/Respiratory03_files/image002.jpg 11/12/2008



*Fig. 1.* Microphotograph showing a respiratory epithelium with loss of cilia, partial squamous and cuboidal metaplasia. Score 2. (H & E, ×380).

*Histological results*

**Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust. M. Holmstrom, B. Wilhelmsson et al Acta Otolaryngol (Stockh) 1989; 107:120-129**

## Article used by ATSDR (Agency for Toxic Substances and Disease Registry) for determination of Chronic MRL of 8 ppb

**Loss of cilia**
**Goblet Cell Hyperplasia**
**Cuboidal and Squamous Cell metaplasia replace the normal ciliated respiratory columnar epithelium**

EXHIBIT
tabbies
D-11

naldehyde: a

:pithelial dysplasia has also ıd, almost without excep- :n observed in occupations incidence of nasal cancer and furniture workers.[5-10] :xists that these lesions preneoplastic.[11] Screening nucosa therefore seems to assessing any possible risk

we have investigated, by . biopsies, whether nasal :nt in workers occupation- ıyde. Moreover, we have of rhinoscopical examin- :tive nasal complaints.

ıemical company, located ıduces formaldehyde and asked to take part in this ı in 1950 the production :ral changes, resulting in a c formaldehyde. High were experienced during ıring the past five years

:o formaldehyde exposure

| Airborne concentration of formaldehyde | No of workers exposed |
|---|---|
| | 0 |
| | 12 |
| 0·5–2 ppm | |
| | 17 |
| | 5 |
| >2 ppm | |
| | 3 |

is about 0·05–1·0 ppm formal- 0 ppm causes irritation of the iscomfort increases with higher :posure exceeding 4–5 ppm for :ntrations of 10–20 ppm breath- ove 20 ppm may cause pulmon-

systematic measurements of atmospheric formaldehyde have been performed in various parts of the workplace. Exposure before 1980 was assessed by the plant health officer according to knowledge of the production process, recent measurements, and previous and present subjective sensations experienced by the workers. The level of exposure to which the workers presumably had been exposed was accordingly divided into five groups (table 1).

SUBJECTS

Thirty seven workers, half the workforce occupationally exposed to formaldehyde, volunteered to take part in the study. The control group consisted of 37 age matched subjects without overt nasal disease or occupations with known or suspected relations to nasal cancer. The controls were selected from the office staff of two chemical industries in Oslo, laboratory personnel at the Norwegian Radium Hospital, and outpatients at the ear, nose, and throat department, National Hospital, Oslo.

Table 2 shows the mean age and range, and duration of exposure. All participants were interviewed using a questionnaire containing detailed information about their occupational history, smoking habits, previous and present nasal complaints, and symptoms suggesting nasal allergy. Workers who had stopped smoking for less than a year before the examination were considered as smokers.

COLLECTION OF SAMPLES

After the application of local anaesthesia (tetracaine 2%, adrenaline 0·1%) to the mucosal surface for about five minutes, biopsy specimens were taken from the anterior curvature of the middle turbinate of the nasal cavity that was judged to have the best air flow.[6] The specimens were fixed in 4% buffered formaldehyde, processed by routine methods, and the sections stained with haematoxylin and eosin.

*Table 2 Mean age and duration of exposure*

| | No | Age Mean | Age Range | Years employed Mean | Years employed Range |
|---|---|---|---|---|---|
| Exposed | 37 | 51 | 27–66 | 20 | 3–36 |
| Controls | 37 | 49 | 35–66 | — | |

HISTOLOGICAL EXAMINATION

All sections were examined independently by two of the authors (VA and MB) without access to clinical or occupational information. The histological classification and scoring of the epithelial changes were performed according to previous studies.[6,7,9] The different types of epithelia are shown in figs 1–5 and the scores given to each type in table 3. Specimens showing more than one type of epithelium were graded according to the highest score.

RHINOSCOPICAL FINDINGS

The rhinoscopical appearance of the nasal mucosa

*Table 3 Types of nasal epithelium and histological score*

| Types of epithelia | Histological score |
|---|---|
| Pseudostratified columnar epithelium | 0 |
| Stratified cuboidal epithelium | 1 |
| Mixed stratified cuboidal/stratified squamous epithelium | 2 |
| Stratified squamous epithelium, non-keratinising | 3 |
| Stratified squamous epithelium, keratinising | 4 |
| Dysplasia | 5 |

*Figure 1 Pseudostratified epithelium with ciliated cells and goblet cells. (Scale bar = 25 µm.)*





*Stratified cuboidal ...omposed of several ...oidal cells and ...ted cells. ...tion as in fig 1.)*

...revious nasal dis... ...ree of metaplastic ...mong the exposed ... mean histological ($p > 0{\cdot}05$). Three

*...ore of exposed and*

| 4 | 5 | Mean |
|---|---|---|
| 1 | 3 | 1·9 |
| 0 | 0 | 1·4 |

*Figure 4 Stratified squamous epithelium with several layers of squamous cells overlying cells with distinct cell borders. (Magnification as in fig 1.)*

cases of epithelial dysplasia, all of the squamous type, were observed in the formaldehyde group. These workers had been exposed daily to formaldehyde at concentrations ranging from 0·5 to 2 ppm (group 3) for more than 22 years. Two of the exposed workers had previously been exposed to wood dust for some years and three were still exposed to some wood dust; none of these had epithelial dysplasia. The histological scores were somewhat higher among smokers than non-smokers, the scores further increased with age, degree, and duration of exposure, but the differences did not reach statistical significance.

Table 5 shows the rhinoscopical findings. The incidence of hyperplastic nasal mucosa was higher in the exposed than in the control group but the difference was not statistically significant. The incidence of subjective nasal complaints was considerably higher in the exposed subjects ($p < 0{\cdot}01$) (table 6).

## Discussion

Formaldehyde is ubiquitous and the background

*Table 5 Rhinoscopical findings in exposed and control groups*

| | Normal | Hyperplastic nasal mucosa | Polypoid nasal mucosa |
|---|---|---|---|
| Exposed | 28 | 9 | 0 |
| Controls | 33 | 4 | 0 |

*...ixed stratified ...tified squamous ...nsisting of several ...oidal cells covered ...er of flattened cells. ...ion as in fig 1.)*

*Figure 5 Dysplasia of the squamous type with nuclear and cellular pleomorphism and partial loss of polarity. (Magnification as in fig 1.)*





Subdivisions and Structure of Intrapulmonary Airways
Segmental bronchus
Cartilage
Large subsegmental bronchi (about 5 generations)
Bronchi
Small bronchi (about 15 generations)
Bronchioles
Terminal bronchioles
Lobule
Respiratory bronchioles (3 orders)
Alveolar ducts and alveolar sacs
Acinus
Acinus
Terminal bronchiole
Smooth muscle
Elastic fibers
Alveolus
1st order
2nd order
3rd order

EXHIBIT
D-14



SECTION I PLATE 26

## Intrapulmonary Blood Circulation

that is supplied mainly by the bronchial artery, and drain to the azygos system and right atrium.

*Arteries.* The *bronchial arteries* arise from the aorta and supply the capillary plexus in the full length of the airway wall from the hilus to the respiratory bronchiole.

*Veins.* All intrapulmonary drainage is to pulmonary veins. The veins lie at the periphery of any unit—acinus, lobule or segment. Veins receive tributaries from (1) the alveolar capillary network, (2) the pleura and (3) the airways.

EXHIBIT D-15



Ultrastructure of Pulmonary Alveoli and Capillaries
Type I alveolar cell and nucleus
Tight cell junctions
Type II alveolar cell
Lamellar bodies
Surface-active layer (surfactant)
Alveolar macrophage
Capillary lumen
Capillary lumen
Alveolus (airspace)
Capillary lumen
Capillary lumen
Alveolus (airspace)
© CIBA
Interstitium
Interstitial cell
Fused basement membranes
Type II alveolar cell
Endothelial (loose) cell junctions
Endothelial cell and nucleus

EXHIBIT
D-16
tabbies



*Figure 30-10* Schematic representation of the respiratory unit of the lung: respiratory bronchiole, alveolar ducts, alevolar sacs, and alveoli. The atria indicated by the circles are spaces bounded on one side by the termination of the alveolar duct and on the other by the openings of the alveolar sacs. (Slightly modified after S. Sorokin, *in* R. O. Greep, ed.: Histology. 2nd ed. New York, McGraw-Hill Book Co., 1966.)

Cartilage
Alveoli
Se
Cil
sm
str
pla

EXHIBIT
tabbles
D-18

## Lobar Emphysema

EXHIBIT
tabbies
D-19



*Figure 30–12* Photomicrographs of section of lung. *A*, Human newborn. *B*, 12 year old girl. Both specimens fixed immediately after death by the intratracheal injection of Zenker-formol solution. Note increase in size of alveolar ducts (*x*) and alveoli (arrow). Mallory-azan stain. × 82. (Courtesy of C. G. Loosli.)

EXHIBIT
D-20