MINUTE ENTRY
ENGELHARDT, J.
November 24, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>   FORMALDEHYDE PRODUCTS<br>   LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone status conference was conducted on Monday, November 24, 2008, at 10:00 a.m. Participating were Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass (in person), liaison counsel for defendants; Adam Dinnell, attorneys for the Government/FEMA. Also participating was Thomas W. Thagard III, pro hac vice counsel for defendants, CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Industries, Inc., Palm Harbor Mfg., LP and Palm Harbor Albemarle, LLC.

JS10(00:50)