UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES:

## ORDER

Considering the Plaintiffs' forgoing Motion to Place Documents under Seal:

**IT IS HEREBY ORDERED** that the Plaintiffs' motion is GRANTED and the exhibit referenced in the Memorandum in Support of Motion for Reconsideration of Dismissal of Morgan's Rule 12(b)(1) Class Claims (Document No. 909-2), is hereby placed under protective seal.

THIS DONE the 24th day of November, 2008, New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT