United States District Court
Eastern District of Louisiana

FILED NOV 20 2008

LORETTA G. WHYTE
Clerk

In Re: Fema Trailer Formaldehyde Products Liability Litigation

MDL No 07-1873 N

Notice of Entry of Appearance of Jonathan Lee Riches

Jonathan Lee Riches moves to Enter his Appearance in this litigation on behalf of all the Plaintiffs, in Addition appearing with Plaintiffs Liason Counsel Gerald Edward Meunier of Gainsburgh, Benjamin, David, Meunier & Warshauer.

respectfully,

11-15-08

Jonathan Lee Riches
#40948018
P.O. Box 340
Salters, SC 29590
843-387-9400

TENDERED FOR FILING

NOV 20 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
_X_ CtRmDep _____
___ Doc. No. _____

Name: Jonathan Lee Riches
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

Legal Mail



FLORENCE SC 295
17 NOV 2008 PM 1 T

United States District Court
Eastern District of Louisianna
Clerk of Court
U.S. Courthouse
500 Poydras St.
New Orleans, Louisianna 70130

70130-3319