UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO ALL CASES

## **DISCLOSURE**

On June 26, 2008, the undersigned conducted a telephone conference with Government counsel, Plaintiffs' liaison counsel, and Defendants' liaison counsel. In that conference, the undersigned disclosed that Mr. Brian Ballay, who is the husband of Ms. Amanda Ballay (the law clerk specifically assigned to the instant MDL action), is an associate with the law firm of Baker Donelson. The undersigned further disclosed that the law firm of Baker Donelson has, in the past, represented and currently represents two entities that had received subpoenas for discovery in this litigation, Shaw Group, Inc. ("Shaw") and CH2M Hill ("CH2M"). At the time, neither entity was a party to the litigation. Further, the undersigned advised that Mr. Ballay had represented both entities in the past, but does not and would not represent them in connection with the instant MDL action, on which his wife serves as the undersigned's specially-designated MDL law clerk. Based on that disclosure, the parties were given the opportunity to object to

her assignment; however, all waived the opportunity to do so.

Now, Plaintiffs' have filed a Motion for Leave to File First Supplemental and Amending Complaint (Rec. Doc. 758), wherein they seek to name both Shaw and CH2M as defendants in this action. Based on this new development, the undersigned reiterates, formally and on the record, this same disclosure that was made during the June 26, 2008 telephone conference. The undersigned seeks to memorialize in writing counsel's previous indication to the Court that they have no objection to Ms. Ballay proceeding to act as the specifically-designated MDL law clerk on this case.

New Orleans, Louisiana, this 19th day of November, 2008.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

*************************************************************************
See next three pages for signatures/waivers.

I, as liaison counsel for Plaintiffs, do hereby represent on the record that, based on the above disclosure and the disclosure previously made by the undersigned in the June 26, 2008 telephone conference, I have no objection to Ms. Ballay proceeding to act as the specifically-designated MDL law clerk in this matter this case.

Nov. 5, 2008
Date

_Justin R. Woods_
Plaintiffs' Liaison Counsel

I, as liaison counsel for Plaintiffs, do hereby represent on the record that, based on the above disclosure and the disclosure previously made by the undersigned in the June 26, 2008 telephone conference, I have no objection to Ms. Ballay proceeding to act as the specifically-designated MDL law clerk in this matter this case.

11/6/08
Date

GERALD MEUNIER Plaintiffs' Liaison Counsel

I, as liaison counsel for the Defendants, do hereby represent on the record that, based on the above disclosure and the disclosure previously made by the undersigned in the June 26, 2008 telephone conference, I have no objection to Ms. Ballay proceeding to act as the specifically-designated MDL law clerk in this matter this case.

_11/6/08_     _[signature]_

Date                                  Defendants' Liaison Counsel

**ORIGINAL**

I, as counsel for the Government, do hereby represent on the record that, based on the above disclosure and the disclosure previously made by the undersigned in the June 26, 2008 telephone conference, I have no objection to Ms. Ballay proceeding to act as the specifically-designated MDL law clerk in this matter this case.

11/5/2008
Date

/s/ H.T. Miller / HENRY T. Miller
Government Counsel