UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4" |
| This Pleading Pertains To:<br>all cases | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

### NOTICE OF FILING OF THE PROOF OF SERVICE ON ALLIANCE HOMES, INC. d/b/a ADRIAN HOMES

COMES NOW the Defendant, ScotBilt Homes, Inc., by and through its undersigned counsel, and submits this Notice of the Filing of the Proof of Service of its Third Party Demand upon Alliance Homes, Inc. d/b/a Adrian Homes, and of the attached Affidavit of the process server showing that service was made upon Alliance Homes, Inc. d/b/a Adrian Homes through its registered agent for service of process, CT Corporation.

1

Respectfully submitted,
NIELSEN LAW FIRM, L.L.C.

*/s/ Thomas C. Pennebaker*
THOMAS C. PENNEBAKER, LA.S.B. 24597
WILLIAM R. DeJEAN, LA.S.B. 22762
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500
Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
wdejean@nielsenlawfirm.com

Counsel for ScotBilt Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 25th day of November, 2008.

*/s/ Thomas C. Pennebaker*