# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

RETURN

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION<br>Plaintiff<br>v.<br>SCOTBILT HOMES, INC.<br>Defendant, Third-party plaintiff<br>v.<br>ALLIANCE HOMES, INC.<br>Third-party defendant | Civil   07MDL1873 "N" (4) |

**Summons on a Third-Party Complaint**

To: *(Third-party defendant's name and address)*
ALLIANCE HOMES, INC.

A lawsuit has been filed against defendant <u>SCOTBILT</u>, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff <u>IN RE: FEMA TRAILER</u>.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff and on the defendant an answer to the attached third-party complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant's attorney, whose name and address are:
William R. DeJean
3838 N. Causeway Blvd., Suite 2850
Metairie, LA 70002

It must also be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: <u>July 30, 2008</u>

<u>LORETTA G. WHYTE</u>
Clerk of Court

C. Bourgeois
Deputy Clerk

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*
AO 441 (Rev. 04/08) Summons on Third-Party Complaint (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on *Alliance Homes, Inc*, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is *C.T. Corporation Service, 5615 Corporate Blvd, Baton Rouge, LA* ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other *(specify)* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: *October 7, 2008*

Server's signature

*Jami I. Mitchell, Process Server*
Printed name and title

*201 St Charles Ave., Ste 114-320*
*New Orleans, LA 70170*
Server's address