UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

The Court has received the Notice of Entry of Appearance of Jonathan Lee Riches (Rec. Doc. 927).

To the extent that this Notice of Entry of Appearance of Jonathan Lee Riches (Rec. Doc. 927) requests any relief, **IT IS ORDERED** that such relief is **DENIED**.

To the extent that Mr. Riches is seeking to make an appearance on behalf of any other person, **IT IS ORDERED** that this Notice of Entry of Appearance of Jonathan Lee Riches (Rec. Doc. 927) is **STRICKEN** from the record.

**IT IS FINALLY ORDERED** that Mr. Riches is **REFERRED** to Plaintiffs' Liaison Counsel for further consultation:

    Gerald Edward Meunier  
    Justin I. Woods  
        Gainsburgh, Benjamin, David, Meunier & Warshauer  
        Energy Centre  
        1100 Poydras St.  
        Suite 2800

       New Orleans, LA 70163-2800
       Telephone: 504-522-2304
       Fax: 504-528-9973
       Email: gmeunier@gainsben.com

New Orleans, Louisiana, this 25th day of November, 2008.

                        **KURT D. ENGELHARDT**
                        **UNITED STATES DISTRICT JUDGE**

\*\*Clerk to also copy Mr. Jonathan Lee Riches.