## Scott Daniels

**From:** Linda Nelson [Linda@lambertandnelson.com]
**Sent:** Friday, September 19, 2008 2:30 PM
**To:** Courtney Hymel; Matthew B. Moreland; ROBBECNEL@aol.com
**Cc:** Racheal Mezzic; Jennifer Minden
**Subject:** FW: fema

silver creek's attny does <u>not</u> want to do the 2 spanish speaking class reps.

linda

Linda J. Nelson, Esq.
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Friday, September 19, 2008 2:23 PM
**To:** Linda Nelson
**Subject:** RE: fema

Walter Jamison does not want to depose the 2 silver creek panish speaking reps

---

**From:** Linda Nelson [mailto:Linda@lambertandnelson.com]
**Sent:** Friday, September 19, 2008 1:41 PM
**To:** ANDREW WEINSTOCK
**Cc:** CARMEN MOTES; Denise Martin; Justin Woods
**Subject:** fema

andy —

are you able to give us other names of class reps you want to set for depositions?

also, I understand that we have at least 2 Spanish speaking class reps.   (both silver creek)   do you have an interpreter?

let me know.

linda

Linda J. Nelson, Esq.
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana
70130
504-581-1750

1