UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:   All Cases | * | |
| | * | |
| | * | MAG: CHASEZ |

**MANUFACTURING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW MOTION TO EXCLUDE THE TESTIMONY OF DR. KENNETH PARIS**

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants who hereby respectfully request that their Motion to Exclude the Testimony of Dr. Kenneth Paris be withdrawn as a "stand alone motion." The Manufacturing Defendants do not require a separate ruling on this Motion. Nevertheless, portions of the argument were referred to in the Opposition to Class Certification are set forth in the attached Memorandum in Support and are adopted herein for that purpose. There is no opposition to the filing of this Motion.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com
*DEFENSE LIASON COUNSEL*

## **C E R T I F I C A T E OF SERVICE**

   I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile       ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana this 1st day of December, 2008.

           s/Andrew D. Weinstock
         _____
          ANDREW D. WEINSTOCK #18495
          andreww@duplass.com