UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE:FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-4"**<br><br>**JUDGE: ENGLEHARDT**<br>**MAG: ROBY** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**ORDER**</u>

**IT IS HEREBY ORDERED THAT** Manufacturing Defendants' Unopposed Motion to Withdraw Motion to Exclude the Testimony of Dr. Kenneth Paris is hereby **GRANTED**.

New Orleans, Louisiana, this _____ day of _____, 2008.

_____
**J U D G E**