UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION N-4

JUDGE ENGLEHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## UNOPPOSED MOTION AND ORDER FOR EXTENSION OF TIME

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Heartland Recreational Vehicles, LLC ("Heartland") and Timberland RV Company d/b/a Adventure Manufacturing ("Timberland"), and move this Honorable Court for an extension of time within which to file an answer and/or other responsive pleadings to the Complaint filed in this matter. Defendants further retain a full reservation of all rights, including the right to raise and plead all affirmative defenses and/or 12(b)(6) defenses. Additionally, Movers certify that this is their first extension in Federal Court.

Defendants' counsel contacted Plaintiffs' counsel by telephone on November 7, 2008 to inquire if Plaintiffs had any objection to this Motion and Order for Extension of Time, and Plaintiffs' counsel agreed to an extension of time until December 10, 2008 for Defendants' to file responsive pleadings. Defendants' counsel confirmed in writing this agreement with Plaintiffs' counsel.

Accordingly, Defendants, Heartland and Timberland, respectfully urge that the Court grant an extension up to and including December 10, 2008, within which to file an answer or other responsive pleading to the Complaint.

Respectfully submitted,

**ADAMS AND REESE LLP**

/s/ Scott E. Delacroix
**Scott E. Delacroix (Bar # 4823)**
4500 One Shell Square
New Orleans, Louisiana 70139
Telephone: (504) 581-3234
Facsimile:   (504) 566-0210

*Attorneys for Defendants, Heartland Recreational Vehicles, LLC and Timberland RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2008, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the all counsel of record.

/s/ Scott E. Delacroix
