UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-4" |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ENGELHARDT |
| | MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**HEARTLAND RECREATIONAL VEHICLES, LLC'S
AND TIMBERLAND RV COMPANY'S OPPOSITION TO
PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND
JOINDER IN THE MANUFACTURING DEFENDANTS'
<u>OPPOSITION TO CLASS CERTIFICATION</u>**

Defendants Heartland Recreational Vehicles, LLC ("Heartland") and Timberland RV Company ("Timberland") oppose Plaintiffs' Motion for Class Certification. For their opposition, Heartland and Timberland state:

1. Heartland and Timberland have not yet responded to Plaintiffs' Complaint and their responses to Plaintiffs' Complaint are not yet due by agreement of the parties. Nevertheless, Heartland and Timberland are aware that Plaintiffs' Motion for Class Certification is set for hearing on December 2, 2008.

2. Heartland and Timberland oppose Plaintiffs' Motion for Class Certification (Document 764) and respectfully request that the Court deny Plaintiffs' Motion.

3. In support of their opposition, Heartland and Timberland join in the Manufacturing Defendants' Opposition to Plaintiffs' Motion and adopt the arguments advanced in the Manufacturing Defendants' Memorandum in Opposition to Class Certification (Document 902) and all other documents submitted by the Manufacturing Defendants in opposition to Plaintiffs' Motion for Class Certification.

BDDB01 5484908v1

WHEREFORE, Heartland and Timberland respectfully request that the Court deny Plaintiffs' Motion for Class Certification and that the Court grant Heartland and Timberland all other just and proper relief.

Respectfully submitted:

**ADAMS AND REESE** LLP

By: /s/ Scott E. Delacroix
  Scott E. Delacroix, T.A. (#4823)
  701 Poydras Street, Suite 4500
  New Orleans, Louisiana 70139
  (504) 581-3234
  (504) 566-0210 (fax)

  J. Joseph Tanner (*Pro Hac Vice to be filed*)
  Baker & Daniels LLP
  300 North Meridian Street, Suite 2700
  Indianapolis, Indiana 46204
  (317) 237-1000
  (317) 237-0300 (fax)

  Thomas C. Kus (*Pro Hac Vice to be filed*)
  Baker & Daniels LLP
  111 East Wayne Street, Suite 800
  Fort Wayne, Indiana 46802
  (260) 424-8000
  (260) 460-1700 (fax)

ATTORNEYS FOR DEFENDANTS
HEARTLAND RECREATIONAL VEHICLES,
LLC AND TIMBERLAND RV COMPANY

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

By: /s/ Scott E. Delacroix
Scott E. Delacroix