UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | |

## MOTION FOR EXTENSION OF TIME

ON MOTION of defendant, Hy-Line Enterprises, Inc., on suggesting to the Court that mover and its counsel require additional time within which to investigate the Class Action Complaint and First Supplemental and Amended Master Complaint filed by plaintiffs, and to prepare and file pleadings in response to the Class Action Complaint and First Supplemental and Amended Master Complaint; that for this purpose mover desires an extension of time until December 22, 2008, within which to plead in this suit, and that no prior extension of time has been granted by the Court or by Counsel.

1067439
102367

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

_____
THOMAS G. BUCK   T.A.        Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY                Bar No. 18948
BRETT W. TWEEDEL             Bar No. 30100
DAVID B. PARNELL, JR.        Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
TGB Direct Telephone (504) 830-4912
TGB Facsimile (504) 849-3029
Attorneys for:  Hy-Line Enterprises, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on December 1, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.  I further certify that I mailed the foregoing document by first-class mail to all non-CM.ECF participants.

_____
THOMAS G. BUCK

1067439
102367