UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | |

## UNIFORM LOCAL RULE 7.6E CERTIFICATE

Defendant certifies to this Honorable Court that opposing counsel has been contacted this date pursuant to Rule 7.6E as to its request for additional time and opposing counsel has asserted no objection to same.

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

_____
THOMAS G. BUCK, T.A.          Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY                 Bar No. 18948
BRETT W. TWEEDEL              Bar No. 30100
DAVID B. PARNELL, JR.         Bar No. 27031
3421 North Causeway Boulevard, Suite 900
Metairie, LA 70002
TGB Direct Telephone (504) 830-4912
TGB Facsimile (504) 849-3029
Attorneys for: Hy-Line Enterprises, Inc.

1067468
102367