UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the Manufacturing Defendants' Motion to Strike (Rec. Doc. 920), wherein it is requested that twenty Plaintiffs be stricken from serving as class representatives in this case.

First, Plaintiffs do not oppose the striking of the following five plaintiffs from serving as class representatives: Crystal L. Gumm, Joseph C. Jack, Jr., Sherry Trollinger (on behalf of Michael Davis), Rose Lee Bright, and Tyrone Battle (represented by Kendra Vason). Thus, these five plaintiffs are stricken from serving as class representatives in this case.

Second, for the reasons stated by the Manufacturing Defendants in support of their motion to strike, the following Plaintiffs are excluded and stricken from serving as class representatives in this matter: Marcelio Ayala, Margarita Solis, Dakyre Smith, Thomas Anthony Bergens, Keena Magee (on behalf of Kierra Wilson), and Constance Jordan (on behalf of Bronica Jordan).

Last, for the reasons stated by Plaintiffs in opposition to the motion to strike, the Manufacturing Defendants' request to strike the following Plaintiff from serving as class representatives is denied/overruled: Adrina McCray, Barry Dominguez, Linda Maydonado-West, Betty White (on behalf of Erin McConnel), Carrie LeBeau, Shirley Sinclair, Kody Woods, Linda

Davis, and Amaris McGallion.

Considering the foregoing, **IT IS ORDERED** that Manufacturing Defendants' Motion to Strike (Rec. Doc. 920) is **GRANTED IN PART and DENIED IN PART**.

New Orleans, Louisiana, this 1st day of December, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**