UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Laney v. The United States of America, et al.,* Civil Action No. 08-4630. | * * * | MAG. JUDGE ALMA L. CHASEZ |

## RULE 12(B) MOTION TO DISMISS

NOW COMES Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS"),[1] which, for the reasons provided in the attached Memorandum in Support, moves to dismiss all of Plaintiffs' claims against it.

WHEREFORE, IBS prays that this Court dismiss Plaintiffs' claims against it without prejudice.

THIS SPACE INTENTIONALLY LEFT BLANK.

---

[1] IBS was dismissed from the Administrative Master Complaint via Court Order dated August 1, 2008, and entered August 4, 2008 (doc. no. 604). After Plaintiffs filed a First Supplemental and Amended Master Complaint (doc. no. 379) and Second Supplemental and Amended Master Complaint (doc. no. 722), IBS was again dismissed from the Administrative Master Complaint via Court Order dated November 3, 2008 (doc. no. 800). IBS was also dismissed from the *Pujol* Complaint (docket no. 08-3217) via Court Order dated November 3, 2008 (doc. no. 801). However, IBS files this motion in response to the Laney Class Action Complaint (doc. no. 1, docket no. 08-4630), which was served on IBS on November 18, 2008.

835490.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com

s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Laney v. The United States of America, et al.*, Civil Action No. 08-4630. | * * * | MAG. JUDGE ALMA L. CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss, Memorandum In Support, Proposed Order and Notice of Hearing have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. A copy of the foregoing Motion to Dismiss, Memorandum In Support, Proposed Order and Notice of Hearing have this date been sent via U.S. Mail to the following counsel of record:

Jack W. Harang, APLC

3500 North Hullen Street

Metairie, Louisiana 70002

Date: December 1, 2008

s/ David R. Kelly
David R. Kelly

835490.1