UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 |
| | | SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Laney v. The United States of America, et al.,* Civil Action No. 08-4630. | * * * | MAG. JUDGE ALMA L. CHASEZ |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Indiana Building Systems, L.L.C., d/b/a Holly Park, ("IBS"),[1] hereby moves to dismiss Plaintiffs' claims against it. **These Plaintiffs, like the plaintiffs in the Administrative Master Complaint and *Pujol, et al v. United States of America, et al* (docket no. 08-3217), have failed to match up any Plaintiff, whether a class representative or not, who allegedly resided in a home manufactured by IBS.** Rather, on page 10 of their Class Action Complaint, Plaintiffs merely name IBS as a defendant who "manufactured and supplied FEMA trailers or housing units . . . pursuant to contracts with FEMA for use in [Louisiana, Mississippi, Alabama, and Texas]." No where in their Complaint do Plaintiffs assert that any of the forty-seven named Plaintiffs have resided in a home manufactured by IBS.

In the Court's Order of August 1, 2008, (doc. no. 599), the Court cautioned that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice." (doc. no. 599, p. 11.) The Court reiterated this position in its Order of November 3, 2008,

---

[1] IBS was dismissed from the Administrative Master Complaint via Court Order dated August 1, 2008, and entered August 4, 2008 (doc. no. 604). After Plaintiffs filed a First Supplemental and Amended Master Complaint (doc. no. 379) and Second Supplemental and Amended Master Complaint (doc. no. 722), IBS was again dismissed from the Administrative Master Complaint via Court Order dated November 3, 2008 (doc. no. 800). IBS was also dismissed from the *Pujol* Complaint (docket no. 08-3217) via Court Order dated November 3, 2008 (doc. no. 801). However, IBS files this motion in response to the Laney Class Action Complaint (doc. no. 1, docket no. 08-4630), which was served on IBS on November 18, 2008.

wherein it dismissed IBS from the Administrative Master Complaint and *Pujol* matter because no Plaintiff had asserted that it had resided in a home manufactured by IBS. Because the *Laney* Plaintiffs, in their Class Action Complaint, have failed to specifically match any Plaintiff to IBS, IBS hereby moves to dismiss all of Plaintiffs' claims against it for the same reasons advanced and ordered in the Motion to Dismiss filed as to the Administrative Master Complaint and in *Pujol*.

WHEREFORE, IBS prays that this Court dismiss Plaintiffs' claims against it without prejudice.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com

s/ David R. Kelly
_____
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park***

835491.1