UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
| FORMALDEHYDE PRODUCT | * | |
| LIABILITY LITIGATION | * | SECTION "N-4" |
| | * | |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| *Laney v. The United States of America, et al.,* | * | MAG. JUDGE ALMA L. CHASEZ |
| Civil Action No. 08-4630. | * | |

## ORDER

CONSIDERING THE FOREGOING Motion to Dismiss:

IT IS HEREBY ORDERED that Plaintiffs' claims be dismissed as to Indiana Building

Systems, without prejudice.

New Orleans, Louisiana, this _____ day of _____, 200___.


_____
**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

835488.1