UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 07-1873 SECTION "N-4" |
| | * | JUDGE KURT D. ENGELHARDT |
| THIS DOCUMENT IS RELATED TO *Laney v. The United States of America, et al.,* Civil Action No. 08-4630. | * * * | MAG. JUDGE ALMA L. CHASEZ |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Indiana Building Systems, L.L.C., d/b/a Holly Park's *Motion to Dismiss* will be held on the **17th day of December, 2008**, commencing at **9:30 a.m.**, before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, this 1st day of December, 2008.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Stephen R. Whalen (#27401)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park***

835487.1