UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION ] ] ] ] ] THIS DOCUMENT IS RELATED TO: ] *Pujol v. The United States of America,* ] *No. 08-3217* ] _____] | MDL NO. 1873  SECTION "N-4"  JUDGE ENGELHARDT MAG. JUDGE ROBY |

## MOTION TO ENROLL AS CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come John C. Henry, Brett W. Tweedel and David B. Parnell, Jr., of the firm of Blue Williams, L.L.P., who respectfully request that they be enrolled as co-counsel of record for defendant, Hy-Line Enterprises, Inc., with counsel Thomas G. Buck of the firm of Blue Williams, L.L.P. in the above-captioned matter.

1067787
102467

Respectfully submitted:

BLUE WILLIAMS, L.L.P.

*/s/ Thomas G. Buck*

_____
THOMAS G. BUCK   T.A.        Bar No. 14107
tbuck@bluewilliams.com
JOHN C. HENRY            Bar No. 18948
jhenry@bluewilliams.com
BRETT W. TWEEDEL         Bar No. 30100
btweedel@bluewilliams.com
DAVID B. PARNELL, JR.    Bar No. 27031
dparnell@bluewilliams.com
3421 North Causeway Boulevard, Suite 900
Metairie, LA  70002
TGB Direct Dial 504-830-4912
TGB Direct Facsimile 504-849-3029
Attorneys for defendant, Hy-Line Enterprises, Inc.

## CERTIFICATE OF SERVICE

I do hereby certify that I have on December 2, 2008, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a Notice of Electronic Filing to all counsel of record.  I further certify that I mailed the foregoing document by first-class mail to all non-CM.ECF participants.

*/s/ Thomas G. Buck*
_____
THOMAS G. BUCK

1067787
102467