UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ] ] ] ] ] | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *Pujol v. The United States of America, No. 08-3217* | ] ] ] ] | MAG. JUDGE ROBY |

## ORDER

IT IS ORDERED that John C. Henry, Brett W. Tweedel and David B. Parnell, Jr., of the firm of Blue Williams, L.L.P. be and are hereby enrolled as co-counsel of record for defendant, Hy-Line Enterprises, Inc., with counsel Thomas G. Buck of the firm of Blue Williams, L.L.P. in the above-captioned matter

New Orleans, Louisiana, this _____day of _____, 2008.


_____
JUDGE

1067792
102367