UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE:FEMA TRAILER**  **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

SECTION "N-5

**JUDGE:** ENGLEHARDT
**MAG:** CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

*********************************************************************
**ORDER**

**IT IS HEREBY ORDERED THAT** Manufacturing Defendants' Unopposed Motion to Withdraw Motion to Exclude the Testimony of Dr. Kenneth Paris is hereby **GRANTED**.

New Orleans, Louisiana, this  1st  day of      December     , 2008.

_____
J U D G E