UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ] ] ] ] ] | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |
| THIS DOCUMENT IS RELATED TO:<br>*Pujol v. The United States of America,*<br>*No. 08-3217* | ] ] ] ] | |

## **PROPOSED ORDER**

IT IS ORDERED that defendant, Hy-Line Enterprises, Inc., is hereby granted an extension of time until December 22, 2008, within which to plead in the above-entitled and numbered suit.

New Orleans, Louisiana, this __2nd__ day of _____December_____, 2008.

_____
JUDGE

1067462
102367