UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION N-4

JUDGE ENGLEHARDT
MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES
*****************************************************************

## ORDER ON MOTION FOR EXTENSION OF TIME

*Considering the foregoing Motion for Extension of Time filed by Defendants, Heartland Recreational Vehicles, LLC ("Heartland") and Timberland RV Company d/b/a Adventure Manufacturing ("Timberland");*

**IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** and that Defendants be and are afforded an extension of time until December 10, 2008, within which to answer or otherwise file pleadings responsive to the Complaint filed by Plaintiffs.

New Orleans, Louisiana, this __2nd__ day of December, 2008.

_____
JUDGE