UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | ] | MDL NO. 1873 |
| FORMALDEHYDE | ] | |
| PRODUCT LIABILITY LITIGATION | ] | SECTION "N-5 |
| | ] | |
| | ] | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | ] | MAG. JUDGE CHASEZ |
| *Pujol v. The United States of America,* | ] | |
| *No. 08-3217* | ] | |
| | ] | |

## ORDER

IT IS ORDERED that John C. Henry, Brett W. Tweedel and David B. Parnell, Jr., of the

firm of Blue Williams, L.L.P. be and are hereby enrolled as co-counsel of record for defendant,

Hy-Line Enterprises, Inc., with counsel Thomas G. Buck of the firm of Blue Williams, L.L.P. in

the above-captioned matter

New Orleans, Louisiana, this __3rd__ day of __December__, 2008.

_____
JUDGE

1067792
102367