UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT Magistrate Judge Alma L. Chasez |
| THIS DOCUMENT RELATES TO: *Laney v. The United States of America*, No. 08-4630 | | |

### DEFENDANT PALM HARBOR HOMES, INC.'S
### MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

Defendant Palm Harbor Homes, Inc. hereby adopts and incorporates by reference the Memorandum In Support of their Motion to Dismiss the Complaint filed in *Laney v. The United States of America,* Docket No. 08-4630 (the "*Laney* Complaint") (Rec. Doc. 949-2) filed by Defendants Southern Energy Homes, Inc., Giles Industries, Inc., and SunRay RV, LLC, including all attachments made thereto and all arguments, authorities, and requests for relief set forth therein.

Respectfully submitted,

*/s James Carroll*
James K. Carroll
One of the Attorneys for Palm Harbor Homes, Inc.

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

01723736.1

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

01723736.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 8th, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                  */s James Carroll*
                                  Of Counsel