UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-4" JUDGE ENGELHARDT MAG. ALMA CHASEZ |
| THIS DOCUMENT RELATES TO *Laney v. The United States of America,* No. 08-4630 | | |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendant Palm Harbor Homes, Inc.'s Motion to Dismiss the Complaint filed in *Laney v. The United States of America,* Docket No. 08-4630, (Rec. Doc. 949) will be held on December 31, 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll (#3898)
One of the Attorneys for Palm Harbor Homes, Inc.

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and –

01705328.1

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2008, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

>*/s/ James K. Carroll*
>Of Counsel

01705328.1