UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　　　 MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 08-4630

## ORDER AND REASONS

Plaintiffs' liaison counsel has informed the Court that, pursuant to the Court's Order and Reasons of August 1, 2008 (Rec. Doc. 599)[1], they have no opposition to the Motion to Dismiss on Behalf Of Giles Industries, Inc., Southern Energy Homes, Inc., and Sunray RV, LLC (Rec. Doc. 949), as it pertains to the threshold matter of standing.  Accordingly,

Considering the foregoing, **IT IS ORDERED** that the **Motion to Dismiss on Behalf Of Giles Industries, Inc., Southern Energy Homes, Inc., and Sunray RV, LLC (Rec. Doc. 949)** is **GRANTED**.  Thus, Plaintiffs' claims against Giles Industries, Inc., Southern Energy Homes, Inc., and Sunray RV, LLC are dismissed without prejudice.

New Orleans, Louisiana, this 10th day of December, 2008.

                                  _____
                                  **KURT D. ENGELHARDT**
                                  **UNITED STATES DISTRICT JUDGE**

---

[1] In its Order and Reasons, dated August 1, 2008 (Rec. Doc. 599), the Court clearly cautioned Plaintiffs that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice."