UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                 MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 08-4630

## ORDER AND REASONS

Plaintiffs' liaison counsel has informed the Court that, pursuant to the Court's Order and Reasons of August 1, 2008 (Rec. Doc. 599)[1], they have no opposition to the Rule 12(B) Motion to Dismiss (Rec. Doc. 950), filed by Indiana Building Systems, L.L.C., d/b/a/ Holly Park ("IBS"). Accordingly,

Considering the foregoing, **IT IS ORDERED** that the Rule 12(B) Motion to Dismiss (Rec. Doc. 950), is **GRANTED**. Thus, Plaintiffs' claims against Indiana Building Systems, L.L.C., d/b/a/ Holly Park ("IBS") are dismissed without prejudice.

New Orleans, Louisiana, this 10th day of December, 2008.

                                                                                 _____
                                                                                 **KURT D. ENGELHARDT**
                                                                                 **UNITED STATES DISTRICT JUDGE**

---

        [1]       In its Order and Reasons, dated August 1, 2008 (Rec. Doc. 599), the Court clearly cautioned Plaintiffs that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice."