UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Case No. 08-4630

## ORDER

**IT IS ORDERED** that **Giles Industries, Inc.'s and SunRay RV, LLC's Motion for Summary Judgment (Rec. Doc. 970)** is **DENIED AS MOOT**, based on this Court's previous dismissal of Plaintiffs' claims against these entities. (See Rec. Doc. 972).

New Orleans, Louisiana, this 10th day of December, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**