UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| | * | |
| | * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | * | |
| | * | MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF PATRICIA M. WILLIAMS, PH.D., DABT (DOC. NO. 860)

**NOW INTO COURT**, come the Manufacturing Defendants, who respectfully request an Order from this Honorable Court granting leave to Manufacturing Defendants to file the attached Reply Memorandum in Support of their Motion *in Limine* to Exclude Expert Testimony of Patricia M. Williams, Ph.D., DABT (Doc. No. 860).

Manufacturing Defendants' Liaison Counsel has contacted all opposing counsel and there is no objection to the filing of the Reply Memorandum.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)
JOSEPH G. GLASS (#25397)**
3838 North Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:    (504) 832-3700
**DEFENSE LIAISON COUNSEL**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery         ( )   Prepaid U.S. Mail

( )   Facsimile             ( )   Federal Express

(XX)  CM/ECF

New Orleans, Louisiana this 10th day of December, 2008.

/s/ Andrew D. Weinstock
ANDREW D. WEINSTOCK
andreww@duplass.com