WORLD HEALTH ORGANIZATION
INTERNATIONAL AGENCY FOR RESEARCH ON CANCER



# IARC Monographs on the Evaluation of Carcinogenic Risks to Humans

## VOLUME 88

## Formaldehyde, 2-Butoxyethanol and 1-*tert*-Butoxypropan-2-ol



LYON, FRANCE
2006

Case 2:07-md-01873-KDE-MBN Document 975-4 Filed 12/10/08 Page 2 of 5



risk after cessation of or reduction in exposure in individuals or in whole populations also supports a causal interpretation of the findings.

Although a carcinogen may act upon more than one target, the specificity of an association (an increased occurrence of cancer at one anatomical site or of one morphological type) adds plausibility to a causal relationship, particularly when excess cancer occurrence is limited to one morphological type within the same organ.

Although rarely available, results from randomized trials showing different rates among exposed and unexposed individuals provide particularly strong evidence for causality.

When several epidemiological studies show little or no indication of an association between an exposure and cancer, the judgement may be made that, in the aggregate, they show evidence of lack of carcinogenicity. Such a judgement requires first of all that the studies giving rise to it meet, to a sufficient degree, the standards of design and analysis described above. Specifically, the possibility that bias, confounding or misclassification of exposure or outcome could explain the observed results should be considered and excluded with reasonable certainty. In addition, all studies that are judged to be methodologically sound should be consistent with a relative risk of unity for any observed level of exposure and, when considered together, should provide a pooled estimate of relative risk which is at or near unity and has a narrow confidence interval, due to sufficient population size. Moreover, no individual study nor the pooled results of all the studies should show any consistent tendency for the relative risk of cancer to increase with increasing level of exposure. It is important to note that evidence of lack of carcinogenicity obtained in this way from several epidemiological studies can apply only to the type(s) of cancer studied and to dose levels and intervals between first exposure and observation of disease that are the same as or less than those observed in all the studies. Experience with human cancer indicates that, in some cases, the period from first exposure to the development of clinical cancer is seldom less than 20 years; studies with latent periods substantially shorter than 30 years cannot provide evidence for lack of carcinogenicity.

## 9. STUDIES OF CANCER IN EXPERIMENTAL ANIMALS

All known human carcinogens that have been studied adequately in experimental animals have produced positive results in one or more animal species (Wilbourn *et al.*, 1986; Tomatis *et al.*, 1989). For several agents (aflatoxins, 4-aminobiphenyl, azathioprine, betel quid with tobacco, bischloromethyl ether and chloromethyl methyl ether (technical grade), chlorambucil, chlornaphazine, ciclosporin, coal-tar pitches, coal-tars, combined oral contraceptives, cyclophosphamide, diethylstilboestrol, melphalan, 8-methoxypsoralen plus ultraviolet A radiation, mustard gas, myleran, 2-naphthylamine, nonsteroidal estrogens, estrogen replacement therapy/steroidal estrogens, solar radiation, thiotepa and vinyl chloride), carcinogenicity in experimental animals was established or highly suspected before epidemiological studies confirmed their carcinogenicity in humans (Vainio *et al.*, 1995). Although this association cannot establish that all agents

It is recognized that the criteria for these evaluations, described below, cannot encompass all of the factors that may be relevant to an evaluation of carcinogenicity. In considering all of the relevant scientific data, the Working Group may assign the agent, mixture or exposure circumstance to a higher or lower category than a strict interpretation of these criteria would indicate.

### (*a*) *Degrees of evidence for carcinogenicity in humans and in experimental animals and supporting evidence*

These categories refer only to the strength of the evidence that an exposure is carcinogenic and not to the extent of its carcinogenic activity (potency) nor to the mechanisms involved. A classification may change as new information becomes available.

An evaluation of degree of evidence, whether for a single agent or a mixture, is limited to the materials tested, as defined physically, chemically or biologically. When the agents evaluated are considered by the Working Group to be sufficiently closely related, they may be grouped together for the purpose of a single evaluation of degree of evidence.

#### (i) *Carcinogenicity in humans*

The applicability of an evaluation of the carcinogenicity of a mixture, process, occupation or industry on the basis of evidence from epidemiological studies depends on the variability over time and place of the mixtures, processes, occupations and industries. The Working Group seeks to identify the specific exposure, process or activity which is considered most likely to be responsible for any excess risk. The evaluation is focused as narrowly as the available data on exposure and other aspects permit.

The evidence relevant to carcinogenicity from studies in humans is classified into one of the following categories:

*Sufficient evidence of carcinogenicity*: The Working Group considers that a causal relationship has been established between exposure to the agent, mixture or exposure circumstance and human cancer. That is, a positive relationship has been observed between the exposure and cancer in studies in which chance, bias and confounding could be ruled out with reasonable confidence.

*Limited evidence of carcinogenicity*: A positive association has been observed between exposure to the agent, mixture or exposure circumstance and cancer for which a causal interpretation is considered by the Working Group to be credible, but chance, bias or confounding could not be ruled out with reasonable confidence.

*Inadequate evidence of carcinogenicity*: The available studies are of insufficient quality, consistency or statistical power to permit a conclusion regarding the presence or absence of a causal association between exposure and cancer, or no data on cancer in humans are available.

*Evidence suggesting lack of carcinogenicity*: There are several adequate studies covering the full range of levels of exposure that human beings are known to encounter, which are mutually consistent in not showing a positive association between exposure to

Case 2:07-md-01873-KDE-MBN Document 975-4 Filed 12/10/08 Page 4 of 5



aldehyde
of these
g review
nists and
oducers,
workers
us IARC
dings, the
her carci-

ome into
ncluding
opharyn-
in cancer,

idies of
year of
ers who
orking,
es have
updated

studies,
re 1966
dehyde
oulded
plant).

Marsh
veather

**Table 16. Cohort studies of industrial workers exposed to formaldehyde**

| Reference, location, years of study | Cohort description Type of analysis (cohort size) | Exposure assessment | Organ site (ICD code)[a] | No. of cases/ deaths | SMR (95% CI) | Comments |
|---|---|---|---|---|---|---|
| Coggon *et al.* (2003), United Kingdom, 1941–2000 (update of Acheson *et al.*, 1984a; Gardner *et al.*, 1993) | Chemical factories that used or produced formaldehyde Standardized mortality (14 014 men) | Level of exposure (background, low, moderate, high); among highly exposed, time period and duration of exposure | All cancers | 1511 deaths | 1.10 (1.04–1.16) | |
| | | | Nasopharynx | 1 death | NR | 2.0 expected |
| | | | Nose and nasal sinuses | 2 deaths | 0.87 (0.11–3.14) | Two additional cases identified from registry that could not be used in the analysis |
| | | | Lymphohaematopoietic | NR | NR | |
| | | | Leukaemia | 31 deaths | 0.91 (0.47–1.59) | |
| | | | Mouth (ICD-9, 143–145) | 6 deaths | 1.28 (0.47–2.78) | |
| | | | Lung | 594 deaths | 1.22 (1.12–1.32) | Increased risk among highly exposed (1.58; 95% CI, 1.40–1.78); inverse trend with duration of exposure |
| | | | Brain and central nervous system | 30 deaths | 0.85 (0.57–1.21) | |
| Hauptmann *et al.* (2003, 2004), USA, 1966–94 (update of Blair *et al.*, 1986, 1987) | Manufacturer of formaldehyde, formaldehyde resins, moulding compounds, moulded plastic products, photographic films and plywood Standardized mortality (25 619 workers; 22 493 men, 3126 women) | Duration; quantitative estimates of cumulative, average and highest peak exposure | All cancers | 1723 deaths | 0.90 (0.86–0.95) | 15-year lag for solid cancers; 2-year lag for lymphohaematopoietic cancers |
| | | | Nasopharynx | 8 deaths | 2.10 (1.05–4.21) | The authors noted that the exact CI is 0.91–4.14; statistically significant trend with highest peak exposure; weaker trends observed with duration of, cumulative and average exposures |
| | | | Nose and nasal sinuses | 3 deaths | 1.19 (0.38–3.68) | |
| | | | Lymphohaematopoietic | 161 deaths | 0.80 (0.69–0.94) | |
| | | | Leukaemia | 65 deaths | 0.85 (0.67–1.09) | Statistically significant trend with peak exposure, particularly for myeloid leukaemia; weaker trend with average exposure; no trend with duration of or cumulative exposure |
| | | | Buccal cavity | 49 deaths | 1.01 (0.77–1.34) | |
| | | | Lung | 641 deaths | 0.97 (0.90–1.05) | |
| | | | Brain and central nervous system | 43 deaths | 0.92 (0.68–1.23) | |

**Table 16 (contd)**

| Reference, location, years of study | Cohort description Type of analysis (cohort size) | Exposure assessment | Organ site (ICD code)[a] | No. of cases/ deaths | SMR (95% CI) | Comments |
|---|---|---|---|---|---|---|
| Chiazze *et al.* (1997), USA, 1951–91 | Fibreglass manufacturing plant workers Standardized mortality and nested case–control (4631 men and women) | Cumulative exposure | All cancers | 96 deaths | 0.94 (0.77–1.15)[b] | Analysis restricted to 2933 white men |
| | | | Nasopharynx | NR | NR | |
| | | | Nasal cavity | NR | NR | |
| | | | Lymphohaematopoietic | 5 deaths | 0.46 (0.15–1.08) | |
| | | | Leukaemia | 1 death | 0.24 (0.006–1.36) | |
| | | | Buccal cavity/pharynx | 2 deaths | 0.70 (0.08–2.52) | |
| | | | Lung | 47 deaths | 1.26 (0.93–1.68) | Excess risk for lung cancer reduced when local rates were used (SMR, 1.17; 95% CI, 0.86–1.55); positive trend in case–control study with cumulative exposure to formaldehyde among smokers |
| | | | Brain and nervous system | 6 deaths | 1.48 (0.54–3.23) | |
| Stellman *et al.* (1998), USA, 1982–88 | Workers in the American Cancer Society CPS-II study employed in wood-related occupations or who reported exposure to wood dust Retrospective cohort mortality (45 399 men, of whom 387 reported exposure to formaldehyde) | Dichotomous (yes/no) with and without employment in a wood occupation | All cancers | | | |
| | | | Formaldehyde alone | 367 deaths | 0.98 (0.86–1.12) | |
| | | | Formaldehyde + wood | 14 deaths | 1.61 (0.95–2.72) | |
| | | | Nasopharynx | NR | NR | |
| | | | Nasal cavity | NR | NR | |
| | | | Lymphohaematopoietic | | | |
| | | | Formaldehyde alone | 28 deaths | 1.22 (0.84–1.77) | |
| | | | Formaldehyde + wood | 3 deaths | 3.44 (1.11–10.68) | |
| | | | Leukaemia | | | |
| | | | Formaldehyde alone | 12 deaths | 0.96 (0.54–1.71) | |
| | | | Formaldehyde + wood | 2 deaths | 5.79 (1.44–23.25) | |
| | | | Buccal cavity/pharynx | NR | NR | |
| | | | Lung | | | |
| | | | Formaldehyde alone | 104 deaths | 0.93 (0.73–1.18) | |
| | | | Formaldehyde + wood | 7 deaths | 2.63 (1.25–5.51) | |
| | | | Brain (ICD-9, 191) | NR | NR | |