


WORLD HEALTH ORGANIZATION
INTERNATIONAL AGENCY FOR RESEARCH ON CANCER

GREEN COLLEGE, OXFORD

# INTERPRETATION OF NEGATIVE EPIDEMIOLOGICAL EVIDENCE FOR CARCINOGENICITY

Proceedings of a Symposium held in Oxford, 4–6 July 1983

EDITORS

N.J. WALD & R. DOLL

IARC Scientific Publications No. 65

INTERNATIONAL AGENCY FOR RESEARCH ON CANCER
LYON
1985

of the exposure experienced.... Negative human evidence may mean very little, unless it relates to prolonged and heavy exposure. If, however, it does and is consistent in a variety of studies (correlation studies over time, cohort studies of exposed individuals, and case-control studies of affected patients), whereas the laboratory evidence is limited in scope to, for instance, a particular type of tumour in a few species, negative human evidence may justify the conclusion that for practical purposes the agent need not be treated as a human carcinogen. In practice it is, of course, not usual for such perfect negative evidence to be available, but even less conclusive negative human evidence may help determine priorities between different lines of action.'

*Combination of data*

To this I should like to add, for the purpose of this Symposium, only three comments. First, I should have thought that the statement that human evidence is always relevant and can never be dispensed with, if available, was non-controversial, were it not that the Occupational Safety and Health Administration (1980) in the USA sought to lay down criteria for the admissibility of evidence that tended to show the lack of an effect. These criteria were that the data should refer to groups of subjects who had had at least 20 years' exposure, had been followed for at least 30 years, and were numerous enough for a 50% increase in the predicted type of cancer to be statistically significant. Such data would certainly carry substantial weight, but the exclusion of all other data would be unwise. A laboratory investigator can be advised to use so many animals, to test so many species, to treat at so many levels of dose, and to observe for a minimum length of time, as all these conditions are under his personal control—subject only to the constraints of finance and the availability of personnel. It is, however, unproductive to lay down similarly rigid rules for the epidemiologist, as experiments cannot be repeated and the conditions of the experiment are not under the epidemiologist's control. In practice, we can seek to overcome the deficiencies of one set of data only by combining it with sets from other sources, and any set that would be capable of showing a positive effect is worth considering. Indeed, it *must* be considered, if one is to avoid the trap described by Gaffey (personal communication), in which a positive effect is accepted because it appears in one set of data at the 1 in 20 level of significance, while 19 similar sets are exluded because they fail to satisfy more stringent requirements for the submission of negative results.

From what we know of the induction of cancer, it would be reasonable to require all sets of data to be set out in such a way as to show separately the results of observations made more than 10 years after first exposure, irrespective of whether this showed positive or negative results; but it would be unwise to exclude automatically even the first 10 years' data. In some circumstances, these could be crucial; as, for example, when examining the safety of an immunosuppressive drug that might replace azathioprine in the treatment of patients receiving renal transplants. The only safe rule is to consider the totality of the evidence, making sure, however, that it is set out in such a way that conclusions can be drawn about the presence or absence