

# Occupational Epidemiology

## 2nd Edition

### Richard R. Monson



the interpretation of a large rate ratio. Even though in repeated studies a rate ratio may vary from 10 to 12 to 20, an association between exposure and disease is clearly present. (The only caveat in such a situation is that the association be based on reasonably large numbers. As indicated in Chapter 4, if the number of exposed persons with disease is less than 5, any interpretation attached to the association must be extremely conservative). It is generally accepted that if some confounding factor exists that accounts totally for such a strong association, its detection should be relatively simple.

By contrast, the size of a rate ratio has little to do with the possibility that an association could be due to selection bias or observation bias. Either of these forms of bias can lead in data to a total misrepresentation of the underlying association between exposure and disease. Only through examination of the methods used in the selection of study participants and the collection of data can a judgment be made as to the likelihood of these forms of bias.

## III. INTERPRETATION OF DATA WITH NO ASSOCIATION BETWEEN EXPOSURE AND DISEASE

### A. Random Misclassification

Suppose that some exposure leads to some disease with a rate ratio of 5.0. If 100 exposed persons and 100 nonexposed persons are followed until the disease occurs, the data in the top third of Table 5.2 may result.

Suppose that some of the exposed persons were incorrectly classified as being nonexposed. The data in the middle third of Table 5.2 were the result. The rate ratio of 2.9 is less than the true rate ratio of 5.0, but still is greater than 1.0.

Suppose that there was no relation whatsoever between true exposure and classified exposure, so that a truly exposed person was equally likely to be called exposed or not exposed. The data in the bottom third of Table 5.2 might result. The rate ratio of 1.0 reflects the complete intermingling of exposed and nonexposed persons.

In a cohort study (or in an experiment) random misclassification results when there is imprecision in classifying someone as exposed or not exposed. The misclassification is random because it occurs with equal probability in diseased or nondiseased persons. In a case-control study, random misclassification results when there is imprecision in classifying someone as diseased or not diseased. The misclassification occurs with equal probability in exposed and nonexposed persons.

Random misclassification can only lead to a dampening of the rate ratio. A rate ratio greater than 1.0 is lessened while one less than 1.0 is raised. With complete random misclassification, the rate ratio is 1.0.

Consider the study of asbestos and lung cancer. Some of the persons in a cohort study said not to be exposed will in fact have had some asbestos exposure. The two groups are not "exposed and not exposed", but "heavily exposed and not so heavily exposed". Unless the random misclassification is extreme, a difference in exposure exists between the two groups. In the measurement of lung cancer in a case-control study, some persons called nondiseased will in fact have lung cancer. There simply would be an underestimation in the measure of the association between asbestos and lung cancer.

There may also an error in a cohort study in the classification of disease. If this occurs equally among exposed and nonexposed groups, the rate ratio is not altered. (If this error has the potential to occur more in one group, observation bias will result.) In a case-control study, random error in the classification of exposure will not alter the ratio of exposure between case and control groups. However, in either type of study, the odds ratio will be dampened by this form of random misclassification.

Therefore, if an association between an exposure and a disease is found to be 1.0, random misclassification must be considered. If an association between an exposure and a disease