Trial Plan

(1) Try cases serially (one at a time) against each manufacturer defendant and FEMA for determining fault and liability on a statewide basis.

(2) Classwide evidence of medical causation concerning formaldehyde inhalation and/or other modes of exposure.

(3) Classwide evidence concerning whether the conditions and/or mechanisms of injury suffered by the plaintiffs are common to all potential class members regardless of whether their injuries were caused or exacerbated by formaldehyde. (May be a judge issue)

(4) If any Defendant is found liable, the Court, with the help of the answers to jury questions, the parties, and expect testimony and/or consultation, will fashion a remedy, including the following issues:

- Qualification criteria for individual Class Members.
- Format of a treatment remedy.
- Cost of the treatment remedy.
- Allocation of cost of remedy among liable Defendants.
- Management of funds for treatment remedy.