EPA On-line Tools for Site Assessment Calculation                                    Page 1 of 2



http://www.epa.gov/athens/learn2model/part-two/onsite/ia_unit_conversion.htm
Last updated on Wednesday, October 31st, 2007.

Modeling Subsurface Petroleum Hydrocarbon Transport

You are here: EPA Home    Modeling Subsurface Petroleum Hydrocarbon Transport

# EPA On-line Tools for Site Assessment Calculation

Module Home   Objectives   Table of Contents   Previous <   Next >

29 of 67

## Indoor Air Unit Conversion

**Background**

Migration of volatile chemicals from the subsurface into overlying buildings is called vapor intrusion (VI). Volatile organic chemicals in contaminated soils or groundwater can emit vapors, which may migrate through subsurface soils and may enter the indoor air of overlying buildings. Building depressurization may cause these vapors to enter the home through cracks in the foundation. Depressurization can be caused by a combination of wind effects and stack effects, which are the result of heating within the building and/or mechanical ventilation. In extreme cases, the vapors may accumulate in dwellings to levels that may pose near-term safety hazards, such as explosion. Typically, however, vapor concentrations are present at low levels, to which long-term exposure may pose increased risk for chronic health effects. Estimation of indoor air concentrations using the Johnson-Ettinger model are commonly used in assessing vapor intrusion problems.

In evaluating indoor air concentrations of carcinogenic or toxic compounds, some confusion exists over the various units in use. Common units of indoor air measurements include micrograms (or milligrams) per meter-cubed [$\mu g/m^3$ or $mg/m^3$], micrograms (or milligrams) per liter [$\mu g/L$ or $mg/L$], parts-per-billion-volume [ppbV] and parts-per-million-volume [ppmV]. The confusion arises in converting from mass-per-volume to parts-per-number-volume units.

This confusion arises because parts-per-billion (or million)-volume used in gas measurements is based on volume-to-volume ratio and is not the same as part-per-billion (or million) used in aqueous measurements that is based on a mass-per-mass ratio. more...

It is important to remember that [$\mu g/L$] in gas systems IS NOT equal to [ppbV], nor is [$mg/L$] in gas systems equal to [ppmV]. Each of these conversions is dependent upon the molecular weight of the contaminant and the temperature and pressure of the system.

| What is the indoor air contaminant? | Select |
|---|---|



http://www.epa.gov/athens/learn2model/part-two/onsite/ia_unit_conversion_detail.htm

Modeling Subsurface Petroleum Hydrocarbon  [Updated Wednesday, October 31st, 2007.]
Transport

You are here: EPA Home    Modeling Subsurface Petroleum Hydrocarbon Transport

# EPA On-line Tools for Site Assessment Calculation

Module Home  Objectives  Table of Contents  Previous <  Next >

## Indoor Air Unit Conversion

**Background**

In dilute aqueous systems at room temperature and 1 atmosphere of pressure, 1 liter (L) of water weighs 1 kilogram (kg). Therefore, 1 milligram (mg) of a contaminant in 1 liter (L) of water has a concentration of 1 mg/L, which is the same as 1 mg of contaminant/1 kg of water on a mass/mass basis. Since there are 1 million mg in 1 kg, the kg in the denominator may be converted to 1 million mg. So our 1 mg/L solution is equivalent to 1 mg/1,000,000 mg. This is referred to as "1 part per million" or ppm in aqueous solutions. Similarly, 1 µg/L is referred to as "1 part per billion" or ppb in dilute aqueous solutions because there are 1 billion micrograms in 1 kg.

However, indoor air units are not expressed as a mass-per-mass ratio, even though they are given as ppm or ppb. The units of ppm and ppb in gas systems are computed on a volume-per-volume ratio and should more accurately be termed ppmV and ppbV. For example:

$$1\ ppmV = \frac{1\ volume\ of\ gaseous\ contaminant}{1,000,000\ volumes\ of\ air + contaminant}$$

So, how do we convert between the mass-per-volume units and ppmV or ppbV in a gas system?

- First, we must use the ideal gas law to convert the measured contaminant mass to a volume. The ideal gas law (PV=nRT) relates pressure, volume, temperature and mass of a gaseous contaminant:

  1.
  $$P_{air} \times V_{contaminant} = \#\ moles_{contaminant} \times R \times T_{air}$$

  where $P_{air}$ is air pressure
  $V_{contaminant}$ is the volume occupied by the contaminant
  R is the universal gas constant, and
  $T_{air}$ is air temperature.

EPA On-line Tools for Site Assessment Calculation                                              Page 2 of 4

Any units for pressure, volume and temperature may be used, as long as the universal gas constant is in consistent units. Noting that # moles$_{contaminant}$ = mass$_{contaminant}$ / molecular weight$_{contaminant}$, and using pressure, temperature and volume in units of [kPa], [K] and [L], we can solve the preceding relationship for the volume of our contaminant, given its mass in grams:

2.
$$V_{contaminant}[L] = \frac{Mass_{contaminant}[g]}{Molecular\ Weight_{contaminant}[g/mole]} \times 8.3144\left[\frac{L\ kPa}{mol\ K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

Note that T[K] = T[°C] + 273.15.

* Now that we have the mass of the contaminant converted to a volume, we simply need to divide by the volume of the sample measurement, and work out the units. For example, ppmV is equivalent to 1 mL/m$^3$ and ppbV is equivalent to 1 µL/m$^3$. Or in equation form:

3.
$$ppmV = \frac{V_{contaminant}[mL]}{V_{sample}[m^3]} \quad \text{and} \quad ppbV = \frac{V_{contaminant}[\mu L]}{V_{sample}[m^3]}$$

* So, to convert from µg/m$^3$ to ppmV, we plug in our mass values in equation 2 above, making sure to convert our µg to units of grams required by the equation. This will give us the volume of our contaminant in liters. We must now convert this into mL for equation 3. Then we simply divide by the sample volume in m$^3$ to obtain our result in ppmV. Likewise, to convert µg/m$^3$ to ppbV, we would follow the same procedure, except we'd convert the volume of the contaminant to µL instead of mL.

**Example**

For a numerical example, let's convert 123.45 µg/m$^3$ of benzene to ppmV. We'll assume 25 °C and 1 atmosphere pressure (101.325 kPa). So using equation 2, 123.45 µg (which is 123.45 × 10$^{-6}$ grams) of benzene (which has a molecular weight of 78.11 g/mole) occupies the following volume:

$$V_{benzene}[L] = \frac{123.45 \times 10^{-6}[g]}{78.11[g/mole]} \times 8.3144\left[\frac{L\ kPa}{mol\ K}\right] \times 298.15[K] \times \frac{1}{101.325[kPa]}$$

= 3.866 × 10$^{-5}$ L or 0.03866 mL.

Dividing this by the sample volume in m$^3$ (=1 m$^3$) gives us our result in ppmV:
    123.45 µg/m$^3$ of benzene at 25 °C and 1 atm pressure = 0.0386 ppmV.

For more information, see Introduction to Air Toxics Analyses by Don Harrington of Teledyne Instruments.

http://www.epa.gov/athens/learn2model/part-two/onsite/ia_unit_conversion_detail.htm           12/1/2008

EPA On-line Tools for Site Assessment Calculation    Page 3 of 4

Here are the conversions used in the online calculator, all based on equations 2 and 3 and appropriate units:

**µg/m³ to ppmV**

$$ppmV = \frac{\mu g}{m^3} \times (10^{-3}) \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**mg/m³ to ppmV**

$$ppmV = \frac{mg}{m^3} \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**µg/L to ppmV**

$$ppmV = \frac{\mu g}{L} \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**mg/L to ppmV**

$$ppmV = \frac{mg}{L} \times (10^3) \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**µg/m³ to ppbV**

$$ppbV = \frac{\mu g}{m^3} \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**mg/m³ to ppbV**

$$ppbV = \frac{mg}{m^3} \times (10^3) \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**µg/L to ppbV**

$$ppbV = \frac{\mu g}{L} \times (10^3) \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

**mg/L to ppbV**

$$ppbV = \frac{mg}{L} \times (10^6) \times \frac{1}{\text{Molecular Weight}_{contaminant}\ [g/mole]} \times 8.3144 \left[\frac{L \cdot kPa}{mol \cdot K}\right] \times T_{air}[K] \times \frac{1}{P_{air}[kPa]}$$

Here are some other useful conversions:

EPA On-line Tools for Site Assessment Calculation                                         Page 4 of 4

$$ppmV \times 1{,}000 = ppbV$$

$$1\% = \frac{10{,}000}{1{,}000{,}000} = 10{,}000\ ppmV = 10{,}000{,}000\ ppbV$$

$$\frac{\mu g}{L} = \frac{mg}{m^3}$$

Previous   Top ^   Next

Home | Glossary | Notation | Links | References | Calculators