UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL NO. 1873 |
| | * | SECTION "N-4" |
| | * * | |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * | |
| | * | MAG. JUDGE CHASEZ |

## ORDER

**IT IS ORDERED**, **ADJUGED AND DECREED** the Manufacturing Defendants are granted leave of Court to file its Reply Memorandum in Support of Motion *in Limine* to Exclude Expert Testimony of Patricia M. Williams, Ph.D., DABT (Doc. No. 860).

New Orleans, Louisiana, this 11th day of December, 2008.

_____
UNITED STATES DISTRICT COURT JUDGE