UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER AND REASONS

Because the Court determines that the request for dismissal of Coachmen Industries, Inc. ("Coachmen") is premature,[1] **IT IS ORDERED** that **the 12(B)(2) Motion to Dismiss Coachmen Industries, Inc. For Lack of Personal Jurisdiction Adopting Previously-Filed 12(B)(2) Motion [Rec. Doc. 213] (Rec. Doc. 784)** is **DENIED WITHOUT PREJUDICE** to the right of Coachmen to re-assert these arguments in a separate motion, if necessary, when such arguments are raised by other defendants.

New Orleans, Louisiana, this 11th day of December, 2008.

KURT D. ENGELHARDT  
UNITED STATES DISTRICT JUDGE

---

[1] Indeed, pursuant to Pretrial Order No. 4 (Rec. Doc. 130), other Defendants have preserved similar issues to be addressed later, if necessary on an individual basis.