MINUTE ENTRY
ENGELHARDT, J.
DECEMBER 2, 2008

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                     MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION


REF: ALL CASES                                          SECTION "N" (5)


### JUDGE KURT D. ENGELHARDT PRESIDING

**TUESDAY, DECEMBER 2, 2008 AT 8:30 A.M.**

COURTROOM DEPUTY: Pam Radosta
COURT REPORTER:   Karen Ibos

APPEARANCES:     For Plaintiffs:
                     Gerald Meunier, Justin Woods, Frank D'Amico, Dennis Reich
                 For Defendants:
                     Andrew Weinstock, Richard Hines, Paul Domingue,
                 For Government:
                     Henry Miller, Adam Dinnell, Michelle Boyle


**EVIDENTIARY HEARING ON MOTION OF PLAINTIFF'S LIAISON COUNSEL  FOR
CLASS CERTIFICATION:    ( Rec. Doc. No.    764 )**

All present and ready.
Exhibits submitted.
Plaintiffs' witness: <u>Dr. Patricia M. Williams</u>, sworn and testifies.
Defendants' witness: <u>Dr. H. James Wedner</u>, sworn and testifies.
Closing arguments.
Post-trial briefs shall be filed no later than 5:00 p.m. on Wednesday, December 10, 2008, with a
10-page limit for defendants and  the government and a 15-page limit for plaintiffs.
Matter SUBMITTED.


JS-10: 1:16

AO 187(Rev. 4/82)

# EXHIBIT AND WITNESS LIST

| | | | | | |
|---|---|---|---|---|---|
| *MDL 1873* VS. | | | | **DISTRICT COURT** Eastern District of Louisiana | |

| | | |
|---|---|---|
| **PLAINTIFF'S ATTORNEY** | **DEFENDANT'S ATTORNEY** | **DOCKET NUMBER** *MDL 1873 - N* ~~**TRIAL DATE(S)**~~ *non-closure rpt* *12-3-08* |
| **PRESIDING JUDGE** *Kurt D. Engelhardt* | **COURT REPORTER** *Karen Ibos* | **COURTROOM DEPUTY** *P Kasp ?* |

| PLT. NO. | ~~DEF.~~ NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| *PJ-81* | | *12-3-08* | ✓ | | *See list attached* |
| *Govt* | *84-123* | | ✓ | ✓ | ✓ |
| | | | | | |
| *D124-D-280* | | | ✓ | ✓ | ✓ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

**IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION**

**JOINT EXHIBITS LIST**

| EXHIBIT ID | EXHIBIT DESCRIPTION | BATES RANGE | STATUS |
|---|---|---|---|
| **Plaintiffs' Exhibits**<br><br>P1 | Majority Staff Report Subcommittee on Investigations & Oversight - Committee on Science & Technology U.S. House of Representatives, September 2008, "Toxic Trailers – Toxic Lethargy: How the Centers for Disease Control and Prevention Has Failed to Protect the Public Health" | PSC002070 - PSC002112 | FEMA Obj: FRE 802 |
| P2 | CDC Summary and Interim Report: VOC and Aldehyde Emissions in Four FEMA Temporary Housing Units – Indoor Environment Department, Lawrence Berkeley National Laboratory, 8 May, 2008 | PSC002113 - PSC002166 | FEMA Obj: FRE 802 |
| P3 | U.S. Department of Health and Human Services and CDC Presentation Titled "Formaldehyde Levels in Occupied FEMA-supplied Temporary Housing Units (THUs) in LA and MS, Winter 2007-2008" | PSC002167 - PSC002181 | FEMA Obj: FRE 802 |
| P4 | CDC Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – February 29, 2008 | PSC002182- PSC002202 | FEMA Obj: FRE 802 |
| P5 | CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes – July 2, 2008 | PSC002203 - PSC002263 | |
| P6 | Agency for Toxic Substances and Disease Registry (ATSDR) "Health Consultation, Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, Louisiana, February 1, 2007" | PSC002264 - PSC002277 | |

*Revised (12-9-08)*

| | | | |
|---|---|---|---|
| P7 | ATSDR October 2007 "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006" | PSC002278 - PSC002318 | |
| P8 | Testimony of Heidi Sinclair MD, MPH, FAAP before the U.S. House of Representatives Committee on Science and Technology, Subcommittee on Investigations and Oversight – April 1, 2008 | PSC002319 - PSC002325 | FEMA Obj: FRE 802 |
| P9 | Testimony of Christopher T. De Rosa, M.S., Ph.D. before the U.S. House of Representatives Committee on Science and Technology, Subcommittee on Investigations and Oversight – April 1, 2008 | PSC002326 - PSC002336 | FEMA Obj: FRE 802 |
| P10 | Testimony of Dr. Meryl H. Karol before the U.S. House Committee on Science and Technology, Subcommittee on Investigations and Oversight – April 1, 2008 | PSC002337 - PSC002344 | FEMA Obj: FRE 802 |
| P11 | Testimony of Scott Needle, MD, FAAP before the U.S. House of Representatives Committee on Oversight and Government Reform – July 19, 2007 | PSC002345 - PSC002349 | FEMA Obj: FRE 802 |
| P12 | "Important Information for Travel Trailer Occupants" FEMA brochure | PSC002350 - PSC002351 | |
| P13 | Affidavits and Curricula Vitae of Dave P. Barnes, Jr. and Dr. Lee E. Branscome | PSC002352 - PSC002385 | |
| P14 | Affidavit and Curriculum Vitae of Mary C. DeVany | PSC002386 - PSC002418 | |
| P15 | Affidavit and Curriculum Vitae of Dr. Paul Hewett | PSC002419 - PSC002446 | |
| P16 | Affidavit and Curriculum Vitae of Marco Kaltofen | PSC002447 - PSC002466 | |
| P17 | Affidavit and Curriculum Vitae of Dr. Gerald McGwin, Jr. | PSC002467 - PSC002511 | |
| P18 | Affidavit and Curriculum Vitae of Dr. Harry A. Milman | PSC002512 - PSC002540 | |

| | | | |
|---|---|---|---|
| P19 | Affidavit and Curriculum Vitae of Stephen Mullet | PSC002541 - PSC002555 | |
| P20 | Original and Supplemental Affidavits and Curriculum Vitae of Dr. Kenneth Paris | PSC002556 - PSC002571 | 1) FEMA Obj: Fed. R. Civ. P 26 and FRE 802 2) MDLC Obj to Supplemental Affidavit Timelines |
| P21 | Affidavit and Curriculum Vitae of Dr. Judd E. Shellito | PSC002572 - PSC002612 | |
| P22 | Affidavit and Curriculum Vitae of Dr. Stephen Smulksi | PSC002613 - PSC002629 | |
| P23 | Affidavit and Curriculum Vitae of Dr. William Stein, III | PSC002630 - PSC002648 | |
| P24 | Affidavit and Curriculum Vitae of Dr. Patricia M. Williams | PSC002649 - PSC002682 | |
| P25 | Deposition Transcript of Dr. Michael E. Ginevan | PSC002683 - PSC002751 | |
| P26 | "*Formaldehyde Indoors*" by Dr. Stephen Smulski, April 1987, Progressive Builder, 12(4):9-11. | PSC002752 - PSC002754 | FEMA Obj: FRE 802 |
| P27 | Asthma Project Report, February 28, 2001, Patricia M. Williams, Ph.D. and Results of Preliminary Asthma Education and Management Program | PSC002755 - PSC002844 | FEMA Obj: FRE 802 |
| P28 | Boyson, M. "*Nasal mucosa in workers exposed to formaldehyde: a pilot study.*" Br J of Ind Med 47:116-121, 1990. | PSC002845 - PSC002853 | FEMA Obj: FRE 802 |
| P29 | Edling, C. "*Occupational exposure to formaldehyde and histopathological changes in nasal mucosa.*" Br J of Ind Med 45:761-765, 1988. | PSC002854 - PSC002865 | FEMA Obj: FRE 802 |
| P30 | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Rats after Long-term Exposure to Formaldehyde and Wood Dust.*" Acta Otolaryngol (Stockh) 108:274-283, 1989. | PSC002866 - PSC002881 | FEMA Obj: FRE 802 |

| P31 | Holmstrom, M. "*Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.*" Acta Otolaryngol (Stockh) 107: 120-129, 1989. | PSC002882 - PSC002893 | FEMA Obj: FRE 802 |
|---|---|---|---|
| P32 | Castro-Rodriguez, JA. "*A Clinical Index to Define Risk of Asthma in Young Children with Recurrent Wheezing.*" Am J Respir Crit Care Med 2000;162(4 Pt 1):1403-06. | PSC002894 - PSC002897 | FEMA Obj: FRE 802 |
| P33 | Garrett, MH.  "*Increased risk of allergy in children due to formaldehyde exposure in homes.*" Allergy 1999;54(4):330-7. | PSC002898 - PSC002905 | FEMA Obj: FRE 802 |
| P34 | Jaakkola JJ. "*Asthma, Wheezing, and Allergies in Russian Schoolchildren in Relation to New Surface Materials in the Home.*" Am J Public Health 2004;94(4):560-2. | PSC002906 - PSC002908 | FEMA Obj: FRE 802 |
| P35 | Platts-Mills, TA. "*Indoor allergens and asthma: Report of the Third International Workshop.*" J Allergy Clin Immunol 1997;100(6 Pt 1):S2-S24. | PSC002909 - PSC002931 | FEMA Obj: FRE 802 |
| P36 | Rumchev, K. "*Domestic exposure to formaldehyde significantly increases the risk of asthma in young children.*" Eur Respir J 2002;20:403-8. | PSC002932 - PSC002937 | FEMA Obj: FRE 802 |
| P37 | Letter from Bennie G. Thompson, Chairman of the U.S. House of Representatives Committee on Homeland Security, dated November 19, 2007, to R. David Paulison and Paulison's response, dated December 11, 2007 | PSC002938 - PSC002942 | FEMA Obj: FRE 802 to Mr. Thompson's letter |

| P38 | NHLB/National Asthma Education and Prevention Program – "Section 3, The Four Components of Asthma Management;" "The Strong Association Between Sensitization To Allergens and Asthma: A Summary of the Evidence;" "Indoor/Outdoor Air Pollution Irritants;" "Assessment Questions For Environmental And Other Factors That Can Make Asthma Worse" and " Section 4, Managing Asthma Long Term in Children 0-4 Years of Age and 5-11 Years of Age" | PSC002943 - PSC003012 | FEMA Obj: FRE 802 |
|-----|-----|-----|-----|
| P39 | Statement on National Vaccine Injury Compensation Program by Thomas E. Balbier, Jr., Director, National Vaccine Injury Compensation Program, U.S. Dept. of Health and Human Services, before the Committee on Government Reform, September 28, 1999 | PSC003013 - PSC003016 | FEMA Obj: FRE 802 |
| P40 | *Public Interest v. Bayou Steele*, 1999 WL 675203, July 8, 1999, CA# 96-0432, pleadings from the USDC EdLA (J. Lemmon), including the Consent Order and supporting documentation for the Asthma Intervention Program | PSC003017 - PSC003048 | FEMA Obj: FRE 802 |
| P41 | FEMA Model Travel Trailer Procurement Specifications Dated: July 14. 2005 | PSC003049 - PSC003057 | |
| P42 | Declaration of Kevin Souza | PSC003058 - PSC003065 | FEMA Obj: Completeness. Entire declaration should be offered not just selected pages. |

| | | | |
|---|---|---|---|
| P43 | Excerpt of Deposition Testimony of James Shea on behalf of Gulf Stream Coach | PSC003066 - PSC003067 | |
| P44 | BlueLinx Corporation Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003068 - PSC003078 | |
| P45 | Georgia-Pacific Material Safety Data Sheet for Urea-Formaldehyde Bonded Wood Products | PSC003079 - PSC003091 | |
| P46 | "FEMA Storage Site Duties/Responsibilities" | PSC003092 - PSC003094 | FEMA Obj: FRE 802, 901 |
| P47 | "FEMA Trailer User's Guide Version 5" -Copyrighted By CH2M Hill, Inc., 4/6/06 | PSC003095 - PSC003096 | |
| P48 | Letter from Joseph G. Glass, Esq. to Magistrate Roby, Gerald E. Meunier and Henry T. Miller with Manufactures' Market Shares, August 13, 2008 | PSC003097 - PSC003100 | |
| P49 | Pictures of THUs taken by Plaintiffs' Expert Marco Kaltofen, PE | PSC003101 - PSC003121 | FEMA Obj: FRE 802, 901 |
| P50 | Fleetwood Enterprises, Inc. Travel Trailers Owners Manual  excerpts | PSC003122 - PSC003134 | FEMA Obj: FRE 802, 901 |
| P51 | Gulf Stream Coach, Inc. Travel Trailers and Fifth Wheels Owner's Manual excerpts | PSC003135 - PSC003136 | FEMA Obj: FRE 802, 901 |
| P52 | Forest River Recreational Vehicle Owner's Manual – Travel Trailers & Fifth Wheels excerpts | PSC003137 - PSC003144 | FEMA Obj: FRE 802, 901 |
| P53 | Pilgrim and Open Road Recreational Vehicles Owners Manual excerpts | PSC003145 - PSC003146 | FEMA Obj: FRE 802, 901 |
| P54 | 24 C.F.R. § 3280.309, Health Notice on formaldehyde emissions | PSC003147 | |
| P55 | ATSDR Formaldehyde Regulations and Advisories | PSC003148 - PSC003157 | FEMA Obj: FRE 802, 901 |
| P56 | ATSDR Formaldehyde Minimal Risk Levels and Worksheets – Appendix A | PSC003158 - PSC003172 | FEMA Obj: FRE 802, 901 |

| P57 | U.S. Department of Housing and Urban Development Rules and Regulations regarding Formaldehyde, 49 FR 31996 | PSC003173 - PSC003186 | |
| P58 | Email from Manufacturing Defendants' Expert, Michael Zieman, July 9, 2004 | PSC003187 | FEMA Obj: FRE 802, 901 |
| P59 | Statement of Harvey E. Johnson, Jr., Acting Deputy Administrator and Chief Operating Officer for FEMA before the U.S. Senate Subcommittee on Disaster Recovery and Subcommittee on State, Local, and Private Sector Preparedness and Integration, March 4, 2008 | PSC003188 - PSC003198 | |
| P60 | Statement of R. David Paulison, FEMA Administrator, before the U.S. House of Representatives Committee on Oversight and Government Reform, July 19, 2007 | PSC003199 - PSC003207 | |
| P61 | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making" published in March 2008 by the DHHS, CDC, DHS, FEMA and the EPA | PSC003208 - PSC003213 | |
| P62 | U.S. EPA "Indoor Air Quality" Basic Information for Formaldehyde – Last updated November 14, 2007 | PSC003214 - PSC003217 | |
| P63 | "Formaldehyde Levels in FEMA-Supplied Trailers - Early Findings from the Centers for Disease Control and Prevention" | PSC003218 - PSC003219 | FEMA Obj: 802 |
| P64 | THU Testing Protocol prepared by Mary DeVany et al. | PSC003220 - PSC003348 | FEMA Obj: FRE 802, 901 |
| P65 | Formaldehyde Testing Database prepared by the PSC | PSC003349 - PSC003393 | FEMA Obj: FRE 802, 901 |
| P66 | PSC Formaldehyde Testing Database Summary Graph | PSC003394 | FEMA Obj: FRE 802, 901 |
| P67 | April 25, 2008 letter from FEMA to a THU occupant | PSC003397 - PSC003399 | |

| P68 | Formaldehyde Test results from Bonner Analytical Testing Company prepared for CH2M Hill, Inc., April 6, 2006 | PSC003400 - PSC003406 | |
| P69 | Summary of Test Results conducted by Weston Solutions, Inc. for the U.S. EPA | PSC003407 - PSC003409 | |
| P70 | Air Toxics Ltd. Laboratory Narrative for samples submitted by Weston Solutions | PSC003410 - PSC003415 | |
| P71 | FEMA test results for formaldehyde testing at FEMA THU staging areas during November 2005, December 2005 and January 2006 | PSC003416 - PSC003420 | FEMA Obj: FRE 802, 901 |
| P72 | FEMA Memorandum from May 31, 2006 regarding Formaldehyde Air Sampling at the THU staging area in Purvis, Mississippi | PSC003421 - PSC003438 | |
| P73 | Email correspondence between FEMA and Government staff | PSC003439 - PSC003447 | FEMA Obj: FRE 802, 901 |
| P74 | Alphabetical List of Class Representatives with their THU move in and out dates prepared by the PSC | PSC003448 - PSC003450 | FEMA Obj: FRE 802, 901 |
| P75 | Spreadsheets of Symptoms: 1) Total Report of All Symptoms; 2) Report of Symptoms of Individuals With Neither Mold Nor Mildew Reported in Their THU and No Fumigation of Their THU; 3) Report of Symptoms of Individuals Who Did Not Smoke Inside Their THU and 4) Report of Symptoms of Individuals who Did Not Report Mold or Mildew, Did Not Smoke Inside, Did Not Have Their THU Fumigated and Did Not Have Service or Maintenance Repairs | PSC003451 - PSC003663 | FEMA Obj: 802, 901 |
| P76 | Plaintiff Fact Sheets (hereafter "PFS"), Form 95s and other documentation for the below listed Class Representatives: | PSC – no bates number | FEMA Obj: Errata Sheets for PFS: Completeness |

| P76-1 | Letecheia Acker o/b/o Dakyre Smith | PSC003664 - PSC003685 | FEMA Obj: Completeness – Errata Sheets for PFS Omitted and/or Not Authenticated/Signed by Claimant |
|---|---|---|---|
| P76-2 | John J. Adams | PSC003686 - PSC003706 | |
| P76-3 | Stephen A. Alfonso | PSC003707 - PSC003728 | |
| P76-4 | Courtney Alfred o/b/o Christopher Thomas | PSC003729 - PSC003750 | |
| P76-5 | Sandra Anderson | PSC003751 - PSC003780 | |
| P76-6 | Marcilio Ayala | PSC003781 - PSC003805 | |
| P76-7 | Shane Baker o/b/o Shane Lee Baker | PSC003806 – PSC003827 | |
| P76-8 | Edward Ballet, III and/or Toinette Walker o/b/o Derell Ballet | PSC003828 – PSC003849 | |
| P76-9 | Edward Ballet, III and/or Toinette Walker o/b/o Edward Ballet IV | PSC003850 – PSC003870 | |
| P76-10 | Edward Ballet, III and/or Toinette Walker o/b/o Egypt Ballet | PSC003871 – PSC003892 | |
| P76-11 | Kendra Battie o/b/o D'Asia Battie | PSC003893 – PSC003911 | |
| P76-12 | Joycelyn Beasley o/b/o Heavenly A. Beasley | PSC003912 – PSC003936 | |
| P76-13 | Pamela Benoit o/b/o Christopher Benoit | PSC003937 – PSC003957 | |
| P76-14 | Thomas A. Bergens | PSC003958 – PSC003979 | |
| P76-15 | Marcie Beverly | PSC003980 – PSC004003 | |

| | | | |
|---|---|---|---|
| P76-16 | Portia Bradford | PSC004004 – PSC004027 | |
| P76-17 | Randy J. Bradford | PSC004028 – PSC004051 | |
| P76-18 | Juanita Bridges | PSC004052 – PSC004072 | |
| P76-19 | Rose L. Bright | PSC004073 – PSC004097 | |
| P76-20 | Trina Brown | PSC004098 – PSC004121 | |
| P76-21 | Jerome A. Culler | PSC004122 – PSC004145 | |
| P76-22 | Jerome A. Culler o/b/o Joan R. Culler (deceased) | PSC004146 – PSC004170 | |
| P76-23 | Brian Darby, Sr. o/b/o Brian Darby, Jr. | PSC00 4171– PSC004196 | |
| P76-24 | Peter Daunoy, III | PSC004197 – PSC004217 | |
| P76-25 | Corey Davis | PSC004218 – PSC004241 | |
| P76-26 | Dione Davis o/b/o Trinity Guesnon | PSC004242 – PSC004266 | |
| P76-27 | Linda Davis | PSC004267 – PSC004294 | |
| P76-28 | Jaqueline Dedeaux | PSC00 4295– PSC004315 | |
| P76-29 | Donovan Delone | PSC004316 – PSC004336 | |
| P76-30 | Barbara A. Dillon | PSC004337 – PSC004360 | |

| | | |
|---|---|---|
| P76-31 | Barry P. Dominguez | PSC004361 – PSC004385 |
| P76-32 | Elisha Dubuclet o/b/o Timia Dubuclet | PSC004386 – PSC004407 |
| P76-33 | Nicole Esposito | PSC004408 – PSC004432 |
| P76-34 | Percy Evans | PSC004433 – PSC004457 |
| P76-35 | Ella Flowers | PSC004458 – PSC004479 |
| P76-36 | Lillian A. Foley | PSC004480 – PSC004500 |
| P76-37 | Lillian A. Foley o/b/o Samuel Foley | PSC004501 – PSC004521 |
| P76-38 | Shontay Fontenot o/b/o Hailey Fontenot | PSC004522 – PSC004542 |
| P76-39 | Shontay Fontenot o/b/o Jonathan Fontenot, Jr. | PSC004543 – PSC004563 |
| P76-40 | Shontay Fontenot o/b/o Justin Fontenot | PSC004564 – PSC004584 |
| P76-41 | Simone Frank | PSC004585 – PSC004605 |
| P76-42 | Renay Marie Gardner | PSC004606 – PSC004627 |
| P76-43 | Shelia Gordon | PSC004628– PSC004650 |
| P76-44 | Trichonda Green | PSC004651 – PSC004674 |
| P76-45 | Rommel E. Griffin | PSC004675 – PSC004695 |

| P76-46 | Crystal W. Gumm | PSC004696 – PSC004719 | |
| P76-47 | Damian J. Hargrove o/b/o Damian J. Hargrove, Jr. | PSC004720– PSC004741 | |
| P76-48 | Leroy Hargrove, Jr. | PSC004742 – PSC004763 | |
| P76-49 | Mary Harris | PSC004764 – PSC004784 | |
| P76-50 | Hazel K. Heechung | PSC004785 – PSC004807 | |
| P76-51 | Douglas Hill, III | PSC004808 – PSC004828 | |
| P76-52 | Thelma H. Howard | PSC004829 – PSC004853 | |
| P76-53 | Joseph C. Jack, Jr. | PSC004854 – PSC004876 | |
| P76-54 | Constance Jordan o/b/o Brunica Jordan | PSC004877 – PSC004904 | |
| P76-55 | Sylvia J. Keyes | PSC004905 – PSC004925 | |
| P76-56 | Carrie LeBeau | PSC004926 – PSC004949 | |
| P76-57 | Lakeesha N. Lightell o/b/o Donovan Lightell | PSC004950– PSC004970 | |
| P76-58 | Lakeesha  N. Lightell o/b/o Jazlyn N. Lightell | PSC004971– PSC004992 | |
| P76-59 | Latonya London o/b/o Darrell Madison | PSC004993 – PSC005016 | |
| P76-60 | Latonya London o/b/o Darren Madison | PSC005017 – PSC005041 | |

| P76-61 | Latonya London o/b/o Derrell Madison | PSC005042 – PSC005066 | |
| P76-62 | Latonya London o/b/o Edbony London | PSC005067 – PSC005091 | |
| P76-63 | Keena Magee o/b/o Kierra Wilson | PSC005092 – PSC005117 | |
| P76-64 | Linda Maldonado-West | PSC005118 – PSC005149 | |
| P76-65 | Adrina N. McCray | PSC005150 – PSC005170 | |
| P76-66 | Adrina N. McCray o/b/o Kody Wood | PSC005171 – PSC005195 | |
| P76-67 | Amaris McGallion | PSC005196 – PSC005219 | |
| P76-68 | Brittney Miller | PSC005220 – PSC005237 PSC006027 – PSC006032 | |
| P76-69 | Natley Mitchell | PSC005238 – PSC005268 | |
| P76-70 | Glenda Moreland | PSC005269 – PSC005290 | |
| P76-71 | Centra Myers | PSC005291 – PSC005318 | |
| P76-72 | Maria Parker o/b/o Tyler Ardoin | PSC005319 – PSC005343 | |
| P76-73 | George Posey | PSC005344 – PSC005365 | |
| P76-74 | Stephanie G. Pujol | PSC005366 – PSC005387 | |
| P76-75 | Craig Ray, Sr. | PSC005388 – PSC005411 | |

| P76-76 | Penny M. Robertson | PSC005412 – PSC005435 | |
| P76-77 | Penny M Robertson o/b/o Mercedes Robertson | PSC005436 – PSC005459 | |
| P76-78 | Rayfield Robinson, Jr. | PSC005460 – PSC005480 | |
| P76-79 | David Semien, Jr | PSC005481 – PSC005503 | |
| P76-80 | David W. Semien, Sr. | PSC005504 – PSC005527 | |
| P76-81 | Sandra Semien o/b/o Danielle Semien | PSC005528 – PSC005573 | |
| P76-82 | Shirley A. Sinclair | PSC005574 – PSC005594 | |
| P76-83 | Shelia Smith o/b/o Michael C. Tracy | PSC005595 – PSC005625 | |
| P76-84 | Margarita Solis-Ayala | PSC005626 – PSC005650 | |
| P76-85 | Cherish Stephens | PSC005651 – PSC005674 | |
| P76-86 | Libby L. Sylve | PSC005675 – PSC005696 | |
| P76-87 | Libby Sylve o/b/o Hailey N. Sylve | PSC005697 – PSC005718 | |
| P76-88 | Betty Thomas | PSC005719 – PSC005739 | |
| P76-89 | Sherry Trollinger o/b/o Michael Davis | PSC005740 – PSC005786 | |
| P76-90 | Kendra S. Vason o/b/o Tyrone Battle | PSC005787 – PSC005810 | |

| | | | |
|---|---|---|---|
| P76-91 | Betty White and/or Neatoya Bush o/b/o Erin McConnell | PSC005811 – PSC005854 | |
| P76-92 | Johnny White | PSC005855 – PSC005878 | |
| P76-93 | Enna Williams | PSC005879 – PSC005899 | |
| P76-94 | Faye Williams | PSC005900 – PSC005917 | |
| P76-95 | Joanette Williams o/b/o George L. Williams | PSC005918 – PSC005935 | |
| P76-96 | Alvin Williby, Sr. o/b/o Sandra Williby (deceased) | PSC005936 – PSC005960 | |
| P77 | Deposition Transcript of Dr. Kenneth Paris | PSC005961 – PSC006026 | FEMA Obj: FRE 802 |
| P78 | *"Legacy of Shame: The On-Going Public Health Disaster of Children Struggling in Post-Katrina Louisiana."* Children's Health Fund & Columbia Univ. Mailman School of Public Health, Nov. 4, 2008 | PSC006033 – PSC006052 | FEMA Obj: FRE 802 Exhibit Admitted by Court |
| P79 | *"Children from FEMA trailer park battle serious health problems"* USA Today 11/24/08 | PSC006053 – PSC006054 | FEMA Obj: FRE 802 Exhibit denied by Court |
| P80 | Wantke, F, *"Exposure to gaseous formaldehyde induces IgE-mediated sensitization to formaldehyde in school-children"* Clinical and Experimental Allergy, 1996, Vol. 26, pages 276-280 | PSC006055 – PSC006059 | |
| P81 | Krzyzanowski, Michal, *"Chronic Respiratory Effects of Indoor Formaldehyde Exposure"* Environmental Research 52, 117-125 (1990) | PSC006060 – PSC006068 | |
| P82 – P83 | Intentionally left blank | | |

| | | | |
|---|---|---|---|
| **Government's Exhibit** <br><br> G84 | ATSDR, Toxicological Profile for Formaldehyde (July 1999) | ATSDR-00001-0000468 | |
| G85 | ATSDR, Minimum Risk Levels (MRL) For Hazardous Substances | ATSDR_MRL-00001-000010 | |
| G86 | HUD, Manufactured Home Construction and Safety Standards – Final Rule (August 9, 1984) 24 CFR Part 3280, 49 FR 31996-01, 1984 WL 106759 (F.R) | HUD-000001-000048 | |
| G87 | CDC/FEMA, Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-Making (March 2008) | CDC-000269-000274 | |
| G88 | CDC, Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes (July 2, 2008) | CDC-000208-000268 | |
| G89 | EPA, An Introduction to Indoor Air Quality (October 9, 2008) | EPA-000001-000004 | |
| G90 | U.S. Consumer Product Safety Commission, An Update On Formaldehyde (1997 Revision) | CPSC-000001-000012 | |
| G91 | FEMA, Important Information For Travel Trailer Occupants (Summer 2006) | FEMA08-000013-000014 | |
| G92 | Fleetwood, Pioneer 2006 Owners Manual | FLEET30b6-000001-000103 | |
| G93 | Affidavit of Marco Kaltofen | PL-000214-233 | |
| G94 | Pujol Individual assistance file excerpts | FEMA86-000001; -000114-000135; -000168-000171; -000197-000249 | |
| G95 | Pujol administrative claims | FEMA-00023-00039 | |
| G96 | Stephanie Pujol deposition transcript excerpts | 1-8; 65-88 | |
| G97 | Thomas individual assistance file excerpts | FEMA-00161; -00195-00196; -00224-00237 | |
| G98 | Thomas administrative claims | FEMA-00042-00057 | |

| G99 | Huckabee individual assistance file excerpts | FEMA114-000001; -000026-000027; -000050-000079 | |
|------|------|------|------|
| G100 | Huckabee administrative claims | FEMA-000931-000937 | |
| G101 | FEMA press release (No. HQ-08-002b) | FEMA10-000209-000211 | |
| G102 | Letter to Hon. Karen Wells Roby from Joseph Glass | DLC-000001 to DLC-00004 | |
| G103 | Fleetwood's Responses to Plaintiffs' First Interrogatories, Response No. 16 | 1; 12-14; 16-17 | |
| G104 | Statement of Jim Shea, Chairman, Gulf Stream Coach Inc., Before the House Committee on Oversight and Government Reform (July 9, 2008) | GS-000002 to GS-000016 | |
| G105 | Marco Kaltofen deposition transcript excerpts | 1-8; 89-96 | |
| G106 | Paul Hewett expert report | 1-21; 1-6 | |
| G107 | Paul Hewett deposition transcript excerpts | 1-8; 149-156 | |
| G108 | Harry Milman deposition transcript excerpts | 1-8; 73-76; 177-180; 189-192 | |
| G109 | Leroy Hargrove deposition transcript excerpts | 1-7; 27-28 | |
| G110 | Eric Smith deposition transcript excerpts | 1-8; 113-116 | |
| G111 | Stephen Alfonso deposition transcript excerpts | 1-7; 113-116 | |
| G112 | Sylvia Keyes deposition transcript excerpts | 1-8; 65-68 | |
| G113 | Corey Davis deposition transcript excerpts | 1-8; 149-156 | |
| G114 | Damian Hargrove deposition transcript excerpts | 1-8; 121-124 | |
| G115 | Douglas Hill individual assistance file excerpts | FEMA76-000001; -000073-000079 | |
| G116 | Rayfield Robertson individual assistance file excerpts | FEMA29-000001; -000110-000115 | |
| G117 | Juanita Bridges deposition transcript excerpts | 1-8; 129-136 | |
| G118 – G123 | Intentionally left blank | | |

| | | | |
|---|---|---|---|
| **Manufacturer Defendants' Exhibits**<br><br>D-124 | Plaintiff Profile and Deposition Excerpts of Letecheia Acker o/b/o Dakyre Smith | D-CLASS-124 0001-0004 | |
| D-125 | Plaintiff Profile and Deposition Excerpts of John I. Adams | D-CLASS-125 0001 | |
| D-126 | Plaintiff Profile and Deposition Excerpts of Stephen A. Alfonso | D-CLASS-126 0001-0020 | |
| D-127 | Cured Plaintiff Fact Sheet of Courtney Alfred o/b/o Christopher Thomas | D-CLASS-127 0001-0025 | |
| D-128 | Plaintiff Fact Sheet of Frank Alfred | D-CLASS-128 0001-0025 | |
| D-129 | Plaintiff Profile and Deposition Excerpts of Sandra Anderson | D-CLASS-129 0001-0004 | |
| D-130 | Plaintiff Profile and FEMA Disaster File Excerpts of Marcelio Ayala | D-CLASS-130 0001-0006 | |
| D-131 | Plaintiff Profile and Deposition Excerpts of Shane Bake, o/b/o Shane Baker | D-CLASS-131 0001-0005 | |
| D-132 | Plaintiff Profile and Deposition Excerpts of Toinette Walker o/b/o Edward Ballet | D-CLASS-132 0001-0008 | |
| D-133 | Plaintiff Profile and Deposition Excerpts of Toinette Walker o/b/o Derell Ballet | D-CLASS-133 0001-0008 | |
| D-134 | Plaintiff Profile and Deposition Excerpts of Toinette Walker o/b/o Egypt Ballet | D-CLASS-134 0001-0008 | |
| D-135 | Plaintiff Profile and Deposition Excerpts of Kendra Battie o/b/o D'Asia Battie | D-CLASS-135 0001-0021 | |
| D-136 | Plaintiff Profile and Deposition Excerpts of Jocelyn Beasley o/b/o Heavenly A. Beasley | D-CLASS-136 0001-0018 | |
| D-137 | Plaintiff Profile and Deposition Excerpts of Pamela Benoit o/b/o Christopher Benoit | D-CLASS-137 0001-0026 | |
| D-138 | Plaintiff Profile and Notice of Deposition Cancellation of Thomas A. Bergens | D-CLASS-138 0001-0008 | |
| D-139 | Plaintiff Profile and Deposition Excerpts of Marcia Beverly | D-CLASS-139 0001-0015 | |

| D-140 | Plaintiff Profile and Deposition Excerpts of Portia Bradford | D-CLASS-140 0001-0012 | |
|---|---|---|---|
| D-141 | Plaintiff Profile and Deposition Excerpts of Randy J. Bradford | D-CLASS-141 0001-0016 | |
| D-142 | Plaintiff Profile and Deposition Excerpts of Juanita X. Bridges | D-CLASS-142 0001-0005 | |
| D-143 | Plaintiff Profile and Deposition Excerpts of Rose L. Bright | D-CLASS-143 0001-0006 | |
| D-144 | Plaintiff Profile of Trina Brown | D-CLASS-144 0001 | |
| D-145 | Plaintiff Profile and Deposition Excerpts of Jerome A. Culler | D-CLASS-145 0001-0015 | |
| D-146 | Plaintiff Profile and Deposition Excerpts of Jerome A. Culler o/b/o Joan R. Culler (deceased) | D-CLASS-146 0001-0015 | |
| D-147 | Plaintiff Profile and Deposition Excerpts of Brian Darby Sr. o/b/o Brian Darby, Jr. | D-CLASS-147 0001-0005 | |
| D-148 | Plaintiff Profile, FEMA Disaster File Excerpts and Skyline Invoice of Peter Daunoy, III | D-CLASS-148 0001-0008 | |
| D-149 | Plaintiff Profile and Deposition Excerpts of Corey Davis | D-CLASS-149 0001-0011 | |
| D-150 | Plaintiff Profile and Deposition Excerpts of Dione Davis o/b/o Trinity Guesnon | D-CLASS-150 0001-0015 | |
| D-151 | Plaintiff Profile and Deposition Excerpts of Linda Davis | D-CLASS-151 0001-0032 | |
| D-152 | Plaintiff Profile and Deposition Excerpts of Jaqueline Dedeaux | D-CLASS-152 0001-0027 | |
| D-153 | Plaintiff Profile and Deposition Excerpts of Donovan Delone | D-CLASS-153 0001 | |
| D-154 | Plaintiff Profile, Deposition Excerpts and FEMA Disaster File Excerpts of Barbara A. Dillon | D-CLASS-154 0001-0018 | |
| D-155 | Plaintiff Profile and Deposition Excerpts of Barry P. Dominguez | D-CLASS-155 0001-0007 | |
| D-156 | Plaintiff Profile and Deposition Excerpts of Elisha Dubluclet o/b/o Timia Dubuclet | D-CLASS-156 0001-0011 | |
| D-157 | Plaintiff Profile and Deposition Excerpts of Esposito, Nicole | D-CLASS-157 0001-0026 | |
| D-158 | Plaintiff Profile and Deposition Excerpts of Percy Evans | D-CLASS-158 0001-0029 | |
| D-159 | Plaintiff Profile and Deposition Excerpts of Ella Flowers | D-CLASS-159 0001-0063 | |

| D-160 | Plaintiff Profile of Lillian A. Foley | D-CLASS-160 0001 | |
| D-161 | Plaintiff Profile of Lillian A. Foley o/b/o Samuel Foley | D-CLASS-161 0001 | |
| D-162 | Plaintiff Profile of Shontay Fontenot o/b/o Hailey Fontenot | D-CLASS-162 0001-0002 | |
| D-163 | Plaintiff Profile of Shontay Fontenot o/b/o Jonathon Fontenot, Jr. | D-CLASS-163 0001-0002 | |
| D-164 | Plaintiff Profile of Shontay Fontenot o/b/o Justin Fontenot | D-CLASS-164 0001-0002 | |
| D-165 | Plaintiff Profile of Simone Frank | D-CLASS-165 0001 | |
| D-166 | Plaintiff Profile and Deposition Excerpts of Renay M. Gardner | D-CLASS-166 0001-0006 | |
| D-167 | Plaintiff Profile and Deposition Excerpts of Sheila Gordon | D-CLASS-167 0001-0019 | |
| D-168 | Plaintiff Profile and Deposition Excerpts of  Trichonda Green | D-CLASS-168 0001-0012 | |
| D-169 | Plaintiff Profile and Skyline Invoice of  Rommel E. Griffin | D-CLASS-169 0001-0002 | |
| D-170 | Plaintiff Profile of Crystal L. Gumm | D-CLASS-170 0001 | |
| D-171 | Plaintiff Profile and Deposition Excerpts of Damian J. Hargrove o/b/o Damian J. Hargrove, Jr. | D-CLASS-171 0001-0016 | |
| D-172 | Plaintiff Profile and Deposition Excerpts of Leroy L. Hargrove | D-CLASS-172 0001-0010 | |
| D-173 | Plaintiff Profile and Deposition Excerpts of  Mary Harris | D-CLASS-173 0001-0013 | |
| D-174 | Plaintiff Profile and Deposition Excerpts of  Hazel Heechung | D-CLASS-174 0001-0021 | |
| D-175 | Plaintiff Profile, Deposition Excerpts and FEMA Disaster File Excerpts of Douglas  Hill, III | D-CLASS-175 0001-0019 | |
| D-176 | Plaintiff Profile of Thelma H. Howard | D-CLASS-176 0001 | |
| D-177 | Plaintiff Profile of Joseph Jack, Jr. | D-CLASS-177 0001 | |
| D-178 | Plaintiff Profile and Deposition Excerpts of Constance Jordan o/b/o Bronica Jordan | D-CLASS-178 0001-0004 | |
| D-179 | Plaintiff Profile and Deposition Excerpts of Sylvia J. Keyes | D-CLASS-179 0001-0004 | |
| D-180 | Plaintiff Profile and Deposition Excerpts of Carrie LeBeau | D-CLASS-180 0001-0005 | |

| D-181 | Plaintiff Profile of Lakesha Lightell o/b/o Donovan Lightell | D-CLASS-181 0001 | |
| D-182 | Plaintiff Profile and Deposition Excerpts of Lakesha Lightell o/b/o Jazlyn N. Lightell | D-CLASS-182 0001 | |
| D-183 | Plaintiff Profile of LaTonya London o/b/o Edbony London | D-CLASS-183 0001-0025 | |
| D-184 | Plaintiff Profile of LaTonya London o/b/o Darrell Madison | D-CLASS-184 0001-0025 | |
| D-185 | Plaintiff Profile of LaTonya London o/b/o Darren Madison | D-CLASS-185 0001-0025 | |
| D-186 | Plaintiff Profile of LaTonya London o/b/o Derrell Madison | D-CLASS-186 0001-0025 | |
| D-187 | Plaintiff Profile of Keena Magee o/b/o Kierra Wilson | D-CLASS-187 0001-0021 | |
| D-188 | Plaintiff Profile of  Linda West-Maldonado | D-CLASS-188 0001-0027 | |
| D-189 | Plaintiff Profile of Adrina N. McCray. | D-CLASS-189 0001-0007 | |
| D-190 | Plaintiff Profile of Adrina N. McCray o/b/o Kody Wood | D-CLASS-190 0001 | |
| D-191 | Plaintiff Profile and Deposition Excerpts of Amaris McGallion | D-CLASS-191 0001 | |
| D-192 | Plaintiff Profile, Deposition Excerpts and FEMA Disaster File Excerpts of Brittney Miller | D-CLASS-192 0001-0012 | |
| D-193 | Plaintiff Profile of Natley Mitchell | D-CLASS-193 0001 | |
| D-194 | Plaintiff Profile o Glenda Moreland | D-CLASS-194 0001 | |
| D-195 | Plaintiff Profile of Centra Myers | D-CLASS-195 0001 | |
| D-196 | Plaintiff Profile of Maria Parker o/b/o Tyler Ardoin | D-CLASS-196 0001-0003 | |
| D-197 | Plaintiff Profile and Deposition Excerpts of George Posey | D-CLASS-197 0001-0021 | |
| D-198 | Plaintiff Profile and Deposition Excerpts of Stephanie G. Pujol | D-CLASS-198 0001-0008 | |
| D-199 | Plaintiff Profile and Deposition Excerpts of  Craig Ray Sr. | D-CLASS-199 0001 | |
| D-200 | Plaintiff Profile of Penny M. Robertson o/b/o Mercedez Robertson | D-CLASS-200 0001 | |
| D-201 | Plaintiff Profile of  Penny M. Robertson | D-CLASS-201 0001 | |

| D-202 | Plaintiff Profile and Deposition Excerpts of Rayfield Robinson, Jr. | D-CLASS-202 0001-0015 | |
|---|---|---|---|
| D-203 | Plaintiff Profile of Sandra Semien o/b/o Semien, Danielle | D-CLASS-203 0001 | |
| D-204 | Plaintiff Profile of David Semien, Jr. | D-CLASS-204 0001 | |
| D-205 | Plaintiff Profile of David W. Semien, Sr. | D-CLASS-205 0001 | |
| D-206 | Plaintiff Profile and FEMA Disaster File Excerpts of  Shirley A. Sinclair | D-CLASS-206 0001-0009 | |
| D-207 | Plaintiff Profile and Deposition Excerpts of Sheila Smith o/b/o Michael C. Tracy | D-CLASS-207 0001-0045 | |
| D-208 | Plaintiff Profile of Margarita Solis | D-CLASS-208 0001 | |
| D-209 | Plaintiff Profile of  Cherish Stephens | D-CLASS-209 0001-0007 | |
| D-210 | Plaintiff Profile of Libby Sylve o/b/o Hailey N. Sylve | D-CLASS-210 0001 | |
| D-211 | Plaintiff Profile of Libby Sylve | D-CLASS-211 0001 | |
| D-212 | Plaintiff Profile and Deposition Excerpts of Betty Thomas | D-CLASS-212 0001 | |
| D-213 | Plaintiff Profile of Sherry Trollinger, mother with power of attorney, o/b/o Michael Davis | D-CLASS-213 0001-0007 | |
| D-214 | Plaintiff Profile and FEMA Disaster File Excerpts of Kendra S. Vason o/b/o Tyrone Battle | D-CLASS-214 0001-0010 | |
| D-215 | Plaintiff Profile of Betty White, o/b/o Erin McConnel | D-CLASS-215 0001 | |
| D-216 | Plaintiff Profile of Johnny White | D-CLASS-216 0001 | |
| D-217 | Plaintiff Profile of Emma Williams | D-CLASS-217 0001 | |
| D-218 | Plaintiff Profile of Faye Williams | D-CLASS-218 0001 | |
| D-219 | Plaintiff Profile of Joanette Williams o/b/o George L. Williams | D-CLASS-219 0001 | |
| D-220 | Plaintiff Profile and Deposition Excerpts of Alvin Williby, Sr. o/b/o Sandra Williby,  (deceased) | D-CLASS-220 0001-0010 | |
| D-221 | Dr. Philip Cole Affidavit | D-CLASS-221 0001-0033 | |
| D-222 | Dr. Brooks Emory Affidavit | D-CLASS-222 0001-0010 | |

| | | | |
|---|---|---|---|
| D-223 | Thomas Fribley Affidavit | D-CLASS-223 0001-0015 | |
| D-224 | Dr. Michael Ginevan Affidavit | D-CLASS-224 0001-0027 | |
| D-225 | Dr. Michael Ginevan Deposition Excerpts | D-CLASS-225 0001-0009 | |
| D-226 | Dr. Robert Golden Affidavit | D-CLASS-226 0001-0051 | |
| D-227 | Dr. William Waddell Affidavit | D-CLASS-227 0001-0030 | |
| D-228 | Dr. James Wedner Affidavit | D-CLASS-228 0001-0027 | |
| D-229 | Michael Zieman Affidavit | D-CLASS-229 0001-0020 | |
| D-230 | Mary DeVany Deposition Excerpts | D-CLASS-230 0001-0006 | |
| D-231 | Dr. Paul Hewett Affidavit Excerpts | D-CLASS-231 0001-0011 | |
| D-232 | Dr. Paul Hewett Deposition Excerpts | D-CLASS-232 0001-0013 | |
| D-233 | Marco Kaltofen Deposition Excerpts | D-CLASS-233 0001-0006 | |
| D-234 | Dr. Gerald McGwin Deposition Excerpts | D-CLASS-234 0001-0006 | |
| D-235 | Stephen Mullet Deposition Excerpts | D-CLASS-235 0001-0022 | |
| D-236 | Dr. Kenneth Paris Deposition Excerpts | D-CLASS-236 0001-0019 | |
| D-237 | Dr. Judd Shellito Deposition Excerpts | D-CLASS-237 0001-0017 | |
| D-238 | Dr. Stephen Smulski Deposition Excerpts | D-CLASS-238 0001-0034 | |
| D-239 | Dr. William Stein Affidavit Excerpts | D-CLASS-239 0001-0004 | |
| D-240 | Dr. William Stein Deposition Excerpts | D-CLASS-240 0001-0041 | |
| D-241 | Dr. Patricia Williams Affidavit Excerpts | D-CLASS-241 0001-0004 | |
| D-242 | Dr. Patricia Williams Deposition Excerpts | D-CLASS-242 0001-0091 | |
| D-243 | Edling C.  Hellquist H., Odkvist L. *Occupational Exposure to Formaldehyde and Histopathological Changes in the Nasal Mucosa,* Br J Ind Med 1988; 45: 761 – 765 | D-CLASS-243 0001-0012 | |

| D-244 | Boysen M. Zadig B. Digernes V, Abeler V, Reith A. *Nasal mucosa in workers exposed to formaldehyde: a pilot study.* Br J Ind Med 1990; 47:116 – 121 | D-CLASS-244 0001-0009 | |
| D-245 | Holmstrom M, Wilhelmsson B, Hellquist J. *Histological Changes in the Nasal Mucosa in Rats after Long-Term Exposure to Formaldehyde and Wood Dust.* Acta Otolaryngol (Stockh) 1989; 108:274-283 | D-CLASS-245 0001-0016 | |
| D-246 | Holmstrom M, Wilhelmsson B, Hellquist H., Rosen G. *Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.* Acta Otolaruyngol (Stockh) 1989; 107;120-129 | D-CLASS-246 0001-0012 | |
| D-247 | International Programme on Chemical Safety, Environmental Health Criteria (EHC 89, 1989), "Formaldehyde" pgs. 1 – 171 | D-CLASS-247 0001-0223 | |
| D-248 | *Lymphatic and Hematopoietic Tissue Cancer in a Chemical Manufacturing Environment*, M. Gerald Ott, Ph.D., et al, American Journal of Industrial Medicine 16:631-643 (1989) | D-CLASS-248 0001-0013 | |
| D-249 | *Cancer Mortality and Wood Dust Exposure Among Participants in the American Cancer Society Cancer Prevention Study-II (CPS-II)*, Steven D. Stellman, Ph.D., MPH, et al, American Journal of Industrial Medicine 34:229-237 (1989 | D-CLASS-249 0001-0009 | |
| D-250 | *Mortality from Solid Cancers among Workers in Formaldehyde Industries*, Michael Hauptmann, et al, American Journal of Epidemiology 159:1117-1130 (2004) | D-CLASS-250 0001-0014 | |

| D-251 | *Mortality From Lymphohematopoietic Malignancies Among Workers in Formaldehyde Industries*, Michael Hauptmann, et al, Journal of National Cancer Institute Vol. 95, No. 21 (11/5/03) | D-CLASS-251 0001-0009 | |
| D-252 | Final Report on Formaldehyde Levels in FEMA Supplied Trailers, Park Models & Mobile Homes, July, 2008 ("CDC Final Report") | D-CLASS-252 0001-0061 | |
| D-253 | Lang, et al, Formaldehyde and *Chemosensory Irritation in Humans: A Controlled Human Exposure Study*, 50(1) Reg. Toxicol. Pharmacol. 23, 23 – 36 (2008) | D-CLASS-253 0001-0014 | |
| D-254 | FEMA Trailer Study Data Set for Individual Units ("CDC Data Set") | D-CLASS-254 0001-0016 | |
| D-255 | CDC Health Consultation, February, 2007 | D-CLASS-255 0001-0014 | |
| D-256 | McGregor, D., et al., *Formaldehyde and Glutaraldehyde and Nasal Sinotoxicity: Case Study Within the Context of the 2006 IPCS Human Framework for the Analysis of Cancer Model of Action for Humans*. Crit. Rev. Toxicol. 36 (10): 821-35 | D-CLASS-256 0001-0015 | |
| D-257 | Marsh, G., et al., *Mis-specified and No-Robust Mortality Risk Models for Nasophayngeal Cancer in the National Cancer Institute Formaldehyde Worker Cohort Study*, Reg. Toxicol. Pharmacol. 47:59-67, 2007 | D-CLASS-257 0001-0009 | |
| D-258 | Devany EHU test result dataset | D-CLASS-258 0001-0006 | |
| D-259 | D'Amico EHU test result dataset | D-CLASS-259 0001-0002 | |
| D-260 | Non-formaldehyde Related Symptoms per Dr. Golden Analysis. | D-CLASS-260 0001 | |
| D-261 | Fleetwood Travel Trailer Mirror Warning Label | D-CLASS-261 0001 | |
| D-262 | Fleetwood Travel Trailer Manual Warning | D-CLASS-262 0001-0002 | |
| D-263 | HUD Important Health Notice | D-CLASS-263 0001 | |

| D-264 | 30(b)(6) Deposition of Fleetwood Enterprises, Inc. by William Farish taken July 16, 2008, pp. 109: 16-24-110: 1-8 | D-CLASS-264 0001-0190 | |
|-------|------|------|--|
| D-265 | Forest River Travel Trailer Manual Warning | D-CLASS-265 0001-0002 | |
| D-266 | 30(b)(6) Deposition of Forest River by Doug Gaeddert taken August 6, 2008, pp. 103-106 | D-CLASS-266 0001-0005 | |
| D-267 | Plaintiffs' Position Paper on Elements of Class Certification dated May 15, 2008 | D-CLASS-267 0001-0006 | |
| D-268 | 30(b)(6) Deposition of Gulf Stream Coach, Inc. by Philip Sarvari taken July 24, 2008, pp. 28, 30-31, 47-48 and James Shea taken July 24, 2008, pp. 26-27, 29-30, 46-47 | D-CLASS-268 0001-0023 | |
| D-269 | Gulf Stream Coach, Inc. Travel Trailer Chart (Gulf Doc 0003121-3122) | D-CLASS-269 0001-0002 | |
| D-270 | Affidavit of Thomas P. Holland, Jr., Vice President and Chief Financial Officer of ScotBilt Homes, Inc. | D-CLASS-270 0001-0002 | |
| D-271 | ScotBilt's Objections and Responses to Plaintiffs' First Master Set of Discovery (Interrogatories and Requests for Production of Documents) to All Non-Governmental Defendants | D-CLASS-271 0001-0038 | |
| D-272 | Subcontract between Alliance Homes, Inc. and ScotBilt Homes, Inc. | D-CLASS-272 0001-0003 | |
| D-273 | Home Owner's Manual of ScotBilt Homes, Inc. | D-CLASS-273 0001-0033 | |
| D-274 | Excerpts of Cavalier Home Builders, L.L.C. Class Certification Discovery Responses | D-CLASS-274 0001-0008 | |
| D-275 | Excerpts of Redman Homes, Inc., Class Certification Discovery Reponses | D-CLASS-275 0001-0008 | |
| D-276 | Excerpts of Liberty Homes, Inc. and Waverlee Homes, Inc. Class Certification Discovery Responses | D-CLASS-276 0001-0008 | |

| D-277 | Chart Requested by and submitted to Magistrate Judge Karen Roby regarding Number of EHUs Supplied by Defendants and Used by FEMA | D-CLASS-277 0001-0004 | |
|-------|-----------------------------------------------------------------------------------------------------------------------------------|------------------------|--|
| D-278 | Communications and Supporting Documents regarding the Absence of Class Representatives for Cavalier Home Builders, L.L.C. | D-CLASS-278 0001-0039 | |
| D-279 | Excerpts of River Birch Homes, Inc., Class Certification Discovery Responses. | D-CLASS-279 0001-0008 | |
| D-280 | Deposition Excerpts of Ella Flowers | D-CLASS-280- 0001-0048 | |