UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 12, 2008, this Court issued an Order and Reasons wherein it granted in part and denied in part the Master Response of Manufacturing Defendants to the Second Amended and Master Complaint of Plaintiffs Adopting Previously Filed 12(B) Motions [Rec. Doc. 210] (Rec. Doc. 780) (Rec. Doc. 984). Accordingly, for the same reasons expressed in that Order and Reasons (Rec. Doc. 984),

**IT IS ORDERED** that **Coachmen Recreational Vehicle Company of Georgia, LLC and Viking Recreational Vehicle Company LLC's Response to the First and Second Supplemental and Amended Master Complaints of Plaintiffs Adopting Previously Filed 12(B) Motions [Rec. Doc. 210] (Rec. Doc. 782)** is **GRANTED IN PART and DENIED IN PART**.

New Orleans, Louisiana, this 12th day of December, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**