UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO | : | JUDGE ENGELHARDT |
| *Laney v. The United States of America,* NO. 08-4630 | : | MAGISTRATE JUDGE Alma L. Chasez |

\* \* \* \* \* \* \*   \* \* \* \* \* \*

**DEFENDANTS, CAVALIER HOME BUILDERS, LLC, CAVALIER HOMES, INC., REDMAN HOMES, INC., LIBERTY HOMES, INC., WAVERLEE HOMES, INC. and RIVER BIRCH HOMES, INC.'S**
**MOTION TO DISMISS**

Defendants, Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc. (collectively "Defendants"), subject to preservation of defenses filed, hereby adopt and incorporate by reference the Motion to Dismiss the Complaint filed in *Laney v. The United States of America,* Docket NO. 08-4630 (the *"Laney Complaint"*), (Rec. Doc. 949) filed by defendants, Southern Energy Homes, Inc., Giles Industries, Inc. and Sun Ray RV, LLC, including all attachments made thereto and all arguments, authorities and requests for relief set forth herein.

1

For the reasons assigned, Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc., pray that the complaint filed in *Laney v The United States of America,* No. 08-4630 be dismissed against them.

>Respectfully submitted:
>**VOORHIES & LABBÉ**
>(A Professional Law Corporation)
>
>
>  /s/ Lamont P. Domingue
>Lamont P. Domingue - #20787
>Post Office Box 3527
>700 St. John Street
>Lafayette, Louisiana 70502-3527
>Telephone: (337) 232-9700
>ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.
>E-Mail: LPD@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, a copy of the Motion to Dismiss as it relates to *Laney* filed by Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

    Jeffery N. Luthi
    One Columbus Circle, NE
    Federal Judiciary Bldg., Room G-255
    Washington, DC 20002.

    /s/ Lamont P. Domingue
    Lamont P. Domingue - #20787
    Post Office Box 3527
    700 St. John Street
    Lafayette, Louisiana 70502-3527
    Telephone: (337) 232-9700
    ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.
    E-Mail: lpd@volalaw.com