UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873<br>SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO<br>*Laney v. The United States of America,*<br>NO. 08-4630 | : : | JUDGE ENGELHARDT<br>MAGISTRATE JUDGE Alma L. Chasez |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS, CAVALIER HOME BUILDERS, LLC., CAVALIER HOMES, INC., REDMAN HOMES, INC., LIBERTY HOMES, INC., WAVERLEE HOMES, INC. and RIVER BIRCH HOMES, INC.'s**
**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

MAY IT PLEASE THE COURT:

Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc. (collectively "Defendants"), file this memorandum in support of Motion to Dismiss the Complaint (Doc. 949-2), filed in *Laney v. The United States of America,* Docket No. 08-4630, who subject to preservation of defenses filed, hereby adopt and incorporate by reference the Memorandum in Support of Motion to Dismiss Complaint filed by defendants, Southern Energy Homes, Inc., Giles Industries, Inc. and SunRay, LLC, including all attachments made thereto and all arguments, authorities and requests for relief set forth therein.

For the reasons assigned, Cavalier Home Builders, LLC, Cavalier Homes, Inc.,

Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc. pray that the Complaint be dismissed against them.

> Respectfully submitted:
> **VOORHIES & LABBÉ**
> (A Professional Law Corporation)
> /s/ Lamont P. Domingue
> Lamont P. Domingue - #20787
> Post Office Box 3527
> 700 St. John Street
> Lafayette, Louisiana 70502-3527
> Telephone: (337) 232-9700
> ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.
> E-Mail: LPD@volalaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2008, a copy of the Memorandum In Support Of Motion To Dismiss Complaint as it relates to *Laney* filed by Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc., was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.
E-Mail: lpd@volalaw.com