UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | : | MDL NO. 2:07-MD-1873 |
| PRODUCT LIABILITY LITIGATION | : | SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO | : | JUDGE ENGELHARDT |
| THE ADMINISTRATIVE MASTER COMPLAINT | : | MAGISTRATE JUDGE ROBY |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF HEARING

Notice is hereby given that the hearing on Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.'s Motion To Dismiss Complaint filed in *Laney v. The United States of America,* Docket NO. 08-4630, will be held on December 31, 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana. (Doc. 949).

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)


/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.
E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of December, 2008, a copy of the Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

> /s/ Lamont P. Domingue
> Lamont P. Domingue - #20787
> Post Office Box 3527
> 700 St. John Street
> Lafayette, Louisiana 70502-3527
> Telephone: (337) 232-9700
> ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Redman Homes, Inc. for itself and in its capacity as the acquiring entity by merger of the corporation formerly know as Dutch Housing, Inc., Liberty Homes, Inc., Waverlee Homes, Inc. and River Birch Homes, Inc.
> E-Mail: lpd@volalaw.com

388893