UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
|     FORMALDEHYDE | * | |
|     PRODUCT LIABILITY | * | SECTION "N-4" |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: | * | MAG. JUDGE CHASEZ |
| | * | |
| *Phyllis Laney, et al v. The United States* | * | |
| *of America, et al, NO.: 08-4630* | * | |

*********************************************************************

## MOTION TO DISMISS ON BEHALF OF
## AMERICAN HOMESTAR AND OAK CREEK HOMES, LP

**NOW INTO COURT,** through undersigned counsel, come Defendants, American Homestar Corporation, Oak Creek Homes, LP, and Oak Creek Homes, Inc. ("collectively the American Homestar Defendants" or "these Defendants"), who hereby file this Motion to Dismiss the Complaint filed in *Laney et al. v. The United States of America, et al.,* U. S. District Court, Eastern District of Louisiana Docket No. 08-cv-04630 (Doc. 1) the "*Laney* Complaint") and transferred into MDL-1873 pending in the U. S. District Court, Eastern District of Louisiana.  In support of the Motion to Dismiss, these Defendants hereby adopt and incorporate by reference the Motion to Dismiss the Complaint filed in *Laney v. The United States of America*, Docket No. 08-4630 (the "*Laney* Complaint") (Doc. 949) filed by Defendants Southern Energy Homes, Inc. Giles Industries, Inc., and SunRay RV, LLC, including all attachments made thereto and all arguments, authorities and requests for relief set forth therein.

WEP Library:2099-64269\

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation,
Oak Creek Homes, LP, and
Oak Creek Homes, Inc.
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
dbach@hmhlp.com
jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 15, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

WEP Library:2099-64269\