UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER  FORMALDEHYDE  PRODUCT LIABILITY  LITIGATION | * * * * * | MDL NO. 2:07-MD-1873  SECTION "N-4" |
| This Document Relates to: | * * | JUDGE ENGELHARDT  MAG. JUDGE CHASEZ |
| *Phyllis Laney, et al v. The United States of America, et al, NO.: 08-4630* | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS ON BEHALF OF AMERICAN HOMESTAR CORPORATION AND OAK CREEK HOMES, LP**

Defendants, American Homestar Corporation, Oak Creek Homes, LP, and Oak Creek Homes, Inc. ("collectively the American Homestar Defendants" or "these Defendants"), hereby adopt and incorporate by reference the Memorandum in Support of their Motion to Dismiss the Complaint filed in *Laney v. The United States of America*, Docket No. 08-4630 (the Laney Complaint") (Rec. Doc. 949-2) filed by Defendants Southern Energy Homes, Inc., Giles Industries, Inc. and SunRay RV, LLC, including all attachments made thereto and all arguments, authorities, and requests for relief set forth therein.

-2-

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation,
Oak Creek Homes, LP, and
Oak Creek Homes, Inc.
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana  70011-8288
Telephone:  (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
          dbach@hmhlp.com
          jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 15, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

WEP Library:2099-64269\