UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
|     FORMALDEHYDE | * | |
|     PRODUCT LIABILITY | * | SECTION "N-4" |
|     LITIGATION | * | |
| | * | JUDGE ENGELHARDT |
| This Document Relates to: | * | MAG. JUDGE CHASEZ |
| | * | |
| *Phyllis Laney, et al v. The United States* | * | |
| *of America, et al, NO.: 08-4630* | * | |

**************************************************************

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendants', American Homestar Corporation, Oak Creek Homes, LP, and Oak Creek Homes, Inc. ("collectively the American Homestar Defendants"), Motion to Dismiss the Complaint filed in *Laney v. The United States of America,* Docket No. 08-4630, will be held on December 31, 2008, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

WEP Library:2099-64269\

-2-

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation,
Oak Creek Homes, LP, and
Oak Creek Homes, Inc.
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
dbach@hmhlp.com
jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 15, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*