UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Case No. 08-4630

## ORDER AND REASONS

Plaintiffs' liaison counsel has informed the Court that, pursuant to the Court's Order and Reasons of August 1, 2008 (Rec. Doc. 599)[1], they have no opposition to the Defendant Palm Harbor Homes, Inc.'s Motion to Dismiss (Rec. Doc. 966). Accordingly,

Considering the foregoing, **IT IS ORDERED** that the **Defendant Palm Harbor Homes, Inc.'s Motion to Dismiss (Rec. Doc. 966)** is **GRANTED**. Thus, Plaintiffs' claims against Palm Harbor Homes, Inc. are dismissed without prejudice.

New Orleans, Louisiana, this 15th day of December, 2008.

                                         **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**

---

[1] In its Order and Reasons, dated August 1, 2008 (Rec. Doc. 599), the Court clearly cautioned Plaintiffs that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice."