UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 15, 2008, the Court held a telephone status conference with the following counsel participating: Justin Woods, Adam Dinnell, Henry Miller, Jan Jones, Jordan Fried, Andy Weinstock, and Joe Glass.  The sale of emergency housing units ("EHUs") was discussed.  During the conference, the Court **ORDERED** that **on or before Friday, December 19, 2008,** the parties shall confer and submit to the Court a joint proposed order regarding the destructive testing of EHUs.

New Orleans, Louisiana, this 15th day of December, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**