MINUTE ENTRY
ENGELHARDT, J.
December 15, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                 SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone status conference was conducted on Monday, December 15, 2008, at 2:00 p.m. Participating were Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; and Henry T. Miller, Adam M. Dinnell, Janice Williams-Jones and Jordan Fried, attorneys for the Government/FEMA.

JS10(00:20)