UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

                                       JUDGE ENGELHARDT
                                       MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC UNOPPOSED MOTION TO AMEND
ORDER FOR PLAINTIFFS' COUNSEL'S TIME
AND EXPENSE SUBMISSIONS

       NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC) which, for the reasons set forth in the memorandum attached hereto, respectfully move to amend the Court's Order of 3/20/08 for plaintiffs' counsel's time and expense submissions (Doc. 110-2), and which further represents that defendants have no objection to this motion.

                                       Respectfully submitted:

                                       **FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

                                       BY:     s/Gerald E. Meunier
                                                  GERALD E. MEUNIER, #9471
                                                  **PLAINTIFFS' CO-LIAISON COUNSEL**
                                                  Gainsburgh, Benjamin, David, Meunier &
                                                  Warshauer, L.L.C.
                                                  2800 Energy Centre, 1100 Poydras Street
                                                  New Orleans, Louisiana 70163
                                                  Telephone:     504/522-2304
                                                  Facsimile:      504/528-9973
                                                  gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com


        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471