UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
PSC UNOPPOSED MOTION TO AMEND
ORDER FOR PLAINTIFFS' COUNSEL'S TIME
AND EXPENSE SUBMISSIONS**

**MAY IT PLEASE THE COURT:**

The PSC and non-PSC counsel who are working on common benefit matters with the PSC fully concur with the suggestion made by the Court that, in matters such as this, it is important that plaintiffs' counsel maintain currency in the submission of time for common benefit services and common benefit fee consideration. Specifically, counsel agrees it would become problematic if plaintiffs' counsel herein were allowed to submit hours for common benefit services which reflected time expended over a lengthy period, and for work not done in reasonable proximity to the time of the submission.

Accordingly, the PSC now moves to amend this Court's Order of March 20, 2008 regarding plaintiffs' counsel's time and expense submissions (Doc. 110-2), by including a modification to Section I(5) that will require common benefit time submissions to include reference only to services rendered within the thirty-day period preceding the submission. The

provision is further modified to allow all counsel to make a "one time only" submission by the end of this calendar year (December 31, 2008), which is allowed to capture all prior common benefit services for the entire period of time preceding this submission.  Thereafter, the thirty-day currency rule will be adhered to in all common benefit time submissions.

An additional proposed modification to the Order makes it clear that <u>all</u> plaintiffs' counsel in this MDL, whether or not they are working in conjunction with the PSC, are deemed to be subject to the Court's time submission protocol.

The PSC respectfully requests that the motion to so modify the previous time and expense submission order of the Court be modified in these respects.  Counsel for defendants have confirmed no opposition to this motion.

         Respectfully submitted:

         **FEMA TRAILER FORMALDEHYDE**
         **PRODUCT LIABILITY LITIGATION**

      BY:  s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier &
         Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone: 504/522-2304
         Facsimile: 504/528-9973
         gmeunier@gainsben.com

        s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    RONNIE PENTON, #10462

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
GERALD E. MEUNIER, #9471