UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDMENT TO ORDER FOR PLAINTIFFS' COUNSEL TIME AND EXPENSE SUBMISSIONS

Considering the foregoing motion,

IT IS ORDERED that the Court's Order for Plaintiffs' Counsel's Time and Expense Submissions entered on 3/20/08 as Doc. 110-2, is modified by adding the following paragraph to Section I(5):

> All time submissions for common benefit services rendered prior to December 31, 2008 must be reflected in time records submitted by January 15, 2009; and, after January 15, 2009, no time records for common benefit services rendered prior to December 31, 2008 shall be considered.
>
> Each monthly time submission after January 15, 2009 may include only common benefit services for the thirty-day period preceding that time submission. No common benefit services rendered more than thirty days prior to any such monthly time submission will be considered included in that submission;

IT IS FURTHER ORDERED that the provisions of the Court's 3/20/08 Order for Plaintiffs' Counsel's Time and Expense Submissions (Doc. 110-2), as amended by this Order, is applicable to and binding upon any and all plaintiffs' counsel (whether of record or not) who

submit a request to be compensated for common benefit services performed in the course of these MDL proceedings; and

  IT IS FINALLY ORDERED that any and all internal operating rules and procedures adopted by the Plaintiffs' Steering Committee with regard to time and expense record-keeping shall be modified to the extent they are inconsistent with the foregoing, but otherwise shall not be affected by this Order.

  THIS DONE the ____ day of _____, 2008, New Orleans, Louisiana.

                  _____
                      J U D G E