IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | CIVIL ACTION NO. 2:07-md-01873-KDE-KWR |

## APPLICATION TO APPEAR PRO HAC VICE

I, JAMES A. STEGALL III, file this application to appear pro hac vice before the court

### A. Application

1. My full name is James Aubrey Stegall III.

2. I am an attorney at the Law Offices of Newton B. Schwartz, Sr.

3. My business address, telephone number, and fax number are as follows:

    James A. Stegall III
    Law Offices of Newton B. Schwartz, Sr.
    1911 Southwest Freeway
    Houston, Texas 77098
    (713) 630-0708
    (713) 630-0789 fax

4. I have been retained as a member of the above-mentioned firm by Plaintiff to provide legal representation in connection with this case.

5. Since November 6, 2002, I have been and presently am a member in good standing of the bar of the highest court of the State of Texas.

6. I have been admitted to practice in the following courts: State of Texas and the United States District Court of the Southern District of Texas.

7. I have not been the subject of any grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

8. I have not been charged, arrested, or convicted of a criminal offense or offenses.

9. I designate Jack Harang as local counsel of record to assist me in this case. Mr. Harang's office address, telephone number, and fax number are as follows:

> JACK W. HARANG, APLC
> 3500 N Hullen St
> Metairie, LA 70002
> Telephone: (504) 456-8658

10. I certify that I have read and am familiar with the local civil rules of this court and that I will abide by and comply with these rules.

## B. Conclusion

11. For these reasons, I, James A. Stegall III, ask the court to grant this application and allow me to appear pro hac vice before this court until the conclusion of this case.

Respectfully Submitted,

By: *[signature]*

James A. Stegall III
Fed. ID: 789725
State Bar No. 24037544
1911 Southwest Freeway
Houston, Texas 77098
(713) 630-0708
(713) 630-0789 fax
trey@nbslawyers.com

## AGREEMENT OF LOCAL COUNSEL

I, Jack W. Harang hereby certify that I agree to be associated with James A. Stegall, III, in this cause

*[signature]*
JACK W. HARANG

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was served on all counsel record in accordance with Federal Rules of Civil Procedure on this the 16th day of December, 2008.

James A. Stegall III

## VERIFICATION

Before me, the undersigned notary, on this day personally appeared James A. Stegall III, a person whose identity is known to me. After I administered an oath to him, upon his oath he said he read the Application to Appear Pro Hac Vice and that the facts stated therein are within his personal knowledge and are true and correct.

James A. Stegall III

Subscribed and sworn to before me on this the 16th day of December, 2008.

DORA A. RAMIREZ
MY COMMISSION EXPIRES
SEPTEMBER 28, 2010

Dora A. Ramirez
Notary Public - State of Texas

My commission expires 9/28/10.