| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION "N-4"** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** The Administrative Master Complaint No. 07-1873 | **MAGISTRATE JUDGE CHASEZ** |
| **Pujol v. The United States of America** No.: 08-3217 | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## AMERICAN HOMESTAR DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, American Homestar Corporation, Oak Creek Homes, Inc., and Oak Creek Homes, LP ("American Homestar Defendants"), and respectfully submit this Rule 12(b)(6) Motion to Dismiss. Plaintiffs' Administrative Master Complaint ("AMC") as amended by Plaintiffs' Second Supplemental and Amending Complaint (the "Amended AMC") fails to state a claim upon which relief can be granted, in that the plaintiffs lack standing to bring the action against the American Homestar Defendants.

In support of this motion, the American Homestar Defendants refer the Court to their memorandum of law in support of this motion filed contemporaneously.

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and**
**Oak Creek Homes, LP**
**HAILEY, McNAMARA, HALL,**
**LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
        dbach@hmhlp.com
        jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 17, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

WEP Library:2099-63807\