UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>The Administrative Master Complaint<br>No. 07-1873 | MAGISTRATE JUDGE CHASEZ |
| Pujol v. The United States of America<br>No.: 08-3217 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF AMERICAN HOMESTAR DEFENDANTS' MOTION TO DISMISS SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT (LACK OF STANDING)

**NOW INTO COURT**, through undersigned counsel, come American Homestar Corporation, Oak Creek Homes, Inc., and Oak Creek Homes, L.P. (collectively the American Homestar Defendants) who file this Memorandum in Support of their Motion to Dismiss plaintiffs' Second Supplemental and Amended Master Complaint (Rec. Doc. 722) (Amended AMC)[1] against the American Homestar Defendants, pursuant to Fed. R. Civ. P. 12(b)(6), because plaintiffs lack Article III standing to bring this action against the American Homestar Defendants.

---

[1] The American Homestar Defendants also respectfully submit this memorandum in support of the dismissal of the substantively identical Plaintiffs' Second Supplemental and Amended Complaint (Rec. Doc. 721) in *Pujol v. the United States of America*, No. 08-3217.

WEP Library:2099-63807\

-1-

The American Homestar Defendants hereby adopt the Memorandum in Support of Motion to Dismiss Second Supplemental and Amending Master Complaint filed by CMH Manufacturing, Inc. *et al.* (the self-proclaimed Newly Added Defendants) (Doc. 747-2).

Like CMH Manufacturing, Inc. et al., the American Homestar Defendants are Newly Added Defendants. That is, none of the American Homestar Defendants had been named as a defendant in any of the underlying actions that were transferred into this MDL and are defendants newly added in the Administrative Master Complaint, *i.e.*, are also "newly added defendants." In response to the AMC, several defendants filed Fed. R. Civ. P. 12(b)(1) motions to dismiss (among other motions). The American Homestar Defendants joined in the Manufacturing Defendants Motion to Dismiss (R. Doc. 210). The basis of many of the Rule 12(b)(1) motions was that plaintiffs did not have standing against any defendant, because no plaintiff alleged a specific link to a particular defendant. The Court granted these motions, but allowed plaintiffs the right to seek leave to amend to assert standing against each defendant (R. Docs. 599 and 604). Plaintiffs sought and, over the opposition of the American Homestar Defendants and others, were granted leave to amend the Administrative Master Complaint. The plaintiffs' then filed their Second Supplemental and Amended Master Complaint ("Amended AMC") (Rec. Doc. 722).

The Amended AMC did not "match" any of the 63 original plaintiffs to the American Homestar Defendants. The Amended AMC added 140 new plaintiffs, including plaintiffs Lena Brown, Jason Pohlman and Thomas Sullivan, who are "matched" to Oak Creek Homes (Rec. Doc. 722, ¶¶ 6(136) through 6(139). Plaintiffs also added Douglas Hill, who is matched with Recreation by Design, LLC (Rec. Doc. 722, ¶6(102)). Douglas Hill may be putative class representative Douglas Hill III (Rec. Doc. 666), who may have occupied a manufactured home (ADA park model) manufactured by Oak Creek Homes.

For these reasons, and the reasons stated in the Newly Added Defendants' Memorandum in Support, American Homestar Defendants pray that the plaintiffs' Administrative Master Complaint as amended by the Second Supplemental and Amending Complaint ("Amended AMC") be dismissed as to American Homestar Defendants.

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and Oak Creek Homes, LP**
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
        dbach@hmhlp.com
        jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 17, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

WEP Library:2099-63807\