-1-

IN RE: FEMA TRAILER  
FORMALDEHYDE  
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:  
The Administrative Master Complaint  
No. 07-1873

MAGISTRATE JUDGE CHASEZ

Pujol v. The United States of America  
No.: 08-3217

*********************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**NOTICE IS HEREBY GIVEN** that the Hearing on the American Homestar Defendants' Rule 12(b)(6) Motion to Dismiss Plaintiffs' Administrative Master Complaint as amended by Second Supplemental and Amended Complaint on grounds of lack of standing will be held on April 15, 2009 commencing at 9:30 a.m. before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

-2-

Respectfully Submitted,

*s/ W. Evan Plauché*
**W. EVAN PLAUCHÉ**
Bar No.: #21027
**JOHN T. CULOTTA**
Bar No. #17272
**DAVID C. BACH**
Bar No.: #28484
Counsel for Defendants,
**American Homestar Corporation and Oak Creek Homes, LP**
**HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P.**
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504) 836-6500
Fax: (504) 836-6565
E-Mail: eplauche@hmhlp.com
dbach@hmhlp.com
jculotta@hmhlp.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **December 17, 2008** I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ W. Evan Plauché*

WEP Library:2099-63807\