UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILILTY LITIGATION, | ) ) ) ) ) MDL NO. 1873 ) ) Civil Action File No. 2:07md1873-KDE-ALC ) |
| THIS DOCUMENT IS RELATED TO ALL CASES | ) Section "N-4" ) ) JUDGE ENGELHARDT MAG. ALMA L. CHASEZ |

**CORPORATE DISCLOSURE STATEMENT OF FLEETWOOD ENTERPRISES, INC., FLEETWOOD CANADA, LTD., FLEETWOOD HOMES OF NORTH CAROLINA, INC., FLEETWOOD HOMES OF GEORGIA, INC. AND FLEETWOOD TRAVEL TRAILERS OF MARYLAND, INC.**

NOW INTO COURT, through undersigned counsel, come Defendants Fleetwood Enterprises, Inc. ("FEI") and Fleetwood Homes of North Carolina, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of Georgia, Inc. and Fleetwood Travel Trailers of Maryland, Inc. (collectively "Fleetwood subsidiaries"), who, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E of the Uniform Local Rules of the United States District Courts for the Eastern, Middle and Western District of Louisiana, provide the following Corporate Disclosure Statement.

These Fleetwood subsidiaries are wholly-owned subsidiaries of FEI. FEI is the non-manufacturing parent corporation of the Fleetwood subsidiaries. One-hundred percent of the stock of each of the Fleetwood subsidiaries is owned by FEI. As of the date of this Disclosure, FEI is a publicly traded corporation. FEI certifies that no parent corporation or publicly-held corporation owns ten (10%) percent or more of its stock.

Respectfully submitted this 17th day of December, 2008.

/s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
Louisiana Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
Counsel for Fleetwood Enterprises, Inc.,
Fleetwood Homes of Georgia, Inc.,
Fleetwood Homes of North Carolina, Inc.
and Fleetwood Travel Trailers of Maryland,
Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( ) Hand Delivery			( ) Prepaid U.S. Mail

( ) Facsimile				( ) Federal Express

(X) CM/ECF

This 17th day of December, 2008.

*Richard K. Hines, V*
Richard K. Hines, V