UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| VERSUS | * | |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |

*Laney, et al. v. The United States of America, et al.,*
Case No. 08-4630 **and the** *Second Supplemental and*
*Amended Master Complaint filed in 07-1873*
**************************************************************************

### MEMORANDUM IN SUPPORT OF SCOTBILT HOMES, INC.'S MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b).

MAY IT PLEASE THE COURT:

ScotBilt Homes, Inc. (hereafter "ScotBilt"), hereby files this Memorandum in Support of its Rule 12(b) Motion to Dismiss the Complaint filed in *Laney, et al. v. The United States of America, et al.,* (Civil Action No. 08-4630 filed in the United States District Court for the Eastern District of Louisiana, and to the extent that any allegations in the *Laney* complaint are superseded by the Second Supplemental and Amended Master Complaint in MDL 1873 (Rec. Doc. 722) such arguments are also asserted), and subject to the Rule 12 preservation list of defenses filed by ScotBilt, hereby incorporates and adopts all arguments, references, authorities, exhibits, requests for relief and other

1

points asserted in the Memorandum in Support of the Motion to Dismiss filed by the co-defendants Southern Energy Homes, Inc.; Giles Industries, Inc.; and SunRay RV, LLC, as if fully set forth at length herein (See Rec. Doc. 949-2) as if fully set forth at length herein.

WHEREFORE the Defendant, ScotBilt Homes, Inc. prays that this Honorable Court will issue an Order dismissing all of the claims of the Plaintiffs against ScotBilt Homes, Inc., it in this matter.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

/s/ Thomas C. Pennebaker
THOMAS C. PENNEBAKER, LA.S.B. 24597
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500 / Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
Counsel for ScotBilt Homes, Inc.

CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 17th day of December, 2008.

/s/   Thomas C. Pennebaker