UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | |
| | * | SECTION "N-4" |
| VERSUS | * | |
| | * | |
| | * | JUDGE ENGLEHARDT |
| | * | |
| THIS DOCUMENT IS RELATED TO: | * | MAGISTRATE CHASEZ |

*Laney, et al. v. The United States of America, et al.,*
*Case No. 08-4630* and the *Second Supplemental and*
*Amended Master Complaint filed in 07-1873*
**************************************************************************

### NOTICE OF HEARING OF SCOTBILT HOMES, INC.'S MOTION TO DISMISS PURSUANT TO F.R.CIV.P. RULE 12(b).

ScotBilt Homes, Inc. (hereafter "ScotBilt"), hereby gives notice that the Judge Englehardt will take up its Rule 12(b) Motion to Dismiss on January 14, 2009 at 9:30 a.m.

Respectfully submitted,

NIELSEN LAW FIRM, L.L.C.

/s/ Thomas C. Pennebaker
THOMAS C. PENNEBAKER, LA.S.B. 24597
3838 N. Causeway Blvd., Suite 2850
Metairie, Louisiana 70002
Tel. (504) 837-2500 / Fax (504) 832-9165
Email: tpennebaker@nielsenlawfirm.com
Counsel for ScotBilt Homes, Inc.

1

CERTIFICATE OF SERVICE

      I hereby certify that a copy of this pleading was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 17th day of December, 2008.

      /s/   Thomas C. Pennebaker