UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AMENDMENT TO ORDER FOR PLAINTIFFS' COUNSEL TIME AND EXPENSE SUBMISSIONS

Considering the foregoing motion,

IT IS ORDERED that the Court's Order for Plaintiffs' Counsel's Time and Expense Submissions entered on 3/20/08 as Doc. 110-2, is modified by adding the following paragraph to Section I(5):

> All time submissions for common benefit services rendered prior to December 31, 2008 must be reflected in time records submitted by January 15, 2009; and, after January 15, 2009, no time records for common benefit services rendered prior to December 31, 2008 shall be considered.
>
> Each monthly time submission after January 15, 2009 may include only common benefit services for the thirty-day period preceding that time submission. No common benefit services rendered more than thirty days prior to any such monthly time submission will be considered included in that submission;

IT IS FURTHER ORDERED that the provisions of the Court's 3/20/08 Order for Plaintiffs' Counsel's Time and Expense Submissions (Doc. 110-2), as amended by this Order, is applicable to and binding upon any and all plaintiffs' counsel (whether of record or not) who

submit a request to be compensated for common benefit services performed in the course of these MDL proceedings; and

IT IS FINALLY ORDERED that any and all internal operating rules and procedures adopted by the Plaintiffs' Steering Committee with regard to time and expense record-keeping shall be modified to the extent they are inconsistent with the foregoing, but otherwise shall not be affected by this Order.

THIS DONE the 17th day of December, 2008, New Orleans, Louisiana.

_____
JUDGE