UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

This Document Related to All Cases

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO REPLY MEMORANDUM IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE EXPERT TESTIMONY OF PATRICIA M. WILLIAMS, PH.D.,DABT**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the above-captioned matter who respectfully request that this Honorable Court grant them leave to file the attached Response to Defendants' Reply Memorandum in Support of their Motion *in Limine* to Exclude Expert Testimony of Patricia Williams, Ph.D., DABT.  The Manufacturing Defendants continue their attempts to confuse this Court with arguments that have little or no bearing on the testimony of Dr. Williams at the class-certification hearing, supportive of Plaintiffs' proposed medical intervention and treatment sub-class.  Because of this, Plaintiffs aver that a brief response is necessary to assist this Court in clarifying the issues as to which Dr. Williams testified, and to refute the inappropriately-raised challenges by the Manufacturing Defendants.

WHEREFORE, Plaintiffs pray that the Court grant this Motion for Leave to File the attached Response to the Defendants Reply Memorandum in Support of their Motion *in Limine*. Plaintiffs' counsel has contacted counsel for both the Defendant Manufacturers and the Defendant United States Government/FEMA, and they do not oppose this motion.

Respectfully submitted,

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**


BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      gmeunier@gainsben.com

      s/Justin I. Woods
      JUSTIN I. WOODS, #24713
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:    504/522-2304
      Facsimile:    504/528-9973
      jwoods@gainsben.com

      **COURT-APPOINTED PLAINTIFFS'
      STEERING COMMITTEE**
      ANTHONY BUZBEE, Texas # 24001820
      RAUL BENCOMO, #2932
      FRANK D'AMICO, #17519
      MATT MORELAND, #24567
      LINDA NELSON, #9938
      RONNIE PENTON, #10462


### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing was filed electronically through the CM/ECF system in the United States District Court for the Eastern District of Louisiana and all Counsel of Record were notified via electronic mail through the CM/ECF Filing System this

18th day of December, 2008.

**/s/ GERALD E. MEUNIER**
**GERALD E. MEUNIER (#9471)**