UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

This Document Related to All Cases

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

IT IS ORDERED that Plaintiffs be granted leave to file the attached Response to Reply Memorandum in Support of Motion *In Limine* to Exclude Expert Testimony of Patricia M. Williams, Ph.D., DABT.

THIS DONE the _____ day of _____, 2008, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE

1