UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
PSC UNOPPOSED MOTION TO AMEND
PLAINTIFF FACT SHEET**

**MAY IT PLEASE THE COURT:**

The PSC, has to date, produced a total of 2042 Plaintiff Fact Sheets (PFS) to the manufacturing defendants and the government in this matter since the approval of the PFS form on March 7, 2008. This Court's Pre-Trial Order No. 2 (Doc No. 87) at Paragraph III.C set the deadline for the production of PFS forms completed by each Plaintiff named in an action at July 16, 2008. Thus, the Instructions made a part of the PFS instructed individuals to return their PFS form to their attorney by June 18, 2008. This particular date was chosen so that the PSC would have enough time to receive it from individual attorneys and to forward to the parties by the Court imposed deadline of July 16, 2008. The opening Instruction currently states:

> **IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN
> ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM
> MUST BE COMPLETED AND RECEIVED BY JUNE 18, 2008 OR YOU
> WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE
> COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO
> YOUR ATTORNEY.**

This litigation has progressed and the original deadline that was set in the opening instruction of the PFS has passed. Therefore, the PSC now moves to amend the instruction to avoid confusion of the obligations of any claimant and to be in compliance with the Court's Pre-Trial Order Number 2 as follows:

> **IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED WITHIN THIRTY (30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2 (DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION. ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

The PSC respectfully requests that the motion to so modify the PFS be granted in this respect. Counsel for defendants have confirmed no opposition to this motion.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462

### CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2008, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713