UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO ALL CASES

## PRETRIAL ORDER NO. 25

On November 24, 2008, the Court held a telephone status conference with the following counsel participating: Andrew Weinstock, Joe Glass, Justin Woods, Adam Dinnell and Tom Thagard.  During the conference, the Court **ORDERED** as follows:

1)  Defendants that manufactured HUD-regulated homes shall file a single motion and memorandum of law asserting preemption as a defense to Plaintiffs' claims no later than **March 20, 2009.**

2) The PSC, and if it considers it appropriate, the Defendant United States of America, shall file any opposition to such preemption motion no later than **April 3, 2009**.

3)  The preemption motion shall be set for hearing by this Court on **April 15, 2009.**

4)  In addition, the hearings on the motions to dismiss PSC's Second Amended and Supplemental Complaint filed by the manufactured housing defendants, specifically Rec. Docs. 747, 748, 756, 882, and 994 (which is technically already noticed for hearing on April 15, 2009) shall be continued to **April 15, 2009.**

New Orleans, Louisiana, this 18th day of December, 2008.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**