UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                  MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                                                   SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Application to Appear Pro Hac Vice (Rec. Doc. 993)** is **DENIED as moot**, based on Pretrial Order #1, ¶ 5 (Rec. Doc. 5).

New Orleans, Louisiana, this 18th day of December, 2008.

                                                              **KURT D. ENGELHARDT**
                                                              **UNITED STATES DISTRICT JUDGE**