**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**


IN RE: FEMA TRAILER                                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                      SECTION "N-5"

                                                                          JUDGE ENGELHARDT
This Document Related to All Cases                  MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER


Considering the foregoing Motion,

IT IS ORDERED that Plaintiffs be granted leave to file the attached Response to Reply

Memorandum in Support of Motion *In Limine* to Exclude Expert Testimony of Patricia M.

Williams, Ph.D., DABT.

THIS DONE the 19th day of ___December___, 2008, New Orleans, Louisiana.


_____
UNITED STATES DISTRICT JUDGE

1