UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-4" |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

Now into Court, through undersigned counsel, comes Heartland Recreational Vehicles, LLC, who represents to the Court that they were formerly represented in this matter by Scott E. Delacroix of the Law Firm of Adams and Reese, but have now retained Brent M. Maggio, of the Law Firm of Allen & Gooch, as their counsel, and therefore request that Brent M. Maggio be permitted to substitute as their counsel for record for Scott E. Delacroix in this matter. Scott E. Delacroix will continue to represent Timberland RV Company in this matter.

Respectfully submitted,

ADAMS AND REESE, LLP

/s/ Scott E. Delacroix
SCOTT E. DELACROIX, T.A., # 4823
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
Tel: 504.581.3234
Fax: 504.566.0210

ATTORNEY FOR DEFENDANT HEARTLAND RECREATIONAL VEHICLES, LLC

ALLEN & GOOCH

_____
BRENT M. MAGGIO, T.A., # 19959
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been electronically filed on the  22nd  day of December, 2008, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Scott E. Delacroix
**SCOTT E. DELACROIX**