UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                      SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On December 22, 2008, the Court held a telephone status conference with the following counsel participating: Justin Woods, Adam Dinnell, Henry Miller, and Andy Weinstock.  Proposed Pretrial Order No. 26 (regarding the destructive testing of emergency housing units ("EHUs"))  was discussed.  During the conference, the Court **ORDERED** that a telephone conference call is **SET** for **Monday, January 5, 2009 at 2:30 p.m.** to further discuss this issue.  Plaintiffs' counsel shall initiate the call by letting the Court and all participating counsel know of a call-in number to use for the call.

New Orleans, Louisiana, this 22nd day of December, 2008.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**