MINUTE ENTRY
ENGELHARDT, J.
December 22, 2008

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

      A telephone status conference was conducted on Monday, December 22, 2008, at 2:30 p.m. Participating were Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants; and Henry T. Miller and Adam M. Dinnell, attorneys for the Government/FEMA.

JS10(00:45)