UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N-4" |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Motion to Substitute Counsel of Record filed by Heartland Recreational Vehicles, LLC;

**IT IS ORDERED** that Brent M. Maggio be substituted as counsel of record for Heartland Recreational Vehicles, LLC, in place of Scott E. Delacroix, in the above captioned matter; and, that Scott E. Delacroix remain as counsel of record for Timberland RV Company.

New Orleans, Louisiana, this  23rd  day of  December , 2008.

_____
JUDGE