UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 07-1873<br><br>SECTION "N" (5) |

BUREAU VERITAS NORTH AMERICA, INC.'S
MOTION FOR PROTECTIVE ORDER

1. Bureau Veritas North America, Inc. ("Bureau Veritas"), which is not a party to this litigation, moves for an order protecting it from having to produce the documents requested by Plaintiffs' subpoena.

2. The grounds for this motion are that the discovery requested is cumulative and duplicative, the documents requested are available from the parties, the burden and expense of producing these documents outweighs the likely benefit to Plaintiffs, and Bureau Veritas is contractually obligated to not disclose the documents requested to anyone but the governmental entities with whom it has contracted.

3. This motion is based on the pleadings and papers on file in this case and the attached memorandum and supporting documents.

Respectfully submitted,

*ALLENSWORTH AND PORTER, L.L.P.*
620 Congress Avenue, Suite 100
Austin, Texas 78701
(512) 708-1250 Telephone
(512) 708-0519 Facsimile
Matthew B. Cano – Texas State Bar No. 03757050
Shalla Santos – Texas State Bar No. 24056267

By: _____
Matthew B. Cano

and

1

**CRAWFORD LEWIS, PLLC**
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 70801
(225) 343-5290 Telephone
(225) 383-5508 Facsimile
Keely Y. Scott - Bar No. 23932
Leigh F. Groves - Bar No. 23737

By: _____
       Leigh F. Groves

**ATTORNEYS FOR BUREAU VERITAS NORTH AMERICA, INC.**

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion for Protective Order and the Memorandum in Support of the Motion for Protective Order were served on the following on January 5, 2009:

Linda Nelson                                    Via US Mail and email to
Lambert & Nelson                                linda@lambertandnelson.com
701 Magazine Street
New Orleans, Lousiana 70130
(504) 581-1750
Attorney in Charge for Plaintiffs

_____

2