UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | §<br>§<br>§<br>§<br>§ | MDL NO. 07-1873<br><br>SECTION "N" (5) |

### ORDER ON BUREAU VERITAS NORTH AMERICA, INC.'S MOTION FOR PROTECTIVE ORDER

After considering Bureau Veritas North America, Inc.'s motion for protective order, the Court orders that Bureau Veritas is not required to produce documents in response to the subpoena until the hearing on its Motion for Protective Order before the Honorable Alma L. Chasez on January 21, 2009, at 11:00 a.m.

SIGNED on _____, 2009.

_____
U.S. DISTRICT JUDGE

Approved and entry requested,

By: _____
Matthew B. Cano (Texas Bar #03757050)
***ALLENSWORTH AND PORTER, L.L.P.***
620 Congress Avenue, Suite 100
Austin, Texas 78701

and

By: _____
Leigh F. Groves (La Bar #23737)
***CRAWFORD LEWIS, LLC***
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 7080

***ATTORNEYS FOR BUREAU VERITAS
NORTH AMERICA, INC.***

1