UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(4) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * | |
| | * | MAGISTRATE JUDGE: |
| | * | CHASEZ |

*************************************************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes defendant, Heartland Recreational Vehicles, L.L.C., which moves this Court for an Order enrolling as its additional Counsel of Record as John R. Walker, Scott F. Davis and Jeffrey S. Valliere, along with presently-enrolled counsel of record Brent M. Maggio of Allen & Gooch.

WHEREFORE, Heartland Recreational Vehicles, L.L.C., prays that this Court enter an Order, enrolling John R. Walker, Scott F. Davis and Jeffrey S. Valliere, as additional Counsel of Record for Heartland Recreational Vehicles, L.L.C.

Respectfully submitted,

**ALLEN & GOOCH**

BRENT M. MAGGIO, T.A., # 19959
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265
**Attorney for Heartland Recreational Vehicles, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been electronically filed on the 5 day of January, 2009, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

**BRENT M. MAGGIO**