UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCTS LIABILITY<br>    LITIGATION | * * * * | MDL NO. 2:07-MD-1873<br><br>SECTION: N(4) |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | JUDGE: ENGELHARDT<br><br>MAGISTRATE JUDGE:<br>    CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion filed by Heartland Recreational Vehicles, L.L.C.;

IT IS ORDERED that John R. Walker, Scott F. Davis and Jeffrey S. Valliere, be and are added as additional Counsel of Record for Heartland Recreational Vehicles, L.L.C., in this cause.

New Orleans, Louisiana, this _____ day of _____, 2009.

 

_____
**United States District Judge**