UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER § MDL NO. 07-1873
FORMALDEHYDE PRODUCTS §
LIABILITY LITIGATION §
§
§ SECTION "N" (5)

## APPLICATION TO APPEAR PRO HAC VICE

I, Shalla Santos, file this application to appear pro hac vice before the court.

### Application

1. My full name is Shalla Elaine Faria Santos.

2. I am an attorney and a member of the law firm of Allensworth and Porter, L.L.P.

3. My office address, telephone number, and fax number are:

   *ALLENSWORTH AND PORTER, L.L.P.*
   620 Congress Avenue, Suite 100
   Austin, Texas 78701
   (512) 708-1250 Telephone
   (512) 708-0519 Facsimile

4. I have been retained by Bureau Veritas North America, Inc. to provide legal representation in this case.

5. Since November 3, 2006, I have been and am presently a member in good standing of the bar of the highest court of the State of Texas.

6. I have been admitted to practice in the following courts:

   The Supreme Court of Texas
   The Unites States District Court for the Western District of Texas

7. I am presently a member in good standing of the bars listed in paragraph 6.

8. I have not been the subject of a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court.

9. I have not been charged, arrested, or convicted of a criminal offense or offenses.

1

10. In the past three years, I have not applied to appear pro hac vice before this court.

11. I have not applied to appear pro hac vice before other courts.

12. I designate Keely Y. Scott, Michael T. Durham, and Leigh F. Groves of CrawfordLewis, LLC as local counsel of record to assist me in this case. Their office address, telephone number, and fax number are:

> 450 Laurel St., Ste. 1600
> Baton Rouge, Louisiana 70801
> (225) 343-5290 Telephone
> (225) 383-5508 Facsimile

13. A certificate of good standing is enclosed and incorporated herewith this Application to Appear Pro Hac Vice.

14. I certify that I have read and am familiar with the local civil rules of this court and that I will abide by and comply with these rules.

15. For these reasons, I ask the court to grant this application and allow me to appear pro hac vice before this court until the conclusion of this case.

Respectfully submitted,

*ALLENSWORTH AND PORTER, L.L.P.*
620 Congress Avenue, Suite 100
Austin, Texas 78701
(512) 708-1250 Telephone
(512) 708-0519 Facsimile
Matthew B. Cano – Texas State Bar No. 03757050
Shalla Santos – Texas State Bar No. 24056267

By: /s/ Shalla Santos
      Shalla Santos

and

2

*CRAWFORD LEWIS, PLLC*
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 70801
(225) 343-5290 Telephone
(225) 383-5508 Facsimile
Keely Y. Scott - Bar No. 23932
Leigh F. Groves - Bar No. 23737

By: _____
      Leigh F. Groves

*ATTORNEYS FOR BUREAU VERITAS NORTH AMERICA, INC.*