## AFFIDAVIT OF SHALLA SANTOS

STATE OF TEXAS             §
                           §
COUNTY OF TRAVIS           §

On this day, Shalla Santos appeared before me, the undersigned notary public. After I administered an oath to her, she said:

"My name is Shalla Santos. I am over the age of 18 years of age and am fully competent to make this affidavit. The facts stated within this affidavit are within my personal knowledge and they are all true and correct.

"There are no criminal actions or other actions of any kind pending against me.

"All of the statements contained within my Application to Appear Pro Hac Vice are also true and correct."

*Shalla Santos*
Shalla Santos

SUBSCRIBED AND SWORN to before me by Shalla Santos, on this the 5th day of January, 2009, to certify which witness my hand and seal of office.

*Nikki R. Rusch*
Notary Public,
State of Texas

My commission expires:

NIKKI R. RUSCH
MY COMMISSION EXPIRES
August 31, 2011

-4-