# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, BLAKE HAWTHORNE, Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Matthew Boyd Cano**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 8th day of November, 1985.

I further certify that the records of this office show that, as of this date

**Matthew Boyd Cano**

is presently enrolled with the State Bar of Texas as an active member in good standing.

IN TESTIMONY WHEREOF witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 31st day of December, 2008.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*
Brad Sonego, Deputy Clerk

No. 1231R

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.