Effective 1/10/06

# FINANCIAL & CIVIL ALLOTMENT SHEET

Receipt No. 362654
Deputy Clerk:

JAN - 8 2009

**ACCOUNT CODE:**

6855XX Accounts
\_\_\_\_\_ - Restitution
\_\_\_\_\_ - U.S. Postal Service Forms
\_\_\_\_\_ - Petty Offense

**REGISTRY FUND:**

604700 Accounts
\_\_\_\_\_ - Cash Bonds
\_\_\_\_\_ - Land Condemnation
\_\_\_\_\_ - Deceased & Deserting Seaman

**GENERAL & SPECIAL FUNDS:**
\_\_\_\_\_ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
\_\_\_\_\_ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
       085000 - $5.00 / 510000 - $10.00

**FILING FEES**
\_\_\_\_\_ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
\_\_\_\_\_ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
       086900 - $20.00 / 510000 - $19.00
\_\_\_\_\_ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
\_\_\_\_\_ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
\_\_\_\_\_ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

**COPY FEES**
\_\_\_\_\_ - Copies from public terminal (.10 per page - # of pages \_\_\_\_\_) 5114CR
\_\_\_\_\_ - Copies (.50 per page - # of pages \_\_\_\_\_) 322350
\_\_\_\_\_ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
\_\_\_\_\_ - Magnetic Tape Recordings \_\_\_\_\_ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

**MISCELLANEOUS ACCOUNTS**
\_\_\_\_\_ - Certification (# of Cert. \_\_\_\_\_) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
\_\_\_\_\_ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
\_\_\_\_\_ - Records Search (TOTAL $26.00 Each) (# of names \_\_\_\_\_) 322360 - $15.00 / 510000 - $11.00
\_\_\_\_\_ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
\_\_\_\_\_ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
       Recovery of Costs - Jury Assessment \_\_\_\_\_ 322380

**FINES & MISCELLANEOUS ACCOUNTS**
\_\_\_\_\_ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
\_\_\_\_\_ - Disciplinary Enforcement Fund ($15.00 Tri-annually, **$5.00 PRO HAC VICE**) 6855XX

**ACCOUNTS RECEIVABLE**
\_\_\_\_\_ - Criminal Justice Act (ALL CJA Payments) (092300 - QQAPAN)

RECEIVED FROM (FIRM): _Crawford Lewis_
CASE NUMBER: _07-1873_   SECTION: _N/5_
CASE TITLE: _Matthew Cano_
PAYMENT OF $5.00  CASH \_\_\_\_\_  CHECK _35171_  MONEY ORDER \_\_\_\_\_
                  SEAMAN \_\_\_\_\_  PAUPER \_\_\_\_\_  NON CASH \_\_\_\_\_

---

**Civil Action Cases (for New Filings Only)**
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

\_\_\_\_\_ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
\_\_\_\_\_ 2. Class Action
\_\_\_\_\_ 3. Antitrust
\_\_\_\_\_ 4. Patent, Trademark, Copyright
\_\_\_\_\_ 5. Civil Rights Case
\_\_\_\_\_ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
\_\_\_\_\_ 7. Petitions for Stay of Execution Death Sentence
\_\_\_\_\_ 8. Social Security Case
\_\_\_\_\_ 9. All Others

Is this a THREE JUDGE COURT?  Yes \_\_\_\_\_  No \_\_\_\_\_
Is this a RELATED CASE?  Yes \_\_\_\_\_  No \_\_\_\_\_   Attorney of Record \_\_\_\_\_