MINUTE ENTRY
ENGELHARDT, J.
January 5, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A telephone status conference was conducted on Monday, January 5, 2009, at 3:00 p.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; and Henry T. Miller and Adam M. Dinnell, attorneys for the Government/FEMA.

JS10(00:15)