MINUTE ENTRY
ENGELHARDT, J.
January 6, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                             SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone status conference was conducted on Tuesday, January 6, 2009, at 3:00 p.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; and Henry T. Miller and Adam M. Dinnell, attorneys for the Government/FEMA.

JS10(00:20)