UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: ROBY |

*************************************************************************

## MANUFACTURING DEFENDANTS' JOINT MOTION
## TO ADOPT PROPOSED CASE ADMINISTRATION ORDER

**NOW INTO COURT**, through undersigned counsel, come the Manufacturing Defendants, who respectfully submit that the parties require a trial plan that will manage this litigation going forward. Now that this Honorable Court has resolved the class certification issue, the Manufacturing Defendants believe that a Case Administration Order is needed to establish pre-trial procedures, direct the course and scope of discovery, expedite the process of selecting appropriate plaintiffs for trial, and schedule those trials as soon as possible. In the attached memorandum, the Manufacturing Defendants hereby submit a proposed Order that seeks to accomplish those goals.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**
s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
*Defense Liaison Counsel*

## **C E R T I F I C A T E**

I hereby certify that on the 9th day of January, 2009 a copy of the foregoing Motion to Adopt Proposed Case Administrative Order was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com