# Transcript of the Testimony of
# Videotaped Deposition of Judd E. Shellito, M.D.

**Date taken: September 15, 2008**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Case 2:07-md-01873-KDE-MBN   Document 1026-2   Filed 01/09/09   Page 2 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Judd E. Shellito, M.D.

Page 116

1   longer periods of time noncancer health
2   effects could be delayed in terms of when
3   they reach a point where someone presents to
4   a physician for treatment and a diagnosis is
5   made, yes.
6        Q    Well, when they present for
7   treatment is different from when they would
8   start having the effects, correct?
9        A    Oh, that's a totally different
10  thing.  Yes, that's correct.
11       Q    They should start having the
12  effects, but not get around to going to the
13  doctor?
14       A    Correct.
15       Q    And the effects should be
16  immediate?
17       A    Correct.
18       Q    And as you've said, the nature of
19  formaldehyde is that when you're removed
20  there should be a return to baseline for
21  most of the effects from formaldehyde; is
22  that correct?
23       A    For the non --
24       MR. D'AMICO:
25            Object to the form.

Case 2:07-md-01873-KDE-MBN   Document 1026-2   Filed 01/09/09   Page 3 of 4

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Judd E. Shellito, M.D.

Page 117

```
 1        THE WITNESS:
 2             For the noncancer effects, that's
 3   correct.
 4        MR. D'AMICO:
 5             Object -- object to the form.  I
 6   think it misstates his prior testimony.  He
 7   said --
 8        MR. WEINSTOCK:
 9             I was talking about his report,
10   not his testimony.  I apologize.  For
11   clarification, I was referring to the last
12   paragraph of his report, not something he
13   had said previously.
14        MR. D'AMICO:
15             Okay.
16   EXAMINATION BY MR. WEINSTOCK:
17        Q    Now, you said there was something
18   that fascinated you about the CDC report, or
19   interested you, right before we took a
20   break?
21        A    Where were we?  "No definitive
22   level can be established that places humans
23   in a high-risk category."  This is related
24   to nasopharyngeal carcinoma.  I was trying
25   to respond to your question about whether
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Judd E. Shellito, M.D.

Page 119

1   threshold risk.  In other words, can you
2   identify a high-risk category?
3           What they're saying is that anyone
4   exposed to formaldehyde is potentially at a
5   high risk.  You can't separate out within
6   the population those who are much higher
7   risk and then ignore those who are exposed
8   to a lower dose.  So the safest way to
9   decrease the risk for the population as a
10  whole is to limit exposure to formaldehyde.
11      Q   But they're not saying there's a
12  specific level that somebody goes -- becomes
13  at risk?
14      A   They're saying you cannot
15  establish that level.
16      Q   That's what I thought they said.
17          Based on the last paragraph of
18  your report regarding the transient nature
19  of most of the health effect -- noncancerous
20  health effects of formaldehyde, you would
21  not expect to see increased problems with
22  sore throats six months after people moved
23  out of the units, would you?
24      A   I would not.
25      Q   Nosebleeds?