## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER     MDL NO. 1873
FORMALDEHYDE PRODUCT LIABILITY
LITIGATION         SECTION "N-4"

THIS DOCUMENT RELATES    JUDGE ENGELHARDT
TO ALL CASES       MAG. JUDGE ROBY

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## HEARTLAND RECREATIONAL VEHICLES, LLC AND TIMBERLAND RV COMPANY'S JOINT MOTION TO DISMISS THE SECOND SUPPLEMENTAL AND AMENDED MASTER COMPLAINT

Defendants Heartland Recreational Vehicles, LLC ("Heartland") and

Timberland RV Company ("Timberland") jointly move the court to dismiss the Second

Supplemental and Amended Master Complaint (Document 722).[1]  In support of their joint

motion to dismiss, Heartland and Timberland state:

   1.  Plaintiffs' claims against Heartland and Timberland are improperly joined

with the claims made against the other defendants, and Heartland and Timberland should be

dismissed as parties pursuant to Federal Rules of Civil Procedure 20 and 21.  The Second

Supplemental and Amended Master Complaint fails to satisfy the basic requirement that the

claims by Plaintiffs against Heartland and Timberland, as well as against the other defendants,

arise out of the same transaction or occurrence.  Here, Plaintiffs' claims do not arise from the

same transaction or occurrence, Heartland and Timberland are improperly joined with the other

defendants and with each other, and joinder is improper regardless of Plaintiffs' class allegations

which already have been rejected by this Court.

2.    Further, the Second Supplemental and Amended Master Complaint fails to state a claim upon which relief can be granted, and should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), in the following respects:

a.    Plaintiffs' claims sounding in breach of express warranty for property damage and personal injury fail under Alabama, Mississippi, Texas, and Louisiana law;

b.    Plaintiffs' claims sounding in breach of implied warranty of merchantability for property damage fail under Alabama, Mississippi, and Texas law;

c.    Plaintiffs' claims sounding in breach of implied warranty for fitness for a particular purpose for property damage and personal injury fail under Alabama, Mississippi, and Texas law;

d.    Plaintiffs' claims are barred by the economic loss doctrine under Alabama, Mississippi, Texas, and Louisiana law; and

e.    Plaintiffs' claims for medical monitoring are precluded by Alabama, Mississippi, Texas, and Louisiana law.

3.    In further support of their joint motion to dismiss the Second Supplemental and Amended Master Complaint, Heartland and Timberland have filed their Memorandum in Support of their Joint Motion to Dismiss the Second Supplemental and Amended Master Complaint which is incorporated into this joint motion by reference.

WHEREFORE, Heartland and Timberland respectfully request that they be dismissed as parties pursuant to Federal Rules of Civil Procedure 20 and 21 and that the claims in Plaintiffs' Second Supplemental and Amended Master Complaint set forth above be dismissed

---

[1]  Heartland and Timberland also respectfully submit this motion to dismiss as to the substantively identical Plaintiffs' Second Supplemental and Amended Complaint (Document 721) in *Pujol v. The United States of*

BDDB01 5529473v1

as a matter of law pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted.

*America, et al.*, No. 08-3217.

BDDB01 5529473v1

Respectfully submitted,

**ADAMS AND REESE** LLP


By:  /s/ Scott E. Delacroix
    Scott E. Delacroix, T.A. (#4823)
    701 Poydras Street, Suite 4500
    New Orleans, Louisiana 70139
    (504) 581-3234
    (504) 566-0210 (fax)

    J. Joseph Tanner (*Pro Hac Vice to be filed*)
    Baker & Daniels LLP
    300 North Meridian Street, Suite 2700
    Indianapolis, Indiana  46204
    (317) 237-1000
    (317) 237-0300 (fax)

    Thomas C. Kus (*Pro Hac Vice to be filed*)
    Baker & Daniels LLP
    111 East Wayne Street, Suite 800
    Fort Wayne, Indiana  46802
    (260) 424-8000
    (260) 460-1700 (fax)

ATTORNEYS FOR DEFENDANT
TIMBERLAND RV COMPANY


**ALLEN & GOOCH**


By:  /s/ Brent M. Maggio
    Brent M. Maggio, T.A. (#19959)
    3900 North Causeway Boulevard, Suite 1450
    Metairie, Louisiana 70002
    (504) 836-5200
    (504) 836-5205 (fax)

ATTORNEYS FOR DEFENDANT HEARTLAND
RECREATIONAL VEHICLES, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

By: /s/ Scott E. Delacroix

BDDB01 5529473v1