UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 <br><br> SECTION "N-4" |
| THIS DOCUMENT RELATES TO ALL CASES | JUDGE ENGELHARDT <br> MAG. JUDGE ROBY |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendants Heartland Recreational Vehicles, LLC and Timberland RV Company's Joint Motion to Dismiss the Second Supplemental and Amended Master Complaint (Document 722) will be held on January 28, 2009, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

Respectfully submitted,

ADAMS AND REESE LLP

By:  /s/ Scott E. Delacroix
Scott E. Delacroix, T.A. (#4823)
701 Poydras Street, Suite 4500
New Orleans, Louisiana 70139
(504) 581-3234
(504) 566-0210 (fax)

J. Joseph Tanner (*Pro Hac Vice to be filed*)
Baker & Daniels LLP
300 North Meridian Street, Suite 2700
Indianapolis, Indiana  46204
(317) 237-1000
(317) 237-0300 (fax)

Thomas C. Kus (*Pro Hac Vice to be filed*)

- 2 -

Baker & Daniels LLP
111 East Wayne Street, Suite 800
Fort Wayne, Indiana 46802
(260) 424-8000
(260) 460-1700 (fax)

ATTORNEYS FOR DEFENDANT
TIMBERLAND RV COMPANY

**ALLEN & GOOCH**

By: /s/ Brent M. Maggio
    Brent M. Maggio, T.A. (#19959)
    3900 North Causeway Boulevard, Suite 1450
    Metairie, Louisiana 70002
    (504) 836-5200
    (504) 836-5205 (fax)

ATTORNEYS FOR DEFENDANT HEARTLAND
RECREATIONAL VEHICLES, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all known counsel of record.

By: /s/ Scott E. Delacroix