UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER § MDL NO. 07-1873
FORMALDEHYDE PRODUCTS §
LIABILITY LITIGATION §
§
§ SECTION "N" (5)

## BUREAU VERITAS NORTH AMERICA, INC.'S
## MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER

1. Bureau Veritas North America, Inc. ("Bureau Veritas"), which is not a party to this litigation, moves this court to withdraw its Motion for Protective Order filed on or about January 2, 2009.

2. After filing the Motion, counsel learned that an Order dated October 29, 2008, was signed, quashing the subpoena issued to Bureau Veritas North America, Inc. A copy of the signed Order is attached hereto.

3. Counsel for Bureau Veritas has conferred with counsel for Plaintiffs, who agree that the subpoena that was the subject of Bureau Veritas's Motion for Protective Order has been quashed. Because the order of October 29, 2008, quashes the subpoena issued to Bureau Veritas, the Motion for Protective Order is Moot and should be withdrawn from filing.

Respectfully submitted,

*ALLENSWORTH AND PORTER, L.L.P.*
620 Congress Avenue, Suite 100
Austin, Texas 78701
(512) 708-1250 Telephone
(512) 708-0519 Facsimile
Matthew B. Cano – Texas State Bar No. 03757050
Shalla Santos – Texas State Bar No. 24056267

By: /s/ Shalla Santos
Shalla Santos

and

1

*CRAWFORD LEWIS, PLLC*
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 70801
(225) 343-5290 Telephone
(225) 383-5508 Facsimile
Keely Y. Scott - Bar No. 23932
Leigh F. Groves - Bar No. 23737

By: _____
       Leigh F. Groves

*ATTORNEYS FOR BUREAU VERITAS NORTH AMERICA, INC.*

## CERTIFICATE OF SERVICE

I certify that a copy of the Motion to Withdraw Motion for Protective Order was served on the following on January 12, 2009:

Gerald E. Meunier                         Via U.S. mail & email to gmeunier@gainsben.com
Justin Woods                                                        and jwoods@gainsben.com
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
(504) 522-2304

Linda Nelson                               Via U.S. mail & email to linda@lambertandnelson.com
Lambert & Nelson
701 Magazine Street
New Orleans, Louisiana 70130
(504) 581-1750
Attorney in Charge for Plaintiffs

_____