UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | §<br>§<br>§<br>§<br>§ | MDL NO. 07-1873<br><br>SECTION "N" (5) |

ORDER ON BUREAU VERITAS NORTH AMERICA, INC.'S
MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER

After considering Bureau Veritas North America, Inc.'s Motion to Withdraw Motion for Protective Order, the Court orders that the Motion for Protective Order is withdrawn.

SIGNED on _____, 2009.

_____
U.S. DISTRICT JUDGE

Approved and entry requested,

By: *Shalla Santos*
Shalla Santos (Texas Bar #24056267)
*ALLENSWORTH AND PORTER, L.L.P.*
620 Congress Avenue, Suite 100
Austin, Texas 78701

and

By: _____
Leigh F. Groves (La Bar #23737)
*CRAWFORD LEWIS, LLC*
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 7080

*ATTORNEYS FOR BUREAU VERITAS
NORTH AMERICA, INC.*