UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | **MAGISTRATE CHASEZ** |

*****************************************************************************

### SECOND MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who, upon instruction and advice from this Honorable Court, specifically the December 30, 2008 Order and Reasons (Document 1015), respectfully resubmit the proposed First Supplemental and Amending Complaint without asserting any class allegations. Plaintiffs respectfully represent that it is both necessary and appropriate to amend the underlying complaint to bring in certain additional defendants based upon information now in the possession of the Plaintiffs which was unknown at the time the underlying suit was filed. The Plaintiffs herein respectfully move this honorable Court for leave to file the attached First Supplemental and Amending Complaint as it relates to the underlying suit of *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, No. 07-9228, Eastern District of Louisiana for the abovementioned reasons.

Respectfully Submitted,

By:   /s/ Frank J. D'Amico, Jr
      Frank J. D'Amico, Jr. (#17519)
      **Frank J. D'Amico, Jr., APLC**
      622 Baronne Street
      New Orleans, Louisiana 70113
      Telephone:  (504) 525-7272
      Facsimile:   (504) 525-9522

      **Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 13 day of January, 2009. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 13th day of January, 2009.

      /s/ Frank J. D'Amico, Jr.
      FRANK J. D'AMICO, JR. (#17519)