## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: FEMA TRAILER FORMALDEHYDE**
**PRODUCTS LIABILITY LITIGATION**

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*No. 07-9228*

**MDL NO. 1873**

**SECTION N(5)**

**JUDGE ENGELHARDT**

**MAGISTRATE CHASEZ**

******************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' SECOND MOTION
### FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiffs in this matter, who, offer this brief Memorandum in Support of the Second Motion for Leave to File First Supplemental and Amending Petition.  This Honorable Court, in its December 30, 2008 Order and Reasons (MDL Document No. 1015), refused to grant Plaintiffs' original Motion for Leave to Amend (MDL Document No. 758) as the original proposed Amended Complaint contained class assertions, which were denied by the Honorable Court on December 29, 2008.  Plaintiffs were advised, however, that they had fifteen days to file another version of the amended complaint.

Plaintiffs have modified the proposed Amended Complaint, and withdrawn all class assertions.  Further, Plaintiffs in the above-referenced suit have further made allegations against

the proposed newly named defendants specific to Louisiana, as all named Plaintiffs in the above-referenced suit resided in Louisiana.

Plaintiffs respectfully refer this Honorable Court to their Original Memorandum in Support of the Motion for Leave to File First Supplemental and Amending Complaint, as the arguments and supporting documentation have not changed.  The Exhibits referenced in the Original Memorandum in Support are filed under protective seal with the Clerk of Court, and Plaintiffs request that this Second Memorandum in Support suffice as a reference point to the Honorable Court, rather than the redundant resubmission of the Original Memorandum in Support and all Exhibits under protective seal.

Pursuant to the Court's statement that it would allow the Plaintiffs 15 days to modify the proposed First Supplemental and Amending Complaint to remove any class assertions, and that the Court would be inclined to grant such a motion, Plaintiffs humbly request that this Court grant their Second Motion for Leave to File a Supplemental and Amending Complaint.

Respectfully Submitted,

By:   /s/ Frank J. D'Amico, Jr
       Frank J. D'Amico, Jr. (#17519)
       **Frank J. D'Amico, Jr., APLC**
       622 Baronne Street
       New Orleans, Louisiana 70113
       Telephone:   (504) 525-7272
       Facsimile:   (504) 525-9522

       **Counsel for Plaintiffs and member of**
       **Court Appointed Plaintiffs' Steering**
       **Committee in the Master Action**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 13 day of January, 2009.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 13th day of January, 2009.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)