# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6 undersigned counsel for Plaintiffs certifies that opposing counsel for Original Defendants have been consulted and have voiced no opposition to the modified First Supplemental and Amending Complaint.

Respectfully Submitted,

By:   /s/ Frank J. D'Amico, Jr
      Frank J. D'Amico, Jr. (#17519)
      **Frank J. D'Amico, Jr., APLC**
      622 Baronne Street
      New Orleans, Louisiana 70113
      Telephone:   (504) 525-7272
      Facsimile:   (504) 525-9522

      **Counsel for Plaintiffs and member of Court Appointed Plaintiffs' Steering Committee in the Master Action**

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 13th day of January, 2009.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 13th day of January, 2009.

/s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (#17519)