UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 07-1873<br><br>SECTION "N" (5) |

ORDER ON BUREAU VERITAS NORTH AMERICA, INC.'S
MOTION TO WITHDRAW MOTION FOR PROTECTIVE ORDER

After considering Bureau Veritas North America, Inc.'s Motion to Withdraw Motion for Protective Order, the Court orders that the Motion for Protective Order is withdrawn.

SIGNED on ___January 13th___, 2009.

_____
United States Magistrate Judge

Approved and entry requested,

By: _/s/ Shalla Santos_
Shalla Santos (Texas Bar #24056267)
*ALLENSWORTH AND PORTER, L.L.P.*
620 Congress Avenue, Suite 100
Austin, Texas 78701

and

By: _/s/_
Leigh F. Groves (La Bar #23737)
*CRAWFORD LEWIS, LLC*
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 7080

*ATTORNEYS FOR BUREAU VERITAS
NORTH AMERICA, INC.*

3