UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N (4)<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

### AGREED MOTION FOR SUBSTITUTION OF COUNSEL

The Palm Harbor Defendants, Palm Harbor Homes, Inc. Palm Harbor Albermarle, LLC, and Palm Harbor Manufacturing, L.P., file their Agreed Motion for Substitution of Counsel.

I.      The Palm Harbor Defendants respectfully request leave of court to permit the firms of Maynard Cooper & Gale PC and Fowler Rodriguez Valdes-Fauli to withdraw as counsel for the Palm Harbor Defendants and that Michael J. Craddock and Eric L. Lindstrom of the law firm of Craddock Davis & Krause LLP to be substituted as their counsel in this action. The Palm Harbor Defendants have consented to this action and this substitution is not requested for the purpose of delay.

II.     Pursuant to Paragraph 11 of Pretrial Order No. 1, Michael J. Craddock would show that he is admitted and a member of good standing in the United States District Courts of the Eastern District of Texas, Northern District of Texas, Eastern District of Oklahoma, Western District of Oklahoma, Middle District of Alabama, Western District of Texas, District of New Mexico, Eastern and Western Districts of Arkansas, and Northern District of Oklahoma.

1

III.	Pursuant to Paragraph 11 of Pretrial Order No. 1, Eric L. Lindstrom would show that he is admitted and a member of good standing in the United States District Courts of the Northern, Western, Eastern and Southern Districts of Texas, the Northern, Western and Eastern Districts of Oklahoma, and the District of Alaska.

WHEREFORE, PREMISES CONSIDERED, Defendants Palm Harbor Homes, Inc. Palm Harbor Albermarle, LLC, and Palm Harbor Manufacturing, L.P., pray that this Court enter an order substituting Michael J. Craddock and Eric L. Lindstrom of the law firm of Craddock Davis & Krause LLP as attorneys for the Palm Harbor Defendants and granting such other and further relief to which the Palm Harbor Defendants are entitled.

Respectfully submitted by:

/s/ James K. Carroll
One of the Attorneys for Palm Harbor Defendants

**OF COUNSEL:**

Thomas W. Thagard, III
Lorrie L. Hargrove
Edward A. "Ted" Hosp
Edward S. Sledge IV
**MAYNARD, COOPER & GALE, P.C.**
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone 205-254-1000
Fax: 205-254-1999

-and-

James K. Carroll (#3898), T.A.
Stephanie D. Skinner (#21100)
Kati Cox Weaver (#30878)
**FOWLER RODRIGUEZ & CHALOS**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

**AGREED:**


      /s/ Eric L. Lindstrom
      Eric L. Lindstrom
      Texas State Bar No. 12385200
      elindstrom@cdklawfirm.com
      Michael J. Craddock, Trial Attorney
      Texas State Bar No. 04970300
      mcraddock@cdklawfirm.com

Craddock Davis & Krause LLP
3100 Monticello Avenue, Suite 550
Dallas, Texas 75205-3466
214/750-3550
214/750-3551 (FAX)


**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above and foregoing instrument Agree Motion for Substitution of Counsel was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and/or U.S. Mail on the 16th day of January, 2009.

                                  */s/ James K. Carroll*