UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * * | SECTION: "N" |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: ROBY (4) |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**The Gautreaux Plaintiffs' Motion for Leave to File
a Second Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Gautreaux plaintiffs who respectfully request that a leave of court be granted to file a Second Amended Complaint.

**WHEREFORE,** for the reasons set forth in this motion and attached memorandum, the plaintiffs, respectfully request this Honorable Court grant a leave of court to file Plaintiffs' Second Amended Complaint.

-1-

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 17TH day of January, 2009.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.