UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * * | SECTION: "N" |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: ROBY (4) |
| Defendants. | * | |
| * * * * * * * * | | |

**The Gautreaux Plaintiffs' Memorandum in Support of Plaintiffs Motion for Leave to File a Second Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Gautreaux plaintiffs who respectfully move this Honorable Court for leave to amend their Original and First Amended Complaint pursuant to F.R.C.P. Rule 15.

1.

The Court has not set a deadline date for amended pleadings and the plaintiffs Second Amended Complaint should not effect the trial date.

2.

Plaintiffs' move this Honorable Court to amend the plaintiffs Original and First Amended

-1-

Complaint to add FEMA as a defendant and to clarify other issues.

**WHEREFORE,** for the reasons set forth in this memorandum, the plaintiffs, respectfully request this Honorable Court to grant a leave of court to file Plaintiffs' Second Amended Complaint.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 17TH day of January, 2009.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.