UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, | * | CIVIL ACTION NO.: 08-1094 |
| AS THE LEGAL REPRESENTATIVE OF | | CONSOLIDATED WITH MDL |
| RAYMOND GAUTREAUX, SR. | * | NO. 1873 |
| | * | |
| Plaintiffs | | SECTION: "N" |
| | * | |
| | | JUDGE: ENGELHARDT |
| VS. | * | |
| | | |
| GULF STREAM COACH, INC. | * | MAGISTRATE: ROBY (4) |
| | | |
| Defendants. | * | |
| *   *   *   *   *   *   *   * | | |

**Order**

**IT IS ORDERED,** that a leave of court be granted to file a Second Amended Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-