UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEVLIN, LUCA DEVLIN, AND JOHNNIE SPEER | * | CIVIL ACTION NO.: 07-7018 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | SECTION: " N " |
| | * | JUDGE: ENGELHARDT |
| VS. | * | |
| FLEETWOOD ENTERPRISES, INC., AND GULF STREAM COACH, INC. | * | |
| | | MAGISTRATE: ROBY(4) |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

**The Devlin and Speer Plaintiffs' Memorandum in Support of Plaintiffs Motion for Leave to File a First Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Devlin and Speer plaintiffs who respectfully move this Honorable Court for leave to amend their Original Amended Complaint pursuant to F.R.C.P. Rule 15.

1.

The Court has not set a deadline date for amended pleadings and the plaintiffs First Amended Complaint should not effect the trial date.

2.

Plaintiffs' move this Honorable Court to amend the plaintiffs Original Complaint to add FEMA as a defendant and to clarify other issues.

-1-

**WHEREFORE,** for the reasons set forth in this memorandum, the plaintiffs, respectfully request this Honorable Court to grant a leave of court to file Plaintiffs' First Amended Complaint.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 17TH day of January, 2009.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.