UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEVLIN, LUCA DEVLIN, AND JOHNNIE SPEER | * | CIVIL ACTION NO.: 07-7018 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | SECTION: " N " |
| | * | JUDGE: ENGELHARDT |
| VS. | * | |
| FLEETWOOD ENTERPRISES, INC., AND GULF STREAM COACH, INC. | * | |
| | | MAGISTRATE: ROBY(4) |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**Order**

**IT IS ORDERED,** that a leave of court be granted to file a First Amended Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-