UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUINNAN JOHNSON AND JOY JOHNSON | * | CIVIL ACTION NO.: 08-1327 |
| | | CONSOLIDATED WITH MDL |
| | * | NO. 1873 |
| Plaintiffs | | |
| | * | |
| | | SECTION: " N " |
| | * | |
| | | JUDGE: ENGELHARDT |
| VS. | * | |
| | | |
| R-VISION, INC. | * | MAGISTRATE: ROBY (4) |
| | | |
| Defendants. | * | |
| *    *    *    *    *    *    *    * | | |

**The Johnson Plaintiffs' Motion for Leave to File
a First Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Johnson plaintiffs who respectfully request that a leave of court be granted to file a First Amended Complaint.

**WHEREFORE,** for the reasons set forth in this motion and attached memorandum, the plaintiffs, respectfully request this Honorable Court grant a leave of court to file Plaintiffs' First Amended Complaint.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 17TH day of January, 2009.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.