UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUINNAN JOHNSON AND JOY JOHNSON | * | CIVIL ACTION NO.: 08-1327 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | |
| | * | |
| | | SECTION: "N" |
| | * | |
| | | JUDGE: ENGELHARDT |
| VS. | * | |
| R-VISION, INC. | * | MAGISTRATE: ROBY (4) |
| Defendants. | * | |
| *   *   *   *   *   *   * | * | |

**Order**

**IT IS ORDERED,** that a leave of court be granted to file a First Amended Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

-1-