MINUTE ENTRY
ENGELHARDT, J.
January 16, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                         SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

       A status conference was conducted on Friday, January 16, 2009, at 8:45 a.m.  Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants.  Also participating were plaintiff committee members Frank D'Amico, Jr., Raul R. Bencomo, Ronnie G. Penton, Anthony G. Buzbee, and Linda J. Nelson; defendant committee members Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, and John Stewart Tharp; and Henry T. Miller and Adam Dinnell, counsel for the Government/FEMA.

JS10(0:72)