UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:07-MD-1873 |
| | * | SECTION: N(4) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * | MAGISTRATE JUDGE: CHASEZ |

************************************************************************

## ORDER

Considering the foregoing Motion filed by Heartland Recreational Vehicles, L.L.C.;

IT IS ORDERED that John R. Walker, Scott F. Davis and Jeffrey S. Valliere, be and are added as additional Counsel of Record for Heartland Recreational Vehicles, L.L.C., in this cause.

New Orleans, Louisiana, this 20th day of January, 2009.

_____
United States District Judge