Trial Set: _____
Jury/Non-Jury

PLAINTIFF(S): **FEMA**

CIVIL/CRIMINAL ACTION NO.: 07md1873

VERSUS

DEFENDANT(S): **GENERAL**

Magistrate: _____

CONFERENCE: ___ PRE-TRIAL ___ ✓ STATUS ___ SETTLEMENT

DATE: 1-16-09    TIME: 10 AM

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| R Hilliard | Hilliard Munoz | Bauer, et al |
| M Watts | Watts, Guerra, Craft | Bauer, et al |
| Joe Rausch | Hall & Associates | π |
| Ryan Johnson | Jones Walker | Δ's |
| Eric Williams | Williams Law Office, LLC | Pls |
| Ben Mayeaux | Laborde & Neuner | Hondon Homes |
| Scott E. Delacroix | Adams and Reese | Timberland |
| David Bach | Hailey McNamara | Oak Creek Homes |
| John Hainkel | Frilot LLC | |
| [illegible] | Baker [illegible] | π |

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

_____

Magistrate: _____

_____
DEFENDANT(S)

*********************************************************

CONFERENCE: ___ PRE-TRIAL ___ STATUS ___ SETTLEMENT

DATE: _____   TIME: _____

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | PRESENT |
|---|---|---|
| Denise Martin | Gainsburgh | Paralegal - π |
| Jeff Valliere | Allen + Gooch | Recreation Rec. Vehicles |
| Tom Cougill | W, F & C | Jayco & Starcraft |
| Kati Weaver | Fowler Rodriguez | Δ - Giles, Palm Harbor |
| Josh Keller | Deutsch, Kerrigan | Destiny Industries, LLC |
| Mary Erickson | Michael Hingle | π |
| Paula Bente | Michael Hingle | Plaintiff |
| Jimmy Courtenay | Deutsch Kerrigan | Δ - Townhomes, LLC |
| Michael Watson | Woodfill Pressler | π |
| Robert Sheesley | McGlinchey Stafford | Δ - Skyline Corp/Layton Homes |

PTO Received

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

_____
DEFENDANT(S)

Magistrate: _____

************************************************

CONFERENCE: ____ PRE-TRIAL ____ STATUS ____ SETTLEMENT

DATE: _____   TIME: _____

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lamont P. Domingue | Voorhies & Labbe | Redman, et al. |
| John Etter | Redney & Etter | McGuire and Nelson |
| Randall Mulcahy | Garrison Yount et al | Recreation By Design, Frontier RV, TL Industries, Play'mor Trailers |
| Amanda Vanderveur | Leake & Anderson | Fleetwood |
| David Kurtz | Baker Donelson | Shaw |
| Robert Winsu | Walter Assocs. | Huckabee |
| Jane Zink | Becnel | PSC |
| Clay Garside | Waltzer + Assoc | " |
| Joe Bone | Gieger Laborde | Forest River |
| Carson Strickland | " | " |
| Linda Nelson | Lambert & Nelson | PSC |

PTO Received:

Trial Set: _____
Jury/Non-Jury

_____        CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)
                           _____

VERSUS

_____        Magistrate: _____
DEFENDANT(S)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ___  PRE-TRIAL ___  STATUS ___  SETTLEMENT

DATE: _____    TIME: _____

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Tim Buck | Blue Williams | Ity Line |
| Sam Arcoin | Jay Jamison | Silver Creek |
| | | Alliance d/b/a Adrianhomes |