UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On January 21, 2009, the Court transmitted an Order that was erroneously entitled "Pretrial Order No. 22." *See* Rec. Doc.1063. That Order (Rec. Doc. 1063) is hereby **VACATED**. The Court shall issue a separate Order, entitled "Pretrial Order No. 27", that reflects the Court rulings from the conferences held on January 16, 2009.

New Orleans, Louisiana, this 22nd day of January 2009.

_____  
**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**