# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO<br>*Phyllis Laney v. The United States of America, et al*<br>*Civil Action No. 08-4630* | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS
## ON BEHALF OF SILVER CREEK HOMES, INC.

Defendants, SILVER CREEK HOMES, INC., hereby adopts and incorporates by reference the Memorandum in Support of their Motion to Dismiss the Complaint filed in *Laney v. The United States of America*, Docket No. 08-4630 (the "*Laney* Complaint") (Doc. 949-2) filed by Defendants Southern Energy Homes, Inc., Giles Industries, inc., and SunRay RV, LLC, including all attachments made thereto and all arguments, authorities, and requests for relief set forth therein.

*Respectfully submitted*:

  */s/ Walter K. Jamison*
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229
Daigle, Jamison & Rayburn, LLC
303 W. Vermilion Street, Suite 210
Post Office Box 3667
Lafayette, LA 70502
Phone: (337) 234-7000
Fax: (337) 237-0344

Counsel for **SILVER CREEK HOMES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 22nd day of January, 2009.

  */s/ Walter K. Jamison*
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229