# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** ) ) ) | **MDL NO. 1873** <br> **SECTION "N" (4)** |
| ) | |
| **THIS DOCUMENT IS RELATED TO** ) <br> *Phyllis Laney v. The United States of* ) <br> *America, et al* ) <br> *Civil Action No. 08-4630* | **JUDGE ENGELHARDT** <br> **MAG. JUDGE ROBY** |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendant's, SILVER CREEK HOMES, INC., Motion to Dismiss the Complaint filed in *Laney v. The United States of America*, Docket No. 08-04630, will be held on February 11, 2009, commencing at 9:30 a.m., before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

*Respectfully submitted*:

  */s/ Walter K. Jamison*
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229
Daigle, Jamison & Rayburn, LLC
303 W. Vermilion Street, Suite 210
Post Office Box 3667
Lafayette, LA  70502
Phone:  (337) 234-7000
Fax:  (337) 237-0344

Counsel for **SILVER CREEK HOMES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 22nd day of January, 2009.

  */s/ Walter K. Jamison*
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229