UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N (4) |
| | JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

### ORDER GRANTING SUBSTITUTION OF COUNSEL

The Court finds that the Motion by the Palm Harbor Defendants, Palm Harbor Homes, Inc. Palm Harbor Albermarle, LLC, and Palm Harbor Manufacturing, L.P., for Substitution of Counsel may be considered without hearing. The Court grants the Agreed Motion for Substitution of Counsel.

IT IS THEREFORE ORDERED that the firms of Maynard Cooper & Gale PC and Fowler Rodriguez Valdes-Fauli are permitted to withdraw as counsel for the Palm Harbor Defendants and that Michael J. Craddock and Eric L. Lindstrom of the law firm of Craddock Davis & Krause LLP are hereby substituted as counsel for the Palm Harbor Defendants in this action.

New Orleans, Louisiana, this 20th day of January, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE