UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 07-1873<br><br>SECTION "N" (5) |

## ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering Shalla Santos's application to appear pro hac vice, the court

~~DENIES Shalla Santos's application.~~

GRANTS Shalla Santos's application and ORDERS that Shalla Santos be allowed to appear pro hac vice until the conclusion of this case.

SIGNED on this 20th day of January, 2009.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
CRAWFORD LEWIS, LLC
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 70801
(225) 343-5290 Telephone
(225) 383-5508 Facsimile
Keely Y. Scott - Bar No. 23932
Leigh F. Groves - Bar No. 23737

ATTORNEYS FOR BUREAU VERITAS
NORTH AMERICA, INC.

1