UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | § § § § § | MDL NO. 07-1873<br><br>SECTION "N" (5) |

### ORDER ON APPLICATION TO APPEAR PRO HAC VICE

After considering Matthew B. Cano's application to appear pro hac vice, the court

~~DENIES Matthew B. Cano's application.~~

GRANTS Matthew B. Cano's application and ORDERS that Matthew B. Cano be allowed to appear pro hac vice until the conclusion of this case.

SIGNED on this 20th day of January, 2009.

_____
U.S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

_____
CRAWFORD LEWIS, LLC
450 Laurel St., Ste. 1600
Baton Rouge, Louisiana 70801
(225) 343-5290 Telephone
(225) 383-5508 Facsimile
Keely Y. Scott - Bar No. 23932
Leigh F. Groves - Bar No. 23737

*ATTORNEYS FOR BUREAU VERITAS NORTH AMERICA, INC.*