**LAW OFFICES OF**

# JACK W. HARANG, APLC

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2008 DEC 19 PM 12: 11

LORETTA G. WHYTE
CLERK

3500 N. HULLEN STREET
METAIRIE, LOUISIANA 70002
TELEPHONE: (504) 456-8658
FAX: (504) 456-8641

Please respond to our
Temporary address:
61 ST. EMANUEL STREET
P. O. BOX 1583
MOBILE, ALABAMA 36633
TELEPHONE: (251) 445-6901
FAX: (251) 445-6942
E-Mail: jack@jharang.com

December 17, 2008

United States District Court
For the Eastern District of Louisiana
500 Poydras Street, Rm-C151
New Orleans, LA 70130

        RE:    FEMA Trailer Litigation Class Action Complaint  (N)

Dear Clerk:

        Enclosed please find three (3) summons forms with one (1) copy of each.  Please
sign, stamp and return to me at the address above.

        Should you have any questions please do not hesitate to contact me at this office.

Sincerely,

Debbie Moye
Paralegal

/dm
Enclosures

Fee_____
Process_____
X  Dktd._____
___ CtRmDep._____
___ Doc. No._____

Liberty RV Marino, Inc.
American Camper Manuf.