UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

-----------------------------------------------------------------------------

**PROPOSED ORDER**

**I. APPLICABILITY OF ORDER**

This Order shall govern all cases (1) transferred to this Court by the Judicial Panel on Multidistrict Litigation, pursuant to its Order of November 12, 2007; (2) any tag-along actions subsequently transferred to this Court by the Judicial Panel on Multidistrict Litigation pursuant to Rule 7.4 of the Rules of Procedure of that Panel; and (3) all related cases originally filed in this Court or transferred or removed to this Court.

**II. DIRECT FILING OF NEW FEDERAL CASES INTO MDL 1873**

     a. **Venue in Eastern District is Deemed to be Proper for Filing Purposes**

In order to eliminate the delays associated with the transfer of cases filed in or removed from other federal district courts to this Court, and to promote judicial efficiency, this Court orders that any and all "FEMA-Formaldehyde" related cases filed directly in the Eastern District of Louisiana that emanate from other districts shall be deemed presently to have been filed in, and will be appropriately included and consolidated in this Multidistrict Litigation (MDL)

proceeding. Accordingly, a plaintiff may now file any such complaint against any defendant directly in the Eastern District of Louisiana

Upon the completion of all pretrial proceedings applicable to any case before this Court pursuant to this order, this Court, pursuant to 28 U.S.C. §1404(a), will transfer that case to the federal district court of proper venue, as defined in 28 U.S.C. §1391, based on the recommendations of the parties to that case.

### b. Filing Will Interrupt Prescriptive or Limitations Period

The direct filing of any and all complaints in the Eastern District of Louisiana pursuant to this Order will interrupt the applicable prescriptive of limitations period of the claims raised in such complaint, if and only if the proper venue of origin is specified in the complaint. Thus Order, however, will not serve to waive any objections based on improper venue or the applicable prescriptive or limitations period, in cases where the venue designated in the complaint is found not to have been proper, or in cases where the prescriptive period has run prior to the filing of the complaint.

New Orleans, Louisiana this ____ day of _____, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE