UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. ALMA CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

_____Considering the foregoing motion,

IT IS ORDERED that the PSC Motion for Direct Filing into the Eastern District of Louisiana, be set for hearing on the _____ day of _____, 2009, at _____ a.m.

THIS DONE the ___ day of _____, 2009, New Orleans, Louisiana.


_____
HONORABLE KURT D. ENGELHARDT