IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation § § § § § § | CIVIL ACTION NO. 2:07-md-01873-KDE-KWR |

## ORDER

On this day the Court considered James A. Stegall III's application to appear pro hac vice. The Court is of the opinion that the application is meritorious and should be GRANTED. It is therefore

ORDERED that James A. Stegall III will be allowed to appear pro hac vice until the conclusion of this case.

SIGNED on _____, 2009.

_____
U.S. DISTRICT JUDGE