Effective 4/10                         363d6
Deputy Clerk:

| ACCOUNT CODE: | REGISTRY FUND: |
|---|---|
| 6855XX Accounts | 604700 Accounts |
| _____ - Restitution | _____ - Cash Bonds |
| _____ - U.S. Postal Service Forms | _____ - Land Condemnation |
| _____ - Petty Offense | _____ - Deceased & Deserting Seaman |

GENERAL & SPECIAL FUNDS:             **FEB 10 2009**

_____ - Attorney Admission (TOTAL $150.00) 085000 - $20.00 / 510000 - $130.00
_____ - Certificate of Good Standing - Duplicate Certificate of Admission (TOTAL $15.00)
          085000 - $5.00 / 510000 - $10.00

### FILING FEES

_____ - Civil Filing Fee (TOTAL $350.00) 086900 - $60.00 /086400 - $100.00 /510000 - $190.00
_____ - Misc. Filings - Other Dist. Judg., Subpoena (TOTAL $39.00)
          086900 - $20.00 / 510000 - $19.00
_____ - Writ of Habeas Corpus (TOTAL $5.00) 086900 - $5.00
_____ - Appeals Filing Fee (TOTAL $455.00) 086900 - $105.00 /086400 - $200.00 /510000 - $150.00
_____ - Misdemeanor (TOTAL $32.00) 086900 - $25.00 / 510000 $7.00

### COPY FEES

_____ - Copies from public terminal (.10 per page - # of pages _____) 5114CR
_____ - Copies (.50 per page - # of pages _____) 322350
_____ - Microfiche (TOTAL $5.00) 322350 - $3.00 / 510000 - $2.00
_____ - Magnetic Tape Recordings _____ (TOTAL $26.00) 322350 - $15.00 / 510000 - $11.00

### MISCELLANEOUS ACCOUNTS

_____ - Certification (# of Cert. _____) (TOTAL $9.00 Each) 322360 - $5.00 / 510000 - $4.00
_____ - Exemplification Certificate (TOTAL $18.00) 322360 - $10.00 / 510000 - $8.00
_____ - Records Search (TOTAL $26.00 Each) (# of names _____) 322360 - $15.00 / 510000 - $11.00
_____ - Record Retrieval - Records Ctr. (TOTAL $45.00 PREPAY) 322360 - $25.00 / 510000 - $20.00
_____ - NSF Check (TOTAL $45.00) 322360 - $25.00 / 510000 - $20.00
     Recovery of Costs - Jury Assessment _____ 322380

*J. Segall IV*

### FINES & MISCELLANEOUS ACCOUNTS

_____ - Crime Victim Fund, Collateral Forfeitures (CVB), Assessment Fee, etc. 504100
✓ - Disciplinary Enforcement Fund ($15.00 Tri-annually, $5.00 PRO HAC VICE) 6855XX

Doc# 1082

### ACCOUNTS RECEIVABLE

_____ - Criminal Justice Act (ALL CJA Payments) (092300 - CJAPANL)

RECEIVED FROM (FIRM): **Jack W. Harang, APLC**
CASE NUMBER: ~~08-4630~~ **07-1873**     SECTION: **N/4**
CASE TITLE: _____

PAYMENT OF **5.00**   CASH _____   CHECK **64102** MONEY ORDER _____
                  SEAMAN _____   PAUPER _____   NON CASH _____

---

Civil Action Cases (for New Filings Only)
Designate form to be used by counsel to indicate the Category of the cause for purpose of assignment to the appropriate Judge's calendar. PLACE AN (X) IN ONE CATEGORY ONLY.

_____ 1. Cases requiring immediate action by the Court such as TRO, Injunction, Orders to Show Cause, etc.
_____ 2. Class Action
_____ 3. Antitrust
_____ 4. Patent, Trademark, Copyright
_____ 5. Civil Rights Case
_____ 6. Habeas Corpus & Other Convictions Petitions Title 28 USC Sec. 2255
_____ 7. Petitions for Stay of Execution Death Sentence
_____ 8. Social Security Case
_____ 9. All Others

Is this a THREE JUDGE COURT? _____ Yes _____ No
Is this a RELATED CASE? _____ Yes _____ No     Attorney of Record