UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * * | SECTION: " N " |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: ROBY (4) |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**Order**

Given that the motion for leave to file (Rec. Doc. 1055) is unopposed,

**IT IS ORDERED,** that a leave of court be granted to file a Second Amended Complaint.

_____
UNITED STATES DISTRICT COURT JUDGE

New Orleans, Louisiana this 30th day of January, 2009.

-1-