IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2009 JAN 30 PM 12: 35
LORETTA G. WHYTE
CLERK

| | |
|---|---|
| PHYLLIS LANEY<br>Plaintiff, | )<br>) CIVIL ACTION FILE<br>) No.2:08-CV-04630-KDE-ALC |
| vs.<br>THE UNITED STATES OF AMERICA<br>Defendant | )<br>)<br>) |

## SUGGESTION OF BANKRUPTCY

COMES NOW the Defendant Oakwood Homes, LLC, through it's undersigned attorney, and would show the Court:

1.

The Defendant Oakwood Homes, LLC, filed a petition for relief under Title 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the Northern District of Georgia which bears the case number 07-81795-jb

2.

Relief was ordered on December 28, 2007. A copy of the Notice of Chapter 7 filing is attached hereto as exhibit "A".

3.

This action is founded on a claim from which a discharge would be a release or that seeks to impose a charge on the property of the estate.

4.

___ Fee_____
___ Process_____
X  Dktd_____
V  CtRmDep_____
___ Doc. No._____

This is for informational purposes only and does not constitute a notice of appearance by the undersigned attorney.

WHEREFORE, the Defendant suggests that this action has been stayed by the operation of 11 U.S.C. § 362.

This __27th____ day of January, 2009.

_____
Timothy G. Cook
Georgia Bar No. 184837
Attorney for the Defendant (Debtor)

1820 The Exchange, Suite 150
Atlanta, Georgia 30339-2096
Phone (770) 952-5000
Fax    (770) 955-6173
Email: tcookatt@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| PHYLLIS LANEY | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| vs. | ) | No.2:08-CV-04630-KDE-ALC |
| THE UNITED STATES OF AMERICA | ) | |
| Defendant | ) | |

CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Civil Procedure, I, Timothy G. Cook certify on the date below, I served a copy of the Suggestion of Bankruptcy by depositing a copy of the same in the U.S. Mail in a properly addressed envelope with adequate postage thereof to the following parties under penalty of perjury:

| Paul H. Anderson, Jr.<br>Chapter 7 Trustee<br>Suite 850, One Georgia Center<br>600 W. Peachtree St. NW<br>Atlanta, GA 30308 | U.S. Trustees Office<br>75 Spring Street, SW<br>Atlanta, Georgia 30303 | Anthony Perry<br>Oakwood Homes, LLC<br>2230 Towne Lake Parkway<br>Building 600, Suite 110<br>Woodstock, GA 30189 |
|---|---|---|
| Jack W. Harang, Esq.<br>Attorney for Plaintiffs<br>3500 North Hullen Street<br>Metairie, Louisana 70002 | | |

This the 27th day of January, 2009.

                                                Timothy G. Cook
                                                Attorney for the Debtor
                                                Georgia Bar No. 184837

1820 The Exchange, Suite 150
Atlanta, Georgia 30339
Telephone: (770) 952-5000
Facsimile: (770) 955-6173
Email: tcookatt@aol.com

| B9B (Official Form 9B) (Chapter 7 Corporation/Partnership No Asset Case) (12/07) | Case Number 07-81795-jb |

**UNITED STATES BANKRUPTCY COURT** District of Northern District of Georgia

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 12/28/07.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your Rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Oakwood Homes, LLC
2230 Towne Lake Parkway
Building 600, Suite 110
Woodstock, GA 30189

| Case Number: 07-81795-jb<br>Judge: Joyce Bihary<br><br>The entire case number, including judge initials, is required on all papers filed with the court. | Taxpayer ID/Employer ID/Other Nos.:<br>54-2139267 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Timothy G. Cook<br>Timothy G. Cook<br>Suite 150<br>1820 The Exchange<br>Atlanta, GA 30339<br>Telephone number: (770) 952-5000 ext. 13 | Bankruptcy Trustee (name and address):<br>Paul H. Anderson Jr.<br>Paul H. Anderson, Jr.<br>Suite 850, One Georgia Center<br>600 W. Peachtree Street, NW<br>Atlanta, GA 30308<br>Telephone number: (404) 892-8988 |

### Meeting of Creditors
Date: **February 4, 2008**                Time: **03:00 PM**
Location: **Room 368, Russell Federal Building, 75 Spring Street SW, Atlanta, GA 30303**

#### NOTICE TO DEBTOR(S)
Individuals who file bankruptcy must bring two forms of original documentation to their meeting of creditors: photo identification (driver's license, government ID, state photo ID, student ID, U.S. passport, military ID, or resident alien card) and confirmation of their social security number. **Additionally, you must provide the trustee whose name appears above with a copy of your most recently filed income tax return. This should be provided at least 7 days before the meeting of creditors. DO NOT FILE YOUR TAX RETURN WITH THE COURT. Please bring a copy of this notice with you to the Meeting of Creditors.**

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| Address of the Bankruptcy Clerk's Office:<br>1340 Russell Federal Building<br>75 Spring Street, SW<br>Atlanta, GA 30303<br>Telephone number: 404-215-1000 | For the Court:<br>Clerk of the Bankruptcy Court:<br>W. Yvonne Evans |
|---|---|
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: 1/2/08 |



Blumberg No. 5114  DEFENDANT'S EXHIBIT A

## EXPLANATIONS                                                B9B (Official Form 9B) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | Neither the Court nor the staff of the bankruptcy clerk's office can give you legal advice. You may want to consult an attorney to protect your rights. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. At the meeting, the creditors may elect a trustee other than the one named above, elect a committee of creditors, examine the debtor, and transact such other business as may properly come before the meeting. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  (See below for additional information regarding telephone and internet access to Bankruptcy Court records). |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

### Refer to Other Side for Important Deadlines and Notices

An automated response for further information on this case is available 24 hours daily by calling the Court's Voice Case Information System (VCIS) toll free number at 800-510-8284 or or 404-730-2866 or 404-215-1000 and select the option for VCIS. Please have the case number, social security number or debtor name available when calling.

For case information you may choose to visit the Bankruptcy Court locations to view case information for free. Case information may be printed for 10 cents per page. Members of the bar and the public may access Court records at any time, by obtaining an account with the PACER (Public Access to Court Electronic Records) Service Center (800-676-6856). PACER access is available via the Internet, days, night and weekends. The cost to use PACER is eight (8) cents per page up to a maximum of $2.40 per document. A statement will be generated and mailed for your account, if you have accrued charges during the quarter and have a balance due greater than $10. If your balance is less than $10, no statement will be mailed and payment will be deferred until the balance due is greater than $10. The statement will only include the total amount due.