UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL 1873 (07-1873) |
| | * | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAGISTRATE ROBY |

**************************************

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

  COMES NOW THE DEFENDANT, ScotBilt Homes, Inc., and files this Motion to withdraw Thomas C. Pennebaker as its counsel of record, who is no longer with Nielsen Law Firm, L.L.C., and to substitute in John D. Carter, La. Bar No. 24334 from the Nielsen Law Firm, L.L.C. whose contact information is Nielsen Law Firm, L.L.C. 3838 North Causeway Boulevard, Suite 2850, Metairie, LA 70002, telephone: (504) 837-2500, fax (504) 832-9165, email jcarter@nielsenlawfirm.com and whose contact information is contained below as counsel of record for ScotBilt Homes, Inc.

  WHEREFORE the Defendant prays that this Motion will be deemed good and sufficient and that this Motion will be granted and the substitution of counsel will be noted of record.

February 5, 2009            Respectfully submitted,

                     /s./ *Thomas C. Pennebaker*
                     THOMAS C. PENNEBAKER, La. Bar 24597
                     118 Oak Fern Court
                     LaPlace, LA 70068
                     Phone: (504) 250 9234

Email: tcp@rtconline.com

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing pleading has been served upon all counsel of record by use of the CM/ECF system this 5th day of February, 2009.

    /s/   *Thomas C. Pennebaker*