MINUTE ENTRY
ENGELHARDT, J.
February 5, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER              MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Thursday, February 5, 2009, at 10:00 a.m. Participating were Gerald E. Meunier and Justin I. Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants. Also participating was Henry T. Miller, counsel for the Government/FEMA.

JS10(1:30)