UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * | MDL 1873 (07-1873) |
| | * | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * | MAGISTRATE ROBY |

**************************************

ORDER

CONSIDERING THE MOTION to withdraw and substitute counsel of record, it is hereby ORDERED that the Motion is Granted, and John D. Carter from the Nielsen Law Firm is hereby enrolled as counsel of record for ScotBilt Homes, Inc., and Thomas C. Pennebaker is dismissed as counsel of record for ScotBilt Homes, Inc.

Done and signed this __5th__ day of February, 2009 in New Orleans, Louisiana.

_____
JUDGE