UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PSC MOTION FOR APPROVAL OF COURT NOTICE TO FORMER CLASS MEMBERS

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering Committee (PSC), which, as Court-Appointed Counsel representing the interests of all claimants in these proceedings, including claimants who formerly were members of the proposed plaintiff class, respectfully moves this Court for an Order approving both newspaper and radio announcement notification to all former class members, for the reasons more fully set forth in the memorandum attached hereto.

　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　FEMA TRAILER FORMALDEHYDE
　　　　　　　　　　　　　PRODUCT LIABILITY LITIGATION


　　　　　　　　BY:　　s/Gerald E. Meunier
　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　New Orleans, Louisiana 70163

Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462


## CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471