## NOTICE TO BE PUBLISHED IN NEWSPAPERS COVERING THE AREAS OF THE FOUR STATES WHERE FEMA TRAILERS WERE IN USE:

If you previously lived in a housing unit (travel trailer, park model, or mobile home) in Louisiana, Mississippi, Alabama or Texas, which was provided to you or your family by FEMA as emergency housing following either Hurricane Katrina or Hurricane Rita, then you should read this notice carefully because it applies to you and affects your potential legal rights.

Class actions were brought on behalf of the residents of these housing units claiming that the residents were exposed to harmful levels of formaldehyde during the time they lived in the units. These lawsuits claimed that both the manufacturers of the housing units and FEMA were legally responsible for any harm due to formaldehyde exposure.

On December 29, 2008, the U.S. District Court in New Orleans decided that these claims cannot proceed together as a class action. Therefore, if residents now wish to pursue these legal claims, it is necessary that they do so by filing their own individual lawsuits. If you wish to do this, you should contact an attorney for further advice as to how and where this should be done. You may also visit the Court's website at www.laed.uscourts.gov (click on "MDL Cases" to find the formaldehyde litigation) in order to learn more about the proceedings in federal court in New Orleans.

While the request to certify a class was pending, legal time periods in which to file individual lawsuits against manufacturers may have been suspended. Now that there are no class action claims pending, there are legal deadlines to file suit which are important to consider. You should immediately consult with an attorney to discuss the deadline that applies to your individual claims.

This notice has been approved and ordered by Judge Kurt Engelhardt, U.S. District Court, Eastern District of Louisiana, New Orleans, Louisiana.

## PUBLIC SERVICE ANNOUNCEMENT TO BE BROADCAST ON RADIO STATIONS AIRING IN THE STATES WHERE FEMA HOUSING UNITS WERE IN USE AFTER THE HURRICANES

If you previously lived in a housing unit (that is, a travel trailer, park model, or mobile home), in the states of Louisiana, Mississippi, Alabama or Texas, and that unit was provided to you or your family by FEMA after Hurricane Katrina or Hurricane Rita, then this public service announcement applies to you and you should listen carefully.

Class actions were brought on behalf of the residents of these housing units, claiming that they were exposed to harmful levels of formaldehyde when they lived in the units. These lawsuits claim that both the manufacturers of the units and FEMA were legally responsible for any harm due to formaldehyde exposure. However, a federal district judge in New Orleans announced on December 29, 2008 that these claims should not go forward as part of a class action. This means that, if you have a claim or wish to pursue a claim for formaldehyde exposure while you lived in one of these units, you now have to do so individually. You should immediately consult an attorney in order to decide whether to do this and what your legal deadline is for filing a lawsuit on your behalf.

This announcement has been approved and ordered by the United States District Court Judge in New Orleans who is presiding over the case, Judge Kurt Engelhardt.