UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the notices attached to the Memorandum in Support of the PSC Motion for Approval of Court Notice to Former Class Members, be authorized and approved;

IT IS FURTHER ORDERED that the parties confer and report to the Court within _____ days of this order on an appropriate protocol for disseminating these notices; and

IT IS FINALLY ORDERED that the costs associated with dissemination of these notices be borne equally by (a) plaintiffs, (b) the defendant manufacturers, and (c) the Government/FEMA.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE