**NOTICE TO BE PUBLISHED IN NEWSPAPERS COVERING THE AREAS OF THE FOUR STATES WHERE FEMA TRAILERS WERE IN USE:**

If you previously lived in a housing unit (travel trailer, park model, or mobile home) in Louisiana, Mississippi, Alabama or Texas, which was provided to you or your family by FEMA as emergency housing following either Hurricane Katrina or Hurricane Rita, then you should read this notice carefully because it applies to you and affects your potential legal rights.

Class actions were brought on behalf of the residents of these housing units claiming that the residents were exposed to harmful levels of formaldehyde during the time they lived in the units. These lawsuits claimed that both the manufacturers of the housing units and FEMA were legally responsible for any harm due to formaldehyde exposure.

On December 29, 2008, the U.S. District Court in New Orleans decided that these claims cannot proceed together as a class action. Therefore, if residents now wish to pursue these legal claims, it is necessary that they do so by filing their own individual lawsuits. If you wish to do this, you should contact an attorney for further advice as to how and where this should be done. You may also visit the Court's website at www.laed.uscourts.gov (click on "MDL Cases" to find the formaldehyde litigation) in order to learn more about the proceedings in federal court in New Orleans.

While the request to certify a class was pending, legal time periods in which to file individual lawsuits may have been suspended. Now that there are no class action claims pending, there are legal deadlines to file suit which are important to consider. You may wish to consult with an attorney to discuss the deadline that applies to your individual claims.