UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. ALMA CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

**GRANTED**

_____ Considering the foregoing motion,

IT IS ORDERED that the PSC Motion for Direct Filing into the Eastern District of Louisiana, be set for hearing on the \_\_\_\_\_ day of _____, 2009, at _____ a.m.

THIS DONE the 12th day of February, 2009, New Orleans, Louisiana.

HONORABLE KURT D. ENGELHARDT

— See Pretrial Order No. 28 (Rec. Doc. 1096).