UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION

                                                         SECTION "N"  (4)

                                                         Relates to Civil Action No. 08-4630

## ORDER

The Court has been advised that there is no opposition to the motion to dismiss filed by Silver Creek Homes, Inc., with respect to *Laney v. United States of America*, Civil Action No. 08-04630.  *See* Rec. Doc. No. 1068.  Accordingly, **IT IS ORDERED** that the claims asserted in that matter against Defendant Silver Creek Homes, Inc., are **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 11th day of February 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**