UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

　　　　　　　　　　　　　　　　　　　　Relates to Civil Action No. 08-4630

## ORDER

After careful consideration, the Court has determined that having attorney Mikal C. Watts of Watts Guerra Craft serve on the Plaintiffs' Steering Committee would benefit the parties and the Court relative to the timely and efficient progression of this multi-district litigation. Accordingly, **IT IS ORDERED** that attorney Mikal C. Watts shall serve on the Plaintiffs' Steering Committee.

New Orleans, Louisiana, this 11th day of February 2009.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**