UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |
| THIS DOCUMENT RELATES TO<br>ALL CASES | |

## ORDER

**IT IS ORDERED** that the **Application to Appear Pro Hac Vice (Rec. Doc. 1082)** is **DENIED as moot**, based on Pretrial Order #1, ¶ 11 (Rec. Doc. 5).

New Orleans, Louisiana, this 12th day of February, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**