UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                                MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                                    SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 29

In paragraph (2) of Pretrial Order No. 28, the Court instructed regarding the submission of names of potential bellwether trial plaintiffs. The Court additionally instructs that only those plaintiffs who, <u>as of March 2, 2009</u>, have identified and sued one of the aforementioned four manufacturers, the relevant contractor, and the Government, are eligible to serve as bellwether trial plaintiffs.

New Orleans, Louisiana, this 13th day of February 2009.

                                            _____
                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**