OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: **February 18, 2009**

**Aldridge, et al.**

vs.

**Gulf Stream Coach, Inc., et al.**

Case No. **07-9228**  Section **N**
**cw/07-1873**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) **Fluor Enterprises, Inc. through its registered agent for service:**
   (address) **Corporation Service Company, 320 Somerulos St., Baton Rouge, LA 70802**
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for **Plaintiffs**

Address **622 Baronne St.**
**New Orleans, LA  70113**
**(504) 525-7272 x.233**