```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                              Date: February 23, 2009

                              *Belinda H. Bauer, et al.*

                                        vs.

                              *Liberty Homes, Inc., et al.*

                              Case No. 08-5031 Section N

Dear Sir:

    Please re-issue summons on the complaint to the following:

1. (name) **FLEETWOOD ENTERPRISES, INC., by and through its registered agent for service, CT Corporation System** (address) **818 West Seventh St., Los Angeles, CA 90017**
2. (name) ..................................................
   (address) ..............................................
3. (name) ..................................................
   (address) ..............................................
4. (name) ..................................................
   (address) ..............................................

                                    Very truly yours,

                                      */s/ Robert C. Hilliard*
                                _____
                                Robert C. Hilliard

                                Attorney for Plaintiffs

                                Address 719 S. Shoreline
                                           Suite 500
                                           Corpus Christi, Texas 78401