UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                          MDL NO. 07-1873
            FORMALDEHYDE PRODUCTS
            LIABILITY LITIGATION
                                                                  SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

**PRETRIAL ORDER NO.  30**

After further consideration of the matter by the Court, **IT IS ORDERED** that

Paragraph (8) of Pretrial Order No.  28 (Rec. Doc. 1096) is amended to state:

(8) Given that certain interests of the manufacturer defendants and

contractor defendants conceivably may diverge with respect to

certain aspects of this litigation, the Court finds it appropriate to have

a "Manufacturer Defendants' Steering Committee" and a "Contractor

Defendants' Steering Committee."  The Manufacturer Defendants'

Steering Committee will be made up of the same attorneys who

presently serve on the "Defendants' Steering Committee."  Unless

otherwise ordered, and assuming that their clients actually are named

as  defendants  in  this  multi-district  litigation,  the  Contractor

Defendants' Steering Committee shall be made up of attorneys David

Kurtz (counsel for Shaw Environmental, Inc.), Charles R. Penot, Jr., (counsel for Fluor Enterprises, Inc.), Gerardo R. Barrios, (counsel for CH2M HILL Constructors, Inc.), and Bechtel National, Inc.  From this group, the Court will select an attorney to represent the contractor defendants as liaison counsel.  Unless an agreement as to the person appropriate for this position can be reached no later than Monday, March 2, 2009, these attorneys shall have until Wednesday, March 4, 2009, to submit an application for the position to the Court. Attorney Andrew D. Weinstock shall continue as liaison counsel for the manufacturer defendants.

New Orleans, Louisiana, this 26th day of February 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**