UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 SECTION N MAG. 5 |
| | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Bauer, et al v. Liberty Homes, Inc., et al.* No. 08-5031 | JURY DEMANDED |

### ORDER ON PLAINTIFFS', GLADYS TILLMAN AND LEWIS TILLMAN, NOTICE OF VOLUNTARY DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs', Gladys Tillman and Lewis Tillman, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 27th day of February, 2009.

_____
HONORABLE KURT ENGELHARDT