UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | SECTION: " N " |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## Order

**CONSIDERING THE ABOVE AND FOREGOING MOTION;**

**IT IS ORDERED** that :

| | |
|---|---|
| Richard J. Fernandez | John F. Young, Jr. |
| LA Bar # 05532 | LA Bar # 01659 |
| 3000 West Esplanade Ave., | 609 Metairie Road, #300 |
| Suite 200, | Metairie Louisiana 70005 |
| Metairie, Louisiana 70002 | Telephone : (504) 352-8855 |
| Telephone : (504) 834-8500 | Facsimile: (504) 836-6565 |
| Facsimile: (504) 834-1511 | jfylaw@yahoo.com. |
| rick@rjfernandezlaw.com | |

be and are hereby enrolled as co-counsel of record in the above captioned proceedings.

New Orleans, Louisiana this____ day of March, 2009.

_____
**UNITED STATES DISTRICT COURT JUDGE**