IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION: N |
| LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim* | * | |
| *International, et al.* | * | |
| No.    2007-5709 | * | JURY DEMANDED |

**************************************************************************

## **RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that opposing counsel have been contacted but have been unable to respond to date. Counsel have agreed to confer further once a response is received from Defendants.

                        Respectfully Submitted:

                        *s/ Hugh P. Lambert*_____
                        Hugh P. Lambert (La. Bar. No. 7933)
                        Linda J. Nelson (La. Bar No. 9938)
                        Lambert and Nelson, PLC
                        701 Magazine Street
                        New Orleans, Louisiana 70130
                        Telephone: (504) 581-1750
                        Facsimile: (504) 529-2931

                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 2nd day of March, 2008.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 2nd day of March, 2008.

                                     _____/s/ Hugh P. Lambert_____
                                     HUGH P. LAMBERT, ESQ. (#7933)