IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:      FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION: N |
| LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim* | * | |
| *International, et al.* | * | |
| No.     2007-5709 | * | JURY DEMANDED |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, come Sean Gary Thomas, Phuong Kim Thomas, Phuong Kim Thomas, on behalf of Elizabeth Lisa Nguyen, her minor child, and Sean Gary Thomas, on behalf of Isabella Nichole Thomas, his minor child ("Plaintiffs"), who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to amend the underlying complaint to bring in certain additional defendants and clarify other information based upon information now in the possession of the Plaintiffs which was unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached Second Supplemental and Amending Complaint as it relates to the underlying suit of *Joseph M. Pujol, et al. v. Pilgrim International, et al.*, No. 2007-5709 Eastern District of Louisiana for the abovementioned reasons.

        Respectfully Submitted:

        *s/ Hugh P. Lambert*_____
        HUGH P. LAMBERT, ESQ. (#7933)
        LINDA J. NELSON, ESQ. (#9938)
        Lambert and Nelson, PLC
        701 Magazine Street
        New Orleans, Louisiana 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 2nd day of March, 2008. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 2nd day of March, 2008.

        *s/ Hugh P. Lambert*_____
        HUGH P. LAMBERT, ESQ. (# 7933)