IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:       FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION: N |
| LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim* | * | |
| *International, et al.* | * | |
| No.    2007-5709 | * | JURY DEMANDED |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

NOW INTO COURT, through undersigned counsel, come Sean Gary Thomas, Phuong Kim Thomas, Phuong Kim Thomas, on behalf of Elizabeth Lisa Nguyen, her minor child, and Sean Gary Thomas, on behalf of Isabella Nichole Thomas, his minor child ("Plaintiffs") who respectfully move this Court for leave to amend their Class Action Complaint (Rec. Doc. 1) and their Amended and Restated Class Action Complaint With Jury Demand (MDL Rec. Doc. 103). Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." Plaintiffs intend to add the United States, though the Federal Emergency Management Agency and Shaw Environmental, Inc. as Defendants. Plaintiffs clarify that Gulf Stream Coach, Inc. is the manufacturer of the travel trailer in which they resided.

Respectfully Submitted:

*s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (# 7933)
LINDA J. NELSON. ESQ. (# 9938)
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 2nd day of March, 2008.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 2nd day of March, 2008.

*s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (# 7933)

2