IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION: N |
| LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim* | * | |
| *International, et al.* | * | |
| No.    2007-5709 | * | JURY DEMANDED |

**************************************************************************

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for plaintiffs certifies that opposing counsel have been contacted but have been unable to respond to date. Counsel have agreed to confer further once a response is received from Defendants.

    Respectfully Submitted:

    *s/ Hugh P. Lambert*
    HUGH P. LAMBERT, ESQ.  (# 7933)
    LINDA J. NELSON, ESQ.  (# 9938)
    Lambert and Nelson, PLC
    701 Magazine Street
    New Orleans, Louisiana 70130
    Telephone: (504) 581-1750
    Facsimile: (504) 529-2931

    *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 2nd day of March, 2008.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 2nd day of March, 2008.

                    *s/ Hugh P. Lambert*_____
                    HUGH P. LAMBERT, ESQ.  (# 7933)