# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION: N |
| LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim* | * | |
| *International, et al.* | * | |
| No.    2007-5709 | * | JURY DEMANDED |

**************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

NOW INTO COURT, through undersigned counsel, comes LaRay Maurice Carey ("Plaintiff") who respectfully moves this Court for leave to amend his Class Action Complaint (Rec. Doc. 1) and his Amended and Restated Class Action Complaint With Jury Demand (MDL Rec. Doc. 103). Plaintiff requests the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." Plaintiff intends to add the United States, though the Federal Emergency Management Agency and Shaw Environmental, Inc. as Defendants. Plaintiff desires to clarify that Keystone RV Company, Inc. is the manufacturer of the travel trailer in which he resided.

Respectfully Submitted:

*s/ Hugh P. Lambert*_____
HUGH P. LAMBERT, ESQ.  (# 7933)
LINDA J. NELSON, ESQ.  (# 9938)
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 2nd day of March, 2008.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 2nd day of March, 2008.

*s/ Hugh P. Lambert*_____
HUGH P. LAMBERT, ESQ.  (# 7933)