IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:      FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | SECTION: N |
| LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ENGLEHARDT |
| | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim* | * | |
| *International, et al.* | * | |
| No.   2007-5709 | * | JURY DEMANDED |

**************************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Motion for Leave to File Second Supplemental and Amending Complaint in the above-captioned matter, out of an abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 30, 2008 (MDL Document No. 1015), is hereby set for hearing on the 25th Day of March, 2009 at 9:30 a.m.

Respectfully Submitted,

*s/ Hugh P. Lambert*_____
HUGH P. LAMBERT, ESQ.  (# 7933)
LINDA J. NELSON, ESQ.  (# 9938)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone:  (504) 581-1750
Facsimile:  (504) 529-2931

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 2nd day of March, 2009. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 2nd day of March, 2009.

          *s/ Hugh P. Lambert*_____
          HUGH P. LAMBERT, ESQ.  (# 7933)