UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  FEMA TRAILER                                           MDL No. 1873
        FORMALDEHYDE
        PRODUCTS LIABILITY LITIGATION

                                                               SECTION" "N" (4)

"This Document Relates to All Cases"                           Judge Engelhardt
                                                               Mag. Judge Roby


### PLAINTIFFS' COUNSEL'S EX-PARTE MOTION TO WITHDRAW

NOW INTO COURT comes, John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and the Buzbee Law Firm ("Counsel"), who pursuant to LR83.2.11, ask the Court to allow them to withdraw as counsel for certain plaintiffs listed below and, in support, would show the following:

1.

On August 7, 2007, Plaintiff Jerome Culler and several hundred individual plaintiffs filed this case against Defendant Gulf Stream Coach, Inc. and other defendants on claims related to Gulf Stream and other defendants' provision of travel trailers and similar housing units after Hurricanes Katrina and Rita.  To date, none of the defendants have answered this suit.

2.

On November 5, 2007, this case was consolidated into C.A. No. 07-MD-1873, the In re FEMA Trailer Formaldehyde Products Liability Litigation (the "MDL Proceeding").

3.

Since this lawsuit was filed, Counsel and 26 of the plaintiffs in this case have terminated their professional relationship for various reasons. Counsel previously confirmed the termination by letter. Counsel also recently sent a follow-up letter to each of these 26 plaintiffs, advising them of Counsel's intent to file this motion to withdraw in this case.

4.

The following lists the plaintiffs which Counsel requests they be permitted to withdraw from representing in this case, along with their address, phone (if known) and current counsel (if known).

1. Ronald Batiste
P.O. Box 489
Lacombe, LA 70445

-and-
8079 Napoleon Road
Lacombe, LA 70445
(985) 882-7707

2. Khristopher Alden Doll
29204 Highway 190
Lacombe, LA 70445
(985) 415-1159

3. Dianne Ducre
P.O. Box 489
Lacombe, LA 70445
-and-
28079 Napoleon Road
Lacombe, LA 70445
(985) 882-7707

4. John Melvin Ducre
P.O. Box 489
Lacombe, LA 70445
-and-

        28079 Napoleon Road
        Lacombe, LA 70445
        (985) 882-7707

5.    Ms. Frankie Dupuy
        56388 Almonaster Street
        Slidell, LA 70458
        (985) 643-3994

6.    Joseph Dupuy
        56388 Almonaster Street
        Slidell, LA 70458
        (985) 643-3994

7.    Alice Poiroux
        1211 Cousin
        Slidell, LA 70458
        (985) 641-6702

Believed to be represented by:

        Andy F. Alonso
        Parker Waichman Alonso LLP
        111 Great Neck Road
        Great Neck, New York 11021-5402
        516-740-7714
        516-740-7814 Fax

8.    Justine Renard
        3651 Piedmont Drive
        New Orleans, LA 70435
        (504) 304-9315

9.    Wayne Renard
        3651 Piedmont Drive
        New Orleans, LA 70435
        (504) 812-7785

10.   Jerry Wayne Sturdivant
        107-B West Lagoon Street
        Slidell, LA 70461
        (985) 788-1868

11. Elizabeth Walters
    119B West Lagoon Street
    Slidell, LA 70461
    (985) 710-2718

12. Gary Weiland
    #30 Old Hickory
    Chalmette, LA 70043
    (504) 250-3733

    Believed to now be represented by:
    Sidney Torres
    8301 W. Judge Perez Dr., Suite 303
    Chalmette, LA 70043
    504-271-8422
    504-271-1961 (fax)

13. Elsie Wilson (misidentified in complaint as "Elise")
    4969 Eastern Street
    New Orleans, LA 70122
    (504) 235-5711

14. George Wilson
    4969 Eastern Street
    New Orleans, LA 70122
    (504) 419-0944

15. Helen Wilson
    P.O. Box 2675
    Slidell, LA 70459
    (504) 432-4294

16. Janet Wilson
    2442 New Orleans Street
    New Orleans, LA 70119
    (504) 430-1386

Now represented by:
    Frank D'Amico
    622 Baronne Street
    New Orleans, LA 70113
    (504) 525-7272
    (504) 525-1073 (fax)

17. Mr. Leslie Wilson, Jr.
    P.O. Box 2675
    Slidell, LA 70459
    (504) 432-4294

18. Lakeesha Lightell
    156 Eugene Lane
    Port Sulphur, LA 70083
    (504) 717-1840

    Now represented by:
    Frank D'Amico
    622 Baronne Street
    New Orleans, LA 70113
    (504) 525-7272
    (504) 525-1073 (fax)

19. Angelique Doll
    29204 Highway 190
    Lacombe, LA 70445
    (985) 510-3375

20. Gregory R. Doll
    29204 Highway 190
    Lacombe, LA 70445
    (985) 882-6418

21. David Hawkins, Jr.
    1509 Westminster Boulevard
    Marrero, LA 70072
    (504) 341-9509

22. Gloria S. Hawkins
    1509 Westminster Boulevard
    Marrero, LA 70072
    (504) 341-9509

23. Stephanie Levon Hawkins
    1509 Westminster Boulevard
    Marrero, LA 70072
    (504) 341-9509

24.  Marie Davis
     2110 Gerdere Lane
     Baton Rouge, LA 70820
     (225) 223-2811

25.  Mr. Alton Fields
     1700 Groom Road B-29
     Baker, LA 70714

26.  Melody Lynn Schwall
     126A Canal Street
     Slidell, LA 70461

     -and-

     108 Blue Field Drive
     Slidell, LA 70458
     (985) 788-1978

5.

In addition to sending letters, Counsel also emailed all known counsel representing plaintiffs in the MDL, to inquire if they represented any of these plaintiffs and, if so, to advise if they objected to withdrawal or wished for Counsel to take other action.

6.

To date, none of these plaintiffs (or their counsel, if known) have expressed an objection to Counsel withdrawing from representing them in this lawsuit.

7.

Although none of the defendants have answered, on February 20, 2009, Counsel notified the Liaison Counsel for the Manufacturing Defendants in the MDL proceeding of Counsel's intent to withdraw from representing these 26 plaintiffs. To date, liason counsel has not advised that he opposes

Counsel's withdrawal from representing these 26 plaintiffs.

8.

Permitting Counsel's withdrawal from representation of these 26 plaintiffs in this case will not delay these proceedings as there are no current deadlines or hearings and no trial date.

WHEREFORE, John G. Munoz, Garner & Munoz, Anthony G. Buzbee, Peter K. Taaffe and the Buzbee Law Firm respectfully request that they be permitted to withdraw from representing these 26 plaintiffs in this case and for such other relief to which they are entitled.

        Respectfully submitted,

          s/JOHN G. MUNOZ
        JOHN MUNOZ (#9830)
        GARNER & MUNOZ
        1010 Common Street, Suite 3000
        New Orleans, LA 70112-2411
        Tel: (504) 581-7070
        Fax: (504) 581-7083

        THE BUZBEE LAW FIRM
        Anthony G. Buzbee
        Texas Bar No. 24001820
        Peter K. Taaffe
        Texas Bar No. 24003029
        1910 Ice Cold Storage Building
        104 21st (Moody)
        Galveston, Texas 77550
        Tel.:  (409) 762-5393
        Fax:  (409) 762-0538

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that plaintiff's counsel has previously notified the 26 plaintiffs listed in this motion of all deadlines and pending court appearances, via certified mail and U.S. Mail. I certify that, on March 3, 2009, plaintiff's counsel sent a copy of this Motion to the 26 plaintiffs and their counsel (if known) via certified mail and U.S. Mail, and to the MDL Manufacturing Defense Liaison Counsel, Andrew Weinstock, via certified mail. Plaintiff's counsel hereby certify that a copy of the above and foregoing has been served upon all parties herein by using the CM/ECF system and by depositing same in the United States Mail, properly addressed, and postage prepaid, on this 3rd day of March, 2009 to any non-CM/ECF participants.

                                              s/ John G. Munoz

                                              JOHN G. MUNOZ