UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | SECTION: " N " |
| | | JUDGE: ENGELHARDT |
| VS. | * | |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**Motion to Enroll as Co-Counsel**

**ON MOTION** of L. Eric Williams, Jr., Lead Counsel of Record, on suggesting to the Court that mover desires to withdraw John F. Young, Jr., LA Bar # 01659, 609 Metairie Road, # 300, Metairie, Louisiana 70005 as co-counsel and as attorneys of record for the plaintiffs, in the above entitled and numbered cause.

      RESPECTFULLY SUBMITTED:

      **WILLIAMS LAW OFFICE, LLC**

      L. Eric Williams, Jr.
      L. ERIC WILLIAMS, JR. # 26773
      3021 35TH St., Ste. B
      Metairie, Louisiana 70001
      Telephone:(504) 832-9898
      Facsimile: (504) 832-9838
      eric@toxictortlaw.net
      **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, via electronic filing, this 3rd day of March, 2009.

               <u>L. Eric Williams, Jr.</u>
               L. Eric Williams, Jr.