UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          :     MDL NO. 2:07-md-1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION :     SECTION "N" (5)

THIS DOCUMENT IS RELATED TO  :     JUDGE ENGELHARDT
THE ADMINISTRATIVE MASTER
COMPLAINT                    :     MAGISTRATE JUDGE CHASEZ

*     *     *     *     *     *     *     *     *     *     *     *     *

MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant, ScotBilt Homes, Inc. who files this Motion to Withdraw John D. Carter, La. Bar No. 24334 and the Nielsen Law Firm, LLC, and substitute Lamont P. Domingue, La. Bar No. 20787 from Voorhies & Labbé, whose contact information is Voorhies & Labbé, 700 St. John Street, 5th Floor, Post Office Box 3527, Lafayette, Louisiana. Phone: 337-232-9700, Fax: 337-235-4943, E-Mail lpd@volalaw.com and whose contact information is contained below as counsel of record for ScotBilt Homes, Inc.

WHEREFORE, the defendant, prays that this Motion will be deemed good and sufficient and that this Motion will be granted and the substitution of counsel will be noted of record.

Respectfully submitted,

**NIELSEN LAW FIRM, LLC**


 */s/ John D. Carter*
John D. Carter - #24334
3838 North Causeway Boulevard
Suite 2850
Metairie, Louisiana 70002
**PHONE:  504-837-2500**
**FAX: 504-832-9165**
**E-Mail: jcarter@nielsenlawfirm.com**


**VOORHIES & LABBÉ**
(A Professional Law Corporation)


 */s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
**PHONE: 337-232-9700**
**FAX: 337-235-4943**
**E-Mail: lpd@volalaw.com**
ATTORNEYS FOR ScotBilt Homes, Inc.

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of March, 2009, a copy of the foregoing

Motion to Withdraw and Substitute Counsel was filed electronically with the Clerk of

Court using the CM/ECF system.  Notice of this filing will be sent to:

Gerald Edward Meunier - gmeunier@gainsben.com, dmartin@gainsben.com
Andrew D. Weinstock - andreww@duplass.com, caccardo@duplass.com,
        cmotes@duplass.com
Justin I. Woods - jwoods@gainsben.com, ssnyder@gainsben.com
Henry Thomas Miller - henry.miller@usdoj.gov, etl.files@usdoj.gov

by operation of the court's electronic filing system.  I also certify that I have mailed by

United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.


                         /s/ Lamont P. Domingue
                         Lamont P. Domingue - #20787
                         Post Office Box 3527
                         700 St. John Street
                         Lafayette, Louisiana 70502-3527
                         Telephone: (337) 232-9700
                         ATTORNEYS FOR ScotBilt Homes, Inc.