# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHARLIE AGE** | * | **DOCKET NO. 09-2892** |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | **SECTION: N(5)** |
| **versus** | * | |
| | * | |
| **GULF STREAM COACH, INC.,** | * | **JUDGE: ENGELHARDT** |
| **FLUOR ENTERPRISES, INC., and** | * | **MAG: CHASEZ** |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| **This case relates to MDL NO. 07-1873** | * | |
| | * | |

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

Named Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By adding the name "Connie Combre" as a Named Plaintiff, to be listed on Exhibit A of the Original Complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY: s/Justin I. Woods
   GERALD E. MEUNIER, #9471
   JUSTIN I. WOODS, #24713
   Gainsburgh, Benjamin, David,
   Meunier & Warshauer, L.L.C.
   2800 Energy Centre
   1100 Poydras Street
   New Orleans, Louisiana  70163
   Telephone: 504/522-2304
   Facsimile: 504/528-9973
   jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

   s/Justin I. Woods
   JUSTIN I. WOODS, # 24713