UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * | MDL NO. 1873 |
| | * | SECTION "N-4" |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * * * | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PRETRIAL ORDER NO. 31

**IT IS ORDERED** that courtesy copies of all original Complaints filed on February 27, 2009 through March 2, 2009 and to be transferred to this MDL must be provided to Defendants' Liaison Counsel, Plaintiffs' Liaison Counsel and Government Counsel by March 6, 2009 at 12:00 noon (CST). [by Plaintiffs' Counsel]

NEW ORLEANS, LOUISIANA, this 5th day of March, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

-1-