**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                           SECTION "N-5"
                                                       JUDGE ENGELHARDT
                                                       MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION OF LIAISON AND GOVERNMENT COUNSEL'S**
**PROPOSED SCHEDULING ORDERS FOR THE FIRST FOUR TRIALS**

Consistent with the Court's Order and instruction, Liaison Counsel and undersigned counsel for Defendant United States of America ("United States") have conferred and the United States hereby submits Liaison Counsels' and Government Counsel's proposed Scheduling Orders for the four initial trials. *See* Exhibits Nos. 1-4.

The United States consistent with the Court's Order and instruction has participated in the preparation of these four proposed Scheduling Orders, however, in complying with the Court's Order the United States does not waive potential objections to inclusion of the plaintiffs that the Court ultimately selects for the initial four trials. Specifically, the United States is concerned that the procedure adopted by the Court for selection of the initial plaintiffs required the United States to agree to a Scheduling Order for a trial prior to the plaintiff filing suit against the United States or the United States submitting a response to the Complaint. To remedy this concern, the United States has proposed that the initial plaintiffs be selected from among plaintiffs who had been selected by Plaintiffs' Steering Committee as class representatives and had already filed suit against the United States. As such, in submitting these proposed Scheduling Orders, the United

States reserves its potential objections to inclusion of plaintiffs if the selection renders the United States unable to adequately investigate the claims, prepare and present in a timely manner jurisdiction issues to the Court for resolution, and does not allow the government sufficient time to identify, prepare and present its defenses to the plaintiff's claims.

Dated: March 6, 2009.                          Respectfully Submitted,

                                               MICHAEL HERTZ
                                               Acting Assistant Attorney General, Civil Division

                                               J. PATRICK GLYNN
                                               Director, Torts Branch, Civil Division

                                               ADAM DINNELL
                                               MICHELLE BOYLE
                                               JONATHAN WALDRON
                                               Trial Attorneys

                                               //S// *Henry T. Miller*
                                               HENRY T. MILLER (D.C. Bar No. 411885)
                                               Senior Trial Counsel
                                               United States Department of Justice
                                               Civil Division – Torts Branch
                                               P.O. Box 340, Ben Franklin Station
                                               Washington, D.C. 20004
                                               Telephone No: (202) 616-4223
                                               E-mail: Henry.Miller@USDOJ.Gov

                                               Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2009, the document and accompanying Exhibits were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                               //S// *Henry T. Miller*
                                               HENRY T. MILLER (D.C. Bar No. 411885)