## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **GLENN G. FERRIER,** | * | **DOCKET NO. 09-2935** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | **SECTION: N(5)** |
| versus | * | |
| | * | |
| **GULF STREAM COACH, INC.,** | * | **JUDGE: ENGELHARDT** |
| **FLUOR ENTERPRISES, INC., and** | * | **MAGISTRATE: CHASEZ** |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT FOR DAMAGES

### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully supplement and amend their Original Complaint in the following respects:

1.

By correcting and changing the named plaintiff, listed in Exhibit A of the Original Complaint as Sandra L. Jackson, to Sarah L. Jackson.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs respectfully supplement the Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

s/ Aaron Z. Ahlquist_____
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:              (504) 525-9522

**-and-**

Raul Bencomo (#2932)
**Bencomo & Associates**
639 Loyola Ave., Suite 2110
New Orleans, Louisiana 70113
Telephone:    (504) 529-2929
Fax:              (504) 529-2018

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail or electronic mail to all counsel of record who are non-CM/ECF participants.

s/ Aaron Z. Ahlquist
AARON Z. AHLQUIST #29063

2