UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED an expedited hearing on Plaintiffs' Motion to Quash Defendant Forest River's Notices of Fifty-Six Depositions.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**