UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | **MDL NO. 1873** |
| **PRODUCTS LIABILITY LITIGATION** | |
| | **SECTION N(5)** |
| | |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | **MAGISTRATE CHASEZ** |
| *No. 07-9228* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF
### BECHTEL CORPORATION WITHOUT PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully request that this Court dismiss Bechtel Corporation ("Bechtel") without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The reasons for this dismissal are more fully discussed and explained in the Memorandum in Support submitted herewith. Plaintiffs submit that no responsive filing has been made by Bechtel and that its dismissal would not create any undue hardship or burden on the other named defendants in the underlying action.

While Plaintiffs submit that Bechtel may be dismissed by stipulation, pursuant to Rule 41(a)(1), as Bechtel has not submitted an answer to the First Supplemental and Amending Complaint naming Bechtel as a defendant, out of an abundance of an abundance of caution, and in the alternative, Plaintiffs are entitled to voluntarily dismiss their claims against Bechtel

pursuant to Rule 41(a)(2).  No counterclaims have been filed, nor have any other responsive pleadings resulting from Bechtel's initial inclusion in this litigation.

**WHEREFORE,** Plaintiffs request that this Honorable Court grant their Motion for Voluntary Dismissal of Bechtel without prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

__/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (Bar No. 17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:          (504) 525-9522

*Counsel for James H. Aldridge, et al. and member of the PSC*

## CERTIFICATE OF SERVICE

**I HEREVY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this __10th_ day of March, 2009.

___/s/ Frank J. D'Amico, Jr._____
**FRANK J. D'AMICO, JR. (#17519)**