UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>No. 07-9228 | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL OF BECHTEL CORPORATION

**MAY IT PLEASE THE COURT:**

Plaintiffs, through undersigned counsel, filed their First Supplemental and Amended Complaint (the "Amended Complaint") in the above-referenced litigation on January 21, 2009.[1] In the Amended Complaint, Plaintiffs raise allegations against four No-Bid Contractors, Fluor Enterprises, Inc. ("Fluor"), Shaw Group ("Shaw"), CH2M Hill, Inc. ("CH2M"), and Bechtel Corporation ("Bechtel")(collectively hereinafter the "No-Bid Contractors"). These allegations are based upon information and belief at the time the Amended Complaint was drafted. Plaintiffs are now aware that the assertions against Bechtel are not maintainable in the Eastern District of Louisiana, and that there are no named Plaintiffs in the instant matter who can

---

[1] This was actually the second time the Amended Complaint was submitted, the first being in October, 2008, wherein class allegations were also asserted. Upon instruction by the Honorable Court, Plaintiffs resubmitted the Amended Complaint, minus class allegations, on January 21, 2009.

maintain a cause of action against Bechtel in a court of competent jurisdiction. As such, Plaintiffs seek the voluntary dismissal of Bechtel pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and submit this Memorandum in support of their request.

The inclusion of Bechtel as a named defendant was part of the Plaintiffs class allegations, as Plaintiffs aver that all No-Bid Contractors were necessary defendants to class assertions arising out of the aftermath of hurricanes Katrina and Rita and the formaldehyde exposures experienced by the tens of thousands of survivors placed in the Emergency Housing Units ("EHU"). Upon information and belief Bechtel received no-bid contracts, amongst other things, to haul, install, convert, maintain and refurbish the EHUs. As such, the inclusion of Bechtel as a defendant was deemed mandatory.

However, information now in the possession of Plaintiffs indicates that it was Bechtel National, rather than Bechtel Corporation, that received the no-bid contract from FEMA. Further, upon a comprehensive review of information recently produced to Plaintiffs by the Federal Government, it seems that Bechtel National only provided services for FEMA in the State of Mississippi. The Plaintiffs in the instant matter all raise allegations in the Eastern District of Louisiana, and are residents of the State of Louisiana. While Bechtel National contracted with and performed services for FEMA in Mississippi, it seems that they did not provide any service for the Named Plaintiffs in the instant litigation.

Plaintiffs move for the voluntary dismissal of Bechtel without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure for the following reasons: (1) Bechtel is incorrectly named as a party, as it was Bechtel National that performed the contract with FEMA; and (2) Bechtel National, upon information and belief, performed EHU contract services for FEMA only in Mississippi, and the instant litigation asserts claims specific to Louisiana.

Plaintiffs contend that they are entitled to the voluntary dismissal under Rule 41(a)(1) which states in pertinent part:

> [A]n action may be dismissed by the plaintiff without order of the court (i) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs…Unless otherwise stated in the notice of dismissal or stipulation, the dismissal is without prejudice…

At this time, no responsive pleading, answer or motion for summary judgment have been filed by Bechtel. However, as this is an amended complaint, and out of an abundance of caution, Plaintiffs submit their motion and memorandum in support alternatively to voluntarily dismiss Bechtel without prejudice pursuant to Rule 41(a)(2) which is a dismissal by order of the Court and states in pertinent part:

> [A]n action shall not be dismissed at the plaintiff's instance save upon order of the court and upon such terms as the court deems proper. If a counterclaim has been pleaded by a defendant prior to the service upon the defendant of the plaintiff's motion to dismiss, the action shall not be dismissed against the defendant's objection unless the counterclaim can remain pending for independent adjudication by the court. Unless otherwise specified in the order, a dismissal under this paragraph is without prejudice.

While Plaintiffs assert that the voluntary dismissal is proper under Rule 41(a)(1), the complexity of the litigation, the number of defendants, and the current posture of the case create sufficient uncertainty as to necessitate this Motion under Rule 41(a)(2).

Bechtel Corporation, upon information currently available to Plaintiffs, did not contract with FEMA to provide EHU services following hurricanes Katrina and Rita. Rather, that contract was undertaken by Bechtel National. Further, Bechtel National, pursuant to information produced by the Federal Government, only performed EHU contract services in Mississippi. As the allegations and assertions raised in the *Aldridge* matter relate solely to Louisiana specific claims, there is no standing for the Named Plaintiffs in this matter to maintain Bechtel as a

defendant. As such, the Plaintiffs respectfully pray that this Honorable Court grant their Motion for Voluntary Dismissal and that Bechtel Corporation be dismissed without prejudice.

Respectfully submitted,

　　/s/ Frank J. D'Amico, Jr.　　　　　　
FRANK J. D'AMICO, JR. (Bar No. 17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:　(504) 525-7272
Fax:　　　　(504) 525-9522

*Counsel for James H. Aldridge, et al. and member of the PSC*

## CERTIFICATE OF SERVICE

**I HEREVY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this __10th__ day of March, 2009.

　　/s/ Frank J. D'Amico, Jr.　　　　　　
**FRANK J. D'AMICO, JR. (#17519)**