## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

                                          SECTION N(5)

                                          JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:

*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*          MAGISTRATE CHASEZ
*No. 07-9228*

*******************************************************************************

## ORDER

Considering the Plaintiffs' Motion for Voluntary Dismissal of Bechtel Corporation:

**IT IS HEREBY ORDERED**, that the Motion for Voluntary Dismissal is GRANTED.

**IT IS HEREBY FURTHER ORDERED**, that Bechtel Corporation be dismissed

without prejudice from the above-referenced litigation.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____

**HONORABLE KURT D. ENGELHARDT**