UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION<br><br>This applies to all cases | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## MONACO COACH CORPORATION'S
## NOTICE OF BANKRUPTCY FILING

On March 5, 2009, a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code was filed on behalf of Monaco Coach Corporation ("Monaco") in the United States Bankruptcy Court for the District of Delaware, Case No. 1:09-BK-10750. Based on this filing, and in accordance with the automatic stay provisions of 11 U.S.C. § 362(a), all further proceedings in this action against Monaco are stayed.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

{B0572969.1}                        1

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA  70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Monaco Coach Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was filed and served through the Court's e-noticing system on liaison counsel for plaintiffs and defendants and counsel for the United States.

Baton Rouge, Louisiana, this 10th day of March, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson