UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>   FORMALDEHYDE PRODUCTS<br>   LIABILITY LITIGATION<br><br>This applies to all cases | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### R-VISION, INC.'S
### NOTICE OF BANKRUPTCY FILING

On March 5, 2009, a Voluntary Petition under Chapter 11 of the United States Bankruptcy Code was filed on behalf of R-Vision, Inc. ("R-Vision, Inc.") in the United States Bankruptcy Court for the District of Delaware, Case No. 1:09-BK-10759.  Based on this filing, and in accordance with the automatic stay provisions of 11 U.S.C. § 362(a), all further proceedings in this action against R-Vision are stayed.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant R-Vision, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was filed and served through the Court's e-noticing system on liaison counsel for plaintiffs and defendants and counsel for the United States.

Baton Rouge, Louisiana, this 10th day of March, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0573032.1}                                   2