OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

>Date: March 11, 2009
>
>Stephanie A. Pizani
>
>vs.
>
>Gulf Stream Coach, Inc., et al.
>
>Case No.09-2944 Section: N Mag. 5

Dear Sir:

Please reissue summons on the complaint to the following:

1. United States Attorney for the Eastern District of LA
   Jim Letten, USA*
   500 Poydras Street, Room B210
   New Orleans, Louisiana 70130

>Very truly yours,
>
>/s/ Joseph M. Bruno
>Joseph M. Bruno (La. Bar No.: 3604)
>The Law Office of Joseph M. Bruno, APLC
>855 Baronne Street, 3rd Floor
>New Orleans, Louisiana 70113
>Telephone: (504) 561-6776
>Facsimile: (504) 561-6775
>Email: jbruno@jbrunolaw.com
>Attorney for Stephanie A. Pizani