OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: March 11, 2009

Carl M. Tasker
vs.

Fleetwood Enterprises, Inc., et al.

Case No.09-2945 Section: N Mag. 5

Dear Sir:

Please reissue summons on the complaint to the following:

1. United States Attorney for the Eastern District of LA
   Jim Letten, USA*
   500 Poydras Street, Room B210
   New Orleans, Louisiana 70130

Very truly yours,

/s/ Joseph M. Bruno
Joseph M. Bruno (La. Bar No.: 3604)
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, Louisiana 70113
Telephone: (504) 561-6776
Facsimile: (504) 561-6775
Email: jbruno@jbrunolaw.com
Attorney for Stephanie A. Pizani