UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | )  MDL NO. 1873<br>)  SECTION "N" (4)<br>) |
| THIS DOCUMENT IS RELATED TO ALL CASES | )  JUDGE ENGELHARDT<br>)  MAG. JUDGE ROBY |

### NOTICE OF CHANGE OF ADDRESS

Defendants, SILVER CREEK HOMES, INC., and ALLIANCE HOMES, INC., D/B/A ADRIAN HOMES, hereby notify this Honorable Court and all known counsel of record the change of address of its counsel of record, Walter K. Jamison, III, is as follows:

> WALTER K. JAMISON, III
> Kraft Gatz Lane Benjamin, LLC
> 600 Jefferson Street, Suite 410
> Lafayette, LA 70501
> (337) 706-1818
> (337) 706-1828 Telefax
> wkj@kgdlawllc.com

*Respectfully submitted*:

    /s/ Walter K. Jamison
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229
Daigle, Jamison & Rayburn, LLC
303 W. Vermilion Street, Suite 210
Post Office Box 3667
Lafayette, LA  70502
Phone:  (337) 234-7000
Fax:  (337) 237-0344
wkj@kgdlawllc.com

Counsel for **SILVER CREEK HOMES, INC. and ALLIANCE HOMES D/B/A ADRIAN HOMES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all counsel of record participating by the CM/ECF system, and that if there are any counsel that do not participate in the CM/ECF system, a copy will be sent to such counsel by U.S. mail, postage prepaid and properly addressed, this 11th day of March, 2009.

    /s/ Walter K. Jamison
**WALTER K. JAMISON, III**
Louisiana Bar No. 07229