| | |
|---|---|
| **From:** | Jason Bone |
| **To:** | gmeunier@gainsben.com; Justin Woods |
| **CC:** | Adam (CIV) Dinnell; ANDREW WEINSTOCK; Carson Strickland; Ernest Giege... |
| **Date:** | 3/9/2009 4:26 PM |
| **Subject:** | Fwd: Re: Formaldehyde MDL-- plaintiff depositions |

Justin,

After comparing the plaintiffs actually put into suit with those designated on Feb. 28 we have the following list of 6 individuals of whom we would like to take depositions. They are:

1. ATKINS-GREEN, WILLIE MAE
2. HEECHUNG, KEITH
3. IJOKO, JONATHAN
4. JOSEPH, LUCILLE
5. WRIGHT, LYNDON
6. RANDAZZO, ANGELA o/b/o
       GOMEZ, NATHAN (8 yrs old)
       GOMEZ, SIERRA (6 yrs old)
       RANDAZZO, KODY (14 yrs old)
       RANDAZZO-GOMEZ, ISABELLA (3 yrs old)

With respect to Ms. Atkiins-Green and Mr. Heechung its our understanding that both lived in multiple units (despite contrary representations on their fact sheet). Accordingly, please advise if you are willing to withdraw them from consideration as trial plaintiffs. Also, the Randazzo plaintiffs have no VIN#; FEMA ID; or Bar Code from which it can be determined if they indeed lived in a Forest River unit. As there is no objective basis for their designation of Forest River as the manufacturer, please advise if you will voluntarily withdraw Ms. Randazzo and those she purports to represent from consideration as trial plaintiffs. If you will agree to withdraw the aforementioned individuals, we will only require 3 depositions. As for the individuals not identified on the above list you may accept this correspondence in confirmation of our intent to withdraw our prior notice of deposition as to each.

Thanks,
Jason



Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square; Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
JBONE@GLLLAW.COM

**EXHIBIT A**