## PLAINTIFF FACT SHEETS PROVIDED 2/28/09

| Name | Date PFS Verification Signed |
|---|---|
| Marilyn Linscheid | 2/27/2008 |
| Jasmin D. Williams | 4/11/2008 |
| Linda Mitchell | 4/25/2008 |
| Erica D. Peters | 6/2/2008 |
| Lyndsay D. Stevenson | 6/8/2008 |
| Marshall Stevenson III | 6/9/2008 |
| Deryl Farria | 8/13/2008 |
| John Farria Jr | 8/13/2008 |
| John Farria Sr | 8/13/2008 |
| Dionne Landry | 8/15/2008 |
| Brandi Faria | 10/20/2008 |
| Chelsie Carter | 10/20/2008 |
| Paris Farria | 10/20/2008 |
| Terrence Lee | 10/23/2008 |
| Deborah F. Shifter | 11/21/2008 |
| Calvin A. Scott | 11/26/2008 |
| Greg Matlock Jr. | 12/5/2008 |
| Samantha Matlock | 12/5/2008 |
| Tina Longfellow | 12/5/2008 |
| James M. Cheek | 12/11/2008 |
| Rose Ancar | 1/14/2009 |
| Alice J. Murthil | 1/15/2009 |
| Shawn Travis | 2/2/2009 |
| Jonathan A. Ijoko | 2/4/2009 |
| Juarry Anderson | 2/5/2009 |
| Ja'Briel Weston | 2/6/2009 |
| Sebastian Weston | 2/6/2009 |
| Daron L. Wilson | 2/7/2009 |
| Mary D. Napoleon | 2/9/2009 |
| Ankeem J. Peters | 2/11/2009 |
| Alicia N. Moody | 2/11/2009 |
| Cynthia D. Moody | 2/11/2009 |
| Jerome H. Bazile | 2/11/2009 |
| Elijah W. Shepard | 2/11/2009 |
| Martha K. Anderson | 2/13/2009 |
| Pearlie M. Nelson | 2/15/2009 |
| Dolores M. Joseph | 2/17/2009 |
| Lucille J. Joseph | 2/17/2009 |
| John Wilson | 2/18/2009 |
| V. Schexnayder rep. Elizabeth Lindsey | 2/19/2009 |
| Ionquiyana M. McCormick | 2/19/2009 |
| Lyndon T. Wright | 2/19/2009 |
| Keith A. Heechung | 2/20/2009 |
| Laura M. Moore | 2/20/2009 |
| Willie M. Atkins-Green | 2/20/2009 |
| Angela Randazzo | 2/25/2009 |
| Nathan W. Gomez | 2/25/2009 |
| Sierra A. Gomez | 2/25/2009 |
| Isabella A. Randazzo | 2/25/2009 |
| Kody K. Randazzo | 2/25/2009 |
| Melvin Mason | 2/26/2009 |
| Wilbert Linscheid | 2/27/2009 |
| Ashley Parker | 2/27/2009 |
| Denise Parker-Weber | 2/27/2009 |
| Irma Lopez | Not Dated |
| Anthony Parker | Not signed or dated |

