MINUTE ENTRY
CHASEZ, M.J.
MARCH 13, 2009

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                    MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                  NUMBER: 07-1873

                                                SECTION: "N"(5)

      The Court this date took up plaintiffs' motion to quash (Rec. doc. 1148).

      PRESENT:  Frank D'Amico, Jason Bone, Ernie Gieger

      The following plaintiffs are to be produced for deposition on or before March 20, 2009:

      Willie Mae Atkins-Green, Keith Heechung, Jonathan Doko, Lucille Joseph, Lyndon Wright and Angela Randazzo.

      As to the first five named individuals, their depositions shall be limited to no more than 90 minutes in duration.  As to Ms. Randazzo, as she is also representing the interest of minor children, her deposition will be limited to no more than 2.5 hours

MJSTAR(00:15)

in duration.

As to all other plaintiffs, the motion to quash is GRANTED.

The Court advised counsel that, when discovery related motions are filed, counsel filing that motion(s) are to advise the Magistrate Judge's office that the motion has been tendered in order to avoid delay in the handling of their respective filings.

```
                              _____
                                 ALMA L. CHASEZ
                          UNITED STATES MAGISTRATE JUDGE
```