LAMBERT & NELSON
A PROFESSIONAL LAW CORPORATION
701 MAGAZINE STREET
NEW ORLEANS, LA. 70130-3629

HUGH P. LAMBERT
LINDA J. NELSON

(504) 581-1750
FAX: (504) 529-2931

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF
2009 MAR 16 AM 11: 52
LORETTA G. WHYTE
CLERK

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: March 16, 2009

MONTRELLE JACKSON SINEGAR, ET AL

vs.

FOREST RIVER, INC., ET AL.

Case No. 09-2926   Section: N(5)

Dear Sir or Madam:

Please RE-ISSUE summons on the COMPLAINT FOR DAMAGES to the following:

1. FLUOR ENTERPRISES, INC.
   Through its registered agent for service
   Corporation Service Company
   320 Somerulos Street
   Baton Rouge, LA 70802-6129

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

___ Fee _____
_✓_ Process _____
_X_ Dktd _____
___ CtRmDep ____
___ Doc. No. ____