# IN THE UNITED STATES DISTRICT COURT

# FOR THE *EASTERN* DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SHAVON BANISTER,** | * | **DOCKET NO.** |
| together with all individuals and entities | * | **2:09cv02948-KDE-ALC** |
| whose names appear on the attached | * | |
| "Exhibit A" | * | **SECTION N** |
| | * | **MAG. 5** |
| versus | * | |
| | * | |
| **FLEETWOOD ENTERPRISES, INC.,** | * | |
| **SHAW ENVIRONMENTAL, and** | * | |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| This case related to MDL NO. 07-1873 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF BANKRUPTCY FILING

**PLEASE TAKE NOTICE** that, on March 10, 2009 (the "Petition Date"), Fleetwood Enterprises, Inc. (the "Debtor") filed voluntary petitions under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Central District of California (the "Bankruptcy Court"), *In re: Fleetwood Enterprises, Inc. et al.*, Chapter 11 Case No. 09-14254-SB.

**PLEASE TAKE FURTHER NOTICE** that, as of the Petition Date, and as a result of the pendency of the bankruptcy cases and the application of section 362(a) of the Bankruptcy Code, the commencement or continuation of any judicial action or proceeding that was or could have been commenced before the

1

commencement of the bankruptcy cases or to recover a claim against the Debtors that arose before the commencement of the bankruptcy cases is automatically stayed. Furthermore, as a result of section 362(a) of the Bankruptcy Code, any act that would affect the property of the estate is automatically stayed. The injunction granted by section 362(a) of the Bankruptcy Code will remain in effect until the bankruptcy cases are dismissed or closed, or until such earlier times as set forth in section 362(c), (d), (e) and (f) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay, and pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may impose sanctions against any party found to have willfully violated the automatic stay.

This 11th day of March, 2009.

>*/s/ Richard K. Hines, V*
>Richard K. Hines, V
>Georgia Bar No. 356300
>NELSON MULLINS RILEY &
>SCARBOROUGH, LLP
>Atlantic Station
>201 17th Street, NW, Suite 1700
>Atlanta, GA  30363
>(404) 322-6000 (phone)
>(404) 322-6050 (fax)
>
>Jerry L. Saporito
>Louisiana Bar No. 11717

LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

| | | | |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| ( X ) | CM/ECF | ( x ) | E-Mail |

This 11th day of March, 2009.

                                       */s/ Richard K. Hines, V*
                                       Richard K. Hines, V
                                       Georgia Bar No. 356300
                                       richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)