UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*          MAGISTRATE CHASEZ
*No. 07-9228*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER

Considering the Plaintiffs' Motion for Voluntary Dismissal of Bechtel Corporation:

**IT IS HEREBY ORDERED**, that the Motion for Voluntary Dismissal is GRANTED.

**IT IS HEREBY FURTHER ORDERED**, that Bechtel Corporation be dismissed without prejudice from the above-referenced litigation.

THIS DONE the ___18th___ day of ___March___, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT