UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | SECTION: " N " |
| VS. | * * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

### Order

**CONSIDERING THE ABOVE AND FOREGOING MOTION;**

**IT IS ORDERED** that :

> John F. Young, Jr.
> LA Bar # 01659
> 609 Metairie Road, #300
> Metairie Louisiana 70005
> Telephone : (504) 352-8855
> Facsimile: (504) 836-6565
> jfylaw@yahoo.com.

be and are hereby withdrawn as co-counsel of record in the above captioned proceedings.

New Orleans, Louisiana this 18th day of March, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE