UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## **ORDER**

The Court has reviewed the applications regarding the appointment of liaison counsel for the contractor defendants. Accordingly,

**IT IS ORDERED** that M. David Kurtz is appointed to serve as liaison counsel for the contractor defendants.

New Orleans, Louisiana, this 18th day of March, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**