UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO THE ADMINISTRATIVE MASTER COMPLAINT | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

ORDER

Considering the Motion to Withdraw and Substitute Counsel filed on behalf of counsel for defendant, ScotBilt Homes, Inc.

**IT IS HEREBY ORDERED** that John D. Carter and the Nielson Law Firm, LLC, attorneys for defendant, ScotBilt Homes, Inc., be removed as designated attorneys for said defendant and that Lamont P. Domingue of the law firm of Voorhies & Labbé be substituted as the designated attorneys for defendant, ScotBilt Homes, Inc. in these proceedings.

New Orleans, Louisiana, this 18th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

391625