UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the Motion for Direct Filing into the Eastern District of Louisiana (Rec. Doc. 1076), filed by the Plaintiffs' Steering Committee ("PSC"). The Court has considered the PSC's motion, the Government's opposition thereto, and the applicable law. While judicial efficiency and the conservation of resources are obviously important to the undersigned, on the showing made, the Court is not convinced the authority cited by the PSC supports granting the relief requested in the motion. For essentially the same reasons cited by the Government in its opposition (Rec. Doc. 1111),

**IT IS ORDERED** that the Motion for Direct Filing into the Eastern District of Louisiana (Rec. Doc. 1076) is **DENIED**.

New Orleans, Louisiana, this 20th day of March, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**