UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that **Heartland Recreational Vehicles, LLC and Timberland RV Company's Joint Motion to Dismiss the Second Supplemental and Amended Master Complaint (Rec. Doc. 1027)** is **DENIED AS MOOT.**

New Orleans, Louisiana, this 20th day of March, 2009.

                      **KURT D. ENGELHARDT**  
                      **UNITED STATES DISTRICT JUDGE**