UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that **Manufacturing Defendants' Joint Motion to Adopt Proposed Case Administration Order (Rec. Doc. 1026)** is **DENIED AS MOOT.**

New Orleans, Louisiana, this 20th day of March, 2009.

                                **KURT D. ENGELHARDT**  
                                **UNITED STATES DISTRICT JUDGE**