UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 1873 |
| | : | SECTION: "N-4" |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGLEHARDT |
| ALL CASES | : | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT PURSUANT TO LOCAL RULE 7.8.1

NOW INTO COURT, come the Manufactured Housing Defendants[1], who respectfully request an Order from this Honorable Court granting leave to file their Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption Filed by the Manufactured Housing Defendants in excess of the page limit pursuant to Local Rule 7.8.1E.

All opposing counsel have been contacted, and there is no opposition to the filing of this Memorandum. Attached is a Proposed Order for the Court's consideration.

---

[1] The Manufactured Housing Defendants joining in this motion are listed on Exhibit A, attached hereto.

Respectfully submitted:

**VOORHIES & LABBÉ**
(A Professional Law Corporation)

_____
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Homebuilders Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.), River Brich Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2009, a copy of the Manufacturing Housing Defendants' Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Home Builders, Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.), River Birch Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com