EXHIBIT A

THE MANUFACTURED HOUSING DEFENDANTS
JOINING THE RULE 12(b)(6) MOTION TO DISMISS
BASED ON FEDERAL PREEMPTION

Alliance Homes, Inc. dba Adrian Homes

American Homestar Corporation

Cavalier Home Builders, L.L.C.

Cavalier Homes, Inc.

Champion Home Builders Co.

CMH Manufacturing Inc.

Giles Family Holdings, Inc.

Homes of Merit, Inc.

Horton Homes, Inc.,

Liberty Homes, Inc.

Oak Creek Homes, LP.

Palm Harbor Albemarle, LLC

Palm Harbor Homes, Inc.

Palm Harbor Manufacturing, LP

Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known at Dutch Housing, Inc.)

River Birch Homes, Inc. (sometimes mistakenly misnamed River Birch Homes, L.L.C.)

ScotBilt Homes, Inc.

Southern Energy Homes, Inc.,

Silver Creek Homes, Inc.,

Waverlee Homes, Inc.