## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 1873 SECTION: "N-4" |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGLEHARDT |
| ALL CASES | : | MAGISTRATE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limit Pursuant to Local Rule 7.8.1E;

**IT IS HEREBY ORDERED** that the Manufactured Housing Defendants are hereby granted leave to file their Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption Filed by the Manufactured Housing Defendants in excess of the page limit pursuant to Local Rule 7.8.1E.

New Orleans, Louisiana, this _____ day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE