UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

MANUFACTURING HOUSING DEFENDANTS'
JOINT RULE 12(b)(6) MOTION TO DISMISS
<u>BASED ON FEDERAL PREEMPTION</u>

NOW INTO COURT, through undersigned counsel, come defendants collectively referred to as the "Manufactured Housing Defendants," and individually identified as Alliance Homes, Inc. dba Adrian Homes, American Homestar Corporation, Cavalier Home Builders, L.L.C., Cavalier Homes, Inc., Champion Home Builders Co., CMH Manufacturing Inc., Giles Family Holdings, Inc., Homes of Merit, Inc., Horton Homes, Inc., Liberty Homes, Inc., Oak Creek Homes, LP., Palm Harbor Albemarle, LLC , Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known at Dutch Housing, Inc.), River Birch Homes, Inc. (sometimes mistakenly misnamed River Birch Homes, L.L.C.), ScotBilt Homes, Inc., Southern Energy Homes, Inc., Silver Creek Homes, Inc., and Waverlee Homes, Inc., and jointly move this Honorable Court to dismiss Plaintiffs' claims against them under Federal Rule of Civil Procedure 12(b)(6) for the following reasons:

(1) Plaintiffs have filed complaints[1] alleging state law causes of action against the Manufactured Housing Defendants in Defendants' capacity as manufacturers of emergency housing units more particularly described as "manufactured homes", and sometimes referred to as "mobile homes", that Plaintiffs allege were provided to FEMA, occupied by plaintiffs and caused plaintiffs damage due to their exposure to formaldehyde present in the manufactured homes.

(2) The construction of manufactured homes is governed and regulated by the Manufactured Home Construction and Safety Standards Act, 42 U.S.C. § 5401, et seq. (the "Manufactured Housing Act"), and the standards and regulations promulgated by the United States Department of Housing and Urban Development ("HUD") pursuant to the Act, 24 C.F.R. § 3280 and § 3282 (the "HUD Code").

(3) The federal statutes and regulations in the Manufactured Housing Act and the HUD Code preempt Plaintiffs' causes of action against the Manufactured Housing Defendants, in accordance with the Supremacy Clause of Article VI, Section 2 of the United States Constitution.

For these reasons, and for the reasons more particularly set forth in the Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption filed by the Manufactured Housing Defendants filed contemporaneously herewith, and adopted by reference as if set forth herein, Plaintiffs have failed to state claims upon which relief can be granted against the Manufactured Housing Defendants and their complaints against the Manufactured Housing Defendants should be dismissed.

---

[1] The complaints filed against the manufactured housing defendants are: *Pujol, et al, v. The United States of America, et al*, Case No. 08-3217 (the "Pujol Complaint"); *Laney, et al, v. The United States of America, et al*, Case No. 08-4636; *Bauer, et al, v. Liberty Homes, Inc., et al*, Case No. 08-5031; *Johnson, et al, v. United States of America, et al*, Case No. 08-3602; and *Babin, et al v. Cavalier Home Builders, L.L.C., et al*, Case No. 08-4629. The manufactured housing defendants are also named in the Administrative Master Complaint (AMC) (Doc. 109) filed directly into MDL No. 1873. Except for paragraph numbers and differences not germane to this motion, the *Pujol, Laney,* and *Bauer* complaints, and the AMC, are identical. For purposes of this motion, the *Johnson* and *Babin* complaints have even less specific factual allegations than the other complaints and the arguments herein therefore apply with even greater force. All of the complaints allege claims against both manufactured housing defendants and other manufacturing defendants without any distinction between the claims against the different defendants.

Respectfully submitted:
**VOORHIES & LABBÉ**
(A Professional Law Corporation)


/s/ Lamont P. Domingue
_____
Lamont P. Domingue - #20787
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
Fax: (337) 235-4943
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Home Builders, Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housign, Inc.), River Birch Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com

/s/ Thomas W. Thaggard, III
Thomas W. Thaggard, III
One of the Attorneys for CMH Manufacturing, Inc., Giles Family Holdings, Inc., and Southern Energy Homes, Inc.

**OF COUNSEL:**

Lorrie L. Hargrove
Edward A. "Ted" Hosp
Edward S. Sledge, IV
**MAYNARD, COOPER & GALE, P.C.**
2400 Regions/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: 205-254-1000
FAX: 205-254-1999

-and-

James K. Carroll (#3898), T.A.
Stephanie D. Skinner (#21100)
Kati Cox Weaver (#30878)
**FOWLER RODRIGUEZ VALDES-FAULI**
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
FAX: 504-523-2705

/s/ Ben L. Mayeaux
Ben L. Mayeaux (#19042)
One of the attorneys for Horton Homes, Inc.

**OF COUNSEL:**

Gregory A. Koury (#26364)
LABORDE AND NEUNER
1001 West Pinhook Suite 200
Lafayette, Louisiana 70503
Telephone: 337-237-7000
FAX: 337-233-9450

                          /s/ W. Evan Plauché
                          W. Evan Plauché, #21027
                          One of the attorneys for American Homestar
                          Corporation and Oak Creek Homes, LP

**OF COUNSEL:**

John T. Culotta, #17272
David C. Bach, #28484
HAILEY, McNAMARA, HALL,
LARMANN & PAPALE, LLP
One Galleria Boulevard, Suite 1400
Post Office Box 8288
Metairie, Louisiana 70011-8288
Telephone: 504-836-6500
FAX: 504-836-6565

                          /s/ Walter K. Jamison, III
                          Walter K. Jamison, III, #07229
                          Attorney at Law
                          KRAFT, GATZ, LANE, BENJAMIN, LLC
                          600 Jefferson Street, Suite 410
                          Lafayette, Louisiana 70501
                          Telephone: 337-706-1818
                          FAX: 337-706-1828
                          Attorney for Alliance Homes, Inc., d/b/a Adrian
                          Homes and Silver Creek Homes, Inc.

/s/ Eric L. Lindstrom
Erick L. Lindstrom
Texas State Bar No. 12385200
One of the Attorneys for Palm Harbor
Albermarle, LLC, Palm Harbor Homes, Inc.,
Palm Harbor Manufacturing, LP

**OF COUNSEL:**

Michael J. Craddock, Trial Attorney
Texas State Bar No. 04970300
CRADDOCK DAVIS & KRAUSE LLP
3100 Monticello Avenue, Suite 550
Dallas, Texas  75205-3466
214/750-3550
214/750-3551 (FAX)