# EXHIBIT B

**Office of Asst. Sec. for Housing, HUD** §3280.308

ounces per square foot of surface coated, and in accordance with the following:

(1) Slit or cut edges of zinc-coated steel strapping do not need to be zinc coated.

(2) Type 1, Finish B, Grade 1 steel strapping, 1-1/4 inches wide and 0.035 inches in thickness, certified by a registered professional engineer or architect as conforming with ASTM Standard Specification D3953-91, Standard Specification for Strapping, Flat Steel, and Seals.

[40 FR 58752, Dec. 18, 1975. Redesignated at 44 FR 20679, Apr. 6, 1979, as amended at 52 FR 4583, Feb. 12, 1987; 59 FR 2473, Jan. 14, 1994; 70 FR 72045, Nov. 30, 2005]

### §3280.307 Resistance to elements and use.

(a) Exterior coverings shall be of moisture and weather resistive materials attached with corrosion resistant fasteners to resist wind, snow and rain. Metal coverings and exposed metal structural members shall be of corrosion resistant materials or shall be protected to resist corrosion. All joints between portions of the exterior covering shall be designed, and assembled to protect against the infiltration of air and water, except for any designed ventilation of wall or roof cavity.

(b) Joints between dissimilar materials and joints between exterior coverings and frames of openings shall be protected with a compatible sealant suitable to resist infiltration of air or water.

(c) Where adjoining materials or assemblies of materials are of such nature that separation can occur due to expansion, contraction, wind loads or other loads induced by erection or transportation, sealants shall be of a type that maintains protection against infiltration or penetration by air, moisture or vermin.

(d) Exterior surfaces shall be sealed to resist the entrance of rodents.

### §3280.308 Formaldehyde emission controls for certain wood products.

(a) *Formaldehyde emission levels.* All plywood and particleboard materials bonded with a resin system or coated with a surface finish containing formaldehyde shall not exceed the following formaldehyde emission levels when installed in manufactured homes:

(1) Plywood materials shall not emit formaldehyde in excess of 0.2 parts per million (ppm) as measured by the air chamber test method specified in §3280.406.

(2) Particleboard materials shall not emit formaldehyde in excess of 0.3 ppm as measured by the air chamber test specified in §3280.406.

(b) *Product certification and continuing qualification.* All plywood and particleboard materials to be installed in manufactured homes which are bonded with a resin system or coated with a surface finish containing formaldehyde, other than an exclusively phenol-formaldehyde resin system or finish, shall be certified by a nationally recognized testing laboratory as complying with paragraph (a) of this section.

(1) Separate certification shall be done for each plant where the particleboard is produced or where the plywood or particleboard is surface-finished.

(2) To certify plywood or particleboard, the testing laboratory shall witness or conduct the air chamber test specified in §3280.406 on randomly selected panels initially and at least quarterly thereafter.

(3) The testing laboratory must approve a written quality control plan for each plant where the particleboard is produced or finished or where the plywood is finished. The quality control plan must be designed to assure that all panels comply with paragraph (a) of this section. The plan must establish ongoing procedures to identify increases in the formaldehyde emission characteristics of the finished product resulting from the following changes in production.

(i) In the case of plywood:

(A) The facility where the unfinished panels are produced is changed;

(B) The thickness of the panels is changed so that the panels are thinner; or

(C) The grooving pattern on the panels is changed so that the grooves are deeper or closer together.

(ii) In the case of particleboard:

# EXHIBIT B

**§ 3280.309**  **24 CFR Ch. XX (4–1–07 Edition)**

(A) The resin formulation is changed so that the formaldehyde-to-urea ratio is increased;

(B) The amount of formaldehyde resin used is increased; or

(C) The press time is decreased.

(iii) In the case of plywood or particleboard:

(A) The finishing or top coat is changed and the new finishing or top coat has a greater formaldehyde content; or

(B) The amount of finishing or top coat used on the panels is increased, provided that such finishing or top coat contains formaldehyde.

(4) The testing laboratory shall periodically visit the plant to monitor quality control procedures to assure that all certified panels meet the standard.

(5) To maintain its certification, plywood or particleboard must be tested by the air chamber test specified in § 3280.406 whenever one of the following events occurs:

(i) In the case of particleboard, the resin formulation is changed so that the formaldehyde-to-urea ratio is increased; or

(ii) In the case of particleboard or plywood, the finishing or top coat is changed and the new finishing or top coat contains formaldehyde; or

(iii) In the case of particleboard or plywood, the testing laboratory determines that an air chamber test is necessary to assure that panels comply with paragraph (a) of this section.

(6) In the event that an air chamber test measures levels of formaldehyde from plywood or particleboard in excess of those permitted under paragraph (a) of this section, then the tested product's certification immediately lapses as of the date of production of the tested panels. No panel produced on the same date as the tested panels or on any day thereafter may be used or certified for use in manufactured homes.

(i) Provided, however, that a new product certification may be obtained by testing randomly selected panels which were produced on any day following the date of production of the tested panels. If such panels pass the air chamber test specified in § 3280.406, then the plywood or particleboard produced on that day and subsequent days may be used and certified for use in manufactured homes.

(ii) Provided further, that plywood or particleboard produced on the same day as the tested panels, and panels produced on subsequent days, if not certified pursuant to paragraph (b)(4)(i) of this section, may be used in manufactured homes only under the following circumstances:

(A) Each panel is treated with a scavenger, sealant, or other means of reducing formaldehyde emissions which does not adversely affect the structural quality of the product; and

(B) Panels randomly selected from the treated panels are tested by and pass the air chamber test specified in § 3280.406.

(c) *Panel identification.* Each plywood and particleboard panel to be installed in manufactured homes which is bonded or coated with a resin system containing formaldehyde, other than an exclusively phenol-formaldehyde resin system, shall be stamped or labeled so as to identify the product manufacturer, date of production and/or lot number, and the testing laboratory certifying compliance with this section.

(d) *Treatment after certification.* If certified plywood or particleboard subsequently is treated with paint, varnish, or any other substance containing formaldehyde, then the certification is no longer valid. In such a case, each stamp or label placed on the panels pursuant to paragraph (c) of this section must be obliterated. In addition, the treated panels may be recertified and reidentified in accordance with paragraphs (b) and (c) of this section.

[49 FR 32011, Aug. 9, 1984]

**§ 3280.309  Health Notice on formaldehyde emissions.**

(a) Each manufactured home shall have a Health Notice on formaldehyde emissions prominently displayed in a temporary manner in the kitchen (i.e., countertop or exposed cabinet face). The Notice shall read as follows:

IMPORTANT HEALTH NOTICE

Some of the building materials used in this home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a

# EXHIBIT B

**Office of Asst. Sec. for Housing, HUD** §3280.502

other protective covers to cover these openings, the manufacturer must provide to the homeowner instructions for at least one method of protecting exterior door openings. This method must be capable of resisting the design wind pressures specified in §3280.305 without taking the home out of conformance with the standards in this part. These instructions must be included in the printed instructions that accompany each manufactured home. The instructions shall also indicate whether receiving devices, sleeves, or anchors, for fasteners to be used to secure the shutters or protective covers to the exterior walls, have been installed or provided by the manufacturer.

[40 FR 58752, Dec. 18, 1975. Redesignated at 44 FR 20679, Apr. 6, 1979, as amended at 52 FR 4583, Feb. 12, 1987; 52 FR 35543, Sept. 22, 1987; 58 FR 55009, Oct. 25, 1993; 59 FR 2474, Jan. 14, 1994; 70 FR 72046, Nov. 30, 2005]

### §3280.406 Air chamber test method for certification and qualification of formaldehyde emission levels.

(a) *Preconditioning.* Preconditioning of plywood or particleboard panels for air chamber tests shall be initiated as soon as practicable but not in excess of 30 days after the plywood or particleboard is produced or surface-finished, whichever is later, using randomly selected panels.

(1) If preconditioning is to be initiated more than two days after the plywood or particleboard is produced or surface-finished, whichever is later, the panels must be dead-stacked or airtight wrapped until preconditioning is initiated.

(2) Panels selected for testing in the air chamber shall not be taken from the top or bottom of the stack.

(b) *Testing.* Testing must be conducted in accordance with the Standard Test Method for Determining Formaldehyde Levels from Wood Products Under Defined Test Conditions Using a Large Chamber, ASTM E 1333–96, with the following exceptions:

(1) The chamber shall be operated indoors.

(2) Plywood and particleboard panels shall be individually tested in accordance with the following loading ratios:

(i) Plywood—0.29 Ft2/Ft3, and

(ii) Particleboard—0.13 Ft2/Ft3.

(3) Temperature to be maintained inside the chamber shall be 77° plus or minus 2 °F.

(4) The test concentration (C) shall be standardized to a level ($C_O$) at a temperature ($t_O$) of 77 °F and 50% relative humidity ($H_O$) by the following formula:

$$C = C_O \times [1 + Ax(H - H_O)] \times e^{-R(1/t - 1/t_O)}$$

where:

C = Test formaldehyde concentration
$C_O$ = Standardized formaldehyde concentration
e = Natural log base
R = Coefficient of temperature (9799)
t = Actual test condition temperature (° K)
$t_O$ = Standardized temperature (° K)
A = Coefficient of humidity (0.0175)
H = Actual relative humidity (%)
$H_O$ = Standardized relative humidity (%)

The standardized level ($C_O$) is the concentration used to determine compliance with §3280.308(a).

(5) The air chamber shall be inspected and recalibrated at least annually to insure its proper operation under test conditions.

[49 FR 32012, Aug. 9, 1984, as amended at 58 FR 55009, Oct. 25, 1993; 70 FR 72046, Nov. 30, 2005]

## Subpart F—Thermal Protection

### §3280.501 Scope.

This subpart sets forth the requirements for condensation control, air infiltration, thermal insulation and certification for heating and comfort cooling.

### §3280.502 Definitions.

(a) The following definitions are applicable to subpart F only:

(1) *Pressure envelope* means that primary air barrier surrounding the living space which serves to limit air leakage. In construction using ventilated cavities, the pressure envelope is the interior skin.

(2) *Thermal envelope area* means the sum of the surface areas of outside walls, ceiling and floor, including all openings. The wall area is measured by multiplying outside wall lengths by the inside wall height from floor to ceiling.