UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-md-1873  SECTION "N" (4) |
| THIS DOCUMENT IS RELATED TO ALL CASES | : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING OF MANUFACTURING HOUSING DEFENDANTS' JOINT RULE 12(b)(6) MOTION TO DISMISS BASED ON FEDERAL PREEMPTION

NOW INTO COURT, through undersigned counsel, come defendants collectively referred to as the "Manufactured Housing Defendants," and individually identified as Alliance Homes, Inc. dba Adrian Homes, American Homestar Corporation, Cavalier Home Builders, L.L.C., Cavalier Homes, Inc., Champion Home Builders Co., CMH Manufacturing Inc., Giles Family Holdings, Inc., Homes of Merit, Inc., Horton Homes, Inc., Liberty Homes, Inc., Oak Creek Homes, LP., Palm Harbor Albemarle, LLC, Palm Harbor Homes, Inc., Palm Harbor Manufacturing, LP, Redman Homes, Inc. (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known at Dutch Housing, Inc.), River Birch Homes, Inc. (sometimes mistakenly misnamed River Birch Homes, L.L.C.), ScotBilt Homes, Inc., Southern Energy Homes, Inc., Silver Creek Homes, Inc., and Waverlee Homes, Inc., who hereby gives notice that there Joint Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption, will be taken up by the court on the **15th day of April, 2009 at 9:30 a.m.** by Judge Engelhardt.

Respectfully submitted:

Voorhies & Labbe'
(A Professional Law Corporation)


*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Home Builders, Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housign, Inc.), River Birch Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2009, a copy of the foregoing Notice of Hearing filed by manufacturing housing defendants was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Home Builders, Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housign, Inc.), River Birch Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com