UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                               SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 33

On Friday, March 20, 2009, the Court held a status conference with liaison counsel, steering committee members, and counsel for the Government.   The following individuals were in attendance: Jerry Meunier, Justin Woods, Andrew Weinstock, Joe Glass, Raul Bencomo, Ernie Gieger, Frank D'Amico, Jr., Stewart Tharp, Linda Nelson, Adam Dinnell, Henry Miller, Jim Percy, Charles Penot, Richard Hines, Jerry Saporito, John Hainkel, Gerry Barrios, Dave Kurtz, and Tim Scandurro. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. The individuals attending that conference are listed on the attached "sign in" document.

As stated during the conferences, **IT IS ORDERED** that:

(1) **On or before, Thursday, April 9, 2009**, counsel for Fleetwood Enterprises, Inc. shall

1

notify the Court as to whether it intends to participate in the second bellwether trial or whether its bankruptcy filing will prevent it from doing so.

(2) **On or before Thursday, March 26, 2009 at 5:00 p.m.**, liaison counsel and counsel for the government shall notify the Court as to whether they have reached an agreement as to which plaintiffs will participate in the previously scheduled bellwether trials beginning in September 2009.

(3) If liaison counsel and counsel for the government are unable to reach an agreement on which plaintiffs will participate in the previously scheduled bellwether trial beginning in September 2009, then **on or before Friday, March 27, 2009 at 9:00 a.m.**, liaison counsel and counsel for the government shall transmit to the Court objections to and arguments in support of the selections.

(4)   The Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for the Government on **Friday, May 8, 2009, at 8:45 a.m.**

(5)   A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, May 8, 2009, at 10:00 a.m.**

New Orleans, Louisiana, this 20th day of March 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

2

Trial Set: _____

Jury/Non-Jury

(1)

# FEMA MDL

PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.: _____

VERSUS

18 73

_____

DEFENDANT(S)

Magistrate: _____

# General Status (By

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____, __ PRE-TRIAL _____ STATUS ___ SETTLEMENT

DATE: **3-20-09**   TIME: **10:00**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| EDUARD GIBSON | HAWKINS STRACENER GIBSON PLLC | |
| RYAN JOHNSON | Jones Walker | Δ |
| Delbert Miller | KZ | |
| Jimmy Courtenay | DKS | Townhomes, Destiny, Lex Homes |
| S. Smith | SELF | SELF |
| Clay Garside | Waltzer + Assoc. | Π's |
| Karen Whitfield | Baker Donelson | Shaw |
| Amanda Vinderhaar | Leake & Andersson | Fleetwood |
| EVAN PLAUCHE | HAILEY | OAK CREEK |
| DOUG Schmidt | SAME | Plntff Subgains<br>& Hom000s |

PTO Received: _____

②

Trial Set: _____

Jury/Non-Jury

**MDL 1873**

_____
PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

_____

versus **FEMA**

_____

Magistrate: _____

_____
DEFENDANT(S)

**General Status Conf.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: **3-20-09** TIME: **10 am**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Carroll Lavosse | Guinsbargh | |
| Dennis Reich | Reich Rastoc 6 | |
| David McLendon | PSC | |
| Aaron Ahlquist | PSC/Frank D'Amico | |
| Kelly Brian | Jeansonne & Remondet | |
| Lance | Voorhies & Labbe | Redman, et al |
| Robert Sheesley | McGlinchey Stafford | Skyline / Layton |
| Randall Mulcathy | Gannison, Yount, et al | Relocation by Vesta, LLC, TL Industries, Inc, Frontier RV Inc, Play'Mar Trailers, Inc |
| Dewey Scandurs | Scandurs Thompson | Gulf Stream |
| James Carroll | Fowler Rodriguez | CMH/Southern Energy |

Pre Motion:

Trial Set: _____

Jury/Non-Jury    ③

FEMA MDL

PLAINTIFF(S)   1873

CIVIL/CRIMINAL ACTION NO.:

_____

versus

Magistrate: _____

DEFENDANT(S)

General Status Conf.

*****************************************************

CONFERENCE: ___   PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: 3-20-09 _____   TIME: 10:00

# PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Bryan E. Lege | Kraft hali Lane Bryan | Silver Creek Homes In / Alliance Homes In |
| Tom Cougill | W, F & C | Jayco & Starcraft |
| Hugh Lambert | L & W, PLC | π |
| Jeff Valliere | Allen + Gooch | ~~~~~~~~~~ Kearnsy |
| Joseph Rausch | Jim S Hall | π |
| Ben Mayeaux | Laborde ? Neuner | Horton Homes |
| DIANE ZINK | BECNEL | π |
| Robert N. Becnl | " | π |
| Tara Calbreath | gainsbugh benjamin | π |
| Denise Martin | " | " |

PTO Received: _____

Trial Set: _____
                    Jury/Non-Jury

*FEMA*

PLAINTIFF(S)

CIVIL/CRIMINAL ACTION NO.:

_____

versus

Magistrate: _____

_____
DEFENDANT(S)

General status Conf.

*****************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____3-20-09_____   TIME: _____10:00 am_____

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|------|------|-----------|
| Catherine Thigpen | Baker Donelson | Shaw |
| John Etter | Rodney & Etter | " |
| Quincy Crochet | McCranie | RSUI |
| Leah ~~Englbach~~ | Pena | |
| Carson Strickland | Gieger Laborde | Forest River |
| Jason Bone | " | ", |
| Linda J. Nelson | Lambert + Nelson, PLC | PSC |
| JUSTIN WOODS | GAINSBURGH | PSC |
| Catrice Johnson Reid | | PSC |
| | | |

Raul Bencomo