```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: 3/24/09 _____

_____
John Guillory

vs.
Fleetwood Enterprises, Inc., et, al.
_____

Case No. 09-2891 __  Section N __

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)    Fleetwood Enterprises, Inc. _____
   (address) 3125 Myers Street, P.O. Box 7638 Riverside, CA
             92503 _____
2. (name)    _____
   (address) _____
3. (name)    _____
   (address) _____
4. (name)    _____
   (address) _____

Very truly yours,

/s/ Justin I Woods _____
      "Signature"

Attorney for Plaintiffs
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163