```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

Date: <u>3/24/09</u> _____

_____
Curtis Crawford

vs.
Fleetwood Enterprises, Inc., et, al.
_____

Case No. <u>09-2893</u> __ Section <u>N</u> __

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name)    Fleetwood Enterprises, Inc. _____
   (address) 3125 Myers Street, P.O. Box 7638 Riverside, CA
             92503 _____
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

<u>/s/ Justin I Woods</u> _____
"Signature"

Attorney for Plaintiffs
2800 Energy Centre
1100 Poydras St.
New Orleans, LA 70163