AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana



| | | |
|---|---|---|
| HENRY GAUTREAUX<br>Plaintiff | )<br>)<br>) | 08-1094 "N" (5) c/w 07-1873<br>In Re: FEMA Trailer |
| v. | ) Civil Action No. | Formaldehyde Products |
| | )<br>) | Liability Litigation |
| GULF STREAM COACH, INC., ET AL<br>Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
U.S. Attorney for the Eastern District of Louisiana
through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras St., Suite B-210
New Orleans, LA 70130

A lawsuit has been filed against you.

　　　Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **second amended** complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lynn E. Williams, Jr.
*Williams Law Office, LLC*
3021 35th Street., Suite B
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　　　　LORETTA G. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of clerk of court

Date:  March 20, 2009
　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **U.S. Attorney 3/20/9**,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Janny Hearen** ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **3/20/9**

Server's signature

**Keith P Gagnon**
Printed name and title

**3901 Edenborn Ave. Met. LA 70002**
Server's address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX | * | CIVIL ACTION NO.: 08-1094 |
| | * | CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | |
| | * | SECTION: " N " |
| | * | JUDGE: ENGELHARDT |
| VS. | * | |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

*Keith Gagnon*

who, after being duly sworn, did depose and state:

That affiant served the summons and amended complaint on U.S. Attorney Jim Letten, Hale Boggs Federal Building, B-210, New Orleans, LA 70130 on 3/20/09. The affiant makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 20th DAY OF
March, 2009.

_____
NOTARY PUBLIC    26773