UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 1873 |
| | : | SECTION: "N-4" |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGLEHARDT |
| ALL CASES | : | MAGISTRATE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Brief in Excess of Page Limit Pursuant to Local Rule 7.8.1E;

**IT IS HEREBY ORDERED** that the Manufactured Housing Defendants are hereby granted leave to file their Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption Filed by the Manufactured Housing Defendants in excess of the page limit pursuant to Local Rule 7.8.1E.

New Orleans, Louisiana, this 24th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE