MINUTE ENTRY
ENGELHARDT, J.
March 20, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                                  SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A status conference was conducted on Friday, March 20, 2009, at 8:45 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Raul R. Bencomo, Linda J. Nelson, Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, Charles R. Penot, Jr., John J. Hainkel, M. David Kurtz, Gerardo R. Barrios, Henry T. Miller and Adam Dinnell.

JS10(0:85)