MINUTE ENTRY
ENGELHARDT, J.
March 20, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                     SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

A general status conference was conducted on Friday, March 20, 2009, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Raul R. Bencomo, Linda J. Nelson, Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, Charles R. Penot, Jr., John J. Hainkel, M. David Kurtz, Gerardo R. Barrios, Henry T. Miller and Adam Dinnell.

A complete list of attendees is attached as a supplement to Pretrial Order No. 33 (Rec. Doc. No. 1193).

JS10(0:65)