# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONTRELLE JACKSON SINEGAR, ET AL.** | * | **CIVIL ACTION NO. 09-2926** |
| | * | |
| **VERSUS** | * | **SECTION "N"(5)** |
| | * | |
| **FOREST RIVER, INC., ET AL.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## <u>AFFIDAVIT OF SERVICE</u>

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on March 3, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant Forest River, Inc., Through its Agent for Service of Process, CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
**HUGH P. LAMBERT, ESQ.**

Sworn to and subscribed
before me, this 25th day of
March, 2008.

_____

LINDA J. NELSON (#9938)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CT, a Wolters Kluwer business  ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  5615 Corporate Blvd, Ste 400B  Baton Rouge, LA 70808  C. Date of Delivery  MAR 9 |
| 1. Article Addressed to:<br><br>Forest River, Inc.<br>Through its registered agent for service<br>CT Corporation System<br>5615 Corporate Blvd. Suite 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*   ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*   7006 3450 0001 5393 1119 | |

PS Form 3811, February 2004     Domestic Return Receipt     MAR 1 2 REC'D     102595-02-M-1540