## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | **MAGISTRATE CHASEZ** |
| *No. 07-9228* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' EX PARTE MOTION TO SUBSTITUTE PARTIES

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the *Aldridge* matter who respectfully submit to this Honorable Court their Motion to Substitute Parties and request that this Court substitute Shaw Group with Shaw Environmental, Inc. and CH2M Hill, Inc. with CH2M Hill Constructors, Inc.   A review of documents and materials available to Plaintiffs indicates that the original naming of Shaw Group and CH2M Hill, Inc. as defendants was erroneous.  Supporting documentation clearly establishes that Shaw Environmental, Inc. and CH2M Hill Constructors, Inc. are the appropriate defendants.

1.

The *Aldridge* suit, in its Supplemental and Amending Petition filed in January 2009, inadvertently misidentified CH2M Hill Constructors, Inc. as CH2M Hill, Inc. and Shaw Environmental, Inc. as Shaw Group.

1

2.

Counsel for Shaw Group and CH2M Hill, Inc. have been consulted on the instant Motion and consent to its filing.

3.

Counsel for both Shaw Environmental, Inc. and CH2M Hill Constructors, Inc. have agreed to waive service in this matter if and when these entities are substituted into the litigation in place of Shaw Group and CH2M Hill, Inc. respectively.

4.

Neither Shaw Group nor CH2M Hill, Inc. have filed an answer or any other responsive pleading in this instant matter, but the deadlines to do so are fast approaching, and undersigned counsel requests that this Honorable Court consider this Motion expeditiously to conserve resources of the parties, particularly the misidentified defendants.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Substitute Parties, and dismiss both Shaw Group and CH2M Hill, Inc. from this litigation without prejudice, and substitute Shaw Environmental, Inc. and CH2M Hill Constructors, Inc., respectively, in their place.

Respectfully submitted,

   /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (Bar No. 17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:     (504) 525-7272
Fax:              (504) 525-9522

***Counsel for James H. Aldridge, et al. and member of the PSC***

## <u>CERTIFICATE OF SERVICE</u>

**I HEREVY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this __25th_ day of March, 2009.


                ___/s/ Frank J. D'Amico, Jr._____
                **FRANK J. D'AMICO, JR. (#17519)**