UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | **MAGISTRATE CHASEZ** |

**************************************************************************

### ORDER

Considering the Plaintiffs' Ex Parte Motion to Substitute Parties:

**IT IS ORDERED** that the Plaintiffs' Motion to Substitute Parties is GRANTED.

**IT IS FURTHER ORDERED** that Shaw Environmental, Inc. be hereby substituted as a defendant in the place of the originally named Shaw Group, and that Shaw Environmental, Inc. be served pursuant to Rule 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Shaw Group be dismissed from this action without prejudice.

**IT IS FURTHER ORDERED** that CH2M Hill Constructors, Inc. be hereby substituted as a defendant in the place of the originally named CH2M Hill, Inc., and that CH2M Hill Constructors be served pursuant to Rule 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that CH2M Hill, Inc. be dismissed from this action without prejudice.

New Orleans, Louisiana this _____ day of _____, 2009.

_____
**JUDGE KURT D. ENGELHARDT**