UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:FEMA TRAILER             MDL No. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

                                                  SECTION" "N" (4)

"This Document Relates to All Cases"        Judge Engelhardt

                                                  Mag. Judge Roby

## ORDER

After considering the foregoing, John G. Munoz and Garner & Munoz, and Anthony G. Buzbee, Peter K. Taaffe and The Buzbee Law Firm's ("Counsel") Motion to Withdraw as counsel for certain plaintiffs in this case, the Court finds the Motion meritorious and that Counsel has good cause to withdraw from representing these plaintiffs in that Counsel and these plaintiffs have terminated their professional relationship.

IT IS THEREFORE ORDERED that Counsel is permitted to withdraw as attorneys of record for the following plaintiffs in this case:

| | | |
|---|---|---|
| Ronald Batiste | Khristopher Alden Doll | Dianne Ducre |
| John Melvin Ducre | Frankie Dupuy | Joseph Dupuy |
| Alice Poiroux | Justine Renard | Wayne Renard |
| Jerry Wayne Sturdivant | Elizabeth Walters | Gary Weiland |
| Elsie/Elise Wilson | George Wilson | Helen Wilson |
| Janet Wilson | Leslie Wilson, Jr. | Lakeesha Lightell |



| | | |
|---|---|---|
| Angelique Doll | Gregory R. Doll | David Hawkins, Jr. |
| Gloria S. Hawkins | Stephanie Levon Hawkins | Marie Davis |
| Alton Fields | Melody Lynn Schwall | |

IT IS FURTHER ORDERED that Counsel shall provide a copy of this Order to the above-listed plaintiffs and their counsel, if known.

New Orleans, LA this 13th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE