AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT



Eastern District of Louisiana

Montrelle Jackson Sinegar, et al.

**SUMMONS IN A CIVIL ACTION**

V.

Forest River, Inc., et al.

CASE NUMBER: 09-2926 N(5)

TO: (Name and address of Defendant)

North American Catastrophe Services, Inc.
through its registered agent for service
Brenda J. Anderson, Office Manager
620 Dijon Drive
Melbourne, FL 32937

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hugh P. Lambert, Esq.
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LORETTA G. WHYTE

MAR - 3 2009

CLERK

DATE

(By) DEPUTY CLERK

| Service of the Summons and complaint was made by me (1) | DATE |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
         Date

_____
Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.