IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MONTRELLE JACKSON SINEGAR, ET AL.** | * | **CIVIL ACTION NO. 09-2926** |
| | * | |
| **VERSUS** | * | **SECTION "N"(5)** |
| | * | |
| **FOREST RIVER, INC., ET AL.** | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

      BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

      That he is counsel for plaintiff in the above-captioned matter; that on March 3, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant North American Catastrophe Services, Inc., Through its Agent for Service of Process, Brenda J. Anderson, 620 Dijon Drive, Melbourne, FL 32937, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

                                                          _____
                                                          HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me, this 25th day of
March, 2008.

_____
LINDA J. NELSON (#9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   North American Catastrophe
   Services, Inc.
   Brenda J. Anderson
   620 Dijon Drive
   Melbourne, FL 32937

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Robert Anderson
C. Date of Delivery: 3/7/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0001 5393 1133

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540