OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAR 20  AM 11:42

LORETTA G. WHYTE
CLERK

Date: 3/20/9

Robert Devlin, et al

vs.

Fleetwood Enterprises, inc.

Case No. 07-7018  Section N
08-1094
08-1327

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name)  ~~Keith Cooper~~ Jim Letten,
   (address) ~~3501 Edenborn Met, LA 70002~~
2. (name)  U.S. Atty
   (address) _____
3. (name)  _____
   (address) _____
4. (name)  _____
   (address) _____

Very truly yours,

[Signature]
"Signature"

Attorney for _____
Address _____

___ Fee _____
_✓_ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____