IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONTRELLE JACKSON SINEGAR, ET AL. | * | CIVIL ACTION NO. 09-2926 |
| | * | |
| VERSUS | * | SECTION "N"(5) |
| | * | |
| FOREST RIVER, INC., ET AL. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>AFFIDAVIT OF SERVICE</u>

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on March 3, 2009, he sent by way of Federal Express, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant The United States of America, Through U.S. Attorney's Office, Eastern District of Louisiana, 500 Poydras Street, Room B210, New Orleans, LA 70130, requesting a return receipt and has now received confirmation from the Federal Express authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me, this 26th day of
March, 2008.

_____
LINDA J. NELSON (LA Bar #9938)
My commission expires with life.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 25,2009

Dear Customer:

The following is the proof-of-delivery for tracking number **796395733406**.

---

### Delivery Information:

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivery location: | 500 POYDRAS ST ROOM 210 |
| | | | NEW ORLEANS, LA 70130 |
| Signed for by: | S.BERNIER | Delivery date: | Mar 4, 2009 10:20 |
| Service type: | Standard Envelope | | |

---

### Shipping Information:

| | | | |
|---|---|---|---|
| Tracking number: | 796395733406 | Ship date: | Mar 3, 2009 |
| | | Weight: | 0.5 lbs. |

**Recipient:**
U.S. Attorney's Office
Eastern District of Louisiana
500 POYDRAS ST STE B210
NEW ORLEANS, LA 70130 US

**Shipper:**
Magan Ennis
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130 US

**Reference**            FEMA - Sinegar Complaint

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339