IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONTRELLE JACKSON SINEGAR, ET AL. | * | CIVIL ACTION NO. 09-2926 |
| VERSUS | * | SECTION "N"(5) |
| FOREST RIVER, INC., ET AL. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

  BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

  That he is counsel for plaintiff in the above-captioned matter; that on March 3, 2009, he sent by way of Federal Express, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant The United States of America, Through Federal Emergency Management Agency, Office of Director, Office of General Counsel, 500 C Street, SW, Washington, D.C. 20472, requesting a return receipt and has now received confirmation from the Federal Express authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(I).

              _____
                HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me, this 26th day of
March, 2008.

_____
LINDA J. NELSON (LA Bar #9938)
My commission expires with life.



FedEx Express
Customer Support Trace
3875 Airways Boulevard
Module H, 4th Floor
Memphis, TN 38116

U.S. Mail: PO Box 727
Memphis, TN 38194-4643

Telephone: 901-369-3600

March 25, 2009

Dear Customer:

The following is the proof-of-delivery for tracking number **796395790961**.

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | 1100 HAMPTON PK BLVD WASHINGTON, DC 20472 |
| **Signed for by:** | S.HARRIS | **Delivery date:** | Mar 4, 2009 10:23 |
| **Service type:** | Standard Envelope | | |



### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 796395790961 | **Ship date:** | Mar 3, 2009 |
| | | **Weight:** | 1.0 lbs. |

**Recipient:**
Office of Director, General Counsel
Federal Emergency Management Agency
500 S C ST
S SW
WASHINGTON, DC 20472 US
**Reference**

**Shipper:**
Magan Ennis
Lambert & Nelson, PLC
701 Magazine St.
New Orleans, LA 70130 US

FEMA - Sinegar Complaint

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339