**Specific Objections to FEMA's Suggested Bellwethers**

|   | Last Name: | First Name: | Reasons for Objections: |
|---|---|---|---|
| 1 | Alfonso | Stephen A. | Past Smoker per his deposition |
| 2 | Hargrove | Damian | No Plaintiff Fact Sheet |
| 3 | Hargrove, Jr. | Damian | Never "resided" in trailer<br>Visited Grandparents in trailer |
| 4 | Hargrove, Jr | Leroy | Criminal Record |