**Specific Objections to Manufacturers' Suggested Bellwethers**

| | Last Name: | First Name: | Reasons for Objections: | Manufacturer: |
|---|---|---|---|---|
| 1 | Alexander | Alvin | Past Smoker | Fleetwood |
| 2 | Alexander | Alberta | Husband is Past Smoker | Fleetwood |
| 3 | Alfonso | Stephen | Past Smoker per his deposition | Fleetwood |
| 4 | Anderson | Kenneth | Currently Works for Department of Homeland Security (conflict of interest) | Fleetwood |
| | | | Alcoholic | |
| | | | Current Smoker | |
| 5 | Bell | Diana | Husband is Current Smoker (1 pack/40 years) | Keystone |
| 6 | Bell, III | Raymond | Past Smoker | Keystone |
| 7 | Brown | Douglas R. | NOT FEMA RIPE | Fleetwood |
| | | | Current Smoker (1 pack/20 years) | |
| 8 | Devlin | Robert | Asbestos Workers' Union (1967 - present) thus confounding factor | Fleetwood |
| | | | Works as an insulator (from 1967) | |
| | | | Current smoker | |
| 9 | Devlin | Luca | Current Smoker | Fleetwood |
| 10 | Duplessis | Christie Morris | Only resided in trailer on weekends (thus not typical) | Fleetwood |
| | | | Works for "Dump & Go" Waste Disposal thus around flooded properties with debris, | |
| 11 | Duplessis, Sr. | Shelton | mold and chemicals, therefore, confounding factor | Fleetwood |
| 12 | Durand-Robertson | Heather | Lived with Smoker | Fleetwood |
| 13 | Durand | Matthew | Past Smoker (9 years) (1/2 pack/day) | Fleetwood |
| 14 | Estingoy | Evelyn | NOT FEMA RIPE | Fleetwood |
| | | | Past Smoker | |
| 15 | Evans | Templeton | NOT FEMA RIPE | Fleetwood |
| | | | Current Smoker | |
| | | | Welder thus confounding factors | |
| 16 | Goff | Evelyn | Lived with smoker | Fleetwood |
| | | | Worked in Ammunitions Plant | |
| 17 | Guesnon (minor) | Trinity | Lived in Trailer with Smoker | |
| 18 | Guillory | John | 40 years in Petroleum/Chemical Industry (Murphy Oil) thus confounding factor | Fleetwood |
| 19 | Hayman, Jr. | James B. | NOT FEMA RIPE | Fleetwood |

**Specific Objections to Manufacturers' Suggested Bellwethers**

|    |            |               |                                                                  |           |
|----|------------|---------------|------------------------------------------------------------------|-----------|
|    |            |               | Asbestos and Chemical Spill Litigation                           |           |
|    |            |               | Spots on Lungs                                                    |           |
|    |            |               | Purchased trailer from FEMA (thus not typical)                   |           |
| 20 | Hinton     | Jaronda       | Current Smoker                                                   | Fleetwood |
| 21 | Hinton     | Jimmie        | Past Smoker                                                      | Fleetwood |
| 22 | Howard, Jr.| Curtis        | Current Smoker                                                   | Fleetwood |
|    |            |               | Building Inspector for Flooded Property thus confounding factors |           |
| 23 | Jackson    | Toxi          | Trailer was in Baker, LA (thus not USDC EDLA) Improper Venue     | Fleetwood |
| 24 | Labayer    | Sandra        | NOT FEMA RIPE                                                    | Fleetwood |
|    |            |               | Current Smoker                                                   |           |
| 25 | Lea        | Lynn          | Smoker until 2006                                                | Fleetwood |
|    |            |               | Smoked for 27 years                                              |           |
| 26 | Parker     | Oscar Abraham | Current Smoker (1 pack/day for 25 years)                         | Fleetwood |
| 27 | Parker, Sr.| Calvin        | Past Smoker                                                      | Fleetwood |
| 28 | Singleton  | Plunk         | Current Smoker (20/day) for 40 years                             | Fleetwood |
|    |            |               | Worked for Steel Company in Machinery                            |           |
| 29 | Singleton  | Earline       | Husband smoked                                                   | Fleetwood |