UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*           MAGISTRATE CHASEZ
No. 07-9228

******************************************************************************

### ORDER

Considering the Plaintiffs' Ex Parte Motion to Substitute Parties:

**IT IS ORDERED** that the Plaintiffs' Motion to Substitute Parties is GRANTED.

**IT IS FURTHER ORDERED** that Shaw Environmental, Inc. be hereby substituted as a defendant in the place of the originally named Shaw Group, and that Shaw Environmental, Inc. be served pursuant to Rule 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that Shaw Group be dismissed from this action without prejudice.

**IT IS FURTHER ORDERED** that CH2M Hill Constructors, Inc. be hereby substituted as a defendant in the place of the originally named CH2M Hill, Inc., and that CH2M Hill Constructors be served pursuant to Rule 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that CH2M Hill, Inc. be dismissed from this action without prejudice.

New Orleans, Louisiana this  26th  day of   March  , 2009.

_____
**JUDGE KURT D. ENGELHARDT**