**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER ) | |
| FORMALDEHYDE PRODUCT ) | MDL NO. 1873 |
| LIABILITY LITIGATION ) | |
| ) | SECTION "N-4" |
| ) | |
| ) | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL ) | MAG. ALMA L. CHASEZ |
| CASES ) | |
| _____ ) | |

**NOTICE OF CHANGE OF ADDRESS**

Please note that the address of Waltzer & Associates Mississippi Gulf Coast office has changed.  The new address and telephone numbers are the following:

    1011 Iberville Drive
    Ocean Springs, MS 39564
    Tel:  (228) 872-1125
    Fax:  (228) 872-1128

Respectfully submitted this 27th day of March, 2009.

    **WALTZER & ASSOCIATES**

    *s/ Robert Wiygul* _____
    Robert B. Wiygul (LA # 17411)
    1011 Iberville Drive
    Ocean Springs, MS 39564
    Tel:  (228) 872-1125
    Fax:  (228) 872-1128
    robert@waltzerlaw.com

2

        Clay Garside
        Joel Waltzer
        3715 Westbank Expressway, Ste. 13
        Harvey, LA 70058
        Tel:  (504) 340-6300
        Fax: (504) 340-6330
        clayg@waltzerlaw.com

        Attorneys for Plaintiff

**Certificate of Service**
All parties will receive the "Notice of Electronic Filing" automatically generated by the Court's Electronic filing System.  There is no party that requires conventional service.

        *s/ Robert Wiygul* _____

2