# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Belinda H. Bauer, et al | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| Liberty Homes, Inc., et al | ) |
| Defendant | ) |

**08-5031**
**SECT. N MAG. 5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

CAVALIER HOME BUILDERS, LLC
by and through its registered agent for service
C T Corporation System
350 North St. Paul Street
Dallas, TX 75201

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __DEC - 1 2008__

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Cavalier Home Builders, LLC_ by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _Certified mail return receipt # 7008 0500 0000 4174 2620 January 30, 2009 (rec'd 2/2/09 registered agent CT Corporation System, 350 N. St. Paul St., Dallas, TX 75201_.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _2/4/09_

_Keith Mack_
Server's signature

_Keith Mack       PPS_
Printed name and title

_9901 I.H. 10 W., #630, San Antonio, TX 78230_
Server's address

STATE OF _TEXAS_
COUNTY OF _BEXAR_
SWORN TO this _4th_ day of _Feb._ _2009_
_Christine A. Ortiz_
Notary Public, State of Texas


CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Postmark Here
1/30/09

Sent To: CAVAlier Home Builders / % CT Corp
Street, Apt. No.; or PO Box No.: 350 N. St Paul Street
City, State, ZIP+4: Dallas, TX 75201

7008 0500 0000 4174 2620

PS Form 3800, August 2006                See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAVALIER HOME BUILDERS, LLC
BY AND THROUGH ITS REGISTERED
FOR SERVICE
CT CORPORATION SYSTEM
350 N. ST. PAUL STREET
DALLAS, TEXAS 75201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  FEB 02 2009  RECEIVED  CT CORPORATION
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label):  7008 0500 0000 4174 2620

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540