**RETURN**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Belinda H. Bauer, et al ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. |
| Liberty Homes, Inc., et al ) | |
| Defendant ) | **08-5031** |

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

DESTINY INDUSTRIES, L.L.C.
by and through its registered agent for service
Lester M. Castello
700 South Main Street
Moultrie, Georgia 31768

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __DEC - 1 2008__     *Charles A. Aymon*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address

Belinda H. Bauer, et. al., Plaintiff(s)
vs.
Liberty Homes, Inc., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 094683-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Destiny Industries, LLC, c/o Lester M Castello, Agent
Court Case No. 08-5031

WATTS HILLIARD, L.L.C.
M. Wynter Lee
2506 N. Port Avenue
Corpus Christi, TX  78401

State of: __GEORGIA__ ) ss.
County of: __WARE__ )

**Name of Server:** __J. Newton Bates, Sr.__, undersigned, being duly sworn, deposes and says that at the time of service, he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __4th__ day of __February__, 20__09__, at __1:30__ o'clock __P__.M

**Place of Service:** at __700 S Main St.__, in __Moultrie, GA 31768__

**Documents Served:** the undersigned served the documents described as:
Summons; Letter to Clerk USDC-Eastern District LA dated 12/1/08;
Plaintiff's Original Complaint; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Destiny Industries, LLC, c/o Lester M Castello, Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Lester M. Castellow, Esq., Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grayish__ ; Facial Hair __Yes__
Approx. Age __54 YOA__ ; Approx. Height __6'1"__ ; Approx. Weight __190 lbs.__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __4th__ day of __February__, 20__09__

Signature of Server **Registered Civil Process Server for U.S. District Court**
APS International, Ltd.

(Commission Expires)
Notary Public, Ware County, Georgia
My Commission Expires Jan. 5, 2013