**RETURN**

AO 440 (Rev. 04/08) Civil Summons
_____

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

| | | |
|---|---|---|
| Belinda H. Bauer, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**08-5031**

### Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

Integrity Midwest, Inc., d/b/a US Adventure RV
by and through its registered agent for service
David A. Dettmann
Lane & Waterman
220 N. Main Street, Suite 600
Davenport, LA 52801

A lawsuit has been filed against you.

        Within  20  days after service of this summons on you (not counting the day you received it), you must serve
on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The
answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also
must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

DEC - 1 2008

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by
Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _Integrity Midwest, Inc d/b/a US Adventure RV_ by:

   (1) personally delivering a copy of each to the individual at this place, _____

                                                                   _____; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other (specify) _Certified mail return receipt #7008 0500 0000 4174 2729; January 31, 2009 rec'd 2/3/09 Registered agent for service David A. Dittmenn, Lane + Waterman, 220 N. Main St #600 Davenport, IA 52801_.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _2/12/09_

_Keith Mack_
Server's signature

_Keith Mack          PPS_
Printed name and title

STATE OF _TEXAS_
COUNTY OF _BEXAR_
SWORN TO this _12th_ day of _Feb. 2009_
_____
Notary Public, State of Texas

CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

_9901 I.H. 10 W. #630, San Antonio, TX 78230_
Server's address

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 7.10 |
| Certified Fee | | 2.70 |
| Return Receipt Fee (Endorsement Required) | | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | | 12.00 |
| Total Postage & Fees | $ | 9.85 |

Postmark Here   1/31/09

Sent To *Integrity Midwest/David A. Dettmann*
Street, Apt. No.; or PO Box No. *220 N. Main Street, Suite 600*
City, State, ZIP+4 *Davenport, IA 52801*

PS Form 3800, August 2006    See Reverse for Instructions

7008 0500 0000 4174 2729

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

INTEGRITY MIDWEST, INC. D/B/A
US ADVENTURE RV
BY AND THROUGH ITS REGISTERED
AGENT FOR SERVICE
DAVID A. DETTMANN
LANE & WATERMAN
220 NORTH MAIN STREET, SUITE 600
DAVENPORT, IA 52801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
L HANSTROM   2-3

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 0500 0000 4174 2729

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540