RETURN

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Belinda H. Bauer, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. **08-5031** |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

JAYCO, INC.
by and through its registered agent for service
Glenn E. Killoren
121 West Franklin St., Suite 200
Elkhart, IN 46516

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: DEC - 1 2008

Loretta G. Whyte
Name of clerk of court

*Charles A. Armon*
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Jayco, Inc. , by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified mail return Km return receipt #7008 0500 0000 4174 2736, January 31, 2009, rec'd 2/4/09, registered agent for service Glenn E. Killoren, 121 W. Franklin, #200, Elkhart, IN 46516.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 2/10/09

Server's signature: Keith Mack

Printed name and title: Keith Mack  PPS

Server's address: 9901 I.H. 10 W., #830, San Antonio, TX 78230

COUNTY OF BEXAR, TEXAS

SWORN TO this 10th day of Feb. 2009

Christine Ortiz
Notary Public, State of Texas



CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.60 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Postmark Here 1/31/09
12.50 1/29/09

Sent To: JAYCO, Inc / Glenn E. Killoren
Street, Apt. No.; or PO Box No. 121 West Franklin, Ste. 200
City, State, ZIP+4 Elkhart, IN 46516

Article Number: 7008 0500 0000 4174 2736

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   JAYCO, INC.
   BY AND THROUGH ITS REGISTERED
   AGENT FOR SERVICE
   GLENN E. KILLOREN
   121 WEST FRANKLIN, SUITE 200
   ELKHART, INDIANA 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_    ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Lois Stemm
C. Date of Delivery: 2/4/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0000 4174 2736

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540