**RETURN**

AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Belinda H. Bauer, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

## 08-5031

### Summons in a Civil Action

To: *(Defendant's name and address)*

**SECT. N MAG. 5**

LIBERTY HOMES INC.
by and through its registered agent for service
Edward J Hussey
1101 Eisnehower Dr. North
Goshen, IN 46527

A lawsuit has been filed against you.

      Within   20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:    **DEC - 1 2008**

*Charles A. Armand*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _Liberty Homes Inc_,
by:

(1) personally delivering a copy of each to the individual at this place, _____

_____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is

_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) _Certified mail return receipt #7008 0500 0000 4174 2781 January 30, 2009_
_rec'd 2/2/09, registered agent Edward J. Hussy, 1101 Eisenhauer Dr. N., Goshen, IN 46527_.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _2/5/09_

_Keith Mack_
Server's signature

_Keith Mack   PPS_
Printed name and title

_9901 I.H. 10 W., #630, San Antonio, TX 78230_
Server's address

STATE OF _TEXAS_
_BEXAR_

SWORN TO this _5th_ day of _Feb. 2009_
_Christine Ortiz_
Notary Public, State of Texas

CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

**U.S. Postal Service** ™
**CERTIFIED MAIL** ™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

O F F I C I A L   U S E

| | |
|---|---|
| Postage | $ 1.60 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.50 |

Postmark Here

1/30/09

Sent To *Liberty Homes / Edward Hussey*
Street, Apt. No.; or PO Box No. *1101 Eisenhower Drive North*
City, State, ZIP+4 *Goshen, IN 46527*

7008 0500 0000 4174 2781

PS Form 3800, August 2006          See Reverse for Instructions

---

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LIBERTY HOMES, INC.
BY AND THROUGH ITS REGISTERED
AGENT FOR SERVICE
EDWARD J. HUSSEY
1101 EISENHAUER DRIVE NORTH
GOSHEN, INDIANA 46527

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X *Brenda Boocher*          ☐ Agent
                                         ☐ Addressee

B. Received by ( Printed Name)          C. Date of Delivery
*Brenda Boocher*          2-2-09

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Certified Mail          ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail          ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number
(Transfer from service label)     7008 0500 0000 4174 2781

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540