
# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Belinda H. Bauer, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

**08-5031**
**SECT. N MAG. 5**

To: *(Defendant's name and address)*

MORGAN BUILDING SYSTEMS, INC.
by and through its registered agent for service
CT Corporation System
5615 Corporate Boulevard, Suite 4008
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: DEC - 1 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Morgan Building Systems, Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified mail return receipt #70080500 0004 1742798, January 30, 2009 rec'd 2/4/09 registered agent for service CT Corporation System, 5615 Corporate Blvd #400B, Baton Rouge, LA 70808

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 2/16/09

Server's signature: Keith Mack

Printed name and title: Keith Mack   PPS

STATE OF TEXAS
COUNTY OF BEXAR
SWORN TO this 16th day of Feb. 2009
Notary Public, State of Texas

CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

Server's address: 9901 I.H.10, #630, San Antonio, TX 78230

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.75 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here  10.65  1/28/09  30

Sent to: Morgan Building Systems/CT Corp
Street, Apt No.; or PO Box No. 5615 Corporate Blvd. Ste 400B
City, State, ZIP+4 Baton Rouge, LA 70808

PS Form 3800, August 2006 — See Reverse for Instructions

7008 0500 0000 4174 2798

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

MORGAN BUILDING SYSTEMS, INC.
BY AND THROUGH ITS REGISTERED
AGENT FOR SERVICE
CT CORPORATION SYSTEM
5615 CORPORATE BLVD., SUITE 400
BATON ROUGE, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): CT Corporation System 5615 Corporate Blvd Suite 400B Baton Rouge, LA 70808
   Date of Delivery: FB 4

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0000 4174 2798

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540