# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Belinda H. Bauer, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**08-5031**

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

R-VISION, INC.
by and through its agent for service
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  DEC - 1 2008

*Charles A. [signature]*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on R-Vision, Inc.                    ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified Mail return receipt #7008 0500 0000 4174 2811, January 30, 2009, rec'd January 31, 2009, Agent for Service Michael Pangburn, 606 Nelson's Pkwy, Wakarusa, IN 46573.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 2/5/09

Keith Mack
Server's signature

Keith Mack    PPS
Printed name and title

9901 I.H. 10 W. #630, San Antonio, TX 78230
Server's address

STATE OF TEXAS
COUNTY OF BEXAR
SWORN TO this 5th day of Feb 2009
Notary Public, State of Texas


CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 1.66 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.85 |

Postmark Here  12.50  1/30/09

Sent To: R-Vision / Michael Pangburn
Street, Apt. No.; or PO Box No.: 606 Nelsons Parkway
City, State, ZIP+4: Wakarusa, IN 46573

PS Form 3800, August 2006 — See Reverse for Instructions

Article Number: 7008 0500 0000 4174 2811

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   R-VISION, INC.
   BY AND THROUGH ITS AGENT FOR SERVICE
   MICHAEL PANGBURN
   606 NELSON'S PARKWAY
   WAKARUSA, INDIANA 46573

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☒ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   [WAKARUSA IN JAN 31 2009 46531 stamp]

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0000 4174 2811

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540