**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Belinda H. Bauer, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**08-5031**

**Summons in a Civil Action**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

RIVER BIRCH HOMES, INC and/or RIVER BIRCH
HOMES, L.L.C.
by and through its registered agent for service
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL 35570

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: **DEC - 1 2008**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
 _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
 _____
 _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: _____

                    _____
                           Server's signature

                    _____
                           Printed name and title

                    _____
                           Server's address

Belinda H. Bauer, et. al., Plaintiff(s)
vs.
Liberty Homes, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 094683-0007

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--River Birch Homes, Inc., and/or River Birch Homes, LLC
c/o Delmo Payne Agent
Court Case No. 08-5031

WATTS HILLIARD, L.L.C.
M. Wynter Lee
2506 N. Port Avenue
Corpus Christi, TX 78401

State of: _Mississippi_ ) ss.
County of: _Itawamba_ )

**Name of Server:** _Reggie Johnson_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6_ day of _Feb_, 20_09_, at _11_ o'clock _A_ M

**Place of Service:** at _5400 Bexar Ave E_, in _Hamilton, AL 35570_

**Documents Served:** the undersigned served the documents described as:
Summons; Letter to Clerk USDC-Eastern District LA dated 12/1/08;
Plaintiff's Original Complaint; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
River Birch Homes, Inc., and/or River Birch Homes, LLC c/o Delmo Payne Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Delmo Payne_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Bld Gray_; Facial Hair _None_
Approx. Age _60's_; Approx. Height _6'3 to 6'6"_; Approx. Weight _200# to 220#_
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Reggie Johnson_
Signature of Server

Subscribed and sworn to before me this _6_ day of _Feb_, 20_09_

_Lynette Weather_
Notary Public          (Commission Expires)

[Notary Seal: LYNETTE WEATHERS, NOTARY PUBLIC, ID# 8437, Commission Expires August 14, 2012, ITAWAMBA COUNTY, STATE OF MISSISSIPPI]

8-12

APS International, Ltd.