# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| **Belinda H. Bauer, et al** | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **08-5031** |
| **Liberty Homes, Inc., et al** | ) | |
| Defendant | ) | |

## Summons in a Civil Action

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

SKYLINE CORPORATION
by and through its agent for service
Linda Philippsen
2520 By-Pass Road
Elkhart, IN 46514

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __DEC - 1 2008__

*Charles A. Ammon*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Skyline Corporation, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) *Certified mail return receipt # 7008 0500 0000 4174 2859, January 30, 2009, rec'd 2/3/09 Agent for Service Linda Phillipsen, 2520 Bypass Rd., Elkhart, IN 46514*

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 2/10/09

Keith Mack
Server's signature

Keith Mack   PPS
Printed name and title

9901 I.H. 10 W., #630, San Antonio, TX 78230
Server's address

STATE OF TEXAS
COUNTY OF BEXAR
SWORN TO this 10th day of Feb. 2009

_Christine Ortiz_
Notary Public, State of Texas


CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 7.66 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 12.50 |

Postmark Here
1/30/09

Sent To: Skyline Corp / L. Philippsen
Street, Apt. No.; or PO Box No.: 2520 By Pass Rd
City, State, ZIP+4: Elkhart, IN 46514

7008 0500 0000 4174 2859

PS Form 3800, August 2006        See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SKYLINE CORPORATION
BY AND THROUGH ITS AGENT FOR
SERVICE
LINDA PHILIPPSEN
2520 BY-PASS ROAD
ELKHART, INDIANA 46514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): M McCown
C. Date of Delivery: 2-3-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0000 4174 2859

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540