**RETURN**

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Belinda H. Bauer, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Liberty Homes, Inc., et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

**08-5031**

**SECT. N MAG. 5**

To: *(Defendant's name and address)*

SOUTHERN ENERGY HOMES, INC.
by and through its agent for service
CT Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date:  DEC - 1 2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on Southern Energy Homes, Inc. by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified mail return receipt #7008 0500 0000 4174 2873, January 30, 2009 rec'd 2/4/09, Agent for Service CT Corporation System, 5615 Corporate Blvd. #400B, Baton Rouge LA 70808

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 2/10/09

Keith Mock
Server's signature

Keith Mock    PPS
Printed name and title

State of TEXAS
County of BEXAR
Sworn to this 10th day of Feb. 2009
_Christine Ortiz_
Notary Public, State of Texas

9901 I.H. 10 W., #630, San Antonio, TX 78230
Server's address



CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

**U.S. Postal Service**
**CERTIFIED MAIL  RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 5.75 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 10.65 |

Postmark Here 1/30/09

Sent To: So. Energy / CT
Street, Apt. No.; or PO Box No.: 5615 Corp. 400B
City, State, ZIP+4: Baton Rouge, LA 70808

Article Number: 7008 0500 0000 4174 2873

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SOUTHERN ENERGY HOMES, INC.
   BY AND THROUGH ITS AGENT FOR SERVICE
   CT CORPORATION SYSTEM
   5615 CORPORATE BLVD., SUITE 400B
   BATON ROUGE, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  CT Corporation System    ☐ Agent
   5615 Corporate Blvd      ☐ Addressee

B. Received by (Printed Name)  Suite 400B   C. Date of Delivery  FEB 4
   Baton Rouge, LA 70808

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7008 0500 0000 4174 2873

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540