


# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| HENRY GAUTREAUX<br>Plaintiff<br><br>v.<br><br>GULF STREAM COACH, INC., ET AL<br>Defendant | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>) | 08-1094 "N" (5) C/W<br>07-1873 In Re: FEMA Trailer<br>Formaldehyde Products<br>Liability Litigation |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Federal Emergency Management Agency
Through R. David Paulison
Administrator of the Federal Emergency Management Agency
500 C Street S.W.
Washington D.C., 20472

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **second amended complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lynn E. Williams, Jr.,
Williams Law Office, LLC
3021 35th St., Suite B
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: February 4, 2009

*C. Bourgeois*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

%s AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on    03/19/2009  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        Lotti Davis, Authorized Agent/Paralegal ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) 500 C Street SW, Washington, DC 20472
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date:    03/31/2009

*Server's signature*

**Christian Miles, Private Process Server**
Printed name and title

1322 Maryland Ave. NE Washington, DC 20002
Server's address

# AFFIDAVIT OF PROCESS SERVER

| District | State of Louisiana |
|---|---|
| **Henry Gautreaux** | Attorney: |
| Plaintiff | Williams Law Office, LLC  Eric Williams |
| vs. | 3021 35th St  Suite B |
| **Gulf Stream Coach, Inc., et al** | Matairie, LA. 70001 |
| Defendant | |

**Case Number:** 08-1094

Legal documents received by Same Day Process Service, Inc. on March 20th, 2009 at 10:00 AM to be served upon **Federal Emergency Management Agency Through R. David Paulison Administrator of the Federal Emergency at 500 C Street S.W., Washington, DC. 20472**

I, Christian Miles, swear and affirm that on **March 19th, 2009 at 2:43 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons;Second Amended Complaint for damages;Gautreaux Plaintiff's First Amended Complaint;Original Complaint for damages;Civil cover sheet**, to **Lotti Davis** as **Authorized Agent** of the within named agency, to wit: **Federal Emergency Management Agency** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4"   Weight: 230   Skin Color: black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

Christian Miles
Process Server

**Same Day Process Service, Inc.**
1322 Maryland Ave., NE
Washington, DC 20002-4401

(202) 398-4200

Internal Job ID: 0000018207

District of Columbia: SS
Subscribed and Sworn to before me,
this ___ day of _____, 2009

Brandon Snesko, Notary Public, D.C.
My commission expires June 30, 2011



Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.