AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | | | |
|---|---|---|---|
| QUINNAN JOHNSON, ET AL | ) | | |
| Plaintiff | ) | | 08-1327 "N" (5) C/W |
| | ) | | 07-1873 In Re: FEMA Trailer |
| v. | ) | Civil Action No. | Formaldehyde Products |
| | ) | | Liability Litigation |
| R-VISION, INC., ET AL | ) | | |
| Defendant | | | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
The United States of America
Through the United States Attorney General
Honorable Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C., 20530-001

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **amended complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lynn E. Williams, Jr.,
Williams Law Office, LLC
3021 35th St., Suite B
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
_____
Name of clerk of court

Date: February 4, 2009
_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on March 20, 2009 ,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 Roosevelt Williams Authorized Agent/Mail Clerk ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Served at 950 Pennsylvania Ave., NW Washington, DC 20530
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date:    3-30-2009

_____
Server's signature
Michael Jones

Michael Jones Private Process Server
Printed name and title


1322 Maryland Ave. NE Washington, DC 20002
_____
Server's address

# AFFIDAVIT OF PROCESS SERVER

<table>
<tr><td>

**United States District Court**

</td><td>

**State of Louisiana**

</td></tr>
<tr><td>

**Quinnan Johnson, et al**

    Plaintiff

vs.

**R-Vision, Inc.**

    Defendant

</td><td>

Attorney:

Williams Law Office, LLC  Eric Williams
3021 35th St  Suite B
Matairie, LA. 70001

</td></tr>
</table>

**Case Number:** 08-1327

Legal documents received by Same Day Process Service, Inc. on March 20th, 2009 at 10:00 AM to be served upon **The United States of America Through the United States Attorney General Honorable Michael Mukasey at U.S. Department of Justice**
**950 Pennsylvania Ave NW, Washington, DC. 20530**

I, Christian Miles, swear and affirm that on **March 20th, 2009 at 2:34 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons;First amended complaint for damages;Original complaint for damages;Civil cover sheet**, to **Roosevelt Williams** as **Authorized Agent** of the within named agency, to wit: **Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 25   Height: 6'   Weight: 180   Skin Color: black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

<table>
<tr><td>

_____
**Christian Miles**
Process Server

**Same Day Process Service, Inc.**
1322 Maryland Ave., NE
Washington, DC 20002-4401

**(202) 398-4200**

Internal Job ID: 0000018205

</td><td>

District of Columbia: SS
Subscribed and Sworn to before me,

this 24th day of March, 2009

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

</td></tr>
</table>

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.