AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| HENRY GAUTREAUX<br>Plaintiff | )<br>)<br>) Civil Action No.<br>)<br>) | 08-1094 "N" (5) C/W<br>07-1873 In Re: FEMA Trailer<br>Formaldehyde Products<br>Liability Litigation |
| v. | | |
| GULF STREAM COACH, INC., ET AL<br>Defendant | | |

### Summons in a Civil Action

To: *(Defendant's name and address)*
The United States of America
Through the United States Attorney General
Honorable Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington D.C., 20530-001

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **second amended complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lynn E. Williams, Jr.,
Williams Law Office, LLC
3021 35th St., Suite B
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: February 4, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

# AFFIDAVIT OF PROCESS SERVER

| United States District | State of Louisiana |
|---|---|

**Henry Gautreaux**

    Plaintiff

vs.

**Gulf Stream Coach, Inc., et al**

    Defendant

Attorney:

Williams Law Office, LLC  Eric Williams
3021 35th St  Suite B
Matairie, LA. 70001

**Case Number:** 08-1094

Legal documents received by Same Day Process Service, Inc. on March 20th, 2009 at 10:00 AM to be served upon **The United States of America, Through the United States Attorney General, Honorable Michael Mukasey, at 950 Pennsylvania Ave NW, Washington, DC. 20530**

I, Christian Miles, swear and affirm that on **March 20th, 2009 at 2:34 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons;Second Amended Complaint for damages;Gautreaux Plaintiff's First Amended Complaint;Original Complaint for damages;Civil cover sheet**, to **Roosevelt Williams** as **Authorized Agent** of the within named agency, to wit: **Department of Justice** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 25   Height: 6'0   Weight: 180   Skin Color: black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Christian Miles**
Process Server

**Same Day Process Service, Inc.**
1322 Maryland Ave., NE
Washington, DC 20002-4401

(202) 398-4200

Internal Job ID: 0000018203

District of Columbia : SS
Subscribed and Sworn to before me
this 27 day of March, 2009

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.