AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



ROBERT DEVLIN, ET AL
Plaintiff

v.

FLEETWOOD ENTERPRISES, INC., ET AL
Defendant

)
)
)  Civil Action No.
)
)

07-7018 "N" (5) C/W
07md1873  In Re: FEMA
Trailer Formaldehyde Products
Liability Litigation

## Summons in a Civil Action

To: *(Defendant's name and address)*
~~Gulf Stream Coach, Inc.~~
Gulf Stream Coach, Inc.
Through its Agent for Service of Process
Kennith C Brinker
503 South Oakland
Nappannee, IN 46550

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **amended complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lynn E. Williams, Jr.,
Williams Law Office, LLC
3021 35th St., Suite B
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:  February 3, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __3/24/2009__,
by:

   (1) personally delivering a copy of each to the individual at this place, _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Kenneth C Brinker__ ; or

   (4) returning the summons unexecuted to the court clerk on _____ ; or

   (5) other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __3/25/2009__

_____
Server's signature

__James Lecklider - Process Server__
Printed name and title

__20815 Louise Lane__
__South Bend, IN 46614__
Server's address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEVLIN, ET AL | * | CIVIL ACTION NO.: 07-7018 |
| | * | CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | |
| | * | SECTION: " N " |
| | * | |
| VS. | * | JUDGE: ENGELHARDT |
| | * | |
| FLEETWOOD ENTERPRISES, INC., ET AL | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

*James Lecklider*

who, after being duly sworn, did depose and state:

That affiant served the summons and amended complaint on Kenneth C. Brinker, 503 South Oakland, Nappanee, Indiana 46550, the registered agent for Gulf Stream Coach, Inc. Inc. on 3/24/2009. The affiant makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 26th DAY OF
March, 2009.

_____
NOTARY PUBLIC

Robert C. Piechocki
Notary Public
St. Joseph County
State of Indiana
My Commission Expires
August 22, 2016