# United States District Court

## EASTERN DISTRICT OF LOUISIANA

**RETURN**

HENRY GAUTREAUX

**SUMMONS IN A CIVIL CASE**

V.

Case Number: 08-1094 "N" (4)

GULF STREAM COACH, INC

TO: (Name and address of defendant)

Gulf Stream Coach, Inc.
through Kenneth C. Brinker
503 South Oakland
Nappanee, Indiana 46550

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lynn Eric Williams, Jr.
3021 35th St., Suite B
Metairie, LA 70001

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Loretta G. Whyte**
Clerk

_signature_
(By) Deputy Clerk

**February 25, 2008**
Date

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | 3/25/2009 |
| NAME OF SERVER (PRINT)  James Lecklider | TITLE  Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Gulf Stream Coach
By serving Kennith C Brinker

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/25/2009
Date

Signature of Server

20016 Louise Lane
South Bend, IN 46614
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX | * | CIVIL ACTION NO.: 08-1094<br>CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | |
| | * | |
| | | SECTION: "N" |
| | * | |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

### AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

*James Lecklider*

who, after being duly sworn, did depose and state:

That affiant served the summons and original complaint on Kenneth C. Brinker, 503 South Oakland, Nappanee, Indiana 46550, the registered agent for Gulf Stream Coach, Inc. Inc.

on _3/24/2009_ The affiant makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS _26th_ DAY OF
_March_, 2009.

_____
NOTARY PUBLIC
Robert C. Piechocki
Notary Public
St. Joseph County
State of Indiana
My Commission Expires
August 22, 2016