UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 07-5709

## ORDER AND REASONS

Local Rule 7.5E of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed and that a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 1134), set for hearing on March 25, 2009, was filed. Further, it appears to the Court that this motion has merit. Accordingly,

**IT IS ORDERED** that the **Motion for Leave to File Second Supplemental and Amending Complaint (Rec. Doc. 1134)** should be and is hereby **GRANTED**.

A motion for reconsideration of this Order, if any, must be filed within ten days of the date this Order is entered by the Clerk of Court. The motion must be accompanied by opposition memorandum to the original motion. Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration.

*See* FED. R. CIV. P. 16, 83.  A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

    New Orleans, Louisiana, this 30th day of March 2009.

                                                      **KURT D. ENGELHARDT**
                                                     **UNITED STATES DISTRICT JUDGE**