AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



HENRY GAUTREAUX
Plaintiff

v.

GULF STREAM COACH, INC., ET AL
Defendant

)
)
)  Civil Action No.
)
)

08-1094 "N" (5) C/W
07-1873 In Re: FEMA Trailer
Formaldehyde Products
Liability Litigation

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Gulf Stream Coach, Inc.

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **second amended complaint** or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Lynn E. Williams, Jr.,
Williams Law Office, LLC
3021 35th St., Suite B
Metairie, LA 70001

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: February 4, 2009

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __3/24/2009__,
by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __Kenneth Brinkley__ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __3-25-2009__

Server's signature

Printed name and title: __James Lockader - Process Server__

Server's address: __20816 Louise Lane, South Bend, IN 46614__

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX | * | CIVIL ACTION NO.: 08-1094 |
| | * | CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | |
| | * | SECTION: "N" |
| | * | JUDGE: ENGELHARDT |
| VS. | * | |
| GULF STREAM COACH, INC. | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

## AFFIDAVIT

BEFORE ME, the undersigned authority, personally came and appeared:

*James Leck[illegible]*

who, after being duly sworn, did depose and state:

That affiant served the summons and amended complaint on Kenneth C. Brinker, 503 South Oakland, Nappanee, Indiana 46550, the registered agent for Gulf Stream Coach, Inc. Inc.

on _3/24/2009_. The affiant makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS _26th_ DAY OF
_March_, 2009.

_____
NOTARY PUBLIC
Robert C. Plechocki
Notary Public
St. Joseph County
State of Indiana
My Commission Expires
August 22, 2016