RETURN

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

Belinda H. Bauer, et al
Plaintiff
v.
Liberty Homes, Inc., et al
Defendant

Civil Action No. **08-5031**

**SECT. N MAG.5**

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SUNRAY RV, L.L.C.
by and through its agent for service
Alan Neely
405 South Broad St.
New Tazewell, TN 37825

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: DEC - 1 2008

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________, by:

(1) personally delivering a copy of each to the individual at this place, ______________________________
____________________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
____________________________________________________________; or

(4) returning the summons unexecuted to the court clerk on ____________________; or

(5) other *(specify)* ____________________________________________________________
____________________________________________________________
____________________________________________________________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ ____________.

Date: ____________________

____________________________________
Server's signature

____________________________________
Printed name and title

____________________________________
Server's address

D62 228087

Belinda H. Bauer, et. al., Plaintiff(s)
vs.
Liberty Homes, Inc., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 094683-0006

## AFFIDAVIT OF SERVICE -- Corporate

2

WATTS HILLIARD, L.L.C.
M. Wynter Lee
2506 N. Port Avenue
Corpus Christi, TX 78401

Service of Process on:
--Sunray RV, LC, c/o Alan C Neely, Agent
Court Case No. 08-5031

State of: TN ) ss.
County of: CLAIBORNE )

**Name of Server:** VICKI SHELTON, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 5th day of February, 20 09, at 3:15 o'clock P M

**Place of Service:** at 405 S Broad St., in New Tazewell, TN 37825

**Documents Served:** the undersigned served the documents described as:
Summons; Letter to Clerk USDC-Eastern District LA dated 12/1/08;
Plaintiff's Original Complaint; Exhibit "A"

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Sunray RV, LC, c/o Alan C Neely, Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kim Neuerstitch, Office Manager + Controller

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Brown; Facial Hair —
Approx. Age 40+; Approx. Height 5'4"; Approx. Weight 125

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Vicki Shelton
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 9th day of February, 20 09

[signature] 3-26-12
Notary Public (Commission Expires)

SHERRY T. PATTERSON STATE OF TENNESSEE NOTARY PUBLIC KNOX COUNTY