OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                          Date: 3-31-2008 _____

                          John Guillory

                              vs.

                       Fleetwood Enterprises, Inc., Shaw Environmental, Inc. and the United States of America Through the Federal Emergency Management Agency ____

                       Case No. 09-2891 _ Section N __

Dear Sir:

    Please issue summons on the complaint to the following:

1. Shaw Environmental _____
   Through its agent for service of Process _____
   C.T. Corporation _____
   5616 Corporate Boulevard _____
   Suite 400B
   Baton Rouge, LA 70808 _____

                     Very truly yours,

                     /s/ Justin I Woods _____
                          "Signature"

                     Attorney for John Guillory ___

                     Address Gainsburgh, Benjamin, David,
                            Meunier & Warshauer, L.L.C.
                            2800 Energy Centre
                            1100 Poydras St.
                            New Orleans, LA 70163