UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                SECTION "N-5"

                                                                         JUDGE ENGELHARDT
                                                                         MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**PSC OBJECTIONS TO BELLWETHER TRIAL PLAINTIFF NOMINATIONS OF DEFENDANT GULFSTREAM**

NOW INTO COURT, comes the Plaintiffs' Steering Committee (PSC) which objects to the nominations of bellwether trial plaintiffs by Defendant Gulf Stream Coach, Inc., on the following grounds:

I. **GENERAL OBJECTIONS**

The PSC objects to the lists of nominations submitted by Defendant Gulf Stream Coach, Inc. (Gulf Stream) because a trial of these named bellwether trial plaintiffs claims will not aid or instruct the Court or the parties in a meaningful way regarding the potential for global resolution through these MDL proceedings.  The Defendants' nominations are not appropriate for various reasons but particularly because their current or past employment subjected them to chemicals that present confounding factors or they are current or past cigarette smokers, or the spouse of a current or past cigarette smoker (Specific objections are attached).  The initial flight of bellwether trial results should not involve cases in which smoking may be presented as a defense to claims nor the individual's occupational exposure to chemicals, given the fact that most claims in this MDL will not involve such confounding factors.

The PSC further adopts, as though fully set-forth herein, its objections presented to this Court in its submission of March 27, 2009 (Rec. Doc. No. 1225).

WHEREFORE, for the foregoing reasons, the PSC requests that the nominations submitted by the Gulf Stream be stricken from consideration as bellwether trial plaintiffs for the specific reasons identified on the attached listing.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519

MATT MORELAND, #24567  
LINDA NELSON, #9938  
RONNIE PENTON, #10462  
MIKAL WATTS, TEXAS #20981820

**CERTIFICATE OF SERVICE**

I herby certify that on April 1, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods  
JUSTIN I. WOODS, #24713
