OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                      Date: 3-31-2008 _____

                      Margie Clark

                      vs.

                      Forest River, Inc., Shaw Environmental,
                      Inc. and the United States of America
                      Through the Federal Emergency
                      Management Agency _____

                      Case No. 09-2890 _ Section N __

Dear Sir:

    Please issue summons on the complaint to the following:

1. Shaw Environmental _____
   Through its agent for service of Process _____
   C.T. Corporation _____
   5616 Corporate Boulevard _____
   Suite 400B
   Baton Rouge, LA 70808 _____

                      Very truly yours,

                      /s/ Justin I Woods _____
                          "Signature"

                      Attorney for Margie Clark ____

                      Address Gainsburgh, Benjamin, David,
                            Meunier & Warshauer, L.L.C.
                            2800 Energy Centre
                            1100 Poydras St.
                            New Orleans, LA 70163