OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: 3-31-2008 _____

_____
Charles Bagneris

vs.

Gulf Stream Coach, Inc., Shaw
Environmental, and the United States of
America Through the Federal Emergency
Management Agency _____

Case No. 09-2888 _ Section N __

Dear Sir:

    Please issue summons on the complaint to the following:

1. Shaw Environmental _____

    Through its agent for service of Process _____

    C.T. Corporation _____

    5616 Corporate Boulevard _____

    Suite 400B

    Baton Rouge, LA 70808 _____

                    Very truly yours,

                    /s/ Justin I Woods _____
                          "Signature"

                    Attorney for Charles Bagneris

                    Address Gainsburgh, Benjamin, David,
                            Meunier & Warshauer, L.L.C.
                            2800 Energy Centre
                            1100 Poydras St.
                            New Orleans, LA 70163