**GULFSTREAM BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL**

| FEMA ID# | PLAINTIFFS NAME | DOB | GENDER | MANUFACTURER/CONTRACTOR | FEMA RIPE (Y/N) | SUIT FILED | EXPERIENCED SYMPTONS (Y/N) |
|---|---|---|---|---|---|---|---|
| 939650457-1603 | Bailey, Donell | 8/1/1949 | MALE | GulfStream/Fluor | 4/23/2008 | Carolyn Robinson, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2940 | YES |
| | Berfect, Sorretta | 9/28/1966 | FEMALE | GulfStream/Fluor | 7/31/2008 | Janice Bastain, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2950 | YES |
| 939097166 | Brown, Renesha | 10/26/1981 | FEMALE | GulfStream/CH2MHILL | 4/7/2008 | Allen Trosclair, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 02933 | YES |
| 911867111 | Castille, Ronald | 11/8/1957 | MALE | GulfStream/Fluor | 2/20/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 939726755 | Dangerfield, Blanch J. | 1/22/1946 | MALE | GulfStream/Fluor | 4/11/2008 | Quiana C. Acker, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2962 | YES |

**GULFSTREAM BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Davis, Dione obo Trinity Guesnon | 6/29/2007 | FEMALE | GulfStream/Fluor | | Stephanie G. Pujol, et al v. The United States of America, et al, USDC, New Orleans, Docket No. 08-3217;Quiana Acker, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2962 | YES |
| 940784958 | Davis, Lolita | 1/15/1964 | FEMALE | GulfStream/Fluor | 6/25/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 07-9228 | YES |
| 940784958 | Davis, Lolita obo Gerald G. Hampton | 12/8/1989 | MALE | GulfStream/Fluor | 6/25/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 07-9228 | YES |
| 9392819791603 | Garfield, Samuel | 6/24/1951 | MALE | GulfStream/Fluor | 4/10/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 940784958 | Hampton, Shemekia T. | 3/1/1985 | FEMALE | GulfStream/Fluor | 3/4/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 07-9228 | YES |

**GULFSTREAM BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL**

|  | Name | DOB | Sex | Manufacturer/Contractor |  | Case | Served |
|---|---|---|---|---|---|---|---|
|  | Howard Jr., Curtis | 7/21/1941 | MALE | GulfStream/Fluor |  | Quiana C. Acker, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2962 | YES |
| 911890262 | Jackson, Hayward J. | 8/27/1939 | MALE | GulfStream/Fluor | 12/11/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |
| 911886533A | Johnson, Debbie L. | 11/7/1961 | FEMALE | GulfStream/CH2MHILL | 6/6/2008 | Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2889 | YES |
|  | Jones, Ernest A. | 9/7/1953 | MALE | GulfStream/Fluor | 11/24/2008 | Adrian R. Domino, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2934 | YES |
| 9119919411603 | Jones, Melanie V. | 2/20/1964 | FEMALE | GulfStream/Fluor | 4/7/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |
| 921156655 | Ker, David | 1/7/1948 | MALE | GulfStream/Fluor | 2/15/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |

**GULFSTREAM BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 912036604 | Mackey, Marilyn B. | 9/27/1967 | FEMALE | GulfStream/CH2MHILL | 4/10/2008 | Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2889 | YES |
| 912036604 | Mackey, Wilfred, A. | 1/4/1962 | MALE | GulfStream/CH2MHILL | 4/10/2008 | Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2889 | YES |
| 938721652 | Murry Jr., Louis J. | 3/5/1944 | MALE | GulfStream/Fluor | 2/18/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 931155795A | Nelson III, Frank | 3/17/1924 | MALE | GulfStream/Shaw | | Tyra Brown, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2951 | YES |
| 940784350 | Payton, Curtis | 4/23/1960 | MALE | GulfStream/Fluor | 4/7/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |
| 940784350 | Payton, Gail | 11/26/1960 | FEMALE | GulfStream/Fluor | 4/7/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |

**GULFSTREAM BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 912057166 | Young, Cornell F. | 2/7/1982 | MALE | GulfStream/Fluor | | Janice Bastain, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2950 | YES |