**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

March 06, 2009

Joseph M. Bruno
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street,
New Orleans, LA 70113

Re: Stephanie A. Pizani vs. Gulf Stream Coach, Inc., et al. // To: Shaw Corp.

Case No. 09-2944

Dear Sir/Madam:

We are herewith returning the Notice of Lawsuit and Request for Waiver, Waiver Form, Complaint, Service List which we received regarding the above captioned matter.

Shaw Corp. is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 514532592

FedEx Tracking# 790162365357

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130