| | Last Name: | First Name: | Reasons for Objections: |
|---|---|---|---|
| 1 | Bailey | Donell | Current Smoker |
| 2 | Berfect | Soretta | Breast Cancer that has metastasized; undergoing Chemotherapy and other treatment Dr. Bridgette Collins (treating oncologist) advised that she should not participate in trial at this time |
| 3 | Brown | Renesha | Past Smoker |
| 4 | Castille | Ronald | Fireman thus inhaled smoke and chemicals Current Smoker |
| 5 | Dangerfield | Blanch | Current Smoker (20 per day/30 years) |
| 6 | Davis | Lolita | NOT FEMA RIPE |
| 7 | Davis obo Gerald Hampton (now a major) | Lolita | NOT FEMA RIPE Fact Sheet not completed by proper party since attaining the age of majority |
| 8 | Garfield | Samuel | Worked for an RV Travel Trailer Center in Set-up Crew thus confounding factors Worked for Delta Petroleum Current Smoker |
| 9 | Hampton | Shemekia | Works at Home Depot thus susceptible to products containing chemicals, thus a confounding factor |
| 10 | Howard, Jr. | Curtis | Current Smoker |
| 11 | Jackson | Hayward | Building Inspector for Flooded Property thus confounding factors NOT FEMA RIPE |
| 12 | Johnson | Debbie | Past Smoker for 50 years Current Smoker (1/2 pack/7 years) |
| 13 | Jones | Melanie | Current Smoker (27 years) |
| 14 | Jones, Sr. | Ernest | NOT FEMA RIPE Current Smoker (20 day/30 years) |
| 15 | Ker | David | Past Smoker |
| 16 | Mackey | Wilfred | Worked as a Sandblaster thus confounding factors Wife Smoked in trailer |
| 17 | Mackey | Marilyn | Current Smoker (1/2 pack/19 years) |
| 18 | Murry | Louis | Employed by Avondale (around asbestos, welding, etc.) thus confounding factor |
| 19 | Nelson, III | Frank | 85 years old Current Smoker |

| # | Last | First | Notes |
|---|------|-------|-------|
| 20 | Payton | Curtis | Current Smoker |
| 21 | Payton | Gail | Cook at Popeye's (around cooking extensively) thus confounding factor   Current Smoker (20 per day for 30 years) |
| 22 | Young | Cornell | Works for Dry Cleaner thus confounding factors and exposure to formaldehyde   Lived with someone who smoked in trailer |