UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                           SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 34

The Court has reviewed the nominations and objections to potential bellwether plaintiffs. The Court has selected individuals who are representative of the larger group of plaintiffs and whose claims are representative of the larger group of claims. Accordingly,

**IT IS ORDERED** that <u>Alana Alexander and Christopher Cooper</u> shall serve as the bellwether plaintiffs against Gulf Stream Coach, Inc. in the September 14, 2009 trial.

**IT IS FURTHER ORDERED** that <u>Shalahn Jenkins and Craig Jenkins, Jr.</u> shall serve as the bellwether plaintiffs against Fleetwood Canada, Ltd., Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, Inc., Fleetwood Homes of Georgia, Inc., and Fleetwood Travel Trailers of Maryland, Inc. (collectively "Fleetwood") in the October 26, 2009 trial.

**IT IS FURTHER ORDERED** that, pursuant to the agreement reached by the parties, <u>Lyndon Wright</u> shall serve as the bellwether plaintiff against Forest River, Inc. in the December 7, 2009 trial.

**IT IS FINALLY ORDERED** that Diana Bell shall serve as the bellwether plaintiff against Keystone RV Company in the January 11, 2010 trial.

New Orleans, Louisiana, this 6th day of April, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**