UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 35

Regarding the identification and selection of a fifth manufacturer to participate in a fifth bellwether trial, **IT IS ORDERED** that:

(1) **On or before Wednesday, April 8, 2009 at noon**, the Plaintiffs' Liaison Counsel ("PLC") shall identify a fifth manufacturer.

(2) **On or before Monday, April 13, 2009**, the PLC, Defense Liaison Counsel ("DLC") and the Government shall produce lists of proposed bellwether claimants relating to the selected fifth manufacturer. These lists of claimants shall be limited to only those who have completed fact sheets as of **Tuesday, March 31, 2009**, and who have already filed suit.

(3) The PLC, DLC and the Government shall confer and either agree to a bellwether plaintiff by **Thursday, April 16, 2009** (and inform the Court of the decision), or file objections and suggestions regarding bellwether plaintiffs by **Friday, April 17, 2009 at 9:00 a.m.**

New Orleans, Louisiana, this 6th day of April, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**