UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    FEMA TRAILER | § | MDL No. 1873 |
|           FORMALDEHYDE PRODUCTS | § | |
|           LIABILITY LITIGATION | § | SECTION N(4) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | § | |
| No. 07-9228 | § | MAGISTRATE ROBY |

_____

### DEFENDANT FLUOR ENTERPRISES, INC.'S
### *EX PARTE* FIRST MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Local Rule 7.9E, defendant Fluor Enterprises, Inc. ("Fluor"), moves this Court for an extension of time within which to plead in response to Plaintiff's First Supplemental and Amending Complaint ("Amended Complaint"), which added Fluor as a defendant. Fluor's present deadline to file responsive pleadings is April 7, 2009. Counsel for Fluor requires an additional twenty (20) day extension of time within which to file responsive pleadings, calculated from April 7, 2009, the date Fluor's responsive pleadings would otherwise be due.

Undersigned counsel hereby certifies that there has been no previous extension of time sought by or granted to Fluor in order to file responsive pleadings to the Amended Complaint and that the opposing party has not filed in the record an objection to an extension of time to plead.

WHEREFORE, Fluor Enterprises, Inc. prays that this Defendant's *Ex Parte* First Motion for Extension of Time be granted and that it be afforded a twenty (20) day extension of time within which to file responsive pleadings, calculated from April 7, 2009, the date Fluor's responsive pleadings would otherwise be due.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

Dominic J. Gianna (La. Bar No. 6063)
201 St. Charles Avenue
New Orleans, LA 70170-3100
(504) 525-7200
(504) 581-5983 (Fax)
dgianna@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

*/s/ Charles R. Penot, Jr.*
**CHARLES R. PENOT, JR.**

ND: 4846-1346-2275, v. 1