UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:     FEMA TRAILER | § | MDL No. 1873 |
|           FORMALDEHYDE PRODUCTS | § | |
|           LIABILITY LITIGATION | § | SECTION N(4) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | § | |
| No. 07-9228 | § | MAGISTRATE ROBY |

_____

### ORDER

Considering the foregoing contractor defendant Fluor Enterprises, Inc.'s *Ex Parte* First Motion for Extension of Time, and it appearing that no prior extension has been requested and that plaintiffs have filed no objection of record to the granting of an extension,

IT IS HEREBY ORDERED that Fluor Enterprises, Inc. is granted an additional twenty (20) days to file responsive pleadings in this matter, calculated from the date Fluor's pleading in response to Plaintiffs' First Supplemental and Amending Complaint would otherwise be due without the entry of this order.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
U.S. Magistrate Judge

ND: 4832-6420-7107, v. 1