UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the **Defendant Fluor Enterprises, Inc's Ex Parte First Motion for Extension of Time to Plead (Rec. Doc. 1301)** is **GRANTED** only to the extent that Defendant Fluor Enterprises, Inc. is allowed an extension of **10 days** from the time its pleadings would otherwise be due within which to file responsive pleadings.

New Orleans, Louisiana, this 7th day of April, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**