UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that a telephone conference is **SET** for **Thursday, April 16, 2009 at 8:30 a.m.** to discuss a juror questionnaire. Only defense liaison counsel, plaintiff liaison counsel, liaison counsel for contractor defendants, and government counsel are asked to participate in this call. Mr. Weinstock shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 8th day of April, 2009.

                                                  **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**