UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION<br><br>  This applies to all cases | MDL NO. 1873<br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

PILGRIM INTERNATIONAL'S
NOTICE OF BANKRUPTCY FILING

On September 22, 2008, a Voluntary Petition under Chapter 7 of the United States Bankruptcy Code was filed on behalf Pilgrim International, Inc. ("Pilgrim") in the United States Bankruptcy Court for the Northern District of Indiana, Case No. 08-33256-hcd. Based on this filing, and in accordance with the automatic stay provisions of 11 U.S.C. § 362(a), all further proceedings in this action against Pilgrim were stayed.

  Respectfully submitted,

  *s/Ryan E. Johnson*
  _____
  James C. Percy (La. Bar No. 10413)
  Ryan E. Johnson (La. Bar No. 26352)
  Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
  8555 United Plaza Blvd., 5th floor
  Building Four
  Baton Rouge, LA  70809
  Telephone: (225) 248-2000
  Facsimile:  (225) 248-3080

  -and-

        Madeleine Fischer (La. Bar No. 5575)
        Nan Roberts Eitel (La. Bar No. 19910)
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        *Attorneys for Defendant Pilgrim International, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing notice was filed and served through the Court's e-noticing system on liaison counsel for plaintiffs and defendants and counsel for the United States.

  Baton Rouge, Louisiana, this 8th day of April, 2009.

        *s/Ryan E. Johnson*
       _____
        Ryan E. Johnson