IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JOHN GUILLORY** | * | **DOCKET NO. 09-2892** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | **SECTION: N(5)** |
| versus | * | |
| | * | |
| **FLEETWOOD ENTERPRISES, INC.,** | * | **JUDGE: ENGELHARDT** |
| **SHAW ENVIRONMENTAL, and** | * | **MAG: CHASEZ** |
| United States of America through the | * | |
| Federal Emergency Management Agency | * | |
| This case relates to MDL NO. 07-1873 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

Named Plaintiffs through undersigned counsel respectfully supplement and amend their original Complaint in the following respects:

1.

By adding the name Rodnee Joichin as Named Plaintiffs, to be listed on Exhibit A of the Original Complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                Respectfully submitted:

                **GAINSBURGH, BENJAMIN, DAVID,**
                **MEUNIER & WARSHAUER, L.L.C.**

BY:    s/Justin I. Woods
         GERALD E. MEUNIER, #9471
         JUSTIN I. WOODS, #24713
         Gainsburgh, Benjamin, David,
         Meunier & Warshauer, L.L.C.
         2800 Energy Centre
         1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone:   504/522-2304
         Facsimile:    504/528-9973
         jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April_____, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      s/Justin I. Woods
                                      JUSTIN I. WOODS, # 24713