## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES BAGNERIS | * | DOCKET No. 09-2888 |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | |
| versus | * | SECTION: N(5) |
| | * | |
| GULF STREAM COACH, INC., | * | |
| SHAW ENVIRONMENTAL, and | * | JUDGE: ENGELHARDT |
| United States of America through the | * | MAG: CHASEZ |
| Federal Emergency Management Agency | * | |
| This case relates to MDL NO. 07-1873 | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT FOR DAMAGES

### SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

Named Plaintiffs through undersigned counsel respectfully supplement and amend their

original Complaint in the following respects:

1.

By adding the names:

Loren Brown
Rolland Brumfield, Jr.
Brandon Cano
Sophiia Cano
Julio Cano, Jr.
Julio Cano, Sr.
Brenda Claiborne
Rose Esteen
Starlia Fontenot
Linda Gouse
Wilfred Gouse, Jr.
Wilfred Gouse, Sr.
Ashton Jefferson

Lionel Jefferson
Corey Jefferson
Harry Jefferson
Nicole Jefferson
Jasmine Josphey
Lorenza Melancon
Eldridge Randolph
Anice Randolph
Terry Salvant
Lenora Salvant, as Named Plaintiffs, to be listed on Exhibit A of the Original Complaint.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement the original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

BY:     s/Justin I. Woods
        GERALD E. MEUNIER, #9471
        JUSTIN I. WOODS, #24713
        Gainsburgh, Benjamin, David,
        Meunier & Warshauer, L.L.C.
        2800 Energy Centre
         1100 Poydras Street
        New Orleans, Louisiana  70163
        Telephone:     504/522-2304
        Facsimile:      504/528-9973
        jwoods@gainsben.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April____, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

<u>s/Justin I. Woods</u>
JUSTIN I. WOODS, # 24713