UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On April 8, 2009, the Court held a telephone status conference with the following

counsel participating: Justin Woods, Gerry Meunier, Adam Dinnell, Henry Miller, Andy

Weinstock, and Dave Kurtz.  During the conference, the Court **ORDERED** that **on or**

**before Monday, April 20, 2009,** the parties shall agree on a bellwether plaintiff who

corresponds to a specific manufacturer to participate in a fifth bellwether trial.  Only plaintiffs

who have FEMA-ripe claims are eligible to serve as bellwether trial plaintiffs. If, by that date,

the parties cannot reach an agreement, they shall submit nominations for the fifth bellwether

trial and objections to the selections they oppose.

New Orleans, Louisiana, this 9th day of April, 2009.

                                        _____
                                        **KURT D. ENGELHARDT**
                                        **UNITED STATES DISTRICT JUDGE**