FILED '09 APR 09 08:39 USDC-LAE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: 4-9-09

Joseph PUJOL

vs.

PILGRAM INTERN.

Case No. 07-5709   Section ___

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) U.S. Attorney General of U.S., U.S Dept of Justice
   (address) 950 Pennsylvania Ave. NW Wash, D.C. 20530-0001
2. (name) U.S. Atty Gen.
   (address) _____
3. (name) U.S. through Fema
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for Lambert & Nelson
Address 701 Magazine St