MINUTE ENTRY
ENGELHARDT, J.
April 8, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                    SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

     A telephone status conference was conducted on Wednesday, April 8, 2009, at 3:30 p.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants; Michael David Kurtz, liaison counsel for contractor defendants; and Henry T. Miller and Adam M. Dinnell, attorneys for the Government/FEMA.

JS10(00:25)