UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On April 13, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Jerry Meunier, Raul Bencomo, Andy Weinstock, Tom Thagard, and Dave Kurtz.  The Newly-Added Defendants' argument regarding improper joinder (Rec. Doc. 747, p. 18) was discussed.  During the conference, the Court **ORDERED** that liaison counsel for the manufactured home defendants (who are currently on a non-litigation track) and liaison counsel for the contractor defendants shall notify the Court **on or before Thursday, April 16, 2009 at 5:00 p.m.** whether those defendants have any objections to direct filings into the MDL in cases that do not involve the Government.

New Orleans, Louisiana, this 13th day of April, 2009.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**