MINUTE ENTRY
ENGELHARDT, J.
April 13, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>      FORMALDEHYDE PRODUCTS<br>      LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone status conference was conducted on Monday, April 13, 2009, at 10:00 a.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock, liaison counsel for defendants; and Michael David Kurtz, liaison counsel for contractor defendants. Also participating were Thomas W. Thagard, III and Raul R. Bencomo.

JS10(00:20)