UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, come defendants, Shaw Environmental, Inc. ("Shaw") and CH2M HILL Constructors, Inc. ("CH2M HILL") (collectively referred to as the Individual Assistance/Technical Assistance Contractors or "IA/TACs"), and pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, file this Motion to Dismiss, seeking dismissal of all claims asserted against them by plaintiffs in this matter, for the reasons more fully set forth in the accompanying Memorandum in Support.

Specifically, plaintiffs' claims against the IA/TACs have prescribed. It is evident from the face of the Original Complaint and the First Supplemental and Amending Complaint that plaintiffs filed their claims against the IA/TACs well over a year from the date that plaintiffs knew or should have known of the facts forming the basis of their claims. In short, plaintiffs did

not assert their claims within any applicable statute of limitations or prescriptive period. Thus, plaintiffs' claims are time-barred and should be dismissed with prejudice pursuant to Rule 12(b)(6).

Furthermore, because plaintiffs' Amended Complaint fails to "match" any one of the 112 individually named plaintiffs with a specific IA/TAC defendant, plaintiffs have failed to establish Article III standing and thus this Court lacks subject matter jurisdiction. This Court has already ruled on this issue in previous orders and has dismissed claims for lack of standing where a complaint fails to link a particular plaintiff with particular defendant. *See, e.g.,* Order and Reasons (Aug. 1, 2008) (R. Doc 599); Order (Aug. 1, 2008) (R. Doc. 604); Order and Reasons (Nov. 6, 2008) (R. Doc. 842). The *Aldridge* plaintiffs have ignored the Court's explicit directive in this regard. Accordingly, plaintiffs' claims against Shaw and CH2M HILL should be dismissed for lack of standing and subject matter jurisdiction pursuant to Rule 12(b)(1).

Finally, plaintiffs attempt to assert a claim against the IA/TACs under the Louisiana Products Liability Act ("LPLA"), but this claim similarly fails. The IA/TACs are not manufacturers, and plaintiffs have failed to plead a set of facts under which the IA/TACs can be considered manufacturers. Therefore, the LPLA claim against the IA/TACs should be dismissed with prejudice pursuant to Rule 12(b)(6), as plaintiffs have failed to state a claim upon which relief may be granted.

**WHEREFORE**, defendants Shaw Environmental, Inc. and CH2M HILL Constructors, Inc., respectfully request that this Honorable Court grant their motion to dismiss and enter an order dismissing with prejudice the claims asserted against them by plaintiffs.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


_____s/M. David Kurtz_____
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

*And*

DANNY G. SHAW (#11977)
GERARDO R. BARRIOS (#21223)
WADE M. BASS (#29081)
#3 Sanctuary Blvd., Suite 201
Mandeville, Louisiana 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484

**ATTORNEYS FOR DEFENDANTS,
SHAW ENVIRONMENTAL, INC. and
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.


_____s/M. David Kurtz_____
M. DAVID KURTZ

3