UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>No. 07-9228 | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel, on behalf of defendants, Shaw Environmental, Inc. and CH2M HILL Constructors, Inc., will bring on for hearing their Motion to Dismiss before the Hon. Kurt D. Engelhardt, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Wednesday, April 29, 2009, at 9:30 a.m.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

_____s/M. David Kurtz_____
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

*And*

DANNY G. SHAW (#11977)
GERARDO R. BARRIOS (#21223)
WADE M. BASS (#29081)
#3 Sanctuary Blvd., Suite 201
Mandeville, Louisiana 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484

**ATTORNEYS FOR DEFENDANTS,
SHAW ENVIRONMENTAL, INC. and
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of April, 2009, I electronically filed the foregoing using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

_____s/M. David Kurtz_____
M. DAVID KURTZ