AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana



| Belinda H. Bauer, et al | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 08-5031 |
| Liberty Homes, Inc., et al | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

FLEETWOOD ENTERPRISES, INC.
by and through its registered agent for service
CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: FEB 2 5 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Fleetwood Enterprises, Inc., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Jessica Chaves, Managing Agent ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

Date: 4/06/2009

Ryan P[rice]
Server's signature

Ryan Price
Printed name and title

4122 E. Chapman Ave. #24
Orange, CA 92869
Server's address

Belinda H. Bauer, et. al., Plaintiff(s)
vs.
Liberty Homes, Inc., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 094683-0009

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Fleetwood Enterprises, Inc.
Court Case No. 08-5031

WATTS HILLIARD, L.L.C.
M. Wynter Lee
2506 N. Port Avenue
Corpus Christi, TX 78401

State of: **California** ) ss.
County of: **Orange** )

Name of Server: **Ryan Price**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **16** day of **March**, 20 **09**, at **2:40** o'clock **P**. M

Place of Service: at **818 West Seventh Street**, in **Los Angeles, CA 90017**

Documents Served: the undersigned served the documents described as:
**Plaintiff's Original Complaint; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Fleetwood Enterprises, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jessica Chavez, Process Specialist**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **Hispanic** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **28** ; Approx. Height **5'7"** ; Approx. Weight **145 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **20** day of **March**, 20 **09**

Notary Public       (Commission Expires) **8/5/2011**

**APS International, Ltd.**

TAMARA A. MORALES
Commission # 1760528
Notary Public - California
Orange County
My Comm. Expires Aug 5, 2011