UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          *   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 *   SECTION:   "N-4"

VERSUS
                                             *   JUDGE ENGLEHARDT

THIS DOCUMENT IS RELATED: ALL CASES          *   MAGISTRATE CHASEZ
*****************************************************************************************

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY BRIEF

NOW INTO COURT, come the Manufactured Housing Defendants, who respectfully request an Order from this Honorable Court granting leave to file their Reply Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption Filed by the Manufactured Housing Defendants.

All opposing counsel have been contacted, and there is no opposition to the filing of this Reply Memorandum. Attached is a Proposed Order for the Court's consideration.

Respectfully submitted,

**VOORHIES & LABBÉ**
(A Professional Law Corporation)


*/s/ Lamont P. Domingue*
Lamont P. Domingue - #20787
700 St. John Street, 5th Floor
Post Office Box 3527
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
Fax: (337) 235-4943
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Home Builders, Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housign, Inc.), River Birch Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2009, a copy of the Manufacturing Housing Defendants' Unopposed Motion for Leave to File Reply Brief was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that I have mailed by United States Postal Service this filing to the following non-CM/ECF participants:

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg., Room G-255
Washington, DC 20002.

/s/ Lamont P. Domingue
Lamont P. Domingue - #20787
Post Office Box 3527
700 St. John Street
Lafayette, Louisiana 70502-3527
Telephone: (337) 232-9700
ATTORNEYS FOR Cavalier Home Builders, LLC., Cavalier Homes, Inc., Champion Home Builders, Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., (for itself and in its capacity as the acquiring entity by merger of the corporation formerly known as Dutch Housing, Inc.), River Birch Homes, Inc., ScotBilt Homes, Inc. and Waverlee Homes, Inc.
E-Mail: LPD@volalaw.com