UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * MDL NO. 1873 <br> * SECTION: "N-4" |
| VERSUS | * JUDGE ENGLEHARDT |
| THIS DOCUMENT IS RELATED: ALL CASES | * MAGISTRATE CHASEZ |

*************************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Reply Brief;

**IT IS HEREBY ORDERED** that the Manufactured Housing Defendants are hereby granted leave to file their Reply Memorandum in Support of Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption Filed by the Manufactured Housing Defendants.

New Orleans, Louisiana, this _____ day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE