UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
CASE NO. 07-9228

## ORDER

The Court has received the Request for Oral Argument (Rec. Doc. 1325). Because, at this juncture, the Court concludes that oral argument is unnecessary,

**IT IS ORDERED** that oral argument on the Motion to Dismiss (Rec. Doc. 1324) is **CANCELLED**. Thus, the Motion to Dismiss (Rec. Doc. 1324), set for hearing on April 29, 2009, will be determined on the briefs alone. Should this Court later determine that oral argument would be helpful, it shall notify the parties.

New Orleans, Louisiana, this 15th day of April, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**