UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

       On April 16, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Jerry Meunier, Andy Weinstock, Joe Glass, Dave Kurtz, Adam Dinnell, and Adam Bain.  A juror questionnaire was discussed.  During the conference, the Court **ORDERED** as follows:

       (1)      A telephone conference is **SET** for **Thursday, May 7, 2009 at 10:00 a.m**. to discuss the juror questionnaire. Mr. Weinstock shall initiate the conference call by either: (a) getting all participating counsel on the telephone and then calling the Court, or (b) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

       (2)      **On or before Monday, May 11, 2009 at 5:00 p.m.**, the parties shall submit to the Court either an agreed-upon juror questionnaire or competing questionnaires

accompanied with objections to the opponents' questionnaire(s).

New Orleans, Louisiana, this 16th day of April, 2009.

                    _____
                    **KURT D. ENGELHARDT**
                    **UNITED STATES DISTRICT JUDGE**