MINUTE ENTRY
ENGELHARDT, J.
April 16, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (4) |

THIS DOCUMENT RELATES TO ALL CASES

A telephone status conference was conducted on Thursday, April 16, 2009, at 8:30 a.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; Michael David Kurtz, liaison counsel for contractor defendants; and Adam M. Dinnell, attorney for the Government/FEMA. Adam Bain also participated.

JS10(00:40)