# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE      MDL No. 1873
PRODUCTS LIABILITY LITIGATION

     SECTION N(5)

     JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:

*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*      MAGISTRATE CHASEZ
*No. 07-9228*

*************************************************************************

## PLAINTIFFS' EX PARTE MOTION FOR LEAVE TO FILE
## SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in this matter, respectfully represent that it is both necessary and appropriate to amend the underlying complaint to match those named Plaintiffs possible at this juncture with defendants added in the Plaintiffs' First Supplemental and Amending Complaint filed January 21, 2009.  Information which was unavailable at the time of filing either the Original Complaint or the First Amended Complaint has now allowed at least a partial matching of the Named Plaintiffs to the newly added defendants.  Counsel for newly added defendants have been contacted and voice no objection to the filing of this Second Supplemental and Amending Complaint.  As such, the Plaintiffs herein respectfully move this honorable Court for leave to file the attached Second Supplemental and Amending Complaint as it relates to the underlying suit of *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, No. 07-9228 (E.D. LA).

Respectfully submitted,

___/s/ Frank J. D'Amico, Jr._____
FRANK J. D'AMICO, JR. (Bar No. 17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:      (504) 525-7272
Fax:             (504) 525-9522

***Counsel for James H. Aldridge, et al. and
member of the PSC***

## CERTIFICATE OF SERVICE

**I HEREVY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2009.

____/s/ Frank J. D'Amico, Jr._____
**FRANK J. D'AMICO, JR.**