UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, come the Plaintiffs, who respectfully request that this honorable Court allow them to supplement and amend the Plaintiffs' Original Complaint and First Supplemental and Amending Complaint with this the Plaintiffs' Second Supplemental and Amending Complaint, and include, insert and add the following to the Complaint:

1.

In their Second Supplemental and Amending Complaint, the Plaintiffs adopt, incorporate and restate all allegations, assertions of fact, causes of action, claims and requests for relief raised and set forth in the Original Complaint and the First Supplemental and Amending Complaint.

## **PARTIES**

2.

The Plaintiffs wish to supplement Section II (Parties) of the Original Complaint by adding the following information to certain Named Plaintiffs, to be incorporated with existing language and assertions, as follows:

Plaintiff, Alberta R. Alexander, occupied and/or resided in an Emergency Housing Unit (EHU) that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor Enterprises, Inc. ("Fluor").

Plaintiff, Alvin M. Alexander, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Amy Alfonso, individually and on behalf of her minor child, Matthew Sumpter, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Stephen Acosta Alfonso, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw Environmental, Inc. ("Shaw").

Plaintiff, Antoinette Anderson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill Constructors, Inc. ("CH2M Hill").

Plaintiff, Randy W. Audibert, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Breona A. Berry, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Abergaile A. Bowman, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Trina Brazile, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill.

Plaintiff, Minnie L. Britton, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Douglas R. Brown, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Valenta C. Byrd, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Shea M. Caliste, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Denis J. Campo, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Lenora Connor, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Terence V. Craig, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Joshua C. Davis, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Barbara Dixon, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Elisha Dubuclet, individually and on behalf of two minor children, Timia Dubuclet and Timothy Dubuclet, Jr., occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Sarah C. Evans, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Templeton C. Evans, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Jacquelyn S. Hezeau, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, LaQuesta Higgins, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Anisa Holiday, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Roslyn Holmes, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Danette W. Hunter, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Elmo A. Hunter, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Veronica Hunter, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Bertha R. Jackson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Orlando Jaimevadi, individually and on behalf of her minor child, Jasmine Jaimevadi, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Leonard Jones, III, individually and on behalf of his minor children, Jeremy Jones and Joshua K. Jones, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Sandra A. Labayen, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Craig A. LaBeau, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Edward LaBeau, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Shirley LaBeau, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Gregory G. LaForge, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Keisha Landry, individually and on behalf of minor child Airiss White, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Barbara M. Lawless, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Victorine D. Matthews, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Daryl Mercante, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Arthur Mitchell, individually and on behalf of his minor children, Kenya Mitchell and N'Oreal Mitchell, occupied and/or resided in an EHU that was, amongst other

things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Catherine M. Pardo, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Pamela Richardson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Tiara Richardson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Rayfield Robinson, Jr., individually and on behalf of his minor children, Holly Robinson, Magic J. Robinson, Smokey Robinson and Sunny G. Robinson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill.

Plaintiff, Jackie Robinson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill.

Plaintiff, Renice Robinson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill.

Plaintiff, Sugar ray Robinson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill.

Plaintiff, Valeria L. Schexnayder, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Keyetta Smith, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

Plaintiff, Ned Spencer, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Michaela Sumpter, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Larry White, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Fluor.

Plaintiff, Cassandra Wilson, occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by CH2M Hill.

Plaintiff, Michael T. Wiseman, Sr., occupied and/or resided in an EHU that was, amongst other things, delivered, installed, inspected, maintained, repaired, refurbished and/or converted by Shaw.

3.

The Named Plaintiffs now matched specifically to Fluor, Shaw or CH2M Hill, in addition to the allegations raised against the manufacturing defendants and the United States of America, make assertions and allegations only against those defendants to whom they have been matched.

4.

Counsel for Named Plaintiffs in Original Petition not named in this Second Supplemental and Amending Complaint are endeavoring to match the remaining Named Plaintiffs to either Shaw, Fluor or CH2M Hill, but do not have sufficient information at this point to do so. When this additional information becomes available, Plaintiffs will supplement as necessary.

WHEREFORE, the Plaintiffs respectfully supplement and amend the Original Complaint in the above and foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

  /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (Bar No. 17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:              (504) 525-9522

*Counsel for James H. Aldridge, et al. and member of the PSC*

**CERTIFICATE OF SERVICE**

**I HEREVY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 17th day of April, 2009.

    /s/ Frank J. D'Amico, Jr.
**FRANK J. D'AMICO, JR.**