UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE           MDL No. 1873
PRODUCTS LIABILITY LITIGATION

                                           SECTION N(5)

                                           JUDGE ENGELHARDT
THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*   MAGISTRATE CHASEZ
*No. 07-9228*

******************************************************************************

### ORDER

Considering the foregoing Ex Parte Motion for Leave to File on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Second Supplemental and Amending Complaint attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**