UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the deadline contained in the April 9, 2009 Order (Rec. Doc. 1316), pertaining to the selection of a fifth bellwether defendant, is **CONTINUED** to **Friday, May 8, 2009**.

New Orleans, Louisiana, this 20th day of April, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**