UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE      MDL No. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*     MAGISTRATE CHASEZ
*No. 07-9228*

******************************************************************************

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Second Supplemental and Amending Complaint attached and submitted with the foregoing motion.

THIS DONE the __20th__ day of _____April_____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT