UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
         FORMALDEHYDE PRODUCTS                    MDL NO. 07-1873
         LIABILITY LITIGATION
                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Pujol, et al. v. Pilgrim International, Inc., et al.*
*No. 07-5709*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

         BEFORE ME, the undersigned authority, personally came and appeared:

                         **HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

         That he is counsel for plaintiff in the above-captioned matter; that on April 8,

2009, he deposited in the United States Mail, postage prepaid, a certified copy of the

summons and Second Amended Complaint for Damages in the above matter, properly

addressed, to defendant The United States of America, Through U.S. Attorney, Jim

Letten, Eastern District of Louisiana, 500 Poydras Street, Suite B210, New Orleans, LA

70130, requesting a return receipt and has now received confirmation from the United

States Postal authorities indicating that the certified copy of the summons and

complaint has been received by the addressee; that the affiant herewith makes this

affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

                                        _____
                                        HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me, this 20th day of
April, 2008.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)    C. Date of Delivery<br>S. DeJean |
| 1. Article Addressed to:<br><br>The United States of America Through U.S. Attorney, Jim Letten, Eastern District of LA 500 Poydras Street, Suite B210 New Orleans, LA 70130 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
|  | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☑ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*)  7007 1490 0000 5229 2574 | |

PS Form 3811, February 2004      Domestic Return Receipt   APR 17 REC'D      102595-02-M-1540