UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Pujol, et al. v. Pilgrim International, Inc., et al.*
No. 07-5709

******************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on April 9, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Second Amended Complaint for Damages in the above matter, properly addressed, to defendant The United States of America, Through Attorney General, Eric Holder, U.S. Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(I).

_____
HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me, this 20th day of
April, 2008.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>The United States of America Through Attorney General, Eric Holder<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Washington, D.C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>APR 16 2009<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☒ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7007 1490 0000 5229 2598 |
| PS Form 3811, February 2004   Domestic Return Receipt   APR 2 0 REC'D   102595-02-M-1540 | |