**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

2009 APR 14 PM 4:26
LORETTA G. WHYTE
CLERK

March 31, 2009

Justin I. Woods
Gainsburg, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre,
1100 Poydras Street,
New Orleans, LA 70163

Re: Charles Bagneris, Pltf. vs. Gulf Stream Coach, Inc., et al., Dfts. // To: Shaw Corporation

Case No. 09-2888 N

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint, Service List, Exhibit which we received regarding the above captioned matter.

Shaw Corporation is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 514650829

FedEx Tracking# 790659945061

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130