**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

RECEIVED
DISTRICT COURT
DISTRICT OF LA
2009 APR 14 PM 4: 26
LORETTA G. WHYTE
CLERK

April 08, 2009

Justin I. Woods
Gainsurge, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre,
1100 Poydras Street,
New Orleans, LA 70163

Re: Charles Bagneris, Pltf. vs. Gulf Stream Coach, Inc., et al., Dfts. // To: Shaw Environmental

Case No. 09-2888

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint, Service List, Exhibit which we received regarding the above captioned matter.

Our records indicate that we represent more than one entity beginning with the name: Shaw Environmental. In order that we may properly process the enclosed documents(s), we must be provided with the full name of the entity for which it is intended.

Should you make this determination, please note the full name of the entity on the envelope, return the document(s) to us and we will be glad to forward it on.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 514688971

FedEx Tracking# 792147552208

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130