CT Corporation

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com



March 31, 2009

Justin I. Woods
Gainsurge, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre,
1100 Poydras Street,
New Orleans, LA 70163

Re:  John Guillory, Pltf. vs. Gulf Stream Coach, Inc., et al., Dfts. // To: Shaw Corporation

Case No. 09-2891

Dear Sir/Madam:

We are herewith returning the Summons, Proof of Service Form, Complaint, Service List, Exhibit which we received regarding the above captioned matter.

Shaw Corporation is not listed on our records or on the records of the State of LA.

Very truly yours,


Lisa Uttech
Fulfillment Specialist

Log# 514650838

FedEx Tracking# --

cc:  United States District Court, Eastern District
     Clerk of Court,
     C151 U. S. Courthouse,
     500 Camp Street,
     New Orleans, LA  70130