UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

*****************************************************************************

## MOTION FOR PROTECTIVE ORDER
## REGARDING RE-TESTING OF PLAINTIFFS' EMERGENCY HOUSING UNIT

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. ("Gulf Stream"), which respectfully requests that this Honorable Court issue an Order pursuant to Federal Rule of Civil Procedure Rule 26(c) that prevents the plaintiffs and/or their representatives from performing new air quality tests on the FEMA-issued Emergency Housing Units occupied by the bellwether plaintiffs Alana Alexander and Christopher Cooper. For the foregoing reasons, which will be more fully set forth in the attached Memorandum in Support of Motion for Protective Order, Gulf Stream respectfully requests that this Court issue an Order as set forth above.

        Respectfully Submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002
        (504) 832-3700
        (504) 837-3119 (FAX)

      andreww@duplass.com
      jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 27th day of April, 2009, a copy of the foregoing Motion for Protective Order Regarding Re-Testing of Plaintiffs' Emergency Housing Unit was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

      s/Andrew D. Weinstock
      _____
      ANDREW D. WEINSTOCK #18495
      andreww@duplass.com