## CRYSTLE ACCARDO

**From:** ANDREW WEINSTOCK
**Sent:** Wednesday, April 08, 2009 11:01 AM
**To:** a hanegan; a vonderhaar; aileen deegan; amanda shelton; ben mayeaux; Carmen motes; carson strickland; chantelle pontiff; CRYSTLE ACCARDO; darrin forte; david bienvenu; 'Dewey Scandurro'; donna uli; ed sledge; elisa kodish; Eric Lindstrom; ernie gieger; fran jeblonski; greg Koury; jason bone; jay waller; jeff burg; jerry saporito; Jim Carroll; jones Walker; JOSEPH G. GLASS; josh baker; jpercy@joneswalker.com (Receipt Notification Requested) (IPM Return Requested); lamont domingue; larry Feldman; lee bains; lyon garrison; madeleine fischer; maureen collett; Mike Craddock; Nannie Daigle; randy mulcahy; rebecca phalen; Rebeccka Coe; REGINA STANCIL; Richard Hines; robert sheesley; rose ; ryan Johnson; stewart tharp; suzie wilson; taylor Daly; ted Hosp; Timothy Scandurro; tom thagard; walter jamison; wanda lamp; willingham
**Subject:** FW: In Re: FEMA Trailer Litigation (ED LA)

---

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Wednesday, April 08, 2009 10:56 AM
**To:** Mikal C. Watts
**Cc:** ANDREW WEINSTOCK; Peter Taaffe; Dinnell, Adam (CIV); Waldron, Jonathan (CIV); Conanan, Chelsea (CIV); Anthony Buzbee; cpenot@midrid.com; dgianna@midrid.com; Gerald E. Meunier; Justin Woods; Deann Brown; jpercy@joneswalker.com; rjohnson@joneswalker.com; mfischer@joneswalker.com; neitel@joneswalker.com; richard.hines@nelsonmullins.com; rebecca.phalen@nelsonmullins.com; taylor.daly@nelsonmullins.com; jsaporito@LeakeAndersson.com; avonderhaar@LeakeAndersson.com; tim@scanlayr.com; ANDREW WEINSTOCK; JOSEPH G. GLASS; jbone@glllaw.com; egieger@glllaw.com; frank@damicolaw.net; Aaron Ahlquist; ben_law@bellsouth.net; Fried, Jordan; Williams-Jones, Janice
**Subject:** RE: In Re: FEMA Trailer Litigation (ED LA)

Mikal,

Yes. This unit is going to be subject of one of the four initial trials, and given time constraints use of FRCP rules will ensure that there are no misunderstandings regarding nature and scope of inspection, and I believe ultimately will allow us to complete necessary discovery more quickly and in a more efficient manner. Further, you have the benefit of being scheduled to serve as Plaintiffs' counsel for one trial -- US is scheduled and must participate in all 4 of the trials. Logistically, I can understand your position and perhaps it seems I should be more accommodating of your request, but from government's position what you request constitutes a substantial burden. If I need to accommodate and allow each Plaintiffs' counsel for the 4 initial trial s separate access on multiple occasions, that imposes a substantial logistic burden on the US.

As such, please work with Plaintiff Liaison Counsel, issue the FRCP 34 to access, inspect, test all units at same time and if there are any disputes regarding nature or scope of access the FRCP 34 request will allow us to present matter to Court and get dispute resolved in prompt manner, and get this portion of discovery done.

Thanks,

Henry

**From:** Mikal C. Watts [mailto:mcwatts@wgclawfirm.com]
**Sent:** Wednesday, April 08, 2009 11:32 AM
**To:** Miller, Henry (CIV)
**Cc:** ANDREW WEINSTOCK; Peter Taaffe; Dinnell, Adam (CIV); Waldron, Jonathan (CIV); Conanan, Chelsea (CIV); Anthony Buzbee; <cpenot@midrid.com>; <dgianna@midrid.com>; Gerald E. Meunier; Justin Woods; Deann Brown

**Subject:** Re: In Re: FEMA Trailer Litigation (ED LA)

Guys:

It's just a trailer. Are you serious?

Mikal

Sent from my iPhone

On Apr 8, 2009, at 10:07 AM, "Miller, Henry (CIV)" <Henry.Miller@usdoj.gov> wrote:

> Mikal,
>
> Are you doing the Gulf Stream trial with Tony and Peter?
>
> US position is that all 4 bellwether units should be inspected/tested at same time. US intends to monitor parties access to these units and it is unduly burdensome to require the US to make multiple trips to same storage facility. Further, your email suggests that you apparently intend to access facility and unit on multiple occasions. That also imposes an unfair burden on US and absent good cause US does not believe that is appropriate.
>
> Thanks,
>
> Henry Miller
> US Dept. of Justice
>
> ---
>
> **From:** Mikal C. Watts [mailto:mcwatts@wgclawfirm.com]
> **Sent:** Wednesday, April 08, 2009 10:27 AM
> **To:** ANDREW WEINSTOCK
> **Cc:** Peter Taaffe; Miller, Henry (CIV); Dinnell, Adam (CIV); Waldron, Jonathan (CIV); Conanan, Chelsea (CIV); Anthony Buzbee; <cpenot@midrid.com>; <dgianna@midrid.com>; Gerald E. Meunier; Justin Woods; Deann Brown
> **Subject:** Re: In Re: FEMA Trailer Litigation (ED LA)
>
> Andy, for now I just want to inspect and photograph my trial plaintiff's trailer while I am in town next Friday. Can we agree on that for now?
>
> Mikal
>
> Sent from my iPhone
>
> On Apr 8, 2009, at 9:05 AM, "ANDREW WEINSTOCK" <andreww@duplass.com> wrote:
>
>> In all likelihood, Gulf Stream will oppose the PSC re-testing a unit it has already tested (unless good cause can be shown). Additionally, should the court permit the re-test, I am scheduled to be in California at the end of next week and would ask you select a date during the following week of April 21-24..
>>
>> ---
>>
>> **From:** Peter Taaffe [mailto:ptaaffe@txattorneys.com]
>> **Sent:** Tuesday, April 07, 2009 9:45 PM
>> **To:** Miller, Henry (CIV)

4/27/2009

**Cc:** Dinnell, Adam (CIV); Waldron, Jonathan (CIV); Conanan, Chelsea (CIV); Anthony Buzbee; ANDREW WEINSTOCK; cpenot@midrid.com; dgianna@midrid.com; Gerald E. Meunier; Justin Woods; Deann Brown; mcwatts@wgclawfirm.com
**Subject:** In Re: FEMA Trailer Litigation (ED LA)

Henry,

As you probably know, Judge Engelhardt selected Alana M. Alexander and her son as bellwether plaintiffs in the Gulf Stream/Fluor/FEMA trial.

Our records show that she was in a Gulf Stream trailer, VIN# 1NL1GTR2551021783. The FEMA ID is 939360133.

Please locate the subject trailer and preserve it. We would like to inspect it next Friday, April 17, 2009, if possible. We also request to have the opportunity to have it tested, and I imagine that Andy Weinstock and Fluor's counsel (both copied on this email) might like to do so as well. We can work on testing logistics once you have located the trailer.

Please advise when you have located the trailer and where it may be inspected and where it will be stored.

Thanks,

Peter

Peter K. Taaffe

Buzbee Law Firm

600 Travis, Suite 7300

Houston, Texas 77002

Tel: (713) 223-5393

Fax: (713) 223-5909

Cell: (281) 684-4941

ptaaffe@txattorneys.com