UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER          * | | MDL NO. 1873 |
|     FORMALDEHYDE          * | | |
|     PRODUCTS LIABILITY    * | | |
|     LITIGATION            * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Charlie Age, et al. v.*  * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892  * | | |
| * | | MAG: CHASEZ |

*************************************************************************

## ORDER

Gulf Stream Coach, Inc.'s Motion for Protective Order Regarding Re-Testing Plaintiffs' Emergency Housing Unit is hereby set for hearing on the ____ day of _____, 2009 at _____ o'clock a.m.


_____
UNITED STATES DISTRICT JUDGE