AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| STEPHANIE PIZANI )<br>Plaintiff )<br>v. )<br>GULF STREAM COACH, INC., ET AL )<br>Defendant ) | Civil Action No.  09-2944 "N" (5) |

**RETURN**

### Summons in a Civil Action

To: *(Defendant's name and address)*
United States Attorney for the Eastern District of
Louisiana, Jim Letten
500 Poydras Street, Room B210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within <u>60</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Joseph M. Bruno
*Law Office of Joseph M. Bruno, APLC*
855 Baronne Street, 3rd Floor
New Orleans, LA 70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: March 12, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on April 28, 2009, by:

(1) personally delivering a copy of each to the individual at this place, 500 Poydras Street Room 9th Floor New Orleans, LA 70130. ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Janny Hearen ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: April 28, 2009.

Server's signature

Coney A. Rice  Legal Assist
Printed name and title
Joseph M. Bruno
The Law Office of Joseph M. Bruno, APLC
855 Baronne Street, 3rd Floor
New Orleans, LA 70113

Server's address