UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On April 27, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Jerry Meunier, Andy Weinstock, Joe Glass, Dave Kurtz, Adam Dinnell, and Henry Miller. During the conference, the Court **ORDERED** as follows:

(1) The depositions of minors Christopher Cooper and Craig Jenkins, Jr. shall be limited to 2.5 hours, reserving the right for the parties to request that the Court, if necessary based upon good cause shown, extend these time limitations.

(2) The parties may depose a Gulf Stream Coach, Inc. representative for 10 additional hours, which shall include questioning about the specific Alexander unit and other, more general 30(b)(6) topics. The parties shall attempt to agree on how to split the time limitations with the Government counsel. All time limitations are subject to

extension upon good cause shown.

(3)     Plaintiffs may re-test the air quality of the Alexander unit.  Defendants indicated that they may file a motion for protective order relating to same.  In lieu of any ruling on such motion, the parties shall proceed with testing, subject to subsequent and appropriate motion practice.

(4)     Defendants may begin deposing Plaintiffs' experts as soon as Plaintiffs' expert reports are received.  Once Defendants' expert reports are furnished, if Plaintiffs want a supplemental opinion(s), they shall file a motion for leave to furnish a supplemental expert report(s).  Defendants may move for leave to re-depose Plaintiffs' expert(s), limited to the specific areas set forth in any such supplemental expert report(s).

(5).    If a person is designated and produced in response to a notice for a 30(b)(6) deposition and participates substantially in that deposition, that same person may be directed to sit for a second, individual deposition only with leave of Court for good cause shown.

New Orleans, Louisiana, this 28th day of April, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**