UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Pujol, et al. v. Pilgrim International, Inc., et al.*
*No. 07-5709*
*******************************************************************************

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**HUGH P. LAMBERT, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on April 15, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Second Amended Complaint for Damages in the above matter, properly addressed, to defendant Shaw Environmental, Inc., Through its registered agent for service, CT Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and

complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

_____
HUGH P. LAMBERT, ESQ.

Sworn to and subscribed
before me, this 28th day of
April, 2008.

_____
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X | ☐ Agent<br>☐ Addressee |
| | B. Received by ( Printed Name) | C. Date of Delivery |
| 1. Article Addressed to:<br><br>Shaw Environmental, Inc.<br>Through its registered agent<br>for service<br>CT Corporation System<br>5615 Corporate Blvd., Suite 400B<br>Baton Rouge, LA 70808 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>CT, a Wolters Kluwer business<br>5615 Corporate Blvd, Ste 400B<br>Baton Rouge, LA 70808 | |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0000 5229 2741 | |
| PS Form 3811, February 2004 | Domestic Return Receipt   APR 21 REC'D | 102595-02-M-1540 |