AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
для the

Eastern District of Louisiana

| JOSEPH M. PUJOL, ET AL | ) | |
|---|---|---|
| Plaintiff | ) | |
|  | ) | 07-5709 c/w 07-1873 IN RE: |
| v. | ) Civil Action No. | FEMA Trailer Formaldehyde |
|  | ) | Products Liability Litigation |
| PILGRIM INTERNATIONAL, ET AL | ) | |
| Defendant | | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
  The United States of America, through
  Attorney General of the United States
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 30530-0001

A lawsuit has been filed against you.

  Within ~~20~~ 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached *second amended complaint* or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Hugh P. Lambert
*Lambert & Nelson, P.L.C.*
701 Magazine Street
New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: March 31, 2009

C. Bonurio
Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
       _____
       _____.

My fees are $ _____ for travel and $ _____for services, for a total of $ \_\_\_\_0.00\_\_\_\_\_ .

Date: _____

                                                     _____
                                                                                Server's signature

                                                    _____
                                                                              Printed name and title

                                                   _____
                                                                                Server's address