UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>No. 07-9228 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN FURTHER SUPPORT OF SHAW ENVIRONMENTAL, INC.'S
AND CH2M HILL CONSTRUCTORS, INC.'S MOTION TO DISMISS**

**NOW INTO COURT**, through undersigned counsel, come defendants, Shaw Environmental, Inc. ("Shaw") and CH2M HILL Constructors, Inc. ("CH2M HILL") (collectively referred to as the Individual Assistance/Technical Assistance Contractors or "IA/TACs"), and respectfully move for leave to file the accompanying Reply Memorandum in Further Support of their Motion to Dismiss. The attached Reply Memorandum is necessary to address the Plaintiffs' Opposition Memorandum (R. Doc. 1361), which attempts to confuse the issues raised in the IA/TACs original Motion to Dismiss and supporting memorandum (R. Doc. 1324).

Undersigned counsel avers that he has attempted to keep the Reply Memorandum as brief as possible[1] while still addressing plaintiffs' claims in an effort to aid the Court in reaching a just result.

**WHEREFORE,** for the foregoing reasons, defendants, Shaw Environmental, Inc. and CH2M HILL Constructors, Inc., respectfully request that this Court grant their Motion for Leave to File the attached Reply Memorandum in Further Support of Motion to Dismiss.

    Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

    s/M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

*And*

DANNY G. SHAW (#11977)
GERARDO R. BARRIOS (#21223)
WADE M. BASS (#29081)
#3 Sanctuary Blvd., Suite 201
Mandeville, Louisiana 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484

**ATTORNEYS FOR DEFENDANTS,
SHAW ENVIRONMENTAL, INC. and
CH2M HILL CONSTRUCTORS, INC.**

---

[1] The substance of the IA/TACs Reply Memorandum is ten (10) pages long, with the signature page falling on the eleventh (11th) page of the memorandum. If the Reply Memorandum is deemed to violate Local Rule 7.8.1E, Shaw and CH2M HILL respectfully move this Honorable Court for leave to exceed the ten (10) page limit imposed under Local Rule 7.8.1E.

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 28th day of April, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

                                                                         s/M. David Kurtz
                                                                     M. DAVID KURTZ