UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>No. 07-9228 | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering Shaw Environmental, Inc.'s and CH2M HILL Constructors, Inc.'s Motion for Leave to File Reply Memorandum in Further Support of Motion to Dismiss;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Shaw Environmental, Inc. and CH2M HILL Constructors, Inc. be and hereby are granted leave to file their Reply Memorandum in Further Support of Motion to Dismiss.

New Orleans, Louisiana, this _____ day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE