UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

This Document Relates to:

*Charlie Age, et al. v. Gulf Stream Coach Inc., et al.* **[Docket No. 09-2892]**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE
TO GULF STREAM COACH, INC., "MOTION FOR PROTECTIVE
ORDER REGARDING RE-TESTING OF PLAINTIFFS' EMERGENCY
HOUSING UNIT" [Docket No. 1373]**

Defendant United States of America hereby adopts and joins in Defendant Gulf Stream Coach, Inc.'s "Motion for Protective Order Regarding Re-Testing of Plaintiffs' Emergency Housing Unit," [Docket No. 1373]. The Court should grant that Motion for all the reasons set forth in Defendant Gulf Stream Coach, Inc.'s Memorandum filed in support thereof.

Dated: April 28, 2009.                    Respectfully Submitted,

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

ADAM BAIN
Senior Trial Counsel

ADAM DINNELL
JONATHAN WALDRON
Trial Attorneys

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
500 C Street, SW
Washington, D.C. 20472

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)