MINUTE ENTRY
ENGELHARDT, J.
April 27, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION
                                    SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

      A telephone status conference was conducted on Monday, April 27, 2009, at 2:00 p.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; Michael David Kurtz, liaison counsel for contractor defendants; and Henry T. Miller and Adam M. Dinnell, attorney for the Government/FEMA.

JS10(00:80)