UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

******************************************************************************

## ORDER

Considering the above and foregoing Motion to Amend Motion for Protective Order Regarding Re-Testing Plaintiffs' Emergency Housing Unit;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby allowed to amend its Motion for Protective Order Regarding Re-Testing Plaintiffs' Emergency Housing Unit to attach Exhibit "D."

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E