# Transcript of the Testimony of
# Mary C. DeVany, MS, CSP, CHMM

### Date taken: October 7, 2008

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Mary C. DeVany, MS, CSP, CHMM

Page 62

1  the sampling protocol development, and
2  methodologies were designed to eliminate
3  most variables or control them to an
4  acceptable degree."
5       Do you see that?
6   A  I do.
7   Q  Would you describe for the record,
8  please, what variables were identified
9  during the sampling protocol development?
10  A  One of the first variables we
11  identified was the fact that we were
12  concerned that we were providing sampling
13  badges, passive dosimeters, to trailer
14  residents with an information sheet on how
15  to conduct that sampling.
16       I wasn't concerned about it. I
17  believe that people did their own sampling
18  in good faith in their units. However, like
19  a parent of a teenager, you trust and verify
20  it.
21       So we went back and we sampled at
22  random with very little warning 100 units
23  that were occupied by plaintiffs who had
24  already done sampling, and then we compared
25  those. So that was one. And there was no

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Mary C. DeVany, MS, CSP, CHMM

Page 69

1   correct?
2       A    Yes.  Approximately 100, yes.
3       Q    So you went back, and on the basis
4   of those 100, did you determine not to
5   control for that variable the occupant
6   testing of the samples in the remaining
7   testing?
8       A    We determined that it wasn't
9   necessary, that they were statistically
10  similar.  And we also compared the results
11  we got from their testing with the results
12  from CDC and ATSDR's testing and OSHA's
13  testing, and they were all pretty right,
14  right in the area.
15      Q    So for purposes of the variable
16  dealing with the occupants testing their own
17  units, would it be fair to say that you
18  decided not to control for that variable in
19  the remaining testing?
20      A    We determined that it was not
21  necessary to.
22      Q    And with regard to your
23  description just now of active versus
24  passive sampling, where you made a
25  determination that there was no statistical

1   difference between active and passive
2   sampling, did you also then determine not to
3   control for that variable in the remaining
4   testing?
5        A    I'm not sure I understand what you
6   mean by not controlling for that variable.
7        Q    Well, if, in fact, you determined
8   there was no statistical difference, did you
9   control for the variable of active versus
10  passive sampling?
11       A    We determined that there was no
12  variable, because we validated the sampling
13  ourselves, even though these government
14  agencies had already done so.
15       Q    Okay.  Those are two variables you
16  mentioned.
17       A    Potential variables.
18       Q    Potential variables.
19       A    Yes.
20       Q    Any other variables?
21       A    Yes.
22       Q    Can you tell us what they were?
23       A    Oh.
24       Q    And let me go ahead.  When you
25  describe the variable, would you also tell