UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
No. 07-9228

MAGISTRATE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering Shaw Environmental, Inc.'s and CH2M HILL Constructors, Inc.'s Motion

for Leave to File Reply Memorandum in Further Support of Motion to Dismiss;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that Shaw

Environmental, Inc. and CH2M HILL Constructors, Inc. be and hereby are granted leave to file

their Reply Memorandum in Further Support of Motion to Dismiss.

New Orleans, Louisiana, this ___29th___ day of April, 2009.

UNITED STATES DISTRICT JUDGE