

**CT Corporation**

5615 Corporate Blvd.
Suite 400 B
Baton Rouge, LA 70808

225 922 4490 tel
www.ctlegalsolutions.com

2009 APR 27 PM 4: 57

LORETTA G. WHYTE
CLERK

April 22, 2009

Justin I. Woods
Gainsburgh, Benjamin, David Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras,
New Orleans, LA 70163-2800

Re: Earline Castanel, et al., Pltfs. vs. Recreation by Design, LLC, et al., Dfts.

Case No. 09-3251

Dear Sir/Madam:

We are herewith returning the Letter, Summons, Proof of Service Form, Complaint which we received regarding the above captioned matter.

Recreation by Design Coach Corporation is not listed on our records or on the records of the State of LA.

Very truly yours,

Roderick Thomas
Fulfillment Specialist

Log# 514758915

FedEx Tracking# 792148871024

cc: United States District Court, Eastern District
    Clerk of Court,
    C151 U. S. Courthouse,
    500 Camp Street,
    New Orleans, LA 70130