EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE  PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N(4) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ALL CASES | * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MOTION TO JOIN NON-LITIGATION TRACK**

Pursuant to Pre-Trial Order #24 (Rec. Doc. No. 1002), defendants, Destiny Industries, LLC ("Destiny"), Lexington Homes, Inc. ("Lexington") and TownHomes, LLC ("TownHomes") respectfully move this Honorable Court to be placed on the non-litigation track.  Destiny, Lexington and TownHomes only manufactured HUD-regulated homes as "emergency housing units" after Hurricanes Katrina and Rita.  Accordingly, Destiny, Lexington and TownHomes meet the criteria to be placed on the non-litigation track and they move for an Order placing them on same.

**[ Signature Block on Following Page ]**

Respectfully submitted,

/s/ Joshua G. Keller
**ROBERT E. KERRIGAN, JR. (#7350)(T.A.)**
**JOSHUA G. KELLER (#29288)**
**DEUTSCH, KERRIGAN & STILES, L.L.P.**
755 Magazine Street
New Orleans, Louisiana  70130
Telephone:  (504) 581-5141
Facsimile: (504) 566-1201
RKerrigan@dkslaw.com
Counsel for Defendants, Destiny Industries, LLC, Lexington Homes, Inc. and TownHomes, LLC

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system for the United States District Court for the Eastern District of Louisiana. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non- CM/ECF participants on this 1st day of May, 2009.

/s/ Joshua G. Keller
Joshua G. Keller