EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: N(4) |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: | * | |
| ALL CASES | * | MAGISTRATE CHASEZ |

*****************************************************************************

### ORDER

Considering the Motion to Join the Non-Litigation Track filed by defendants, Destiny Industries, LLC ("Destiny"), Lexington Homes, Inc. ("Lexington") and TownHomes, LLC ("TownHomes"),

IT IS ORDERED that defendants, Destiny, Lexington and TownHomes be placed on the non-litigation track.

Thus done and signed in New Orleans, Louisiana on this_____ day of May, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**