UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to: *Crawford v. Fleetwood Enterprises, Inc.,* Docket No. 09-2893 | * * * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

*************************************************************************

## Fleetwood Enterprises, Inc.'s Motion for Protective Order Regarding Re-Testing of Plaintiffs' Temporary Housing Unit

**May It Please The Court:**

Through undersigned counsel, comes Fleetwood Enterprises, Inc. ("Fleetwood"), and moves this Court for an order, pursuant to Federal Rule of Civil Procedure 26(c) to prevent Plaintiffs from re-testing the bellwether plaintiffs' unoccupied unit. This unit has been previously tested twice by Plaintiffs—while Plaintiffs were living in the unit—and any further testing is duplicative, unwarranted, and creates an unnecessary burden on the parties. Fleetwood adopts and incorporates Gulf Stream Coach's motion for protective order and its memorandum of law [Rec. Doc. 1373], and sets forth additional reasons in the accompany memorandum of law.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/Amanda W. Vonderhaar
_____
Jerry L. Saporito (#11717)
Amanda W. Vonderhaar (#31350)
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)

(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

-AND-

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Richard K. Hines, V (GA #356300)
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Counsel for Fleetwood Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery            ( )   Prepaid U.S. Mail

( )   Facsimile                ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 1st day of May, 2009.

s/Amanda W. Vonderhaar

**AMANDA W. VONDERHAAR**