## Rebecca Phalen

**From:** Justin Woods [jwoods@gainsben.com]
**Sent:** Wednesday, April 29, 2009 11:29 AM
**To:** Rebecca Phalen; Miller, Henry (CIV); ANDREW WEINSTOCK
**Cc:** Gerald E. Meunier; Richard Hines; Jerry L. Saporito; Taylor Daly
**Subject:** RE: Fleetwood: Jenkins testing?

Rebecca,

I respectfully disagree with Andy and Henry's interpretation of the Judge's comments. Furthermore, it has always been the position of the PSC, at the insistence of the Government, that we test all of the units at the same time in order to insure that a representative from the Government would be present to save "taxpayer money."

It may be that we need to have a follow-up conference call with the Judge for clarification but it is the intention of the PSC to test whichever bellwether units it wants to test in the very near future pending the Court's decision on the Protective Order.

We will not file a motion to compel testing of any unit unless and until the Government officially denies us access to any particular unit.

Regarding the point that you raise that the particular Fleetwood unit has been already been tested twice, if you would look closely at the time period for each test, you will discover that the unit was tested in colder winter months. It is the PSC's position that it is necessary to show a more complete representation of actual living conditions and therefore it is important to test the unit during warmer months.

Justin.

Justin.

**From:** Rebecca Phalen [mailto:rebecca.phalen@nelsonmullins.com]
**Sent:** Wednesday, April 29, 2009 9:43 AM
**To:** Miller, Henry (CIV); ANDREW WEINSTOCK; Justin Woods
**Cc:** Gerald E. Meunier; Richard Hines; Jerry L. Saporito; Taylor Daly
**Subject:** RE: Fleetwood: Jenkins testing?

Justin,

As Andy said and Henry reiterated, the Judge would still allow a motion for protective order. Because there have not been specific dates proposed for the Jenkins testing, it is possible that the Judge could rule on that motion before any testing is conducted (and before any of those expenses are incurred). Gulf Stream's motion lays out the general objections well; and, specifically, in this case, there is occupied testing two times, so based on that prior testing, testing the unoccupied unit now does not seem necessary.

Rebecca

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Wednesday, April 29, 2009 8:43 AM

4/30/2009

**To:** ANDREW WEINSTOCK; Justin Woods; Rebecca Phalen
**Cc:** Gerald E. Meunier; Richard Hines; Jerry L. Saporito; Taylor Daly
**Subject:** RE: Fleetwood: Jenkins testing?

Justin,

The United States objects to further testing of any units. I would take issue with your statement that Judge said testing was "ok". What I think he said and did was tell us to file the motion, and allow testing to go forward on Gulf Stream unit pending ruling on motion with rationale that he did not want to have this issue be cause only any deadlines being moved in Gulf Stream trial. That rationale does not apply to Fleetwood. I would suggest that you file a motion to compel such testing, because given that you already tested this unit twice while occupied even reasoning you applied to justify Gulf Stream testing does not exist.

Henry

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Tuesday, April 28, 2009 10:18 PM
**To:** Justin Woods; Rebecca Phalen
**Cc:** Gerald E. Meunier; Richard Hines; Jerry L. Saporito; Taylor Daly; ANDREW WEINSTOCK; Miller, Henry (CIV)
**Subject:** RE: Fleetwood: Jenkins testing?

I did not report to Fleetwood (who was not on the call) that the Judge said it was ok. I believe he said he would entertain a Motion for Protective Order (which we filed) and if he did not rule before testing was performed, he would seriously consider a motion to exclude the results at trial.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Tuesday, April 28, 2009 9:05 PM
**To:** Rebecca Phalen
**Cc:** Gerald E. Meunier; Richard Hines; Jerry L. Saporito; Taylor Daly; ANDREW WEINSTOCK; Henry.Miller@usdoj.gov
**Subject:** Re: Fleetwood: Jenkins testing?

Rebecca

Is it your intention to block testing even though the Judge said it was ok? If so, is it based upon prior testing?

Justin I. Woods

On Apr 28, 2009, at 8:48 PM, "Rebecca Phalen" <rebecca.phalen@nelsonmullins.com> wrote:

> Justin,
>
> As you know, the stay has been lifted for the Jenkins case. Please let us know if you still intend on re-testing the Jenkins unit, pursuant to your April 8 request. It has already been tested by the Plaintiffs two times--while it was occupied. Under those circumstances, do you still consider it necessary to re-test? If so, Fleetwood will object. We look forward to hearing back from you.
>
> Thank you,

4/30/2009

Rebecca



**Rebecca B. Phalen**
Attorney at Law
rebecca.phalen@nelsonmullins.com

**Nelson Mullins Riley & Scarborough LLP**
Atlantic Station
201 17th Street NW
Suite 1700
Atlanta, GA 30363
Tel: 404.322.6130 Fax: 404.322.6050
www.nelsonmullins.com

===========================================================================

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.
===========================================================================

4/30/2009