# Transcript of the Testimony of
# Mary C. DeVany, MS, CSP, CHMM

Date taken: October 7, 2008

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files** are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a **Username** and **Password**.

## Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

**COPY**

1   the sampling protocol development, and
2   methodologies were designed to eliminate
3   most variables or control them to an
4   acceptable degree."
5           Do you see that?
6       A   I do.
7       Q   Would you describe for the record,
8   please, what variables were identified
9   during the sampling protocol development?
10      A   One of the first variables we
11  identified was the fact that we were
12  concerned that we were providing sampling
13  badges, passive dosimeters, to trailer
14  residents with an information sheet on how
15  to conduct that sampling.
16          I wasn't concerned about it.  I
17  believe that people did their own sampling
18  in good faith in their units.  However, like
19  a parent of a teenager, you trust and verify
20  it.
21          So we went back and we sampled at
22  random with very little warning 100 units
23  that were occupied by plaintiffs who had
24  already done sampling, and then we compared
25  those.  So that was one.  And there was no

Page 63

1   statistical significance, which we were
2   happy about.  But that was a variable, that
3   was an unknown that we wanted to address and
4   identify.
5        Q    How long after the initial
6   sampling by the occupants did you come back
7   and perform this random sampling of the 100
8   that you just described?
9        A    Oh, it was within a couple of
10  months.  There was not a very long time
11  delay.
12       Q    Ms. DeVany, let me ask you this.
13  You just mentioned that you provided the
14  occupants an information sheet on how to
15  conduct the sampling, correct?
16       A    (Indicating).
17       Q    I'm sorry.
18       A    Back a couple of questions, you
19  asked me about all the variables.
20       Q    Yes.
21       A    I only talked about one.
22       Q    And I'm going to get back to
23  those.
24       A    I just wanted to make sure that
25  you understand that I did not fully answer

Page 68

1   anywhere from 15 minutes to one hour.
2           Then with a single blind study, in
3   other words, the laboratories that we sent
4   them to didn't know which one went with
5   which, but we did, we sent off those for
6   analysis.
7           In order to insure that there was
8   no possibility that the laboratory would
9   want to make sure that they matched, we sent
10  them to two completely different
11  laboratories in different parts of the
12  country for analysis, and the results came
13  back with no statistical significance
14  between the active and passive sampling.
15  That's another variable.
16      Q    Okay.  Let me stop right there and
17  ask you about those two variables that you
18  just discussed.  The first was the potential
19  variable for occupants actually conducting
20  their own testing, correct?
21      A    Yes, sir.
22      Q    And you went back and did a random
23  sampling of 100 of those in order to
24  determine if there was any statistical
25  significance in the difference of results,

Page 69

```
 1   correct?
 2       A    Yes.  Approximately 100, yes.
 3       Q    So you went back, and on the basis
 4   of those 100, did you determine not to
 5   control for that variable the occupant
 6   testing of the samples in the remaining
 7   testing?
 8       A    We determined that it wasn't
 9   necessary, that they were statistically
10   similar.  And we also compared the results
11   we got from their testing with the results
12   from CDC and ATSDR's testing and OSHA's
13   testing, and they were all pretty right,
14   right in the area.
15       Q    So for purposes of the variable
16   dealing with the occupants testing their own
17   units, would it be fair to say that you
18   decided not to control for that variable in
19   the remaining testing?
20       A    We determined that it was not
21   necessary to.
22       Q    And with regard to your
23   description just now of active versus
24   passive sampling, where you made a
25   determination that there was no statistical
```

Page 70

1  difference between active and passive
2  sampling, did you also then determine not to
3  control for that variable in the remaining
4  testing?
5      A   I'm not sure I understand what you
6  mean by not controlling for that variable.
7      Q   Well, if, in fact, you determined
8  there was no statistical difference, did you
9  control for the variable of active versus
10 passive sampling?
11     A   We determined that there was no
12 variable, because we validated the sampling
13 ourselves, even though these government
14 agencies had already done so.
15     Q   Okay.  Those are two variables you
16 mentioned.
17     A   Potential variables.
18     Q   Potential variables.
19     A   Yes.
20     Q   Any other variables?
21     A   Yes.
22     Q   Can you tell us what they were?
23     A   Oh.
24     Q   And let me go ahead.  When you
25 describe the variable, would you also tell