UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 <br><br> SECTION: N(5) |
| This Document Relates to: *Crawford v. Fleetwood Enterprises, Inc.,* Docket No. 09-2893 | * * * * | JUDGE: ENGELHARDT <br><br> MAG: CHASEZ |

************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on the 20TH day of May, 2009 at 9:30 a.m., Defendant Fleetwood Enterprises, Inc.'s Motion for Protective Order is set for hearing before the Honorable Kurt Engelhardt, United States District Judge, or the Honorable Magistrate Judge assigned to this case, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/ Amanda W. Vonderhaar
_____
Jerry L. Saporito (#11717)
Amanda W. Vonderhaar (#31350)
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

-AND-

NELSON MULLINS RILEY &
SCARBOROUGH, LLP
Richard K. Hines, V (GA #356300)
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Counsel for Fleetwood Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery            ( )    Prepaid U.S. Mail

( )    Facsimile                ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 1st day of May, 2009.

s/Amanda W. Vonderhaar

**AMANDA W. VONDERHAAR**