UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

This Document Relates to:

*Crawford, et al. v. Fleetwood Enterprises, Inc., et al.* **[Docket No. 09-2893]**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE
TO FLEETWOOD ENTERPRISES, INC., "MOTION FOR PROTECTIVE
ORDER REGARDING RE-TESTING OF PLAINTIFFS' EMERGENCY
HOUSING UNIT" [Docket No. 1396]**

Defendant United States of America hereby adopts and joins in Defendant Fleetwood Enterprises, Inc., "Motion for Protective Order Regarding Re-Testing of Plaintiffs' Emergency Housing Unit," [Docket No. 1396]. The Court should grant that Motion for all the reasons set forth in Defendant Fleetwood Enterprises, Inc.'s Memorandum filed in support thereof.

The United States further objects to Plaintiffs Steering Committee's request to test this unit a third time because Plaintiff Liaison Counsel has indicated that they do not intend to use Ms. Mary DeVany's March 2008 Test Protocol, but rather a different Test Protocol and, to date, Plaintiffs' Steering Committee's have failed to produce from their expert consultants that new Testing Protocol that they propose to employ when they test the unit a third time, and have failed to justify why they should be permitted to use a different Testing Protocol. *See generally* Pretrial Order No. 26 (requiring party in context of component part testing to produce Testing Protocol and allowing party 25 days to object to the proposed Test Protocol).

Dated: May 2, 2009.                                     Respectfully Submitted,

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

ADAM BAIN
Senior Trial Counsel

ADAM DINNELL
JONATHAN WALDRON
Trial Attorneys

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No: (202) 616-4223
E-mail: Henry.Miller@USDOJ.Gov

Attorneys for the United States of America

### CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)