UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 SECTION N-5 JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

AGE, et al. v. GULFSTREAM COACH, INC., et al. [Case No. 09-2892]
BELL, et al. v. KEYSTONE RV COMPANY, et al. [Case No. 09-2967]
CRAWFORD, et al. v. FLEETWOOD ENTERPRISES, INC., et al. [Case No. 09-2893]
WRIGHT, et al. v. FOREST RIVER, INC., et al. [Case No. 09-2977]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO STRIKE JURY TRIAL REQUEST

The United States of America hereby moves to strike the jury demand against it in the four bellwether cases, captioned above, and requests that a jury not be involved in any manner in determining its liability. The Plaintiffs in each of these cases have made a jury demand. *See* Age (Alexander) Complaint at 32 [Case No. 09-2892]; Bell Complaint at 31 [Case No. 09-2967]; Crawford (Jenkins) Complaint at 32 [Case No. 09-2893]; Wright Complaint at 31 [Case No. 09-2977]. In support of this motion, the United States has submitted a memorandum of law on this date.

Dated: May 4, 2009

Respectfully Submitted,

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

        HENRY T. MILLER
        Senior Trial Counsel

        ADAM DINNELL
        MICHELLE BOYLE
        JONATHAN WALDRON
        Trial Attorneys

        <u>//S// Adam Bain</u>

        ADAM BAIN (IN Bar No.11134-49)
        Senior Trial Counsel
        United States Department of Justice
        Civil Division – Torts Branch
        P.O. Box 340, Ben Franklin Station
        Washington, D.C. 20044
        Telephone No:  (202) 616-4209
        E-mail:  adam.bain@usdoj.gov

        Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS

## CERTIFICATE OF SERVICE

    I hereby certify that on May 4, 2009, the foregoing Motion to Strike Jury Trial Request, Notice of Hearing, and Supporting Memorandum were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                    //S// Adam Bain
                                    Adam Bain (IN Bar No. 11134-49)