UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
| FORMALDEHYDE * | | |
| PRODUCTS LIABILITY * | | |
| LITIGATION * | | SECTION:  N(5) |
| * | | |
| This Document Relates to: * | | JUDGE: ENGELHARDT |
| *All Cases* * | | |
| * | | |
| * | | MAG: CHASEZ |

****************************************************************************

## Fleetwood's Rule 12(b)(6) Motion to Dismiss All Manufactured Housing Claims Based on Federal Preemption

**May It Please The Court:**

Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, Inc. and Fleetwood Homes of Georgia, Inc. ("Fleetwood") adopt and join the Manufactured Housing Defendants Rule 12(b)(6) motion to dismiss based on federal preemption [Rec. Doc. 1192]. Fleetwood incorporates the Manufactured Housing Defendants' motion [Rec. Doc. 1192], memorandum of law [Rec. Doc. 1192-2], and their reply brief [Rec. Doc. 1333]. The Manufactured Housing Defendants filed this motion while Fleetwood's bankruptcy filing had stayed this case. Because the stay has now been lifted, Fleetwood hereby adopts and joins that motion.

For the reasons expressed by the Manufacturing Housing Defendants and in the accompanying memorandum of law, Plaintiffs who have allegedly resided in a manufactured home that was manufactured by Fleetwood or one of its subsidiaries have failed to state claims upon which relief can be granted against Fleetwood.  As a result, those claims should be dismissed as a matter of law.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/Amanda W. Vonderhaar
_____
Jerry L. Saporito (#11717)
Amanda W. Vonderhaar (#31350)
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com


-AND-

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Richard K. Hines, V (GA #356300)
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Counsel for Fleetwood Enterprises, Inc.

**C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery               ( )    Prepaid U.S. Mail

( )    Facsimile                     ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 4th day of May, 2009.

                                            s/Amanda W. Vonderhaar

                                            **AMANDA W. VONDERHAAR**