UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *All Cases* | * | |
| | * | |
| | * | MAG: CHASEZ |

******************************************************************************

## Fleetwood's Rule 12(b)(6) Memorandum in Support of its
## Motion to Dismiss All Manufactured Housing Claims Based on Federal Preemption

**May It Please The Court:**

Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, Inc. and Fleetwood Homes of Georgia, Inc. ("Fleetwood") have adopted and join the Manufactured Housing Defendants Rule 12(b)(6) motion to dismiss based on federal preemption [Rec. Doc. 1192]. The Manufactured Housing Defendants filed this motion while Fleetwood's bankruptcy filing had stayed this case. Because the stay has now been lifted, Fleetwood hereby adopts and joins that motion.

Fleetwood, through its subsidiaries, has manufactured HUD-regulated manufactured housing since the inception of the HUD regulations, first announced in 1975, including the formaldehyde regulations announced in 1984 and implemented in 1985. By way of business practice, but not regulation, it has—since the mid-1980s—utilized only HUD-compliant wood products and provided the substance of the HUD warnings in all of its travel trailers. For purposes of the present motion, Fleetwood is limiting its motion to dismiss to Plaintiffs' claims regarding exposure to formaldehyde-containing wood products in manufactured housing;

Fleetwood is not seeking to extend this motion to claims regarding such exposure in travel trailers. Fleetwood adopts and incorporates the Manufactured Housing Defendants' memorandum in support of their Rule 12(b)(6) motion to dismiss based on federal preemption [Rec. Doc. 1192-2] and the Manufactured Housing Defendants' reply memorandum [Rec. Doc. 1333].

For the reasons expressed by the Manufacturing Housing Defendants, Plaintiffs who have allegedly resided in a manufactured home that was manufactured by Fleetwood or one of its subsidiaries have failed to state claims upon which relief can be granted against Fleetwood. As a result, those claims should be dismissed as a matter of law.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/Amanda W. Vonderhaar

_____
Jerry L. Saporito (#11717)
Amanda W. Vonderhaar (#31350)
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

-AND-

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Richard K. Hines, V (GA #356300)
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Counsel for Fleetwood Enterprises, Inc.

## <u>C E R T I F I C A T E OF SERVICE</u>

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                       ( )    Prepaid U.S. Mail

( )    Facsimile                               ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 4th day of May, 2009.

                                                     s/Amanda W. Vonderhaar

                                                     **AMANDA W. VONDERHAAR**