UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *All Cases* | * | |
| | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, on the 20TH day of May, 2009 at 9:30 a.m., Defendants Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, Inc. and Fleetwood Homes of Georgia, Inc.'s Rule 12(b)(6) Motion to Dismiss All Manufactured Housing Claims is set for hearing before the Honorable Kurt Engelhardt, United States District Judge, United States District Court for the Eastern District of Louisiana, 500 Camp Street, New Orleans, Louisiana.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

s/ Amanda W. Vonderhaar
_____
Jerry L. Saporito (#11717)
Amanda W. Vonderhaar (#31350)
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
avonderhaar@leakeandersson.com

-AND-

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**
Richard K. Hines, V (GA #356300)
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)
richard.hines@nelsonmullins.com

Counsel for Fleetwood Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery            ( )  Prepaid U.S. Mail

( )  Facsimile                ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana, this 4th day of May, 2009.

s/Amanda W. Vonderhaar

**AMANDA W. VONDERHAAR**

3