IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Dang et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 08-4161 | MDL NO. 07-1873<br><br><br><br>SECTION: N (4) |

**Plaintiffs' Consent Motion for Leave to File First Supplemental and Amending Complaint and Incorporated Memorandum in Support**

Pursuant to Federal Rule of Civil Procedure 15(a) and this Court's Pre Trial Order No. 36 (Rec. Doc. 1386), Plaintiffs, Dang Trang et al, move the Court for leave to amend their complaint to add the United States of America through the Federal Emergency Management Agency (FEMA) and Fluor Enterprises, Inc. as defendants.

On July 22, 2008, when Plaintiffs filed their petition, their claims for injury and death under the Federal Tort Claims Act, set forth in Standard Form 95 (SF95 forms), had not yet been rejected in writing, nor had six months passed following the submission of the forms. The SF95 forms were only received by FEMA on July 18, 2008. Thus suit against FEMA was not yet timely as of July 22, 2008. *See* 28 U.S.C. § 2675(a). More than six months have now passed since the submission of the SF95 forms without response from FEMA. Thus, pursuant to 28 U.S.C. § 2675(a), Plaintiffs

1

deem FEMA's silence to be a final denial of their claims. Their suit against FEMA is now timely.

At the time of filing Plaintiffs did not know the identity of the independent contractor that installed their travel trailer. FEMA has now provided that information, allowing the addition of Fluor Enterprises, Inc.

To the undersigned's knowledge, no pleadings have been filed that are directly responsive to Plaintiffs' petition. It would seem then that Plaintiff's amendment should be allowed as a matter of course under FRCP 15(a)(1)(A). However, because there has been such extensive motion practice in the MDL, and the Court is actively controlling the filing of pleadings through its numerous case management orders, the undersigned seeks leave of Court. Counsel for Gulf Stream Coach, Inc. has been contacted and consents to this motion and the relief requested.

Respectfully submitted this the 5th day of May, 2009,

**WALTZER & ASSOCIATES**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & ASSOCIATES
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112