IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Dang et al v. Gulf Stream Coach, Inc., et al*<br>Civil Action No. 08-4161 | SECTION: N (4) |

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that Plaintiffs' Consent Motion for Leave to File First Supplemental and

Amending Complaint is hereby **GRANTED**.

New Orleans, Louisiana, this the          day of May, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**