UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On May 5, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Jerry Meunier, Andy Weinstock, Joe Glass, Dave Kurtz, Karen Whitfield, Adam Dinnell, and Henry Miller.  A juror questionnaire was discussed.  During the conference, the Court **ORDERED** as follows:

(1) The FEMA Lottie, Louisiana Storage Facility shall remain open on **Wednesday, May 6, 2009 until 7:30 p.m.** so as to provide access to those individuals involved in the testing of the Gulf Stream Coach EHU.

(2) **On or before Friday, May 15, 2009**, all active, non-bankrupt defendants (including those currently proceeding on a non-litigation track)[1] shall submit to the Duplass, Zwain Trust Account $330 to pay for the cost of the Court-approved notice in

---

[1] According to defense liaison's calculations, there are 51 of these entities.

newspapers.[2]  The amount owed by each Defendant will increase by 50 percent for every business day after May 15, 2009 that this amount goes unpaid.

New Orleans, Louisiana, this 5th day of May, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

---

[2] The total cost of the advertisement is $33,708.13 with a pro-rata share of $11,236.04 to be split amongst the PSC, the Defendants, and the Govt.  However, because the Government cannot pre-pay its pro-rata share, the Government's share is to be initially split by the PSC and the Defendants.