IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | MDL NO. 07-1873<br><br><br><br>SECTION: N (4) |

**Plaintiffs' Ex Parte Motion to Enroll Additional Counsel**

Pursuant to Local Rule 83.2.12, Plaintiffs, Steven Huckabee et al, move the Court to enroll as additional counsel on their behalf:

> Joel Waltzer (LA Bar # 19268)
> WALTZER & ASSOCIATES
> 3715 Westbank Expressway, Ste 13
> Harvey, LA 70058
> joel@waltzerlaw.com
> Tel: (504) 340-6300
> Fax: (504) 340-6330

and

> Clay Garside (LA Bar # 29873)
> WALTZER & ASSOCIATES
> 14399 Chef Menteur Highway, Ste D
> New Orleans, LA 70129
> clay@waltzerlaw.com
> Tele:   (504) 254-4400
> Fax:    (504) 254-1112

2

Respectfully submitted this 6th day of May, 2009.

                                       **WALTZER & ASSOCIATES**

                                       *s/ Robert Wiygul* _____
Robert B. Wiygul (LA # 17411)
1011 Iberville Drive
Ocean Springs, MS 39564
Tel:  (228) 872-1125
Fax:  (228) 872-1128
robert@waltzerlaw.com