UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the telephone conference, currently set for Thursday, May 7, 2009 at 10:00 a.m. to discuss the juror questionnaire is **CONTINUED** to **Tuesday, May 12, 2009 at 10:00 a.m.** Mr. Weinstock shall initiate the conference call by either: (a) getting all participating counsel on the telephone and then calling the Court, or (b) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 7th day of May, 2009.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**