OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA  70130

Date: May 7, 2009

Trang Dang, et al.

vs.

Gulf Stream Coach, Inc. et al

Case No. 08-4161    Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) USA, through US Attorney 500 Poydras, Room B210
   (address) New Orleans, LA 70130.

2. (name) USA, through Attorney General, 950 Pennsylvania Ave, NW
   (address) Washington, D.C. 20530

3. (name) Fluor Enterprises, Inc. through Corporation Service Company
   (address) 320 Somerulos Street, Baton Rouge LA 70802-6129

4. (name) _____
   (address) _____

Very truly yours,

_____ #29873
"Signature"

Attorney for Plaintiffs
Address 14399 Chef Menteur Hwy, Ste D
         N.O. LA 70129

___ Fee
✓ Process (a,b,c)
X Dk'd
___ CtRmDep
___ Doc. No.