IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>          FORMALDEHYDE PRODUCTS<br>          LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-04095 | SECTION: N (4) |

## ORDER

Considering the foregoing,

**IT IS ORDERED** that Plaintiffs' Ex Parte Motion to Enroll Additional Counsel is **GRANTED**.

New Orleans, Louisiana, this the   7th   day of May, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

1