UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the telephone conference, currently set for Tuesday, May 12, 2009 at 10:00 a.m. to discuss the juror questionnaire is **CONTINUED** to **Tuesday, May 19, 2009 at 9:30 a.m.** Mr. Weinstock shall initiate the conference call by either: (a) getting all participating counsel on the telephone and then calling the Court, or (b) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 11th day of May, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**