UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                     SECTION "N" (4)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On May 8, 2008, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Gerald Meunier, Justin Woods, Andrew Weinstock, Linda J. Nelson, Matt Moreland, Ernest Gieger, Richard Hines, Tim Scandurro, Frank D'Amico, Jr., Jerry Saporito, Jim Percy, Stewart Tharp, Henry Miller, Joe Glass, Mikal Watts, Gerry Barrios, Dave Kurtz, Adam Dinnell, John J. Hainkel, Charles Penot, and Tony Buzbee. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)     For the first bellwether trial, which is against Defendant Gulf Stream Coach, Inc., a detailed testing protocol shall be delivered to opposing counsel at least **21** days prior to the commencement of any expert testing.

(2)     As for any of the other bellwether trials (aside from the first bellwether trial against Gulf Stream Coach, Inc.), a detailed testing protocol shall be



delivered to opposing counsel at least **30** days prior to the commencement of any expert testing.

(3) **On or before Friday, May 15, 2009**, the Government and Fluor Enterprises, Inc. shall respond to the nominations made by the PSC and Recreation by Design relating to a bellwether plaintiff for the fifth bellwether trial.

(4) On **Friday, June 26, 2009 at 8:45 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for the Government.

(5) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, June 26, 2009 at 10:00 a.m.**

New Orleans, Louisiana, this 8th day of May, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE