PTO Received: _____

Trial Set: _____
    Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

**FEMA**   Magistrate: _____
DEFENDANT(S)

**General Conference**

*********************************************

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **5-8-09**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Raúl R. Bencomo | Bencomo & Associates | PSC |
| Adam Dinnell | DOJ | USA |
| Henry Miller | DOJ | USA |
| Linda Nelson | Lambert & Nelson | PSC |
| Jerry Saporito | Leake & Andersson | Fleetwood |
| Justin Woods | Gainsburgh | PSC |
| Gerald Meunier | Gainsburgh | PSC |
| Doug S/bu (?) | M_ | Status _____ |
| M₂H Moreland | Becnel | PSC |
| Tony Buzbee | Buzbee | PSC |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____ PLAINTIFF(S)

versus **Fema**

_____ DEFENDANT(S)    Magistrate: _____

## General Conference

*************************************

CONFERENCE: _____ PRE-TRIAL   ✓ STATUS   _____ SETTLEMENT

DATE: **5-8-09**    TIME: **10am**

### PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Rose Hurder | Hawkins, Stracener + Gibson | π's |
| Edward Gibson | " | π's |
| Cynthia Wallace | PSC | π's |
| Courtney Hymel | PSC | π's |
| Delbert Miller | KZRV | KZRV |
| Amy Yenari | Harral & Reed | π's |
| Michael Watson | Woodfill & Pressler | π's |
| Jimmy Courtenay | DKS | Townhomes |
| Chrissie L. Herrera | Hurricane Legal Center | π's |
| Charles Penot | Middleberg | Fluor |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

**FEMA**

Magistrate: _____

_____
DEFENDANT(S)

## General Conference

************************************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **5-8-09**          TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Lamont P. Domingue | Voorhies & Labbe | Redman Homes, et al |
| Sassoon Sales | Hurricane Legal | Potential Plaintiffs |
| Brent Maggio | Allen & Gooch | Heartland |
| Joe Rausch | Jim S Hall | Plaintiffs |
| Andrea Henningsen | | |
| Kati Weaver | Fowler Rodriguez Valdes-Fauli | Defendants |
| John McAuliffe | CACI | Def |
| Chris Pinedo | Chris Pinedo | Plaintiffs |
| Aaron Ahlquist | Frank D'Amico | π's |
| Denny Reich | Reich + Binstock | π's |

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

**FEMA**
DEFENDANT(S)

Magistrate: _____

**General Conference**

*********************************************

CONFERENCE: ___ PRE-TRIAL ___ ✓ STATUS ___ SETTLEMENT

DATE: **5-8-09**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Walter Jansen | Kraft Gatz | Silver Creek |
| Jack C Bressman Jr | Kraft Gatz | " " |
| Tom Cougill | W,F&C | Jayco & Starcraft |
| Tara Gilbreath | Gainsben | TTS |
| Carroll Lanassa | Gainsben | TTS |
| David Carr | Buzbee | |
| Dewey Scandurro | Scandurro & Layrisson | Gulf Stream Coach |
| Randall Mulcahy | Garrison Yount et Al | Recreation By Design LLC, TC Industries Inc, Frontier RV Inc - Playmor Trailers Inc |
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton Homes |
| Clay Garside | Waltzer + Assoc. | TL Trang Pham Huckabee |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

# FeMA

Magistrate: _____

_____
DEFENDANT(S)

## General Conference

*************************************

CONFERENCE: ___ PRE-TRIAL   ✓ STATUS   ___ SETTLEMENT

DATE: 5-8-09       TIME: 10 AM

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| David Bach | Hailey McNamara | Dak Geek Harris |
| James Scott Daniels | Buzbee Law Firm | Plaintiffs |
| Josh Keller | Deutsch, Kerrigan Stiles | Destiny, Lexington Townhomes |
| Kelly Bryan | Gainsmore & Reinhardt | Insurer |
| Denise Martin | Gainsburgh | TLs |
| Lawrence Cendola | Hurricane Legal Ktr | |
| Carson Strickland | Gieger Laborde | Forest River |
| Paul Lee | Kaplan Lee LLP and Hurricane Legal Center | |
| Gerry Barrios | Baker Donelson | CH2M Hill Constructors, Inc. |
| Dennis Reich | Reich and Binstock | TLs |
| Rose Hunter | Hawkins Stracener & Gibson | TLs |

PTO Received: _____

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

**FEMA**   Magistrate: _____
DEFENDANT(S)

**General Conference**
*********************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **5-8-09**   TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Amanda Vanderhoew | Leake & Anderson | Fleetwood |
| Mikal Watts | Watts Guerra Craft | P/Ks/plt |
| John Hainkel | Frilot | Bechtel National |
| Jim Perry | Jones Walker | Keystone et al |
| Ernie Gieger | Gieger Laborde | Forest River |
| Frank D'Amico | SAME | PSC |
| Edward Gibson | Hawkins, Stracener & Gibson | MS Plaintiffs |
| Camille How | CACI | CACI |
| Daniel E. Becnel | Becnellaw | TPA |
| Cathy Johnson Reed | Doley Johnson Reed | Plaintiff |