

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 MAY -8 PM 3: 26

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO ALL CASES | * | |
| | * | MAG. JUDGE CHASEZ |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT REPORT NO. 10 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC") subject to a full reservation of rights and defenses, and U.S. Government Counsel ("GC") respectfully submit this Joint Report No. 10.

I.    **REPORT OF CLAIMS AND CASE INVENTORY:**

PLC and MDLC report that a total of 123 actions now have been filed, or transferred into, this MDL.  PLC and MDLC are unaware of any other actions filed in other districts that currently are awaiting transfer into the MDL. The following complaints were filed since the last Joint Report:

**LOUISIANA:**

*Charles Bagneris, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-02888, filed February 27, 2009.

*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-02892, filed March 3, 2009.

*Selina M. Brouilette, et al v. United States of America*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03200, filed April 1, 2009.

*Vicki Bickham, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03205, filed April 1, 2009.

*Loreal Brench, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03249, filed April 8, 2009.

*Jose Sampson, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03250, filed April 8, 2009.

*Earline Castanel, v. Recreation by Design, LLC, et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03251, filed April 8, 2009.

*Linda Bosarge, et al v. Dutchmen Manufacturing, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03252, filed April 8, 2009.

*Glen Andrews, et al v. Monaco Coach Corporation, et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03253, filed April 8, 2009.

*Shantell Blouin, et al v. Coachmen Recreational Vehicle Company of Georgia, et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03254, filed April 8, 2009.

*Brea Anderson, et al v. Forest River, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03255, filed April 8, 2009.

*Barbara Duncan, et al v. Thor California, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03304, filed April 16, 2009.

*Isaac Thornton, et al v. Forest River, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03305, filed April 16, 2009.

*Barbara Jacques, et al v. DS Corp. d/b/a Crossroads RV, et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03306, filed April 16, 2009.

*Tracey Page, et al v. R-Vision, Inc., et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03307, filed April 16, 2009.

*Lola R. Bass, et al v. Recreation by Design, LLC, et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03315, filed April 17, 2009.

*Elray Clark, et al v. Keystone RV Company, et al*, filed in the United States District Court for the Eastern District of Louisiana, Docket No. 09-03374, filed April 27, 2009.

*Paul Fountain, et al v. United States of America, et al*, filed in the United States District Court for the Western District of Louisiana, Docket No. 09-00466, filed on March 23, 2009.

*William Barker, et al v. Forest River, Inc., et al*, filed in the United States District Court for the Middle District of Louisiana, Docket No. 09-0205, filed on April 9, 2009.

*Jack Carrier, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Middle District of Louisiana, Docket No. 09-0201, filed on April 9, 2009.

*Gladys Dukes, et al v. Forest River, Inc., et al*, filed in the United States District Court for the Middle District of Louisiana, Docket No. 09-0211, filed on April 13, 2009.

*Sherna Lumar, et al. v. Jayco Enterprises, Inc., et al,* filed on April 9, 2009 in the United States District Court for the Middle District of Louisiana, Docket No. 09-201.

*Barbara Anderson v. Forest River, Inc., et al,* filed on April 9, 2009 in the United States District Court for the Middle District of Louisiana, Docket No. 09-203.

*Ernesto Cinco et, al v. Gulf Stream et, al,* filed on April 9, 2009 in the United States District Court for the Middle District of Louisiana, Docket No. 09-206.

*Ernestine Saul et, al v. Keystone RV Company et, al*, filed on April 9, 2009 in the United States District Court for the Middle District of Louisiana, Docket No. 09-210.

**MISSISSIPPI:**

*Donna Flynn v. United States of America, et al*, filed in the United States District Court for the Southern District of Mississippi, Docket No. 09-257, filed April, 8, 2009.

*Anthony Bartel, et al v. Gulf Stream Coach, Inc., et al*, filed in the United States District Court for the Southern District of Mississippi, Docket No. 09-281, filed on April 29, 2009.

*Leslie Kujawa, et al v. Keystone RV Company, et al*, filed in the United States District Court for the Southern District of Mississippi, Docket No. 09-282, filed on April 29, 2009.

## II. PLAINTIFF FACT SHEETS (PFS)

The PSC still operates a central claims office located at 4731 Canal Street, New Orleans, Louisiana. PLC advises that it has delivered 4164 completed PFS to the Defendants to date.

The PSC to date has cured 1301 deficiencies cited by Defendants pursuant to PreTrial Order No. 2 (Doc No. 87). Pre-Trial Order No. 32 (Rec Doc. 1180) was entered on March 18, 2009 amending specific instructions and deadlines as found in Pre-Trial Order No. 2 (Rec. Doc. 87).

## III. MOTION PRACTICE

The following Motions are pending:

| | |
|---|---|
| Doc. No. 1192 | Manufactured Housing Defendants' Joint Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption |
| Docket No. 1324 | CH2M HILL Constructors, Inc.'s and Shaw Environmental, Inc.'s Motion to Dismiss in the *Aldridge* matter |
| Docket No. 1388 | Gulf Stream Coach, Inc.'s Motion for Protective Order Regarding Re-Testing of Plaintiffs' Emergency Housing Unit |

| Docket No. 1396 | Fleetwood Enterprises, Inc.'s Motion for Protective Order Regarding Re-Testing of Plaintiffs' Temporary Housing Unit |
| Docket No. 1400 | United States of America's Motion to Strike Jury Trial Request |
| Docket No. 1401 | Fleetwood Enterprises, Inc.'s Motion to Dismiss All Manufactured Housing Claims |

## IV.   MOBILE HOUSING UNIT MANUFACTURERS SEPARATE "TRACK"

The PSC and the Non-Litigation Track defendants consistent with Pre Trial Order No. 24 (Doc. No. 2002) are on Non-Litigation Track and have submitted reports regarding efforts made by the parties to determine whether an amicable resolution of the claims is possible.

## V.   MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

PSC has issued written discovery that requests that the United States provide Plaintiffs with the vehicle identification number of the emergency housing units ("EHUs") that were issued to them by FEMA. PLC has instructed all Plaintiffs' counsel that to have their clients matched, the request for matching should: (1) be submitted in groups of approximately 500 claimants (or a lesser amount if the plaintiff counsel represents less than 500 persons); (2) include a list containing necessary search information in an Excel and PDF spreadsheet format; and (3) for each family of occupants, provide only the name of the head of household or adult family members – no children or other minors should be included. Information that the Plaintiffs' counsel should provide to the United States is the claimant's (a) full name; (b) FEMA ID Number; (c) social security number; (d) date of birth; (e) and address/State where EHU was installed. To extent Plaintiffs are aware of the bar code number assigned to their issued unit, that information should also be provided to FEMA.

The United States has completed and provided responses to PLC's matching requests.
The PLC continues to provide amendments to the initial request for matching as received
from plaintiff counsel.

## VI.  BELLWETHER TRIALS

A.  The scheduled dates for the four trials are as follows:

1.  September 14, 2009 (Doc. No. 1145-2);

2.  October 26, 2009 (Doc. No. 1145-3);

3.  December 7, 2009 (Doc. No. 1145-4); and

4.  January 11, 2010 (Doc. No. 1145-5).

B.  The four Bellwether cases are as follows:

1.  *Alan Alexander and Christopher Cooper v. Gulf Stream Coach, Inc.*, Fluor
and FEMA is scheduled for September 14, 2009.

2.  *Shalaihn Jenkins and Craig Jenkins, Sr. o/b/o Craig Jenkins, Jr. v.
Fleetwood, Fluor and FEMA* is scheduled for October 26, 2009.

3.  *Lyndon Wright v. Forest River, Shaw and FEMA* is scheduled for
December 7, 2009.

4.  *Diana Bell v. Keystone, Shaw and FEMA* is scheduled for January 11,
2010.

C.  The PSC will file individual amending complaints for each of the four Bellwether
cases in the near future.

D.  A fifth Bellwether trial against Recreation by Design will be scheduled for late
March or early April 2010.  The PSC and Recreation by Design will make their
nominations for a Bellwether plaintiff by May 8, 2009.

## VII.  RECENT BANKRUPTCY ISSUES

A.    Defendant Fleetwood Enterprises, Inc. filed a Chapter 11 bankruptcy proceeding on March 10, 2009 in the United States District Court for the Central District of California. *See* Rec. Doc. No. 1167 (Notice of Bankruptcy Filing by Fleetwood International, Inc.).  On April 21, 2009, the bankruptcy court lifted the automatic stay permitting the second Bellwether trial, set for October 26, 2009 to proceed. *(Attached is the order from the United States Bankruptcy Court for the Central District of California Riverside Division)*

## VIII.  MASTER DISCOVERY

A.    General Discovery

1.    PSC has served master discovery on Gulf Stream, Fleetwood, Forest River and Keystone.  The written responses and document production are due shortly.  The parties are working on the approach to handling electronic discovery.

2.    PSC has served written discovery on the United States.  The written responses and document production are due on May 11, 2009.

3.    PSC has served written discovery on some of the Bellwether IA/TAC contractors.

B.    Insurance Discovery

Primarily through 30(b)(6) depositions, the PSC will conduct discovery of the defendants' relevant information concerning insurance coverage for the matters at issue in this litigation.  The PSC contemplates that such discovery will proceed as a separate "Insurance Coverage Discovery Track" simultaneously with the General Discovery Track.

7

C.   Defendants' Discovery

    1.   The four manufacturers have issued written discovery requests to the Bellwether plaintiffs.

## IX.   NOTICE OF PUBLICATION

Pursuant to the Court's Order (Doc. No. 1190), the parties (PSC, Manufacturing Defendants and Government) will place a notice to the residents in the following publications:

Galveston County Daily News, Galveston, TX

Houston Chronicle, Houston, TX

The Advocate, Baton Rouge, LA

Times-Picayune, New Orleans, LA

Daily Advertiser, Lafayette, LA

American Press, Lake Charles, LA

The Sun Herald, Gulfport, MS

Press-Register, Mobile, AL

## X.   MISCELLANEOUS

The Liaison Counsel has circulated a draft Jury Questionnaire Form, and the United States, has provided Liaison Counsel with comments and input regarding the draft.

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471
      **PLAINTIFFS' CO-LIAISON COUNSEL**
      Gainsburgh, Benjamin, David, Meunier &
      Warshauer, L.L.C.
      2800 Energy Centre, 1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone:   504/522-2304
      Facsimile:   504/528-9973
      gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone:     504/832-3700
Facsimile:     504/837-3119
andreww@duplass.com


s/ Henry T. Miller
HENRY T. MILLER
Senior Trial Counsel
ADAM M. DINNELL
JONATHAN WALDRON
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF
AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone:     202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov
Jonathan.Waldron@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170
Telephone:  566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

PRF13864-1

1  CRAIG H. MILLET, SBN 106027, CMillet@gibsondunn.com
   SOLMAZ KRAUS, SBN 223117, SKraus@gibsondunn.com
2  GIBSON, DUNN & CRUTCHER LLP
   3161 Michelson Drive
3  Irvine, California 92612-4412
   Telephone: (949) 451-3800
4  Facsimile: (949) 451-4220

5  Proposed Attorneys for
   Debtors and Debtors in Possession

6

7

```
┌─────────────────────────────────┐
│ FILED & ENTERED                 │
│                                 │
│       APR 24 2009               │
│                                 │
│ CLERK U.S. BANKRUPTCY COURT     │
│ Central District of California  │
│ BY gooch    DEPUTY CLERK        │
└─────────────────────────────────┘
```

8                    UNITED STATES BANKRUPTCY COURT

9               FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                         RIVERSIDE DIVISION

11

12  In re                              CASE NO. 09-14254-MJ

13  FLEETWOOD ENTERPRISES, INC., et al.,   Chapter 11

14          Debtors.                    [Jointly Administered]

15                                      **ORDER GRANTING RELIEF FROM
                                        AUTOMATIC STAY AS TO FEMA**
16                                      **LITIGATION**

17                                      **Hearing:**
                                        Date:    April 21, 2009
18                                      Time:    1:30 p.m.
                                        Place:   Courtroom 302
19                                               3420 Twelfth Street
                                                 Riverside, CA 92501
20                                      Judge:   Honorable Meredith A. Jury

21

22          Upon consideration of the motion (the "Motion") of Fleetwood Enterprises, Inc., and its

23  affiliated debtor entities, as debtors and debtors in possession in the above-captioned jointly

24  administered chapter 11 cases (collectively, the "Debtors" or "Fleetwood"), pursuant to Section 362

25  of the Bankruptcy Code, for an order granting relief from the automatic stay so that they may proceed

26  with the bellwether trial in the FEMA Litigation currently scheduled for October 26, 2009; and upon

27  consideration of the Motion, the Declaration of Richard K. Hines, the supporting papers and the files

28  and records in these cases, and upon the arguments and testimony presented at a hearing before the

Court (the "Hearing"); and any objections to the Motion having been withdrawn or overruled on the

merits; and the Court having jurisdiction to consider the Motion and the relief requested therein in

accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested

therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this

Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been

provided; and it appearing that no other or further notice need be provided; and the Court having

determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors

and all parties in interest; and the Court having determined that the legal and factual bases set forth in

the Motion establish just cause for the relief granted herein; and upon all of the proceedings had

before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted in its entirety.

2.      The automatic stay that has been in place since March 10, 2009, ("the Petition Date"),

is lifted forthwith for the limited purpose of allowing the specific Debtors who are defendants in the

consolidated proceeding that is currently pending before the United States District Court for the

Eastern District of Louisiana, entitled *In Re: FEMA Trailer Formaldehyde Product Liability*

*Litigation*, United States District Court for the Eastern District of Louisiana, New Orleans Division,

MDL No. 1873, Section N(4) ("the FEMA Litigation"), to participate in the bellwether trial currently

scheduled for October 26, 2009 ("Bellwether Trial").

3.      The Debtors are permitted to take all actions necessary to prosecute the defense of the

claims asserted against the Debtors and their estates to be tried in the Bellwether Trial and the

Bellwether Trial may proceed pursuant to the orders and rulings of the presiding court in the FEMA

Litigation.

4.      Without waiving the requirements or application of 11 U.S.C. Sections 501 and 502

and Rules 3001-3003 of the Federal Rules of Bankruptcy Procedure, to the extent of newly filed

lawsuits, if any, the Debtors are permitted to assert "preservation of defenses" as provided in case

management orders entered in the FEMA Litigation, provided that those actions are consolidated into

the FEMA Litigation and then be stayed as provided in the case management orders entered in the FEMA Litigation.

5.   Without waiving the requirements or application of 11 U.S.C. Sections 501 and 502 and Rules 3001-3003 of the Federal Rules of Bankruptcy Procedure, to the extent of any newly filed Plaintiff Fact Sheets, if any, filed in conjunction with newly filed lawsuits or separately, the Debtors are permitted to respond with a "deficiency letter" as appropriate and as provided in case management orders entered in the FEMA Litigation.

6.   Nothing in this Order shall relieve any creditor, claimant or any other party that may hold a claim against the Debtors' estate from the requirement that, to the extent required by the Bankruptcy Code and Federal Rules of Bankruptcy Procedure, the claimant file a timely proof of claim in these bankruptcy cases.

7.   Any claims liquidated through the FEMA Litigation shall solely be subject to disposition pursuant to the Bankruptcy Code as administered by this Court and any settlement or compromise of any claims in the FEMA Litigation shall be approved by this Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure.

8.   All incurred but unpaid prepetition and postpetition defense costs, expenses or fees covered under the "Pollution Legal Liability Select Policy" issued by American International Specialty Lines Insurance Company (an affiliate of AIG), which names the Debtors and Fleetwood Canada Ltd. as insureds (the "AISLIC Policy") and which covers claims asserted in the FEMA Litigation and costs incurred in connection with the defense of the FEMA Litigation, shall be paid forthwith and all defense costs, expenses or fees incurred going forward shall be paid in the ordinary course as they are incurred as provided in the AISLIC Policy.

9.   The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

3

10.     The provisions of Rules 4001(a)(3) and 6004(h) of the Federal Rules of Bankruptcy Procedure are hereby waived and this order granting relief from stay shall become effective immediately upon entry.

###

100634105_2.DOC

DATED: April 24, 2009

_____
United States Bankruptcy Judge