MINUTE ENTRY
ENGELHARDT, J.
May 8, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

　　　　A status conference was conducted on Friday, May 8, 2009, at 8:45 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Anthony G. Buzbee, Linda J. Nelson, Mikal C. Watts, Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, John Stewart Tharp, Charles R. Penot, Jr., John J. Hainkel, M. David Kurtz, Gerardo R. Barrios, Henry T. Miller and Adam Dinnell.

JS10(1:15)