MINUTE ENTRY
ENGELHARDT, J.
May 8, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION
                                                                                                              SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

     A general status conference was conducted on Friday, May 8, 2009, at 10:00 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Anthony G. Buzbee, Linda J. Nelson, Mikal C. Watts, Ernest P. Gieger, Jr., Richard K. Hines, V, Timothy D. Scandurro, Jerry L. Saporito, James C. Percy, John Stewart Tharp, Charles R. Penot, Jr., John J. Hainkel, M. David Kurtz, Gerardo R. Barrios, Henry T. Miller and Adam Dinnell.

     A complete list of attendees is attached as a supplement to the Court's May 8, 2009 Order (Rec. Doc. No. 1457).

JS10(0:65)