AO 399 (03/08) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Loreal Brench, et, al<br>Plaintiff<br>v.<br>Gulf Stream Coach, Inc., CH2M Hill Constructors, Inc., and United States of America through the Federal Emergency Management Agency<br>Defendant | )<br>)<br>)   Civil Action No.   09-3249<br>)<br>)<br>)<br>) |

## Waiver of the Service of Summons

To: __Justin I Woods O/B/O Loreal Brench__
   *(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with ~~a copy of the complaint,~~ *GRB* e ~~two~~ one copies of this waiver form, ~~and a prepaid means of returning one signed copy of the form to you.~~ e

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____April 27, 2009_____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date __4/30/09__

Gerard R. Barrios — Counsel for CH2M Hill Constructors, Inc.
Signature of the attorney or unrepresented party

Gerardo R. Barrios
Printed name

Baker Donelson
3 Sanctuary Blvd., Suite 201
Mandeville, LA 70471
Address

gbarrios@bakerdonelson.com
E-mail address

985.819.8400
Telephone number