UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                      MDL NO 1873
FORMALDEHYDE
PRODUCT  LIABILITY LITIGATION                   SECTION "N-4"

                                                             JUDGE ENGELHARDT
                                                             MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED
TO ALL CASES


## SUPPLEMENTAL AFFIDAVIT OF MICHAEL C. BOWIE

Michael C. Bowie, being duly sworn, does depose and say:

1.      I am Michael C. Bowie, and I am the Director of Claims for Ply-Gem, Inc., with my office at 433 N. Main Street in Rocky Mount, Virginia.

2.      This affidavit is to supplement a previous affidavit in this matter, which I executed November 13, 2008.

3.      No urea formaldehyde was used in the design, construction, or composition of residential vinyl windows manufactured by Patriot Manufacturing, Inc.

4.      None of the residential vinyl windows manufactured by Patriot Manufacturing, Inc. were ever supplied by Patriot Manufacturing, Inc. to any of the travel trailer or mobile housing manufacturers identified as the sources of emergency housing units furnished by FEMA to individuals displaced by Hurricanes Katrina and/or Rita.

5.      Patriot Manufacturing, Inc. never held itself out as the manufacturer of, or labeled as its own, any of the emergency housing units furnished by FEMA to individuals displaced by Hurricanes Katrina and/or Rita.


FURTHER, the Affiant says not.


This the ___ day of April, 2009.

By: _Michael C Bowie_

Michael C. Bowie, Director of Claims
Ply-Gem, Inc.

SWORN to and subscribed before me this the 30th day of April , 2009.

_Arlene Frances Hall_
Notary Public

_Franklin_ County, _____.

My Commission Expires: 11-30-09

[SEAL]
ARLENE FRANCES HALL
Notary Public
Commonwealth of Virginia
301411
My Commission Expires Nov 30, 2009

{Matter/Doc No: 08-0064 / 00055771.DOC}

ARLENE FRANCES HALL
Notary Public
Commonwealth of Virginia
301411
My Commission Expires Nov 30, 2009