(. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

Barbara Duncan, et al
Plaintiff
v.
Thor California, Inc. d/b/a Thor Manufacturing, Inc.,
Shaw Environmental, Inc., and United States of
America through the Federal Emergency
Management Agency
This case relates to MDL No. 07-1873
Defendant

)
)
) Civil Action No.
)
)
) **09-3304**
)
)

**Summons in a Civil Action**

**SECT. N MAG 5**

To: *(Defendant's name and address)*
Thor California, Inc., d/b/a Thor Manufacturing, Inc.
Through its agent for service of process
CT Corporation System
818 West Seventh Street
Los Angeles, California

A lawsuit has been filed against you.

Within ___20___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I Woods, Gaindburgh, Benjamin, David, Meunier & Warshauer, L.L.C. 2800 Energy Centre, 1100 Poydras St.
New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

DATE OF ENTRY
APR 17 2009

Date: _____

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) Certified Mail return receipt requested # 7008 0500 0001 9549 2075 Sent on 4/20/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: 5/15/09

Server's signature

Carroll Lavarsa   Paralegal
Printed name and title

**Gainsburgh, Benjamin, David Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800**

Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Rudy Rivera_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
R. UDY RIVERA   MAY 11 2009

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Ther Calif Inc d/b/a
Ther Manuf. Inc.
CT Corporation
818 West Seventh St
Los Angeles, CA.

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7008 0500 0001 9549 2075

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-3304