# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Margie Clark | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| Forest River, Inc., Shaw Environmental, Inc., and | ) | **09-2890** |
| United States of America through the Federal | ) | |
| Emergency Management Agency | ) | **SECT. N MAG. 5** |
| Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Forest River
Through its agent for service of process
J. Tichard Ransel
228 W. High Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Justin I. Woods, Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC.
2800 Energy Centre, 1100 Poydras St. New Orleans, LA. 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: MAR - 3 2009

C. Bonasteri
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) Certified Mail return receipt requested #7008 0500 0001 9500 0874
    Sent on 3/4/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: 5/15/09

_____
Server's signature

Carol Lavagn Paolegi
Printed name and title

Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800
Server's address