AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

RETURN

| | |
|---|---|
| JOHN GUILLORY, ET AL | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.  09-2891 "N" (5) |
| FLEETWOOD ENTERPRISES, INC. | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Fleetwood Enterprises, Inc.
3125 Myers Street
P.O. Box 7638
Riverside, CA 92503

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
Energy Centre,
1100 Poydras St., Suite 2800
New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:  March 25, 2009

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) Certified Mail, return receipt requested # 7008 0500 0001 9500 2731 Sent on 3/25/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___.

Date: 5/15/09

Server's signature

Caroll Lavossa   Paralegal
Printed name and title

Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

Server's address

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fleetwood Enterprises Inc.
   3125 Myers St.
   P.O. Box 7638
   Riverside, CA - 92503

2. Article Number
   (Transfer from service label)

   7008 0500 0001 9500 2731

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X _Lori D'Angelo_   ☐ Agent ☐ Addressee

B. Received by (Printed Name): Lori D'Angelo    C. Date of Delivery: 4-1-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800