AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | | |
|---|---|---|
| Brea Anderson, et, al. | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-3255** |
| Forest River, Inc. And CH2M Hill Constructors, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**



SECT. N MAG. 5

To: *(Defendant's name and address)*
Forest River
Through its agent for service of process
J. Tichard Ransel
228 W. High Street
Elkhart, IN 46516

A lawsuit has been filed against you.

Within ~~30~~ 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Justin I. Woods
> Gainsburgh, Benjamin, David
> Meunier & Warshauer, L.L.C.
> 2800 Energy Centre-1100 Poydras
> New Orleans, La. 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: APR - 9 2009

C. Bonura
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) Certified Mail return receipt requested # 7008 0500 0001 9549 1993 Sent on 4/10/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: 5/15/09

_____
Server's signature

Caroll Lanassa   Paralegal
Printed name and title

**Gainsburgh, Benjamin, David**
**Meunier & Warshauer, L.L.C.**
**2800 Energy Centre-1100 Poydras**
**New Orleans, La. 70163-28**
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River
J. Richard Ransel
228 W. High Street
Elkhart, IN 46516

2. Article Number
(Transfer from service label)

7008 0500 0001 9549 1993

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elle Hart    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)
Elle Hart

C. Date of Delivery
4/20/09

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-3255