AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Charlie Age | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 09-2853 |
| Gulf Stream Coach Inc., Flour Enterprises Inc., and | ) "N"(5) |
| United States of America through the Federal | ) |
| Emergency Management Agency | ) |
| Defendant | |

RETURN

### Summons in a Civil Action

To: *(Defendant's name and address)*
The United States of America
Through the Office of the US Attorney for the
Eastern District of Louisiana
James Letten, Unites States Attorney
500 Poydras St., Suite B2140
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
**Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: MAR - 3 2009

_C. Bonnes_
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) Certified mail return receipt # 7008 0500 0001 9500 0959
Sent on 3/4/09
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 5/14/09

Server's signature

Carol Lanasa   Paralegal
Printed name and title

Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

Server's address

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery
3/27/09

1. Article Addressed to:

The United States of America
Through the U.S. Atty for the
Eastern Distr. of LA.
James Letten, U.S. Atty.
500 Poydras St., Suite B2140
New Orleans, LA. 70130

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label)
7008 0500 0001 9500 0959

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

Age - 09-2892        Crawford - 09-2893
Bagneris - 09-2888   Doiron - 09-2889
Clark - 09-2890      Hart - 09-2887
                     Guillory - 09-2891

FEMA   Formaldehyde