UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| All Cases | * | JUDGE: ENGELHARDT |
| | * | |
| | * | |
| | * | MAG: CHASEZ |

**************************************************************************

**Withdrawal By Fleetwood Enterprises, Inc.  of its Joinder [Rec. Doc. No.  1401  ] in the Rule 12(b)(6) Motion to Dismiss All Manufactured Housing Claims Based on Federal Preemption [Rec. Doc. 1192]**

**May It Please The Court:**

Through undersigned counsel, comes Fleetwood Enterprises, Inc. ("Fleetwood"), and, because of concerns  raised by the Plaintiffs' Steering Committee and otherwise discussed by the Court at the status conference on May 8, 2009, withdraws without prejudice its joinder [Rec Doc. 1401] to Manufactured Housing Defendants Rule 12(b)(6) motion to dismiss based on federal preemption [Rec. Doc. 1192].  Fleetwood, although withdrawing voluntarily its joinder, in no wise waives the potential applicability that any ruling on the motion to dismiss based on federal preemption may have on the claims and defenses in the bellwether case.

Respectfully submitted:


 */s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH,
LLP
Atlantic Station
201 17th Street, NW,  Suite 1700

Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
Louisiana Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

2

## C E R T I F I C A T E OF SERVICE

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                 ( )     Prepaid U.S. Mail

( )     Facsimile                     ( )     Federal Express

(X)     CM/ECF

       New Orleans, Louisiana, this 15th day of May, 2009.

                                     */s/ Richard K. Hines, V*
                                       Richard K. Hines, V
                                       Georgia Bar No. 356300
                                       richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

3