AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | |
|---|---|
| Shantell Blouin, et, al | |
| Plaintiff | |
| v. | ) Civil Action No. |
| Coachmen Recreational Vehicle Company of | ) |
| Georgia, Shaw Environmental, Inc., and United | ) |
| States of America through the Federal Emergency | ) |
| Management Agency | ) |
| This case relates to MDL No. 07-1873 | ) |
| Defendant | |

**09-3254**

**SECT. N MAG. 5**

## Summons in a Civil Action

To: *(Defendant's name and address)*
   Honarable Michael Mukasey
   US Department of Justice
   950 Pennsylvania Ave., NW
   Washington, DC 20530

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

**Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800**

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: APR - 9 2009

C. Bomga

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency. or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* Certified Mail return receipt # 7008 0500 0001 9549 1955 Sent on
3/20/09 .
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00   .

Date: 5/14/09

Carol Lanassa Paralegal
Server's signature

Carroll Lanassa Paralegal
Printed name and title

Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**A. Signature**

X _____  ☐ Agent
                           ☐ Addressee

**B. Received by ( Printed Name )**   **C. Date of Delivery**

APR 28 2009

1. Article Addressed to:

USAG
Michael Mukasey
USDOJ
950 Pennsylvania Ave NW
Washington DC 20530-0001

**D. Is delivery address different from item 1?**   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service

7008 0500 0001 9549 1955

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800**

09-3254, 09-3252, 09-3251, 09-3253