UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER                                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                                SECTION "N-5"

                                                                                JUDGE ENGELHARDT
                                                                                MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PSC OBJECTIONS TO BELLWETHER TRIAL PLAINTIFF NOMINATIONS OF DEFENDANT RECREATION BY DESIGN, LLC

NOW INTO COURT, comes the Plaintiffs' Steering Committee (PSC) which objects to the nominations of bellwether trial plaintiffs by Defendant Recreation By Design, LLC, on the following grounds:

I.  **GENERAL OBJECTIONS**

The PSC objects to the two individuals submitted by Defendant Recreation By Design, LLC as bellwether trial plaintiffs because a trial of the claims of the nominated plaintiffs will not aid or instruct the Court or the parties in a meaningful way regarding the potential for global resolution through these MDL proceedings.  The Defendants' nominations are not appropriate for the specific reasons below:

**Earline M. Castanel**

Ms. Castanel is a 78 year old former smoker; plaintiffs with a history of smoking do not represent the typical plaintiff in this litigation.  Ms. Castanel was employed for over thirty years as a housekeeper.  While performing her job duties, Ms. Castanel came into constant

with cleaning chemicals.  Such contact may present a confounding factor in litigating her claims and is not typical of the plaintiffs in this litigation.  Further, the unit in which Ms. Castanel resided has not undergone any testing for levels of formaldehyde.

**Carrie M. Smith**

Ms. Smith does not meet the criteria as set forth by the Court in that she has not filed a complaint in the Eastern District of Louisiana.  Further, Ms. Smith stated in her completed PFS that she occupied her unit for a period of approximately one year spending 18 to 24 hours per day in the unit.  Such extended daily occupancy is not typical of the duration periods noted for the majority of plaintiffs.  Additionally, the unit occupied by Ms. Smith has not undergone any testing for levels of formaldehyde.

WHEREFORE, for the foregoing reasons, the PSC requests that the nominations submitted by defendant Recreation By Design, LLC  be stricken from consideration as bellwether trial plaintiffs for the specific reasons identified.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304

        Facsimile:       504/528-9973
gmeunier@gainsben.com



s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:      504/522-2304
Facsimile:       504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462
MIKAL WATTS, TEXAS #20981820


## CERTIFICATE OF SERVICE

     I herby certify that on May 15, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.


        s/Justin I. Woods
        JUSTIN I. WOODS, #24713