UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  　　　　　　　　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES' THIRD SET
OF OBJECTIONS AND ARGUMENTS REGARDING
BELLWETHER TRIAL PLAINTIFF SELECTION

Pursuant to Pretrial Order No. 35 [Doc. No. 1300] and subsequent Court Orders [Doc. Nos. 1316, 1343], defendant United States of America hereby submits these objections and arguments regarding the selection of the Recreation by Design, LLC ("RBD") bellwether trial plaintiff.

**I.    Introduction**

On May 11, 2009, Plaintiffs' Steering Committee ("PSC") and RBD jointly submitted a list of three (3) nominees for potential selection as the RBD bellwether trial plaintiff. PSC nominated one person (Lola Bass), while RBD nominated two persons (Earline Castanel and Carrie Smith). All three nominees are purportedly females over the age of sixty-five (65). Based upon the allegations and submissions of the parties, the contractor defendant matched with Lola Bass is Fluor, whereas the contractor defendant matched with Earline Castanel and Carrie Smith is Shaw.

**II.   United States' General Objection To The Parties' Nominations**

As a preliminary matter, the United States suggests that none of the three persons

nominated by the parties would be an appropriate bellwether trial plaintiff. Considering the Court's previous guidance, the United States believes that it would be appropriate to include a different contractor defendant (assuming proper venue) in one of these initial bellwether trials. As noted above, all three of the nominees proffered by the parties are either matched with Fluor (the contractor defendant already in the first two bellwether trials) or Shaw (the contractor defendant already in the third and fourth bellwether trials). Because this Court has expressed a desire for meaningful bellwether trials that encompass as many statistically significant permutations as possible, the fifth bellwether trial should include a different contractor defendant. While such a conclusion would almost certainly require a second RBD bellwether trial plaintiff selection process, there is a degree of flexibility given that the RBD bellwether trial is not scheduled to take place until spring 2010.

**III.    United States' Specific Objections To The Parties' Nominations**

The United States objects to PSC's nomination of Lola Bass as the RBD bellwether trial plaintiff. In addition to the concerns voiced by RBD regarding Lola Bass's amended Plaintiff Fact Sheet and the changes made therein [Doc. No. 1539], the nominee's immobility and past medical history preclude her from serving as a meaningful and representative bellwether trial plaintiff. In addition, her medical conditions and apparent past bouts with cancer (presumably unrelated to the allegations advanced in this litigation) invoke similar concerns to those that were previously raised by PSC in their attempt to withdraw their nomination of Soretta Berfect, one of the nominees for the Gulf Stream Coach, Inc. Bellwether trial.

Should the Court decide to select one of the three pending nominees, notwithstanding the United States' concerns surrounding the diversity of contractor defendants amongst the various

bellwether trials, the United States would support the selection of either of the two nominees advanced by RBD, Earline Castanel or Carrie Smith.  To the extent PSC objects to the past smoking history of Ms. Castanel, the United States posits that if this fifth bellwether trial is to focus on a plaintiff over the age of sixty-five, a very large percentage of this population has at least some experience with smoking over the course of their lifetimes.  In addition, PSC's objection that Ms. Smith occupied her unit for an abnormal amount of time (allegedly 18 - 24 hours daily) is logically incongruent with their own advancement of Lola Bass as a meaningful bellwether trial candidate.

Dated: May 15, 2009                                         Respectfully Submitted,

                                                            TONY WEST
                                                            Assistant Attorney General

                                                            J. PATRICK GLYNN
                                                            Director, Torts Branch

                                                            HENRY T. MILLER
                                                            Senior Trial Counsel

                                                            s/ Adam M. Dinnell
                                                            ADAM M. DINNELL (TX Bar No. 24055405)
                                                            Trial Attorney
                                                            United States Department of Justice
                                                            Civil Division, Torts Branch
                                                            Environmental Torts
                                                            P.O. Box 340, Ben Franklin Station
                                                            Washington, DC 20004
                                                            Phone:  (202) 616-4211
                                                            E-mail: Adam.Dinnell@usdoj.gov

                                                            Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the Court's CM/ECF system on May 15, 2009, upon Liaison Counsel.

s/ Adam M. Dinnell
ADAM M. DINNELL
