UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE* MOTION
TO FILE A THIRTY (30) PAGE MEMORANDUM IN SUPPORT OF ITS
MOTION TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR
LACK OF SUBJECT MATTER JURISDICTION

Defendant United States of America ("United States") pursuant to Local Rules hereby files this **Unopposed *Ex Parte* Motion** seeking permission to file a thirty (30) page Memorandum in support of the Governments Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction. The Court should grant this motion and enter the attached Order for the reasons set forth in the Memorandum filed in support of this Motion.

Undersigned government counsel has conferred with Liaison Counsel through e-mail, and undersigned government counsel hereby certifies that neither Plaintiffs' Liaison Counsel, Defense Liaison Counsel, or IA/TAC Liaison Counsel object to this motion.

| | |
|---|---|
| Dated:  May 15, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 200, the foregoing *Ex Parte* Motion and Memorandum in support of this Motion was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon all Liaison Counsel.

> //S// *Henry T. Miller*
> HENRY T. MILLER (D.C. Bar No. 411885)