UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

**UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS UNOPPOSED *EX PARTE* MOTION TO FILE A THIRTY (30) PAGE MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant United States of America ("United States") pursuant to Local Rules submits this Memorandum in support of its **Unopposed *Ex Parte* Motion** to file a thirty (30) page Memorandum in Support of the Government Motion To Dismiss Plaintiffs' Remaining FTCA Claims for Lack Of Subject Matter Jurisdiction.  On October 3, 2008, the Court granted in part and denied in part the United States' Motion to Dismiss Plaintiffs' Federal Tort Claims Act ("FTCA"), 28 U.S.C.§1346(b)(1), 2671-80, Claims For Lack of Subject Matter Jurisdiction [Docket No. 717].   The Court in Order ruled that Plaintiffs' had made at least a colorable showing that the discretionary function exception to the FTCA waiver of sovereign immunity because FEMA may have impermissibly allowed FEMA Office of Chief Counsel to be the decision-maker, and evidence suggested that its decision not susceptible to policy analysis because they were based on legal concerns rather then health and safety.  The Court further ruled the Plaintiffs had made at least a colorable showing that for a short period of time FEMA "ignored" formaldehyde related health concern, and ignoring and failing to respond to health

concerns is not protected by the discretionary function exception.

The United States hereby requests permission to file a thirty page memorandum in support of its Motion to dismiss the remaining claims. The additional five pages is required to address the intervening Fifth Circuit decisions addressing the discretionary function exception and make the necessary factual showing to satisfy the concerns raised by the Court in its October 3, 2008, Order.

According for all these reasons the United States requests that the Court grant the Government's Motion, and for good cause shown, the United States request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

| | |
|---|---|
| Dated:  May 15, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON<br>Trial Attorneys |
| DAVID S. FISHBACK<br>Assistant Director | |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |