UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a thirty-page (30) page Memorandum in Support of Its Motion to Dismiss Plaintiffs' Remaining Federal Tort Claims Act Claims For Lack Of Subject Matter Jurisdiction.

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a thirty (30) page Memorandum in Support of Its Motion To Dimsiss Plaintiffs' Remaining Federal Tort Claims Act Claims For Lack Of Subject Matter Jurisdiction..

**DONE AND SIGNED** this _____ day of _____, 2008.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**