**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *******

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION**

The United States of America hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and

12(h)(3), or alternatively Fed. R. Civ. P. 56(c), to dismiss Plaintiffs' remaining Federal Tort

Claims Act ("FTCA"), 28 U.S.C. §1346(b)(1), 2671-80, claims for lack of subject matter

jurisdiction.   The Court should grant this motion for the reasons set forth in the Memorandum

filed in support hereof, and Statement of Facts and Exhibits filed concurrently herewith.

Dated:  May 15, 2009                         Respectfully Submitted,

TONY WEST                                    ADAM BAIN
Assistant Attorney General, Civil Division   Senior Trial Counsel

J. PATRICK GLYNN                             ADAM DINNELL
Director, Torts Branch, Civil Division       MICHELLE BOYLE
                                             JONATHAN WALDRON
DAVID S. FISHBACK                            Trial Attorneys
Assistant Director

                                             //S// Henry T. Miller
                                             HENRY T. MILLER (D.C. Bar No. 411885)
OF COUNSEL:                                  Senior Trial Counsel
JORDAN FRIED                                 United States Department of Justice
Associate Chief Counsel                      Civil Division – Torts Branch
                                             P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES                         Washington, D.C. 20004
Trial Attorney                               Telephone No:  (202) 616-4223
FEMA/DHS                                     E-mail:  Henry.Miller@USDOJ.Gov

Department of Homeland Security
Washington, D.C. 20472                    Attorneys for the United States of America


**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2009, the United States' (1) Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction, (2) Notice of Hearing; (3) Memorandum in Support of Motion to Dismiss; (4) State of Facts in Support of Motion to Dismiss, (5) Declaration of Henry T. Miller , and (6) Exhibits Filed In Support of this Motion. were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)