UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION     SECTION N-5
    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion To Dismiss Plaintiffs' Remaining Federal Tort Claims Act, 28 U.S.C. §§1346(b)(1), 2671-80 will come on for hearing before the Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on the 17th day of June 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**DONE AND SIGNED** this _____ day of _____, 2008.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Dated: May 15, 2009 | Respectfully Submitted, |
| | |
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELLE BOYLE |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | Trial Attorneys |
| Assistant Director | |
| | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL: | Senior Trial Counsel |
| JORDAN FRIED | United States Department of Justice |
| Associate Chief Counsel | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES | Washington, D.C. 20004 |
| Trial Attorney | Telephone No: (202) 616-4223 |
| FEMA/DHS | E-mail: Henry.Miller@USDOJ.Gov |
| Department of Homeland Security | |
| Washington, D.C. 20472 | Attorneys for the United States of America |