## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"
                                      JUDGE ENGELHARDT
                                      MAG. JUDGE CHASEZ

### THIS DOCUMENT RELATES TO ALL CASES

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF HENRY T. MILLER

I, Henry T. Miller, based upon good faith belief, knowledge and information hereby declare the following:

1.      I am an active member in good standing of the Bar of the District of Columbia, Bar No. 41885, and an inactive member in good standing of the Bar of the State of Arizona, Bar No. 011267.   I am the Defendant United States of America's Lead Counsel in this Multi-District Litigation action.

2.      The document filed herewith and marked as Exhibit A is a true and accurate copy of the Formaldehyde Timeline , dated April 7, 2008 (FEMA10-000325-337) and prepared by the Federal Emergency Management Agency.

2.      The document filed herewith and marked as Exhibit 1 is a true and accurate copy of excerpted pages from the transcript of the Motion to Certify Class, dated December 2, 2008.

3.      The document filed herewith and marked as Exhibit 2 is a true and accurate copy of excerpted pages of the deposition transcript of Patricia M. Williams, dated October 16, 2008.

4.      The document filed herewith and marked as Exhibit 3 is a true and accurate copy of the declaration of Michael Lapinski, dated May 6, 2009.

5.      The document filed herewith and marked as Exhibit 4 is a true and accurate copy of  the declaration of Clyde Payne, dated May 15, 2009.

6       The document filed herewith and marked as Exhibit 5 is a true and accurate copy of a July 6, 2006 email from Tracy Haynes to Kevin Souza (FEMA17-006702-6704).

7.      The document filed herewith and marked as Exhibit 6 is a true and accurate copy of the declaration of Bronson Brown, dated May 14, 2009.

8.      The document filed herewith and marked as Exhibit 7 is a true and accurate copy of the document entitled, "Important Notices" (FEMA09-000363).

9.      The document filed herewith and marked as Exhibit 8 is a true and accurate copy of excerpted pages from the deposition transcript of Fleetwood Enterprises, Inc., Fed. R.Civ. P. 30(b)(6) witness dated July 16, 2008.

10.     The document filed herewith and marked as Exhibit 9 is a true and accurate copy of  Fleetwood Enterprises, Inc., Fed. R.Civ. P. 30(b)(6) deposition Exhibit 10, 2006 Owner's Manual.

11.     The document filed herewith and marked as Exhibit 10 is a true and accurate copy of  Fleetwood Enterprises, Inc., Fed. R.Civ. P. 30(b)(6) deposition Exhibit 11, Important Health Notice  (FLE-00005672).

12.     The document filed herewith and marked as Exhibit 11 is a true and accurate copy of the July 1999 Toxicological Profile for Formaldehyde from the U.S. Department of Health and Human Services, Agency for Toxic Substances and Disease Registry (ATSDR-00001; ATSDR-000025; ATSDR-0000329).

13.     The document filed herewith and marked as Exhibit 12 is a true and accurate copy

of the Environmental Protection Agency's publication, An Introduction to Indoor Air Quality (EPA-000001-4).

14.     The document filed herewith and marked as Exhibit 13 is a true and accurate copy of the U.S. Consumer Product Safety Commission publication, 1997 Revision - An Update on Formaldehyde (CPSC-000001-12).

15.     The document filed herewith and marked as Exhibit 14 is a true and accurate copy of a July 22, 2006 email from James W. Stark (FEMA17-005982-84).

16.     The document filed herewith and marked as Exhibit 15 is a true and accurate copy of a June 13, 2006 letter from Becky Gillette to Dave Garratt (FEMA123-000001-15).

17.     The document filed herewith and marked as Exhibit 16 is a true and accurate copy of an October 5, 2005 email from Christopher Smith to Clyde Payne (OSH001-004338).

18.     The document filed herewith and marked as Exhibit 17 is a true and accurate copy of a March 23, 2006 email from Bronson Brown to Owen Motter and David J. Chawaga (FEMA09-000364-380).

19.     The document filed herewith and marked as Exhibit 18 has been intentionally omitted.

20.     The document filed herewith and marked as Exhibit 19 has been intentionally omitted.

21.     The document filed herewith and marked as Exhibit 20 is a true and accurate copy of a March 22, 2008 from Bronson Brown to Richard Seeds, Owen Motter, and David J. Chawaga (FEMA09-000362).

22.     The document filed herewith and marked as Exhibit 21 is a true and accurate copy

of  a March 17, 2006 email from David Porter to Mary Martinet (FEMA-Waxman-3623).

23.     The document filed herewith and marked as Exhibit 22 is a true and accurate copy of a March 17, 2006 email from Mary Martinet to Martin Malzen (FEMA17-0003670-71).

24.     The document filed herewith and marked as Exhibit 23 is a true and accurate copy of the declaration of Stephen C. Miller.

25.     The document filed herewith and marked as Exhibit 24 is a true and accurate copy of a March 24, 2006 email from Richard Seeds to David J. Chawaga and Bronson Brown (FEMA09-000360-361).

26.     The document filed herewith and marked as Exhibit 25 is a true and accurate copy of excerpted pages from the deposition transcript of Bechtel National, Inc., Fed. R. Civ. P. 30(b)(6) dated August 21, 2008.

27.     The documents filed herewith and marked as Exhibit 26 is a true and accurate copy of March 23, 2006 Memo from Owen Motter to Richard Seed (FEMA09-000088-89).

28.     The documents filed herewith and marked as Exhibit 27 is a true and accurate copy of the declaration of David Garratt, dated May 12, 2009.

29.     The documents filed herewith and marked as Exhibit 28 is a true and accurate copy of the declaration of Kevin Souza, dated May 11, 2009.

30.     The documents filed herewith and marked as Exhibit 29 is a true and accurate copy of a June 27, 2006 email from Michelle McQueeny (FEMA17-007073-7076) .

31.     The documents filed herewith and marked as Exhibit 30 is a true and accurate copy of a July 26, 2006 email from Martin McNeese to Sidney Melton (FEMA10-000183-184).

32.     The documents filed herewith and marked as Exhibit 31 is a true and accurate

copy of Brochure for Travel Trailer Occupants (FEMA000013-14).

      33.    The documents filed herewith and marked as Exhibit 32 is a true and accurate copy of Trailer Manufacturers and Elevated Formaldehyde Levels Manual, dated July 9, 2008.

      34.    The documents filed herewith and marked as Exhibit 33 is a true and accurate copy of excerpted pages from the deposition transcript of Gulf Stream Coach, Inc., Fed. R. Civ. P. 30(b)(6)  dated July 24, 2008.

      35.    The documents filed herewith and marked as Exhibit 34 is a true and accurate copy of excerpted pages from the deposition transcript of CH2M Hill Rule 30(b)(6) Deposition dated August 11, 2008**.**

      36.    The documents filed herewith and marked as Exhibit 35 is a true and accurate copy of a Case Narrative of Michael Bonner for Carlton and Dawn Sistrunk, dated April 6, 2006 (CH2M-FEMA(Sub2)-006379-006381)**.**

      37.    The documents filed herewith and marked as Exhibit 36 is a true and accurate copy of excerpted pages from the deposition transcript of Michael Bonner, dated August 19, 2008.

      38.    The documents filed herewith and marked as Exhibit 37 is a true and accurate copy of a May 23, 2006 email from Stephen Miller (FEMA17-023196).

      39.    The documents filed herewith and marked as Exhibit 38 is a true and accurate copy of a July 26, 2006 email from Martin McNeese to Betsy Hall (FEMA17-000520-521).

      40.    The documents filed herewith and marked as Exhibit 39 is a true and accurate copy of a December 4, 2006 email from Joseph Little to Howard Frumkin (CDC104-001024-1026).

41.     The documents filed herewith and marked as Exhibit 40 is a true and accurate copy of the declaration of Joseph Little, dated May 12, 2009.

42.     The documents filed herewith and marked as Exhibit 41 is a true and accurate copy of the declaration of Martin McNeese, dated May 8, 2009.

43.     The documents filed herewith and marked as Exhibit 42 is a true and accurate copy of a June 28, 2006 email from Michelle McQueeney (FEMA17-002458-2459).

44.     The documents filed herewith and marked as Exhibit 43 is a true and accurate copy of a March 17, 2006 email from Dan Shea to Stephen Miller (FEMA17-022333).

45.     The documents filed herewith and marked as Exhibit 44 is a true and accurate copy of a June 15, 2006 email from Joan Rave to Kevin Souza et al. (FEMA17-02236-2267).

46.     The documents filed herewith and marked as Exhibit 45 is a true and accurate copy of a June 16, 2006 email from Peggy Phillips (FEMA17-004817-4818).

47.The documents filed herewith and marked as Exhibit 46 is a true and accurate copy of a May 31, 2006 Formaldehyde Statistics Memo for Jesse Crowley from Bronson Brown, (FEMA10-000163-164).

48.     The documents filed herewith and marked as Exhibit 47 is a true and accurate copy of a June 2, 2006 email from Judith Reilly to David Chawaga (FEMA17-024461).

49.     The documents filed herewith and marked as Exhibit 48 is a true and accurate copy of May 31, 2006 memo for Jesse Crowley from Bronson Brown (FEMA17-000111-112).

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 15, 2009.

//S// *Henry T. Miller*_____
HENRY T. MILLER (D.C. Bar No. 411885)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone No:  (202) 616-4223
E-mail:  Henry.Miller@USDOJ.Gov

Attorneys for the United States of America