UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 8

```
                                                          BARKLEY
                                                          Court Reporters

 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5  IN RE:  FEMA TRAILER        ) MDL NO. 1873
            FORMALDEHYDE PRODUCTS )
 6          LIABILITY LITIGATION ) SECTION "N" (4)
                                 )
 7                               )
                                 )
 8  _____)

 9

10

11          Deposition of FLEETWOOD ENTERPRISES, INC.,

12  taken on behalf of the Plaintiffs, at 3649 Mission

13  Inn Avenue, Riverside, California, beginning at

14  9:49 a.m. and ending at 2:19 p.m., on Wednesday,

15  July 16, 2008, before JOANNA B. BROWN, Certified

16  Shorthand Reporter No. 8570.

17

18

19

20

21

22

23

24

25

                              2
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFFS' STEERING COMMITTEE:

 3        LAMBERT & NELSON, A PLC
          BY:  RONNIE PENTON, ESQ.
 4        701 Magazine Street
          New Orleans, Louisiana  70130
 5        (504) 581-1750
          (504) 529-2931
 6        rpenton@lambertandnelson.com

 7        LAMBERT & NELSON, A PLC
          BY:  HUGH PALMER LAMBERT, ESQ.
 8        701 Magazine Street
          New Orleans, Louisiana  70130
 9        (504) 581-1750
          (504) 529-2931
10        hlambert@lambertandnelson.com

11        (VIA TELEPHONE AND INTERNET STREAM)
          LAMBERT & NELSON, A PLC
12        BY:  LINDA J. NELSON, ESQ.
          701 Magazine Street
13        New Orleans, Louisiana  70130
          (504) 581-1750
14        (504) 529-2931
          lnelson@lambertandnelson.com
15
          SWEET & ASSOCIATES, PLLC
16        BY:  DENNIS C. SWEET, ESQ.
          158 East Pascagoula Street
17        Jackson, Mississippi  39201
          (601) 965-8700
18        (601) 965-8719 Fax
          dennis.sweet@sweetandassociates.net
19
          SWEET & ASSOCIATES, PLLC
20        BY:  WILLIAM GRUBBS, ESQ.
          158 East Pascagoula Street
21        Jackson, Mississippi  39201
          (601) 965-8700
22        (601) 965-8719 Fax
          william.grubbs@sweetandassociates.net
23

24

25
```

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2        (VIA TELEPHONE AND INTERNET STREAM)
          BENCOMO & ASSOCIATES
 3        BY:  RAUL BENCOMO, ESQ.
          639 Loyola Avenue
 4        Suite 2110
          New Orleans, Louisiana  70119
 5        (504) 529-2929
          (504) 529-2018 Fax
 6
     PLAINTIFFS' LIAISON COUNSEL:
 7
          (VIA TELEPHONE AND INTERNET STREAM)
 8        THE BUZBEE LAW FIRM
          BY:  ANTHONY BUZBEE, ESQ.
 9        104 21st Street
          Galveston, Texas  77550
10        (409) 762-5393
          (409) 762-0538 Fax
11        tbuzbee@txattorneys.com

12   FOR DEFENDANT FLEETWOOD ENTERPRISES:

13        NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
          BY:  RICHARD K. HINES V, ESQ.
14        201 17th Street NW
          Suite 1700
15        Atlanta, Georgia  30363
          (404) 322-6154
16        (404) 322-6050 Fax
          richard.hines@nelsonmullins.com
17
          NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
18        BY:  TAYLOR TAPLEY DALY, ESQ.
          201 17th Street NW
19        Suite 1700
          Atlanta, Georgia  30363
20        (404) 322-6154
          (404) 322-6050 Fax
21        taylor.daly@nelsonmullins.com

22

23

24

25
```

4

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS GULF STREAM COACH AND FAIRMONT HOMES:

 3        SCANDURRO & LAYRISSON, LLC
          BY:  DEWEY M. SCANDURRO, ESQ.
 4        607 St. Charles Avenue
          New Orleans, Louisiana  70130
 5        (504) 522-7100
          (504) 529-6199 Fax
 6        dewey@scandurro.com

 7   FOR DEFENDANTS MONACO AND R-VISION:

 8        WALLER LAW OFFICE, P.C.
          BY:  JONATHAN H. WALLER, ESQ.
 9        2140 11th Avenue South
          Suite 222
10        Birmingham, Alabama  35205
          (205) 933-5421
11        (205) 933-5451 Fax
          jwaller@waller-law.com
12
     FOR DEFENDANT FOREST RIVER:
13
          GIEGER, LABORDE & LAPEROUSE, LLC
14        BY:  ERNEST P. GIEGER, JR., ESQ.
          701 Poydras Street
15        48th Floor
          New Orleans, Louisiana  70139-4800
16        (504) 654-1300
          (504) 561-1011 Fax
17        egieger@glllaw.com

18   FOR THE DEPARTMENT OF JUSTICE:

19        U.S. DEPARTMENT OF JUSTICE
          CIVIL DIVISION
20        BY:  HENRY T. MILLER, ESQ.
          1331 Pennsylvania Avenue, N.W.
21        Room 8006-S
          Washington, D.C.  20004
22        (202) 616-4223
          (202) 616-4473 Fax
23        henry.miller@usdoj.gov

24

25
```

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANT FLEETWOOD ENTERPRISES:

 3          (VIA TELEPHONE AND INTERNET STREAM)
            LEAKE & ANDERSSON, LLP
 4          BY:  JERRY L. SAPORITO, ESQ.
            BY:  AMANDA VONDERHAAR, ESQ.
 5          1700 Energy Centre, 1100 Poydras Street
            New Orleans, Louisiana  70163-1701
 6          (504) 585-7500
            (504) 585-7775 Fax
 7
     FOR DEFENDANTS KEYSTONE, CROSSROADS, DUTCHMAN,
 8   PILGRIM, AZ, MONACO, AND R-VISION:

 9          (VIA TELEPHONE AND INTERNET STREAM)
            JONES, WALKER, WAECHTER, POITEVENT,
10          CARRERE & DENEGRE, LLP
            BY:  JAMES C. PERCY, ESQ.
11          BY:  RYAN E. JOHNSON, ESQ.
            8555 United Plaza Boulevard
12          Suite 5
            Baton Rouge, Louisiana  70809
13          (225) 248-2000
            (225) 248-2010 Fax
14
     FOR DEFENDANT MORGAN BUILDINGS & SPAS:
15
            (VIA TELEPHONE AND INTERNET STREAM)
16          McGLINCHEY STAFFORD, PLLC
            BY:  CHRISTINE LIPSEY, ESQ.
17          301 Main Street
            One American Place
18          14th Floor
            Baton Rouge, Louisiana  70825
19          (225) 383-9000
            (225) 343-3076 Fax
20
     FOR DEFENDANTS STARCRAFT AND JAYCO:
21
            (VIA TELEPHONE AND INTERNET STREAM)
22          WILLINGHAM, FULTZ & COUGILL, LLP
            BY:  THOMAS L. COUGILL, ESQ.
23          808 Travis
            Suite 1608
24          Houston, Texas  77002
            (713) 333-7600
25          (713) 333-7601 Fax
```

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS THE COACHMEN ENTITIES:

 3           (VIA TELEPHONE AND INTERNET STREAM)
             TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
 4           BY:  JOHN STEWART THARP, ESQ.
             Chase Tower South
 5           451 Florida Street
             8th Floor
 6           Baton Rouge, Louisiana   70821
             (225) 387-3221
 7           (225) 346-8049 Fax

 8   FOR DEFENDANTS RECREATION BY DESIGN, LLC;
     PL INDUSTRIES, INC.; AND FRONTIER RV, INC.:
 9
             (VIA TELEPHONE AND INTERNET STREAM)
10           GARRISON, YOUNT, LORMAND, FORTE &
             MULCAHY, LLC
11           BY:  RANDALL C. MULCAHY, ESQ.
             909 Poydras Street
12           Suite 1800
             New Orleans, Louisiana   70112
13           (504) 527-0680
             (504) 527-0686 Fax
14
     FOR DEFENDANT HORTON HOMES:
15
             (VIA TELEPHONE AND INTERNET STREAM)
16           LABORDE & NEUNER
             BY:  GREGORY A. KOURY, ESQ.
17           One Petroleum Center
             1001 West Pinhook Road
18           Suite 200
             Lafayette, Louisiana   70505-2828
19           (337) 237-7000
             (337) 233-9450 Fax
20

21

22

23

24

25
```

7

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS PATRIOT HOMES, LIBERTY HOMES,
     WAVERLEY HOMES, SMITH HOMES, DUTCH HOUSING, CAVALIER
 3   HOME BUILDERS, AND RIVERBIRCH HOMES:

 4          (VIA TELEPHONE AND INTERNET STREAM)
            VOORHIES & LABBE, A PLC
 5          BY:  LAMONT P. DOMINGUE, ESQ.
            700 St. John Street
 6          Lafayette, Louisiana   70502-3527
            (337) 232-9700
 7          (337) 235-4943 Fax

 8   FOR DEFENDANT SILVER CRATE:

 9          (VIA TELEPHONE AND INTERNET STREAM)
            DAIGLE, SCOFIELD & RIVERA, LLC
10          BY:  WALTER JAMISON, ESQ.
            303 West Vermilion Street
11          Suite 210
            Lafayette, Louisiana   70501
12          (337) 234-7000
            (337) 237-0344 Fax
13
     FOR DEFENDANTS AMERICAN HOMESTAR CORPORATION AND
14   OAK CREEK HOMES:

15          (VIA TELEPHONE AND INTERNET STREAM)
            HAILEY, McNAMARA, HALL, LARMANN &
16          PAPALE, LLP
            BY:  DAVID BACH, ESQ.
17          10725 Perkins Road
            Suite 200
18          Baton Rouge, Louisiana   70810
            (225) 766-5567
19          (225) 766-5548 Fax

20

21

22

23

24

25


                            8
```

FLEETWOOD ENTERPRISES, INC.

1   (APPEARANCES OF COUNSEL CONTINUED:)

2   FOR DEFENDANTS CMH MANUFACTURING, INC.; SOUTHERN
    ENGINEERING HOMES; AND THREE HATCHER ENTITIES:
3
            (VIA TELEPHONE AND INTERNET STREAM)
4           MAYNARD, COOPER & GALE
            BY:  THOMAS W. THAGARD III, ESQ.
5           1901 6th Avenue North
            Suite 2400
6           Birmingham, Alabama  35203-2602
            (205) 254-1000
7           (205) 254-1999 Fax
            tthagard@maynardcooper.com
8
    VIDEOGRAPHER:
9
            BRAD BISSEGGER
10          BARKLEY COURT REPORTERS
            (310) 207-8000
11
    ALSO PRESENT:
12
            DOUG HENRIQUEZ
13          WILLIAM FARISH
            TERRI SOUERS
14          FORREST THEOBALD
            DON LEE
15

9

BARKLEY
Court Reporters

```
                        I N D E X

WITNESS                                    EXAMINATION
                                              PAGE

DOUG HENRIQUEZ

        BY MR. PENTON                          19

        BY MR. SWEET                           48

WILLIAM FARISH

        BY MR. LAMBERT                         60

        BY MR. PENTON                         127

TERRI SOUERS

        BY MR. PENTON                         142



                       EXHIBITS


PLAINTIFFS'                                   PAGE


   FW 1    Notice of Video-Taped Federal
           Rule 30(b)(6) Deposition of
           Fleetwood Enterprises, Inc.         17

   FW 2    Stipulated Protective Order
           and Non-Disclosure Agreement        17

   FW 3    July 8, 2008, letter to
           Ronnie G. Penton, Esq., and
           Gerald E. Meunier, Esq., from
           Richard K. Hines, V, re:
           Objections and Responses to
           30(b)(6) Notice                     17
```

```
                              EXHIBITS

    PLAINTIFFS'                                          PAGE


    FW 4      July 8, 2008, letter to
              Linda J. Nelson, Esq., and
              Justin I. Woods, Esq., from
              Taylor Tapley Daly re:  outline
              of documents produced by
              Fleetwood Enterprises             17

    FW 5      July 8, 2008, letter to
              Linda J. Nelson, Esq., and
              Justin I. Woods, Esq., from
              Taylor Tapley Daly re:  outline
              of documents produced by
              Fleetwood Enterprises on CD#2     17

    FW 6A     CD entitled "FEMA Formaldehyde
              Litigation Documents produced
              by Fleetwood Defendants
              07/08/08, Disc 1                  17

    FW 6B     CD entitled "FEMA Formaldehyde
              Litigation Documents produced
              by Fleetwood Defendants
              07/08/08, Disc 2                  17

    FW 7      Privilege Log                     17

    FW 8      "FEMA Model Travel Trailer
              Procurement Specifications
              Dated:  Jul 14, 2005"             43

    FW 9      Amendment Nos. 1 and 2,
              Fleetwood Enterprises, Inc.,
              Master Sales Agreement            142

    FW 10     FEMA Travel Trailer 2006
              Owner's Manual                    142

    FW 11     Fleetwood "Important Health
              Notice"                           142
```

| | | |
|---|---|---|
| 09:49 | 1 | Riverside, California; Wednesday, July 16, 2008 |
| 09:49 | 2 | 9:49 a.m. |
| 09:49 | 3 | |
| 09:49 | 4 | THE VIDEOGRAPHER: Good morning. My name is |
| 09:49 | 5 | Brad Bissegger. I'm a videographer associated with |
| 09:49 | 6 | Barkley Court Reporters of Orange County. The date |
| 09:49 | 7 | is July 16th, 2008. The time is 9:49 a.m. This |
| 09:49 | 8 | deposition is taking place at 3649 Mission Inn |
| 09:49 | 9 | Avenue, Riverside, California 92503 in the matter of |
| 09:49 | 10 | In Re: FEMA Trailer Formaldehyde Products Liability |
| 09:49 | 11 | Litigation. The case number is MDL No. 1873. |
| 09:49 | 12 | This is the videotaped deposition of |
| 09:49 | 13 | Doug Henriquez, being taken on behalf of the |
| 09:49 | 14 | plaintiffs. Will counsel for the parties, please, |
| 09:49 | 15 | identify themselves. |
| 09:49 | 16 | MR. PENTON: Ronnie Penton on behalf of the |
| 09:49 | 17 | PSC. |
| 09:49 | 18 | MR. LAMBERT: Hugh Lambert of Lambert & |
| 09:49 | 19 | Nelson on behalf of the PSC. |
| 09:50 | 20 | MR. SWEET: Dennis Sweet on behalf of the |
| 09:50 | 21 | PSC. |
| 09:50 | 22 | MR. GRUBBS: William Grubbs on behalf of |
| 09:50 | 23 | the PSC. |
| 09:50 | 24 | MR. MILLER: Henry Miller of the Department |
| 09:50 | 25 | of Justice on behalf of the Defendant United States |

FLEETWOOD ENTERPRISES, INC.

| | | |
|---|---|---|
| 09:50 | 1 | of America. |
| 09:50 | 2 |     MR. GEIGER:  Ernie Geiger for Forest River. |
| 09:50 | 3 |     MR. SCANDURRO:  Dewey Scandurro for |
| 09:50 | 4 | Gulf Stream Coach and without waiver -- Dewey |
| 09:50 | 5 | Scandurro, S-c-a-n-d-u-r-r-o, for Gulf Stream Coach |
| 09:50 | 6 | and, without waiver of our pending motion, Fairmont |
| 09:50 | 7 | Homes. |
| 09:50 | 8 |     MS. DALY:  Taylor Daly for Fleetwood. |
| 09:50 | 9 |     MR. HINES:  And Richard Hines for the |
| 09:50 | 10 | Fleetwood defendants. |
| 09:50 | 11 |     THE VIDEOGRAPHER:  Thank you.  The court |
| 09:50 | 12 | reporter may now swear in the witness. |
| 09:50 | 13 |     MR. WALLER:  Jonathan Waller also for |
| 09:50 | 14 | Monaco and R-Vision. |
| 09:51 | 15 |     MR. HINES:  Let me -- |
| 09:51 | 16 |     MR. WALLER:  Let me ask this:  On the |
| 09:51 | 17 | stipulations, I assume, if Richard makes an |
| 09:51 | 18 | objection, all counsel will have the benefit? |
| 09:51 | 19 |     MR. PENTON:  As far as we are concerned. |
| 09:51 | 20 |     MR. HINES:  As far as we are concerned. |
| 09:51 | 21 |     MR. WALLER:  Okay.  So an objection by one |
| 09:51 | 22 | defense lawyer, all of the defendants have the |
| 09:51 | 23 | benefit of it; right, Ronnie? |
| 09:51 | 24 |     MR. PENTON:  Yes, yes. |
| 09:51 | 25 |     MR. WALLER:  Thanks. |

BARKLEY Court Reporters

```
12:21   1        A.   That's not my responsibility on the travel
12:21   2    trailer side.
12:21   3        Q    Who would we ask?
12:21   4        A    Bob Wosniak would be the best for that
12:21   5    side, too.
12:21   6             MR. LAMBERT:  We are going to have to deal
12:21   7    with that issue because that's a whole ball of wax.
12:21   8             MR. HINES:  Let's see where we end up here
12:21   9    after you ask Mr. Farish some questions because he's
12:21  10    generally aware of the warnings in travel trailers,
12:21  11    and it may be that you get what you need here.  It
12:21  12    may be that you don't.
12:21  13             MR. LAMBERT:  Okay.
12:21  14             MR. HINES:  We understand, and I had the
12:21  15    conversation with Ronnie before this.
12:22  16    BY MR. LAMBERT:
12:22  17        Q    What sorts of warnings, if you know, went
12:22  18    into travel trailers regarding formaldehyde?
12:22  19        A    We have -- Fleetwood has a warning label,
12:22  20    health-information label that we put on the mirror
12:22  21    of the homes and we also put in the owner's manual
12:22  22    to go with -- excuse me -- the homes, the travel
12:22  23    trailers.
12:22  24        Q    All right.  And what about --
12:22  25             Somebody needs to mute their phone that's
```

110

FLEETWOOD ENTERPRISES, INC.                             BARKLEY
                                                        Court Reporters

| | | |
|---|---|---|
| 12:22 | 1 | typing. |
| 12:22 | 2 | What about the manufactured homes, do they |
| 12:22 | 3 | have any warnings? |
| 12:22 | 4 | A    We have a warning -- we have a warning |
| 12:22 | 5 | there, too.  We have a warning that goes in the |
| 12:22 | 6 | homeowner's manual in that case also and then on the |
| 12:22 | 7 | kitchen countertop.  That -- that particular warning |
| 12:22 | 8 | is dictated by HUD. |
| 12:23 | 9 | Q    This particular document, which is |
| 12:23 | 10 | Bates No. 5100, can you tell me whether that is a |
| 12:23 | 11 | HUD warning for a manufactured home or whether it is |
| 12:23 | 12 | for the travel trailer? |
| 12:23 | 13 | A    This is the -- this is the important notice |
| 12:23 | 14 | that Fleetwood travel trailers uses that they |
| 12:23 | 15 | developed on their own with the help of the |
| 12:23 | 16 | suppliers. |
| 12:23 | 17 | Q    Okay.  So it's not -- it's not a HUD |
| 12:23 | 18 | document? |
| 12:23 | 19 | A    Correct. |
| 12:24 | 20 | Q    We need to understand this document, 1944, |
| 12:24 | 21 | which is part of a FEMA Procedure Storage Site |
| 12:24 | 22 | Manual and particularly the part that has to do with |
| 12:24 | 23 | the operator's manual.  What does that mean? |
| 12:24 | 24 | MS. DALY:  1944? |
| 12:24 | 25 | MR. HINES:  Yes. |

111

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 13:03 | 1 | tender. |
| 13:03 | 2 | MR. LAMBERT: Okay. |
| 13:03 | 3 | MR. PENTON: We are going to tender, and we |
| 13:03 | 4 | will go off the record, and we will get the time. |
| 13:03 | 5 | THE VIDEOGRAPHER: We are off the record at |
| 13:03 | 6 | 1:03 p.m. |
| 13:30 | 7 | (Off the record.) |
| 13:30 | 8 | THE VIDEOGRAPHER: We are back on the |
| 13:31 | 9 | record at 1:31 p.m. |
| 13:31 | 10 | MR. PENTON: Okay. For the record, before |
| 13:31 | 11 | we do this deposition, I would like to introduce as |
| 13:31 | 12 | Fleetwood Exhibit No. 9 Amendments Nos. 1 and 2 to |
| 13:31 | 13 | the Fleetwood Master Agreement, Bates Range 5669er |
| 13:31 | 14 | through 5672. |
| 13:31 | 15 | MS. DALY: No. One. |
| 13:31 | 16 | MR. HINES: Through 1. 72 is the important |
| 13:31 | 17 | health notice. It's not a part of that. |
| 13:31 | 18 | MR. PENTON: No problem. And Fleetwood |
| 13:31 | 19 | Exhibit No. 10 Bates Range 5548 through 5668 |
| 13:31 | 20 | entitled "FEMA Travel Trailer Owner's Manual." |
| 13:31 | 21 | Fleetwood No. 11, Bates Range or Document 5672, |
| 13:31 | 22 | which would be the Fleetwood -- |
| 13:32 | 23 | MR. LAMBERT: Important Notice. |
| 13:32 | 24 | MR. PENTON: -- Important Health Notice. |
| 13:32 | 25 | Then anybody that wants a copy of this log here, |

FLEETWOOD ENTERPRISES, INC.

| 13:32 | 1 | we'll make it. I think that will do it. All right. |
| 13:32 | 2 | I think we are ready for the witness to be sworn. |
| 13:32 | 3 | (Whereupon, Plaintiffs' Exhibits FW 9, 10, |
| 13:32 | 4 | and 11 were marked for identification by plaintiffs' |
| 13:32 | 5 | counsel, a copy of which is attached hereto.) |
| 13:32 | 6 | THE REPORTER: You do solemnly state under |
| 13:32 | 7 | penalty of perjury that the testimony you shall give |
| 13:32 | 8 | will be the truth, the whole truth, and nothing but |
| 13:32 | 9 | the truth? |
| 13:32 | 10 | THE WITNESS: I do. |
| 13:32 | 11 | EXAMINATION |
| 13:32 | 12 | BY MR. PENTON: |
| 13:32 | 13 | Q   State your name for us. |
| 13:32 | 14 | MR. HINES: And speak up so everybody can |
| 13:32 | 15 | hear you. |
| 13:32 | 16 | BY MR. PENTON: |
| 13:32 | 17 | Q   State your name and address. |
| 13:32 | 18 | A   Terri Souers, Riverside, California. |
| 13:32 | 19 | Q   Ms. Souers, what is your position with -- |
| 13:32 | 20 | Well, do you work for Fleetwood? |
| 13:32 | 21 | A   Yes, I do. |
| 13:32 | 22 | Q   And what is your job? |
| 13:32 | 23 | A   I am the forest products operations |
| 13:33 | 24 | manager. |
| 13:33 | 25 | Q   I'll ask in a minute what that consists of, |

142