UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 21

**Martinet, Mary**

**From:** Martinet, Mary
**Sent:** Tuesday, March 21, 2006 1:14 PM
**To:** Donley, Diane; Davis, LindaM
**Cc:** Matzen, Martin
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

Mary Ellen Martinet
Field Attorney
FEMA-1604-DR-MS

*This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.*

---

**From:** Payton, Crystal
**Sent:** Tuesday, March 21, 2006 11:03 AM
**To:** Russo, James N; Lowery, James; Crowley, John
**Cc:** Gentry, Eric; Melton, Sidney; Martinet, Mary; Hudak, Mary; Romano, Eugene
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

FYI

*Crystal Payton*
FEMA Public Affairs
DR-1604-MS

---

**From:** Miller, MichaelL
**Sent:** Tuesday, March 21, 2006 9:12 AM
**To:** Payton, Crystal
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

FYI - I didn't know this OSHA thing was ongoing.

Mike

---

**From:** Stroeh, Wayne
**Sent:** Monday, March 20, 2006 6:11 PM
**To:** Miller, MichaelL
**Subject:** RE: DR-1604-MS Morning Report 03-17-06

TO all concerned,

7/6/2007

FEMA-Waxman - 3621   A

I have had OSHA conducting random testing throughout the last five months. The results should have been sent to the JFO safety. I will follow up with this to get the results from OSHA.

Thanks
Wayne

---

**From:** Miller, MichaelL
**Sent:** Monday, March 20, 2006 1:07 PM
**To:** Stroeh, Wayne
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

Look for the testing to be conducted. Please read below.

---

**From:** Lowery, James
**Sent:** Monday, March 20, 2006 1:03 PM
**To:** Miller, MichaelL
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

---

**From:** Seeds, Richard
**Sent:** Monday, March 20, 2006 10:01 AM
**To:** Lowery, James; Miller, Michael J; Crowley, John; Preston, Robert
**Subject:** RE: DR-1604-MS Morning Report 03-17-06

03.20.06 @ 0949 hours CST

Good Morning.

Based on our brief meeting this am, Safety will proceed to obtain "passive" devices (100) and "direct read" instruments (3) for the sampling for formaldehyde in 100 trailers in our Pervis center. The cost of the passive devices is approximately $160.00/bx five units. Lab analysis is an additional cost which I must explore. The direct reading devices cost approximately $1200/unit. (no lab costs associated). I will explore the best lab "turn around time" and most rapid delivery for all items.

Any questions, please contact me

R.C Seeds

---

**From:** Lowery, James
**Sent:** Saturday, March 18, 2006 10:21 AM
**To:** Seeds, Richard
**Cc:** Russo, James N; Melton, Sidney; Miller, MichaelL; Preston, Robert; Kaczorowski, James
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

The attachment and below email traffic is background for you!
I would like to task Safety to:
(1) Research and determine the "acceptable" for Formaldehyde residue (smell) in a dwelling
(2) Research and determine an agency or private company (Mississippi if possible) that could be put under contract if we are tasked to random test 100 or so T/Trailers for such residue (smell)

**Kaz; Should the various manufacturers be responsible and/or involved if we have to test???**

---

**From:** Lowery, James
**Sent:** Friday, March 17, 2006 10:45 AM
**To:** Kaczorowski, James; Scott, Colonel; Miller, MichaelL
**Cc:** Porter, David; Russo, James N; Gentry, Eric; Lowery, James; Payton, Crystal; Hudak, Mary; Romano, Eugene; Melton, Sidney; Martinet, Mary
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

The attached story aired last night. You can track the interest, concern, and issues in the following emails. <u>There is an immediate need</u> for (1) <u>any Manufacturer's certification or statements in our specs that would address possible issues with manufacturing a travel trailer with products that contain Formaldehyde</u> (2) <u>any Manufacturer's certification or statements that assure the safe use of such travel trailers</u> and (3) <u>the possible need for all the supplying Manufacturers to do random testing of their supplied units in use in Mississippi.</u>

**Your response and/or recommendations are needed as soon as possible.**

---

**From:** Martinet, Mary
**Sent:** Friday, March 17, 2006 10:06 AM
**To:** Russo, James N; Gentry, Eric; Lowery, James; Payton, Crystal; Hudak, Mary; Romano, Eugene; Melton, Sidney
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

FYI

Mary Ellen Martinet
Field Attorney

FEMA-1604-DR-MS

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Porter, David
**Sent:** Friday, March 17, 2006 9:55 AM
**To:** Martinet, Mary
**Subject:** RE: DR-1604-MS Morning Report 03-17-06

Hello,

Generally the manufacturers include a notice that the units have formaldehyde. The notice is usually pasted in a visible area and prior to the unit being considered RFO the contractor has already aired the unit out.

Thanks
David L. Porter
Program Specialist
FEMA-HQ-Recovery Division

FEMA-Waxman - 3623

7/6/2007

**From:** Martinet, Mary
**Sent:** Friday, March 17, 2006 9:48 AM
**To:** Porter, David
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

Dave, haven't we had these kind of problems in the past?
Aren't there instructions to air out the units before occupancy?

Mary Ellen Martinet
Field Attorney

FEMA-1604-DR-MS

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Martinet, Mary
**Sent:** Friday, March 17, 2006 8:40 AM
**To:** Lowery, James; Gentry, Eric; Russo, James N; Melton, Sidney; Romano, Eugene; Payton, Crystal; Hudak, Mary
**Cc:** Johnson, Ann
**Subject:** RE: DR-1604-MS Morning Report 03-17-06

Shouldn't the manufacturers be contacted about this problem? Seems that they have warranty responsibilities.

Mary Ellen Martinet
Field Attorney

FEMA-1604-DR-MS

This communication, along with any attachments, is covered by federal and state law governing electronic communications and may contain confidential and legally privileged information. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, use or copying of this message is strictly prohibited. If you have received this in error, please reply immediately to the sender and delete this message. Thank you.

---

**From:** Lowery, James
**Sent:** Friday, March 17, 2006 8:31 AM
**To:** Gentry, Eric; Russo, James N; Melton, Sidney; Romano, Eugene; Payton, Crystal; Hudak, Mary
**Cc:** Martinet, Mary
**Subject:** RE: DR-1604-MS Morning Report 03-17-06

Agree – For legitimize Safety should be lead - they can identify companies who can do work such testing - do 60-1 to contracting who will select and contract vender.

---

**From:** Gentry, Eric
**Sent:** Friday, March 17, 2006 8:00 AM
**To:** Russo, James N; Melton, Sidney; Romano, Eugene; Payton, Crystal; Hudak, Mary; Lowery, James
**Cc:** Martinet, Mary

7/6/2007

FEMA-Waxman - 3624

**Subject:** RE: DR-1604-MS Morning Report 03-17-06

Sid/Jim
Can we direct (through the contract officer) the random testing of our trailers? I would suggest that either MHOPS or Logistics needs to test units from various manufacturers to see if there are any patterns or only an isolated incident. We need to take a proactive approach; the implications are much too large to not take immediate steps to assure the safety of our units.

Please let me know if we can test and the timeframe.

Thanks,
Eric

---

**From:** Russo, James N
**Sent:** Friday, March 17, 2006 7:50 AM
**To:** Gentry, Eric; Melton, Sidney; Romano, Eugene; Payton, Crystal; Hudak, Mary
**Subject:** FW: DR-1604-MS Morning Report 03-17-06

See the top story RE: formaldehyde in our trailer. This needs to fixed "today"

---

**From:** Young, Debra
**Sent:** Friday, March 17, 2006 8:43 AM
**To:** Anderson, Mary Ann; Baldry, Linda; Brezany, Eugene; Bruckner, Jody; Buratto, Patricia; Bynum, Buddy; Carruth, Amy; Cavanaugh, David; Cederholm, Charles; Conklin, Eric; Cooks, Pearl; Correro, Joseph; Cottrill, Margaret; Crowley, John; Desautels, Virginia; Downing, Linda; Dronet, Peggy; Ducote, Vernon; Duffin, Darby; Gentry, Eric; Gipson, Mary; Glaviano, Brian; Holden, Sydney; Hudak, Mary; Hughes, Gregory; Hutchings, Bettina; Hynes, Marquita; Ingram, Roger; Jasmund, Sandra; Jenson, Rex; Johnston, Kay; Lampton, Michael; Latham, Robert; Logue, Michael; Lopez-de-Victoria, Mayra; Mackert, Ronald; Magee, Dan; Magee, Jahna; Manion, Richard; Mattson, Michael; Mendzela, Sally; Mize, Nancy; Payton, Crystal; Petrie, Melynda; Phillips, Gloria; Pritchard, Josie; Raphael, James; Riendeau, Jean; Romano, Eugene; Roth, Ashley; Russo, James N; Saville, David; Schmidt, Anita; Sharpe, Tomeka; Simon, Deborah; Smith, Pete; Spann, Vikki; Stokes, Lea; Taylor, Ouida; Tinsey, Gaynell; Tyson, Tim; Verret, Lionel; Weber, Bob; West, Phillip; Williams, Henrietta; Womack, Mike; Woodard, Glenn; Woodson, Ellen; Wright, Dorothy; Young, Debra; Young, Matthew
**Subject:** DR-1604-MS Morning Report 03-17-06

*Debra J. Young*
**FEMA Public Information Officer**
**DR-1604-MS, Biloxi JFO**

7/6/2007

FEMA-Waxman - 3625