UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  　　　　SECTION "N-5"
　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 26

TO: Owen Motter

FROM: Richard C. Seeds

RE: Incident Report Supplement
03/22/06 – R.C.Seeds to Bronson Brown
"OSHA Sampling Information"

Owen, Bronson requested on 03/23/06 in an email that I respond to a group of questions he had regarding my incident report and the report on formaldehyde in our travel trailers. Below find the requested information.

1. Question regarding "the times we met with OSHA"
   During my experience as "lead" I have had no formal meetings with OSHA. I have participated in the IA Safety committee meetings with OSHA reps. I participated in an GAO audit with OSHA and spoke briefly with their representatives in the office setting on numerous occasions. (We provide them with office space in our JFO)

2. Regarding the question as to whether or not OSHA had provided me/us with information or a report regarding the subject issue.
   No, they did not. Not until 03/21/06; that was the day I was made aware of the fact that they had visited our site and had conducted sampling. Reportedly, for five months.
   I initiated the telephone call to Clyde Payne and requested the sampling data. He didn't call me.

3. "Was a written report provided to anyone at the trailer staging site or LOG?
   To the best of my knowledge no. Both the LOG rep. and our site manager claim no report had be afforded them. The site manager indicated that he had to request the report he got on 03/20/06.

4. "Was any verbal or written information provided to any of our Managers/supervisors or ever the staff at the trailer staging Location"?
   Not to our knowledge. Both LOG & site claim no info had been provided to them on the issue prior 03/20/06.

5. Regarding the role we play in the IA Safety Meetings.
   We chair the meetings, provide space, agenda, files, maintain membership list, and record the minutes.
   We are the secretariat and the lead agency.
   The Operations Chief or the DFCO participate.

   We have had good/great cooperation from the other agencies.

6. I believe the "leads" in Mississippi have been:
   Ellen Clas, Bill Ringo, Richard Seeds, & Jim Rouse.

7. Our actions so far include verification the "warning" instructions were in/on the trailers. Obtained an MSDS. Developing an outline/fact sheet for training. Ordered sampling equipment Developed sampling procedures. Attempted to summarize the results of sampling provided by OSHA

Attended various meetings and advised COS, LOG, & PR.,
Scheduling for the training. Downloaded EPA info.
Reviewed OSHA Standard. Reviewed LOG's venting procedure, etc.

Additional recommendations will follow evaluation of the data obtained via air sampling.

8. Our direction for follow-up was offered by the COS & LOG jointly, at the same meeting.

If you have any questions, please call me.

Richard C. Seeds
03/23/06