UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 42

## McQueeney, Michelle

| | |
|---|---|
| **From:** | McQueeney, Michelle |
| **Sent:** | Wednesday, June 28, 2006 1:16 PM |
| **To:** | Stark, James W; Misczak, Mark; Hallstead, Carl; Vollmar, Tena A; 'Corey.coller@fema.gov'; Springgate, Ann; Donley, Diane; Preston, Patrick; McQueeney, Michelle; Madden, Darryl J; Ellis, BarbaraJ; Ringo, William; Sevier, Adrian; 'Trissell, David'; Garratt, David; Souza, Kevin |
| **Cc:** | McQueeney, Michelle; Jamieson, Gil |
| **Subject:** | Proposed Gulf Coast Recovery Travel Trailer/Formaldehyde Issue Team |
| **Attachments:** | Gulf Coast Recovery Travel Trailer Formaldehyde team.doc; Conference Call |

All,
There are a lot of folks that need to be involved in the travel trailer/formaldehyde related efforts—particularly following decisions yesterday in the Gulf Coast/LA TRO to develop standardized safety messages for all trailer residents, testing of units for formaldehyde safety assessments/recommendations. As there is active litigation related to this issue, OGC must be included in all discussions. To ensure the coordinated and effective handling of this issue, I propose the attached list of team members. Please ensure that you keep this group informed of any and all efforts related to formaldehyde in travel trailers.

Obviously OGC will need to convene separate and distinct calls/meetings to address the pending litigation—but I would ask that you please keep this team informed of the status of that case as appropriate.

I have also attached a summary of the conference call that was held this morning between the TRO and EPA/CDC. Having a designated team to deal with this issue will ensure that we don't have other calls/meetings unless all the right parties are included.

Please provide any comments, additional names, or suggestions to me today.
Thanks,
Michelle

## Proposed Gulf Coast Recovery Travel Trailer/Formaldehyde Issue Team

All efforts, conference calls, meetings, press releases etc. related to the formaldehyde/travel trailer issue, must be coordinated with the entire team below.
Gulf Coast Recovery and the LA TRO will designate a team leader for this effort.
Please identify any additional team members to Michelle McQueeney at
michelle.mcqueeney@fema.gov

| Name | Office | Email |
|---|---|---|
| James W. Stark | Acting Director, LA TRO | James.w.stark@fema.gov |
| Mark Misczak | LA TRO IA | Mark.misczak@fema.gov |
| Carl Hallstead | HQ Recovery | Carl.hallstead@fema.gov |
| Tena Vollmar | LA TRO Comptroller | Tena.vollmar@fema.gov |
| Corey Coller | LA TRO Operations | Corey.coller@fema.gov |
| Ann Springgate | LA TRO OGC | Ann.springgate@fema.gov |
| Diane Donley | FEMA HQ OGC | Diane.donley@fema.gov |
| Patrick Preston | FEMA HQ Litigation | Patrick.preston@fema.gov |
| Michelle McQueeney | Gulf Coast Recovery | Michelle.mcqueeney@fema.gov |
| Darryl Madden | Gulf Coast Recovery Press/Communications | Darryl.madden@fema.gov |
| Barbara Ellis | LA TRO Public Affairs | Barbara.j.ellis@fema.gov |

5/7/2007

FEMA17-002459

| Bill Ringo | TRO Safety Office | William.ringo@fema.gov |
| --- | --- | --- |
| TBD | HQ/TRO Legislative Affairs | |
| TBD | HQ Public Affairs | |
| TBD | | |
| TBD | | |

5/7/2007

FEMA-Waxman - 2459

FEMA17-002459

FCP027-000799