UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT No. 43

## Allen, Jotham

**From:** Dan Shea [dshea@gulfstreamcoach.com]
**Sent:** Friday, March 17, 2006 6:08 PM
**To:** Miller, Stephen
**Subject:** Cavalier trailers

Stephen

I want to advise you of Gulf Stream Coach's use of low formaldehyde emitting materials in our Cavalier travel trailers. To my knowledge there is no requirement in the RV industry for use of low formaldehyde emitting materials. Where possible our company uses material that meets the HUD specification of low formaldehyde emissions for manufactured housing.

1. We use LE luan for all of our interior paneling. These panels meet HUD requirements for low formaldehyde emissions.
2. We use a low emission floor decking which meet HUD requirements for low formaldehyde emissions.
3. Our bed tops and dinette base are either LE luan of MDF (medium density fiberboard) which meet HUD requirements for low formaldehyde emissions.
4. Our cabinet doors are wrapped MDF which also meet the HUD requirement.

Gulf Stream is one of the leaders in reducing formaldehyde emission in recreational vehicles.

Dan Shea
Gulf Stream Coach