UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 46



# Formaldehyde Statistics

May 31, 2006

**MEMORANDUM FOR:**

Jesse Crowley, Chief of Staff JFO, Biloxi, Mississippi

**FROM:**

Bronson Brown, Chief Occupational Safety and Health

**SUBJECT:**

Formaldehyde Air Sampling, FEMA Trailer Staging Area, Purvis, Mississippi

**CORRECTIVE ACTION:**

Specific recommendations are provided.

> Air monitoring for formaldehyde exposure conducted at the FEMA Trailer Staging Area in Purvis, Mississippi revealed that employee exposures were all below the Occupational Safety and Health Administration (OSHA) Permissible Exposure Limit (PEL) of 0.75 parts per million (PPM) and the Action Level (AL) of 0.5ppm for formaldehyde based on an eight-hour time weighed average (TWA).

This memorandum transmits the complete findings of the investigation and makes recommendations for corrective actions needed to ensure compliance in accordance with OSHA 29 Code of Federal Regulations (CFR) 1910.1048 for Formaldehyde.

## Background

Per your request, formaldehyde air monitoring was performed in FEMA new and refurbished trailers on March 28 and 29, 2006. The focus of the monitoring was to determine the worker exposure level of formaldehyde and to evaluate the work operations associated with the trailer staging operations. The monitoring was conducted by Messrs Ken Medernach and Vincent McCarthy, Disaster Safety Officers (DSO), FEMA Occupational Safety and

Health (OSH). FEMA employees performing work activities involving the trailer staging operations may include inspections, prep work and set-up for trailers prior to public receipt. This monitoring was conducted in response to concerns and inquiries related to potential employee exposure to formaldehyde.

Specifically, area and instantaneous air monitoring was performed in 13 newly received and 15 refurbished trailers. Short term air monitoring was performed in three trailers. Personal air monitoring was performed on three FEMA employees whose job duties require entering staged trailers. During our evaluation it was indicated by trailer staging management that FEMA employees do not perform hob activities inside trailers for more than two hours per day.

> In an effort to simulate a "worst case scenario" area monitoring was performed with trailer doors and windows closed.

## Findings

> Formaldehyde is a chemical component commonly found in building materials utilized in commercially manufactured trailers. Laboratory results from the area air monitoring indicated that area formaldehyde levels were below the OSHA PEL of 0.75 ppm and the Action Level of 0.5 ppm, based on an eight-hour time weighted average (TWA). Results ranged from 0.02 to 0.3 ppm calculated during a two hour period. Instantaneous formaldehyde results upon entering the trailers ranged from 0.03 to 0.47 pp. Short term air monitoring results for formaldehyde ranged from 0.05 to 0.31 ppm.

Additional monitoring conduct after the same trailers were ventilated for three and one half hours ranged from 0.03 to 0.26pp. Personal air monitoring results were all below the laboratory's level of quantification. A summary of the air monitoring that was performed are provided as Attachment 1.

> Based on the sampling results, there are no indications that FEMA employees have the potential to be exposed above OSHA's permissible exposure level while performing job activities involving trailer staging operations. The formaldehyde levels found in the trailers are comparable to the levels posted on the Environmental Protection Agency (EPA) website fro typical levels found from building materials off-gassing in trailers and/or manufactured homes.

## Recommendations

To ensure the safety and health of all workers involved in the trailer staging operations, the following practices and recommendations must be implemented:

1. FEMA employees assigned to trailers staging operations must receive formaldehyde training to accordance with OSHA 29 CFR 1910.1048 guidelines and hazard communication training in accordance with OSHA 29 CFR 1910.1200
2. Standard operating procedures are to be written for FEMA trailer staging operations and provided to all FEMA employees required to perform work in the trailers for review.
3. Manufactures' recommendations for trailer occupancy are to be posted in all trailers prior to public receipt.

Attachment 1 (PDF 2MB)
*Note: If you have difficulty reading this document please call FEMA Public Affairs at 202-646-4600.*