UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 47

## Chawaga, David J

**From:** Reilly, Judith
**Sent:** Friday, June 02, 2006 1:30 PM
**To:** Chawaga, David J
**Subject:** FW: formaldehyde in trailers

I actually found it

---

**From:** Reilly, Judith
**Sent:** Friday, April 14, 2006 1:44 PM
**To:** Brown, Bronson
**Cc:** Chawaga, David J
**Subject:** formaldehyde in trailers

Bronson,

Based on the test results, my conclusions are as follows:

1. Based on the sampling results and the activities that were being done, there is no indication that employees have the potential to be exposed above the action level for formaldehyde. There may be employees exposures at the training level of 0.1 ppm
2. The levels found in trailers are comparable to the values posted on the EPA website for typical levels found of f gassing in trailers and/or manufacture red homes.

Recommendations include:

1. Haz com training with emphasis on formaldehyde for employees.
2. Resid ents should follow the recommendations of the manufacturer and the EPA website.

Bronson,

There is no report written for this. The data was emailed to all of you. Hard copies in my office. The filed does not have the data or the above recommendations. I yield that to you. Thanks.,

Call me Monday, I will be at EMI but don't start lecturing until noon.

Thanks

Judy

FEMA-Waxman -8/27/07 Production - 2133

7/27/2007

FEMA17-024461

FCP041-000210