UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ********

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

The United States of America hereby moves pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), or alternatively Fed. R. Civ. P. 56(c), to dismiss Plaintiffs' remaining Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b)(1), 2671-80, claims for lack of subject matter jurisdiction. The Court should grant this motion for the reasons set forth in the Memorandum filed in support hereof, and Statement of Facts and Exhibits filed concurrently herewith.

| | |
|---|---|
| Dated:  May 15, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON<br>Trial Attorneys |
| DAVID S. FISHBACK<br>Assistant Director | |
| | //S// Henry T. Miller<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov |

Department of Homeland Security
Washington, D.C. 20472                                  Attorneys for the United States of America

### CERTIFICATE OF SERVICE

      I hereby certify that on May 15, 2009, the United States' (1) Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction, (2) Notice of Hearing; (3) Memorandum in Support of Motion to Dismiss; (4) State of Facts in Support of Motion to Dismiss, (5) Declaration of Henry T. Miller , and (6) Exhibits Filed In Support of this Motion. were filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                      //S// *Henry T. Miller*
                                      HENRY T. MILLER (D.C. Bar No. 411885)