UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT "A"

Formaldehyde Timeline

# FORMALDEHYDE TIMELINE

**March 2006**
   FEMA was informed of an applicant complaint by the Mississippi news media. FEMA immediately began to address additional applicant concerns on a case-by-case basis in the Gulf Coast.

   FEMA investigated complaints about formaldehyde levels. This investigation included sending a housing staff employee to visit with the occupants of temporary units and discuss mitigation techniques for the units including: increased ventilation, keeping indoor air temperatures moderate, lowering the humidity, and not smoking in the unit. FEMA also began swapping out units for individuals with concerns of formaldehyde or other unidentified odors.

   FEMA HQ became aware that the Occupational Safety and Health Administration (OSHA) had been conducting formaldehyde testing in Mississippi.

   Residents in MS and LA were informed that they could contact the maintenance call centers if they had concerns about formaldehyde levels in their travel trailers. Call center numbers are still active –
   Louisiana – (888) 294-2822
   Mississippi – (866) 877-6075

**March 28-29, 2006**
   FEMA Office of Occupational Safety and Health conducted formaldehyde air sampling tests of employee formaldehyde exposure levels in travel trailers at the Purvis, MS staging area.

**May 2006**
   Sierra Club issued a report calling attention to what it claimed were dangerous levels of formaldehyde in FEMA-provided trailers.

**May 12, 2006**
   *Hillard et al. v. United States of America et al., Case No. 2:06-cv-02576-MVL-KWR*, a class action lawsuit, is filed in the U.S. District Court for the Eastern District of Louisiana. *Hillard* alleges that FEMA-provided trailers in the Gulf Coast "contained formaldehyde emissions which are dangerously unhealthy and exceed the levels permitted by law and have and will result in injury to the plaintiffs."

**May 31, 2006**
   The results of FEMA's Office of Occupational Safety and Health testing in Purvis, MS indicate that there were no indications that FEMA employees were above the OSHA permissible exposure levels while performing job activities involving trailer staging operations. This report is posted on FEMA's website:
   http://www.fema.gov/media/archives/2007/051807.shtm
   http://www.fema.gov/pdf/media/2007/formaldehyde_stat_0518.pdf

## FORMALDEHYDE TIMELINE

**June – August, 2006**
As a result of applicant complaints, and the Sierra Club report issued in mid-May, FEMA engaged with the Environmental Protection Agency (EPA) and the Centers for Disease Control and Prevention (CDC), and a series of conference calls took place between these agencies to discuss the formaldehyde issue and develop a testing plan.

**July – August, 2006**
FEMA distributed a brochure to occupants of temporary housing units across the Gulf Coast informing them of the symptoms associated with formaldehyde exposure. Actions to reduce formaldehyde levels (e.g., ventilation) were also recommended.

**August 8, 2006**
FEMA issued a press release on the plan to test methods to reduce formaldehyde in travel trailers.
http://www.fema.gov/news/newsrelease.fema?id=28663

**September 2006 – January 2007**
Bi-monthly conference calls took place with representatives from FEMA, CDC and EPA to discuss the status of the sampling effort.

**September 12, 2006**
FEMA modified an Interagency Agreement with EPA to conduct formaldehyde testing in unoccupied travel trailers.

**September 18, 2006**
EPA began testing to measure the effectiveness of mitigation methods (such as use of ventilation, air conditioning, and vent fans) to reduce formaldehyde levels. Testing occurred at a Baton Rouge staging area and lasted for two weeks.

EPA gathered baseline data on two groups of the 96 new, unused units that had been closed up for approximately six weeks.

Only previously unoccupied trailers were tested in order to eliminate any effects from human activities that might cause variations in formaldehyde levels. Samples were taken at different times of the day; ambient outdoor samples also were taken concurrent with the collection of the samples in the trailers. Ambient temperature and relative humidity data was collected as well for each ambient sample.

**October 7, 2006**
EPA concluded the testing.

# FORMALDEHYDE TIMELINE

**November 2006**
FEMA completes updating housing specifications for purchases of Uniform Federal Accessibility Standard (UFAS) park models, which must meet the design and construction requirements established in Title 24 of the Code of Federal Regulations sections 3280.308-309.

**November 17, 2006**
EPA provided the data gathered during the sampling phase to FEMA for further analysis.

**December 1, 2006**
FEMA forwarded the data to the Department of Health and Human Services (HHS) Agency for Toxic Substances and Disease Register (ATSDR) in Atlanta, GA, which is associated with CDC.

**February 1, 2007**
CDC/ATSDR provided FEMA with analysis of EPA sampling data http://www.fema.gov/pdf/media/2007/formaldehyde_report_0507.pdf.

This Health Consultation indicated that the average concentration of formaldehyde in temporary housing units which were properly ventilated was below the level of concern for sensitive individuals.

**February 22, 2007**
FEMA issued a press release with updated information on FEMA's plan of action to respond to formaldehyde complaints.
http://www.fema.gov/media/fact_sheets/trailers_update.shtm

**February 28, 2007**
Judge Lemmon granted FEMA's motion to dismiss in the *Hillard* formaldehyde litigation.

**March 2007**
FEMA initiated internal review of processes, training and documentation relating to formaldehyde in travel trailers.

**March 17, 2007**
CDC/ATSDR letter to FEMA attorney indicates that the February 1, 2007 health consultation provided by CDC/ATSDR is incomplete and may be misleading.

**March 28, 2007**
FEMA issued a statement indicating that its investigation of formaldehyde in travel trailers demonstrates that ventilating the units can significantly reduce levels of formaldehyde emissions.
http://www.fema.gov/media/archives/2007/032807.shtm

FEMA10-000328

## FORMALDEHYDE TIMELINE

**March, 2006 – May, 2007**
Between March 2006 and May 2007, FEMA received 130 complaints regarding formaldehyde and 47 requests for a swap-out of their unit. FEMA provided temporary housing units to more than 143,000 families across the Gulf Coast.

**May 4, 2007**
FEMA issued a press statement indicating that the study of air samples from travel trailers in the Gulf Coast shows that formaldehyde emission levels can be significantly reduced through adequate ventilation.
http://www.fema.gov/news/newsrelease.fema?id=36010

**May 16, 2007**
Press reported that a Mississippi pediatrician has noted formaldehyde exposure-type similarities in the symptoms of children living in travel trailers provided by FEMA.

**May 17, 2007**
FEMA requested assistance from the Department of Homeland Security (DHS) Office of Health Affairs (OHA) in contacting HHS and CDC to evaluate the claims made by the Mississippi pediatrician.

**May 18, 2007**
DHS OHA had a conference call with CDC regarding formaldehyde issue.

*Oldenburg et al. v. United States of America et al., Docket # 07-2961*, a class action lawsuit, is filed in the U.S. District Court for the Eastern District of Louisiana. *Oldenburg* alleges that the federal government and private contractors were negligent in the provision of housing units that were "unreasonably dangerous due to their high level of formaldehyde emissions."

**May 2007**
DHS OHA, on behalf of FEMA, continues formaldehyde discussions with CDC officials, including representatives from the National Center for Environmental Health (NCEH), the National Institute for Occupational Safety and Health (NIOSH), and ATSDR.

**May 22, 2007**
DHS OHA met with representatives of the NCEH and ATSDR of the CDC to develop a strategy to rapidly determine actual indoor air quality conditions in occupied units, to determine a scientifically valid target for air quality improvement and to assess engineering solutions that could achieve those levels.

**July 13, 2007**
FEMA sent a letter to CDC Director Dr. Julie Gerberding requesting assistance in designing additional tests related to long-term effects of formaldehyde and

## FORMALDEHYDE TIMELINE

enhanced strategies for mitigation. FEMA also asked CDC to determine if there is an association between poor indoor air quality in travel trailers and adverse health effects in children who live in them.

**July 18, 2007**
FEMA issued a press release regarding its request to CDC for its assistance in conducting a public health assessment of indoor air quality in its temporary housing units.
http://www.fema.gov/news/newsrelease.fema?id=37949

**July 19, 2007**
FEMA Administrator Paulison testified before the U.S. House of Representatives Committee on Oversight and Government Reform. The Hearing is entitled "To Examine Reports of Toxic Levels of Formaldehyde in FEMA Trailers." Administrator Paulison's testimony is on FEMA's website:
http://www.fema.gov/pdf/about/paulison/testimony/07_19_07_testimony.pdf

**July 20, 2007**
FEMA Administrator Paulison issued a statement announcing several steps FEMA has taken to address these concerns and to work more closely with residents who may have concerns about formaldehyde exposure.
http://www.fema.gov/news/newsrelease.fema?id=38019

FEMA Administrator Paulison issued an internal memorandum to all FEMA employees regarding FEMA's commitment to the health and safety of disaster victims, specifically related to formaldehyde health concerns raised by Gulf Coast disaster victims.

**July 21, 2007**
FEMA set up a toll-free telephone line to serve residents of its travel trailers and mobile homes in the Gulf States. Operators from CDC and FEMA are available to answer questions about the formaldehyde-related issues and associated FEMA housing concerns. The toll-free number is 1-866-562-2381 (TTY 1-800-462-7585) and is still active.

**July 24, 2007**
FEMA suspended the disposal and sale of temporary housing units through the General Services Administration (GSA) due to potential health concerns associated with formaldehyde.

**July 21-24, 2007**
FEMA distributed a formaldehyde and housing fact sheet to the occupants of every FEMA trailer across the Gulf Coast (70,000 flyers were distributed across the Gulf), as well as others living in FEMA-provided travel trailers throughout the rest of the country.

## FORMALDEHYDE TIMELINE

The fact sheet provided basic information about formaldehyde, including possible health effects and ventilation techniques, and contact information for assistance.

**July 31, 2007**
FEMA Administrator Paulison issued *Interim Direction on Use of Temporary Housing Units* which temporarily suspended the installation, sale, transfer or donation of travel trailers or park model recreational vehicles in FEMA's inventory while the agency works with health and environmental experts to assess health-related concerns.

**August 1, 2007**
FEMA issued a press release and answers to frequently asked questions regarding the temporary suspension of installation, sale, transfer or donation of travel trailers or park model recreational vehicles.
http://www.fema.gov/news/newsrelease.fema?id=38329
http://www.fema.gov/media/fact_sheets/qa_deploy_sale.shtm

**August 2, 2007**
FEMA Administrator Paulison tasked a member of the Federal Coordinating Officer cadre to oversee FEMA's efforts to address formaldehyde levels in temporary housing units.

**August 16, 2007**
FEMA and CDC signed an Interagency Agreement that includes sampling of occupied units for characterization, long-term health effects, mitigation strategies and subsequent public health assessment of temporary housing units.

**August 21-23, 2007**
The HHS, Federal Occupational Health Services (FOH) conducted employee formaldehyde exposure monitoring in travel trailers at the Carnes, MS staging area. The purpose of this and future FOH sampling was to determine FEMA employee current and potential occupational exposure to formaldehyde while performing work activities.

**August 22, 2007**
FEMA finalized disaster specific guidance related to hotel or motel assistance for occupants of temporary housing units who asked to be moved because of health concerns associated with their units. Since July 21, 2007, FEMA authorized the immediate relocation to hotels/motels.
http://www.fema.gov/news/newsrelease.fema?id=39739

**August 24, 2007**
FEMA revised the Corporate Lodging Consultants (CLC) contract to improve landlord participation and the universe of rental properties by expanding lease provisions to include security deposits, cost of damages and application or background check fees. As more rental resources come available, FEMA will

## FORMALDEHYDE TIMELINE

continue to move applicants out of temporary housing units throughout the Gulf Coast.

**September 2007**
CDC convened an expert panel that meets but does not agree to consensus opinion for "action levels" for formaldehyde in the indoor residential environment.

**September 5-6, 2007**
The HHS, FOH conducted employee formaldehyde exposure monitoring at Ft. Pierce, FL staging area.

**September 12-13, 2007**
The HHS, FOH conducted employee formaldehyde exposure monitoring in New Orleans, LA.

**September 27, 2007**
The HHS, FOH sent FEMA a final report regarding employee formaldehyde exposure monitoring conducted August 21-23, 2007 in Carnes, MS. Results of the formaldehyde employee monitoring revealed levels that did not exceed the OSHA Permissible Exposure Limit (PEL).

General area monitoring performed in deactivated stored trailers at the Carnes, MS storage site did reveal levels above the OSHA PEL. This validates that formaldehyde levels in unoccupied trailers that have been stored over a period of time were elevated and may exceed the OSHA PEL.

However, FEMA employees were not entering stored trailer units and therefore were not exposed to these elevated levels. Exposure concentrations were compared directly to the OSHA PEL and Short Term Exposure Limit (STEL) noted in 29 Code of Federal Regulations 1910.1048.

**October 1, 2007**
CDC/ATSDR issued "Update and Revision" of the February 2007 Health Consultation. The October 2007 Health Consultation stated that the February 2007 Health Consultation contained insufficient discussion of health implications of formaldehyde exposure and may have been unclear, causing readers to draw inappropriate conclusions. FEMA, however, had already engaged DHS OHA and CDC to engage in further testing.

**October 3, 2007**
The HHS, FOH sent FEMA a final report regarding employee formaldehyde exposure monitoring conducted September 5-6, 2007 at Ft. Pierce, FL. Results from the formaldehyde exposure monitoring revealed levels that did not exceed the OSHA PEL for an eight-hour time weighted average or for a fifteen minute STEL.

## FORMALDEHYDE TIMELINE

**October 9-12, 2007**
    The HHS, FOH characterized formaldehyde levels in travel trailers at the Selma, AL staging area that had been transported from the manufacturing site to the Selma, AL staging area and had never been used as temporary housing.

**November 2007**
    FEMA completed update of housing specifications for purchases of UFAS and non-UFAS park models, which must meet the design and construction requirements established in Title 24 of the Code of Federal Regulations sections 3280.308-309.

    Units must include weather radios, and FEMA will require manufacturers to ensure that certain materials which emit high levels of formaldehyde are not used during production of these units. The manufacturer will be required to document materials used in production to ensure these materials are not used.

    All units must be tested and the formaldehyde emission level must be below the NIOSH standard (NIOSH Recommended Exposure Limit (REL): 0.016 ppm Time Weighted Average (TWA)).

**November 1, 2007**
    FEMA requested sampling of occupied units along the Gulf Coast be temporarily delayed to allow for the necessary development of an interpretative protocol for formaldehyde exposure in a residential setting. This protocol is necessary to have a basis to explain to the temporary housing unit occupants what the test results mean.

**November 5, 2007**
    United States District Court for Eastern District of Louisiana issued order consolidating 12 civil actions into *In re: FEMA Trailer Formaldehyde Product Liability Litigation.*

**November 8, 2007**
    FEMA responded to CBS allegations that FEMA is protecting its own employees and not disaster victims. There is no restriction on FEMA employees entering occupied travel trailers or mobile homes.

    The guidance CBS referenced only applied to unoccupied and stored trailers on staging area lots.
http://www.fema.gov/news/newsrelease.fema?id=41647

    Based on the HHS, FOH data and OSHA regulations, FEMA employees, contractors, and volunteers were not entering unoccupied stored trailers pending entry procedures and engineering controls developed by the FOH.

FEMA10-000333

## FORMALDEHYDE TIMELINE

**November 13-16, 2007**
The HHS, FOH returned to the Selma, AL staging area to develop data to support recommended controls for employee trailer entry.

**November 2007**
As requested by FEMA, CDC developed public health guidance for use in informing occupants of relative risk of formaldehyde exposure.

**November 20, 2007**
HHS FOH sent FEMA a final report regarding employee formaldehyde exposure monitoring conducted September 12-13, 2007 in New Orleans, LA. Results from the formaldehyde exposure monitoring revealed levels that did not exceed the OSHA PEL for an eight-hour time weighted average or for a fifteen minute STEL.

**December 11, 2007**
Contract awarded by CDC to Bureau Veritas to begin sampling of 519 occupied units along the Gulf Coast.

**December 13, 2007**
FEMA and CDC announced that testing for formaldehyde levels in trailers and mobile homes will begin Friday, December 21, 2007. Testing will take place in Mississippi and Louisiana.
http://www.fema.gov/news/newsrelease.fema?id=41921

**December 19, 2007**
The HHS, FOH sent FEMA recommendations and standard operating procedures for employee entry into unoccupied stored travel trailers.

**December 21, 2007**
Testing of occupied trailers and mobile homes began.

**December 28, 2007**
The HHS, FOH sent FEMA a final report summarizing their formaldehyde characterization monitoring conducted October 9-12, 2007 and November 13-16, 2007 in Selma, AL.

**January 17, 2008**
FEMA announced that it will offer to refund the purchase price of travel trailers or park models to individuals who wish to return units purchased directly from FEMA or through GSA.
http://www.fema.gov/news/newsrelease.fema?id=42317

**January 24, 2008**
Sampling of a total of 519 units concluded. Bureau Veritas began lab analysis of the 519 samples.

FEMA FOR OFFICIAL USE ONLY
April 7, 2008

9

# FORMALDEHYDE TIMELINE

**January 2008**
FEMA completed update of housing specifications for purchases of new manufactured housing units (mobile homes), which must meet the design and construction requirements established in Title 24 of the Code of Federal Regulations sections 3280.308-309.

Units must include weather radios, and FEMA will require manufactures to ensure that certain materials which emit high levels of formaldehyde are not used during production of these units. The manufacturer will be required to document materials used in production to ensure these materials are not used.

All units must be tested and the formaldehyde emission level must be below the NIOSH standard (NIOSH REL: 0.016 ppm TWA).

**February 14, 2008**
CDC released preliminary results of the testing that occurred December 21, 2007 - January 24, 2008. The testing found higher than typical indoor exposure levels of formaldehyde in temporary housing units in the Gulf Coast Region.

FEMA aggressively initiated additional action to continue efforts to provide more permanent housing for those who continue to reside in temporary housing units in the Gulf Coast.

FEMA expanded its formaldehyde hotline hours to be available 24 hours/day.

**February 15, 2008**
FEMA awarded a contract to Bureau Veritas to conduct additional testing of formaldehyde levels in temporary housing units. Bureau Veritas is the same company that recently tested 519 units in Louisiana and Mississippi under the direction of CDC.

Assessment of formaldehyde levels in temporary housing units will include contacting and scheduling visits with FEMA Individual Assistance applicants, conducting sampling tests, submitting test results to laboratory for analysis and providing FEMA with reporting data.

**February 15 - 18, 2008**
FEMA distributed a fact sheet on the preliminary findings of formaldehyde levels to all temporary housing occupants in the Gulf Coast.
http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/FactSheet-EarlyFindings.pdf

# FORMALDEHYDE TIMELINE

**February 21, 2008**
Public Health officials and FEMA began visiting residents whose trailers were tested to share their individual test results and discuss relocation options.

**February 22, 2008**
FEMA offered formaldehyde testing to occupants of temporary housing units in federally declared disasters nationwide with open direct housing operations. This includes not only units in the Gulf Coast, but also New York, Pennsylvania, Florida, New Mexico, Arkansas, Missouri, Oklahoma, Kansas, Minnesota and California.
http://www.fema.gov/news/newsrelease.fema?id=42748

**February 25 – March 6, 2008**
CDC hosted public availability sessions in several communities in Louisiana the week of February 25, 2008, and in several communities in Mississippi the week of March 3, 2008. FEMA representatives attended the sessions to discuss housing options.

**February 29, 2008**
CDC released *Interim Findings on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models and Mobile Homes.* Among other things, the interim report stated that in many travel trailers, mobile homes, and park models, formaldehyde levels were elevated relative to typical levels of indoor air exposure. The interim report also stated that travel trailers had significantly higher average levels than park models and mobile homes, and some brands had higher average levels than others.

**March 6-7, 2008**
The HHS, FOH conducted employee formaldehyde exposure monitoring in Hope, AR and Selma, AL.

**March 7, 2008**
FEMA issued a press release explaining how FEMA will test unoccupied temporary housing units for formaldehyde before they can be approved for occupancy and delivered to states, tribal governments and disaster victims.
http://www.fema.gov/news/newsrelease.fema?id=42865

**March 10, 2008**
FEMA Administrator Paulison issued revised *Interim Direction on Use of Temporary Housing Units* to include additional precautionary, interim measures deemed necessary to assure public health and safety. These measures included a prohibition on the future use of travel trailers for occupancy by disaster assistance applicants, and the establishment of a testing protocol for the use of mobile homes in future disasters.

## FORMALDEHYDE TIMELINE

FEMA has established a testing protocol and obtained a contract for testing of manufactured housing units in inventory that may be deployed in future disaster operations. This testing is underway.

**March 12, 2008**
FEMA issued a press release regarding the test results for formaldehyde levels in mobile homes for the State of Oregon. Results showed levels that are well below the average identified by CDC for units tested in the Gulf. These units have been accepted by the State of Oregon to provide temporary housing for victims of a recently declared disaster.
http://www.fema.gov/news/newsrelease.fema?id=42917

**March 18, 2008**
Plaintiffs in *In re: FEMA Trailer Formaldehyde Product Liability Litigation* filed an Administrative Master Complaint which joined the United States through FEMA as a party to the lawsuit. As of March, 2008, 20 civil actions have been consolidated under *In re: FEMA Trailer Formaldehyde Product Liability Litigation.*

**March 18, 2007**
The HHS, FOH sent FEMA a final report summarizing their formaldehyde characterization monitoring conducted March 6-7 in Hope, AR and Selma, AL.

**March 24, 2008**
The State of Tennessee accepted mobile home units tested for formaldehyde and provided by FEMA for use by victims of a recently declared disaster.

**April 3, 2008**
The State of Arkansas accepted mobile home units tested for formaldehyde and provided by FEMA for use by victims of a recently declared disaster. This represented a multi-state effort to establish acceptable criteria for temporary housing units based on test results.
http://www.fema.gov/news/newsrelease.fema?id=43155

**Currently**
FEMA is working with the DHS Office of Health Affairs, and other federal agencies to ensure that FEMA is taking every possible step to protect disaster victims from potential health and safety risks from formaldehyde exposure in travel trailers.

FEMA caseworkers have reviewed case files for all current temporary housing occupants in the Gulf Coast and have identified priority households (those who have expressed a health concern, and those most susceptible to a health risk) for relocation.

FEMA FOR OFFICIAL USE ONLY
April 7, 2008

## FORMALDEHYDE TIMELINE

FEMA is developing policies and executing contracts to assist applicants with relocation.

At FEMA's request, CDC is assessing formaldehyde levels across different models and types of unoccupied trailers to identify the factors that reduce or heighten those levels. This assessment also involves identifying cost-effective ways to reduce or lower formaldehyde levels and concentrations in temporary housing environments

CDC is also planning a long-term study of children who resided in FEMA trailers and mobile homes in Mississippi and Louisiana.

FEMA is working with CDC to establish a registry of those who have occupied temporary housing units provided by FEMA after Hurricanes Katrina and Rita.