UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER  * CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION  *
                      JUDGE ENGLEHARDT –DIV. N
                   *
                      MAG. JUDGE CHASEZ – MAG. 5

*********************************************************************************

DECLARATION OF CYLDE PAYNE

I, Clyde Payne state and declare as follows:

1. I am employed by the United States Department of Labor, Agency for Occupation Health and Safety ("OSHA"), and am the OSHA officer in charge of the OSHA Jackson Area Office, Jackson, Mississippi.

2. As a result of Hurricane Katrina, myself and other OSHA employees from the Jackson Area Office and other parts of the country were mobilized and deployed to the Mississippi Gulf Coast Recovery Office, Jackson, Mississippi, to provide input to Emergency Management counterparts to ensure that planning for employee safety and health concerns (including risk and hazard analysis) was addressed.

3. OSHA has promulgated regulations, a permissible exposure limit ("PEL") and a Short-Term Exposure Limit ("STEL") that govern occupational exposure to formaldehyde. The OSHA PEL 8-hour time-weighted average ("TWA") for formaldehyde is 0.75 ppm and the 15-minute STEL is 2 ppm. The TWA is the amount of a substance to which workers can be exposed over an 8-hour period and the STEL is the concentration to which workers can be exposed continuously for short periods of time.

4. On or about October 5, 2005, I was contacted by a Bechtel Corporation employee about concerns regarding material off-gassing (possibly formaldehyde) in newly delivered travel trailers at the Bechtel facility at A-1 RV Park, Mississippi.

5. On October 11, 2005, an OSHA employee sampled trailers for formaldehyde at the Bechtel facility at A-1 RV Park, Mississippi. The units tested were newly constructed travel trailers. The units were not connected to electrical or other utilities, and all vents, windows, and doors in the units were closed. These units were in storage at the facility and Bechtel Coporation had not yet been made the units ready for occupancy.

6. The testing on October 11, 2005, detected formaldehyde levels upon entry up to 5 parts per million. Further testing showed after that after the door had been opened and the unit allowed to vent and air out for approximately 15 to 20 minutes, formaldehyde levels were reduced to at or near OSHA formaldehyde PELs.

7. As a result of this testing Bechtel was encouraged to establish a system to vent units during shipment and storage, and to encourage recipients of units to continue ventilation after set up.

8. This testing was disclosed in the Mississippi Joint Field Office Situation Report, SITREP 41/ FEMA-1604-DR-MS. The Mississippi Joint Field Office held regular meetings, and this issue was disclosed during those meetings. It was agreed that OSHA would conduct periodic sampling of new travel trailers. OSHA representatives at the Louisiana, Texas, and Alabama Joint Field Offices were told about these results, however, they stated that formaldehyde had not been identified by any entities as an issue of concern in any emergency housing units.

9.  Between October 11, 2005 through January 17, 2006, OSHA collected approximately 177 formaldehyde samples from new travel trailers at various staging and storage areas in Mississippi. That testing confirmed that in units of potential concern, if aired out and vented for a short period of time, formaldehyde in the unit was at or below OSHA PELs.

10. On or about mid-March 2006, I was made aware that a disaster victim assigned to a travel trailer in Mississippi had voiced concerns about formaldehyde in the unit. Mr. Bronson Brown, FEMA Safety Office, contacted me and voiced concerns that OSHA had failed to disclose to FEMA that it was testing new, unused travel trailers at various staging and storage facilities in Mississippi. I informed Mr. Brown that the initial test had been conducted in early October 2005 in response to a request from Bechtel Corporation, and were reported in the Mississippi Situation Report and that the results were also shared verbally with emergency responders at the applicable regular Joint Field Office meetings. Further, I informed him that OSHA had conducted follow up testing to confirm that ventilation and airing out the units was a sufficient response action. That testing confirmed that airing out and venting units for a short time reduced formaldehyde levels below OSHA PELs and those results were shared at regular JFO meetings and also posted on the OSHA website.

11. In addition, I further informed Mr. Brown, that formaldehyde levels in units should be relatively low once they were handed over to the public. This is because by the time the unit is issued to a disaster victim, the unit will have had an opportunity to air out and vent as a result of contractor making the unit ready for occupancy.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 15th day of May 2009.

*[signature]*
CLYDE PAYNE
Area Director
Jackson Area Office
Jackson, Mississippi