UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 8

```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA



IN RE:   FEMA TRAILER           ) MDL NO. 1873
         FORMALDEHYDE PRODUCTS  )
         LIABILITY LITIGATION   ) SECTION "N" (4)
                                )
                                )
                                )
_____ )



              Deposition of FLEETWOOD ENTERPRISES, INC.,
    taken on behalf of the Plaintiffs, at 3649 Mission
    Inn Avenue, Riverside, California, beginning at
    9:49 a.m. and ending at 2:19 p.m., on Wednesday,
    July 16, 2008, before JOANNA B. BROWN, Certified
    Shorthand Reporter No. 8570.
```

```
 1   APPEARANCES OF COUNSEL:

 2   FOR PLAINTIFFS' STEERING COMMITTEE:

 3          LAMBERT & NELSON, A PLC
            BY:  RONNIE PENTON, ESQ.
 4          701 Magazine Street
            New Orleans, Louisiana  70130
 5          (504) 581-1750
            (504) 529-2931
 6          rpenton@lambertandnelson.com

 7          LAMBERT & NELSON, A PLC
            BY:  HUGH PALMER LAMBERT, ESQ.
 8          701 Magazine Street
            New Orleans, Louisiana  70130
 9          (504) 581-1750
            (504) 529-2931
10          hlambert@lambertandnelson.com

11          (VIA TELEPHONE AND INTERNET STREAM)
            LAMBERT & NELSON, A PLC
12          BY:  LINDA J. NELSON, ESQ.
            701 Magazine Street
13          New Orleans, Louisiana  70130
            (504) 581-1750
14          (504) 529-2931
            lnelson@lambertandnelson.com
15
            SWEET & ASSOCIATES, PLLC
16          BY:  DENNIS C. SWEET, ESQ.
            158 East Pascagoula Street
17          Jackson, Mississippi  39201
            (601) 965-8700
18          (601) 965-8719 Fax
            dennis.sweet@sweetandassociates.net
19
            SWEET & ASSOCIATES, PLLC
20          BY:  WILLIAM GRUBBS, ESQ.
            158 East Pascagoula Street
21          Jackson, Mississippi  39201
            (601) 965-8700
22          (601) 965-8719 Fax
            william.grubbs@sweetandassociates.net
23

24

25
```

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
                                                    BARKLEY
                                                    Court Reporters
 1    (APPEARANCES OF COUNSEL CONTINUED:)

 2         (VIA TELEPHONE AND INTERNET STREAM)
           BENCOMO & ASSOCIATES
 3         BY:  RAUL BENCOMO, ESQ.
           639 Loyola Avenue
 4         Suite 2110
           New Orleans, Louisiana  70119
 5         (504) 529-2929
           (504) 529-2018 Fax
 6
      PLAINTIFFS' LIAISON COUNSEL:
 7
           (VIA TELEPHONE AND INTERNET STREAM)
 8         THE BUZBEE LAW FIRM
           BY:  ANTHONY BUZBEE, ESQ.
 9         104 21st Street
           Galveston, Texas  77550
10         (409) 762-5393
           (409) 762-0538 Fax
11         tbuzbee@txattorneys.com

12    FOR DEFENDANT FLEETWOOD ENTERPRISES:

13         NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
           BY:  RICHARD K. HINES V, ESQ.
14         201 17th Street NW
           Suite 1700
15         Atlanta, Georgia  30363
           (404) 322-6154
16         (404) 322-6050 Fax
           richard.hines@nelsonmullins.com
17
           NELSON, MULLINS, RILEY & SCARBOROUGH, LLP
18         BY:  TAYLOR TAPLEY DALY, ESQ.
           201 17th Street NW
19         Suite 1700
           Atlanta, Georgia  30363
20         (404) 322-6154
           (404) 322-6050 Fax
21         taylor.daly@nelsonmullins.com

22

23

24

25


                         4
```

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS GULF STREAM COACH AND FAIRMONT HOMES:

 3        SCANDURRO & LAYRISSON, LLC
          BY:  DEWEY M. SCANDURRO, ESQ.
 4        607 St. Charles Avenue
          New Orleans, Louisiana  70130
 5        (504) 522-7100
          (504) 529-6199 Fax
 6        dewey@scandurro.com

 7   FOR DEFENDANTS MONACO AND R-VISION:

 8        WALLER LAW OFFICE, P.C.
          BY:  JONATHAN H. WALLER, ESQ.
 9        2140 11th Avenue South
          Suite 222
10        Birmingham, Alabama  35205
          (205) 933-5421
11        (205) 933-5451 Fax
          jwaller@waller-law.com
12
     FOR DEFENDANT FOREST RIVER:
13
          GIEGER, LABORDE & LAPEROUSE, LLC
14        BY:  ERNEST P. GIEGER, JR., ESQ.
          701 Poydras Street
15        48th Floor
          New Orleans, Louisiana  70139-4800
16        (504) 654-1300
          (504) 561-1011 Fax
17        egieger@glllaw.com

18   FOR THE DEPARTMENT OF JUSTICE:

19        U.S. DEPARTMENT OF JUSTICE
          CIVIL DIVISION
20        BY:  HENRY T. MILLER, ESQ.
          1331 Pennsylvania Avenue, N.W.
21        Room 8006-S
          Washington, D.C.  20004
22        (202) 616-4223
          (202) 616-4473 Fax
23        henry.miller@usdoj.gov

24

25
```

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANT FLEETWOOD ENTERPRISES:

 3          (VIA TELEPHONE AND INTERNET STREAM)
            LEAKE & ANDERSSON, LLP
 4          BY:  JERRY L. SAPORITO, ESQ.
            BY:  AMANDA VONDERHAAR, ESQ.
 5          1700 Energy Centre, 1100 Poydras Street
            New Orleans, Louisiana  70163-1701
 6          (504) 585-7500
            (504) 585-7775 Fax
 7
     FOR DEFENDANTS KEYSTONE, CROSSROADS, DUTCHMAN,
 8   PILGRIM, AZ, MONACO, AND R-VISION:

 9          (VIA TELEPHONE AND INTERNET STREAM)
            JONES, WALKER, WAECHTER, POITEVENT,
10          CARRERE & DENEGRE, LLP
            BY:  JAMES C. PERCY, ESQ.
11          BY:  RYAN E. JOHNSON, ESQ.
            8555 United Plaza Boulevard
12          Suite 5
            Baton Rouge, Louisiana  70809
13          (225) 248-2000
            (225) 248-2010 Fax
14
     FOR DEFENDANT MORGAN BUILDINGS & SPAS:
15
            (VIA TELEPHONE AND INTERNET STREAM)
16          McGLINCHEY STAFFORD, PLLC
            BY:  CHRISTINE LIPSEY, ESQ.
17          301 Main Street
            One American Place
18          14th Floor
            Baton Rouge, Louisiana  70825
19          (225) 383-9000
            (225) 343-3076 Fax
20
     FOR DEFENDANTS STARCRAFT AND JAYCO:
21
            (VIA TELEPHONE AND INTERNET STREAM)
22          WILLINGHAM, FULTZ & COUGILL, LLP
            BY:  THOMAS L. COUGILL, ESQ.
23          808 Travis
            Suite 1608
24          Houston, Texas  77002
            (713) 333-7600
25          (713) 333-7601 Fax
```

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS THE COACHMEN ENTITIES:

 3          (VIA TELEPHONE AND INTERNET STREAM)
            TAYLOR, PORTER, BROOKS & PHILLIPS, LLP
 4          BY:  JOHN STEWART THARP, ESQ.
            Chase Tower South
 5          451 Florida Street
            8th Floor
 6          Baton Rouge, Louisiana  70821
            (225) 387-3221
 7          (225) 346-8049 Fax

 8   FOR DEFENDANTS RECREATION BY DESIGN, LLC;
     PL INDUSTRIES, INC.; AND FRONTIER RV, INC.:
 9
            (VIA TELEPHONE AND INTERNET STREAM)
10          GARRISON, YOUNT, LORMAND, FORTE &
            MULCAHY, LLC
11          BY:  RANDALL C. MULCAHY, ESQ.
            909 Poydras Street
12          Suite 1800
            New Orleans, Louisiana  70112
13          (504) 527-0680
            (504) 527-0686 Fax
14
     FOR DEFENDANT HORTON HOMES:
15
            (VIA TELEPHONE AND INTERNET STREAM)
16          LABORDE & NEUNER
            BY:  GREGORY A. KOURY, ESQ.
17          One Petroleum Center
            1001 West Pinhook Road
18          Suite 200
            Lafayette, Louisiana  70505-2828
19          (337) 237-7000
            (337) 233-9450 Fax
20

21

22

23

24

25
```

7

FLEETWOOD ENTERPRISES, INC.

BARKLEY Court Reporters

```
 1   (APPEARANCES OF COUNSEL CONTINUED:)

 2   FOR DEFENDANTS PATRIOT HOMES, LIBERTY HOMES,
     WAVERLEY HOMES, SMITH HOMES, DUTCH HOUSING, CAVALIER
 3   HOME BUILDERS, AND RIVERBIRCH HOMES:

 4          (VIA TELEPHONE AND INTERNET STREAM)
            VOORHIES & LABBE, A PLC
 5          BY:  LAMONT P. DOMINGUE, ESQ.
            700 St. John Street
 6          Lafayette, Louisiana   70502-3527
            (337) 232-9700
 7          (337) 235-4943 Fax

 8   FOR DEFENDANT SILVER CRATE:

 9          (VIA TELEPHONE AND INTERNET STREAM)
            DAIGLE, SCOFIELD & RIVERA, LLC
10          BY:  WALTER JAMISON, ESQ.
            303 West Vermilion Street
11          Suite 210
            Lafayette, Louisiana   70501
12          (337) 234-7000
            (337) 237-0344 Fax
13
     FOR DEFENDANTS AMERICAN HOMESTAR CORPORATION AND
14   OAK CREEK HOMES:

15          (VIA TELEPHONE AND INTERNET STREAM)
            HAILEY, McNAMARA, HALL, LARMANN &
16          PAPALE, LLP
            BY:  DAVID BACH, ESQ.
17          10725 Perkins Road
            Suite 200
18          Baton Rouge, Louisiana   70810
            (225) 766-5567
19          (225) 766-5548 Fax

20

21

22

23

24

25

                          8
```

```
 1    (APPEARANCES OF COUNSEL CONTINUED:)

 2    FOR DEFENDANTS CMH MANUFACTURING, INC.; SOUTHERN
      ENGINEERING HOMES; AND THREE HATCHER ENTITIES:
 3
              (VIA TELEPHONE AND INTERNET STREAM)
 4            MAYNARD, COOPER & GALE
              BY:  THOMAS W. THAGARD III, ESQ.
 5            1901 6th Avenue North
              Suite 2400
 6            Birmingham, Alabama   35203-2602
              (205) 254-1000
 7            (205) 254-1999 Fax
              tthagard@maynardcooper.com
 8
      VIDEOGRAPHER:
 9
              BRAD BISSEGGER
10            BARKLEY COURT REPORTERS
              (310) 207-8000
11
      ALSO PRESENT:
12
              DOUG HENRIQUEZ
13            WILLIAM FARISH
              TERRI SOUERS
14            FORREST THEOBALD
              DON LEE
15

16

17

18

19

20

21

22

23

24

25
```

9

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

```
 1                          I N D E X

 2
     WITNESS                                    EXAMINATION
 3
                                                   PAGE
 4

 5   DOUG HENRIQUEZ

 6          BY MR. PENTON                           19

 7          BY MR. SWEET                            48

 8   WILLIAM FARISH

 9          BY MR. LAMBERT                          60

10          BY MR. PENTON                          127

11   TERRI SOUERS

12          BY MR. PENTON                          142

13

14

15                         EXHIBITS

16
     PLAINTIFFS'                                   PAGE
17

18     FW 1     Notice of Video-Taped Federal
                Rule 30(b)(6) Deposition of
19              Fleetwood Enterprises, Inc.         17

20     FW 2    Stipulated Protective Order
                and Non-Disclosure Agreement        17
21
       FW 3    July 8, 2008, letter to
22              Ronnie G. Penton, Esq., and
                Gerald E. Meunier, Esq., from
23              Richard K. Hines, V, re:
                Objections and Responses to
24              30(b)(6) Notice                     17

25
```

```
 1                          EXHIBITS

 2
      PLAINTIFFS'                                   PAGE
 3

 4      FW 4       July 8, 2008, letter to
                   Linda J. Nelson, Esq., and
 5                 Justin I. Woods, Esq., from
                   Taylor Tapley Daly re:  outline
 6                 of documents produced by
                   Fleetwood Enterprises            17
 7
        FW 5       July 8, 2008, letter to
 8                 Linda J. Nelson, Esq., and
                   Justin I. Woods, ESq., from
 9                 Taylor Tapley Daly re:  outline
                   of documents produced by
10                 Fleetwood Enterprises on CD#2    17

11      FW 6A      CD entitled "FEMA Formaldehyde
                   Litigation Documents produced
12                 by Fleetwood Defendants
                   07/08/08, Disc 1                 17
13
        FW 6B      CD entitled "FEMA Formaldehyde
14                 Litigation Documents produced
                   by Fleetwood Defendants
15                 07/08/08, Disc 2                 17

16      FW 7       Privilege Log                    17

17      FW 8       "FEMA Model Travel Trailer
                   Procurement Specifications
18                 Dated:  Jul 14, 2005"            43

19      FW 9       Amendment Nos. 1 and 2,
                   Fleetwood Enterprises, Inc.,
20                 Master Sales Agreement           142

21      FW 10      FEMA Travel Trailer 2006
                   Owner's Manual                   142
22
        FW 11      Fleetwood "Important Health
23                 Notice"                          142

24

25
```

| | | |
|---|---|---|
| 09:49 | 1 | Riverside, California; Wednesday, July 16, 2008 |
| 09:49 | 2 | 9:49 a.m. |
| 09:49 | 3 | |
| 09:49 | 4 | THE VIDEOGRAPHER: Good morning. My name is |
| 09:49 | 5 | Brad Bissegger. I'm a videographer associated with |
| 09:49 | 6 | Barkley Court Reporters of Orange County. The date |
| 09:49 | 7 | is July 16th, 2008. The time is 9:49 a.m. This |
| 09:49 | 8 | deposition is taking place at 3649 Mission Inn |
| 09:49 | 9 | Avenue, Riverside, California 92503 in the matter of |
| 09:49 | 10 | In Re: FEMA Trailer Formaldehyde Products Liability |
| 09:49 | 11 | Litigation. The case number is MDL No. 1873. |
| 09:49 | 12 | This is the videotaped deposition of |
| 09:49 | 13 | Doug Henriquez, being taken on behalf of the |
| 09:49 | 14 | plaintiffs. Will counsel for the parties, please, |
| 09:49 | 15 | identify themselves. |
| 09:49 | 16 | MR. PENTON: Ronnie Penton on behalf of the |
| 09:49 | 17 | PSC. |
| 09:49 | 18 | MR. LAMBERT: Hugh Lambert of Lambert & |
| 09:49 | 19 | Nelson on behalf of the PSC. |
| 09:50 | 20 | MR. SWEET: Dennis Sweet on behalf of the |
| 09:50 | 21 | PSC. |
| 09:50 | 22 | MR. GRUBBS: William Grubbs on behalf of |
| 09:50 | 23 | the PSC. |
| 09:50 | 24 | MR. MILLER: Henry Miller of the Department |
| 09:50 | 25 | of Justice on behalf of the Defendant United States |

12

| | | |
|---|---|---|
| 09:50 | 1 | of America. |
| 09:50 | 2 | MR. GEIGER:  Ernie Geiger for Forest River. |
| 09:50 | 3 | MR. SCANDURRO:  Dewey Scandurro for |
| 09:50 | 4 | Gulf Stream Coach and without waiver -- Dewey |
| 09:50 | 5 | Scandurro, S-c-a-n-d-u-r-r-o, for Gulf Stream Coach |
| 09:50 | 6 | and, without waiver of our pending motion, Fairmont |
| 09:50 | 7 | Homes. |
| 09:50 | 8 | MS. DALY:  Taylor Daly for Fleetwood. |
| 09:50 | 9 | MR. HINES:  And Richard Hines for the |
| 09:50 | 10 | Fleetwood defendants. |
| 09:50 | 11 | THE VIDEOGRAPHER:  Thank you.  The court |
| 09:50 | 12 | reporter may now swear in the witness. |
| 09:50 | 13 | MR. WALLER:  Jonathan Waller also for |
| 09:50 | 14 | Monaco and R-Vision. |
| 09:51 | 15 | MR. HINES:  Let me -- |
| 09:51 | 16 | MR. WALLER:  Let me ask this:  On the |
| 09:51 | 17 | stipulations, I assume, if Richard makes an |
| 09:51 | 18 | objection, all counsel will have the benefit? |
| 09:51 | 19 | MR. PENTON:  As far as we are concerned. |
| 09:51 | 20 | MR. HINES:  As far as we are concerned. |
| 09:51 | 21 | MR. WALLER:  Okay.  So an objection by one |
| 09:51 | 22 | defense lawyer, all of the defendants have the |
| 09:51 | 23 | benefit of it; right, Ronnie? |
| 09:51 | 24 | MR. PENTON:  Yes, yes. |
| 09:51 | 25 | MR. WALLER:  Thanks. |

13

FLEETWOOD ENTERPRISES, INC.

| | | |
|---|---|---|
| 12:21 | 1 | A. That's not my responsibility on the travel |
| 12:21 | 2 | trailer side. |
| 12:21 | 3 | Q Who would we ask? |
| 12:21 | 4 | A Bob Wosniak would be the best for that |
| 12:21 | 5 | side, too. |
| 12:21 | 6 | MR. LAMBERT: We are going to have to deal |
| 12:21 | 7 | with that issue because that's a whole ball of wax. |
| 12:21 | 8 | MR. HINES: Let's see where we end up here |
| 12:21 | 9 | after you ask Mr. Farish some questions because he's |
| 12:21 | 10 | generally aware of the warnings in travel trailers, |
| 12:21 | 11 | and it may be that you get what you need here. It |
| 12:21 | 12 | may be that you don't. |
| 12:21 | 13 | MR. LAMBERT: Okay. |
| 12:21 | 14 | MR. HINES: We understand, and I had the |
| 12:21 | 15 | conversation with Ronnie before this. |
| 12:22 | 16 | BY MR. LAMBERT: |
| 12:22 | 17 | Q What sorts of warnings, if you know, went |
| 12:22 | 18 | into travel trailers regarding formaldehyde? |
| 12:22 | 19 | A We have -- Fleetwood has a warning label, |
| 12:22 | 20 | health-information label that we put on the mirror |
| 12:22 | 21 | of the homes and we also put in the owner's manual |
| 12:22 | 22 | to go with -- excuse me -- the homes, the travel |
| 12:22 | 23 | trailers. |
| 12:22 | 24 | Q All right. And what about -- |
| 12:22 | 25 | Somebody needs to mute their phone that's |

110

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 12:22 | 1 | typing. |
| 12:22 | 2 | What about the manufactured homes, do they |
| 12:22 | 3 | have any warnings? |
| 12:22 | 4 | A    We have a warning -- we have a warning |
| 12:22 | 5 | there, too.  We have a warning that goes in the |
| 12:22 | 6 | homeowner's manual in that case also and then on the |
| 12:22 | 7 | kitchen countertop.  That -- that particular warning |
| 12:22 | 8 | is dictated by HUD. |
| 12:23 | 9 | Q    This particular document, which is |
| 12:23 | 10 | Bates No. 5100, can you tell me whether that is a |
| 12:23 | 11 | HUD warning for a manufactured home or whether it is |
| 12:23 | 12 | for the travel trailer? |
| 12:23 | 13 | A    This is the -- this is the important notice |
| 12:23 | 14 | that Fleetwood travel trailers uses that they |
| 12:23 | 15 | developed on their own with the help of the |
| 12:23 | 16 | suppliers. |
| 12:23 | 17 | Q    Okay.  So it's not -- it's not a HUD |
| 12:23 | 18 | document? |
| 12:23 | 19 | A    Correct. |
| 12:24 | 20 | Q    We need to understand this document, 1944, |
| 12:24 | 21 | which is part of a FEMA Procedure Storage Site |
| 12:24 | 22 | Manual and particularly the part that has to do with |
| 12:24 | 23 | the operator's manual.  What does that mean? |
| 12:24 | 24 | MS. DALY:  1944? |
| 12:24 | 25 | MR. HINES:  Yes. |

111

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters

| | | |
|---|---|---|
| 13:03 | 1 | tender. |
| 13:03 | 2 | MR. LAMBERT:  Okay. |
| 13:03 | 3 | MR. PENTON:  We are going to tender, and we |
| 13:03 | 4 | will go off the record, and we will get the time. |
| 13:03 | 5 | THE VIDEOGRAPHER:  We are off the record at |
| 13:03 | 6 | 1:03 p.m. |
| 13:30 | 7 | (Off the record.) |
| 13:30 | 8 | THE VIDEOGRAPHER:  We are back on the |
| 13:31 | 9 | record at 1:31 p.m. |
| 13:31 | 10 | MR. PENTON:  Okay.  For the record, before |
| 13:31 | 11 | we do this deposition, I would like to introduce as |
| 13:31 | 12 | Fleetwood Exhibit No. 9 Amendments Nos. 1 and 2 to |
| 13:31 | 13 | the Fleetwood Master Agreement, Bates Range 5669er |
| 13:31 | 14 | through 5672. |
| 13:31 | 15 | MS. DALY:  No.  One. |
| 13:31 | 16 | MR. HINES:  Through 1.  72 is the important |
| 13:31 | 17 | health notice.  It's not a part of that. |
| 13:31 | 18 | MR. PENTON:  No problem.  And Fleetwood |
| 13:31 | 19 | Exhibit No. 10 Bates Range 5548 through 5668 |
| 13:31 | 20 | entitled "FEMA Travel Trailer Owner's Manual." |
| 13:31 | 21 | Fleetwood No. 11, Bates Range or Document 5672, |
| 13:31 | 22 | which would be the Fleetwood -- |
| 13:32 | 23 | MR. LAMBERT:  Important Notice. |
| 13:32 | 24 | MR. PENTON:  -- Important Health Notice. |
| 13:32 | 25 | Then anybody that wants a copy of this log here, |

FLEETWOOD ENTERPRISES, INC.

| | | |
|---|---|---|
| 13:32 | 1 | we'll make it.  I think that will do it.  All right. |
| 13:32 | 2 | I think we are ready for the witness to be sworn. |
| 13:32 | 3 | (Whereupon, Plaintiffs' Exhibits FW 9, 10, |
| 13:32 | 4 | and 11 were marked for identification by plaintiffs' |
| 13:32 | 5 | counsel, a copy of which is attached hereto.) |
| 13:32 | 6 | THE REPORTER:  You do solemnly state under |
| 13:32 | 7 | penalty of perjury that the testimony you shall give |
| 13:32 | 8 | will be the truth, the whole truth, and nothing but |
| 13:32 | 9 | the truth? |
| 13:32 | 10 | THE WITNESS:  I do. |
| 13:32 | 11 | EXAMINATION |
| 13:32 | 12 | BY MR. PENTON: |
| 13:32 | 13 | Q    State your name for us. |
| 13:32 | 14 | MR. HINES:  And speak up so everybody can |
| 13:32 | 15 | hear you. |
| 13:32 | 16 | BY MR. PENTON: |
| 13:32 | 17 | Q    State your name and address. |
| 13:32 | 18 | A    Terri Souers, Riverside, California. |
| 13:32 | 19 | Q    Ms. Souers, what is your position with -- |
| 13:32 | 20 | Well, do you work for Fleetwood? |
| 13:32 | 21 | A    Yes, I do. |
| 13:32 | 22 | Q    And what is your job? |
| 13:32 | 23 | A    I am the forest products operations |
| 13:33 | 24 | manager. |
| 13:33 | 25 | Q    I'll ask in a minute what that consists of, |

142

FLEETWOOD ENTERPRISES, INC.

BARKLEY
Court Reporters