UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 9



*Driven to Explore*



FLE-00005548
to 00005668

EXHIBIT FW 10

FEMA OWNER'S MANUAL

# 2006 Owner's Manual

10-1

# TABLE OF CONTENTS

INTRODUCTION .......................01-1
   Inspect and Maintain ...................01-2
   Planning and Preparation ...............01-2
   Owner's Information Package ...........01-2
   Vehicle Identification ..................01-2

WARRANTY ..........................02-1
   Coverage Provided ....................02-1
   What is Not Covered by This Warranty ....02-1
   Dealer's Obligations ...................02-2
   Owner's Obligations ...................02-2
   Manufacturer's Obligations .............02-2
   Warranties ...........................02-3
   Warranty Service ......................02-4
   Reporting Safety Defects ...............02-4

IMPORTANT NOTICES ................03-1

ON THE ROAD .......................04-1
   Guidelines for Equipment Selection
      and Preparation ...................04-1
   State and Local Requirements for Towing ..04-1
   Hitching Up .........................04-2
   Hitching Procedure for Conventional
      Trailers ..........................04-2
   Adjustable Height Coupler (If Equipped) ...04-4
   Hitching Procedure for Fifth-
      Wheel Trailers ....................04-5
   Braking System ......................04-7
      *Brake System Components* ..........04-7
      *Braking Tips* ......................04-9
   Trailer Loading ......................04-9
      *Determining and Distributing Your*
         *Trailer's Load* .................04-10
      *How Overloading Affects Your Tires* ...04-13
      *Loading Tips* .....................04-14
      *Bicycle Hitch Receiver (If Equipped)* ...04-15
      *Cargo Carrying Capacity* ...........04-15
   Safe Driving Guidelines ...............04-15
      *If the Trailer is Swaying* ............04-16
   Backing Up .........................04-16

Parking .............................04-17
   *Parking On a Grade* .................04-17
Tires ...............................04-17
   *If You Get a Flat Tire* ................04-18
   *Changing a Flat Tire* ................04-18
Wheel Lug Nut Torque and
   Tightening Intervals .................04-18
Carbon Monoxide Safety Precautions .....04-20
Pre-Departure Safety Check List .........04-20

LIVING WITH YOUR TRAVEL
TRAILER ............................05-1
   Setup ...............................05-1
   Leveling and Stabilization ..............05-1
      *Leveling Procedures for a*
         *Conventional Trailer* ...............05-1
      *Leveling Procedures for a*
         *Fifth-Wheel Trailer* ...............05-2
      *Units with Slide-Out Rooms* .........05-3
   Effects of Permanent Occupancy .........05-4
      *Condensation and How to Control It* ...05-4
      *Dripping Ceiling Vents* ..............05-6
   Important Information .................05-6
      *What the RV Owner Can Do* ...........05-7
   Fire Safety ..........................05-7
      *Fire Safety Precautions* .............05-8
   Pull Shades (If Equipped) ..............05-9
   Day/Night Shades (If Equipped) .........05-9
   Mini-Blinds (If Equipped) ..............05-9
   Storage .............................05-9
      *Exterior Compartments* ..............05-9
      *Interior Storage* ...................05-10

PLUMBING SYSTEMS
AND HOLDING TANKS ...............06-1
   *External Fresh Water Hookup* ..........06-1
   *Filling the On-Board Water Tank* .......06-1
   *Draining the Fresh Water Tank* .........06-2
   *Water Pump* ........................06-2
   *Water Pump Filter* ...................06-2
   *Low Point Drains* ...................06-2
   *Troubleshooting the Fresh Water System* ..06-2

# Table of Contents

*Leaks* .................................06-2
*Sanitizing the Fresh Water System* ......06-3
*Drinking Water Filter System*
  *(If Equipped)* .....................06-3
Waste Water System ...................06-4
*Toilet* ..............................06-4
*Draining the Holding Tanks* ...........06-4
*Black Tank Flush System (If Equipped)* ..06-5
*Holding Tank Care* ...................06-6

**ELECTRICAL SYSTEMS** .............**07-1**
120-Volt AC Electrical System ..........07-1
*Power Cord Hook-Up* ................07-1
*Ground Fault Circuit Interrupter (GFCI)* .07-1
The Power Distribution Center ..........07-2
The Power Converter...................07-2
*Solar Panel (If Equipped)* ............07-3
12-Volt DC System - Exterior ...........07-3
*Exterior Bulbs and Fuses* .............07-3
12-Volt DC System - Interior ...........07-3
*Selecting a Battery*..................07-3
*Battery Charging* ....................07-4
*Storage Precautions* .................07-5
Typical Bulbs and Fuses ...............07-5

**PROPANE SYSTEM** ....................**08-1**
Propane Safety Precautions .............08-1
System Components ....................08-2
*Hoses and Fittings*...................08-2
*Propane Regulator* ...................08-3
Exterior Propane Supply Outlet
  (If Equipped) .....................08-3
Using Propane System at Low
  Temperatures ......................08-4
Filling Propane Cylinders ..............08-4
Propane System Check .................08-5
Propane Leak Detector/Alarm ...........08-6
Lighting Propane Appliances ............08-6
Propane Safety Tips ...................08-7

**APPLIANCES** ........................**09-1**
Water Heater .........................09-1

*Water Heater Bypass Valve* ............09-1
Refrigerator .........................09-1
Furnace .............................09-2
Range ...............................09-2
Range Exhaust Hood ...................09-2
Additional 12-Volt Equipment ...........09-2
  *120/12-Volt Televisions (If Equipped)* ....09-2
Video Switcher (If Equipped) ...........09-3
Microwave Oven (If Equipped) ..........09-3
Washer/Dryer-Ready Option .............09-3
Miscellaneous Appliances ...............09-3

**EQUIPMENT** .........................**10-1**
Entry Step ...........................10-1
Entry doors, Screens, and Locks ........10-1
Windows .............................10-1
  *Emergency Exit Window(s)* ..........10-1
Free-Standing Furniture (If Equipped) .....10-1
Dinette Conversion (With Built-In Table) ...10-2
Dinette Conversion
  (With Free-Standing Table) ..........10-2
Dinette Conversion
  (With Pedestal Table) ...............10-2
Sofa Conversion (If Equipped) ..........10-2
Sleeper Sofa Conversion (If Equipped) ....10-2
Folding Doors/Privacy Curtain Dividers ....10-3
Interior Lighting ......................10-3
Overhead Vents ......................10-3
Air Conditioner (If Equipped) ...........10-3
Smoke Detector/Alarm .................10-4
Fire Extinguisher .....................10-4
Carbon Monoxide Detector/Alarm
  (If Equipped) .....................10-4
Entertainment Equipment (If Equipped) ....10-4
TV Antenna (If Equipped) ..............10-4
  *Antenna Operating Instructions* ......10-5
Slide-Out Room(s) (If Equipped) ........10-5
Electric Slide-Out Operation ............10-6
  *System Description* .................10-6
  *System Operation*...................10-6

*10-3* (handwritten)

## Table of Contents

| | |
|---|---|
| Normal Operation ..................... 10-6 | Solid Surface Top Care (If Equipped) .... 12-4 |
| Manual Override Operation ........... 10-7 | Laminate Top Care (If Equipped) ....... 12-4 |
| System Maintenance .................... 10-7 | Walls and Ceiling Panels ............. 12-4 |
| Electrical System Maintenance ......... 10-7 | Attaching Accessories to Your Trailer.... 12-4 |
| Mechanical Maintenance ............. 10-7 | Plastic/Fiberglass Shower Stall ........ 12-4 |
| System Troubleshooting .............. 10-8 | Floors and Carpeting ................ 12-4 |
| Electrical Troubleshooting ........... 10-8 | Wood Floor (If Equipped) ............ 12-4 |
| Troubleshooting Chart ................ 10-9 | Wheels and Tires ....................... 12-5 |
| Power Jacks (If Equipped) ............. 10-11 | Tire Inspection ...................... 12-5 |
| Travel Trailers ..................... 10-11 | Brakes ............................ 12-5 |
| Fifth Wheels ....................... 10-11 | Hitch ............................. 12-5 |
| Generator Ready (If Equipped) ......... 10-11 | Wiring ............................ 12-5 |
| Generator (If Equipped) ............. 10-11 | Tire Replacement .................... 12-5 |
| Generator Operating Safety | Wheel Replacement .................. 12-5 |
| Precautions .................... 10-12 | Battery Maintenance and Care ........... 12-6 |
| Generator Maintenance and Service .... 10-13 | Appliance Maintenance ................. 12-6 |
| Battery Disconnect (If Equipped) ........ 10-13 | Water and Holding Tank Maintenance ..... 12-6 |
| Exterior Shower and Compartment | Roof Resealing and Care ................ 12-6 |
| (If Equipped) ...................... 10-13 | Rubber Roof System ................... 12-6 |
| Shower Faucet ....................... 10-13 | Cleaning .......................... 12-7 |
| Roof ............................... 10-13 | Care .............................. 12-7 |
| Patio Awning (If Equipped) ............ 10-13 | Trailer A-Frames and Bumpers ........... 12-7 |
| Telephone Jack (If Equipped) .......... 10-13 | Maintenance Guideline ................. 12-7 |
| Satellite System (TVRO) Wiring | **STORAGE** ........................... **13-1** |
| (If Equipped) ...................... 10-14 | Storage Checklists ..................... 13-1 |
| **ULTRALITE TRAILER TENT** | Short-Term Storage (Less than 60 days) .. 13-1 |
| **SET-UP PROCEDURES** (If Equipped) .... **11-1** | Long-Term Storage (Over 60 days) ...... 13-1 |
| **MAINTENANCE** ...................... **12-1** | Winterization ......................... 13-2 |
| Exterior ............................ 12-1 | Water System Winterizing ............. 13-2 |
| Fiberglass Care (If Applicable) ......... 12-1 | Reactivating the Trailer After Storage ...... 13-4 |
| Sheetmetal Care (If Applicable) ........ 12-1 | **TRAILER/TOW VEHICLE LOAD** |
| Summary of General Cleaning Tips ..... 12-2 | **WORKSHEETS** ................... **14-1** |
| Stains ............................. 12-2 | **GLOSSARY** .......................... **15-1** |
| Exterior Graphics Care .............. 12-2 | |
| Windows, Doors, Vents and Locks ....... 12-3 | |
| Sealant Renewal ................... 12-3 | |
| Door, Window, Roof Component | |
| and Molding Resealing ............. 12-3 | |
| Interior ............................ 12-3 | |
| Fabrics ........................... 12-3 | |

10-4

# INTRODUCTION

Welcome to the recreational vehicle life-style and the growing family of trailer owners. We sincerely thank you for choosing a Fleetwood trailer!



**NOTE**

*This manual describes many features of your RV and includes some instructions for its safe use. This manual, including photographs and illustrations, is of a general nature only. Some equipment and features described or shown in this manual may be optional or because of the continuous program of product change conducted by Fleetwood, it is possible that recent product changes may not be included.*



**NOTE**

*Throughout this manual the term "RV" represents a "Recreational Vehicle" as defined by the NFPA 1192. This includes motor homes, fifth wheel trailers, travel trailers, camping trailers, recreational park trailers, and truck campers.*

Your trailer has been designed to provide you with years of carefree, pleasant traveling and vacationing. It conforms with, or exceeds, applicable *American National Standards Institute (ANSI)*, *National Fire Protection Association (NFPA)*, *Canadian Standards Association (CSA)* (units built for Canada only), *Federal Motor Vehicle Safety Standards (FMVSS)*, *Environmental Protection Agency (EPA)* and *California Air Resources Board (CARB)* regulations. The seal attached just outside the entry door indicates compliance with *ANSI* or *CSA* standards.

Like all equipment, your trailer will require care and regular maintenance in order to deliver maximum value and performance. The dealer will give you basic operating and maintenance instructions. However, supplement this by reading all instructional material(s) furnished with the trailer in the *Owner's Information Package*. This information outlines important areas of operation and maintenance for you to follow for safe, trouble-free service from your trailer. Study these materials carefully. A good working knowledge of your trailer and how to care for it will help you enjoy many miles and years of recreational living.

Please pay close attention to these statements while you read this Owner's Manual.

In this manual, statements preceded by the following words are of special significance:

**⚠ WARNING**

indicates a potentially hazardous situation which, if not avoided, could result in death or serious injury.

**⚠ CAUTION**

indicates a potentially hazardous situation which, if not avoided, may result in minor or moderate injury.

**CAUTION**

indicates a potentially hazardous situation which, if not avoided, may result in damage to the component or vehicle.



**NOTE**

indicates points of particular interest for more efficient and convenient operation.

If you have any questions regarding operation, maintenance, or service, please contact your dealer immediately so he can assist you. Your dealer's Service or Sales Department will handle any normal problems which might occur.

Some equipment and features described or shown in this manual may be optional or not available on some models.

Because of the continuous program of product improvement conducted by Fleetwood, it is possible that recent product changes may not be included in this manual. Specifications may change without notice. Product information, illustrations and photography included in this Owner's Manual were as accurate as possible at the time of publication, and are representative of

# Introduction

function and may or may not be specific in their depiction of actual equipment, fabrics, interior or exterior decor or design options as installed on or in your recreational vehicle.

The instructions included in this manual are intended as a guide, and in no respect extend the responsibilities of the manufacturing subsidiary, parent company or affiliates beyond the standard written warranty as presented in this manual.

Fleetwood has designed its recreational vehicles to provide a variety of uses for its customers. Each vehicle features optimal seating, sleeping, storage and fluid capacities. The user is responsible for selecting the proper combination of loads to ensure that the recreational vehicle's capacities are not exceeded.

## INSPECT AND MAINTAIN

Follow a consistent schedule of inspection and maintenance for your trailer. Your continuing safety and comfort depend on it. This manual includes a section outlining maintenance intervals. If you follow the maintenance guidelines, you will minimize the possibility of failure of any important system or part of your trailer.

## PLANNING AND PREPARATION

Each year millions of Americans embark on trips using some type of recreational vehicle. Proper planning of your trip will ensure a pleasurable experience. A thorough knowledge of your RV is important if you are going to get the most out of the convenience and safety items built into your trailer. Be as familiar with it as you are with your personal car or truck. If you have trouble or have questions, please consult your dealer.

## OWNER'S INFORMATION PACKAGE

This package contains valuable documents about your trailer and its equipment and systems. The *Owner's Manual* is in this package. Since this manual does not cover every possible detail of equipment and options installed on or in your trailer, there are booklets and instructional material in the package that will help you safely operate, maintain and troubleshoot those items. ***Be sure you read all this information and understand the safety and operating instructions included in the package.*** Additionally, you must follow all maintenance instructions to insure full warranty coverage. If you decide to sell or trade your trailer, be sure the new owner receives all the material in this package.

> ✓ **NOTE**
>
> If your **Owner's Information Package** does not contain these items, even if you purchased your trailer "used," please call or write Fleetwood and request the desired or missing information.
> **Fleetwood Owner Relations**
> **P.O. Box 59933**
> **Riverside, CA 92517**
> **1-800-322-8216**

## VEHICLE IDENTIFICATION

The V.I.N. is located on the tag on the outside, front, roadside of the trailer. Use this number when ordering parts through your Fleetwood dealer or Service Center. (See below for an example of the V.I.N. tag.)

```
              MANUFACTURED BY

DATE OF MFR:

GVWR:

GAWR:                       PER AXLE

WITH              TIRES,             RIMS,

AT                    COLD SINGLE.

THIS VEHICLE CONFORMS TO ALL APPLICABLE FEDERAL
MOTOR VEHICLE SAFETY STANDARDS IN EFFECT ON
THE DATE SHOWN ABOVE. VEHICLE TYPE: TRAILER

                    V.I.N.:
```

10-6

# LIMITED ONE-YEAR WARRANTY
For Travel Trailers Manufactured and Warranted by subsidiaries of Fleetwood Enterprises, Inc., sold in the United States and Canada

## COVERAGE PROVIDED

Your new travel trailer, including the structure, plumbing, heating and electrical systems, all appliances and equipment installed by the manufacturer, is warranted under normal use to be free from manufacturing defects in material or workmanship. Appearance imperfections, or damage to paint, graphics, exterior materials, or upholstery that may have occurred prior to delivery are normally corrected during the inspection process at the manufacturing plant or at the dealership.

**This warranty is to the original purchaser and is not transferable** and begins on the date of original retail delivery or the date the trailer is first placed into service as a rental, commercial or demonstrator unit (whichever occurs first). The warranty extends for a period of one year from such date.

Written notice of defects must be given to the selling dealer or manufacturer not later than ten (10) days after the expiration of the warranty period.

## WHAT IS NOT COVERED BY THIS WARRANTY

This warranty does not cover:

1. The tires which are covered by the warranty of the tire manufacturer.
2. Defects caused by or related to:
   a. Abuse, misuse, negligence or accident;
   b. Failure to comply with instructions contained in the *Owner's Information Package;*
   c. Alteration or modification of the trailer;
   d. Environmental conditions (salt, hail, chemicals in the atmosphere, etc.)
3. Normal deterioration due to wear or exposure, such as fading of fiberglass, fabrics or drapes, carpet wear, etc.
4. Normal maintenance and service items, such as light bulbs, fuses, sealants, lubricants, etc.
5. Transportation to and from dealer location, loss of time, inconvenience, commercial loss, loss of use, bus fares, vehicle rental, incidental charges such as telephone calls or hotel bills, or other incidental or consequential damages.
6. Fleetwood will NOT be responsible for any losses, damages, or claims, including, but not limited to property damage, personal injury, loss of income, legal fees or expenses, emotional distress, death, loss of use, loss of value, all other economic loss, adverse health effects, or any other effects caused or alleged to be caused by MICROBIAL MATTER, including, but not limited to, mold, mildew, fungus or dry rot.

ANY IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF WORKMANLIKE CONSTRUCTION, HABITABILITY, MERCHANTABILITY AND FITNESS FOR A PARTICULAR USE ARE LIMITED IN DURATION TO THE DURATION OF THIS 1 YEAR WARRANTY.

Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you.

**This warranty gives you specific legal rights, and you may also have other rights which vary from state to state.**

**The manufacturer/warrantor is not responsible for any undertaking, representation or warranty made by any dealer or other person beyond those expressly set forth in this warranty.**

10-7

## Warranty

### DEALER'S OBLIGATIONS

By agreement with the manufacturer, the dealer is obligated to maintain the trailer prior to retail sale, to perform a detailed predelivery inspection and to repair or replace any parts necessary to correct defects in material or workmanship.

### OWNER'S OBLIGATIONS

The owner is responsible for normal maintenance as described in the; the *Owner's Information Package*; however, minor adjustments (such as adjustments to the interior or exterior doors, Propane regulator pressure, cabinet latches, TV antenna control, etc.) will be performed by the dealer during the first 90 days of warranty coverage. Thereafter, such adjustments are the responsibility of the owner as normal maintenance unless required as a direct result of repair or replacement of a defective part under this warranty.

If a problem occurs which the owner believes is covered by this warranty, the owner shall contact the selling dealer, or other authorized dealer, giving sufficient information to resolve the matter. The owner shall deliver the trailer to the dealer or an authorized Fleetwood Dealer location for warranty service.

*Laws in many states and federal law permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state and may vary from the federal law. To the extent allowed or not prohibited by applicable law, the manufacturer requires that the owner first provide it with direct written notification of any alleged unrepaired defect or malfunction, or any other dissatisfaction experienced with the travel trailer so the manufacturer has the opportunity to cure the problem or dissatisfaction itself. Giving the manufacturer this direct notice and opportunity to cure enables the manufacturer to supplement prior efforts by its authorized dealers so any ongoing problem or dissatisfaction can be resolved or addressed by the manufacturer. The manufacturer's written notice should be mailed to:*

Fleetwood Owner Relations, P.O. Box 59933, Riverside, California 92517

### MANUFACTURER'S OBLIGATIONS

Upon receipt of notice of a claim, where the dealer was unable or unwilling to resolve the problem, a Fleetwood Service Center will repair or replace any parts necessary to correct defects in material or workmanship or will take other appropriate action as may be required.

For travel trailers manufactured and warranted by the following subsidiaries of Fleetwood Enterprises, Inc.:

**Fleetwood Travel Trailers of California, Inc.**
**Fleetwood Travel Trailers of Indiana, Inc.**
**Fleetwood Travel Trailers of Kentucky, Inc.**
**Fleetwood Travel Trailers of Maryland, Inc.**
**Fleetwood Travel Trailers of Oregon, Inc.**
**Fleetwood Travel Trailers of Texas, Inc.**
**Fleetwood Canada, Ltd.**

For Customer Service assistance, contact:

**Fleetwood Owner Relations**
**P.O. Box 59933**
**Riverside, CA 92517**
**1-800-322-8216**

## WARRANTIES

Your trailer is covered by one of the most comprehensive warranty programs in the RV industry. Please refer to the warranty in the front of this manual. It explains your rights and obligations, as well as the rights and obligations of the dealer and manufacturer. Please read this section carefully. You will be better informed in case you have a warranty-related problem, and your dealer will be better able to get you on the road again. If you have any questions about the warranty or what it does or does not cover, please contact your dealer.

The materials in your *Owner's Information Package* contain warranty information and operating instructions on the various appliances and components in your trailer. Warranty registration cards for these items should be filled out and mailed as soon as possible after you take delivery of your trailer. If you do not have operating instructions for a particular appliance or component, contact your dealer.

You will automatically receive an *Ownercare Card* several weeks after the delivery receipt is received from your selling dealer. This card is imprinted with your name, the trailer serial number (V.I.N.), and manufacturing subsidiary location. If your trailer ever needs warranty service, present this card to the dealer, or have it available when contacting Fleetwood's Owner Relations Group.

The trailer has been thoroughly inspected before shipment. *Your dealer is responsible for performing a complete predelivery inspection of the trailer as specified in the Ownercare delivery checkout.*

You should return your trailer to the selling dealer for warranty service. If this is not possible, you may contact any other authorized Fleetwood travel trailer dealer. The service department at any of the locations listed at the back of this manual can help you find a dealer in your area.

If, for some reason, a problem is not handled to your satisfaction:

1. Discuss any warranty-related problems directly with the manager and/or owner of the dealership, giving them an opportunity to help the service department resolve the matter for you.

2. If a problem arises that has not been resolved to your satisfaction by your local dealer, contact Fleetwood Owner Relations. The locations are listed in the back of this manual. Please contact the one nearest you.

3. We sincerely believe that your dealer and the factory representative will be able to solve any problem which might arise. If their combined efforts are not satisfactory, please send a letter describing the circumstances to:

   **Fleetwood Owner Relations**
   **P.O. Box 59933**
   **Riverside, CA 92517**

   Please include the brand name and serial number of your trailer. The serial number is located on the identification tag on your warranty card.

4. If you wish to call for assistance, please use this toll-free telephone number:

   **Fleetwood Owner Relations**
   **1-800-322-8216**

There may be times when your trailer will need repairs or parts while you are on the road. If your trailer is repaired by a non-authorized repair facility (non-Fleetwood dealer), be sure to save receipts and especially any parts that are replaced. These parts will usually have to be returned to your dealer before you can be reimbursed for their cost.

10-9

## Warranty

### WARRANTY SERVICE

If you need service or warranty information, please see the booklets and other documents included in your *Owner's Information Package*. When contacting any of the equipment manufacturers, always have the model and serial numbers available. Appliance identification numbers will be found on tags or plates attached to the appliance.

If you ever need warranty work done, be sure to have the right papers with you. If required work is not covered under the warranty, your dealer's service department can help you with getting the correct service. Always keep a maintenance log of your RV service history.

Always make a written list of the RV problems or the specific work you want done. If you've had work done that is not on your maintenance log, let the service advisor know. Don't keep secrets.

And finally, be reasonable with requests. If you have a long list of service items that need attention and you need your RV very soon, discuss the situation with the service advisor, listing the items in order of priority. This will help the service department manage their time and will help get you going as quickly as possible.

### REPORTING SAFETY DEFECTS

If you believe that your vehicle has a defect which could cause a crash, injury, or death, you should immediately inform the *National Highway Traffic Safety Administration (NHTSA)* in addition to notifying Fleetwood Owner Relations at 1-800-322-8216.

If *NHTSA* receives similar complaints, it may open an investigation, and if it finds that a safety defect exists in a group of vehicles, it may order a recall and remedy campaign.

To contact *NHTSA*, you may either call the Auto Safety Hotline toll-free at 1-888-327-4236 or write to:

**NHTSA**
**U.S. Department of Transportation**
**400 Seventh St. SW**
**Washington, DC 20590**

You can also obtain other information about motor vehicle safety from the Hotline.

10-10

# IMPORTANT NOTICES

State laws in the United States and provincial laws in Canada vary concerning operator licensing requirements and vehicle dimensional restrictions. Check the laws in the area where you anticipate traveling.

The particle board, hardwood plywood, or paneling used in your RV are made with urea-formaldehyde resin. The companies that supply us with these materials have asked that we tell you about urea-formaldehyde with the statements on this page.

Ventilation is important for making the interior of your RV comfortable. Please read the section about ventilation and prolonged occupancy in the *Living With Your Trailer* chapter in this *Owner's Manual.*

We provide you consumer information as detailed by the National Fire Protection Association (NFPA) and the American National Standards Institute (ANSI). The information and warnings found on these pages may also be found in other chapters of this *Owner's Manual.* Please see the *Propane System* and *Appliances* chapters for other safety and operating information.

 **WARNING**

This product is manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.

 **WARNING**

This product is manufactured with a urea-formaldehyde resin and will release small quantities of formaldehyde. Formaldehyde levels in the indoor air can cause temporary eye and respiratory irritation, and may aggravate respiratory conditions or allergies. Ventilation will reduce indoor formaldehyde levels.

 **WARNING**

Irritant: This product contains a urea-formaldehyde resin and may release formaldehyde vapors in low concentrations. Formaldehyde can be irritating to the eyes and upper respiratory system of especially susceptible persons such as those with allergies or respiratory ailments. Use with adequate ventilation. If symptoms develop, consult your physician.

10-11

## Important Notices


**WARNING**

Do not bring or store Propane containers, gasoline or other flammable liquids inside the vehicle because a fire or explosion may result.

A warning label has been located near the Propane container. This label reads: WARNING DO NOT FILL CONTAINER(S) TO MORE THAN 80-PERCENT OF CAPACITY.

FAILURE TO COMPLY COULD RESULT IN FIRE OR PERSONAL INJURY.

Overfilling the Propane container can result in uncontrolled Propane flow which can cause fire or explosion. A properly filled container will contain approximately 80- percent of its volume as liquid Propane.

The following warning label has been placed in the vehicle near the range:
WARNING
IF YOU SMELL PROPANE:
1. Extinguish any open flames, pilot lights, and all smoking materials.
2. Do not touch electrical switches.
3. Shut off the Propane supply at the container valve(s) or Propane supply connection.
4. Open doors and other ventilation openings.
5. Leave the area until the odor clears.
6. Have the Propane system checked and leakage source corrected before using again.

FAILURE TO COMPLY COULD RESULT IN FIRE OR PERSONAL INJURY.

Propane regulators must always be installed with the diaphragm vent facing downward. Regulators that are not in compartments have been equipped with a protective cover. Make sure that regulator vent faces downward and the cover is kept in place to minimize vent blockage which could result in excessive Propane pressure causing fire or explosion.

**WARNING**

It is not safe to use cooking appliances for comfort heating. Cooking appliances need fresh air for safe operation.

Before operation:
1. Open overhead vent or turn on exhaust fan, and
2. Open window.

FAILURE TO COMPLY COULD RESULT IN FIRE OR PERSONAL INJURY.

This warning label has been located in the cooking area to remind you to provide an adequate supply of fresh air for combustion. Unlike homes, the amount of oxygen supply is limited due to the size of the recreational vehicle, and proper ventilation when using the cooking appliance(s) will avoid dangers of asphyxiation. It is especially important that cooking appliances not be used for comfort heating as the danger of asphyxiation is greater when the appliance is used for long periods of time.


**WARNING**

Portable fuel-burning equipment, including wood and charcoal grills and stoves, shall not be used inside this recreational vehicle. The use of this equipment inside the recreational vehicle may cause fires or asphyxiation.


**WARNING**

Propane containers shall not be placed or stored inside the vehicle. Propane containers are equipped with safety devices which relieve excessive pressure by discharging Propane to the atmosphere.

FAILURE TO COMPLY COULD RESULT IN DEATH OR SERIOUS INJURY.

10-12