UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 11

# TOXICOLOGICAL PROFILE FOR FORMALDEHYDE

**U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**Public Health Service**
**Agency for Toxic Substances and Disease Registry**

July 1999

ATSDR-00001

## 1.7  HOW CAN FAMILIES REDUCE THE RISK OF EXPOSURE TO FORMALDEHYDE?

If your doctor finds that you have been exposed to significant amounts of formaldehyde, ask if children may also be exposed. When necessary your doctor may need to ask your state department of public health to investigate.

Formaldehyde is usually found in the air. Formaldehyde levels are also higher indoors than outdoors. Opening windows or using a fan to bring in fresh air is the easiest way to lower formaldehyde levels in the home and reduce the risk of exposure to your family.

Removing formaldehyde sources from the house will also reduce the risk of exposure. Since formaldehyde is found in tobacco smoke, not smoking or smoking outside will reduce exposure to formaldehyde. Unvented heaters, such as portable kerosene heaters, also produce formaldehyde. If you do not use these heaters in your home or shop, you help to prevent the build up of formaldehyde indoors.

Formaldehyde is found in small amounts in many consumer products including antiseptics, medicines, dish-washing liquids, fabric softeners, shoe-care agents, carpet cleaners, glues, adhesives, and lacquers. If you or a member of your family uses these products, providing fresh outdoor air when you use them, this will reduce your exposure to formaldehyde. Some cosmetics, such as nail hardeners, have very high levels of formaldehyde. If you do not use these products in a small room, or if you have plenty of ventilation when you use them, you will reduce your exposure to formaldehyde. If your children are not in the room when you use these products, you will also reduce their exposure to formaldehyde.

Formaldehyde is emitted from some wood products such as plywood and particle board, especially when they are new. The amount of formaldehyde released from them decreases slowly over a few months. If you put these materials in your house, or buy furniture or cabinets made from them, opening a window will lower formaldehyde in the house. The amount of formaldehyde emitted to the house will be less if the wood product is covered with plastic laminate or coated on all sides. If it is not, sealing the unfinished sides will help to lower the amount of formaldehyde that is given off.

Some permanent press fabrics emit formaldehyde. Washing these new clothes before use will usually lower the amount of formaldehyde and reduce your family's risk of exposure.

ATSDR-000025

households that have a cigarette, cigar, or pipe smoker will also be exposed to higher levels of formaldehyde due to its presence in side stream smoke (Triebig and Zober 1984).

Formaldehyde is released from many pressed wood products used in the construction of furniture (Konopinski 1983). When placed in a new crib manufactured from these materials, infants may be exposed because of their proximity to the furniture's structural components. Also, small rooms that have new furniture manufactured from pressed wood products installed may have localized, elevated concentrations of formaldehyde because of their low total volume.

Formaldehyde is highly water soluble, very reactive, and is rapidly metabolized by tissues at portals of entry. Thus, parental exposure at typical indoor, outdoor, or occupational levels is not expected to result in exposure to parental germ cells or the developing fetus (See Section 2.6 for additional information).

Since formaldehyde is typically found in the air, and since its concentration in indoor air is typically higher than that found outdoors, formaldehyde exposure to children can be reduced by bringing fresh air into the home. This can be accomplished by opening windows or using ventilation fans. It has been established that coated or laminated pressed wood products release less formaldehyde than those that are uncoated (Kelly et al. 1996; Pickrell et al. 1983), so sealing these surfaces would be expected to reduce formaldehyde levels in the home. Since formaldehyde is also formed in indoor air by the degradation of other volatile organic chemicals, such as solvents (Weschler and Shields 1996), commonly found in the home, removing the source of these materials or using them with adequate ventilation will reduce indoor levels of formaldehyde.

Material that acts as a sink for formaldehyde, such as carpets (Norback et al. 1995), can also be removed from the home to lower levels. Securing cosmetic products and other materials that have higher formaldehyde concentrations away from children's reach and not allowing individuals to smoke in the house will also lower levels of exposure.