# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"
                                      JUDGE ENGELHARDT
                                      MAG. JUDGE CHASEZ

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFENDANT UNITED STATES OF AMERICA'S MOTION
## TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
## FOR LACK OF SUBJECT MATTER JURISDICTION

**U.S. EXHIBIT NO. 17**

FEMA09-000364

Message                                                                     Page 1 of 1

## Chawaga, David J

| | |
|---|---|
| **From:** | Brown, Bronson |
| **Sent:** | Thursday, March 23, 2006 4:13 PM |
| **To:** | Motter, Owen; Chawaga, David J |
| **Subject:** | FW: FEMA Notification |
| **Attachments:** | FEMAformaldehyde1604-DR-MS SITREP #41.doc |

FYI

**From:** McCully, Ruth - OSHA [mailto:McCully.Ruth@dol.gov]
**Sent:** Thursday, March 23, 2006 2:31 PM
**To:** Brown, Bronson
**Subject:** FW: FEMA Notification

Bronson -- please see the attachment - Ruth
-----Original Message-----
**From:** Harrison, Teresa - OSHA
**Sent:** Thursday, March 23, 2006 12:57 PM
**To:** McCully, Ruth - OSHA; Coe Laseter, Cindy - OSHA
**Cc:** Payne, Clyde - OSHA
**Subject:** FEMA Notification

Included in FEMA's situation report is the information on formaldehyde under ESF 13.

4/21/2008

FEMA09-000365

FEMA and MEMA Joint Field Office
Hurricane Katrina: FEMA-1604-DR-MS
515 E Amite
Jackson, MS 39201
Phone: 601-965-2200    Fax: 601-965-2437

SITREP/DECLARATION ID:          SITREP 41 / FEMA-1604-DR-MS

OPERATIONAL PERIOD:             0700 CDT 10/11/2005, to 0659 CDT 10/13/2005

1.  SITUATION:

A.  BACKGROUND:        On 8/27/05, Hurricane Katrina was upgraded to Category 3 intensity (major hurricane) and early 8/28/05, the storm was upgraded to Category 4. Hurricane Katrina went through a period of rapid intensification, with its maximum sustained winds strengthening to 175 mph (well above the Category 5 threshold of 156 mph), gusts of 215 mph and central pressure of 26.75 inches, or 906 mbar, by afternoon. It later reached a minimum pressure of 26.64 inches (902 mbar), making it the fifth most intense Atlantic Basin hurricane on record.

Katrina made landfall on 8/29/05 as a Category 4 with winds of 140 mph near Buras-Triumph, LA. A third landfall occurred near the Louisiana/Mississippi border with 125 mph Category 3 winds. However, because the storm was so large, high and damaging winds and storm surges smashed the Mississippi coast, including coastal towns such as Waveland, Bay St. Louis, Pass Christian, Long Beach, Gulfport, Biloxi, Ocean Springs, Gautier and Pascagoula.

Katrina weakened thereafter, losing hurricane-strength more than 150 miles inland, near Jackson, MS. It was downgraded to a tropical depression near Clarksville, TN and continued to race northward.

B.  CURRENT:          The American Red Cross will close its financial assistance centers in Long Beach and Picayune COB 10/14.  The ARC is adjusting its service delivery methods and moving to an outreach-based assistance system.

There are 26 DRCs operating in Mississippi.

Integrated 160 personnel into Branches I and II to assist FEMA in disaster housing operations. Final (3rd wave) 100 personnel received training (provided by FEMA) yesterday at Marietta, GA and will travel to Popularville Support Camp on 10/13.

Cemetery Operations:  Processed 288 remains.  Made 119 positive identifications.  Sustained mortuary operations are anticipated.

Field PIOs and news desk staff continue outreach to media throughout the state to help with coverage of FEMA releases and respond to inquiries. Including:
- Inspections:  Satellite vs. Inspector
- Small/disadvantaged business contract availability
- 800 Number busy, busy, busy
- COE Tasking and Expense
- Church shelter reimbursement
- FEMA Facilitated Relocation Program

FEMA-1604-DR-MS                                                                    SITREP#41

- PA Reimbursement pace
- Installation and lease-in of travel trailers

**C.  CASUALTIES:**          Figures per MEMA PIO.

| Current  As of: 10/08/2005: | | |
|---|---|---|
| DEAD | HOSPITALIZED/INJURED | MISSING |
| 221 | 92 | NA |

2  **PLANNING:**  The Incident Action Planning process is in place.

3.  **SEVERITY OF IMPACT ON LOCAL JURISDICTIONS:**

    **A.  IMPACT ON INDIVIDUALS:**          No update.

    **B.  IMPACT ON BUSINESSES:**          No update.

    **C.  UTILITIES:**

        (1  POTABLE WATER SUPPLIES:          It is anticipated that building inspection requests will increase from the emergency phase to permitting and inspection assistance requests.

        (2  ELECTRIC POWER:          Major power companies of Mississippi total customers statewide without power (in Hancock, Harrison and Jackson Counties) are **19,962** as of 10/13.

        (3  GAS PIPELINES:          No update.

        (4  COMMUNICATIONS:          No update.

        (5  SEWAGE TREATMENT:          Sewer collection systems are slowly coming back in service with portable or bypass pumps.

        (6  OTHER:

    **D.  ROAD/TRANSPORTATION STATUS:**

        (1  AIRPORTS:          Federal Protective Services have been released from the Biloxi / Gulfport airport.

        (2  RAILWAYS:          No update.

        (3  INTERSTATE HIGHWAYS:          All roads, with the exception of Hwy 90, are open.

        (4  BRIDGES:          All bridges are operational.

        (5  OTHER:

    **E.  OTHER CRITICAL FACILITIES**

        (1  MEDICAL FACILITIES:          No update.

        (2  SCHOOLS:          Pascagoula School District and Pass Christian Elementary Schools are now open.

                           At Delisle Elementary site, 12 additional classrooms were turned over today.

        (3  HAZMAT FACILITIES:          No update.

FEMA-1604-DR-MS                                                          SITREP#41

    (4   OTHER:

**4.**   STATUS OF DECLARATION:

    **A.**  DECLARATION STATUS:   No change.

                                    08/29/05: Major Disaster Declaration, FEMA-1604-DR-MS signed.

                                    09/02/05: The FEMA/State Agreement was signed.

                                    09/04/05, Amendment #1 to the Declaration is in effect.

                                    09/09/05, Amendment #2 to the Declaration is in effect.

                                    09/11/05, Amendment #3 to the Declaration is in effect.

                                    09/21/05, Amendment #4 to the Declaration is in effect.

                                    09/23/05, Amendment #5 to the Declaration is in effect.

**5.**   STATUS OF FEDERAL OPERATIONS:

    **A.**  OPERATIONS SECTION:

        1   DoD, USCG & National Guard Activities:   DoD personnel have worked diligently to remove the backlog of needed inspections. Dod has provided the soldiers with gloves and shovels to assist them in minor debris removal and also to help clear small areas as required to determine the location of water and sewer connections.

                                      DCE maintains seven personnel and the capability to complete all DCE operations. Forty-three (43) additional personnel attached to DCE conducting travel trailer site inspections in Harrison County, MS.

                                      ESF 9—US Coast Guard—Researching contract legalities concerning debris clean up in the coastal counties. Any US Federal agency can access these contracts. Actively developing a coastal debris removal plan with state and FEMA. Secured charts of coastal MS to aid in developing debris removal plan. Coast Guard still has over 15 HAZMAT teams in coastal counties in MS performing ESF-10 functions.

        2.   AIR OPERATIONS BRANCH:   No report.

        3.   INFRASTRUCTURE SUPPORT:

                (a   PUBLIC ASSISTANCE:   Thirty (30) communities reported debris removal operations as complete.

                                      One hundred fifty-five (155) counties and/or cities are using Force Account Labor for debris removal. Fifty-five (55) counties and/or cities are using contractors.

                                      A total of ten million (10M) cubic yards of debris is reported removed in Mississippi.

FEMA-1604-DR-MS                                                              SITREP#41

Obligations as of 10/13/05:

Cat A    $160,567,528.33
Cat B    $106,985,345.80
Cat E    $      338,910.00

| NEMIS Current As of: 10/13/2005 | | | |
|---|---|---|---|
| # of RPAs | 650 | PWs Obligated | 203 |
| Eligible Applicants | 533 | $ Obligated w/ Admin | $271,454,189.02 |
| PWs Received | 230 | Est. Fed Share w/Admin | No report |

| Mississippi Debris Removal Status- As of 10/13/05 | Estimate | Remaining | Removed |
|---|---|---|---|
| County | 17,135,104 | 12,874,106 | 4,260,998 |
| Force Account | 951,824 | 300,216 | 651,608 |
| USACE | 23,249,850 | 17,189,967 | 6,059,883 |
| Unknown | 75,900 | 52,000 | 23,900 |
| Total in Cubic Yards | 24,277,574 | 30,416,289 | 10,996,389 |

(b)   ESF-3:   **POWER:** QA's and PRT management staff continued to assure generator operation and maintenance, and to provide guidance and assistance for facilities to connect to commercial power.

**DEBRIS:**   Action Officer received verbal task to include cars and boats in the USACE debris mission.

**TEMPORARY ROOFING:** Continued placing temporary roofs in Priority I counties (Harrison, Hancock, Jackson & Pearl River). They are nearing their contract capacity and have begun ramping down.

Overall production remains steady with 29,214 roofs installed to date. There are currently 265 crews working throughout the affected counties. A total of 27 Right of Entry collection centers are currently operational in 21 counties. Volunteer groups continue to install temporary roofing in the counties outside ESF-3's area of responsibility.

**TEMPORARY HOUSING SUPPORT TO THE HAC (IA):**  The EGS/Greenfield review group continues to work the construction process.  USACE environmental teams are continuing to execute the established environmental processes, with an emphasis on Harrison County.  USACE field personnel continue to perform QA oversight of contractor operations and inspections on travel trailers.  The finalized QA operations agreement is moving forward with FEMA.  The contractor has mobilized teams to prepare sites for EGS/greenfields to include construction, however, leasing arrangements are still pending on several of the

4

FEMA-1604-DR-MS                                                                              SITREP#41

sites. MOAs were negotiated by OGC. Work has begun on two sites in Jackson County; two more in Harrison County will begin before 10/15.

**WATER/WASTEWATER ASSESSMENT & RESTORATION:**

Received a total of 28 requests to date that have been converted into Task Orders. Of these 28, 9 have been completed, 6 have been deleted, 6 have been installed w/ daily maintenance and 7 are still active. Of these 7 active Task Orders the State of Mississippi has prioritized all 7.

**TEMPORARY PUBLIC BUILDINGS (PA):** Installation of offices continues at City of Waveland, Bay St. Louis, Hancock County, Long Beach Fire/Rescue and City Administration area, and City of Gulfport. At Delisle Elementary site, 12 additional classrooms were turned over today.

4.  **HUMAN SERVICES:**

(a  **TEMPORARY HOUSING:**   See Attachment C: Community Development and Emergency Housing Task Force.

(b  **INDIVIDUAL ASSISTANCE:**

| Current As of COB: 10/12/2005 | | | |
|---|---|---|---|
| # of IHP Payments | 272,282 | $ IHP Disbursed | 558,992,064.26 |
| HA $ Disbursed | 482,153,560.32 | ONA $ Disbursed | 76,838,503.94 |
| Cumulative Issued Inspections | 348,711 | Cumulative Inspections Returned | 129,860 |
| # DRCs Open | 26 | Cumulative DRC Visitors | 126,490 |
| Daily Teleregs | 1,428 | Cumulative Teleregs | 486,774 |

As of 10/13 there are 26 DRCs operating in the following counties: Adams, Forrest, George, Greene, Hancock, Harrison, Hinds, Jackson, Jefferson Davis, Jones, Lamar, Lauderdale, Lincoln, Marion, Pearl River, Perry, Pike, Simpson, Stone, Walthall, Wayne and Wilkinson. Additional DRC's are set to open on 10/13 at Bay Springs and 10/14 at Collins.

(c  **VOLUNTEER AGENCIES:**

| As of 10/13: | | | |
|---|---|---|---|
| Meals served last reporting period | 71,544 | Meals served total | 6,974,094 |
| Shelters Open | 35 | Sheltered Occupants | 2,615 |
| Special Needs Shelters | 1 | Sheltered Special Needs Occupants | 7 |

5

FEMA-1604-DR-MS                                                    SITREP#41

(d   ESF-6:        Gulfport, MS: The American Red Cross will close its financial
                   assistance centers in Long Beach and Picayune COB 10/14.
                   The ARC is adjusting its service delivery methods and moving to
                   an outreach-based assistance system.

                   There are five ARC kitchens cooking in Mississippi.

(e   ESF-11:       Dept. of the Interior (DOI) has deployed to the field four
                   archaeological specialists, two wetlands delineation specialists
                   and a threatened and endangered species specialist in support of
                   FEMA's Environmental/Historical section, and ESF 3 (Housing
                   and Debris Removal).  An historic preservation specialist will
                   arrive to support FEMA's Environmental/Historic activities in the
                   JFO on 10/15.

(f   DONATIONS:    Forrest County is accepting three satellite "points of distribution"
                   centers for donations management.

5.   EMERGENCY SUPPORT
     FUNCTIONS:

(a   ESF-1:        Demobilized.

                   The State assumed the fueling mission effective 10/07/05.

(b   ESF-2:        Supporting the communications requirements of the Federal
                   Agencies throughout the affected areas of MS as they relocate to
                   new office facilities.

(c   ESF-4:        Continued coordination with GSA and FEMA Logistics relative to
                   existing contracts. End result will facilitate timely close out /
                   transfer of existing contracts.

                   Received eight (8) replacement THSP – Division Supervisors and
                   coordinated orientation and Division assignments with FEMA
                   Operations.

                   Continued support and coordination to / with IMT's, FEMA
                   Aviation Operations within MS and the USFS Buying Team.

                   Met with FEMA Operations (Response and Recovery) and MS
                   Forestry Commission to discuss pre-suppression, suppression
                   and hazard mitigation strategy (short and long term).

                   Worked with FEMA Operations, Admin., and HR to facilitate
                   hiring of MS Forestry Commission personnel and local
                   firefighters.

                   Integrated 160 personnel into Branches I and II to assist FEMA in
                   disaster housing operations. Final (3rd wave) 100 personnel
                   received training (provided by FEMA) yesterday at Marietta, GA
                   and will travel to Popularville Support Camp on 10/13.

FEMA-1604-DR-MS                                                                                     SITREP#41

(d   ESF-8:          CEMETERY OPERATIONS:  Processed 288 remains.  Made 119 positive identifications.  There are now a total of eight confirmed cemetery sites and a possibility of eleven that are mapped.  The eight that are confirmed do need DMORT assistance.  Sustained mortuary operations are anticipated.

(e   ESF-9:          Demobilized.

(f   ESF-10:         OSHA field teams are conducting assessments of agency field operations and providing technical and advisory support.

EPA and USCG have assessed all of Hancock, Harrison, Jackson County, MS and along the surge line in Mobile and Baldwin County, AL.  A total of 3,016 square mi was assessed by air, boat or land.  Of this area, EPA R4 has determined an area of concern to be south of I-10 and this encompasses 1,307 square miles.

Jackson County officials released details on their future HHW collection programs.  Jackson County is slated to open 7 collection points along the coastline and 2 in the upper northern sections of the county.  They plan to have 2 collection events along the coast line and 1 in the upper portion of the county.

USCG is making progress on waterborne debris issues and is assisting with the drafting of an ARF for the assessment and removal of waterborne debris in navigable waterways.

**Lift Stations Branch**
The EPA contractors have completed 20 of 27 task orders, focusing primarily on temporary repairs to collection systems in the 3-county region of the Mississippi Gulf Coast (Hancock, Harrison, and Jackson counties).

**Division Alpha-Hancock County, MS**
Teams conducted operations in the Port Bienville, Pearlington, and Edwardsville areas.  The team met with a representative of Linea Peninsula regarding closure of the facilities waste pit.

**Vessel Group**
Team 3 in Back Bay Biloxi staged equipment and prepped for recovery of the F/V Sea Lover pending site safety/dive plan for approval.  1,500 gallons of fuel were removed from the F/V Peter Hieu.  Propane tanks will be picked-up by the owner at a later date.

Team 4 in Port Bienville Lifting UKN 36 wooden/fiberglass F/V to assess damage and determine next step.  Excavator was used to pull out the F/V Michael LE.

Team 5 in Pascagoula removed 200 gallons of fuel from the F/V Mr. Red and skimmed 3,000 gallons of oily water from the F/V Larry Kim.

(g   ESF-12:         Demobilized.

FEMA-1604-DR-MS                                                                                SITREP#41

|  |  |  |
|---|---|---|
| (h | EMAC/MEMA: | 48 states with personnel EMAC'd to Mississippi. **930** civilians, **1,089** out-of-state guardsmen, and **2,143** Mississippi National Guardsmen for a total of **4,162** persons. Total cost $328,741,374.53 as of 10/13. |
| 6. | MITIGATION/NFIP: | Twenty six (26) Mississippi DRCs are staffed with 37 Mitigation Advisors.<br>University of Southern Mississippi Architectural Engineering Technology Program has confirmed completing 18 of 50 Continuous Load Path wall-section models for HM use at DRCs. Senior HM Planner assigned to disaster. |

Continued to staff FEMA/MEMA information booth in collaboration with SBA and FEMA Community Relations at the Mississippi State Fair in Jackson, Mississippi.
Mississippi Vocational and Technical Education (VTE), agreed to use Mitigation Best Practices and Publications as part of their curriculum in 96 statewide secondary-level programs.
HPA completed site visit of numerous destroyed and substantially damaged neighborhoods on the Mississippi coast.
CEO Coordinated the use of a pilot automated Mitigation Advisors' Statistical Tracker (MAST) system in the field.
NFIP call Center is fully staffed and operational.
RSDE numbers for the first seven days of the contract, Hancock County (Division A):

- Full inspections (30% to 99% damage), to date: 2,281
- 100% demolished, to date:  2,476
- Full inspections, entered into RSDE database, to date: 481
- 100% demolished entered into RSDE database, to date: 757

Attended advisory flood elevation informational meetings with NFIP communities in two counties.

NFIP:
There are 17,642 claims reported in MS and 600 group flood policies.

Advance Payments for Building Advance: $39,529,816; Contents: $48,257,863.

|  |  |  |
|---|---|---|
| 7. | ESF-14 – FEMA LONG-TERM RECOVERY: | 10/10: ESF-14 staff went to the Charrette (planning meeting) on the coast where they will be involved with the Governor's Committee and local governments and their planning efforts for recovery for that region. |

ESF-14's role in the recovery process.  Staff have embedded with the Governor's Commission and are working with State and Federal partners to coordinate what assistance is available for the State.

ESF-14 staff facilitated the long term community recovery core meeting to discuss transitional housing issues.

FEMA-1604-DR-MS                                                                                    SITREP#41

**A. SAFETY:** Continued to deliver defibrillators to DRC's with trained workers. Submitted Camp Sanitation recommendations to Operations. Inspected four potential DRC sites. Provided PPE to field personnel. Conducted Safety orientations daily for new hires. Started Influenza Clinics in Branch I.

**B. ESF 13 – PUBLIC SAFETY AND SECURITY:** OSHA conducted 147 interventions during the operational period. Four direct reading samples for formaldehyde were taken on trailers at the Bechtel A1-RV Park at their request. Readings were taken immediately upon entering all four trailers.

The readings were 3.5 ppm upon entering and 0.78ppm after 15 minutes of ventilation, and 5.0 ppm upon entering and 1.27 ppm after 20 minutes of ventilation. The readings for the other two trailers were 3.2 ppm and 1.36 ppm upon entering. Direct readings samples for dust at various debris sites ranged from were between 0.11 mg/m3 and 3.8 mg/m3. Noise monitoring was conducted on two heavy equipment operators having exposure levels of 64.2 for 100 minutes and 72.5 dBA for 72.5 minutes. Personal sampling was conducted to check for metals, respirable and total dust. Laboratory results are pending.

**C. LOGISTICS SECTION:** No new information.

**1. BILLETING:** Barron Point Camp closed 10/12.

Status for all base camps: sleeping 3,010; food 2,916.

**D. PLANNING SECTION:** Biloxi AFO: Up-to-date debris maps for Hancock, Harrison, Jackson and George Counties. Updated DRCs, operations and divisions map.

Daily totals: Created 20; Printed 195

Cumulative totals: Created 1,046; Printed 7,642 including map book pages.

**E. FINANCE/ ADMINISTRATION SECTION:**

**1. FINANCE:**

| Finance Current As of: 10/13/2005 | | |
|---|---|---|
| Allocations | | $ 5,327,505,963 |
| Available Commitments | $ 368,408,943 | |
| Total Available Obligations | $4,134,206,746 | |
| Expenditures | $ 743,641,887 | |
| Commitments, Obligations & Expenditures | | (5,246,257,576) |
| Funds Available | | $ 81,248,387 |

FEMA-1604-DR-MS                                                        SITREP#41

|  | 2. | ADMINISTRATION/ TIME UNIT: | As of: 10/13/2005 | FEMA | | OTHER |
|---|---|---|---|---|---|---|
|  |  |  | PFT/TFT | 90 / 12 | Non-FEMA | 1,705 |
|  |  |  | DAE/CORE | 644 / 29 | Contractors | Unknown |
|  |  |  | Local Hire | 203 | MEMA | Unknown |
|  |  |  | Other | 37 |  |  |
|  |  |  | Total | 1,015 | Total | 1,705 |

3. **MISSION ASSIGNMENTS:** Four hundred and fifty-one (451) MAs have been issued with $2,773,747,676 obligated as of COB 10/12.

4. **ESF-7:** Commenced sourcing of 800 travel trailers from in-state MS small business RV dealers.

Sourced numerous Emergency Group Sites within MS.

Sourced the rental of numerous large tents for operations in Gulfport for 90 days.

Extended four aviation communication trailers to support operations for 30 days.

F **ESF 15 – EXTERNAL AFFAIRS:**

1. **Public Information:** MEMA: Working on second Katrina update. Planning news conference/release with Harrison County coroner. Also, EMAC and MEMA PIOs are each assigned to liaison with other state agency PIOs.

Products and Activities
NR – Generator and Chainsaw purchases may be reimbursable
FS - Temporary Shelter For the Use by Private Sector Employees
NR - More than 5,000 Mississippi families in travel trailers
Preparing for Debris Removal briefing and
Preparing for hands on Debris Removal event with Corps. (F)
Participating in a Blue Roof event with the Corps. (Th)
Continuing to support
DRC opening

2. **Congressional & Legislative Affairs:** CLO, FCO, Public Assistance Officer (PAO), TT/MH manager and other staff to town meeting 10/11 in Lucedale at the request of Rep. Gene Taylor (4th Dist.). Issues included travel trailers that county officials said were illegally sited, individual requests for trailers and other concerns.

Continuing to work on constituent inquiries, the majority of which concern when people will get TTs.

FEMA-1604-DR-MS                                                                                    SITREP#41

| | | |
|---|---|---|
| 3. | **Community Relations:** | One CR Team of seven and eight CR Specialists are supporting the Cruise Ship, anchored in Mobile, Alabama.

CR Teams has made over 949 visits to shelters throughout the state.

CR provided disaster assistance information materials to 3,801 businesses, 73,672 employees, 135 schools, 68,295 students, 1,822 churches, 481 CBOs, 323 Chambers of Commerce's and 673 Local and County Governmental Agencies.

CR has distributed 485,000 Tele-registration Flyers, 348,000 1-800 Business Cards, 381,000 Tri-folds (Disaster Assistance Made Easy),39,000 Vietnamese Tri-folds, 57,000 Vietnamese Tele-registration Flyers, 14,500 Spanish Qualified Aliens flyers, 26,000 Spanish Tri-folds, 33,000 SBA Fact Sheet, 180,000 Mold and Mildew Flyers and 23,000 Banking Tips for Victims, 30,000 Temp Housing Fact Sheets, 55,000 Answers to Your Questions, 58,000 More Answers to Your Questions, 8,000 Help After A Disaster, 52,500 Recovery Times and 17,500 DRC flyers. |
| 4. | **Inter-Governmental Affairs:** | On site meetings held with the Mayors of Waveland and Bay Saint Louis.

On site training provided to staff in Biloxi regarding the functions of intergovernmental affairs

On site contact with the Mayors office in Biloxi and Gulfport

On going discussions with the Mayors hot line of Jackson in regards to special needs assistance

On going discussion with the Mississippi Municipal League

On going discussions with the Mississippi Association of Supervisors |
| G. | **ENVIRONMENTAL AND HISTORICAL PRESERVATION:** | No new information. |
| H. | **SMALL BUSINESS ADMINISTRATION:** | SBA held a Business Workshop in Waynesboro on 10/12. |

| Current As of COB: 10/12/2005 | | | |
|---|---|---|---|
| # of Loans Approved | 548 | Total $ Approved | $39,211,000 |

Reviewed by:

_____            10/13/2005

Mark Turner (FEMA) & Brenda Rembert (MEMA), Planning Section Chiefs            Date

Attachments:
A – Important Contact Information
B - Designated Jurisdictions
C- Community Development and Emergency Housing Task Force

## Attachment A: Important Contact Information:

State Hurricane Relief:

Donations:      State Donation Management for cash or any kind of donations:
                1-866-230-8903
                or send to: State Donation Management, P.O. Box 3562, Jackson,
                MS 39207

EOC Rescue:   Mississippi EOC Rescue Hotline 1-601-352-9100

Med. Volunteers: Medical service volunteers are urged to call 1-800-272-2707.

National Help Telephone numbers:

ARC:          American Red Cross (ARC) 1-866-GET-INFO (438-4636)

ARC:          Donation Hotline 1-800-HELP-NOW (435-7669)

DHHS:         Dept. of Health & Human Services (DHHS) National Crisis Hotline:
              1-800-273-8255

DLS:          Disaster Legal Services, for non-fee service for disaster related questions: 1-
              866-355-4495.

Donations:    A FEMA Donations Hotline has been set-up: 1-800-440-6728

Freedom Corps: USA Freedom Corps website: www.usafreedomcorps.gov, (links to other
              sources.)

Fraud:        Hurricane Relief Fraud Hotline: 1-866-720-5721. Fax # is 703-604-8567.
              (It will be answered 8 hours a day, 5 days a week, by DOD IG)

IRS:          Katrina Emergency Tax Relief Act of 2005 – a new tax law to benefit Hurricane
              Katrina victims: 1-866-562-5227.

Resources:    A FEMA resources hotline (for Federal employees) 1-800-896-8003

Referrals:    A FEMA website has been established for resource referrals: www.swern.gov.

USCG:         United States Coast Guard  1-800-DAD-SAFE (323-7233)

FEMA-1604-DR-MS                                                                                    SITREP#41

## Attachment B – Designated Jurisdiction

| FEMA-1604-DR-MS | | Current As Of: 09/23/2005 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Declaration Date:   08/29/2005 | | Incident Period: 08/29/2005 and continuing | | | | | | |

| Number of Counties & Tribal Areas Designated | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Individual Assistance | 47 | Public Assistance | | | 82 | Tribal Nations | | 0 |

**Declaration Information**

All counties in the state of Mississippi are eligible to apply for assistance under the Hazard Mitigation Grant Program.

| Jurisdiction | IA | Public Assistance | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | A | B | C | D | E | F | G | H |
| | Date | Date | Date | Date | Date | Date | Date | Date | <Name> |
| Adams | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Alcorn | | 09/06 | 09/06 | | | | | | |
| Amite | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Attala | 09/06 | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Benton | | 09/06 | 09/06 | | | | | | |
| Bolivar | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Calhoun | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Carroll | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Chickasaw | | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Choctaw | 09/06 | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Claiborne | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Clarke | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Clay | | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Coahoma | | 09/06 | 09/06 | | | | | | |
| Copiah | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Covington | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| DeSoto | | 09/06 | 09/06 | | | | | | |
| Forrest | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Franklin | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| George | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Greene | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Grenada | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Hancock | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Harrison | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Hinds | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Holmes | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Humphreys | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Issaquena | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Itawamba | | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Jackson | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Jasper | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Jefferson | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Jefferson Davis | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Jones | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Kemper | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Lafayette | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | 09/23 | |

FEMA-1604-DR-MS                                                                 SITREP#41

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Lamar | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Lauderdale | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Lawrence | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Leake | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Lee | | | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Leflore | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Lincoln | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Lowndes | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Madison | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Marion | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Marshall | | | 09/06 | 09/06 | | | | | |
| Monroe | | | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Montgomery | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Neshoba | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Newton | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Noxubee | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Oktibbeha | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Panola | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Pearl River | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Perry | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Pike | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Pontotoc | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Prentiss | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Quitman | | | 09/06 | 09/06 | | | | | |
| Rankin | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Scott | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Sharkey | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Simpson | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Smith | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Stone | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Sunflower | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Tallahatchie | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Tate | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Tippah | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Tishomingo | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Tunica | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Union | | | 09/06 | 09/06 | | | | | |
| Walthall | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Warren | | 09/06 | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Washington | | | 09/06 | 09/06 | | | | | |
| Wayne | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Webster | | | 08/29 | 08/29 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Wilkinson | | 08/29 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Winston | | 09/06 | 08/29 | 08/29 | 09/11 | 09/11 | 09/11 | 09/11 | |
| Yalobusha | | | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |
| Yazoo | | 09/06 | 09/06 | 09/06 | 09/23 | 09/23 | 09/23 | 09/23 | |

FEMA-1604-DR-MS                                                                    SITREP#41

**Attachment C**
# Community Development and Emergency Housing Task Force

EMERGENCY SHELTERING OPTIONS          Activity from:  Wednesday 10/12/05 (D + 44 days)
                                      Situation as of: 0600 Thursday 10/13/05

Requirement: Based on best available data, anticipate 45,000 family/single family placements, 35,000 of which will occupy travel trailer and mobile homes.

**1. Travel Trailer Option**

| Description | Total On-Hand | Last 24 hours |
|---|---|---|
| Staged at Purvis | 1,324 | + 315 |
| Delivered | 3,574 | + 603 |
| Ready for Occupancy | 660 | +455 |
| Occupied | 5,649 | + 430 |
| Total in State: | 11,207 | |

**2. Mobile Home Option**

| Description | Total On-Hand | Last 24 hours |
|---|---|---|
| Staged at Purvis | 404 | + 1 |
| Delivered | 195 | + 13 |
| Ready for Occupancy | 74 | NC |
| Occupied | 0 | NC |
| Total in State: | 673 | |

**3. Floating Option**

| Description | Persons On-board | Last 24 hours | Ready for Occupancy | Notes: |
|---|---|---|---|---|
| Carnival Cruise Ship | 1,331 | | | Currently located in Mobile, AL. |

**4. Soft Side Option**

| Description | Total Occupied | Last 24 hours | Ready for Occupancy | Notes: |
|---|---|---|---|---|
| Tent Camps | 0 | 0 | 0 | Three (3) in development for Pass Christian, Long Beach and D'Iberville |

**5. Other Source Option**

| Description | Total Occupied | Last 24 hours | Ready for Occupancy | Notes: |
|---|---|---|---|---|
| Temporary Apartment Complexes | 0 | 0 | 0 | |

15

FEMA-1604-DR-MS                                                                                          SITREP#41

Purvis Staging Area – Emergency Sheltering Resource Status

| Units Received by Type | On-Hand | TTs/MHs Received within the Last 24 hours | | |
| --- | --- | --- | --- | --- |
| | | National Purchase | Local Purchase | Total Purchase |
| Generic Travel Trailers | 1,324 | 213 | 102 | 315 |
| ADA Travel Trailers | 0 | 0 | 0 | 0 |
| Generic Mobile Homes | 165 | 1 | 0 | 1 |
| ADA Mobile Homes | 239 | 0 | 0 | 0 |
| Total Units On-Hand (COB yesterday): | 1,728 | Total Units Received (last 24 hours): | | 316 |

Note: For ADA projections, contact Sheila Browning at the MS Dept. of Rehabilitation Services (601-853-7589/5209).

Disposition of Units Delivered from the Purvis Staging Area

    77    Commercial sites waiting on Electricity
    74    Commercial sites waiting on Water Inspection
    28    Commercial sites waiting on Sewer
    15    Commercial sites waiting on Debris removal
 1,425    Private sites waiting on Electricity/Water/Sewer