UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"
                                                    JUDGE ENGELHARDT
                                                    MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 24

Formaldehyde                                                                 Page 1 of 2

**Chawaga, David J**

From:     Seeds, Richard
Sent:     Friday, March 24, 2006 7:15 PM
To:       Chawaga, David J; Brown, Bronson
Subject:  Disc: Bectel Rep

03.24.06 @ 1714 hours CST

    FYI – As per our telephone call.
    My discussions w/ Bectel

RCSeeds

---

From: Black, Norman [mailto:nblack@bechtel.com]
Sent: Friday, March 24, 2006 5:10 PM
To: Seeds, Richard
Cc: Schuetz, Phillip; Vranesh, Anne; Smith, Christopher; Mccurley, Clay
Subject: Formaldehyde

Dick,
Thank you for speaking with me today concerning the formaldehyde (HCHO) issue, purported to be in the FEMA trailers. Since you are heading up the safety and HCHO sampling effort for FEMA in Mississippi, it was helpful to share some of our experiences with you on the subject. A few of the topics we covered were:

- You would be conducting additional HCHO sampling over the next two to three weeks in order to better quantify the level of HCHO by trailer manufacturer.
- You will be attempting to determine the level of HCHO exposure considered "safe".
- In the mean time, we (Bechtel) would follow the trailer manufacture's recommendations for responding to any resident/callers to the trailer maintenance telephone number, which are:

    * If a caller is complaining of a "formaldehyde smell", ask the caller their symptoms (the NIOSH listed symptoms are: Irritation to the eyes, nose, throat, or respiratory system; tearing; coughing; or wheezing.

    * Actions to perform per the manufacturers recommendations: 1 - Attempt to maintain a temperature >75F inside the trailer to encourage off-gassing of the HCHO; 2 - Open as many windows as possible while maintaining the temperature in order to promote good ventilation; 3 - Ask the caller to keep us informed of the status of the problem. 4 - Keep FEMA advised.

As agreed, you would contact our COTR, Mike Kenney to inform him of your actions to date and planned actions. His telephone number is 337-281-4400.

We will continue to manage the telephone calls coming into the trailer maintenance telephone line and will attempt to mitigate any concerns by the callers with HCHO as much as possible. However, any ongoing concerns by the callers will be referred to FEMA. Feel free to contact me at 865-765-1887.

Thank you.

Norm Black


4/21/2008

Formaldehyde                                                                                          Page 2 of 2

ESH&QA Manager
Bechtel, FEMA-TAC Project

4/21/2008