UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 39

*F E M A*

Little, Joseph D. (ATSDR/DTEM/PRMSB)

From:       Little, Joseph D. (ATSDR/DTEM/PRMSB)
Sent:       Monday, December 04, 2006 2:14 PM
To:         Frumkin, Howard (ATSDR/OA/OD)
Cc:         Sinks, Tom (ATSDR/OA/OD); Allred, Phillip M. (Mike) (CDC/CCEHIP/NCEH); Wright, Scott
            (ATSDR/DTEM/PRMSB); Rodenbeck, Sven (ATSDR/DHAC/CAPEB); Holler, James S. (Jim)
            (ATSDR/DTEM/PRMSB); Benken, Donald (CDC/CCEHIP/NCEH); Perlman, Gary D.; De
            Rosa, Christopher (Chris) (ATSDR/DTEM/OD); Ayers, David H. (ATSDR/DTEM/OD)
Subject:    RE: Summary of bi-monthly formaldehyde conference call

Dr. Frumkin,

Scott Wright and myself are currently awaiting to receive
sampling data from FEMA concerning formaldehyde in temporary
housing unit examples, similar to those utilized by Hurricane
Katrina displaced persons.  Rick Preston from FEMA's Office of
General Council (OGC), indicated last Thursday (Nov. 30) that he
would send, by fedex, a CD with the data to us.  As of this
moment, the data has not been received, but is expected some
time today (Dec. 4).  We indicated to FEMA that once the data is
received, we would be able to provide a quick turn-around
evaluation, as is standard protocol for evaluation of EPA data
by the Emergency Response Program within the Division of
Toxicology and Environmental Medicine.  A time-frame of
approximately 10 days or less was discussed for our evaluation.
FEMA will use ATSDR's evaluation to effect their policy
decision.  The ATSDR Emergency Response Team's activities
involving this issue have been described in the program's weekly
activity reports.

Background:
June 19, 2006:
First conference call to discuss FEMA's concern of formaldehyde
in temporary housing units used by Hurricane Katrina displaced
persons.  Participants on the call included, Don Benken (NCEH
Katrina lead), Scott Wright (ATSDR ER), Joseph Little (ATSDR
ER), Gary Perlman (ATSDR DRO), Sam Coleman (EPA 6), Rick Preston
(FEMA OGC), and other FEMA, EPA, and ATSDR representatives.
Concerns by FEMA about this issue are due to a pending lawsuit
against FEMA concerning formaldehyde exposure from temporary
housing units.

July 10, 2006:
Joseph Little (ATSDR ER) and Gary Perlman (ATSDR DRO) met with
Sam Coleman (EPA 6) and Dana Tulis (EPA HQ) to discuss the
formaldehyde issue while at the EPA On-Scene Coordinator (OSC)
Training in Los Angeles, CA.

1

CDC104-001024

July 13, 2006:
A conference call was conducted from the EPA OSC Training in Los
Angeles. Participants on the call included Joseph Little (ATSDR
ER), Gary Perlman (ATSDR DRO), Don Benken (NCEH), Ronnie
Crossland (EPA 6), Sam Coleman (EPA 6), Dana Tulis (EPA HQ)
Rick Preston (FEMA OGC), and other FEMA and EPA staff. Numerous
concerns were expressed by ATSDR and EPA to FEMA regarding the
difficulties associated with sampling for formaldehyde and
interpreting the data, due to the large number of other
formaldehyde sources from other products in the home and
individual lifestyle. The sampling project went forward at
FEMA's request.

By-monthly conference calls have been conducted concerning the
status of the sampling project. A total of 96 trailers
(unoccupied from various manufacturers used by FEMA) were
sampled. A sampling plan was provided by EPA, and ATSDR ER had
the opportunity to review the plan. The sampling was completed
over the Columbus Day weekend (Oct. 9). EPA provided their data
report to FEMA in November and requested that FEMA provide the
data directly to ATSDR/CDC for FEMA's requested evaluation.

If you have additional question please contact myself at
770-488-3339 or Scott Wright at 770-488 3343.

Joseph D. Little, MSPH
CDR US Public Health Service
Emergency Response Coordinator
Agency for Toxic Substances and Disease Registry
(770) 488-3339
(770) 488-7100 24-Hour

-----Original Message-----
From: Frumkin, Howard (ATSDR/OA/OD)
Sent: Saturday, December 02, 2006 7:39 AM
To: Little, Joseph D. (ATSDR/DTEM/PRMSB); Wright, Scott V.
(ATSDR/DTEM/PRMSB); Rodenbeck, Sven (ATSDR/DHAC/CAPEB); Allred,
Phillip M. (Mike) (CDC/CCEHIP/NCEH)
Cc: Sinks, Tom (ATSDR/OA/OD)
Subject: RE: Summary of bi-monthly formaldehyde conference call

Joseph, Scott:
I didn't know that this was happening. Can you let me know who
at our end is handling it? Thanks.

2

CDC104-001025

Howie

Howard Frumkin, M.D., Dr.P.H., Director
National Center for Environmental Health / Agency for Toxic
Substances and Disease Registry Centers for Disease Control and
Prevention 1600 Clifton Road, MS E-28 Atlanta, GA 30333 Tel
404-498-0004 Fax 404-498-0083 E-mail hfrumkin@cdc.gov FedEx
deliveries:
1825 Century Boulevard
Atlanta, GA 30345

-----Original Message-----
From: Coleman.Sam@epamail.epa.gov
[mailto:Coleman.Sam@epamail.epa.gov]
Sent: Friday, December 01, 2006 6:20 PM
To: Little, Joseph D. (ATSDR/DTEM/PRMSB); Wright, Scott V.
(ATSDR/DTEM/PRMSB)
Cc: starfield.lawrence@epa.gov; coleman.sam@epa.gov;
broyles.ragan@epa.gov; Rauscher.Jon@epamail.epa.gov;
Dinan.Janine@epamail.epa.gov; Tulis.Dana@epamail.epa.gov;
Crossland.Ronnie@epamail.epa.gov; Dunne, Tom; Frumkin, Howard
(ATSDR/OA/OD)
Subject: Fw: Summary of bi-monthly formaldehyde conference call

Thanks for all of you work up to this point on this project. We
at EPA are concerned that FEMA might not be properly
interpreting the data. We urge CDC to complete its review as
soon as possible to provide appropriate advice to FEMA. Should
you need any assistance from EPA you can contact me, or Dana
Tulis in HQ. Dana's number is 202.564.7938, or 202.253.8309.

Samuel Coleman, P.E.
Director, Superfund Division Region 6
214 665-6701
214 789-2016 (cell)
coleman.sam@epa.gov
----- Forwarded by Sam Coleman/R6/USEPA/US on 12/01/2006 05:09
PM -----

        "Bryant,
        Madeline L"
        <lenell.bryant@a
To

3

CDC104-001026