UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 45

**Brown, Jaimee**

**From:** Phillips, Peggy
**Sent:** Friday, June 16, 2006 10:36 AM
**To:** Miller, MichaelL; Trask, Patricia C; Aupperlee, Tracy; Burchette, Joe; Lannan, Robert; Brekke, Cheryl; Warner, Jeannie; Melton, Sidney; Gilliam Sr, Robert; Blake, Martin; Rucker, Lesli; Igert, Jill; Stark, James W; Cox, Geraldine ; Hallstead, Carl; Howell, Cindy
**Cc:** Miller, Stephen
**Subject:** FORMALDEHYDE ISSUE

Good Morning Everyone,

The following is a result of the conference call this morning, Friday, 6/16/06, regarding the formaldehyde issue. At this time, it was decided that we will address this issue on an individual basis.

As needed, we will make the following suggestions to the tenant:

1. Air out the unit
2. Do not leave the unit closed up during extreme heat
3. Ensure that the air conditioning is running and properly maintained
4. As a final recommendation, we would swap out the unit for a used, renovated unit which would not present the off-gassing problems experienced in the new units

Mike Miller, Purvis Staging Area, has agreed to set aside approximately 50 units in inventory for the purpose of swapping out units with a formaldehyde problem for the renovated unit.

In the event that testing is required on a national basis, Headquarters Logistics will take the lead in maintaining a single point of contact for completion of this requirement.

Further, OGC has advised that we do not do testing, which would imply FEMA's ownership of this issue.

Gulfstream is working closely with FEMA to resolve the formaldehyde problem in the smaller travel trailer (Cavalier) units. They have offered to install an exhaust fan at their expense on a case by case basis should this become necessary.

Jill Igert will notify us of HQ OGC's findings, and will reconvene as necessary to address this issue.

*Peggy Phillips*

Logistical Management Specialist

Phone: (337) 281-5629

FEMA-Waxman - 7/9/07 Staff Review  - 242

5/5/2007

Maize

FEMA17-004818

Fax: (225) 346-5848

Peggy.Phillips@fema.gov



5/5/2007