UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION

U.S. EXHIBIT NO. 48

FEMA17-000111

U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472

 FEMA

May 31, 2006

**MEMORANDUM FOR:**   John Crowley, Chief of Staff
JFO, Biloxi, Mississippi

**FROM**   Bronson Brown, Chief
Occupational Safety and Health

**SUBJECT:**   Formaldehyde Air Sampling, FEMA Trailer Staging Area,
Purvis, Mississippi

**CORRECTIVE ACTION:** Specific recommendations are provided.

Air monitoring for formaldehyde exposure conducted at the FEMA Trailer Staging Area in Purvis, Mississippi revealed that employee exposures were all below the Occupational Safety and Health Administration (OSHA) Permissible Exposure Limit (PEL) of 0.75 parts per million (PPM) and the Action Level (AL) of 0.5 ppm for formaldehyde based on an eight-hour time weighted average (TWA). This memorandum transmits the complete findings of the investigation and makes recommendations for corrective actions needed to ensure compliance in accordance with OSHA 29 Code of Federal Regulations (CFR) 1910.1048 for Formaldehyde.

**Background**

Per your request, formaldehyde air monitoring was performed in FEMA new and refurbished trailers on March 28 and 29, 2006. The focus of the monitoring was to determine the worker exposure level of formaldehyde and to evaluate the work operations associated with the trailer staging operations. The monitoring was conducted by Messrs. Ken Medernach and Vincent McCarthy, Disaster Safety Officers (DSO), FEMA Occupational Safety and Health (OSH). FEMA employees performing work activities involving the trailer staging operations may include inspections, prep work and set-up for trailers prior to public receipt. This monitoring was conducted in response to general concerns and inquires related to potential employee exposure to formaldehyde.

Specifically, area and instantaneous air monitoring was preformed in 13 newly received and 15 refurbished trailers. Short term air monitoring was performed in three trailers. Personal air monitoring was performed on three FEMA employees whose job duties require entering staged trailers. During our evaluation it was indicated by trailer staging management that FEMA employees do not perform job activities inside trailers for more than two hours per day. In an effort to simulate a "worst case scenario" area monitoring was performed with trailer doors and windows closed.

FEMA17-000112

**Findings**

Formaldehyde is a chemical component commonly found in building materials utilized in commercially manufactured trailers. Laboratory results from the area air monitoring indicated that area formaldehyde levels were below the OSHA PEL of 0.75 ppm and the Action Level of 0.5 ppm, based on an eight-hour time weighted average (TWA). Results ranged from 0.02 to 0.3 ppm calculated during a two hour period. Instantaneous formaldehyde results upon entering the trailers ranged from 0.03 to 0.47 ppm. Short term air monitoring results for formaldehyde ranged from 0.05 to 0.31 ppm.

Additional monitoring conduct after the same trailers were ventilated for three and one half hours ranged from 0.03 to 0.26 ppm. Personal air monitoring results were all below the laboratory's level of quantification. A summary of the air monitoring that was performed are provided as Attachment 1.

Based on the sampling results, there is no indication that FEMA employees have the potential to be exposed above OSHA's permissible exposure level while performing job activities involving trailer staging operations. The formaldehyde levels found in the trailers are comparable to the levels posted on the Environmental Protection Agency (EPA) website for typical levels found from building materials off-gassing in trailers and/or manufactured homes.

**Recommendations**

To ensure the safety and health of all workers involved in the trailer staging operations, the following practices and recommendations must be implemented:

1.  FEMA employees assigned to trailer staging operations must receive formaldehyde training in accordance with OSHA 29 CFR 1910.1048 guidelines and hazard communication training in accordance with OSHA 29 CFR 1910.1200.

2.  Standard operating procedures are to be written for FEMA trailer staging operations and provided to all FEMA employees required to perform work in the trailers for review.

3.  Manufactures' recommendations for trailer occupancy are to be posted in all trailers prior to public receipt.

Should you have any questions or concerns regarding this report please contact myself at (202) 646-7594 or David Chawaga at (202) 646-3588.

FEMA-Waxman - 112