UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that the telephone conference, currently set for Tuesday, May 19, 2009 at 9:30 a.m. to discuss the juror questionnaire is **CONTINUED** to **Friday, May 22, 2009 at 9:30 a.m.** Mr. Weinstock shall initiate the conference call by either: (a) getting all participating counsel on the telephone and then calling the Court, or (b) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 18th day of May, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**