UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS  SECTION N MAG. 5
LIABILITY LITIGATION

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Bauer, et al v. Liberty Homes, Inc., et al.*
No. 08-5031  JURY DEMANDED

### ORDER ON PLAINTIFFS, MARK BATES, MURIEL CROWLEY, DARRYL KIMBLE, JOAN KIMBLE, AND JOSHUA SPINKS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs, Mark Bates, Muriel Crowley, Darryl Kimble, Joan Kimble and Joshua Spinks', Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT