UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT RELATES TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES' MOTION TO AMEND/CORRECT
ITS MOTION TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION [Doc. No. 1545]**

Defendant United States respectfully requests that the Court allow it to amend its Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction [Doc. No. 1545] by attaching "Exhibit 22," which was inadvertently omitted at the time of filing. The omitted exhibit is filed herewith.

Dated: May 20, 2009

Respectfully Submitted,

TONY WEST
Assistant Attorney General

J. PATRICK GLYNN
Director, Torts Branch

HENRY T. MILLER
Senior Trial Counsel

s/ Adam M. Dinnell
ADAM M. DINNELL (TX Bar No. 24055405)
Trial Attorney
United States Department of Justice
Civil Division, Torts Branch
Environmental Torts
P.O. Box 340, Ben Franklin Station

        Washington, DC 20004
        Phone:  (202) 616-4211
        E-mail: Adam.Dinnell@usdoj.gov

        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the Court's CM/ECF system on May 20, 2009, upon Liaison Counsel.

        s/ Adam M. Dinnell
        ADAM M. DINNELL