UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER         MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION        SECTION "N" (5)
                            JUDGE ENGELHARDT
                            MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States' Motion to Amend/Correct Its Motion To Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction;

IT IS HEREBY ORDERED that the Motion is GRANTED, and that the United States be allowed to amend its Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction by attaching "Exhibit 22."

New Orleans, Louisiana, this _____ day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE