UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
CASE NO. 07-9228

## ORDER

The Court has received the Defendant United States' Request for Oral Argument on its Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction [Doc. No. 1545] (Rec. Doc. 1552).  Because, at this juncture, the Court concludes that oral argument is unnecessary,

**IT IS ORDERED** that oral argument on the Defendant United States of America's Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction(Rec. Doc. 1545) is **CANCELLED**.  Thus, the Defendant United States of America's Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction (Rec. Doc. 1545), set for hearing on June 17, 2009, will be determined on the briefs alone.  Should this Court later determine that oral argument would be helpful, it shall notify the parties.

New Orleans, Louisiana, this 21st day of May, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**