UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION     SECTION "N" (5)
                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

     Considering Defendant United States' Motion to Amend/Correct Its Motion To Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction;

     IT IS HEREBY ORDERED that the Motion is GRANTED, and that the United States be allowed to amend its Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack of Subject Matter Jurisdiction by attaching "Exhibit 22."

     New Orleans, Louisiana, this __21st__ day of May, 2009.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE