UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Bauer, et al v. Liberty Homes, Inc., et al.*<br>No. 08-5031 | JURY DEMANDED |

### ORDER ON PLAINTIFFS, MARK BATES, MURIEL CROWLEY, DARRYL KIMBLE, JOAN KIMBLE, AND JOSHUA SPINKS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)

Considering the foregoing motion,

**IT IS HEREBY ORDERED** that Plaintiffs, Mark Bates, Muriel Crowley, Darryl Kimble, Joan Kimble and Joshua Spinks', Notice of Voluntary Dismissal Without Prejudice is hereby, and in all things GRANTED.

New Orleans, Louisiana, this 20th day of May, 2009.

_____
HONORABLE KURT ENGELHARDT