UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION "N" (4) |

| | |
|---|---|
| "This Document Relates to: Sullivan, et al v. Gulf Stream, et al (No. 09-2915 "N" (5)) | Judge Engelhardt |
| | Mag. Judge Roby |

Devlin, et al v. Fleetwood, et al
(No. 09-2917 "N" (5))

Wagner, et al v. Gulfstream, et al
(No. 09-2916 "N" (3))

FILED: _____          DY. CLERK: _____

## UNOPPOSED MOTION OF RONNIE G. PENTON TO WITHDRAW AS A MEMBER OF THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT, comes Ronnie G. Penton, a member of the Plaintiffs' Steering Committee, who does respectfully represent:

**I.**

That he is currently a member of the Plaintiffs' Steering Committee, through appointment by this Honorable Court, and for the reasons more particularly outlined in the attached Memorandum in Support of Motion to Withdraw as a Member of the Plaintiffs' Steering Committee, does request that he be permitted to withdraw, effective immediately.

1

## II.

The withdrawal of Ronnie G. Penton from the Plaintiffs' Steering Committee will not prejudice the Plaintiffs, the other members of the Plaintiffs' Steering Committee, nor the members of the Defendants' Steering Committee, nor will it unduly delay these proceedings.

WHEREFORE, Ronnie G. Penton prays that he be allowed to withdraw as a member of the Plaintiffs' Steering Committee.

```
                              LAW OFFICES OF RONNIE G. PENTON
                              209 HOPPEN PLACE
                              BOGALUSA, LOUISIANA  70427
                              PHONE      :      (985) 732-5651
                              TELECOPIER:       (985) 735-5579
                              E-MAIL     :      rgp@rgplaw.com


                              s/Ronnie G. Penton
                              Ronnie G. Penton
                              Louisiana Bar Roll Number 10462
```

**CERTIFICATE OF SERVICE**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

May 21, 2009.

          s/Ronnie G. Penton
          Ronnie G. Penton