# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | | **SECTION "N" (4)** |

**"This Document Relates to:**
**Sullivan, et al v. Gulf Stream, et al**
**(No. 09-2915 "N" (5))**

**Judge Engelhardt**

**Mag. Judge Roby**

**Devlin, et al v. Fleetwood, et al**
**(No. 09-2917 "N" (5))**

**Wagner, et al v. Gulfstream, et al**
**(No. 09-2916 "N" (3))**

**FILED:** _____          **DY. CLERK:** _____

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION OF RONNIE G. PENTON TO WITHDRAW AS A MEMBER OF THE PLAINTIFFS' STEERING COMMITTEE

**MAY IT PLEASE THE COURT:**

I applied for and was appointed by this Honorable Court as a member of the Plaintiffs' Steering Committee on December 11, 2007.

I have enjoyed this appointment and have worked diligently for the benefit of the Plaintiffs and trust that my contribution will be recognized upon completion of this litigation.

My request to withdraw as a member of the Plaintiffs' Steering Committee has absolutely nothing to do with the merits or challenges presented in this case, but rather I am going through a divorce and community partition of a thirty-plus year marriage.  The

challenges of this life-changing experience requires an extensive amount of time to get all of the issues resolved. I, therefore, feel that I can not dedicate the hours required in order to get these cases ready for trial. I believe my withdrawal would benefit the Committee in that it would allow this Honorable Court to appoint a replacement member that could devote the required amount of time.

I have been appointed to numerous Committees nationwide in both state and federal courts since the early 1980's, and to each Committee I was appointed, I was either lead counsel, lead trial counsel, or co-lead trial counsel. I saw every one of those cases to a successful resolution. This is the first Committee that I have requested to withdraw from, and it is with great regret that I do so now. My personal issues have overwhelmed my ability to discharge my professional obligations and responsibilities on this Committee.

My withdrawal from the Plaintiffs' Steering Committee will not prejudice the Plaintiffs, the other members of the Plaintiffs' Steering Committee, the Defendants' Steering Committee, nor will it unduly delay these proceedings until such time as this Honorable Court can appoint a replacement member to the Committee.

WHEREFORE, Ronnie G. Penton prays that he be allowed to withdraw as a member of the Plaintiffs' Steering Committee.

        LAW OFFICES OF RONNIE G. PENTON
        209 HOPPEN PLACE
        BOGALUSA, LOUISIANA  70427
        PHONE        :        (985) 732-5651
        TELECOPIER :        (985) 735-5579
        E-MAIL       :        rgp@rgplaw.com


        s/Ronnie G. Penton
        Ronnie G. Penton
        Louisiana Bar Roll Number 10462