UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION "N" (4) |
| "This Document Relates to: Sullivan, et al v. Gulf Stream, et al (No. 09-2915 "N" (5)) | | Judge Engelhardt |
| | | Mag. Judge Roby |
| Devlin, et al v. Fleetwood, et al (No. 09-2917 "N" (5)) | | |
| Wagner, et al v. Gulfstream, et al (No. 09-2916 "N" (3)) | | |

FILED: _____     DY. CLERK: _____

**ORDER**

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton be and is hereby withdrawn as a member of the Plaintiffs' Steering Committee.

Signed in New Orleans, Louisiana, this the _____ day of May, 2009.

_____
J U D G E

1