UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N (4) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

## MOTION TO STRIKE CERTAIN EXPERT WITNESSES

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. ("Gulf Stream") and Fluor Enterprises, Inc. ("Fluor"), which respectfully request that this Honorable Court issue an Order striking certain expert witnesses identified by the plaintiffs in this case. Gulf Stream and Fluor assert that the Court should strike these experts because it has already excluded some of the information and testimony that these experts will present, because the information presented by some of the experts will be duplicative and redundant, and because the plaintiffs have not plead some of the issues these experts plan to address. For the foregoing reasons, which will be fully set forth in the attached Memorandum in Support of Motion to Strike, Gulf Stream and Fluor respectfully request that this Court issue an Order striking certain expert witnesses identified by the plaintiffs in this case.

        Respectfully Submitted:

        **DUPLASS, ZWAIN, BOURGEOIS,**
        **PFISTER & WEINSTOCK**

        s/Andrew D. Weinstock
        _____
        **ANDREW D. WEINSTOCK #18495**
        **JOSEPH G. GLASS #25397**
        3838 N. Causeway Boulevard, Suite 2900
        Metairie, Louisiana 70002

(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

and

s/ Charles R. Penot, Jr._____

**MIDDLEBERG, RIDDLE & GIANA**
**Charles R. Penot, Jr. #1530**
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334
(214) 220-6807 (FAX)
cpenot@midrid.com

**Dominic J. Gianna #6063**
201 St. Charles Avenue
New Orleans, Louisiana 70170-3100
(504) 525-7200
(504) 581-5983 (FAX)
dgianna@midrid.com
**Counsel for Defendant, Fluor Enterprises, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 21st day of May, 2009, a copy of the foregoing Motion for to Strike Certain Expert Witnesses was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's

electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                                      s/Andrew D. Weinstock
                                       _____
                                       ANDREW D. WEINSTOCK #18495
                                             andreww@duplass.com