UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| This Document Relates to: *Charlie Age,* | * | JUDGE: ENGELHARDT |
| *et al. v. Gulf Stream Coach Inc., et al*, | * | |
| Docket No. 09-2892 | * | MAG: CHASEZ |

*************************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses is hereby set for the 17th day of June, 2009 at 9:30 a.m.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com

dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

and

s/ Charles R. Penot, Jr.

**MIDDLEBERG, RIDDLE & GIANA**
**Charles R. Penot, Jr. #1530**
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334
(214) 220-6807 (FAX)
cpenot@midrid.com

**Dominic J. Gianna #6063**
201 St. Charles Avenue
New Orleans, Louisiana 70170-3100
(504) 525-7200
(504) 581-5983 (FAX)
dgianna@midrid.com
**Counsel for Defendant, Fluor Enterprises, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 21st day of May, 2009, a copy of the foregoing Memorandum in Support of Motion for to Strike Certain Expert Witnesses was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com