*From the Desk of......*

## Janet Duncan Barnes, MD, MBA

3600 Prytania St Suite 50 * New Orleans, LA 70115
(504) 891-1800 Office * (504) 891-1805 Fax

May 15, 2009

WATTS/GUERRA/CRAFT LLP
Four Dominion Drive
Building Three, Suite 100
San Antonio, Texas 78257

Attn: Mikal Watts

                    Re: Christopher J. Cooper
                    Date of Birth: December 18, 1996

Enclosed is the narrative report for Chris Cooper, son of Alana Alexander, concerning Formaldehyde Exposure and its Effect on Chris' Asthma and Allergy-Related Illnesses.

For any more information or clarification, please feel free to call me at the above location, my cell (504) 451-4929, or email address: duncan600@ bellsouth.net.

Yours truly,

*Janet Barnes, MD*

Janet Duncan Barnes, MD

ALX-EXP-4-000001

# Narrative Report

## Formaldehyde Exposure to Christopher J. Cooper

Christopher Cooper, better known as Chris, was a well-known patient of mine before Hurricane Katrina on August 29, 2005. He was followed in my office for Asthma, requiring aerosol treatments and maintenance medicines at home and often times in my office. His previous chart, located at 6010 Bullard Ave, is unavailable. The Bullard Avenue office was severely damaged by the storm.

His mother, Ms Alexander, was a compliant and reliable mother, keeping Chris' appointments and following recommended therapies. Pertinent family history includes Asthma on the father's side. Neither his older sister nor his mother has Asthma. Past medical history includes one hospitalization for Acute Asthmaticus and two bouts of Pneumonia by the age of 8 years old. Review of Systems also includes Sinusitis. There was no history of Allergic Conjunctivitis, Atopic Dermatitis, or allergies to food or medicines. His medicines included Albuterol and Pulmicort Inhalation Solutions, given via a nebulizer for acute exacerbations at home, an Albuterol Inhaler for attacks at school or travel, and Clarinex Reditabs for his sinus.

Chris was lost to follow up after Hurricane Katrina until October 4, 2007. Christopher lived with his family in Jacksonville, Florida after the storm until May 2006. His nebulizer, inhaler, and medicines were lost in the storm. Shortly after arriving in Florida, Chris was seen by a physician in order to get prescriptions for his lost medicines. He was prescribed Advair but due to the "black box warning," the mother decided not to give him the Advair. He was also prescribed an Albuterol Inhaler, which was used sparingly. The mother gave him Over-the-Counter "OTC" Claritin for his Sinus on an as needed basis. Chris' allergies and Asthma attacks were completely controlled and seldom needed intervention.

On return to New Orleans, Chris' family moved into a FEMA trailer from May 2006 until December 2007. Christopher immediately experienced increasing episodes of Sinusitis and subsequently required OTC Claritin daily. His Asthma symptoms followed his sinus symptoms. He complained of shortness of breath and wheezing. An occasional Asthma attack progressed to once to twice per week. He was treated with the Albuterol Inhaler, prescribed by the Florida physician, until the medicines were gone.

On October 4, 2007, he returned to this office for the first time since Hurricane Katrina. His physical examination revealed boggy nasal turbinates and eczema in the right antecubital fossa.

ALX-EXP-4-000002

His lungs were clear and his heart had a regular rate and rhythm without murmur. His diagnoses included Sinusitis, Atopic Dermatitis, Asthma, and Overweight for Age. His medicines included Clarinex D-12 for sinus; Albuterol Inhaler and Flovent Inhaler for Asthma control, Singulair 10mg for Asthma and Sinusitis, and Elocon Ointment for his Atopic Dermatitis. He was sent to Quest Diagnostics for annual blood work.

On October 18, 2007, Christopher, along with his mother, returned for lab results. His total cholesterol was elevated as well as his LDL cholesterol. He was given diet counseling and encouraged to participate in more physical activity.

On December 4, 2007, Chris was seen in Children's Hospital emergency room for an uncontrolled Asthma attack after repeatedly using his Albuterol Inhaler. He received several aerosol treatments and was given Prednisone 50 mg in the emergency room. He continued his Albuterol Inhaler treatments every 8 hours along with Prednisone at home. Ms Alexander became aware of the possibility of FEMA trailer formaldehyde toxin exposure and moved the family out of the trailer within a month. His attacks of shortness of breath and wheezing progressively decreased. He continued to have attacks but there was significant improvement in frequency and severity.

On April 17, 2008, Christopher returned with a complaint of "itchy eyes." He was given Benadryl with some improvements. He did not have anymore Clarinex D-12. His physical exam revealed nasal stuffiness with boggy nasal turbinates; his sclerae were mildly irritated; and his lower eyelids were dark. He was diagnosed with Allergic Conjunctivitis. Patanol Eye Drops were given for the allergy eyes; Clarinex D-12 for sinusitis; and Benadryl for any possible allergic reactions.

On April 24, 2009, a physical examination revealed nasal congestion, boggy nasal turbinates, "glassy eyes" with irritated sclerae, a productive cough with a small amount of postnasal drip, red pharynx, and lungs, heart, and skin within normal limits. He received refills on Albuterol Inhaler, Flovent Inhaler 110, Singulair 10mg, Clarinex D-12, and Patanol Eye Drops.
Labs ordered but have not returned are Hypersensitivity Pneumonitis Panel, Serum Protein Electrophoresis, CBC with differential, and Immunoglobin Electrophoresis. Allergy testing was also recommended to the mother.

Assessment:
Christopher lived in a small travel trailer, which was built with formaldehyde treated particle board and insulation for approximately 20 months. As a small child he had frequent acute asthma attacks which improved with age, as evidenced by his minimal use of his emergency asthma medicines, trips to the doctor, no hospitalizations, or upper and lower respiratory infections while in Florida. This is the normal progression of the disease, often with none to minimal attacks in

severity and frequency by the age of 9 or 10 years old. On his return to New Orleans at the age of 9 years old while living in a FEMA trailer until 11 years old, his allergy symptoms and asthmatic exacerbations returned, requiring maintenance and emergency medicines. He had become worst rather than the predicted improved prognosis.

The trailers were small with poor ventilation and substandard insulation, often allowing increased moisture, with subsequent overgrowth of mould, mildew, and dust mites. Formaldehyde is a known irritant that increases susceptibility to allergens in infants and children, particularly those with a genetic disposition to atopy. Ig E mediated sensitization can increase, triggering exacerbations to numerous allergens, even to the common aeroallergens. Acceptable formaldehyde levels in a home or workplace for the average healthy adult can trigger severe upper and lower respiratory distress and eczema in a child and greater in a child with Asthma. The formaldehyde inhalation may cause inflammation and permanent epithelial damage to the airways with chronic exposure, causing respiratory morbidity and direct effects on a young developing immune system.

Therefore, the exposure to the formaldehyde in the FEMA trailer, within a reasonable degree of medical probability, will cause permanent epithelial damage, with subsequent acute exacerbations of Asthma, recurrent rhinosinusitis, and chronic atopic dermatitis for the rest of his life.

Submitted by

*Janet D Barnes, MD*

Janet Duncan Barnes, MD