**National Jewish Health**

Science Transforming Life

1400 Jackson Street
Denver, Colorado 80206
303.388.4461
800.423.8891
www.nationaljewish.org

#1 respiratory hospital in the U.S.
*US News & World Report*

05/18/2009 9:14AM

Name **COOPER, CHRISTOPHER J.**
MRUN 0523004
DOB: 12/18/1996
Age: 12

**Clinic Summary**

Original

Date of Service:   May 11-14, 2009

CHIEF COMPLAINT:
Christopher Cooper is a 12-year-old boy from New Orleans, Louisiana, who was sent by his attorneys with a request to provide appropriate medical care. The patient's mother asks if his asthma was aggravated by formaldehyde exposure in the FEMA trailers they occupied post hurricane Katrina.

HISTORY OF THE PRESENT ILLNESS:
The patient was diagnosed with asthma at about the age of 3, when he was admitted for treatment for pneumonia, possibly in the left upper lobe. He remained in the hospital for one week, received supplemental oxygen, and was treated with antibiotics. He was discharged on oral prednisone and an albuterol inhaler. At home, he used home nebulized medications once a day for about two weeks, that was then decreased to about once a week and used on an as needed basis. About two years later, the patient's mother says he was admitted for left lower lobe pneumonia for three days and again discharged on treatment with an albuterol inhaler and a four day prednisone taper. His symptoms seemed to improve, and he used albuterol perhaps four or five times a month and was typically seen in the emergency room about twice a year, in the fall and in the spring. He also reported some shortness of breath with exercise and cold weather, but in all his asthma appeared to be well maintained. Growing up, he lived in a 50 year old house that had been built by his grandfather. The

ALX-EXP-56-000001

COOPER, CHRISTOPHER J.
0523004
12/18/1996

house was located in east New Orleans, was a one story building, with no history of water damage or mold or mildew problems. There were no pets kept in the home.

During Hurricaine Katrina, he and his family remained in their house during the storm. The water was five feet high, and he and his family moved to the attic, and then stayed overnight in the barbershop next door. When the water began to recede, they walked 15-20 miles to the convention center, where they stayed outside under a canopy for four days. They had brought blankets, and the family slept on the concrete bridge. The family was then taken by bus to Fort Chaffee, Arkansas, and subsequently by van to a cousin's house in Houston, Texas. The family stayed there for about ten days, and then moved to Jacksonville Florida from September 2005 through May of 2006. They spent about two months in an apartment, and the remainder of the time in the patient's uncle's house. The house had an outside cat and dog but no indoor pets, and there were no mold or mildew problems in the home.

In May of 2006, the family returned to New Orleans, where they lived in a FEMA trailer placed on the driveway in fromt of their house. On first entering the trailer, the patient and his family noted a strong chemical odor and developed symptoms of burning eyes and nose, watery eyes, burning throat, and cough. The odor and these symptoms lasted for about two weeks, and then gradually diminished. The trailer was heated by propane, however, the heating unit broke and was never fixed, and heat was then provided by an electrical space heater. A leak developed in a light fixture above the mother's bed. The leak was fixed and then recurred 2-3 months later, and fixed again. Mold began to grow around the windows and the trailer smelled moldy. A wall panel came loose and mold was visible behind the panel. The patient and his family moved out of the trailer in December of 2007 during the Christmas break, because his mother had become concerned about the potential health effects of formaldehyde exposure.

Residing in the trailer, the patient's mother noted that her son increased the use of his albuterol inhaler to twice weekly. The patient used Claritin on a daily basis, where he had never used it that frequently before. While residing in the trailer, the patient's mother noted he developed worsening sinus drip, nasal congestion, itching nose, and breathing through the mouth. He also developed a rash behind both knees, as well as headaches which were new. He did not, however, report nocturnal asthma symptoms. The patient was seen in the emergency room in December of 2007 because his inhalers did not appear to be working, after havving been seen previously in October of 2007 for conjunctivitis.

As noted, the patient's family moved out of the FEMA trailer in December 2007, and moved into a recently bought home with his mother's sister. The house had been flooded but the first floor was completely redone, and there were no musty or moldy odors in the home. The patient and his family have continued to reside in the house to date. His mother notes that his symptoms have gradually subsided over time, and he has reduced use of albuterol to perhaps twice a month, and Claritin to every other day.

The patient's current symptoms in their order of severity include nasal congestion, eye itching, redness, and watering, and an occasional sore throat. These symptoms are year round. He also reports occasional chest pain and rare cough.

ALX-EXP-56-000002

COOPER, CHRISTOPHER J.
0523004
12/18/1996

PAST MEDICAL HISTORY: Left arm laceration at age 7, treated with butterfly tape closure.

SURGERIES/HOSPITALIZATIONS: Only as described in the history of the present illness.

CURRENT MEDICATIONS:
1. Clarinex D, one daily.
2. Flovent inhaler, two puffs twice daily, without spacer, for the past two months.
3. Advair has been discontinued due to concern over potential side effects.
4. Albuterol inhaler as needed. Typically now about three times a month.

ALLERGIES:
No known drug allergies.

SOCIAL HISTORY:
The patient was born and raised in east New Orleans. He has lived with his mother and sister for most of his life, initially in a house in eastern New Orleans and currently in a 1940s home that has been totally redone after damage from Hurricane Katrina. The current house has forced air heating and central air conditioning. There is a fireplace that is not used. There are no smokers living in the home. The patient is in the 6th grade, and has attended middle school located in the French Quarter since the beginning of the school year. The school was not flooded and there are no mold or mildew problems in the school. The patient's mother works in the school as a conflict mediator. In his spare time, the patient enjoys playing on the computer and video games. He likes playing football but there are few children in his neighborhood to play with. He also plays the baritone saxophone in the school band, as well as in a private Tipitina's band. The patient has five uncles, three of whom live in Jacksonville Florida, and two aunts, including one with whom he lives in New Orleans.

FAMILY MEDICAL HISTORY:
Diabetes in his father. Heart disease in his grandmother, and his mother has hypertension. The patient's father also has asthma, which was subsequently outgrown.

REVIEW OF SYSTEMS:
Constitutional: The patient and his mother say that he sleeps well at night, with occasional snoring, but no apneas. He does not report change in weight, fever, chills, sweats or fatigue.
Skin: The patient developed a rash behind his knees that has since resolved.
Allergy/immunology: The patient has sneezing, itchy stuffy nose with itchy and watery eyes principally in the spring and the fall. Ears, nose, mouth, throat: Patient's mother reports he has constant rhinorrhea and moderate postnasal drainage. He otherwise does not have ear pain, change in hearing, or mouth or dental issues. Eyes/head: The patient reports intermittent headaches, located posteriorly, and in the frontal area on the right side of his head. Respiratory: Includes chest tightness, wheeze and cough in cold air, and occasional cough and wheeze at night. Cardiovascular: No problems with chest pain or palpitations. GI: No symptoms of heartburn, nausea, vomiting, or indigestion. Endocrine: No problems with cold or heat tolerance or blood sugar. Genitourinary: No history of kidney stones or blood in the urine. Musculoskeletal: No problems with joint pain or swelling, muscle

ALX-EXP-56-000003

weakness or back pain. Neurologic: The patient has no problems with memory or concentration. He does not report numbness, tingling, weakness, incoordination or problems with balance. Psychological: The patient reports no symptoms. Hematologic/lymph nodes: No problems with swollen glands or bleeding.

PHYSICAL EXAMINATION:
General: The patient was a well-developed, well-nourished, well-groomed, well-spoken child in no acute distress. Vital signs: Blood pressure 122/65, temperature 35.2, pulse 91 beats per minute, respirations 16 per minute, height 150 cm, weight 57 kg, BMI 25.3, oxygen saturation 97% on room air at rest. Skin: Normal with the exception of scar on his left upper arm and a small cyst at the right anterior wrist. There was no rash present behind the knees on this evaluation. Lymphatic: Palpation of the anterior and posterior cervical nodes of the neck showed shotty adenopathy. There no palpable lymph nodes in the axilla, supraclavicular or epitrochlear areas. Eyes: Showed normal conjunctivae and lids. Ears: Showed normal external auditory canals, although the left also was partly obscured with wax. Tympanic membranes were normal bilaterally. Nasal mucosa was pale and boggy with some clear drainage. Lips and teeth were normal. Oropharynx showed moist mucous membranes and was otherwise normal. Neck was supple. Chest symmetry and expansion were normal with normal respiratory effort. Chest: Clear to auscultation and percussion and normal to palpation. Cardiovascular: Regular rate and rhythm with normal S1 and S2, absent S3, S4, without murmurs. Peripheral vasculature and pulses were normal. Abdomen: Soft and nontender with normal bowel sounds. The liver and spleen were not enlarged.

REVIEW OF MEDICAL RECORDS:
I was provided with medical records, principally from hospital visits between 2001 and 2005, and from 2006 to 2009. Reportedly, the patient's medical records with his primary care physician have been lost in the aftermath of Katrina. I will summarize the patient's visits chronologically.

12/14-12/16/01: 4-year-old patient admitted for asthma exacerbation attributed to a viral URI to University Hospital at Tulane University His history noted one prior admission for asthma at age < 2 years. History reported was usually two emergency room visits per year, especially with weather changes. Typical medication use was albuterol inhaler about once a month. On evaluation, a room air blood gas showed relative hypoxemia at sea level, pH 7.38, pCO2 39, pO2 65, 95% saturated. On addition, random saturations were 89-90% on room air and rose to 94% on two liter supplemental oxygen. A chest x-ray was read as showing hyperinflation, and a left lower lobe pneumonia. Sputum was negative for all viruses cultured and for chlamydia. By 12/16/01, the patient's saturations were 98-99% on room air. Physical exam at that time showed diffuse wheezing. The patient was discharged on an albuterol inhaler, prednisone taper for three days and Claritin to be used as needed.

11/18/02: Children's Hospital visit for asthma, with no further records.

3/7/03: Seen in the emergency room for neck pain.

5/10/03: Seen in the emergency room for wheezing.

COOPER, CHRISTOPHER J.
0523004
12/18/1996

5/11/03: Return visit for treatment of pneumonia.

1/31/04: Children's Hospital emergency room visit for cough.

4/22/04: Children's Hospital emergency room visit for laceration of the left anterior forearm.

I have no medical records between April 2004 and October 2007.

10/4/07: Evaluation for sinusitis, atopic dermatitis and asthma. Clarinex D, Singulair, Flovent and Elocon ointment were refilled.

10/5/07: Blood work was collected, and results reported to the patient on 10/18/07. CBC was normal, with MCV 77.7 fl (normal 77-95). The RDW was 14.8% which is normal (normal range 11-15). RBC count was normal at 4.93 M/ul (normal 4-5.2). Red cell hemoglobin electrophoresis was consistent with hemoglobin C trait: 55.9% hemoglobin A1 (normal > 96%), < 1% hemoglobin F (normal < 2%), 3.2% hemoglobin A2 (normal 1.8-3.5), and 40.9% hemoglobin C (normal < 1%). Comprehensive metabolic panel was normal. Urinalysis was normal. Blood work showed blood type AB, Rh positive.

12/4/07: Seen in the Children's Hospital emergency room for coughing fits. Physical exam showed decreased breath sounds, and faint wheezing. The patient reported that his last episode of wheeze was about a year ago. He had cough but no rhinorrhea. He was treated with albuterol nebulized bronchodilators times two, and a mixed albuterol/Atrovent nebulizer times one with prednisone 15 mg. He was discharged on prednisone once daily for four days, and an albuterol inhaler two puffs three times daily, as needed for wheezing.

3/23/08: Seen in the Children's Hospital emergency room following a motor vehicle accident with a neck sprain.

4/17/08: Seen in Children's Hospital emergency room for allergic conjunctivitis, treated with Patanol, Clarinex D, and Benadryl.

6/2/08: Children's Hospital emergency room visit for asthma exacerbation, in part as the patient had run out of his medications. He reported chest hurting and chest tightness with rhinorrhea and cough. He had run out of inhaled albuterol. He was treated with nebulized albuterol, and albuterol and Pulmicort were reportedly continued on discharge.

7/30/08: Children's Hospital emergency room visit for left eye swelling for about three hours. On exam the sclera was injected and the conjunctiva was swollen. The patient was diagnosed with an allergic reaction and treated with Patanol. Medications included Benadryl as needed, and an albuterol inhaler last used one month prior.

4/24/09: Evaluation by Jane Barnes. The patient reported symptoms of sore throat, red, watery eyes, congestion and a runny nose. He had been previously followed at the Bullard Avenue office for asthma and sinusitis, and had previously been treated with an albuterol

ALX-EXP-56-000005

COOPER, CHRISTOPHER J.
0523004
12/18/1996

nebulizer and Pulmicort by nebulizer as well as with Clarinex. Unfortunately, his records were lost following Hurricaine Katrina. The patient reported he had lived in a FEMA trailer from May of 2006 through December of 2007. His symptoms included worsening shortness of breath, wheeze, sinus symptoms, and asthma symptoms occurring about twice a week. He reported decreased severity and frequency of asthma after moving out of the trailer. He was diagnosed with rhinosinusitis, conjunctivitis, allergic asthma by history, and formaldehyde exposure. He was treated with inhaled albuterol, inhaled Flovent, Singulair, Clarinex D and Patanol. This is the last medical record that is available to me.

TEST DATA:
Test results were provided for formaldehyde air concentrations in a series of a FEMA trailers. The one in which the patient resided with his mother was highlighted. The trailer was sampled on 1/29/08. The trailer had been sealed, and there had been no heat or air conditioning used in the tailer. On inspection, the bedroom closest had visible mold on the walls. Relative humidity was 41.2% and 52%, and temperature was 65.6 degrees to 78 degrees F. One bedroom air sample reported 0.05 ppm of formaldehyde. The odor threshold for formaldehyde ranges between .05 and 1.0 ppm with an average of 0.83 ppm. Recommended public exposure levels range from 0.008 ppm for a year or longer, to 0.04 ppm for up to 14 days.

NATIONAL JEWISH TEST DATA:
1. Full pulmonary function tests with lung volumes show acceptable test results. Lung volumes are normal, with the exception of an elevated residual volume. There is airflow limitation and significant improvement to inhaled albuterol based on the improvement in the SGAW. The diffusion capacity is normal. TLC is 3.49 (98%), RV 1.26 (216%). FEV1 1.45 (67%), increased non-significantly 9% to 1.58 or 73% predicted. FVC 2.02 (83%) without change to inhaled bronchodilator. FEV1/FVC ratio is 72% before and 78% after bronchodilator. The SGAW increased to 44% to inhaled bronchodilator. DLCO 18.91 (100%), and DLCO/VA 6.28 (111%).
2. Methacholine challenge was significant for severe bronchial hyperresponsiveness, with PC20, FEV1 < 0.31 mg/ml.
3. Laryngoscopy performed following the methacholine challenge, showed both inspiratory and expiratory vocal cord dysfunction.
4. Prick skin testing to aeroallergens present on the gulf coast showed a positive reaction to pecan/hickory tree with negative reactions to other trees, grasses and weeds. Skin testing was negative to cockroach but positive to dust mites, D. farinae, and D. pterynnisinus. Skin testing was negative to cat and dog, and negative to all molds tested.
5. Screening CT of the sinuses showed minimal ethmoid and maxillary mucosal thickening. There was moderate hypertrophy of the adenoids with associated narrowing of the nasopharyngeal airway.
6. High resolution CT scan of the chest shows normal heart and great vessels, no evidence of lymphadenopathy, and normal thymus. There was mild central bronchial wall thickening with patchy bilateral areas of air trapping. There is scarring or atelectasis of the right middle lobe. Bronchial wall thickening and air trapping are consistent with small airways disease such as asthma.

ALX-EXP-56-000006

COOPER, CHRISTOPHER J.
0523004
12/18/1996

ASSESSMENT:
1. Childhood asthma.
2. Mild chronic allergic rhinosinusitis.
3. Allergy to hickory trees and dust mites.
4. Vocal cord dysfunction
5. Irritant symptoms during occupancy of a FEMA trailer, now improved out of exposure.

DISCUSSION:
The patient has been diagnosed with asthma since about the age of 2. He has required two hospital admissions for treatment of asthma and has been seen intermittently, about once a year or twice a year, in an emergency room for treatment of asthma. Despite the limited previous medical records, the patient's asthma as a young child must have been moderately severe in that he was maintained on nebulized Pulmicort as well as nebulized albuterol. He stopped using his medications when he and his family were forced to leave New Orleans, and only received about one month treatment of Advair before it was discontinued due to concern over potential side effects. The patient resided in a FEMA trailer from May of 2006 through December of 2007. By history, both the patient and his mother report that his symptoms became more severe and more frequent, and his medication use increased correspondingly. I have only one air sample for formaldehyde in the trailer, and that was obtained a year after the family had vacated the trailer with the trailer closed up. Thus, this level of formaldehyde would be considered to reflect a worst case exposure. On the other hand, the trailer has had an opportunity to off gas for over a year and a half, and it is possible that the level of formaldehyde sampled in December of 2008 is substantially lower than the one that might have been detected in May of 2006.

Formaldehyde is principally known as a respiratory irritant. It is highly water soluble, and when present in moist humid air, it rapidly adheres to air droplets and typically deposits in the upper airway. Although allergies to formaldehyde have been reported, they are rare. Hence, on the basis of the patient's history as reported not only to me but also to other care providers, it is medically plausible that his asthma would have been aggravated by occupancy of water damaged trailer with formaldehyde off-gassing. It is equally plausible that the patient's asthma should have gradually improved out of exposure. Given the lack of medical records, I cannot form an opinion as to whether the patient's current asthma is substantially aggravated compared to his asthma earlier in life.

Nonetheless, the patient's test results document moderately severe bronchial hyperresponsiveness, as well as a component of fixed airflow obstruction. This likely reflects a long history of asthma that has been suboptimally treated. Although it is common to wish to minimize medication use, especially in children, in those with asthma this is not necessarily a good policy. Chronic untreated asthma can lead to airways remodeling and scarring, with fixed airflow obstruction that no longer completely reverses with inhaled bronchodilator. Additionally, otherwise healthy children frequently reduce their level of exertion so as not to experience shortness of breath. Therefore, the patient's relative lack of symptoms also reflects, I think, his relative lack of exertion.

ALX-EXP-56-000007

COOPER, CHRISTOPHER J.
0523004
12/18/1996

The importance of continuing on inhaled steroids was reviewed with the mother. Inhaled steroids are preferable to oral steroids in that they are much less systemically absorbed. Studies performed in children indicate that final growth height is not ultimately affected by inhaled steroids, although the rate of growth may be somewhat slowed. Nonetheless, in this patient with quite severe bronchial hyperresponsiveness, it is medically prudent to maintain him on a standard dose of inhaled steroids. Using inhaled steroids on an as needed basis provides minimal improvement, and greater risk for side effects. There is also an allergic component to this patient's asthma based on his skin test reactivity to dust mites, and he is exposed to dust mites on a year round basis.

One last comment of medications. It is understandable that the patient's mother became concerned about the potential adverse side effects related to use of long acting bronchodilators. Indeed, a genetic polymorphism in the beta adrenergic receptor, common in black African population, is associated with gradually reduced responsiveness to bronchodilators. However, there is no such concern over the longer use of inhaled steroids, which should be considered the mainstay of the patient's treatment. Accordingly, the patient's asthma should be treated on a regular basis and treatment should no longer be based on pure symptom alleviation, as this will likely leave the patient with a chronic lung disease that can not be as easily treated later in life.

FINAL RECOMMENDATIONS:
1. Continue Flovent 110 mcg per puff, two puffs twice daily, to be used with a spacer.
2. A spacer was provided to the patient and he was educated in its use.
3. Recommend switching from Claritin to cetirizine, the generic version of Zyrtec 10 mg once or twice daily. This is a stronger antihistamine, but equally nonsedating.
4. Speech therapy for treatment of vocal cord dysfunction will help reduce some of the patient's throat and upper chest tightness. It will be important to distinguish between asthma and vocal cord dysfunction, as vocal cord dysfunction does not respond to treatment with asthma medications.
5. The patient may do well with an asthma action plan, which is based on daily monitoring of peak flows. I did not address this with the patient at this time, as I did not want to introduce too many new treatments or recommendations. Nonetheless, the patient should discuss an asthma action plan with his care provider in New Orleans. This may help titrate the patient's use of Flovent, for example, increasing the dose when peak flows drop and he develops symptoms, that should reduce his dependence on emergency room visits and need for hospital care.
6. The patient is welcome to return to clinic in the next few months to measure the effects of daily treatment on lung function and bronchial hyperresponsiveness.

Karin A. Pacheco, M.D., MSPH
Staff Physician
Division of Environmental and Occupational Health Sciences
National Jewish Health

ALX-EXP-56-000008

*COOPER, CHRISTOPHER J.*
*0523004*
*12/18/1996*

CC:   The patient and his mother

Busbee Law Firm
Bill Hillard, Attorney
4 Dominion Dr. Bldg 3 #100
San Antonio, TX 78257

Dictated Date/Time:    05/15/2009 18:59:57
Transcribed Date/Time:        05/15/2009 20:09:35
KAP/sf

Electronically signed by:Karin Pacheco M.D. May 18 2009 8:35AM MST Author