# Inspection Report

©2008 LaGrange Consulting

**PREPARED BY:**
LaGrange Consulting, LLC
256 Calumet Drive
Madisonville, LA 70447
LaGrange_Consulting@charter.net



**PREPARED FOR:**

Al Mallet, Jr.
First General Services
Lafayette, LA 70598
May 7, 2009

All Information Contained Herein is for Client Use and Review Only.
Unauthorized Duplication or Distribution of this Material is Strictly Prohibited.

www.LaGrangeConsulting.com • 985-845-2148

The testing results conveyed in this report were collected at #5310 Old State Highway, Lottie, LA 70756 in the United States of America on the 7th day of May in 2009. The project being tested is a travel trailer #1041407 that was used by FEMA to house victims of hurricane Katrina. The trailer was parked at a storage lot at the above address at the time of testing.

LaGrange Consulting, LLC of 256 Calumet Dr. in Madisonville, LA 70447 was the testing company. Paul LaGrange was the technician testing the travel trailer.  LaGrange Consulting was hired by Al Mallet, Jr. of First General Services of Lafayette, LA 70598 to perform the following services:

1. Perform a blower door (building leakage) test
2. Perform duct blaster (duct leakage) tests
3. Determine the weighted average of R and U-values of the wall and ceiling assemblies
4. Determine the Btu gain of the air infiltration and insulation
5. Perform infrared thermal imaging scans of the trailer
6. Offer explanations of the interactions between the heating and cooling systems and the insulation in a building

The standards and equations used to complete the described services are attached in the appendices.

**Trailer Description and Manufacturer Information**

Al Mallet, Jr. provided drawings of the trailer that included floor plan, exterior and interior elevations. He also stated that the trailer was constructed December 13, 2004. The trailer is a Cavalier model manufactured by Gulfstream Coach, Inc. The vehicle type is MPV CVDH and the serial number is 57-5-t-cvdh-21783. The vehicle ID number is 1NL1GTR2551021783.

**Heating, Cooling, and Ventilation System Description**

The heating system in the trailer is separate from the cooling system. The cooling equipment is a small all-in-one package unit located on the roof of the trailer while the supply ducts are within the ceiling assembly (between the ceiling and the roof). The cooling equipment is part of the 595 series, model number 595 16.531, Quick Cool Duo-therm. It produces a nominal 15,000 Btu's.

The heating unit is located in the side wall, and the ductwork is within the floor assembly (beneath the floor). It is a 34,000 Btu liquid petroleum furnace. The model numbers were not provided.

The sizes of ducts that penetrate the test zone envelope are unknown because the ductwork is located within spaces not conducive to inspection. The ductwork is located outside the conditioned space. The cooling system return air is positioned in the ceiling within the package unit while the heating return air chase is located within the conditioned space inside the sitting bench in the living area.  The trailer's ventilation system was exhaust spot ventilation only located in the bathroom and kitchen.  The ventilation system did not have an outdoor air intake for fresh outdoor air to be brought into the trailer.

ALX-EXP-36-000002

**Affects of Air Leakage, Duct Leakage, and Insulation Performance**

The basic goal of "conditioning" our living spaces is to be able to create an indoor environment that is different from outdoors while still considering health, safety, and durability. The products and the knowledge to achieve all of these minimum goals are easily available to the public. However, the right product combined with the wrong installation procedures can create problems such as hot rooms, moisture problems, or a poor quality of inside air. We need to look at every aspect of the building in order to have healthy, safe, and long-lasting buildings. Usually, when we have an unhealthy building environment, it is caused by a number of mistakes working together; not just one.

*Why do I want an air tight building?*
*…I thought that buildings needed to be leaky and able to breathe.*

The recommended strategy for good indoor air quality is to reduce air leakage as much as possible and to provide controlled ventilation as needed. Ventilation is fresh outdoor air that enters a house in a controlled manner through the air conditioning system to address excess moisture, reduce odors, dilute pollutants, and relieve the feeling of "stuffiness". Air leakage, or infiltration, is outside air that enters a house uncontrollably through cracks and openings. It is unwise and unhealthy to rely on air leakage for ventilation. Also, a leaky building that allows moldy, dusty crawlspace or attic air to enter is not a building that contains healthy air to breathe. We can achieve airtightness by caulking and sealing with gaskets all of the typically leaky spots like the wall and ceiling connections or around the windows and doors or air ducts.



This picture shows the air & temperature leaks around the framing of the living room window.

This location was not properly air sealed. The red & yellow colors show hotter temperatures than the blue & purples colors.

Once these locations are air sealed, we must bring in outside air so that we can breathe fresh air and weaken the indoor pollutants that affect our health and/or comfort. Remember the last time you fried shrimp in your kitchen? It seemed like the smell of grease lasted for days, so you opened all of your windows and doors to clear the smell. Then you saw all of the dust and pollen that came inside from the street and oak trees and it felt muggy and sticky inside. When you have fresh outdoor air that is brought in through your air conditioner system, the air inside smells fresh like outside and yet the building is comfortable; not "sticky". This is because the air conditioner pulls in the fresh air, removes the moisture, cools the air, and pumps it into your home. An important part of having outside fresh air for our homes starts with reducing the air leaks in our building. Since we have so much outside humidity we need to stop the air leaks because it brings in that moisture when the building leaks inward.

ALX-EXP-36-000003



The way we test how leaky a building is by using a large fan called a blower door. The fan pulls air out of the home and then tells us how much the building leaks in cubic feet per minute (CFM). It also helps us locate the air leaks. The results of the air leakage test are on page 8.

## What is duct leakage?
## …. Why is it important to my health and comfort?

An air conditioning duct is typically a pipe sending the cold air from the blower around the building and then sucking it all back in on the other end as the air becomes warm again. Then the cycle continues. Usually, the ducts are in the attic or a mechanical closet hidden from everyday view. Just like the building shell we want our ducts to be sealed air tight.

You may be thinking, "If I'm cool, who cares if the air conditioner duct leaks." It is not that simple. When there is duct leakage, the cycle is broken. If the cool air pumped out of the machine leaks into the attic, instead of entering the home, then that air does not all return to the machine to be reconditioned (cooled and dehumidified). Then the machine is starved for air and you are throwing away your electricity costs by air conditioning your attic. This also makes certain rooms of the home uncomfortably hot during the summer and disturbingly cold during the winter, while pulling in dirt and humidity from outside to make up the air that the machine is "starving" for.

If the machine has duct leakage (small or large holes) in the portion of the system that pulls the air back to the machine (aka "return plenum"), then the cycle will also be broken when the return ducts pull in hot, humid, dusty attic air instead of air from the home that needs to be re-cooled. That hot, dusty air is then dispersed throughout the home through the ductwork. It can also contain mold spores, dust mites, insulation particles, pollen and other contaminants. This increases allergy and asthma problems and promotes mold growth in the home and in the ductwork.

For these reasons, it is very important for our health and comfort *not* to have duct leaks. The ducts must be sealed air tight and only allow the cooled (or heated) air to go into the building and not leak anywhere else. The way we test for duct leaks is by using a small fan called a duct blaster. The fan tells us how much the ducts leak and if they leak to the outside of the home or into the home. The results of the duct leakage test are on page 11.

ALX-EXP-36-000004



Duct leak tests are done using a small fan called a duct blaster. A special gauge called a manometer tells the amount of air leaking out of or into the duct system.

*How does insulation work?  What is R-value?  What is U-value?*
*...Why is proper installation important to my health and comfort?*

Most insulation is made up of mineral or organic materials that trap air.  Insulation comes in a variety of products. Fiberglass is the most common and widely available.  The thermal performance or how well it keeps heat from entering our walls and ceiling is called R-value. The higher the r-value number, the better the insulation functions to block heat transfer.

**R-value**

R-value is the ability for a material to resist heat. R-value of insulation such as fiberglass insulation is its ability to resist the movement of heat energy from one side of the insulation to the other. In a hot climate, insulation is mainly used to keep the cooled air in and the hot air out.

**U-value**

U-value is a material's ability to transfer heat from the hot side to the cold side.  U-value is typically used to describe the efficiency of windows. The lower the u-value, the less heat can transfer through the material and the more effective it is as an insulator.  U-value is the inverse of r-value.

*You may ask why we need both R-values and U-values.*  R-values can be added to calculate how well a wall, with all its components, will keep the heat out.  U-value will be used to calculate how much power and energy comes through the wall so that we can cool it with our air conditioner.   In order to fully understand how temperature and moisture move we need to look at how energy transfers from hot to cold and wet to dry.

**Three Types of Energy**

There are three types of energy: convection, conduction, and radiation.

*Convection* is the movement of heat through air because of the fact that hot air rises. This creates a type of "loop" called a "convection loop" within materials that have a large difference in temperature from one side to the other. As the warm air rises towards the top of the wall, the cool air enters at the bottom of the wall. When the hot air cools it also falls down towards the floor. This convection loop makes air move through insulation reducing r-value in that insulation.

*Conduction* is the transfer of heat from one object touching another. For example, conduction occurs when you touch your hand to the hot stove and burn yourself. The heat is transferred from the stove to your hand through the two objects touching.



*Radiation* is energy radiated by objects, liquids, and gasses in the form of waves or rays. An example is feeling warm sun rays on one's face.

**Why r-value can be misleading**

R-value of insulation is determined in a laboratory setting in a vacuum where no air is flowing. Insulation such as fiberglass batt insulation gets its insulative properties from the pockets of still air stored between the strands of glass. However, when air passes through the insulation, it disturbs these still pockets of air and reduces the fiberglass' ability to resist heat transfer. The air pockets also create convection loops because of the difference in temperatures between inside and outside the building. In a humid climate, the air passing through the fiberglass also brings moisture, which changes the insulation's ability to hold the still dry pockets of air that insulate.



This picture shows the air & temperature leaks at the floor of the master bedroom.

This location was not properly air sealed. The blue colors show cooler temperatures than the green colors.

The air is easily moving in and around the wall framing and insulation.

When a building is constructed with many openings where air and moisture can enter and move through

the walls, the insulation in the walls will have a greatly reduced r-value. For this reason, it is important to seal all of the holes on the outside of a building to make certain air cannot enter the insulation.

In the case of a trailer with insulation placed against the metal "skin," not only is convection occurring, but conduction between the metal and the fiberglass is also reducing the fiberglass' ability to insulate. Metal conducts heat very well; remember your grandma's black cast iron skillet, it got very hot and remained hot for a very long time because it transfers heat very well. In the case of the trailer walls & ceiling the outside aluminum skin is touching the insulation and intensifying the convection of air through the fiberglass insulation reducing its r-value and overall performance.

The calculations for:

1. Blower door (building leakage) test
2. Duct blaster (duct leakage) tests
3. The weighted average of R and U-values of the wall and ceiling assemblies
4. The Btu (heat) gain of the air infiltration and insulation

are found on the following pages.

ALX-EXP-36-000007

**Measurement Data & Blower Door Test Results**
**Based on ASTM E 1827**

The area and cubic volume measurements used for the calculations are found in Figure 1.0 below.

**Figure 1.0**

| Description of Measurement | Measurement |
|---|---|
| Conditioned Floor Area | $226.7\ ft^2$ |
| Surface Area of Building Envelope | $955.9 ft^2$ |
| Volume of Conditioned Space | $1454.7\ ft^3$ |

There was no pressure difference between indoor and outdoor since the trailer area is so small, no forced air systems were running and there was little to no wind blowing at the time of testing. Figure 2.0 shows the air leakage results.

**Figure 2.0**

| | |
|---|---|
| **Time** | 1:20 PM |
| **Building pressure difference** | None |
| **Air density (inside trailer)** | 0.0738 lb/$ft^3$ (1.18 kg/$m^3$) |
| **Air density (outside trailer)** | 0.0745 lb/$ft^3$ (1.2 kg/$m^3$) |
| **Nominal airflow rate** | 50 PA |
| **Fan airflow rate** | 50 PA |
| **Air leakage rate** | 246 @ CFM 50 |
| **ACH50** | 10.13 |
| **Natural ACH** | 1.658 |
| **Equivalent Leakage Area** | $66.5 in^2$ |

ALX-EXP-36-000008

**Testing Conditions**

The air density at the time of testing is recorded in Figure 2.0. A temperature and humidity gauge was used to determine indoor and outdoor temperatures and relative humidity before, during, and after testing. A Mannix (model number SAM 990 DW) and a Bacharach sling (model number:12-7012) were used to make these measurements. Figure 3.0 shows those readings.

**Figure 3.0**

| Time | Location | Temperature (Degrees) | RH (%) |
|---|---|---|---|
| 1:19 PM | Inside Trailer | 78.4 | 42% |
| 1:19 PM | Outside Trailer | 93.2 | 70% |
| 1:46 PM | Inside Trailer | 78.7 | 43% |
| 1:48 PM | Outside Trailer | 93.3 | 70% |
| 1:46 PM | Inside Trailer | 78.7 | 43% |
| 4:35 PM | Outside Trailer | 95 | 69% |
| 4:35 PM | Inside Trailer | 82.1 | 72% |

There was very little wind (< 4 mph) blowing south to southwest during the testing

The default values shown in Table A3.1 were used for the minimum assumed unknown bias for the blower door test measurements.

TABLE A3.1 Minimum Assumed Unknown Bias for Blower Door Measurements

| Measurement | Recommended Condition | Ideal Condition |
|---|---|---|
| Airflow—percentage of flow at 50 Pa (0.2 in H2O) | 3 | 1 |
| Pressure difference—Pa (in. H2O) | 1.0 (0.004) | 0.1 (0.0004) |
| Uncertainty of flow exponent for exponent single-point method | 0.15 | |
| Temperature—°C (°F) | 0.5 | -0.9 |

According to ASTM E 1827 definition, the testing site was closed. This standard testing procedure requires testing individuals to "Close all operable openings and seal other intentional openings to evaluate envelope airtightness without including intentional openings." The test zone was interconnected with a door sized opening per the ASTM 1827 standard. The condition of all the building elements is described in Table 1.

ALX-EXP-36-000009

TABLE 1 Recommended Test Envelope Conditions

| Building Component | Envelope Conditions Closed | Current Testing Situation |
|---|---|---|
| Vented combustion appliance | Off | N/A |
| Pilot light | As found | N/A |
| Flue to nonwood combustion appliance | No preparation | N/A |
| Flues for fireplaces and wood stoves with dampers | Closed | N/A |
| Flues for fireplaces and wood stoves without dampers | Ashes removed | N/A |
| Fireplace and wood stove doors and air inlet dampers | Closed | N/A |
| Fireplace without firebox doors | No preparation | N/A |
| Furnace room door for furnace outside test zone | Closed | N/A |
| Combustion air intake damper for wood stove or fireplace | Closed | N/A |
| Make up air intake damper for furnace inside test zone | Closed | N/A |
| Make up air intake for furnace inside test zone without damper | No preparation | N/A |
| Exhaust and supply fans | Off | Off |
| Fan inlet grills with motorized damper | Closed | Closed |
| Fan inlet grills without motorized damper | No preparation | No preparation |
| Ventilators designed for continuous use | Sealed | N/A |
| Supply and exhaust ventilator dampers | Held closed | N/A |
| Clothes dryer | Off | N/A |
| Clothes dryer vent | No preparation | N/A |
| Ventilation to other zones | Sealed | N/A |
| Windows and exterior doors | Latched | Latched |
| Window air conditioners | No preparation | N/A |
| Openings leading to outside the test zone | Closed | Closed |
| Openings within the test zone | Open | Open |
| Floor drains and plumbing traps | Filled | Unknown* |

The shaded items in the table above represent tasks that are not applicable for this project.

*Because the trailer had been sitting vacant for so long, it is no known if the water in the plumbing traps remained in the traps or if it had evaporated.

**Duct Leakage Test**
**Based on ASTM Designation: E 1554 – 03**

The same trailer #1041407 was tested for total duct leakage and duct leakage to the outside using method B as described in ASTM standard E 1554-03. The openings in the exterior shell were treated as previously noted in Table 1 above. All windows and doors were in tact.

The equipment used to test the duct leakage complies with section 6 of ASTM standard E 1554-03. The apparatus includes:

1. *Air-Moving Equipment*
2. *Air Flow-Regulating System*
3. *Duct Flow Measurement Device*
4. *Pressure-Measuring Device*
5. *Duct Pressure Measuring Probe*
6. *Air Temperature Measuring Device*
7. *Simultaneous Pressure and Flow Measurement System*

The manometer which measures pressure and airflow, was calibrated on 6-10-08 by The Energy Conservatory. See APPENDIX A for a certificate of calibration.

**Test Results**
The duct leakage test results are found in Figure 4.0

**Figure 4.0**

| Duct Leakage Results | |
|---|---|
| Cooling Duct Leakage to Outside | 29 CFM @ 25 PA |
| Cooling Duct Leakage to Inside | 47 CFM @ 25 PA |
| Cooling Total Duct Leakage | 76 CFM @ 25 PA |
| Heating Duct Leakage to Outside | 87 CFM @ 25 PA |
| Heating Duct Leakage to Inside | 65 CFM @ 25 PA |
| Heating Total Duct Leakage | 152 CFM @ 25 PA |
| **Total Duct Leakage** | **228 CFM @ 25 PA** |

**Thermal & Air Infiltration Calculations**

Based on the insulation and wood studs in the walls and ceiling of the trailer, the weighted average of heat gain through the walls and ceiling insulation are in the following Figure 5.0

Figure 5.0

|  | Walls | Ceiling |
|---|---|---|
| **Subtotal Btu gain** | 1262.055 | 385.6314 |
| **Total Btu gain/ hr** | 1647.687 | |

NOTE: The weighted average heat gain noted in Figure 5 does not include the windows and doors in the calculation.

The factors used for the weighted average calculations of the wall and ceiling insulations are found below in Figure 6.0 and Figure 6.1

Figure 6.0

| Wall Assembly | R-value W/O Insulation | R-value W/ Insulation |
|---|---|---|
| Outside Air Film | 0.25 | 0.25 |
| Alum. Metal Skin | 0.61 | 0.61 |
| 1 1/2" unfaced fiberglass | 0 | 5.475 |
| 1 1/2" stud (wood) | 1.875 | 0 |
| 1/8" plywood | 0.156 | 0.156 |
| inside air film | 0.68 | 0.68 |
| **Total R-Value** | **3.571** | **7.171** |
| **Total U-value** | **0.2800336** | **0.1394506** |

Figure 6.1

| Ceiling Assembly | R-value W/O Insulation | R-value W/ Insulation |
|---|---|---|
| Outside Air Film | 0.25 | 0.25 |
| Alum. Metal Skin | 0.61 | 0.61 |
| 2 1/2" unfaced fiberglass | 0 | 9.125 |
| 2 1/2" stud (wood) | 3.125 | 0 |
| 1/8" plywood | 0.156 | 0.156 |
| inside air film | 0.61 | 0.61 |
| **Total R-Value** | **4.751** | **10.751** |
| **Total U-value** | **0.210482** | **0.0930146** |

**Weighted Average U-values and R-values**
**(Figure 6.2)**

| **Walls** | | **Ceiling** | |
|---|---|---|---|
| U-value | 0.147885547 | U-value | 0.100063 |
| R-value | 6.761986005 | R-value | 9.993739 |

© LaGrange Consulting 2009
Page 12 of 17
ALX-EXP-36-000012

**Btu Gain, caused by air infiltration (Sensible & Latent)**
**(Figure 6.3)**

| Infiltration Effects | |
|---|---|
| Btu gain (sensible) | 738.072 |
| Btu gain (latent) | 1585.488 |
| **Total** | **2323.56** |

NOTE: Figure 6.3 calculations were performed using the natural air changes per hour of 1.658.

The 2,323 Btuh gain is almost equal to 20% of 1 ton of air conditioning. It is also greater than the all of the heat that enters the trailer walls and ceiling.

**Testing Equipment**

The building leakage test performed was a single point blower door test where the trailer was depressurized. The equipment used to perform the test is listed below:

- Minneapolis Blower Door (Model number: 8151) - manufactured by The Energy Conservatory.
- Manometer (pressure gauge) (Model number: DG-700, Serial Number: 11047-6-700) - manufactured by The Energy Conservatory.

The manometer, which takes all of the measurements, was calibrated on 6-10-08 by The Energy Conservatory. See APPENDIX A for a certificate of calibration.

Dear Al,

These test results were prepared for the specifically for vehicle ID number 1NL1GTR2551021783.  Our calculations and test results are based on the information available to us at the time.  Should any additional information become available, we reserve the right to determine the impact, if any to the determinations made.

Sincerely,

*Paul J. LaGrange*

Paul LaGrange

Pjl

APPENDIX A



# Digital Gauge Calibration Certificate

| | | | | |
|---|---|---|---|---|
| **Calibration Facility:** | 2801 21st Ave. S., Minneapolis, MN 55407 | | **Model:** | DG700 |
| **Calibration Date:** | 6/10/08 | | **Serial #:** | 11047-6 |
| **Customer #:** | | | **Temperature (F):** | 77.0 |
| **Certificate #:** | DG700-11047-6-10-08 | | **Firmware Version:** | 6 |

## Calibration Data

| | | Gauge # 11047-6 | | Gauge # 11047-6 | |
|---|---|---|---|---|---|
| **Positive Polarity** | Standard | Channel A | % Difference | Channel B | % Difference |
| | 24.4 Pa | 24.4 Pa | 0.0% | 24.4 | 0.0% |
| | 39.8 | 39.8 | 0.0% | 39.7 | -0.3% |
| | 60.8 | 60.8 | 0.0% | 60.7 | -0.2% |
| | 91.0 | 91.0 | 0.0% | 90.9 | -0.1% |
| | 124.8 | 124.8 | 0.0% | 124.7 | -0.1% |
| | 180.7 | 180.7 | 0.0% | 180.6 | -0.1% |
| | 301.7 | 301.6 | 0.0% | 301.7 | 0.0% |
| | 508.6 | 508.6 | 0.0% | 508.7 | 0.0% |
| | 960.4 | 960.5 | 0.0% | 960.7 | 0.0% |
| | 1214.5 | 1214.4 | 0.0% | 1214.2 | 0.0% |
| | | Calibration | | Calibration | |
| | | 0.991366 | | 0.993300 | |
| | | -1.006E-06 | | 2.081E-06 | |
| | | 4.690E-10 | | -1.863E-09 | |
| **Negative Polarity** | | | | | |
| | -24.4 Pa | -24.4 Pa | 0.0% | -24.4 | 0.0% |
| | -39.8 | -39.8 | 0.0% | -39.8 | 0.0% |
| | -60.8 | -60.8 | 0.0% | -60.7 | -0.2% |
| | -91.0 | -90.9 | -0.1% | -91.0 | 0.0% |
| | -124.8 | -124.7 | -0.1% | -124.8 | 0.0% |
| | -180.7 | -180.6 | -0.1% | -180.6 | -0.1% |
| | -301.7 | -301.6 | 0.0% | -301.6 | 0.0% |
| | -508.5 | -508.5 | 0.0% | -508.7 | 0.0% |
| | -960.2 | -960.4 | 0.0% | -960.6 | 0.0% |
| | -1214.3 | -1214.0 | 0.0% | -1213.9 | 0.0% |
| | | Calibration | | Calibration | |
| | | 0.990580 | | 0.992941 | |
| | | -6.929E-06 | | -8.305E-06 | |
| | | -1.197E-09 | | -2.227E-09 | |

1. The published accuracy specifications for the DG700 gauge is +/- 1.0% of reading, or .15 Pa (whichever is greater). The calibration interval for this gauge is 12 months. This calibration is NIST traceable.

2. The manufacturer's reference for the purpose of accuracy assurance is a Mensor Series 6100 Digital Pressure Transducer.
   S/N: 590035    Calibration Date:    4/7/2008

ALX-EXP-36-000015

APPENDIX B

**Equations Used in Report**

**ACH50  (Air Changes per Hour at -50 Pascals)**

$$ACH_{50} = \frac{CFM_{50} \times 60\ minutes}{volume}$$

**Note: This calculation was done through Energy Gauge USA software v.2.5

**NACH  (Air Changes per Hour in a Natural State)**

$CFA$ = Conditioned Floor Area

$W$ = Weather factor from ASHRAE Standard 136

$NS$ = Number of stories

$$NACH = \left(\frac{CFM_{50} \times 0.13}{CFA}\right) \times (1000) \times (W) \times (NS)^{0.3}$$

**Note: This calculation was done through Energy Gauge USA software v.2.5

**EqLA (Equivalent Leakage Area)**

$C =$ leakage coefficient (result of least squares regresion of test data)

$n =$ flow exponent (result of least squares regresion of test data)

$$EqLA = 0.2939 \times C \times 10^n$$

**Note: This calculation was done through Energy Gauge USA software v.2.5

**Btu Heat Gain through Walls and Ceiling**

$U =$ U-value

$A =$ area

$\Delta T =$ Temperature difference between indoor and outdoor conditions

$$Btu = \Delta T \times U \times A$$

ALX-EXP-36-000016

**Weighted Average of U-values for walls and ceiling:**

$U$ = U-value

$A_1$ = area of studs

$A_2$ = area walls or ceiling in between studs

$R_{avg}$ = R-value (weighted average)

$$U_{avg} = (A_1 \times U_1) + (A_2 \times U_2)$$

$$R_{avg} = \frac{1}{U}$$

**Btu Gain Caused by Air Infiltration (Based on ASHRAE Design Criteria)**

$CFM$ = Cubic feet per minute of leakage in a natural state (not -50 PA)

$\Delta T$ = Temperature difference between indoor and outdoor conditions

$\Delta G$ = Difference between indoor and outdoor grains of moisture

$$Btu_{sensible} = \Delta T \times 1.08 \times CFM$$

$$Btu_{latent} = \Delta G \times 0.68 \times CFM$$

**ASHRAE Design Criteria for New Orleans, LA**

|  | Outdoor | Indoor |
| --- | --- | --- |
| **Dry Bulb** | 92°F | 75°F |
| **Wet Bulb** | 78°F | 55°F |
| **Relative Humidity** | 54% | 50% |
| **Grains of moisture/lb** | 123 | 65 |
| **Dew point** | 73°F | 55°F |