UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                  *           MDL NO. 1873
     FORMALDEHYDE                      *
     PRODUCTS LIABILITY               *
     LITIGATION                            *
                                                   *
This Document Relates to:  *Charlie Age,*   *           JUDGE: ENGELHARDT
*et al. v. Gulf Stream Coach Inc., et al*,   *
Docket No. 09-2892                    *           MAG: CHASEZ
*************************************************************

**<u>ORDER</u>**

    The Motion For Expedited Hearing of the Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. is granted; and the hearing on Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses is hereby set for hearing on the _____ day of _____, 2009 at _____ o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE