UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS       )<br>    LIABILITY LITIGATION               )<br>                                                              )<br>   This applies to Bell,                       )<br>      No. 09-2976 (E.D. La.)              ) | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## MOTION
## TO COMPEL MEDICAL EXAM OF
## PLAINTIFF DIANA BELL

Defendant, Keystone RV Company ("Keystone") moves this Court to compel the plaintiff Diana Bell to appear for an independent medical exam on 1 p.m. on June 1, 2009 at East Jefferson Hospital, in Metairie, Louisiana. Keystone has also moved for expedited consideration of this motion. For the reasons explained in its supporting memorandum, an IME is appropriate here because Ms. Bell's medical and physical conditions are at issue, and good cause exists for ordering the exam.

Pursuant to Uniform Rule 37.1, counsel for Keystone and counsel for the plaintiff conferred on May 14, 2009 regarding the subject of this motion, but were not able to resolve their dispute concerning Ms. Bell's IME.

Therefore, for these reasons, defendant, Keystone RV Company, requests that the Court enter an order compelling the plaintiff, Diana Bell, to appear for an independent medical exam at East Jefferson Hospital, 1:00 p.m., June 1, 2009.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant,*
 *Keystone RV Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

      Baton Rouge, Louisiana, this 22nd day of May, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson