## Johnson, Ryan

**From:** Percy, James
**Sent:** Thursday, April 30, 2009 2:52 PM
**To:** 'Justin Woods'
**Cc:** Johnson, Ryan; 'ANDREW WEINSTOCK'
**Subject:** RE: Diana Bell v. Keystone

Thanks, Justin. Just let me know on these issues as soon as you can.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, April 30, 2009 2:50 PM
**To:** Percy, James
**Cc:** Johnson, Ryan; ANDREW WEINSTOCK
**Subject:** RE: Diana Bell v. Keystone

Sorry Jim for the delay. Ms. Bell is our client and we (Jerry and I) are responsible for the "Keystone" trial. As far as testing goes, there is some misunderstanding or confusion regarding when the testing should take place. The government originally told us that **all** testing of the bellwether units needed to take place at the same time to save "Taxpayer money." Now Henry appears to have changed his position on that undoubtedly hoping that the Judge will rule on the protective order and limit our access to the unit. It is pretty clear that it most likely will not take place on May 6th but hopefully soon thereafter.

As far as the request for the IME, we are still discussing the matter and will have an answer shortly.

---

**From:** Percy, James [mailto:jpercy@joneswalker.com]
**Sent:** Thursday, April 30, 2009 2:44 PM
**To:** Justin Woods
**Cc:** Johnson, Ryan; ANDREW WEINSTOCK
**Subject:** FW: Diana Bell v. Keystone

Justin. Please see below and respond at your earliest convenience. Mrs. Bell, as I appreciate it, is your client and I believe that we need to coordinate with you. Please advise if that is not the case, and please answer the other questions below. Thanks.

---

**From:** Percy, James
**Sent:** Wednesday, April 29, 2009 10:52 AM
**To:** Justin Woods
**Cc:** Johnson, Ryan; ANDREW WEINSTOCK
**Subject:** Diana Bell v. Keystone

Justin:

With regard to Mrs. Bell, we would like to schedule an IME at Ochsner on June 1 or June 2, in conjunction with the other IMEs being scheduled on those dates. Please confirm that Mrs. Bell is available on those dates.

We have been advised by liason counsel that you are not requesting the testing of the Keystone unit until July. Please confirm that also. We will schedule our testing of the unit at or about the same time as you will test the

**EXHIBIT**

**1**

unit. Please keep us advised of your request to FEMA for testing of that unit so that we can coordinate our schedules.

Finally, if there is another attorney with whom we should coordinate on the scheduling of these matters for Mrs. Bell and her Keystone unit, please let us know.

Thank you, as always, for your cooperation.

**James C. Percy**
Jones Walker
8555 United Plaza Boulevard
5th Floor
Baton Rouge, Louisiana 70809
phone: 225-248-2130
fax: 225-248-3130
email: jpercy@joneswalker.com

This communication contains information that is intended only for the recipient and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

5/21/2009

Johnson, Ryan

| | |
|---|---|
| From: | Johnson, Ryan |
| Sent: | Tuesday, May 12, 2009 4:01 PM |
| To: | Formaldehyde |
| Subject: | FW: Formaldehyde Litigation--IME for Diana Bell |

| | |
|---|---|
| From: | Johnson, Ryan |
| Sent: | Tuesday, May 12, 2009 4:01 PM |
| To: | Johnson, Ryan; 'Justin Woods' |
| Cc: | 'andreww@duplass.com'; Hanegan, Amy; Percy, James |
| Subject: | RE: Formaldehyde Litigation--IME for Diana Bell |

Slight correction...I meant to say that if you can't confirm by the end of the day tomorrow, we would like to have a phone conference on May 14, not May 16.

| | |
|---|---|
| From: | Johnson, Ryan |
| Sent: | Tuesday, May 12, 2009 3:22 PM |
| To: | 'Justin Woods' |
| Cc: | 'andreww@duplass.com'; Hanegan, Amy; Percy, James |
| Subject: | Formaldehyde Litigation--IME for Diana Bell |

Justin:

I'm emailing to follow up on your discussions and prior emails with Jimmie about setting up an IME for Diana Bell. We have asked you several times to confirm whether Ms. Bell will be available on June 1, 2009 at 1 p.m. for the IME. The location will be East Jefferson Hospital in Metairie. To date, we haven't gotten any confirmation from you for that date.

We need to hear from you by the close of business tomorrow, May 13, 2009 as to whether Ms. Bell will be available on June 1 at 1p.m. If you can't confirm by the end of the day tomorrow, please let us know so that we can have a phone conference on Thursday morning (May 16) to discuss the issue, and then, if necessary, we can take it up with the Court.

Thanks and we look forward to hearing from you at your earliest convenience.

Ryan


RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct: 225-248-2080
Fax: 225-248-3080
Email: rjohnson@joneswalker.com
Website: http://www.joneswalker.com

1

EXHIBIT 2

Bio: http://www.joneswalker.com/professionals-88.html
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Johnson, Ryan

**From:** Johnson, Ryan
**Sent:** Wednesday, May 13, 2009 2:22 PM
**To:** Percy, James; 'Justin Woods'
**Cc:** 'andreww@duplass.com'; Hanegan, Amy; 'Gerald E. Meunier'; 'Denise Martin'; 'Carroll Lanassa'
**Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

Justin: As a follow up to Jimmie's email below, could Ms. Bell be available on June 2? If not, please let us know why June 2nd won't work, in addition to providing the other dates that Jimmie has requested in his email.

Thanks.

Ryan

---

**From:** Percy, James
**Sent:** Wednesday, May 13, 2009 2:19 PM
**To:** Justin Woods; Johnson, Ryan
**Cc:** andreww@duplass.com; Hanegan, Amy; Gerald E. Meunier; Denise Martin; Carroll Lanassa
**Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

Justin. As you know, the bellwether defendants are scheduling the IMEs on the same dates for all of the bellwether plaintiffs. It is out understanding that most if not all of the other plaintiffs have confirmed their attendance on those dates. As you can imagine, there is quite a bit of effort that goes into sceduling the doctors and facility. We certainly understand if there is some irrconcilable scheduling conflict, but you have not given us any indication that such is the case. Please let us know what the conflict is, and, if June 1 is not agreeable, then please do us the courtesy of giving us numerous (at least 10) other available dates in June and July so that we may schedule the IME. We would hope to be able to resolve this without court intervention, and we thank you for your continued cooperation.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, May 13, 2009 2:09 PM
**To:** Johnson, Ryan
**Cc:** andreww@duplass.com; Hanegan, Amy; Percy, James; Gerald E. Meunier; Denise Martin; Carroll Lanassa
**Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

Ryan,

Ms. Bell is not available on June 1, 2009 for an IME.

Justin.

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Tuesday, May 12, 2009 3:22 PM
**To:** Justin Woods
**Cc:** andreww@duplass.com; Hanegan, Amy; Percy, James
**Subject:** Formaldehyde Litigation--IME for Diana Bell



5/13/2009

Justin:

I'm emailing to follow up on your discussions and prior emails with Jimmie about setting up an IME for Diana Bell. We have asked you several times to confirm whether Ms. Bell will be available on June 1, 2009 at 1 p.m. for the IME. The location will be East Jefferson Hospital in Metairie. To date, we haven't gotten any confirmation from you for that date.

<u>We need to hear from you by the close of business tomorrow, May 13, 2009 as to whether Ms. Bell will be available on June 1 at 1p.m.</u> If you can't confirm by the end of the day tomorrow, please let us know so that we can have a phone conference on Thursday morning (May 16) to discuss the issue, and then, if necessary, we can take it up with the Court.

Thanks and we look forward to hearing from you at your earliest convenience.

Ryan


RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct:  225-248-2080
Fax:   225-248-3080
Email:  rjohnson@joneswalker.com
Website:  http://www.joneswalker.com
Bio: http://www.joneswalker.com/professionals-88.html
*************************************************************

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

*************************************************************

5/13/2009

## Johnson, Ryan

**From:** Percy, James
**Sent:** Thursday, May 14, 2009 8:54 AM
**To:** 'Justin Woods'
**Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

Will do. What number should I call?

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, May 14, 2009 8:49 AM
**To:** Johnson, Ryan
**Cc:** Johnson, Ryan; Percy, James; andreww@duplass.com; Hanegan, Amy; Gerald E. Meunier; Denise Martin; Carroll Lanassa
**Subject:** Re: Formaldehyde Litigation--IME for Diana Bell

Please call at 11:00.

Justin I. Woods

On May 13, 2009, at 4:50 PM, "Johnson, Ryan" <rjohnson@joneswalker.com> wrote:

> **We'd propose 10:00 a.m tomorrow.**
>
> ---
>
> **From:** Johnson, Ryan
> **Sent:** Wednesday, May 13, 2009 4:43 PM
> **To:** Johnson, Ryan; Percy, James; 'Justin Woods'
> **Cc:** 'andreww@duplass.com'; Hanegan, Amy; 'Gerald E. Meunier'; 'Denise Martin'; 'Carroll Lanassa'
> **Subject:** RE: Formaldehyde Litigation--IME for Diana Bell
>
> Justin and Gerry: We haven't heard back from you guys in response to the two emails below. Please advise whether one (or both of you) are available for a Rule 37.1 discovery conference tomorrow on this. If that time doesn't work, please provide an alternative time tomorrow. Also, let us know what number is best to reach you at.
>
> Thanks.
>
> Ryan
>
> ---
>
> **From:** Johnson, Ryan
> **Sent:** Wednesday, May 13, 2009 2:22 PM
> **To:** Percy, James; 'Justin Woods'
> **Cc:** 'andreww@duplass.com'; Hanegan, Amy; 'Gerald E. Meunier'; 'Denise Martin'; 'Carroll Lanassa'
> **Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

5/21/2009

**EXHIBIT 4** (in globo)

Justin: As a follow up to Jimmie's email below, could Ms. Bell be available on June 2? If not, please let us know why June 2nd won't work, in addition to providing the other dates that Jimmie has requested in his email.

Thanks.

Ryan

---

**From:** Percy, James
**Sent:** Wednesday, May 13, 2009 2:19 PM
**To:** Justin Woods; Johnson, Ryan
**Cc:** andreww@duplass.com; Hanegan, Amy; Gerald E. Meunier; Denise Martin; Carroll Lanassa
**Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

Justin. As you know, the bellwether defendants are scheduling the IMEs on the same dates for all of the bellwether plaintiffs. It is out understanding that most if not all of the other plaintiffs have confirmed their attendance on those dates. As you can imagine, there is quite a bit of effort that goes into sceduling the doctors and facility. We certainly understand if there is some irrconcilable scheduling conflict, but you have not given us any indication that such is the case. Please let us know what the conflict is, and, if June 1 is not agreeable, then please do us the courtesy of giving us numerous (at least 10) other available dates in June and July so that we may schedule the IME. We would hope to be able to resolve this without court intervention, and we thank you for your continued cooperation.

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, May 13, 2009 2:09 PM
**To:** Johnson, Ryan
**Cc:** andreww@duplass.com; Hanegan, Amy; Percy, James; Gerald E. Meunier; Denise Martin; Carroll Lanassa
**Subject:** RE: Formaldehyde Litigation--IME for Diana Bell

Ryan,

Ms. Bell is not available on June 1, 2009 for an IME.

Justin.

---

**From:** Johnson, Ryan [mailto:rjohnson@joneswalker.com]
**Sent:** Tuesday, May 12, 2009 3:22 PM
**To:** Justin Woods
**Cc:** andreww@duplass.com; Hanegan, Amy; Percy, James
**Subject:** Formaldehyde Litigation--IME for Diana Bell

Justin:

I'm emailing to follow up on your discussions and prior emails with Jimmie about setting up an IME for Diana Bell. We have asked you several times

to confirm whether Ms. Bell will be available on June 1, 2009 at 1 p.m. for the IME. The location will be East Jefferson Hospital in Metairie. To date, we haven't gotten any confirmation from you for that date.

<u>We need to hear from you by the close of business tomorrow, May 13, 2009 as to whether Ms. Bell will be available on June 1 at 1p.m.</u> If you can't confirm by the end of the day tomorrow, please let us know so that we can have a phone conference on Thursday morning (May 16) to discuss the issue, and then, if necessary, we can take it up with the Court.

Thanks and we look forward to hearing from you at your earliest convenience.

Ryan

RYAN E. JOHNSON
Jones Walker
Baton Rouge, Louisiana
Direct: 225-248-2080
Fax: 225-248-3080
Email: rjohnson@joneswalker.com
Website: http://www.joneswalker.com
Bio: http://www.joneswalker.com/professionals-88.html
*******************************************************************

This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

*******************************************************************

5/21/2009

# JOHNSON, Ryan

| | |
|---|---|
| **From:** | Percy, James |
| **Sent:** | Monday, May 18, 2009 8:13 AM |
| **To:** | 'Justin Woods' |
| **Cc:** | Johnson, Ryan; 'ANDREW WEINSTOCK' |
| **Subject:** | Bell v. Keystone |

Justin.

In our phone conversation, you indicated that you would contact Ms. Bell again and get the specifics on why she is unable to attend the IME on June 1. Also, you were going to see if she could attend on June 2. Finally, if Ms. Bell indeed has an irreconcilable conflict (whatever that might be) on June 1 or 2, you indicated that you would provide numerous dates in June and July for an IME. PLEASE get us this information as quickly as possible. As I explained, we don't want to file anything if this is something that can be worked out.

You indicated that Ms. Bell cares for an elderly parent and has difficulty getting off work at the airport. Both of those will be complicating factors no matter when we schedule the IME. It sure would be easier to get this over with now. PLEASE adivse.

**James C. Percy**
Jones Walker
8555 United Plaza Boulevard
5th Floor
Baton Rouge, Louisiana  70809
phone:  225-248-2130
fax:  225-248-3130
email:  jpercy@joneswalker.com

This communication contains information that is intended only for the recipient and may be confidential and subject to the attorney-client privilege.  If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately.

1



## Johnson, Ryan

| | |
|---|---|
| **From:** | Percy, James |
| **Sent:** | Thursday, May 21, 2009 8:29 AM |
| **To:** | Justin Woods |
| **Cc:** | Johnson, Ryan; ANDREW WEINSTOCK |
| **Subject:** | Bell V. Keystone |

Justin. I have had no response to my request for information regarding the scheduling of Ms. Bell's IME. If I don't hear back from you by noon today, I wil file a motion to compel the IME on June 1. We have already had our conference, and you told me you would provide the information requested. Please advise. Thanks.

**James C. Percy**
Jones Walker
8555 United Plaza Boulevard
5th Floor
Baton Rouge, Louisiana 70809
phone: 225-248-2130
fax: 225-248-3130
email: jpercy@joneswalker.com

This communication contains information that is intended only for the recipient and may be confidential and subject to the attorney-client privilege. If you are not the intended recipient or an agent responsible for delivering this communication to the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately.

1


EXHIBIT 4
(in globo)