**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS ) | |
|     LIABILITY LITIGATION ) | SECTION "N" (4) |
| ) | |
|     This applies to Bell, ) | JUDGE ENGELHARDT |
|       No. 09-2976 (E.D. La.) ) | |
| | MAGISTRATE CHASEZ |

**NOTICE OF HEARING**

Please take notice that the Motion to Compel Medical Exam of Plaintiff

Diana Bell, filed by the Defendant, Keystone RV Company, is set for hearing on

**June 17, 2009, at 9:30 a.m.**

Respectfully submitted,

*s/Ryan E. Johnson*

_____

James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA 70809
Telephone: (225) 248-2000
Facsimile: (225) 248-3080

      -and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.

201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant,*
*Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing notice was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 22nd day of May, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0588362.1}                                 2