# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to Bell, No. 09-2976 (E.D. La.) ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## MEMORANDUM IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO COMPEL MEDICAL EXAM OF PLAINTIFF DIANA BELL

Defendant, Keystone RV Company ("Keystone"), has filed a motion for expedited consideration of its Motion to Compel Medical Exam of Plaintiff Diana Bell ("Motion to Compel").  In the Motion to Compel, Keystone seeks an order requiring that the plaintiff, Diana Bell, appear for an independent medical exam at 1 p.m., on June 1, 2009 at East Jefferson Hospital, in Metairie, Louisiana.

Because the proposed date of the IME is less than two weeks away, and is before the Court's next available hearing date for newly-filed motions, Keystone seeks expedited consideration of the Motion to Compel.  As explained in Keystone's memorandum in support of the Motion to Compel, good cause exists for requiring Ms. Bell to attend the IME on June 1, 2009.  Keystone adopts here the arguments in that memorandum in support of its request for expedited consideration.

Therefore, for the reasons set forth in its Motion for Expedited Consideration and this memorandum, defendant, Keystone RV Company, seeks expedited consideration of its Motion to Compel.

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
8555 United Plaza Blvd., 5th floor
Building Four
Baton Rouge, LA  70809
Telephone: (225) 248-2000
Facsimile:  (225) 248-3080

-and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
   Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

*Attorneys for Defendant,*
 *Keystone RV Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this day, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

      Baton Rouge, Louisiana, this 22nd day of May, 2009.

                    *s/Ryan E. Johnson*
              _____
                      Ryan E. Johnson