# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS  )<br>    LIABILITY LITIGATION            )<br>                                            )<br>    This applies to Bell,             )<br>        No. 09-2976 (E.D. La.)    )  | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## NOTICE OF HEARING

Please take notice that the Motion for Expedited Consideration of Keystone RV Company's Motion to Compel Medical Exam of Plaintiff, Diana Bell, is set for hearing on **June 17, 2009, at 9:30 a.m.**

                                      Respectfully submitted,

                                      *s/Ryan E. Johnson*
                                      _____
                                      James C. Percy (La. Bar No. 10413)
                                      Ryan E. Johnson (La. Bar No. 26352)
                                      Jones, Walker, Waechter, Poitevent,
                                          Carrère & Denègre, L.L.P.
                                      8555 United Plaza Blvd., 5th floor
                                      Building Four
                                      Baton Rouge, LA  70809
                                      Telephone: (225) 248-2000
                                      Facsimile:  (225) 248-3080

                                                -and-

                                      Madeleine Fischer (La. Bar No. 5575)
                                      Nan Roberts Eitel (La. Bar No. 19910)
                                      Jones, Walker, Waechter, Poitevent,
                                          Carrère & Denègre, L.L.P.

        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

*Attorneys for Defendant,*
*Keystone RV Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a true and correct copy of the foregoing notice was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

Baton Rouge, Louisiana, this 22nd day of May, 2009.

        *s/Ryan E. Johnson*
        _____
        Ryan E. Johnson