## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to Bell, No. 09-2976 (E.D. La.) | ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

### ORDER

Considering the Motion for Expedited Consideration filed by Defendant, Keystone RV Company ("Keystone"), concerning its Motion to Compel Medical Exam of Plaintiff Diana Bell,

**IT IS HEREBY ORDERED** that the Motion for Expedited Consideration is granted.

**IT IS FURTHER ORDERED** that the plaintiff shall file a response to Keystone's Motion to Compel Medical Exam of Plaintiff, Diana Bell, on or before _____ o'clock, ___.m., on May ____, 2009.

New Orleans, Louisiana, this _____day of May, 2009.

_____
**United States District Judge**

{B0588354.1}