Malhar S. Pagay (CA Bar No. 189289)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760

[Proposed] Attorneys for Monaco Coach Corporation
Debtor and Debtor in Possession



## UNITED STATES DISTRICT COURT

## JEFFERSON PARISH LOUISIANA

| | |
|---|---|
| STEADMAN,<br><br>                    Plaintiffs.<br><br>  v.<br><br>R-VISION, INC.,<br><br>                    Defendants. | Case No.: 650-442<br><br>**NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE AND OF AUTOMATIC STAY**<br><br>**[No Hearing Required]** |

**PLEASE TAKE NOTICE** that on March 5, 2009, Monaco Coach Corporation[1] ("Debtor"), filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), as Case No. 09-10750-KJC. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit "A." Pachulski Stang Ziehl & Jones LLP is proposed counsel to the Debtor in this case and is filing this Notice for informational purposes only.

**PLEASE TAKE FURTHER NOTICE** that as a result of the pendency of the bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, if applicable, are: Monaco Coach Corporation (0244); Signature Motorcoach Resorts, Inc. (8980); Naples Motorcoach Resort, Inc. (1411); Port of the Isles Motorcoach Resort, Inc. (8524); Outdoor Resorts of Las Vegas, Inc. (8478); Outdoor Resorts Motorcoach Country Club, Inc. (1141); Signature Resorts of Michigan, Inc. (4020); La Quinta Motorcoach Resorts, Inc. (9661); R-Vision Holdings L.L.C. (2820); R-Vision, Inc. (3151); R-Vision Motorized, LLC (1985); Bison Manufacturing, LLC (0778) and Roadmaster LLC (5174). The address for each of the Debtors is 91320 Coburg Industrial Way, Coburg, OR 97408, with the exceptions of R-Vision, Inc., R-Vision Motorized, LLC, Bison Manufacturing, LLC and Roadmaster LLC, for which the address is 606 Nelson's Parkway, Wakarusa, IN 465733060; and La Quinta Motorcoach Resorts, Inc., for which the address is 80-501 Ave 48, Indio, CA 92201.

57527-001\DOCS_LA:198681.1

1

case and the application of 11 U.S.C. § 362, all further proceedings against the Debtor are automatically stayed. The automatic injunction granted by 11 U.S.C. § 362(a) will remain in effect until the bankruptcy case is dismissed or closed, or until such earlier times as set forth in 11 U.S.C. § 362(c), (d), (e) and (f).

**PLEASE TAKE FURTHER NOTICE** that contempt proceedings may be initiated against any party who participates in any violation of the automatic stay, and pursuant to the provisions of the Bankruptcy Code, the Bankruptcy Court may award actual damages, including costs and attorneys' fees, and in appropriate circumstances, awards of punitive damages to compensate the Debtor for loss arising out of violation of the automatic stay.

Dated:   March 17, 2009            PACHULSKI STANG ZIEHL & JONES LLP

                                   By   *Victoria Newmark*
                                        Malhar S. Pagay
                                        Victoria A. Newmark
                                        [Proposed] Counsel for Defendant as
                                        Debtor in Possession in a bankruptcy case
                                        pending in the United States Bankruptcy
                                        Court in the District of Delaware

United States Bankruptcy Court
District of Delaware

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 03/05/2009 at 8:56 PM and filed on 03/05/2009.

**R-Vision, Inc.**
606 Nelson's Parkway
Wakarusa, IN 46573
Tax ID / EIN: 35-1963151
*aka*
**R-Vision**
*aka*
**Trail-Lite**



The case was filed by the debtor's attorney:

**Laura Davis Jones**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
17th Floor
Wilmington, DE 19899-8705
usa
302 652-4100

The case was assigned case number 09-10759-KJC to Judge Kevin J. Carey.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.deb.uscourts.gov or at the Clerk's Office, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**David D. Bird**
Clerk, U.S. Bankruptcy

Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 03/17/2009 11:52:58 | | | |
| PACER Login: | ps0038 | Client Code: | 57527.001 |
| Description: | Notice of Filing | Search Criteria: | 09-10759-KJC |
| Billable Pages: | 1 | Cost: | 0.08 |

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           )
CITY OF LOS ANGELES        )

    I, Rolanda L. Mori, am employed in the city and county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 10100 Santa Monica Blvd., 11th Floor, Los Angeles, California 90067-4100.

    On March 17, 2009, I caused to be served the **NOTICE OF PENDENCY OF CASE UNDER CHAPTER 11 OF THE FEDERAL BANKRUPTCY CODE AND OF AUTOMATIC STAY** in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

    Counsel for Plaintiff
    Root & Barnes
    631 St. Charles Avenue
    New Orleans, LA 70130

☑ **(BY MAIL)** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FAX)** I caused to be transmitted the above-described document by facsimile machine to the fax number(s) as shown. The transmission was reported as complete and without error. (Service by Facsimile Transmission to those parties on the attached List with fax numbers indicated.)

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

    Executed on March 17, 2009 at Los Angeles, California.

                                                             Rolanda Mori