**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**


| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 1873** |
| **FORMALDEHYDE** | |
| **PRODUCT LIABILITY LITIGATION** | **SECTION "N-5"** |
| | |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |


**THIS DOCUMENT IS RELATED TO ALL CASES**

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**UNOPPOSED MOTION OF PSC TO**
**CONTINUE SUBMISSION DATE ON**
**DEFENDANT FEMA'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes the Plaintiffs' Steering

Committee (PSC), which respectfully represents that the defendant United States/FEMA has

filed a (renewed) Motion to Dismiss all claims against it pursuant to discretionary function

immunity, which motion has been noticed for submission on Wednesday, June 17, 2009, and

which further represents to the Court that undersigned counsel for the PSC, due to scheduling

conflicts, requires additional time in which to file an appropriate brief in opposition to this

motion, and who accordingly requests that the submission date be postponed two weeks, until

July 1, 2009, so that plaintiffs' opposition brief will be due on Tuesday, June 23 (as opposed to

Tuesday, June 9), and who finally represents to the Court that counsel for the defendant-movant

United States/FEMA has been consulted about this request, and does not oppose the instant

motion.

Respectfully submitted:


**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com


        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com


        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        RONNIE PENTON, #10462
        MIKAL C. WATTS, Texas #20981820


**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2009, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
