**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                 MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION              SECTION "N-5"

                                                            JUDGE ENGELHARDT
                                                            MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION**
**OF PSC TO CONTINUE SUBMISSION DATE ON**
**DEFENDANT FEMA'S MOTION TO DISMISS**

**MAY IT PLEASE THE COURT:**

The defendant United States/FEMA has filed a renewed motion to be dismissed from this

matter on the basis of the discretionary function immunity doctrine.  The motion currently is set

for hearing and/or submission without hearing on Wednesday, June 17, 2009, making the

opposition brief by plaintiffs due on Tuesday, June 9, 2009.  Undersigned counsel for the PSC,

however, who will be responsible for the preparation and filing of the opposition brief, has

certain scheduling commitments which will make it impossible to prepare and present an

appropriate opposition brief within this schedule.  Accordingly, the undersigned has contacted

Adam Dinnell, counsel for the defendant-movant, and has requested that the submission date on

this motion be postponed two weeks, until Wednesday, July 1, 2009.  This would make the PSC

opposition brief due on Tuesday, June 23.  Opposing counsel has indicated there is no opposition

to this request.

This two-week extension will in no way affect the present timetable for the various

matters before the Court herein, including the schedule pertinent to the first bellwether trial.

Moreover, given the importance of the matter at hand, the PSC suggests that plaintiffs should be

given every opportunity to file an appropriate opposition brief.  It finally should be noted in this

regard that the Government motion and memorandum are extensive in scope and length.

      For the foregoing reasons, it is respectfully requested that an additional two weeks be

allowed for the filing of an opposition brief and the submission date pertinent to the pending

motion to dismiss by the defendant United States/FEMA.

      Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:    s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com


        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462
MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2009, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel

of record who are CM/ECF participants.  I further certify that I mailed the foregoing document

and the notice of electronic filing by first-class mail to all counsel of record who are non-

CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471