UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the submission date on the motion to dismiss filed by the defendant United States/FEMA on the basis of the discretionary function immunity doctrine be continued from Wednesday, June 17, 2009 until Wednesday, July 1, 2009, making the opposition brief by the plaintiffs due on Tuesday, June 23, 2009.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

_____
J U D G E