UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873**  **SECTION "N" (4)** |

**"This Document Relates to:**  Judge Engelhardt
**Sullivan, et al v. Gulf Stream, et al**
**(No. 09-2915 "N" (5))**  Mag. Judge Roby

**Devlin, et al v. Fleetwood, et al**
**(No. 09-2917 "N" (5))**

**Wagner, et al v. Gulfstream, et al**
**(No. 09-2916 "N" (3))**

FILED: _____  DY. CLERK: _____

## ORDER

CONSIDERING THE FOREGOING:

IT IS ORDERED that Ronnie G. Penton be and is hereby withdrawn as a member of the Plaintiffs' Steering Committee.

Signed in New Orleans, Louisiana, this the __22nd__ day of May, 2009.

_____
JUDGE

1