UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:

AGE, et al. v. GULFSTREAM COACH, INC., et al. [Case No. 09-2892]
BELL, et al. v. KEYSTONE RV COMPANY, et al. [Case No. 09-2967]
CRAWFORD, et al. v. FLEETWOOD ENTERPRISES, INC., et al. [Case No. 09-2893]
WRIGHT, et al. v. FOREST RIVER, INC., et al. [Case No. 09-2977]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S *EX PARTE*
UNOPPOSED MOTION TO FILE A REPLY MEMORANDUM
IN SUPPORT OF ITS MOTION TO STRIKE JURY TRIAL REQUEST**

Defendant United States of America ("United States") pursuant to Local Rules 7.3 and 7.8.1 submits this *Ex Parte* Unopposed Motion to file a Reply Memorandum in Support of its Motion to Strike the Jury Trial Request for the above-captioned cases. Local Rule 7.8.1 contemplates the filing of a reply memorandum in certain circumstances. At a status conference the Court indicated that it would expect the United States to file a reply memorandum to any oppositions to the motion.

United States counsel has conferred with Liaison Counsel through e-mail regarding the filing of this reply and the date for filing. United States Counsel also notified the Court's law clerk. The undersigned government counsel hereby certifies that neither Plaintiffs' Liaison Counsel nor Defense Liaison Counsel object to this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex*

*Parte* Motion and enter the attached proposed Order.

Dated: May 26, 2009.                    Respectfully Submitted,

                                                          TONY WEST
                                                          Assistant Attorney General, Civil Division

                                                          J. PATRICK GLYNN
                                                          Director, Torts Branch, Civil Division

                                                          HENRY T. MILLER
                                                          Senior Trial Counsel

                                                          ADAM DINNELL
                                                          MICHELLE BOYLE
                                                          JONATHAN WALDRON
                                                          Trial Attorneys

                                                          //S// Adam Bain

                                                          ADAM BAIN (IN Bar No.11134-49)
                                                          Senior Trial Counsel
                                                          United States Department of Justice
                                                          Civil Division – Torts Branch
                                                          P.O. Box 340, Ben Franklin Station
                                                          Washington, D.C. 20044
                                                          Telephone No:  (202) 616-4209
                                                          E-mail:  adam.bain@usdoj.gov

                                                          Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS

## CERTIFICATE OF SERVICE

    I hereby certify that on May 26, 2008, the foregoing Ex Parte Motion was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                              //S// Adam Bain

                                              ADAM BAIN (IN Bar No.11134-49)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No: (202) 616-4209
E-mail: adam.bain@usdoj.gov

Attorney for the United States of America