UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 <br><br> SECTION "N-5" <br><br> JUDGE ENGELHARDT <br><br> Magistrate Judge Alma L. Chasez |
| THIS DOCUMENT RELATES TO: *Fountain, et al. v. The United States of America, et al.*, 09-3622 | | |

**MOTION TO DISMISS ON BEHALF OF
CMH MANUFACTURING, INC., SOUTHERN ENERGY HOMES, INC.,
GILES FAMILY HOLDINGS, INC., GILES INDUSTRIES, INC.,
<u>SUNRAY RV, LLC, AND SUNRAY INVESTMENTS, LLC</u>**

Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Family Holdings, Inc., Giles Industries, Inc., SunRay RV, LLC, and SunRay Investments, LLC[1] (the "Defendants") hereby file this Motion to Dismiss the Complaint filed in *Fountain, et al. v. The United States of America, et al.,* 09-3622 (the "*Fountain* Complaint" See Doc. No. 1559). As their basis for this motion, the Defendants are filing herewith a Memorandum in Support of Motion to Dismiss which is incorporated by reference. In further support of the Motion to Dismiss, the Defendants state as follows:

1. As a threshold matter, because the *Fountain* Complaint fails to include allegations that any specific plaintiff lived in any specific housing unit or was harmed by a specific

---

[1] The *Fountain* Complaint purports to state a claim against "Giles Family Holdings, Inc. and/or Giles Industries, Inc., and/or Giles Industries of Tazewell, Incorporated" and "SunRay RV, LLC and/or SunRay Investments, LLC." Defendants object to this shot-gun pleading to the extent in purports to state distinctively a claim against any of the Defendants. (*See* Doc. Nos. 295-2, 379, and 541). Moreover, there is no such entity as Giles Industries of Tazewell, Incorporated.

01782322.1

manufacturer of any housing unit, Plaintiffs have failed to satisfy their burden of establishing Article III standing against the Defendants, and thus this Court does not have subject matter jurisdiction over Plaintiffs' claims against the Defendants.

2. The Defendants assert, adopt and incorporate many standard Rule 12 defenses, including but not limited to:

- Failure to State a Claim Upon Which Relief May Be Granted;

- Failure of Service of Process;

- Insufficiency of Service of Process;

- Lack of Personal Jurisdiction;

- Improper Venue;

- Inconvenient Venue;

- Plaintiffs' "failure to warn" claim under the Louisiana Products Liability Act fails as a matter of law as to the manufactured housing defendants. As Plaintiffs' counsel admits in the Amended AMC, HUD mandated a warning concerning formaldehyde exposure and promulgated the text of the warning in the Code of Federal Regulations. Under *Federal Crop Ins. Corp. v. Merrill*, 332 U.S. 380 (1947), all persons are charged with constructive knowledge of the published federal laws, rules and regulations. Under Louisiana Civil Code Article 5, no person may claim ignorance of the law. Even if one or more of the Plaintiffs could demonstrate that there was no HUD-mandated warning posted in one of the manufactured houses, the Plaintiffs' claim of a failure to warn would still fail as a matter of law because they are charged with knowledge of the warning in any event because it is published in the Code of Federal Regulations.; and

- Federal Rule of Civil Procedure Rule 12(B) Preservation Lists Previously filed by Defendants. (Doc. Nos. 518, 787, 951)

WHEREFORE, for the reasons stated in the attached memorandum, the Defendants respectfully request that this Court dismiss them from this action.

2

01782322.1

Respectfully submitted,

*/s/ James K. Carroll*
James K. Carroll
One of the Attorneys for Defendants

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.


                                            */s/ James K. Carroll*
                                                Of Counsel

01782322.1