UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case bo. 09-2892

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing (Rec. Doc. 1558)** is **DENIED**.

Thus, Motion to Strike Certain Expert Witnesses (Rec. Doc. 1557) will be heard on June 17, 2009, without oral argument.

　　　New Orleans, Louisiana, this 26th day of May, 2009.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**