UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>Magistrate Judge Alma L. Chasez |
| THIS DOCUMENT RELATES TO:<br>*Bauer, et al. v. Liberty Homes, Inc., et al.*,<br>No. 08-5031 | | |

**SUNRAY RV, LLC'S
NARRATIVE STATEMENT OF UNDISPUTED FACTS
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

    Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant SunRay RV, LLC, by and through its undersigned counsel, hereby submits this Narrative Statement of Undisputed Facts in Support of its Motion for Summary Judgment.  In support of this Narrative Statement of Undisputed Facts, Defendant SunRay RV, LLC is filing concurrently herewith an Evidentiary Submission providing the evidentiary basis for the facts set forth herein.

**Narrative Statement of Undisputed Facts**

    1.    Plaintiffs filed *Bauer, et al. v. Liberty Homes, Inc., et al.*, No. 08-5031 (the "*Bauer* Complaint") against the Federal Government and various manufacturers and suppliers of travel trailers, park models, and mobile homes.  *See Bauer, et al. v. Liberty Homes, Inc., et al.*, No. 08-5031

    2.    Plaintiffs allege that the housing units provided by the defendants contained harmful levels of formaldehyde due to defects in the manufacture of the housing units.  *Id*.

1

3. Based on alleged personal injuries purportedly resulting from exposure to this formaldehyde, Plaintiffs assert various state law claims against defendants, including SunRay RV, LLC. *Id.*

### 1) Source of the Housing Units At Issue.

4. All housing units that were sold to FEMA under the name "SunRay RV" were manufactured and sold on or before March 4, 2006. *See* Exhibit 1 to Evidentiary Submission, ¶¶ 5-8.

5. Travel trailers manufactured and sold under the name "SunRay RV" before March 4, 2006 were manufactured and sold by SunRay RV, LLC (the "Tennessee LLC"). *See* Exhibit 1 to Evidentiary Submission, ¶¶ 5-6 and Exhibit 2 to Evidentiary Submission.

6. SunRay RV, LLC was a Tennessee limited liability company organized June 23, 2003. *See* Exhibit 2 to Evidentiary Submission.

### 2) Sale of Assets.

7. The assets of the Tennessee LLC were purchased on March 20, 2006 by SunRay Acquisition, LLC, an Alabama limited liability company (the "Alabama LLC") (this transaction is hereinafter referred to as the "Acquisition"). *See* Exhibit 3 to Evidentiary Submission.

8. Under the terms of the Asset Purchase Agreement, the Alabama LLC acquired substantially all the assets of the Tennessee LLC, specifically including "[a]ll of the inventory … including raw materials, work-in-process, finished goods and inventory", and the Tennessee LLC's name and all of its respective patents, trademarks, service marks and trade names. *See* Exhibit 3 to Evidentiary Submission, §§ 1.2A(ii), (vii).

9. Under this same agreement, the Alabama LLC specifically and expressly did not assume any product liability and warranty claims:

01743853.1

   **1.4 Li**a**bilities Not Assumed**.  Other than the Assumed Liabilities, Purchasers shall not accept, assume, become or be liable for or subject to any liability, indebtedness, obligation or responsibility of Sellers or of any other person or entity in any way related to the ownership or operation, or both, of the Purchased Assets or the Business prior to the Closing Date [March 20, 2006], whether said liability, indebtedness, obligation or responsibility arises before or after the Closing....  **It is expressly agreed, without limiting the effect of the preceding sentence, that Purchasers shall not be obligated to assume or become liable for**, without Purchasers' express written consent, any of Sellers' liabilities, debts or commitments of any kind whatsoever, known or unknown, fixed or contingent, or, without limitation, . . . **liabilities which relate to any product liability or warranty claim with respect to products sold by Industries or SunRay or sold after the Closing Date but produced prior to the Closing Date ....**

*See* Exhibit 3 to Evidentiary Submission, §§ 1.3, 1.4 (emphasis added).

   **3) Change of Corporate Names.**

  10. Immediately following the Acquisition, both entities changed their names to effectuate the transfer of the trade names and associated rights from the selling Tennessee entity (the "predecessor entity") to the purchasing Alabama entity (the "successor entity"). *See* Exhibit 3 to Evidentiary Submission, § 9.5.

  11. On March 21, 2006, the name of the Tennessee LLC was changed to SunRay Investments, LLC.  *See* Exhibit 4 to Evidentiary Submission, respectively.

  14. Likewise, on March 23, 2006, the name of the Alabama LLC was changed to SunRay RV, LLC. *See* Exhibit 5 to Evidentiary Submission, respectively.

  Wherefore, SunRay RV, LLC hereby respectfully submits this Narrative Statement of Undisputed Facts in support of its Motion for Summary Judgment.

         Respectfully submitted,

         */s/ James K. Carroll*
         James K. Carroll
         One of the Attorneys for Defendants

3

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
(205) 254-1000

01743853.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                    */s/ James K. Carroll*
                    Of Counsel

01743853.1