UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873  SECTION "N-5"  JUDGE ENGELHARDT  Magistrate Judge Alma L. Chasez |
| THIS DOCUMENT RELATES TO: *Bauer, et al. v. Liberty Homes, Inc., et al.*, No. 08-5031 | | |

**DEFENDANT SUNRAY RV, LLC'S EVIDENTIARY SUBMISSION
IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Defendant SunRay RV, LLC, by and through its undersigned counsel, hereby gives notice of the filing of the following materials in support of its contemporaneously filed Motion for Summary Judgment, Narrative Statement of Undisputed Facts, and Memorandum in support thereof:

**Exhibit 1:** Affidavit of SunRay RV, LLC, including all exhibits attached thereto.

**Exhibit 2:** Business Information from Tennessee Secretary of State Web Site for SunRay RV, LLC.

**Exhibit 3:** Asset and Purchase Agreement.

**Exhibit 4:** Articles of Amendment to Articles of Organization of SunRay RV, LLC, changing the name to SunRay Investments, LLC.

**Exhibit 5:** Articles of Organization of SunRay Acquisition, LLC, changing the name to SunRay RV, LLC.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll
One of the Attorneys for Defendant

1

01743859.1

2

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

2

01743859.1

**CERTIFICATE OF SERVICE**

   I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.


               */s/ James K. Carroll*
               Of Counsel