UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873 SECTION "N-5" JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO *Bauer, et al v. Liberty Homes, Inc. et al,* No. 08-5031 | ) ) ) | MAG. ALMA CHASEZ |

## NOTICE OF HEARING

Notice is hereby given that the hearing on Defendant SunRay RV LLC's, Motion for Summary Judgment will be brought on for hearing before the Honorable Kurt D. Engelhardt, on the 17th day of June, 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ *James K. Carroll*
James K. Carroll (#3898)
One of the Attorneys for SunRay RV, LLC

OF COUNSEL:

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and –

01705328.1

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone:  (205) 254-1000
Fax:  (205) 254-1999

## CERTIFICATE OF SERVICE

      I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            */s/ James K. Carroll*
                                            Of Counsel

01705328.1