UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | MDL NO. 1873 |
| PRODUCT LIABILITY LITIGATION | SECTION "N-5" |
| | JUDGE ENGELHARDT |
| | MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

TO:   ALL COUNSEL OF RECORD

    **IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Supplemental and Amended Complaint in the above-captioned matter is hereby set for hearing on the 17th day of June, at 9:30 o'clock a..m.

                                RESPECTFULLY SUBMITTED:

                                **GAINSBURGH, BENJAMIN, DAVID,
                                MEUNIER & WARSHAUER, L.L.C.**

                BY:   s/Gerald E. Meunier
                       GERALD E. MEUNIER (La. Bar #9471)
                       Gainsburgh, Benjamin, David, Meunier &
                       Warshauer, L.L.C.
                       2800 Energy Centre
                       1100 Poydras Street
                       New Orleans, Louisiana 70163-2800
                       Phone:504/522-2304
                       Facsimile:504/528-9973
                       E-mail:gmeunier@gainsben.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                      s/Gerald E. Meunier
                                      GERALD E. MEUNIER, #9471