MINUTE ENTRY
ENGELHARDT, J.
May 22, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

　　　　A telephone status conference was conducted on Friday, May 22, 2009, at 9:30 a.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; Michael David Kurtz, liaison counsel for contractor defendants; and Adam M. Dinnell and John Adam Bain, attorneys for the Government/FEMA. Karen Whitfield also participated.

JS10(00:35)