UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                       SECTION "N"  (5)


THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO.  38

**IT IS ORDERED** that, for purposes of facilitating the progress of this MDL and the

possibility of a resolution of it in the future, the Court will allow multiple, unrelated

plaintiffs to join in filing a single complaint.  (This shall apply prospectively to any future

cases filed directly here or transferred here by the MDL Panel.)  The following

restrictions shall apply:

    (a)  No Complaint shall contain more than 300 plaintiffs.

    (b)  Each Complaint shall contain plaintiffs who have claims against the

same manufacturer,[1] where known.

    (c) Unmatched plaintiffs shall be included in a separate Complaint - not to

---

[1]        One exception to this rule would be an instance wherein a Plaintiff lived in more than one
emergency housing unit, manufactured by different manufacturers.

exceed 300 in number.

   (d) All these cases will, of course, be subject to severance if the MDL cannot be resolved, in which case, Plaintiffs may then be responsible for paying separate filing fees for each severed Complaint, as per the discretion of the Court of proper venue.

   (e) Defendants shall have the right to later file appropriate motions in response to such filings when the MDL returns these cases to the venues in which they were initially filed.

   NEW ORLEANS, LOUISIANA, this 27th day of May, 2009.

                _____
             **KURT D. ENGELHARDT**
             **UNITED STATES DISTRICT JUDGE**