UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                 SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Michael C. Boudreaux, et al. v. Champion Home Builders Co., et al.*
No. 09-3561

PLAINTIFFS' *EX PARTE* MOTION TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the *Boudreaux* matter who respectfully submit to this Honorable Court this Motion to Amend Complaint and Substitute a Party and request that this Court substitute CH2M HILL, Inc. with CH2M HILL Constructors, Inc.  A review of documents and materials available to Plaintiffs indicates that the original naming of CH2M HILL, Inc. as a defendant was erroneous.

1.

The *Adams* suit, in its original Complaint filed on May 15, 2009, inadvertently misidentified CH2M HILL Constructors, Inc. as CH2M HILL, Inc.

1

2.

Although unnecessary under Fed. R. Civ. P. 15(a)(1)(A), counsel for CH2M HILL Constructors, Inc. has been consulted on the instant Motion and does not oppose its filing.

3.

Counsel for CH2M HILL Constructors, Inc. has agreed to waive service in this matter if and when the proper entity is substituted into the litigation in place of CH2M HILL, Inc.

4.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss CH2M HILL, Inc. from this litigation without prejudice, and substitute CH2M HILL Constructors, Inc. in its place.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:_____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for Plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1.  **The United States of America**
    Through the United States Attorney General,
    Hon. Eric H. Holder, Jr.
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW

> Washington, DC 20530-0001
> And
> Through the Office of the U.S. Attorney for the Eastern District of Louisiana
> Through Jim Letten, United States Attorney
> Hale Boggs Federal Building
> 500 Poydras Street, Suite B-210
> New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Champion Home Builders Co.**
   Through its Agent for Service of Process
   The Corporation Company

   30600 Telegraph Road
   Ste. 2345
   Bingham Farms, MI 48025

4. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave., Suite 3600
   New Orleans, LA 70170

5. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process

   CORPORATION SERVICE COMPANY

   320 SOMERULOS ST.

   BATON ROUGE, LA 70802-6129

   And through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre, Suite 2400
   717 Harwood

3

        Dallas, TX 75201

6.    **CH2M HILL Constructors, Inc.**
      Through its Agent for Service of Process

      C T CORPORATION SYSTEM
      5615 CORPORATE BLVD., STE. 400B
      BATON ROUGE, LA 70808

      And through its Counsel of Record
      Gerardo Barrios
      Baker Donelson, Bearman, Caldwell & Berkowitz, PC
      #3 Santuary Boulevard
      Suite 201
      Mandeville, LA 70471