**RETURN**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Belinda H. Bauer, et al )
Plaintiff )
v. ) Civil Action No.
Liberty Homes, Inc., et al )
Defendant )

**08-5031**

**SECT. N MAG. 5**

Summons in a Civil Action

To: *(Defendant's name and address)*
American Camper Manufacturing, L.L.C.
d/b/a AMERI-CAMP
by and through its registered agent for service
Peter J. Recchio
1406 Greenleaf Boulevard
Elkhart, IN 46514

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Robert C. Hilliard
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline, Suite 500
Corpus Christi, Texas 78401
(361) 882-1612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  DEC - 1 2008

Loretta G. Whyte
Name of clerk of court

*[signature]* Charles A. Ammon
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) Non Serve - Closed down about 3 months Per Business
    at 7244 8 "Amer-Spirit" W/M, 5'9, 180 lb, Brown hair
    eye: green.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: 3-31-09 / 4:00 pm

                                                  Karen Tatum
                                                  Server's signature

                                                  KAREN F TATUM
                                                  Printed name and title

                                                  1718 St Joseph Blvd.
                                                  Ft Wayne, In 46805
                                                  Server's address



Commission Expires: 6-23-16
A resident of Allen County, Indiana
_____
Amanda K. McGarity, Notary Public

UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF LOUISIANA

BELINDA H. BAUER, ET AL

v.                                                                                          Civil Action No. 08-5031

LIBERTY HOMES, INC., ET AL

## DECLARATION OF DILIGENCE

"STATE OF TEXAS"
"COUNTY OF BEXAR"

Before me, the undersigned authority, on this day personally appeared, CHRISTINE ORTIZ, who, being duly sworn, upon oath stated:

"My name is Christine Ortiz. I am over eighteen (18) years of age, of sound mind and body, have never been convicted of a crime, have personal knowledge of the facts recited herein, and I am not a party to or have any interest in the above entitled and numbered cause.

"We have been unsuccessful in delivering a <u>Summons in a Civil Action and Plaintiffs' Original Complaint</u>, to Defendant AMERICAN CAMPER MANUFACTURING, L.L.C. d/b/a AMERICAMP, by and through its registered agent for service Peter J. Recchio.

"The listed address for the above mentioned Defendant was 1406 Greenleaf Boulevard, Elkhart, Indiana 46514. The house at this address is vacant and has been since February, 2009 according to private process server Robert W. Collier.

"Service was also attempted by certified mail, return receipt. It was returned stamped undeliverable.

"Internet searches on March 27, 2009 did not appear to produce any valid information.

"A google search produced information from the Indiana Department of Environmental Management. It showed the Defendant's address being 72440 SR 13 N., Syracuse, IN 46567, final permit issued 05/25/1999. A reverse lookup on Whitepages.com shows a phone number for this address: (574) 528-6007. This number was called. It is out of order. A reverse lookup of this phone number on whitepages.com shows an address of 306 Pontiac St., Ligonier, IN 46767-1201.

"A business search for the Defendant on accurint.com showed three addresses: the above two

addresses, and PO Box 249, Syracuse, IN 46567-0249. It also showed the above out of order phone number.

"A people search for registered agent Peter J. Recchio on accurint.com showed the listed address, 1406 Greenleaf Blvd., Elkhart, IN 46514-3723 being current as of March, 2009.

"Whitepages.com shows Peter J. Recchio and Dawn R. Recchio, 1406 Greenleaf Blvd., Elkhart, IN 46514-3723, (574) 262-1931. This number was called. It is disconnected.

"I declare under the penalty of perjury that the above is true and correct.

SIGNED this day 27th of March, 2009.

_____
AFFIANT

SUBSCRIBED AND SWORN TO before me on this ___ day of March, 2009.

KEITH B. MACK
Notary Public, State of Texas
My Commission Expires
February 23, 2011

_____
Notary Public, State of Indiana

UNITED STATES DISTRICT COURT
For the
EASTERN DISTRICT OF LOUISIANA

BELINDA H. BAUER, ET AL

v.

Civil Action No. 08-5031

LIBERTY HOMES, INC., ET AL

## DECLARATION OF DILIGENCE

"STATE OF INDIANA"
"COUNTY OF ST. JOSEPH"

Before me, the undersigned authority, on this day personally appeared, ROBERT W. COLLIER, who, being duly sworn, upon oath stated:

"My name is Robert W. Collier. I am over eighteen (18) years of age, of sound mind and body, have never been convicted of a crime, have personal knowledge of the facts recited herein, and I am not a party to or have any interest in the above entitled and numbered cause.

"I have been unsuccessful in delivering a Summons in a Civil Action and Plaintiffs' Original Complaint, to Defendant AMERICAN CAMPER MANUFACTURING, L.L.C. d/b/a AMERICAMP, by and through its registered agent for service Peter J. Recchio.

"The listed address for the above mentioned Defendant was 1406 Greenleaf Boulevard, Elkhart, Indiana 46514. The house at this address is vacant and has been since February, 2009. The Exit Real Estate Company is handling the sale of this house.

"I declare under the penalty of perjury that the above is true and correct.

SIGNED this day 27 of March, 2009.

_____
AFFIANT

SUBSCRIBED AND SWORN TO before me on this 27 day of March, 2009.

_____
Notary Public, State of Indiana