UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BELINDA H. BAUER, ET AL

v.                                                    CASE NO. 08-5031
                                                      SECT. N MAG. 5
LIBERTY HOMES, INC., ET AL

## DECLARATION OF DILIGENCE

"STATE OF TEXAS"
"COUNTY OF BEXAR"

Before me, the undersigned authority, on this day personally appeared, KEITH MACK, who, being duly sworn, upon oath stated:

"My name is Keith Mack. I am over eighteen (18) years of age, of sound mind and body, have never been convicted of a crime, have personal knowledge of the facts recited herein, and I am not a party to or have any interest in the above entitled and numbered cause.

"I have been unsuccessful in delivering a Summons, with Plaintiff's Original Complaint attached, to Defendant KEYSTONE INDUSTRIES, INC., by and through its agent for service H.B. Green, 6801 Lake Plaza Drive, Indianapolis, IN 46220.

"On January 31, 2009, I sent the above mentioned process by certified mail return receipt #7008 0500 0000 4174 2743, to Defendant Keystone Industries, Inc., at the above mentioned address.

The above mentioned process was returned, stamped: Return to Sender, Address Unknown.

"I declare under the penalty of perjury that the above is true and correct.

SIGNED this day 28 of April, 2009.

_Keith Mack_
AFFIANT

SUBSCRIBED AND SWORN TO before me on this 28th day of April, 2009.

_Christine A Ortiz_
Notary Public, State of Texas



CHRISTINE A. ORTIZ
MY COMMISSION EXPIRES
July 28, 2012

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BELINDA H. BAUER, ET AL

v.  CASE NO. 08-5031
    SECT. N MAG. 5

LIBERTY HOMES, INC., ET AL

### DECLARATION OF DILIGENCE

"STATE OF TEXAS"
"COUNTY OF BEXAR"

Before me, the undersigned authority, on this day personally appeared, KEITH MACK, who, being duly sworn, upon oath stated:

"My name is Keith Mack. I am over eighteen (18) years of age, of sound mind and body, have never been convicted of a crime, have personal knowledge of the facts recited herein, and I am not a party to or have any interest in the above entitled and numbered cause. I am authorized by the Texas Supreme Court to serve private process for the State of Texas (authorization #SCH813).

"I have been unsuccessful in delivering a Summons, with Plaintiffs' Original Complaint attached, to Defendant KEYSTONE INDUSTRIES, INC., by and through its agent for service H.B. Green, 6801 Lake Plaza Drive, Indianapolis, IN 46220.

"On January 31, 2009, I sent the above mentioned process by certified mail return receipt #7008 0500 0000 4174 2743, to Defendant Keystone Industries, Inc., at the above mentioned address.

"The above listed process was returned, stamped: Return to Sender Address Unknown.

"I declare under the penalty of perjury that the above is true and correct."

SIGNED this day 12 of March, 2009.

_____
AFFIANT

SUBSCRIBED AND SWORN TO before me on this 18th day of March, 2009.

_____
Notary Public, State of Texas