## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | § | SECTION "N" (4) |
| LIABILITY LITIGATION | § | |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE CHASEZ |

This Document relates to:
*Paul Fountain v. United States of America, et al.*
No. 09-3622_____

## DEFENDANTS' MOTION TO DISMISS
### COMPLAINT FOR DAMAGES

**COME NOW,** Defendants, JAYCO, INC.; STARCRAFT RV, INC.; FOREST RIVER, INC.; VANGUARD INDUSTRIES OF MICHIGAN, INC., a/k/a PALOMINO RV; PALM HARBOR HOMES, INC.; PALM HARBOR ALBERMARLE LP; PALM HARBOR MANUFACTURING; SKYLINE CORPORATION; AND LAYTON HOMES CORP.; CAVALIER HOME BUILDERS, LLC; CAVALIER HOMES, INC.; CHAMPION HOME BUILDERS CO.; CIRCLE B ENTERPRISES, INC.; HOMES OF MERIT, INC.; LIBERTY HOMES, INC.; REDMAN HOMES, INC., f/k/a DUTCH HOUSING, INC.; RIVER BIRCH HOMES, INC.; SCOTBILT HOMES, INC.; WAVERLEE HOMES, INC.; GULF STREAM COACH, INC.; FAIRMONT HOMES, INC., RECREATION BY DESIGN, LLC; TL

1

INDUSTRIES, INC.; and PLAY'MOR TRAILERS, INC. and file this Motion to Dismiss the Complaint for Damages ("Complaint") in the above-referenced matter.  Defendants are filing herewith a Memorandum of Law in Support of Motion to Dismiss, which is incorporated by reference as if fully set forth herein.  In support of this Motion to Dismiss, the Defendants would show as follows:

1.    This Court does not have subject matter jurisdiction over the Plaintiffs' claims against the Defendants because the Plaintiffs have failed to satisfy the requirements of Article III standing.  Plaintiffs' Complaint fails to assert any specific allegation on behalf of any allegedly exposed Plaintiff against a specific Defendant.  In fact, the Complaint contains only generalized allegations against seventy-six (76) separate Defendants.[1]

2.    This Court has consistently held that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice."  (Rec. Doc. 599 and 604).  As set out above, the Plaintiffs' Complaint fails to include allegations that any particular Plaintiff lived in any particular housing unit or was harmed by a specific manufacturer of any housing unit.

3.    By filing this motion, Defendants do not waive, and hereby specifically reserve, the right to assert any additional defenses pursuant to Rule 12, any statute or under common law that they may have in connection with this matter.

WHEREFORE, Defendants, JAYCO, INC.; STARCRAFT RV, INC.; FOREST RIVER, INC.; VANGUARD INDUSTRIES OF MICHIGAN, INC., a/k/a PALOMINO RV; PALM HARBOR HOMES, INC.; PALM HARBOR ALBERMARLE LP; PALM HARBOR MANUFACTURING; SKYLINE CORPORATION; AND LAYTON HOMES CORP.; CAVALIER HOME BUILDERS, LLC; CAVALIER HOMES, INC.; CHAMPION HOME

---

[1] See *Complaint for Damages*, Pages 2-10 and 22-26.

BUILDERS CO.; CIRCLE B ENTERPRISES, INC.; HOMES OF MERIT, INC.; LIBERTY

HOMES, INC.; REDMAN HOMES, INC., f/k/a DUTCH HOUSING, INC.; RIVER BIRCH

HOMES, INC.; SCOTBILT HOMES, INC.; WAVERLEE HOMES, INC.; GULF STREAM

COACH, INC.; FAIRMONT HOMES, INC., RECREATION BY DESIGN, LLC; TL

INDUSTRIES, INC.; and PLAY'MOR TRAILERS, INC., respectfully request, for the

reasons set forth above and in the attached Memorandum of Law, that this Court enter an

Order dismissing Plaintiffs Complaint without prejudice.

> Respectfully submitted,
>
> **WILLINGHAM, FULTZ & COUGILL LLP**
>
> By: S/*Thomas L. Cougill*
>      THOMAS L. COUGILL
>      Texas State Bar No. 04877300
>      Louisiana State Bar No. 31112
>      R. MARK WILLINGHAM
>      Texas State Bar No. 21641500
>      JEFFREY P. FULTZ
>      Texas State Bar No. 00790728
>      Mississippi Bar No. 101058
>      Niels Esperson Building
>      808 Travis Street, Suite 1608
>      Houston, Texas  77002
>      (713) 333-7600 – Telephone
>      (713) 333-7601 – Facsimile
>      **ATTORNEYS FOR JAYCO, INC. AND**
>      **STARCRAFT RV, INC.**

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By:  S/*Jason D. Bone*
       **(By Permission of Counsel)**
       Ernest P. Gieger, Jr. (T.A.) (6145)
       Jason D. Bone (28315)
       One Shell Square
       701 Poydras Street, Suite 4800
       New Orleans, Louisiana 70139-4800
       Telephone: (504) 561-0400
       Facsimile (504) 561-1011
       **ATTORNEYS FOR FOREST RIVER, INC. AND VANGUARD INDUSTRIES OF MICHIGAN, INC. (a/k/a PALOMINO RV)**

**CRADDOCK DAVIS & KRAUSE LLP**

By:  S/*Michael J. Craddock*
       **(By Permission of Counsel)**
       Michael J. Craddock
       Texas State Bar No. 04970300
       Eric L. Lindstrom
       Texas State Bar No. 12385200
       3100 Monticello Avenue, Suite 550
       Dallas, Texas 75205-3466
       (214) 750-3550
       (214) 750-3551 (FAX)
       **ATTORNEYS FOR DEFENDANT PALM HARBOR HOMES, INC., PALM HARBOR ALBERMARLE LP AND PALM HARBOR MANUFACTURING**

**McGLINCHEY STAFFORD, PLLC**

By:  S/*Larry Feldman, Jr.*
       **(By Permission of Counsel)**
       Larry Feldman, Jr. (LA BAR NO. 5503)
       Robert D. Sheesley (LA BAR NO. 31579)
       601 Poydras St., 12th Floor
       New Orleans, LA 70130
       Telephone: (504) 586-1200
       Facsimile: (504) 596-2800
       **ATTORNEYS FOR SKYLINE CORPORATION AND LAYTON HOMES CORP.**

**VOORHIES & LABBE,** A Professional Law Corp.

By: S/*Lamont P. Domingue*
     **By Permission of Counsel)**
     Lamont P. Domingue - #20787
     700 St. John Street – 5th Floor
     Post Office Box 3529
     Lafayette, LA 70502-3527
     337-232-9700 Telephone
     337-235-4943 Facsimile
     lpd@volalaw.com
     **ATTORNEYS FOR Cavalier Home Builders, LLC; Cavalier Homes, Inc.; Champion Home Builders Co.; Circle B Enterprises, Inc.; Homes of Merit, Inc.; Liberty Homes, Inc.; Redman Homes, Inc.; River Birch Homes, Inc.; Scotbilt Homes, Inc.; and Waverlee Homes, Inc.**

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

By:  S/*Andrew D. Weinstock*
     **(By Permission of Counsel)**
     **ANDREW D. WEINSTOCK #18495**
     **JOSEPH G. GLASS #25397**
     3838 N. Causeway Boulevard, Suite 2900
     Metairie, Louisiana 70002
     Telephone: (504) 832-3700
     Fax: (504) 837-3119
     andreww@duplass.com
     jglass@duplass.com
     **Counsel for Defendants, Gulf Stream Coach, Inc. and Fairmont Homes, Inc.**

GARRISON, YOUNT, FORTE
& MULCAHY, LLC

By:  _S/Randall C. Mulcahy_
   **(By Permission of Counsel)**
   LYON H. GARRISON, Bar No. 19591
   RANDALL C. MULCAHY, Bar No. 26436
   DARRIN L. FORTE, Bar No. 26885
   909 Poydras Street, Suite 1800
   New Orleans, Louisiana 70112
   Telephone: (504) 527-0680
   Facsimile: (504) 527-0686
   **Attorneys for Defendants,**
   **Recreation by Design, LLC;**
   **TL Industries, Inc., and**
   **Play'Mor Trailers, Inc.**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 27th day of May, 2009.

_Thomas L. Cougill_
THOMAS L. COUGILL