UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | § | SECTION "N" (4) |
| LIABILITY LITIGATION | § | |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE CHASEZ |

**This Document relates to:**
*Paul Fountain v. United States of America, et al.*
No. 09-3622

## REQUEST FOR ORAL ARGUMENT

Defendants, JAYCO, INC.; STARCRAFT RV, INC.; FOREST RIVER, INC.; VANGUARD INDUSTRIES OF MICHIGAN, INC., a/k/a PALOMINO RV; PALM HARBOR HOMES, INC.; PALM HARBOR ALBERMARLE LP; PALM HARBOR MANUFACTURING; SKYLINE CORPORATION; AND LAYTON HOMES CORP.; CAVALIER HOME BUILDERS, LLC; CAVALIER HOMES, INC.; CHAMPION HOME BUILDERS CO.; CIRCLE B ENTERPRISES, INC.; HOMES OF MERIT, INC.; LIBERTY HOMES, INC.; REDMAN HOMES, INC., f/k/a DUTCH HOUSING, INC.; RIVER BIRCH HOMES, INC.; SCOTBILT HOMES, INC.; WAVERLEE HOMES, INC.; GULF STREAM COACH, INC.; FAIRMONT HOMES, INC., RECREATION BY DESIGN, LLC; TL INDUSTRIES, INC.; and PLAY'MOR TRAILERS, INC. hereby request Oral Argument on

their Motion to Dismiss Complaint for Damages filed herewith on the ____ day of _____, 2009 at _____ A.M.

                                              Respectfully submitted,

                                              **WILLINGHAM, FULTZ & COUGILL LLP**

                                              By:  S/*Thomas L. Cougill*_____
                                                      THOMAS L. COUGILL
                                                        Texas State Bar No. 04877300
                                                        Louisiana State Bar No. 31112
                                                        R. MARK WILLINGHAM
                                                        Texas State Bar No. 21641500
                                                        JEFFREY P. FULTZ
                                                        Texas State Bar No. 00790728
                                                        Mississippi Bar No. 101058
                                                        Niels Esperson Building
                                                        808 Travis Street, Suite 1608
                                                        Houston, Texas  77002
                                                        (713) 333-7600 – Telephone
                                                        (713) 333-7601 – Facsimile
                                                        **ATTORNEYS FOR JAYCO, INC. AND STARCRAFT RV, INC.**

                                              **GIEGER, LABORDE & LAPEROUSE, L.L.C.**

                                              By:  S/*Jason D. Bone*_____
                                                        **(By Permission of Counsel)**
                                                        Ernest P. Gieger, Jr. (T.A.) (6145)
                                                        Jason D. Bone (28315)
                                                        One Shell Square
                                                        701 Poydras Street, Suite 4800
                                                        New Orleans, Louisiana 70139-4800
                                                        Telephone: (504) 561-0400
                                                        Facsimile (504) 561-1011
                                                        **ATTORNEYS FOR FOREST RIVER, INC. AND VANGUARD INDUSTRIES OF MICHIGAN, INC. (a/k/a PALOMINO RV)**

**CRADDOCK DAVIS & KRAUSE LLP**

By: S/*Michael J. Craddock*
     **(By Permission of Counsel)**
     Michael J. Craddock
     Texas State Bar No. 04970300
     Eric L. Lindstrom
     Texas State Bar No. 12385200
     3100 Monticello Avenue, Suite 550
     Dallas, Texas 75205-3466
     (214) 750-3550
     (214) 750-3551 (FAX)
     **ATTORNEYS FOR DEFENDANT PALM HARBOR HOMES, INC., PALM HARBOR ALBERMARLE LP AND PALM HARBOR MANUFACTURING**

**McGLINCHEY STAFFORD, PLLC**

By: S/*Larry Feldman, Jr.*
     **(By Permission of Counsel)**
     Larry Feldman, Jr. (LA BAR NO. 5503)
     Robert D. Sheesley (LA BAR NO. 31579)
     601 Poydras St., 12th Floor
     New Orleans, LA 70130
     Telephone: (504) 586-1200
     Facsimile: (504) 596-2800
     **ATTORNEYS FOR SKYLINE CORPORATION AND LAYTON HOMES CORP.**

**VOORHIES & LABBE,** A Professional Law Corp.

By: S/*Lamont P. Domingue*
    **By Permission of Counsel)**
    Lamont P. Domingue - #20787
    700 St. John Street – 5th Floor
    Post Office Box 3529
    Lafayette, LA 70502-3527
    337-232-9700 Telephone
    337-235-4943 Facsimile
    lpd@volalaw.com
    **ATTORNEYS FOR Cavalier Home Builders, LLC; Cavalier Homes, Inc.; Champion Home Builders Co.; Circle B Enterprises, Inc.; Homes of Merit, Inc.; Liberty Homes, Inc.; Redman Homes, Inc.; River Birch Homes, Inc.; Scotbilt Homes, Inc.; and Waverlee Homes, Inc.**

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

By: S/*Andrew D. Weinstock*
    **(By Permission of Counsel)**
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Fax: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    **Counsel for Defendants, Gulf Stream Coach, Inc. and Fairmont Homes, Inc.**

**GARRISON, YOUNT, FORTE
& MULCAHY, LLC**

By: S/*Randall C. Mulcahy*
**(By Permission of Counsel)**
LYON H. GARRISON, Bar No. 19591
RANDALL C. MULCAHY, Bar No. 26436
DARRIN L. FORTE, Bar No. 26885
909 Poydras Street, Suite 1800
New Orleans, Louisiana 70112
Telephone: (504) 527-0680
Facsimile: (504) 527-0686
**Attorneys for Defendants,
Recreation by Design, LLC;
TL Industries, Inc., and
Play'Mor Trailers, Inc.**

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 27th day of May, 2009.

*Thomas L. Cougill*
THOMAS L. COUGILL