```
MINUTE ENTRY
CHASEZ, M.J.
MAY 27, 2009
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                           MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                          NUMBER: 07-1873

                                              SECTION: "N"(5)

HEARING ON MOTION

APPEARANCES:   Ryan Johnson, James Percy, Justin Woods

MOTION:

(1) Keystone's Motion to Compel Medical Exam of Plaintiff, Diana Bell (Rec. doc. 1560);
(2) Keystone's Motion for Expedited Hearing on Motion to Compel Medical Exam (Rec. doc. 1561).

_____: Continued to

_____: No Opposition

_____: Opposition

MJSTAR(00:10)

   _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

ORDERED

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

  2   :   Granted.

_____ :   Denied.

  1   :   Other.  Plaintiff is to submit to an IME at East Jefferson Hospital on June 2, 2009 at 9:00 a.m.  If plaintiff is unable to keep that appointment for medical reasons, she is to obtain a written explanation to that effect from her own doctor.


                                            ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE