UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO: | |

*Thomas Ahl, et al. v. Frontier RV, Inc., et al.*
No. 09-3589

**PLAINTIFFS' *EX PARTE* MOTION TO
AMEND COMPLAINT AND SUBSTITUTE A PARTY**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the *Ahl* matter who respectfully submit to this Honorable Court this Motion to Amend Complaint and Substitute a Party and request that this Court substitute CH2M HILL, Inc. with CH2M HILL Constructors, Inc. A review of documents and materials available to Plaintiffs indicates that the original naming of CH2M HILL, Inc. as a defendant was erroneous.

1.

The *Ahl* suit, in its original Complaint filed on May 19, 2009, inadvertently misidentified CH2M HILL Constructors, Inc. as CH2M HILL, Inc.

1

2.

Although unnecessary under Fed. R. Civ. P. 15(a)(1)(A), counsel for CH2M HILL Constructors, Inc. has been consulted on the instant Motion and does not oppose its filing.

3.

Counsel for CH2M HILL Constructors, Inc. has agreed to waive service in this matter if and when the proper entity is substituted into the litigation in place of CH2M HILL, Inc.

4.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss CH2M HILL, Inc. from this litigation without prejudice, and substitute CH2M HILL Constructors, Inc. in its place.

    Respectfully submitted,

    LAW OFFICES OF SIDNEY D. TORRES, III,
    *A PROFESSIONAL LAW CORPORATION*

    BY:   s/ Roberta L. Burns
    SIDNEY D. TORRES, III, La. Bar No. 12869
    ROBERTA L. BURNS, La. Bar No. 14945
    DAVID C. JARRELL, La. Bar No. 30907
    8301 W. Judge Perez Drive
    Suite 303
    Chalmette, Louisiana 70043
    Telephone: (504) 271-8421
    **Counsel for Plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1.     **The United States of America**
    Through the United States Attorney General,
    Hon. Eric H. Holder, Jr.
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

>   And
>   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
>   Through Jim Letten, United States Attorney
>   Hale Boggs Federal Building
>   500 Poydras Street, Suite B-210
>   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Cavalier Home Builders, LLC**
   Through its Agent for Service of Process
   The Corporation Company
   2000 Interstate Pk Dr., Suite 204
   Montgomery, AL  36109

4. **Cavalier Homes Inc.**
   Through its Agent for Service of Process
   The Corporation Company
   2000 Interstate Pk Dr., Suite 204
   Montgomery, AL  36109

5. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave., Suite 3600
   New Orleans, LA 70170

6. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process
   CORPORATION SERVICE COMPANY
   320 SOMERULOS ST.
   BATON ROUGE, LA 70802-6129

   And through its Counsel of Record

        Charles Penot
Middleberg Riddle and Gianna
KPMG Centre, Suite 2400
717 Harwood
Dallas, TX 75201

7.    **CH2M HILL Constructors, Inc.**
Through its Agent for Service of Process

       C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

       And through its Counsel of Record
Gerardo Barrios
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
#3 Santuary Boulevard
Suite 201
Mandeville, LA 70471