# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                            **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**

                                                                                                   **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
***Thomas Ahl, et al. v. Frontier RV, Inc., et al.***
**No. 09-3589**


## ORDER

Considering the *Ahl* Plaintiffs' Motion to Amend Complaint and Substitute a Party:

**IT IS ORDERED** that the plaintiffs' Motion in **GRANTED**.

**IT IS FURTHER ORDERED** that CH2M Hill Constructors, Inc. be hereby substituted

as a defendant in the place of the originally named CH2M Hill, Inc., and that CH2M Hill

Constructors be served pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that CH2M Hill, Inc. be dismissed from this action

without prejudice.

New Orleans, Louisiana this _____ day of _____, 2009.


_____
   **JUDGE KURT D. ENGELHARDT**