UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                           MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Ashley Marie Bailey, et al. v. Forest River, Inc., et al.*
No. 09-3588

### PLAINTIFFS' *EX PARTE* MOTION TO AMEND COMPLAINT AND SUBSTITUTE A PARTY

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the *Bailey* matter who respectfully submit to this Honorable Court this Motion to Amend Complaint and Substitute a Party and request that this Court substitute CH2M HILL, Inc. with CH2M HILL Constructors, Inc.  A review of documents and materials available to Plaintiffs indicates that the original naming of CH2M HILL, Inc. as a defendant was erroneous.

1.

The *Bailey* suit, in its original Complaint filed on May 19, 2009, inadvertently misidentified CH2M HILL Constructors, Inc. as CH2M HILL, Inc.

1

2.

Although unnecessary under Fed. R. Civ. P. 15(a)(1)(A), counsel for CH2M HILL Constructors, Inc. has been consulted on the instant Motion and does not oppose its filing.

3.

Counsel for CH2M HILL Constructors, Inc. has agreed to waive service in this matter if and when the proper entity is substituted into the litigation in place of CH2M HILL, Inc.

4.

There have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully pray that this Honorable Court grant their Motion to Amend Complaint and Substitute a Party, dismiss CH2M HILL, Inc. from this litigation without prejudice, and substitute CH2M HILL Constructors, Inc. in its place.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:   s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
**Counsel for Plaintiffs**

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

And
Through the Office of the U.S. Attorney for the Eastern District of Louisiana
Through Jim Letten, United States Attorney
Hale Boggs Federal Building
500 Poydras Street, Suite B-210
New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
Through the Office of the Director
Administrator of the Federal Emergency Management Agency
500 C Street S.W.
Washington, D.C. 20472

3. **Cavalier Home Builders, LLC**
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk Dr., Suite 204
Montgomery, AL  36109

4. **Cavalier Homes Inc.**
Through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk Dr., Suite 204
Montgomery, AL  36109

5. **Shaw Environmental, Inc.**
Through its Agent for Service of Process
C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

And through its Counsel of Record
Karen Whitfield
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

6. **Fluor Enterprises, Inc.**
Through its Agent for Service of Process

CORPORATION SERVICE COMPANY

320 SOMERULOS ST.

BATON ROUGE, LA 70802-6129

And through its Counsel of Record

3

       Charles Penot
Middleberg Riddle and Gianna
KPMG Centre, Suite 2400
717 Harwood
Dallas, TX 75201

7.    **CH2M HILL Constructors, Inc.**
Through its Agent for Service of Process

C T CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

And through its Counsel of Record
Gerardo Barrios
Baker Donelson, Bearman, Caldwell & Berkowitz, PC
#3 Santuary Boulevard
Suite 201
Mandeville, LA 70471