AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

EASTERN District of LOUISIANA

RETURN

TRANG DANG AND BINH PHAM INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED MINOR DAUGHTER, DYNASTY TRAN
Plaintiff

v.

GULF STREAM COACH, INC. AND ABC INSURANCE COMPANY
Defendant

Civil Action No. 08-4161

**Summons in a Civil Action**

To: *(Defendant's name and address)*
The United States of America, through
Attorney General, Eric Holder
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Clay Garside - **Waltzer & Associates**, 14399 Chef Menteur Hwy., # D, New Orleans, LA 70129

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: MAY 0 7 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ________________________,
by:

(1) personally delivering a copy of each to the individual at this place, ____________________________________
________________________________________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ________________________
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
______________________________________________________________; or

(4) returning the summons unexecuted to the court clerk on __________________; or

(5) other *(specify)* ________________________________________________________________
________________________________________________________________________________
________________________________________________________________________________.

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ 0.00 .

Date: ______________________

________________________________________
Server's signature

________________________________________
Printed name and title

________________________________________
Server's address

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL No. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Trang Dang, et al v. Gulf Stream, et al*
*No. 08-4161*

*****************************************************************************

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

SAMANTHA NGUYEN

who, after being first duly sworn, did depose and state:

That on May 7, 2009, she deposited in the United States Mail, postage prepaid, a certified copy of the summons and First Supplemental and Amending Complaint For Damages in the above matter, properly addressed, to defendant The United States of America, Through Attorney General, Eric Holder, U.S. Department of Justice, 950 Pennsylvania Avene, NW, Washington, D.C. 20530, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has

been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(i).

SAMANTHA NGUYEN

Sworn to and Subscribed
before me this 28th day of
May, 2009.

CLAY GARSIDE #29873 / #85219
NOTARY PUBLIC

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America, through
Attorney General, Eric Holder
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

MAY 21 2009

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAY 14 2009

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number
(*Transfer from service label*) 7007 0710 0003 6096 8974

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

**EASTERN** District of **LOUISIANA**

RETURN

TRANG DANG AND BINH PHAM INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED MINOR DAUGHTER, DYNASTY TRAN
Plaintiff

v.

GULF STREAM COACH, INC. AND ABC INSURANCE COMPANY
Defendant

Civil Action No. 08-4161

**Summons in a Civil Action**

To: *(Defendant's name and address)*
The United States of America, through
U.S. Attorney, Jim Letten
U.S. Attorney's Office, Eastern District of Louisiana
500 Poydras Street, Room B210
New Orleans, LA 70130

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Clay Garside - **Waltzer & Associates**, 14399 Chef Menteur Hwy., # D, New Orleans, LA 70129

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**
Name of clerk of court

Date: MAY 07 2009

[signature]
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on ____________________, by:

(1) personally delivering a copy of each to the individual at this place, ________________________________________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ________________________________________; or

(4) returning the summons unexecuted to the court clerk on ____________________; or

(5) other *(specify)* ________________________________________.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

Date: ____________________

____________________
Server's signature

____________________
Printed name and title

____________________
Server's address

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL No. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Trang Dang, et al v. Gulf Stream, et al*
*No. 08-4161*

*****************************************************************************

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

SAMANTHA NGUYEN

who, after being first duly sworn, did depose and state:

That on May 7, 2009, she deposited in the United States Mail, postage prepaid, a certified copy of the summons and First Supplemental and Amending Complaint For Damages in the above matter, properly addressed, to defendant The United States of America, Through U.S. Attorney, Jim Letten, U.S. Attorney's Office, Eastern District of Louisiana, 500 Poydras Street, Room B210, New Orleans, LA 70130, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has

been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(i).

SAMANTHA NGUYEN

Sworn to and Subscribed before me this 28th day of May, 2009.

CLAY GARSIDE #29873 / #85219
NOTARY PUBLIC

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

The United States of America, through
U.S. Attorney, Jim Letten
U.S. Attorney's Office, Eastern District of Louisiana
500 Poydras Street, Room B210
New Orleans, Louisiana 70130

MAY 15 2009

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Caleb White

C. Date of Delivery 5/11/09

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7007 0710 0003 6096 8950

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540