AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

TRANG DANG AND BINH PHAM
INDIVIDUALLY AND ON BEHALF OF THEIR
DECEASED MINOR DAUGHTER,
DYNASTY TRAN
Plaintiff
v.
GULF STREAM COACH, INC. AND
ABC INSURANCE COMPANY
Defendant

Civil Action No. 08-4161

RETURN

## Summons in a Civil Action

To: *(Defendant's name and address)*
Fluor Enterprises, Inc, through
Registered Agent - Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Clay Garside - **Waltzer & Associates**, 14399 Chef Menteur Hwy., # D, New Orleans, LA 70129

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: **MAY 0 7 2009**

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00  .

Date: _____

                                                                Server's signature

                                                                Printed name and title

                                                                 Server's address

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                      MDL No. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION              SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Trang Dang, et al v. Gulf Stream, et al*
*No. 08-4161*

*******************************************************************

**AFFIDAVIT OF SERVICE**

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

SAMANTHA NGUYEN

who, after being first duly sworn, did depose and state:

That on May 7, 2009, she deposited in the United States Mail, postage prepaid, a certified copy of the summons and First Supplemental and Amending Complaint For Damages in the above matter, properly addressed, to defendant Fluor Enterprises, Inc., Through Registered Agent, Corporation Service Company, 320 Somerulos Street, Baton Rouge, LA 70802-6129, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the certified copy of the summons and complaint has

been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of La. R.S. § 22:985 and Rule 4 of the Federal Rule of Civil Procedure.

_____
SAMANTHA NGUYEN

Sworn to and Subscribed
before me this 28th day of
May, 2009.

_____
CLAY GARSIDE #29873 / #85219
NOTARY PUBLIC

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fluor Enterprises, Inc., through
   Registered Agent – Corporation Service Company
   320 Somerulos Street
   Baton Rouge, Louisiana 70802-6129

   MAY 18 2009

2. Article Number
   (Transfer from service label)    7007 0710 0003 6096 8967

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Julia Cove
   Date of Delivery: MAY 18 2009

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes