UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS' DEPOSITIONS OF PATRICK PRESTON AND MARY MARTINET

The United States of America ("United States") hereby moves for a protective order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiffs' deposition of Patrick Preston and Mary Martinet, who are lawyers in the Office of Chief Counsel ("OCC") for the Federal Emergency Management Agency ("FEMA").

The United States first objected to the deposition of FEMA counsel in December 2008. Subsequently counsel have conferred pursuant to Fed. R. Civ. P. 26(c)(1), regarding deposition of FEMA counsel and have been unable to resolve the issue. Plaintiffs have issued Notices for the Depositions of Patrick Preston and Mary Martinet for June 10, 2009. (Exh. 1 and Exh. 2).

In support of this motion the United States has submitted a memorandum of law on this date.

Dated:   May 28, 2009                              Respectfully Submitted,

                                                   TONY WEST
                                                   Assistant Attorney General, Civil Division

        J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

ADAM DINNELL
MICHELLE BOYLE
JONATHAN WALDRON
Trial Attorneys

<u>//S// Adam Bain</u>

ADAM BAIN (IN Bar No.11134-49)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No: (202) 616-4209
E-mail: adam.bain@usdoj.gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 28, 2009, the foregoing Motion for Protective Order, Memorandum of Law, Exhibits and Proposed Order were filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereby was served upon Liaison Counsel.

                                                     //S// Adam Bain
                                                     Adam Bain (IN Bar No. 11134-49)