# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                 *   MDL NO. 1873
       FORMALDEHYDE PRODUCTS        *
       LIABILITY LITIGATION         *   SECTION "N" (5)
                                    *
                                    *   JUDGE ENGELHARDT
                                    *   MAG. JUDGE CHASEZ
*******************************************************************************

## NOTICE OF VIDEO-TAPED DEPOSITION OF PATRICK PRESTON

TO:  To all Manufacturing Defendants         To all Governmental Defendants
     their respective counsel,               and their respective counsel,
     Through Defense Liaison                 Through
     Attorney of Record:                     Henry T. Miller
     Andrew D. Weinstock                     Senior Trial Attorney
     Duplass, Zwain, Bourgeois & Morton      U.S. Department of Justice,
     3838 N. Causeway Blvd., 2900            Civil Division
     Metairie, Louisiana 70002-8330          1331 Pennsylvania Avenue, NW,
                                             Room 8220-N
                                             Washington, D.C. 20004

     To all Contractor Defendants
     and their respective counsel,
     Through Contractor Liaison
     Attorney of Record:
     M. David Kurtz
     Baker, Donaldson, Bearman,
     Caldwell, & Berkowitz, PLC
     201 St. Charles Ave, Ste 3600
     New Orleans, LA 70170

   PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, will take the video-taped deposition of **PATRICK PRESTON**

concerning the subject matter of this litigation.

   This deposition will take place on Wednesday, June 10, 2009, commencing at 1:00

p.m. CST at Gainsburgh, Benjamin, David, Menuier & Warshauer, L.L.C., 2800 Energy

Centre, 1100 Poydras St. New Orleans, LA 70163, or as otherwise agreed upon. The deposition will continue from day to day thereafter, weekends and holidays excluded, until complete. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law. You are invited to attend and examine the witness if you so desire. Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163

Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462
MIKAL C. WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 21th day of May 2009.

s/Justin I. Woods
JUSTIN I. WOODS, #24713