UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION N-5**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

This matter comes before the Court on the United States' motion for a Protective Order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiffs' deposition of Patrick Preston and Mary Martinet, who are lawyers in the Office of Chief Counsel ("OCC") for the Federal Emergency Management Agency ("FEMA").

The Court, having considered the motion, the exhibits, the memoranda of law, and the arguments of counsel, hereby finds that the motion should be **GRANTED.**

Accordingly, the Court hereby **ORDERS** that the Depositions of Patrick Preston and Mary Martinet not be taken in this action, and that the Notices of Deposition **BE QUASHED**.

**DONE AND SIGNED** this _____ day of _____, 2009.

_____
**HONORABLE ALMA L. CHASEZ**
**CHIEF MAGISTRATE JUDGE,**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**