UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                         MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member case no. 09-2892

## ORDER

    **IT IS ORDERED** that the Court will hear Plaintiffs' Motion for Leave to File First

Supplemental and Amended Complaint (Rec. Doc. 1583) on an expedited basis.  Thus, any

opposition thereto shall be filed on or before **Monday, June 1, 2009, at 9:00 a.m.**, at which time

the motion will be taken under submission.

    New Orleans, Louisiana, this 27th day of May, 2009.

                          **KURT D. ENGELHARDT**
                          **UNITED STATES DISTRICT JUDGE**