UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　§　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　§　　SECTION "N" (4)
　　　　LIABILITY LITIGATION　　　§
　　　　　　　　　　　　　　　　　§　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　§　　MAG. JUDGE CHASEZ

This Document relates to:
*Paul Fountain v. United States of America, et al.*
No. 09-3622

NOTICE OF ORAL HEARING

TO: ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Complaint for Damages in the above-captioned matter is hereby set for hearing on the 17th day of June, 2009 at 9:30 a.m.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　**WILLINGHAM, FULTZ & COUGILL LLP**

　　　　　　　　　　　　　　　　By: S/*Thomas L. Cougill*
　　　　　　　　　　　　　　　　　　THOMAS L. COUGILL
　　　　　　　　　　　　　　　　　　Texas State Bar No. 04877300
　　　　　　　　　　　　　　　　　　Louisiana State Bar No. 31112
　　　　　　　　　　　　　　　　　　R. MARK WILLINGHAM
　　　　　　　　　　　　　　　　　　Texas State Bar No. 21641500
　　　　　　　　　　　　　　　　　　JEFFREY P. FULTZ
　　　　　　　　　　　　　　　　　　Texas State Bar No. 00790728
　　　　　　　　　　　　　　　　　　Mississippi Bar No. 101058
　　　　　　　　　　　　　　　　　　Niels Esperson Building
　　　　　　　　　　　　　　　　　　808 Travis Street, Suite 1608
　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　(713) 333-7600 – Telephone
　　　　　　　　　　　　　　　　　　(713) 333-7601 – Facsimile
　　　　　　　　　　　　　　　　　　**ATTORNEYS FOR JAYCO, INC. AND STARCRAFT RV, INC.**

**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By: S/*Jason D. Bone*
    **(By Permission of Counsel)**
    Ernest P. Gieger, Jr. (T.A.) (6145)
    Jason D. Bone (28315)
    One Shell Square
    701 Poydras Street, Suite 4800
    New Orleans, Louisiana 70139-4800
    Telephone: (504) 561-0400
    Facsimile (504) 561-1011
    **ATTORNEYS FOR FOREST RIVER, INC. AND VANGUARD INDUSTRIES OF MICHIGAN, INC. (a/k/a PALOMINO RV)**

**CRADDOCK DAVIS & KRAUSE LLP**

By: S/*Michael J. Craddock*
    **(By Permission of Counsel)**
    Michael J. Craddock
    Texas State Bar No. 04970300
    Eric L. Lindstrom
    Texas State Bar No. 12385200
    3100 Monticello Avenue, Suite 550
    Dallas, Texas 75205-3466
    (214) 750-3550
    (214) 750-3551 (FAX)
    **ATTORNEYS FOR DEFENDANT PALM HARBOR HOMES, INC., PALM HARBOR ALBERMARLE LP AND PALM HARBOR MANUFACTURING**

**McGLINCHEY STAFFORD, PLLC**

By: S/*Larry Feldman, Jr.*
    **(By Permission of Counsel)**
    Larry Feldman, Jr. (LA BAR NO. 5503)
    Robert D. Sheesley (LA BAR NO. 31579)
    601 Poydras St., 12th Floor
    New Orleans, LA 70130
    Telephone: (504) 586-1200
    Facsimile: (504) 596-2800
    **ATTORNEYS FOR SKYLINE CORPORATION AND LAYTON HOMES CORP.**

**VOORHIES & LABBE,** A Professional Law Corp.

By: S/*Lamont P. Domingue*
  **By Permission of Counsel)**
  Lamont P. Domingue - #20787
  700 St. John Street – 5th Floor
  Post Office Box 3529
  Lafayette, LA 70502-3527
  337-232-9700 Telephone
  337-235-4943 Facsimile
  lpd@volalaw.com
  **ATTORNEYS FOR Cavalier Home Builders, LLC; Cavalier Homes, Inc.; Champion Home Builders Co.; Circle B Enterprises, Inc.; Homes of Merit, Inc.; Liberty Homes, Inc.; Redman Homes, Inc.; River Birch Homes, Inc.; Scotbilt Homes, Inc.; and Waverlee Homes, Inc.**

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

By:  S/*Andrew D. Weinstock*
 **(By Permission of Counsel)**
 **ANDREW D. WEINSTOCK #18495**
 **JOSEPH G. GLASS #25397**
 3838 N. Causeway Boulevard, Suite 2900
 Metairie, Louisiana 70002
 Telephone: (504) 832-3700
 Fax: (504) 837-3119
 andreww@duplass.com
 jglass@duplass.com
 **Counsel for Defendants, Gulf Stream Coach, Inc. and Fairmont Homes, Inc.**

> **GARRISON, YOUNT, FORTE & MULCAHY, LLC**
>
> By:  S/*Randall C. Mulcahy*
> **(By Permission of Counsel)**
> LYON H. GARRISON, Bar No. 19591
> RANDALL C. MULCAHY, Bar No. 26436
> DARRIN L. FORTE, Bar No. 26885
> 909 Poydras Street, Suite 1800
> New Orleans, Louisiana 70112
> Telephone: (504) 527-0680
> Facsimile: (504) 527-0686
> **Attorneys for Defendants,**
> **Recreation by Design, LLC;**
> **TL Industries, Inc., and**
> **Play'Mor Trailers, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 28th day of May, 2009.

> *Thomas L. Cougill*
> THOMAS L. COUGILL