**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | § | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | § | SECTION "N" (4) |
| LIABILITY LITIGATION | § | |
| | § | JUDGE ENGELHARDT |
| | § | MAG. JUDGE CHASEZ |

This Document relates to:
*Paul Fountain v. United States of America, et al.*
No. 09-3622

**REQUEST FOR ORAL ARGUMENT**

Defendants, JAYCO, INC.; STARCRAFT RV, INC.; FOREST RIVER, INC.; VANGUARD INDUSTRIES OF MICHIGAN, INC., a/k/a PALOMINO RV; PALM HARBOR HOMES, INC.; PALM HARBOR ALBERMARLE LP; PALM HARBOR MANUFACTURING; SKYLINE CORPORATION; AND LAYTON HOMES CORP.; CAVALIER HOME BUILDERS, LLC; CAVALIER HOMES, INC.; CHAMPION HOME BUILDERS CO.; CIRCLE B ENTERPRISES, INC.; HOMES OF MERIT, INC.; LIBERTY HOMES, INC.; REDMAN HOMES, INC., f/k/a DUTCH HOUSING, INC.; RIVER BIRCH HOMES, INC.; SCOTBILT HOMES, INC.; WAVERLEE HOMES, INC.; GULF STREAM COACH, INC.; FAIRMONT HOMES, INC., RECREATION BY DESIGN, LLC; TL INDUSTRIES, INC.; and PLAY'MOR TRAILERS, INC. hereby request Oral Argument on

1

their Motion to Dismiss Complaint for Damages filed herewith on the _____ day of
_____, 2009 at _____ A.M.

Respectfully submitted,

**WILLINGHAM, FULTZ & COUGILL LLP**

By:  S/*Thomas L. Cougill*_____
         THOMAS L. COUGILL
         Texas State Bar No. 04877300
         Louisiana State Bar No. 31112
         R. MARK WILLINGHAM
         Texas State Bar No. 21641500
         JEFFREY P. FULTZ
         Texas State Bar No. 00790728
         Mississippi Bar No. 101058
         Niels Esperson Building
         808 Travis Street, Suite 1608
         Houston, Texas  77002
         (713) 333-7600 – Telephone
         (713) 333-7601 – Facsimile
         **ATTORNEYS FOR JAYCO, INC. AND
         STARCRAFT RV, INC.**


**GIEGER, LABORDE & LAPEROUSE, L.L.C.**

By:  S/*Jason D. Bone*_____
         **(By Permission of Counsel)**
         Ernest P. Gieger, Jr. (T.A.) (6145)
         Jason D. Bone (28315)
         One Shell Square
         701 Poydras Street, Suite 4800
         New Orleans, Louisiana 70139-4800
         Telephone: (504) 561-0400
         Facsimile (504) 561-1011
         **ATTORNEYS FOR FOREST RIVER,
         INC. AND VANGUARD INDUSTRIES OF
         MICHIGAN, INC. (a/k/a PALOMINO RV)**

2

**CRADDOCK DAVIS & KRAUSE LLP**

By: S/*Michael J. Craddock*
        **(By Permission of Counsel)**
        Michael J. Craddock
        Texas State Bar No. 04970300
        Eric L. Lindstrom
        Texas State Bar No. 12385200
        3100 Monticello Avenue, Suite 550
        Dallas, Texas 75205-3466
        (214) 750-3550
        (214) 750-3551 (FAX)
        **ATTORNEYS FOR DEFENDANT PALM HARBOR HOMES, INC., PALM HARBOR ALBERMARLE LP AND PALM HARBOR MANUFACTURING**

**McGLINCHEY STAFFORD, PLLC**

By: S/*Larry Feldman, Jr.*
        **(By Permission of Counsel)**
        Larry Feldman, Jr. (LA BAR NO. 5503)
        Robert D. Sheesley (LA BAR NO. 31579)
        601 Poydras St., 12th Floor
        New Orleans, LA 70130
        Telephone: (504) 586-1200
        Facsimile: (504) 596-2800
        **ATTORNEYS FOR SKYLINE CORPORATION AND LAYTON HOMES CORP.**

**VOORHIES & LABBE,** A Professional Law Corp.

By: S/*Lamont P. Domingue*

    **By Permission of Counsel)**
    Lamont P. Domingue - #20787
    700 St. John Street – 5th Floor
    Post Office Box 3529
    Lafayette, LA 70502-3527
    337-232-9700 Telephone
    337-235-4943 Facsimile
    lpd@volalaw.com
    **ATTORNEYS FOR Cavalier Home Builders, LLC; Cavalier Homes, Inc.; Champion Home Builders Co.; Circle B Enterprises, Inc.; Homes of Merit, Inc.; Liberty Homes, Inc.; Redman Homes, Inc.; River Birch Homes, Inc.; Scotbilt Homes, Inc.; and Waverlee Homes, Inc.**

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

By: S/*Andrew D. Weinstock*

    **(By Permission of Counsel)**
    **ANDREW D. WEINSTOCK #18495**
    **JOSEPH G. GLASS #25397**
    3838 N. Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    Telephone: (504) 832-3700
    Fax: (504) 837-3119
    andreww@duplass.com
    jglass@duplass.com
    **Counsel for Defendants, Gulf Stream Coach, Inc. and Fairmont Homes, Inc.**

4

GARRISON, YOUNT, FORTE
& MULCAHY, LLC

By:  S/*Randall C. Mulcahy*
     **(By Permission of Counsel)**
     LYON H. GARRISON, Bar No. 19591
     RANDALL C. MULCAHY, Bar No. 26436
     DARRIN L. FORTE, Bar No. 26885
     909 Poydras Street, Suite 1800
     New Orleans, Louisiana 70112
     Telephone: (504) 527-0680
     Facsimile: (504) 527-0686
     **Attorneys for Defendants,**
     **Recreation by Design, LLC;**
     **TL Industries, Inc., and**
     **Play'Mor Trailers, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system.  I also certify that I have e-mailed a copy of this filing to any non-CM/ECF participants on this the 27th day of May, 2009.

*Thomas L. Cougill*
THOMAS L. COUGILL