UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>   FORMALDEHYDE<br>   PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Ashley Marie Bailey, et als. v. Forest River, Inc., et als.*, No. 09-3588

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO**
**FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

  NOW INTO COURT, through undersigned counsel, come plaintiffs, Ashley Marie Bailey, *et als.*, who, for the reasons set forth in the memorandum attached hereto, respectfully moves the Court for leave to file the First Supplemental and Amended Complaint for Damages submitted herewith.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:  s/Roberta L. Burns, Esq.
           SIDNEY D. TORRES, III, La. Bar No. 12869

ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Roberta L. Burns, Esq.
ROBERTA L. BURNS (#14945)
