UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>       FORMALDEHYDE<br>       PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Ashley Marie Bailey, et als. v. Forest River, Inc., et als., No. 09-3588*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

Plaintiffs, ASHLEY MARIE BAILEY, *et als*., respectfully move this Court to allow them to amend their original complaint to add as a defendant, BECHTEL NATIONAL, INC., for the following reasons:

Plaintiff has only recently discovered from the Federal Emergency Management Agency (FEMA) that BECHTEL NATIONAL, INC., Inc. ("Bechtel") was a contractor in the State of Louisiana by virtue of No-Bid Contractor matching information obtained from the United States and/or the No-Bid Contractors, as evidenced by the information contained in Exhibit A ("Named

1

Plaintiffs") at ¶ 29., George Paul Clarke, attached to plaintiffs' original complaint filed May 19, 2009. Plaintiffs inadvertently failed to include Bechtel as a defendant in its Original Complain, therefore, said entity should have been named as a defendant.

The Federal Rules of Civil Procedure allow for amended and supplemental pleadings. F.R.C.P. Rule 15. Pursuant to F.R.C.P. Rule 15(a)(1)(A), as there have been no responsive pleadings filed in this matter, plaintiffs are permitted to amend their Complaint for Damages once as a matter of course. Plaintiffs herein simply desire to file a First Supplemental and Amending Complaint for Damages to include as a proper party defendant, BECHTEL NATIONAL, INC.. No undue prejudice will result in allowing the attached First Supplemental and Amending Complaint for Damages to be filed.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a First Supplemental and Amended Complaint on behalf of Ashley Marie Bailey, *et als*.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:     s/Roberta L. Burns, Esq.
            SIDNEY D. TORRES, III, La. Bar No. 12869
            ROBERTA L. BURNS, La. Bar No. 14945
            DAVID C. JARRELL, La. Bar No. 30907
            8301 W. Judge Perez Drive
            Suite 303
            Chalmette, Louisiana 70043
            Telephone: (504) 271-8421
            **Counsel for plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Roberta L. Burns, Esq.<br>ROBERTA L. BURNS (#14945)