UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case no. 09-3622

## ORDER

     **IT IS ORDERED** that the **Request for Oral Argument (Rec. Doc. 1624)** is **DENIED**.

Thus, Defendants' Motion to Dismiss Complaint for Damages (Rec. Doc. 1622), set for hearing on

June 17, 2009,  will be determined on the briefs alone.  Should this Court later determine that oral

argument would be helpful, it shall notify the parties.

     New Orleans, Louisiana, this 29th day of May, 2009.

                                     **KURT D. ENGELHARDT**
                                     **UNITED STATES DISTRICT JUDGE**