UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:
*Charlie Age, et al. v. Gulf Stream Coach Inc., et al.*, No. 09-2892

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT UNITED STATES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT [Doc. No. 1583]

Defendant United States of America hereby joins in the opposition filed by Gulf Stream Coach, Inc. [Doc. No. 1631] to Plaintiff's motion for leave to amend her Complaint [Doc. No. 1583]. Plaintiff seeks to expand upon her initial claims against the United States and other defendants as the parties are already engaged in extensive discovery and preparation for trial, which begins in approximately three and a half months. As such, the Court should deny Plaintiff's motion for leave to submit this particular amended pleading.

Dated:  June 1, 2009

Respectfully Submitted,

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

s/ Adam M. Dinnell
ADAM M. DINNELL
Trial Attorney

        United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No:  (202) 616-4211
E-mail:  adam.dinnell@usdoj.gov

Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served through the Court's CM/ECF system on June 1, 2009, upon Liaison Counsel.

        s/ Adam M. Dinnell
ADAM M. DINNELL