UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

After considering the Opposition to Motion of Plaintiff for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 1631) and the Defendant United States' Response in Opposition to Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 1632),

**IT IS ORDERED** that **Plaintiff's Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 1583)** is **GRANTED.**  While it is the Court's conclusion that Plaintiffs should be allowed to specifically plead these claims in an amended complaint, it should be noted that the Court is not presently ruling on the merits of these claims.

New Orleans, Louisiana, this 1st day of June, 2009.

                                              **KURT D. ENGELHARDT**
                                              **UNITED STATES DISTRICT JUDGE**