IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Calvin J. Buras, Calvin P. Buras, and Jane R. Buras** | * | **DOCKET NO. 09-3629** |
| | * | |
| | * | Section:    N |
| **versus** | * | |
| | * | Magistrate: 5 |
| **Mitchell County Industries, LLC and CH2M Hill Inc.** | * | |
| | * | |
| | * | |
| **This Document Relates To:** | * | |
| *In re: FEMA Trailer Formaldehyde Products Liability Litigation - MDL No. 1873* | * | |
| | * | |

*************************************************************************************

### PLAINTIFFS' MOTION TO AMEND COMPLAINT AND SUBSTITUTE A PARTY

NOW INTO COURT, through undersigned counsel, come Plaintiffs Calvin J. Buras, Calvin P. Buras, and Jane Buras who respectfully request this Honorable Court to allow Plaintiffs to Amend their Complaint and Substitute a Party pursuant to Federal Rules of Civil Procedure 15(a)(1)(A), 20(a)(2), and 21.

On May 22, 2009, Plaintiffs filed a Complaint for Damages with this Court naming (1) Mitchell County Industries, LLC and (2) CH2M Hill, Inc. as Defendants. Subsequent to the filing of such Complaint for Damages, Plaintiffs discovered that the naming of CH2M Hill, Inc. as a party to this litigation was erroneous. The proper Defendant is CH2M HILL Constructors, Inc.

Plaintiffs have not served the Complaint or Summons on CH2M Hill, Inc. and, to the best of Plaintiffs' knowledge, information, and belief, CH2M Hill, Inc. has not obtained

-1-

counsel or incurred any expense or inconvenience as a result of Plaintiffs' unintentional mistake. Additionally, there have been no answers or any other responsive pleadings filed in this instant matter. Counsel for CH2M HILL Constructors, Inc. has been consulted on the instant motion and does not oppose its filing. Furthermore, there have been no answers or any other responsive pleadings filed in this instant matter.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to grant Plaintiffs' Motion to Amend Complaint and Substitute a Party by dismissing CH2M Hill, Inc. from this litigation without prejudice and substituting CH2M HILL Constructors, Inc. in its place. Plaintiffs reserve all rights with regard to the remaining Defendant Mitchell County Industries, LLC.

Respectfully submitted:

/*s*/ Linda J. Nelson
Hugh P. Lambert (LA Bar Number 7933)
Linda J. Nelson (LA Bar Number 9938)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

**PLEASE SERVE**

1. Mitchell County Industries, LLC
   **through its registered agent for service:**
   Alfred J. Powell. Jr.
   2959 U.S. Highway 19
   Pelham, GA 31779

2.   CH2M HILL Constructors, Inc.
**through its registered agent for service:**
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

## CERTIFICATE OF SERVICE

I, Linda J. Nelson, Esq., hereby certify that on June 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM-ECF system which will send a notice of filing to all counsel accepting electronic notice. I further certify that all parties not receiving or accepting electronic notices were mailed a copy via first class United States mail.

/s/ Linda J. Nelson
Linda J. Nelson, Esq.