# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In Re: FEMA TRAILER**                                    **MDL NO. 1873**

**FORMALDEHYDE PRODUCTS**

**LIABILITY LITIGATION**                                          5
                                                         **SECTION "N" (4)**

**THIS DOCUMENT RELATES TO:**
*Michael Joseph Battaglia, et al. v. Destiny Industries, LLC., et al.*
**No. 09-3587**

## ORDER

Considering the *Battaglia* Plaintiffs' Motion to Amend Complaint and Substitute a Party:

**IT IS ORDERED** that the plaintiffs' Motion in **GRANTED**.

**IT IS FURTHER ORDERED** that CH2M Hill Constructors, Inc. be hereby substituted

as a defendant in the place of the originally named CH2M Hill, Inc., and that CH2M Hill

Constructors be served pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that CH2M Hill, Inc. be dismissed from this action

without prejudice.

New Orleans, Louisiana this 29th day of ____May____ 2009.

**JUDGE KURT D. ENGELHARDT**