UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION                                             SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Belinda Salande, et al. v. CMH Manufacturing, Inc., et al.*
No. 09-3592

## ORDER

Considering the *Salande* Plaintiffs' Motion to Amend Complaint and Substitute a Party:

**IT IS ORDERED** that the plaintiffs' Motion in **GRANTED**.

**IT IS FURTHER ORDERED** that CH2M Hill Constructors, Inc. be hereby substituted as a defendant in the place of the originally named CH2M Hill, Inc., and that CH2M Hill Constructors be served pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that CH2M Hill, Inc. be dismissed from this action without prejudice.

New Orleans, Louisiana this  29th  day of     May     , 2009.

JUDGE KURT D. ENGELHARDT