UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
MELANCON, ET AL. V. GULF STREAM
COACH, INC., NO. 07-3375

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

CONSENT MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND
AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs in this matter, who respectfully represent that it is both necessary and appropriate to amend and supplement the original complaint by (a) renaming and/or adding certain defendant manufacturers named, (b) add named plaintiffs to, and (c) provide certain information regarding the allegations made against the defendants, and who accordingly move for leave to file the attached Supplemental and Amended Complaint for these purposes. Defendant's Liaison Counsel, Andrew Weinstock, has apprised plaintiffs' counsel that he has no objection to the filing of the first supplemental and amended complaint.

Respectfully submitted:

GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.

BY:   s/Justin I. Woods

GERALD E. MEUNIER, #9471
JUSTIN I WOODS, #24713

Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com
jwoods@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 3 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, # 24713