# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* *United States of America, et al, 09-3622* | : : | MAGISTRATE JUDGE CHASEZ |

## EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK

NOW COMES Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"), which, pursuant to Pretrial Order No. 24 (doc. no. 1002) and for the reasons provided in the attached Memorandum in Support, moves to be placed on the Non-Litigation Track.

WHEREFORE, IBS prays that it be placed on the Non-Litigation Track and that the claims asserted against it proceed in accordance therewith.

864958.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com

/s/ Jennifer C. Dyess
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)

*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes*

864958.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Paul Fountain, et al versus* *United States of America, et al, 09-3622* | : : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion to Be Placed on Non-Litigation Track, Memorandum In Support, and proposed Order have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. A copy of the foregoing Ex Parte Motion to Be Placed on Non-Litigation Track, Memorandum In Support, and proposed Order have also this date been sent via email to the following counsel of record:

Eulis Simien, Jr.
SIMIEN & SIMIEN, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
eulis@simien.com

Date: June 3, 2009

            /s/ Jennifer C. Dyess
            Jennifer C. Dyess

864958.1