**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | : | |
| LIABILITY LITIGATION | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* | : | |
| *United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

**ORDER**

CONSIDERING THE FOREGOING EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK:

IT IS HEREBY ORDERED that IBS's Ex Parte Motion to Be Placed on Non-Litigation Track is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
