## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* | : | |
| *United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

## MOTION TO DISMISS

NOW COMES Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"),[1] which, for the reasons provided in the attached Memorandum in Support, moves to dismiss all of Plaintiffs' claims against it.

WHEREFORE, IBS prays that this Court dismiss Plaintiffs' claims against it without prejudice.

---

[1] IBS was dismissed from the Administrative Master Complaint via Court Order dated August 1, 2008, and entered August 4, 2008 (doc. no. 604). After Plaintiffs filed a First Supplemental and Amended Master Complaint (doc. no. 379) and Second Supplemental and Amended Master Complaint (doc. no. 722), IBS was again dismissed from the Administrative Master Complaint via Court Order dated November 3, 2008 (doc. no. 800). IBS was also dismissed from the *Pujol* Complaint (docket no. 08-3217) via Court Order dated November 3, 2008 (doc. no. 801) and the *Laney* Complaint (docket no. 08-4630) via Court Order dated December 10, 2008 (doc. no. 950). However, IBS files this motion in response to the *Fountain* action (docket no. 09-3622), which was transferred to this Court pursuant to Conditional Transfer Order No. 5 on May 15, 2009 (doc. no. 1559).

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com

/s/ Jennifer C. Dyess
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes***

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Paul Fountain, et al versus United States of America, et al, 09-3622* | : : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Motion to Dismiss, Memorandum In Support, and Notice of Hearing have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. A copy of the foregoing Motion to Dismiss, Memorandum In Support, and Notice of Hearing have also this date been sent via email to the following counsel of record:

Eulis Simien, Jr.
SIMIEN & SIMIEN, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
eulis@simien.com

Date: June 3, 2009

/s/ Jennifer C. Dyess
Jennifer C. Dyess

864926.1