## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO *Paul Fountain, et al versus* *United States of America, et al, 09-3622* | : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

### NOTICE OF HEARING

Notice is hereby given that the hearing on Indiana Building Systems, L.L.C., d/b/a Holly Park Homes' *Motion to Dismiss* will be held on the **1st day of July, 2009**, commencing at **9:30 a.m.,** before the Honorable Kurt D. Engelhardt, Judge of the United States District Court for the Eastern District of Louisiana.

Baton Rouge, Louisiana, this 3rd day of June, 2009.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com

/s/ Jennifer C. Dyess
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)
***Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park***