# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Paul Fountain, et al versus* *United States of America, et al, 09-3622* | : : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"),[2] hereby moves to dismiss Plaintiffs' claims against it. **These Plaintiffs, like the plaintiffs in the Administrative Master Complaint,** *Pujol, et al v. United States of America, et al* (docket no. 08-3217), **and** *Laney, et al v. United States of America, et al* (docket no. 08-4630) **have failed to assert that their mother ever resided in a home manufactured by IBS.** Rather, in paragraph 7 of their Complaint, Plaintiffs allege that their mother, Mary Etta Fountain, "resided in one of the temporary housing units provided by FEMA in the State of Louisiana . . . after the landfalls [sic]of Hurricane [Rita] in September of 2005." (emphasis ours.) Despite asserting that their mother had only resided in one temporary housing unit, Plaintiffs named as defendants seventy-five entities that had allegedly "manufactured and supplied FEMA trailers or housing units pursuant to contracts with FEMA for use in the State of Louisiana." IBS was listed as being one of these entities.

---

[2] IBS was dismissed from the Administrative Master Complaint via Court Order dated August 1, 2008, and entered August 4, 2008 (doc. no. 604). After Plaintiffs filed a First Supplemental and Amended Master Complaint (doc. no. 379) and Second Supplemental and Amended Master Complaint (doc. no. 722), IBS was again dismissed from the Administrative Master Complaint via Court Order dated November 3, 2008 (doc. no. 800). IBS was also dismissed from the *Pujol* Complaint (docket no. 08-3217) via Court Order dated November 3, 2008 (doc. no. 801) and the *Laney* Complaint (docket no. 08-4630) via Court Order dated December 10, 2008 (doc. no. 950). However, IBS files this motion in response to the *Fountain* action (docket no. 09-3622), which was transferred to this Court pursuant to Conditional Transfer Order No. 5 on May 15, 2009 (doc. no. 1559).

In the Court's Order of August 1, 2008, (doc. no. 599), the Court cautioned that "any Defendants not specifically matched to individual Plaintiffs will be dismissed without prejudice." (doc. no. 599, p. 11.) The Court reiterated this position in its Order of November 3, 2008, (doc. no. 801), wherein it dismissed IBS from the Administrative Master Complaint and *Pujol* matter because no Plaintiff had asserted that it had resided in a home manufactured by IBS. IBS was also dismissed from the *Laney* action for the very same reason. (doc. no. 950.)

Because the *Fountain* Plaintiffs, in their Complaint, have failed to specifically allege that Ms. Fountain ever resided in a home manufactured by IBS, IBS hereby moves to dismiss all of Plaintiffs' claims against it for the same reasons advanced and ordered in the Motions to Dismiss filed as to the Administrative Master Complaint and in *Pujol* and *Laney*. IBS also adopts the arguments set forth in the pending Motions to Dismiss filed by numerous co-defendants in the *Fountain* matter (doc. nos. 1576 and 1622).

WHEREFORE, IBS prays that this Court dismiss Plaintiffs' claims against it without prejudice.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com


/s/ Jennifer C. Dyess
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)
*Counsel for Indiana Building Systems, L.L.C., d/b/a Holly Park Homes*