**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | : | |
| LIABILITY LITIGATION | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* | : | |
| *United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

**EX PARTE MOTION FOR EXPEDITED HEARING**

NOW INTO COURT, through undersigned counsel, comes Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS") which, for the reasons set forth in the accompanying memorandum, hereby respectfully moves this Honorable Court to expedite the hearing on its Motion to Dismiss.

WHEREFORE, IBS respectfully requests that this Court grant this Motion for Expedited Hearing on its Motion to Dismiss.

864944.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail:  drk@bswllp.com; jds@bswllp.com


/s/ Jennifer C. Dyess
_____
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)

**_Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes_**

864944.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | : | MDL NO. 2:07-MD-1873 |
| FORMALDEHYDE PRODUCT | : | |
| LIABILITY LITIGATION | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* | : | |
| *United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Ex Parte Motion for Expedited Hearing, Memorandum in Support, and proposed Order have this date been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.    A copy of the foregoing Ex Parte Motion for Expedited Hearing, Memorandum in Support, and proposed Order have also this date been sent via email to the following counsel of record:

Eulis Simien, Jr.
SIMIEN & SIMIEN, L.L.C.
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
eulis@simien.com


Date: June 3, 2009


/s/ Jennifer C. Dyess
_____
Jennifer C. Dyess

864944.1