UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *Paul Fountain, et al versus United States of America, et al, 09-3622* | : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

## MEMORANDUM IN SUPPORT OF EX PARTE MOTION FOR EXPEDITED HEARING

Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"), hereby moves for expedited hearing of its Rule 12(b) Motion to Dismiss,[1] in the interest of judicial efficiency. IBS filed its Motion to Dismiss on June 3, 2009 (doc. no. 1661). Similar motions to dismiss have previously been filed by other co-defendants (doc. nos. 1576 and 1622) and are noticed for hearing before this Honorable Court on June 17, 2009. Pursuant to Local Rule 7.2E, IBS's Motion can not be set for the June 17 hearing date since its Motion to Dismiss was not filed at least fifteen days prior to the date of that hearing, "[u]nless otherwise ordered by a judge in a particular case." (emphasis ours.)

---

[1] IBS was dismissed from the Administrative Master Complaint via Court Order dated August 1, 2008, and entered August 4, 2008 (doc. no. 604). After Plaintiffs filed a First Supplemental and Amended Master Complaint (doc. no. 379) and Second Supplemental and Amended Master Complaint (doc. no. 722), IBS was again dismissed from the Administrative Master Complaint via Court Order dated November 3, 2008 (doc. no. 800). IBS was also dismissed from the *Pujol* Complaint (docket no. 08-3217) via Court Order dated November 3, 2008 (doc. no. 801) and the *Laney* Complaint (docket no. 08-4630) via Court Order dated December 10, 2008 (doc. no. 950). However, IBS files this motion in response to the *Fountain* action (docket no. 09-3622), which was transferred to this Court pursuant to Conditional Transfer Order No. 5 on May 15, 2009 (doc. no. 1559).

IBS falls within the category of defendants who have never been matched up against any Plaintiff and whom this Court has already affirmed would be dismissed from this litigation without prejudice. Moreover, similar motions will be heard on June 17, 2009. For these reasons, it is respectfully submitted that in the interest of judicial economy, that the Court consider IBS's Motion to Dismiss on June 17, 2009.

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com

/s/ Jennifer C. Dyess
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)

***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes***