UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |
| *Paul Fountain, et al. v. United States of America, et al.,* No. 09-3622 | |

_____

**MORGAN BUILDINGS & SPAS, INC. AND
MORGAN BUILDING SYSTEMS, INC.'S
NOTICE OF JOINDER IN DEFENDANTS' MOTION TO DISMISS
COMPLAINT FOR DAMAGES (R.DOC. 1622)**

Morgan Buildings & Spas, Inc. and Morgan Building Systems, Inc. (collectively, Morgan) herein join in *Defendants' Motion to Dismiss Complaint for Damages* (R.Doc. 1622) and *Defendants' Memorandum in Support of Motion to Dismiss Complaint for Damages* (R.Doc. 1622-2), adopting all of defendants' arguments, which are incorporated herein by reference for all purposes.

Respectfully submitted:

**McGlinchey Stafford, PLLC**

*s/Christine Lipsey*
Christine Lipsey (LA Bar Roll # 1182), T.A.
Dan E. West (LA Bar Roll #13372)
Kaye C. Templet (LA Bar Roll #27983)
Amanda S. Stout (LA Bar Roll #29001)
One American Place, 14th Floor
Baton Rouge, LA  70825
Telephone:  (225) 383-9000
clipsey@mcglinchey.com
dwest@mcglinchey.com
ktemplet@mcglinchey.com
astout@mcglinchey.com

***Attorneys for Morgan Buildings & Spas, Inc.
and Morgan Building Systems, Inc.***

329619.1

## CERTIFICATE OF SERVICE

I certify that, on June 4, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel of record by operation of the court's CM/ECF system. I also certify that there are no known non-CM/ECF participants.

*s/Christine Lipsey*_____
Christine Lipsey

329619.1