UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al,* Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, Fluor Enterprises, Inc., hereby makes the following disclosures:

1. Fluor Enterprises, Inc. is named as a defendant in this action.

2. Fluor Enterprises, Inc. is a wholly owned subsidiary of Fluor Corporation.

3. Fluor Corporation is a publicly traded entity.

Dated: June 4, 2009

                                                             Respectfully submitted,

                                                             ***MIDDLEBERG RIDDLE & GIANNA***

                                                            */s/ Charles R. Penot, Jr.*
                                        Dominic Gianna, La. Bar No. 6063  **T.A.**
                                        Sarah A. Lowman, La. Bar No. 18311
                                        201 St. Charles Avenue, Suite 3100
                                        New Orleáns, Louisiana 70170
                                        Telephone: (504) 525-7200
                                        Facsímile: (504) 581-5983

*-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455), **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Fax: (214) 220-6807

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

## **CERTIFICATE**

I hereby certify that on this 4th day of June, 2009, a true and correct copy of the foregoing motion was filed and served electronically to all known counsel via the CM/ECF system.

/s/ Charles R. Penot, Jr.

ND: 4824-2962-1251, v. 2