IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Calvin J. Buras, Calvin P. Buras, and Jane R. Buras** | * * * | **DOCKET NO. 09-3629** |
| **versus** | * * | **Section: N** |
| **Mitchell County Industries, LLC and CH2M Hill Inc.** | * * * | **Magistrate: 5** |
| **This Document Relates To:** *In re: FEMA Trailer Formaldehyde Products Liability Litigation - MDL No. 1873* | * * * | |

****************************************************************************************

### ORDER

Considering Plaintiffs' Motion to Amend Complaint and Substitute a Party, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that CH2M HILL Constructors, Inc. is hereby substituted as a defendant in the place of the originally named CH2M Hill, Inc. and that CH2M HILL Constructors, Inc. be served pursuant to Rules 4 and 5 of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that CH2M Hill, Inc. be dismissed from this action without prejudice.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

Signed in New Orleans, Louisiana, this ___3rd___ day of ___June___, 2009.

Honorable Kurt D. Engelhardt