IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Calvin J. Buras, Calvin P. Buras, and Jane R. Buras** | * * * | **DOCKET NO. 09-3629** |
| **versus** | * * | **Section:     N** |
| **Mitchell County Industries, LLC and CH2M HILL, Constructors Inc.** | * * * | **Magistrate: 5** |
| **This Document Relates To:** *In re: FEMA Trailer Formaldehyde Products     Liability Litigation - MDL No. 1873* | * * * * | |

*********************************************************************************************

**<u>PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DAMAGES</u>**

NOW INTO COURT, through undersigned counsel, come Calvin J. Buras, Calvin P. Buras, and Jane R. Buras ("Plaintiffs") who, through undersigned counsel, respectfully state as follows:

1.

Plaintiffs hereby reallege, restate, and adopt paragraphs one through seventy-one of their Complaint for Damages filed with this Court on May 22, 2009 with the following exceptions:

2.

The language in paragraph six is changed to read as follows, "CH2M HILL Constructors, Inc. (hereinafter, "CH2M"), a Delaware Corporation with its principle place

-1-

of business in Colorado, licensed to do business in the State of Louisiana and in good standing, received a No-Bid contract from FEMA and was tasked with, among other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita."

3.

Whenever the acronym "CH2M" is found in the Complaint, such acronym means CH2M HILL Constructors, Inc.

### REQUEST FOR TRIAL BY JURY

Each Plaintiff is entitled to and demands a trial by jury.

### PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray that Mitchell County Industries, LLC and CH2M HILL Constructors, Inc. be served with a copy of the Complaint and Amended Complaint and that after due proceedings are conducted:

1. there be a judgment herein in favor of each Plaintiff and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in each Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   I. costs of court; and

3. all other general, equitable and further relief, as the Court may deem just and proper.

          Respectfully submitted,

            */s/*   LINDA J. NELSON
           HUGH P. LAMBERT, ESQ. (LA Bar #7933)
          LINDA J. NELSON, ESQ. (LA Bar #9938)
          LAMBERT & NELSON, PLC
          701 Magazine Street
          New Orleans, LA 70130
          Telephone: (504)581-1750
          Facsimile: (504)529-2931
          hlambert@lambertandnelson.com
          lnelson@lambertandnelson.com

**Please serve:**

1.  Mitchell County Industries, LLC
  **Through its registered agent for service of process**:
  Alfred J. Powell, Jr.
  2959 U.S. Highway 19
  Pelham, Georgia 31779

2.  CH2M HILL Constructors, Inc.
  **Through its registered agent for service of process"**
  C T Corporation System
  5615 Corporate Blvd., Suite 400B
  Baton Rouge, LA 70808

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 2nd day of June, 2009.

           */s/* LINDA J. NELSON
          LINDA J. NELSON, ESQ. (#9938)