UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>ORDER</u>**

Considering the Ex Parte Motion to Enroll Additional Counsel of Record filed by Fluor Enterprises, Inc.;

IT IS ORDERED that the Ex Parte Motion to Enroll Additional Counsel of Record filed by Four Enterprises, Inc. be and the same is hereby granted, including Dominic J. Gianna, Richard A. Sherburne and Sarah A. Lowman, as counsel of record, also with the law firm of Middleberg, Riddle & Gianna and Charles R. Penot, Jr., and that they be included in all notices and services on behalf of Fluor Enterprises, Inc.

New Orleans, Louisiana  6/3/09

_____
United States District Judge

ND: 4840-3754-7011, v. 1