**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

**IN RE: FEMA TRAILER**                    **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**          **SECTION "N-5"**

                                           **JUDGE ENGELHARDT**
                                           **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach,*
*Inc., et al, No. 09-2892*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION OF PLAINTIFF**
**TO FILE SUBSTITUTE PLEADING**

NOW INTO COURT, through undersigned counsel, comes plaintiff Alana Alexander,

individually and on behalf of her minor son, Christopher Cooper, who, for the reasons more fully

set forth in the memorandum in support of this motion, respectfully requests leave of Court to

file the substitute pleading (entitled "Third Supplemental and Amended Complaint") attached

hereto, and who further represents to the Court that counsel for the opposing parties has no

objection to this motion.

                    RESPECTFULLY SUBMITTED:

                    **GAINSBURGH, BENJAMIN, DAVID,**
                    **MEUNIER & WARSHAUER, L.L.C.**

                    BY:    s/Gerald E. Meunier
                           GERALD E. MEUNIER (La. Bar #9471)
                           Gainsburgh, Benjamin, David, Meunier &
                           Warshauer, L.L.C.
                           2800 Energy Centre, 1100 Poydras Street
                           New Orleans, Louisiana 70163-2800
                           Phone:504/522-2304
                           Facsimile:504/528-9973
                           E-mail:gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471