UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION OF PLAINTIFF
TO FILE SUBSTITUTE PLEADING**

**MAY IT PLEASE THE COURT:**

On June 1, 2009, the Court entered an Order granting leave to the plaintiff Alana Alexander, individually and on behalf of her minor son, Christopher Cooper, to file a pleading entitled a "First Supplemental and Amended Complaint." *See* Doc. 1634. However, plaintiff's counsel erroneously entitled this amended complaint as the "first" such supplemental and amended complaint, when in fact it was the third supplemental and amended complaint in this matter. In two prior amendments to the Original Complaint, the names of additional plaintiffs (other than Alana Alexander) were added in the above-captioned matter.

Accordingly, for the correctness of the record, plaintiff proposes to substitute and file the same amended pleading (with identical language, save for the title), now is properly styled as the "Third Supplemental and Amended Complaint" herein, and respectfully requests that the Court enter the attached Order granting leave to file this as a pleading and substitution for the previously-filed and misnamed amended pleading. Opposing counsel do not oppose this

substitution, which, again, involves only a change in the title of the pleading. The content of the pleading otherwise is the same.

>RESPECTFULLY SUBMITTED:
>
>**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**
>
>BY:   s/Gerald E. Meunier
>            GERALD E. MEUNIER (La. Bar #9471)
>            Gainsburgh, Benjamin, David, Meunier &
>            Warshauer, L.L.C.
>            2800 Energy Centre
>            1100 Poydras Street
>            New Orleans, Louisiana 70163-2800
>            Phone:504/522-2304
>            Facsimile:504/528-9973
>            E-mail:gmeunier@gainsben.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471