UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION SECTION "N-5"

 JUDGE ENGELHARDT
 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al, No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

 Considering the foregoing motion,

 IT IS ORDERED that plaintiff Alana Alana Alexander, individually and on behalf of her minor son, Christopher Cooper, be granted leave to file the attached Third Supplemental and Amended Complaint, as a substitute for what previously was filed as the "First Supplemental and Amended Complaint" (Doc. 1636), pursuant to this Court's Order of June 1, 2009 (Doc. 1634).

 NEW ORLEANS, LOUISIANA, this _____ day of June, 2009.

 _____
 UNITED STATES DISTRICT JUDGE