UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: **ALL CASES** | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 5.6, Shaw Environmental, Inc. through undersigned counsel, submits the following corporate disclosure statement identifying parent corporations and publicly-held companies owning ten percent or more of its stock:

Shaw Environmental, Inc. is a wholly-owned subsidiary of Shaw Environmental & Infrastructure, Inc.

Shaw Environmental & Infrastructure, Inc. is a wholly-owned subsidiary of The Shaw Group Inc., which is a publicly traded company headquartered in Louisiana.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

       s/Catherine N. Thigpen
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of June, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

       s/Catherine N. Thigpen
       CATHERINE N. THIGPEN