UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                            MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                       SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## PRETRIAL ORDER NO. 39

Based on this Court's May 22, 2009 Order (Rec. Doc. 1567) granting Ronnie G. Penton's request to withdraw from the Plaintiffs' Steering Committee, the Court is considering the addition of two (2) new members to the PSC.  Therefore,

**IT IS ORDERED** that the application/nomination process relating to the Plaintiffs' Steering Committee is hereby re-opened.

**IT IS FURTHER ORDERED** that any application/nomination for a PSC position must be filed either by electronic filing or as an original with the Eastern District of Louisiana's Clerk's Office on or before **Monday, June 15, 2009.**  A copy must also be served upon all liaison counsel on the day of filing.  For a listing of the main criteria for membership in the PSC, see Pretrial Order No. 1 (Rec. Doc. 5).  Applications/nominations should succinctly address each of the criteria as well as any other relevant matters.  No submissions longer than three (3) pages will be considered.  The Court will consider only attorneys who have filed a civil action in this

litigation.

Objections may be made to the appointment of a proposed applicant/nominee; however only in writing.  These written objections must be filed either electronically or with the Clerk in an original on or before **Monday, June 22, 2009.**  The objections, if there by any, must be short, yet thorough, and must be supported by necessary documentation.  As with the application/nomination, any objection must be served on all liaison counsel on the day of filing.

For a list of the PSC's responsibilities, see Pretrial Order No. 1 (Rec. Doc. 5).

NEW ORLEANS, LOUISIANA, this 4th day of June, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**