864958.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* | : | |
| *United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

### ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK:

IT IS HEREBY ORDERED that IBS's Ex Parte Motion to Be Placed on Non-Litigation Track is GRANTED.

New Orleans, Louisiana, this 5th day of June, 2009.

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA