UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
MELANCON, ET AL. V. GULF STREAM
COACH, INC., NO. 07-3375

································································

## ORDER

CONSIDERING the foregoing Consent Motion for Leave to File Amended and Supplemental Complaint, leave be and is hereby granted to the Plaintiffs to file the attached First Supplemental and Amending Complaint and same is hereby deemed filed into the record of this matter.

New Orleans, Louisiana, this  5th  day of  June , 2009.

UNITED STATES DISTRICT JUDGE