# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

## ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION FOR EXPEDITED HEARING ON IBS'S MOTION TO DISMISS;

IT IS HEREBY ORDERED that IBS' Ex Parte Motion for Expedited Hearing is GRANTED. The Motion to Dismiss filed by IBS (doc. no. 1661) will be heard on the 17th day of June, 2009, at 9:30 a.m.

New Orleans, Louisiana, this 5th day of June, 2009.

**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**DENIED**