UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*, No. 09-2892

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff Alana Alana Alexander, individually and on behalf of her minor son, Christopher Cooper, be granted leave to file the attached Third Supplemental and Amended Complaint, as a substitute for what previously was filed as the "First Supplemental and Amended Complaint" (Doc. 1636), pursuant to this Court's Order of June 1, 2009 (Doc. 1634).

NEW ORLEANS, LOUISIANA, this  5th   day of June, 2009.

_____
UNITED STATES DISTRICT JUDGE