UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER      * | | MDL NO. 1873 |
|     FORMALDEHYDE    * | | |
|     PRODUCTS LIABILITY  * | | SECTION: N(5) |
|     LITIGATION     * | | |
|             * | | JUDGE: ENGELHARDT |
| This Document Relates to:  ALL CASES  * | | |
|             * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

**IT IS ORDERED** that KEVIN R. DERHAM of the law firm of DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK be and he is hereby enrolled as additional counsel of record for Defendant, Gulf Stream Coach, Inc..

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
JUDGE