IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | SECTION: N (4) |

**Plaintiffs' Ex Parte Motion for Leave to File First Supplemental and Amending Complaint and Incorporated Memorandum in Support**

Pursuant to Federal Rule of Civil Procedure 15(a) and this Court's Pre Trial Order No. 36 (Rec. Doc. 1386), Plaintiffs, Steven and Lindsay Huckabee, move the Court for leave to amend their complaint to add CH2M Hill Contractors, Inc. and Bechtel National, Inc. as defendants.

To the undersigned's knowledge, no pleadings have been filed that are responsive to Plaintiffs' petition. It would seem then that Plaintiff's amendment should be allowed as a matter of course under FRCP 15(a)(1)(A). However, because there has been such extensive motion practice in the MDL, and the Court is actively controlling the filing of pleadings through its numerous case management orders, the undersigned seeks leave of Court.

1

Respectfully submitted this the 5th day of June, 2009,

**WALTZER & ASSOCIATES**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & ASSOCIATES
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112