IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | SECTION: N (4) |

# O R D E R

Considering the foregoing,

**IT IS ORDERED** that Plaintiffs' Ex Parte Motion for Leave to File First Supplemental and Amending Complaint is hereby **GRANTED**.

New Orleans, Louisiana, this the          day of June, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**