# BECNEL LAW FIRM, LLC

ATTORNEYS AND COUNSELORS AT LAW
NOTARIES PUBLIC

DANIEL E. BECNEL, JR.*
DANIEL E. BECNEL, III*
DARRYL J. BECNEL
MATTHEW B. MORELAND
KEVIN P. KLIBERT
SALVADORE CHRISTINA, JR.
WILLIAM A. PERCY, III
CHRISTOPHER D. BECNEL
KATHRYN W. BECNEL*
TONI S. BECNEL
CHANCE C. WHITE
KRISTIE D. HOLM
MARISHA H. FRAAZA
NGHANA LEWIS GAUFF
Of Counsel:
BRADLEY D. BECNEL
JUDGE RUCHE J. MARINO (RETIRED)

*Also Admitted in Colorado

*Please Reply To:*
☒ 106 WEST SEVENTH STREET
P.O. DRAWER H
RESERVE, LOUISIANA 70084
(985) 536-1186
(985) 536-7904
FAX (985) 536-6445
E-MAIL: dbecnel@becnellaw.com
www.becnellaw.com

☐ 425 WEST AIRLINE HIGHWAY
SUITE B
LAPLACE, LOUISIANA 70068
(985) 651-6101
(985) 652-3643
(985) 652-3668
FAX (985) 651-6104
E-MAIL: becket@becnellaw.com

Kay K. Serven
 *Office Administrator*
Susan B. Williams
 *Nurse*

June 8, 2009

U.S. District Judge Kurt D. Engelhardt
U.S. Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:   In Re: FEMA Trailer Formaldehyde Products Liability Litigation
       MDL No. 1873

Dear Judge Engelhardt:

As you know from my previous filing to be made a part of this Committee, I re-urge my application with the following additions:

1)   I have purchased a 1/3 interest in a building on Canal Street which is being used as the claims office.

2)   I hired the following individuals working full time on the FEMA Trailer case: Kristie Holm, Marisha Fraaza, Will Percy, Judge Ruche Marino (retired), Chance White and Deonne Du Barry.

Mr. Meunier and probably every other member of the PSC can attest to my work ethic. In fact, in the recent MDL Hearing before the MDL Panel in Louisville, Kentucky the following cases were argued by me or my firm, all of which we started:

MDL No. 2034, In Re Comcast Set Top Television Box Antitrust Litigation;
MDL No. 2047, In Re Chinese Drywall Litigation;
MDL No. 2048, In Re Cox Enterprises, Inc. Set-Top Television Box Antitrust Litigation;
MDL No. 2051, In Re Denture Cream Products Liability Litigation; and
MDL.No. 2061, In Re Victoria's Secret Products Liability Litigation.

June 8, 2009
Page 2

    Matt Moreland, of my office, is a committee member and has worked full time on this project. However, because I am not on the Committee, it has been virtually impossible for me to get any assignments for depositions and/or trial and/or settlement.

    In addition, over the last few months my office has been successful in the followings cases:

1)    Writs denied before the U.S. Supreme Court in the Mother's Day Bus Crash. Our office filed the opposition.

2)    Writs denied before the U.S. Supreme Court in the Minot, North Dakota Train Derailment.

3)    Writs granted and reversed on a class certification denial before the California Supreme Court in reference to the Tobacco Litigation for the State of California. Our office is one of 27 firms who have done all of the work in connection with this case.

    Very cordially yours,

    Daniel E. Becnel, Jr.
    Attorney at Law

DEBJr/ks
cc:    All Counsel of Record