# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CURTIS CRAWFORD, ET AL** | * | **DOCKET NO. 09-2893** |
| | * | |
| | * | **Section N. Mag. 5** |
| **versus** | * | |
| | * | |
| **FLEETWOOD ENTERPRISES, INC.** | * | |
| **FLUOR ENTERPRISES, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| **This case relates to MDL NO. 07-1873** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Craig Jenkins, Sr., Shalahn Jenkins, Craig Jenkins, Sr. on behalf of Craig Jenkins, Jr. and Craig Jenkins, Sr. on behalf of Dyriell Jenkins, Jr., only, who, pursuant to Federal Rule of Civil Procedure 41(A)(1)(i) hereby voluntarily dismiss Fleetwood Enterprises, Inc., Fluor Enterprises, Inc., and the United States of America through the Federal Emergency Management Agency, as defendants in the above-captioned matter. The Defendants have not filed an answer to this suit nor have they filed a Motion for Summary Judgment. The complaints of the other plaintiffs in this particular litigation remain.

Respectfully submitted,

**GAINSBURGH, BENJAMIN, DAVID,
MEUNIER & WARSHAUER, L.L.C.**

Case 2:07-md-01873-KDE-MBN   Document 1693   Filed 06/08/09   Page 2 of 2

By:   /s/Justin I. Woods  
GERALD E. MEUNIER, T.A. (#9471)  
JUSTIN I. WOODS (#24713)  
1100 Poydras Street, Suite 2800  
New Orleans, Louisiana 70160-2800  
Telephone: (504) 522-2304  
Facsimile: (504) 528-9973  
ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/Justin I. Woods

2