**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                 MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                        SECTION "N-5"

                                                    JUDGE ENGELHARDT
                                                    MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Fleetwood Trial scheduled for week of October 26, 2009*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PSC**
**MOTION TO CONTINUE BELLWETHER TRIAL**


**MAY IT PLEASE THE COURT:**

The bellwether trial currently scheduled against the defendant manufacturer Fleetwood,

FEMA and a to-be-matched contractor, is set to begin on October 26, 2009 and is anticipated to

last two weeks.  However, the trial plaintiffs originally selected for that trial, Shalahn Jenkins and

Craig Jenkins, Jr. instructed their counsel to dismiss their complaint with prejudice.  This

voluntary dismissal was provoked by an examination of documents and a discussion with the

Jenkins family which followed — and could only have followed — the proposal that Shalahn

Jenkins and her son, Craig, Jr., serve as bellwether plaintiffs in the trial against Fleetwood, etc.[1]

The Court, on being advised of this development, also was advised that counsel would

proceed without delay to consider other possible claimants as bellwether plaintiffs in the

_____

[1]The release of claimant file material by FEMA has followed, not preceded, the selection
of bellwether plaintiffs in this MDL.

Fleetwood trial, and this effort has continued unabated.[2]  Unfortunately, no replacement

bellwether plaintiff has been identified to date, and now the Court's Scheduling Order for the

Fleetwood trial has become impracticable.  More specifically, the order requires plaintiffs' expert

reports to be exchanged by June 17, 2009; but no such reports are possible unless and until a

plaintiff is identified, a unit located and (if necessary) tested, and a contractor matched.  It is

simply unrealistic to anticipate all of this happening in time to comply with an expert report

deadline of June 17.

In addition, there is a third bellwether trial set to begin on December 7, 2009 against

Forest River, etc., with its own trial track and deadlines, and the parties are aware that there will

be a necessary overlap in regard to certain liability experts used by both sides.  The Forest River

trial track has a plaintiff expert report deadline of July 22, 2009.  Any extension of expert report

deadlines in the Fleetwood matter, to the extent the same liability experts are involved, could

complicate matters by obliging experts to render separate reports for separate trials on or about

the same deadline date.

The PSC nonetheless has attempted to come up with a revised and extended scheduling

order in the Fleetwood trial that would be acceptable to all parties, and then submittable to this

Court by agreement.  Although Fleetwood has indicated that this revised proposal is acceptable,

the U.S. Government has declined to agree to any proposed scheduling changes.  While counsel

for the Government apparently recognizes that "there exists sound cause to change the

scheduling deadlines once we have a new plaintiff," there is concern that proposed scheduling

---

[2]The Bankruptcy Court stay order as to Fleetwood has been lifted with respect to the
initial bellwether trial against this defendant in the MDL, and is not specific as to a named
plaintiff or plaintiffs.

changes in the Fleetwood matter (Bellwether Trial No. II), will give rise to the "need to back up scheduling deadlines in Bellwether Trials #III and #IV."[3]

In all of this, the effect of the current trial and pretrial schedule on the new bellwether plaintiff in the Fleetwood case, also must be considered. Each bellwether plaintiff, notwithstanding the hope and belief that the results of his or her trial will be instructive in this MDL for global settlement purposes, remains an individual whose case is being tried on the merits. The PSC must consider, therefore, both the interest of the individual plaintiff as well as the interests of the entire claimant population. Forcing a still-unknown plaintiff to proceed in a complex trial in less than five months is not only impracticable, therefore, but also raises concerns regarding the just and fair representation of an individual plaintiff. While an expedient and efficient process is certainly desirable for the resolution of this MDL litigation, it should not, and need not, come at the expense of an individual trial plaintiff who now may be put into an untenable and burdensome position because of circumstances utterly beyond his or her control.

The PSC respectfully submits that a continuance of the Fleetwood trial until March or April of 2010, would allow for the selection of an appropriate and instructive trial plaintiff, would facilitate a proper and practical scheduling order, and would not unduly complicate the remaining bellwether trial tracks in the instant matter. Such a continuance also would promote a more thorough and better-prepared trial for all parties involved, in deference to both the individual claims and defenses at issue and the overall goal of a truly instructive outcome.

---

[3]*See* Henry Miller e-mail dated June 5, 2009, attached hereto as Exhibit "A."

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:     504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'
        STEERING COMMITTEE**
        ANTHONY BUZBEE, Texas # 24001820
        RAUL BENCOMO, #2932
        FRANK D'AMICO, JR., #17519
        MATT MORELAND, #24567
        LINDA NELSON, #9938
        MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471