UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION       SECTION "N-5"

                                                      JUDGE ENGELHARDT
                                                      MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Fleetwood Trial scheduled for week of October 26, 2009*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

       Considering the foregoing motion,

       IT IS ORDERED that the bellwether trial herein currently scheduled to commence on October 26, 2009 be continued until the _____ day of _____, 2010.

       NEW ORLEANS, LOUISIANA, this _____ day of June, 2009.

                                         _____
                                         UNITED STATES DISTRICT COURT JUDGE