UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*************************************************************************

**OPPOSITION TO DEFENDANTS' MOTION TO
DISMISS COMPLAINT FOR DAMAGES**

May it please the Court:

The Plaintiffs have filed a motion to dismiss all but one of the Defendants which has filed the instant motion to dismiss that is pending before the Court. Therefore, as to all the Defendants who filed the motion to dismiss without prejudice, their motion was rendered moot by the Plaintiffs' filing. The remaining Defendant who participated in the motion to dismiss and the only manufacturing Defendant which will still be a party to this litigation should the Court grant Plaintiffs' motion to dismiss, Forest River, Inc., should not obtain the relief it seeks.

The numerous manufacturing Defendants were named when the Plaintiffs initially filed their complaint shortly before one of the periods where argument could be made that prescription was about to run. In an abundance of caution, counsel filed suit against numerous manufacturing Defendants as potential manufacturers of the temporary housing in which the deceased mother of the Plaintiffs had lived in Lake Charles, Louisiana following Hurricane Rita. Subsequently, counsel for Plaintiffs has discovered new documentation establishing that one of the Defendants listed in the

complaint, namely Forest River, Inc., is the manufacturer of the unit. As such, Plaintiffs have filed a motion to dismiss all other manufacturing Defendants. Once the Court rules on that motion and with the filing of the First Supplemental and Amending Petition, clearing alleging acts of fault against Forest River, Inc. and the relationship of that fault to damages suffered by Plaintiffs' decedent and the Plaintiffs, all of the arguments in the motion to dismiss, will fail.

WHEREFORE, for the foregoing reasons, Plaintiffs oppose the motion to dismiss filed by Defendants, but at the same time has filed a motion to dismiss without prejudice all Defendants seeking a dismissal except for Forest River, Inc., which for reasons set forth herein should not be dismissed.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 932-9221
FAX: (225) 932-9286

*/s/ Eulis Simien, Jr.*

By: **Eulis Simien, Jr.**(Bar #12077 )