UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*******************************************************************************

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2009, I presented the above for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

| | | |
|---|---|---|
| Gerald Edward Meunier | - | gmeunier@gainsben.com |
| Gerald Edward Meunier | - | jwoods@gainsben.com |
| Andrew D. Weinstock | - | andreww@duplass.com |
| Henry Thomas Miller | - | henry.miller@usdoj.gov |
| Adam Michael Dinnell | - | adam.dinnell@usdoj.gov |
| John Adam Bai | - | adam.bain@usdoj.gov |
| Michelle George Boyle | - | michelle.boyle@usdoj.gov |
| Andrew D. Weinstock | - | andreww@duplass.com |
| Michael David Kurtz | - | dkurtz@bakerdonelson.com |
| Walter Kay Jamison, III | - | wkjamison@djrlawfirm.com |

and that a copy was sent by United States Mail to the following:

Thorne & Grodnik LLP
J. Richard Ransel
228 W. High Street
Elkhart, IN 46516
Attorney For: Forest River, Inc., Pilgrim International, Inc.

McGlinchey Stafford PLLC
Christine Lipsey
301 Main Street
One American Place, 14th Floor
Baton Rouge, LA 70825
Attorney For: Morgan Building Systems, Inc.

Barnes & Thornburg, LLP
Glenn Killoren
121 W. Franklin
Elkhart, IN 46516
Attorney For: Jayco Enterprises, Inc., Starcraft RV, Inc.

Hebbler & Giordanao, LLP
Thomas M. Young
3636 S. I-10 Service Road West
Suite 300
Metairie, LA 70001
Attorney For: Philips Products, Inc.

Don Barrett, P.A.
John W. "Don" Barrett
P.O. Box 987
404 Court Square North
Lexington, MS 39095
Attorney For: Lexington Homes Inc.

Ball Eggleston PC
John McBride
201 Main Street, Suite 810
P.O. Box 1535
Lafayette, IN 47902-1535
Attorney For: Clayton Homes Of Lafayette, Inc (f/k/a Clayton Homes, Inc.)

Michael J. Hays
1028 East Waterford Street
P.O. Box 465
Wakarusa, IN 46573
Attorney For: Monaco Coach Corporation, River Birch Homes, Inc. and/or River Birch Homes, L.L.C.

Willingham, Fultz, & Cougill
Thomas Cougill
800 Travis Street, Suite 1608
Niels Esperson Building
Houston, TX 77002
Attorney For: Jayco Enterprises, Inc., Starcraft RV, Inc.

Gieger, Laborde & Laperouse, L.L.C.
Jason D. Bone
701 Poydras Street, Suite 4800
One Shell Square
New Orleans, LA 70139-4800
Attorney For: Forest River, Inc., Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV)

Bovis, Kyle & Burch, LLC
Steven J. Kyle
200 Ashford Center North
Suite 500
Atlanta, GA 30338
Attorney For: Horton Homes, Inc.

Craddock, Davis & Krause, L.L.P.
Michael J. Craddock
3100 Monticello Avnue, Suite 550
Dallas, TX 75205-3466
Attorney For: Palm Harbor Homes, Inc., Palm Harbor Albermarle LP, Palm Harbor Manufacturing

Voorhies & Labbe
Lamont P. Domingue
P.O. Box 3527
Lafayette, LA 70502-3527
Attorney For: Cavalier Home Builders, LLC
Cavalier Homes Inc., Circle B Enterprises, Inc., Liberty Homes Inc., Redman Homes Inc. (f/k/a Dutch Homes), River Birch Homes, Inc. and/or River Birch Homes, L.L.C., Scotbilt Homes, Inc., Waverlee Homes, Inc., Homes of Merit, Inc.,

Green, Roby, Oviatt, Cummings & Linngren LLP
James C. Roby
816 South Broadway
P.O. Box 1600
Watertown, SD 57201
Attorney For: Superior Homes, LLC

Jones, Walker, Waechter, Poitevent, Carrere & Denegre, LLP
Ryan E. Johnson
8555 United Plaza Boulevard
Baton Rouge, LA 70809
Attorney For: KZRV, LP

McGlinchey Stafford PLLC
Robert D. Sheesley
601 Poydras Street
12th Floor
New Orleans, LA 70130
Attorney For: Layton Homes Corp., Skyline Corporation

Garrison, Yount, Forte & Mulcahy, LLC
Randall C. Mulcahy
909 Poydras Street
Suite 1800
New Orleans, LA 70112
Attorney For: Recreation By Design, LLC, TL Industries, Inc., Play'Mor Trailers Inc.

Duplass, Zwain, Bourgeois, Pfister & Weinstock
Joseph Glass
3838 N. Causeway Boulevard, Suite 2900
Metairie, LA 70002
Attorney For: Fairmont Homes, Inc., Gulf Stream Coach, Inc.

Done this 9th day of June 2009 at Baton Rouge, Louisiana.

/s/ Eulis Simien, Jr.

**Eulis Simien, Jr.**