## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*************************************************************************

## PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes plaintiffs, Paul Fountain, Jessica Landry, Joan Captain and Charles Ray Fountain who respectfully represent that they desire to dismiss without prejudice all of the claims alleged in their original complaint against the following defendants: American Camper Manufacturing, LLC *doing business as* AMERI-CAMP; Cavalier Homebuilders L L C; Cavalier Homes Inc.; Circle B Enterprises Inc.; Clayton Homes of Lafayette Inc *formerly known as* Clayton Homes Inc.; Coachman Industries Inc.; Coachmen Recreational Vehicle Co. L. L. C .; Design Homes Inc.; American Homestar Corp.; Destiny Industries L. L. C.; D S Corp.; Dutch Housing Inc *doing business as* Champion Homes; Dutchmen Manufacturing Inc.; Fairmont Homes Inc.; Fleetwood Enterprises Inc.; Fleetwood Canada Ltd; Fleetwood Homes of North Carolina, Inc.; Frontier R V Inc.; Giles Family Holdings Inc.; Alliance Homes Inc *doing business as* Adrian Homes; Golden West Homes;  Gulf Stream Coach Inc.; Horton Homes Inc.; Indiana Building Systems L. L. C. *doing business as* Holly Park; Heartland Recreational Vehicles L. L. C.; Jayco Enterprises Inc.; Keystone Industries Inc.; Keystone R V Co.; KZRV L. P.; Lakeside

Park Homes Inc.; Layton Homes Corp.; Liberty Homes Inc.; Liberty R V & Marine Inc.; Monaco

Coach Corp.; Morgan Building & Spas Inc.; Morgan Building Systems Inc.; Oak Creek Homes L

P; Oak Creek Homes Inc.; Oakwood Homes L L C; Palm Harbor Homes Inc ; Lexington Homes;

Philips Products Inc; Pilgrim International Inc; R-Vison Inc; Recreation By Design L L C; Redman

Homes Inc *formerly known as* Dutch Homes; River Birch Homes Inc; Scotbilt Homes Inc; Silver

Creek Homes Inc; Skyline Corp; Starcraft R V Inc; Southern Energy Homes Inc; Stewart Park

Homes Inc; Sunray R V L L C; Superior Homes L L C; Hy-Line Enterprises Inc; Thor California Inc;

Thor Industries Inc; T L Industries Inc; Vanguard Industries of Michigan Inc *also known as*

Palomino R V; Waverlee Homes Inc; C M H Manufacturing Inc; Palm Harbor Manufacturing Inc;

Palm Harbor Albermarle L L C; Viking Recreational Vehicles L L C; Timberland R V Co *doing*

*business as* Adventure Manufacturing; Champion Home Builders Co; Townhomes L L C; Homes

of Merit Inc; Play Mor Trailers Inc; Dreams R V Sales Inc; Sunnybrook R V Inc; Patriot Homes of

Texas L P; Patriot Manufacturing Inc; Coachmen Recreational Vehicle Company of Georgia, LLC;

Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Jayco, Inc.; River Birch Homes,

L.L.C.; SunRay Investments, LLC.. These defendants should be dismissed for the following reasons,

to-wit:

## I.

Plaintiffs initially filed their complaint shortly before one of the periods where argument

could be made that prescription was about to run. In an abundance of caution, counsel filed suit

against these defendants as potential manufacturers of the temporary housing in which their deceased

mother had lived in Lake Charles, Louisiana following Hurricane Rita.

## II.

Subsequent, counsel for plaintiffs has discovered new documentation establishing that one

of the defendants listed in the complaint, namely Forest River, Inc., is the manufacturer and desires

to dismiss all other defendants.

III.

Many of these same defendants have filed a motion to dismiss without prejudice because the Plaintiffs have not specifically alleged any direct nexus between them and the injuries alleged (*i.e.*, at the time of filing the complaint numerous manufacturers where named without a specific allegation that any one of them manufactured the home in which plaintiff's decedent lived and was exposed to formaldehyde). As such, they should be considered as consenting to this request. As to the other defendants who would be dismissed by this motion, they certainly would not be in a position to complain as that is precisely the remedy this Court has granted in these circumstances.

WHEREFORE, plaintiffs, pray that the Court enter an order of dismissal without prejudice, dismissing plaintiffs' claims against the following defendants:  American Camper Manufacturing, LLC *doing business as* AMERI-CAMP; Cavalier Homebuilders L L C; Cavalier Homes Inc.; Circle B Enterprises Inc.; Clayton Homes of Lafayette Inc *formerly known as* Clayton Homes Inc.; Coachman Industries Inc.; Coachmen Recreational Vehicle Co. L. L. C .; Design Homes Inc.; American Homestar Corp.; Destiny Industries L. L. C.; D S Corp.; Dutch Housing Inc *doing business as* Champion Homes; Dutchmen Manufacturing Inc.; Fairmont Homes Inc.; Fleetwood Enterprises Inc.; Fleetwood Canada Ltd; Fleetwood Homes of North Carolina, Inc.; Frontier R V Inc.; Giles Family Holdings Inc.; Alliance Homes Inc *doing business as* Adrian Homes; Golden West Homes; Gulf Stream Coach Inc.; Horton Homes Inc.; Indiana Building Systems L. L. C. *doing business as* Holly Park; Heartland Recreational Vehicles L. L. C.; Jayco Enterprises Inc.; Keystone Industries Inc.; Keystone R V Co.; KZRV L. P.; Lakeside Park Homes Inc.; Layton Homes Corp.; Liberty Homes Inc.; Liberty R V & Marine Inc.; Monaco Coach Corp.; Morgan Building & Spas Inc.; Morgan Building Systems Inc.; Oak Creek Homes L P; Oak Creek Homes Inc.; Oakwood Homes L L C; Palm Harbor Homes Inc; Lexington Homes; Philips Products Inc; Pilgrim International Inc;

R-Vison Inc; Recreation By Design L L C; Redman Homes Inc *formerly known as* Dutch Homes; River Birch Homes Inc; Scotbilt Homes Inc; Silver Creek Homes Inc; Skyline Corp; Starcraft R V Inc; Southern Energy Homes Inc; Stewart Park Homes Inc; Sunray R V L L C; Superior Homes L L C; Hy-Line Enterprises Inc; Thor California Inc; Thor Industries Inc; T L Industries Inc; Vanguard Industries of Michigan Inc *also known as* Palomino R V; Waverlee Homes Inc; C M H Manufacturing Inc; Palm Harbor Manufacturing Inc; Palm Harbor Albermarle L L C; Viking Recreational Vehicles L L C; Timberland R V Co *doing business as* Adventure Manufacturing; Champion Home Builders Co; Townhomes L L C; Homes of Merit Inc; Play Mor Trailers Inc; Dreams R V Sales Inc; Sunnybrook R V Inc; Patriot Homes of Texas L P; Patriot Manufacturing Inc; Coachmen Recreational Vehicle Company of Georgia, LLC; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Jayco, Inc.; River Birch Homes, L.L.C.; SunRay Investments, LLC., reserving their claims against the remaining defendants, the United States of America and Forest River, Inc.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
Telephone:  (225) 932-9221
FAX:  (225) 932-9286

*/s/ Eulis Simien, Jr.*
_____

By:     **Eulis Simien, Jr.**(Bar #12077 )