UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

********************************************************************************

## ORDER

Considering Plaintiffs' Motion for Voluntary Dismissal:

IT IS HEREBY ORDERED THAT the foregoing Motion for Voluntary Dismissal is granted and all of plaintiffs' claims against; American Camper Manufacturing, LLC *doing business as* AMERI-CAMP; Cavalier Homebuilders L L C; Cavalier Homes Inc.; Circle B Enterprises Inc.; Clayton Homes of Lafayette Inc *formerly known as* Clayton Homes Inc.; Coachman Industries Inc.; Coachmen Recreational Vehicle Co. L. L. C .; Design Homes Inc.; American Homestar Corp.; Destiny Industries L. L. C.; D S Corp.; Dutch Housing Inc *doing business as* Champion Homes; Dutchmen Manufacturing Inc.; Fairmont Homes Inc.; Fleetwood Enterprises Inc.; Fleetwood Canada Ltd; Fleetwood Homes of North Carolina, Inc.; Frontier R V Inc.; Giles Family Holdings Inc.; Alliance Homes Inc *doing business as* Adrian Homes; Golden West Homes;  Gulf Stream Coach Inc.; Horton Homes Inc.; Indiana Building Systems L. L. C. *doing business as* Holly Park; Heartland Recreational Vehicles L. L. C.; Jayco Enterprises Inc.; Keystone Industries Inc.; Keystone R V Co.; KZRV L. P.; Lakeside Park Homes Inc.; Layton Homes Corp.; Liberty Homes Inc.; Liberty R V &

Marine Inc.; Monaco Coach Corp.; Morgan Building & Spas Inc.; Morgan Building Systems Inc.; Oak Creek Homes L P; Oak Creek Homes Inc.; Oakwood Homes L L C; Palm Harbor Homes Inc; Lexington Homes; Philips Products Inc; Pilgrim International Inc; R-Vison Inc; Recreation By Design L L C; Redman Homes Inc *formerly known as* Dutch Homes; River Birch Homes Inc; Scotbilt Homes Inc; Silver Creek Homes Inc; Skyline Corp; Starcraft R V Inc; Southern Energy Homes Inc; Stewart Park Homes Inc; Sunray R V L L C; Superior Homes L L C; Hy-Line Enterprises Inc; Thor California Inc; Thor Industries Inc; T L Industries Inc; Vanguard Industries of Michigan Inc *also known as* Palomino R V; Waverlee Homes Inc; C M H Manufacturing Inc; Palm Harbor Manufacturing Inc; Palm Harbor Albermarle L L C; Viking Recreational Vehicles L L C; Timberland R V Co *doing business as* Adventure Manufacturing; Champion Home Builders Co; Townhomes L L C; Homes of Merit Inc; Play Mor Trailers Inc; Dreams R V Sales Inc; Sunnybrook R V Inc; Patriot Homes of Texas L P; Patriot Manufacturing Inc; Coachmen Recreational Vehicle Company of Georgia, LLC; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Jayco, Inc.; River Birch Homes, L.L.C.; SunRay Investments, LLC., are hereby dismissed without prejudice, reserving their claims against the United States of America and Forest River, Inc.

THUS DONE AND SIGNED on this _____ day of _____, 2009.

_____
Judge, United States District Court
Eastern District of Louisiana