UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

PLAINTIFFS' FIRST SUPPLEMENTAL AND
AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel come plaintiffs, who supplement and

amend their original Complaint in the following respects:

I.

By amending paragraph 6 of the original petition to read as follows:

"6. Venue is proper in the Western District of Louisiana pursuant to 28 U.S.C. §1391,

as the emergency housing unit made the subject of this litigation was provided to Mary Etta

Fountain in this district, she lived in the unit in that district and was exposed to formaldehyde

and other noxious substances from that unit, with resulting injuries sustained in this district."

II.

By amending paragraph 9 of the original petition to read as follows:

"9. FEMA contracted with Forest River, Inc. to purchase thousands of temporary

housing units, including the temporary housing unit in which Mary Etta Fountain lived."

III.

By substituting the name Forest River, Inc in each and every place where the words "housing unit manufacturers" or the words "temporary housing unit manufacturers" or the words "the housing unit manufacturers" or the words "the temporary housing unit manufacturers" currently appears.

WHEREFORE, plaintiffs Paul Fountain, Charles Ray Fountain, Joan Fountain Captain and Jessica Landry pray that:

1)      Plaintiffs' First Supplemental and Amending Complaint For Damages be filed as prayed for according to law;

2)      Except to the extent amended herein, all of the allegations and prayers for relief of plaintiffs' prior pleadings including the Complaint be repeated and reiterated as if recited herein in extenso;

3)      That defendants, The United States of America through the Federal Emergency Management Agency and Forest River Inc., be served with a certified copy Plaintiffs' First Supplemental and Amending Complaint For Damages and be cited to appear and answer same;

4)      That after the lapse of all delays and due proceedings had, that there be a judgement rendered herein favor of the plaintiffs Paul Fountain, Charles Ray Fountain, Joan Fountain Captain and Jessica Landry, and against the defendants, The United States of America through the Federal Emergency Management Agency and Forest River Inc., jointly, individually and *in solido* in a sum of damages as reasonable under premises together with legal interest from the date of judicial demand until paid, and for all cost of these proceeding, and for the fees of expert witnesses; and

5)      For all other orders and decrees necessary in the premises and for all cost of these proceedings and for full, general and equitable relief.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
Telephone:     (225) 932-9221
Fax:               (225) 932-9286

*/s/ Eulis Simien, Jr.*

_____

By:     Eulis Simien, Jr., Bar # 12077