LOTTIE TRAVEL TRAILER (RECEIVING) INSPECTION CHECKLIST

BARCODE: 104401

VIN: 7M41G7R25570121783

RECEIVED FROM:

DANNE & GAUGE:

HOLDING TANK:

# OF OLIVES:

TRANSPONDER:

# SPEC HOUSE:

AXLE:

# OF KEYS HOUSE:

# OF JACKS:

CONDITION OK?:

COMMENTS: doorway soft — carpet stained floor in frontr

Provide Contractor Information See # DEACT

CONSTRUCTION COMPANY: SR

DATE: 2/1/08

BUYER NAME:

BUYER IDENTITY:

PHONE #:

FGC006-000001

FEMA154-000001
FGC006-000001

EXHIBIT A