UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * * * | |

**DECLARATION UNDER PENALTY OF PERJURY**

I, GARY BUNZER, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. The information that I learned from, and the observations I made at, the May 6 and 7, 2009 inspection of the subject travel trailer is the type of information and data that is reasonably relied upon by experts in my particular field of expertise (on which I have been designated in this case) in forming the opinions or inferences upon such field of expertise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __8__, 2009

GARY BUNZER


EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION UNDER PENALTY OF PERJURY

I, PAUL LAGRANGE, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. The information that I learned from, and the observations I made at, the May 6 and 7, 2009 inspection of the subject travel trailer is the type of information and data that is reasonably relied upon by experts in my particular field of expertise (on which I have been designated in this case) in forming the opinions or inferences upon such field of expertise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __7__, 2009

PAUL LAGRANGE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER　　　　　　　　＊　　MDL NO. 1873
　　　　FORMALDEHYDE PRODUCTS　＊
　　　　LIABILITY LITIGATION　　　　　　＊　　SECTION "N" (5)
　　　　　　　　　　　　　　　　　　　　　　　＊
　　　　　　　　　　　　　　　　　　　　　　　＊　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　　　　＊　　MAGISTRATE CHASEZ
　　　　　　　　　　　　　　　　　　　　　　　＊
THIS DOCUMENT IS RELATED TO　　　＊
　　　　　　　　　　　　　　　　　　　　　　　＊
*Charlie Age, et al v. GulfStream Coach*　＊
*Inc., et al*, Docket No. 09-2892;　　　　＊
Alana Alexander, individually and on behalf of　＊
Christopher Cooper

### DECLARATION UNDER PENALTY OF PERJURY

I, ALEXIS MALLET, JR., make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. The information that I learned from, and the observations I made at, the May 6 and 7, 2009 inspection of the subject travel trailer is the type of information and data that is reasonably relied upon by experts in my particular field of expertise (on which I have been designated in this case) in forming the opinions or inferences upon such field of expertise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 3, 2009

　　　　　　　　　　　　　　　　　　　　　ALEXIS MALLET, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION "N" (5)<br>JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO<br><br>*Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | |

## DECLARATION UNDER PENALTY OF PERJURY

I, ERVIN L. RITTER, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. The information that I learned from, and the observations I made at, the May 6 and 7, 2009 inspection of the subject travel trailer is the type of information and data that is reasonably relied upon by experts in my particular field of expertise (on which I have been designated in this case) in forming the opinions or inferences upon such field of expertise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2009

ERVIN L. RITTER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 SECTION "N" (5) |
| | * * | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * * | |
| *Charlie Age, et al v. GulfStream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * * * * | |

## DECLARATION UNDER PENALTY OF PERJURY

I, CHARLES DAVID MOORE, make this declaration under penalty of perjury and state the following:

1.  I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2.  The information that I learned from, and the observations I made at, the May 6 and 7, 2009 inspection of the subject travel trailer is the type of information and data that is reasonably relied upon by experts in my particular field of expertise (on which I have been designated in this case) in forming the opinions or inferences upon such field of expertise.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __4__, 2009

_[signature]_
CHARLES DAVID MOORE