APPLICATION AND AFFIDAVIT OF ROBERT M. BECNEL, ATTORNEY
TO THE PLAINTIFF'S STEERING COMMITTEE
FOR FEMA FORMALDEHYDE

I am a member of the Louisiana Association of Justice, American Association of Justice and Vice President of the 40th Judicial District Bar Association. I have served as Chairman of the Indigent Defender Board of the 40th Judicial District Court for six years and am currently in my 10th year serving as Assistant District Attorney in St. John the Baptist Parish specializing in high profile drug cases. I also served as a Special Prosecutor (homicides) for Orleans Parish from February 2005 to January 2009.

My practice is primarily focused on personal injury, especially in class action litigation. I was actively engaged in the Shell Oil explosion in 1988 which resulted in a settlement of $172,000,000.00 (one hundred seventy-two million dollars) in 1992. Additionally, I was a member of the Koch Nitrogen Class Action PSC Committee which settled in 1998 for $35,000,000.00 (thirty-five million dollars), the Occidental Class Action PSC in St. Charles Parish, Monsanto Class Action PSC (Release - May 4, 2000) St. Charles Parish, PSC Member Cytec Melamine and Ammonia Release (January 5, 1999) St. Charles Parish, PSC Member Gasoline Products Liability litigation, In Re: High Sulfur Content MDL No.1632 Eastern District, Louisiana, which settled in excess of $100,000,000.00 (one-hundred million dollars) PSC Member, Kaiser Explosion in St. James Parish (Explosion - July 5, 1999), PSC Member In Re: Train Derailment at Amite, USDC, EDLA No. 1531 "A" and worked on the Gaylord Explosion in Bogalusa. I am a member of the PSC and represent numerous victims in the

Mother's Day Custom Bus Crash in May 1999 in New Orleans, PSC Member In Re: Katrina Canal Breaches Consolidated Litigation, MRGO and Levee Cases, USDC, EDLA, No. 05-4182 Division "K" and was a member of the PSC in the Murphy Oil spill case in St. Bernard Parish in St. Bernard Parish, Turner v. Murphy Oil USA, Inc., No. 2:05-CV-4206, USDC, EDLA.

On a national level, I am deeply involved in and represent numerous clients in the Baxter, Bristol Meyer Squib, and Dow Corning Breast Implant litigation MDL No. 926, Norplant (birth control device litigation) MDL No. 1038, Fen-phen Diet Drug litigation MDL No. 1203, Rezulin (Diabetes II) litigation, Propulsid (anti-acid) litigation MDL No. 1355, as well as Vioxx MDL No. 1657, Meridia and Serozone Products MDL No. 1477, Baycol Products litigation No. 1431, Neurontin Marketing and Sales Practices litigation MDL No. 1629 and Welding Rod litigation MDL No.1538.

I am a subscribing member in the FEMA Formaldehyde Litigation and have timely paid all assessments. I serve on the Trial Team Committee and the Politics/Media Committee. Additionally, I was charged with the responsibility of setting up the claims offices at 4731 Canal Street. Mr. Meunier appointed me to defend approximately 25 depositions of class representatives and named plaintiffs. Additionally, I was requested to serve on the Bellwether Trial Selection Committee which consisted of reviewing all of the Plaintiff Fact Sheets at the claims office and selection of potential bellwethers for trial.

I would be honored to serve as a member of the Plaintiffs Steering Committee.

2 of 2

ROBERT M. BECNEL, NOTARY PUBLIC
LA. BAR # 14072
ATTORNEY-AT-LAW
MY COMMISSION IS FOR LIFE.