BENCOMO & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

2110 ENTERGY BUILDING

639 LOYOLA AVENUE

NEW ORLEANS, LOUISIANA 70113

TELEPHONE: (504) 529-2929

FACSIMILE: (504) 529-2018

E-MAIL: BEN_LAW@BELLSOUTH.NET

RAÚL R. BENCOMO

June 4, 2009

Richard K. Hines, Esq.  
Nelson Mullins & Scarborough, LLP  
201 17th Street NW, Suite 1700  
Atlanta, Georgia 30363

Charles R. Penot, Jr.  
Middleberg Riddle & Gianna  
KPMG Centre  
717 North Harwood, Suite 2400  
Dallas, Texas 75201

Henry T. Miller, Esq.  
United States Government  
Civil Division - Torts Branch  
P.O. Box 340 Ben Franklin Station  
Washington, D.C. 20004

Jerry L. Saporito, Esq.  
Leake & Andersson, LLP  
1100 Poydras Street, Suite 1700  
New Orleans, LA 70163-1701

Re: FEMA Trailer Formaldehyde Product Liability Litigation  
United States District Court, Eastern District of Louisiana  
Civil Action No. MD-1873  
Our File No.: FO258  
Proposed Changes to Trial II Scheduling Order

Gentlemen:

I have had discussions with Jerry Saporito about the schedule for the Fleetwood Trial, and the problem posed by the dismissal of the Jenkins plaintiffs and the selection of a new plaintiff. I have also inquired of Henry Miller pertaining to the availability for inspecting, testing and photographing of the subject trailer by our experts. Henry has advised me that the Government's position is that the inspection of trailers is governed by the Order found in Document 1457. If we use Monday, June 8, 2009, as the date when a testing protocol would be delivered to opposing counsel, the earliest that any testing could take place pursuant to Judge Engelhardt's Order would be on Thursday, July 9, 2009. In light of the above, we propose the following changes to the Trial II Scheduling Order:

| | |
|---|---|
| Friday, 7/24/09 | Plaintiff's Expert Reports |
| Friday, 8/24/09 | Defendants' Expert Reports |
| Friday, 8/24/09 | Witness & Exhibit Lists for all Parties |
| Friday, 9/25/09 | All Pre-trial Motions, including Dispositive Motions, shall be completed |
| Tuesday, 10/9/09 | All Motions In Limine and Daubert Motions |

Messrs. Hines, Miller, Penot, Jr. & Saporito  June 4, 2009
Page 2

    This proposal, of course, assumes that the testing, inspection, etc. can begin on the 9th or 10th of July thereby allowing our various experts to furnish reports in accordance with the new schedule.

    All other dates would remain the same as the Trial II Scheduling Order.

    Please advise in writing if you concur with the proposed changes to the Scheduling Order.

                                  Very truly your,

                                  RAUL R. BENCOMO

RRB/sc

cc:    Gerald K. Meunier, Esq.
        Justin Woods, Esq.
        Linda Nelson, Esq.

P.S. We expect to submit and/or agree on a new plaintiff for the Fleetwood Trial in short order.