## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Bencomo & Associates [Ben_Law@bellsouth.net] |
| **Sent:** | Monday, May 04, 2009 6:57 PM |
| **To:** | Miller, Henry (CIV); cpenot@midrid.com |
| **Cc:** | jsaporito@leakeandersson.com; Dinnell, Adam (CIV); gmeunier@gainsben.com; dmartin@gainsben.com; clanassa@gainsben.com |

**Subject:** FEMA Formaldehyde/Bellwether Trials/Fleetwood

Gentlemen:

As you know, the Bankruptcy Stay was lifted as to Fleetwood on 4/21/09 and the Court in this case entered Order Granting Relief From Automatic Stay As To FEMA Litigation. Jerry Saporito and I have conferred and we have agreed to extend the following deadlines subject to Court approval:

**Plaintiffs' Expert Reports**

From 6/17/09 to 7/8/09

**Defendants' Expert Reports**

From 7/17/09 to 8/7/09

**All pre-trial motions, including dispositive motions**

From 8/25/09 to 9/15/09

The other deadlines (Pre-Trial Order, Pre-Trial Conference, Trial, etc.) are not affected by this extension. The extension of the above-mentioned deadlines will allow us to accommodate Fleetwood since we have agreed to take Fleetwood's 30(b) 6 deposition the week of June 22, 2009. By extending the deadlines, we will be able to have our experts review those depositions and provide their Expert Report in a timely fashion. Otherwise, we would be left with no alternative but to accelerate the Fleetwood deposition to some time this month. We would like to present a Motion and Order to the Court asking the Court to extend the deadlines and ask that you advise us if you have any objection to same.

06/10/2009

Sincerely,


**Raúl R. Bencomo**


Raul R. Bencomo, Attorney
Bencomo & Associates
639 Loyola Ave.; #2110
New Orleans, LA 70119
504-529-2929 voice
504-529-2018 fax
Ben_Law@bellsouth.net email

06/10/2009