**Miller, Henry (CIV)**

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Tuesday, May 05, 2009 10:29 AM |
| **To:** | Ben_Law@bellsouth.net; cpenot@midrid.com |
| **Cc:** | jsaporito@leakeandersson.com; Dinnell, Adam (CIV); gmeunier@gainsben.com; dmartin@gainsben.com; clanassa@gainsben.com; ANDREW WEINSTOCK; Kurtz, David |
| **Subject:** | RE: FEMA Formaldehyde/Bellwether Trials/Fleetwood |

| Tracking: | Recipient | Read |
|---|---|---|
| | Ben_Law@bellsouth.net | |
| | cpenot@midrid.com | |
| | jsaporito@leakeandersson.com | |
| | Dinnell, Adam (CIV) | Read: 05/05/2009 10:32 AM |
| | gmeunier@gainsben.com | |
| | dmartin@gainsben.com | |
| | clanassa@gainsben.com | |
| | ANDREW WEINSTOCK | |
| | Kurtz, David | |

Raul,

As I explained, my general practice is to allow any and all reasonable requests for extensions of deadlines unless they may substantively impair Government's case. Your request is not unreasonable and as such my normal practice would be to agree, unfortunately, I cannot because of substantive concerns regarding the effect that limited extension will have upon the United States as to its ability to prepare its cases in the second, third, and fourth bellwether trials. My primary concerns are two-fold: (1) moving these selected deadlines without moving all other deadlines relating to this trial will put significant pressures on US relating to this case just as we are about ready to go to trial in the first bellwether trial; (2) for the US the schedules of the four bellwether trials are intermeshed and moving deadlines on one trial has a domino type effect on the remaining two trials. As such, I can only agree to the requested extension of the deadlines if the Court were to also extend all other deadlines in this action by a corresponding number of days, including the trial date, and also extend the deadlines for the third, and fourth bellwether trial by a corresponding number of days, including their trial dates.

Further, although the Bankruptcy Stay appears facially to constitute a basis for good cause for the requested extension, I suspect that this argument it will not satisfy the requirements of Rule 16. The Court selected bellwether

06/10/2009

plaintiffs on April 6, 2009, and the bankruptcy stay was lifted on April 23, 2009. For the second bellwether trial, even if you deduct the 18 or so days during which we knew the identity of the Fleetwood bellwether plaintiff and stay was in place, the parties in this action will still have had more time to issue expert reports and conduct discovery than the Court has provide for the initial Gulf Stream Coach trial schedule.

If you have any thoughts or ways that you believe can resolve or address my concerns please let me know.

Thanks,

Henry

---

**From:** Bencomo & Associates [mailto:Ben_Law@bellsouth.net]
**Sent:** Monday, May 04, 2009 6:57 PM
**To:** Miller, Henry (CIV); cpenot@midrid.com
**Cc:** jsaporito@leakeandersson.com; Dinnell, Adam (CIV); gmeunier@gainsben.com; dmartin@gainsben.com; clanassa@gainsben.com
**Subject:** FEMA Formaldehyde/Bellwether Trials/Fleetwood

Gentlemen:

As you know, the Bankruptcy Stay was lifted as to Fleetwood on 4/21/09 and the Court in this case entered Order Granting Relief From Automatic Stay As To FEMA Litigation. Jerry Saporito and I have conferred and we have agreed to extend the following deadlines subject to Court approval:

**Plaintiffs' Expert Reports**

From 6/17/09 to 7/8/09

**Defendants' Expert Reports**

From 7/17/09 to 8/7/09

**All pre-trial motions, including dispositive motions**

From 8/25/09 to 9/15/09

06/10/2009

The other deadlines (Pre-Trial Order, Pre-Trial Conference, Trial, etc.) are not affected by this extension. The extension of the above-mentioned deadlines will allow us to accommodate Fleetwood since we have agreed to take Fleetwood's 30(b) 6 deposition the week of June 22, 2009. By extending the deadlines, we will be able to have our experts review those depositions and provide their Expert Report in a timely fashion. Otherwise, we would be left with no alternative but to accelerate the Fleetwood deposition to some time this month. We would like to present a Motion and Order to the Court asking the Court to extend the deadlines and ask that you advise us if you have any objection to same.

Sincerely,

**Raúl R. Bencomo**

Raul R. Bencomo, Attorney
Bencomo & Associates
639 Loyola Ave.; #2110
New Orleans, LA 70119
504-529-2929 voice
504-529-2018 fax
Ben_Law@bellsouth.net email

06/10/2009