UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (4)

THIS DOCUMENT RELATES TO
ALL CASES

## **ORDER**

**IT IS ORDERED** that a telephone conference is **SET** for **Friday, June 12, 2009 at 9:00 a.m.**  Only defense liaison counsel, plaintiff liaison counsel, liaison counsel for contractor defendants, and government counsel are asked to participate in this call. Plaintiffs' liaison counsel shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

New Orleans, Louisiana, this 10th day of June, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE