UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
      FORMALDEHYDE PRODUCTS  
      LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Fleetwood Trial scheduled for week of October 26, 2009

## ORDER

**IT IS ORDERED** that **PSC's Motion for Expedited Hearing (Rec. Doc. 1695)** is **GRANTED.** Any opposition to the Plaintiffs' Steering Committee (PSC) Motion to Continue Bellwether Trial (Rec. Doc. 1694) shall be filed by **Thursday, June 11, 2009, at noon**, at which time the PSC's Motion to Continue Bellwether Trial (Rec. Doc. 1694) will be taken under advisement.

New Orleans, Louisiana, this 9th day of June, 2009.

                                                _____  
                                                **KURT D. ENGELHARDT**  
                                                **UNITED STATES DISTRICT JUDGE**