# *Exhibit A*

**From:** ANDREW WEINSTOCK
**Sent:** Monday, March 23, 2009 5:01 PM
**To:** 'Amanda_Ballay@laed.uscourts.gov'
**Cc:** 'Miller, Henry (CIV)'; Justin Woods; Dinnell, Adam (CIV); gmeunier@gainsben.com; 'Tom Thagard'
**Subject:** BELLWETHER TRIAL PLAINTIFFS FOR 2009
**Importance:** High

Amanda,

Attached are two lists. The large list is merged from the PSC and the manufacturing defendants' lists. The second is the Government's list. There is a dispute between the PSC and the plaintiffs over that list, but I will let them sort it out.

F.Y.I. There was a match between the PSC's list and the Manufacturing Defendants list on a plaintiff who lived in a Gulf Stream unit.

Andy.