# BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

| FEMA ID# | PLAINTIFFS NAME | DOB | GENDER | MANUFACTURER/CONTRACTOR | FEMA RIPE (Y/N) | SUIT FILED | ALLEGEDLY EXPERIENCED SYMPTONS (Y/N) |
|---|---|---|---|---|---|---|---|
| 939499593 | Alexander, Alberta | 10/28/1932 | FEMALE | Fleetwood/Fluor | 5/19/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 939499593 | Alexander, Alvin | 9/30/1929 | MALE | Fleetwood/Fluor | 5/19/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 921127378 | Alfonso, Stephen | 5/31/1944 | MALE | Fleetwood/Shaw | 2/26/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 939202528 | Anderson, Kenneth | 9/18/1958 | MALE | Fleetwood/Shaw | 4/17/2008 | Tanya R. Bates, et al v. Fleetwood Enterprises, Inc., et | YES |
| 93944601 | Brown, Douglas R. | 2/28/1958 | MALE | Fleetwood/Shaw | 6/2/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 93-851230 or 93-53730A | Devlin, Luca | 10/15/1943 | FEMALE | Fleetwood/Shaw | 7/11/2008 | Robert Devlin, et al v. Fleetwood Enterprises, Inc., et | YES |
| 93-851230 or 93-53730A | Devlin, Robert A. | 12/22/1946 | MALE | Fleetwood/Shaw | 7/11/2008 | Robert Devlin, et al v. Fleetwood Enterprises, Inc., et | YES |
| 13877 | Duplessis, Shelton C., Sr. | 9/16/1974 | MALE | Fleetwood/Fluor | 7/15/2008 | Calvin Parker, Sr., et al v. Fleetwood Enterprises, Inc., et | YES |
| 93-16891331603 | Durand, Matthew | 2/5/1980 | MALE | Fleetwood/Fluor | 4/17/2008 | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 939126906A | Estingoy, Evelyn F. | 6/11/1930 | FEMALE | Fleetwood/Fluor | 3/4/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 91-20654561603 | Evans, Templeton | 12/24/1947 | MALE | Fleetwood/Shaw | 6/4/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 93-9457699 | Goff, Evelyn | 7/13/1947 | FEMALE | Fleetwood/Fluor | 3/31/2008 | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 91-1863106 | Guillory, John R. | 9/16/1946 | MALE | Fleetwood/Shaw | 2/15/2008 | John Guillory, et al v. Fleetwood Enterprises, Inc., et | YES |
| Awaiting disaster file | Hayman Jr., James B. | 5/21/1952 | MALE | Fleetwood/Unknown | 5/20/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 939244235 | Hinton, Jaronda M. | 9/19/1979 | FEMALE | Fleetwood/Fluor | | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 911938762 | Hinton, Jimmie | 8/14/1948 | MALE | Fleetwood/Fluor | 3/31/2008 | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 91-1907554 | Jackson, Toxi | 1/22/1960 | FEMALE | Fleetwood/Shaw | 8/6/2008 | John Guillory, et al v. Fleetwood Enterprises, Inc., et | YES |

# BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 939707465 | Labayen, Sandra A. | 11/11/1959 | FEMALE | Fleetwood/Shaw | 6/2/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, | YES |
| 9408013181603 | Lea, Lynn Fields | 7/11/1953 | FEMALE | Fleetwood/Fluor | | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 939719600 | Morris-Duplessis, Christie | 8/17/1975 | FEMALE | Fleetwood/Fluor | 7/15/2008 | Calvin Parker, Sr., et al v. Fleetwood Enterprises, Inc., et | YES |
| Awaiting disaster file | Parker, Calvin J. | 6/17/1956 | MALE | Fleetwood/Fluor | 3/26/2008 | Calvin Parker, Sr., et al v. Fleetwood Enterprises, Inc., et | YES |
| Awaiting disaster file | Parker, Oscar Abraham | 2/14/1952 | MALE | Fleetwood/Fluor | | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 93-1131090 | Robertson-Durand, Heather | 1/26/1979 | FEMALE | Fleetwood/Fluor | 7/28/2008 | Marion Alexander, et al v. Fleetwood Enterprises, Inc., et | YES |
| 930309364 | Singleton, Earline M. | 2/17/1937 | FEMALE | Fleetwood/Shaw | 7/14/2008 | Leslie Carter, et al v. Fleetwood Enterprises, Inc., et | YES |
| 930309364 | Singleton, Plunk | 7/7/1930 | MALE | Fleetwood/Shaw | | Leslie Carter, et al v. Fleetwood Enterprises, Inc., et | YES |
| 931125839 | Jenkins, Jr.; Craig rep by Craig Jenkins, Sr. | 9/29/1972 | MALE | Fleetwood/Fluor | YES | 09-2893: Crawford | YES |
| 931125839 | Jenkins; Shalahn | 6/11/1992 | FEMALE | Fleetwood/Fluor | YES | 09-2893: Crawford | YES |
| 911908123 | CLAYTON, ARTHUR | 8/28/1951 | MALE | Forest River/Shaw | Y (3/27/08) | Baquet et al v. Forest River, Inc. et al, USDC, New | YES |
| 939156308 | FORD, PEARLETTE | 11/10/1955 | FEMALE | Forest River/Shaw | Y (6/2/08) | Ford v. Forest River, Inc. et al, USDC, New Orleans, Docket | YES |
| 931122910 | IJOKO, JONATHAN | 6/21/1957 | MALE | Forest River/Fluor | Y (4/1/08) | Ijoko v. Forest River, Inc. et al, USDC, New Orleans, Docket No. 09-2971 | YES |
| 940756480 | REYES, CARLOS | 5/4/1955 | MALE | Forest River/Shaw | Y (8/18/08) | Roche et al v. Forest River, Inc. et al, USDC, New Orleans, Docket No. 09-2953 | YES |
| 911968392 | Gomez; Nathan rep by Angela Randazzo | 6/10/2000 | MALE | Forest River/Fluor | YES | 09-2961: Baquet | YES |
| 911968392 | Gomez; Sierra rep by Angela Randazzo | 1/13/2003 | FEMALE | Forest River/Fluor | YES | 09-2961: Baquet | YES |
| 94078577 | Joseph; Lucille | 6/24/1928 | FEMALE | Forest River/Shaw | YES | 09-2969: Ford | YES |
| 911968392 | Randazzo; Angela | 7/10/1976 | FEMALE | Forest River/Fluor | YES | 09-2961: Baquet | YES |

# BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 911968392 | Randazzo; Isabella rep by Angela Randazzo | 12/17/2005 | FEMALE | Forest River/Fluor | YES | 09-2961: Baquet | YES |
| 911968392 | Randazzo; Kody K. rep by Angela Y. Randazzo | 4/28/1994 | MALE | Forest River/Fluor | YES | 09-2961: Baquet | YES |
| 939670427 | Sinegar, Hr.; Michael rep by Montrelle | 6/2/1995 | MALE | Forest River/Fluor | YES | 09-2926: Sinegar | YES |
| 939670427 | Sinegar; Montrelle | 10/16/1963 | MALE | Forest River/Fluor | YES | 09-2926: Sinegar | YES |
| ADF | Wright; Lyndon | 4/1/1970 | FEMALE | Forest River/Shaw | YES | 09-2977: Wright | YES |
| 939650457-1603 | Bailey, Donell | 8/1/1949 | MALE | GulfStream/Fluor | 4/23/2008 | Carolyn Robinson, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2940 | YES |
| | Berfect, Sorretta | 9/28/1966 | FEMALE | GulfStream/Fluor | 7/31/2008 | Janice Bastain, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2950 | YES |
| 939097166 | Brown, Renesha | 10/26/1981 | FEMALE | GulfStream/CH2MHILL | 4/7/2008 | Allen Trosclair, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 02933 | YES |
| 911867111 | Castille, Ronald | 11/8/1957 | MALE | GulfStream/Fluor | 2/20/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 939726755 | Dangerfield, Blanch J. | 1/22/1946 | MALE | GulfStream/Fluor | 4/11/2008 | Quiana C. Acker, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2962 | YES |

# BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | Guesnon, Trinity | 6/29/2007 | FEMALE | GulfStream/Fluor |  | Stephanie G. Pujol, et al v. The United States of America, et al, USDC, New Orleans, Docket No. 08-3217;Quiana Acker, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2962 | YES |
| 940784958 | Davis, Lolita | 1/15/1964 | FEMALE | GulfStream/Fluor | 6/25/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 07-9228 | YES |
| 940784958 | Hampton, Gerald G. | 12/8/1989 | MALE | GulfStream/Fluor | 6/25/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 07-9228 | YES |
| 9392819791603 | Garfield, Samuel | 6/24/1951 | MALE | GulfStream/Fluor | 4/10/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 940784958 | Hampton, Shemekia T. | 3/1/1985 | FEMALE | GulfStream/Fluor | 3/4/2008 | James H. Aldridge, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 07-9228 | YES |
|  | Howard Jr., Curtis | 7/21/1941 | MALE | GulfStream/Fluor |  | Quiana C. Acker, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2962 | YES |
| 911890262 | Jackson, Hayward J. | 8/27/1939 | MALE | GulfStream/Fluor | 12/11/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |
| 911886533A | Johnson, Debbie L. | 11/7/1961 | FEMALE | GulfStream/CH2MHILL | 6/6/2008 | Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2889 | YES |

# BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Jones, Ernest A. | 9/7/1953 | MALE | GulfStream/Fluor | 11/24/2008 | Adrian R. Domino, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2934 | YES |
| 9119919411603 | Jones, Melanie V. | 2/20/1964 | FEMALE | GulfStream/Fluor | 4/7/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |
| 921156655 | Ker, David | 1/7/1948 | MALE | GulfStream/Fluor | 2/15/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 912036604 | Mackey, Marilyn B. | 9/27/1967 | FEMALE | GulfStream/CH2MHILL | 4/10/2008 | Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2889 | YES |
| 912036604 | Mackey, Wilfred, A. | 1/4/1962 | MALE | GulfStream/CH2MHILL | 4/10/2008 | Carolyn Doiron, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2889 | YES |
| 938721652 | Murry Jr., Louis J. | 3/5/1944 | MALE | GulfStream/Fluor | 2/18/2008 | Charlie Age, et al v. Gulf Stream Coach, Inc., et al; USDC, New Orleans, Docket No. 09-2892 | YES |
| 931155795A | Nelson III, Frank | 3/17/1924 | MALE | GulfStream/Shaw | | Tyra Brown, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2951 | YES |
| 940784350 | Payton, Curtis | 4/23/1960 | MALE | GulfStream/Fluor | 4/7/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |
| 940784350 | Payton, Gail | 11/26/1960 | FEMALE | GulfStream/Fluor | 4/7/2008 | Glenn G. Ferrier, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2935 | YES |

# BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 912057166 | Young, Cornell F. | 2/7/1982 | MALE | GulfStream/Fluor | | Janice Bastain, et al v. Gulf Stream Coach, Inc., et al, USDC, New Orleans, Docket No. 09-2950 | YES |
| ADF | Adams; Daniel rep by Kasandra Paul | 12/6/1993 | MALE | GulfStream/Fluor | YES | 09-2915: Sullivan | YES |
| ADF | Adams; Danyea | 7/14/1988 | FEMALE | GulfStream/Fluor | YES | 09-2915: Sullivan | YES |
| 939360133 | Alexander; Alana | 8/12/1966 | FEMALE | GulfStream/Fluor | YES | 09-2892: Age | YES |
| 939360133 | Alexander; Erika rep by Alana Alexander | 7/31/1994 | FEMALE | GulfStream/Fluor | YES | 09-2892: Age | YES |
| 911881317 | Alford; Daphne | 1/11/1962 | FEMALE | GulfStream/CH2MHILL | YES | 09-2966: Alford | YES |
| 939724186 | Baker; Jahmal rep by Shemetris R. Baker | 12/3/1998 | MALE | GulfStream/Shaw | YES | 09-2964: Galloway | YES |
| 939716543 | Barbarin; Adam rep by Trichonda Green | 11/14/2005 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 921191728 | Bell; Veronica | 7/2/1991 | FEMALE | GulfStream/Shaw | YES | 09-2888: Bagneris | YES |
| ADF | Berfect; Sorretta | 9/28/1966 | FEMALE | GulfStream/Fluor | YES | 09-2950: Bastian | YES |
| 940781727 | Brown, Jr.; Joseph rep by Joseph Brown | 3/10/2005 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 921238803 | Brown; Elaine | 6/26/1950 | FEMALE | GulfStream/Fluor | YES | 09-2965: Boatner | YES |
| 940781727 | Brown; Jayden rep by Joseph Brown | 9/3/2007 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940781727 | Brown; Joseph | 1/13/1982 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940791063 | Butler, III; James | 2/8/1966 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940791063 | Butler, IV; James rep by Raynette Butler | 12/21/1992 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940791063 | Butler, Jalana, rep by Raynette Butler | 11/7/2000 | FEMALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940791063 | Butler, Joneice, rep by Raynette Butler | 8/1/1986 | FEMALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940791063 | Butler, Raynette | 5/12/1966 | MALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| ADF | Conerly; Alexis rep by Sorretta Berfect | 11/2/2002 | FEMALE | GulfStream/Fluor | YES | 09-2950: Bastian | YES |
| 939360133 | Cooper; Christopher rep by Alana Alexander | 12/18/1996 | MALE | GulfStream/Fluor | YES | 09-2892: Age | YES |
| 931144138 | Davis; Sylvia G. | 11/22/1954 | MALE | GulfStream/Shaw | YES | 09-2964: Galloway | YES |

## BELLWETHER NOMINEES FOR SEPTEMBER 2009 TRIAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 931137566 | Galloway; Rochelle L. | 2/16/1969 | FEMALE | GulfStream/Shaw | YES | 09-2964: Galloway | YES |
| 939716543 | Green, Trichonda | 2/25/1975 | FEMALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 939716543 | Green; Tyreone rep by Trichonda Green | 12/14/1994 | FEMALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 931311037 | Hardy; Maurice | 7/24/1953 | MALE | GulfStream/Fluor | YES | 09-2964: Galloway | YES |
| 940793521 | Johnson; Ariel | 3/7/1983 | FEMALE | GulfStream/Shaw | YES | 09-2934: Domino | YES |
| 939756562 | LaBeau; Shirley | 10/7/1942 | FEMALE | GulfStream/Fluor | YES | 07-9228: Aldridge | YES |
| 939429965 | Lee; Mable | 1/22/1950 | FEMALE | GulfStream/Shaw | YES | 09-2964: Galloway | YES |
| ADF | McPipe; Genesis rep by Kasandra Paul | 11/19/2001 | FEMALE | GulfStream/Fluor | YES | 09-2915: Sullivan | YES |
| ADF | Paul; Kasandra | 10/31/1976 | FEMALE | GulfStream/Fluor | YES | 09-2915: Sullivan | YES |
| ADF | Paul; Nicolas rep by Kasandra Paul | 8/11/1998 | MALE | GulfStream/Fluor | YES | 09-2915: Sullivan | YES |
| 939648159 | Self; Christine | 10/6/1958 | FEMALE | GulfStream/Shaw | YES | 07-9228: Aldridge | YES |
| 939648159 | Self; Robert W. | 2/24/1959 | MALE | GulfStream/Shaw | YES | 07-9228: Aldridge | YES |
| 939648159 | Self; Tyler D. rep by Christine Self | 6/10/1991 | MALE | GulfStream/Shaw | YES | 07-9228: Aldridge | YES |
| 931089563 | Taylor; Chris | 6/25/1954 | MALE | GulfStream/Fluor | YES | 07-9228: Aldridge | YES |
| 931089563 | Taylor; Valerie | 8/26/1959 | FEMALE | GulfStream/Fluor | YES | 07-9228: Aldridge | YES |
| 940781727 | Thomas; JaSchenelle rep by Shenelle Thomas | 1/27/2001 | FEMALE | GulfStream/Fluor | YES | 09-2962: Acker | YES |
| 940793521 | Wooten; Jaylen rep by Trenella Johnson | 7/16/2003 | FEMALE | GulfStream/Shaw | YES | 09-2934: Domino | YES |
| 9399608305 | Bell, Diana | 12/7/1957 | FEMALE | Keystone/Shaw Environ. | YES | Bell v. Keystone, et al, Suit No. 09-2967, Eastern District of La. | YES |
| 9399608305 | Bell, Raymond III | 3/26/1987 | MALE | Keystone/Shaw Environ. | YES | Bell v. Keystone, et al, Suit No. 09-2967, Eastern District of La. | YES |
| 938937212 | Byrd; Valena | 8/29/1938 | FEMALE | Keystone/Shaw Environ. | YES | 07-9228: Aldridge | YES |