# GOVERNMENT'S BELLWETHER PLAINTIFFS FOR 2009 TRIALS

**Fleetwood:**

1. Name:            Stephen A. Alfonso
   DOB:             05/31/1944
   FEMA ID#:        921127378
   IA/TAC:          Shaw
   VIN#:            4CJ1F322861504653
   Address:         268 W. Louisiana State Drive, Kenner, LA 70065
   Dates Occupied:  11/2005 (or 12/2005) to 9/2006

2. Name:            Elisha Dubuclet
   DOB:             03/14/1967
   FEMA ID#         940760507
   IA/TAC           Fluor
   VIN#:            4CJ1F322764015272
   Address:         6046 Dorothea Street, New Orleans, LA 70126
   Dates Occupied:  06/2006 to 09/2007

3. Name             Timia Dubuclet
   DOB:             09/23/1998
   FEMA ID#:        940760507
   IA/TAC:          Fluor
   VIN#:            4CJ1F322764015272
   Address:         6046 Dorothea Street, New Orleans, LA 70126
   Dates Occupied:  06/2006 to 09/2007

**Gulf Stream Coach:**

1. Name:            Damian Hargrove
   DOB:             10/30/1977
   FEMA ID#         931089563
   IA/TAC:          Fluor
   VIN#:            1NL1VTR2861061377
   Address:         5525 Patio Wa, New Orleans, LA 70129
   Dates Occupied:  4/19/06 to 8/20/07

2. Name:            Damian J. Hargrove, Jr.
   DOB:             11/26/2004
   FEMA ID#:        931089563
   IA/TAC:          Fluor
   VIN#:            1NL1VTR2861061377
   Address:         5525 Patio Way, New Orleans, LA 70129
   Dates Occupied:  4/19/06 to 8/20/07
3. Name:            Leroy Hargrove, Jr.

| | |
|---|---|
| DOB: | 10/29/1962 |
| FEMA ID#: | 911952394 |
| IA/TAC: | Shaw |
| VIN#: | 1NL1GTR2361002294 |
| Location: | 3225 Gravier Street, New Orleans, LA 70119 |
| Dates Occupied: | 03/2006 - 7/22/2008 |