# *Exhibit B*

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Wednesday, May 27, 2009 4:00 PM
**To:** Amanda_Ballay@laed.uscourts.gov
**Cc:** ANDREW WEINSTOCK; JOSEPH G. GLASS; richard.hines@nelsonmullins.com; jsaporito@LeakeAndersson.com; Raul R. Bencomo Esq.; Linda Nelson; Whitfield, Karen; 'Dinnell, Adam (CIV)'; Miller, Henry (CIV); dkurtz@bakerdonelson.com; Denise Martin; Carroll Lanassa
**Subject:** FEMA Litigation - Fleetwood Bellwether Trial

Amanda,

Late yesterday afternoon the plaintiffs in the Fleetwood bellwether trial, Shalahn and Craig Jenkins, informed us that they no longer wished to pursue their claims against any of the defendants in this litigation. After discussing the implications of their decision with them, they authorized us to file a voluntary dismissal with prejudice on their behalf and on behalf of their minor children. We intend to immediately do so once we receive written confirmation from them of their desire to dismiss their claims.

This afternoon we informed counsel for defendant Fleetwood, Jerry Saportio and Richard Hines, of the Jenkins's decision. We have committed along with counsel for Fleetwood to immediately identify a substitute party for the Fleetwood bellwether trial. Counsel for Fleetwood indicated that they are willing to hold firm to the date set for this particular trial.

The parties are also committed to going forward with the 30(b)6 deposition of the Fleetwood entities during the week of June 23, 2009, which was tentatively scheduled prior to this recent development.

The PSC will work with each defendant to ensure that there is a minimal disruption to the Court's bellwether trial schedule.

Please let us know if Judge Engelhardt requires any additional information regarding this matter.

Sincerely,

Justin and Jerry

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163