**From:** ANDREW WEINSTOCK [andreww@duplass.com]
**Sent:** Friday, May 29, 2009 4:56 PM
**To:** Amanda_Ballay@laed.uscourts.gov
**Cc:** Dinnell, Adam (CIV); henry.miller@usdoj.gov; dkurtz@bakerdonelson.com; Justin Woods; Gerald E. Meunier; Jerry Saporito; Richard Hines; Amanda Vonderhaar
**Subject:** FW: MDL-FEMA Trailers (Fleetwood 3498.39075: RE: Fleetwood plaintiff and Fleetwood Dep.

Amanda,

Fleetwood proposes either Heather Robertson-Durand or Calvin Parker, Sr. as their bellwether plaintiff. Fleetwood references Record Doc. 1227 as their brief in support of these proposed bellwether plaintiffs.

Andy