*Exhibit E*

**From:** Dinnell, Adam (CIV) [mailto:Adam.Dinnell@usdoj.gov]
**Sent:** Sunday, May 31, 2009 10:34 PM
**To:** ANDREW WEINSTOCK; Amanda_Ballay@laed.uscourts.gov
**Cc:** Miller, Henry (CIV); dkurtz@bakerdonelson.com; Justin Woods; Gerald E. Meunier; Jerry Saporito; Richard Hines; Amanda Vonderhaar
**Subject:** RE: MDL-FEMA Trailers (Fleetwood 3498.39075: RE: Fleetwood plaintiff and Fleetwood Dep.

Amanda,

The U.S. supports the nomination of Heather Robertson-Durand (as discussed in Doc. No. 1226). Given her status as a former class rep. and the fact that she has already been the subject of some discovery (FEMA file produced, etc.), she would be a suitable bellwether given the time pressures associated with this bellwether replacement. Please let me know if the Court would like a formal filing regarding this second Fleetwood bellwether selection.

Thanks,

Adam Dinnell

---

**From:** ANDREW WEINSTOCK [mailto:andreww@duplass.com]
**Sent:** Friday, May 29, 2009 4:56 PM
**To:** Amanda_Ballay@laed.uscourts.gov
**Cc:** Dinnell, Adam (CIV); Miller, Henry (CIV); dkurtz@bakerdonelson.com; Justin Woods; Gerald E. Meunier; Jerry Saporito; Richard Hines; Amanda Vonderhaar
**Subject:** FW: MDL-FEMA Trailers (Fleetwood 3498.39075: RE: Fleetwood plaintiff and Fleetwood Dep.

Amanda,

Fleetwood proposes either Heather Robertson-Durand or Calvin Parker, Sr. as their bellwether plaintiff. Fleetwood references Record Doc. 1227 as their brief in support of these proposed bellwether plaintiffs.

Andy