# *Exhibit F*



**U.S. Department of Justice**

Civil Division, Torts Branch
Environmental Torts
P.O. Box 340, Ben Franklin Station
Washington, DC 20044

August 27, 2008

**_VIA FEDERAL EXPRESS_**

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
(504) 522-2304

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Morton,
  Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700

    Re: **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.**, MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Counsel,

  Please find enclosed one CD containing FEMA disaster files for the following proposed and formerly proposed Class Representatives:

    1. Homer Brister - FEMA31-000001-000031
    2. Mable Crossley-Brister - FEMA32-000001-000032
    3. Barbara A. Dillon - FEMA33-000001-000130
    4. Nicole Esposito - FEMA34-000001-000034
    5. Damon D. Gordon - FEMA35-000001-000077
    6. Sylvia J. Keyes - FEMA36-000001-000043
    7. Heather Lee Robertson-Durand - FEMA37-000001-000109
    8. Gina M. Smith - FEMA38-000001-000137
    9. Sherry Trollinger - FEMA39-000001-000170



**U.S. Department of Justice**

Civil Division, Torts Branch
Environmental Torts
P.O. Box 340, Ben Franklin Station
Washington, DC  20044

---

    10. Kierra Wilson (Keena Magee) - FEMA40-000001-000123

Each document in the enclosed CD is assigned an individual identification number and the identification numbers of the documents being produced for each of the proposed and formerly proposed Class Representatives are identified above, next to the name of each person.

    To date, the United States has produced disaster files for the following persons:

    1. Diane Brown
    2. Joan Culler
    3. Tevin Jefferson
    4. Leroy Hargrove, Jr.

    5. Amy C. Alfonso
    6. Maryann N. Alfonso
    7. Elisha A. Dubuclet
    8. Rommel E. Griffin, II
    9. Orlando C. Jaime Vadi
    10. Bobby S. James
    11. Shirley G. LaBeau
    12. LaKeesha N. Lightell
    13. LaTonya S. London
    14. Adrina N. McCray
    15. Stephanie A. Pizani
    16. Rayfield Robinson
    17. Sherri Thomas

    18. Homer Brister
    19. Mable Crossley-Brister
    20. Barbara A. Dillon
    21. Damon D. Gordon
    22. Sylvia J. Keyes
    23. Nicole Esposito
    24. Heather Lee Robertson-Durand
    25. Gina M. Smith
    26. Sherry Trollinger
    27. Kierra Wilson (Keena Magee)

-3-

In addition, FEMA has attempted to retrieve the disaster files for the following persons:

1. Damian J. Hargrove Jr. (Damian J. Hargrove) (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) (FEMA# 931089563)
2. Dakyre Smith (Letecheia Acker) (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) (No FEMA#)
3. Cedric L. Wilkerson Jr. (Cedric L. Wilkerson) (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) (No FEMA#)
4. Luann Workman (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) (FEMA# 939754713)

In the case of these four individuals, the Social Security Number provided did not match a Social Security Number associated with any FEMA disaster file and the FEMA#, if provided, was not related the person's application for assistance. If any of these four individuals continue to be listed as proposed Class Representatives, we ask that you verify through these individuals that the data provided in their Plaintiff Fact Sheets are correct. Until the United States has valid identifying information for these persons, it will not be able to retrieve the appropriate disaster files.

Regards,

s/ Adam M. Dinnell
Adam M. Dinnell
Trial Attorney
U.S. Department of Justice, Civil Division
Environmental Tort Litigation
1331 Pennsylvania Avenue, Room 8004S
Washington, DC 20004
(202) 616-4211
Adam.Dinnell@usdoj.gov

Enclosure
cc:   Charles Barksdale
      Michelle Boyle
      Jordan Fried
      Adam Dinnell
      Jan Jones
      Henry Miller
      File