# *Exhibit H*

# *Exhibit H*

Case 2:07-md-01873-KDE-MBN   Document 1724-10   Filed 06/11/09   Page 1 of 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| This Document Relates to:<br>*Fleetwood Trial set for week of October 26, 2009* | * * * * * | JUDGE: ENGELHARDT<br>*<br><br>MAG: CHASEZ |

**************************************************************************

### AFFIDAVIT OF LEONARD J. MCGILL

STATE OF CALIFORNIA  )
                     )
COUNTY OF RIVERSIDE  )

BEFORE ME, an officer duly authorized to administer oaths, came Leonard J. McGill, having been duly sworn deposes and makes this affidavit in connection with, but not limited to, Fleetwood Enterprises, Inc.'s Opposition to PSC'S Motion to Continue Bellwether Trial and says:

1.

My name is Leonard J. McGill, and I currently hold the positions of Senior Vice President, General Counsel and Secretary with Fleetwood Enterprises, Inc. (hereinafter "Fleetwood"). I have held these positions since April 25, 2005.

2.

Fleetwood's corporate structure is continuing to undergo changes as a result of its March 10, 2009 filing of bankruptcy. Fleetwood's travel trailer division has already been liquidated,

with one of its plants already sold, the rest currently for sale, and its personnel widely scattered already.

3.

Fleetwood's motor home division has already signed an acquisition agreement that is projected to close at the end of June 2009, with its personnel displaced at that time.

4.

The manufactured housing division is seeking to close an acquisition agreement by the end of August 2009, at which point its personnel will also be displaced.

5.

Following that sale, Fleetwood's corporate headquarters at Riverside, California will be closed.

6.

By November 2009, upon the anticipated transfer of remaining property and claims to liquidating trust, Fleetwood's key executives will likewise end their employment with Fleetwood.

FURTHER AFFIANT SAYETH NOT.

_____
Leonard J. McGill

Sworn to and subscribed before me this 10th day of June, 2009.

_____
Notary Public
My commission expires: 2/2/2013



HEATHER L. KUNETKA
Commission # 1834786
Notary Public - California
Riverside County
My Comm. Expires Feb 2, 2013

2