FILED '09 JUN 04 14:52 USDC-LAE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:   **June 4, 2009**

**JESSICA B. BASTOE, together with all individuals and entities
whose names appear on the attached "Exhibit A"**
                            vs.

**DUTCHMEN MANUFACTURING, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the Federal
Emergency Management Agency**

Case **No.09-3590**   Section **SECT. N**   **MAG. 5**

Dear Sir:

     Please (issue) (**RE-ISSUE**) summons on the (**COMPLAINT**)
(amended

complaint) ( _____ amended complaint) (third party complaint)

(other : _____ ) to the following:

1. **Shaw Environmental, Inc.,**
   **thru its Agent for Service of Process:**
   **C T Corporation System**
   **5615 Corporate Blvd., Suite 400B**
   **Baton Rouge, LA 70808**

2. **Shaw Environmental, Inc.,**
   **thru its Counsel of Record:**
   **Ms. Karen Whitfield**
   **Baker Donelson Bearman Caldwell & Berkowitz PC**
   **201 St. Charles Avenue, Suite 3600**
   **New Orleans, LA 70170**

3. **Fluor Enterprises, Inc., thru its Agent**
   **for Service of Process:**
   **Corporation Service Company**
   **320 Somerulos Street**
   **Baton Rouge, LA 70802-6129**

_____ Fee_____
_____ Process_____
  X   Dktd_____
_____ CtRmDep_____
_____ Doc. No._____

(CONTINUED ON PAGE 2)

4. **Fluor Enterprises, Inc., thru its Counsel
   of Record:  Mr. Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre, Suite 2400
   717 Harwood
   Dallas, TX 75201**

5. **CH2M Hill Constructors, Inc., thru its
   Agent for Service of Process:
   C T Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808**

6. **CH2M Hill Constructors, Inc., thru its Counsel of Record:  Mr. Gerardo Barrios
   Baker Donelson Bearman Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard, Suite 201
   Mandeville, LA 70471**

Very truly yours,

**ROBERTA L. BURNS, ESQ. (#14945)
LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION
Torrest Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043**