UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION: N |
| This Document Relates to: ALL CASES | JUDGE ENGLEHARDT MAG. JUDGE ROBY |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING OF APPLICATION FOR APPOINTMENT OF DENNIS C. REICH TO THE PLAINTIFFS' STEERING COMMITTEE

NOW INTO COURT comes DENNIS C. REICH of the law firm of Reich & Binstock, L.L.P., who respectfully files this application for appointment to the Plaintiffs' Steering Committee in the above-captioned matter.

I am presently counsel of record for eight (8) plaintiffs in *Deanne Bowman v. Gulf Stream Coach, Inc., and Flour Enterprises, Inc.*, Civil Action No. 09-3808 in the Eastern District of Louisiana. A copy of the complaint is attached as Exhibit A. My firm is currently representing in excess of one thousand plaintiffs at this time and that number is growing. I have already developed strong working relationships with members of the Plaintiff Steering Committee ("PSC") and firms in Texas, Louisiana and Mississippi who are involved in the prosecution of cases within this MDL proceeding.

The opportunity to serve in this significant litigation comes at a time when I have the interest, ability, and the resources to fully commit myself to this time consuming and labor intensive responsibility. I also enjoy the full support of Reich & Binstock, of which I am a founding partner that has been operating since 1984.

1

For the past twenty years, I have been involved in numerous significant complex multiparty cases. Although the bulk of my professional work over the past twenty years has been in the fields of environmental and toxic tort litigation, I have had diverse experience litigating cases involving insurance coverage, health law, and pharmaceutical product liability litigation. After doing a brief internship during my third year of law school at the Federal Public Defenders office in Houston, Texas I became a founding partner of Reich & Binstock which has its principal office in Houston, Texas.

I am currently licensed in the states of Texas, California and New York. I have also practiced in various federal district courts throughout the nation and I am licensed in the Southern District of Texas and the Fifth Circuit Court of Appeals. My *curriculum vitae* is attached hereto as Exhibit B which identifies many of the representative cases in which I have served either as lead or co-lead counsel. I believe that over the years I have demonstrated an ability to work cooperatively with other lawyers in large complex matters. I have also been involved in a case in the Eastern District of Louisiana, *In Re: Katrina Canal Breaches Consolidated Litigation*, Civil Action *05-4182* and actively took a deposition of one of the water modelers in that case.

I have been devoting the majority of my professional time since September 2008 in the handling of numerous expert witness matters in the subject litigation and have been an active participant in the case. I had the honor to appear before this Court and cross-examined one of the experts presented by the defendants at the class certification hearing on December 2, 2008.

The firm of Reich & Binstock has a proven record of legal expertise in complex litigation matters. I have previously served as a member of the Plaintiffs' Executive Committee *In Re: MTBE Product Liability Litigation*, MDL 1358, in the United States District Court, Southern District of New York and presently my law partner, Robert J. Binstock holds positions on three

steering committees in pharmaceutical cases that have been designated as multi-district litigation. I have had extensive experience in representing landowners, tenants and businesses in large scale toxic tort property damage and personal injury cases involving plaintiffs who were affected by groundwater, soil and air pollution.

Currently, my office is providing support at the Steering Committee claims office. Further, I have been asked to co-counsel the Forest River trial set to begin December 7, 2009. I have also been deeply involved in the important expert issues surrounding the litigation. Additionally, I have attended the last three status conferences convened by this Honorable Court.

Respectfully submitted,

**REICH & BINSTOCK, L.L.P.**

BY: _____
DENNIS C. REICH (TX Bar 16739600)
REICH & BINSTOCK, L.L.P.
4265 San Felipe, Suite 10000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
Email: dreich@rbfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail United States mail, postage prepaid and properly addressed this 10th day of June, 2009.

_____
DENNIS C. REICH

3