OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUN -9  PM 12: 21

LORETTA G. WHYTE
CLERK

Date: _06/09/09_

_Gaudet, et al_

vs.

_Lexington Homes, et al_

Case No. _09-3737_ Section _N-5_

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1.   (name) _USA Thru_

     (address) _US Attorney General_

2.   (name) _____

     (address) _____

3.   (name) _____

     (address) _____

4.   (name) _____

     (address) _____

Very truly yours,

_____
"Signature"

Attorney for _B. Gaudet_

Address _____

Fee _____
Process _____
x Dktd _____
_ CtRmDep _____
_ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:    June 9, 2009

**BONNIE JOCHUM GAUDET, together with all individuals and entities whose names appear on the attached "Exhibit A"**

vs.

**LEXINGTON HOMES,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, THROUGH THE
FEDERAL EMERGENCY MANAGEMENT AGENCY**

Case No. **09-3737**    Section **N(5)**

Dear Sir:

Please (issue) (**RE-ISSUE**) summons on the (**COMPLAINT**) (amended complaint) ( _____ amended complaint) (third party complaint) (other :  _____ ) to the following:

1.    **The United States of America,**

**thru the United States Attorney General:**

**Hon. Eric H. Holder, Jr.**

**U.S. Department of Justice**

**950 Pennsylvania Avenue, NW**

**Washington, DC 20530-0001**

Very truly yours,

**Roberta L. Burns, Esq. (#14945)
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422**
*Attorney for Plaintiffs*