UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*************************************************************************

## ORDER

Considering Plaintiffs' Motion for Voluntary Dismissal:

IT IS HEREBY ORDERED THAT the foregoing Motion for Voluntary Dismissal is granted and all of plaintiffs' claims against; American Camper Manufacturing, LLC *doing business as* AMERI-CAMP; Cavalier Homebuilders L L C; Cavalier Homes Inc.; Circle B Enterprises Inc.; Clayton Homes of Lafayette Inc *formerly known as* Clayton Homes Inc.; Coachman Industries Inc.; Coachmen Recreational Vehicle Co. L. L. C .; Design Homes Inc.; American Homestar Corp.; Destiny Industries L. L. C.; D S Corp.; Dutch Housing Inc *doing business as* Champion Homes; Dutchmen Manufacturing Inc.; Fairmont Homes Inc.; Fleetwood Enterprises Inc.; Fleetwood Canada Ltd; Fleetwood Homes of North Carolina, Inc.; Frontier R V Inc.; Giles Family Holdings Inc.; Alliance Homes Inc *doing business as* Adrian Homes; Golden West Homes; Gulf Stream Coach Inc.; Horton Homes Inc.; Indiana Building Systems L. L. C. *doing business as* Holly Park; Heartland Recreational Vehicles L. L. C.; Jayco Enterprises Inc.; Keystone Industries Inc.; Keystone R V Co.; KZRV L. P.; Lakeside Park Homes Inc.; Layton Homes Corp.; Liberty Homes Inc.; Liberty R V &



Marine Inc.; Monaco Coach Corp.; Morgan Building & Spas Inc.; Morgan Building Systems Inc.; Oak Creek Homes L P; Oak Creek Homes Inc.; Oakwood Homes L L C; Palm Harbor Homes Inc; Lexington Homes; Philips Products Inc; Pilgrim International Inc; R-Vison Inc; Recreation By Design L L C; Redman Homes Inc *formerly known as* Dutch Homes; River Birch Homes Inc; Scotbilt Homes Inc; Silver Creek Homes Inc; Skyline Corp; Starcraft R V Inc; Southern Energy Homes Inc; Stewart Park Homes Inc; Sunray R V L L C; Superior Homes L L C; Hy-Line Enterprises Inc; Thor California Inc; Thor Industries Inc; T L Industries Inc; Vanguard Industries of Michigan Inc *also known as* Palomino R V; Waverlee Homes Inc; C M H Manufacturing Inc; Palm Harbor Manufacturing Inc; Palm Harbor Albermarle L L C; Viking Recreational Vehicles L L C; Timberland R V Co *doing business as* Adventure Manufacturing; Champion Home Builders Co; Townhomes L L C; Homes of Merit Inc; Play Mor Trailers Inc; Dreams R V Sales Inc; Sunnybrook R V Inc; Patriot Homes of Texas L P; Patriot Manufacturing Inc; Coachmen Recreational Vehicle Company of Georgia, LLC; Giles Industries, Inc.; Giles Industries of Tazewell, Incorporated; Jayco, Inc.; River Birch Homes, L.L.C.; SunRay Investments, LLC., are hereby dismissed without prejudice, reserving their claims against the United States of America and Forest River, Inc.

THUS DONE AND SIGNED on this 10th day of June, 2009.

*[signature]*
Judge, United States District Court
Eastern District of Louisiana