**ROBERT C. HILLIARD**
**HILLIARD MUNOZ GUERRA LLP**
719 S. Shoreline, Suite 500
Corpus Christi, Texas  78401
(361) 882-1612
Fax: (361) 882-3015
website:  hmglawfirm.com
*e-mail:  bobh@hmglawfirm.com*

Comes, Now Robert C. Hilliard and, pursuant to Pretrial Order No. 39 reopening the application/nomination process relating to the Plaintiffs' Steering Committee, submits and files his appointment for membership to the Plaintiffs' Steering Committee ("PSC").

Robert C. Hilliard has read, understands and agrees to the PCS's responsibilities as set out in Pretrial Order No. 1.

Robert C. Hilliard has previously filed a civil action in this litigation and currently represents approximately 22,000 plaintiffs.

Robert C. Hilliard, and his law firm Hilliard Munoz Guerra LLP, have already committed and are willing to continue and commit all necessary time and resources to zealously represent the Plaintiffs in this large and complex case.  Robert C. Hilliard, as one of the trial counsel in the Alexander trial, is already responsible for preparing the Plaintiffs for depositions, presenting them for depositions and presenting the Plaintiffs live at trial.  Additionally, Robert C. Hilliard is currently responsible for and is actively preparing the liability evidence as it relates to Fluor Enterprises, Inc. ("Fluor") for each trial that Fluor will be a Defendant. To date, this has included coordinating and cooperating with Fluor's counsel , Charlie Penot, in setting and scheduling depositions, taking depositions, developing an electronic search protocol in a quick and agreeable fashion with Mr. Penot that will allow for the production of an extremely large amount of Fluor documents.  Moreover, given the short time before the September trial setting, Robert C. Hilliard continues to work reasonably and flexibly with Fluor's counsel to assure both sides are ready for trial, and both sides have a fair and adequate opportunity to conduct discovery.

Robert C. Hilliard has also cooperated with Defendant's liaison counsel in coordinating the Plaintiffs IME, and discussing the requests of Mr. Weinstock regarding 'walk thrus' of Plaintiffs residence and other discovery matters.

Robert C. Hilliard has attended the site inspection of the trailer, worked extensively and almost on a daily basis with other PSC members in locating and preparing Plaintiffs experts and actively and almost on a daily basis participated in other matters with the PSC to develop strategies and themes for trial.

**PROFESSIONAL EXPERIENCE**
Robert C. Hilliard has had extensive professional experience in this type of litigation during his 25 year career.

In 1991, he was the trial lawyer for Kelly Havner in a toxic tort case against Merrill Dow Pharmaceutical involving the morning sickness drug, Bendictin, resulting in a 33 million dollar verdict.  *Havner v. Merrill Dow* became the benchmark case in Texas for the admissibility of expert testimony, specifically overruling the reliability standard of Tex. Rules of Evid. 702. Havner was the State sister case of *Daubert v. Merrell Dow* 509 U.S. 579 (1993), involving the same morning sickness drug, the same named experts and addressing the same identical issue: expert scientific testimony and the methods and procedures of the scientists offering those opinions. Mr. Hilliard attended the U.S. Supreme Court oral argument of *Daubert v. Merrell Dow* in Washington D.C. In June of 1993 that Court set out the new standard for Federal District Courts when deciding the admissibility of expert testimony.  It is anticipated that numerous *Daubert* motions will be filed in the FEMA litigation.

Mr. Hilliard filed the first litigation in the country against Guidant Corporation for its conscious decision to allow known defective heart defibrillators to be sold.  He deposed Guidant's CEO, Fred McCoy, which ultimately played a major role in the resolution of the national MDL.

Notably, Mr. Hilliard was the leading Texas Class-Counsel for *Haese v. H & R Block* in 2003, a class action lawsuit involving several thousand Texas plaintiffs. He was successful in forcing *H & R Block* to disclose it had received kickbacks for arranging loans between its tax preparation clients and predatory lenders. He also succeeded in having the Court throw out an arbitration clause that, if not thrown out, would have prevented any client defrauded by *H & R Block* from ever having a Court decide whether they were right or wrong. He succeeded in stopping an attempt by *H & R Block* to force all Texas class members to share in an Illinois national class action settlement where  the total maximum value was $25 million. Instead, he negotiated a settlement that paid Texas clients of *H & R Block* $26 million in cash (more for Texas clients alone than the previous settlement would have paid the entire country), and also included coupons and discounts valued, by the undisputed evidence presented in Court, to be worth more than $100 million to those same Texas clients. He then filed a motion requesting permission to share half of the total attorney's fees with his clients.  Resulting in his clients recovering an additional 25 million dollars.

Mr. Hilliard has represented multiple plaintiffs in litigation with Ocwen Loan Services, LLC (formerly Ocwen Federal Savings Bank) involving predatory lending.  Mr. Hilliard tried two cases to successful verdicts in Corpus Christi, Texas, and Galveston, Texas (3.5 million and 10 million).  He was part of the state Multi-District Litigation in Texas.

Mr. Hilliard has had experience with toxic tort law involving large numbers of plaintiffs, by way example:

1. *Gary David Harding, et al v. Browning-Ferris Industries, Inc., et al* –  Duval County – Approx.  207 Plaintiffs  – 1995, landfill contamination.

2. *Anita Michelle Allen, et al v. AKZO Nobel Coatings, Inc*., *et al* – Jefferson County Texas and  *Mrs. L.D. (Marie) Henry, et al v. AKZO Noble Coatings, Inc., et al* –Henderson County Texas –  400 Plaintiffs –1998, workplace contamination.

3. *Rudy Achee, et al v. Port Drum Company Chevron Chemical Company* – In the U.S. District Court for the Eastern District of Texas Beaumont Division – 1,588 Plaintiffs – 2001, neighborhood contamination.

4. *Harold Mitchel, Gerald Jones, and Mary Ann Edwars, Individually and on Behalf of others Similarly Situated v. IMC Global, Inc. and IMC Global Operations, Inc*. – In the Unite States District Court for the District of South Carolina Spartanburg Division – 1,456 Plaintiffs – 2004, neighborhood contamination.

5. *Mrs. Vergie Adams, et al v. American Exology Environmental Services Corp, et al* – Tarrant County Texas – Approx 675 Plaintiffs – 1999 & 2000, neighborhood contamination.

6. *Texas Processing, Inc., Doug Hoskins, et al vs. Oxy Petrochemicals, Inc., et al* – Nueces County, workplace contamination.

7. *Joe Pinon, et al v. Jobe Concrete Products, Inc*. – El Pas County Texas – Approx. 862 Plaintiffs – 2005, neighborhood contamination.

8. *Jeannie Carter, et al vs. Ballard Sand & Gravel Pit, et* – Nueces County Texas—Approx 164 Plaintiffs – 2005, neighborhood contamination.

9. *Vanessa Coley, Individually and on behalf of Neville R. Coley, Jr, et al vs. Hercules Incorporated, et al* – In the Sate Court of Fulton County State of Georgia – Approx. 1,347 Plaintiffs – 2003, neighborhood contamination.

**BOARD CERTIFIED**:
   Robert C. Hilliard has been Board Certified in Personal Injury since 1990
   Robert C. Hilliard has been Board Certified in Civil Trial Litigation since 1992.

**PROFESSIONAL ACTIVITIES:**
   Founder of Hilliard & Munoz, L.L.P., 1985
   Past Co-Chair of the Association of Trial Lawyers of America, Ethics Committee [nka: American Association for Justice (AAJ)]
   Instructor of the Gerry Spence Trial Lawyers College in Wyoming, 1997-2000

**HONORS:**
   Selected for inclusion in 2003, 2004, 2006, 2007 and 2008 *Texas Super Lawyers* magazine.

   Named Boss of the Year by Corpus Christi Association of Legal Professionals, 2007