OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

*[FILED stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LA, 2009 JUN -9 PM 12:21, LORETTA G. WHYTE CLERK]*

Date: __06/09/09__

__Raymond L. Deogracias, et al__

vs.

__Starcraft RV, Inc., et al__

Case No. __09-3732__ Section __N5__

Dear Sir:

Please (issue) (**re-issue**) summons on the (**complaint**) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1.  (name)    __USA thru__
    (address) __US Attorney General__

2.  (name)    _____
    (address) _____

3.  (name)    _____
    (address) _____

4.  (name)    _____
    (address) _____

Very truly yours,

_____
"Signature"

Attorney for __Gieber__

Address _____

__/__ Fee _____
__x__ Process __Cal6__
__x__ Dktd _____
____ CtRmDep _____
____ Doc. No. _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:   June 9, 2009

**RAYMOND L. DEOGRACIAS, together with all individuals and entities whose names appear on the attached "Exhibit A"**

vs.

**STARCRAFT RV, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, THROUGH THE
FEDERAL EMERGENCY MANAGEMENT AGENCY**

Case No. **09-3732**   Section **N(5)**

Dear Sir:

Please (issue) (**RE-ISSUE**) summons on the (**COMPLAINT**) (amended complaint) ( _____ amended complaint) (third party complaint) (other : _____ ) to the following:

1.  **The United States of America,**
    **thru the United States Attorney General:**
    **Hon. Eric H. Holder, Jr.**
    **U.S. Department of Justice**
    **950 Pennsylvania Avenue, NW**
    **Washington, DC 20530-0001**

Very truly yours,

Roberta L. Burns, Esq. (#14945)
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422
*Attorney for Plaintiffs*