OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED '09 JUN 04 14:51 USDC-LAE

Date:  **June 4, 2009**

**WILLIAM PENNY, together with all individuals and entities whose names appear on the attached "Exhibit A"**

vs.

**FAIRMONT HOMES, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency**

Case **No. 09-3591**   Section **SECT. N   MAG. 5**

Dear Sir:

   Please (issue) (**RE-ISSUE**) summons on the (**COMPLAINT**) (amended complaint) ( ____ amended complaint) (third party complaint) (other : _____ ) to the following:

   1.  Shaw Environmental, Inc.,
       thru its Agent for Service of Process:
       C T Corporation System
       5615 Corporate Blvd., Suite 400B
       Baton Rouge, LA 70808

   2.  Shaw Environmental, Inc.,
       thru its Counsel of Record:
       Ms. Karen Whitfield
       Baker Donelson Bearman Caldwell & Berkowitz PC
       201 St. Charles Avenue, Suite 3600
       New Orleans, LA 70170

   3.  Fluor Enterprises, Inc., thru its Agent
       for Service of Process:
       Corporation Service Company
       320 Somerulos Street
       Baton Rouge, LA 70802-6129

___ Fee
___ Process
 X  Dkt

(CONTINUED ON PAGE 2)

Page 2

4. Fluor Enterprises, Inc., thru its Counsel
   of Record: Mr. Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre, Suite 2400
   717 Harwood
   Dallas, TX 75201

5. CH2M Hill Constructors, Inc., thru its
   Agent for Service of Process:
   C T Corporation System
   5615 Corporate Blvd., Suite 400B
   Baton Rouge, LA 70808

6. CH2M Hill Constructors, Inc., thru its Counsel of Record: Mr. Gerardo Barrios
   Baker Donelson Bearman Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard, Suite 201
   Mandeville, LA 70471

Very truly yours,

ROBERTA L. BURNS, ESQ. (#14945)
LAW OFFICES OF SIDNEY D. TORRES, III
A PROFESSIONAL LAW CORPORATION
Torrest Park Plaza, Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043