OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: June 12, 2009

Angela and Richard Sullivan, et al
versus
Gulf Stream Coach, Inc., et al
Case No. 09-2915  Section "N" (5)

Please (issue) **RE-ISSUE**) summons on the (**COMPLAINT**) (amended complaint) ( ___ amended complaint) (third party complaint)
(other : _____ ) to the following:

1. Fluor Enterprises, Inc.
   through their counsel of record
   Mr. Charlie R. Penot, Jr.
   Middleburg, Riddle & Gianna
   KPMG Centre, Suite 2400
   717 North Harwood Street
   Dallas, Texas  75201

Very truly yours,

Ronnie G. Penton
Attorney for Plaintiffs
209 Hoppen Place
Bogalusa, LA  70427