# *Exhibit B*

9/17/2008  Dubuclet, Elisha

```
 1              UNITED STATES DISTRICT COURT

 2              EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6     IN RE:  FEMA TRAILER        MDL NO. 1873

 7     FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 8     LIABILITY LITIGATION        JUDGE ENGELHARDT

 9

10                    *   *   *

11

12

13          Deposition of ELISHA A. DUBUCLET o/b/o

14     TIMIA DUBUCLET, 6046 Dorothea Street, New

15     Orleans, Louisiana 70126, taken at the Law

16     Office of Frank J. D'Amico, Jr., 622 Baronne

17     Street, New Orleans, Louisiana 70113, on

18     Wednesday, the 17th day of September, 2008.

19

20

21

22

23     REPORTED BY:

24          JAMES T. BRADLE, CCR

            PROFESSIONAL SHORTHAND REPORTERS

25          (504)529-5255
```

```
 1    computer regarding your time in the travel
 2    trailer?
 3         A    No, sir.
 4         Q    Now, on your Plaintiff Fact Sheet,
 5    you claim that this is a Fleetwood travel
 6    trailer; is that correct?
 7         A    Well, I don't claim it.  I got it
 8    off of the trailer.  That's what they had.
 9         Q    Well, that was my next question,
10    how did you know?
11         A    Yeah, I had documentation of all
12    of that stuff.
13         Q    Okay.
14         A    Because I used to have to
15    constantly call for air conditioning, for
16    the stove, the microwave.  Don't even
17    mention the mildew.  It was like, oh, my
18    God, my skin used to just crawl.  Everything
19    was just mildew.  I don't care if you leave
20    the windows open, how much you clean it,
21    there was just constant mildew everywhere.
22         Q    In the travel trailer?
23         A    Our clothes would get messed up,
24    you know.  In the trailer.
25         Q    Now, you indicate on your
```

9/17/2008  Dubuclet, Elisha

```
1     Plaintiff Fact Sheet that you had called
2     for -- I do recall the stove for sure.
3          A    Microwave.
4          Q    Microwave.  What was the problem
5     with the microwave?
6          A    It wasn't working.
7          Q    Okay.  And that was when you first
8     moved in?
9          A    Yes.
10         Q    And then I also see that you
11    called regarding your stove?
12         A    Yes.  It wasn't working.
13         Q    It wasn't working.  The air
14    conditioner?
15         A    Constantly broke.
16         Q    Who came out to repair those
17    things?
18         A    The service -- It was like
19    certain -- You know, certain people that
20    deal with certain areas with the trailers,
21    so you had a certain number to call for each
22    area, so that's how it was set up.
23         Q    FEMA never came out specifically,
24    anybody from the Federal Government?
25         A    No.  I believe they may have
```

9/17/2008  Dubuclet, Elisha

```
 1   worked through FEMA, the company, but FEMA,
 2   no.  And the door --
 3       Q   And you were -- I'm sorry.  Please
 4   finish.
 5       A   The door constantly kept breaking.
 6   I would constantly have to keep calling them
 7   for that.  One time the plumbing system, I
 8   don't know what happened, but they had to
 9   come fix the toilet, do the pipe over, the
10   sewage, drainage things where it wasn't
11   draining and put a new one on there.
12   Rodents, roaches.
13           I mean, I would spray or have
14   somebody spray or whatever, call 311, the
15   city, you know.  I mean, the rodents were so
16   bad, when you walk out of the trailer, the
17   stool from the rodents was there all over
18   everything.
19       Q   And your house was in New Orleans
20   east, correct?
21       A   Yes.
22       Q   Did you ever call to complain
23   about any type of problems that you or your
24   daughter or your son were having to FEMA?
25       A   No.
```