UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | | SECTION "N" (4) |

| | |
|---|---|
| **This Document Relates to** | **Judge Engelhardt** |
| **White v. Circle B** | **Mag. Judge Roby** |
| **Number 08141** | |
| **Southern District of Alabama** | |

**FILED:** _____   **DY. CLERK:** _____

**MOTION FOR LEAVE OF COURT**
**TO FILE SUPERSEDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Betty White, individually, and on behalf of her minor child, Erin McConnel, and Sylvia Keyes, who do request Leave of Court to file their Superseding Complaint for Damages, for the reasons more particularly outlined in the attached Memorandum in Support of Motion for Leave of Court to File Superseding Complaint for Damages.

1

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA 70427
PHONE        :        (985) 732-5651
TELECOPIER:        (985) 735-5579
E-MAIL        :        rgp@rgplaw.com

DENNIS SWEET (Ala. Code ASB-0956-76D)
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI 39201
PHONE        :        (601) 965-8700
TELECOPIER:        (601) 965-8719
E-MAIL        :        dennis.sweet@sweetandassociates.net

- 

s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that service of the above and foregoing pleading was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party or counsel who is not a Filing User in accordance with the Federal Rules and Local Rules of this Honorable Court on this date.

June 12, 2009.

                                            <u>s/Ronnie G. Penton</u>
                                            Ronnie G. Penton