IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

Betty White, individually and on behalf of    \*
her minor child Erin McConnel, and    \*
Sylvia Keyes, et al    \*      **DOCKET NO. 08141**

 PLAINTIFFS    \*
   \*
   \*
versus    \*
   \*
Circle B Enterprises, Inc., et al and John    \*
Does 1-20    \*
DEFENDANTS    \*
   \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF LEAVE OF
COURT TO FILE SUPERSEDING COMPLAINT FOR DAMAGES**

**MAY IT PLEASE THE COURT:**

Plaintiffs filed their Class Action Complaint for Damages on March 20, 2008.  This

matter was transferred to the United States District Court for the Eastern District of

Louisiana in a matter entitled "In Re: FEMA Trailer Formaldehyde Products Liability

Litigation", bearing MDL Number 1873, for coordinated or consolidated pretrial

proceedings pursuant to 28 U.S.C. §1407.

Since the original Class Action Complaint for Damages was filed, Plaintiffs are in

possession of additional and more specific information concerning the manufacturer of the

subject trailers, information concerning testing, various other information compiled through

various governmental agencies, and more specific information concerning the Plaintiffs and

their status with regard to the minor child.  Additionally, class certification has been denied

and those allegations are being deleted.

1

Rather than attempting to amend and/or supplement each paragraph of the original

Class Action Complaint for Damages, Plaintiffs desire to file a superseding complaint in the

interest of efficiency and to avoid confusion.

Therefore, Plaintiffs desire Leave of Court to supplement and amend their original

Class Action Complaint for Damages by filing a superseding complaint.

LAW OFFICES OF RONNIE G. PENTON
209 HOPPEN PLACE
BOGALUSA, LOUISIANA  70427
PHONE          :          (985) 732-5651
TELECOPIER:          (985) 735-5579
E-MAIL         :          rgp@rgplaw.com

DENNIS SWEET (Ala. Code ASB-0956-76D)
SWEET & ASSOCIATES
158 EAST PASCAGOULA STREET
JACKSON, MISSISSIPPI  39201
PHONE          :          (601) 965-8700
TELECOPIER:          (601) 965-8719
E-MAIL         :          dennis.sweet@sweetandassociates.net

- 

s/Ronnie G. Penton
Ronnie G. Penton
Trial Counsel for Plaintiffs
Louisiana Bar Roll Number 10462