## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    FEMA TRAILER<br>               FORMALDEHYDE<br>               PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N" (4) |
| **This Document Relates to**<br>**White v. Circle B**<br>**Number 08141**<br>**Southern District of Alabama** | **Judge Engelhardt**<br>**Mag. Judge Roby** |
| FILED: _____ | DY. CLERK: _____ |

### O R D E R

**CONSIDERING THE FOREGOING:**

**IT IS ORDERED** that Plaintiffs be allowed Leave of Court to file their Superseding Complaint for Damages in the above entitled and numbered cause.

Signed in New Orleans, Louisiana, this the _____ day of June, 2009.

_____<br>J U D G E