OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

                              Date: June 12, 2009

                              Betty White, et al
                              versus
                              Forest River, Inc., et al
                              Case No. 07-MDL-1873

      Please (**ISSUE**) (RE-ISSUE) summons on the (**SUPERSEDING COMPLAINT**) (amended complaint) ( ___ amended complaint) (third party complaint)
(other : _____ ) to the following:

1.    UNITED STATES OF AMERICA
      through Federal Emergency Management Agency
      through State of Louisiana Attorney General
      Mr. Jim Letton
      500 Poydras Street, Suite B210
      New Orleans, Louisiana 70130

2.    UNITED STATES OF AMERICA
      through Federal Emergency Management Agency
      through United States Attorney General
      U.S. Dept. of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

3.    UNITED STATES OF AMERICA
      through Federal Emergency Management Agency
      500 C Street S.W.
      Washington, D.C. 20472

4.    CH2M HILL CONSTRUCTORS, INC.
      through its agent for service of process,
      CT Corporation System
      5615 Corporation Boulevard, Suite 400B
      Baton Rouge, Louisiana 70808

5.  Forest River, Inc.
    through its agent for service of process,
    CT Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, Louisiana  70808

                                    Very truly yours,

                                    Ronnie G. Penton
                                    Attorney for Plaintiffs
                                    209 Hoppen Place
                                    Bogalusa, LA  70427