# Lila F. Laux, PhD
**Human Factors Consulting**
417 Leyden Street
Denver, CO 80220
(303) 388-4659

## EDUCATION

Doctor of Philosophy, Industrial Psychology/Human Factors Engineering, Rice University.
Master of Science, Applied Psychology, University of Southwest Louisiana.
Bachelor of Arts, Rice University.
Certification, Assistive Technology, California State University, Northridge

## PROFESSIONAL AFFILIATIONS

The Human Factors and Ergonomics Society
Editorial Board of the Journal of the Human Factors and Ergonomics Society
Rocky Mountain Chapter of the HFES

Immediate Past-president of the Rocky Mt. Chapter of the Human Factors and Ergonomics Society (HFES), Director, RMHFES, past President Houston/NASA Chapter of the HFES, past member of the: Board of Directors of the Texas Safety Association, Advisory Board of the AAA/Texas Region, Houston Council on Aging, Texas Dept. of Health Working Committee to Establish Goals for the Reduction of Unintentional Injury for Texas, Year 2000; Co-chair of the Texas Older Driver Taskforce Committee on Testing/relicensing, and chair of several technical groups for the HFES.

## PROFESSIONAL EXPERIENCE

October 22, 2001 to Present
    Alion Science & Technology
    Micro Analysis & Design
    4949 Pearl St. E. Suite 300, Boulder, CO 80301.
    Senior Cognitive Engineer/Human Factors Engineer

February 1, 1994 - June 30, 2001
    US West Technologies/Qwest Communications, Lead Human Factors Engineer

September 1985 - December 31, 1993
    Baylor College of Medicine - Dept. of Community Medicine, Houston, TX
    Research Staff and Faculty conducting basic human factors research.

August 1986 – December 1993
    Research Associate and Instructor, Dept. of Psychology, Rice University.
    Conducted basic human factors research. Taught human factors and Industrial Psychology.

June 1982 – August 1993
: Office of Continuing Studies, Rice University, Director of Testing - ESL program.

Jan 1990 – Aug 1991
: Co-principal on a grant funded by the AAA Foundation to study the safety implications of changes in the location and demands of vehicle displays and controls.

Mar 1990 – June 1991
: Research Associate on a grant funded by the National Institute on Alcohol Abuse and Addiction to study attention effects with respect to warnings on alcohol containers.

Aug 1988 – Jan 1991
: Consultant to Lockheed Engineering to work on a NASA project to develop a nonintrusive inflight data collection system for human factors analysis of astronaut performance.

Jan 1989 – May 1990
: Co-principal on a General Motors contract to develop human factors requirements for the Access Car, a car designed to meet the needs of older drivers

Apr 1988 – Aug 1988
: Co-principal on a grant from Pontiac Division of General Motors to develop a manual outlining the human factors approach to developing facilitators (warnings, labels, and instructions).

May 1987 – Aug 1987
: Co-investigator on a project funded by Chevrolet Division of General Motors to perform Human Factors analysis of vehicle owner's manuals, labels, and warnings.

May 1985 – Aug 1985
: Co-authored a manual for participants in the extensive outplacement program offered by King, Chapman & Broussard, a consulting firm in Houston.

Jun 1984 – Feb 1985
: Industrial/Organizational Internship with King, Chapman & Broussard, 1000 Louisiana, Suite 1060, Houston, TX, 77002. Evaluated the Employee Involvement Intervention at Ford Motor Company, Detroit, MI. Developed questionnaires and survey instruments, designed research protocol, carried out research and analyzed data, wrote final report.

Jul 1981 – Jul 1984
    Baylor College of Medicine, Dept. of Community Medicine. Research Associate for a three year grant entitled Ergonomics in Medicine. Developed research design, developed instruments to collect data re predictor and criterion variables, collected and analyzed data, wrote reports.

Mar 1984 – Oct 1984
    Houston Independent School District, Research and Evaluation, 3310 Cummins, Houston, TX, 77098. Consultant. Performed job analysis interviews of principals, vice-principals, and administrators that were used to develop assessment center exercises to evaluate the performance of these groups of employees.

Jul 1983 – Oct 1983
    Houston Independent School District, Research and Evaluation, 3310 Cummins, Houston, TX, 77098. Member of a three person team that developed the mathematics proficiency portion of HISD's basic competency test for teachers.

June 1982 – Jun 1983
    Psychology Dept., Rice University, Houston, TX, 77251. Research associate on an NIMH grant to investigate the information processing components of substitution tests, and age-related differences in performance on these tests. Employed componential analysis, designed experimental procedure for study, wrote computer programs to collect data, collected data from over 300 children and young and older adults, analyzed data and wrote report.

Aug 1980 – Sep 1981
    Psychology Dept., Rice University, Houston, TX 77251. Research Associate on a grant to evaluate the effects of training on spatial visualization ability. Collected and analyzed data.

May 1980 – Sep 1980
    The University of Texas Medical School Houston, Office of the Dean, Houston, Texas, 77030. Assisted in developing the instrument to assess medical students' attitudes toward residency programs. Assisted in analysis of data and report writing.

Apr 1978 – Apr 1979
    Testing and Counseling Center, University of Southwest Louisiana (now University of Louisiana at Lafayette), Lafayette, LA. Worked with student clients to test abilities and aptitudes and recommend

educational programs.  Counseled students.  Developed and presented workshops and training programs for students and staff.

Aug 1961 – May 1968
Secondary science teacher (general science, earth science, biology, chemistry).  Hope Mills, NC; Austin, TX; New Orleans, LA.

SKILLS      Experimental and applied research: methods and design, data collection and analysis.

Hazard pattern analysis; development of hazard communication systems.

Development and evaluation of training programs and interventions.

Task and job analysis.  System analysis.

Human Performance Modeling

Statistical analysis: univariate and multivariate analysis of variance, correlational and regression analysis, factor analysis; analysis of results.

Proposal writing; report and grant writing; technical writing and editing;

Design, development, validation and implementation of tests, questionnaires and survey instruments.

REFERENCES
Kenneth Laughery, PhD.  Professor of Human Factors Psychology.  Psychology Dept.  Rice University, Houston, TX 77251

William Howell, PhD.  Professor of Industrial/Organizational Psychology.  Arizona State University.  7001 E. Williams Field Rd., Building 20, Mesa AZ 85212

Betty Sanders, PhD. President, Humanomics, Inc.  10814 Oak Hollow Dr., Houston, TX 77024

Laurel Allendar, PhD.  US Army Research Lab, AMSRL-HR-MB, Aberdeen Proving Ground, MD 21005-5425

**SELECTED PUBLICATIONS from over 100 publications and Presentations**
A complete list of publications and presentations is available on request.

Bowden, Tim, Laux, Lila, Keenan, Patricia, & Knapp, Dierdre (2003). *Identifying and Assessing Interaction Knowledge, Skills, and Attributes for Objective Force Soldiers*. DASW01-03-C-0021, Alexandria, VA: U.S. Army Research Institute for the Behavioral and Social Sciences.

Brockett, Alan, Laux, Lila, & Dahn, David. (2002). A human centered approach to controlling multiple semi-autonomous vehicles. *Proceedings of the American Institute of Avionics and Astronautics, Unmanned Aerospace Vehicles, Systems, Technologies, and Operations Conference and Workshop*, Portsmouth, VA.

Laughery, Kenneth & Laux, Lila. (1988). Communicating with the worker through the MSDS. Hazard Communication II: Material Safety Data Sheets Are a Communication Tool, ASTM STP. Presentation to the American Society for Testing and Materials Annual Meeting, Williamsburg, VA, April.

Laughery, Kenneth, Vaubel, Kent, Rowe-Halber, Anna & Laux, Lila (1991). Effects of explicitness in conveying severity information in product warnings. *Proceedings of the 35th Annual Meeting of the Human Factors Society.* San Francisco, CA, Sept. 2-6.

Laughery, Ronald & Laux, Lila. (2002). Decision-centered design as the basis of defining the human role in systems. *Proceedings of the IEEE 7th Conference on Human Factors and Power Plants: New Century, New Trends*. Scottsdale, AZ. September 15th – 19th.

Laux, Lila & Lane, David. (1985). Information processing components of substitution test performance. *Intelligence*, vol. 9, pp. 111-136.

Laux, Lila, Baker, Susan, Mayer, David, Pavlik, Valery & Vallbona, Carlos. (1987). A new look at patient compliance. Paper presented at Society of Teachers of Family Medicine South Central Regional Meeting, Houston, TX: Oct. 10.

Laux, L. & Lane, D. (1988). Individual differences in visual perceptual processing: Attention, intelligence, and display characteristics. *Proceedings of the 32nd Annual Meeting of the Human Factors and Ergonomics Society*, Santa Monica, CA.

Laux, Lila, Pavlik, Valery, Vallbona, Carlos, Baker, Susan, Merrill, Joseph & Mayer, David. (1988) Attributions and patient compliance (Abstract). *Proceedings of the North American Primary Care Research Group, 26th Annual Meeting*, p. 275.

Laux, L. & Carson, C. (1989). Non-intrusive inflight data collection: Concept, utility and status. *NASA JSC Publication N0. 24197*.

Laux, Lila, Mayer, David & Thompson, Nellie. (1989). Usefulness of pictorials and symbols in communicating hazard information. *Proceedings of Interface 89 Sixth Symposium on Human Factors and Industrial design in Consumer Products*. Pittsburg, PA: Carnegie-Mellon University, May 22-24.

Laux, Lila & Brelsford, John. (1989). Locus of control, risk perception, and precautionary behavior. *Proceedings of Interface 89 Sixth Symposium on Human Factors and Industrial design in Consumer Products*. Pittsburg, PA: Carnegie-Mellon University, May 22-24.

Laux, Lila F. & Brelsford, John. (1990). *Age-related changes in sensory, cognitive, psychomotor, and physical performance*. AAA Foundation for Traffic Safety, Washington, D.C.

Laux, Lila. (1990). Motivating changes in diet and exercise: Applying attribution theory. *Final Program and Abstracts, 7th Symposium on Nutrition and Cancer*, UTMB Cancer Center, Houston, June 7-8.

Laux, Lila, Lebiere, Christian & Best, Brad. (2006) The US Military Force is Getting Older: Modeling Age-related Changes in Performance. The Behavior Representation in Modeling Conference, Simulation Interoperability Standards Organization, Washington, DC:May.

Laux, Lila & Mayer, David. (1991). Road sign comprehension: Age and sex effects. *Proceedings of the 70th Annual Meeting of the Transportation Research Board of the National Research Council*, Washington, D.C.

Laux, Lila & Mayer, David. (1991). *Locating vehicle controls and displays: Effects of expectancy and age.* AAA Foundation for Traffic Safety, Washington, D.C.

Laux, Lila & Mayer, David. (1992). A human factors approach to developing facilitators (warnings and instructions). In Brian Peacock & Waldemar Karwowski, (Eds.). *Automotive Ergonomics*, Taylor & Francis, Ltd.: Washington, D.C.

Laux, Lila F. (1993). Perceptual demands of reading blood glucose strips. *Proceedings of the Interface '93 Conference*, Raleigh, N.C.

Laux, Lila (1994). Visual interpretation of blood glucose test strips. *The Diabetes Educator.* Vol 20, No. 1.

Laux, Lila (1995). Aging techniques. In Jon Weimer, (Ed). *Research Techniques in Human Engineering.* Prentice Hall, Englewood Cliffs, N.J.

Laux, Lila. (1998). Designing web pages and applications for people with disabilities. In Chris Forsythe, Eric Grose, & Julie Ratner (Eds). *Human Factors and Web Development*. Lawrence Earlbaum, Mahwah, N.J.

Laux, Lila. (2001). Aging, communication, and interface design. In Neil Charness, Denise Parks, & Bernhard Sabel (Eds). *Communication, Technology & Aging*. Springer, Canada.

Laughery, Ronald & Laux, Lila (2002). Decision-centered design as the basis for control-room human factors. *Proceedings of the IEEE Seventh Conference on Human Factors and Power Plants – New Century, New Trends*. Scottsdale, AZ: Sept.19-22.

Laux, Lila, Small, Ronald, & Archer, Susan (2006). AOC and DCGS Acquisition Phases and HSI Tools. Air Force Research Laboratory Contract Number: DAAD19-01-C-0065

Laux, Lila, Laughery, Ronald, Endsley, Mica, & Strub, Michael. (2002) Designing systems around soldier decision making: Improving C4ISR processes. *Proceedings of the 23rd Army Science Conference*, Orlando, FL.

Laux, L., Mcdermott, P, Keller, J & Laughery, R (2006). Visualization, Cognitive Task Analysis, and Decision-Centered Design. STRATCOM C2 Technology Summit.

Laux, Lila & Plott, Christopher (2007). Using Operator Workload Data to Inform Human Reliability Analyses. Proceedings of The IEEE 8th Conference on Human Factors and Power Plants and the HPRCT 13th Annual Meeting.

Mayer, David & Laux, Lila. (1989). Recognizability and effectiveness of warning symbols and pictorials. *Proceedings of the Human Factors Society 33rd Annual Meeting*, 984-988.

Mayer, David & Laux, Lila. (1992). *Evaluating vehicle displays for older drivers*. AAA Foundation for Traffic Safety, Washington, D.C.

Merrill, J.M., Laux, L.F. & Thornby, JI. (1987). Troublesome aspects of the Patient-Physician relationship: A Human Factors Study. *Southern Medical Journal*, 81:1210-1218.

Pavlik, Valery & Laux, Lila. (1991). Reliability of evaluation instruments in low income bilingual settings. In R. Feldman & J. Humphrey, Eds., *Advances in Health Education*, New York: AMS Press, pp. 260-276.

Peacock, Brian & Laux, Lila (2005). Warning: Do not use while sleeping – the role of facilitators. *Ergonomics in Design*, Human Factors and Ergonomics Society, Anaheim, Vol 13:4

Plott, C., Milanski, J., Ronan, A., Scheff, S., Laux, L., & Bzostek, J. (2005). *Identification of advanced human factors engineering analysis, design, and*

*evaluation methods*. Report for Brookhaven National Laboratory. Boulder, CO: Micro Analysis & Design, Inc.

Vaubel, Kent, Parker, Susan, Donner, Kim, Laux, Lila & Laughery, Kenneth. (1989). Public knowledge and understanding of overhead electrical power lines. *Proceedings of the Human Factors Society 33rd Annual Meeting*, 560-564.

Small, Ronald & Laux, Lila (2006).  AOC & DCGS HSI Modeling, Analysis Data Requirements, Processes, and Objectives Definition. Air Force Research Laboratory Contract Number:  DAAD19-01-C-0065

Weinstein, Sharon, Laux, Lila, Thornby, Jack, Lorimer, Ron, Hill, C.S., Jr, Thorpe, Debbie & Merrill, Joseph.  (2000). Physicians' attitudes toward pain and the use of opioid analgesics: Results of a Survey from the Texas Cancer Pain Initiative. *Southern Medical Journal.* 93[5], pp. 479-487.

Weinstein, Sharon M., Laux, Lila F., Thornby, Jack I.,  Lorimor, Ronald J., Hill, C.S. Jr., Thorpe, Debbie M. & Merrill Joseph M. Medical Students' Attitudes Toward Pain and the Use of Opioid Analgesics: Implications for Changing Medical School Curriculum. *Southern Medical Journal.* 93:[5] 472-478.2000

Willis, Cynthia & Laux, Lila (1993).  Assessing health locus of control among low income elderly minority patients. Proceedings of the  Southern Gerontological Society. Richmond, VA: April 29.