REVIEWS ON ENVIRONMENTAL HEALTH

VOLUME 13, NOS. 1-2, 1998

# Potential Health Risks from Exposure to Indoor Formaldehyde

R. Lemus, A.A. Abdelghani, T.G. Akers and W.E. Horner

*Department of Environmental Health Sciences, Tulane University School of Public Health and Tropical Medicine, 1501 Canal Street, New Orleans, LA 70112, USA*

## ABSTRACT

An indoor air quality survey was conducted in Southern Louisiana to determine levels of airborne formaldehyde. Gas chromatography analyses of 419 air samples collected from 53 houses revealed levels of formaldehyde ranging from non-detectable to 6.60 mg/m$^3$. Seventy four percent (312/419) of the samples had detectable amounts of airborne formaldehyde. Of the 312 positive samples, approximately 60% exceeded the American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) guideline of 0.123 mg/m$^3$. The highest number of samples exceeding the formaldehyde benchmark were collected in winter. It would appear that in some Southern Louisiana houses, a high level of formaldehyde could serve as a potential upper respiratory irritant.

## INTRODUCTION

Formaldehyde, one of the most widely used chemicals in the United States of America, is a flammable, colorless gas with a characteristic odor. Because formaldehyde sources are ubiquitous in modern indoor environments, exposure to formaldehyde is virtually inescapable because of the abundance of building and consumer products containing formaldehyde in the modern home. The result is that formaldehyde is an indoor-generated pollutant with sources such as building materials (hardboard, plywood, particle board, medium-density fiberboard), insulation, furniture, carpets, wallpaper, textile, combustion appliances, tobacco smoke, and various consumer products (cosmetics, deodorants, solvents, disinfectants, and fumigants) /1,2/.

Public concern and notoriety in the past has been primarily with the acute health and irritant effects of formaldehyde. More recently the concern is on chronic exposure and the potential for carcinogenicity. Airborne formaldehyde acts as an irritant to the conjunctiva and the upper and lower respiratory tract. Symptoms are temporary and, depending upon the level and the length of exposure, may range from a burning or tingling sensation in the eyes, nose, and throat to chest tightness and wheezing. Acute, severe reaction to formaldehyde vapor may be associated with hypersensitivity. Irritant effects have been associated with concentrations in the range of 0.1–3.0 ppm (0.123 to 3.69 mg/m$^3$), and concentrations as low as 0.03 ppm (0.037 mg/m$^3$) have been reported to cause effects in sensitive individuals. The World Health Organization Working Group on Assessment and Monitoring Exposure to Indoor Air Pollutants concluded that indoor formaldehyde concentrations of less than 0.05 ppm (0.062 mg/m$^3$) were of limited or of no concern, and concentrations greater than 0.10 ppm (0.123 mg/m$^3$) were of sufficient concern to call for a corrective action. It is estimated that 10% to 20% of the U.S. population, including asthmatics, may have hyper-reactive airways that may make them more susceptible to the effects of formaldehyde /1/.

## MATERIALS AND METHODS

This study included fifty-three (53) houses in South Louisiana. The houses were located primarily in New Orleans Area (n=32), Baton Rouge (n=7), Lafayette (n=5), New Iberia (n=6), and Thibodeaux

Reprint address:
Prof. A. Abdelghani, Laboratory Director
address as above
fax: +1-(504)-584-1726
email: assafa@mailhost.tcs.tulane.edu.

©Freund Publishing House Ltd., 1998

Supplied by The British Library - "The world's knowledge"

(n=3). All houses enrolled in the study were sampled indoors four times (spring, summer, fall, and winter). with sampling periods at three-months intervals (April, July, October, and January) to correspond with possible seasonal changes.

### Indoor formaldehyde sampling

Air samples were collected by means of a personal sampling pump (SKC Cat. No. 224-44 XR), equipped with a dual adjustable, low-flow tube holders (SKC Cat. No. 224-26-02), and a sorbent sample tube containing XAD-2 treated with 2-(hydroxymethyl) piperidine (2-HMP) (SKC Cat. No. 226-118). Samples were collected over a period of 120 minutes at a flow rate of 0.1 L/min. Pumps were calibrated in the laboratory and in the field, before and after each sampling. In addition, pumps were checked during sampling to determine flow rate fluctuation, if any, during the sampling period. If sampling problems precluded the accurate measurement of air volume, the sample was discarded. Samples were collected from the living room and hallway of each house. After sampling, each sample was labeled, individually packed, and transported to the laboratory for analysis.

### Formaldehyde analysis

Air samples, field blanks, laboratory blanks, and spikes were analyzed according to National Institute of Occupational Safety and Health (NIOSH) Method #2541 /3/. Analyses were performed using a gas chromatograph (HP-5890 Series II), equipped with a flame ionization detector (FID) and a HP-INNOWax, 30 m × 0.32 mm i.d., 0.5 μm film capillary column. Quality Assurance/Quality Control (QA/QC) procedures were in accordance with United States Environmental Protection Agency (U.S. EPA) SW-846 /4/.

### RESULTS

The cities of New Orleans (NO) and Baton Rouge (BR) were combined and designated as 39 urban houses, while Lafayette (LAF), New Iberia (NI), and Thibodeaux (THIB) were combined and designated as 14 rural houses. When spring, summer, fall, and winter results were combined, 312 out of 419 samples (74%) had detectable levels of indoor airborne formaldehyde. Of the these 419 samples, 75% (312/419) were collected from urban and 25% (107/419) from rural houses.



FIGURE 1. LOUISIANA INDOOR FORMALDEHYDE MEAN LEVELS

Supplied by The British Library - "The world's knowledge"

(n=3). All houses enrolled in the study were sampled indoors four times (spring, summer, fall, and winter), with sampling periods at three-months intervals (April, July, October, and January) to correspond with possible seasonal changes.

### Indoor formaldehyde sampling

Air samples were collected by means of a personal sampling pump (SKC Cat. No. 224-44 XR), equipped with a dual adjustable, low-flow tube holders (SKC Cat. No. 224-26-02), and a sorbent sample tube containing XAD-2 treated with 2-(hydroxymethyl) piperidine (2-HMP) (SKC Cat. No. 226-118). Samples were collected over a period of 120 minutes at a flow rate of 0.1 L/min. Pumps were calibrated in the laboratory and in the field, before and after each sampling. In addition, pumps were checked during sampling to determine flow rate fluctuation, if any, during the sampling period. If sampling problems precluded the accurate measurement of air volume, the sample was discarded. Samples were collected from the living room and hallway of each house. After sampling, each sample was labeled, individually packed, and transported to the laboratory for analysis.

### Formaldehyde analysis

Air samples, field blanks, laboratory blanks, and spikes were analyzed according to National Institute of Occupational Safety and Health (NIOSH) Method #2541 /3/. Analyses were performed using a gas chromatograph (HP-5890 Series II), equipped with a flame ionization detector (FID) and a HP-INNOWax, 30 m × 0.32 mm i.d., 0.5 µm film capillary column. Quality Assurance/Quality Control (QA/QC) procedures were in accordance with United States Environmental Protection Agency (U.S. EPA) SW-846 /4/.

## RESULTS

The cities of New Orleans (NO) and Baton Rouge (BR) were combined and designated as 39 urban houses, while Lafayette (LAF), New Iberia (NI), and Thibodeaux (THIB) were combined and designated as 14 rural houses. When spring, summer, fall, and winter results were combined, 312 out of 419 samples (74%) had detectable levels of indoor airborne formaldehyde. Of the these 419 samples, 75% (312/419) were collected from urban and 25% (107/419) from rural houses.



FIGURE 1. LOUISIANA INDOOR FORMALDEHYDE MEAN LEVELS

Supplied by The British Library - "The world's knowledge"

Case 2:07-md-01873-KDE-MBN   Document 1753-10   Filed 06/12/09   Page 4 of 10

Twenty six percent (107/419) of the samples had non-detectable levels and were distributed as follows: 27% (28/102) from the spring sampling, 11% (12/105) from summer sampling, 33% (35/106) from fall sampling, and 30% from winter sampling (32/106). In other words, 27% (29/107) of the rural and 25% (78/312) of the urban samples had non-detectable formaldehyde levels. For statistical purposes, those that had non-detectable levels of formaldehyde were assigned one-half of the detection limit value. Figure 1 shows the indoor formaldehyde levels found in urban and rural Louisiana houses.

The American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) exposure level of 0.123 mg/m$^3$ for airborne formaldehyde was used to assess relative indoor levels. Twenty-nine percent of the samples (123/419) had less than 0.123 mg/m$^3$, and approximately 71% (296/419) exceeded this level. The concentration range was from 0.002 to 0.122 mg/m$^3$ at levels below the ASHRAE standard and from 0.123 to 6.60 mg/m$^3$ at levels exceeding the standard. Seventy-one percent (223/312) of the urban and 68% (73/107) of the rural samples had formaldehyde levels above the ASHRAE guideline. /5/.

Differences in the indoor levels of airborne formaldehyde were seasonal. When comparing spring and summer seasons, each yielded a similar number of samples (61 vs. 62) exceeding 0.123 mg/m$^3$. A larger number of fall (n= 85) and winter (n= 88) season samples exceeded this standard. Table 1, Table 2, and Figure 2 depict the seasonal statistical summary for urban and rural houses that did or did not exceed the ASHRAE guideline.

Most houses surveyed had detectable airborne formaldehyde. The formaldehyde levels ranged from the non-detectable to 6.6 mg/m$^3$. Godish /6/ noted indoor formaldehyde mean levels in the range of 0.025 to 0.086 mg/m$^3$, with peak levels typically between 0.062 to 0.074 mg/m$^3$. Conventional homes with particle board subflooring at 2-5 years post installation had formaldehyde levels ranging from 0.074 to 0.37 mg/m$^3$, with peak levels of 0.25 to 0.37 mg/m$^3$.

The Southern Louisiana formaldehyde mean was 0.46 mg/m$^3$ with a maximum level of 6.6 mg/m$^3$, which were within the values reported by the U.S. EPA /1/. The U.S. EPA report noted mean formaldehyde levels ranging from 0.038 to 0.63 mg/m$^3$, with peak levels ranging from 0.048 to 9.96 mg/m$^3$. In addition, the U.S. EPA reported median formaldehyde values ranging from 0.123 to 0.58 mg/m$^3$, with the Louisiana median of 0.24 mg/m$^3$ falling between these limits.

**TABLE 1**
Indoor concentration of airborne formaldehyde from southern rural Louisiana houses

|  | < STD[a] | | | | > STD | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Spring | Summer | Fall | Winter | Spring | Summer | Fall | Winter |
| n | 9 | 13 | 6 | 6 | 15 | 14 | 22 | 22 |
| Mean$_a$ | 0.08 | 0.06 | 0.08 | 0.10 | 0.35 | 0.29 | 0.50 | 0.46 |
| Mean$_g$ | 0.07 | 0.06 | 0.06 | 0.09 | 0.30 | 0.23 | 0.37 | 0.37 |
| Median | 0.06 | 0.06 | 0.10 | 0.11 | 0.27 | 0.20 | 0.66 | 0.37 |
| Min | 0.05 | 0.01 | 0.01 | 0.03 | 0.13 | 0.13 | 0.12 | 0.13 |
| Max | 0.11 | 0.10 | 0.12 | 0.12 | 0.76 | 1.42 | 1.77 | 1.54 |
| s.d. | 0.02 | 0.02 | 0.02 | 0.03 | 0.22 | 0.23 | 0.35 | 0.34 |

All concentrations in mg/m$^3$, [a] ASHRAE guideline=0.123 mg/m$^3$, Mean$_a$=Arithmetic Mean, Mean$_g$=Geometric Mean

Supplied by The British Library - "The world's knowledge"

94   R. LEMUS, A.A. ABDELGHANI, T.G. AKERS, W.E. HORNER

TABLE 2
Indoor concentration of airborne formaldehyde from southern urban Louisiana houses

|       | <STD[a] |  |  |  | >STD |  |  |  |
|-------|--------|--------|-------|--------|--------|--------|-------|--------|
|       | Spring | Summer | Fall  | Winter | Spring | Summer | Fall  | Winter |
| n     | 32     | 30     | 15    | 12     | 46     | 48     | 63    | 66     |
| Mean$_a$ | 0.06   | 0.06   | 0.10  | 0.10   | 0.53   | 0.46   | 0.56  | 1.04   |
| Mean$_g$ | 0.06   | 0.05   | 0.10  | 0.09   | 0.43   | 0.41   | 0.40  | 0.64   |
| Median | 0.07   | 0.07   | 0.11  | 0.11   | 0.44   | 0.43   | 0.32  | 0.60   |
| Min   | 0.03   | 0.002  | 0.04  | 0.01   | 0.13   | 0.13   | 0.13  | 0.13   |
| Max   | 0.10   | 0.12   | 0.12  | 0.12   | 1.67   | 1.42   | 2.89  | 6.60   |
| s.d.  | 0.01   | 0.03   | 0.03  | 0.03   | 0.35   | 0.23   | 0.54  | 1.22   |

All figures in mg/m$^3$, [a] ASHRAE guideline=0.123 mg/m$^3$, Mean$_a$=Arithmetic Mean, Mean$_g$=Geometric Mean



FIGURE 2. LOUISIANA HOUSES EXCEEDING THE FORMALDEHYDE ASHRAE GUIDELINE (0.123 mg/cubic meter)

The wide differences in indoor formaldehyde concentrations reflects the different types of houses and that at a given time, formaldehyde concentrations may depend on a variety of environmental factors, including the air-exchange rate, indoor and outdoor temperatures, and indoor and outdoor relative humidity differences /7/. After a linear model was chosen to make a possible correlation between formaldehyde levels and temperature or relative humidity, it was found that formaldehyde levels in the Louisiana houses did not appear to be dependent on temperature and relative humidity, perhaps because of the limited changes in indoor relative humidities and temperatures during the four seasons. This observation was in contrast to the results of studies on the dependency of airborne formaldehyde concentrations to temperature or relative humidity that were carried out in test chamber environments where air exchange, humidity and temperature were controlled /5/.

Supplied by The British Library - "The world's knowledge"

TABLE 2
Indoor concentration of airborne formaldehyde from southern urban Louisiana houses

|  | < STD[a] | | | | > STD | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | Spring | Summer | Fall | Winter | Spring | Summer | Fall | Winter |
| n | 32 | 30 | 15 | 12 | 46 | 48 | 63 | 66 |
| Mean$_a$ | 0.06 | 0.06 | 0.10 | 0.10 | 0.53 | 0.46 | 0.56 | 1.04 |
| Mean$_g$ | 0.06 | 0.05 | 0.10 | 0.09 | 0.43 | 0.41 | 0.40 | 0.64 |
| Median | 0.07 | 0.07 | 0.11 | 0.11 | 0.44 | 0.43 | 0.32 | 0.60 |
| Min | 0.03 | 0.002 | 0.04 | 0.01 | 0.13 | 0.13 | 0.13 | 0.13 |
| Max | 0.10 | 0.12 | 0.12 | 0.12 | 1.67 | 1.42 | 2.89 | 6.60 |
| s.d. | 0.01 | 0.03 | 0.03 | 0.03 | 0.35 | 0.23 | 0.54 | 1.22 |

All figures in mg/m$^3$, [a]ASHRAE guideline=0.123 mg/m$^3$, Mean$_a$=Arithmetic Mean, Mean$_g$=Geometric Mean



FIGURE 2. LOUISIANA HOUSES EXCEEDING THE FORMALDEHYDE ASHRAE GUIDELINE (0.123 mg/cubic meter)

The wide differences in indoor formaldehyde concentrations reflects the different types of houses and that at a given time, formaldehyde concentrations may depend on a variety of environmental factors, including the air-exchange rate, indoor and outdoor temperatures, and indoor and outdoor relative humidity differences /7/. After a linear model was chosen to make a possible correlation between formaldehyde levels and temperature or relative humidity, it was found that formaldehyde levels in the Louisiana houses did not appear to be dependent on temperature and relative humidity, perhaps because of the limited changes in indoor relative humidities and temperatures during the four seasons. This observation was in contrast to the results of studies on the dependency of airborne formaldehyde concentrations to temperature or relative humidity that were carried out in test chamber environments where air exchange, humidity and temperature were controlled /5/.

Supplied by The British Library - "The world's knowledge"

Therefore, a only rough relation can be expected, because the Louisiana house sampling was carried out under "real" conditions and direct comparisons with chamber tests cannot be made.

One way ANOVA analyses indicated a difference ($p=0.006$) between urban and rural formaldehyde levels. Indoor urban formaldehyde levels (mean=0.51 $mg/m^3$, s.d.=0.71, min=0.002 $mg/m^3$, max=6.6 $mg/m^3$) were 1.6 times higher than for rural houses (mean=0.31 $mg/m^3$, s.d.=0.33, min=0.012 $mg/m^3$, max=1.77 $mg/m^3$). When seasonal formaldehyde levels were compared, two statistical differences were observed: (1) Summer formaldehyde levels in rural houses (mean=0.18 $mg/m^3$, s.d.=0.23 $mg/m^3$, min=0.013 $mg/m^3$, max=0.97 $mg/m^3$) were lower than ($p=0.029$) urban house levels (mean=0.31 $mg/m^3$, s.d.=0.27, min=0.002 $mg/m^3$, max=1.424 $mg/m^3$); and (2) Winter formaldehyde indoor levels were higher ($p=0.023$) in urban (mean=0.90 $mg/m^3$, s.d.=1.17, min=0.008 $mg/m^3$, max=6.6 $mg/m^3$) than in rural houses (mean=0.38 $mg/m^3$, s.d.=0.33, min=0.03 $mg/m^3$, max=1.54 $mg/m^3$).

Seasonal differences levels among houses that belonged to the same group were also observed. Among rural houses, using Scheffe's /7/ analysis it was noted that Fall formaldehyde levels (mean=0.41 $mg/m^3$, s.d.=0.42, min=0.01 $mg/m^3$, max=1.77 $mg/m^3$) were higher ($p=0.07$) than Summer levels (mean=0.18 $mg/m^3$, s.d.=0.23, min=0.01 $mg/m^3$, max=0.97 $mg/m^3$). Using Scheffe's method, a seasonal difference among seasonal urban levels was also observed. Winter formaldehyde levels (mean=0.9 $mg/m^3$, s.d.=1.17, min=0.01 $mg/m^3$, max=6.6 $mg/m^3$) in urban houses were higher than Spring ($p < 0.001$, mean=0.34 $mg/m^3$, s.d.=0.35, min=0.03 $mg/m^3$, max=1.67 $mg/m^3$), Summer ($p< 0.001$, mean=0.31 $mg/m^3$, s.d.=0.27, min=0.002 $mg/m^3$, max=1.42 $mg/m^3$) and Fall levels ($p=0.002$, mean=0.48 $mg/m^3$, s.d.=0.52, min=0.04 $mg/m^3$, max=2.89 $mg/m^3$). For Southern Louisiana houses, the formaldehyde contamination appeared to be associated with relatively low-level sources, such as furniture, paneled rooms and cabinetry.

Laboratory findings have shown that exposure to formaldehyde can cause nasal cancer in rats /8/. The question of whether the chronic exposure to low formaldehyde concentrations (generally experienced by humans) increases a person's risk of cancer has been the subject of considerably controversy. The U.S. EPA now considers formaldehyde a "possible human carcinogen". For the Louisiana houses, all detectable formaldehyde levels exceeded the formaldehyde Environmental Protection Agency Risk Based Concentration (EPA-RBC) of 0.14 $\mu g/m^3$ /9/. This RBC level was calculated based on a combined childhood and adult exposure, with an inhalation potency slope of 0.2 mg/Kg-day, a target cancer risk of $1 \times 10^{-06}$ (one excess tumor case per million persons), an averaging carcinogenic time of 25,550 days, an exposure frequency of 350 days/year, an inhalation age-adjusted factor of 11.66 $m^3$-year/Kg-d, and an inhaled carcinogenic potency slope factor of $4.55 \times 10^{-2}$ kg-day/mg.

To answer the question of what level of formaldehyde is safe is very difficult to pursue. Occupational standards cannot validly be used to determine the safety of residential exposures. Occupational standards were formulated to provide a relative 8-hr/day, 5-day week safety protection for healthy workers (18–65 years-old). Thus, occupational standards cannot be extrapolated to determine residential exposures which may involve a 14–24 hr/day, 7 days per week. In addition residential occupants include not only healthy adults but also the very young, the elderly and those confined with existing ailments /6/.

In response to this particular problem associated with formaldehyde residential exposure, ASHRAE proposed a recommended voluntary maximum standard of 0.123 $mg/m^3$ (0.1 ppm) /5/. Although a residential indoor-air quality standard of 0.123 $mg/m^3$ has the potential of significantly reduced future exposures, it is unlikely that it will protect all individuals.

The ASHRAE level of 0.123 $mg/m^3$ may also be considered low in terms of physical discomfort but high in terms of carcinogenic potentials. Thus, the analyses results and the environmental impact for airborne formaldehyde are essentially based on two different risk factors: one for physical discomfort and the other for its carcinogenic potential.

One way ANOVA analysis pointed to a significant difference ($p=0.006$) between urban and rural house levels that were below the ASHRAE formaldehyde recommendation of 0.123 $mg/m^3$.

Supplied by The British Library - "The world's knowledge"

Rural houses (mean=0.42 mg/m$^3$, s.d.=0.34, min=0.123 mg/m$^3$, max=1.77 mg/m$^3$) formaldehyde levels were lower than urban (mean=0.68 mg/m$^3$, s.d.=0.78, min=0.125 mg/m$^3$, max=6.6 mg/m$^3$).

Summer and Winter differences were also observed between urban and rural houses that had airborne formaldehyde levels exceeding the ASHRAE recommended level. One way ANOVA analysis revealed that Summer levels from rural houses (mean=0.29 mg/m$^3$, s.d.=0.28, min=0.128 mg/m$^3$, max=0.97 mg/m$^3$) had lower levels (p=0.025) than urban houses (mean=0.46 mg/m$^3$, s.d.=0.23, min=0.125 mg/m$^3$, max=1.42 mg/m$^3$). Also, Winter rural formaldehyde levels (mean=0.46 mg/m$^3$, s.d.=0.34, min=0.125 mg/m$^3$, max=1.54 mg/m$^3$) were lower (p=0.029) than levels in urban houses (mean=1.05 mg/m$^3$, s.d.=1.21, min=0.127 mg/m$^3$, max=6.6 mg/m$^3$).

In addition, seasonal differences were noted among formaldehyde levels in the same house groups at levels below 0.123 mg/m$^3$. Fall urban (mean=0.10 mg/m$^3$, s.d.=0.03, min=0.044 mg/m$^3$, max=0.122 mg/m$^3$) formaldehyde levels were higher than both the Spring (p < 0.001, mean=0.06, s.d.=0.01, min=0.03, max=0.10) and Summer urban levels (p < 0.001, mean=0.06 mg/m$^3$, s.d.=0.03, min=0.002 mg/m$^3$, max=0.12 mg/m$^3$). Winter urban levels (mean=0.1 mg/m$^3$, s.d.=0.03, min=0.01 mg/m$^3$, max=0.12 mg/m$^3$) that did not exceed the ASHRAE guideline were significantly different from Spring (p=0.001), and Summer formaldehyde urban levels (p=0.001).

One-way ANOVA analyses noted differences between Winter urban levels (mean=1.05 mg/m$^3$, s.d.=1.22, min=0.127 mg/m$^3$, max=6.6 mg/m$^3$) that exceeded the ASHRAE guideline, which were higher than the Spring (p=0.006, mean=0.53 mg/m$^3$, s.d.=0.35, min=0.13 mg/m$^3$, max=1.67 mg/m$^3$), Summer (p=0.001, mean=0.046 mg/m$^3$, s.d.=0.23, min=0.125 mg/m$^3$, max=1.42 mg/m$^3$), or Fall urban levels (p=0.005, mean=0.56 mg/m$^3$, s.d.=0.54, min=0.13 mg/m$^3$, max=2.89 mg/m$^3$).

In Spring, no differences were noted between the two sampling locations, living room and hallway, for urban and rural houses. During Summer, no differences were observed between samples from either location, but a statistical difference (p=0.026) was observed in hallway formaldehyde levels. Urban hallway levels (mean=0.329 mg/m$^3$, s.d.=0.30, min=0.002 mg/m$^3$, max=1.424 mg/m$^3$) were significant higher than rural (mean=0.133 mg/m$^3$, s.d.=0.088, min=0.013 mg/m$^3$, max=0.284 mg/m$^3$).

In Fall, no difference was noted between urban and rural houses, but a significant difference (p=0.02) was observed between hallway and living room samples. Hallway formaldehyde levels (mean=0.569 mg/m$^3$, s.d.=0.576, min=0.044 mg/m$^3$, max=2.89 mg/m$^3$) were higher than living room levels (mean=0.347 mg/m$^3$, s.d.=0.368, min=0.013 mg/m$^3$, max=1.69 mg/m$^3$).

Winter was the season with the greatest statistical differences between locations. Hallway urban formaldehyde levels (mean=1.246 mg/m$^3$, s.d.=1.452, min=0.202 mg/m$^3$, max=6.604 mg/m$^3$) were higher (p=0.008) than urban living-room levels (mean=0.555 mg/m$^3$, s.d.=0.644, min=0.008 mg/m$^3$, max=2.966 mg/m$^3$). Hallway samples from urban houses (mean=1.246 mg/m$^3$, s.d.=1.452, min=0.202 mg/m$^3$, max=6.604 mg/m$^3$) had higher formaldehyde levels (p=0.036) than hallway samples from rural houses (mean=0.394 mg/m$^3$, s.d.=0.37, min=0.031 mg/m$^3$, max=1.538 mg/m$^3$). In general, hallway formaldehyde levels (mean=1.02 mg/m$^3$, s.d.=1.31, min=0.031 mg/m$^3$, max=6.604 mg/m$^3$) were higher (p=0.01) than living-room levels (mean=0.505 mg/m$^3$, s.d.=0.577, min=0.009 mg/m$^3$, max=2.965 mg/m$^3$).

In addition, seasonal differences between locations were also seen. In rural houses, Summer hallway formaldehyde levels (mean=0.133 mg/m$^3$, s.d.=0.088, min=0.0127 mg/m$^3$, max=2.84 mg/m$^3$) were significantly lower (p=0.05) than Fall levels (mean=0.514 mg/m$^3$, s.d.=0.503, min=0.092 mg/m$^3$, max=1.768 mg/m$^3$). In urban houses, Winter hallway levels (mean=1.246 mg/m$^3$, s.d.=1.452, min=0.202 mg/m$^3$, max=6.604 mg/m$^3$) were statistically different than hallway levels in both Summer (p<0.001, mean=0.329 mg/m$^3$, s.d.=0.30, min=0.002 mg/m$^3$, max=1.424 mg/m$^3$) and Spring (p<0.001, mean=0.330 mg/m$^3$, s.d.=0.320, min=0.045 mg/m$^3$, max=1.158 mg/m$^3$).

In general, Winter hallway levels (mean=1.02 mg/m$^3$, s.d.=1.31, min=0.031 mg/m$^3$, max=6.604 mg/m$^3$) were higher than those in Spring (p<0.001, mean=0.310 mg/m$^3$, s.d.=0.193, min=0.045 mg/m$^3$,

Supplied by The British Library - "The world's knowledge"

max=1.158 mg/m$^3$), Summer (p<0.001, mean=0.280 mg/m$^3$, s.d.=0.276, min=0.002 mg/m$^3$, max=1.425 mg/m$^3$), or Fall (p=0.025, mean=0.569 mg/m$^3$, s.d.=0.576, min=0.044 mg/m$^3$, max=2.89 mg/m$^3$).

Regarding living room levels, only one significant difference (p=0.036) was found. Summer levels (mean=0.274 mg/m$^3$, s.d.=0.252, min=0.016 mg/m$^3$, max=0.966 mg/m$^3$) were lower than Winter levels (mean=0.506 mg/m$^3$, s.d.=0.577, min=0.009 mg/m$^3$, max=2.965 mg/m$^3$).

It was also observed that age of the house, the presence of an attached garage, gas range, smokers, pets, and the number of residents did not have a statistically significant impact on formaldehyde levels for urban and rural houses. Differences were observed, however, between formaldehyde levels in urban vs. rural houses. For example, formaldehyde levels in urban houses with an attached garage (n=28, mean=0.524 mg/m$^3$, s.d.=0.250, min=0.142 mg/m$^3$, max=1.314 mg/m$^3$) were higher (p=0.034) than rural houses (n=5, mean=0.246 mg/m$^3$, s.d.=0.196, min=0.122 mg/m$^3$, max=0.593 mg/m$^3$).

Formaldehyde levels from urban houses (n=17, mean=0.524 mg/m$^3$, s.d.=0.270, min=0.183 mg/m$^3$, max=1.314 mg/m$^3$) 10 to 34 years-old were higher (p=0.0178) than those in rural houses (n=7, mean=0.260 mg/m$^3$, s.d.=0.115, min=0.153 mg/m$^3$, max=0.470 mg/m$^3$) of the same age.

Urban houses with 1–3 residents (n=24, mean=0.537 mg/m$^3$, s.d.=0.251, min=0.142 mg/m$^3$, max=1.314 mg/m$^3$) had formaldehyde levels higher (p=0.029) than rural houses with the same number of residents (n=6, mean=0.286 mg/m$^3$, s.d.=0.170, min=0.153 mg/m$^3$, max=0.593 mg/m$^3$).

In urban houses with pets, formaldehyde levels (n=15, mean=0.529 mg/m$^3$, s.d.=0.186, min=0.142 mg/m$^3$, max=0.791 mg/m$^3$) were higher (p=0.004) than those in rural houses with pets (n=6, mean=0.256 mg/m$^3$, s.d.=0.109, min=0.153 mg/m$^3$, max=0.425 mg/m$^3$).

Urban formaldehyde levels in houses with an electric range (n=21, mean=0.526 mg/m$^3$, s.d.=0.286, min=0.1419 mg/m$^3$, max=1.314 mg/m$^3$) were higher (p=0.016) than those in rural houses with an electric range (n=8, mean=0.254 mg/m$^3$, s.d.=0.131, min=0.122 mg/m$^3$, max=0.528 mg/m$^3$).

The National Research Council Committee on Aldehydes /10/ reported the health effects that can occur at various formaldehyde exposure concentrations. Accordingly, 30% of the samples were below the concentration 0.062 mg/m$^3$ at which no health effects were reported, 60% were between the formaldehyde-odor threshold of 0.062–0.123 mg/m$^3$, 65% were between the limits at which neurophysiological damage may occur (0.062–1.23 mg/m$^3$), 74% were between the formaldehyde levels (0.012–2.46 mg/m$^3$) at which eye irritation may occur, and 71% were between the limits (0.123–30.75 mg/m$^3$) at which upper-airway irritation may occur. Only one sample had a formaldehyde level between the limits (6.15–36.9 mg/m$^3$) that can induce lower-airway and pulmonary effects. One may conclude that most of the Southern Louisiana houses evinced formalde-hyde levels that, over time, could exacerbate respiratory illnesses.

## CONCLUSIONS.

Indoor formaldehyde airborne levels were higher than the U.S. EPA benchmark for the carcinogenic risk level of 0.14 µg/m$^3$. Residents of such houses also may exhibit headaches, as well as nose and throat irritation. For Southern Louisiana houses, the formaldehyde levels appeared to be associated with low-level sources, such as furniture, paneling rooms, cabinetry, and/or low ventilation rates. Seasonal differences in the formaldehyde levels in the Louisiana houses did not appear to be temperature and relative humidity dependent, perhaps because of the small changes in indoor relative humidity and temperatures during the four seasons. A house owner may consider several options to reduce exposure to indoor formaldehyde: purchasing wood products that emit less formaldehyde, airing out new materials before there are used, using dehumidifiers and air conditioning to reduce formaldehyde emissions, and providing adequate ventilation /11/.

## ACKNOWLEDGMENTS

Funding for this project was provided by the Louisiana State Department of Natural Resources

Case 2:07-md-01873-KDE-MBN Document 1753-10 Filed 06/12/09 Page 10 of 10

(DNR Contract No. PVE50-95-02). The authors gratefully acknowledge the cooperation of Lorenzo Heyer, Humberto Vaquera, David Pinero, Louisiana residents, the Morelos State University, and the Mexican Public Education Agency.

## REFERENCES

1. United States Environmental Protection Agency. Introduction to Indoor Air Quality. Learning Module. Washington, DC: U.S. EPA, April 1991.
2. Gammage RB, Gupta KC. Formaldehyde. in indoor air quality. Walsh PJ, Dudney CS, eds, Copenhaver: CRC Press, 1984.
3. National Institute of Occupational Safety and Health. Manual of Analytical Methods, 4th ed, Method 2541. Washington DC: United States Department of Health and Human Services, 1994a.
4. United States Environmental Protection Agency. Test methods for evaluating soil waste, SW-846. Washington, DC: Office of Solid Waste and Emergency Response, 1994.
5. American Society of Heating, Refrigeration, and Air Conditioning Engineers, Atlanta, Georgia. USA, 1991.
6. Godish, T. Indoor Air Control. Chelsea, MI: Lewis Publishers, 1991.
7. Salthammer T, Fuhrmann F, Kaufhold S, Meyer B, Schwarz A. Effects of climatic parameters on formaldehyde concentrations in indoor air. 1995; Indoor Air. 5: 128–129.
8. National Cancer Institute. Formaldehyde cancer facts. CancerNet from the National Cancer Institute (ftp://ftp.fedworld.gov/pub/nci-fact/600038e), National Institutes of Health, 1994.
9. United States Environmental Protection Agency. Risk Based Concentration Table. January–June 1996. Region III. 841 Chestnut St. Philadelphia, PA 19107.
10. Turiel, I. Indoor air quality and human health. Palo Alto, CA: Stanford University Press, 1985.
11. Environmental Protection Agency. The Inside Story. A Guide to Indoor Air Quality. Washington DC: U.S. EPA, 1993.

Supplied by The British Library - "The world's knowledge"