UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                *         MDL NO. 1873
           FORMALDEHYDE          *
           PRODUCTS LIABILITY      *
           LITIGATION              *         SECTION: N(5)
                                    *
This Document Relates to: *Charlie Age, et al. v.*   *        JUDGE: ENGELHARDT
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892   *
                                    *        MAG: CHASEZ
****************************************************************************

## NOTICE OF HEARING

TO:     ALL COUNSEL OF RECORD

     **IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc.'s Motion to Exclude the

Testimony of Lila Laux is hereby set for the 1st day of July, 2009 at 9:30 a.m.

                Respectfully submitted,

                **DUPLASS, ZWAIN, BOURGEOIS,**
                **PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock
                _____
                **ANDREW D. WEINSTOCK #18495**
                **JOSEPH G. GLASS #25397**
                3838 N. Causeway Blvd., Suite 2900
                Metairie, LA 70002
                (504) 832-3700

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
***Counsel for Gulf Stream Coach, Inc.***

## C E R T I F I C A T E

I hereby certify that on the 12th day of June, 2009, a copy of the foregoing Notice of

Hearing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of

this file will be sent to liaison counsel by operation of the court's electronic filing system and all

other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com