MINUTE ENTRY
ENGELHARDT, J.
June 12, 2009

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A telephone status conference was conducted on Friday, June 12, 2009, at 9:00 a.m. Participating were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs; Andrew D. Weinstock and Joe Glass, liaison counsel for defendants; Michael David Kurtz, liaison counsel for contractor defendants; and Henry T. Miller, Karen Whitfield and Michele Greif, attorneys for the Government/FEMA.

JS10(00:50)