UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On June 12, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Jerry Meunier, Andy Weinstock, Joe Glass, Dave Kurtz, Karen Whitfield, Henry Miller, and Michele Greif.  During the conference, the Court **ORDERED** as follows:

　　　　(1)　　The Defendant United States of America's Motion for a Protective Order to Prevent Plaintiffs' Deposition of Patrick Preston and Mary Martinet (Rec. Doc. 1613) is taken under advisement.  The motion shall be revisited after the completion of the depositions of the following five individuals: Kevin Souza, David Porter, David Garratt, Joseph Little, and Martin McNeese.  As soon as possible, the parties shall establish a deposition schedule as to these individuals and shall email the same to the Court.

　　　　(2)　　The Monday, June 15, 2009 deadline for submitting either a joint proposed jury

verdict form or competing jury verdict forms is **CONTINUED** to **Wednesday, June 17, 2009 at noon.**

    New Orleans, Louisiana, this 12th day of June, 2009.

                                      _____
                                      **KURT D. ENGELHARDT**
                                      **UNITED STATES DISTRICT JUDGE**