**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873** <br><br> **SECTION N-5** <br> **JUDGE ENGELHARDT** <br> **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MOTION FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS' DEPOSITION OF HARVEY E. JOHNSON, JR., FORMER FEMA DEPUTY ADMINISTRATOR AND CHIEF OPERATING OFFICER**

The United States of America ("United States") hereby moves for a protective order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiffs' deposition of Harvey E. Johnson, Jr., former Deputy Administrator and Chief Operating Officer for the Federal Emergency Management Agency.

The United States has objected to this deposition since Plaintiffs' Steering Committee notified the United States of its intent to depose Admiral Johnson. Subsequently, counsel have conferred pursuant to Fed. R. Civ. P. 26(c)(1), regarding the deposition and have been unable to resolve the issue. Plaintiffs have issued a Notice of Deposition for Admiral Johnson. (Exh. 6).[1]

In support of this motion the United States has submitted a memorandum of law on this date.

---

[1] By notice, the deposition is scheduled for July 20, 2009, but the parties have agreed to await the Court's resolution of this motion to formally schedule a mutually convenient date for the deposition.

- 1 -

Dated:   June 13, 2009                    Respectfully Submitted,

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

ADAM DINNELL
MICHELLE BOYLE
JONATHAN WALDRON
Trial Attorneys

<u>//S// Adam Bain</u>

ADAM BAIN (IN Bar No.11134-49)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No:  (202) 616-4209
E-mail:  adam.bain@usdoj.gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2009, the foregoing Motion for Protective Order, Memorandum of Law, Exhibits and Proposed Order were filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereby was served upon Liaison Counsel.

//S// Adam Bain
Adam Bain (IN Bar No. 11134-49)
