Motion for a Protective Order to Prevent Deposition of Harvey E. Johnson, Jr.,

Former Deputy Administrator and Chief Operating Officer for FEMA

EXHIBIT 1

DECLARATION OF ADMIRAL HARVEY E. JOHNSON, JR.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF ADMIRAL HARVEY E. JOHNSON, JR.

I, Harvey E. Johnson, Jr., Vice Admiral, United States Coast Guard (Ret.), state and declare as follows:

1. I served as Deputy Administrator and Chief Operating Officer of the Federal Emergency Management Agency ("FEMA") from May 2006 to January 2009. This position is Presidentially appointed and Senate confirmed. During this time, I was the primary advisor to FEMA's Administrator, David Paulison, and was responsible for overall daily operations and management of the agency. During my time at FEMA, I was responsible for implementing policies and procedures on behalf of the Administrator and overseeing all response, recovery, mitigation and preparedness activities. FEMA's jurisdiction is wide-ranging. It is responsible for coordinating the federal government's role in preparing for, preventing, mitigating the effects of, responding to and recovering from all domestic disasters, whether natural or man-made, including acts of terror.

2. At the time of my appointment, I had been the Commander of the U.S. Coast Guard's Pacific Area since June 2004. In this role, among other responsibilities, I developed operational and contingency plans that integrated Coast Guard forces with those of the

Department of Defense as well as other federal, state and local agencies focused on threats within the maritime domain. In years prior to 2004, I had also served as the executive director of the Coast Guard's transition into the Department of Homeland Security. At the time of my appointment, I had more than 30 years of experience as a Coast Guard officer.

3. From May 2006 through mid-May 2007, I had very limited personal involvement in FEMA's response to issues assoicated with the presence of formaldehyde. Kevin Souza and David Garratt were primarily responsible for responding to formaldehyde concerns during this period. In mid-May 2007, with increasing awareness and sensitivity to issues regarding formaldehyde by the Administration, state representatives, Congress and the media, I became more involved with the issues. In August 2007, I appointed Michael Lapinski as the FEMA official responsible for coordinating FEMA's assessment, response and communications with regard to formaldehyde concerns. In this capacity, Mr. Lapinski reported to me, whereupon I commented upon and endorsed Mr. Lapinski's recommendations based upon information that he made available to me.

I declare under the penalty of perjury that the foregoing in true and correct.

Executed this 8th day of June, 2009.

*Harvey E. Johnson Jr.*
Harvey E. Johnson Jr.
Vice Admiral, USCG (Ret.)