Motion for a Protective Order to Prevent Deposition of Harvey E. Johnson, Jr.,

Former Deputy Administrator and Chief Operating Officer for FEMA

EXHIBIT 2

FEMA PRESS RELEASE



# Senate Confirms Harvey E. Johnson Jr. As FEMA Deputy Administrator/Chief Operating Officer

Release Date: June 27, 2008
Release Number: HQ-08-128

WASHINGTON, D.C. -- The United States Senate today confirmed the nomination of Harvey E. Johnson Jr. as Deputy Administrator and Chief Operating Officer of the Department of Homeland Security's Federal Emergency Management Agency (FEMA).

"I am pleased that the Senate has confirmed Harvey Johnson as FEMA's Deputy Administrator," said FEMA Administrator R. David Paulison. "Admiral Johnson has been my right-hand in shaping the new FEMA. His loyalty, professionalism and dedication have been the key to helping me rebuild this organization. He is truly an example of the expert and professional we are trying to attract at FEMA in both career and non-career roles. His confirmation complements our efforts to identify, recruit, retain and develop the best possible leaders and managers for today and tomorrow by placing a cadre of career senior executive service in all key offices and programs across FEMA."

A retired Vice Admiral from the U.S. Coast Guard, Johnson came to FEMA in April 2006 after serving as Commander of the Coast Guard's Pacific Area since June 2004. He has a wealth of emergency and crisis management experience, including support to Admiral Thad Allen and the Coast Guard's Hurricane Katrina response efforts by coordinating and deploying West Coast resources.

While serving as Commander, Pacific Area, Johnson led efforts that encompassed more than 73 million miles west of the Rocky Mountains and throughout the Pacific Basin to the Far East. Prior to this assignment, he was the Commander, Seventh Coast Guard District and served as the Director, Homeland Security Task Force-Southeast, where he directed Operation Able Sentry, the Department of Homeland Security's response to the crisis in Haiti. In addition to these duties, he served as the Executive Director of the Coast Guard's transition into DHS.

FEMA coordinates the federal government's role in preparing for, preventing, mitigating the effects of, responding to, and recovering from all domestic disasters, whether natural or man-made, including acts of terror.