Motion for a Protective Order to Prevent Deposition of Harvey E. Johnson, Jr., Former Deputy Administrator and Chief Operating Officer for FEMA

EXHIBIT 5

DECLARATION OF MICHAEL LAPINSKI

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER　　　　　　　*　　CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION　　　　　　*
　　　　　　　　　　　　　　　　　　JUDGE ENGLEHARDT - DIV. N
　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ - MAG. 5

*************************************************************************

## DECLARATION OF MICHAEL LAPINSKI

I, Michael Lapinski state and declare as follows:

1. I am employed as a Federal Coordinating Officer, in the Office of Federal Coordinating Officer Operations, Federal Emergency Management Agency ("FEMA"). From August 2007 through June 2008, I was the official responsible for coordinating FEMA's response to formaldehyde concerns in temporary emergency housing units ("EHU"). In this capacity I reported to Admiral Harvey E. Johnson, Jr., Deputy Administrator and Chief Operating Officer, FEMA. As a result of my duties and responsibilities I am familiar with FEMA's actions taken in response to formaldehyde concerns in EHUs between the time of May 2007 and June 2008.

2. In mid-May 2007, FEMA learned that a Mississippi pediatrician had identified formaldehyde exposure type symptoms in children living in travel trailers. In response and because of concerns that its current response may not be sufficiently protective of occupants health and safety, FEMA requested assistance from the Department of Homeland Security ("DHS") Office of Health Affairs ("OHA") in contacting the Department of Health and Human

Page 1 of 5

Services and Centers for Disease Control and Prevention ("CDC") to evaluate the claims made by the Mississippi pediatrician. Thereafter, FEMA engaged DHS OHA, CDC, National Center for Environmental Health ("NCEH"), and the National Institute for Occupational Safety and Health ("NIOSH") to develop a strategy to determine actual indoor air quality conditions in occupied units, to determine a scientifically valid target for air quality improvement and to assess engineering solutions that could achieve those levels.

3. In mid-July 2007, FEMA formalized this request and asked CDC to investigate and determine the actual air quality conditions in travel trailers when they are used for prolonged periods of time under real life conditions and to determine if there is an association between poor indoor air quality in travel trailers and adverse health effects in children who live in them.

4. Later in July 2007, FEMA Administrator Paulison announced several additional steps FEMA was taking to address formaldehyde concerns and work more closely with EHU occupants who may have concerns about formaldehyde exposure. A dedicated formaldehyde call center was established to answer EHU occupant questions and to better assist occupants in finding alternate housing. Any occupant who contacted the call center was asked whether they wanted alternate temporary housing and if they did, steps were taken to relocate them. In addition, if the occupant had health concerns or questions regarding formaldehyde their call was routed to a CDC health care consultant. In addition, a Formaldehyde Fact Sheet was prepared and distributed to all EHU occupants. The Fact Sheet identified the telephone number for the formaldehyde call center, discussed mitigation strategies, and encouraged occupants to call if they had concerns.

5. Commencing from on or about mid-May 2007 onward, FEMA attempted to

promptly relocate, usually within seven to ten days, any EHU occupant who informed FEMA that they were dissatisfied with their EHU and wanted to be placed in alternative temporary housing. From mid-July 2007 onward, EHU occupants that contacted the FEMA formaldehyde call center have been offered alternate temporary emergency housing, and persons that requested alternate housing have been promptly relocated - again, usually within seven to ten days. In addition, if more permanent housing, acceptable to the occupant was identified and available, FEMA would provide rental assistance, and relocation assistance. During this period, many programs were implemented that were designed to incentivize relocation from EHUs. I personally tracked the numbers of households moving out of EHUs to alternative housing, and reported that information weekly to FEMA senior leadership. Commencing or about February 2008, after receipt of CDC initial reports regarding testing of occupied EHUs, FEMA prioritized relocation of persons identified as being more susceptible or at higher risk from exposure to formaldehyde.

6. In September 2007, CDC prepared a protocol to test occupied units. Initial testing of occupied units was scheduled to commence in October 2007. However, that testing was delayed until December 2007, because of concerns at FEMA, the Department of Homeland Security and the White House regarding how the federal government would characterize the results in order to make them meaningful to not only EHU occupants, but the public at large. This was because no agency with public health responsibility or authority had provided guidance or standards on what concentration of formaldehyde constituted a "safe" level. Secondarily, federal interagency leadership wanted to review and assess contingency plans in the event the government had to immediately evacuate all occupants from EHUs.

7. Testing of a statistically significant representative sample (519) across all strata of

EHU began in December 2007. In February 2008, CDC issued the initial results from testing of these occupied units. A flyer reflecting those results was prepared and distributed to EHU occupants, and FEMA continued its efforts to relocate EHU occupants to more permanent housing or alternate temporary emergency housing such as hotels. As previously noted, as a result of CDC's report, FEMA prioritized the relocation of higher risk persons.

8. In late February 2008, FEMA contracted with Bureau Veritas of North America ("BVNA") to test occupied EHUs. BVNA was the entity that CDC used to test occupied units in December 2007 and January 2008. FEMA offered to have BVNA test upon request any FEMA-provided EHU.

9. Notwithstanding FEMA's efforts, many EHU occupants for a variety of reasons refused to relocate. Some occupants declined FEMA's relocation offers because available alternate temporary housing would interfere with their rebuilding efforts. Although cognizant of CDC's recommendations that all persons in EHUs should be relocated, FEMA made the decision to allow the disaster victims to make the decision whether to stay in the EHU, rather then require them, or compel them to relocate to other alternate temporary emergency housing. DHS OHA advised that relocation involved risks of its own and only the occupant could weigh all the available information and make a best option determination.

10. To determine a scientifically valid formaldehyde indoor air target level in temporary emergency housing units, FEMA appointed and funded a panel of medical and scientific experts to investigate this issue. That panel was unable to reach a consensus and ultimately did not provide FEMA with a formaldehyde indoor air target level.

11. To reduce future disaster victims potential exposure to formaldehyde in temporary

emergency housing units, in July 2007, FEMA issued an Interim Direction establishing that, henceforth, no manufactured housing or travel trailers of any kind would be provided to disaster victims unless it had been tested for formaldehyde levels in advance, and the test results shared with the State. States would be required to approve the deployment/provision of any FEMA provided manufactured housing or travel trailers. Further, per FEMA's Disaster Housing Plan, travel trailers will only be used as a temporary emergency housing option of last resort and in very limited circumstances.

12. FEMA also initiated efforts to purchase new factory built housing and travel trailers designed specifically to have extremely reduced formaldehyde levels. Since March 2008, all newly acquired temporary housing units manufactured for FEMA are independently tested and certified to emit less than .016 parts per million ("ppm") of formaldehyde by an independent, American Industrial Hygiene Association ("AHIA") certified laboratory.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 6th day of May 2009.

MICHAEL LAPINSKI
Federal Coordinating Officer
Office of Federal Coordinating Officer Operations
Federal Emergency Management Agency
Washington, D.C.