Motion for a Protective Order to Prevent Deposition of Harvey E. Johnson, Jr.,

Former Deputy Administrator and Chief Operating Officer for FEMA

EXHIBIT 6

NOTICE OF DEPOSITION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAG. JUDGE CHASEZ |

***************************************************************************************************

## NOTICE OF VIDEO-TAPED DEPOSITION OF ADMIRAL HARVEY JOHNSON

TO:     To all Manufacturing Defendants          To all Governmental Defendants
        their respective counsel,                and their respective counsel,
        Through Defense Liaison                  Through
        Attorney of Record:                      Henry T. Miller
        Andrew D. Weinstock                      Senior Trial Attorney
        Duplass, Zwain, Bourgeois & Morton       U.S. Department of Justice,
        3838 N. Causeway Blvd., 2900             Civil Division
        Metairie, Louisiana 70002-8330           1331 Pennsylvania Avenue, NW,
                                                 Room 8220-N
                                                 Washington, D.C. 20004

        To all Contractor Defendants
        and their respective counsel,
        Through Contractor Liaison
        Attorney of Record:
        M. David Kurtz
        Baker, Donaldson, Bearman,
        Caldwell, & Berkowitz, PLC
        201 St. Charles Ave, Ste 3600
        New Orleans, LA 70170

PLEASE TAKE NOTICE that Plaintiffs, pursuant to Rule 30 of the Federal Rules of

Civil Procedure, will take the video-taped deposition of **ADMIRAL HARVEY JOHNSON**

concerning the subject matter of this litigation.

This deposition will take place on **Monday, July 20, 2009, commencing at 9:00**

**a.m. CST at the United States Department of Justice, 1331 Pennsylvania Avenue,**

Page 1 of  3

**NW, Washington, D.C. 20004**, or as otherwise agreed upon. The deposition will continue from day to day thereafter, weekends and holidays excluded, until complete. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law.  You are invited to attend and examine the witness if you so desire. Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and will be transcribed.  The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:      s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer,  L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973

jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE PENTON, #10462
MIKAL C. WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of

Deposition upon all counsel of record by placing same in the United States mail,

properly addressed and with first-class postage, or by facsimile or other electronic

transmission this 12th day of June 2009.

s/Justin I. Woods_____
JUSTIN I. WOODS, #24713