UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION N-5
 JUDGE ENGELHARDT
 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This matter comes before the Court on the United States' motion for a Protective Order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiffs' deposition of Harvey E. Johnson, Jr., former Deputy Administrator and Chief Operating Officer for the Federal Emergency Management Agency.

The Court, having considered the motion, the exhibits, the memoranda of law, and the arguments of counsel, hereby finds that the motion should be **GRANTED.**

Accordingly, the Court hereby **ORDERS** that the Deposition of Harvey E. Johnson, Jr., not be taken in this action, and that the Notice of Deposition **BE QUASHED**.

**DONE AND SIGNED** this _____ day of _____, 2009.

 _____
 **HONORABLE KURT D. ENGELHARDT**
 **UNITED STATES DISTRICT JUDGE**
 **UNITED STATES DISTRICT COURT**
 **EASTERN DISTRICT OF LOUISIANA**