UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
Bauer, et al v. Liberty Homes, Inc., et al.
No. 08-5031

JURY DEMANDED

### BAUER PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT AND AMEND ORIGINAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs in the *Bauer* matter and file this their unopposed Motion for Leave to Supplement and Amend Original Complaint and would show unto the Court as follows:

I.

Plaintiffs' counsel has received a Motion for Summary Judgment filed by SunRay RV, LLC indicating that SunRay did not manufacturer or sell any of the FEMA trailers in question. This Court has allowed the Master Complaint to be amended to dismiss Giles

Industries, Inc. and SunRay RV, LLC. Counsel for Plaintiffs has contacted counsel for SunRay RV, LLC, James Carroll, who has advised that in the event his client is dismissed from the Complaint, he will withdraw his Motion for Summary Judgment. Attached hereto as **Exhibit "A"** is the Order entered by the Court on July 17, 2008, regarding that matter. Accordingly, Plaintiffs pray that the Court grant this Motion, allow them to amend the Complaint to be filed dismissing SunRay RV, LLC and add new corporate entities unrelated to SunRay RV, LLC.

II.

### Statement of Non-Opposition

Plaintiffs' counsel has contacted counsel for SunRay RV, LLC and been advised that he is unopposed to this Motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray the Court grant this Motion, allow Plaintiffs to amend their Complaint, dismissing SunRay RV, LLC and add new corporate entities unrelated to SunRay RV, LLC.

Respectfully submitted,

/s/ Robert C. Hilliard

**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N-4

JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO
THE ADMINISTRATIVE MASTER
COMPLAINT AND ALL OTHER RELATED
CASES

MAG. JUDGE ROBY

## ORDER

Considering Plaintiffs' First Supplemental and Amended Master Complaint (Pacer No. 379) which dismisses Giles Industries, Inc. ("Giles Industries") and SunRay RV, LLC ("SunRay RV") from the AMC and the *Pujols* complaints and amends in new corporate entities unrelated to Giles Industries and SunRay RV, the Motion to Withdraw Motion for Summary Judgment filed by Giles Industries and SunRay RV, and the supporting memorandum filed therewith:

**IT IS HEREBY ORDERED** that the Motion for Summary Judgment filed by (Rec. Doc. 295) Newly Added Defendants Giles Industries, Inc. and SunRay RV, LLC. be and is hereby withdrawn; and furthermore the Motion to Withdraw is GRANTED.

New Orleans, Louisiana, this 17th day of July, 2008.

UNITED STATES DISTRICT JUDGE

**EXHIBIT A**