UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

MDL NO. 1873
SECTION N MAG. 5

JUDGE ENGELHARDT
MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO:
Bauer, et al v. Liberty Homes, Inc., et al.
No. 08-5031

JURY DEMANDED

### ORDER

Considering the *Bauer* Plaintiffs' Motion for Leave to Supplement and Amend Original Complaint:

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**.

New Orleans, Louisiana this ___ day of _____, 2009.

**JUDGE KURT D. ENGELHARDT**