UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                  SECTION "N-5"

                                              JUDGE ENGELHARDT
                                              MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the defendant United States of America, through the Federal Emergency Management Agency, be prohibited from selling, donating, or otherwise disposing of any manufactured housing units, mobile homes, or park models which are the subject of this Court's earlier ruling on preemption (Doc. 1629), and

IT IS FURTHER ORDERED that, prior to any sale, donation, or other disposition divesting it of control and ownership, of a manufactured home, mobile housing unit, or park model previously furnished by FEMA to individuals displaced by Hurricanes Katrina and/or Rita, the defendant United States of America, through Federal Emergency Management Agency, notify the PSC through Liaison Counsel of the identities and locations of all such housing units which either have been or currently can be matched to a plaintiff known to be presenting claims herein, in response to which notification each claimant in question shall have ____ days from the date of notification of the PSC to conduct appropriate inspection and testing of the unit; and

IT IS FINALLY ORDERED that this protective order for the preservation of evidence to

allow appropriate testing and inspection as to certain units shall extend to, and be effective only until, January \_\_\_\_, 2010, following which the date the defendant United States of America, the Federal Emergency Management Agency, shall be entitled to proceed with the sale, donation, and/or disposition of the units in question.

      NEW ORLEANS, LOUISIANA, this \_\_\_\_ day of _____, 2009.

_____
HONORABLE KURT ENGELHARDT