UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
the Fleetwood bellwether trial scheduled
to begin on October 26, 2009

## ORDER

**IT IS ORDERED** that, instead of Shalahn Jenkins and Craig Jenkins, Jr. serving as the bellwether plaintiffs against Fleetwood Canada, Ltd., Fleetwood Enterprises, Inc., Fleetwood Homes of North Carolina, Inc., Fleetwood Homes of Georgia, Inc., and Fleetwood Travel Trailers of Maryland, Inc. (collectively "Fleetwood") in the October 26, 2009 trial, Elisha Dubuclet on behalf of Timia Dubuclet, shall serve as the bellwether plaintiff.  Some of the deadlines listed in the Trial II Scheduling Order (Rec. Doc. 1306) are amended in a separate order entered simultaneously herewith.

New Orleans, Louisiana, this 15th day of June, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**