UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                     SECTION "N"  (5)

THIS DOCUMENT RELATES TO
the Fleetwood bellwether trial scheduled
to begin on October 26, 2009

## ORDER

The Court has reviewed the Plaintiffs' Steering Committee (PSC) Motion to Continue Bellwether Trial (Rec. Doc. 1694), the Defendant United States of America's Response to PSC's "Motion to Continue Bellwether Trial" [Docket No. 1694] (Rec. Doc. 1721), and Fleetwood Enterprises, Inc.'s Opposition to PSC's Motion to Continue Bellwether Trial [Rec. Doc. 1694 (Rec. Doc. 1724). Accordingly,

**IT IS ORDERED** that the **Plaintiffs' Steering Committee (PSC) Motion to Continue Bellwether Trial (Rec. Doc. 1694)** is **DENIED**. However,

**IT IS FURTHER ORDERED** that the following deadlines/dates relating to the October 26, 2009 Fleetwood bellwether trial are reset as follows:

• Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **July 10, 2009**.

• Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant fully setting forth all matters

about which they will testify and the basis therefor shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **August 10, 2009**.

- Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **August 10, 2009**.

- All pre-trial motions, including dispositive motions, shall be filed no later than **September 11, 2009**.

**IT IS FURTHER ORDERED** that any EHU testing shall be completed in sufficient time to allow for compliance with the deadlines included in this Order. The parties shall confer, establish a testing deadline schedule, and inform the Court of such schedule as soon as possible.

**IT IS FINALLY ORDERED** that any deadlines not specifically extended in this Order remain unchanged from the April 8, 2009 Trial II Scheduling Order (Rec. Doc. 1306).

New Orleans, Louisiana, this 15th day of June, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**