UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER   MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION   SECTION N

This document relates to:
*Fountain, et al v. United States of America through the Federal Emergency Management Agency, et al.,*
No. 09-3622

## MOTION TO WITHDRAW PREVIOUSLY FILED MOTION TO DISMISS BY DEFENDANT FOREST RIVER, INC.

NOW INTO COURT, through undersigned counsel, comes defendant, Forest River, Inc., who hereby requests that the Court withdraw its previously filed Motion to Dismiss, Rec. Doc. 1622. Based on the representations made by plaintiff's counsel that Forest River, Inc. is the alleged manufacturer of plaintiffs' temporary housing unit, undersigned counsel hereby withdraws the Motion to Dismiss but reserves the right to re-file any such Motion, if warranted, in the future.

Respectfully Submitted,

/s/ Jason D. Bone
Ernest P. Gieger, Jr. (T.A.) (6154)
Jason D. Bone (28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011

ATTORNEYS FOR FOREST RIVER, INC. AND
VANGUARD INDUSTRIES OF MICHIGAN, INC.
(A/K/A PALOMINO RV)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon:

Eulis Simien, Jr., Esq.
Simien & Simien, LLC
7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809
*Attorneys for PAUL FOUNTAIN, CHARLES RAY FOUNTAIN,*
*JOAN FOUNTAIN CAPTAIN and JESSICA LANDRY FOUNTAIN*

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
Energy Centre
1100 Poydras Street, Suite 2800
New Orleans, Louisiana 70163
*Plaintiffs' Liaison Counsel*

via e-filing this 15th day of June, 2009.

/s/ Jason D. Bone