UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N |

This document relates to:
*Fountain, et al v. United States of America through the Federal Emergency Management Agency, et al.,*
No. 09-3622

### ORDER

Considering the foregoing *Motion to Withdraw Previously Filed Motion to Dismiss by Defendant Forest River, Inc.,*

IT IS HEREBY ORDERED that the *Motion to Dismiss* (Rec. Doc. 1622) filed by defendant, Forest River, Inc., be and is hereby withdrawn.

New Orleans, Louisiana this _____ day of June, 2009.

_____
*JUDGE, EASTERN DISTRICT OF LOUISIANA*