UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (4) |
| | * | |
| | * | |
| This Document relates to: | * | JUDGE ENGELHARDT |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | MAG. JUDGE CHASEZ |

*************************************************************************

## UNOPPOSED MOTION TO AMEND COMPLAINT

NOW INTO COURT, through undersigned counsel, come plaintiffs, Paul Fountain, Joan Fountain Captain, Jessica Landry and Charles Ray Fountain, who move this Honorable Court for an Order, allowing the amendment of the complaint in this matter. The Court has granted plaintiffs' motion for voluntary dismissal [ECF Doc. 1732]. This amendment is sought to clearly set forth that the allegations against the numerous manufacturing defendants are being specifically made against the only remaining manufacturing defendant following the dismissal granted by this Court. Counsel has conferred with counsel for the only defendant who would be affected by this amendment and there is no opposition.[1] The interest of justice would be served by allowing this amendment as it would allow the plaintiffs to proceed against all appropriate parties and to specifically allege elements of damage as are required by the facts of this case.

---

[1] Consent has not be sought or obtained for counsel for FEMA but the amendment only substitutes the name Forest River, Inc. in the place and stead of general reference to trailer manufacturers in the original petition. It also corrects a typographical error in the original petition that referred to venue being proper in the Louisiana Middle District even though the suit was properly filed in the Western District.

WHEREFORE, plaintiffs pray for an Order from this Honorable Court allowing the filing of the attached Amending and Supplemental Complaint For Damages.

Respectfully submitted:

Simien & Simien, L.L.C.
Attorneys and Counselors at Law
7908 Wrenwood Blvd.
Baton Rouge, Louisiana 70809
Telephone:  (225) 932-9221
Fax:  (225) 932-9286

/s/ Eulis Simien, Jr.

By:   Eulis Simien, Jr., Bar # 12077

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2009, I presented the Unopposed Motion To Amend Complaint for filing and uploading to the CM/ECF system which will send notification of such filing to all known counsel of record.

Done this 15th day of June at Baton Rouge, Louisiana.

/s/ Eulis Simien, Jr.

**EULIS SIMIEN, JR.**