## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION "N" (4)** |
| | * | |
| | * | |
| **This Document relates to:** | * | **JUDGE ENGELHARDT** |
| *Paul Fountain, et al v.* | * | |
| *United States of America, et al* | * | |
| No. 09-03622 | * | |
| | * | **MAG. JUDGE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

The forgoing considered:

IT IS THE ORDER OF THE COURT that Plaintiffs' First Supplemental and Amending

Petition for Damages be filed as prayed for and according to law.

THUS DONE AND SIGNED, this _____ day of June, 2009, New Orleans, Louisiana.

_____

Judge,United States District Court Eastern District