UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(4) |
| | * | |
| This Document Relates to:  ALL CASES | * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

*******************************************************************************

### UNOPPOSED MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT, GULF STREAM COACH, INC.'S AND FLUOR ENTERPRISES, INC.'S MOTION TO STRIKE CERTAIN EXPERT WITNESSES OUT OF TIME

**NOW INTO COURT**, come Defendants, Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., who respectfully request an Order from this Honorable Court granting leave to them to file their Reply to Plaintiffs' Response to Defendant, Gulf Stream Coach, Inc.'s and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses out of time.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

                    Respectfully Submitted:

                    **DUPLASS, ZWAIN, BOURGEOIS,**
                    **PFISTER & WEINSTOCK**

                    s/Andrew D. Weinstock
                    _____
                    **ANDREW D. WEINSTOCK (#18495)**
                    **JOSEPH G. GLASS (#25397**)
                    3838 North Causeway Boulevard, Suite 2900
                    Metairie, Louisiana 70002
                    Telephone:     (504) 832-3700

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

and

s/ Charles R. Penot, Jr.
**MIDDLEBERG, RIDDLE & GIANA**
**Charles R. Penot, Jr. #1530**
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334
(214) 220-6807 (FAX)
cpenot@midrid.com

and

**Dominic J. Gianna #6063**
201 St. Charles Avenue
New Orleans, Louisiana 70170-3100
(504) 525-7200
(504) 581-5983 (FAX)
dgianna@midrid.com
**Counsel for Defendant, Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2009, a copy of the foregoing Unopposed Motion for Leave to File Reply to Plaintiff's Response to Defendants Gulf Stream Coach, Inc., and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses Out of Time was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other

counsel of record via e-mail and U.S. Mail.

                                                /s/ Andrew D. Weinstock
                                        ANDREW D. WEINSTOCK
                                            andreww@duplass.com