UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| MERANDA HENRY | * | CIVIL ACTION NO. 07-3952 |
| | * | |
| VERSUS | * | |
| | * | JUDGE: MARTIN L.C. FELDMAN |
| GULF STREAM COACH, INC., FLUOR | * | |
| CORPORATION, DEL-JEN, INC. AND | * | |
| ATWOOD MOBILE PRODUCTS | * | MAG: KAREN WELLS ROBY |

*************************************************************************

## ORDER

Considering the above and foregoing Motion for Leave to file Reply to Plaintiffs' Response to Gulf Stream Coach, Inc.'s and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses Out of Time:

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. are hereby granted leave to file the attached Reply to Plaintiffs' Response to Gulf Stream Coach, Inc.'s and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
J U D G E