## Kim Culotta

**From:**      "ANDREW WEINSTOCK" <andreww@duplass.com>
**To:**          "Kim Culotta" <kculotta@duplass.com>
**Sent:**      Monday, June 15, 2009 10:14 AM
**Subject:**  FW: FEMA - Testing Protocol for Alexander/Gulfstream Unit

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, May 04, 2009 5:32 PM
**To:** 'Miller, Henry (CIV)'; Dinnell, Adam (CIV); ANDREW WEINSTOCK; Kurtz, David; JOSEPH G. GLASS
**Cc:** Gerald E. Meunier; Denise Martin; Carroll Lanassa; Linda Nelson; peterktaaffe@att.blackberry.net; Mikal C. Watts; CPenot@midrid.com
**Subject:** RE: FEMA - Testing Protocol for Alexander/Gulfstream Unit

Henry,

The PSC does not have any intentions upon destroying the unit in any way. Our experts will most likely need to "pull back" certain coverings for visual inspection. Furthermore, there may be cabinetry that needs to be disassembled and reassembled (unscrewed and screwed). None of this will harm the surface in any way. Also, regarding the Ventilation testing, we will gladly make any repairs to the unit required for drilling. We will also inquire as to whether or not drilling is absolutely necessary.

Keeping in mind that the unit will ultimately be "scrapped" we will endeavor to make sure that we do not take steps to further that process.

Justin.

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, May 04, 2009 5:18 PM
**To:** Justin Woods; Dinnell, Adam (CIV); ANDREW WEINSTOCK; Kurtz, David; jglass@duplass.com
**Cc:** Gerald E. Meunier; Denise Martin; Carroll Lanassa; Linda Nelson; peterktaaffe@att.blackberry.net; Mikal C. Watts; CPenot@midrid.com
**Subject:** RE: FEMA - Testing Protocol for Alexander/Gulfstream Unit

Justin,

We are in the process of reviewing the PSC Test Protocol.  I require the following information before I give the Government's response to your proposed Testing Protocol:

1.  Measurement of the Trailer/Material Audit.

        A.    Is this a visual examination of interior/exterior surfaces of the trailer or does it contemplate taking invasive or potentially destructive actions such as

2 of 3

removing portions of the carpet or floor covering to identify and inspect/examine the material making up the trailer floor, removal of wall covering or any material covering ceiling to inspect/examine material making up trailer ceiling or walls, or collection of any of samples those materials for further testing or analysis.   Please clarify.

      B.   Mr. Kaltofen indicates that he will "record" Sheet Goods, Finishes, Laminated Goods, and Cabinet/Passages.  Again will this be achieved through visual inspection of exposed surfaces areas or does this contemplate invasive activities and/or collection of any samples of these materials for further testing.  Please clarify.

2.  Ventilation.  The alternate ventilation testing and reference to footnote 3 is not acceptable to the government because compliance with that protocol requires PSC to drill holes in the trailer.

Please get back to me ASAP.  We need to resolve these couple of issues tonight or get the Judge on the line tomorrow or Wednesday.

Thanks,

Henry

---

**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Monday, May 04, 2009 5:06 PM
**To:** Miller, Henry (CIV); Dinnell, Adam (CIV); ANDREW WEINSTOCK; Kurtz, David; jglass@duplass.com
**Cc:** Gerald E. Meunier; Denise Martin; Carroll Lanassa; 'Linda Nelson'; 'peterktaaffe@att.blackberry.net'; 'Mikal C. Watts'
**Subject:** FEMA - Testing Protocol for Alexander/Gulfstream Unit

Henry/Andy,

Attached is the PSC testing protocol for the Alexander/Gulf Stream unit scheduled to be utilized on Wednesday in Lottie Louisiana as attested to by our expert, Marco Kaltofen.

Justin.

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If

the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.