# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873<br><br>SECTION "N" (5) |
| THIS DOCUMENT RELATES TO<br>*Paul Fountain, et al versus*<br>*United States of America, et al, 09-3622* | : : : | JUDGE ENGELHARDT<br><br>MAGISTRATE JUDGE CHASEZ |

## MEMORANDUM IN SUPPORT OF
## EX PARTE MOTION TO WITHDRAW PLEADING

Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"), moves this Honorable Court for an Order withdrawing its previously filed Motion to Dismiss. (doc. no. 1661.) In its Motion to Dismiss, IBS sought to dismiss the *Fountain* plaintiffs' claims on the basis that the plaintiffs had failed to assert that their mother ever resided in a home manufactured by IBS. The *Fountain* plaintiffs have since determined that the home in which their mother resided was manufactured by Forest River, Inc. Accordingly, they moved to voluntarily dismiss their claims against IBS, among others. (doc. no. 1700.) This Honorable Court signed an Order to that effect on June 10, 2009, (doc. no. 1732), thereby rendering IBS's pending Motion to Dismiss moot.

At this time, IBS reserves its right to re-file its Motion to Dismiss if it is later becomes necessary to do so.

866625.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail:  drk@bswllp.com; jds@bswllp.com


/s/ Jennifer C. Dyess
David R. Kelly, T.A. (#1457)
Jennifer C. Dyess (#31144)
***Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes***