**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO *Paul Fountain, et al versus* *United States of America, et al, 09-3622* | : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

**ORDER**

CONSIDERING THE FOREGOING EX PARTE MOTION TO WITHDRAW PLEADING:

IT IS HEREBY ORDERED that IBS's Ex Parte Motion to Withdraw Pleading is GRANTED. The Motion to Dismiss filed by IBS (doc. no. 1661) be and is hereby withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2009.

**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

866625.1