UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                                   SECTION N

This document relates to:
*Fountain, et al v. United States of America through
the Federal Emergency Management Agency, et al.*,
No. 09-3622

## ORDER

Considering the foregoing *Motion to Withdraw Previously Filed Motion to Dismiss by Defendant Forest River, Inc.*,

IT IS HEREBY ORDERED that the *Motion to Dismiss* (Rec. Doc. 1622) filed by defendant, Forest River, Inc., be and is hereby withdrawn.

New Orleans, Louisiana this 16th day of June, 2009.

JUDGE, EASTERN DISTRICT OF LOUISIANA