UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                               SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On June 15, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Jerry Meunier, and Paul Lee. During the conference, the numerous complaints filed on June 15, 2009 by Lawrence Centola, Jr. were discussed.

New Orleans, Louisiana, this 15th day of June, 2009.

                                                             **KURT D. ENGELHARDT**
                                                             **UNITED STATES DISTRICT JUDGE**