UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that the Court will hear the following two motions on an expedited basis: (1) Defendant United States of America's Motion for a Protective Order to Prevent Plaintiffs' Deposition of Harvey E. Johnson, Jr., Former FEMA Deputy Administrator and Chief Operating Officer (Rec. Doc. 1756) and (2) the PSC Motion for Protective Order Regarding FEMA's Disposition of Units (Rec. Doc. 1759). Any opposition to either of these motions shall be filed on or before **Monday, June 22, 2009 at 9:00 a.m.**, at which time both motions will be taken under advisement.

New Orleans, Louisiana, this 16th day of June, 2009.

                                                    **KURT D. ENGELHARDT**
                                                    **UNITED STATES DISTRICT JUDGE**