UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                       MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                              SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

The Court has reviewed the applications submitted by various counsel pursuant to the Court's Order dated June 4, 2009 (Rec. Doc. 1679). The Court found each of the candidates to be highly qualified and, after carefully considering which attorneys would best serve the needs of this particular litigation, the Court **ORDERS** the following additional appointments to the Plaintiffs' Steering Committee:

•       Dennis C. Reich

•       Robert M. Becnel

The Court notes that it may, in its discretion, add counsel to or subtract counsel from this committee or any other committee as necessary, and maintain the submissions of those not selected at this juncture for that purpose.

All committee members are expected to personally attend and participate in all meetings of such committees. Liaison counsel are instructed to promptly advise the undersigned of any

repeated absences or inability to communicate with any committee member. The Court shall retain all submitted applications to serve on these committees for future reference and consideration, if necessary.

    New Orleans, Louisiana, this 16th day of June, 2009.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**