UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N"  (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that the **Unopposed Motion for Leave to File Reply to Plaintiffs' Response to Defendant, Gulf Stream Coach, Inc.'s and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses Out of Time (Rec. Doc. 1765)** is **GRANTED**.

New Orleans, Louisiana, this 16th day of June, 2009.

                                                  KURT D. ENGELHARDT  
                                                  UNITED STATES DISTRICT JUDGE