MINUTE ENTRY
ENGELHARDT, J.
June 15, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
           FORMALDEHYDE PRODUCTS
           LIABILITY LITIGATION

                                                       SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


        A telephone conference was conducted on Monday, June 15, 2009, at 2:15 p.m.  Participating

were Gerald E. Meunier and Justin Woods, liaison counsel for plaintiffs, and Paul Lee.


JS10(00:45)