UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER           * | | MDL NO. 1873 |
|      FORMALDEHYDE          * | | |
|      PRODUCTS LIABILITY    * | | |
|      LITIGATION            * | | SECTION: N(5) |
|                            * | | |
| This Document Relates to: *Charlie Age, et al. v.*  * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 * | | |
|                            * | | MAG: CHASEZ |

*************************************************************************

**GULF STREAM COACH, INC.'S**
***EX PARTE* MOTION TO AMEND TRIAL I SCHEDULING ORDER**

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc., which hereby requests that Trial I Scheduling Order (Doc. No. 1305) be amended to extend the June 19, 2009 deadline for filing and exchange of witness lists and exhibits to be used by the parties at trial. Plaintiffs' Counsel, Contractor's Counsel and Government Counsel do not oppose this Motion, and the extension of this deadline will not upset any other established deadlines.

The Trial I Scheduling Order currently reads, in part:

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **June 19, 2009** (**76** days prior to Final Pre-trial Conference Date).

(Doc. No. 1305)(emphasis in original).

Gulf Stream Coach, Inc. moves to amend the foregoing language to read as follows:

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **July 1, 2009** (**65** days prior to Final Pre-trial Conference Date). Fluor Enterprises, Inc. will disclose its experts no later than **July 1, 2009**, with an agreement that it will identify no more than three experts; namely, a structural engineer, an RV expert and an animator.

1

For the foregoing reasons, Gulf Stream Coach, Inc. respectfully requests that this Court issue an Order amending Trial I Scheduling Order to modify the Trial I Scheduling Order to extend the June 19, 2009 deadline for filing and exchange of witness lists and exhibits to be used by the parties at trial to July 1, 2009, under the terms indicated, *supra*.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**TIMOTHY D. SCANDURRO #18424**
**DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

## **C E R T I F I C A T E**

I hereby certify that on the 17th day of June, 2009, a copy of the foregoing Ex Parte Motion to Amend Trial I Scheduling Order o/b/o Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com
