UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER       * | | MDL NO. 1873 |
|     FORMALDEHYDE       * | | |
|     PRODUCTS LIABILITY       * | | |
|     LITIGATION       * | | SECTION:  N(5) |
|            * | | |
| This Document Relates to:  *Charlie Age, et al. v.*       * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892       * | | |
|            * | | MAG: CHASEZ |

*************************************************************************

**ORDER**

Considering Gulf Stream Coach, Inc.'s *Ex Parte* Motion to Amend Trial I Scheduling Order,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Trial I Scheduling Order (Doc. No. 1305) be amended, as follows:

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **June 19, 2009** (**76** days prior to Final Pre-trial Conference Date).

is amended, and following language replaces and supersedes the previous language:

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **July 1, 2009** (**65** days prior to Final Pre-trial Conference Date). Fluor Enterprises, Inc. will disclose its experts no later than **July 1, 2009**, with an agreement that it will identify no more than three experts; namely, a structural engineer, an RV expert and an animator.

**DONE AND SIGNED** this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE