AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

COLLETTE ANN ADAMS, together with all individuals and entities whose names appear on the attached "Exhibit A"
  Plaintiff
v.
CAVALIER HOME BUILDERS, LLC, CAVALIER HOMES, INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL, INC. and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency
  Defendant

Civil Action No. 09-3562

SECT. N MAG 5

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  The United States of America, thru the U.S. Atty. Gen.,
  Hon. Eric H. Holder, Jr.
  U.S. Department of Justice
  950 Pennsylvania Avenue, NW
  Washington, DC 20530-0001

A lawsuit has been filed against you.

  Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq.
8301 W Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: MAY 1 5 2009

  *Deputy Clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
\# 7001 2510 0001 8537 3467
**Mailed on:** 5/19/09
Received by defendant on: 5/28/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: **June 17, 2009**

_Phyllis N. Michon_
Server's signature

**Phyllis N. Michon, Legal Assistant**,
Printed name and title

**Law Offices of Sidney D. Torres, III, APLC
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043**
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>TO: The United States of America,<br>thru the United States Attorney General:<br>Hon. Eric H. Holder, Jr.<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0001 8537 3467 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043



RECEIVED JUN 0 1 2009 (FEMA/Adams) MYRNA HINYI? By____