# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

COLLETTE ANN ADAMS, together with all individuals and entities whose names appear on the attached "Exhibit A"
    Plaintiff
    v.
CAVALIER HOME BUILDERS, LLC, CAVALIER HOMES, INC., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL, INC. and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency
    Defendant

Civil Action No. 09-3562 SECT. N MAG 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Cavalier Homes Inc.
through its Agent for Service of Process
The Corporation Company
2000 Interstate Pk Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq.
8301 W Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: MAY 1 5 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
# 7001 2510 0001 8537 3528
**Mailed on:** 5/19/09
Received by defendant on: 5/22/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **June 17, 2009**

Server's signature

**Phyllis N. Michon, Legal Assistant,**
Printed name and title

**Law Offices of Sidney D. Torres, III, APLC**
**Torres Park Plaza - Suite 303**
**8301 West Judge Perez Drive**
**Chalmette, LA 70043**
Server's address



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature: The Corporation Company  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): The Corporation Company   C. Date of Delivery: 5-22-09 |
| 1. Article Addressed to:<br><br>Cavalier Homes Inc.<br>through its Agent for Service of Process<br>The Corporation Company<br>2000 Interstate Pk Dr., Suite 204<br>Montgomery, AL 36109 | D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label)  7001 2510 0001 8537 3528 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

RECEIVED
MAY 26 2009
(FEMA/Adams)
By MYRNA HINYUB