AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

*RETURN*

COLLETTE ANN ADAMS, ET AL
Plaintiff

v.

CAVALIER HOME BUILDERS, ET AL
Defendant

)
)
)
)
)
)

Civil Action No.

09-3562 " N" (5) c/w 07-1873
In Re: FEMA Trailer
Formaldehyde Products
Liability Litigation

## Summons in a Civil Action

To: *(Defendant's name and address)*
    CH2M Hill Constructors, Inc.

A lawsuit has been filed against you.

Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Sidney Donecio Torres, III
Law Offices of Sidney D. Torres, III
8301 W. Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:  May 28, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

### Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
       # *7007 2560 0002 5386 3820*
       **Mailed on:** *6 / 1 / 09*
       Received by defendant on: *6 / 4 / 09* .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

Date:     **June 17, 2009**

                                    *Phyllis N. Michon*
                                          Server's signature

                              **Phyllis N. Michon, Legal Assistant,**
                                    Printed name and title

                     **Law Offices of Sidney D. Torres, III, APLC**
                        **Torres Park Plaza - Suite 303**
                       **8301 West Judge Perez Drive**
                          **Chalmette, LA 70043**
                                 Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CH2M Hill Constructors, Inc.,
Through its Agent for Service of Process:
C T Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA 70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature 
X ☐ Agent
☐ Addressee

CT Corporation System
5615 Corporate Blvd.
Suite 400B
Baton Rouge, LA 70808

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7007 2560 0002 5386 3820

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043



RECEIVED
JUN 0 8 2009
MYRNA HINYUP
By_____
(FEMA/Adams)

Case 2:07-md-01873-KDE-MBN   Document 1787   Filed 06/17/09   Page 4 of 4


**UNITED STATES**
**POSTAL SERVICE** ®

Home | He

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 2560 0002 5386 3820**
Service(s): **Certified Mail**™
Status: **Delivered**

Your item was delivered at 11:24 AM on June 4, 2009 in BATON
ROUGE, LA 70808.

**Track & Confirm**

Enter Label/Receipt Number.

Detailed Results:

- **Delivered, June 04, 2009, 11:24 am, BATON ROUGE, LA 70808**
- **Arrival at Unit, June 04, 2009, 5:17 am, BATON ROUGE, LA 70808**

## Notification Options

### Track & Confirm by email

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

Site Map     Customer Service     Forms     Gov't Services     Careers     Privacy Policy     Terms of Use     Business Customer Gat

Copyright© 2009 USPS. All Rights Reserved.      No FEAR Act EEO Data      FOIA