UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE            MDL NO. 07-1873
PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO ALL CASES

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

## PRETRIAL ORDER NO. 41

IT IS ORDERED that for the purposes of MDL 1873 and until further notice of the transferee court, this order changes the duties of a transferor court under Rule 1.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation as follows:

Upon receipt of a certified copy of a transfer order from the clerk of the transferee district court, the clerk of the transferor court shall retain the entire original file and forward to the clerk of the transferee district court electronically in PDF form, <u>only</u> a certified copy of both the docket sheet and the complaint together with any amendments. This action satisfies Rule 1.6(a) and the clerk of the transferor court shall mark this case closed upon transfer to the transferee court. Following the docketing of a transfer order in the transferee court, any papers to be filed regarding all civil action covered by that transfer order are to be filed in the transferee court.

New Orleans, Louisiana, this 17th day of June, 2009.

**KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE**