AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

MICHAEL D. BOUDREAUX, together with all individuals and entities whose names appear on the attached "Exhibit A"
    Plaintiff
    v.
CHAMPION HOME BUILDERS CO., SHAW ENVIRONMENTAL, INC., FLUOR ENTERPRISES, INC., CH2M HILL, INC.
and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency
    Defendant

Civil Action No. 09-3561

SECT.N MAG5

RETURN

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  **Federal Emergency Management Agency**
  **Through the Office of the Director**
  **Administrator of FEMA**
  **500 C Street S.W.**
  **Washington, D.C. 20472**

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are: Sidney D. Torres, III, Esq.
8301 W Judge Perez Dr., Suite 303
Chalmette, LA 70043

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: MAY 1 5 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
       # 7001 2510 0001 8537 3580
       **Mailed on:** 5/19/09
       Received by defendant on: 5/27/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **June 17, 2009**

*Phyllis N. Michon* (signature)
Server's signature

**Phyllis N. Michon, Legal Assistant,**
Printed name and title

**Law Offices of Sidney D. Torres, III, APLC
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043**
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  MAY 27 2009   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  **100100**   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Federal Emergency Management Agency<br>Through the Office of the Director<br>Administrator of FEMA<br>500 C Street S.W.<br>Washington, D.C. 20472 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0001 8537 3580 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

RECEIVED JUN 0 1 2009
By MYRNA HINYUB
(FEMA/Champion)