UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Charlie Age, et al. v.* | § | |
| *Gulf Stream Coach Inc., et al.*   . | § | MAGISTRATE CHASEZ |
| *Civil Action No. 09-2892* | § | |

_____

### REPLY TO PLAINTIFF'S RESPONSE TO
### GULF STREAM COACH, INC. AND FLUOR ENTERPRISES, INC.'S
### MOTION TO STRIKE CERTAIN EXPERT WITNESSES

**NOW INTO COURT,** comes defendant, Fluor Enterprises, Inc. (**Fluor**), who respectfully files this reply to plaintiff's response to defendants, Gulf Stream Coach, Inc., and Fluor's motion to strike certain expert witnesses. On May 21, 2009, defendants, Gulf Stream Coach, Inc. (Gulf Stream) *and* Fluor filed a motion to strike certain experts the plaintiff has retained for this lawsuit. (Rec. Doc. 1557). On June 9, 2009, plaintiff filed a response. (Rec. Doc. 1765-2). By Order dated June 16, 2009, this Court granted Gulf Stream and Flour's motion for leave to file a reply to plaintiff's response. (Rec. Doc. 1777).

On June 15, 2009, Gulf Stream Coach, Inc. filed its reply memorandum, along with defendants' motion for leave. (Rec. Doc. 1765-3). Although Fluor's counsel's

1

signature appears on the signature block of Gulf Stream's reply, Fluor's name was inadvertently not included in the body of the reply memorandum. Accordingly, to clarify the record, Flour hereby formally joins in Gulf Stream's reply and adopts Gulf Stream's reply memorandum, as if copied here in extenso. (Rec. Doc. 1778).

For the reasons set forth in Gulf Stream's reply memorandum and those set forth in the original memorandum in support of the motion to strike certain expert witnesses, Flour respectfully asks this Court to exclude the plaintiff's experts who would testify about facts that have been excluded, who would provide duplicative and cumulative testimony, and who would testify as to matters not pleaded by the plaintiff.

    Respectfully submitted,

    **MIDDLEBERG, RIDDLE & GIANNA**

    BY:    */s/ Sarah A. Lowman.*
        Dominic J. Gianna, La. Bar No. 6063
        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983
        dgianna@midrid.com
        slowman@midrid.com

        Charles R. Penot, Jr. (La. Bar No. 1530 &
        Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

        *-and-*

>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 381-7700
>Facsimile: (225) 381-7730
>rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>*/s/ Sarah A. Lowman.*
>**SARAH A. LOWMAN**

ND: 4826-3684-8899, v.  1