AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

BELINDA SALANDE, individually and on behalf of the minor, Stephen M. Chilton, together with all individuals and entities whose names appear on the attached "Exhibit A"
                      Plaintiff
                        v.
CMH MANUFACTURING, INC.,
SHAW ENVIRONMENTAL, INC.,
FLUOR ENTERPRISES, INC.,
CH2M HILL CONSTRUCTORS, INC.
and
UNITED STATES OF AMERICA, through the Federal Emergency Management Agency
                      Defendant

Civil Action No.   09-3592   SECT. N   MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   Shaw Environmental, Inc.,
   thru its Counsel of Record:
   Ms. Karen Whitfield
   Baker Donelson Bearman Caldwell & Berkowitz PC
   201 St. Charles Avenue, Suite 3600
   New Orleans, LA 70170

A lawsuit has been filed against you.

     Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
        **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC**
        **8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: __JUN - 4 2009__      _/s/ Dave Radosta_
                                                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
# 7007 2560 0002 5386 3448
**Mailed on:** 6/4/09
Received by defendant on: 6/9/09

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: __June 18, 2009__

_Phyllis N. Michon_ (signature)
Server's signature

__Phyllis N. Michon, Legal Assistant,__
Printed name and title

Law Offices of Sidney D. Torres, III, APLC
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>R. Burns  6/9/09 |
| 1. Article Addressed to:<br><br>Shaw Environmental, Inc.,<br>thru its Counsel of Record:<br>Ms. Karen Whitfield<br>Baker Donelson Bearman<br> Caldwell & Berkowitz PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) 7007 2560 0002 5386 3448 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043



RECEIVED
JUN 11 2009
By (CMH Mfg., Inc.)