AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

BELINDA SALANDE, individually and on behalf
of the minor, Stephen M. Chilton, together with
all individuals and entities whose names appear
on the attached "Exhibit A"
                    Plaintiff
                        v.                                    )    Civil Action No.    09-3592   SECT. N   MAG. 5
CMH MANUFACTURING, INC.,                                     )
SHAW ENVIRONMENTAL, INC.,                                    )
FLUOR ENTERPRISES, INC.,                                     )
CH2M HILL CONSTRUCTORS, INC.                                 )
and
UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency
                    Defendant

**Summons in a Civil Action**

To: *(Defendant's name and address)*
   CH2M Hill Constructors, Inc., thru its Counsel of Record:
   Mr. Gerardo Barrios
   Baker Donelson Bearman Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard, Suite 201
   Mandeville, LA 70471


A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
         **Sidney D. Torres, III, Law Offices of Sidney D. Torres, III, APLC
         8301 West Judge Perez Drive, Suite 303, Chalmette, LA 70043**
If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                              LORETTA G. WHYTE
                                                              Name of clerk of court

Date:  JUN - 4 2009                                           _____
                                                              Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other (specify) **CERTIFIED MAIL, RETURN RECEIPT REQUESTED**
# 7007 2560 0002 5386 3486
**Mailed on:** 6 / 4 / 09
Received by defendant on: 6 / 8 / 09

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

Date: **June 18, 2009**

*Phyllis N. Michon* (signature)
Server's signature

**Phyllis N. Michon, Legal Assistant,**
Printed name and title

**Law Offices of Sidney D. Torres, III, APLC
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043**
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X /s/ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) Amy Ulmer  C. Date of Delivery 6/8/09 |
| 1. Article Addressed to:<br><br>CH2M Hill Constructors, Inc.,<br>thru its Counsel of Record:<br>Mr. Gerardo Barrios<br>Baker Donelson Bearman<br>  Caldwell & Berkowitz, PC<br>#3 Sanctuary Boulevard, Suite 201<br>Mandeville, LA 70471 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>JUN 8 2009 |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 2560 0002 5386 3486 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-0 |

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Roberta L. Burns, Esq.
Law Offices of Sidney D. Torres, III
Torres Park Plaza - Suite 303
8301 West Judge Perez Drive
Chalmette, LA 70043

RECEIVED
JUN 09 2009
By_____

(CMH Mfg., Inc.)