**From:** "Justin Woods" <jwoods@gainsben.com>
**To:** "Jason Bone" <Jbone@glllaw.com>
**CC:** "Aaron Ahlquist" <aahlquist@damicolaw.net>, "Frank D'Amico Jr" <frank@da...
**Date:** 4/14/2009 2:39 PM
**Subject:** RE: FEMA - Formaldehyde Litigation - MDL 1873

You will have the testing protocol soon after we receive it.

-----Original Message-----
From: Jason Bone [mailto:Jbone@glllaw.com]
Sent: Tuesday, April 14, 2009 2:38 PM
To: Justin Woods
Cc: Aaron Ahlquist; Frank D'Amico Jr; ANDREW WEINSTOCK; joe glass; Gerald E. Meunier; Carson Strickland; Ernest Gieger; Adam (CIV) Dinnell; Henry (CIV) Miller
Subject: RE: FEMA - Formaldehyde Litigation - MDL 1873

That answers neither of my questions. When will you have a protocol? Why do you need to re-test this unit?

>>> "Justin Woods" <jwoods@gainsben.com> 4/14/2009 2:24 PM >>>
When you receive and review the testing protocol, it should become clear as to what testing is to be done.

-----Original Message-----
From: Jason Bone [mailto:Jbone@glllaw.com]
Sent: Tuesday, April 14, 2009 11:30 AM
To: Justin Woods
Cc: ANDREW WEINSTOCK; joe glass; Gerald E. Meunier; Carson Strickland; Ernest Gieger; Adam (CIV) Dinnell; Henry (CIV) Miller
Subject: Re: FEMA - Formaldehyde Litigation - MDL 1873

When will you have a protocol?   Why do you need to re-test this unit?

>>> "Justin Woods" <jwoods@gainsben.com> 4/14/2009 11:14 AM >>>
Jason

We will not be able to provide a protocol by your self imposed deadline.

Justin I. Woods

On Apr 14, 2009, at 10:36 AM, "Jason Bone" <Jbone@glllaw.com> wrote:

> Justin/Gerry,
>
> In follow up to Henry's prior email to Justin, please be advised
> that we require your proposed testing protocol and an explanation as
> to why you need to re-test the Forest River unit in order to assess
> potential objections to this latest round of testing.  Please
> provide both to me no later than noon tomorrow.  This is the third
> occasion on which Ernie or I have requested this information.  To
> date we have had no response.  As Henry correctly points out,
> without an approved protocol, no testing can commence.
> Accordingly, we do object to any testing or inspection going forward
> without sufficient prior notice of the testing you intend to perform
> and an opportunity to raise our objections thereto with the court.
>
> Best regards,
> Jason
>
> _____
>
> From: Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
> Sent: Tuesday, April 14, 2009 10:11 AM
> To: Justin Woods
> Cc: ANDREW WEINSTOCK; Dinnell, Adam (CIV); Waldron, Jonathan (CIV);
> Williams-Jones, Janice; Fried, Jordan; cpenot@midrid.com
> Subject: FW: FEMA - Formaldehyde Litigation - MDL 1873
>

**EXHIBIT B**

> 
> Justin,
>
> Last week I requested that Defendants provide any objections they
> might
> have to your Request to Inspect by end of last week. I have not
> received any response to that request. Accordingly, we need to move
> forward with this and arrange for PSC to access and given absence of
> any
> objections test the units. Per earlier discussion, I need from you
> the
> test protocol -- which you are apparently working on -- and I also
> need
> to know how long you will need access to the unit -- also list of
> names
> of persons who will access government facility for this
> inspection/testing.
>
> Given the tight schedule, I suggest per earlier discussions, that US
> will make the units available commencing on Monday, April 20th or
> Monday
> April 27th. The Gulf Stream unit is at the Lottie, LA, facility and
> the
> other three units are at the Melville, LA facility. Perhaps do Lottie
> on Monday, April 20th, and Melville on Monday April 27th (or perhaps
> Tuesday, April 21st -- staggered so one testing group can test at both
> sites). US will have observer present, and based on prior
> discussion I
> have blocked out these dates out -- already ascertained that
> facilities
> will be accessible and that I have someone available on these dates.
>
> Given tight schedule, if PSC intends to comply with Scheduling
> deadline
> for expert reports this need to get done ASAP.
>
> Thanks,
>
> Henry
>
>
>
>
> _____
>
> From: Justin Woods [mailto:jwoods@gainsben.com]
> Sent: Wednesday, April 08, 2009 6:12 PM
> To: Miller, Henry (CIV); Dinnell, Adam (CIV)
> Cc: ANDREW WEINSTOCK; Jason Bone; Ernest Gieger; JOSEPH G. GLASS;
> Percy,
> James; Johnson, Ryan; Frank D'Amico Jr; Aaron Ahlquist; Bencomo &
> Associates; Mikal Watts; Peter Taaffe; Anthony Buzbee; Carroll
> Lanassa;
> Denise Martin; Gerald E. Meunier
> Subject: FEMA - Formaldehyde Litigation - MDL 1873
>
>
>
> Henry/Adam,
>
>
>
> Attached is the discovery requests regarding the inspection of thu's
> occupied by bellwether plaintiffs as well as for the production of IA
> files for each.
>
>
>
> We did not set a specific date to gain access to the units because we
> recognize that it will be best to coordinate a date amongst all

> parties
> for such to occur. During our phone conference I believe you
> suggested
> that such inspection could possibly take place beginning the week of
> April 20, 2009. Please let us know if that is a feasible date.
>
>
>
> Justin.
>
> _____
>
> Justin I. Woods
>
> Gainsburgh, Benjamin, David, Meunier & Warshauer
>
> 2800 Energy Centre
>
> 1100 Poydras Street
>
> New Orleans, Louisiana  70163
>
> (504) 522 - 2304
>
> (504) 528 - 9973 (facsimile)
>
> www.gainsburghbenjamin.com
>
> CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY
> FOR
> THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This
> message is sent by or on behalf of a lawyer at the law firm listed
> above, and is intended only for the use of the individual or entity to
> whom it is addressed. This message contains information and/or
> attachments that are privileged, confidential and exempt from
> disclosure
> under applicable law. If the reader of this message is not the
> intended
> recipient or is not the employee or agent responsible for delivering
> this message to the intended recipient, please do not read, copy,
> use or
> disclose this communication to others. Please notify us immediately at
> 504-522-2304 if you receive this message in error, and immediately
> delete this message and all of its attachments. Thank you.
>
>
>
>
>
>