**From:** Justin Woods [mailto:jwoods@gainsben.com]
**Sent:** Thursday, April 23, 2009 5:07 PM
**To:** 'Miller, Henry (CIV)'; ANDREW WEINSTOCK; Dinnell, Adam (CIV); Waldron, Jonathan (CIV); dkurtz@bakerdonelson.com
**Cc:** 'Peter Taaffe'; Anthony Buzbee; Mikal C. Watts; robert hilliard; Gerald E. Meunier; Denise Martin; Carroll Lanassa; Linda Nelson; Frank D'Amico Jr; Aaron Ahlquist; Bencomo & Associates; Magan Ennis
**Subject:** FEMA - Formaldehyde Litigation

Henry/Andy,

Attached is the PSC's testing/inspection protocol for the Alexander unit. We anticipate using this same protocol with each additional bellwether unit.

Justin.

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.



EXHIBIT C