From: "Aaron Ahlquist" <aahlquist@damicolaw.net>
To: "Jason Bone" <Jbone@glllaw.com>
CC: "Frank D'Amico Jr" <frank@damicolaw.net>, "Carson Strickland" <CStrickla...
Date: 5/1/2009 2:50 PM
Subject: RE: Formaldehyde MDL -- Lyndon Wright

Jason and Ernie,

Per my conversation with Jason this afternoon, I can state that I have no information that would indicate any access or testing of any forest river unit by the Plaintiffs is scheduled for next week, or that we have been given access to any such unit. I am not aware of any access being authorized by FEMA at this point. If this information is incorrect, I will let you know as soon as I find out. Further, I am communicating with the PSC regarding Jason's request that there be a protocol submitted and adequate comment/response time allowed prior to the scheduling of any such testing. Jason and I will touch base on this issue on Monday.

Have a great weekend,
Aaron Ahlquist

-----Original Message-----
From: Jason Bone [mailto:Jbone@glllaw.com]
Sent: Friday, May 01, 2009 2:02 PM
To: Aaron Ahlquist
Cc: Frank D'Amico Jr; Carson Strickland; Ernest Gieger
Subject: Formaldehyde MDL -- Lyndon Wright

Aaron,

I tried calling you this afternoon, but it appears jazz fest rightly has everyone out of the office. As you may know, our respective liaison counsel have discussed the issue of scheduling IME's of the trial plaintiffs. It is my understanding that the date of June 1 has been agreed to as a potential date for these examinations. Accordingly, I would ask that you please have Mr. Wright hold June 1 open for his examination. When we have a solidified a time and location I will let you know.

Additionally, we would like to examine and perform air sampling of Mr. Wright's present residence. Please let me know if you have any objection. If not, we would anticipate testing sometime within the next 4-6 weeks.

Thanks,
Jason

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square; Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
JBONE@GLLLAW.COM

EXHIBIT D