

Case 2:07-md-01873-KDE-MBN   Document 1805-6   Filed 06/18/09   Page 1 of 2

**From:** Racheal Mezzic [mailto:Racheal@lambertandnelson.com]
**Sent:** Tuesday, September 30, 2008 4:14 PM
**To:** Taylor Daly; LAMONT DOMINGUE; Maureen Collett
**Cc:** Linda Nelson; Justin Woods; Racheal Mezzic; Jennifer Minden
**Subject:** FEMA Formaldehyde

Counsel:

Our teams will test the trailers listed below on Wednesday, October 1, 2008. Please have your teams there on Thursday, October 2, 2008, to begin conducting your testing as follows:

Only 1 Team

10:00
Sybil Prosper
8915 Edinburgh St
New Orleans LA 70118
Mfg: Forest River
Vin: 4X4TWDH246P19512

10:30
Gerry Bierria
1338 Pauline St
New Orleans LA 70117
Mfg: Coachman
Vin: 1TC2B96916131067

11:00
Christopher Williams
Verena Kennedy
4122 S Derbigny St
New Orleans LA 70125
Mfg: Gulfstream Cavalier
Vin:

11:30
Lyndon Wright
2315 Seminole Lane
New Orleans LA 70125
Mfg: Forest River
Vin:

1:00
Lakeshia Williams
18325 Miller Lane #16
Hammond LA 70403
Mfg: Pioneer
Vin:

1:15
Jessica & Dillon Wahl
18325 Miller Lane #76
Hammond LA 70403
Mfg:
Vin:

Thanks

Racheal V. Mezzic
Paralegal


EXHIBIT E

Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: 504-581-1750
Facsimile: 504-529-2931
Email: Racheal@lambertandnelson.com

================================================================

Confidentiality Notice

This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure.

If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.

To ensure compliance with the requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including the attachments) is not intended or written to be used, for

the purpose of (a) avoiding penalties under the Internal Revenue Code or (b) promoting, marketing or recommending to another party any transaction or tax-related matter[s]. To provide you with a communication that could be used to avoid penalties under the Internal Revenue Code will necessarily entail additional investigations, analysis and conclusions on our part.
================================================================