# ERRATA

Claimant Name: **Wright, Lyndon T.**

Claimant's Attorney: **Schmidt**

1. Did not provide FEMA number.
   **Plaintiff does not have this information. His FEMA file was requested 3/2/09.**
2. Did not state amount of medical expenses.
   **The amount of medical expenses is "to be determined" because of the possibility of future medical expenses.**
3. Did not provide testing results.
   **Tested 10-1-08 Scott Group  0.048 ppm**

_____                             _____

**Plaintiff or Representative**                                         **Date**

