# LABORATORY REPORT
(Air Sampling)

**Batch No: 2008100446**

**Customer:** WD SCOTT GROUP INC
**Attention:** WILLIAM SCOTT
**Address:** 1117 WRIGHT AVENUE

**City, State:** GRETNA, LA 70056
**Country:**

**Tel No:** (504) 393-7338
**Fax No:** (504) 393-7311

**Contact No:** 49566
**Project No:** NEW FEMA TRAILER PROJECT
**PO No:**

**Date Received:** October 10, 2008
**Date Reported:** October 20, 2008
**Date Revised:** April 1, 2009
**Date(s) Analyzed:** 10/20/08

Exposure results are the average concentration for the period of time monitored. ND = None Detected. The results relate only to the items tested. Unless noted below, samples were received in acceptable condition, all applicable quality control were within method specifications, lab blanks were subtracted before a result was reported, and any customer supplied field blanks were not subtracted from sample results. The molar volume at 22 C (24.1 L/mole) was used to calculate parts per million, ppr Air concentrations reported are based upon field sampling information provided by the customer. For assistance with the content of this report, please visit the Customer Services section of our web site at http://www.assaytech.com or contact Technical Support at 1-800-833-1258.

| Lab Sample ID / Lab Code | Date Sampled | Media Code - Client Sample ID | Media Lot / Serial # | Chemical Analyzed | Quantity Found (µg) | Reporting Limit (µg) | Sample Volume (L) | Sample Time (min) | Concentration/Exposure (mg/M3) | (ppm) | Reporting Limit (mg/M3) | (ppm) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2008044016 - ATOH | 10/8/2008 | J571 | 8C06 - GL3169 | FORMALDEHYDE (1) | 1.1 | 0.05 | 18.2 | 1395 | 0.06 | 0.048 | 0.003 | 0.002 |

**Messages**

| Lab Sample ID | Message | Method | Method Name | Analyzed By | Approved By |
|---|---|---|---|---|---|
| | | 1 | MOD NIOSH 2016 (OSHA PEL: 0.75 PPM, STEL: 2 PPM) | W. EWING | K. TAYLOR |

LAB CODE: ATCA-Lab 101728, ATOH-Lab 100903

S. GREEN-Laboratory Director K. TAYLOR-Ohio Supervisor

EXHIBIT G (tabbies®)

1 of 1