"Frank D'Amico Jr" <frank@damicolaw.net> 3/16/2009 3:26 PM >>>
But Jason isn't that why you need to take the deposition, to clear up the deficiencies and ask about the medicals that you are unable to get in time? That's what was represented to the court. Call me to discuss this otherwise maybe we should get some clarification from the court.
Thanks Frank

-----Original Message-----
From: Jason Bone [mailto:Jbone@glllaw.com]
Sent: Monday, March 16, 2009 3:13 PM
To: Brandi Spiers
Cc: Raul Bencomo; Aaron Ahlquist; Frank D'Amico Jr; Denise Martin; Gerald E. Meunier; Justin Woods; Linda Nelson
Subject: RE: Formaldehyde MDL-- Depositions of Proposed TrialPlaintiffs

Frank,

As we discussed on Friday, we intend to inquire as to the areas of inquiry contained within the fact sheet. You and I never discussed limiting the deposition to only "curing deficiencies," and I certainly would not have agreed to do so. Indeed, as we agreed we will be entitled to delve into the medical history of these plaintiff as we so not have the opportunity to receive medical records for them, the authorizations for which are included as part of the PFS. I am agreeable to limiting the deposition to 90 minutes, as agreed, and limiting the scope to the areas of inquiry contained within the fact sheet, with the proviso that the information that would be generated in response to the incorporated releases, which includes but is not limited to medical histories and treatment is included. This was what we agreed to. As you will recall, other than the time limitation, no limit was placed on the deposition by the Court. We agreed to the above described limitation after the hearing and in the spirit of cooperation. We would not have done so if the limitation was as described in your email.

Best regards,
Jason

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square; Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
JBONE@GLLLAW.COM

>>> "Brandi Spiers" <BSpiers@damicolaw.net> 3/16/2009 2:54 PM >>>
Dear Jason:

In response to your email, please be advised that as we discussed, the PSC has agreed to withdraw from consideration plaintiffs Keith Heechung and Willie Mae Adkins Green. Accordingly, we accept your withdraw of their notice of deposition.

Also, confirming the fact that the PSC has indicated that it will designate Angela Randazzo, individually and on behalf of her minor



EXHIBIT H

children and Lucille Joseph as proposed trial plaintiffs. Please be advised that this also encompasses the minors Codie Randazzo, Nathan Gomez, Sierre Gomez, Isabella Randazzo and Neff Gomez who will also be designated as potential trial plaintiffs by the PSC.

Finally, as it relates to the plaintiffs Jonathan Ijoko and Lyndon Wright, we will be producing them for depositions on Thursday, March 19th at 10am and 2pm CST respectively. I understand you will be alerting the court reporters to the change. We will contact Henry to arrange for attendance for the government counsel by telephone.

Further, to illuminate my understanding, it is also going to be stipulated to by and between the parties and made part of the record that the PSC has agreed to producing these two deponents only as it relates to its motion to quash these depositions primarily on the condition that the depositions will be used as a tool for the limited purpose of curing PFS deficiencies. Further, it is agreed to and understood between the parties that this in no way it is intended to obviate the court's protocol for selection of trial plaintiffs, ie: by use of the Plaintiff Fact Sheets. Therefore with regard to the plaintiffs, Jonathan Ijoko and Lyndon Wright, please specify in advance of the deposition what PFS deficiencies you will be inquiring into. Obviously deposition questions not calculated to cure these deficiencies will be subject to PSC objection.

Should you have any questions regarding the above, please do not hesitate to contact me.

Sincerely
FJD,jr


-----Original Message-----
From: Jason Bone [mailto:Jbone@glllaw.com]
Sent: Monday, March 16, 2009 2:08 PM
To: Frank D'Amico Jr
Cc: Aaron Ahlquist; Carson Strickland; Ernest Gieger; Adam (CIV) Dinnell; Henry (CIV) Miller
Subject: Fwd: Formaldehyde MDL-- Depositions of Proposed TrialPlaintiffs

Frank,

Please accept this correspondence in confirmation of our conversation of earlier today regarding the depositions of potential trial plaintiffs claiming residency of a Forest River unit.

As we discussed, PSC have agreed to withdraw from consideration plaintiffs, Keith Heechung and Willie Mae Atkins-Green. Accordingly, we will withdraw their respective notices of deposition.

PSC has indicated it will designate plaintiffs Angela Randazzo individually and o/b/o her minor children and Lucille Joseph as trial plaintiffs. We will only agree to withdraw their respective notices of deposition if PSC will confirm, in writing, that Lucille Joseph will comprise part of the PSC selection, and that Angela Randazzo and all the minors she purports to represent will also be designated as trial plaintiffs. To the extent Ms. Randazzo or any of the Randazzo minors (Kody Randazzo, Nathan Gomez, Sierra Gomez, Isabella Randazzo and Neff Gomez) will not be designated as trial plaintiffs by PSC, we intend to proceed with the deposition of Angela Randazzo as to that plaintiff and will not withdraw the notice of deposition.

Finally, it is my understanding that plaintiffs, Joseph Ijoko and Lyndon Wright, will be produced for deposition on Thursday March 19, at 10am and 2pm/CST, respectively. I will alert the court reporters to the change. Please let me know if your office will arrange for the attendance of government counsel by telephone.

I trust this accurately summarizes our understanding. Should you have any question regarding the above and foregoing please do not hesitate to contact me.

Best regards,
Jason


Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square; Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
JBONE@GLLLAW.COM


>>> Jason Bone 3/16/2009 10:20 AM >>>
Gentlemen:

So that we may prepare for the depositions of the proposed trial plaintiffs, please provide a tentative schedule of who will be made available when. If you are unable to do so at this point, please let us know, at a minimum, who will be presented tomorrow. It was my understanding Angela Randazzo and Lucille Joseph would be up first. Aaron's call to Ernie, however, indicated that may not be the case. Please let me know as soon as possible as we need to prepare for tomorrow's depositions if any are going forward.

Thanks,
Jason

Jason D. Bone
Gieger, Laborde & Laperouse, LLC
One Shell Square; Suite 4800
New Orleans, Louisiana 70139
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
JBONE@GLLLAW.COM