UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Lyndon T. Wright v.* | * | JUDGE: ENGELHARDT |
| *Forest River, Inc., et al*, Docket No. 09-2977 | * | |
| | * | MAG: CHASEZ |

**************************************************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the Motion for Protective Order by Forest River, Inc. and Shaw Environmental, Inc. will come for hearing before United States District Judge Engelhardt, in the United States District Court for the Eastern District of Louisiana, on July 15, 2009, at 9:30 a.m.  You are invited to attend and participate as you deem fit and proper.

Respectfully submitted,

/s/ Jason D. Bone
ERNEST P. GIEGER, JR. (La. State Bar No. 6154)
JASON D. BONE (La. State Bar No.28315)
GIEGER, LABORDE & LAPEROUSE, L.L.C.
One Shell Square
701 Poydras Street, Suite 4800
New Orleans, Louisiana 70139-4800
Telephone: (504) 561-0400
Facsimile: (504) 561-1011
*ATTORNEYS FOR FOREST RIVER, INC.*


-and-


/s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN K. WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
*ATTORNEYS FOR SHAW ENVIRONMENTAL, INC.*


## C E R T I F I C A T E

I hereby certify that on the 18th day of June, 2009, a copy of the foregoing Notice of Hearing

was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file

will be sent to liaison counsel by operation of the court's electronic filing system and all other

counsel of record via e-mail and U.S. Mail.

/s/ Jason D. Bone

JASON D. BONE

2