UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION "N-5"

                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

   **IT IS HEREBY ORDERED** that PSC's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. §1292(b) the Court's May 29, 2009 Order Dismissing Plaintiffs' Claims Based on Federal Preemption in the above-captioned matter is hereby set for hearing on the 15th day of July, 2009, at 9:30 o'clock a..m.

                              Respectfully submitted:

                              **FEMA TRAILER FORMALDEHYDE
                              PRODUCT LIABILITY LITIGATION**

                         BY:  s/Gerald E. Meunier
                              GERALD E. MEUNIER, #9471
                              **PLAINTIFFS' CO-LIAISON COUNSEL**
                              Gainsburgh, Benjamin, David, Meunier &
                              Warshauer, L.L.C.
                              2800 Energy Centre, 1100 Poydras Street
                              New Orleans, Louisiana 70163
                              Telephone:    504/522-2304
                              Facsimile:    504/528-9973
                              gmeunier@gainsben.com

                              s/Justin I. Woods
                              JUSTIN I. WOODS, #24713

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
 ANTHONY BUZBEE, Texas # 24001820
 ROBERT M. BECNEL, #14072
 RAUL BENCOMO, #2932
 FRANK D'AMICO, JR., #17519
 MATT MORELAND, #24567
 LINDA NELSON, #9938
 DENNIS REICH, Texas #16739600
 MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

 s/Gerald E. Meunier
 GERALD E. MEUNIER, #9471