UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE:  FEMA TRAILER   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

------------------------------------------------------------------------

## ORDER

Considering the foregoing motion,

IT IS ORDERED that as there exists a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the termination of the litigation, this Court's May 29, 2009 Preemption Order is certified for immediate interlocutory appeal, pursuant to 28 U.S.C. § 1292(b).

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
UNITED STATES DISTRICT JUDGE