UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.* | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLEETWOOD ENTERPRISES, INC. AND FLUOR ENTERPRISES, INC.'S MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' NEW TESTING PROTOCOL**

**May It Please The Court:**

Fleetwood Enterprises, Inc. ("Fleetwood") and Fluor Enterprises, Inc. ("Fluor") moves this Court pursuant to Federal Rule of Civil Procedure 26 for a protective order to prevent the unduly burdensome testing of Plaintiff's emergency housing unit ("EHU").[1] To Fleetwood and Fluor's knowledge, Plaintiffs have not tested this EHU. Any testing of this unit, particularly given the deadlines in this case, should be limited only to formaldehyde air sampling and a walkthrough. Plaintiffs are proposed an expansive protocol that will increase the cost and time of

---

[1] By filing this objection and motion, Fleetwood and Fluor in no way waive—but rather reserve—all of their arguments addressing the scientific validity and acceptability of the testing protocol and the opinions and conclusions purportedly derived from such requested testing. With the exception of Forest River's objection to the air monitoring—to which Fleetwood and Fluor do not object to in this bellwether unit because this unit, to the best of Fleetwood and Fluor's knowledge, has not been previously tested by plaintiffs or by the government—Fleetwood and Fluor adopt and incorporate the Forest River motion and supporting arguments as though set forth herein. *See* Rec. Doc. 1805.

such testing. Fleetwood and Fluor set forth their reasoning in the accompanying memorandum of law.

This 19th day of June, 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

MIDDLEBERG, RIDDLE & GIANNA

 /s/ Charles R. Penot, Jr.
Charles R. Penot, Jr. (LA Bar No. 1530 &
TX Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334
(214) 220-6807 Fax
cpenot@midrid.com

Dominic J. Gianna (LA Bar No. 6063)
201 St. Charles Avenue
New Orleans, LA 70170-3100
(504) 525-7200
(504) 581-5983 (Fax)
dgianna@midrid.com

Richard A. Sherburne
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801
(225) 381-7700
(225) 381-7730 (Fax)
rsherburne@midrid.com

Counsel for Fluor Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                   ( )     Prepaid U.S. Mail

( )     Facsimile                           ( )     Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 19th day of June, 2009.

                                       */s/ Richard K. Hines, V*
                                         Richard K. Hines, V
                                         Georgia Bar No. 356300
                                         richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)