UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(4) |
| | * | |
| This Document Relates to: | * | JUDGE: ENGELHARDT |
| *Dubuclet v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc* | * | |
| *Case No. 07-9228* | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that Defendants Fleetwood Enterprises, Inc. and Fluor Enterprises, Inc.'s Motion for Protective Order is hereby set for the 15th day of July, 2009 at 9:30 a.m.

This 19th day of June, 2009.

Respectfully submitted:

*/s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre

1

1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.


MIDDLEBERG, RIDDLE & GIANNA

 /s/ Charles R. Penot, Jr._____
Charles R. Penot, Jr. (LA Bar No. 1530 &
TX Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334
(214) 220-6807 Fax
cpenot@midrid.com

Dominic J. Gianna (LA Bar No. 6063)
201 St. Charles Avenue
New Orleans, LA 70170-3100
(504) 525-7200
(504) 581-5983 (Fax)
dgianna@midrid.com

Richard A. Sherburne
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801
(225) 381-7700
(225) 381-7730 (Fax)
rsherburne@midrid.com

Counsel for Fluor Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery ( )  Prepaid U.S. Mail

( )  Facsimile ( )  Federal Express

(X)  CM/ECF

New Orleans, Louisiana, this 19th day of June, 2009.

                         */s/ Richard K. Hines, V*
                         Richard K. Hines, V
                         Georgia Bar No. 356300
                         richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)