UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.*          * | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | MAG: CHASEZ |

*******************************************************************************

### MOTION FOR EXPEDITED HEARING BY DEFENDANTS
### FLEETWOOD ENTERPRISES, INC. AND FLUOR ENTERPRISES, INC.

NOW INTO COURT, through undersigned counsel, come defendants Fleetwood

Enterprises, Inc. and Fluor Enterprises, Inc., who respectfully suggest to the Court that it is both

necessary and appropriate under the circumstances of this litigation to expedite consideration by

this Court of the Motion for Protective Order regarding retesting of plaintiff's temporary housing

unit, which is being filed herewith, and who accordingly request that the Motion for Protective

Order by Fleetwood Enterprises, Inc. and Fluor Enterprises, Inc. be set expeditiously for hearing

by this Court.

This 19th day of June, 2009.

Respectfully submitted:


 */s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station

201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.


MIDDLEBERG, RIDDLE & GIANNA

 /s/ Charles R. Penot, Jr._____
Charles R. Penot, Jr. (LA Bar No. 1530 &
TX Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
(214) 220-6334
(214) 220-6807 Fax
cpenot@midrid.com

Dominic J. Gianna (LA Bar No. 6063)
201 St. Charles Avenue
New Orleans, LA 70170-3100
(504) 525-7200
(504) 581-5983 (Fax)
dgianna@midrid.com

Richard A. Sherburne
450 Laurel Street, Suite 1101
Baton Rouge, LA 70801
(225) 381-7700
(225) 381-7730 (Fax)
rsherburne@midrid.com

Counsel for Fluor Enterprises, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( ) Hand Delivery            ( ) Prepaid U.S. Mail

( ) Facsimile                ( ) Federal Express

(X) CM/ECF

New Orleans, Louisiana, this 19th day of June 2009.

*/s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA 30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)