UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | MDL NO. 1873 |
|     FORMALDEHYDE         * | |
|     PRODUCTS LIABILITY    * | |
|     LITIGATION          * | SECTION: N(5) |
| * | |
| This Document Relates to:       * | |
| *Dubuclet v. Fleetwood Enterprises, Inc. and*  * | |
| *Fluor Enterprises, Inc.*       *      * | JUDGE: ENGELHARDT |
| *Case No. 07-9228*          * | |
| * | |
| * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

The Motion For Expedited Hearing of Defendants Fleetwood Enterprises, Inc. and Fluor Enterprises, Inc. is granted; and the hearing on Defendants' Motion for Protective Order is hereby set for hearing on the _____ of _____, 2009 at _____.

THIS _____ day of _____ 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
Judge, United States District Court,
Eastern District of Louisiana