UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * | CIVIL ACTION 2:07-MD-1873<br><br>JUDGE ENGLEHARDT –DIV. N<br><br>MAGISTRATE ROBY – MAG. 4 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF JAMES A. WALKE

I, James A. Walke, state and declare as follows:

1. I am the Acting Assistant Administrator of the Disaster Assistance Directorate of the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS). As Acting Assistant Administrator, I have been tasked with oversight responsibility for all of the activities within FEMA concerning Disaster Assistance which includes but is not limited to Public Assistance and Individual Assistance as authorized by the Robert T. Stafford Disaster Relief and Emergency Assistance Act. As a result of my duties and responsibilities at FEMA, I have personal knowledge concerning FEMA's decision to sell and donate mobile home and park model Temporary Housing Units ("THUs") to Hurricanes Katrina and Rita disaster victims.

2. FEMA has decided to give the current occupants of THUs the option to purchase their unit for nominal sums, such as $1.00 and $5.00. Occupants may not leave a unit, then reoccupy the unit and expect to be permitted to purchase the THU for a nominal sum.



EXHIBIT 1

3. The THUs currently available for sale to these occupants are those classified as park models and mobile homes. Travel trailers are not available for sale to occupants.

4. In addition THUs from FEMA's inventory which have been earmarked for donation are either park models or mobile homes and they may only be donated to current disaster housing occupants. No travel trailers are being donated to occupants.

5. If the current occupants of park models and mobile homes are prohibited from purchasing the THUs in which they now live, FEMA will be required to evict them and leave them with no alternate housing.

6. As of June 15, 2009, 1,073 temporary housing units which were either park models or mobile homes were occupied by disaster applicants in Louisiana and Mississippi. Thus, as of that date, the total possible units for sale to occupants is 1,073.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of June, 2001

James A. Walke
Acting Assistant Administrator
Disaster Assistance Directorate