U.S. Department of Justice

Civil Division

Washington, D.C. 20530

February 22, 2008

**VIA FEDERAL EXPRESS w/Enclosure**

Gerald E. Meunier, Esq.
Justin I. Woods, Esq.
Gainsburgh, Benjamin, David,
  Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-2800
gmeunier@gainsben.com
jwoods@gainsben.com

Andrew D. Weinstock, Esq.
Duplass, Zwain, Bourgeois, Morton,
  Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
andreww@duplass.com

Re:   **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.,**
        MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Counsel:

Pursuant to the parties' communications with the Government, enclosed is a CD containing a Microsoft Excel version of FEMA's inventory of mobile homes and travel trailers. The first sheet of each Excel file contains a fixed version of the inventory, while the second sheet contains a version that the parties can modify and / or sort.

The CD also contains a portable document format ("pdf") file of the entire inventory, which supercedes the prior pdf file provided by the Government. Please note that the Excel files are being provided for the parties' convenience, and that the Government considers the enclosed pdf file, beginning with the bates number "FEMA04-00001" to be the official version of FEMA's travel trailer and mobile home inventory.

Please do not hesitate to contact Henry Miller or me with questions. We look forward to receiving a response from Liaison Counsel as to which units they would like to test.

Sincerely,

*Michelle G. Boyle*

MICHELLE G. BOYLE
Trial Attorney
U.S. Department of Justice

**EXHIBIT 2**

cc: Fried
    Gaupp
    Glynn
    Hall
    Martin
    Miller
    Williams-Jones
    Defense Steering Committee

**U.S. Department of Justice**

Civil Division

Washington, D.C. 20530

February 29, 2008

**VIA FEDERAL EXPRESS w/Enclosure**

Gerald E. Meunier, Esq.  
Justin I. Woods, Esq.  
Gainsburgh, Benjamin, David,  
  Meunier & Warshauer, L.L.C.  
2800 Energy Centre  
1100 Poydras Street  
New Orleans, Louisiana 70163-2800  
gmeunier@gainsben.com  
jwoods@gainsben.com  

Andrew D. Weinstock, Esq.  
Duplass, Zwain, Bourgeois, Morton,  
  Pfister & Weinstock  
Three Lakeway Center  
3838 N. Causeway Boulevard, Suite 2900  
Metairie, Louisiana 70002  
andreww@duplass.com  

Re: **In re: FEMA Trailer Formaldehyde Prods. Liability Litig.**,
MDL No. 07-1873, SECT. N(4) (E.D. La.)

Dear Counsel:

    Please see the enclosed CD containing FEMA's inventories of new, unused emergency housing units, and of commercial and group sites of emergency housing units.

    The CD is entitled "Inventory of Commercial and Group Sites." The pages are bates-labeled FEMA06-00001 through FEMA06-000658, and are redacted to remove the locations of the units in the commercial and group sites. The Government considers these inventories, which appear in portable document format ("pdf"), to be the official versions of this information, which was previously provided to Liaison Counsel in Microsoft Excel format.

    Please do not hesitate to contact Henry Miller or me with questions. We look forward to receiving a response from Liaison Counsel as to which units they would like to test.

Sincerely,

*Michelle G. Boyle*

MICHELLE G. BOYLE  
Trial Attorney  
U.S. Department of Justice

cc: Fried
    Gaupp
    Glynn
    Hall
    Martin
    Miller
    Williams-Jones
    Defense Steering Committee