## Boyle, Michelle (CIV)

| | |
|---|---|
| **From:** | Boyle, Michelle (CIV) |
| **Sent:** | Thursday, March 20, 2008 10:27 AM |
| **To:** | 'jwoods@gainsben.com'; 'gmeunier@gainsben.com'; 'andreww@duplass.com' |
| **Cc:** | 'jsaporito@leakeandersson.com'; 'richard.hines@nelsonmullins.com'; 'Tim@scanlayr.com'; 'egieger@glllaw.com'; 'dmartin@gainsben.com'; Glynn, J.Patrick (CIV); Miller, Henry (CIV); 'jwjones@dhs.gov'; 'Jordan.Fried@dhs.gov'; Gaupp, John (USALAM); Hall, Christopher (CIV) |
| **Subject:** | In re FEMA Trailer MDL |
| **Attachments:** | -000327-Corrected New-Unused Inventory.pdf; Corrected New-Unused Inventory.xls |

Counsel,

Attached is a corrected list of FEMA's inventory of new and unused emergency housing units. The official list appears in pdf format and is bates-labelled FEMA08-327-546. Also attached is an unofficial, Excel version of the list, which is being provided for the parties' convenience.

In accordance with the parties' agreement with the Government of February 29, 2008, the Government expects that the parties will identify from this list units they would like to test by **March 27, 2008**, and that any units not identified to the Government by Liaison Counsel by that date may be released from FEMA's litigation hold beginning on March 28, 2008.

Additionally, the Government still has not received a response from Counsel as to which units on group and commercial sites the parties would like to test. That response was expected by March 7, 2008, pursuant to the agreement reached on February 29, 2008.

Please feel free to contact me or Henry Miller with any questions about the attached inventory or any matters contained herein.

Sincerely,

Michelle G. Boyle
Trial Attorney
U.S. Department of Justice, Civil Division
Environmental Torts Section
(202) 616-4447

  

-000327-Corrected     Corrected
New-Unused I...   w-Unused Inventory

EXHIBIT 4

1