**Boyle, Michelle (CIV)**

| | |
|---|---|
| **From:** | Williams-Jones, Janice [jwjones@dhs.gov] |
| **Sent:** | Thursday, June 19, 2008 9:39 AM |
| **To:** | Justin Woods; Williams-Jones, Janice; Miller, Henry (CIV); Denise Martin; Gerald E. Meunier |
| **Cc:** | Glynn, J.Patrick (CIV); Jordan Fried; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass |
| **Subject:** | RE: Formaldehyde Litigation |
| **Importance:** | High |

Justin:

These types of issues should be worked out w/o court intervention because, as I said, FEMA will run the FRRATS searches w/o any hesitation and, as such, this is not a really a "dispute". We simply need to get a handle on where we are.

With that said, I appreciate your difficulty in putting together a master spreadsheet of all of the lists that you have received from the various law firms because FEMA has the same difficulty. Since you do not believe that producing a master spreadsheet is feasible, is it possible for you to produce a numbered lists of the law firms that have submitted names and the number of names submitted by each law firm, *i.e.*, 10 law firms and law firm 1 had 200 clients, 2 had 33 clients. etc. As you may know, many of the client lists that were sent to FEMA were not numbered.

Again, we should try to get a handle on this because I believe you will find that a substantial portion of the names that were submitted to FEMA have already been run in FRRATS and produced to you. In other words, once we crunch the numbers, the problem may not be as serious as you believe it to be. Let's see if we can work this out.

Jan

Janice Williams-Jones
Trial Attorney
Office of Chief Counsel, Litigation Division
DHS/FEMA
202-646-4168 (voice)
202-646-4536 (fax)



EXHIBIT 7

**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Monday, June 16, 2008 10:37 AM
**To:** Justin Woods; Denise Martin; Gerald E. Meunier
**Cc:** Glynn, J.Patrick (CIV); Jordan Fried; Janice Williams-Jones; Boyle, Michelle (CIV); Andrew Weinstock; tthagard@maynardcooper.com; joe glass
**Subject:** RE: Formaldehyde Litigation

Justin,

Filing any such motion is premature, because as I have repeatedly explained FEMA is willing to run such a search if PSC provides us with the information. As such, I do not believe that we have any dispute justifying judicial intervention.

However, please be aware that until FEMA gets Privacy Rights Act waivers all FEMA can produce, consistent with Court's Order relating to the Privacy Rights Act is the identity of a trailer that was occupied by a claimant, the Court Order does not allow FEMA to reveal or match up individual claimants to an individual unit. If you require or are seeking such information you will need to either produce a Privacy Rights Act waiver and/or obtain an Order from the Court allowing FEMA to disclose that information to the PSC and DSC. This is information that I believe both PSC and DSC want, rather than require FEMA to rerun the search at a later date to match up claimants to specific units at a substantial cost to PSC and DSC, I encourage to either produce the release or obtain the necessary Court Order waiving the requirements of the Privacy Rights Act before FEMA runs this search.

Finally, to speed up the search process using any such information, please produce the lists of claimants with their corresponding FEMA ID numbers that you want searched, and agree that PSC will cover FEMA's costs for conducting these searches. FEMA will attempt to complete that search in a timely manner. To avoid the piecemeal approach resulting from PSC producing lists of claimants in piecemeal fashion, please provide to DOJ and FEMA a complete list of all claimants names and corresponding FEMA ID numbers that you want searched and once that list is provided, and Privacy Rights Act issued sorted out, FEMA will commence the search.

Regards,

Henry Miller
US Dept. of Justice