## Boyle, Michelle (CIV)

| | |
|---|---|
| **From:** | Boyle, Michelle (CIV) |
| **Sent:** | Tuesday, July 01, 2008 11:09 AM |
| **To:** | Justin Woods |
| **Cc:** | Gerald E. Meunier; Miller, Henry (CIV); Williams-Jones, Janice; Fried, Jordan; ANDREW WEINSTOCK |
| **Subject:** | FRRATS Update |

Hello Justin,

I just left you a voicemail about this but am writing it here so it will be easier for you to share with your Committee. After performing further research with FEMA, I have some new information for you (see item no. 3 below), to add to the information we've already provided.

    1. Methodology: In general, FEMA's methodology was as follows. FEMA received lists of names, ran those through one database to obtain FEMA ID numbers where possible, then ran the ID numbers through FRRATS to obtain matches where possible. As you know, this process resulted in approximately 4,000 matches (across all states) and 2,400 common names. This information is reflected in prior emails and both FRRATS productions.

    2. Lists Run: FEMA has run all lists except the last couple, constituting a handful of names. In other words, FEMA has not yet run lists that were provided by PLC after the lists from the following law firms were provided: Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.; Rodney and Etter; and Ronnie G. Penton (which have been run). This information is reflected in the cover letter to the second FRRATS production. As you know, FEMA is waiting to hear from PLC as to whether additional lists will be forthcoming, before utilizing resources and personnel to run just a few names at a time.

    3. FEMA ID Numbers: This item is new. FEMA has re-run the list from Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C., using simply the FEMA ID numbers that were provided on the list from PLC. This method apparently has yielded additional results, which I can provide to you by the end of this week. FEMA is willing to re-run any other lists, at your request, where PLC has provided FEMA ID numbers.

Please let me know, as soon as possible, whether this information resolves your Motion. Otherwise, I would need to file an Opposition, which would contain this same information, by this Thursday, as I am out of the office the greater part of 7/7 and 7/8. Further, I am unavailable for the hearing on this Motion on July 16 because of scheduled leave on 7/14 and 7/15, and if I could travel at all to be somewhere on 7/16, it would need to be for one of the depositions.

I am happy to discuss this further if you still have some unanswered questions, and as you know Jan is out of the office this week. A prompt response would be most appreciated.

Sincerely,

Michelle G. Boyle
Trial Attorney
U.S. Department of Justice, Civil Division
Environmental Torts Section
(202) 616-4447



EXHIBIT 8