## Boyle, Michelle (CIV)

| | |
|---|---|
| **From:** | Boyle, Michelle (CIV) |
| **Sent:** | Wednesday, July 02, 2008 2:30 PM |
| **To:** | Justin Woods; Gerald E. Meunier; ANDREW WEINSTOCK |
| **Cc:** | Denise Martin; Miller, Henry (CIV); Glynn, J.Patrick (CIV); Williams-Jones, Janice; Fried, Jordan; Barksdale, Charles |
| **Subject:** | Gainsburgh Benjamin Results |
| **Attachments:** | -000479-Gainsburgh Benjamin Matches.pdf; -000489-Gainsburgh Benjamin Matches (Common Names).pdf; Gainsburgh Benjamin Matches.xls |

Counsel,

Attached are the results of a new FRRATS search, using the FEMA ID numbers provided by PLC, from the list provided by the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. These results are being provided in the same format as the first and second FRRATS productions (one list of discrete matches and one list of "common names"). The results appear in pdf (official version), bates-numbered FEMA02-479 - 490, as well as in Excel, for the convenience of the private parties.

Please let Government Counsel know, as soon as possible, which of these units you would like to test, by reference to the inventory lists provided in February and June of 2008.

**To PLC:** Upon receipt of this information, please let me know if you believe this resolves your Motion, as I am planning to file the Government's Opposition this afternoon due to other deadlines and time constraints.

Thank you,

Michelle G. Boyle
Trial Attorney
U.S. Department of Justice, Civil Division
Environmental Torts Section
(202) 616-4447

  

-000479-Gainsburg   -000489-Gainsburg   Gainsburgh
h Benjamin Ma...   h Benjamin Ma...   enjamin Matches.xl.



EXHIBIT 9

1