II

111TH CONGRESS
1ST SESSION
# S. 713

To require the Administrator of the Federal Emergency Management Agency to quickly and fairly address the abundance of surplus manufactured housing units stored by the Federal Government around the country at taxpayer expense.

---

## IN THE SENATE OF THE UNITED STATES

MARCH 26, 2009

Mr. PRYOR introduced the following bill; which was read twice and referred to the Committee on Homeland Security and Governmental Affairs

---

# A BILL

To require the Administrator of the Federal Emergency Management Agency to quickly and fairly address the abundance of surplus manufactured housing units stored by the Federal Government around the country at taxpayer expense.

1  *Be it enacted by the Senate and House of Representa-*
2  *tives of the United States of America in Congress assembled,*

3  **SECTION 1. SHORT TITLE; DEFINITIONS.**

4  (a) SHORT TITLE.—This Act may be cited as the
5  "FEMA Accountability Act of 2009".

6  (b) DEFINITIONS.—In this Act—



EXHIBIT 10

2

1     (1) the term "Administrator" means the Ad-
2 ministrator of FEMA;
3     (2) the terms "emergency" and "major dis-
4 aster" have the meanings given such terms in sec-
5 tion 102 of the Robert T. Stafford Disaster Relief
6 and Emergency Assistance Act (42 U.S.C. 5122);
7 and
8     (3) the term "FEMA" means the Federal
9 Emergency Management Agency.

10 **SEC. 2. TRANSFER, STORAGE, SALE, AND DISPOSAL OF**
11         **HOUSING UNITS.**

12 (a) IN GENERAL.—Not later than 3 months after the
13 date of enactment of this Act, the Administrator shall—
14     (1) complete an assessment to determine the
15 number of temporary housing units purchased by
16 FEMA that FEMA needs to maintain in stock to re-
17 spond appropriately to emergencies or major disas-
18 ters occurring after the date of enactment of this
19 Act; and
20     (2) establish criteria for determining whether
21 the individual temporary housing units stored by
22 FEMA are in usable condition, which shall include
23 appropriate criteria for formaldehyde testing and ex-
24 posure of the individual temporary housing units.
25 (b) PLAN.—

3

1  (1) IN GENERAL.—Not later than 6 months
2  after the date of enactment of this Act, the Adminis-
3  trator shall establish a plan for—
4      (A) storing the number of temporary hous-
5  ing units that the Administrator has deter-
6  mined under subsection (a)(1) that FEMA
7  needs to maintain in stock;
8      (B) transferring, selling, or otherwise dis-
9  posing of the temporary housing units in the in-
10  ventory of FEMA that—
11          (i) are in excess of the number of
12      temporary housing units that the Adminis-
13      trator has determined under subsection
14      (a)(1) that FEMA needs to maintain in
15      stock; and
16          (ii) are in usable condition, based on
17      the criteria established under subsection
18      (a)(2); and
19      (C) disposing of the temporary housing
20  units in the inventory of FEMA that the Ad-
21  ministrator determines are not in usable condi-
22  tion, based on the criteria established under
23  subsection (a)(2).
24  (2) APPLICABILITY OF DISPOSAL REQUIRE-
25  MENTS.—The plan established under paragraph (1)

4

1  shall be subject to the requirements of section
2  408(d)(2) of the Robert T. Stafford Disaster Relief
3  and Emergency Assistance Act (42 U.S.C.
4  5174(d)(2)) and other applicable provisions of law.
5  (c) IMPLEMENTATION.—Not later than 9 months
6  after the date of enactment of this Act, the Administrator
7  shall implement the plan described in subsection (b).
8  (d) REPORT.—Not later than 1 year after the date
9  of enactment of this Act, the Administrator shall submit
10 to the appropriate committees of the Senate and the
11 House of Representatives a report on the status of the
12 transfer, distribution, sale, or other disposal of the unused
13 temporary housing units purchased by FEMA.

○

O:\HEN\HEN09118.xml                                                         S.L.C.

AMENDMENT NO._____          Calendar No._____

Purpose: To require reporting regarding all temporary housing units in the inventory of the Federal Emergency Management Agency.

**IN THE SENATE OF THE UNITED STATES—111th Cong., 1st Sess.**

## S. 713

To require the Administrator of the Federal Emergency Management Agency to quickly and fairly address the abundance of surplus manufactured housing units stored by the Federal Government around the country at taxpayer expense.

Referred to the Committee on _____ and ordered to be printed

Ordered to lie on the table and to be printed

AMENDMENT intended to be proposed by Ms. LANDRIEU

Viz:

1  On page 4, line 12, strike "the unused" and all that
2  follows through line 13 and insert "temporary housing
3  units under this section.".