Update of 06/24/08

**Costs Involved for Storage of Temporary Housing Units:**
- Currently, FEMA has **108,908** excess travel trailers in its inventory.
- Excess inventory is defined as temporary housing units that are no longer required to meet FEMA's housing mission due to outdated design, damage or inventory greater than the quantity and type specified.
- Cost per day calculations:
  - The existing collective cost for all **19** locations is **$356,000 per day**.
  - The daily cost of 'excess' inventory storage locations, Travel Trailers, Park Models and Manufactured Housing (a.k.a. Mobile Homes) is estimated at **$252,000 per day** (includes all costs: lease, security, payroll, utilities) at **16** storage sites.
  - As a comparison, if we were able to dispose of excess inventory, operating only the **three** enduring sites, the estimated operating cost would be **$104,000 per day** (includes all costs: lease, security, payroll, utilities).
- Significant activity since the last update.
  - The requirement for formaldehyde testing has increased our costs by $9.3M annually. We anticipate that this number will significantly decline during FY09 as we complete the testing of our existing baseline inventory. In addition new procurements will be tested at the factory, as practical. However, the contracts and capability for testing must remain in place.
  - We currently have **19** active sites. Two new sites have opened since the last update: Craig Field in AL and Deridder in LA
  - Selma has been expanded using near by land, thereby avoiding opening a new location.
  - Closing the Texarkana facility has been delayed due to the requirement for formaldehyde testing before we can transfer the inventory to the Native American Tribes.
  - We do not anticipate the need to open any more storage locations.
  - We do anticipate a decrease in excess inventory in FY09 as we receive authorization for disposal. However, this completely dependent upon formaldehyde testing requirements and litigation constraints.

| Costs for storage of temporary housing units: | | |
|---|---|---|
| | | (millions) |
| Total Program Cost | Annual | $130 |
| Cost of Long-Term Storage Sites | Annual | $38 |
| Cost of Short-Term Storage Sites | Annual | $92 |
| Net Annual Cost of storage of non-mission capable units | Annual | $92 |

EXHIBIT 12