FEMA

# Finding Long-Term Housing Solutions for Hurricane Victims

In 2005, Hurricanes Katrina and Rita struck America's Gulf Coast. In the nearly four years since those storms, the federal government has provided more than 143,000 Gulf Coast households with assistance in the form of a temporary housing unit, including trailers and manufactured housing (park models and mobile homes). To date, more than 139,000 households have moved from the temporary units to long-term housing.

As the temporary emergency program closes, the Administration is putting forward unique options to assist the approximately 3,450 households still in need of long-term solutions. While these new initiatives are put in place and the transition process is implemented, no household will be turned out of their temporary unit.

The Administration is taking an important step toward renewing and revitalizing Gulf Coast communities still hurting from the storm damage inflicted nearly four years ago. These solutions bring together the Departments of Homeland Security (DHS) and Housing and Urban Development (HUD), and state and local partners.

**Helping Families to Find Long-Term Housing**

Earlier this year, the Federal Emergency Management Agency (FEMA), a part of DHS, announced that it would end its Katrina/Rita temporary housing program. DHS, HUD, and their state partners accelerated efforts to assist those people still residing in temporary housing units to transition to home ownership or another housing solution. These options expand the resources and alternatives available to those individuals still residing in temporary housing.

- **$50 million in new housing assistance.** HUD will provide $50 million in new housing vouchers, giving priority to low-income Gulf Region families displaced by Katrina and Rita, including those without viable alternatives to their FEMA temporary unit.
- **Expanded transition services.** Through FEMA, DHS will make available significant new resources dedicated for case-management assistance. All households still residing in the temporary units will have access to an expanded network of specialized service providers to identify potential housing solutions. This includes, where appropriate, applications for income-based assisted housing programs. These service providers will work directly with residents to address any gap between their moves from temporary units to long-term housing.
- **Purchase manufactured housing for as little as $1.** As an emergency measure to help residents living in mobile home and park models and who require additional assistance, DHS will reduce the sales cost of their occupied unit to as little as $1. This option will be available for units that meet safety standards and HUD's definition of "manufactured

EXHIBIT 14

housing" (which excludes travel trailers). For example, units must pass state tests to protect families against formaldehyde risk. Households will be responsible for insurance and any related pad leases, and program implementation will be consistent with local zoning and other laws. DHS also will donate additional safe manufactured housing units from its FEMA inventory to states, localities, and non-profit organizations to benefit more households.

- **Utilize Recovery Act funding to help transitioning households.** As an added resource for these families, the American Recovery and Reinvestment Act provides Mississippi with $14.3 million and Louisiana with $26.1 million for the Homelessness Prevention and Rapid Re-Housing program. The Recovery Act funding can help families who are transitioning from temporary manufactured housing by providing rental assistance, security deposits, and additional services such as case management and legal services.

In addition, the Administration plans to work with Congress to provide more flexibility and cut through red tape for programs like Road Home and the Community Development Block Grants (CDBG) to target specific local recovery needs. Updates to the programs could result in hundreds of millions of dollars in improved, flexible resources to aid Gulf recovery. HUD also will work with Congress to provide greater flexibility to the $50 million housing voucher program, allowing Gulf States with different housing needs to make best use of the funds. These solutions could include programs to help people complete reconstruction of their homes.