## Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Miller, Henry (CIV) |
| **Sent:** | Wednesday, June 03, 2009 4:06 PM |
| **To:** | Amanda_Ballay@laed.uscourts.gov; jwoods@gainsben.com; gmeunier@gainsben.com; andreww@duplass.com; Dinnell, Adam (CIV); dkurtz@bakerdonelson.com |
| **Cc:** | Glynn, J.Patrick (CIV) |
| **Subject:** | RE: FEMA MDL 07-1873 |

Amanda,

I suspect that this request is directed primarily towards PSC and non-Government Defendants since the article appears to be reporting a Government decision and as well as comments made by Government officials responsible for making that decision. As the Government lawyer for this case, however, I do believe that if accurate, this action by the Government simply constitutes further evidence that decisions regarding the continued use of temporary Emergency Housing Units -- even after the Government had concerns about formaldehyde in the units and in the absence of any specific and mandatory statue or regulation -- is protected by the discretionary function decision because such decisions in context of a Stafford Act emergency response are susceptible to policy analysis.

As for component part/destructive test -- if this report is accurate and ownership of EHUs are actually transferred to private parties, this may provide an alternate method for parties to obtain EHUs (without Court oversight) for purposes of conducting component part/destructive testing.

Regards,

Henry Miller
US Dept. of Justice


-----Original Message-----
From: Amanda_Ballay@laed.uscourts.gov [mailto:Amanda_Ballay@laed.uscourts.gov]
Sent: Wednesday, June 03, 2009 2:23 PM
To: jwoods@gainsben.com; gmeunier@gainsben.com; andreww@duplass.com; Miller, Henry (CIV); Dinnell, Adam (CIV); dkurtz@bakerdonelson.com
Subject: FEMA MDL 07-1873


Counsel - Having read the attached Washington Post article, Judge Engelhardt is curious as to whether any of you would like to comment on this "humane and secure transition", and how, if at all, it relates to this litigation - particularly based on our recent discussion about the acquisition of EHUs for destructive testing purposes.

Thanks.
Amanda

http://www.washingtonpost.com/wp-dyn/content/article/2009/06/02/AR2009060203897.html?g=0


**Tracking:** 

| Recipient | Read |
|---|---|
| Amanda_Ballay@laed.uscourts.gov | |
| jwoods@gainsben.com | |
| gmeunier@gainsben.com | |
| andreww@duplass.com | |
| Dinnell, Adam (CIV) | |


EXHIBIT 15

1

| Recipient | Read |
|---|---|
| dkurtz@bakerdonelson.com<br>Glynn, J.Patrick (CIV) |  |