| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>Application/Registration for Disaster Assistance | Registration ID.<br>94-0760507 | O.M.B. No. 3067-0009<br>Expires Feb. 28, 2003 | DR No.<br>1603 | Language<br>English |
|---|---|---|---|---|

| 1. Name  (Last, First, MI)<br>MS. DUBUCLET, ELISHA A | 2. Social Security Number | 3. Date of loss<br>8/29/2005 |
|---|---|---|

| 4A. Damaged phone number<br>(504) 254-9583 | 4B. Cell phone number<br>None | 4C. Current phone number | 4D. Work phone number | 4E. Email address |
|---|---|---|---|---|

| 5. Address of Damaged Property | Street Address<br>6046 DOROTHEA ST | City<br>NEW ORLEANS | State<br>LA | Zip+4<br>70126 -2552 | County<br>ORLEANS |
|---|---|---|---|---|---|

| 6. Do you own or rent your home? Rent | 7. Is the address listed in #5 your primary residence? Yes | 8. Type of residence:<br>House-Single/Duplex | 9. What is your current location?<br>Hotel/Motel |
|---|---|---|---|

10. Cause of Damages: Hail/Rain/Wind Driven Rain , Flood , Power Surge/Lightning

| 11. Current Mailing address | 1308 MADEWOOD RD | LA PLACE | LA | 70068 |
|---|---|---|---|---|

12. Auto Damage: No

13A. Was your home damaged by the disaster? U      13B. Personal property damaged? U
13C. Was the access to your home restricted?    Due to Disaster

| 14. Are any of your essential utilities currently not working as a result of the disaster? | |
|---|---|
| 15. Do you have any disaster-related essential needs for food, clothing or shelter? | Yes |
| 16. Do you own or lease a working farm or ranch that was affected by the disaster? (Does not include farm home) | No |
| 17. Do you own a business or rental property which was affected by the disaster? (Not farm damage) | No |
| 18. Has anyone in your family lost work or become unemployed due to the disaster? (including self-employed) | Yes |

19A. Did you have any disaster related medical expense?   No    Was it insured?    Amount of loss?
19B. Did you have any disaster related dental expense?    No    Was it insured?    Amount of loss?
19C. Did you have any disaster related funeral expense?   No    Was it insured?
19D. Did you have any disaster related moving and storage expenses?   No   Were they covered by insurance?

20. Other / Miscellaneous disaster related damages

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| DUBUCLET, ELISHA A | Registrant | | 38 | Y |
| DUBUCLET, TIMIA L | Immed Family | | 6 | Y |

| 22. Employer/Source of income:<br>DIVERSIFIED HOME HELP SERVICES | 23. Total number of dependents claimed (including applicant): 3 | 24. Would you like to use the EFT option if eligible for assistance? (Electronic funds Transfer into your bank account)   No |
|---|---|---|

25. Annual pre-disaster gross income for all members of the family:

| 26. Insurance Type | Company Name | | Policy Number |
|---|---|---|---|
| No RP or PP Insurance | | | |

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

**EXHIBIT 1**

27. You have been referred to the following sources for Disaster Aid. For more information, refer to the enclosed program guide as well as the disaster assistance program information sheet.
Disaster Unemployment Assistance, Emergency Assistance (ARC), Housing Assistance (Renter)

| If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585 | 28. Date of Application:<br>08/31/2005 | 29. Information taken by:<br>CRIVERA1 |
|---|---|---|

FEMA Form 90-69 APR 00

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

 **FEMA** Federal Emergency Management Agency

"Official Use Only"

# Comments Report

**1603**
**940760507**
**DUBUCLET, ELISHA**

| Event Date | User | Summary Text | Comment Text |
|---|---|---|---|
| 09/04/05 | | Inspector Comment | 19899 |
| 09/04/05 | | Inspector Comment | 19899<br>Inaccessible=MANDATORY EVAC<br>UTILITY COMPANY 800-368-3749<br>LA DL#005210824 DOB 3-14-67 |
| 10/19/05 | Jakara Jackson | 93 CASE RV | REVIEWED APPS CASE<br><br>APP SENT IN RNT RECIEPTS<br><br>ISSUE ADDRESSED<br><br>NFAR |
| 11/14/05 | JULIE NICHOLSON | inspection needed for pp 93 | inspector, please obtain information as to what pp was destroyed. app has relocated to texas.<br>app sent in requests for pp reimbursement<br><br>thanks |
| 11/14/05 | JULIE NICHOLSON | Inspection Request | Reason: Inaccessable No Priority |
| 11/22/05 | Felicia Minor | HOW TO CONTACT CLIENT | ALL CONTACT INFORMATION FOR CLIENT IS CORRECT. CLIENT IS ABLE TO MEET FOR INSPECTION AT ANY TIME NEEDED. PROPERTY IS ACCESSIBLE |
| 12/03/05 | Juan Travieso | 94 APP REQUEST | APP SAID NOW IS ACCESIBLE TO VERIFY THE DD SHE NEED TO CALL HER TO MADE THAT INSPECTION |
| 12/10/05 | Eileen Wolfe | TT REQUEST | BRJFO-APP REQUESTING TT. REFERRED TO PPI. |
| 12/12/05 | Felicia Minor | SATELITTE INSPECTION | CLIENT HAD SATELLTE INSPECTION AND WAS TOLD THAT SHE DID NOT NEED AN INSPECTION AND WOULD NOT HAVE TO BACK. PROPERTY IS ACCESSIBLE AT THIS |

1 of 4

| | | | TIME |
|---|---|---|---|
| | | | DRC16 FM |
| 12/12/05 | Katherine Fairleigh | DRC 16 CHANGE OF INCOME | DRC 16/KEF/12/12/05 - PER APPS WRITTEN REQUEST ANNUAL INCOME WAS CHANGED TO $30,000.00. |
| 01/03/06 | DANIEL WATKINS | 93 WINRUNNER PROCESSED TO COMPLETE | |
| 02/22/06 | Kathy Wilburn | 91 COMPLETE | CASE WORKED PREVIOUSLY<br><br>NFAR<br><br>ROUTE TO COMPLETE |
| 03/22/06 | Veronica W Pope | 92 - CREATE WP TO CONSIDER PP DAMAGES | NOTED RECEIPT OF INSURANCE SETTLEMENT ON 15DEC05. SIGNED AND DATED 9069B AND PROOF OF OCCUPANCY VERIF AT INSPECTION. HOME WAS INACCESSIBLE AND CLIENT HAS REQUESTED ANOTHER INSPECTION<br><br>CREATED WP, ROUTED TO FEMA MANUAL DETERMINATION |
| 04/04/06 | Frank Green | 91 ROUTE TO COMPLETE. | 91 ROUTE TO COMPLETE.<br><br>ALL ITEMS HAVE BEEN ADDRESSED.<br><br>NO FURTHER ACTION IS REQUIRED.<br><br>ROUTE TO COMPLETE. |
| 04/04/06 | Chifornia Cox | 92 ELIGIBLE=INITIAL RECERTIFICATION | SIGNED USE OF FUNDS DECLARATION<br>SIGNED 90-69B<br>APP ELIG FOR 3 MONTHS<br>2 BEDROOM ORLEANS<br>SET VERIFICATIONS<br>RTE TO APPVL |
| 04/27/06 | Desmond Garrett | 91 APPEAL HOME REPAIR=INELIGIBLE ENC | PER REVIEW DOC #8715=INSURANCE CHECK AMOUNT OF 13,000.00 FOR DAMAGES TO HOME<br><br>INSPECTOR COMMENTS<br>HOME UNSAFE=NO<br>RELOCATE=YES<br><br>ROUTE TO INELIGIBLE |
| 05/10/06 | Edwin Gomez | 94 PP=INELIGIBLE | WP FORCED INTO QUEUE BY INFO CONTROL INCOMING MAIL DOC# |

FEMA20-000011

| | | | |
|---|---|---|---|
| | | | 9002772314 INSURANCE DOC<br><br>INSPECTOR COMMENTS<br>Inaccessible=MANDATORY EVAC<br>HOME UNSAFE=NO<br>WILL RELOCATE<br>APP SUBMITTED INSURANCE DOC<br>INSURANCE SETTELMENT GREATER THAN FEMA VERIFIED LOSSES<br><br>PREVIOUS DESICION PP=INI<br>WORKSHEET COMPLETED STATUS CODE PP=INC<br><br>ROUTE TO FEMA INELIGIBLE |
| 06/05/06 | JOHANNA HARRIS | 93 WP created by WINRUNNER | |
| 06/05/06 | JOHANNA HARRIS | 93 ERFD WINRUNNER PROCESSED | App leased into FEMA MH/TT 5/19/2006 |
| 08/17/06 | JOHANNA HARRIS | 93 WINRUNNER TRAVEL TRAILER SAFETY LTR SENT | |
| 09/13/06 | Sheryl Bradley | 93 WINRUNNER TT FIRE SAFETY LETTER SENT | |
| 10/06/06 | JOHANNA HARRIS | 93 WINRUNNER UFAS (NOTICE) Letter Sent | |
| 02/07/07 | Sheryl Bradley | 93 WINRUNNER EXTN_NOTIF_TT/MH LETTER SENT | EXTENSION NOTIFICATION IN DIRECT ASSISTANCE |
| 05/12/07 | Sheryl Bradley | 93 WINRUNNER MHTT SALES NOI LETTER SENT | Applicant sent Notice of Interest Letter for MH/TT sales. |
| 10/29/07 | Wilfred Antoine | MOI | MOI HAS BEEN COMPLETED AR # 43655 |
| 11/15/07 | Ebony Chavis | AR: 53393 | 1603-025-180945-DCT work order submitted to MDC for tt deactivation |
| 11/29/07 | Deanna Charett | BR/AFO/DHOPS PAPERWORK RECEIVED | MOVE OUT INSPECTION (90-13) RECEIVED FOR B/C 1373963, VIN 4CJ1F322764015272. SIGNED ON 27OCT07 |
| 03/19/08 | Sheryl Bradley | WINRUNNER GENERATED COMMENT PER USER REQUEST | |
| 03/19/08 | Sheryl Bradley | APP EXTENDED WITH CLC FOR RENT THRU APRIL 30, 2008 | |

3 of 4

FEMA20-000013

CERTIFIED TO BE A TRUE COPY OF THE ORIGINAL



# Federal Emergency Management Agency
## Contact Report

"Official Use Only"

1603
940760507
DUBUCLET, ELISHA

| Event Date | User | Summary Text | Contact Text |
|---|---|---|---|
| 09/05/05 | Lori Parsons | 91 APP WANTED TO ADD EFT INFO | ADDED EFT INFO PER APP'S REQUEST. |
| 10/02/05 | Latina Taylor | 92 STATUS CHECK | APP CALLED TO CHECK APPLICATION STATUS AND CHECK STATUS OF RA |
| 11/09/05 | Christopher Enfield | 91 DATA CHANGE | VERIFIED APPS INFO<br><br>PER APPS REQUEST CHANGED<br><br>CURRENT MAILING ADRESS<br>CURRENT PHONE NUMBER<br>ALT PHONE NUMBER<br><br>INFORMED APP CURRENTLY BEING PROCESSED FOR INSPECTION |
| 11/22/05 | Taquerria Carston | DRC-16 Reg. Number | (Verification Done.) Provided app with registration number. DRC-16 T.C. |
| 12/03/05 | Juan Travieso | 94 APP STATUS | APP STATUS OF THE INSPECTION APP SAID HOME IS KNOW ACCESIBLE<br><br>APP INF VERIFIED<br><br>WORKPACKET CREATED |
| 12/12/05 | Felicia Minor | ID AND STATEMENT TO REOPEN CASE AND REISSUE INSPECTION | VERIFICATION DONE CLEINT SUBMITTED ID AND LETTER TO HAVE CORRECTIONS MADE ON HER REG SHE IS A HOME OWNER NOT A RENTER HER INCOME IN HIGHER THAN STATED. ALSO STATMENT IS REQUESTING TO HAVE CASE REOPENED AND INSPECTION REISSUED.; CLIENT HAD SATELITTE INSPECTION AND WAS TOLD THAT SHE WOULD NOT NEED AN INSPECTION OR WOULD NOT HAVE TO BE PRESENT. CLIENT HAS IS |

1 of 7

| | | | WORKING WITH LAWYERS ABOUT ISSUES WITH INSURANCE COMPANY. DRC16 FM |
|---|---|---|---|
| 12/15/05 | Latisha Harbor | 1603 JFO PPI COMPLETE | 1603 JFO PPI COMPLETE THE P-CODE IS P4TTP.LH |
| 12/19/05 | Heidi Stoltz | DRC #54 - ADVISED APP TO RETURN WITH INSURANCE SETTLEMENT | VERIFIED CRITICAL INFO. APP UPSET BECAUSE SHE HAS RECEIVED NO PERSONAL PROPERTY ASSISTANCE. ADVISED APP TO RETURN WITH INSURANCE SETTLEMENT INFO. APP EXPRESSED THAT SHE WAS HAVING A LOT OF TROUBLE WITH HER INSURANCE COMPANY. ADVISED APP TO SEE STATE INSURANCE REP AT DRC. H.A.S. |
| 01/06/06 | Danielle Bain | 95 PCC PASADENA> INSURANCE INFO | GAVE 800 TO NFIP. |
| 01/06/06 | Laquisha Comeaux | BRJFO/ASCC | APP CI TO GET TT STATUS.....ADV HAS BEEN ISSUED TO INSPECTOR 12/14/05....ADV WAITING FOR INSPECTION..NO ACTION TAKEN BEC LESS THAN 30 DAYS |
| 01/07/06 | Vicki Mcmillin | 95 PCC ROI | APP CALLED TO HAVE A ROI MAILED TO HER |
| 01/14/06 | Pamela Baines | 95 PCC CHECK STATUS | 95 APP CALL CHECK STATUS IF WE RECEIVE FAX ADVISED WE DID FOR ROI & INSURANCE. |
| 01/14/06 | Mandy Fields | BRJFO/ASCC | APP CL TO CHECK STATUS...ASSIGNED 12/14/05...HAS NOT EXCEEDED 30 DAYS...ADV APP TO CL BACK 1/18/06 AND CW WILL SUBMITT PAPERWORK TO CONTRACTOR |
| 01/21/06 | Cden_melinda Giffien | 91 STATUS CHECK | ADVISED THAT INSURANCE SETTLEMENT PAPERWORK BEGAN TO PROCESS ON 1/12. GAVE THE SBA AND TT LA PHONE NUMBERS |
| 01/21/06 | Dionicia Roberson | AS/JFO BR | APP CALLED TO CHECK STATUS OF TT TOLD APP IT HAS NOT BEEN OVER 30 DAY YET TI CALL BACK NEXT WEEK SOMETIME NO ACTION TAKEN AT THIS TIME |
| 01/25/06 | Danielle Martin | BRJFO STATUS CK | APP HAS BEEN ASSIGNED TO SITE INSPECTOR SINCE 12/14 BUT HAS HAD NO INSPECTION YET. ROUTING TO CONTRACTOR. |

2 of 7

| | | | |
|---|---|---|---|
| 02/03/06 | Lucinda Davis | BRJFO/ASCC-TT INQ | APP CALLED IN TO CHECK STATUS OF TT. APP ALSO STATED THAT HER SITE HAS NOT BEEN INSPECTED AT THIS TIME. ALSO INFORMED APP THAT HER PAPER WORK WAS ROUTED TO CONTRACTOR ON 01/25/06. AT THIS TIME SHE WILL HAVE TO ALLOW CONTRACTOR ENOUGH TIME TO CONTACT HER. NO ACTION TAKEN |
| 03/02/06 | Ronda Bennett | BR JFO AS CC | CALL TO CHECK STATUES ON TT, APP WORKORDER DATE 02-13-06. ROUTED TO CONTRATOR |
| 03/08/06 | Mandy Fields | BRJFO/ASCC | APP CALLED TO CHECK THE STATUS ON HER TT......WO WAS ISSUED 2/13/06.......PAPERWORK WAS FORWARDED BY PREVIOUS CW...NO ACTION TAKEN |
| 03/16/06 | Barbara Pittman | 92 TT/MAINTENANCE NUMBER | APP CALLED TO CONFIRM TT STATUS NUMBER, VFY TT STATUS OF 888 294 2822, WHICH SHE ALREADY HAD AND SHE WANTED THE MAINTENANCE NUMBER ,, INFORMED APP THE MAINTENANCE NUMBER WOULD NOT DO HER ANY GOOD SINCE SHE IS NOT IN HER TT, APP WANTED TO KNOW THE OUTCOME OF HER SBA APPLICATION, INFORMED APP SBA HAS VFY HER LOSS BUT OUR FILE WERE NOT UPDATED TO AN DENIAL STATUS |
| 03/21/06 | Claudia Young | 92 | APP CALLED TO CK STATUS APP APPYLED FOR SBA AND WAS DECLINED SYSTEM SHOWS THAT APP WAS INELIGIBLE FOR PPDAMAGES ON 12/06/06 AND THAT UNDER CORESP RECEIVED SHOWS THAT APP DID SENT IN HER INSURANCE STATEMENT ON12/15/06 BUT SYSTEM SCANNED IT ON 01/11/06 WHICH HAD MADE APP AT THAT TIME NOT SENDING IN INSURANCE AT THAT TIME |
| 03/27/06 | JANA PENNINGTON | DRC HA / TT STATUS CHECK | DRC HA / TT STATUS CHECK  VERIFIED ALL INFO  APP STATES WAITING ON TRAVEL |

3 of 7

|          |                   |                              |                                                                                                                                                                                                                                                                                                                                                                                                        |
|----------|-------------------|------------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          |                   |                              | TRAILER FOR 5 MONTHS. P4 =2/27/06<br><br>PER INSTRUCTIONS TO CALL 800 656 1741 REP STATES TO CALL 1 866 360 6432<br><br>REP STATES CALL SUP TO LET THEM KNOW TT IS STILL NOT THERE AND HAVE TO WAIT<br><br>APP STATES WAITING AND STILL HAVE NOT RECIEVED TT. ADVISED APP I WILL FORWARD<br><br>HER REQUEST TO AFO.<br><br>GAVE FEMA HELPLINE NUMBER FOR ANY FURTHER QUESTIONS AND / OR CONCERNS<br><br>JAP 03/27/06 |
| 04/18/06 | Robin Carter      | 93 STATUS                    | APP WANTED TO KNOW ABOUT PP GRANT PLEASE REVIEW FOR NEW ORLEANS AREA                                                                                                                                                                                                                                                                                                                                  |
| 04/21/06 | Manuel Munoz      | 94 HA STATUS CHECK           | APP CALLED TO CHECK STATUS ON RP<br><br>INFO WAS VERIFIED<br><br>INFORMED APP SHE IS A RENTER AND NEED TO CLAIM LL<br><br>APP TOLD SHE IS THE OWNER<br><br>ADVISED TO MAIL PROOF OF OWNERSHIP AS SOON AS POSSIBLE                                                                                                                                                                                      |
| 04/21/06 | Mareka Thompson   | 93 app                       | app wanted status on her case about what to do to get her elec on in her tt she will be sending in her mortage payment and her ale cover check and we can have renter changed to owner and see if the tt can get things strightin out.                                                                                                                                                              |
| 04/21/06 | Cristie Hawse     | 93 STATUS CHECK              | VERIFIED INFO AND ADVISED APP THAT THE FAX SHE FAXED TODAY HASN'T BEEN POSTED TO HER APPLICATION YET.                                                                                                                                                                                                                                                                                                 |
| 04/23/06 | Hilda Escobedo    | 95-UPDATE REQUEST            | E-MAIL REQUEST- APP WAS TOLD BY MAINTENANCE DEPT AND ENERGY COMPANY THAT FEMA NEEDS TO FAX AND OKAY SERVICE TO TT.                                                                                                                                                                                                                                                                                   |
| 04/23/06 | Hilda Escobedo    | 95-UPDATE REQUEST STATUS     | E-MAIL REQUEST- APP WAS TOLD BY MAINTENANCE DEPT AND ENERGY                                                                                                                                                                                                                                                                                                                                           |

4 of 7

| Date | Name | Subject | Notes |
|---|---|---|---|
| | | | COMPANY THAT FEMA NEEDS TO FAX AND OKAY SERVICE TO TT.   ALSO APP IS WAITING FOR A RESPONSE FOR PP APP HAS SUBMITTED INSURANCE SETTLEMENT LETTER. |
| 04/24/06 | Sylvia Calzada | 94 TT MAINTENANCE | APP REQUESTED TT MAINTENANCE TO HOOK UP TRAVEL TRAILER<br><br>TT PROGRAM  PH PROVIDED<br><br>ALL APP INFO VERIFIED |
| 04/28/06 | Kisha D Treece | 92 PP ASST INQ | APP CALLED TO CHECK THE STATUS OF HER PP ASST . APP WAS TOLDTHAT SHE NEEDS TO SEND IN HER ITEMIZED SUMMARY FROM HER INS SO THAT A CASEWORKER CAN REVIEW THAT INFO FOR HER PP ASST. APP WAS ALSO TOLD THAT SHE WOULD BE CHANGED FROM A OWNER TO A RENTER TODAY. PER THIS HL REPS DISCUSS WITH MY FLOOR LEADS. |
| 04/28/06 | Lucia Carrillo | 95 CHECKING STATUS ON CORRESPONDENCE | APP CALLED TO CHECK STATUS ON CORRESPONDENCE ADVISED IT WASN'T SCANNED IN HER FILE AND IT CAN TAKE 10-14 DAYS TO GET UPDATED VERIFIED ALL INFO. |
| 05/02/06 | Dantranette Cavalier | BRJFO/ASCC | APP NEEDS TOP BE LEASED INTO HERE TT, THE ELECTRICITY NEEDS TO BE TURNED ON. ROUTED THE REQUEST TO THE CONTRACTOR. |
| 05/02/06 | BRUNILDA ROSADO RAMOS | 94- status check ` | app called to verify the status of the case<br>verify all the ri info<br>app understood |
| 05/08/06 | Aerial M Session | 92 PP STATUS | APP CALLED TO CHECK ON HER PP APP WAS TOLD THAT THEY HAVE RECEVIED HER INSURANCE INFO APP WAS TOLD THAT THEY WERE CURRENTLY PROCESSING THAT INFO APP WAS ADVSIE TO CALL BACK IN A FEW DAYS TO CHECK ON HER APP VERFIED INFO |
| 05/08/06 | Melissa Francois | BRJFO/ASCC: LEASE IN | TT IS HOOKED UP....APP NEED TO BE LEASED IN....ROUTED TO CONTRACTOR |
| 06/28/06 | Beverly Paul | BR/AFO/AS/CC | APP CALL STATED THAT SHE HAVE A MAINTENANCE ISSUES  BECAUSE THE DOOR TO THE BATHROOM NEED NEW HENGE, ALSO THE STRIPPING IN THE CRACK NEED TO BE FIX. THE CALKING |

FEMA20-000018

| | | | |
|---|---|---|---|
| | | | AROUND THE SHOWER NEED TO BE CALKED. IN THE BEDROOM THE BED NED TO HAVE THE HEAD BOARD FIX. INFORMED APP THAT WILL FORWARD THE PAPER WORK TO THE CONTRACTOR. |
| 07/03/06 | Rena Crocker | 91 ISSUES W/TT/MH | INFO VERIFIED<br><br>AT THE REQ OF THE APP...UPDATED MAILING ADDRESS AND CONTACT NUMBER<br><br>APP HAVING ISSUES W/TT NOT LARGE ENOUGH...APP HAS HERSELF, MOTHER, & 2 KIDS 4 PEOPLE<br><br>APP HAVING MAINTENANCE PROBLEMS W/TT<br>PROVIDED APP W/JFO NUMBER FOR DISASTER |
| 07/03/06 | Quail Jarrell | BRJFO ASCC | APP CALLED TO CHECK AND SEE WHEN MAINTENANCE WOULD COME OUT TO FIX HER TT. APP WAS TOLD THAT IT WAS ALREADY SUBMITTED TO GIVE A LITTLE MORE TIME. APP SPOKE WITH SUPERVISOR APP WAS TOLD THAT PAPERWORK WAS ALREADY PUT IN JUST HAS TO WAIT PATIENTLY. |
| 12/11/06 | Carla Augustus | JFO/AS TT - MAINTENANCE REQUEST | APP CALLED TO REQUEST MAINTENANCE OF SINK IN UNIT, APP GIVEN THE NUMBER OF MAINTENANCE AS 888-633-5536. |
| 03/13/07 | Angela Louis | BR AFO TT MAINTENANCE UPDATE | SPOKE WITH APP AND APP STS THAT ALL ISSUES HAVE BEEN RESOLVED. CLOSED MAINTENANCE ISSUES. |
| 03/27/07 | Shauntisa Willis | BRAFO AS CC TT MAINTENANCE | APP CALLED TO REQUEST MAINTENANCE, PROVIDED 888-633-5536. |
| 04/16/07 | Marquetia Franklin | BR/AFO/ASCC | GAVE APP MAINT NUMBER. |
| 04/30/07 | Kim Gage | BRAFO/ASSC | APP CALLED FOR MAIN # (NO ACTION TAKEN) |
| 07/19/07 | Sally Rhea | 91 REG ID REQUEST | APP NEEDED REG ID NUMBER......VERIFIED ALL INFO AND GAVE HER THE NUMBER |
| 08/29/07 | Toni Moen | HARAHAN LARC - RECERT VISIT #1 | PHP IS TO REBUILD DD - FLOOD INS PD 120707 - HOI PD 13991 - ROAD HOME AWARD IS PENDING - INCOME 30000 - REPAIRS ARE APPROX 75% COMPLETED - |

| | | | |
|---|---|---|---|
| | | | APP EXPECTS TO BE COMPLETED BY YEAR END - 12/07 |
| 10/15/07 | Renada Dixon | BRAFOASCCTR | APP CALLED INQUIRING ABOUT HOW LONG IT WILL TAKE TO DEACT THE TT. INFORMED APP THAT I DO NOT HAVE A TIMEFRAME. |
| 10/15/07 | Marquetia Franklin | BR/AFO/ASCC | APP CALLED IN TO REQ A MOI. PP IS OUT AND UTLS ARE DISCONNECTED. CREATED AN AR. |
| 11/08/07 | Kimberly Morris | BR AS CC -- DEACT STATUS | INFORMED APP THAT NO TIME FRAME COULD BE GIVEN BUT THAT NEMIS STATES THAT MOI WAS COMPLETED 10/29/2007. KJM |
| 11/15/07 | Deloris Young | BR/TRO/AS/CC- TT STATUS CHECK | APP REQUESTED THE STATUS OF THE TT PICK UP. INFORMED APP THE WORK ORDER WAS ISSUED BUT A SPECIFIC TIME LINE COULD NOT BE GIVEN. DY |
| 11/26/07 | Dolores Evans | Reporting Status of Removal and complaint | BRAFO/ASCC: APP called in to complain that Trlr had not been completely removed. She stated that Last week, someone came out and did nothing, and today, someone came out and broke the Ramp down and left it there. APP feels that this is dangerous because someone could fall and get hurt. She wanted to know how long it would take to have TT removed. She was advised that Removal is done in stages, but that her Trlr woould be removed. de |
| 06/11/08 | Alicia Matthews Gie | BRAFOCC | APPLICANT REQUEST A COPY OF HER LEASE AGREEMENT WITH BC AND VIN NUMBER. VERIFIED MAILING ADDRESS : 6046 DOROTHEA STREET, NOLA 70126 CONTACT NUMBERS : 504 228 2454 AND 504 242 0634... SUBMITTED AR # 114521 TO TEAM LEAD. |
| 06/13/08 | Shawndreka Stewart | BRAFO-ASCC | APP CALLED TO REQUEST A COPY OF HER LEASE. REQUEST WAS PREVIOUSLY SUBMITTED ON 6/11/08. |

FEMA20-000020