# Miller, Henry (CIV)

| | |
|---|---|
| **From:** | Boyle, Michelle (CIV) |
| **Sent:** | Tuesday, August 26, 2008 12:10 PM |
| **To:** | 'Justin Woods'; 'gmeunier@gainsben.com'; 'ANDREW WEINSTOCK' |
| **Cc:** | Miller, Henry (CIV); Gaupp, John (USALAM); Glynn, J.Patrick (CIV); 'Williams-Jones, Janice'; 'Fried, Jordan'; 'jsaporito@leakeandersson.com'; 'richard.hines@nelsonmullins.com'; 'Tim@scanlayr.com'; 'egieger@glllaw.com'; 'dmartin@gainsben.com'; Hall, Christopher (CIV); 'Barksdale, Charles' |
| **Subject:** | In re FEMA Trailer MDL |
| **Attachments:** | Copy of unrepairable units without duplicates.xls; Spreadsheet matching plaintiff's names with red units.xls |

Counsel,

Please see attached spreadsheets from the Government. The first spreadsheet contains the list of unrepairable units that are the first units FEMA plans to dispose of. The second spreadsheet contains the list of unrepairable units that appear to match to names of plaintiffs whose units Defense Liaison Counsel has indicated it wishes to test. These Excel spreadsheets are being provided for the convenience of the private parties. I will follow up shortly with official, pdf versions of these documents. Please feel free to contact me or Henry Miller with questions on this information.

Sincerely,

Michelle G. Boyle
Trial Attorney
U.S. Department of Justice, Civil Division
Environmental Torts Section
(202) 616-4447

   

Copy of         Spreadsheet
irepairable units wit matching plaintiff...

1



EXHIBIT 2



# FEMA

LogOps Division -
Temporary Housing Unit
RE: Staging Site's Un-repairable Units Report

## Unrepairable Units Status Report

| Site | ubmitte | STATUS |
|---|---|---|
| Baton Rouge, LA | 276 | COMPLETE |
| Carnes, LA | 381 | COMPLETE |
| Columbia, MS | 0 | COMPLETE |
| Cumberland / Frostburg | 70 | COMPLETE |
| Fort Pickett, VA | 275 | COMPLETE |
| Fort Worth, TX | 320 | COMPLETE |
| Hope, AR | 3126 | COMPLETE |
| Jasper, TX | 44 | COMPLETE |
| Lottie, LA | 2810 | COMPLETE |
| Lumberton, MS (Hickory) | 294 | COMPLETE |
| Melville, LA | 7 | COMPLETE |
| Purvis, MS | 941 | COMPLETE |
| Selma, AL | 155 | COMPLETE |
| DeRidder, LA | 4 | COMPLETE |
| Fort Pierce, FL | 1738 | COMPLETE |
| Lumberton, MS (Grady) | 400 | COMPLETE |
| Craig Field THSA | 64 | COMPLETE |
| Texarkana, TX | 150 | COMPLETE |
| **TOTAL** | **11055** | |

**Please note:** The LogOps Division's Un-repairable report is a comprehensive record of Temporary Housing Units (travel trailers, park models, and mobile homes) at staging sites identified by the name of the manufacturer, VIN, and barcode. The information in this report is to be used to assist in locating the un-repairables units at each staging site. **Data for this report was submitted by each staging site and subject to change depending upon mission assignment.**

| FEMA'S STAGING SITE | FEMA BARCODE | MANUFACTURER | Manu. VIN NUMBER | Entry No. |
|---|---|---|---|---|
| Lottie | 111857 | GULFSTREAM | 1NL1GTR2361002263 | 4538 |
| * * * | * * * | * * * | * * * | * * * |
|  | 1373956 | FLEETWOOD | 4CJ1F322862493700 | 7287 |
|  | 1373963 | FLEETWOOD | 4CJ1F322764015272 | 7288 |
|  | 1373982 | FLEETWOOD | 4CJ1F322462493631 | 7289 |
|  | 1374021 | FLEETWOOD | 4CJ1F322X62493679 | 7290 |
|  | 1374034 | DESIGN | 5CZ200P2261128620 | 7291 |
|  | 1374074 | FLEETWOOD | 4CJ1F322662316630 | 7292 |
|  | 1374104 | FLEETWOOD | 4CJ1F322862493647 | 7293 |
|  | 1374128 | FLEETWOOD | 4CJ1F322562316666 | 7293 |

| Barcode | VIN | MANUFACTURER | SITE LOCATION |
|---|---|---|---|
| 1117443 | 1NL1GTR2061024219 | GULFSTREAM | FT. PIERCE,FL |
| 1125119 | 1nl1gtr2761025559 | GULFSTREAM | BATON ROUGE,LA |
| 1230164 | 5CZ200R2361119003 | RECREATION BY DESIGN | FT. PIERCE,FL |
| 1278209 | 1nl1gtr2561001891 | GULFSTREAM | FT. PIERCE,FL |
| 1281808 | 1EBIF322564012521 | FLEETWOOD | FT. PIERCE,FL |
| 1352618 | 1NL1GTR2661084392 | GULFSTREAM | BATON ROUGE,LA |
| 1372565 | 4CJ1F322864015099 | RECREATION BY DESIGN | FT. PIERCE,FL |
| Barcode | VIN | MANUFACTURER | SITE LOCATION |
| 1038272 | 1NL1GTR2951020345 | GULFSTREAM | FT. PIERCE,FL |
| 1117443 | 1NL1GTR2061024219 | GULFSTREAM | FT. PIERCE,FL |
| 1110697 | 1NL1GTR2961001103 | GULFSTREAM | PURVIS,MS |
| 1197879 | 1TC2B96X61305607 | COACHMAN | PURVIS,MS |
| 1193778 | 4V0TC30226B007350 | CROSSROADS RV | LOTTIE,LA |
| 1114437 | 1nl1gtr2361030310 | GULFSTREAM | LUMBERTON,MS |
| 1126979 | 1NL1GTR2761032558 | GULFSTREAM | BROOKLYN,MS |
| 1144304 | 1UJBJ02P261EN0397 | JAYCO,INC. | LUMBERTON,MS |
| 1256757 | 4N11Y272060203755 | NORTHRIDGE OF VIRGINA | LUMBERTON,MS |
| 1172670 | 16L09824 | LIBERTY HOMES | |
| 1201905 | FLHML2FE192729861 | HOME OF MERIT | LUMBERTON,MS |
| 1121564 | 1NL1GTR2861051068 | GULFSTREAM | LUMBERTON,MS |
| 1249997 | 1KB131L246W164619 | MONACO COACH CORP. | LUMBERTON,MS |
| 1249130 | 5L4TF332063023823 | MONACO COACH CORP. | LUMBERTON,MS |
| 1200779 | 4VOTC30296B007488 | CROSSROADS RV | LUMBERTON,MS |
| 1130832 | 1NL1GTR216026433 | GULFSTREAM | LUMBERTON,MS |
| 1249775 | 5L4TF332263024102 | MONACO COACH CORP. | BROOKLYN,MS |
| 1107305 | 1NL1GTR2361066478 | GULFSTREAM | LOTTIE,LA |
| 1120556 | 1NLIGTR22610445248 | GULFSTREAM | LUMBERTON,MS |
| 1121939 | 1NL1GTR2061031977 | GULFSTREAM | LOTTIE,LA |
| 1114437 | 1nl1gtr2361030310 | GULFSTREAM | PURVIS,MS |