# Formaldehyde Sampling:
# Active and Passive Sampling Protocols

## Procedures for Evaluating Formaldehyde Levels

## in FEMA Temporary Housing Units

prepared by:

**DeVANY INDUSTRIAL CONSULTANTS**
**14507 NW 19th Ave.**
**Vancouver, Washington 98685 USA**
**(360) 546-0999**

**March, 2008**



EXHIBIT

3

PSC 003220

# Formaldehyde Sampling Active and Passive Sampling Protocols

## Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units

prepared by:

**DeVANY INDUSTRIAL CONSULTANTS**
14507 NW 19th Ave.
Vancouver, Washington 98685 USA
(360) 546-0999

**March, 2008**

PSC 003220

# TABLE OF CONTENTS

Overview and Summary                                                                page 4

Principal Scientific Contributors and Authors                           page 5

Survey of Established Exposure Limits                                    page 6

Purpose for Study                                                                   page 8

Analysis of Statistical Significance                                        page 8

Specific Sampling Protocol: Diffusive Samplers (Passive
Dosimeter Badges) – as Conducted by Trained Personnel     page 9

Formaldehyde Air Sampling Data Form - Occupied
Housing Units -- Passive Dosimetry                                       page 18

Formaldehyde Air Sampling Data Form - Unoccupied
Housing Units -- Passive Dosimetry                                       page 19

Specific Sampling Protocol: Diffusive Samplers (Passive
Dosimeter Badges) – Sampling by Temporary Housing Unit
Residents                                                                               page 20

Formaldehyde Sampling Badge Information and
Instructions for Temporary Housing Unit Residents            page 19

PSC 003221

Formaldehyde Sampling Badge Data Recording Form (for
Use by Temporary Housing Unit Residents)                      page 21

Specific Sampling Protocol: Active Sampling                   page 26

Formaldehyde Air Sampling Data Form - Occupied Housing
Units – Active Monitoring (pump and tube)                     page 33

Formaldehyde Air Sampling Data Form - Unoccupied
Housing Units – Active Monitoring (pump and tube)             page 34

Appendix A:  OSHA Formaldehyde Method 1007,
Diffusive Samplers                                            page 35

Appendix B:  Assay Technology, Inc. - 571 Aldehyde Sampler    page 66

Appendix C:  SKC Formaldehyde Sampling Badges                 page 71

Appendix D: NIOSH 2016 Formaldehyde Sampling
Method – Active Sampling Method                               page 76

Appendix E: NIOSH 2539, Formaldehyde Sampling
Method – Active Sampling Method                               page 85

Appendix F:  NIOSH 2541, Formaldehyde Active Sampling         page 94

Appendix G:  OSHA Formaldehyde Method 52, Active Sampling     page 98

PSC 003222

# Overview and Summary

Following the landfalls of Hurricanes Katrina, Rita and Wilma, the Federal
Emergency Management Agency (FEMA) issued temporary housing to Gulf Coast
residents whose homes were uninhabitable.  FEMA employees began preparing
temporary housing units (travel trailers, park trailers, and mobile homes) in September
of 2005, and between mid-September and mid-December, Federal OSHA sampled
workers for exposure to formaldehyde and other airborne contaminants.  From this
sampling, OSHA found workers overexposed to formaldehyde.  In the summary of the
report of the air sampling results, OSHA stated that:

> The individuals in the areas with the highest formaldehyde exposure
> were truck drivers and employees placing and constructing
> temporary facilities, such as those delivering, inspecting, and
> installing newly manufactured pre-fabricated trailers that had been
> sealed (without air circulation) during delivery. During these
> activities, employers must conduct evaluations to determine if
> employees are being exposed to formaldehyde at hazardous
> concentrations.[1]

FEMA was the major employer conducting and coordinating these activities.

Within a few months of occupying these FEMA temporary housing units (THU's),
some residents began seeking medical treatment for symptoms and diseases resulting
from upper respiratory irritation.  Complaints were made to FEMA.  The Sierra Club
also received numerous complaints from these THU residents.  Recognizing that the
symptoms could be the result of overexposures to formaldehyde, in the early months
of 2006, the Sierra Club began conducting air monitoring inside the living areas of
these THU's.  Results overwhelmingly showed elevated levels formaldehyde.

As people continued to live in these housing units, more and more people became
sick, and their symptoms were more severe.  Eventually, after more than a year of
living in these temporary units and enduring a wide variety of illnesses, many sought
legal recourse.  Scientifically evaluating the airborne concentrations of formaldehyde
in these THU's is a critical aspect of this litigation.

---

[1] http://www.osha.gov/SLTC/etools/hurricane/sampling-part2.html#gasv; Part II: Summary of Air and Noise
Sampling Results Representing Actual or Potential Exposures for Response and Recovery Workers Involved in
Hurricane Response and Recovery Activities

PSC  003223

# Principal Scientific Contributors and Authors

Mary C. DeVany, MS, CSP, CHMM – DeVany Industrial Consultants. Primary Investigator: preparing sampling protocol; coordinating and conducting the collection of data as well as interpreting and reporting data. Responsible for the analysis of results and findings.

Wesley S. Lashbrook, MS, CIH, CSP – DeVany Industrial Consultants. Co-Primary Investigator; preparing sampling protocol; assisting in the coordination and collection of data as well as interpreting and reporting the data. Assistance with the analysis of results and findings.

Paul Hewett, Ph.D., CIH – Exposure Assessment Solutions, Inc. Data statistical analysis, assistance with interpreting, analyzing and reporting data, results and findings.

William D. Scott, PE, CHMM – W. D. Scott Group, Inc. Assistance with data collection, sampling and review.

Marco Kaltofen, P.E. – Boston Chemical Data Corp. Assistance with data collection, sampling and review.

PSC 003224