IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | MDL NO. 07-1873<br><br><br>SECTION: N (4) |

**Plaintiffs' Statement of No Opposition**

Pursuant to Local Rule 7.6E, the undersigned hereby certifies that counsel for all parties currently joined in this suit have consented to the filing of Plaintiffs' First Supplemental and Amending Complaint.

Respectfully submitted this the 22nd day of June, 2009,

                                                        **WALTZER & ASSOCIATES**

                                                    s/ Clay Garside
                                                    Clay Garside (LA Bar # 29873)
                                                    WALTZER & ASSOCIATES
                                                    14399 Chef Menteur Highway, Ste D
                                                    New Orleans, LA 70129
                                                    clay@waltzerlaw.com
                                                    Tele:   (504) 254-4400
                                                    Fax:    (504) 254-1112