# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

June 9, 2009

**Via E-Mail**
Andrew Weinstock
Duplass, Zwain, Bourgeois, Morton,
Pfister & Weinstock
29th Floor, Three Lakeway Center
3838 N. Causeway Boulevard
Metairie, Louisiana 70002

**Via E-Mail**
Timothy Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

Re:  FEMA Trailer MDL
     *Alexander/Cooper v. Gulf Stream, et al*

Gentlemen:

Following up on our call yesterday, here's where I think we are:

**I.    Your complaints/questions with our discovery responses.**

You asked about John Ijoka, specifically why he is listed as a person with knowledge of relevant information. I know he is a client of one of the lawyers in our group and gave a deposition, however, I can't tell you why he is listed. I presume that the lawyers who put this list together included him by accident. I will confirm.

Your interrogatories 12 through 14 inquire into conversations with Gulf Stream employees (current or former), statements taken regarding same, photographs of Gulf Stream facilities. In the spirit of cooperation, we advised that we currently have no statements of Gulf Stream employees (except deposition transcripts) and have no photos of Gulf Stream facilities. We do observe that there may be photos of Gulf Stream facilities that are publicly available and that some photos which partially show facilities (specifically, the process document manual) have been produced.

---

1910 Ice & Cold Storage Building        JPMorgan Chase Tower (Principal Office)        200 East Cano
104 21st Street (Moody Ave.)                600 Travis, Suite 7300                              Edinburg, Texas 78539
Galveston, Texas 77550                         Houston, Texas 77002                              Telephone: (956) 381-4440
By Appointment Only                             Telephone: (713) 223-5393                      Facsimile: (9
                                                          Facsimile: (713) 223-5909

PLAINTIFF'S EXHIBIT
E

Andrew Weinstock
Tim Scandurro
June 9, 2009
Page 2

Your Interrogatory number 17 inquires as to whether Ms. Alexander (and her family members, attorneys, representatives) spoke to anyone regarding formaldehyde, trailer, etc. We answered "yes". We understand that you now pose a new interrogatory now, specifically, "Who did you talk to?" We object to the potential interrogatory as overbroad, unduly burdensome, calls for attorney work product information.

Your Interrogatory numbers 23 and 24 inquire into bank account and credit card information. We will stand on our objections.

Your Interrogatory number 25 inquires into Ms. Alexander's medical providers from 2001 to present. We objected, but answered "none." We still believe that to be the correct answer but will confirm.

Your Interrogatory number 26 and Third Request for Production 1, which seeks the "manufacturer, brand name and product description of each household and personal item" that she or any other person brought into her residence in the past five years; and production of such items. I understand that, for production of the items, you have narrowed your request to post-Katrina, ie, after September 2005. As discussed, we stand on our objections.

## II.    Our issues with your discovery responses.

E-discovery. You have advised that you have begun this process. To confirm, we are not asking you to search for information that is "not reasonably accessible." By "not reasonably accessible", we mean "back up tapes" and "erased, fragmented or damaged data." *Zubulake v. UBS Warburg*, 217 F.R.D. 309, 319-320 (S.D.N.Y. 2003). Please advise when you can begin production of electronic information and the format in which you will provide it.

Invoices, purchase orders, packing slips. By email of May 29, 2009, we asked for "copies (on disc) of all purchase orders, invoices and packing slips (Gulf Stream or their vendors may use different terms for them), exchanged between Gulf Stream and their vendors of wood products-- decorative plywood, luan and wood products used for roof sheathing, subflooring, and cabinetry--for July 1, 2004 to December 31, 2004." I understand you are working on producing that information.

Documents not produced. We have not seen the following documents (except as noted). We understand that Ms. Ganiere and Gulf Stream are continuing to search for and collect documents. If, ultimately, the response is "no documents", we would appreciate if you would amend your responses to so reflect.

1910 Ice & Cold Storage Building
104 21ˢᵗ Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

Andrew Weinstock
Tim Scandurro
June 9, 2009
Page 3

- Policy regarding use of LFE wood.

- Policies and procedures regarding quality control for receipt of wood products.

- Any specifications, designs, blueprints for the subject Trailer.

- Correspondence with Adorn or other component part manufacturers.

- Internal emails regarding formaldehyde.

- Memoranda or correspondence regarding formaldehyde in plants or with respect to worker safety.

- Notices or related memos from trade organizations regarding risks of formaldehyde.

- Correspondence between Gulf Stream and co-defendants regarding the Trailer or Plaintiffs. We understand that you claim joint defense privilege.

- Photos of the Trailer.

- Any MSDS or third party test results for Trailer or its component parts.

- Documents relating to Gulf Stream policies for storing wood products and component parts.

- Documents relating to the warning on the Trailer that it was "not intended for recreational purposes."

- Any correspondence with US or US subcontractor (including Best Buy RV) relating to the Trailer. I believe you have produced some Best Buy documents)

- Warranties, installation instructions that accompanied the trailer (you have produced Owner's Manual)

- Bill of Materials for Trailer.

- Formaldehyde test results for any trailers provided to FEMA since 9/1/04. (see below)

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

Andrew Weinstock
Tim Scandurro
June 9, 2009
Page 4

- Contracts relating to purchase, delivery, installation, technical assistance, maintenance, set up of Trailer.

- Specifications or instructions for installation or use of Trailer.

- Joint defense agreements between you and any defendant relating to this case or MDL—objection, privileged, attorney client privilege.

Progressive Engineering documents, formaldehyde test or "screening" results. We understand that you will not produce such documents absent court order.

Porter Novelli (public relations firm) correspondence. I cannot recall your position on this. As I mentioned, last summer, we sent that firm a document subpoena, which they ignored. We will likely try again.

Please let me know if you have questions or if this does not accurately reflect our discussions.

Very truly yours,

*Peter K. Taaffe*
Peter K. Taaffe

cc: Justin Woods   *Via Email*
    Tony Buzbee    *Firm*

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445