# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*James F. Shea, Gulf Stream Coach 30(b)(6)*
*May 28, 2009*

Original File JAMES SHEA.txt
Min-U-Script® with Word Index



PLAINTIFF'S EXHIBIT

Page 261

1  trailers and what you would run into using travel
2  trailers in the field for that purpose, FEMA had
3  the most expertise.
4  Q FEMA had more expertise than Gulf Stream with
5  regard to the use of the travel trailers?
6  A As temporary housing for disaster relief, the pure
7  use of the unit, what went on out in the field.
8  Q Last time we talked about when you anticipated
9  litigation. You told me that was in March of '06;
10  is that right?
11  A Certainly when this occurred, because of my
12  background in the '80s in manufactured housing, we
13  discussed the situation with our counsel.
14  Q You said "when this occurred." I think, if I'm not
15  mistaken, that's a pronoun. What are you talking
16  about, "when this occurred"?
17  A The beginning circumstance of this formaldehyde
18  issue in March of 2006.
19  Q Okay. So --
20  A We at that time certainly began to discuss the
21  situation with our legal counsel.
22  Q So just so we're clear, because it's important when
23  you actually anticipated litigation, your testimony
24  is that after the first complaint in March of 2006,
25  which would have been March 10th, I believe, that's

Page 262

1  when you anticipated litigation?
2  A I think we certainly understood potential for
3  litigation and certainly because of our experiences
4  in the '80s -- or my experience in the '80s in
5  manufactured housing.
6  Q So March 10, 2006?
7  A Well, proximate to that time, yes.
8  Q Okay. And you told me previously you anticipated
9  litigation with residents living in the trailers.
10  A Well, you know, I think there is a variety of
11  litigation that we recognize could have transpired,
12  and one of them would have been on behalf of
13  residents.
14  Q You anticipated litigation regarding the trailers
15  before Miss Alexander and her family ever moved
16  into one of your trailers; isn't that right?
17  A Well, I'm not exactly sure when Mrs. Alexander
18  moved in, but I've told you that we did speak to
19  our counsel relative to this matter proximate to
20  that mid-March time period.
21  Q Let's assume -- and I think we finally agreed on
22  this; at least me and Mr. Weinstock have -- that
23  Miss Alexander moved into her FEMA-provided Gulf
24  Stream trailer either May 26th or 27th, 2006. All
25  right?

Page 263

1  A I just don't know.
2  Q Well, just assume that's true because I'm not going
3  to lie.
4  A I'm sure the record will show when it was.
5  Q Yeah. Well, let's assume that it's true. By
6  May 27th or 26th of 2006, you had already done
7  testing of some of the lauan; right?
8  A We had submitted some samples for product testing.
9  Q You had already done some informal testing of the
10  ambient air quality of both occupied and unoccupied
11  trailers; right?
12  A Yes. We had done some screening.
13  Q You had fielded several complaints from residents
14  who were having issues with regard to exposure to
15  what they believed to be formaldehyde; correct?
16  A I don't know what they believed it to be, but we
17  had complaints on -- that could be ascribed to
18  formaldehyde.
19  Q You had already talked to one of your own employees
20  who told you that when he went into some of these
21  trailers, he had, quote, sensation in his eyes;
22  right?
23  A Correct.
24  Q And you had already released a public statement
25  that was picked up by CNN and various news outlets

Page 264

1  regarding formaldehyde in the production of your
2  trailers; correct?
3  A Yeah. We did release a statement to CNN.
4  Q You made no effort whatsoever to inform
5  Miss Alexander or people like Miss Alexander of the
6  potential issue, did you?
7  A We were in contact with the people that purchased
8  the units from us. We made it clear and I think
9  the record shows our willingness to assist with any
10  residents that had a problem, a sensitivity, a
11  complaint. That would have included Miss Alexander
12  so -- if we had known about Miss Alexander.
13     But certainly our offer to generally assist
14  and do whatever we could do to address people with
15  complaints, I mean, we had made that overture
16  certainly by the time that she had moved in, if
17  that was May 26th or 27th.
18  Q You mean to FEMA you made that overture?
19  A Yes.
20  Q Tell me what prevented you from releasing a public
21  statement that, Here's the issue, folks; there's
22  formaldehyde in the trailers; we know that some of
23  our component part manufacturers provided us
24  materials that we thought was LFE but wasn't; some
25  of you may have sensitivity; here's what you can



FAQ | Customer support
My contact information | Log out

Account Summary | Billing Summary | Make a Payment | Repayment Options | Postpone Payments

 Search

## Unemployment Deferment request: Pre-approval
(Step 5 of 5)



**Unemployment Deferment request: Pre-approval**

Your request for an Unemployment Deferment has been pre-approved.

Please print a copy of this page for your records.

Dated 06/19/2009                Return to account summary

Privacy policy | Disclaimer | Terms of service          © 1995 - 2009 Sallie Mae. All rights reserved.

About SSL
Certificates

SLM Corporation and its subsidiaries are not sponsored by or agencies of the United States of America.