**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                    MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION               SECTION "N-5"

                                                        JUDGE ENGELHARDT
                                                        MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach, Inc., No. 09-2892*
*Alana Alexander, individually and on behalf of Christopher*
*Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
<u>NOTICE OF HEARING</u>

TO:    ALL COUNSEL OF RECORD

        **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery in the above-

captioned matter is hereby set for hearing on the 8th day of July, 2009, at 11:00 o'clock a..m.

                        Respectfully submitted:

                        FEMA TRAILER FORMALDEHYDE
                        PRODUCT LIABILITY LITIGATION

            BY:    s/Gerald E. Meunier
                        GERALD E. MEUNIER, #9471
                        **PLAINTIFFS' CO-LIAISON COUNSEL**
                        Gainsburgh, Benjamin, David, Meunier &
                        Warshauer, L.L.C.
                        2800 Energy Centre, 1100 Poydras Street
                        New Orleans, Louisiana 70163
                        Telephone:     504/522-2304
                        Facsimile:      504/528-9973
                        gmeunier@gainsben.com

                        s/Justin I. Woods
                        JUSTIN I. WOODS, #24713
                        **PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT M. BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2009, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the

notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF

participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471