UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach, Inc., No. 09-2892*
*Alana Alexander, individually and on behalf of*
*Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing motion,

IT IS ORDERED that plaintiff's Motion to Compel is granted.

IT IS FURTHER ORDERED that Gulf Stream Coach, Inc. Produce within ten days of the signing of this Order, the following:

   a.  All electronic data that is responsive to the PSC's Master Set of Request for Production and Plaintiff Alana Alexander's Request for Production. Plaintiff shall pay no costs associated with such production.

   b.  Any documents responsive to the PSC's Revised Master Set of Request for Production and Plaintiff's First Requests for Production, which have not been produced.

   c.  All purchase orders, invoices and packing slips, exchanged between Gulf Stream and their vendors of wood products (decorative plywood, luan and wood products used for roof sheathing, subflooring, and cabinetry) for July 1, 2004 to December 31, 2004.

   d.  The following witnesses for deposition:

      1.  Todd Lentych
      2.  Eddie Abbott

      3.      Steven Lidy
      4.      Rick Jones
      5.      John Bruhn
      6.      Mike Ward
      7.      Jeff Zumbrum
      8.      Joseph Cleland
      9.      Quality Control manager for Plant 57 in December 2004
     10.    Final inspector for Plant 57 in December 2004.
     11.    Receiver at Plant 57 in December 2004.
     12.    The Gulf Stream employee who was main point of contact with FEMA with respect to provision of trailers in Fall 2004 to Spring 2005 (for Florida hurricanes)

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**HONORABLE ALMA CHASEZ**
**UNITED STATES MAGISTRATE JUDGE**