UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Charlie Age, et al. v.* | § | |
| *Gulf Stream Coach Inc., et al.    .* | § | MAGISTRATE CHASEZ |
| *Civil Action No. 09-2892* | § | |

_____

**FLUOR ENTERPRISES, INC.'S MOTION TO AMEND GULF STREAM
COACH, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO
GULF STREAM COACH, INC. AND FLUOR ENTERPRISES, INC.'S
MOTION TO STRIKE CERTAIN EXPERT WITNESSES**

**NOW INTO COURT,** comes defendant, Fluor Enterprises, Inc. (**Fluor**), who respectfully files this motion to amend Gulf Stream Coach, Inc.'s reply to plaintiff's response to defendants, Gulf Stream Coach, Inc., and Fluor's motion to strike certain expert witnesses.  On May 21, 2009, defendants, Gulf Stream Coach, Inc. (Gulf Stream) *and* Fluor filed a motion to strike certain experts the plaintiff has retained for this lawsuit. (Rec. Doc. 1557).  On June 9, 2009, plaintiff filed a response.  (Rec. Doc. 1765-2). By Order dated June 16, 2009, this Court granted Gulf Stream and Flour's motion for leave to file a reply to plaintiff's response.  (Rec. Doc. 1777).

1

On June 15, 2009, Gulf Stream Coach, Inc. filed its reply memorandum, along with defendants' motion for leave. (Rec. Doc. 1765-3). Although Fluor's counsel's signature appears on the signature block of Gulf Stream's reply, Fluor's name was inadvertently not included in the body of the reply memorandum. Accordingly, to clarify the record, Flour hereby formally amends and joins in Gulf Stream's reply and adopts Gulf Stream's reply memorandum, as if copied here in extenso. (Rec. Doc. 1778). Undersigned counsel has obtained Gulf Stream's counsel's consent to file this motion to amend and, accordingly, Gulf Stream's counsel's signature also appears below.

For the reasons set forth in Gulf Stream's reply memorandum and those set forth in the original memorandum in support of the motion to strike certain expert witnesses, Flour respectfully asks this Court to exclude the plaintiff's experts who would testify about facts that have been excluded, who would provide duplicative and cumulative testimony, and who would testify as to matters not pleaded by the plaintiff.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:      */s/ Sarah A. Lowman.*
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

       *-and-*

       Richard A. Sherburne, Jr., La. Bar No. 2106
       450 Laurel Street, Suite 1101
       Baton Rouge, Louisiana 70801
       Telephone: (225) 381-7700
       Facsimile: (225) 381-7730
       rsherburne@midrid.com

      **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

       *-and-*

       *s/ Andrew D.Weinstock*
       Andrew D. Weinstock, La. Bar No. 18495
       Joseph P. Glass, La. Bar No. 25397
       3838 N. Causeway Boulevard, Suite 2900
       Metairie, Louisiana 70002
       Telephone: (504) 832-3700
       Facsimile: (504) 837-3119
       andreww@duplass.com
       jglass@duplass.com

       *-and-*

       SCANDURRO & LAYRISSON
       Timothy D. Scandurro, La. Bar No. 18424
       Dewey M. Scandurro, La. Bar No. 23291
       601 St. Charles Avenue
       New Orleans, Louisiana 70130
       Telephone: (504) 522-7100
       Facsimile: (504) 529-6199
       tim@scanlayr.com
       dewey@scanlayr.com

      **COUNSEL FOR GULF STREAM COACH, INC.**

      **<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that on June 22, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

       */s/ Sarah A. Lowman.*
       **SARAH A. LOWMAN**

ND: 4840-9620-5059, v. 1