UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Charlie Age, et al. v.* | § | |
| *Gulf Stream Coach Inc., et al.      .* | § | MAGISTRATE CHASEZ |
| *Civil Action No. 09-2892* | § | |

_____

## ORDER

**IT IS ORDERED** that the Fluor Enterprises, Inc.'s Motion to Amend Gulf Stream Coach, Inc.'s Reply to Plaintiff's Response to Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.'s Motion to Strike Certain Expert Witnesses is GRANTED.

New Orleans, Louisiana, this _____ of June, 2009.

_____
KURT D. ENGELHARTDT
UNITED STATES DISTRICT JUDGE

ND: 4822-4435-5587, v. 1