UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

## ORDER

**IT IS ORDERED** that the Court will hear the PSC's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) the Court's May 29, 2009 Order Dismissing Plaintiffs' Claims Based on Federal Preemption (Rec. Doc. 1813) on an expedited basis.  Thus, any opposition thereto shall be filed on or before **Friday, June 26, 2009 at noon**, at which time the motion will be taken under submission.

New Orleans, Louisiana, this 22nd day of June, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**