UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                     SECTION "N"  (5)


THIS DOCUMENT RELATES TO
Member case bo. 09-2977

### ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by Defendants Forest River,**

**Inc. And Shaw Environmental, Inc. (Rec. Doc. 1806)** is **DENIED**.   Thus, the Motion for

Protective Order Regarding Retesting of Plaintiff's Temporary Housing Unit by Defendants Forest

River, Inc. and Shaw Environmental, Inc. (Rec. Doc. 1805) will be heard on Wednesday, July 15,

2009, without oral argument.

New Orleans, Louisiana, this 22nd day of June, 2009.


**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**