# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| | : | |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *Paul Fountain, et al versus* | : | |
| *United States of America, et al, 09-3622* | : | MAGISTRATE JUDGE CHASEZ |

## ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION TO WITHDRAW PLEADING:

IT IS HEREBY ORDERED that IBS's Ex Parte Motion to Withdraw Pleading is GRANTED. The Motion to Dismiss filed by IBS (doc. no. 1661) be and is hereby withdrawn.

New Orleans, Louisiana, this ____22nd____ day of ____June____, 2009.

JUDGE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA