UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 07-9228

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by Defendants Fleetwood Enterprises, Inc. and Fluor Enterprises, Inc.  (Rec. Doc. 1816)** is **GRANTED.**  Any opposition to Fleetwood Enterprises, Inc. and Fluor Enterprises, Inc.'s Motion for Protective Order Regarding Plaintiffs' New Testing Protocol (Rec. Doc. 1815) shall be filed by **Friday, June 26, 2009, at noon**, at which time the motion will be taken under advisement.

      New Orleans, Louisiana, this 22nd day of June, 2009.

                                                       _____
                                                       **KURT D. ENGELHARDT**
                                                       **UNITED STATES DISTRICT JUDGE**