OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: June 23, 2009

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION (MDL: 1873)

Related Case
Paul Fountain, et al

vs.

United States of America, et al

Case No. 09-3622  Section

Dear Sir:

Please issue summons on the amended complaint to the following:

1. The United States of America, Through U.S. Attorney General, Hon. Eric H. Holder, Jr.
   950 Pennsylvania Avenue NW, Washington, DC 20530-001

2. Forest River, Inc., Through Their Attorney of Record, Jason D. Bone (Geiger, Laborde & Laperouse, LLC)
   One Shell Square, 700 Poydras Street, Ste. 4800, New Orleans, LA 70139

Very truly yours,

/s/ Eulis Simien, Jr.

Attorney for Paul Fountain, Jessica Landry, Joan Captain and Charles Ray Fountain

Address 7908 Wrenwood Boulevard
Baton Rouge, Louisiana 70809