# UNITED STATES DISTRICT COURT
for the
## Eastern District of Louisiana

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION
    Plaintiff

v.

UNITED STATES OF AMERICA, through the
Federal Emergency Management Agency, et al
    Defendant

Civil Action No.

09-03622 **MDL: 1873**
(*Fountain, et al v. United States of America and Forest River Inc.*)

### Summons in a Civil Action

To: *(Defendant's name and address)*
The United States of America
Through U.S. Attorney General
Hon. Eric H. Holder, Jr.
950 Pennsylvania Avenue NW
Washington, DC 20530-001

A lawsuit has been filed against you.

    Within ____ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Eulis Simien, Jr.
Simien & Simien, LLC
7908 Wrenwood Boulevard, Baton Rouge, LA 70809

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: _____

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)