UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N(5)

JUDGE ENGLEHARDT

THIS DOCUMENT RELATES TO:
ALL CASES

MAGISTRATE CHASEZ

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6, CH2M HILL Constructors, Inc., through undersigned counsel, submits the following corporate disclosure statement identifying parent corporations and publicly-held companies owning ten percent or more of its stock:

1. CH2M HILL Constructors, Inc.'s parent corporation is CH2M HILL Companies, Ltd.

2. No publicly held corporation owns 10% or more of CH2M HILL Constructors, Inc.'s stock.

Dated this 23rd day of June, 2009.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.**


<u>/s/ Gerado R. Barrios</u>_____
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**


<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 23rd day of June, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

<u>/s/ Gerardo R. Barrios</u>_____