**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** | **MDL NO. 1873** |
| **PRODUCT LIABILITY LITIGATION** | **SECTION "N-5"** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon T. Wright v. Forest River, Inc., et al.*
*Inc., et al, No. 09-2977*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff Lyndon T. Wright, who, for the reasons set forth in the memorandum attached hereto, respectfully moves the Honorable Court for leave to file his First Supplemental and Amended Complaint submitted herewith.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:   s/Frank J. D'Amico, Jr.
         Frank J. D'Amico, Jr. (La. Bar #17519)
         Aaron Z. Ahlquist (La. Bar #29063)
         622 Baronne Street
         New Orleans, Louisiana 70113
         Phone: (504) 525-7272
         Facsimile: (504) 525-9522
         *Trial Attorneys for Lyndon Wright*

*-and-*

Douglas M. Schmidt (#11789)
Peter R. Borstell (#3264)
335 City Park Avenue
New Orleans, LA 70119
Telephone:  (504) 482-5711
Fax:  (504) 482-5755
***Attorneys for Lyndon Wright***

### CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR.(#17519)