**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon T. Wright v. Forest River, Inc., et al.*
*Inc., et al, No. 09-2977*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file the First Supplemental and Amending Complaint attached and submitted with the foregoing motion.

THIS DONE the _____ day of June, 2009, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**