**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                       SECTION N-5
                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ


**THIS DOCUMENT IS RELATED TO ALL CASES**


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


**DEFENDANT UNITED STATES OF AMERICA'S *EX PARTE* UNOPPOSED**
**MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION**
**FOR A PROTECTIVE ORDER TO PREVENT PLAINTIFFS' DEPOSITION OF**
**HARVEY E. JOHNSON, JR., FORMER FEMA DEPUTY ADMINISTRATOR AND**
**CHIEF OPERATING OFFICER**

Defendant United States of America ("United States") pursuant to Local Rules 7.3 and

7.8.1 submits this *Ex Parte* Unopposed Motion to file a Reply Memorandum in Support of its

motion for a protective order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiffs' deposition of

Admiral Harvey E. Johnson, Jr., former Deputy Administrator and Chief Operating Officer for

the Federal Emergency Management Agency ("FEMA").  Local Rule 7.8.1 contemplates the

filing of a reply memorandum in certain circumstances.  The Court has sought to expedite

consideration of this motion, and the United States seeks leave to file this reply memorandum

within one day of receiving the opposition.

United States counsel has conferred with Liaison Counsel regarding the filing of this

reply.  The undersigned government counsel hereby certifies that neither Plaintiffs' Liaison

Counsel nor Defense Liaison Counsel object to this motion for leave to file a reply.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex*

*Parte* Motion and enter the attached proposed Order.

Dated: June 24, 2009.                              Respectfully Submitted,

                                                   TONY WEST
                                                   Assistant Attorney General, Civil Division

                                                   J. PATRICK GLYNN
                                                   Director, Torts Branch, Civil Division

                                                   HENRY T. MILLER
                                                   Senior Trial Counsel

                                                   ADAM DINNELL
                                                   MICHELLE BOYLE
                                                   JONATHAN WALDRON
                                                   Trial Attorneys

                                                   //S// Adam Bain

                                                   ADAM BAIN (IN Bar No.11134-49)
                                                   Senior Trial Counsel
                                                   United States Department of Justice
                                                   Civil Division – Torts Branch
                                                   P.O. Box 340, Ben Franklin Station
                                                   Washington, D.C. 20044
                                                   Telephone No:  (202) 616-4209
                                                   E-mail:  adam.bain@usdoj.gov

                                                   Attorneys for the United States of America


OF COUNSEL:


JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS

**CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2009, the foregoing Ex Parte Motion, Proposed Order

and Proposed Pleading were filed via the U.S. District Court's CM/ECF electronic filing system

and a copy thereof were served upon Liaison Counsel.


//S// Adam Bain

ADAM BAIN (IN Bar No.11134-49)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No:  (202) 616-4209
E-mail:  adam.bain@usdoj.gov

Attorney for the United States of America