## AFFIDAVIT OF LILA F. LAUX, Ph.D.

STATE OF COLORADO      §
                                  §
COUNTY OF   Jefferson      §

BEFORE ME, the undersigned authority, on this day personally appeared LILA F. LAUX, Ph.D.

who upon being duly sworn, did depose and state as follows:

My name is LILA F. LAUX, Ph.D. I am over twenty-one years of age, and am competent to make this affidavit.

The attached Exhibit A is the Supplement to my May 11, 2009, report concerning the FEMA litigation. The Supplement is the citations to the sources on which I relied for the formulation of each statement in the OPINION section of my report.

I have read the foregoing Affidavit of LILA LAUX, Ph.D., and all of the facts and statement

therein are within my personal knowledge, and are true and correct. Further Affiant sayeth not.

_____
LILA F. LAUX, Ph.D.

SUBSCRIBED AND SWORN TO BEFORE ME on this 22nd day of June, 2009.

_____
NOTARY PUBLIC in and for the
STATE OF COLORADO

My commission expires: Aug. 8, 2012

**Supplement to Expert Report of Lila Laux, PhD**
**June 21, 2009**

| Opinion | Discussion | Citation/reference |
|---|---|---|
| 1. Ms Alexander's decision to accept and live in the Gulf Stream Cavalier was a reasonable decision given the information she was provided. Her use of the trailer was a reasonably anticipated use of the trailer by Gulf Stream. | Ms Alexander's residence had been destroyed by Katrina and the government, through FEMA, offered trailers as temporary housing for Katrina victims. It was expected that people getting the travel trailers and other trailers would have to reside in them for periods of up to two years or more because of the difficulty of reconstructing their homes. | There are numerous documents re the specifications that the manufacturer submitted in response to the request from FEMA and letters back and forth from the manufacturer to FEMA about the requirements and re when they could have the trailers ready for the victims of Katrina. (e.g., Bates GULF00 2222, 22252831, 2030, etc.) The manufacturers knew these trailers were being provided to Katrina victims and that they would have to reside in them for up to two or more years (Gulf Stream Travel trailers and Fifth Wheels Owner's Manual "Effects of Long Term occupancy" p. 22) |
| 2. Ms Alexander reasonably relied on Gulf Stream, the manufacturer of the Cavalier travel trailer that she was provided, to warn her if there were conditions which could create a hazard for herself and her children. | Manufacturers and regulatory agencies have recognized the need for warnings. Consumers do not typically have ready sources of information about the technical details of the products they may acquire and they rely on the manufacturer of the product to supply any hazard information they need. Labels are to warn about hazards associated with a product.. <br><br> The ANSI Z535 Series of standards also focuses on how to | **Re when to provide a warning and how to develop warnings:** <br> Laux, Lila & Mayer, David. (1992). A human factors approach to developing facilitators (warnings and instructions). In Brian Peacock & Waldemar Karwowski, (Eds.). *Automotive Ergonomics*, Taylor & Francis, Ltd.: Washington, **D.C.** <br> **Re decision-making and need for information:** <br> Wickens, C. (1987). Information processing, decision-making, and cognition. In G. Salvendy, Ed. *Handbook of human factors*. Wiley & Sons: NY. <br> Endsley, M. & Garland, D. Eds. (2000). *Situation awareness analysis and measurement*. Lawrence Earlbaum: Mahwah, NJ. <br> Seamster, T., Redding, R., & Kaempf, G. (2000). A skill based |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | communicate hazard information through a variety of media, including signs, labels, tags, and tapes. | cognitive task analysis framework. In Shraagin, Chipman & Shalin (Eds.). *Cognitive task analysis*. Earlbaum Ass.: Mahwah, NJ. See the label in opinion 18 |
| | The HUD statement regarding formaldehyde (see opinion 18) warned thus: Some of the building materials used in this home emit formaldehyde…. a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. This information, which was required on HUD housing, was not provided to Ms Alexander with her trailer. | There was no warning in the Gulf Stream (no date) Travel Trailers and Fifth Wheels Owner's Manual given to Ms. Alexander when she acquired the travel trailer.<br><br>**Re the need for warnings and how to develop warnings:**<br>ANSI Z535 *National Standard for Product Safety Signs and Labels* (which were first drafted in the 1970s) address how to communicate safety information in the workplace, public areas, and for industrial, as well as consumer products.<br>Laux, Lila & Mayer, David. (1992). A human factors approach to developing facilitators (warnings and instructions). In Brian Peacock & Waldemar Karwowski, (Eds.). *Automotive Ergonomics*, Taylor & Francis, Ltd.: Washington, D.C.<br>Edworthy, Jody and Adams, Austin (1996). *Warning Design*. Taylor & Francis.<br>Laughery, Kenneth, Vaubel, Kent, Rowe-Halber, Anna & Laux, Lila (1991). Effects of explicitness in conveying severity information in product warnings. *Proceedings of the 35th Annual Meeting of the Human Factors Society*. San Francisco, CA, Sept. 2–6.<br>Laughery, Kenneth & Laux, Lila. (1988). Communicating with the worker through the MSDS. Hazard |

| Opinion | Discussion | Citation/reference |
|---------|------------|--------------------|
| | | Communication II: Material Safety Data Sheets Are a Communication Tool, ASTM STP. Presentation to the American Society for Testing and Materials Annual Meeting, Williamsburg, VA, April. |
| | | Laux, Lila & Mayer, David. (1992). A human factors approach to developing facilitators (warnings and instructions). In Brian Peacock & Waldemar Karwowski, (Eds.). *Automotive Ergonomics*, Taylor & Francis, Ltd.: Washington, D.C. |
| | | Laux, Lila, Mayer, David & Thompson, Nellie. (1989). Usefulness of pictorials and symbols in communicating hazard information. *Proceedings of Interface 89 Sixth Symposium on Human Factors and Industrial design in Consumer Products.* Pittsburg, PA: Carnegie-Mellon University, May 22-24. |
| | | Laux, Lila & Brelsford, John. (1989). Locus of control, risk perception, and precautionary behavior. *Proceedings of Interface 89 Sixth Symposium on Human Factors and Industrial design in Consumer Products.* Pittsburg, PA: Carnegie-Mellon University, May 22-24. |
| | | Laux, Lila, Baker, Susan, Mayer, David, Pavlik, Valery & Vallbona, Carlos. (1987). A new look at patient compliance. Paper presented at Society of Teachers of Family Medicine South Central Regional Meeting, Houston, TX: Oct. 10. |
| | | Laux, Lila, Pavlik, Valery, Vallbona, Carlos, Baker, Susan, Merrill, Joseph & Mayer, David. (1988) Attributions and patient compliance (Abstract). *Proceedings of the* |

3

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | *North American Primary Care Research Group, 26th Annual Meeting*, p. 275. |
| | | Lehto, Mark & Miller, James (1986). *Warnings Vol I Fundamentals, design, and Evaluation Methodologies.* Fuller Technical Pubs, Ann Arbor, MI |
| | | Lehto, James & Lehto, Mark (2002). *Warnings and Safety Instructions Annotated and Indexed.* 4th Ed. Fuller |
| | | Lundgren, Regina and McMakin, Andrea (1998). *Risk Communication.* Batelle Press. |
| | | Mayer, David & Laux, Lila. (1989). Recognizability and effectiveness of warning symbols and pictorials. *Proceedings of the Human Factors Society 33rd Annual Meeting*, 984-988. |
| | | Miller, James & Lehto, Mark (1987). *Warnings Vol II Annotated Bibliography.* Fuller Technical Pubs, Ann Arbor, MI |
| | | Miller, James, Lehto, Mark & Frantz (1990). *Instructions and Warnings The Annotated Bibliography.* Fuller Technical Pubs, Ann Arbor, MI |
| | | Peacock, Brian & Laux, Lila (2005). Warning: Do not use while sleeping – the role of facilitators. *Ergonomics in Design*, Human Factors and Ergonomics Society, Anaheim, Vol 13:4 |
| | | Peters, George & Peters, Barbara (1999). *Warnings, Instructions and Technical Communications.* Lawyers and Judges Publishing Co., Inc |
| | | Wogalter, Michael (2005). *The Handbook of Warnings.* Human Factors and Ergonomics Society. |
| 3.   Although the paneling and | Ms Alexander stated that she could | Ms Alexander stated that she did not get any information about |

4

| Opinion | Discussion | Citation/reference |
|---|---|---|
| other formaldehyde containing materials from which her trailer was built gave off fumes that she could detect, Ms Alexander was not informed that if she could smell the fumes there was a possibility that she and her son were being exposed to unacceptable levels of toxic chemicals. | smell something when she moved into the trailer but had no idea what it was or that it was hazardous.  She did not receive any information about formaldehyde at the time she took possession of the trailer and there was no warning in or on the trailer. She did not get results of any testing that had been done on these trailers.  She was not informed that children and people with respiratory problems such as asthma were more likely to experience problems when exposed to even low levels of formaldehyde (see further discussion of this issue below).<br><br>In the  Staff Report (2008) ATSDR (Public Health Service Agency for Toxic Substances and Disease Registry) states that occupants of trailers should have been  clearly warned "of the health effects that could result from  exposure to elevated levels of  formaldehyde" and that occupants of the FEMA trailers | formaldehyde off-gassing when she accepted  delivery of the trailer.<br><br>References:<br>Liu KS, Huang FY, Hayward SB, Wesolowski J, Sexton K. Irritant effects of formaldehyde exposure in mobile homes. Environ Health Perspect. 1991;94:91–94.<br><br>Formaldehyde Exposure in Homes: A Reference for State Offici in Decision-making<br>http://edis.ifas.ufl.edu/pdffiles/HE/ HE35300.pdf<br><br>Report of Janet Duncan Barnes, MD<br><br>Report of Judd Shellito, MD<br><br>*ANSI A208.1-1999 Particle Board* indicates that the type of particle  board that was used in Ms Alexander's trailer would off-gas  formaldehyde<br><br>AGENCY FOR TOXIC SUBSTANCES AND DISEASE REGISTRY (1999) **FORMALDEHYDE CAS # 50-00-0:** Formaldehyde is given off as a gas from the manufactured wood products used in new mobile homes. It is possible that people with asthma may be more sensitive to the effects of inhaled formaldehyde.<br><br>**National Safety Council Fact Sheet Formaldehyde.** |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | were NOT so warned. | http://www.nsc.org/resources/factsheets/environment/ formaldehyde.aspx <br><br> **Formaldehyde Found in Building Materials. Kaiser Permanente Fact Sheet, May 2008** Formaldehyde causes eye, nose, and respiratory irritation and can be an asthma trigger in sensitive individuals.  States: It is designated a Hazardous Air Pollutant by the US EPA as one of the major toxic constituents of smog.  In 1992, formaldehyde was formally listed by the California Air Resources Board (CARB) as a toxic air contaminant in California, with no safe level of exposure.  Formaldehyde can be released to the user from products treated directly with formaldehyde, such as fabrics, and from products that use formaldehyde-based binders. <br><br> Formaldehyde.  HAZARD EVALUATION SYSTEM & INFORMATION SERVICE California Department of Health Services Occupational Health Branch: Repeated exposure to formaldehyde can cause allergic asthma. <br><br> **Residential Indoor Air Quality Guideline Formaldehyde (4/2006) Health Canada** "…formaldehyde levels were significantly associated with hospitalization for asthma in children aged six months to three years, again after ruling out confounding from other indoor air pollutants." This report also cites: Garrett, M.H, Hooper, M.A., Hooper, B.M., Rayment, P.R., and Abramson, M.J. 1999. Increased risk of allergy in children due to formaldehyde exposure in homes. |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | Allergy 54: 330–337.<br>Rumchev, K.B., Spickett, J.T., Bulsara, M.K., Phillips, M.R., and Stick, S.M. 2002. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur. Respir. J. 20: 403–406. |
| 4.  Ms Alexander was not informed that high ambient temperatures and high humidity as well as the presence of mold would increase the rate at which formaldehyde would off-gas from the materials in the interior of the travel trailer. | The CDC Final Report says" that "Indoor temperature was a significant factor for formaldehyde levels in this study, independent of trailer make or model; other factors such as humidity, temperature, the presence of more than one square foot of mold, and poor ventilation also were associated with formaldehyde. Nearly one in five residents reported mold in their trailers." | Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes. From the Centers for Disease Control and Prevention July 2, 2008<br>http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/FEMAFinalRe<br>port.pdf |
| | Ms Alexander stated that she did not receive any information about formaldehyde or mold at the time she took possession of the trailer and there was no warning information provided in or on the trailer. | Shellito expert report<br><br>Consumer Product Safety Commission<br>An Update On Formaldehyde: 1997 Revision<br>CPSC Document #725 |
| | CPSC recommends that the surfaces of formaldehyde off-gassing materials be sealed completely – mold causes | Fact Sheet: Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes CDC also found that temperature, humidity, trailer type and brand, keeping windows open, and mold affected formaldehyde levels.<br><br>Air Quality Sciences: Formaldehyde in the Indoor Environment: **Formaldehyde**<br>**Formaldehyde In The Indoor Environment**<br>http://www.aerias.org/DesktopModules/ArticleDetail.aspx?arti<br>cleId=40#formaldehyde-decrease |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | deterioration of the surface materials thus allowing formaldehyde to be released.<br><br>CPSC recommends: Coat exposed board products with a finish like polyurethane varnish, oil-based alkyd resin paint, or thick vinyl film. Some research has indicated that coating pressed wood products (including all surfaces and edges) may reduce formaldehyde emissions and could reduce the incidence of mold. To be effective, any such coating must cover all surfaces and edges, be applied in multiple or thick layers, and it should remain intact.<br><br>To prevent off-gassing it is necessary to: Coat exposed board products with a finish like polyurethane varnish, oil-based alkyd resin paint, or thick vinyl film. Some research has indicated that coating pressed wood products (including all surfaces and edges) may reduce formaldehyde emissions. To be effective, | EPA Technology Transfer Network: Formaldehyde Hazard Summary- Created in April 1992; Revised in January 2000 Exposure to formaldehyde may occur by breathing contaminated indoor air, tobacco smoke, or ambient urban air. Acute (short-term) and chronic (long-term) inhalation exposure to formaldehyde in humans can result in respiratory symptoms, and eye, nose, and throat irritation.<br><br>NRC [1981]. Health effects of formaldehyde. In: Formaldehyde other aldehydes. Chapter 7. Washington, DC: National Academy Press, National Research Council, National Academy of Science Committee on Aldehydes, Board on Toxicology and Environme Health Hazards. |

8

| Opinion | Discussion | Citation/reference |
|---|---|---|
|  | any such coating must cover all surfaces and edges, be applied in multiple or thick layers, and it should remain intact. |  |
| 5.   Ms Alexander was not informed that exposure to the fumes she could smell could cause serious, potentially life-threatening and long-term health problems for those who breathed the fumes, especially to children and in particular children with asthma and other respiratory problems. | Ms Alexander stated that she could smell something when she moved into the trailer but had no idea what it was or that it was hazardous.  She did not receive any information about formaldehyde at the time she took possession of the trailer and there was no warning in or on the trailer.  She did not get results of any testing that had been done on these trailers.  She was not informed that children and people with respiratory problems such as asthma were more likely to experience problems when exposed to even low levels of formaldehyde. | **Concise International Chemical Assessment Document 40** FORMALDEHYDE World Health Organization Geneva, 2002 R. G. Liteplo, R. Beauchamp, M.E. Meek, Health Canada, Ottawa, Canada, and R. Chénier, Environment Canada, Ottawa, Canada.  This report states that there is "indication of effects on pulmonary-function in children in the residential environment associated with relatively low concentrations of formaldehyde" Krzyzanowski M, Quackenboss JJ, Lebowitz MD (1990) Chronic respiratory effects of indoor formaldehyde exposure. *Environmental research*, 52:117–125. Dobiáš L, Jan.a L, Lochman I, Lochmanova A (1989) Genotoxic action of formaldehyde in exposed children. *Mutation research*, 216:310. **§ 3280.309 Health Notice on formaldehyde emissions  (re HUD homes)** (a) Each manufactured home shall have a Health Notice on formaldehyde emissions prominently displayed in a temporary manner in the kitchen (i.e., countertop or exposed cabinet face). The Notice shall read as follows: IMPORTANT HEALTH NOTICE Some of the building materials used in this home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including |

| Opinion | Discussion | Citation/reference |
|---------|-----------|--------------------|
|  |  | shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde. |
|  |  | In Health Canada **Residential Indoor Air Quality Guideline Formaldehyde** it states there is increased risk for young children and cite |
|  |  | Garrett, M.H., Hooper, M.A., Hooper, B.M., Rayment, P.R., and Abramson, M.J. 1999. Increased risk of allergy in children due to formaldehyde exposure in homes. Allergy 54: 330–337, and |
|  |  | Rumchev, K.B., Spickett, J.T., Bulsara, M.K., Phillips, M.R., and Stick, S.M. 2002. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur. Respir. J. 20: 403–406. |
|  |  | A CDC flyer re Formaldehyde states "Children and the elderly may be more sensitive as well". (in reference to formaldehyde) |
|  |  | Dally, Kay, Hanrahan, Lawrence, Woodbury, Mary Ann & Kanarek, Marty (1981) Formaldehyde exposure in nonoccupational environments. *Archives of Environmental Health*, 36(6). |
|  |  | These authors say that a factor to "consider is the presence of very young children (13% of the population), elderly people (8% of the population), and/or people with chronic respiratory problems. These groups can be more sensitive to the effects of environmental stresses and may respond with symptoms at |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | lower concentrations. Formaldehyde is also a sensitizing agent…" |
| | | They state that there was a preponderance of mobile homes in the study which was probably due to "a significant amount of publicity concerning formaldehyde in mobile homes in Wisconsin." |
| | | These authors also cite studies re formaldehyde exposure going back to the 1980s and a number of earlier (70s and 80s) articles examining formaldehyde and mention publicity concerning formaldehyde in mobile homes – this had to be prior to 1981 when the paper was written… |
| | | These authors also give the following 1970s reference re the use of formaldehyde containing materials in causing indoor pollution: |
| | | Anderson, I., Lundqvist, G.R. and Molhave, L (1975). Indoor air pollution due to chipboard used as a construction material. *Atmos Environ* 9:1121-1127. |
| | | Sundin, B. (1978). Formaldehyde emission from particleboard and other building materials: A study from Scandinavian countries. Twelfth Annual Particleboard Symposium. |
| | | Breysse, P.A. (1977). Formaldehyde in mobile and conventional homes. *University of Washington Environ Health Safety News* 25: 1-19. |
| | | Frasick, C.A., Dickerhoof, H.E. & Lawrence, J.D. (1973). Use of wood products in mobile home manufacture. |

11

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | *Forest Products* 23: 11-16.<br><br>McGwin expert report<br><br>Report of Karen Pacheco, MD<br><br>Additional references relevant include:<br>Burr ML. Indoor air pollution and the respiratory health of children. Pediatric Pulm 1999;18:3-5.<br>Garrett MH, Hooper MA, Hooper BM, Rayment PR, Abromson MJ. Increased risk of allergy in children due to formaldehyde exposure in homes. *Allergy* 1999;54:330-337.<br>Mendell MJ. Indoor residential chemical emissions as risk factors for respiratory and allergic effects in children: a review. *Indoor Air* 2007;17:259-277.<br><br>Aerias Air Quality Sciences IAQ Resource Center "Formaldehyde is given off as a gas from the manufactured wood products used in new mobile homes." http://www.aerias.org/DesktopModules/ArticleDetail.aspx?arti cleId=40#formaldehyde-decrease<br><br>Formaldehyde Exposure in Homes:A Reference for State Officials to Use in Decision-making<br><br>NRC [1981]. Health effects of formaldehyde. In: Formaldehyde other aldehydes. Chapter 7. Washington, DC: National Academy Press, National Research Council, National Academy of Science |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | Committee on Aldehydes, Board on Toxicology and Environment Health Hazards.

OSAH 2002: OSHA Fact Sheet: What is formaldehyde. "Formaldehyde is a sensitizing agent that can cause an immune system response upon initial exposure."

MSDS Weyerhauser 2004  MDF states that preexisting respiratory disorders may be aggravated by formaldehyde and that long-term pulmonary effects are between 0.4 and 3 ppm and for COPD at 2 ppm.  The source of their info is OSHA Regulated Hazardous Substances, Feb. 1990, Registry of Toxic Effects of Chemical Substances, NIOSH.  Bates GULF0002283-2286 |
| 6.  Ms Alexander was not informed that even low levels of formaldehyde exposure, if chronic, could cause serious health problems in children and adults with respiratory problems and/or who were sensitive to formaldehyde. | Ms Alexander stated that she did not receive any information about formaldehyde at the time she took possession of the trailer and there was no warning information provided in or on the trailer. | Rumchev, K.B., Spickett, J.T., Bulsara,  M.K., Phillips, M.R. & Stick, S.M.  (2002)  Domestic exposure to formaldehyde significantly increases the risk of asthma in young children.  Eur Respir J. 2002 Aug;20(2):403-8.

Garrett, M.H., Hooper, M.A., Hooper, B.M, Rayment, P.R. & Abramson, M.J.  (1999).  Increased risk of allergy in children due to formaldehyde exposure in homes, Allergy, vol. 54:4, pp. 330-337

*Formaldehyde*  TEACH Chemical Summary
U.S. EPA, Toxicity and Exposure Assessment for Children's Health
http://www.epa.gov/teach/chem_summ/Formaldehyde_summary.pdf |

| Opinion | Discussion | Citation/reference |
|---------|------------|--------------------|
| | | McGwin expert report states: The pooled results from seven studies provide evidence of such an association and suggest that even modest exposure levels are associated with a significant increased risk of asthma in children. Referenced in McGwin report: Burr ML. Indoor air pollution and the respiratory health of children. Pediatric Pulm 1999;18:3-5. |
| | | **The Registry of Toxic Effects of Chemical Substances** **Formaldehyde** **RTECS #: LP8925000** **CAS #: 50-00-0** **Formaldehyde is considered a hazardous substance and a regulated carcinogen by the State of CA http://www.dir.ca.g** |
| | | **Fact Sheet: Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes** We recommended that people with symptoms that could be linked to formaldehyde and vulnerable population such as children, elderly, and individuals with chronic diseases be moved out |
| | | Virginia Peart 1992 **Indoor Air Quality in Florida: Formaldel** Coatings (sealants) and solid barriers can be used to cover pressed wood products. High temperature and humidity increase the rate of emission. A 70% reduction in formaldehyde can occur with the temperature reduction from 75 to 68°F. Ventilation, which can help in drier climates, will make formaldehyde emissions worse in Florida because of the high humidity. |

14

| Opinion | Discussion | Citation/reference |
|---|---|---|
| 7. Gulf Stream knew or should have known that the Cavalier travel trailer they manufactured could reasonably be expected to create elevated levels of formaldehyde gas in the interior of the trailer. | | Gulfstream knew that the materials they were putting into the trailer gave off formaldehyde (see all the specs and letters back and forth to subcontractors and to FEMA referenced above) and that the ratio of surfaces emitting formaldehyde to the volume of the space increased the likelihood that elevated levels of formaldehyde would collect inside a travel trailer. Testing by CDC confirmed that: See *Final Report on Formaldehyde Levels in FEMA- Supplied Travel Trailers, Park Models, and Mobile Homes* From the Centers for Disease July 2, 2008 |
| | | Report of Stephen Smulski, PhD |
| | | See the web site of the Composite Panel Association at http://www.pbmdf.com:80/ |
| | | See also http://www.sefalabs.com/Formaldehyde Emissions and Products - Scientific Equipment and Furniture Association.mht |
| | | See also Industrial Strength Woodworking (ISW Online) **Study Particleboard Responsible for FEMA Trailers' Toxicity** ( July, 09 2008 ). "These results prompted experts to think that the reason for what happened lies in improper use of materials, as well as the poor ventilation conditions of the trailers, whose volume is far smaller than that of normal homes, and is more likely to present a higher concentration of toxic chemicals." http://www.iswonline.com/ Study Says Plywood, Particleboard Responsible for FEMA Trailers Toxicity - ISWOnline.mht |

15

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | Virginia Peart 1992 **Indoor Air Quality in Florida: Formaldel** Coatings (sealants) and solid barriers can be used to cover pressed wood products. High temperature and humidity increase the rate of emission. A 70% reduction in formaldehyde can occur with the temperature reduction from 75 to 68°F. Ventilation, which can help in drier climates, will make formaldehyde emissions worse in Florida because of the high humidity. |
| 8.  Gulf Stream knew or should have known that after Katrina, people would be living in travel trailers provided to them by FEMA for extended periods. | | Given the history of other hurricanes  where trailers were provided to displaced people and the circumstances after Katrina , Gulf Stream had to know that  people would be living in them for more  than a few weeks (which is what they say the trailers are meant for).  Gulfstream specifically says that wh the trailer  for extended periods there will be  moisture buildup residents need to run the AC or "take other  measures" to prevel building up and causing mold  (they don't say that moisture build up causes mold,  but that is surely the main reason to prevent  moisture build up) |
| 9.  Gulf Stream knew, or should have known, that the high heat and high humidity that would be experienced in Gulf Coast Louisiana and Mississippi would increase the rate at which formaldehyde was off-gassed into the trailer, thus increasing the concentration of | Per CPSC see reference at right: Formaldehyde levels in the indoor air depend mainly on what is releasing the formaldehyde (the source), the temperature, the humidity, and the air exchange rate (the amount of outdoor air entering or leaving the indoor area). Increasing the flow of outdoor air to the inside decreases the | **Consumer Product Safety Commission** **An Update On Formaldehyde: 1997 Revision** **CPSC Document #725** **FEMA Fact Sheet: Final Report on Formaldehyde Levels in** **Supplied Travel Trailers, Park Models, and Mobile Homes** http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/ **FEMAFinalReportFactSheet.pdf** At levels found in some trailers and mobile homes, formaldehyde exposure could affect health. Travel trailers had |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| formaldehyde in the interior atmosphere.  Gulf Stream also knew that long term stays in the travel trailer would increase the humidity in the trailer. | formaldehyde levels. Decreasing this flow of outdoor air by sealing the residence or office increases the formaldehyde level in the indoor air.  They knew that press wood products give off formaldehyde gas | significantly higher average formaldehyde levels than mobile homes.<br><br>CDC also found that temperature, humidity, trailer type and brand, keeping windows open, and mold affected formaldehyde levels.<br><br>FEMA Final Report:  All of these recommendations regarding formaldehyde apply particularly to families with children, elderly persons, and those with chronic diseases, such as asthma.<br><br>Virginia Peart 1992 **Indoor Air Quality in Florida: Formaldel** Coatings (sealants) and solid barriers can be used to cover pressed wood products.  High temperature and humidity increase the rate of emission. A 70% reduction in formaldehyde can occur with the temperature reduction from 75 to 68°F.  Ventilation, which can help in drier climates, will make formaldehyde emissions worse in Florida because of the high humidity.<br><br>INGRID M. RITCHIE & ROBERT G. LEHNEN (1987) Formaldehyde-related Health Complaints of Residents Living in Mobile and Conventional Homes<br>"… reported health complaints demonstrated at HCHO concentrations of 0.1 ppm and above.)<br><br>*National Toxicology Program* Report on Carcinogens, Eleventh Edition; U.S. Department of Health and Human Services, Public Health Service, National Toxicology Program.  Subpopulations with particularly high potential for |

17

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | formaldehyde exposure "include the 2.2 million residents of mobile homes containing particle board and plywood." http://ntp.niehs.nih.gov/index.cfm?objectid=32BA9724-F1F6-975E-7FCE50709CB4C932 |
| 10. Gulf Stream knew or should have known that people living in the Cavalier Travel trailer would not be aware of the hazard associated with the formaldehyde fumes unless they were alerted and informed. | It could be anticipated that many of the residents who had been forced out of their homes by Katrina would not be highly educated and would not be aware of the hazards associated with formaldehyde or how to determine if they were being exposed. Warnings must be provided if a hazard is not "open and obvious" and these residents had lost their homes and were relying on FEMA to provide a safe interim living place. | There was no mechanism for informing the people who moved into the trailers about this potential for formaldehyde levels that residents, especially children or people with asthma or atopy…. No information was provided about formaldehyde off-gassing) At the time Ms Alexander moved into the Gulfstream trailer pro NIOSH stated in 1981 that formaldehyde exposure could cause cancer in **CURRENT INTELLIGENCE BULLETIN 34 FOR Evidence of Carcinogenicity** April 15, 1981 |
| 11. Gulf Stream knew or should have known that people living in a Cavalier travel trailer would not be able to accurately determine whether or not they were being exposed to hazardous levels of formaldehyde. | | Environmental Health, FEMA, CDC, et al FEMA Flyer What You Should Know about Formaldehyde in Mobile Homes (no date). They offer "If you would like more information about indoor air quality and your health or about CDC's study of formaldehyde in trailers and mobile homes, please call CDC toll-free at 1-800-CDC-INFO." Environmental Health, FEMA, CDC, et al FEMA Flyer "Formaldehyde And Travel Trailers"  Release Date: July 20, 2007 Release Number: FNF-07-028 |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | National Safety Council http://www.nsc.org/resources/factsheets/environment/formaldehyde.aspx  With regard to testing "In cases where accuracy of results is important, only trained professionals should measure formaldehyde because of the difficulty of obtaining good data and interpreting the results. Do-it-yourself formaldehyde measuring devices are available. The results should be interpreted with caution, however, because weather conditions, ventilation rates, and other factors can affect the results. Such devices should be used according to the instructions." |
| 12.  Gulf Stream knew or should have known that water damage to the trailer could increase the level of formaldehyde that would be emitted into the atmosphere, and that water damage would be more likely if the trailer were improperly handled during transport to the site where it was placed or by improper stabilizing of the trailer. | Gulfstream knew that the trailers would be transported long distances, and they knew that the structural integrity of the trailer could be damaged if the trailer was "torqued" so that the seams were stressed, and that this could allow water to enter into the space below the outer surface of the trailer, but they did not warn about maintaining the integrity of the exterior to prevent moisture and mold from being formed behind the interior walls. | Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes From the Centers for Disease Control and Prevention July 2, 2008 http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/FEMAFinalReport.pdf This report says that "Indoor temperature was a significant factor for formaldehyde levels in this study, independent of trailer make or model; other factors such as humidity, temperature, the presence of more than one square foot of mold, and poor ventilation also were associated with formaldehyde. Nearly one in five residents reported mold in their trailers."  Leaks were found in numerous FEMA trailers.

Also from "Formaldehyde And Travel Trailers"  Release Date: July 20, 2007 Release Number: FNF-07-028

*To control mold:*
• Fix water leaks to help keep mold away.
• Clean away any mold you see or smell detergent and water. |

| Opinion | Discussion | Citation/reference |
|---------|-----------|-------------------|
| | | [Code of Federal Regulations] [Title 24, Volume 5] [Revised as of April 1, 2001] From the U.S. Government Printing Office via GPO Access [CITE: 24CFR3280.903] re mobile homes Particular attention shall be given to maintaining watertight integrity and conserving energy by assuring that structural components in the roof and walls (and their interfaces with vents, windows, doors, etc.) are capable of resisting highway shock and vibration forces during primary and subsequent secondary transportation moves. |
| 13. Gulf Stream knew or should have known that in the enclosed small volume of the Gulf Stream Cavalier, the formaldehyde fumes could be concentrated. They knew, or should have known, that carrying out the recommendations from Gulf Stream for ventilation would not guarantee that the concentration was reduced to a safe level for long-term residence. | | Expert report of Stephen Smulski, PhD<br><br>**CDC Summary of Lawrence Berkeley National Laboratory Final VOC Report** December 10, 2008<br>The major findings from the LBNL investigation are that whole trailer formaldehyde air levels are high, ventilation rates are low, and the emissions from the tested wood products appear to be consistent with those found commonly in the building industry. These findings indicate that elevated formaldehyde levels are most likely due to a construction/design issue in the trailers (i.e. the cumulative effect of too much formaldehyde emitting material in too small a space with insufficient ventilation, even though construction materials individually meet standards generally used in the building industry). Differences between these trailers and other housing, which may contribute to the elevated formaldehyde concentrations, include an extensive wood surface area in a relatively small space with low ventilation rates bringing less fresh air into these trailers. |

| Opinion | Discussion | Citation/reference |
|---------|-----------|-------------------|
| | | The recommendation by FEMA to use the AC and ventilate and stay out of the trailer for several days was unreasonable since this was their domicile… and ATSDR found that using the AC to reduce formaldehyde to safe levels didn't work:  Letter to Edward Preston, FEMA, from DHHS Health Consultation Agency for Toxic Substances and Disease Registry, 2/1/2007 states  that" running the heating or AC did not provide adequate air exchanges  to adequately reduce formaldehyde levels below levels of concern for sensitive individuals."  October 2007  An Update and Revision of ATSDR's February 2007 Health Consultation:  Formaldehyde Sampling of FEMA Temporary-Housing Trailers  Baton Rouge, Louisiana, September-October, 2006  U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES  Public Health Service Agency for Toxic Substances and Disease Registry  Atlanta, Georgia 30333  reports:  formaldehyde levels in closed trailers averaged 1.04 parts per million (ppm), with some measurements exceeding 3.5 ppm.  Exposure in this range is sufficient to cause acute symptoms in some people. Allergic sensitization to formaldehyde may also occur. Risk of cancer will increase with increased formaldehyde concentration and duration of exposure. Second, both interventions—air conditioning and windows open— lowered formaldehyde levels, with windows open achieving greater reductions (to an average of 0.09 ppm) than air conditioning (to an average 0.39 ppm). The levels during air |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | conditioning remained in a range that may be associated with acute symptoms in some people. During both interventions, levels remained higher than some health-based federal exposure guidelines. Also higher temperatures were associated with higher formaldehyde levels in trailers with the windows closed. |
| 14. Gulf Stream knew or should have known that the ventilation in the travel trailer required use of the air conditioning for extended periods with appropriate venting. | | Some versions (undated) of the travel trailer Owner's Manuals (but not the one that Ms Alexander got) state that it may be necessary to run the AC for extended periods to reduce humidity and the level of formaldehyde. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes From the Cen Disease Control and Prevention July 2, 2008 In this study, travel trailers had significantly higher average Formaldehyde levels than did park models and mobile homes. A higher proportion of travel trailers than park models and mobile homes also had formaldehyde levels = 100 ppb and = 300 ppb. In multivariate analysis, factors such as temperature, relative humidity; trailer type and brand; opened windows, doors, and scuttles; and presence of mold (= 1 ft ) were significantly associated with formaldehyde levels. They recommended • open windows as much as they can to let in fresh air; • try to keep the temperature indoors at the lowest comfortable setting; All of these recommendations apply particularly to families with children, elderly persons, and those with chronic diseases, such as asthma. |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | | Virginia Peart 1992 Indoor Air Quality in Florida: Formaldehyde. Coatings (sealants) and solid barriers can be use products. High temperature and humidity increase the rate of en in formaldehyde can occur with the temperature reduction from which can help in drier climates, will make formaldehyde emissions worse in Florida because of the high humidity. |
| 15. Gulf Stream knew or should have known that most Katrina victims would not know that they needed to ventilate their trailers to evacuate formaldehyde gases and would not be able to determine when levels were safe. Asking residents to remain outside or not to be inside the trailer for days would impose a severe hardship on many residents. | | How could residents of Gulfstream travel trailers detect that it There were formaldehyde gasses and that they were hazardous? A government agency provided the trailers and no one told The recipients that formaldehyde off-gassing could be hazardous or even told them they might be being exposed…<br><br>HUD statement says:<br>High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Gulfstream did not offer this ventilation system. |
| 16. The warnings and instructions that were provided by Gulf Stream to the occupants of the Cavalier | | There were no warnings provided to Ms Alexander, in spite of the fact that the HUD required warnings (see 18 below) were known to Gulf Stream (one version of the Owner's Manual has an abbreviated version of the HUD warning added as a last |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| travel trailer failed to alert Ms Alexander to the hazard Gulf Stream could reasonably expect she would be exposed to upon moving into the travel trailer. | | page, but not the version of the Owner's Manual Ms Alexander was given). |
| 17. Gulf Stream had a duty to alert and provide adequate warning to travel trailer users about the hazards associated with formaldehyde off-gassing. They knowingly failed to provide this information to people who would be using their trailers. Failure to provide adequate warnings and instructions was unconscionable and showed a disregard for the health of the people who used their travel trailers after Katrina. | | There were no warnings provided to Ms Alexander, in spite of the fact that the HUD required warnings (see 18 below) were known to Gulf Stream (one version of the Owner's Manual has an abbreviated version of the HUD warning added as a last page, but not the version of the Owner's Manual Ms Alexander was given). |
| 18. At a minimum, Gulf Stream should have provided warnings and instructions such as those in Title 24 CFR § 3280.309 Health Notice on formaldehyde emissions. [49 FR 32012, Aug. 9, 1984, as amended at 54 FR 46049, | | FEMA knew about this HUD requirement and in *Formalde-hyde And Travel Trailers* July 20, 2007 Release Number: FNF-07-028 they said "FEMA has already begun to apply standards issued by the U.S. Department of Housing and Urban Development for formaldehyde emission levels for wood products used in the construction of manufactured homes (mobile homes) to both travel trailers and park models purchased by the agency. Park models are larger than travel |

or?

25

| Opinion | Discussion | Citation/reference |
|---|---|---|
| Nov. 1, 1989; 58 FR 55007, Oct. 25, 1993] shown below. This information was known prior to August 1984. | | trailers, but smaller than manufactured homes.<br><br>The HUD standard places limits on formaldehyde emissions and product certification of all plywood and particleboard materials, which involves emission certification by a nationally recognized testing laboratory and a written quality control plan for each plant where particle board is produced or finished or where the plywood is finished. These standards have been required by HUD for manufactured homes, and now FEMA's specifications have incorporated those same standards for travel trailers.<br><br>The HUD standards also require that each manufactured home be provided with a Health Notice on formaldehyde emissions as required by 3280.309 of the Standards. Adjustments to this will be made based on the findings of follow-up reviews by agencies responsible for determining the effects of formaldehyde and potentially setting standards.<br>And vendors for the FEMA trailers were certifying that they were in compliance with HUD standards for formaldehyde (e.g., GULF0000581) |
| 19.   Gulf Stream should have provided a Consumer Manual that warned and instructed people who would be residing in the travel trailer about the formaldehyde off-gassing and its potential to create a health hazard.  This | HUD requires that a manual with the provided to purchasers of HUD homes to inform them of all the hazards associated with the HUD home and what to do to reduce exposure to hazards. | HUD requires that a manual with the same warnings be provided to purchasers of HUD homes. |

| Opinion | Discussion | Citation/reference |
|---------|------------|--------------------|
| manual should also have detailed the methods for lowering formaldehyde levels in the trailer. | | |
| 20.   The lack of appropriate information on the trailer rendered the trailer unreasonably dangerous for its occupants. | To make an informed decision based on understanding the risks and benefits of using something like a trailer the prospective user has to understand the risks – therefore a warning and information about the risk must be provided.  The HUD statement is formulated to do that, and although it may have some shortcomings in terms of language level it is certainly better than NO information or warning/alert. | Unless a person is warned and understands a hazard, he or she cannot make an informed decision about using the device. There is a large literature related to quality of decisions associated with amount and quality of information provided to decision makers. Examples of literature re decisions: Endsley, M. & Garland, D. Eds. (2000). *Situation awareness analysis and measurement*. Lawrence Earlbaum: Mahwah, NJ. Laux, L., Mcdermott, P, Keller, J & Laughery, R (2006). Visualization, Cognitive Task Analysis, and Decision-Centered Design.  STRATCOM C2 Technology Summit. Seamster, T., Redding, R., & Kaempf, G. (2000). A skill based cognitive task analysis framework.  In Shraagin, Chipman & Shalin (Eds.). *Cognitive task analysis*. Earlbaum Ass.: Mahwah, NJ. Wickens, C. (1987). Information processing, decision-making, and cognition.  In G. Salvendy, Ed. *Handbook of human factors*. Wiley & Sons: NY. |
| Bullet 3, Page 4 Background Studies dating back to the 1980s documented adverse health effects for people living in trailers who were | "Human studies suggest that children are more sensitive than adults to formaldehyde toxicity. In a study examining effects in both children and adults, Krzyzanowski | Krzyzanowski, M., Quackenboss, J.I. & Lebowitz, M.D. (1990). Chronic respiratory effects of indoor formaldehyde exposure. Environ Res 52(2):117-25 (cites earlier articles). Ritchie, I.M. & Lehnen, R.G. (1987). Formaldehyde-related |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| exposed to even lower levels. | *et al.* (1990) reported that increasing formaldehyde levels appeared to be associated with greater impacts on lung function in children than in adults in the same household. Krzyzanowski *et al.* (1990) found that formaldehyde in the home affects lung function in children at concentrations as low as 30 ppb, especially in asthmatics, as measured by peak expiratory flow rate. Adults in the same homes appeared to be less affected. This study also found that in homes with greater formaldehyde exposures (between 60 and 120 ppb), there was a greater prevalence of diagnosed asthma and chronic bronchitis in children, but not adults." "…studies in children, including the Krzyzanowski study above, indicate adverse health impacts in children at concentrations as low as 30 ppb." "…In addition, three other studies found respiratory effects in children at concentrations lower than generally found in adults (Wantke | health complaints of residents living in mobile and conventional homes. Am J Public Health 77(3):323–8.<br><br>NRC [1981]. Health effects of formaldehyde. In: Formaldehyde and other aldehydes. Chapter 7. Washington, DC: National Academy Press, National Research Council, National Academy of Sciences, Committee on Aldehydes, Board on Toxicology and Environmental Health Hazards<br><br>Dobiáš L, Jan.a L, Lochman I, Lochmanova A (1989) Genotoxic action of formaldehyde in exposed children. *Mutation research*, 216:310.<br><br>Dally, Kay, Hanrahan, Lawrence, Woodbury, Mary Ann & Kanarek, Marty (1981) Formaldehyde exposure in nonoccupational environments. *Archives of Environmental Health*, 36(6).<br><br>Anderson, I., Lundqvist, G.R. and Molhave, L (1975). Indoor air pollution due to chipboard used as a construction material. *Atmos Environ* 9:1121-1127.<br><br>Sundin, B. (1978). Formaldehyde emission from particleboard and other building materials: A study from Scandinavian countries. Twelfth Annual Particleboard Symposium.<br><br>Breysse, P.A. (1977). Formaldehyde in mobile and conventional homes. *University of Washington Environ Health Safety News* 25: 1-19.<br><br>Frasick, C.A., Dickerhoof, H.E. & Lawrence, J.D. (1973). Use of wood products in mobile home manufacture. *Forest Products* 23: 11-16.<br><br>Sauder LR, Green DJ, Chatham MD, Kulle TJ. Acute |

| Opinion | Discussion | Citation/reference |
|---|---|---|
| | *et al.*, 1996; Garrett *et al.*, 1999; Franklin *et al.*, 2000)" "…. These results suggest that formaldehyde has a greater effect on several measures of respiratory health in children than in adults…." "These results suggest that low-level exposure to indoor formaldehyde may increase the risk of allergic sensitization to common aeroallergens in children." | pulmonary response of asthmatics to 3.0 ppm formaldehyde. Toxicol Ind Health. 1987;3:569–578.<br><br>Refernces from Krzyzanowski<br><br>Franklin P, Dingle P, Stick S. Raised exhaled nitric oxide in healthy children is associated with domestic formaldehyde levels. *Am J Respir Crit Care Med.* 2000;161:1757–1759.<br><br>Garrett, M.H., Hooper, M.A., Hooper, B.M., Rayment, P.R.., and Abramson, M.J. 1999. Increased risk of allergy in children due to formaldehyde exposure in homes. *Allergy* 54: 330-337.<br><br>Wantke, F, Demmer, C.M., Tappler, P., Gotz, M. & Jarisch, R. (1996). Exposure to Gaseous Formaldehyde Induces IgE-mediated Sensitization to Formaldehyde in School-children. In: *Clinical and Experimental Allergy* 26 , S. 276 -280. |