UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>*Fountain, et al. v. The United States of America, et al.*, 09-3622 | ) ) ) ) | Magistrate Judge Alma L. Chasez |

**MOTION TO WITHDRAW THE MOTION TO DISMISS FILED ON BEHALF OF
CMH MANUFACTURING, INC., SOUTHERN ENERGY HOMES, INC.,
GILES FAMILY HOLDINGS, INC., GILES INDUSTRIES, INC.,
<u>SUNRAY RV, LLC, AND SUNRAY INVESTMENTS, LLC</u>**

Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Family Holdings, Inc., Giles Industries, Inc., SunRay RV, LLC, and SunRay Investments, LLC[1] (the "Defendants") hereby file this Motion Withdraw The Motion to Dismiss the Complaint filed in *Fountain, et al. v. The United States of America, et al.,* 09-3622 (the "*Fountain* Complaint" See Doc. No. 1559) on May 26, 2009 (Doc. 1576).  As their basis for this motion, the Defendants are filing herewith a Memorandum in Support of Motion to Withdraw which is incorporated by reference.  In further support of the Motion to Withdraw, the Defendants submit that the Plaintiffs filed a Motion for Voluntary Dismissal without Prejudice on June 9, 2009 (Doc. 1700). This Honorable Court issued an Order on June 10, 2009 dismissing the aforementioned

---

[1] The *Fountain* Complaint purports to state a claim against "Giles Family Holdings, Inc. and/or Giles Industries, Inc., and/or Giles Industries of Tazewell, Incorporated" and "SunRay RV, LLC and/or SunRay Investments, LLC." Defendants object to this shot-gun pleading to the extent in purports to state distinctively a claim against any of the Defendants. (*See* Doc. Nos. 295-2, 379, and 541).  Moreover, there is no such entity as Giles Industries of Tazewell, Incorporated.

01782322.1

Defendants without prejudice (Doc. 1732). As such, Defendants' previously filed Motion to Dismiss the Complaint (Doc. 1576) should be withdrawn.

**WHEREFORE**, in light of the Order dismissing Defendants, the Defendants respectfully request that this Court withdraw their previously filed Motion to Dismiss (Doc. 1576).

Respectfully submitted,

*/s/ James K. Carroll*
James K. Carroll
One of the Attorneys for Defendants

**OF COUNSEL:**

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

- and -

Lee E. Bains, Jr.
Thomas W. Thagard, III
Edward A. "Ted" Hosp
Edward S. Sledge IV
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

## CERTIFICATE OF SERVICE

     I hereby certify that on June 24, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                  */s/ James K. Carroll*
                                                   Of Counsel

01782322.1