UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 07-1873 |
| | | SECTION "N-5" |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Fountain, et al. v. The United States of America, et al.,* **09-3622** | | Magistrate Judge Alma L. Chasez |

**MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW
THE MOTION TO DISMISS FILED ON BEHALF OF
CMH MANUFACTURING, INC., SOUTHERN ENERGY HOMES, INC.,
GILES FAMILY HOLDINGS, INC., GILES INDUSTRIES, INC.,
SUNRAY RV, LLC, AND SUNRAY INVESTMENTS, LLC**

Defendants CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Family Holdings, Inc., Giles Industries, Inc., SunRay RV, LLC, and SunRay Investments, LLC[1] (the "Defendants") respectfully submit this memorandum in support of their Motion to Withdraw the Motion to Dismiss the Complaint filed in *Fountain, et al. v. The United States of America, et al.,* 09-3622 (the "*Fountain* Complaint" See Doc. No. 1559).

In support of this motion, Defendants submit that the Plaintiffs filed a Motion for Voluntary Dismissal Without Prejudice on June 9, 2009 (Doc. 1700). This Honorable Court issued an Order on June 10, 2009 dismissing the aforementioned Defendants without prejudice (Doc. 1732).

---

[1] The *Fountain* Complaint purports to state a claim against "Giles Family Holdings, Inc. and/or Giles Industries, Inc., and/or Giles Industries of Tazewell, Incorporated" and "SunRay RV, LLC and/or SunRay Investments, LLC." Defendants object to this shot-gun pleading to the extent in purports to state distinctively a claim against any of the Defendants. (*See* Doc. Nos. 295-2, 379, and 541). Moreover, there is no such entity as Giles Industries of Tazewell, Incorporated.

01782321.1

In light of the Order dismissing Defendants, the Defendants respectfully request that their Motion to Withdraw their previously filed Motion to Dismiss (Doc. 1576) be GRANTED.

Respectfully submitted by:

*/s/ James K. Carroll*
James K. Carroll
One of the Attorneys for Defendants

**OF COUNSEL:**

| | |
|---|---|
| Thomas W. Thagard, III | James K. Carroll (#3898), T.A. |
| Lorrie L. Hargrove | Stephanie D. Skinner (#21100) |
| Edward A. "Ted" Hosp | Kati Cox Weaver (#30878) |
| Edward S. Sledge IV | **FOWLER RODRIGUEZ VALDES-FAULI** |
| **MAYNARD, COOPER & GALE, P.C.** | 400 Poydras Street, 30th Floor |
| 2400 Regions/Harbert Plaza | New Orleans, Louisiana 70130 |
| 1901 Sixth Avenue North | Telephone: 504-523-2600 |
| Birmingham, Alabama 35203-2616 | Fax: 504-523-2705 |
| Telephone 205-254-1000 | |
| Fax: 205-254-1999 | |

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 24, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document by first-class mail to all counsel of record who are non-CM/ECF participants.

                                             */s/ James K. Carroll*
                                             Of Counsel

2