UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | ) ) ) ) ) ) | MDL NO. 07-1873  SECTION "N-5"  JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO *Fountain, et al v. The United States of America*, No. 09-3622 | ) ) ) | MAG. ALMA CHASEZ |

## ORDER

Considering Defendants' Motion to Withdraw;

**IT IS HEREBY ORDERED** that the Motion to Withdraw the Motion to Dismiss filed on behalf of CMH Manufacturing, Inc., Southern Energy Homes, Inc., Giles Family Holdings, Inc., Giles Industries, Inc., SunRay RV, LLC and SunRay Investments, LLC[1] is **GRANTED** and the Motion to Dismiss (Doc. 1576) previously filed on behalf of Defendants is **WITHDRAWN**.

_____
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

[1] The *Fountain* Complaint purports to state a claim against "Giles Family Holdings, Inc. and/or Giles Industries, Inc., and/or Giles Industries of Tazewell, Incorporated" and "SunRay RV, LLC and/or SunRay Investments, LLC." Defendants object to this shot-gun pleading to the extent in purports to state distinctively a claim against any of the Defendants. (*See* Doc. Nos. 295-2, 379, and 541). Moreover, there is no such entity as Giles Industries of Tazewell, Incorporated.

01705328.1