UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION "N-5"

    JUDGE ENGELHARDT

    MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon T. Wright v. Forest River, Inc., et al.*
*No. 09-2977*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
## FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**MAY IT PLEASE THE COURT:**

The Honorable Court has been previously advised that plaintiff, Lyndon T. Wright (hereinafter "Plaintiff" or "Wright"), selected for trial in this MDL, proposes to file a supplemental and amended complaint to clarify the damages set forth in the original Complaint and to provide a more specific and accurate trial suit as more information became available. Wright's First Supplemental and Amending Complaint (the "Amended Complaint") is attached hereto. The object of such amended and supplemental pleadings is to assert claims of liability, causes of action, or claims for damages not previously articulated in the original Complaint. It will also (1) supply the Court with a more detailed description of the factual allegations set forth in the Original Complaint specific to Wright; (2) afford the parties and the Court an appropriate

1

"pleadings vehicle" for any required motion practice or other procedural efforts specific to Wright's case in advance of trial; and (3) will create in this regard an appropriate record for appellate purposes.

The proposed Amended Complaint purports to accomplish this with respect to the Plaintiff Wright. New information became available after the filing of the Original Complaint which is pertinent to further explain Wright's allegations with respect to the negligence of Shaw in their duty to maintain and repair his Travel Trailer, and also the accompanying mental depression Wright experienced as a result of Shaw's failure to take necessary remedial actions as they were tasked with doing.

Pursuant to Rule 15(a) and 15(d) of the Federal Rules of Civil Procedure, a court may freely grant any Motion for Leave to Amend or Supplement "when justice so requires" or "upon such terms as are just", respectively. The allegations and assertions in the Amended Complaint are based upon new information that was not previously available which is critical to Wright's case and to providing a complete account of his allegations. Further, supplemental and amended pleadings have been allowed in the Gulfstream, Fleetwood and Keystone trials and Wright should be afforded the same right. There is no reason why Lyndon should not be allowed to amend and supplement his complaint, as it was allowed in previous trials and is also allowed pursuant to Federal Rules. Accordingly, Wright requests that the Court enter the attached Order, granting leave to file the First Supplemental and Amended Complaint on his behalf.

For the reasons articulated herein, and in the interest of justice and fairness, Plaintiff Lyndon Wright respectfully requests that this Honorable Court grant his Motion for Leave to File his First Supplemental and Amending Complaint, and that the First Supplemental and Amending Complaint be subsequently filed into the record

Respectfully submitted,

_(signature)_

FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:	(504) 525-7272
Fax:		(504) 525-9522
*Trial Attorneys for Lyndon Wright*

-and-

Douglas M. Schmidt (#11789)
Peter R. Borstell (#3264)
335 City Park Avenue
New Orleans, LA 70119
Telephone:	(504) 482-5711
Fax:		(504) 482-5755
*Attorneys for Lyndon Wright*

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico Jr.
FRANK J. D'AMICO JR. #17519

3