UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER            MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION           NUMBER: 07-1873

                               SECTION: "N"(5)


ORDER ON MOTION
JUNE 23, 2009

APPEARANCES:

MOTION:

(1) Plaintiff's Motion for Expedited Hearing on Motion to Compel (Rec. doc. 1823).

_____ : Continued to

_____ : No Opposition

_____ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.6E

ORDERED

_____ : Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

\_\_1\_\_ :   Granted. Plaintiff's Motion to Compel (rec. doc. 1821) will be heard via telephone on July 1, 2009 at 11:00 a.m. (or as soon thereafter on that date and time as the Court's motion docket permits).

_____ :   Denied.

_____ :   Other.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2