UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a Reply Memorandum in Support of its Motion for a protective order pursuant to Fed. R. Civ. P. 26(c) to prevent Plaintiffs' deposition of Admiral Harvey E. Johnson, Jr., former Deputy Administrator and Chief Operating Officer for the Federal Emergency Management Agency,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file the Reply Memorandum.

**DONE AND SIGNED** this  24th   day of        June       , 2009.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE KURT D. ENGELHARDT
　　　　　　　　　　　　　　　　　JUDGE, UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　　　EASTERN DISTRICT OF LOUISIANA