UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee's (PSC) be allowed to file in opposition to the Defendant United States of America's Motion to Dismiss, a memorandum of up to fifty pages in length.

THUS DONE and signed this _____ day of June, 2009, New Orleans, Louisiana.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE