UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                       MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION         SECTION "N-5"

                                                                  JUDGE ENGELHARDT
                                                                  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

-------------------------------------------------------------------------------

**UNOPPOSED MOTION OF PLAINTIFFS' STEERING COMMITTEE (PSC)
TO FILE IN OPPOSITION TO THE DEFENDANT UNITED STATES
OF AMERICA'S MOTION TO DISMISS PLAINTIFFS' CLAIMS
A MEMORANDUM IN EXCES OF LOCAL PAGE LIMIT**

     NOW INTO COURT, through undersigned counsel for the Plaintiffs' Steering Committee (PSC), come plaintiffs herein, who respectfully represent that the defendant United States/FEMA has filed a Motion to Dismiss plaintiffs' claims for the lack of subject matter jurisdiction, and who respectfully request that, in order to fully and adequately respond to the above motion, plaintiffs be allowed to file an opposition memorandum in excess of the limit imposed by the Local Rule 7.8.1, and who finally represent to the Court that opposing counsel for the United States/FEMA does not oppose this request.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, TEXAS #24001820
RAUL BENCOMO, #2932
ROBERT M. BECNEL, #14072
FRANK D'AMICO, JR., #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471