UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER             MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION         SECTION "N-5"

                                                          JUDGE ENGELHARDT
                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee's (PSC) be allowed to file in opposition to the Defendant United States of America's Motion to Dismiss, a memorandum of up to fifty pages in length.

THUS DONE and signed this _____ day of June, 2009, New Orleans, Louisiana.

                                                  _____
                                                  KURT D. ENGELHARDT
                                                  UNITED STATES DISTRICT JUDGE