UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT UNOPPOSED MOTION TO TEMPORARILY EXTEND NON-LITIGATION TRACK

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court for a pretrial order temporarily extending the Non-Litigation Track, upon respectfully representing:

1.

On December 18, 2008, this Court entered Pretrial Order No. 24 (Doc. 1002) establishing a Non-Litigation Track for Defendants that manufactured HUD-regulated homes used as emergency housing units in the aftermath of Hurricanes Katrina and Rita. Pursuant to Paragraph 2 of Pretrial Order No. 24, the Non-Litigation Track expired June 18, 2009.

2.

During the pendency of the Non-Litigation Track, and in accordance with Pretrial Order No. 25 (Doc. 1003) the Non-Litigation Track Defendants (sometimes referred to as the "Manufactured Housing Defendants) filed the Manufactured Housing Defendants' Joint Rule 12(b)(6) Motion to Dismiss Based on Federal Preemption (Rec. Doc. 1192), which motion was granted by the Court May 29, 2009. See, Order and Reasons (Doc. 1629).

3.

After this Court granted the preemption motion, the plaintiffs filed a Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) the Court's May 29, 2009 Order Dismissing Plaintiffs' Claims Based on Federal Preemption (Doc. 1813), seeking authority to immediately appeal the Court's ruling on preemption.

4.

The Non-Litigation Track Defendants and PSC submit that this Court's decision concerning whether to grant Plaintiffs' motion to certify the preemption ruling for immediate appeal will have a significant impact on the proceedings and negotiations between the plaintiffs and the non-litigation track defendants, and provides good and substantial cause for an extension of the non-litigation track retroactive to June 18, 2009 (the date that it expired under Pretrial Order No. 24) and until two weeks after this Court decides whether Plaintiffs' motion should be granted, at which time the Court can decide whether, and/or the parties can move, to further extend the non-litigation track.

5.

The undersigned certifies to this Court that a true and correct copy of this motion was presented to all Liason Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, the premises considered, the Non-Litigation Track Defendants and Plaintiffs' Steering Committee jointly request that this Joint Unopposed Motion to Temporarily Extend the Non-Litigation Track be granted and that this Court enter a Pretrial Order temporarily extending the Non-Litigation Track retroactively to June 18, 2009, and until two weeks after the Court rules on Plaintiffs' Motion to Certify for

Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) the Court's May 29, 2009 Order Dismissing Plaintiffs' Claims Based on Federal Preemption (Doc. 1813).

                **Respectfully submitted,**

**Voorhies & Labbé**
A Professional Law Corporation

**BY:**  */s/ Lamont Domingue*
Lamont P. Domingue - #20787
700 St. John Street – 5th Floor
Post Office Box 3529
Lafayette, LA 70502-3527
337-232-9700 Telephone
337-235-4943 Facsimile
**lpd@volalaw.com**

      **ATTORNEYS FOR Cavalier Home Builders, LLC, Cavalier Homes, Inc., Champion Home Builders Co., Homes of Merit, Inc., Liberty Homes, Inc., Redman Homes, Inc., River Birch Homes, Inc., Scotbilt Homes, Inc., and Waverlee Homes, Inc.**

**For the Non-Litigation Track Defendants**

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 EnergyCentre,1100Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

**For the Plaintiffs' Steering Committee**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-call mail to all counsel of record who are non-CM/ECF participants.

/s/Lamont P. Domingue
**Lamont P. Domingue - #20787**

396502