UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED PRETRIAL ORDER NO. ___

Before this Court is a Joint Unopposed Motion to Extend Non-Litigation Track filed by the Non-Litigation Track Defendants and the Plaintiffs' Steering Committee, which the Court finds establishes good cause for a temporary extension of the non-litigation track, and therefore:

IT IS HEREBY ORDERED that Pretrial Order No. 24 (Doc. 1002) establishing the Non-Litigation Track is hereby extended retroactive to June 18, 2009 (the date Pretrial Order No. 24 expired by its terms) and until two weeks after the Court renders a decision and enters an order on the PSC's Motion to Certify for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b) the Court's May 29, 2009 Order Dismissing Plaintiffs' Claims Based on Federal Preemption (Doc. 1813).

New Orleans, Louisiana, this ____ day of June, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE