**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br><br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE**
**THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come certain Plaintiffs to the Original Complaint, who respectfully move for this Honorable Court for leave to amend and supplement through this Third Supplemental and Amending Complaint re-alleging and re-asserting all claims against FEMA that were unripe at the time of filing of the First Supplemental and Amending Complaint on or about January 21, 2009, but have since become ripe. The reasons are more fully articulated in the attached memorandum in support.

1

Respectfully submitted,

s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:              (504) 525-9522
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico Jr.
FRANK J. D'AMICO JR. #17519