UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL No. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO:<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>No. 07-9228 | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion for Leave to File on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file the Third Supplemental and Amending Complaint attached and submitted with the foregoing motion.

**IT IS FURTHER ORDERED** that hearing on the Plaintiffs' Motion will be considered on an expedited basis and will be heard on _____ day of _____, 2009 at 9:30 am.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

_____
**HONORABLE KURT D. ENGELHARDT**