UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL No. 1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** | |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* No. 07-9228 | **MAGISTRATE CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, come certain Plaintiffs to this matter (listed and attached hereto as Exhibit "A")(hereafter the "now-ripe Plaintiffs"), who respectfully request that this honorable Court allow them to supplement and amend the Plaintiffs' Original Complaint, First Supplemental and Amending Complaint, and Second Supplemental and Amending Complaint with this the Plaintiffs' Third Supplemental and Amending Complaint, and include, insert and add the following to the Complaint:

1.

In their Third Supplemental and Amending Complaint, the Plaintiffs adopt, incorporate and restate all allegations, assertions of fact, causes of action, claims and requests for relief

1

raised and set forth in the Original Complaint, the First Supplemental and Amending Complaint, and the Second Supplemental and Amending Complaint.

2.

The First Supplemental and Amending Complaint was filed on or about January 21, 2009. At that time, the now-ripe Plaintiffs erroneously asserted claims against the Federal Emergency Management Agency prior to exhaustion of their administrative remedies. As such, those claims were a nullity at the time they were brought.

3.

Since that time, the now-ripe Plaintiffs claims have become ripe and their administrative claims have been exhausted, and the now-ripe Plaintiffs are within six months of their claims under the Federal Tort Claims Act ripening.

4.

As such, the now-ripe Plaintiffs timely reassert and re-aver all claims, assertions and allegations that were raised in the First Amended and Supplemental Complaint that may have been unripe and null at the time they were initially raised, particularly those against the United States and the Federal Emergency Management Agency.

WHEREFORE, the Plaintiffs respectfully supplement and amend the previous Complaints in the above and foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

   /s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR. (Bar No. 17519)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-7272
Fax:           (504) 525-9522

*Counsel for James H. Aldridge, et al. and member of the PSC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 26th day of June, 2009.

    /s/ Frank J. D'Amico, Jr.
       **FRANK J. D'AMICO, JR.**