**EXHIBIT "A"**

Each of the following Plaintiffs is a person of the full age of majority and resident of the State Louisiana.

1. Plaintiff, Frank R. Airhart, Individually and on behalf of his deceased mother, Lydia K. Airhart, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

2. Plaintiff, Angela Aldridge, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

3. Plaintiff, James Aldridge, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

4. Plaintiff, Gordon S. Band, is a resident of Baker, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

5. Plaintiff, Abergaile A. Bowman, Individually and on behalf of her minor child, Breona Berry, is a resident of LaPlace, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

6. Plaintiff, Louis Berteau, is a resident of Kentwood, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

7. Plaintiff, Carolyn Blackman, is a resident of Gretna, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

8. Plaintiff, Trina Brazile, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Keystone Industries, Inc.

9. Plaintiff, Carroll Britton, Jr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

10. Plaintiff, Carroll Britton, Sr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

11. Plaintiff, Diane Brown, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

12. Plaintiff, Douglas Brown, is a resident of Jefferson, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

13. Plaintiff, Julius Brown, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

14. Plaintiff, Ernest Brumfield, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Forest River, Inc.

15. Plaintiff, Valena C. Byrd, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Keystone Industries, Inc.

16. Plaintiff, Dennis J. Campo, is a resident of Chalmette, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

17. Plaintiff, Lenora Conner, is a resident of Marrero, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

18. Plaintiff, Sara Evans, Individually and on behalf of her minor child, Terence Craig, is a resident of Marrero, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

19. Plaintiff, Lolita Davis, Individually and on behalf of her minor children, Glendale Davis and Gerald G. Hampton, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

20. Plaintiff, Barbara Dixon, is a resident of Baton Rouge, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

21. Plaintiff, Ezell Dixon, is a resident of Baton Rouge, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

22. Plaintiff, Tronda Dixon, Individually and on behalf of her minor children, Ty'Julante Dixon and Jermaine Hawkins, is a resident of Baton Rouge, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

23. Plaintiff, Elisha Dubuclet, Individually and on behalf of her minor children, Timia Dubuclet and Timothy Dubuclet, Jr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

24. Plaintiff, Evelyn Estingoy, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

25. Plaintiff, Templeton C. Evans, is a resident of Marrero, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

26. Plaintiff, Isaac Frezel, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

27. Plaintiff, Robert L. Green, Sr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

28. Plaintiff, Carla Guichard, Individually and on behalf of her minor children, Jamesha Guichard and Larisha Guichard, is a resident of New Orleans, Louisiana, and was an

occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

29. Plaintiff, Judi Guth, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

30. Plaintiff, Damian Hargrove, Sr., On behalf of his minor child, Damian Hargrove, Jr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

31. Plaintiff, Leroy Hargrove, Jr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

32. Plaintiff, James Hayman, Jr., is a resident of Bogalusa, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood, Inc.

33. Plaintiff, Jacqueline S. Hezeau, is a resident of Kenner, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

34. Plaintiff, Albert F. Hezeau, III, is a resident of Kenner, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

35. Plaintiff, LaQuesta Higgins, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

36. Plaintiff, Dennis C. Holmberg, is a resident of Slidell, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

37. Plaintiff, Elmo Hunter, is a resident of Violet, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

38. Plaintiff, Lionel Hunter, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

39. Plaintiff, Veronica Hunter, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

40. Plaintiff, Orlando Jaimevadi, Individually and on behalf of his minor child, Jasmine Jaimevadi, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

41. Plaintiff, Donald Jenkins, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

42. Plaintiff, Enderlin Jessie, is a resident of Harvey, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Thor Industries, Inc.

43. Plaintiff, Leonard Jones, III, Individually and on behalf of his minor children, Joshua K. Jones and Jeremy Jones, is a resident of New Orleans, Louisiana, and was an occupant or

resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

44. Plaintiff, Carol Kennedy, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

45. Plaintiff, Danny V. Kennedy, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

46. Plaintiff, Randal A. Kramer, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

47. Plaintiff, Sandra Labayen, is a resident of Jefferson, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

48. Plaintiff, Edward Labeau, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

49. Plaintiff, Craig Labeau, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

50. Plaintiff, Shirley Labeau, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

51. Plaintiff, Gregory G. LaForge, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

52. Plaintiff, Janell Landry, Individually and on behalf of her minor child, Ja'Wain Landry, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Forest River, Inc.

53. Plaintiff, Keisha Landry, Individually and on behalf of her minor children, Anisa Holiday and Airiss White, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

54. Plaintiff, Barbara M. Lawless, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

55. Plaintiff, Javery S. Mark, is a resident of Slidell, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

56. Plaintiff, Victorine Matthews, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

57. Plaintiff, Freddie Matthews, Jr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

58. Plaintiff, Alosia McKinley, Individually and on behalf of her minor child, Kenneka L.J. Daivs, is a resident of Mt. Airy, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Forest River, Inc.

59. Plaintiff, Daryl Mercante, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

60. Plaintiff, Charisse C. Millet, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

61. Plaintiff, Earl Millet, Jr., is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

62. Plaintiff, Daria Mouton, Individually and on behalf of her minor child, Dymen Slaughter, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

63. Plaintiff, Catherine Pardo, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

64. Plaintiff, Melton Rayford, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

65. Plaintiff, Pamela Richardson, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

66. Plaintiff, Tiara Richardson, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

67. Plaintiff, Rayfield Robinson, Jr., on behalf of his minor children, Holly Robinson, Smokey Robinson, Sunny Robinson, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

68. Plaintiff, Jackie Robinson, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

69. Plaintiff, Sugar Ray Robinson, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

70. Plaintiff, Joyce Rouser, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Fleetwood Enterprises, Inc.

71. Plaintiff, Valeria Schexnayder, is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Forest River, Inc.

72. Plaintiff, Jimmy J. Sciurba, is a resident of Mandeville, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

73. Plaintiff, Michelle S. Sciurba, is a resident of Mandeville, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

74. Plaintiff, Robert Self, on behalf of his minor child, Tyler Self, is a resident of Metairie, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

75. Plaintiff, Ned Spencer is a resident of New Orleans, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.

76. Plaintiff, Michael T. Wiseman, Sr. is a resident of Venice, Louisiana, and was an occupant or resident of a FEMA Trailer manufactured and distributed by Defendant, Gulf Stream Coach, Inc.