To:  Jordan Dentz, MHRA
Re:  Formaldehyde (HCHO) Test Data
Date: July 9, 2004
From: Mike Zieman, RADCO

RADCO did a lot of HCHO testing in the 70s and early/mid 80s.  By 1990 the demand for this testing was almost none existent.  We did 6 tests in 1990 and one each in 1991, 1993 and 1996.  We have had no requests to perform testing since then.  Most testing was done for manufactures who had received a consumer complaint.

In my opinion nearly every complaint was not valid, that is, it did not relate to HCHO.  A typical scenario was an older person or couple (60s, 70s or 80s) who was experiencing some type of normal age related health problem.  A "friend" had mentioned HCHO to them as a possible cause or they had read something about HCHO.  They got it into their head that HCHO was the problem.  I can't remember any of these people stating that their doctor had confirmed their self diagnosis.

In order to give you a little more data I am including the 1990 tests though you ask to only go back to 1995.

| Date | Max HCHO ppm | Temp. at Test | Comments | | |
|------|-------------|---------------|----------|--|--|
| 96 | 0.06 | 70 F | Furnished, age at time of test 3.5 years. | | |
| 93 | 0.05 | 83 F | No Furniture, age at time of test 1.5 years | | |
| 91 | 0.04 | 66 F | "        " | age unknown | |
| 90 | 0.05 | 76 F | Furnished | age unknown | |
| 90 | 0.05 | 76 F | "      | age between 1.5 & 2.5 years | |
| 90 | 0.00 | 76 F | "      | Swamp cooler operating | |
| 90 | 0.03 | 70 F | "      | age unknown | |
| 90 | 0.15 | 79 F | No Furniture, age at time of test 1.3 years | | |
| 90 | 0.04 | 68 F | Furnished | age unknown | |

Other general information:

Rule of thumb: The HCHO level doubles for every 12 °F increase in temperature.

In the August 9, 1984 Federal Register that contained the final rule for HCHO material standards HUD stated the following:

The rule sets forth material standards.  HUD expects homes with materials that meet these standards to have a "targeted ambient level" of "0.40 ppm at 77 °F" or less.

I have notes relative to a HUD study I reviewed.  The study was pre 1991 and if you do not have a copy I could look for it.  Eight homes were tested at random in the field.  The average HCHO level was 0.12 ppm.

Let me know if I can be of further help.



EXHIBIT
C
tabbies