IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>           FORMALDEHYDE PRODUCTS<br>           LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | MDL NO. 07-1873<br><br>                     5<br>SECTION: N (4) |

**O R D E R**

Considering the foregoing,

**IT IS ORDERED** that Plaintiffs' Consent Motion for Leave to File First Supplemental and Amending Complaint is hereby **GRANTED**.

New Orleans, Louisiana, this the 23rd day of June, 2009.

_____
HONORABLE KURT D. ENGELHARDT

1