UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

**************************************************************************

## GULF STREAM COACH, INC.'S
## MOTION TO WITHDRAW CERTAIN STATEMENTS MADE IN ITS MOTION TO EXCLUDE THE TESTIMONY OF LILA LAUX

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which hereby respectfully moves this Honorable Court to withdraw certain statements made in Gulf Stream Coach, Inc.'s Motion *in limine* to Exclude the Testimony of Lila Laux, Ph.D. because Dr. Laux recently provided the underlying sources of her opinions contained in her report as requested by counsel on the date of her deposition.  The scope of this motion to withdraw is limited strictly to the extent that Gulf Stream Coach, Inc. acknowledges that Dr. Laux has identified the sources of her opinions.  The remainder of Gulf Stream Coach, Inc.'s Motion *in limine* to Exclude the Testimony of Lila Laux, Ph.D. is not withdrawn because Dr. Laux's opinions are not based on reliable scientific methodology, are outside of her area of

expertise, are not relevant and would not assist a trier of fact, and they should be excluded under *Daubert* and its progeny.  Undersigned counsel has confirmed with opposing counsel that there is no objection to the filing of this Motion.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,**
**PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
***Counsel for Gulf Stream Coach, Inc.***

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the 29th day of June, 2009, a copy of the foregoing Motion to Withdraw Certain Statements Made in its Motion to Exclude the Testimony of Lila Laux was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock

_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com