UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                       *           MDL NO. 1873
         FORMALDEHYDE             *
         PRODUCTS LIABILITY       *
         LITIGATION                  *           SECTION:  N(5)
                                       *
This Document Relates to:  *Charlie Age, et al. v.*   *          JUDGE: ENGELHARDT
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892  *
                                       *           MAG: CHASEZ

******************************************************************************

**ORDER**

Considering Gulf Stream Coach, Inc.'s Motion to Withdraw Statements Made in the

Motion to Exclude Testimony of Lila Laux,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**DONE AND SIGNED** this _____ day of _____, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**