MINUTE ENTRY
ENGELHARDT, J.
June 26, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                          MDL NO. 07-1873
         FORMALDEHYDE PRODUCTS
         LIABILITY LITIGATION
                                                             SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

A status conference was conducted on Friday, June 26, 2009, at 8:45 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Mikal C. Watts, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Richard A. Sherburne, Amanda Vonderhaar, Jason Bone, Dennis C. Reich, Robert M. Becnel, Henry T. Miller and Adam Dinnell.

JS10(1:25)