**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:  FEMA TRAILER                                   MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION              SECTION "N-5"

                                                                JUDGE ENGELHARDT
                                                                MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO ALL CASES**

---

## ORDER

Considering the foregoing motion,

IT IS ORDERED that the Plaintiffs' Steering Committee's (PSC) be allowed to file in opposition to the Defendant United States of America's Motion to Dismiss, a memorandum of up to fifty pages in length.

THUS DONE and signed this 26th day of June, 2009, New Orleans, Louisiana.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE