UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | JUDGE KURT ENGELHARDT SECTION "N" |
| THIS DOCUMENT IS RELATED TO ALL CASES | MAGISTRATE ALMA CHASEZ MAGISTRATE (5) |

### AFFIDAVIT OF ELIZABETH A. GANIERE

Elizabeth A. Ganiere states as follows:

1. I am Assistant General Counsel for Gulf Stream Coach, Inc. ("Gulf Stream"). I am over the age of eighteen years and I am in all respects competent to testify to the matters contained in this affidavit.

2. I have personal knowledge of the facts contained herein and if called upon to testify, could testify competently thereto.

3. In my position at Gulf Stream, I commonly investigate, search and supply information and documents that may be requested in response to inquiries, including but not limited to litigation discovery requests.

4. Gulf Stream received correspondence dated February 14, 2008 from Chairman, Henry A. Waxman, Congress of the United States, House of Representatives Committee on Oversight and Government Reform (the "Committee") requesting information concerning the travel trailers Gulf Stream sold to FEMA for emergency housing units following the Gulf Coast hurricanes of 2005.

5. In preparation of Gulf Stream's response to the Committee, I was responsible for searching and gathering the responsive information and documents requested. My comprehensive search included among other things, my direct examination, search and review

of information contained on various Gulf Stream desktop and notebook computers utilized by Gulf Stream executives and personnel who communicated with FEMA regarding the Gulf Stream travel trailers.

6.   The requested documents and information included electronic information; however, no specific search term(s) were provided by the Committee.  Consequently, a broad search encompassed active, archived and deleted records with several search terms, including, "FEMA", "Katrina", "THUs", "FEMA trailers", "formaldehyde", "LFE", and "LE" for the period including August 2005 to June 2008.

7.   Among those computers that I directly examined included, but is not limited to, Philip S. Sarvari, Daniel Shea, Brian Shea, James F. Shea, and Scott Pullin.

8.   In addition, in response to master and case specific discovery requested in this case, I also reviewed and provided the pertinent documents and data from prior electronic searches conducted on various Gulf Stream employee's computers in response to inquiries from United States of Department of Homeland Security dated October 4, 2006.

9.   Additionally, Gulf Stream engaged electronic data consultant, Keilman & Associates to evaluate and preserve electronic data of various computers and servers in response to the Congressional inquiries and the MDL pending action.   Gulf Stream has paid this consultant in excess of $45,000 for its services.

Further the affiant saith naught.

Dated: June 29, 2009.

_____
Elizabeth A. Ganiere