# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION OF BRIAN SHEA

**TO:**   Gulf Stream Coach, Inc.
Through its respective counsel,
Andrew D. Weinstock, Esq.
Joseph Glass, Esq.
Duplass, Zwain, Bourgeois & Morton
3838 N. Causeway Blvd., 2900
Metairie, Louisiana 70002-8330

**TO:**   United States Government
Through its respective counsel,
Henry T. Miller, Esq.
Senior Trial Attorney
U.S. Department of Justice,
Civil Division
1331 Pennsylvania Avenue, NW,
Room 8220-N
Washington, D.C. 20004

**TO:**   Fluor Enterprises, Inc.
Through its respective counsel,
Charles R. Penot, Jr., Esq.
Middleberg Riddle & Gianna
717 North Harwood, Ste. 2400
Dallas, Texas 75201

PLEASE TAKE NOTICE that Plaintiff, Alana Alexander, will take the oral and

videotaped deposition of BRIAN SHEA on June 1, 2009 beginning at 9:00 a.m. at The Marriott,

123 St. Joseph Street, South Bend, Indiana 46601; 574-234-2000, or as otherwise agreed upon.

The deposition will continue from day to day thereafter, weekends and holidays excluded, until complete. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law.

The deponent shall bring with him to the deposition the documents, pursuant to the definition of "documents" attached hereto as Exhibit "A," and things referred to in Exhibit "A" which are in said deponent's care, custody or control, as well as give testimony regarding the requested items.

You are invited to attend and examine the witnesses if you so desire.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 26, 2009.

/s/Anthony G. Buzbee
Anthony G. Buzbee

## EXHIBIT A

## SUBPOENA DUCES TECUM TO BRIAN SHEA

1.    All emails and documents in the witness' care, custody, or control regarding the following:

    a.     The subject Trailer;
    b.     Gulf Stream's testing or screening of Trailers in 2006;
    c.     Limitations of the installations of Trailers;
    d.     The witness' knowledge regarding heightened levels of Formaldehyde in Travel Trailers; and,
    e.     Use of LFE or regular wood products in Travel Trailers.

2.    THIS REQUEST ONLY SEEKS DOCUMENTS GULF STREAM HAS NOT ALREADY PRODUCED TO THE PLAINTIFFS IN THIS LITIGATION.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |

THIS DOCUMENT IS RELATED TO

*Charlie Age, et al v. Gulf Stream Coach*
*Inc., et al*, Docket No. 09-2892;
Alana Alexander, individually and on behalf of
Christopher Cooper

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ORAL AND VIDEOTAPED
## DEPOSITION OF DAN SHEA

**TO:**   Gulf Stream Coach, Inc.
Through its respective counsel,
Andrew D. Weinstock, Esq.
Joseph Glass, Esq.
Duplass, Zwain, Bourgeois & Morton
3838 N. Causeway Blvd., 2900
Metairie, Louisiana 70002-8330

**TO:**   United States Government
Through its respective counsel,
Henry T. Miller, Esq.
Senior Trial Attorney
U.S. Department of Justice,
Civil Division
1331 Pennsylvania Avenue, NW,
Room 8220-N
Washington, D.C. 20004

**TO:**   Fluor Enterprises, Inc.
Through its respective counsel,
Charles R. Penot, Jr., Esq.
Middleberg Riddle & Gianna
717 North Harwood, Ste. 2400
Dallas, Texas 75201

PLEASE TAKE NOTICE that Plaintiff, Alana Alexander, will take the videotaped

deposition of  DAN SHEA on June 2, 2009 beginning at 9:00 a.m. at The Marriott, 123 St.

Joseph Street, South Bend, Indiana 46601; 574-234-2000, or as otherwise agreed upon. The

deposition will continue from day to day thereafter, weekends and holidays excluded, until complete. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law.

The deponent shall bring with him to the deposition the documents, pursuant to the definition of "document" attached hereto as Exhibit "A," and things referred to in Exhibit "A" which are in said deponent's care, custody or control, as well as give testimony regarding the requested items.

You are invited to attend and examine the witnesses if you so desire.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:   504/528-9973
       gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 26, 2009.

/s/Anthony G. Buzbee
Anthony G. Buzbee

## EXHIBIT A

## SUBPOENA DUCES TECUM TO BRIAN SHEA

1.  All emails and documents in the witness' care, custody, or control regarding the following:

    a.  The subject Trailer;
    b.  Gulf Stream's testing or screening of Trailers in 2006;
    c.  Limitations of the installations of Trailers;
    d.  The witness' knowledge regarding heightened levels of Formaldehyde in Travel Trailers; and,
    e.  Use of LFE or regular wood products in Travel Trailers.

2.  THIS REQUEST ONLY SEEKS DOCUMENTS GULF STREAM HAS NOT ALREADY PRODUCED TO THE PLAINTIFFS IN THIS LITIGATION.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF ORAL AND VIDEOTAPED
DEPOSITION OF SCOTT PULLEN

TO:   Gulf Stream Coach, Inc.
      Through its respective counsel,
      Andrew D. Weinstock, Esq.
      Joseph Glass, Esq.
      Duplass, Zwain, Bourgeois & Morton
      3838 N. Causeway Blvd., 2900
      Metairie, Louisiana 70002-8330

TO:   United States Government
      Through its respective counsel,
      Henry T. Miller, Esq.
      Senior Trial Attorney
      U.S. Department of Justice,
      Civil Division
      1331 Pennsylvania Avenue, NW,
      Room 8220-N
      Washington, D.C. 20004

TO:   Fluor Enterprises, Inc.
      Through its respective counsel,
      Charles R. Penot, Jr., Esq.
      Middleberg Riddle & Gianna
      717 North Harwood, Ste. 2400
      Dallas, Texas 75201

PLEASE TAKE NOTICE that Plaintiff, Alana Alexander, will take the videotaped

deposition of SCOTT PULLEN on June 3, 2009 beginning at 9:00 a.m. at The Marriott, 123 St.

Joseph Street, South Bend, Indiana 46601; 574-234-2000, or as otherwise agreed upon. The

1 of 5

deposition will continue from day to day thereafter, weekends and holidays excluded, until complete. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law.

The deponent shall bring with him to the deposition the documents, pursuant to the definition of "documents" attached hereto as Exhibit "A," and things referred to in Exhibit "A" which are in said deponent's care, custody or control, as well as give testimony regarding the requested items.

You are invited to attend and examine the witnesses if you so desire.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed.  The deposition is being taken for the purposes of discovery, for use at trial, or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

2 of 5

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820

3 of 5

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 26, 2009.

/s/Anthony G. Buzbee
Anthony G. Buzbee

## EXHIBIT A

### SUBPOENA DUCES TECUM TO BRIAN SHEA

1.   All emails and documents in the witness' care, custody, or control regarding the following:

    a.   The subject Trailer;

    b.   Gulf Stream's testing or screening of Trailers in 2006;

    c.   Limitations of the installations of Trailers;

    d.   The witness' knowledge regarding heightened levels of Formaldehyde in Travel Trailers; and,

    e.   Use of LFE or regular wood products in Travel Trailers.

2.   THIS REQUEST ONLY SEEKS DOCUMENTS GULF STREAM HAS NOT ALREADY PRODUCED TO THE PLAINTIFFS IN THIS LITIGATION.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          *      MDL NO. 1873
       FORMALDEHYDE PRODUCTS           *
       LIABILITY LITIGATION            *      SECTION "N" (5)
                                       *
                                       *      JUDGE ENGELHARDT
                                       *      MAGISTRATE CHASEZ
                                       *
THIS DOCUMENT IS RELATED TO              *
                                       *
*Charlie Age, et al v. Gulf Stream Coach* *
*Inc., et al*, Docket No. 09-2892;        *
Alana Alexander, individually and on behalf of  *
Christopher Cooper                       *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

NOTICE OF ORAL AND VIDEOTAPED
DEPOSITION OF BURL KEEL

TO:   Gulf Stream Coach, Inc.             TO:   United States Government
       Through its respective counsel,               Through its respective counsel,
       Andrew D. Weinstock, Esq.                Henry T. Miller, Esq.
       Joseph Glass, Esq.                     Senior Trial Attorney
       Duplass, Zwain, Bourgeois & Morton     U.S. Department of Justice,
       3838 N. Causeway Blvd., 2900          Civil Division
       Metairie, Louisiana 70002-8330            1331 Pennsylvania Avenue, NW,
                                            Room 8220-N
                                          Washington, D.C. 20004

TO:   Fluor Enterprises, Inc.
       Through its respective counsel,
       Charles R. Penot, Jr., Esq.
       Middleberg Riddle & Gianna
       717 North Harwood, Ste. 2400
       Dallas, Texas 75201

PLEASE TAKE NOTICE that Plaintiff, Alana Alexander, will take the oral and

videotaped deposition of BURL KEEL on June 4, 2009 beginning at 9:00 a.m. at The Marriott,

123 St. Joseph Street, South Bend, Indiana 46601; 574-234-2000, or as otherwise agreed upon.

1 of 5

The deposition will continue from day to day thereafter, weekends and holidays excluded, until complete. The deposition will be taken before a Notary Public or some other officer authorized to administer oaths under the law.

The deponent shall bring with him to the deposition the documents, pursuant to the definition of "documents" attached hereto as Exhibit "A," and things referred to in Exhibit "A" which are in said deponent's care, custody or control, as well as give testimony regarding the requested items.

You are invited to attend and examine the witnesses if you so desire.

Plaintiffs reserve the right to record the deposition stenographically, as well as by videotape, audiotape, and live note, and it will be transcribed. The deposition is being taken for the purposes of discovery, for use at trial, or for all other purposes as are permitted under the Federal Rules of Civil Procedure.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:     504/522-2304
        Facsimile:     504/528-9973
        gmeunier@gainsben.com

2 of 5

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on May 26, 2009.

/s/Anthony G. Buzbee
Anthony G. Buzbee

## EXHIBIT A

### SUBPOENA DUCES TECUM TO BRIAN SHEA

1.      All emails and documents in the witness' care, custody, or control regarding the following:

      a.      The subject Trailer;
      b.      Gulf Stream's testing or screening of Trailers in 2006;
      c.      Limitations of the installations of Trailers;
      d.      The witness' knowledge regarding heightened levels of Formaldehyde in Travel Trailers; and,
      e.      Use of LFE or regular wood products in Travel Trailers.

2.      THIS REQUEST ONLY SEEKS DOCUMENTS GULF STREAM HAS NOT ALREADY PRODUCED TO THE PLAINTIFFS IN THIS LITIGATION.