**From:** Miller, Henry (CIV) [mailto:Henry.Miller@usdoj.gov]
**Sent:** Thursday, June 25, 2009 9:46 AM
**To:** Justin Woods; Gerald E. Meunier
**Cc:** Dinnell, Adam (CIV); Bain, Adam (CIV); Kashdan, Mark S. (CDC/OCOO/OD); Tress, Deborah W. (CDC/OCOO/OD); Williams-Jones, Janice; ANDREW WEINSTOCK; dkurtz@bakerdonelson.com; JOSEPH G. GLASS; Whitfield, Karen; CPenot@midrid.com; Williams-Jones, Janice; RSherburne@midrid.com
**Subject:** RE: In Re: FEMA Trailer Litigation (ED LA)

Justin,

I have been informed that Mr. Bryan McCreary will be out of office an unavailable during the week of July 6th. He is available during the week of July 9th. Alternatively, I can check possibly may be able to appear on July 23 or alternatively set it for Monday July 27 -- this may work better then week of July 9th given that we are trying to set Mr. Lapinski for Friday July 24 and week of July 9 is already pretty hectic with Kevin Souza being in Winchester WVA and all expert depositions that are being set for that week.

Thanks,

Henry


**From:** Miller, Henry (CIV)
**Sent:** Wednesday, June 24, 2009 1:11 PM
**To:** Justin Woods; Gerald E. Meunier
**Cc:** Dinnell, Adam (CIV); Bain, Adam (CIV); Kashdan, Mark S. (CDC/OCOO/OD); Tress, Deborah W. (CDC/OCOO/OD); Williams-Jones, Janice; andreww@duplass.com; dkurtz@bakerdonelson.com; JOSEPH G. GLASS; Whitfield, Karen; CPenot@midrid.com
**Subject:** In Re: FEMA Trailer Litigation (ED LA)

Justin,

Per our discussion yesterday, am trying to get Dr. Chris DeRosa's (CDC/ATSDR) agreement to sit for deposition in Atlanta on July 1 or July 2. His counsel has indicated that early July works for him, so am confident he will agree to one of those dates.

6/29/2009

The dates that have been tentatively set for FEMA witness deposition is as follows:

Monday, July 6, 2009 -- Mr. David Garratt (Washington, D.C.)
Tuesday, July 7, 2009 -- Mr. David Porter (Washington, D.C.)
Wednesday, July 8, 2009 -- Mr. Bryan McCreary (Washington, D.C.)
Thursday, July 9, 2009 -- Mr. Stephen Miller (Washington, D.C.)

Monday, July 13, 2009 -- Michael Lapinski (Washington, D.C.)
Tuesday, July 14, 2009 -- Martin McNeese (Washington, DC)
Wednesday July 15, 2009 -- Kevin Souza (Winchester, W.VA)

Please confirm that PSC will move with depositions on these dates STAT so we can lock the witnesses in and everyone who wants to attend can make arrangements to have depositions covered.

Thanks,

Henry

6/29/2009