**From:** CPenot@midrid.com [mailto:CPenot@midrid.com]
**Sent:** Thursday, June 25, 2009 6:42 PM
**To:** ANDREW WEINSTOCK
**Subject:** Fw: Plaintiffs' Request for Depos - Fluor personnel
**Importance:** High


Andy,

Here's the particular Fluor people that plaintiffs have asked for, plus they have now asked for a 30(b)(6) with a very rough idea of subjects, which I will forward to you soon.

Charlie

Charles R. Penot, Jr.*
Middleberg, Riddle & Gianna
KPMG Centre, Suite 2400
717 N. Harwood Street
Dallas, Texas 75201
(direct) 214.220.6334
(fax) 214.220.6807

*Admitted in Texas and Louisiana

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CON

CONFIDENTIALITY NOTICE: This electronic message (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client and/or attorney work product and/or other legal privileges. This information is intended only for the use of any intended addressee. If you are not the intended addressee, your receipt of this message and/or any accompanying documents was inadvertent and accidental. You are hereby notified that any disclosure, copying, distribution, or taking any action in reliance on the contents of this information is strictly prohibited. If you have received this electronic message in error, please notify the sender by reply e-mail and delete this message. Thank you.

6/29/2009

***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CONFIDENTIAL***CON

----- Forwarded by Charles Penot/Midrid on 06/25/2009 06:50 PM -----

"Belinda Damerow" <belindad@hmglawfirm.com>

05/14/2009 07:08 PM

To <CPenot@midrid.com>

cc "'robert hilliard'" <bobh@hmglawfirm.com>, "'Jackie Waters'"
<jackie@hmglawfirm.com>, "'Dee Martinez'" <dee@hmglawfirm.com>, "'Irma
Ramos'" <irmar@hmglawfirm.com>

Subject Re: Plaintiffs' Request for Depos - Fluor personnel

Dear Mr. Penot:

Have you received any feedback from Mr. Miller and Mr. Weinstock regarding dates for us to depose some Fluor personnel? What dates can you offer us? We would like to get these booked.

The following are the Fluor personnel I believe Bob wants to depose, at this time:

David Marventano, Senior VP of Government Affairs for Fluor
Don Stokley
Gregory E. Meyer
Dwight Durham, Program Director
Al Whitaker, Program Manager
James Cartnel, VP Operations
Nancy Costello, Contracting Officer
Hugo Linares, Project Services Manager
Richard Hall, Engineer

All individuals we can identify that:
1.   Placed the Alexander trailer
2.   Set it up and secured it
3.   Dealt with Ms. Alexander on any maintenance issues
4.   Performed any type of maintenance on Alexander unit
5.   Supervised the crews for the Alexander unit
6.   Supervised the entire project on the ground in New Orleans
7.   Supervised the entire project



Belinda Damerow, Legal Assistant

6/29/2009

HILLIARD MUNOZ GUERRA L.L.P.
719 S. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Office: 361.882.1612
Fax: 361.882.3015

mailto:belinda@hmglawfirm.com
http://www.hmglawfirm.com

CONFIDENTIALITY NOTICE
This electronic mail transmission contains information which is confidential and privileged under the attorney-client communication
privilege and/or the attorney work product doctrine and should be read or retained only by the intended recipient. If you have
received this transmission in error, please immediately notify the sender and delete it from your system.