**From:** Anthony Buzbee [mailto:Tbuzbee@txattorneys.com]
**Sent:** Wednesday, June 03, 2009 6:15 PM
**To:** ANDREW WEINSTOCK; Miller, Henry (CIV); CPenot@midrid.com
**Cc:** Deann Brown; Peter Taaffe; Denise Martin
**Subject:** Further depos

Gentlemen: I would like to schedule a few more depos of Gulfstream personnel. I think Charlie will agree that we need Eddie Abbot; I also need Jeff Zumbrum, as well as the receiving agent for Plant 57 in the latter part of 2004. Please give my assistant, Deann, some potential dates for these depos. I propose we do these in New Orleans, rather than South Bend.

Also, I think Peter had asked if you would provide me job titles and, to the extent they no longer work for Gulfstream, last known addresses of the individuals you identified as working for Gulfstream at Plant 57 during the relevant time frame. I may want to depose some of these individuals. I would also ask that you identify the individuals on the "crews" in Baton Rouge that Mr. Keel talked about in his deposition.

I understand from Liz's depo that you guys are still in the process of pulling and reviewing invoices, purchase orders, and packing slips from plant 57. I'm willing to hold off on Zumbrum until such time as you are able to properly respond to Peter's previous requests regarding those Plant specific items.

Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com

6/29/2009