**From:** /o=Utopia Systems/ou=First Administrative Group/cn=Recipients/cn=ANDREW.WEINSTOCK
**Sent:** Friday, June 05, 2009 11:22 AM
**To:** Tony Buzbee; peter taaffe
**Cc:** 'Tim Scandurro'
**Subject:** FEMA

First, here are the amended discovery responses you requested.

Second, as to deposition dates, it is my understanding that having reviewed the exemplar invoices and purchase orders, you would like to review all of them. We are working on that request. Once I have a better idea of when that can be completed, we can start looking for dates. You are already familiar with my policy of not allowing my witnesses to be re-deposed. Therefore, lets get the documents and then proceed with any potential depositions.

Third, the depositions will take place in South Bend, Indiana, so we will put all of them together.

Fourth, nothing in this e-mail or my willingness to discuss depositions should be construes as a waiver of limiting depositions to the number permitted y the Federal Rules of Civil Procedure.

Fifth, I appreciate your concern for my health. I am sure someday I will recover from deposing the good Doctor.

P.S. Pinero was objecting to every other question. Please share your objecting theories with him before the next one.

6/29/2009