**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |
| **THIS DOCUMENT IS RELATED TO:**<br>*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*<br>*No. 07-9228* | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR EXPEDITED HEARING BY PLAINTIFFS ON MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, come Plaintiffs, who respectfully suggest to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of the Motion for Leave to File the Third Supplemental and Amending Complaint regarding the re-assertion and re-averment of claims against the United States of America and FEMA as the claims are now ripe and within the six-month period in which to assert claims in court under the Federal Tort Claims Act, which is being filed herewith, and who accordingly request that the Motion for Leave to File the Third Supplemental and Amending Complaint by the Plaintiffs be set expeditiously by this honorable Court.

1

        Respectfully submitted,

        s/ Frank J. D'Amico, Jr._____
        FRANK J. D'AMICO, JR., T.A. (#17519)
        AARON Z. AHLQUIST (#29063)
        **FRANK J. D'AMICO, JR., APLC**
        622 Baronne Street
        New Orleans, LA 70113
        Telephone:   (504) 525-7272
        Fax:           (504) 525-9522
        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Frank J. D'Amico Jr.
        FRANK J. D'AMICO JR. #17519