**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

IN RE: FEMA TRAILER                                        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION              SECTION "N-5"

                                                                        JUDGE ENGELHARDT

                                                                        MAG. JUDGE CHASEZ

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*
*No. 07-9228*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint be set for hearing on the _____ day of _____, 2009 at _____ a.m.

THIS DONE the _____ day of _____, 2009, New Orleans, Louisiana.

                                                                _____
                                                                HONORABLE KURT D. ENGELHARDT

1