UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER AND REASONS

Before the Court is the PSC Motion for Protective Order Regarding FEMA's Disposition of Units (Rec. Doc. 1759). In this motion, the PSC requests that a protective order be entered which will prohibit FEMA's sale, donation, or disposition of any housing unit which either is or presently can be matched to an identified plaintiff in this litigation, pending proper notification to counsel for that plaintiff which will afford counsel access to the unit for appropriate, non-destructive testing and the preservation of evidence. After considering the memoranda of the parties and after receiving assurance from government counsel that these housing units will be offered for sale only to disaster victims who are currently occupying the units (and not to the general public),

**IT IS ORDERED** that the **PSC Motion for Protective Order Regarding FEMA's Disposition of Units (Rec. Doc. 1759)** is **GRANTED** as expressly stated herein. Nothing in this Order shall prohibit the Government from selling housing units to individuals currently living in them. To the extent that the Government later decides to sell such housing units to individuals

others than those currently living in these housing units (i.e., to the general public), the PSC's Motion for a Protective Order is granted such that a protective order is hereby entered which prohibits FEMA's sale, donation, or disposition of such housing units which either are or presently can be matched to an identified plaintiff in this litigation, pending proper notification to counsel for that plaintiff which will afford counsel access to the unit for appropriate, non-destructive testing and the preservation of evidence.  This protective order shall remain in effect until **January 1, 2010.**

    New Orleans, Louisiana, this 29th day of June, 2009.

                                                **KURT D. ENGELHARDT**
                                                **UNITED STATES DISTRICT JUDGE**