UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On June 26, 2008, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Jerry Meunier, Justin Woods, Andrew Weinstock, Matt Moreland, Frank D'Amico, Jr., James Percy, Stewart Tharp, Linda Nelson, Adam Dinnell, Tim Scandurro, Mikal Watts, John Hainkel, Richard Sherbourne, Dave Kurtz, Amanda Vonderhaar, Henry Miller, Jason Bone, Dennis Reich, and Robert M. Becnel. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1) **On or before Friday, July 31, 2009**, the parties shall confer and submit to the Court a jointly-agreed upon trial plan, which shall specifically set forth allotted time limits regarding witness questioning, etc. that will allow for completion of the first bellwether trial within 10 work days.

(2) The Motion for Protective Order Regarding Retesting of Plaintiff's

Temporary Housing Unit by Defendants Forest River, Inc. and Shaw Environmental, Inc. (Rec. Doc. 1805), which is currently set for hearing July 15, 2009, without oral argument, shall immediately be taken under submission as of the filing of Plaintiffs' opposition thereto.

(3) Fleetwood Enterprises, Inc. And Fluor Enterprises, Inc.'s Motion for Protective Order Regarding Plaintiffs' New Testing Protocol **(Rec. Doc. 1815)** is **DENIED as moot.**

(4) **On Friday, July 31, 2009 at 8:45 a.m.**, the Court will hold a status conference in chambers with liaison counsel, committee members, and counsel for the Government.

(5) A general status conference, open to all counsel, will be held in the courtroom of the undersigned on **Friday, July 31, 2009 at 10:00 a.m.**

New Orleans, Louisiana, this 29th day of June, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

PTD Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
PLAINTIFF(S)

versus

Magistrate: _____

_____
DEFENDANT(S)

**FEMA - GENERAL**

*************************************************

CONFERENCE: ____ PRE-TRIAL ✓ STATUS ____ SETTLEMENT

DATE: **6-26-09**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Kelly Brian | Jeansonne & Remondet | insurer - Clarendon |
| Steve Segundi | S&J | |
| GERALD MEUNIER | Gainsburgh, Benjamin | PSC |
| JUSTIN WOODS | " | " |
| Dennis Reich | Reich & Binstock | PSC |
| Jim Percy | Jones Walker | Keystone |
| Henry Miller | US DOJ | USA |

Trial Set: _____
Jury/Non-Jury

_____  CIVIL/CRIMINAL ACTION NO.:
PLAINTIFF(S)                **07-1873**

versus

_____  Magistrate: _____
DEFENDANT(S)

**07-1873**
**FEMA – GENERAL**

CONFERENCE: ___ PRE-TRIAL ___ ✓ STATUS ___ SETTLEMENT

DATE: **6-29-09**     TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Stewart Tharp | Taylor Porter | Cashman |
| Quincy Crochet | McCranie Sistrunk | Various |
| Matt Moreland | Becnel | PSC |
| Robert M. Becnel | Becnel | PSC |
| Linda J Nelson | Lambert & Nelson, PLC | PSC |

PTD Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
PLAINTIFF(S)

versus

Magistrate: _____

_____
DEFENDANT(S)

**FEMA - GENERAL**
***************************************

CONFERENCE: ____ PRE-TRIAL ____ ✓ STATUS ____ SETTLEMENT

DATE: **6-26-09**    TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Joe Rausch | Jims Hall & Assoc | π |
| Aaron Ahlquist | Frank D'Amico | π |
| Aynsley Comer | Frank D'Amico | π |
| Hugh P. Lambert | Lambert & Nelson PLC | π |
| Lamont P. Domingue | Voorhies & Labbe | A. Redman, et al |
| Jack C Benjamin Jr | Kraft Gatz Lane Benjamin | Silver Creek & Recreation By Design, LLC |
| Randall Mulcahy | Garrison Yount et al | TL Industries Inc., Frontier RV Inc., Play'mor Trailers Inc. |
| Osi Jackson | Lambert & Nelson | π |
| Catrice Johnson-Reid | Doley Johnson Reid | π's |
| Robert Sheesley | McGlinchey Stafford | Skyline |

Trial Set: _____
Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

versus

Magistrate: _____

_____
DEFENDANT(S)

**FEMA - GENERAL**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFERENCE: ____ PRE-TRIAL  ✓ STATUS  ____ SETTLEMENT

DATE: **6-26-09**   TIME: **10 AM**

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Victoria Viator | Leake & Andersson | Fleetwood |
| Kathleen Settoon | Leake & Andersson | Fleetwood |
| Carroll Lavassa | Gainsburgh Benjamin | PSC |
| Evan Plauch | Healy McNamara | Oak Creek |
| CARSON STRICKLAND | Gieger Laborde | Forest River |
| John Etter | Rodney & Etter | McGuire, plaintiff |
| JONATHAN PEDERSEN | Howard & Reed | Seal, et al (plaintiff) |
| Clay Garside | Watson + Assoc. | Ws |
| Adam Dinnell | DoJ | USA |
| Frank D'Amico JR | SAME | PSC |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.:

**07-1873**

_____
PLAINTIFF(S)

versus

Magistrate: _____

_____
DEFENDANT(S)

**FEMA – GENERAL**

*********************************************

CONFERENCE: _____ PRE-TRIAL  ✓ STATUS  _____ SETTLEMENT

DATE: **6-26-09**     TIME: **10 AM**

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Denise Martin | Gainsburgh | π |
| Paul Lee | Kaplan Lee LLP (Hurricane Legal Center) | π |
| Jerri Dugg | Allen & Gooch | Heartland Rec. |
| Daniel E. Becnel Jr | Becnel | π's |
| Ben Mayeaux | Laborde & Neuner | Horton Homes |
| Stephanie Skinner | Fowler Rodriguez | CMH, Southern, Giles, Sun |
| Tom Cougill | W,F & C | Jayco + Starcraft |
| Chris Pinello | Chris Pinello Attorney At Law | π |
| Lyon Garrison | Garrison, Yount | RBD, TL, + Frontier |