UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 |
| | | SECTION: N(4) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAGISTRATE JUDGE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **MOTION TO SUBSTITUTE COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes the defendant, Heartland Recreational Vehicles, L.L.C., who moves this court to substitute Lori A. Daigle and Dax C. Foster of the law firm of Allen & Gooch in place of John R. Walker, also of the law firm of Allen & Gooch.

WHEREFORE, Heartland Recreational Vehicles, L.L.C., prays that this Court enter an Order, substituting Lori A. Daigle and Dax C. Foster as Counsel of Record for Heartland Recreational Vehicles, L.L.C in place of John R. Walker.

Respectfully submitted,

**ALLEN & GOOCH**

BRENT M. MAGGIO, T.A., # 19959
SCOTT F. DAVIS, # 26013
JEFF S. VALLIERE, # 31346
LORI A. DAIGLE, # 31687
DAX C. FOSTER, # 30506
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5260
Fax: 504.836.5265

**ALLEN & GOOCH**

/s/ John R. Walker
JOHN R. WALKER, # 02165
3900 N. Causeway Blvd, Suite 1450
Metairie, Louisiana 70002
Tel: 504.836.5210
Fax: 504.836.5215

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been electronically filed on the 30 day of June, 2009, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

BRENT M. MAGGIO