UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 SECTION: N(4) JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAGISTRATE JUDGE: CHASEZ |

*****************************************************************

### O R D E R

Considering the foregoing Motion filed by Heartland Recreational Vehicles, L.L.C.;

IT IS ORDERED that Lori A. Daigle and Dax C. Foster of the law firm of Allen & Gooch be substituted in place of John R. Walker as Counsel of Record for Heartland Recreational Vehicles, L.L.C., in this cause.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**United States District Judge**