UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
     FORMALDEHYDE PRODUCTS  
     LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
Member Case 07-9228

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by Plaintiffs on Motion for Leave to File Third Supplemental and Amending Complaint (Rec. Doc. 2007)** is **GRANTED.** Any opposition to the Opposed Motion for Leave to File Third Supplemental and Amending Complaint (Rec. Doc. 2006) shall be filed by **Monday, July 6, 2009, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 1st day of July, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**