UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                          **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**       **SECTION "N-5"**
                                                                   **JUDGE ENGELHARDT**
                                                                   **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**

*Alana Alexander and Chris Cooper v.*
*Gulf Stream Coach, Inc., et. al.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WILL CALL WITNESS LIST

The United States designates the following individuals to its **Will Call Witness List**:

**United States of America's Will Call Fed. Civ. P. 26(a)(2)(B) Experts:**

1. Dr. Jessica Herzstein, M.D., M.P.H.
   Global Medical Director
   Air Products and Chemicals
   7201 Hamilton Boulevard
   Allentown, PA 18195-1501

   Environmental Health Resources, P.C.
   1755 P Street, NW
   Washington, D.C. 20036

2. Dr. Robert James, Ph.D.
   Terra, Inc.
   1234 Timberlane Road
   Tallahassee, FL 32312

   Associate Scientist
   Center for Environment and Human Toxicology
   Building 471, Mallory Road
   University of Florida
   Gainsville, FL 326111-0885

3. Dr. Michael K. Lindell, Ph.D.

        3122 Camelot Drive #52
        Bryan, Texas 77802

4.    Dr. Richard Monson, M.D., M.Sc., Sc.D.
      Boston, MA

5.    Mark J. Polk
      RV Education 101
      150 Bay Ridge Road
      Harrells, NC 28444

6.    Coreen A. Robbins, Ph.D., CIH
      Veritox
      18372 Redmond-Fall City Road
      Redmond, WA 98052
      Redmond, Wa

**United States Will Call Witnesses:**

1.    Bronson Brown
      Section Chief of Occupation Safety, Health & Security Branch
      Facilities Management Division
      FEMA DHS

2.    David Garratt
      Acting Deputy Administrator
      FEMA DHS

3.    Jack Hume,
      Bechtel Rule 30(b)(6)
      San Francisco, CA

4.    Dr. William Lang, M.D.
      Assoc. Chief of Medical Office
      US Dept. of Homeland Security Health

      As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang. The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

5. Mike Lapinski
   Federal Coordinating Officer
   Office Coordinating Officer Operations
   FEMA DHS

6. Martin McNeese
   Assistant Branch Chief Region 8
   FEMA DHS

7. Kenneth J. Melchiorre (deposition)
   CH2M Hill, Inc.
   Virginia

8. Stephen C. Miller
   Logistics Management Specialist Supervisor
   FEMA DHS

9. Clyde Payne
   Officer In Charge
   Jackson Area Office
   Occupation Safety and Health Agency
   U.S. Department of Labor
   Jackson, Mississippi

10. Kevin Souza
    Chief
    Individual Assistance Program Management (2005-2008)
    Individual Assistance Division
    FEMA DHS

**United States of America May Call Witness List**:

1. Gulf Stream Coach, Inc., Rule 26 Expert Witnesses.

2. Fluor Enterprises, Inc., Rule 26 Expert Witnesses.

3. Plaintiffs' Rule 26 Expert Witnesses.

4.	P. Michael Allred, Ph.D.
	Deputy Director
	Office of Terrorism, Preparedness and
	Emergency Response
	National Center for Environmental Health/
	Agency for Toxic Substances and Disease Registry

	As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the CDC/ATSDR.  The United States hereby notifies the parties that the advice Dr. Allred provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR February 1, 2007, Health Consultation.

5.	Jesse Barnes
	Jackson Area Office
	Occupation Safety and Health Agency
	U.S. Department of Labor
	Jackson, Mississippi

6.	Bob Bennett
	Chief of Staff
	Texas TRO
	FEMA DHS

7.	Michael S. Bonner
	Bonner Analytical Testing Company
	2703 Oak Grove Road
	Hattiesburg, MS 39402
	Phone:  601.264.2854

8.	Lenell Bryant
	DHOPS Special Projects/
	DHOPS Demolition Lead
	FEMA DHS

9.	Ryan Buras
	Program Specialist
	DAD-IA-PM-ES-HS
	FEMA DHS

10. David Chawaga
    Safety Specialist
    OM-FM-SY-SH
    FEMA DHS

11. Sam Coleman
    Director
    Enforcement Division, Region VI
    U.S. Environmental Protection Agency

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

12. Ronnie Crossland
    Enforcement Division, Region VI
    U.S. Environmental Protection Agency

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Crossland provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

13. Robert Ferguson
    MHOPS Maintenance
    FEMA DHS

14. Eric Gentry
    Team Leader R-5 First
    FEMA DHS

15. Carl Hallstead
    Lead Program Specialist
    DAD-IA-PM-HS
    FEMA DHS

16. Mike Harder
    Recertification Advisor
    TRO-LA-RE
    FEMA DHS

17. Gail Haubrich
    Individual Assistance Housing Supervisor
    FEMA DHS

18. Tracy Haynes
    Branch Chief
    IM-RS
    FEMA DHS

19. Cindy Howell
    FEMA DHS

20. Robert Ives
    Director
    Alabama Transitional Recovery Office
    FEMA DHS

21. Gil Jamieson
    Associate Deputy Administrator
    Gulf Coast Recovery
    FEMA DHS
    (former FEMA employee)

22. Burl Keel
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

23. Mark E. Keim, M.D.
    Acting Associate Director
    Office of Terrorism, Preparedness and
    Emergency Response
    National Center for Environmental Health/
    Agency for Toxic Substances and Disease Registry

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with CDC/ATSDR. The United States hereby notifies the parties that the advice Dr. Keim provided may potentially be considered Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

24. Deidre Lee
    Director OM
    FEMA DHS

25. Joseph D. Little, Cmdr.
    Emergency Coordinator
    National Institute for Occupational Safety and Health
    Centers for Disease Control and Prevention
    Atlanta, GA

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with Commander Little, Public Health Service. The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

26. Bryan McCreary
    Supervisor Contract Specialist
    OM-AQ-CP-MT-NA
    FEMA DHS

27. Blair McDonald,
    Gulf Coast Recovery Office
    FEMA DHS

28. Michelle McQueeney
    Chief of Staff
    Gulf Coast Recovery Office
    FEMA DHS
    (former FEMA employee)

29. Sidney Melton
    Individual Assistance Section Chief
    TRO MS/LA
    FEMA DHS

30. Michael Miller
    Emergency Housing Unit, Area Field Office Coordinator
    FEMA DHS

31. Mark Misczak
    Branch Chief
    DAD-IA-PM-HS
    FEMA DHS

32. Jenny Mooney
    Contract Technical Representative
    General Services Administration
    Atlanta, GA

33. Clifford Oliver
    Special Programs Program Manager
    Acquisition Program and Planning Branch
    Office of Acquisition Management
    FEMA DHS

34. David Porter
    ITESS COTR
    DHS-OCIO
    IT Acquisition Mgmt Branch
    U.S. Dept. of Homeland Security
    (former FEMA employee)

35. Scott Pullin
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

36. Jon Rauscher
    Enforcement Division, Region VI
    U.S. Environmental Protection Agency

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

37. Eugene Romano
    FEMA DHS

38. Dr. Jeff Rung, M.D.
    Assistant Secretary Health Affairs
    U.S. Dept. of Homeland Security

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang. The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

8

39. James N. Russo
    Federal Coordinating Officer
    RE-FC
    FEMA DHS

40. Phil Savari
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

41. Charles Schexnaildre
    Individual Assistance Group Supervisor
    DR-LA-1603/1607 & DR-LA 1786/1792
    LATRO
    FEMA DHS

42. Richard C. Seeds
    Disaster Assistance Employee
    FEMA OHS
    FEMA DHS

43. Kenneth Sessa
    Environmental Officer
    R7-IM-CM
    FEMA DHS

44. Jim Shea
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

45. Dan Shea
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

46. Brian Shea
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

47. James W. Stark
    Director
    TRO-LA-OP
    FEMA DHS

48. Wayne Stoeh
    FEMA DHS

49. Stacy Stucholdolski
    FEMA DHS

50. Dana Tulis
    Deputy Director
    Office of Emergency Mangement
    U.S. Environmental Protection Agency

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

51. Tammi Wisko
    Gulf Coast Recovery Office
    FEMA DHS

52. Scott Wright
    Emergency Response Coordinator
    Center for Disease Control and Prevention/
    Agency for Toxic Substances and Disease Registry

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the CDC/ATSDR. The United States hereby notifies the parties that the advice CDC/ATSDR provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

53. Faye Green
    IA Division
    FEMA DHS

54. FEMA Document Custodian from External Affairs.

55. FEMA Document Custodian from Individual Assistance.

56. FEMA Document Custodian from Logistics.

57. All persons designated by Plaintiffs' as will call/may call witness.

58. All persons deposed by any Defendant as will call/may call witness.

59. CDC Custodian of Records

60. EPA Custodian of Records

61. OSHA Custodian of Records

62. Erica Alexander

63. Shirley Alexander

64. Chris Cooper

65. Alana Alexander

| | |
|---|---|
| Dated: July 1, 2009. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>Trial Attorneys |
| DAVID S. FISHBACK<br>Assistant Director | |
| | //S// *Jonathan Waldron*<br>JONATHAN WALDRON (MO Bar 58898) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Trial Attorney<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No: (202) 307-2091<br>E-mail: Jonathan.Waldron@USDOJ.Gov<br><br>Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2009, this document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

//S// *Jonathan Waldron*
JONATHAN WALDRON (MO Bar No. 58898)