UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 | |
| FORMALDEHYDE | * | | |
| PRODUCTS LIABILITY | * | | |
| LITIGATION | * | SECTION: N(5) | |
| | * | | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | | |
| | * | MAG: CHASEZ | |

**********************************************************************

## GULF STREAM COACH, INC.'S EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. who hereby submits the following exhibit list[1] in the above captioned matter:

| | |
|---|---|
| GS1 | Gulf Stream Coach Invoice #57-21783 dated 12/13/04 billed to Best Buy R.V. FEMA DFO Florida for Cavalier trailer (VIN# 1NL1GTR2551021783) with commitment letter, certificate of origin, sales order logs, driver acceptance form, tower-lender approval checklist, testing record sign-off sheet, L.P. Connection Tag receiver, torque specifications and serial number log, and towable 3rd inspection checklist. |
| GS2 | Department of Homeland Security (FEMA) temporary housing unit inspection report – Form 90-13; July 2005 (FEMA09-000073). |
| GS3 | Gulf Stream Coach, Inc. PDI Checklist (FGC012-000040). |
| GS4 | Gulf Stream Coach, Inc. Travel Trailer and Fifth Wheel Owner's Manual. |
| GS5 | Gulf Stream Coach, Inc. correspondence dated May 11, 2006 from Philip Sarvari to Deidra Lee of FEMA discussing Gulf Stream's commitment to providing high quality products. Attached to that letter are ventilation information and the notice language mandated by HUD. (GS 00453- 457). |
| GS6 | E-mail correspondence (12/4/07) between Dan Shea and Stephen Miller regarding air exchangers and air purifiers for |

---

[1] The term "THUs" in this document refers to the manufactured housing, travel trailers, park models and any other temporary housing sold to FEMA by various contractors, dealers and/or manufacturers for FEMA's use in responding to the needs of persons displaced due to Hurricanes Rita and Katrina.

| | | |
|---|---|---|
| | THU's. (Bates No. GULF 0003178). | |
| GS7 | Document reflecting the length, width, height, dry weight, hitch, axle, and tire measurements of a Gulf Stream Coach THU. (Bates No. GULF 0000753). | |
| GS8 | Document reflecting the current versus previous style of the Gulf Stream Coach THU. (Bates No. GULF 0000755). | |
| GS9 | Document reflecting the metal support legs, u-channel, chain/tie down locations, tie down brackets, etc. of the Gulf Stream Coach THU. (Bates No. GULF 0000758). | |
| GS10 | Document depicting trailer frame with typewritten notations about steel tabs on main rails to "capture the floor." (Bates No. GULF 0000765). | |
| GS11 | Document and attached photographs concerning the brackets used to tie down the trailers on a train. (Bates No. GULF 0000761 - 63). | |
| GS12 | WSEC Builder's Field Guide, 7th Edition, 2006n, Supplement B. | |
| GS13 | "The Use of Blower Door Data", Max Sherman, Lawrence Berkeley National Laboratory, March 13, 2008. | |
| GS14 | "Blower Door and Duct Blaster Testing", Southface Energy Institute for the Georgia Environmental Facilities Authority, dated January 16, 1997. | |
| GS15 | ASHRAE Standard 62.2 "Ventilation for Acceptable Indoor Air Quality in Low-Rise Residential Buildings", 2007. | |
| GS16 | ASHRAE Standard 62.1 "Ventilation for Acceptable Indoor Air Quality", 2007. | |
| GS17 | NFPA 1192 "Standard for Recreational Vehicles", 2002 Edition | |
| GS18 | FEMA Model Travel Trailer Procurement Specifications, dated August 12, 2004. | |
| GS19 | "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers, Baton Rouge, Louisiana, September – October, 2006" | |
| GS20 | "Environmental and Occupational Medicine, 4th Edition" by William Rom. Emphasis on Chapter titled, *Epidemiology of Occupational Diseases.* | |
| GS21 | Beane Freeman L, Blair A, Lubin J, Stewart R, Hoover R, Hauptmann J, 2009. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries: the National Cancer Institute report. J. Natl. Cancer Institute 101:751-761 | |
| GS22 | Blair A., Stewart, P., O'Berg, M., et al. 1986. Mortality among industrial workers exposed to formaldehyde. J. Natl. Cancer | |

2

|      |                                                                                                                                                                                                                  |  |
|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|--|
|      | Institute 76, 195-215.                                                                                                                                                                                           |  |
| GS23 | Blair, A., Stewart, P.A., Hoover, R.N., Fraumeni Jr., J.D., 1987. Cancers of the nasopharynx and oropharynx and formaldehyde exposure [letter]. J. Natl. Cancer Institute 78, 191.                               |  |
| GS24 | Blair A, Saracci R, Stewart PA, et al. 1990. Epidemiological evidence on the relationship between formaldehyde exposure and cancer. Scandinavian Journal of Work Environment and Health 16:381-393.              |  |
| GS25 | Coggon, D., Harris, E. C., Poole, J., Palmer, K.T., 2003. Extended follow-up of a cohort of British chemical workers exposed to formaldehyde. J. Natl. Cancer Inst. 95, 1608-1615.                               |  |
| GS26 | Hauptmann, M., Lubin, J.H.., Stewart, P.A., Hayes, R.B., Blair, A., 2003. Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries. J. Natl. Cancer Inst. 95, 1615-1623. |  |
| GS27 | Hauptmann, M., Lubin, J.H. Stewart, P.A., Hayes, R.B., and Blair, A., 2004. Mortality from solid cancers among workers in formaldehyde industries. Am. J. Epidemiol. 159, 1117-1130.                             |  |
| GS28 | Marsh, C.M., Stone, R.A., Esmen, N.A., et al. 1994. Mortality patterns among chemical plant workers exposed to formaldehyde and other substances. J. Natl. Cancer Institute 86, 384-385.                         |  |
| GS29 | Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1996. Mortality patterns among chemical workers in a factory where formaldehyde was used. Occup. and Environ. Med. 53, 613-617.                                   |  |
| GS30 | Marsh, G.M., Youk, A.O., Buchanich, J.M., Cassidy, L.D., Lucas, L.J., Esmen, N.A., and Gathuru, I.M., 2002. Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde. Toxicol. Ind. Health 18, 257-268. |  |
| GS31 | Marsh, G.M., Youk, A.O. 2004. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. Regulatory Toxicology and Pharmacology 40, 113-124.               |  |
| GS32 | Marsh, G.M., Youk, A.O. 2005. Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. Regul. Toxicol. Pharmacol. 42, 275-283.              |  |
| GS33 | Marsh, G.M., Youk, A.O. Morfeld, P., 2007a. Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute Formaldehyde Worker Cohort Study. Regulatory Toxicology and Pharmacology 47, 59-67. |  |
| GS34 | Marsh GM, Youk AO, Buchanich JM, Erdal S, Esmen NA., 2007b. Work in the Metal Industry and Nasopharyngeal Cancer                                                                                                 |  |

|      |                                                                                                                                                                                                                                                   |     |
|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|
|      | Mortality among Formaldehyde-Exposed Workers. Regulatory Toxicology and Pharmacology 48:308-319.                                                                                                                                                  |     |
| GS35 | Pinkerton, L.E., Hein, M.J., Stayner, L.T., 2004. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup. Environ. Med. 61, 193-200.                                                                               |     |
| GS36 | Stewart PA, Cubit DA, Blair A, 1987, Formaldehyde exposure levels in seven industries. Applied Industrial Hygiene 2:231-236.                                                                                                                      |     |
| GS37 | "Medical Management Guidelines for Formaldehyde." A publication of The Department of Health and Human Services, Agency for Toxic Substances and Diseases Registry. Updated 02/07/2008.                                                            |     |
| GS38 | "Formaldehyde Exposure in Homes: A Reference for State Officials to Use in Decision-making." A paper on Environmental Health, published by DHHS, the CDC, the U.S. Dept. of Homeland Security, FEMA, and the U.S. EPA. March, 2008                |     |
| GS39 | Malo et al. Reactive airway dysfunction syndrome and irritant-induced asthma. Up To Date (Online v. 17.1); 1/2009                                                                                                                                 |     |
| GS40 | Irvin, C.G. Bronchoprovocation testing. Up To Date (Online v. 17.1); 1/2009.                                                                                                                                                                      |     |
| GS41 | Crapo, R.O., Casaburi, R., Coates, A.L., et al. Guidelines for methacholine and exercise challenge testing-1999. This official statement of the American Thoracic Society was adopted by the ATS Board of Directors, July 1999. Am J Respir Crit Care Med 2000; 161: 309 |     |
| GS42 | Fishman, A.P., et al. Fishman's Pulmonary Diseases and Disorders. Chapter 60; Indoor and Outdoor Air Pollution: Pp. 1020-1026 McGraw-Hill Companies, Inc. May, 2008.                                                                              |     |
| GS43 | Formaldehyde Passive Monitoring Data. W.D. Scott Group. Performed on a Gulfstream *Cavalier* travel trailer @ 4415 Dale St., New Orleans, La. on 1/28/2008 until 1/29/2008 (1466 minutes.)                                                        |     |
| GS44 | Bardana, E.J. and Montanara, A.: The formaldehyde fiasco: A review of the scientific data. Immunology and Allergy Practice. Vol. IX, No. 1, 11-24, 1/1987.                                                                                        |     |
| GS45 | Formaldehyde and Other Aldehydes, National Academy Press, Washington, D.C., 1981, 37.                                                                                                                                                             |     |
| GS46 | G.G. Allan, Letter to Dr. E. Bardana, Health Science Center, University of Oregon, May 20, 1980.                                                                                                                                                  |     |
| GS47 | H. d'A. Heck, M. Casanova-Schmitz, P.B. Dodd, E.N. Schachter, T. J. Witek & T. Tosun, Am. Ind. Hyg. Assoc. J., 1985, 46(1), 1.                                                                                                                    |     |
| GS48 | Shipin Gongye Keji, 2007, 28(2), 126.                                                                                                                                                                                                             |     |

| | |
|---|---|
| GS49 | Setala & L. Syrjala-Qvist pointed out that milk contained 200 ppb (J.Sci.Ag. Soc. Finland, 1982, 54(1), 63. |
| GS50 | B. Zheng, W. Chen, & X. Xu, noted. |
| GS51 | Zhejiang Haiyang Xueyuan Xuebao, Ziran Kexueban, 2007, 26(1), 6. |
| GS52 | Zeitschrift fuer Lebensmittel-Untersuchung and Forschung, 1990, 190(2), 112. |
| GS53 | X. Weng, C.H. Chon, H. Jiang & D. Li, Food Chemistry, 2009, 114(3), 1079. |
| GS54 | F. Bianchi, M. Caren, M. Musci & A. Mangia, Food Chemistry, 2007, 100, 1049; Centre for Food Safety, Risk in Brief: formaldehyde in food. Government of Hong Kong Special Administrative Region, 2007. |
| GS55 | A.A.R. Kazakevics & D.J. Spedding, Holzforschung, 1979, 33, 156. |
| GS56 | ASTDR: *Toxicological Profile for Formaldehyde*. U. S. Department of Health and Human Service, Agency for Toxic Substances and Disease Registry, Atlanta, GA (1999) and Sexton, K., M. X. Petreas, and K.S. Liu: Formaldehyde Exposures Inside Mobile Homes. *Environ Sci Technol 23:* 985-988 (1989). |
| GS57 | Bardana, E.J., A. Montanaro, and M.T. O'Hollaren: *occupational Asthma.* Hanley & Belfus, Philadelphia (1988). P. 155. |
| GS58 | Moser, B.F. Bodrogi, G. Eibl, M. Lechner, J. Rieder, and P. Lirk: Mass Spectrometric Profile of Exhaled Breath – Field Study by PTR-MS. *Respir Physiol Neurobio 145*: 295-300 (2005). |
| GS59 | Kaminski, J., A. S. Stwal, and S.s Mabadevan: Determination of formaldehyde in Fresh and Retail Milk by Liquid Column Chromatography, *J AOAC Inter 76 (5):* 1010-1013 (1993) and Weng, X., C.H. Chon, H. Jiang, and D. Li: Rapid Detection of Formaldehyde Concentration in Food on a Polydimethylsiloxane Microfluidic Chip. *Food Chem 114:* 1079-1082 (2009). |
| GS60 | Kulle, T.J., L. R. Sauder, J.R. Hebel, et al.: Formaldehyde Dose-Response in Healthy Non-Smokers. *J Air Poll Control 37:* 919-924 (1987) and Kulle, T.J.: Acute Odor and Eye Irritation Response in Health Non-Smokers with Formaldehyde Exposure. *Inhal Toxicol 5: 323-332 (1993).* |
| GS61 | Bender, J.: The Use of Noncancer Endpoints as a Basis for Establishing a Reference Concentration for Formaldehyde. *Regul Toxicol Pharmacol 35:* 23-31 (2002). |
| GS62 | Lang, I., T. Bruckner and G. Triebig: Formaldehyde and Chemosensory Irritation in Humans: A Controlled Human |

|  |  |  |
|---|---|---|
|  | Exposure Study. *Regul Toxicol Pharmacol 50:* 23-36 (2008). |  |
| GS63 | Paustenbach, D., Y. Alarie, T. Kully, N. Schachter, R. Smith, et al.: A Recommended Occupational Exposure Limit for Formaldehyde Based on Irritation. *J Toxicol Environ Health 50:* 217-262 (1997). |  |
| GS64 | Arts, J.H., M. A. Rennen, and C. de Herr: Inhaled Formaldehyde: Evaluation of Sensory Irritation in Relation to Carcinogenicity. *Regul Toxicol Pharmacol 44(2):* 144-160 (2006). |  |
| GS65 | Arts, J.H., Muijser, C. F. Kuper, and R. A. Wouterson: Setting an Indoor Air Exposure Limit for Formaldehyde: Factors of Concern, *Regul Toxivol Pharmacol 52(2):* 189-194 (2008). |  |
| GS66 | Franks, S.J.: A Mathematical Model for the Absorption and Metabolism of Formaldehyde Vapor by Humans, *Toxicol Appl Pharmacol 206:* 309-320 (2005). |  |
| GS67 | Frigas, E., W. V. Filley, and C. E. Reed: Bronchial Challenge with Formaldehyde Gas: Lack of Bronchoconstriction in 13 Patients Suspected of Having Formaldehyde-Induced Asthma, *Mayo Clin Proc 59: 295-299 (1984).* |  |
| GS68 | Schachter, E.N., T. J. Witek, T. Tosun, et al. Respiratory Effects of Exposure to 2.0 ppm of Formaldehyde in Asthmatic Subjects. *Amer Rev Respir Dis* 131: A170 (1985); Witek, T. J., E.N. Schachter, D. Brody, et al.: A Study of Lung Function and Irritation from Exposure to Formaldehyde in Routinely Exposed Laboratory Workers *Chest* 88: 65 (1985); Schachter, E. N. T. J. Witek, T. Tosun, and G. J. Beck: A Study of Respiratory Effects from Exposure to 2 ppm Formaldehyde in Health Subjects. *Arch Environ Health 41:* 299-239 (1986); and Schachter, E. N., T. J. Witek, D. Bordy, T. Tosun, et al.: A Study of Respiratory Effects from Exposure to 2.0 ppm Formaldehyde in Occupationally Exposed workers. *Environ Res 44*: 188-205 (1987). |  |
| GS69 | Franklin, P.J.: Indoor Air Quality and Respiratory Health of Children. *Paed Respir Rev:* 281-286 (2007). |  |
| GS70 | Harving, H., J. Korsgaard, O.F. Pedersen, and L. Molhave: Pulmonary Function and Bronchial Reactivity in Asthmatics during Low-Level Formaldehyde Exposure. *Lung 168:* 15-24 (1990) and Harving, H., J. Korsgaard, R. Dahl, O.F. Pedersen, and L. Molhave: Low Concentrations of Formaldehyde in Bronchial Asthma: A Study of Exposure under Controlled Conditions. *Brit Med J (Clin Res Ed) 293:* 310 (1986). |  |
| GS71 | Lee, H. K., Y., Alarie, and M. H. Karol: Induction of Formaldehyde Sensitivity in Guinea Pigs. *Toxicol Appl Pharmacol* 75: 147-155 (1984). |  |
| GS72 | Kranke, B. and W. Aberer: Indoor Exposure to Formaldehyde and Risk of Allergy, *Allergy 55:* 402-404 (2000). |  |

6

| | |
|---|---|
| GS73 | Kerns, W.D., K. L. Pavkov, D.J. Donofrio, et al.: Carcinogenicity of Formaldehyde in Rats and Mice after Long-Term Inhalation Exposure. *Cancer Res 43*: 4382-4392 (1983). |
| GS74 | Hauptmann, M., J. H. Lubin, P. A. Stewart, R.B. Hayes, and A. Blair:  Mortality from Solid Cancers Among Workers in Formaldehyde Industries. *Amer J Epidemiol 159 (12):* 1117-1130 (2004). |
| GS75 | Marsh, G. M., A. O. Youk, and P. Morfeld: Mis-Specified and Non-Robust Mortality Risk Models for Nasopharyngeal Cancer in the National Cancer Institute Formaldehyde Worker Cohort Study. *Regul Toxicol Pharmacol 47*: 59-67 (2007). |
| GS76 | Bosetti, C., J. K. McLaughlin, R.E. Tarone, E. Pina, and C. La Vecchia: Formaldehyde and Cancer Risk: A Quantitative Review of Cohort Studies Through 2006.  *Ann Oncology 19:* 29-43(2008). |
| GS77 | Duhayon, S., P. Hoet, G. Van Maele-Fabry, and D. Lison: Carcinogenic Potential of Formaldehyde in Occupational Settings:  A Critical Assessment and Possible Impact on Occupational Exposure Levels.  *Int Arch Occup Envrion Health 81:*  695-710 (2008). |
| GS78 | Holmstrom, M., et al.: Histological Changes in the Nasal Mucosa in persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust.  *Acta Otolaryngol (Stockholm) 107:* 120-129 (1989). |
| GS79 | *Federal Register 49 (155)*: 31986-32013 (August 8, 1984) |
| GS80 | ASHRAE: ASHRAE Standard 62.2-2004 – Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings.  American Society of heating, Refrigeration, and Air Conditioning Engineers, Inc., Atlanta, GA (2004). |
| GS81 | ACGIH: *Threshold Limit Values for Chemical Substances and Physical Agents* American Conference of Governmental Industrial Hygienists, Cincinnati, OH (2008). |
| GS82 | Hewett, p.: Analysis of Gulf Stream Coach, Inc. Formaldehyde Exposure Dataset.  Technical Report from Exposure Assessment Solutions, Inc., May 18, 2009. |
| GS83 | ATSDR: Health Consultation: Formaldehyde Sampling at FEMA Temporary Housing Units, Baton Rouge, LA February 1, 2007. |
| GS84 | FEMA: Formaldehyde in FEMA Family Units Sampling Program, Baton Rouge, LA, Field Documentation, Data Files, and Analytical DATA DVD, November 13, 2006 (Cited by ATSDR above). |
| GS85 | Salas, L.J. and H. B. Singh: Measurements of Formaldehyde and Acetaldehyde in the Urban Air. *Atmos Environ 20(6)*: 1301-1304 (1986). |

| | | |
|---|---|---|
| GS86 | Liteplo, R. G. and M. E. Meek: Inhaled Formaldehyde: Exposure Estimation, Hazard Characterization, and Exposure-Response Analysis. *J Toxicol Environ Health, Part B, 6:* 85-114 (2003). | |
| GS87 | Meyer, B.: *Urea-Formaldehyde Resins*, Addition-Wesley, Ready, MA (1979), p. 255. | |
| GS88 | Agency for Toxic Substances and Disease Registry. *Toxicological Profile for Formaldehyde,* U.S. Department of Health and Human Services, Public Health Service, Agency for Toxic Substances and Disease Registry, July 1999. | |
| GS89 | Holmstrom, M., et al.: Histological Changes in the Nasal Mucosa in Persons Occupationally Exposed to Formaldehyde Alone and in Combination with Wood Dust. *Acta Otolaryngol (Stockholm) 107*: 120-129 (1989). | |
| GS90 | ATSDR notes: "Clinical symptoms of mild irritation of the eyes and upper respiratory tract and mild damage to the nasal epithelium were observed in workers exposed for 10.4 years (range 1-36 years) to an average TWA concentration of 0.24 ppm (range (0.04 to 0.4 ppm). The LOAEL of 0.24 ppm is considered to be a minimal LOAEL." | |
| GS91 | ATSDR: *An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Houston Trailers, Baton Rouge, Louisiana, September-October, 2006.* Agency for Toxic Substances and Disease Registry, Atlanta, GA (October 2007). | |
| GS92 | Lemus, R., A.A. Abdelghani, T. G. Akers, and W. E. Horner: Potential Health Risks from Exposure to Indoor Formaldehyde. *Rev Environ Health 13*: 91-98 (1998). | |
| GS93 | Statistical Tools for Environmental Quality Measure by Michael E. Ginevan, Ph.D. | |
| GS94 | (http://formaldehydefacts.blogspot.com/2008/10/formaldehyde-in-breath-untild-story-why.html). | |
| GS95 | ATSDR. October 2007. An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October 2006. | |
| GS96 | CDC. 2008. Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models and Mobile Homes | |
| GS97 | Ginevan, M.D. and D. E. Splitstone. 2003. Statistical Tools for Environmental Quality Measurement. Chapman & Hall/CRC. Chapter 4, pages 81-87. | |
| GS98 | Damien W. Serauskas, P.E., Technical Report Concerning Alexander, et al. v. Gulfstream Coach, Inc., et al. FEMA Travel Trailer No. 1041407 YIN INLIGTR2551021783, Trailer located at FEMA Travel Trailer Storage Facility, 5310 Old State Highway, Lottie, LA 70756 | |

| | | |
|---|---|---|
| GS99 | Saxon, K.G. and Shapiro, J. Paradoxical vocal cord motion. Up to Date (Online v. 17.1); 1/2009. | |
| GS100 | Chan-Yeung, M. and Malo, J-L. Overview of occupational asthma. Up To Date (Online v. 17.1); 1/2009 | |
| GS101 | Deposition of Lila Laux, Ph.D., 05/29/09 | |
| GS102 | Deposition of Daniel Shea, 06/01/09 | |
| GS103 | Deposition of Brian Shea, 06/01/09 | |
| GS104 | Deposition of Elizabeth Ganiere, 06/01/09 | |
| GS105 | Deposition of James Shea 05/28/09 | |
| GS106 | Deposition of Philip Sarvari, 05/28/09 | |
| GS107 | Deposition of Burl B. Keel, III, 06/02/09 | |
| GS108 | Deposition of Scott Pullin, 06/02/09 | |
| GS109 | Dr. Nathan Dorris' Inspection Memo & Photographs of Subject Travel Trailer, 06/15/09 | |
| GS110 | National Jewish Health and Karin Pacheco, M.D., MSPH medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays pulmonary function tests, radiology exams, etc. | |
| GS111 | Jefferson Pulmonary Associates (EJGH) and Kenneth Smith, M.D. medical records relating to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. | |
| GS112 | KIPP McDonough 15 School for the Creative Arts Records related to Christopher Cooper, including, all progress reports, report cards, disciplinary records, absentee records, doctors notes, nurses notes, school records, teacher assessments, faculty notes, PTA records, etc. | |
| GS113 | MCLNO – University Hospital medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, emergency room records, outpatient records, inpatient records, radiology exams, x-rays, etc. | |
| GS114 | LSU Medical Center medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, emergency room records, outpatient records, inpatient records, radiology exams, x-rays, etc. | |
| GS115 | All About Kids and Families Medical Center and James Joyner, M.D. medical records related to Christopher Cooper, | |

|       | including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. |  |
|-------|---|---|
| GS116 | Floyd Buras, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. |  |
| GS117 | Edward Shwery, PhD. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. |  |
| GS118 | Louis Bevrotte, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. |  |
| GS119 | Richard LeBoeuf, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. |  |
| GS120 | Janet Barnes, M.D. medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, x-rays, pulmonary function tests, radiology exams, etc. |  |
| GS121 | Walgreen's Pharmacy Records related to Christopher Cooper and Alana Alexander. |  |
| GS122 | Children's Hospital medical records related to Christopher Cooper, including, all clinical summaries, office encounters, laboratory tests, emergency room records, outpatient records, inpatient records, radiology exams, x-rays, etc. |  |
| GS123 | KIPP McDonough 15 School for the Creative Arts Records in any way related to the employment of Alana Alexander, including, all information related to her work as a para-educator, teaching intern, para-professional, teacher, instructional coach, disciplinarian, etc. |  |
| GS124 | Cole P, Rodu B: Declining cancer mortality in the United States, *Cancer*, 78:2045-2048, 1996. |  |
| GS125 | Cole P: Causality in epidemiology, health policy and law. *Environmental Law Reporter,* 26 (6): 10279-10285, 1997. |  |
| GS126 | P, Axten C: formaldehyde and leukemia: An improbable causal relationship. *Regul Toxicol Pharmacol,* 40:107-112, 2004. |  |
| GS127 | Cole P, Morrison A: Basic issues in population screening for cancer. *J Natl Cancer Inst,* 64:1263-1272, 1980. |  |
| GS128 | Formaldehyde, 2-Butoxyethanol and 1-ter-butoxpropan-2-ol. *IARC Monographs of the Evaluation of Carcinogenic Risks to Humans,* Vol. 88, 478 pp., 2006. |  |
| GS129 | Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Model Homes. Centers for |  |

| | | |
|---|---|---|
| | Disease Control and Prevention, 2008. | |
| GS130 | Coggan D *et al*: Extended follow-up of a cohort of British chemical workers exposed to formaldehyde. *J Natl Cancer Inst*, 95: 1608-1615, 2003. | |
| GS131 | Schottenfeld D, Fraumeni J (eds.): *Cancer Epidemiology and Prevention*, third ed., Oxford University Press, New York: 2006. | |
| GS132 | Adami H-O, *et al* (eds.): *Textbook of Cancer Epidemiology*, second ed., Oxford University Press, New York: 2008. | |
| GS133 | Bosetti C, et al: Formaldehyde and cancer risk: a quantitative review of cohort studies through 2006. *Ann Oncol*, 19:29-43, 2008. | |
| GS134 | Yu M, Yuan J-M: Nasopharyngeal Cancer, Chapter 31 in: *Cancer Epidemiology and Prevent*, Schottenfeld D, Fraumeni J (eds.), third ed., Oxford University Press, Ne York: 2006. | |
| GS135 | Chang E, Adami H-O: Nasopharyngeal Carcinoma, Chapter 8 in: *Textbook of Cancer Epidemiology*, Adami H-O *et al (eds.), second ed., Oxford University Press, New York: 2008.* | |
| GS136 | Rodu B. Cole P: The fifty-year decline of cancer in America. *J Clin Oncol*, 19:239-241, 2001. | |
| GS137 | National Center for Health Statistics. Compressed mortality files 1979-1998 and 1999-2005. CDC WONDER On-line Database. | |
| GS138 | National Cancer Institute: *Surveillance, Epidemiology and Ed Results: Cancer Incidence Limited-Use Database,* 1973-2005. | |
| GS139 | Cole P, Sateren W: The evolving picture of cancer in America. *J Natl Cancer Inst,* 87:159-160, 1995. | |
| GS140 | Eddy D: *Screening for cancer: Theory, Analysis and Design*. Prentice Hall, Englewood Cliffs, New Jersey: 1980. | |
| GS141 | Levin B, Prorok P: Principles of Screening. Chapter 70 in: *Cancer Epidemiology and Prevention*, Schottenfeld D, Fraumeni J (eds.), third ed., Oxford University Press, New York: 2006. | |
| GS142 | American Cancer Society Website: www.cancer.org/docroot/PED_2_3X_cancer_detection guidelines_36.asp | |
| GS143 | National Cancer Institute Website: www.cancer.gov/cancertopics/screening | |
| GS144 | United States Preventive Services Task Force Website: www.ahrq.gov/clinic/cps3dix.htm#cancer | |
| GS145 | Miller A: Fundamental issues in screening for cancer. Chapter 66 in: *Cancer Epidemiology and Prevention*, Schottenfeld D, Fraumeni J (eds.), second ed., Oxford University Press, New York: 1996. | |
| GS146 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Genesis Products, Inc. to JEJ | |

| | | |
|---|---|---|
| | Molding/Fairmont Homes and Fairmont/Gulf Stream Plant #12. (Bates No. GULF0006370 - GULF0006396; and, GULF0006559 - GULF0006670). | |
| GS147 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Patrick Fabricated Metals to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0006397 - GULF0006423). | |
| GS148 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Robert Weed Plywood Corporation to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0006207 - GULF0006369; and, GULF0006424 - GULF0006558). | |
| GS149 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, MJB Wood Product Group, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0006124 - GULF0006206). | |
| GS150 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Universal Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0005693 - GULF0005696; and, GULF00058509 - GULF0006068). | |
| GS151 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Adorn, L.L.C. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0006069 - GULF0006112). | |
| GS152 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Wood Bridge, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0006113 - GULF0006123). | |
| GS153 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, BlueLinx Corporation to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0005689 - GULF0005692). | |
| GS154 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, ESCO Industries to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0005697 - GULF0005704). | |
| GS155 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Hambro Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0005705 - GULF0005791). | |
| GS156 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Viking Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0005792 - GULF0005828). | |

| | | |
|---|---|---|
| GS157 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, Seaboard International Forest Products, Inc. to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. (Bates No. GULF0005829 - GULF0005849). | |
| GS158 | 2004 Invoices, packing slips, delivery tickets, and receipts for materials shipped by vendor, CJ Plastics/ECKCO Plastics to Gulf Stream Coach Plants/Fairmont Homes Plants/JEJ Molding. | |
| GS159 | FEMA Disaster File for Alana Alexander (Bates No. FEMA137-000001 - FEMA137-000086). | |
| GS160 | Standard Form 95 completed on behalf of Alana Alexander (Bates No. FEMA-000961 -000964). | |
| GS161 | Lottie Travel Trailer Inspection Checklist/Reports (Bates No. FEMA154-000001 - FEMA154-000011). | |
| GS162 | Property Transfer Reports (Bates No. FEMA154-000047 - FEMA154-000054). | |
| GS163 | Agency for Toxic Substances and Disease Registry, Managing Hazardous Materials Incidents, Medical Management Guidelines for Acute Chemical Exposure, Formaldehyde. Atlanta, ATSDR, 2001. | |
| GS164 | Health Consultation: Formaldehyde sampling at FEMA temporary housing units – Baton Rouge, Louisiana (February 1, 2007) ATSDR (Bates Nos. ATSDR_FEMA00001-00014) Joe Little Deposition Exhibit No. 8. | |
| GS165 | Declaration of Joseph D. Little attached to defendant, United States of America's Motion to Dismiss Plaintiffs' Remaining FTCA claims for Lack of Subject Matter Jurisdiction (U.S. Exhibit No. 40). Joe Little Deposition Exhibit No. 2 | |
| GS166 | Letter from David Porter (Program Specialist, FEMA) to Daniel Shea dated May 19, 2006. (Bates No. GULF0004478) | |
| GS167 | *Important Information for Travel Trailer Occupants* (Bates No. FEMA08-000013 – FEMA08-000014). | |
| GS168 | FEMA: Important Formaldehyde Information for FEMA Housing Occupants (Bates No. FEMA08-000015) | |
| GS169 | Formaldehyde Levels in FEMA Supplied Trailers: Early Findings from Center of Disease Control and Prevention (Bates No. FEMA08-000011 – FEMA08-000012). | |
| GS170 | FEMA Tri-Fold (Bates No. GULF0003191- GULF0003192). | |
| GS171 | Schematics of Alexander/Cooper THU Model. | |
| GS172 | Photographs of Alexander/Cooper THU. | |

| GS173 | All documents produced by Gulf Stream Coach, Inc. | |
|---|---|---|
| GS174 | All documents attached to any depositions. | |
| GS175 | All exhibits listed by any other party. | |

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
TIMOTHY D. SCANDURRO #18424
DEWEY M. SCANDURRO #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Gulf Stream Coach, Inc.**

## **C E R T I F I C A T E**

    I hereby certify that on the 1st day of July, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Exhibit List was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                                      s/Andrew D. Weinstock
                             _____
                             ANDREW D. WEINSTOCK #18495
                             andreww@duplass.com