UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GULF STREAM COACH, INC.'S WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. who hereby submits the following witness list in the above captioned matter:

| | **WITNESS** | **TYPE OF WITNESS** | **MAY/WILL CALL**[1] |
|---|---|---|---|
| GS1 | David Varner<br>Driver<br>Owner/Operator for RV Transport, Inc. | Fact Witness | May Call |
| GS2 | Ivan Hayden<br>Driver<br>Owner/Operator for RV Transport, Inc. | Fact Witness | May Call |
| GS3 | Melody Denton<br>Inspector<br>Gulf Stream Coach, Inc. | Fact Witness | May Call |
| GS4 | Jeremy Williams<br>Inspector<br>Gulf Stream Coach, Inc. | Fact Witness | May Call |
| GS5 | Max Isley<br>Inspector<br>Gulf Stream Coach, Inc. | Fact Witness | May Call |
| GS6 | Jeff Zumbrun<br>Gulf Stream Coach, Inc. | Fact Witness | May Call |
| GS7 | Philip S. Sarvari<br>Gulf Stream Coach, Inc. | Fact Witness | May Call |

---

[1]     Witnesses called will either testify live or by deposition.

| GS8 | James F. Shea<br>Gulf Stream Coach, Inc.<br>(5/28/09; 7/24/08) | Fact Witness | May Call<br>(by deposition) |
|---|---|---|---|
| GS9 | Daniel Shea<br>Gulf Stream Coach, Inc.<br>(6/1/09) | Fact Witness | May Call<br>(by deposition) |
| GS10 | Scott Pullin<br>Gulf Stream Coach, Inc.<br>(6/2/09) | Fact Witness | May Call |
| GS11 | Burl Keel<br>Gulf Stream Coach, Inc.<br>(6/2/09) | Fact Witness | May Call<br>(by deposition) |
| GS12 | David Porter<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS13 | Mr. David Garratt<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS14 | Mr. Bryan McCreary<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS15 | Stephen Miller<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS16 | Michael Lapinski<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS17 | Martin McNeese<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS18 | Kevin Souza<br>FEMA Employee | Fact Witness | May Call<br>(by deposition) |
| GS19 | Steve Miller<br>FEMA Employee | Fact Witness | May Call |
| GS20 | Joseph Little<br>FEMA Employee- ATSDR<br>(6/23/09) | Fact Witness | May Call<br>(by deposition) |
| GS21 | Daron Cooper<br>Christopher Cooper's Father | Fact Witness | May Call |
| GS22 | Alana Alexander<br>Plaintiff<br>(6/29/09) | Fact Witness | May Call |
| GS23 | Christopher Cooper<br>Plaintiff<br>(6/29/09) | Fact Witness | May Call |

| | | | |
|---|---|---|---|
| GS24 | Erika Alexander<br>Alana Alexander's Daughter/<br>Christopher Cooper's Sister<br>(6/30/09) | Fact Witness | May Call |
| GS25 | Damien W. Serauskas, P.E.<br>Gulf Stream Coach, Inc. Expert –<br>Technical Items related to indoor air<br>quality and construction<br>(7/15/09) | Expert Witness | May Call |
| GS26 | Gary Marsh, PhD, F.A.C.E.<br>Gulf Stream Coach, Inc. Expert –<br>Biostatistics | Expert Witness | May Call |
| GS27 | Graham Allen<br>Gulf Stream Coach, Inc. Expert –<br>Chemical Engineering and Professor<br>of Fiber and Polymer Science<br>(7/20/09) | Expert Witness | May Call |
| GS28 | James Wedner, MD, FAAAI<br>Gulf Stream Coach, Inc. Expert –<br>Allergic and Immunologic Diseases | Expert Witness | May Call |
| GS29 | Kenneth Smith<br>Gulf Stream Coach, Inc. Expert –<br>Pulmonary Diseases<br>(7/10/09) | Expert Witness | May Call |
| GS30 | Megan Ciota, MD<br>Gulf Stream Coach, Inc. Expert –<br>Neuropsychologist | Expert Witness | May Call |
| GS31 | Michael Ginevan, PhD<br>Gulf Stream Coach, Inc. Expert –<br>Biostatistician | Expert Witness | May Call |
| GS32 | Nathan Dorris<br>Gulf Stream Coach, Inc. Expert –<br>Warnings and Communications<br>pertaining to product safety | Expert Witness | May Call |
| GS33 | Philip Cole<br>Gulf Stream Coach, Inc. Expert –<br>Epidemiologist | Expert Witness | May Call |
| GS34 | William Dyson<br>Gulf Stream Coach, Inc. Expert –<br>Industrial Hygienist<br>(7/22/09) | Expert Witness | May Call |
| GS35 | Jessica Herzstein, M.D., M.P.H.<br>FEMA Expert | Expert Witness | May Call |
| GS36 | Robert James, Ph.D.<br>FEMA Expert | Expert Witness | May Call |

| GS37 | Michael Lindell, Ph.D. FEMA Expert | Expert Witness | May Call |
|---|---|---|---|
| GS38 | Richard Monson, M.D., Sc.D. FEMA Expert | Expert Witness | May Call |
| GS39 | Mark Polk FEMA Expert | Expert Witness | May Call |
| GS40 | Coreen Robbins, M.H.S., Ph.D., C.I.H. FEMA Expert | Expert Witness | May Call |
| GS41 | A representative of Genesis Products, Inc. | Wood/Material Supplier | May Call |
| GS42 | A representative of Robert Weed Plywood Corporation | Wood/Material Supplier | May Call |
| GS43 | A representative of MJB Wood Product Group, Inc. | Wood/Material Supplier | May Call |
| GS44 | A representative of Universal Forest Products, Inc. | Wood/Material Supplier | May Call |
| GS45 | A representative of Adorn, L.L.C. | Wood/Material Supplier | May Call |
| GS46 | A representative of Wood Bridge, Inc. | Wood/Material Supplier | May Call |
| GS47 | A representative of BlueLinx Corporation | Wood/Material Supplier | May Call |
| GS48 | A representative of ESCO Industries | Wood/Material Supplier | May Call |
| GS49 | A representative of Hambro Forest Products, Inc. | Wood/Material Supplier | May Call |
| GS50 | A representative of Viking Forest Products, Inc. | Wood/Material Supplier | May Call |
| GS51 | A representative of Seaboard International Forest Products, Inc. | Wood/Material Supplier | May Call |

| GS52 | A representative of CJ Plastics/ ECKCO Plastics | Wood/Material Supplier | May Call |
|------|--------------------------------------------------|------------------------|----------|
| GS53 | Any witness listed in any other party's witness list . | | May Call |

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER, & WEINSTOCK**

s/Andrew D. Weinstock

_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
Fax: (504) 837-3119
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
*Counsel for Gulf Stream Coach, Inc.*

5

## C E R T I F I C A T E OF SERVICE

I hereby certify that on the 1st day of July, 2009, a copy of the foregoing Gulf Stream Coach, Inc.'s Witness List was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                              s/Andrew D. Weinstock
                            _____
                            ANDREW D. WEINSTOCK #18495
                            andreww@duplass.com