UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO:**

*Charlie Age, et al v. Gulf Stream Coach Inc., et al,* **Docket No. 09-2892**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CONTRACTOR DEFENDANT FLUOR ENTERPRISES, INC.'S
<u>PRELIMINARY WITNESS AND EXHIBIT LIST</u>**

Defendant, Fluor Enterprises, Inc. ("Fluor"), pursuant to the Court's scheduling order entered in connection with the first bellwether trial in the referenced matter [Doc. 1305] submits the following preliminary witness and exhibit list. Plaintiffs only joined Fluor as a defendant in any of the constituent cases of this multi-district litigation in January of 2009, although the first of the constituent cases was filed in May 18, 2006. On April 6, 2009, Fluor was advised for the first time that it would be going to trial in the first bellwether case set for September 14, 2009. Fluor intends to file a motion to continue the first and second bellwether trials on the grounds that, among other things, it is fundamentally unfair to force Fluor to trial in such a short period of time in connection with matters that have been pending for more than two and one-half years. The discovery period is entirely inadequate for Fluor to prepare properly for the trial of this matter. Because discovery is

1

ongoing, including initial document review still required to respond to Plaintiffs' discovery, Fluor's witness and exhibit list is necessarily incomplete. Fluor reserves the right to supplement these lists as discovery continues.

## **WITNESS LIST**

Fluor may call at the trial of this matter, one or more of the following witnesses:

1. Eddie Abbott
2. Jimmy Adams
3. Linda Adams
4. Ron Albright
5. Alana Alexander
6. Ericka Alexander
7. Shirley Alexander
8. Bill Allen
9. Heath Allen
10. Travis Allen
11. Mark Ashby
12. Angela Baksh
13. Russ Balsamo
14. Dr. Janet Barnes
15. Grace Belcher
16. Mike Belles
17. Richard Belote

18. Gerald P. Blanchard

19. Mike Bolles

20. Rod Browning

21. Robert Bukowski

22. Terry Butcher

23. Mark Capelle

24. Joe Cabral

25. James Cartner

26. Craig Clairemont

27. Bert Clark

28. Darren Cooper

29. Randy Cooper

30. Alicia Copenhaver

31. Nancy Costello

32. Michael Cowser

33. Dan Craig

34. Mike Criss

35. Representatives and Employees of DC Recovery (DCR) or any other maintenance and deactivation contractor ("MDC") that handled all maintenance on the Alexander trailer

36. Chuck Debellevue

37. Jack Donahoe

38. Steve Doubleday

39. Rick Doucet

40. Dwight D. Durham

41. Rachel Etzkin

42. Greg Evans

43. Robert Earley

44. Jay Ferguson

45. Pat Fliegelman

46. Jennifer Foelske

47. Ian Foster

48. Dan Fraser

49. Deanna Friederichs

50. Mark Funderberk

51. Brad Gear

52. Dave Gifford

53. Donna Gibson

54. Randall Gurney

55. Baaba Halm

56. Dan Hammond

57. Darrell Hargrave

58. Charles Harvey

59. Johnny Hanvey

60. Craig Haynes

61. Dave Hedges

62. Van Hodge

63. Greg Hodges

64. Tom James

65. Jamie Jamieson

66. Bob Jones

67. Vince Keating

68. Terry Kingsmore

69. Mary Ellen Kraft

70. Leroy Lawrence

71. Dan Lemieux

72. Daryl Lemieux

73. Daren Lemieux

74. Representatives of Lippert, M-Tech, or Venture, whichever company manufactured the chassis on the Alexander trailer

75. Hugo Linares

76. Patrick Logue

77. Raleigh Long

78. Duncan Loughridge

79. Mario Machrone

80. Chad Mason

81. David Matthot

5

82. Kevin McCarthy
83. Trena McCullough
84. Buck McElroy
85. Megan McMurtrey
86. Raul Medina
87. Bonnie Melancon
88. Keithy Melchoir
89. Walter Melnick
90. Gregory E. Meyer
91. Ron Mitchell
92. Representatives or employees of MLU who were involved in any way with the installation of the Alexander trailer
93. Ken Mobbs
94. Teresa Morgan
95. Jay Moylan
96. Tom Nadsady
97. Dennis Nelson
98. Mike Norris
99. Todd Novak
100. Clifford Oliver
101. Ann Olson
102. Rich Oref

103. Tom Perronne

104. Henry Plaziuk

105. Phil Price

106. David Porter

107. Tom Posell

108. Buzz Powell

109. Phil Price

110. Scott Pullan

111. Gordon Ragsdale

112. Jim Rammell

113. Adam Revette

114. Peter Ritch

115. Stanley Robinson

116. Scott Rothkamm

117. Scott Ruby

118. Brian Rutkowski

119. Mark Sarver

120. Tony Scaramozzi

121. Alan Sedlacek

122. Bob Shea

123. Dan Shea

124. Jim Shea

125. Ron Sherman

126. Amelia Smith

127. Steve Southerland

128. Jeff Southworth

129. Bob Spaulding

130. Don Stokley

131. Lee Tashjian

132. Chris Thomas

133. Marcus Tokosky

134. Anthony Trassatti

135. Jack Tyler

136. Billy Ulm

137. Marsha Ulm

138. Alan Undhein

139. John Ward

140. Lynn Weaver

141. Charlotte Webb

142. Charles "Al" Whitaker

143. Lowell Wiles

144. Justin I. Woods

145. Jeff Zumbar

146. All witnesses listed by any other party to this proceeding

147. All witnesses deposed in these MDL proceedings, including in the Age case and the MDL class certification proceedings.

148. All witnesses referred to or identified in any party's responses to interrogatories or other written discovery, or identified in any written discovery requests propounded on any party to these MDL proceedings.

149. All persons mentioned in any deposition taken in this matter, both in depositions taken solely in connection with the Charlie Age case as well as all in depositions taken in connection with class certification.

150. All persons identified in any document produced, exchanged or reviewed in this matter or produced, exchanged or reviewed during the class certification phase.

**All experts listed by other defendants, including but not limited to the following witnesses listed as witnesses 151 -170 below:**

151. G. Graham Allan

152. Megan Ciota

153. Phillip Cole, M.D., Ph.D.

154. Nathan T. Dorris

155. William L. Dyson

156. Michael E. Ginevan

157. Jessica Herzstein, M.D., M.P.H.

158. Robert James, Ph.D.

159. Dan Limeaux

160. Gary M. Marsh

9

161. Richard Monson, M.D., D.Sc.D.

162. Mark Polk

163. Coreen Robbins, MHS, Ph.D., CIH

164. Damien W. Serauskas, P.E.

165. Kenneth B. Smith, M.D.

166. H. James Wedner, M.D.

167. All testifying experts to be identified by Fluor on 7/10/09, the extended date for Fluor's expert disclosures per agreement of all parties as of July 1, 2009.

168. All FEMA Contracting Officers assigned to the IA-TAC Contract with Fluor

169. All Contracting Officers Technical Representatives (KOTRs) assigned to the IA-TAC Contract with Fluor.

170. All medical providers or representatives of medical providers who provided medical care, services or medicines to Alana Alexander and Christopher Cooper.

10

**EXHIBIT LIST**

| No. | Description |
|---|---|
| 1. | Alana Alexander's phone records for cellular phone number (504) 577-0737. |
| 2. | Orleans Parish Civil and Jefferson Parish Judicial District Court records of suits filed as a result of motor vehicle accident involving Alana Alexander and Christopher Cooper on or about March 8, 2008. |
| 3. | Documents evidencing claims made as a result of a motor vehicle accident involving Alana Alexander and Christopher Cooper dated March 8, 2008. |
| 4. | All records of DC Recovery related to the movement and relocation of the Alexander trailer on Dale Street during July of 2007. |
| 5. | All records of SRS, Inc. relating to the deactivation of the Alexander trailer. |
| 6. | All records of any MDC contractor involved in providing maintenance to the Alexander trailer after Fluor Enterprises, Inc. no longer had a maintenance obligation with respect to the trailer, including without limitation those of DC Recovery . |
| 7. | All photographs of 4415 Dale Street, New Orleans, LA taken at any time from 2005 to the present, including without limitation, all photographs of the movement and relocation of the Alexander travel trailer in July of 2007.. |
| 8. | All documents produced, exchanged or reviewed in these MDL proceedings, including without limitation in the *Age* case, in any other constituent case of the MDL, and in the MDL generally, including all discovery that took place during the class certification phase (hereafter "these MDL proceedings"). |
| 9. | All documents referenced, described or identified in any discovery responses of any party to these MDL proceedings. |
| 10. | All exhibits to every deposition taken in these MDL proceedings. |
| 11. | All documents identified by any witness in any deposition or hearing in these MDL proceedings. |
| 12. | All documents entered as exhibits in any hearing in these MDL proceedings, including without limitation, the hearing on the Plaintiffs' Motion for Class Certification. |
| 13. | All documents attached as an exhibit to any pleadings filed in these MDL proceedings. |
| 14. | Any pleading or paper filed in these MDL proceedings. |
| 15. | The Alexander/Cooper Plaintiff's Fact Sheets |
| 16. | The Alexander Individual Assistance file (FEMA137-000001 to -000086) |
| 17. | The Alexander/Fluor installation package bearing Bates Nos. FL-FCA-004609 to -004635. |
| 18. | The IA-TAC Contract between Fluor Enterprises, Inc. and FEMA, including Task Order No. 20 related to haul and install activities, including without limitation, documents bearing Bates Nos. FL-FCA-000001 to -002058, including any pages that are needed to |

11

| No. | Description |
|---|---|
|  | complete the documents represented in the foregoing Bates range in the event that the production has missing pages.. |
| 19. | All blanket ordering agreements/subcontracts and related task orders/work orders under Fluor's subcontracts with those subcontractors involved in haul and install activities, including without limitation, all documents bearing Bates Nos. FL-FCA-002059 to -004608, including any pages that are needed to complete the documents represented in the foregoing Bates range in the event that the production has missing pages. |
| 20. | All revisions of the Fluor Installation Manual, tables of such revisions, and transmittal documents of such revisions, bearing Bates Nos. FL-FCA-04636 to -06952. |
| 21. | FEMA Trailer Inspections Field Inspector's Guide, bearing Bates Nos. FL-FCA-____ - FL-FCA-_____. |
| 22. | All contracts, task orders and work orders relating to the IA/TAC Contract between Fluor and FEMA, as relates to haul and install work. |
| 23. | Fluor's Project Procedures Manual, to the extent applicable to Task Order 20/haul and install work. |
| 24. | Fluor's Project Execution Plan, to the extent applicable to Task Order 20/haul and install work. |
| 25. | Work plans relevant to Task Order No. 20/haul and install work. |
| 26. | Estimates, budgets and basis of estimates as relates to the IA-TAC Contract and Task Order No. 20/haul and install work, but only if and to the extent necessary to rebut inaccurate allegations concerning monies paid to Fluor under the IA-TAC contract. |
| 27. | Purchase orders as relates to the IA-TAC Contract and Task Order No. 20/haul and install work, but only if and to the extent necessary to rebut inaccurate allegations concerning monies paid to Fluor under the IA-TAC contract. |
| 28. | Project bulletins to the extent relevant to Task Order No. 20/haul and install work. |
| 29. | Any training materials to the extent relevant to Task Order No. 20/haul and install work. |
| 30. | All communications, whether by letter, memorandum, email or otherwise seeking directions from the Contracting Officer's Technical Representative ("COTR") relating to Task Order No. 20/haul and install work. |
| 31. | All Fluor monthly reports to the extent relevant to Task Order No. 20/haul and install work. |
| 32. | All Fluor weekly briefings to the extent relevant to Task Order No. 20/haul and install work. |
| 33. | All daily reports to the extent relevant to Task Order No. 20. |
| 34. | Any personal notes, daytimers or calendars of any Fluor personnel relevant to the issues in this litigation that may be located. |
| 35. | Any Fluor financial records, but only if and to the extent relevant to Plaintiffs' claims and allegations concerning the sums of money Fluor was paid for the IA/TAC Contract or Task Order No. 20 |
| 36. | All documents produced by plaintiffs, PSC, Gulf Stream, FEMA, CDC, and any third party in these MDL proceedings. |
| 37. | All communications of Fluor with FEMA relevant to Task Order 20/haul and install work, |

| No. | Description |
|---|---|
|  | and with respect to the overall IA-TAC contract. |
| 38. | All photographs taken by any party to these MDL proceedings, including without limitation the photographs taken of the Alexander trailer by any party or expert, and all photographs taken of the Alexander's present residence on Mirabeau Street in New Orleans, LA |
| 39. | All documents contained in the reliance files of any expert disclosed by any party to these proceedings. |
| 40. | Jim Rammell email to Tom Nadsady dated 03/21/2006 at 5:18 p.m., and the related email chain. |
| 41. | Series of emails from and to Marcus Tikotsky re blocking of travel trailers in October 2005. |
| 42. | All relevant, non-privileged documents contained in Fluor's project file and those still under review to respond to outstanding discovery from plaintiffs. |

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

>Dominic J. Gianna (La. Bar No. 6063)
>201 St. Charles Avenue
>New Orleans, LA 70170-3100
>Tel: (504) 525-7200; Fax: (504) 581-5983
>dgianna@midrid.com
>
>
>Richard A. Sherburne (La. Bar No. 2106)
>450 Laurel Street, Suite 1101
>Baton Rouge, LA 70801
>Tel. (225) 381-7700; Fax: (225) 381-7730
>rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>*/s/ Charles R. Penot, Jr.*
>CHARLES R. PENOT, JR.

ND: 4830-5386-1379, v. 2

14