UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO <br><br> *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; <br> Alana Alexander, individually and on behalf of Christopher Cooper | * <br> * <br> * <br> * <br> * <br> * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiff's Motion for Leave to File Reply Brief in Support of Plaintiff's Motion to Compel with Respect to Gulf Stream Coach, Inc.

**IT IS HEREBY ORDERED** that said Motion is granted and that the Reply Brief is deemed filed.

New Orleans, Louisiana, this __1st__ day of __July__, 2009.

_____
United States Magistrate Judge