AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on Forest River Inc., by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Jason D. Bone, 701 Poydras St, Ste 4800, New Orleans, Louisiana ; or 6/29/09
(Via Certified Mail No. 7160 3901 9845 9776 9605)

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

Date: 7-2-09

_____
Server's signature

Laontyne Hill, Paralegal
Printed name and title

7908 Wrenwood Blvd, Baton Rouge, LA 70809
Server's address

