UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2:07-MD-1873 5 SECTION: N(X) |
| | * | JUDGE: ENGELHARDT |
| THIS DOCUMENT RELATES TO ALL CASES | * * * | MAGISTRATE JUDGE: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the foregoing Motion filed by Heartland Recreational Vehicles, L.L.C.;

IT IS ORDERED that Lori A. Daigle and Dax C. Foster of the law firm of Allen & Gooch be substituted in place of John R. Walker as Counsel of Record for Heartland Recreational Vehicles, L.L.C., in this cause.

New Orleans, Louisiana, this ___1st___ day of _____July_____, 2009.

_____
United States District Judge