```
MINUTE ENTRY
CHASEZ, M.J.
JULY 1, 2009
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                        MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                       NUMBER: 07-1873

                                           SECTION: "N"(5)
```

### HEARING ON MOTION

APPEARANCES:   Justin Woods, Peter Taafe, Andrew Weinstock, Tim Scandurro, Philip Watson

MOTION:

(1) Plaintiff's Motion to Compel (Rec. doc. 1821).

_____ :   Continued to

_____ :   No Opposition

__1__ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

```
MJSTAR(00:15)
```

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

\_\_1\_\_ :   Other. Gulf Stream is to conduct another search of its electronic data for documents containing the four or five search terms proposed by plaintiffs plus the search terms it had previously discussed with plaintiffs as being appropriate and is to thereafter produce the results of same. The Court declines to order any cost-shifting for the exercise at this time.

Gulf Stream is to produce for deposition purposes Eddie Abbott, Jeff Zumbrum, and the Receiver who was at Plant 57 in December of 2004. Plaintiffs may choose two other individuals from the list appearing on rec. doc. 1821-2, p. 8 who are likewise to be produced by Gulf Stream for deposition purposes. Any additional individuals that plaintiffs seek to depose will have to be the subject of a separate motion.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

2