UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION        SECTION "N-5"

                           JUDGE ENGELHARDT
                           MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion,

**IT IS ORDERED** that the Plaintiff's Motion for Reconsideration be set for hearing on

the_____ day of_____, 2009 at_____ a.m.

THIS DONE the_____ day of _____, 2009, New Orleans, Louisiana.


                           _____
                           HONORABLE KURT D. ENGLEHARDT


1