UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*
*Case No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

FIFTH CIRCUIT PATTERN JURY
INSTRUCTIONS REQUESTED BY PLAINTIFFS

MAY IT PLEASE THE COURT:

The plaintiff Alana Alexander respectfully requests that the Court include in its jury instructions herein the following designated charges in the Fifth Circuit Pattern Jury Instructions (2006):

Instruction Nos.

| | |
|---|---|
| 1.1 | 2.19 |
| 2.3 | 2.20 |
| 2.6 | 2.21 |
| 2.7 | 2.23 |
| 2.8 | 3.1 |
| 2.11 | 15.2 |
| 2.12 | 15.3 |
| 2.13 | 15.4 |
| 2.16 | 15.6 |
| 2.18 | |

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

      BY: s/Gerald E. Meunier
         GERALD E. MEUNIER, #9471
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone: 504/522-2304
         Facsimile: 504/528-9973
         gmeunier@gainsben.com


         s/Justin I. Woods
         JUSTIN I. WOODS, #24713
         **PLAINTIFFS' CO-LIAISON COUNSEL**
         Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
         2800 Energy Centre, 1100 Poydras Street
         New Orleans, Louisiana 70163
         Telephone: 504/522-2304
         Facsimile: 504/528-9973
         jwoods@gainsben.com


         **COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
          ANTHONY BUZBEE, Texas # 24001820
          ROBERT M. BECNEL, #14072
          RAUL BENCOMO, #2932
          FRANK D'AMICO, JR., #17519
          MATT MORELAND, #24567
          LINDA NELSON, #9938
          DENNIS REICH, Texas #16739600
          MIKAL C. WATTS, Texas #20981820


## CERTIFICATE OF SERVICE

  I hereby certify that on July 2, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and

the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Gerald E. Meunier
                                            GERALD E. MEUNIER