# Exhibit A

**Todd Lentych**

| | |
|---|---|
| **From:** | Andy Lertola [lertolaa@patrickind.com] |
| **Sent:** | Thursday, November 10, 2005 9:49 AM |
| **To:** | Jeff Zumbrun; Todd Lentych |
| **Cc:** | Dean Sippel; Rich Dotson |
| **Subject:** | Lauan Paneling / FEMA |

Jeff / Todd,
The following is an update regarding FEMA:

- **Artesian Mist:** As of today, there are approximately 13,300 panels of 2.7 48x78 left in stock. At the current rate of consumption this wood should be used up in about 3-4 weeks. There will still be enough film left over that would allow us to produce an additional 7,000 - 8,0000 panels on 2.7 4x8. This would allow you to extend your run of Artesian Mist at Fairmont # 16 before having to change over to another pattern. The price on the 2.7 4x8 Artesian Mist is $250 /msf.
- **P.O. 541512:** Patrick is unable to honor the full amount of 50,000 panels of 2.7 4x8 Vision Beige. Since the original message of 10-28-05 notifying Gulf Stream of this inventory and the eventual order of 11-7-05, 25,000 panels were consumed. Patrick will gladly reserve the remaining balance of 25,000 panels (7,000 - 8,000 Artesian Mist / 17,000 - 18,000 Vision Beige) for Gulf Stream with a prompt reply. This can be done via a phone call, fax or e-mail.

Thank you for this opportunity to serve your manufactured needs. If you have any questions, please don't hesitate to call.

Sincerely,

Andy Lertola
National Account Mgr.
Patrick Industries
(574) 389-2932 - Office
(574) 596-9321 - Cell
(574) 295-7017 - Fax
lertolaa@patrickind.com

10/11/2007

GULF0000379

**CONFIDENTIAL**

FW: FEMA - Door Quote                                                                                           Page 1 of 1

### Todd Lentych

From: Chris Clementz [cclementz@adornllc.com]
Sent: Thursday, September 01, 2005 11:45 AM
To: TLENTYCH@GULFSTREAMCOACH.COM
Subject: FW: FEMA - Door Quote

Todd,
This revised version is a 1/2" MDF slab door with the same paper as before in green numbers.
Thanks,
Chris

-----Original Message-----
From: Chris Clementz
Sent: Wednesday, August 31, 2005 11:05 AM
To: 'tlentych@gulfstreamcoach.com'
Subject: RE: FEMA - Door Quote

Todd,
The items in red are the pricing and assumptions we made when we talked earlier. These numbers are based on Manhattan Oak paper and we have approximately 20,000 yards of this material between here and our Oregon facility. Thanks for the opportunity to do business with you on this project.

Chris

-----Original Message-----
From: Todd [mailto:tlentych@gulfstreamcoach.com]
Sent: Monday, August 29, 2005 5:01 PM
To: Chris Clementz
Cc: Todd Lentych
Subject: FEMA - Door Quote
Importance: High

Chris,

Per our conversation this evening, here are the sizes and quantites for the doors Gulf Stream would like for you to quote for FEMA units. Please quote your cheapest doors, which I believe is the MDF foil wrapped door.

1. 12 x 23 (3,000)   $3.27 EACH      $2.72 EACH
2. 6 x 12 (6,000) DF $1.25 EACH      $1.15 EACH
3. 14 x 16 (10,000)  $2.96 EACH      $2.30 EACH
4. 13 x 58 (3,000)   $5.90 EACH      $6.03 EACH
5. 13 x 75 (3,000) Double Panel $7.13 EACH   $7.49 EACH
6. 12 x 20 (3,000)   $3.06 EACH      $2.44 EACH
7. 20 x 73 - Pocket Door (6,000) N/A     N/A

This is a very hot issue. Please get back w/ me ASAP so that Adorn has a chance to get in on this year's FEMA production.
Thanks.

*Todd Lentych*
Gulf Stream Coach
Phone: 1-800-289-8787, Ext. 3630
Fax: (574) 773-5761

Gulf0003383

09/06/05

## FEMA Commitment Letter

This letter is to confirm that Dometic Corporation will be able to supply and deliver Gulf Stream Coach the parts in the attached quote for FEMA production at 200-225 units per day (up to 300 units per day), effective 09/06/05. The pricing in the attached quote will be held for the entire FEMA production.

Please understand that we have a commitment to the Federal Government, and will subsequently rely on our suppliers to help us meet this commitment. There will be a strong need for you to work with your suppliers very closely to ensure this program is a success for everyone involved. Communication will be very important and Gulf Stream Coach will need to know of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

We at Gulf Stream appreciate all of your cooperation and look forward to making this year's FEMA production a success.

Sincerely,

Todd J. Lentych
Director of Supplier Relations
Gulf Stream Coach

Acknowledge

Name _Art Wyatt_
Position _VP of Sales_
Company _Dometic Corp_
_9/6/05_

CONFIDENTIAL

GULF0000003



ISO 9001 Registered

September 6, 2005

Todd J. Lentych
Director of Supplier Relations
Gulf Stream Coach

## FEMA Commitment Letter

This letter is to confirm that Alpha Systems Inc. will be able to supply and deliver Gulf Stream Coach the parts in the attached quote for FEMA production at 300 units per day effective 8/31/05. The pricing in the attached quote will be held until December 31, 2005.

Alpha Systems Inc understands that Gulf Stream Coach, Inc. has a commitment to the Federal Government and subsequently you will rely on your suppliers to help you meet that commitment. There is a strong need for us to work with you very closely to ensure this program is a success for everyone involved. Communication will be very important and Alpha Systems Inc will need to inform your company of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

Alpha Systems Inc looks forward to doing their part in making this years FEMA production at Gulf Stream Coach a success.

Sincerely,

David Smith
President
Alpha Systems Inc.

5120 Beck Drive • Elkhart, IN 46516
Phone (574) 295-5206 • (800) 462-4698 • FAX (574) 970-2703

GULF0000010

**CONFIDENTIAL**

FROM :                              FAX NO. :8580850              Aug. 22 2003 06:37AM P1

Cheng

8/31/05

FEMA Commitment Letter

This letter is to confirm that ENTER SUPPLIER'S NAME will be able to supply and deliver Gulf Stream Coach the parts in the attached quote for FEMA production at 200-225 units per day (possibly up to 300 units per day), effective 8/31/05. The pricing in the attached quote will be held for the entire FEMA production.

Please understand that we have a commitment to the Federal Government, and will subsequently rely on our suppliers to help us meet this commitment. There will be a strong need for you to work with your suppliers very closely to ensure this program is a success for everyone involved. Communication will be very important and Gulf Stream Coach will need to know of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

We at Gulf Stream appreciate all of your cooperation and look forward to making this year's FEMA production a success.

Sincerely,                                                    Acknowledge

                                                              Joseph A. [signature]

Todd J. Lontyok                                               Name    VICE-PRESIDENT
Director of Supplier Relations                                Position
Gulf Stream Coach                                             Company  CHENG USA

| Quantity | Part # | Price |
|---|---|---|
| 15,000 | WF8965ANP-F | $65.00 each — ok for all |
| ??? 15,000 | RV-1003-F | $4.62 each — ok for all |
| OMO 6,000 | RV-1005-F | $1.85 each |
| 6,000 | RV-1001-F | $4.90 each |

574-858-0850  Fax Back ASAP !

Case 2:07-md-01873-KDE-MBN   Document 2047-2   Filed 07/02/09   Page 7 of 11

8/31/05

## FEMA Commitment Letter

This letter is to confirm that ENTER SUPPLIER'S NAME will be able to supply and deliver Gulf Stream Coach the parts in the attached quote for FEMA production at 200-225 units per day (possibly up to 300 units per day), effective 8/31/05. The pricing in the attached quote will be held for the entire FEMA production.

Please understand that we have a commitment to the Federal Government, and will subsequently rely on our suppliers to help us meet this commitment. There will be a strong need for you to work with your suppliers very closely to ensure this program is a success for everyone involved. Communication will be very important and Gulf Stream Coach will need to know of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

We at Gulf Stream appreciate all of your cooperation and look forward to making this year's FEMA production a success.

Sincerely,                                                    Acknowledge

Todd J. Lentych                                               Name Candie Badley
Director of Supplier Relations                                Position Business manager Tent's
Gulf Stream Coach                                             Company Decorator Industries

GULF0000015

**CONFIDENTIAL**

Sep-01-05 08:26A Fairmont Main Crib          574 773 7941+3017    P.01

**ATTN:** ~~[redacted]~~ ROB STOUDER

FAX - 294-2202

8/31/05

### FEMA Commitment Letter

This letter is to confirm that ENTER SUPPLIER'S NAME will be able to supply and deliver Gulf Stream Coach the parts in the attached quote for FEMA production at 200-225 units per day (possibly up to 300 units per day), effective 8/31/05. The pricing in the attached quote will be held for the entire FEMA production.

Please understand that we have a commitment to the Federal Government, and will subsequently rely on our suppliers to help us meet this commitment. There will be a strong need for you to work with your suppliers very closely to ensure this program is a success for everyone involved. Communication will be very important and Gulf Stream Coach will need to know of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

We at Gulf Stream appreciate all of your cooperation and look forward to making this year's FEMA production a success.

Sincerely,

Todd J. Lentych
Director of Supplier Relations
Gulf Stream Coach

Acknowledge
[signature]
Name
Position
Company

Rick Newman
President
Mishawaka Sheet Metal

09/01/2005 THU 08:09  [TX/RX NO 6273]  ☒001

GULF0000016

CONFIDENTIAL

09/16/05

FEMA Commitment Letter

This letter is to confirm that Interior Accessories will be able to supply and deliver Gulf Stream Coach the parts in the attached quote for FEMA production at 100-150 units per day, effective 08/31/05. The pricing in the attached quote will be hold for the entire FEMA production.

Please understand that we have a commitment to the Federal Government, and will subsequently rely on our suppliers to help us meet this commitment. There will be a strong need for you to work with your suppliers very closely to ensure this program is a success for everyone involved. Communication will be very important and Gulf Stream Coach will need to know of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

We at Gulf Stream appreciate all of your cooperation and look forward to making this year's FEMA production a success.

Sincerely,                                        Acknowledge

                                                  Bill Clindaniel
Todd J. Lentych                                   Bill Clindaniel
Director of Supplier Relations                    President
Gulf Stream Coach                                 Interior Accessories

GULF0000018

CONFIDENTIAL

(SAT)SEP 24 2005 0:51/ST. 0:50/No.6860320259 P 1



September 23, 2005

Todd Lentych
851 South Oakland Ave.
Nappanee, IN 46550

Dear Todd,

Per our discussions, AMC is prepared to supply Aluminum side metal to Gulfstream Plants for FEMA units. We will supply 130 units per day until your needs are met. Pricing is guaranteed thru the 4th quarter.

Todd, we appreciate your support in all your efforts in assisting those in need as a result of the recent hurricane disaster.

Best Regards,

Don Weldy

GULF0000021

CONFIDENTIAL

SEP-20-2005 11:38AM   DEHCO INC                                        NO.6621   P. 2



8/31/05

FEMA Commitment Letter

This letter is to confirm that Cast Products (a Dehco, Inc. Company) will be able to supply and deliver Gulf Stream Coach the part(s) in the attached quote for FEMA production at 300 units per day, effective 9/13/05  The pricing in the attached quote will be held for the entire FEMA production.

Please understand that we have a commitment to the Federal Government, and will subsequently rely on our suppliers to help us meet this commitment. There will be a strong need for you to work with your suppliers very closely to ensure this program is a success for everyone involved. Communication will be very important and Gulf Stream Coach will need to know of any issues immediately.

Lastly, this letter and information contained within is highly confidential in nature and should not be shared with any dealer, OEM, supplier, etc.

We at Gulf Stream appreciate all of your cooperation and look forward to making this year's FEMA production a success.

Sincerely,                                           Acknowledge

                                                     [signature]

Todd J. Lentych                                      Ron Wenger
Director of Supplier Relations                       Executive Vice President
Gulf Stream Coach                                    Dehco, Inc.

GULF0000024

**CONFIDENTIAL**