# Exhibit B

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Daniel Shea*
*June 1, 2009*

Original File DANIEL SHEA.txt
Min-U-Script® with Word Index

Page 125

1   cut for the various different types of cabinets.
2   There would possibly be panels cut for interior
3   partitions that aren't necessarily the length of a
4   piece of paneling. There would be cabinet styles
5   that would be cut.
6       There would be probably lumber that would be
7   cut. There would be possibly -- possibly the floor
8   decking, but I'm not sure. A lot of times that
9   would fit just on the size of the trailer.
10      Those are some of the -- the same with the
11  ceiling panel; you might have a cut there. If the
12  ceiling panel wasn't exactly the length that would
13  allow six or eight pieces, you might have one cut
14  there.
15 Q Is there a way to seal those edges, those --
16 A You know, not that I'm familiar with. I don't
17  know. I'm not familiar with anybody in the
18  industry seals those edges, but maybe they do.
19 Q Don't you routinely refer to yourself as the
20  industry leader?
21 A The industry leader.
22 Q Yeah.
23 A I think we are the industry leader in some areas.
24 Q You told the Government you're the industry leader
25  in reducing formaldehyde emissions in product,

Page 126

1   didn't you?
2 A Yes, I believe so.
3 Q Okay. So you keep falling back on what everybody
4   else does, but I'm talking to the industry leader
5   here, am I not?
6 A Regarding this claim as far as reducing
7   formaldehyde emissions?
8 Q Uh-huh.
9 A Yeah, I think we were one of the first companies to
10  go to the CARB standard.
11 Q So you are the industry leader.
12 A Yes, I'd say one of them.
13 Q Okay. So I'm going to ask you as the industry
14  leader, why don't you seal those -- or why didn't
15  you, I should say, 2004 and '5, seal those edges of
16  the --
17 A I have no knowledge of what the -- sealing the edge
18  would do or not do.
19 Q Okay. Is the HVAC system in your FEMA trailers
20  designed for full-time use?
21 A You know, I'm not sure, when we talk about our
22  design being full-time use -- I guess you have laid
23  out here what the ANSI designation for full-time
24  use is, but I'm not sure if I would say that
25  particular components or designs of our trailer

Page 127

1   were full time versus temporary.
2 Q So does that mean you don't know?
3 A Yes.
4 Q Okay. Does the design of the trailer that you sold
5   to FEMA, does it account for accumulation of
6   moisture, or does it account for people living in
7   the trailer and creating moisture, whether it be
8   because the inside's cooler than the outside or
9   whether it be because someone's breathing inside
10  the trailer, that sort of thing.
11 A You know, I'm not sure that the air conditioner
12  that we put in the FEMA unit was -- requested by
13  FEMA to be a 15,000 BTU air conditioner; probably
14  in a travel trailer that size, historically would
15  have probably taken a 13,500 BTU air conditioner,
16  which is the one we use the most of, I would say.
17  But FEMA did specify that we use a 15,000 BTU air
18  conditioner in that trailer, so we did.
19 Q But you don't know whether that would be sufficient
20  for long-term or full-time use.
21 A I'm not sure, you know, what the difference would
22  be between temporary and full-time use regarding
23  that air conditioner.
24 Q Who in your company is involved in the design and
25  the specifications of these trailers?

Page 128

1 A Well, FEMA, obviously, would do the specifications,
2   and our people would look at it. Our people would
3   be, oh, purchasing; production and engineering
4   would evaluate the specs and evaluate a trailer
5   that we were building and determine what changes we
6   would need to make to assure that the trailer was
7   going to meet those specifications.
8 Q Okay. But I guess I'm -- it's my fault again, I'm
9   sure. Can you identify the person within Gulf
10  Stream Coach towables who is in charge of what wood
11  to use, what floor plan to use, what HVAC system to
12  use, how many vents to put in, that sort of thing.
13 A And for what period of time are we talking now?
14 Q 2004, '05.
15 A Okay. Eddie Abbot was involved in the design from
16  the engineering standpoint.
17 Q Okay.
18 A I believe Dan Hammond did some work on that. Dan
19  Hammond is production manager.
20 Q What was Eddie Abbot's job?
21 A He was in engineering.
22 Q Okay.
23 A And again, Jeff Zumbrun would have been involved in
24  that as well.
25 Q Purchasing? Okay.


Page 129

1  A  And those would be the primary people that would
2     have been involved in evaluating the specs for the
3     trailer.
4        And of course, we rely on our vendors.  Our
5     vendors, you know, we'll go to them as far as --
6  Q  I've heard that before.
7  A  -- a frame.
8        MR. WEINSTOCK:  I appreciate that, but don't
9     interrupt him, please.
10 A  Our vendors would -- we rely on our vendors as far
11    as the components that they sell us and advising us
12    how to use those components.
13 Q  Sure.  Okay.  I want to talk to you about the
14    ambient air quality testing that was done in March
15    of 2006.  Do you recall that?  March and April of
16    2006.
17 A  Are you referring to the screenings that Scott
18    Pullin had done?
19 Q  I'm referring to whatever you call what Scott
20    Pullin did.
21 A  Okay.
22       MR. WEINSTOCK:  Before you start, can we get
23    the same agreement we had Thursday, that to the
24    extent that we consider it privileged; to the
25    extent it has not already been waived --

Page 130

1        MR. BUZBEE:  Yes, sir.
2        MR. WEINSTOCK:  -- letting you ask about it
3     does not further waive it?
4        MR. BUZBEE:  Yes.  Did we have that agreement
5     in the first deposition with Mr. Shea?
6        MR. WEINSTOCK:  We did.  Oh --
7        MR. BUZBEE:  Like back last summer?
8        MR. MILLER:  No.
9        MR. BUZBEE:  I didn't think so.
10       MR. WEINSTOCK:  I don't think you asked about
11    specific numbers, though.
12       MR. BUZBEE:  Okay.  All right.
13 Q  What led to sending Mr. Pullin down to New Orleans
14    to do some screening of these trailers?
15 A  Well, there was obviously the concern brought up in
16    the press, and we wanted to do whatever we could to
17    learn more about formaldehyde and any complaint
18    that may be out there.  And we had gone out of our
19    way to follow up on any complaints that were out
20    there to see if we could provide any assistance.
21       And part of this information collecting was to
22    have Scott go down and -- I believe he was already
23    going down to, what is it, St. Bernard?  And to
24    collect information, talk to people, and give us
25    feedback whether there were people that had

Page 131

1     complaints, because we really weren't -- we had
2     seen the report in the press and we wanted to learn
3     as much as we could about this.
4  Q  You sent him down there because you told the
5     Government you were going to.  Isn't that right?
6  A  No.
7  Q  You did tell the Government you were going to do
8     some testing, didn't you?
9  A  Well, there was a contact where Steve Miller had
10    sent me a request to see if our field people could
11    do some testing.  And I naively thought that, as
12    probably Steve, hey, that was something that a
13    field rep could do.  I had no idea.
14       Prior to that, I had heard very, very little
15    about formaldehyde in the ten years that I had been
16    in charge of the towable division.  I can't even
17    hardly remember much about formaldehyde coming up.
18       So this was a couple days after we had heard
19    the first complaint, and I had an e-mail from Steve
20    asking if we could have a field person do it.
21    Looked online, said, Hey -- looked at these instant
22    read things; said, Hey, we could get one of these
23    and have one of our guys to do some testing.
24       And you know, I had no idea.  I mean, this
25    was -- this was obviously something that is beyond

Page 132

1     a field rep doing; something the CDC spent seven
2     months doing, or six months doing; the EPA spent
3     many months doing.  So there's a lot more involved
4     in testing than having a field rep with some type
5     of instant read thing go down there and do testing.
6        And it's my recollection that I talked to
7     Steve later that week and told him that we were
8     having a problem getting direct -- or we were
9     having a problem getting an instrument to do this
10    testing.  And we had, to my recollection, not
11    really had a conversation after that about this
12    request for him to have a -- for us to have a field
13    rep do testing down there.
14       And what Scott was doing was not this test
15    that we had talked about; it was some informal
16    gathering of information.
17 Q  Are you done?
18 A  Yes.
19 Q  Okay.  All right.
20       (Plaintiffs' Exhibit 4 was marked for
21    identification.)
22 Q  I'll show you Exhibit 4, Gulf Stream 4466.  This is
23    an e-mail you sent on March 17th of 2006, after you
24    were aware that there was some issue or some
25    complaints being made about ambient air quality in

### Page 285

1  showing you, I'll mark them Exhibit 30, and it's
2  Gulf802 through --
3      MR. WEINSTOCK: 808.
4  Q -- 808. Does that answer the question for you? Is
5     this the rail ready design or --
6      (Plaintiffs' Exhibit 30 was marked for
7      identification.)
8  A Let me see. I'm looking at one print. Okay, this
9     is the rail ready design print right here.
10 Q Exhibit 30. Or a particular page?
11 A It's Gulf804. It's the T-32 FEMA frame and it's
12    August 29, 2005. And that shows a tube frame, I
13    believe. I'm pretty sure that's a tube frame.
14 Q Who at Gulf Stream was sort of heading up this
15    effort to move to the rail ready frame?
16 A That was Eddie Abbot.
17 Q Eddie Abbot.
18 A Uh-huh.
19 Q Is he still with the company?
20 A Yes, he is.
21 Q Where is he located?
22 A He works in Nappanee.
23 Q Let me show you one other document.
24 A Yeah, this says tube frame here, this 805, 32 tube
25    frame, and that's 8/31/2005.

### Page 286

1  Q Which document are you looking at?
2  A 805.
3  Q Okay.
4  A These apparently are all from the '05, and they
5     show the railroad, versions of the railroad frame.
6  Q And what was the difference between the tube frame
7     and the frame that was being used in 2004? I mean,
8     the 2004 was not --
9  A I was hoping you had a print for the '04 frame,
10    but...
11 Q You know, I was hoping I did, too. But I could be
12    wrong, maybe I saw it and I didn't know what I was
13    looking at, but I don't believe we -- I don't
14    believe we do. I would like to see one.
15 A It's my recollection that the '04 frame would have
16    been an I beam frame, but it could have been a tube
17    frame, but...
18 Q Did the rail ready project go -- I'm sorry, did I
19    cut you off?
20 A No, I was done.
21 Q Did the rail ready frame go through stages of
22    development? I mean, is it possible that at one
23    point it was simply a beefed-up I frame?
24 A No, I don't think so. There were probably changes
25    made maybe to locations of brackets, locations of

### Page 287

1     tiedowns, but as far as it being a tube frame,
2     there were times when it was a 2 x 6 and a 2 x 2
3     together, making an 8-inch tube, and other times
4     when it was just a solid 8-inch tube.
5  Q What is your degree in? Do you have a college
6     degree?
7  A In finance.
8      MR. PENOT: Give me one minute, because I --
9     there's some document that suggests that it's --
10    well, okay.
11 Q What are the difference in the characteristics of
12    the tube frame and the I frame? The performance
13    characteristics of them.
14 A That I might not be the best person to respond on.
15 Q Okay. And who would be?
16 A Either Scott or Eddie or frame supplier.
17 Q Scott Pullin or Eddie Abbot?
18 A Or Eddie Abbot.
19 Q Okay. And speaking of frame suppliers, there was
20    an exhibit that we looked at on Thursday.
21     MR. WEINSTOCK: That microscopic one?
22     MR. PENOT: Whatever you gave me. Right.
23     MR. WEINSTOCK: What number did you attach it?
24    Because I can actually blow it up on my computer.
25     MR. PENOT: Give me a minute here. It was

### Page 288

1     Exhibit -- it was Exhibit 19 in Phil's deposition.
2     And it is very difficult. It's Gulf38, Exhibit 19.
3      MR. MILLER: I have an extra copy here. I
4     just need that back.
5      MR. PENOT: If you would give that to the
6     witness, please.
7      MR. WEINSTOCK: You said Phil's deposition; it
8     was actually the 30(b)(6) of Gulf Stream Coach.
9      MR. PENOT: Correct. I stand corrected.
10 Q Do you recognize this document? This is some sort
11    of a purchasing log or supply log that your company
12    keeps?
13 A Yes, I've seen these before.
14 Q And it's kept by the purchasing people. Is that
15    correct?
16 A Yes.
17 Q Okay. And if you look at the lower right-hand
18    corner, I know the print's very small, but it just
19    looks like it dates from March.
20 A March 30th, 2006.
21 Q The frame suppliers at that point in time were
22    Venture, M-Tec and Lippert. Is that right?
23 A Yes.
24 Q And do you know who they were in 2004?
25 A You know, I'm not sure of that.