# Exhibit C

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Scott Pullin*
*June 2, 2009*

---

Original File SCOTT PULLIN.txt
Min-U-Script® with Word Index

## Page 69

1  Q Okay. You would have some sort of staff from Gulf
2    Stream who would have that information, though.
3    Somebody within the company would know.
4  A I don't know that for sure, no.
5  Q Just so I understand, when trailers are being
6    deployed, whether directly from Gulf Stream or via
7    dealers, Gulf Stream usually has people on the
8    ground where they're being deployed or not?
9  A In -- I believe in Andrew they were, I'm not sure
10   about West Virginia, and there were obviously in
11   Baton Rouge and Mississippi.
12 Q Okay. So there would have been Gulf Stream people
13   in Florida when the trailers were being used?
14 A I would think so, yes.
15 Q Do you know who those people would be?
16 A The one that I'm thinking of is a former
17   maintenance man that used to do some road trips for
18   me.
19 Q What's his name?
20 A Rex Heckaman.
21 Q Where does he live?
22 A North of Nappanee.
23 Q But he doesn't work for the company anymore?
24 A No, unfortunately.
25 Q Why do you say that?

## Page 70

1  A Well, he's a good man.
2  Q Did he quit?
3  A No. The economic times, we did some belt
4    tightening, and Rex is a hard worker, and he found
5    another job.
6  Q Okay. Were you involved in the design of the
7    particular model of trailer that was provided to
8    FEMA?
9  A No.
10 Q Do you know who the individuals would be that were
11   involved in that particular design?
12 A Not with certainty, no.
13 Q Can you give me some potentials, people that I
14   could ask the Gulf Stream lawyers about?
15 A That are still with the firm, I would have to --
16   just one name comes to my mind, and that would be
17   Eddie Abbott.
18 Q Okay. Is that particular design -- and
19   specifically I'm talking about the systems used,
20   the floor plan, ventilation, that sort of thing.
21   Is that a design that's been used for quite a
22   while?
23 A With some minor modifications.
24 Q How long has that design been used?
25 A On the two referenced disasters that I can recall,

## Page 71

1    Andrew and Louisiana, to an extent. There was a
2    bathroom move, I think a tub and a stool relocation
3    in one. I don't know if that was the Florida unit.
4    I believe the Florida units had the configuration
5    of the bathtub and stool a little differently.
6  Q And perhaps Mr. Abbott would know more about that?
7  A Yes.
8  Q Okay. You knew I was going to come back to this
9    testing, I'm sure; right? Let's talk about it.
10       You tested both occupied and unoccupied units;
11   is that right?
12 A I did.
13 Q Okay. You tested the occupied units first or the
14   unoccupied units first?
15 A Memory serves me, it was occupied.
16 Q Okay. Because I have in my hand here Exhibit 1 to
17   Burl's deposition, Burl Keel, a document -- let me
18   just show it to you. Keel Exhibit 1, do you
19   recognize that?
20 A Yes.
21 Q Who created it?
22 A Through my direction, my administrative assistant
23   at the time.
24 Q And where did the information come from to create
25   that document?

## Page 72

1  A Just from my handwritten notes of what I observed
2    or what I did when I was down doing the screenings.
3  Q Okay. Would you agree with me that you -- your
4    opinion as to the validity of your screenings
5    changed once you talked to Dan Shea?
6  A Not necessarily changed. I don't know that I had
7    the background to understand what we were getting.
8  Q Okay. But at least until you talked to Dan Shea,
9    you thought you had done everything to the letter
10   and correct?
11 A Well, I always try to, yes.
12 Q But listen to what I said. Before you talked to
13   Dan Shea, you thought you had done everything to
14   the letter and correct; isn't that right?
15 A Sure.
16 Q Okay. And then after you talked to Dan Shea, then
17   he raised some doubts in your mind?
18 A Yes.
19 Q Okay. Let me see that, please. Looking at the
20   testing of occupied units, it says "Record Date" or
21   "Record Date." What does that mean?
22 A That was the date that the screening was taken.
23 Q This says April 22, 2006. So Record Date would be
24   the date of the screening?
25 A Yes.

Page 221

1  Q And to your knowledge, is there some existing
2     documentation of that, of what specifications Gulf
3     Stream provided and whatever responses came back
4     from engineering of the manufacturers?
5  A Not having gone through any engineering prints to
6     prepare for today, I don't know if there was any
7     correspondence, but there would be an actual frame
8     print, a dimensional frame print and specifications
9     as far as axles and axle center locations.
10 Q The frames that were being used in 2004 -- and if
11    there's any difference between 2004 and 2005, '06,
12    I'd appreciate if you'd let me know. I don't know
13    that there are, but in particular for -- and
14    particularly for the FEMA travel trailers.
15 A Yes.
16 Q This one case we're going to trial on immediately
17    was produced and manufactured in December '04.
18 A Yes.
19 Q But we're interested in that whole period, '04,
20    '05, '06 also. The frames during that period, did
21    the specifications include -- did they provide for,
22    in the sense, some flexibility in the frame?
23 A Oh, sure. It's like an airplane wing. It couldn't
24    be built rigid or it would break. It has to have
25    some flex. You asked me and I'll just provide this

Page 222

1     to you so you don't forget it, but the only
2     differences that I know of on those frames between
3     '04 and '06 that we -- because of the volume of
4     trying to get deliveries to Louisiana, we made some
5     adjustments to the frame to include rail-ready so
6     that there were tie-down provisions on a railcar.
7  Q Right. And that's most of what I do want to go
8     through in a little bit of detail.
9  A Okay.
10 Q So I'll get there. In the manufacturing process --
11    I forgot to ask Mr. Keel this. He described to
12    me -- I learned today what a frame flipper is.
13       But either in that process of flipping the
14    frame or in any process, part of the manufacturing
15    process, are the frames flexed? Is there any kind
16    of handling or process involved in manufacture that
17    would cause the frame to flex somewhat?
18 A Again, they're not rigid. They would come off a
19    weldment fixture at the fabricator and be hoisted
20    or lifted off. When we bring them in, we have them
21    to get to rotation so we can put the underbelly and
22    gas line and things on. So they're put into a
23    rotating fixture, which is your frame flipper.
24    There's a certain amount of flexing that goes on.
25    Once the axles are installed and the tires are

Page 223

1     installed and the frame is set off on the floor to
2     be ready for the next production phase, it will
3     have some flexibility in it.
4        MR. PENOT: We're up to Pullin...
5        MR. WEINSTOCK: 18.
6        MR. PENOT: Sorry, guys, I don't have extra
7     copies the way you did, Henry.
8        MR. MILLER: That's okay. You just don't get
9     to use them.
10 Q I'm going to give eventually to you, Mr. Pullin,
11    through your counsel there, a copy of a document
12    that I think he's going to help me to mark as
13    Pullin --
14       MR. WEINSTOCK: I am going to help you mark,
15    and I want to let you ask all your questions and
16    how you want to approach it. I'm guessing this is
17    about to go over into the 30(b)(6) kind of stuff
18    you want to ask about, but maybe not. I'm just
19    thinking how confusing it's going to be.
20       I guess ask him any questions. I mean, why
21    don't we say he's answering them personally, but if
22    you want a company answer, let him know that,
23    because otherwise, unless you want to just
24    segregate a specific portion of the deposition for
25    that, it's going to just be a mess.

Page 224

1        MR. PENOT: Let me see that category again.
2        MR. WEINSTOCK: I can read it to you.
3     "Whether it is permissible or appropriate (by Gulf
4     Stream's standards) to 'jack' the subject trailer
5     or place the subject trailer on blocks, or install
6     the subject trailer for permanent use and, if so,
7     whether Gulf Stream has created any specifications
8     or suggested or recommended procedures for doing
9     so," which I think you've already --
10       MR. PENOT: I think that's pretty much what
11    I've already covered.
12       MR. WEINSTOCK: Fair enough.
13       MR. PENOT: Most of this actually deals with
14    the development of the rail-ready frame.
15 QUESTIONS BY MR. PENOT:
16 Q So if -- Pullin 18 is marked GULF0000756. Do you
17    recognize that drawing? Had you ever seen it
18    before?
19 A I have not seen it before, but the names that are
20    on there, I would anticipate who generated it, yes.
21 Q Who generated it?
22 A This would have been the towables engineer that I
23    mentioned earlier. His name is Eddie Abbott.
24 Q And was he more or less a project manager or sort
25    of headed up this project of developing the

### Page 225

1  rail-ready design?
2  A I think he played an instrumental part in it, yes.
3  Q Why -- he says, "I'm thinking of 4 tabs on the FEMA
4  units."
5     Do you see that?
6  A Yes.
7  Q Do you know if that happened?
8  A I don't think this is the way they ultimately came
9  out.
10 Q Okay. Well, then we can put that aside.
11    THE VIDEOGRAPHER: Mr. Penot, do you mind if
12 we take a pause to go to another tape?
13    MR. PENOT: Sure.
14    THE VIDEOGRAPHER: At 16:34:59 we are now
15 going to Tape No. 6.
16    (At this time a short break in the proceedings
17 was had.)
18    THE VIDEOGRAPHER: We are now back on our
19 video record at 16:36:43, commencing with Tape 6.
20 Q Mr. Pullin, you now have in front of you, I hope,
21 an exhibit marked Dan Shea 27, and that's got a
22 Bates number GULF0000758. Do you recognize that
23 drawing?
24 A I don't personally know that I've looked at this
25 before, but I would recognize this drawing as being

### Page 226

1  a FEMA trailer frame, yes.
2  Q Could you show me what you're looking at.
3  A (Witness complies.)
4  Q Okay. And is this the rail-ready design?
5  A Yes, sir.
6  Q As it ultimately was used in, what, 2005, was it?
7  A Yes. I believe it was '05.
8  Q Did it go through a variety of -- I don't know what
9  the word would be -- stages, like maybe you had
10 used one kind of design particularly of -- well,
11 let me back up and approach it this way: Why don't
12 we go through the various parts that are marked on
13 Exhibit 27.
14    Part A -- well, first of all, the picture
15 reflects the FEMA-type travel trailer loaded on a
16 railcar; is that right?
17 A Presumably it's a railcar, yes.
18 Q And the part marked A is called "metal support
19 legs, 4 required." What was the function of the
20 metal support legs?
21 A This is my own opinion, and I have not discussed
22 this with the engineering staff or the responding
23 manufacturer of the frame.
24    But you would want to stabilize the box and
25 the frame on the railcar and take it off of its

### Page 227

1  natural suspension so that it's not bouncing down
2  the rail track on its tires and springs and
3  suspension. So the A brackets would stabilize the
4  trailer frame, the main rails on the frame.
5  Q Okay. So let me see if I understood what you told
6  me. Although this picture on Exhibit 27 reflects
7  the tires touching or on the railcar, whatever
8  that's depicted there on Exhibit 27, the load of
9  the frame and, as you call it, the box is sitting
10 on these four metal support legs. You've taken the
11 load off of the tires.
12 A No. I don't believe that it's been elevated. I
13 think that what it's done is taken the active
14 suspension out of it. The weight is still being
15 carried by the axles and tires, but it's stabilized
16 by these additional legs.
17 Q Okay. Are those legs adjustable, the height of
18 them?
19 A I don't know enough about this drawing, sir, to
20 say. I would say by the drawing at this point it
21 doesn't -- that dimension was established and they
22 made them all one length.
23 Q Okay. Part C are the -- well, no. Let's see, B, I
24 skipped over B. B is a 3/16-by-6-inch U-channel
25 for lifting. What is that and what function did it

### Page 228

1  serve in the rail-ready design?
2  A I never was able to witness the railcars being
3  loaded in Elkhart. I understand that they were
4  loaded with a very large crane, and these may have
5  been -- and it's all speculation. You're asking my
6  opinion. It's a positioning device so they knew
7  where the balance point was on the frame.
8  Q Okay. You say you never witnessed the lifting and
9  loading process. Who did?
10 A I don't know with the rail yard employees who
11 facilitated that out there. I just never had a
12 chance to get up and observe it.
13 Q Was it Eddie Abbott, though, who was pretty active
14 in developing this?
15 A Yes, sir.
16 Q So he would have been --
17 A I would have thought that -- I'm not saying that he
18 did, but I would have great anticipation that Eddie
19 would have monitored the results of their
20 development, yes.
21 Q I understand you said you never witnessed it, and
22 you can tell me if you don't know the answer to
23 this. But do you know what other support the
24 trailers had as they were lifted by this crane
25 other than wherever the crane attached, or possibly