# Exhibit

# D

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Daniel Shea*
*June 1, 2009*

---

*Original File DANIEL SHEA.txt*
*Min-U-Script® with Word Index*

1  formaldehyde exposure? Was that at some point a
2  position of Gulf Stream's?
3  A Not -- not to my knowledge.
4  Q But certainly you never told the Government that's
5  what these residents should be doing.
6  A Not -- not to my knowledge.
7  Q And you don't know right now whether that has any
8  effect on formaldehyde exposure or not, do you?
9  A I do not.
10 Q And finally, let's look at Exhibit 33.
11      (Plaintiffs' Exhibit 33 was marked for
12  identification.)
13 Q Now, you told me certainly by July of 2007, Gulf
14  Stream was well aware that some of its products
15  that were used in some of these trailers that were
16  sold to the Government, that some of the products
17  were not LFE. Right? Or could have not been LFE,
18  I think is what you said.
19 A Yes.
20 Q And by July of 2007, that number had creeped up to
21  15 percent. Isn't that true?
22 A By July of 2007, yes, approximately 15 percent.
23 Q And that 15 percent number doesn't even include the
24  two-thirds of the products that you bought from
25  Samling or Weyerhaeuser, does it?

1  A No. I don't think we knew about that in July of
2  2007.
3  Q Now, you sat here when your brother told me that it
4  was absolutely imperative that your company be
5  truthful to the press. You remember that?
6  A Yeah, I do believe I remember that.
7  Q Look at Exhibit 33, Gulf Stream 4580, from a fellow
8  by the name of Scott Lidy. Do you know who that
9  is?
10 A Scott Lidy?
11 Q Uh-huh. Or Steve Lidy.
12 A Steve Lidy. Yes, I know who that is.
13 Q Tell me who it is.
14 A He is a person in our -- that was in our marketing
15  department.
16 Q Okay. He sent you an e-mail on July 19, 2007. Do
17  you remember receiving that e-mail?
18      MR. WEINSTOCK: July 19th?
19 A Okay. What's the question now?
20 Q Okay. Do you remember receiving that e-mail?
21 A You know, not specifically. And I really don't
22  remember this -- seeing this bottom -- I really
23  don't -- I remember receiving an occasional e-mail
24  from Steve Lidy at the time, but I don't remember
25  this specific one.

1  Q You say he's in marketing?
2  A Yes.
3  Q Marketing for Gulf Stream Coach?
4  A Yes.
5  Q Marketing in the towable division?
6  A Yes.
7  Q Did you tell him not to lie to the press?
8  A He normally wouldn't be involved in this.
9  Q You read his --
10 A I --
11 Q Go ahead.
12 A So --
13 Q When you read his e-mail, what he had told the
14  press, did you correct him or admonish him and tell
15  him to call them back and give them the truth, not
16  a lie?
17 A No, I just read it right now.
18 Q So you're saying that -- but I'm --
19 A I don't recall, and I'm not really familiar; you're
20  saying that the Madison Courier is the press?
21 Q That's a newspaper, yes, sir.
22 A Newspaper?
23 Q Yes.
24 A Okay.
25 Q Is it okay to lie to newspapers in Wisconsin but

1  not other places?
2      MR. WEINSTOCK: Object to the form of the
3  question. Argumentative.
4  A No, I don't -- I wouldn't know that this is a press
5  or not, but I don't recall that, and I don't recall
6  this communication, and I didn't have any
7  conversation with Steve Lidy regarding this
8  statement.
9  Q Okay. So had you received that -- I guess you're
10  saying that you never actually received that or
11  don't remember receiving it? Is that what you're
12  saying?
13 A I don't remember this specific e-mail and reading
14  this part down here about the Madison Courier or I
15  told her we were ahead of the curve part. I don't
16  really recall that.
17 Q But if you had of received that, you certainly
18  would have corrected him on the spot, would you
19  not?
20 A "I told her" -- I'm not exactly sure what he's
21  responding to. "I told her we are ahead of the
22  curve, that for years we had been using LF building
23  products that meet and exceeded the manufactured
24  housing standards."
25      I'm not really certain of the time frame or

Page 1 of 1

## Unknown

From:    Steve Lidy [slidy@gulfstreamcoach.com]
Sent:    Thursday, July 19, 2007 10:01 AM
To:      'Dan Shea'
Subject: Formaldehyde Calls

Dan
Is something going down?
For months there have been no calls about FEMA of any kind.

1 concerned customer last week looking to buy a FEMA trailer (wanted to know how to get the smell out) I told her to open the door and windows run the AC then I forwarded to John Smith for any further recommendations.

Today I have had 2 calls about formaldehyde levels in our trailers

1
From Donald Hams -- message was his customer is wondering what the level of formaldehyde is in our trailers
I have not called him back

2
Laura Halleman -- Madison Courier -- Wanted to know what steps we have taken to fix the FEMA formaldehyde problem.
I told her we are ahead of the curve, that for years we have been using LF building products to meet & exceed the manufactured housing standards.
She got snippy at me saying that our trailers are showing high levels.
I asked her to be sure they are our trailers since there are trailers from many manufacturers in that region and then I referred her back to FEMA for any further questions and answers

Steve



Pl's Ex _33_
Witness _D. Shea_
Date _6 1 /09_ PEM

Confidential

Gulf0004580

**Dan Shea**

| | |
|---|---|
| **From:** | ██████@porternovelli.com |
| **Sent:** | Friday, April 28, 2006 8:41 AM |
| **To:** | ██████@gulfstreamcoach.com; ██████@fairmonthomes.com; ██████@mayerbrownrowe.com; ██████@mayerbrownrowe.com; ██████@porternovelli.com |
| **Cc:** | Steve Lidy |
| **Subject:** | Final Statement for CNN on Gulf Stream Stationery |
| | |
| **Attachments:** | Statement.pdf |



Statement.pdf (1
MB)

We will provide this to CNN today.

Mike Heimowitz
Senior Vice President
Porter Novelli
1909 K Street, NW, Suite 400
Washington, DC  20006
P: 202.████
F: 202.████
C: 202.████
██████@porternovelli.com
www.porternovelli.com

Porter Novelli
Many Minds. Singular Results.


(See attached file: Statement.pdf)

----------------------------------------------------------------------
This email is intended only for the person or entity to which it is addressed and may
contain information that is privileged, confidential or otherwise protected from
disclosure.
Dissemination, distribution or copying of this e-mail or the information herein by anyone
other than the intended recipient, or an employee or agent responsible for delivering the
message to the intended recipient, is prohibited. If you have received this e-mail in
error or would like not to receive future emails from Porter Novelli, please immediately
notify us by forwarding this email to PostMaster@PorterNovelli.com.

1



P.O. Box 1005 • Nappanee, IN 46550 • (574) 773-7761 • Fax (574) 773-5761

## STATEMENT

April 27, 2006

As a leading manufacturer and supplier of travel trailers, Gulf Stream has sold thousands of recreational vehicles to full time RV residents. We are not aware of any complaints of illness from our many customers of Cavalier travel trailers over the years, including travel trailers provided under our contracts with FEMA.

Built with the same materials commonly found in the marketplace and used to construct other types of housing, our trailers are safe, reliable and high quality products. As such, they are the only trailers railroad approved to be moved under the rigors of rail transport. Although not required for travel trailers, our company goes the extra step to specify low formaldehyde emission building materials from our suppliers.

In a travel trailer, or any new home, especially under closed and/or stored conditions, formaldehyde from a variety of common building products may be present. Trace levels of formaldehyde are also released from smoking, cooking and the use of numerous household and consumer products. However, formaldehyde levels quickly dissipate when the space is ventilated under normal occupancy conditions by simply opening windows, vents or doors. The normal use of exhaust fans and air conditioners also reduces formaldehyde levels.

FEMA has purchased our travel trailers since Hurricane Andrew hit in 1992. For Hurricane Katrina, our employees and suppliers worked hand in hand to produce and deliver an unprecedented 50,000 travel trailers to the Gulf Coast. Our hearts go out to the victims of Katrina, and we are proud of our role in helping provide them with the emergency housing they so desperately needed.

GS 01489

GS(COGR) 01489