# **Exhibit**

# **F**

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Scott Pullin*

*June 2, 2009*

---

*Original File SCOTT PULLIN.txt*

*Min-U-Script® with Word Index*

1  legal pad, and this is what this is.
2  Q And so you were aware at some point in time of
3  Miss Rolland's complaint?
4  A I was.  But I can't recall if I personally talked
5  to her or not.
6  Q If you'd go back to Exhibit 10B.
7  A Okay.
8  Q And I will represent to you this is the first
9  document that I've seen that indicates a complaint
10  of an odor-type concern in the records that Gulf
11  Stream Coach provided to the United States.
12     The second paragraph says, "With regards to
13  the second call, airing out the unit and leaving
14  the a/c run should clear up the 'new' smell until
15  the occupant gets into the unit and starts using it
16  on a regular basis.  The temperatures are starting
17  to elevate down there and will impact the amount of
18  'new' smell in a closed up trailer."
19     And that's what you wrote to Mr. Bruhn; is
20  that correct?
21  A That's correct.
22  Q And as you look at the complaint from Miss Rolland,
23  March 10, 2006 -- she indicated that she had some
24  strong odors, burning eyes -- that would be
25  consistent with what you would recommend to her?

1  A Yes.
2  Q And, in fact, isn't it true that what was
3  recommended to FEMA ultimately by Gulf Stream Coach
4  was that you should tell the occupants to vent out
5  the units, open the windows, run the air
6  conditioning if they had these type of concerns?
7  A I was not privy to that direct call from Dan to
8  FEMA, but, yes, that's the direction I think would
9  have been provided.
10  Q That's what you believe would have been an
11  appropriate course of conduct; right?
12  A Yes.
13  Q And, in fact, that's what you were advising here to
14  Mr. Bruhn?
15  A Yes.
16  Q Let me hand you another document, which is Bates
17  stamped GULF0002497.  It will be marked Pullin
18  Exhibit 12.  It's a one-page document.  It's also a
19  Daily FEMA Phone Log, Name:  John Bruhn, and it's
20  dated May 19, 2006.
21  A Yes.
22  Q Now, it says "Daily FEMA Phone Log."  This is not a
23  form that FEMA created, is it?
24  A No, sir.
25  Q It's basically saying "Daily FEMA Phone Log"

1  because it's referring to the FEMA trailers, the
2  trailers that you provided to FEMA?
3  A Any incoming complaint regarding a FEMA trailer was
4  captured on this form by John Bruhn or Mike Ward,
5  the customer service representative.
6  Q And again, someone is complaining about what she
7  believes is formaldehyde in the unit; is that
8  right?
9  A That's what it appears to say, yes.
10  Q And then she says, "She mentioned calling FEMA and
11  they gave her the Gulf Stream phone number.  I
12  asked why do you think it's formaldehyde problem?
13  She heard about it on TV and in the newspapers."
14  A That's correct.
15  Q And would Gulf Stream Coach have then responded to
16  this complaint?
17  A I'm trying to think of -- she's over in
18  Mississippi.  Yes.  I would -- I don't have the
19  contact, but I have a note up here that it was a
20  Forest River.  And it appeared -- again, I hate to
21  use the word "appears," but I would have made a
22  note on here when I called that it's a Forest River
23  unit and she needed to contact Forest River.
24  Q I'm going to hand you the next document, which will
25  be Pullin No. 13.  And this is Bates stamped

1  GULF0002494, and it appears to be an e-mail from a
2  John Smith to Dan Shea, Phil Sarvari, and yourself,
3  and it's dated Tuesday, May 23, 2006.
4  First of all, do you know someone named John
5  Smith?
6  A I do.
7  Q Who is he?
8  A He is the director of customer service for our
9  towables division in Nappanee.
10  Q And do you recall receiving this e-mail, Pullin
11  No. 13?
12  A I do.
13  Q And this was referring to you and others another
14  complaint that came in; is that right?
15  A Yes.
16  Q And you received this from -- how did you receive
17  this?
18  A Appears to be John Smith.
19  Q Okay.  John Smith received this, but how did it get
20  forwarded to you?  That's what I was trying to
21  figure out here.
22     MS. GANIERE: It says two.  There's three
23  names.
24     MR. MILLER: Oh, I got it.  I'm sorry.  Thank
25  you.  I'm a little bit slow at times also.

Daily FEMA Phone Log

Name:    John Bruhn

Date:         5-19-2006

Who    Geertrude Toomey      503 Jeff Davis Ave.
Waveland, MS 39576

With    Retail

FEMA Contractor                          Unit #   Bar Code 1200759

Phone # 228-216-0274

Issues discussed    Retail called mentioned she has been sick for sometime. Thinks it's
from the formaldehyde in the FEMA unit.  I asked how long have you been living in
unit? Since Oct. 30, 2005.
She mentioned calling FEMA and they gave her the Gulf Stream phone number. I asked
why do you think it's a formaldehyde problem? She heard about it on TV and in the
newspapers.

Resolution    I explained G/S will contact her concerning her complaint.

GULF0002497

**CONFIDENTIAL**

#4

Name: *Wayne Benjamin*   Date: *5-10-06*

Address: *3563 DeFaris Blvd*   *Contacted 5-12-06*

*Near City Park*

Telephone Number: *504-343-2129*

Cavaller Trailer?  (Yes)    No

Bar Code Number:

Vin Number: *57-19280*

Date Occupied: *5.06 - Unit Set in March.*

Date Odor first noticed: *Just opened unit up.*

Number of occupants in trailer: *1*

Number of occupants in trailer that smoke?

When do you notice the Odor the most?    Day    Night    Hi Temp    Lo Temp

Are there certain times of the day when the Odor is more noticable?    AM    PM

Do you close up the trailer while you are away?   (Yes)   No

Do you leave any windows, vents, screen dorr, range vent, bath vent open when you leave?   (No)

Are there any pets in the Trailer?    Yes    No    #

How is trailer being used?    Full Time    Weekends only   (Other)

With Air Conditioner on?    Yes    No

How many hours per day does the air conditioner run?

Any windows left open normally when you leave?    Yes    (No)

What combination of windows, vents, screen door, range vent, bath vent are open normally?

Do you use the range fan to exhaust cooking odors?    Do you normally cook in the trailer?    Yes    No
     (Leaving range fan on will assist in changing air in trailer)

Do you use the power bath vent?    Yes    No
     (Leaving the powered bath vent on will assist in changing the air in the trailer)

Is the Odor better now or worse since you occupied the trailer?   (Better)   Worse    About the same

**Explain Break in period, 60/90 days. Advantages of Ventilating the trailer properly, (wnds,bath vent, range vent ( make sure outside vent flapper is unlocked.)**
**Explain the importance of ventalating the trailer and not leaving closed up until the break in period is reahed. (This period can be shortend by washing walls down with soap and water.**

Notes: ( use back of page for additonal notes.)

*Sent Burl K. to inspect w/ occupant on Sat*
*Explained venting - Opened unit up - much better.*
*Occupant Refused offer to install ceiling fan -*

GULF0002498

**CONFIDENTIAL**

Daily FEMA Phone Log

Name:  John Bruhn

Date:          5-10-2006

Who    Wayne Benjamin

With    Retail

FEMA Contractor                              Unit #  57-19280

Phone #   504-343-2129

Issues discussed    Odor in unit, Placed on his lot March 2. Just now opened up.

Resolution    Open up and air out min. 3 hours, run A/C for 2 days, call G/S late Friday
or Monday AM.

*Hasn't been back since last opened up*
*hasn't been back.*

*Mid Morning —*
*3563 De FAIX BLVD.*
*Near City Park in Bayou*

GULF0002499

**CONFIDENTIAL**

## Daily FEMA Phone Log

**Name:**   **John Bruhn**

**Date:**   8-10-2006

Who   Jorge Luarina for his 87 Year old Aunt.

With   Retail

FEMA Contractor                              Unit #  51-84654

Phone # 985-308-0274

Issues discussed   Strong odor, eyes burn. Has had unit 3 months and his Aunt can't stay in unit. I asked, where does she live?  In my house, the unit is located in my yard. Jorge then advised only had 2 months not three.

Unit location:  119 Live Oaks Lane
                       Luling, LA

**Resolution**

— Run A/C for 48 hours, leave roof vent open 2'' and run fan.

*All Windows - fans + ground up coffee beans - set out on table .*

GULF0002500

**CONFIDENTIAL**

Daily FEMA Phone Log

**Name:**    John Bruhn

**Date:**      7-25-2006

**Who**    Mr. William Lecke
4424 Court Land Drive
Metairie, LA

**With**    Retail

**FEMA Contractor**               **Unit #**   76-01545

**Phone #**   504-456-0097

**Issues discussed**    Retail called mentioned gets headaches when sleeping in unit. Unit brought out to site in Feb, March or April per Mr. Lecke. He only sleeps and eats breakfast in unit. Has left windows open for weeks, and A/C running this summer. Talked about formaldehyde and mentioned when FEMA inspectors came out they talked about it. He said FEMA phoned him, but as I asked questions he started backing off. He again mentioned formaldehyde and I asked why he thinks that. He mentioned walking into fabric shops and smelling the same thing. His eyes burned and shop employee told him it was formaldehyde.
He mentioned headaches since moving in unit and thinks problem is with the insulation.

**Resolution**     I explained someone will contact him, but advised to run A/C and leave bath vent open 1"

*Picked up trailer — back in house.*
*drop feet, headaches, when sleeping in trl.*

GULF0002501

**CONFIDENTIAL**

Odor so bad — inspectors got out of eyes.

6 months —
Never used heater in unit
opened Windows doors — except when rain —

Used A/C only in hot part
Windows open all day.

Must have Ventilated in order be able

Neighbor's trailer didn't bother him
in place 2 months before his — Neighbor
never bothered from day one.

GULF0002502

CONFIDENTIAL

Wade Breaux
3221 Sundown
Jefferson, LA
70121
504-723-0012

Brigette Rolland.
Mar 10
5450459
-504-461-0169
Dec. del.
Odor comes & goes -
even after airing out
No alarms.

GULF0002503

CONFIDENTIAL

Wade

Everyday open —

Vent everyday —

fans.

W/ AC on OK - & Windows

Occupied Feb 1st.

3112 Sundown - Shrewsbury Ct.

Jefferson,

3 rental units in Storage

GULF0002504

**CONFIDENTIAL**

## Daily FEMA Phone Log

**Name:**    <u>John Bruhn</u>

**Date:**    3-10-2006

**Who**    Brigitte Rolland

**With**    Retail

**FEMA Contractor**            **Unit #**   54-50459

**Phone #**   504-461-0169

**Issues discussed**    Retail as strong odor, burns eyes. Unit delivered in December but only until now need to live in. I asked is it sewer gas? No. Is it LP Gas odor and has any of the detector alarms sounded? No. I asked since Dec. have you opened windows, run the A/C to air out? Yes. The odor comes and goes; One day will have and next will not.

**Resolution**     I directed her to the Disaster Recovery Center in Metairie. She did not have a FEMA service phone number to call.

GULF0002505

**CONFIDENTIAL**

**Dan Shea**

| | |
|---|---|
| From: | Scott Pullin [service@gulfstreamcoach.com] |
| Sent: | Friday, March 10, 2006 1:44 PM |
| To: | John Bruhn |
| Cc: | jsmith@gulfstreamcoach.com; Dan Shea; Phil Sarvari |
| Subject: | RE: Daily FEMA Calls |

John,
The water heaters have been somewhat temperamental. The wire harness that connects to the control board (accessible from the exterior water heater door) may just need to be disconnected and reconnected to resolve the problem. We witnessed poor contacts at the push pin connectors at this wire harness connection to the control boards also. Dirty or wet boards where the harness attaches may also affect the unit in not starting. There have also been several circuit boards changed out to correct the non light condition.

With regards to the second call, airing out the unit and leaving the a/c run should clear up the "New" smell until the occupant actually gets into the unit and starts using it on a regular basis. The temperatures are starting to elevate down there and will impact the amount of "new" smell in a closed up trailer.

-----Original Message-----
From: John Smith [mailto:jsmith@gulfstreamcoach.com]
Sent: Friday, March 10, 2006 1:57 PM
To: Dan Shea; Phil Sarvari; Scott Pullin
Subject: FW: Daily FEMA Calls

-----Original Message-----
From: John Bruhn [mailto:jbruhn@gulfstreamcoach.com]
Sent: Friday, March 10, 2006 1:35 PM
To: Mike Ward; John Smith
Subject: Daily FEMA Calls

Daily FEMA calls for 3-10-2006. See attachments

1


Plf's Ex 10b
Witness Pullin
Date 6/2/09 MWC

**CONFIDENTIAL**

GULF0003057