# Exhibit G

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Scott Pullin*
*June 2, 2009*

*Original File SCOTT PULLIN.txt*
*Min-U-Script® with Word Index*

### Page 181

1  legal pad, and this is what this is.
2  Q And so you were aware at some point in time of
3     Miss Rolland's complaint?
4  A I was. But I can't recall if I personally talked
5     to her or not.
6  Q If you'd go back to Exhibit 10B.
7  A Okay.
8  Q And I will represent to you this is the first
9     document that I've seen that indicates a complaint
10    of an odor-type concern in the records that Gulf
11    Stream Coach provided to the United States.
12       The second paragraph says, "With regards to
13    the second call, airing out the unit and leaving
14    the a/c run should clear up the 'new' smell until
15    the occupant gets into the unit and starts using it
16    on a regular basis. The temperatures are starting
17    to elevate down there and will impact the amount of
18    'new' smell in a closed up trailer."
19       And that's what you wrote to Mr. Bruhn; is
20    that correct?
21 A That's correct.
22 Q And as you look at the complaint from Miss Rolland,
23    March 10, 2006 -- she indicated that she had some
24    strong odors, burning eyes -- that would be
25    consistent with what you would recommend to her?

### Page 182

1  A Yes.
2  Q And, in fact, isn't it true that what was
3     recommended to FEMA ultimately by Gulf Stream Coach
4     was that you should tell the occupants to vent out
5     the units, open the windows, run the air
6     conditioning if they had these type of concerns?
7  A I was not privy to that direct call from Dan to
8     FEMA, but, yes, that's the direction I think would
9     have been provided.
10 Q That's what you believe would have been an
11    appropriate course of conduct; right?
12 A Yes.
13 Q And, in fact, that's what you were advising here to
14    Mr. Bruhn?
15 A Yes.
16 Q Let me hand you another document, which is Bates
17    stamped GULF0002497. It will be marked Pullin
18    Exhibit 12. It's a one-page document. It's also a
19    Daily FEMA Phone Log, Name: John Bruhn, and it's
20    dated May 19, 2006.
21 A Yes.
22 Q Now, it says "Daily FEMA Phone Log." This is not a
23    form that FEMA created, is it?
24 A No, sir.
25 Q It's basically saying "Daily FEMA Phone Log"

### Page 183

1     because it's referring to the FEMA trailers, the
2     trailers that you provided to FEMA?
3  A Any incoming complaint regarding a FEMA trailer was
4     captured on this form by John Bruhn or Mike Ward,
5     the customer service representative.
6  Q And again, someone is complaining about what she
7     believes is formaldehyde in the unit; is that
8     right?
9  A That's what it appears to say, yes.
10 Q And then she says, "She mentioned calling FEMA and
11    they gave her the Gulf Stream phone number. I
12    asked why do you think it's formaldehyde problem?
13    She heard about it on TV and in the newspapers."
14 A That's correct.
15 Q And would Gulf Stream Coach have then responded to
16    this complaint?
17 A I'm trying to think of -- she's over in
18    Mississippi. Yes. I would -- I don't have the
19    contact, but I have a note up here that it was a
20    Forest River. And it appeared -- again, I hate to
21    use the word "appears," but I would have made a
22    note on here when I called that it's a Forest River
23    unit and she needed to contact Forest River.
24 Q I'm going to hand you the next document, which will
25    be Pullin No. 13. And this is Bates stamped

### Page 184

1     GULF0002494, and it appears to be an e-mail from a
2     John Smith to Dan Shea, Phil Sarvari, and yourself,
3     and it's dated Tuesday, May 23, 2006.
4        First of all, do you know someone named John
5     Smith?
6  A I do.
7  Q Who is he?
8  A He is the director of customer service for our
9     towables division in Nappanee.
10 Q And do you recall receiving this e-mail, Pullin
11    No. 13?
12 A I do.
13 Q And this was referring to you and others another
14    complaint that came in; is that right?
15 A Yes.
16 Q And you received this from -- how did you receive
17    this?
18 A Appears to be John Smith.
19 Q Okay. John Smith received this, but how did it get
20    forwarded to you? That's what I was trying to
21    figure out here.
22       MS. GANIERE: It says two. There's three
23    names.
24       MR. MILLER: Oh, I got it. I'm sorry. Thank
25    you. I'm a little bit slow at times also.

Scott Pullin

From: John Smith [jsmith@gulfstreamcoach.com]
Sent: Tuesday, May 23, 2006 8:21 AM
To: Dan Shea; Phil Sarvart; Scott Pullin
Subject: FW: Daily FEMA Calls

-----Original Message-----
From: Mike Ward [mailto:mward@gulfstreamcoach.com]
Sent: Monday, May 22, 2006 4:59 PM
To: John Smith
Subject: FW: Daily FEMA Calls

John

I received one FEMA call today

Ladies name was Michelle Vought calling on behalf of her mother. Has just gotten trailer (57-47212) and has what she thinks is a formaldehyde smell, eyes burning and so forth. Suggested to her to air out trailer, run A/C etc. might even try some baking soda or that type of thing to help absorb odor. We talked about trailer being closed up for a couple of months before it was delivered to her mother and it might take a few days to get it aired out properly. She told me she had a mobile home (FEMA) made by someone else. She had a similar issue when she first got it.

Her phone number is 225-665-9304

-----Original Message-----
From: John Bruhn [mailto:jbruhn@gulfstreamcoach.com]
Sent: Monday, May 22, 2006 4:44 PM
To: Mike Ward; John Smith
Subject: Daily FEMA Calls

No cals received today 5-22-2006

1


Plf's Ex 13
Witness Pullin
Date 6/2/09 MWC

CONFIDENTIAL

GULF0002494

**Dan Shea**

| | |
|---|---|
| From: | Scott Pullin [service@gulfstreamcoach.com] |
| Sent: | Tuesday, May 23, 2006 8:46 AM |
| To: | jsmith@gulfstreamcoach.com |
| Cc: | Phil Sarvari; Dan Shea |
| Subject: | RE: Daily FEMA Calls |

Sorry over looked that he had it in the text of message.

-----Original Message-----
From: John Smith [mailto:jsmith@gulfstreamcoach.com]
Sent: Tuesday, May 23, 2006 9:35 AM
To: service@gulfstreamcoach.com
Subject: RE: Daily FEMA Calls


Scott,

Mike said she read the serial number from paper work in the trailer.

John

-----Original Message-----
From: Scott Pullin [mailto:service@gulfstreamcoach.com]
Sent: Tuesday, May 23, 2006 8:37 AM
To: jsmith@gulfstreamcoach.com
Cc: Dan Shea; Phil Sarvari
Subject: RE: Daily FEMA Calls


Did you confirm the unit serial number or BC #?

-----Original Message-----
From: John Smith [mailto:jsmith@gulfstreamcoach.com]
Sent: Tuesday, May 23, 2006 8:21 AM
To: Dan Shea; Phil Sarvari; Scott Pullin
Subject: FW: Daily FEMA Calls



-----Original Message-----
From: Mike Ward [mailto:mward@gulfstreamcoach.com]
Sent: Monday, May 22, 2006 4:59 PM
To: John Smith
Subject: FW: Daily FEMA Calls


John

I received one FEMA call today

Ladies name was Michelle Vought calling on behalf of her mother. Has just gotten trailer (57-47212) and has what she thinks is a formaldehyde smell, eyes burning and so forth. Suggested to her to air out trailer, run A/C etc.
might even try some baking soda or that type of thing to help absorb odor.
We talked about trailer being closed up for a couple of months before it was delivered to her mother and it might take a few days to get it aired out properly. She told me she had a mobile home (FEMA) made by someone else. She had a similar issue when she first got it.

Her phone number is 225-665-9304

1

Confidential

Gulf0004651

-----Original Message-----
From: John Bruhn [mailto:jbruhn@gulfstreamcoach.com]
Sent: Monday, May 22, 2006 4:44 PM
To: Mike Ward; John Smith
Subject: Daily FEMA Calls

No cals received today 5-22-2006

2

Confidential

Gulf0004652