# Exhibit J

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*James F. Shea, Gulf Stream Coach 30(b)(6)*
*May 28, 2009*

---

1   scissor jack may result in these vehicle frame or
2   doorjamb damage.
3 Q Is there something particular about the scissor
4   jack that causes damage but some other jack would
5   not cause the same damage, or do you even know?
6 A Well, the scissor jack is located -- you know, I
7   don't know much about jacking travel trailers
8   really. I know that where you place a jack is
9   important. If you place it here, it could be a
10   problem; place it here and it's not a problem.
11   Jack up a car, you can do it wrong, specific areas
12   where you jack up a car.
13      So the nature of the jack, the placement of
14   the jack, there's all kinds of issues there. I
15   suppose someone could look at it technically and
16   determine jack placements and other things that
17   maybe not have the result of this scissor jack. I
18   don't know. I don't know for certain.
19 Q But certainly you would agree that if you don't
20   jack the trailer or install it properly, you could
21   damage the frame? That's pretty self-evident;
22   right?
23 A If you do what?
24 Q If you don't jack the trailer properly, you could
25   damage the frame?

1 A Yeah. You could use a jack improperly and damage
2   the frame, sure.
3 Q And go back to the pictures that I showed you from
4   the Alexander trailer, which is Exhibit what?
5 A Eight.
6 Q Improper jacking can cause the walls to crack or
7   the decorative hardwood paneling to come off; isn't
8   that right?
9 A It may.
10 Q How many trailers were provided for other storms
11   that were ultimately used for the Katrina disaster?
12 A I think only FEMA could give you that number.
13 Q There's no way for you to know?
14 A No. I can't think of any way that we could know.
15 Q But one thing you probably should know, of course,
16   is how many trailers FEMA purchased in 2004 in
17   response to Florida natural disasters. You know
18   that number, don't you?
19 A It was approximately 7,000.
20 Q 7,000?
21 A In 2004 that we produced.
22 Q The types of trailers that were produced in 2004 in
23   response to hurricanes in Florida, are they the
24   same types of trailers that one would purchase off
25   the lot, or are they specific FEMA trailers?

1 A There's a floor plan that commonly is used with
2   FEMA that would have been used with those trailers,
3   and there's certain specs that relate just to FEMA.
4 Q So these 7,000 trailers provided --
5 A I mean, those are the trailers that we provided to
6   dealers in answer to FEMA requirements, that we
7   built for them to answer FEMA requirements. There
8   is units that I understand were purchased of
9   various natures from our normal complement of
10   models that FEMA purchased and used for temporary
11   housing in Florida from that year.
12 Q Right. But there were also trailers specifically
13   manufactured for FEMA?
14 A Yeah. They were manufactured to a set of specs
15   that FEMA provided, that dealers provided to us and
16   we built to those specs.
17 Q And this particular trailer we're talking about
18   here, the one manufactured in December of '04 that
19   the Alexander family lived in, was a FEMA spec
20   trailer, was it not?
21 A Yes.
22 Q Okay. So --
23 A As I understand it, yes.
24 Q So on that particular trailer your company would
25   have been required to follow the FEMA

1   specifications?
2 A Correct.
3 Q Did your company follow the FEMA specifications on
4   that particular trailer?
5 A It's my belief that we did, yes.
6 Q And how do you know that?
7 A Well, we had a set of specifications that was
8   provided to us, and that's how we built the
9   particular type of trailers that the dealers bought
10   purposely to provide to FEMA.
11 Q How do you know? As you sit here, how do you know
12   that that particular trailer was actually
13   manufactured in conformance with the FEMA
14   specifications?
15 A Well, I would have to rely on our operations staff
16   and our QC staff. That's what I'd have to rely on.
17 Q Your quality control staff?
18 A Correct.
19 Q Who are they?
20 A We have quality control staff attached to each
21   plant and each production line. I don't recall who
22   they were in that plant at that time.
23 Q Okay. So you would rely upon the quality control
24   staff from Plant 57 that existed in December of
25   2004?

Page 117

1 A I would rely also on our production operations
2    management staff too.
3 Q Who were they?
4 A I just don't recall the plant manager at that time
5    on that particular production line.
6 Q Okay. Now, FEMA told you that you could provide --
7    or the specs make clear that you can provide
8    trailers that are of equal to or better quality
9    than specified; isn't that right?
10 A Correct.
11 Q In other words, the FEMA specs are a minimum
12    standard; isn't that true?
13 A That's correct. That verbiage is on the specs that
14    I've read.
15 Q The specs from August of 2004 make clear that there
16    won't be any holding tank, so you knew that these
17    trailers would be hooked up to sewage; isn't that
18    right?
19 A Correct.
20 Q The FEMA specs required trailers of a superior
21    grade and quality of workmanship; isn't that true?
22 A That's -- I recall that language.
23 Q What does that mean to you?
24 A That it's not inferior, it's superior.
25 Q What does that mean? I mean, those are words.

Page 118

1    Tell me what you think those words mean since you
2    were the individual or your company actually made
3    these trailers.
4 A Superior would be better than -- perhaps better
5    than, quote, some average consideration.
6 Q Better than average? Better than average, that's
7    what you think superior means?
8 A That's how I would construe the term.
9 Q And do you believe that the trailers that were
10    provided in late 2004, specifically the trailer
11    that the Alexander family was living in, was a
12    trailer of superior grade and quality of
13    workmanship?
14 A I believe that we -- those trailers conform to the
15    spec. That's my belief.
16 Q I didn't ask you that.
17 A Well, the spec includes the term "superior."
18 Q And you believe your trailer was superior?
19 A I think that our unit conformed to the spec. And
20    as far as I know, there was never any indication
21    but that FEMA thought that it did too.
22 Q Really?
23 A Yes.
24 Q And tell me why you say that.
25 A Because it's been expressed by FEMA that they were

Page 119

1    well pleased with our units.
2 Q Tell me when that was expressed to you.
3 A Well, I know that it was expressed to us,
4    documented to us at -- I've seen documents in 2006.
5 Q You mean before people started getting sick and
6    suing you --
7       MR. WEINSTOCK: Object to the form.
8 Q -- or after?
9 A I don't know when exactly that would relate, but in
10    terms of our performance with the trailers, we were
11    given a positive response by FEMA.
12 Q Have you gotten a positive response by FEMA since
13    FEMA was sued for formaldehyde exposure?
14 A I don't think that -- I think the documents that I
15    saw were probably before the suit by the lawyers.
16 Q Have you provided trailers to FEMA since 2005?
17 A Yes.
18 Q When?
19 A 2006.
20 Q For what?
21 A For hurricane relief.
22 Q Have you provided trailers since 2006?
23 A We've not provided trailers that I know of that
24    were used. If they bought something off a dealer's
25    lot, it's possible but...

Page 120

1 Q You're aware that FEMA has purchased trailers from
2    your competitors since 2006, aren't you?
3 A I am aware that they have purchased part models,
4    but I'm not aware that they've purchased travel
5    trailers. If they purchased travel trailers, it
6    would be something that would be relatively recent,
7    I think. But -- although they could have purchased
8    something off a dealers's lot for some use like
9    they have in the past and I wouldn't know about it.
10 Q You wouldn't be aware of it?
11 A I mean, no, I wouldn't.
12 Q Do you remember reading a memo in the '80s that
13    specifically dealt with formaldehyde exposure and
14    the conclusion that even very small exposures can
15    make people sick?
16       MR. WEINSTOCK: Object to the form of the
17    question.
18       But you can certainly answer.
19 A A memo in the '80s.
20 Q When you were the president of Friendship Homes and
21    you were the designate or the designee of Fairmont
22    to attend or participate in the manufactured
23    housing trade association, do you recall reading a
24    memo that specifically dealt with small levels of
25    exposure can cause sickness in residents?