# Exhibit K

Case 2:07-md-01873-KDE-MBN   Document 2047-12   Filed 07/02/09   Page 1 of 3

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*Philip S. Sarvari, Gulf Stream Coach 30(b)(6)*
*May 28, 2009*

---

*Original File PHILIP SARVARI.txt*
*Min-U-Script® with Word Index*

### Page 17

1  A That's all I can remember at this time.
2  Q That plant has closed down? Is that plant still in
3     operation?
4  A Plant 57?
5  Q That's what I'm asking about.
6  A We have Plant 57 in Etna Green, Indiana.
7  Q It was moved?
8  A Yes.
9  Q Okay. What -- was there actually a building there
10    in Nappanee, Indiana, where Plant 57 was in 2004?
11 A Yes, sir.
12 Q Was it like a big manufacturing facility?
13 A Yes. There was a manufacturing facility.
14 Q Okay. Large metal building?
15 A Metal and block.
16 Q Okay. All right. Those are all the departments
17    you can recall for 2004?
18 A Yes.
19 Q And what department would the individual who --
20    see, I've seen pictures of guys actually putting in
21    the decorative hardwood plywood, and I've seen
22    pictures of the guys putting in place the roof
23    underlayment and the guys putting in place the
24    subflooring. Are those three different
25    departments?

### Page 18

1  A I'm not certain.
2  Q What department would the guy who is putting in the
3     decorative hardwood plywood be in?
4  A I'm not certain.
5  Q I guess Mr. Cleland would be able to tell me that?
6  A Yes.
7  Q Where is Mr. Cleland now? Does he work at a
8     different plant?
9  A He works at our Plant 57.
10 Q That's just moved?
11 A Yes.
12 Q Okay. So this list, which is in answer to
13    Interrogatory No. 4, would be the people who were
14    working at that plant in December 2004?
15 A I believe so.
16 Q Are there any others?
17 A Not that I am aware of.
18 Q Okay. And who did Mr. Cleland report to? Who was
19    his immediate supervisor?
20 A At that time?
21 Q At that time.
22 A I don't know.
23 Q Well, who supervises the superintendents of the
24    various plants? Do you have some job title that --
25 A Today?

### Page 19

1  Q In 2004.
2  A It was really a collective effort.
3  Q So as far as your chain of command as it existed in
4     2004, there's no single person that Mr. Cleland
5     would report to; for instance, somebody who kind of
6     coordinates all the towable plants, or no?
7  A In 2004 I really don't recall. I could tell you
8     today.
9  Q Tell me today.
10 A I would do that today.
11 Q So today Mr. Cleland reports to you?
12 A No, sir.
13 Q Who does he report to?
14 A The superintendent at Plant 57.
15 Q So he's no longer a superintendent?
16 A No, sir.
17 Q Tell me why not.
18 A Because he wanted to change his position in our
19    company.
20 Q He wanted to be demoted?
21 A No. He wanted to do research and development.
22 Q What sort of research and development is he doing
23    now?
24 A Build new travel trailers.
25 Q Okay. So he wanted a new line of work but at the

### Page 20

1     same plant?
2  A That's a fair assumption.
3  Q Well, I can't assume anything. But you didn't tell
4     me there was a research and development department.
5     Is there one?
6  A Yes.
7  Q See, that's one I've got to add. I asked you about
8     all the departments and you left that one out.
9  A No. I didn't leave it out intentionally. I think
10    I said that's all I can recall.
11 Q I understand. I can tell you didn't do that on
12    purpose.
13 A Thank you for your confidence in me.
14 Q Okay. All right. So who is the current
15    superintendent of Plant 57?
16 A Bob Rayes.
17 Q Bob Rayes. It's not the same person as Melvin
18    Rayes?
19 A Yes, sir.
20 Q It is?
21 A That's the same person.
22 Q All right. So Melvin Rayes was promoted?
23 A Yes, sir.
24 Q What did he do before becoming the superintendent
25    of Plant 57?