# Exhibit M

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Daniel Shea*
*June 1, 2009*

*Original File DANIEL SHEA.txt*
*Min-U-Script® with Word Index*

**Page 25**

1  Q Okay. Now, I thought Jeff Zumbrun was the
2    purchasing guy for the entire company.
3  A He was. And he also handled the purchasing for
4    that plant, is my understanding.
5  Q Okay. So he was -- he was the purchasing manager
6    for the entire Gulf Stream towables?
7  A Gulf Stream towables.
8  Q But he was also the purchasing manager for Plant 57
9    back in December of '04.
10 A That's my recollection, correct.
11 Q What about the receiving department? Is there a
12   head receiver or a receiving manager?
13 A You know, there probably would have been a head
14   receiver.
15 Q Okay. Who was that in that time frame?
16 A You know, I'm not -- I don't recall that.
17 Q Was there someone in charge of quality control at
18   that particular plant?
19 A You know, I'm not sure who that person would have
20   been.
21 Q But was there somebody with that job title?
22 A Quality control? At that point, I believe there
23   was someone that would sign off the unit when it
24   was complete that it had -- whether that person's
25   job title was head quality inspector, what -- I'm

**Page 26**

1    not sure what that person's title was, but there
2    was a person that's responsible for signing the
3    unit off and saying, okay, we've done the proper
4    checks on this unit and this unit's okay to ship.
5  Q Seven thousand trailers in a four-month period in
6    four plants. Is that usual in your company, to be
7    able to build that many trailers in that short a
8    time frame?
9  A It was something that it would have been the first
10   time that we had done so many travel trailers in
11   that period of time.
12 Q So it was something that -- and obviously not as
13   much as you had to ramp up for the 2005 order. I
14   think that's common sense. Right?
15 A Correct.
16 Q But it certainly was a larger order than you had in
17   the past.
18 A Yeah, that's correct. Now, we didn't really get an
19   order for 7000 units. We had got some orders and
20   got some more orders and got some more orders and
21   continued to get more orders. It wasn't one big
22   order from a dealer, so we continued through and
23   we'd fill an order from a dealer and then he'd ask
24   for some more and some more and some more, so...
25 Q But you obviously were speaking back and forth

**Page 27**

1    between these particular dealers and knew there
2    were many trailers needed. There was a large --
3    FEMA needed a lot of trailers. I'm sure you were
4    speaking to your dealers.
5  A Yeah. I think people would have been familiar that
6    FEMA was -- of course, they were buying travel
7    trailers from other dealers and other manufacturers
8    at the time as well.
9  Q Right.
10 A But we were working to assist our dealers in how we
11   could to get them the travel trailers they were
12   ordering.
13 Q I'm sure they were calling you and saying, Hey,
14   look, FEMA needs this amount, they need this
15   amount, what can you deliver, that sort of thing.
16   Isn't that how the process would work?
17 A Yeah, we would get calls from dealers and they
18   would say, Hey, can I get a whatever amount from
19   you; and we'd say, Yes, we can meet that
20   requirement, and we'd build the orders for them.
21 Q Do you know why it is that FEMA didn't just contact
22   you directly?
23 A You know, I'm not sure of that. I believe these
24   dealers that they were talking to were, oh, this
25   GSA approved.

**Page 28**

1  Q They were on the list.
2  A Yeah. I'm not sure what the list is, but there was
3    some procedure they had gone through, and they were
4    generally dealers that we had sold units in the
5    past.
6  Q But weren't you also on that list, or didn't you
7    get on that list at some point, this GSA-approved
8    vendor list?
9  A You know, I'm not sure. I'm not sure, as far as
10   this GSA component and what the requirements are
11   for that. I don't recall how that works.
12 Q Okay. Well, we may look at that later, but as far
13   as you understood, the reason you weren't being
14   contacted directly is because these dealers were on
15   some sort of approved list to sell product to the
16   Government.
17 A You know, I'm not -- I'm not sure why the
18   Government didn't call us direct.
19 Q Okay. Now, as far as other departments, you had
20   said there was a quality control inspector who
21   would do periodic inspections and inspect the final
22   product. Was there anyone else or any other
23   individuals within the factory whose job it was to
24   look at and ensure quality control?
25 A You know, I'd really need to find out more about