# Exhibit

# O

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

---

*James F. Shea, Gulf Stream Coach 30(b)(6)*
*May 28, 2009*

---

*Original File JAMES SHEA.txt*
*Min-U-Script® with Word Index*

Page 41

1 have a process to -- that they have to go through
2 to meet their certifications, and so they may have
3 regraded it or recertified it or otherwise
4 concluded what the true nature of the panel that
5 they provided was.
6 Q When your purchasing manager at Plant 57 receives a
7 shipment of Adorn decorative hardwood paneling,
8 does he or she look at the documentation that
9 accompanies the shipment to determine whether it
10 is, in fact, LFE pursuant to your policy?
11 A Our purchasing agents, you know, occasionally
12 review documentation if it's brought to their
13 attention, you know. Can I say that absolutely
14 they review every invoice and compare it to every
15 PO, no.
16 Q Shouldn't they do so?
17 A Well, we've been in business for many, many years,
18 and their methodologies, I think, have certainly
19 got the job done. And, you know, in terms of
20 changing a policy or whatever or making them match
21 up every PO with every invoice, you know, I don't
22 think that's really necessary, no.
23 Q So it's not necessary for whoever receives the
24 decorative hardwood paneling at Plant 57 to make
25 sure that they got exactly what they ordered; is

Page 42

1 that what you're telling me?
2 A Well, we have a receiver -- you asked me if the
3 purchasing agent should intercede on every order
4 and compare and review every PO with every invoice
5 or what you called the paperwork. That's what you
6 asked me.
7   Now, receiver's responsibility is to review
8 the shipping documents and the purchase order
9 comparison and check it and send the paperwork on
10 to be matched up with invoices that come in from
11 the vendors. If there's a problem that they see,
12 if it's defective material, if it's damaged, if
13 it's a different color, whatever, then they have to
14 get with the purchasing agent --
15 Q So the way it should happen --
16 A -- in that relative facility.
17 Q So the way it should happen is the receiver should
18 make sure that what is received was actually what
19 was ordered and, if it's not, raise it with the
20 purchasing manager?
21 A Correct.
22 Q But we know that that doesn't always happen at your
23 company, don't we?
24 A How do we know that?
25 Q Well, we know that last time we talked about the

Page 43

1 fact that your brother, who is sitting right over
2 there, was walking through one of the plants and
3 noticed that some of the wood there was not HUD
4 certified. Do you remember all that?
5 A Yes.
6 Q And he didn't look at the wood and say, Oh, it says
7 "reg," but I don't believe that label because I
8 know sometimes they mislabel. Instead he raised
9 the issue, and you guys did an investigation and
10 determined that 5 to 10 percent, as best you could
11 tell, of your wood that was put in the trailers was
12 not, in fact, HUD certified; right?
13   MR. WEINSTOCK: Object to the form of the
14 question, to the narrative as to what Mr. Dan Shea
15 was thinking.
16   But if you can answer his question, go right
17 ahead.
18 A Yes. I do recall expressing to you the fact that
19 Dan Shea was walking through Plant 57 and saw some
20 product marked "reg," and that did occur, yes.
21 Q So that means --
22 A And he questioned what that meant.
23 Q Right. And that means your receiver, whoever this
24 person is -- hopefully we'll find out who this
25 person is at some point -- did not do his job;

Page 44

1 right?
2 A The characterization relative -- you know, our
3 receivers are looking at PO numbers or they're
4 looking at parts numbers. They're looking at
5 descriptions. In terms of their capacity to
6 understand the varied designations that people have
7 for LFE, non-LFE, regular, I mean, they vary with
8 every vendor, so I can't say that they are aware of
9 that particular aspect.
10   They're doing their verification looking at a
11 part number; you know, is this the part number.
12 Usually the part number is referenced relative to
13 the manufacturer's part number, and there's a
14 description there, and usually there's a color and
15 there's a size; is it 3.6, is it 2.7, is 4 by 8, is
16 it 48 by 78 inches. So they're looking at those
17 things.
18   Now, there's varied designators for the nature
19 of the panels. Some people designate it on their
20 invoice or there's a designator in the part number;
21 LFE, LE, low emitting. There's all kinds of
22 designators that I can't say that our receivers are
23 sensitive to. You know, that was a very varied
24 aspect amongst the supplier base.
25 Q So you don't train your receivers and inform them

**Page 45**

1  of this policy you say has been in existence since
2  the mid '90s?
3 A What we train our receivers to do is look at the PO
4  and go through the information and see that it's
5  the product that we ordered from the vendor with
6  the proper parts number and so forth. Do we train
7  them to try to look for -- did we train them to try
8  to look for LE, LFE, non-LFE, all these product
9  designators, no, I can't say that we did. I'm not
10  sure that we could have. It was kind of a moving
11  target.
12 Q Okay. So you're saying that there was no way for
13  you as a company to train your receivers on this
14  policy that requires HUD-certified wood products in
15  your trailers?
16 A What was important is that our vendors knew what
17  our policy was. And as I've explained to you,
18  there's no way that the receiver can know.
19  Whatever letters there may be attenuated with a PO
20  or an invoice or anything else, there's no way that
21  a receiver can know.
22 Q There's no way, impossible for them to know?
23 A Right. It's impossible for --
24 Q But your brother was able to know.
25 A It's impossible for us -- well, my brother saw a

**Page 46**

1  product designation that he questioned. I don't --
2  you can speak to him about it. I'm not sure that
3  he had ever seen anything marked "reg" or knew
4  about what it meant at that time. But you'll have
5  an opportunity to speak to him about it. I'm not
6  sure.
7     But I certainly wasn't familiar with this
8  "reg" term, you know, and had never seen it
9  utilized anywhere, anyhow, any way.
10 Q You had never seen any of the purchase -- or the
11  packing slips or --
12 A No.
13 Q -- the delivery tickets that these receivers
14  supposedly look at that has the description of
15  what's being delivered?
16 A I've never seen the designation of the term "reg"
17  until after this became an issue in March 2006.
18 Q Don't you realize now that this has become an issue
19  that on every single delivery ticket, on every
20  single packing slip it lists exactly what is
21  supposedly being delivered and designates whether
22  it's reg or LFE? Don't you know that now?
23 A Since this has become an issue, we've worked very
24  hard with our suppliers to get more uniform
25  designations of their labeling and of their product

**Page 47**

1  descriptors. And that took concerted effort so
2  that, you know, we could have the best system
3  possible. But, you know, we still do rely on our
4  vendors to give us the proper product.
5 Q You want to answer my question. My question was,
6  you realize now, I'm sure, that every delivery
7  ticket, every packing slip designates whether what
8  is being delivered is LFE or reg, and they did that
9  back in 2004 and 2005, whether you were aware of it
10  or not; isn't that right?
11 A Well, I think you're putting words in my mouth
12  here. What I've told you is I've never seen the
13  term "reg" until the spring of 2006.
14 Q Do you train --
15 A And I fully believe that we received materials that
16  conform with the HUD emissions requirements that
17  didn't say "LE" or "LFE," but we received the
18  materials that had a -- that met those HUD
19  regulatory requirements.
20     So I don't know what I can say about LFE, LE,
21  regular, low emission, LOE, LOWE, all the various
22  designators that you've seen people put on
23  products. And some people put them on their parts
24  numbers and some people didn't.
25 Q The policy that you say has been in existence,

**Page 48**

1  unwritten of course, since the '90s, if that were
2  an important policy, wouldn't that be something
3  that you would have some mechanism in place within
4  your company to make sure your receivers knew about
5  so they could enforce it?
6 A I don't know how our receivers could enforce this.
7  I have told you numerous times here, and you see
8  fit to keep asking me the same question over and
9  over --
10 Q Because you don't answer my question.
11 A -- that the only -- I've told you exactly the
12  answer. The answer is, there's no way that our
13  receivers can know the nature of those plywood
14  panels.
15 Q Let's look at Exhibit 3.
16     MR. WEINSTOCK: What number is it?
17     MR. BUZBEE: I don't know. He's got it in his
18  hand.
19     MR. WEINSTOCK: 4035.
20 Q Now, what is Exhibit 3?
21 A It looks to me like an invoice from Adorn
22  Corporation.
23 Q Okay. And in this process of receiving the
24  shipment, when would this document be presented to
25  your company?