# Exhibit P

# In The Matter Of:

*FEMA Trailer Formaldehyde Products Liability Litigation*

*Daniel Shea*
*June 1, 2009*

*Original File DANIEL SHEA.txt*
*Min-U-Script® with Word Index*

Page 29

1    that specific plant and who was working for us at
2    the time. There are people that do the systems
3    checks, checking the gas and the electrical. And
4    team leaders also are responsible for looking at
5    the work of their department as it goes through the
6    line.
7  Q Is there anyone in the factory that you know of
8    who's responsible for making sure that the
9    component parts ordered are, in fact, the component
10   parts received?
11 A When they're received, the receiver will verify
12   paperwork when it comes in. And there's another
13   person, I believe, that, before the truck comes
14   into the facility, will do some verification as far
15   as, you know, that there is a purchase order for
16   this product, and verify when the truck leaves that
17   the receiver has signed for the product.
18 Q It's important to actually have delivered what you
19   order. True?
20 A Yes, it would be.
21 Q That's a safety issue, even, isn't it?
22 A I'm not sure the particular product that you're
23   talking about, but when we order product, we
24   would -- we want to be sure we get what we're
25   ordering.

Page 30

1  Q Well, if you order a particular grade or quality of
2    whatever component, whether it be an icemaker or
3    wheel or flooring, whatnot, you want to make sure
4    that what you ordered and the quality of what you
5    ordered is, in fact, what is received and put into
6    your final product, don't you?
7  A Well, we rely on our vendors to ship us products
8    that are what we've required. There's -- you know,
9    we don't know when we receive a refrigerator
10   whether that refrigerator works. We don't
11   necessarily plug in and try to see if it gets a
12   beverage to a certain degree.
13       We rely on our suppliers that -- a lot of
14   times you can't really tell by looking and
15   counting; you have to rely on your suppliers to --
16   particularly someone that's been buying for a long
17   time, you would rely on that supplier to provide
18   you the product that you're ordering.
19 Q Right. But don't you at least check to make sure
20   the paperwork matches? In other words --
21 A We look at the quantities and to be sure that, you
22   know, there's no physical damage to the product
23   being delivered, and that the product, you know, is
24   not damaged.
25 Q Let me make sure I understand. Does your receiver,

Page 31

1    is he or she trained to ensure that what has been
2    ordered is actually received?
3  A They will verify that the material looks acceptable
4    to them and that it's the quantity that we ordered.
5  Q And the actual product that you ordered.
6  A They would -- they would count the product and then
7    look at it and be sure there wasn't any damage.
8  Q I hear you, you're talking about quantity and
9    damage. But I'm asking you, does somebody make
10   sure that what you ordered is actually what you
11   received? In other words, I order 2.7-millimeter
12   8-foot sheets of whatever. Does somebody look at
13   that to make sure that's what actually arrives at
14   the factory?
15 A I would think that they would count that; if you
16   ordered 2.7 lauan and there were a thousand sheets,
17   they would make their best effort to verify that
18   that's there. A lot of times you can't -- a lot of
19   times, possibilities where you may not be able to
20   determine the exact number. There are instances
21   where you do rely on suppliers.
22 Q But you can certainly look at the label and if it
23   says, no, this is 1.5 lauan, then you can know that
24   what you ordered was not what you received. Right?
25 A I guess it would have to depend on what the label

Page 32

1    would say, whether someone could determine that.
2    You know, obviously, if you receive a box full of a
3    thousand screws, you can't have a receiver count a
4    thousand screws to be sure there's a thousand
5    screws there, but you got to rely on your
6    suppliers.
7  Q Mr. Shea, I haven't asked you one time about
8    quantity. You keep talking about quantity and I'm
9    not interested in that. I'm asking you about
10   whether the identification of the product you
11   ordered is actually what you received. I didn't
12   ask about if you ordered a hundred and you got 99
13   and whether the receiver, it would be reasonable to
14   try to count everything.
15       MR. WEINSTOCK: I'm going to object to the
16   form of the question in that your prior
17   hypothetical included a thousand sheets of
18   something, so you have asked about quantity.
19       MR. BUZBEE: Right.
20       MR. WEINSTOCK: But if you can simplify a
21   question and ask it, let's get an answer and move
22   on.
23       MR. BUZBEE: Right. We're going to try to
24   keep getting an answer, and we'll keep trying to
25   get an answer.

Page 33

1  Q It's a very simple question. If you order 2.7
2    lauan, but you receive 1.5 lauan, who in this chain
3    of command at your factory is responsible for
4    making sure that what you ordered is actually what
5    you receive?
6  A Well, like I said, we have a receiver that would
7    look at the product and verify, to the best of his
8    ability, that it meets the quantity; to the best of
9    his ability, to determine that it's the right
10   product, but we also rely on our supplier to supply
11   the correct products.
12 Q Right. So part of his job, this receiver, is if
13   2.7 lauan was ordered but 1.5 lauan arrives, and
14   it's clearly marked on the outside of the bundle
15   1.5, your receiver should look at that, and look at
16   the packing slip that says 1.5, and know that it is
17   not what was ordered. That's part of his job;
18   right?
19 A I'm not sure how it would be labeled on -- in this
20   hypothetical question. You know, I'm not sure how
21   it would be labeled and the numbers and if that
22   would be something that he would be familiar with.
23 Q So you've not ever seen a packing slip?
24 A I have seen packing slips. Not one that talks
25   about 1.5 millimeter, but...

Page 34

1  Q Right. So if you got a packing slip, you ordered
2    2.7 and the packing slip said 1.5, your receiver
3    should catch a clue and know that it's not what you
4    ordered; right?
5        MR. WEINSTOCK: Object to the form of the
6    question in that you're asking a hypothetical to a
7    lay witness.
8  Q Answer the question, please.
9  A Can you repeat it, please?
10 Q Yes. If the packing slip does not match the
11   identification of what you ordered, then your
12   receiver can read, hopefully, and will know that;
13   right?
14 A There's a packing slip. I think that's something
15   you have brought up. I'm not sure if --
16 Q Are you coming to the trial? Are you going to be
17   there, or do you know yet?
18 A I think you'd have to ask Andy that.
19 Q Okay. Let me try my question again. You've seen a
20   packing slip before.
21 A I don't know if I've seen the packing slip before.
22   I've seen -- there's some labels.
23 Q You've seen a packing slip before or not.
24 A For lauan?
25 Q Yes, sir.

Page 35

1  A I'm not sure of this term packing -- packing slip.
2  Q Not sure of it.
3  A I'm not sure of it.
4  Q Don't know what it means.
5  A I'm not sure relative to lauan.
6  Q Okay. Do you know what a packing slip is in
7    general?
8  A It would be something that would come with the --
9    I'm not sure how all the exact paperwork works when
10   we receive something.
11 Q You're not? You don't know that?
12 A No, I don't know the various products and what
13   paperwork might come and what the procedures are.
14   I'm not familiar with all that.
15 Q You would expect that the shipment would come with
16   some sort of paperwork. Correct?
17 A Yes, I would think when a truck showed up, that
18   there would be paperwork with the truck. And like
19   I discussed, they go through a guard shack, and I
20   know that there's some exchange of paper there.
21   And then the truck goes in and the receiver
22   verifies the quantity and looks over the product to
23   be sure, you know, there's no damage and he doesn't
24   see any issue.
25 Q Okay. All right. So you know what a purchase

Page 36

1    order is, don't you?
2  A Yes, I do.
3  Q That's what you send to the supplier to order what
4    you're --
5  A Yes, I do.
6  Q Right?
7  A Uh-huh.
8  Q You know what an invoice is; right?
9  A Yes, I do.
10 Q That's something that the supplier sends you so he
11   can get paid?
12 A Uh-huh.
13 Q Yes?
14 A Yes.
15      (Plaintiffs' Exhibit 1 was marked for
16   identification.)
17 Q Let me show you what a packing slip is. Gulf
18   Stream 4044, your Exhibit 1 to your deposition.
19   What does it say at the top?
20 A It says Packing Slip.
21 Q Do you see at the bottom somebody has stamped
22   Received?
23 A Yes, I do.
24 Q So would you put two and two together and
25   understand that that was a document that comes

### Page 41

1  Q Uh-huh.
2  A Again, depending on the plant, I don't know if he's
3     looking at our purchase order or the packing slip
4     that you have here, but he would be looking at -- I
5     believe that they would write -- there's some
6     process where they write on, you know, that they
7     checked that quantity.
8  Q Well, you see that he circled, whoever the receiver
9     was, circled the purchase order. See that?
10 A Somebody did, yes.
11 Q Yeah. So don't you think that whether it be the
12    gate guard or the receiver, that somebody's looking
13    at the purchase order to make sure you're getting
14    what you ordered?
15 A Yes, I would think that they would -- the gate
16    guard or the receiver would look and see that we
17    had a purchase order and we were receiving the
18    quantity and, to the best of their ability, it was
19    the -- you know, it would be to the best of their
20    ability both on the quantity and the type of
21    product.
22       Like we talked about, there's sometimes where
23    you necessarily can't tell what the quantity --
24    exact quantity might be or what the exact product;
25    a lot of times you rely on your vendor.

### Page 42

1  Q A lot of times you can just read the paperwork,
2     too, can't you? If the paperwork clearly says this
3     ain't what you ordered, then you should not receive
4     it. Right?
5  A If the paperwork clearly said that it wasn't what
6     we had ordered, yeah, I wouldn't think that they
7     would receive it.
8  Q You wouldn't rely on your gate guard to make sure
9     you're getting what you ordered, would you?
10 A Would I rely on the gate guard?
11 Q Yes. It sounds like you're relying on your gate
12    guard to make sure you're getting what you ordered.
13 A Yeah, between the vendor and the gate guard and the
14    head receiver, we rely on the three of those to
15    give us what we ordered.
16 Q So the gate guard is an important component in this
17    process, as making sure you get what was ordered.
18 A He pulls the paperwork, and it would be between him
19    and the head receiver.
20 Q Now, if that particular product that's described in
21    Exhibit 1 to your deposition, if that type of
22    product went into one of your trailers that was
23    sold to the United States Government, that would be
24    contrary to your low formaldehyde emitting policy.
25    Isn't that true?

### Page 43

1  A We had a policy to buy LFE products and products
2     that met the HUD -- HUD emission level for those
3     products. We did have a policy for that.
4        I'm not sure when I look at this invoice --
5     like I say, I see this term "REG" that I've become
6     familiar with over the last couple years that Adorn
7     uses, and I'm not sure whether when it says REG,
8     whether that product would have been below the HUD
9     emission requirement.
10       It is my understanding that it's not
11    necessary -- it's not certified to be below that
12    level, but whether it is or not, I would not know.
13 Q Your policy is to use -- is to specify
14    HUD-certified wood components. Isn't that the
15    policy?
16 A Policies that meet the HUD product emissions
17    requirements.
18 Q Right. And if that wood that's described in
19    Exhibit 1 did not meet the HUD requirements, then
20    obviously your policy was violated. True?
21 A If this did not meet the HUD requirement, it would
22    not be within what we -- our policy would have
23    requested or required.
24 Q And whose fault would that be?
25 A Whose fault would it be?

### Page 44

1  Q Whose mistake was it?
2  A Well, the vendor, in this case, Adorn, was well
3     aware of our LFE policy.
4  Q So it was Adorn's fault.
5  A If the material would not meet the LFE requirement,
6     it would be Adorn's fault.
7  Q It wouldn't be your gate guard's fault.
8  A No, I don't think so, because we wouldn't
9     necessarily know when it says REG what that
10    designator is.
11 Q How long has Adorn been providing decorative
12    hardwood plywood panels to put in trailers that you
13    sell to the general public?
14 A A number of years.
15 Q Your brother said 20 years. Is that right or
16    wrong?
17 A That could be. I know they've been in business a
18    long time, and at times Adorn may sell us product
19    or times we may receive it from other suppliers.
20 Q So for 20 years -- sorry.
21 A Usually there's a number of different suppliers
22    that would supply us product.
23 Q Right. For 20 years, Adorn has been providing wood
24    products that have been used in the trailers you
25    sell to the public. Isn't that right?