UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Upon consideration of the above and foregoing:

The PSC's Motion for Leave to Take Additional Depositions is GRANTED.

IT IS ORDERED that plaintiff is granted leave to take depositions beyond the 10 deposition limit imposed by the FRCP 30(A)(2).

IT IS FURTHER ORDERED that Gulf Stream shall produce for deposition and plaintiff may depose the following Gulf Stream employee witnesses for deposition:

1. Todd Lentych
2. Eddie Abbott
3. Steven Lidy
4. Rick Jones
5. John Bruhn
6. Mike Ward
7. Jeff Zumbrum
8. Joseph Cleland
9. Quality Control manager for Plant 57 in December 2004

10. Final inspector for Plant 57 in December 2004.
11. Receiver at Plant 57 in December 2004.
12. The Gulf Stream employee who was main point of contact with FEMA with respect to provision of trailers in Fall 2004 to Spring 2005 (for Florida hurricanes)

IT IS FURTHER ORDERED that witnesses 9-12 are no longer employed by Gulf Stream, Gulf Stream is ordered to immediately produce the person's name and last known contact information. Plaintiff may depose such persons conditioned upon the plaintiff's ability to locate and subpoena them.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**