UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-4<br>JUDGE ENGELHARDT<br>MAG. JUDGE ROBY |

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO DOCKET NOS. 1545 & 2001

UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS
UNOPPOSED *EX PARTE* MOTION TO FILE A TWELVE (12) PAGE
REPLY MEMORANDUM IN SUPPORT OF ITS "MOTION TO DISMISS
PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK
OF SUBJECT MATTER JURISDICTION" [Dkt. 1545]

Defendant United States of America ("United States") pursuant to Local Rules submits this Memorandum in support of its Unopposed *Ex Parte* Motion to file a Twelve (12) page Reply Memorandum in response to Plaintiffs' Response Memorandum in Opposition to the United States' "Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack Of Subject Matter Jurisdiction." On May 18, 2009, the United States filed its "Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction" [Dkt. 1545] and with the Court's permission filed a thirty (30) page memorandum in support of that motion. On June 26, 2009, Plaintiffs' Steering Committee ("PSC") with the Court's permission filed a forty-eight (48) page Response Memorandum in Opposition to the United States' motion [Dkt. 2001].

The United States hereby requests that the Court grant the United States permission to file a twelve (12) page reply memorandum. The United States requests permission to file the Reply Memorandum to respond to several arguments made by PSC that were not addressed in the

United States initial Memorandum.

Undersigned government counsel has conferred with Liaison Counsel and undersigned government counsel hereby certifies that Liaison Counsel does not object to this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: July 4, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

### CERTIFICATE OF SERVICE

I hereby certify that on July 4, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// *Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)