## Miller, Henry (CIV)

**From:** Justin Woods [jwoods@gainsben.com]
**Sent:** Thursday, June 11, 2009 4:42 PM
**To:** Miller, Henry (CIV); Dinnell, Adam (CIV)
**Subject:** FW: FEMA Litigation - Selection of Fleetwood Replacement Plaintiff

Henry,

I thought I had everyone on this email.  Usually I forget to add Kurtz and Whitfield but I forgot you this time.  Sorry.

Justin.

---

**From:** Justin Woods
**Sent:** Tuesday, June 09, 2009 4:42 PM
**To:** 'Amanda_Ballay@laed.uscourts.gov'
**Cc:** Andy Weinstock; Kurtz, David; Whitfield, Karen; 'Jerry L. Saporito'; Gerald E. Meunier; Ben_Law@bellsouth.net; Linda Nelson; Denise Martin; Carroll Lanassa
**Subject:** FEMA Litigation - Selection of Fleetwood Replacement Plaintiff

Amanda,

The PSC nominates as a replacement for plaintiff in the Fleetwood bellwether trial:  Elisha Dubuclet obo Timia Dubuclet.

Ms. Dubuclet is a former class representative that has been previously deposed.

We would like to have the opportunity to present objections to the nominations presented by Fleetwood, if we are not able to agree on the selection.

Justin.

---

Justin I. Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer
2800 Energy Centre
1100 Poydras Street
New Orleans, Louisiana  70163
(504) 522 - 2304
(504) 528 - 9973 (facsimile)
www.gainsburghbenjamin.com

CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-522-2304 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

07/03/2009



EXHIBIT 2