MINUTE ENTRY
ENGELHARDT, J.
June 26, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                      MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                            SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

      A general status conference was conducted on Friday, June 26, 2009, at 10:00 a.m. Participating were Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Mikal C. Watts, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Richard A. Sherburne, Amanda Vonderhaar, Jason Bone, Dennis C. Reich, Robert M. Becnel, Henry T. Miller and Adam Dinnell.

      A complete list of attendees is attached as a supplement to the Court's Order dated June 29, 2009 (Rec. Doc. No. 2011).

JS10(0:60)