UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-4
    JUDGE ENGELHARDT
    MAG. JUDGE ROBY

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a twelve (12) page Reply Memorandum in response to Plaintiffs' Steering Committee's Response Memorandum in Opposition to the United States' "Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack Of Subject Matter Jurisdiction."

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file a twelve (12) page Reply Memorandum.

**DONE AND SIGNED** this   6th   day of   July  , 2009.

            _____
            HONORABLE KURT D. ENGELHARDT
            JUDGE, UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA