AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| Adrian R. Domino, et al. | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 09-2934 |
| Gulf Stream Coach, et al. | ) |
| Defendant | ) |

SECT. N MAG. 5

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Gulf Stream Coach, Inc., through its agent for service:
Kenneth C. Brinker
503 South Oakland
Nappanee, IN 46550

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE

Name of clerk of court

Date: MAR - 3 2009

*/s/ Charles A. Aimn*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◆ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

                                                                                         Server's signature

                                                                                         Printed name and title

                                                                                          Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gulf Stream Coach, through agent
   Kenneth C. Brinker
   503 South Oakland
   Nappanee, IN 46550

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Millie Burchfield    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery: 6/8/09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☑ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0003 6828 3789

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

08 JUN 2009 PM 2

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4 in this box -

   Frank J. D'Amico, Jr., APLC
   622 Baronne Street
   New Orleans, LA 70113