AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| Adrian R. Domino, et al. ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 09-2934 |
| Gulf Stream Coach, et al. ) | |
| Defendant ) | |

**Summons in a Civil Action**

SECT. N MAG. 5

To: *(Defendant's name and address)*

The United States of America, through
U.S. Attorney for the Eastern District of LA
500 Poydras Street, Room B210
New Orleans, LA 70130

A lawsuit has been filed against you.

    Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: MAR - 3 2009

*Charles A. Armine*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

◈ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
  _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
  _____
  _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: _____

                  _____
                      Server's signature

                  _____
                      Printed name and title

                  _____
                      Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name): Caleb White<br>C. Date of Delivery: 6/4/09 |
| 1. Article Addressed to:<br><br>The United States of America, through U.S. Attorney for the Eastern District of LA<br>500 Poydras Street, Room B210<br>New Orleans, LA 70130 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered       ☑ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0003 6828 3796 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Frank J. D'Amico, Jr., APLC**
**622 Baronne Street**
**New Orleans, LA 70113**

Attn: Brandi