**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER
       FORMALDEHYDE PRODUCTS                   MDL NO. 1873
       LIABILITY LITIGATION

                                                   SECTION "N" (5)

RELATES TO CIVIL ACTION NO. 07-9228
**Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.**
**(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood, Fluor Enterprises, Inc., and FEMA)**
-------------------------------------------------------------------------------------------------------------

**PLAINTIFFS' STEERING COMMITTEE'S (PSC)**
**UNOPPOSED MOTION TO EXTEND THE DEADLINES FOR EXPERT REPORTS**

NOW INTO COURT, comes the Plaintiffs' Steering Committee (PSC), who

respectfully requests this Honorable Court for a brief extension of time in connection with

the following deadlines in the Dubuclet/Fleetwood matter:

1.      Expert Report deadlines:

       A.      Plaintiff's current deadline:                       July 10, 2009
                 Plaintiff's proposed deadline:                  July 17, 2009

       B.      Fleetwood's current deadline:                   August 10, 2009
                 Fleetwood's proposed deadline:              August 17, 2009

       C.      Fluor Enterprises, Inc.'s current deadline:       August 10, 2009
                 Fluor Enterprises, Inc.'s proposed deadline:    August 17, 2009

       D.      FEMA's current deadline:                        August 10, 2009
                 FEMA's proposed deadline:                  August 17, 2009

Plaintiff's experts require additional time to prepare their reports in light of the

testing and inspection of the Fleetwood travel trailer on July 8, 2009, and July 9, 2009 in

Lottie, LA, and other efforts that are ongoing in this matter.

Plaintiff requires this brief extension of five (5) business days to submit expert

reports.  Defendants have been contacted and have no opposition to this brief extension but request a reciprocal extension of Defendants' expert report deadlines in light of Plaintiff's requested extension.

Therefore, Plaintiff requests that this Honorable Court extend the deadlines as indicated above.

The reason for this request for additional time is for all parties to file their expert reports in a timely manner as is more fully set forth in the accompanying Memorandum in Support of PSC's Unopposed Motion to Extend the Deadlines of Expert Reports.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**


BY:     s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
     ANTHONY BUZBEE, Texas # 24001820
     RAUL BENCOMO, #2932
     FRANK D'AMICO, #17519
     MATT MORELAND, #24567
     LINDA NELSON, #9938
     MIKAL WATTS, Texas #20981820
     ROBERT BECNEL, #14072
     DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

            s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471