UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
         FORMALDEHYDE PRODUCTS                    MDL NO. 1873
         LIABILITY LITIGATION

                                                  SECTION "N" (5)

RELATES TO CIVIL ACTION NO. 07-9228
Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.
(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood, Fluor Enterprises, Inc., and FEMA)
-----------------------------------------------------------------------------------------------------------------

**PLAINTIFFS' STEERING COMMITTEE'S (PSC)
MEMORANDUM IN SUPPORT OF
UNOPPOSED MOTION TO EXTEND THE DEADLINES FOR EXPERT REPORTS**

**MAY IT PLEASE THE COURT:**

In support of this Unopposed Motion to Extend the Deadlines for Expert Reports, the Plaintiffs' Steering Committee (PSC), respectfully requests that this Honorable Court grant a brief extension of time in connection with the following deadlines in the Dubuclet/Fleetwood matter:

1. Expert Report deadlines:

    A.  Plaintiff's current deadline:                       July 10, 2009
        Plaintiff's proposed deadline:                      July 17, 2009

    B.  Fleetwood's current deadline:                       August 10, 2009
        Fleetwood's proposed deadline:                      August 17, 2009

    C.  Fluor Enterprises, Inc.'s current deadline:         August 10, 2009
        Fluor Enterprises, Inc.'s proposed deadline:        August 17, 2009

    D.  FEMA's current deadline:                            August 10, 2009
        FEMA's proposed deadline:                           August 17, 2009

Plaintiff's experts require additional time to prepare their reports in light of the testing and inspection of the travel trailer on July 8, 2009, and July 9, 2009 in Lottie, LA, and

other efforts that are ongoing in this matter.

Plaintiff requires this brief extension of five (5) business days. On July 2, 2009, Defendants were contacted via e-mail and have advised that they have no opposition to this brief extension but requested a reciprocal extension of their expert report deadlines.

In light of the foregoing, Plaintiffs request that this Court extend the deadlines as indicated above.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
  ANTHONY BUZBEE, Texas # 24001820
  RAUL BENCOMO, #2932
  FRANK D'AMICO, #17519
  MATT MORELAND, #24567
  LINDA NELSON, #9938
  MIKAL WATTS, Texas #20981820
  ROBERT BECNEL, #14072
  DENNIS REICH, Texas #16739600

## CERTIFICATE OF SERVICE

  I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471