UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
       FORMALDEHYDE PRODUCTS              MDL NO. 1873
       LIABILITY LITIGATION

                                                                 SECTION "N" (5)

RELATES TO CIVIL ACTION NO. 07-9228
**Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.**
**(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood, Fluor Enterprises, Inc., and FEMA)**
-------------------------------------------------------------------------------------------------------------

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiffs' Steering Committee's (PSC) Unopposed Motion to Extend the Deadlines for Expert Reports be and the same is hereby granted.

The new deadlines are as follows:

        A.    Plaintiff's deadline:                          July 17, 2009

        B.    Fleetwood's deadline:                       August 17, 2009

        C.    Fluor Enterprises, Inc.'s deadline:      August 17, 2009

        D.    FEMA's deadline:                            August 17, 2009

New Orleans, Louisiana this _____ day of July, 2009.

                                                  _____
                                                  **HONORABLE JUDGE KURT D. ENGELHARDT**