UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>　　　FORMALDEHYDE PRODUCTS<br>　　　LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

The Court has received the witness and exhibit lists submitted by the parties in reference to the first bellwether trial, scheduled to begin on September 14, 2009. (See Rec. Docs. 2022, 2023, 2024, 2025, 2026, 2027, 2028).  The undersigned finds them to be so broadly inclusive that they are rendered meaningless.  These lists are not lists that the parties or the Court can rely on in preparation for trial as they appear to be all-inclusive, seemingly containing nearly every person whose name has ever come up in this litigation and nearly every document ever disclosed.  Accordingly,

**IT IS ORDERED** that **on or before Friday, July 17, 2009**, the parties shall file amended witness lists and exhibit lists that are compiled after serious thought and deliberation and that can realistically serve as documents which the parties or the Court can actually rely on in preparation for trial, culling out witnesses and exhibits which are not likely to be utilized at trial.

New Orleans, Louisiana, this 7th day of July, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**