AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Tanya R. Bates, et al ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. **09-2932** |
| Fleetwood Enterprises, Inc. ) | |
| Defendant ) | |

**SECT. N MAG. 5**

### Summons in a Civil Action

To: *(Defendant's name and address)*

Shaw Environmental, Inc.
Through its registered agent for service:
C.T. Corporation
5615 Corporate Blvd, Ste 400B
Baton Rouge, LA 70808

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: March 3, 2009

*(signature)*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

 (1) personally delivering a copy of each to the individual at this place, _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Shaw Environmental
Through its registered agent for svc.
C.T. Corporation
5615 Corporate Blvd. Ste 400B
Baton Rouge, LA
70808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☑ Agent ☐ Addressee

Baton Rouge, LA 70808
Suite 400B
5615 Corporate Blvd.
CT Corporation System

B. Received by (Printed Name) C. Date of Delivery

D. Is delivery address different from item 1? ☑ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7007 1490 0003 3193 8117

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

BATON ROUGE LA 708 1
04 JUN 2009 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Frank J. D'Amico, Jr., APLC
622 Baronne Street, 2nd Floor
New Orleans, LA 70113

177N Whitney

043