**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Hearing on PSC's Motion for Leave to Take Additional Depositions,

**IT IS HEREBY ORDERED** that said Motion is granted and that the Motion for Leave to Take Additional Depositions be and is hereby set for hearing on the 10th day of _____July_____, 2009, at 11:00 a.m. via telephone.

New Orleans, Louisiana, this __7th__ day of ____July____, 2009.

_____
**ALMA CHASEZ**
**CHIEF MAGISTRATE JUDGE**