UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
     FORMALDEHYDE PRODUCTS     MDL NO. 1873
     LIABILITY LITIGATION

SECTION "N" (5)

RELATES TO CIVIL ACTION NO. 07-9228
**Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.**
**(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood, Fluor Enterprises, Inc., and FEMA)**
-----------------------------------------------------------------------------------------------------------

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiffs' Steering Committee's (PSC) Unopposed Motion to Extend the Deadlines for Expert Reports be and the same is hereby granted.

The new deadlines are as follows:

    A.    Plaintiff's deadline:    July 17, 2009

    B.    Fleetwood's deadline:    August 17, 2009

    C.    Fluor Enterprises, Inc.'s deadline:    August 17, 2009

    D.    FEMA's deadline:    August 17, 2009

New Orleans, Louisiana this __8th__ day of July, 2009.

HONORABLE JUDGE KURT D. ENGELHARDT

THESE EXTENSIONS SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.