UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE | § | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION | § | |
| | § | SECTION N(5) |
| | § | |
| THIS DOCUMENT IS RELATED TO: | § | JUDGE ENGELHARDT |
| *Charlie Age, et al. v.* | § | |
| *Gulf Stream Coach, Inc., et al.* | § | MAGISTRATE CHASEZ |
| Civil Action No. 09-2892 | § | |

### EX PARTE UNOPPOSED MOTION FOR LEAVE TO FILE FLUOR ENTERPRISES, INC.'S OUT OF TIME REQUESTED JURY INSTRUCTIONS

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests an order from the Court granting it leave to file out of time the attached Requested Jury Instructions. Undersigned counsel has contacted opposing counsel for Gulf Stream Coach, Inc. and plaintiffs and there is no objection to the filing of FEI's Requested Jury Instructions out of time if filed today, July 8, 2009. Undersigned counsel recently also advised counsel for the United States of America (U.S.) that FEI would be filing its Requested Jury Instructions beyond the deadline, and the U.S.' counsel did not voice any objection. Undersigned counsel attempted to contact the U.S.' counsel today to determine if he has any objection to this filing, but was unable to reach him by the time that undersigned counsel felt it was necessary to file FEI's Requested Jury Instructions. In any

event, the U.S.' case is not before the jury except in an advisory capacity and the U.S. has not submitted any jury instructions.

Undersigned counsel for FEI sincerely apologizes to the Court for seeking to file its proposed jury instructions after the Court's deadline. Undersigned counsel inadvertently missed the filing deadline in the midst of the very demanding and ambitious discovery, deposition and trial preparation schedules for the first two bellwether trials resulting from FEI being first joined in an MDL constituent case on January 21, 2009, and being first advised that it was going to trial twice in approximately six months on April 6, 2009. Unfortunately, undersigned counsel did not realize that they missed this deadline until they received copies of the other parties' proposed jury instructions well after the close of business on the deadline date, July 2, 2009. This Court's deadline for submitting proposed jury instructions is not set forth in the Court's Scheduling Order for bellwether trial I, but rather is set forth in the Court's Order of May 27, 2009, following a telephone status conference with liaison counsel. Undersigned counsel is not liaison counsel for the contractors, although the May 27 order was timely and properly forwarded to undersigned counsel. The July 2 date is more than two months in advance of the typical five-business-day-prior-to-trial deadline that has been part of this Court's standard pre-trial notice for over 25 years.

While none of the foregoing facts in any way excuse this late filing, they are set forth here to inform the Court that the late filing was not intentional. As soon as undersigned counsel realized that they missed the filing deadline, they immediately began preparation of FEI's proposed jury instructions. Undersigned counsel submits that less than one week has passed since the deadline and FEI's out of time submission of its proposed jury instructions will not delay the progress of this case.

Based on the foregoing, FEI respectfully requests that this Honorable Court grant it leave to file its attached proposed jury instructions.

>Respectfully submitted,
>
>**MIDDLEBERG, RIDDLE & GIANNA**
>
>BY:    */s/ Charles R. Penot, Jr.*
>Charles R. Penot, Jr. (La. Bar No. 1530 &
>Tx. Bar No. 24062455)
>717 North Harwood, Suite 2400
>Dallas, Texas 75201
>Tel: (214) 220-6334; Fax: (214) 220-6807
>cpenot@midrid.com
>
>　　　*-and-*
>
>Dominic J. Gianna, La. Bar No. 6063
>Sarah A. Lowman, La. Bar No. 18311
>201 St. Charles Avenue, Suite 3100
>New Orleans, Louisiana 70170
>Telephone: (504) 525-7200
>Facsimile: (504) 581-5983
>dgianna@midrid.com
>slowman@midrid.com
>
>Charles R. Penot, Jr. (La. Bar No. 1530 &
>Tx. Bar No. 24062455)
>717 North Harwood, Suite 2400
>Dallas, Texas 75201
>Tel: (214) 220-6334; Fax: (214) 220-6807
>cpenot@midrid.com
>
>　　　*-and-*
>
>Richard A. Sherburne, Jr., La. Bar No. 2106
>450 Laurel Street, Suite 1101
>Baton Rouge, Louisiana 70801
>Telephone: (225) 381-7700
>Facsimile: (225) 381-7730
>rsherburne@midrid.com
>
>**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

          */s/ Charles R. Penot, Jr.*
          CHARLES R. PENOT, JR.

ND: 4839-6167-3732, v. 1