UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE** § | | **MDL No. 1873** |
| **PRODUCTS LIABILITY LITIGATION** § | | |
| § | | **SECTION N(5)** |
| § | | |
| **THIS DOCUMENT IS RELATED TO:** § | | **JUDGE ENGELHARDT** |
| *Charlie Age, et al. v.* § | | |
| *Gulf Stream Coach, Inc., et al.* § | | **MAGISTRATE CHASEZ** |
| *Civil Action No. 09-2892* § | | |

_____

## ORDER

Considering the above and foregoing Motion for Leave to File Fluor Enterprises, Inc.'s Out of Time Requested Jury Instructions:

**IT IS HEREBY ORDERED** that Fluor Enterprises, Inc. is hereby granted leave to file the attached Requested Jury Instructions.

New Orleans, Louisiana, this _____ day of _____, 2009

_____
JUDGE

ND: 4835-5934-8228, v. 1