UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*
*Civil Action No. 09-2892*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EX PARTE UNOPPOSED MOTION FOR LEAVE TO FILE OUT OF TIME UNITED STATES' REQUESTED JURY INSTRUCTIONS**

Defendant United States of America ("United States"), respectfully requests an Order from the Court granting it leave to file out of time the attached Requested Jury Instructions. Undersigned counsel has contacted opposing counsel for plaintiffs, Gulf Stream Coach, Inc., and Fluor Enterprises, Inc., and there is no objection to the United States filing these Requested Jury Instructions out of time.

The United States is late in filing these Requested Jury Instructions because the Court recently ruled that it would use an advisory jury to determine the liability of the United States. *See* Order and Reasons, July 2, 2009 [Doc. No. 2034]. The United States seeks to file the Requested Jury Instructions while preserving its objection to the use of an advisory jury. Less than one week has passed since the deadline and submission of these instructions should not delay the progress of the case.

Dated: July 9, 2009.                  Respectfully Submitted,

                                                TONY WEST
                                                Assistant Attorney General, Civil Division

        J. PATRICK GLYNN
Director, Torts Branch, Civil Division

HENRY T. MILLER
Senior Trial Counsel

ADAM DINNELL
MICHELLE BOYLE
JONATHAN WALDRON
Trial Attorneys

//S// Adam Bain

ADAM BAIN (IN Bar No.11134-49)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No: (202) 616-4209
E-mail: adam.bain@usdoj.gov

Attorneys for the United States of America

OF COUNSEL:

JORDAN FRIED
Associate Chief Counsel
JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009, the foregoing Ex Parte Motion, Proposed Order and Proposed Pleading were filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof were served upon counsel.

//S// Adam Bain

ADAM BAIN (IN Bar No.11134-49)
Senior Trial Counsel
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
Telephone No: (202) 616-4209
E-mail: adam.bain@usdoj.gov

Attorney for the United States of America