OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED '09 JUL 02 15:31 USDC LAE

Date: 7-2-09

Harvey Barnes o/bo Gail Barnes

vs.

Dutchmen Manufacturing, INC ET AL

Case No. 09-3764   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Davis Professional Accounting Service, LLC
   (address) 6930 Martin Dr. Suite B N.O. LA. 70125
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for _____

Address _____

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: July 2, 2009

<u>HARVEY BARNES O/B/O GAIL BARNES</u>

vs.

<u>DUTCHMEN MANUFACTURING, INC., ET AL.</u>

Case No. _____ Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT FOR DAMAGES to the following:

1. Davis Professional Accounting Services, LLC
   through its registered agent for service:
   Corinthia Davis
   6930 Martin Dr., Suite B
   New Orleans, LA 70126

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931