UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE § | | MDL No. 1873 |
| PRODUCTS LIABILITY LITIGATION § | | |
| § | | SECTION N(5) |
| § | | |
| THIS DOCUMENT IS RELATED TO: § | | JUDGE ENGELHARDT |
| *Charlie Age, et al. v.* § | | |
| *Gulf Stream Coach, Inc., et al.* § | | MAGISTRATE CHASEZ |
| *Civil Action No. 09-2892* § | | |

_____

**ORDER**

Considering the above and foregoing Motion for Leave to File Fluor Enterprises, Inc.'s Out of Time Requested Jury Instructions:

**IT IS HEREBY ORDERED** that Fluor Enterprises, Inc. is hereby granted leave to file the attached Requested Jury Instructions.

New Orleans, Louisiana, this ___9th___ day of _____July_____, 2009

_____
JUDGE

ND: 4835-5934-8228, v. 1