UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

JUDGE KURT ENGELHARDT
SECTION "N"

THIS DOCUMENT IS RELATED TO ALL CASES

MAGISTRATE ALMA CHASEZ
MAGISTRATE (5)

## AFFIDAVIT OF ELIZABETH A. GANIERE

Elizabeth A. Ganiere states as follows:

1.   I am Assistant General Counsel for Gulf Stream Coach, Inc. ("Gulf Stream").  I am over the age of eighteen years and I am in all respects competent to testify to the matters contained in this affidavit.

2.   I have personal knowledge of the facts contained herein and if called upon to testify, could testify competently thereto.

3.   Gulf Stream received seven complaints from occupants regarding travel trailers manufactured by Gulf Stream used as emergency housing units ("EHU") for United States Federal Emergency Management Agency ("FEMA") in response to 2005 Hurricane Katrina disaster relief.

4.   These complaints received were all regarding 2006 model units manufactured by Gulf Stream as EHUs for FEMA with manufacturing dates between October 20, 2005 and March 22, 2006.

Further the affiant saith naught.

Dated: July 9, 2009.

Elizabeth A. Ganiere