-1-

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ANTOINE PRINCE, SR., and SANDRA PRINCE MADISON on behalf of HATTIE PRINCE | * * * * | CIVIL ACTION NO.: 09-3922 SECTION: N |
| Plaintiffs, | * * | MAGISTRATE: 5 |
| versus | * * |  |
| LIBERTY INSURANCE CORP. a/k/a LIBERTY MUTUAL GROUP, INC. and FLUOR ENTERPRISES, INC. | * * * * |  |
| Defendants. | * * |  |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Liberty Mutual Insurance Corporation, incorrectly named as "Liberty Insurance Corporation, also known as Liberty Mutual Group", as an alleged insurer of R-Vision, Inc., appearing herein through LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, files this its Notice of Appearance, and respectfully requests that all notices given or required to be served in this proceeding also be served upon the following counsel:

-1-

KRISTOPHER T. WILSON, T.A., La. Bar #23978
RALPH S. HUBBARD III, La. Bar #7040
ANNE E. BRIARD, La. Bar #29102
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990

This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana.  Further, this filing does not constitute a waiver of any rights, including but not limited to, the right to a trial by jury in any matter.

Respectfully submitted,

*s/ Kristopher T. Wilson*
**KRISTOPHER T. WILSON, T.A., La. Bar #23978**
**RALPH S. HUBBARD III, La. Bar #7040**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance Corporation**

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2009 a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  No manual participants.

*s/ Kristopher T. Wilson*
Kristopher T. Wilson, La. Bar No. 23978