## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTOINE PRINCE, SR., and SANDRA** | * | **CIVIL ACTION NO.: 09-3922** |
| **PRINCE MADISON on behalf of** | * | |
| **HATTIE PRINCE** | * | **SECTION: N** |
| | * | |
| **Plaintiffs,** | * | **MAGISTRATE: 5** |
| | * | |
| **versus** | * | |
| | * | |
| **LIBERTY INSURANCE CORP. a/k/a** | * | |
| **LIBERTY MUTUAL GROUP, INC. and** | * | |
| **FLUOR ENTERPRISES, INC.** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * **

### *EX PARTE* UNOPPOSED MOTION FOR EXTENSION OF
### TIME WITHIN WHICH TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes defendant, Liberty

Mutual Insurance Corporation, incorrectly named as "Liberty Insurance Corporation, also

known as Liberty Mutual Group" ("Liberty"), as an alleged insurer of R-Vision, Inc.,

who respectfully requests this Court to grant an additional thirty (30) days, up through

and including, August 15, 2009, in which to file responsive pleadings to plaintiffs'

Complaint. In support of this motion, Liberty shows that: (1) additional time is needed in

order to complete its investigation and finalize its responsive pleadings; (2) plaintiffs'

counsel has been contacted and does not oppose this extension; and (3) this is Liberty's

- 1 -

first request of the Court for an extension of time.

Respectfully submitted,


**_s/ Kristopher T. Wilson_**

**KRISTOPHER T. WILSON, T.A., La. Bar #23978**
**RALPH S. HUBBARD III, La. Bar #7040**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL, WHEATON, PECK, RANKIN &**
**HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Mutual Insurance**
**Corporation**


## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009 a copy of the foregoing **Ex Parte Unopposed Motion For Extension Within Which To File Responsive Pleadings** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  **No manual participants.**


_s/Kristopher T. Wilson_
Kristopher T. Wilson, La. Bar No. 23978