OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

July 13, 2009

Gregory Bradley, et al
versus
Forest River, Inc., et al

Case Number:  09-4234 "N" (5)

Dear Sir:

     Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint) (third party complaint) (other) to the following:

    1.    United States of America
        through the Federal Emergency Management Agency
        Office of General Counsel
        500 C Street, SW
        Washington, D.C.  20472

        Very truly yours,


        s/Ronnie G. Penton
        Ronnie G. Penton
        209 Hoppen Place
        Bogalusa, LA  70427
        (985) 732-5651
        Louisiana Bar Roll Number 10462