```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Tracy Martin, et al
versus
Sunray RV, LLC, et al

Case Number :  09-4218 "N" (5)

Dear Sir:

　　Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

　　1. United States of America
　　　 through Federal Emergency Management Agency
　　　 Office of General Counsel
　　　 500 C Street, SW
　　　 Washington, D.C. 20472

　　　　　　　　　Very truly yours,

　　　　　　　　　 s/Ronnie G. Penton
　　　　　　　　　Ronnie G. Penton
　　　　　　　　　Attorney for Plaintiffs
　　　　　　　　　209 Hoppen Place
　　　　　　　　　Bogalusa, LA  70427
　　　　　　　　　(985) 732-5651
　　　　　　　　　Louisiana Bar Roll Number 10462