UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*
Civil Action No. 09-2892

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering Defendant United States of America's *Ex Parte* Unopposed Motion for Leave to File Out of Time United States' Requested Jury Instructions,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file the Requested Jury Instructions.

**DONE AND SIGNED** this   10th   day of        July        , 2009.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA