# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | )<br>)<br>)<br>)  MDL NO. 1873<br>)  SECTION "N" (4)<br>) |
| This document relates to: | )<br>)  JUDGE ENGELHARDT |
| Barcia v. Thor California, Inc.,<br>No. 09-3472 | )<br>)<br>) |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
## UNDER FEDERAL RULE 41(a)(1)(A(i)

Now into Court, through undersigned counsel, come plaintiffs herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based on the attached affidavit executed by Walter L. Bennett on May 16, 2008, hereby give notice of the plaintiffs' voluntary dismissal of all claims asserted against the defendant **Thor Industries, Inc.** in the above-entitled suit previously filed in this proceedings.

Respectfully Submitted:

By: _____
Sidney D. Torres, III  (La. Bar No. 12869)
Roberta L. Burns (La. Bar No. 14945)
David C. Jarrell (La. Bar No. 30907)
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Tel: 504-271-8421
*Counsel for Plaintiffs*

{B0592680.1}

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on _July, 13_, 2009, I electronically filed the foregoing notice with the Clerk of Court by using the CM/ECF system which will send notice of the electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

_____
Sidney Torres — *Roberta L. Burns*

{B0592680.1}

# AFFIDAVIT

STATE OF OHIO
COUNTY OF SHELBY / ss:

The undersigned, WALTER L. BENNETT, being first duly cautioned and sworn, and upon personal knowledge, states the following:

1. I am the Executive Vice-President of Thor Industries, Inc., a Delaware corporation, with a principal place of business in Jackson Center, Shelby County, Ohio ("Thor Industries").

2. Thor Industries is the parent corporation of several recreation vehicle manufacturers, each of which has a separate corporate existence.

3. Thor Industries does not, and has never, designed, manufactured, or distributed any products, including but not limited to any recreation vehicles or other housing units distributed by the Federal Emergency Management Agency to individuals affected by Hurricane Katrina or Hurricane Rita.

Further Affiant sayeth naught.

_____
Walter L. Bennett

Sworn to before me and subscribed in my presence by Walter L. Bennett this 16th day of May 2008.

_____
Notary Public    Exp. 3/14/10

This instrument prepared by: FAULKNER, GARMHAUSEN, KEISTER & SHENK, A Legal Professional Association, 100 South Main Avenue, Suite 300, Sidney, OH 45365

G:\Thor\Corporate\Formaldehyde issue\Bennett Aff
JMD / 5/16/08