UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                                     MDL
                                            NO. 1873

FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"

                                            JUDGE ENGELHARDT
                                            MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon T. Wright v. Forest River, Inc., et al.*
*Inc., et al, No. 09-2977*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S OPPOSED SECOND MOTION FOR LEAVE TO
FILE FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes plaintiff Lyndon T. Wright,

who, for the reasons set forth in the memorandum attached hereto and reiterating from his First

Motion for Leave to File, respectfully moves the Honorable Court for leave to file his First

Supplemental and Amended Complaint submitted herewith.   This motion is opposed by at least

one defendant.

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:  s/Frank J. D'Amico, Jr.
        Frank J. D'Amico, Jr. (La. Bar #17519)
        Aaron Z. Ahlquist (La. Bar #29063)
        622 Baronne Street
        New Orleans, Louisiana 70113
        Phone: (504) 525-7272
        Facsimile: (504) 525-9522
        *Trial Attorneys for Lyndon Wright*


        *-and-*


        Douglas M. Schmidt (#11789)
        Peter R. Borstell (#3264)
        335 City Park Avenue
        New Orleans, LA 70119
        Telephone:   (504) 482-5711
        Fax:              (504) 482-5755
        **Attorneys for Lyndon Wright**


## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.   I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Frank J. D'Amico, Jr.
        FRANK J. D'AMICO, JR.(#17519)