UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION FOR EXPEDITED HEARING BY THE PLAINTIFF ON SECOND MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Lyndon Wright, who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances of this litigation to expedite consideration by this Court of his Second Motion for Leave to File the First Supplemental and Amending Complaint, as it has already been briefed by all sides, and has been previously requested for expedited hearing. Plaintiff, accordingly, requests that the Second Motion for Leave to File the First Supplemental and Amending Complaint be set expeditiously by this Honorable Court.

1

        RESPECTFULLY SUBMITTED:

        **FRANK J. D'AMICO, JR., APLC**

        BY: s/Frank J. D'Amico
        FRANK J. D'AMICO, JR., T.A. (#17519)
        AARON Z. AHLQUIST (#29063)
        **FRANK J. D'AMICO, JR., APLC**
        622 Baronne Street
        New Orleans, LA 70113
        Telephone:   (504) 525-7272
        Fax:   (504) 525-952

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Frank J. D'Amico
        FRANK J. D'AMICO, #17519