```
MINUTE ENTRY
CHASEZ, M.J.
JULY 10, 2009
```

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                             MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                            NUMBER: 07-1873

                                                SECTION: "N"(5)


<u>HEARING ON MOTION</u>


APPEARANCES:   Peter Taafe, Andrew Weinstock
MOTION:

(1)  PSC's Motion for Leave to Take Additional Depositions (Rec.
     doc. 2047).

  _____ :   Continued to

  _____ :   No Opposition

  \_\_1\_\_\_ :   Opposition

  _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E


MJSTAR(00:40)

ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

__1__ : Other. Gulf Stream has produced or has agreed to produce the following individuals for deposition purposes: Todd Lentych, Eddie Abbott, Jeff Zumbrum, and Joseph Cleland. At the present time, the Court declines to order the depositions of Steven Lidy, Rick Jones, John Bruhn, Mike Ward, or the unidentified Gulf Stream employee who was the main point of contact with FEMA. The last known contact information for the three quality control managers from Plant 57 in December of 2004 is to be provided by Gulf Stream. With respect to the final inspector and the two receivers at Plant 57, Gulf Stream is to produce them for deposition if they are still in defendant's employ or, if not, is to provide their last known contact information. As to former Gulf Stream employees and contractors, the depositions of William Dudeck, Terry Sloan, and Linda Esparza are to go forward. All of the aforementioned depositions shall be limited to two hours each and counsel are to make every effort to coordinate same such that they can be taken in Indiana on July 16 and 17, 2009. Where contact information has been ordered above, Gulf Stream is to make every effort to provide same by July 15, 2009.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE