FILED '09 JUL 08 14:49 USDC-LAE

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: July 8, 2009

CURTIS COLEMAN, SR., ET AL.

vs.

AMERICAN INTERNATIONAL
SPECIALTY INSURANCE COMPANY,
ET AL.

Case No. 09-3851   Section N(5)

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT FOR DAMAGES to the following:

1. Gibraltar Insurance Co., LTD
   **through its registered agent for service:**
   Quest Management Solutions
   FB Perry Building
   40 Church Street
   Hamilton, HM 11
   Bermuda

2. American International Specialty Insurance Company
   **through its registered agent for service:**
   The Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

Very truly yours,

HUGH P. LAMBERT, ESQ. (#7933)
LINDA J. NELSON, ESQ. (#9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931