**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE REPLY TO**
**DEFENDANTS' OPPOSITION TO MOTION FOR LEAVE TO FILE**
**FIRST SUPPLEMENTAL AND AMENDED COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff Lyndon Wright, who respectfully suggests to the Court that that he be allowed to file the attached Reply to the Defendants' Opposition to the Defendant's Opposition to Plaintiff's Motion to For Leave to Amend and Supplement the Original Complaint. The Reply is furnished both in response to the opposition and as additional support for the Plaintiff's Second Motion for Leave to File the First Supplemental and Amending Complaint. Plaintiff, accordingly, humbly requests that this Honorable Court grant this Motion and allow the Reply to be entered into the record.

1

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY:s/Frank J. D'Amico
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:    (504) 525-7272
Fax:              (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico
FRANK J. D'AMICO, #17519

2