```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Vanessa Roche
versus
Insurco, Ltd., et al

Case Number :  09-4225 "N" (5)

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

1. United States of America
   through Federal Emergency Management Agency
   Office of General Counsel
   500 C Street, SW
   Washington, D.C. 20472

                      Very truly yours,

                      s/Ronnie G. Penton
                      Ronnie G. Penton
                      Attorney for Plaintiffs
                      209 Hoppen Place
                      Bogalusa, LA  70427
                      (985) 732-5651
                      Louisiana Bar Roll Number 10462