```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Angela Thompson, et al
versus
Crum & Forster Specialty Insurance Company, et al

Case Number :  09-4221 "N" (5)

Dear Sir:

   Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

   1. United States of America
      through Federal Emergency Management Agency
      Office of General Counsel
      500 C Street, SW
      Washington, D.C. 20472

                      Very truly yours,


                       s/Ronnie G. Penton
                      Ronnie G. Penton
                      Attorney for Plaintiffs
                      209 Hoppen Place
                      Bogalusa, LA  70427
                      (985) 732-5651
                      Louisiana Bar Roll Number 10462