```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                                July 10, 2009

Eric M. Oldenburg, et al
versus
American International Specialty Lines Insurance Company, et al

Case Number :  09-4233 "N" (5)

Dear Sir:

    Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

    1. United States of America
       through Federal Emergency Management Agency
       Office of General Counsel
       500 C Street, SW
       Washington, D.C. 20472

                        Very truly yours,


                         s/Ronnie G. Penton
                        Ronnie G. Penton
                        Attorney for Plaintiffs
                        209 Hoppen Place
                        Bogalusa, LA  70427
                        (985) 732-5651
                        Louisiana Bar Roll Number 10462