```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Scott Bernice, et al
versus
Gulf Stream Coach, Inc., et al

Case Number :  09-4228 "N" (5)

Dear Sir:

    Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other) to the following:

    1. United States of America
       through Federal Emergency Management Agency
       Office of General Counsel
       500 C Street, SW
       Washington, D.C. 20472

                Very truly yours,

                s/Ronnie G. Penton
                Ronnie G. Penton
                Attorney for Plaintiffs
                209 Hoppen Place
                Bogalusa, LA  70427
                (985) 732-5651
                Louisiana Bar Roll Number 10462