```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Annie Bell, et al
versus
Cavalier Home Builders, LLC., et al

Case Number :  09-4219 "N" (5)

Dear Sir:

    Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

1. United States of America
   through Federal Emergency Management Agency
   Office of General Counsel
   500 C Street, SW
   Washington, D.C. 20472

                                Very truly yours,

                              s/Ronnie G. Penton
                              Ronnie G. Penton
                              Attorney for Plaintiffs
                              209 Hoppen Place
                              Bogalusa, LA  70427
                              (985) 732-5651
                              Louisiana Bar Roll Number 10462