UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                           MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 08-5031

## ORDER

**IT IS ORDERED** that **Sunray RV, LLC's Motion for Summary Judgment (Rec. Doc. 1582)** is **DENIED AS MOOT** per Rec. Docs. 1757 and 1773.

New Orleans, Louisiana, this 13th day of July, 2009.

                                    **KURT D. ENGELHARDT**
                                    **UNITED STATES DISTRICT JUDGE**