```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Jaqueline Caldwell, et al
versus
Fleetwood Enterprises, Inc., et al

Case Number :  09-4226 "N" (5)

Dear Sir:

Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

1. United States of America
   through Federal Emergency Management Agency
   Office of General Counsel
   500 C Street, SW
   Washington, D.C. 20472

                               Very truly yours,

                               s/Ronnie G. Penton
                               Ronnie G. Penton
                               Attorney for Plaintiffs
                               209 Hoppen Place
                               Bogalusa, LA  70427
                               (985) 732-5651
                               Louisiana Bar Roll Number 10462