```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

                              July 10, 2009

Gwendolyn Duplessis, et al
versus
Frontier RV, Inc. ,et al

Case Number :  09-4231 "N" (5)

Dear Sir:

   Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

   1. United States of America
      through Federal Emergency Management Agency
      Office of General Counsel
      500 C Street, SW
      Washington, D.C. 20472

                         Very truly yours,


                          s/Ronnie G. Penton
                         Ronnie G. Penton
                         Attorney for Plaintiffs
                         209 Hoppen Place
                         Bogalusa, LA  70427
                         (985) 732-5651
                         Louisiana Bar Roll Number 10462