OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

                              July 10, 2009

Rodenno Dixon, et al
versus
Dutchmen Manufacturing, Inc., et al

Case Number :  09-4232 "N" (5)

Dear Sir:

     Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other)to the following:

     1. United States of America
        through Federal Emergency Management Agency
        Office of General Counsel
        500 C Street, SW
        Washington, D.C. 20472

                         Very truly yours,


                          s/Ronnie G. Penton
                         Ronnie G. Penton
                         Attorney for Plaintiffs
                         209 Hoppen Place
                         Bogalusa, LA  70427
                         (985) 732-5651
                         Louisiana Bar Roll Number 10462