```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
```

July 10, 2009

Bryan Bournes, et al
versus
DS Corp, d/b/a Crossroads RV, et al

Case Number :  09-4235 "N" (5)

Dear Sir:

    Please (**issue**) (re-issue) summons on the (**complaint**) (amended complaint)(third party complaint)(other) to the following:

1. United States of America
   through Federal Emergency Management Agency
   Office of General Counsel
   500 C Street, SW
   Washington, D.C. 20472

                  Very truly yours,

                  s/Ronnie G. Penton
                  Ronnie G. Penton
                  Attorney for Plaintiffs
                  209 Hoppen Place
                  Bogalusa, LA  70427
                  (985) 732-5651
                  Louisiana Bar Roll Number 10462