IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **AIMEE LEE BARRILLEAUX** | * | **DOCKET NO. 09-3726** |
| together with all individuals and entities | * | |
| whose names appear on the attached | * | |
| "Exhibit A" | * | |
| | * | |
| versus | * | |
| | * | **SECTION: N (5)** |
| **COACHMEN INDUSTRIES, INC.,** | * | |
| **COACHMEN RECREATIONAL VEHICLE** | * | |
| **COMPANY, LLC,** | * | |
| **COACHMEN RECREATIONAL VEHICLES** | * | |
| **OF GEORGIA, LLC** | * | |
| **SHAW ENVIRONMENTAL, INC.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | |
| **BECHTEL NATIONAL, INC.,** | * | |
| **CH2M HILL CONSTRUCTORS, INC.** | * | |
| and | * | |
| **UNITED STATES OF AMERICA through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |

**************************************************************************

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER
FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) fo the Federal Rules of Civil Procedure, and based upon the

1

representations of Bechtel National, Inc. in a Rule 30(b)(6) deposition that under the terms of its contract with the Federal Emergency Management Agency (FEMA) it installed EHU's only in the State of Mississippi[1], hereby give notice of plaintiff, Ross Allen Hutter's voluntary dismissal of all claims asserted within the Eastern District of Louisiana against Bechtel National, Inc. in the above-entitled suit previously filed in these proceedings.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:      /s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

---

[1]     *See* Exhibit 1, attached.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2009 , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ Roberta L. Burns<br>
ROBERTA L. BURNS