UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                       MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION N (5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*All complaints filed by Hurricane Legal Center, LLC*

**PLAINTIFFS' EX PARTE MOTION FOR EXTENSION
OF TIME TO COMPLY WITH PRETRIAL ORDER 40**

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs who respectfully submit to this Honorable Court this motion for an extension of time to comply with the deadlines in Pretrial Order 40. Pretrial Order ("PTO") 40 requires all unmatched plaintiffs to be matched with a specific manufacturing defendant within 45 days of the date of filing of the complaint. This deadline is subject to extension for good cause shown. For the reasons explained below, it is submitted that good cause exists for a (1) 15-day extension of the 45-day deadline imposed in PTO 40 as to the vast majority of plaintiffs represented by Hurricane Legal Center LLC ("HLC") who are the subject of this motion, and (2) 46-day extension as to a maximum of 300 plaintiffs in regard to

whom the matching effort has been extraordinarily difficult notwithstanding HLC's diligent efforts.[1]

## Memorandum In Support

Subsequent to its June 15, 2009 filings[2], HLC has received matching information from FEMA regarding approximately 1,725 plaintiffs (approximately 690 trailers). HLC is diligently working to process this information and intends to file amended matching complaints as to these plaintiffs prior to the 45-day deadline (July 30, 2009).

However, HLC anticipates receiving matching information from FEMA as to another approximately 2,000 plaintiffs (800 trailers) no earlier than July 27, 2009. Given that the 45-day deadline expires on July 30, 2009 it will be a nearly impossible task to process this information and file appropriate amended complaints by the deadline. Separately, HLC expects to receive matching information from FEMA as to approximately 200 plaintiffs (80 trailers) on August 3, 2009. Hence, as to this latter group of plaintiffs, HLC will not even receive the matching information from FEMA within the 45-day period. It is respectfully requested that the matching deadline be extended 15-days to August 14, 2009 as to all of these plaintiffs.

---

[1] HLC represents approximately 7,000 plaintiffs. HLC anticipates majority of its clients will be matched with a trailer manufacturer within the 45-day period. It seeks a short 15-day extension as to the vast majority of the remaining clients. The longer, 46-day extension (45th day falls on a Sunday) is being sought on behalf of no more than 300 (4.2%) of HLC's clients in regard to whom the matching process has proved particularly difficult.

[2] On June 15, 2009, HLC filed 172 complaints in this Court, as well as additional complaints shortly thereafter in other venues.

HLC received its first batch of matching information from FEMA on June 9, 2009. Approximately 100 of HLC's clients on this list came back unmatched and approximately 30 came back partially matched.[3] HLC has been diligently attempting to match these unmatched and partially matched clients, including by using VIN patterns and other relevant information. However, the results to date have been mixed.

On June 24, 2009, HLC received from FEMA a second batch of matching information regarding approximately another 1,725 clients (690 trailers). Of these, there were approximately 1,670 matches. HLC is diligently working to obtain the necessary matching information as to the approximately 45 clients who were not matched by FEMA in this second batch.

HLC currently does not know what percentage of the third batch of matching information it expects to receive from FEMA on or about July 27, 2009 will come back unmatched or partially matched.

Finally, HLC expects to receive a fourth and final batch of matching information from FEMA on or about August 3, 2009 as to approximately 200 clients (80 trailers). As noted, matching information as to these clients will arrive <u>after</u> the 45-day deadline has expired. In light of the above, a general extension of 15 days to August 14, 2009 is clearly warranted.

Separately, HLC requests a special extension of 46-days as to a small percentage of its clients (no more than 300 clients or 4.2% of HLC's 7,000 clients) regarding whom the matching effort has been particularly tortured and difficult. The difficulties

---

[3] Generally FEMA has not provided any explanation for the non-matches.

encountered by HLC as to these clients are exemplified by one client who was issued his trailer by U.S. Department of Agriculture rather than FEMA. Because this client lacks FEMA ID number, FEMA has not provided any matching information. HLC has written to counsel for FEMA seeking assistance. Another client is a New Orleans firefighter who was issued his communal trailer through the City of New Orleans rather than FEMA. He also lacks FEMA ID number, and again FEMA has not provided HLC with any matching information.  HLC has written to FEMA regarding this client as well.

Other HLC clients have provided HLC with inaccurate or incomplete information (e.g., wrong applicant name, wrong FEMA ID number and/or wrong trailer address), making it difficult to provide FEMA with the information it needs to process the request. HLC has diligently attempted to obtain accurate and relevant information for in order to enable FEMA to promptly process the information.

Still other clients have been unresponsive or unreachable notwithstanding multiple telephone calls, letters and other attempts to contact them. All of these clients deserve a last ditch effort on HLC's part to obtain the matching information before their claims are involuntarily dismissed. As to the above-described small groups of clients, HLC, as noted, is seeking a 46-day extension to September 14, 2009.[4]

Undersigned counsel has contacted all opposing counsel and hereby certifies that no other party in this MDL litigation has filed or voiced any objection or opposition to this request for extension.

---

[4] A 46-day extension may allow HLC to submit one more matching request to FEMA, supplemented by new information as appropriate. (To date, FEMA has taken 33 or 34 days to respond to each batch of matching request.)

WHEREFORE, plaintiffs in the complaints filed by HLC pray that this ex parte motion for extension of time to comply with deadlines imposed in Pretrial Order 40 be granted as prayed for.

                    Respectfully submitted,

                    HURRICANE LEGAL CENTER, LLC

                    BY    /s/ Paul Y. Lee
                          Paul Y. Lee, #CA118981

                    600 Carondelet Street
                    Suite 602
                    New Orleans, LA 70130
                    (504) 525-1944 (telephone)
                    (504) 525-1279 (facsimile)
                    lee@kaplanleeoc.com

                    **Attorneys for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2009 I electronically filed the forgoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed a forgoing documents and a notice of electronic filing by first class mail to all counsel on record who are non-CM/ECF participants. No manual participants.

                                        /s/ Paul Y. Lee
                                          Paul Y. Lee