UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

SECTION N (5)

JUDGE ENGELHARDT

**THIS DOCUMENT RELATES TO:**
*All complaints filed by Hurricane Legal Center, LLC*

## ORDER

GOOD CAUSE APPEARING,

IT IS ORDERED that as to any plaintiffs represented by the Hurricane Legal Center, LLC ("HLC"), the 45-day deadline for matching any unmatched plaintiff with a specific manufacturing defendant as specified in Pretrial Order 40 is extended so that any plaintiffs remaining unmatched at the end of such 45-day period shall be given an additional 15 days to be matched with a specific manufacturing defendant. However, as to no more than 300 of these plaintiffs, the extension shall be 46 days from the deadline rather than 15 days. At the end of the extended 46 day period, counsel for plaintiffs shall notify the court of any plaintiffs which remain unmatched and the civil action number of the original complaint in which they were named.

New Orleans, Louisiana this _____ day of July, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**