AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| Barbara Duncan, et al<br>Plaintiff<br>v.<br>Thor California, Inc. d/b/a Thor Manufacturing, Inc., Shaw Environmental, Inc., and United States of America through the Federal Emergency Management Agency<br>This case relates to MDL No. 07-1873<br>Defendant | ) ) ) ) ) ) )   Civil Action No. |

**Summons in a Civil Action**

09-3304
SECT. N MAG 5

To: *(Defendant's name and address)*
Honarable Michael Mukasey
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within ___60___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I Woods, Gaindburgh, Benjamin, David, Meunier & Warshauer, L.L.C. 2800 Energy Centre, 1100 Poydras St. New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: DATE OF ENTRY APR 17 2009

*Deputy clerk's signature*

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

  (1) personally delivering a copy of each to the individual at this place, _____; or

  (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

  (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

  (4) returning the summons unexecuted to the court clerk on _____; or

  (5) other *(specify)* _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ \_\_\_\_0.00\_\_\_\_.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X  ☐ Agent  ☐ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Honorable Michael Mukasey<br>US Dept. of Justice<br>950 Pennsylvania Ave. N.W.<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>MAY 14 2009<br><br>3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number (*Transfer from*)   7008 0500 0001 9549 2136 | |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

**Justin I. Woods**
**Gainsburgh, Benjamin, David**
**Meunier & Warshauer, L.L.C.**
**2800 Energy Centre-1100 Poydras**
**New Orleans, La. 70163-2800**

09-3306, 09-3305, 09-3304