AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

**RETURN**

| | |
|---|---|
| Isaac Thornton, et al | |
| Plaintiff | |
| v. | Civil Action No. |
| Forest River, Inc., Fluor Enterprises, Inc., and United States of America through the Federal Emergency Management Agency | **09 - 3305** |
| This case relates to MDL No. 07-1873 | **SECT. N MAG5** |
| Defendant | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Honorable Michael Mukasey
US Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

A lawsuit has been filed against you.

Within ___60___ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Justin I Woods, Gaindburgh, Benjamin, David, Meunier & Warshauer, L.L.C. 2800 Energy Centre, 1100 Poydras St. New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**LORETTA G. WHYTE**

| DATE OF ENTRY |
|---|
| APR 1 7 2009 |

Date: _____

Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

   (1) personally delivering a copy of each to the individual at this place, _____
   _____ ; or

   (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
      who resides there and is of suitable age and discretion; or

   (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
   _____ ; or

   (4) returning the summons unexecuted to the court clerk on _____; or

   (5) other *(specify)* _____
   _____
   _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

                                  _____
                                      Server's signature

                                  _____
                                      Printed name and title

                                  _____
                                      Server's address

**SENDER:** *COMPLETE THIS SECTION*

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Michael Mukasey
US Dept of Justice
950 Pennsylvania Ave. N.W.
Washington DC 20530

2. Article Number *(Transfer from* 7008 0500 0001 9549 2136

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)     C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No



MAY 1 4 2009

3. Service Type
☑ Certified Mail ☐ Express Mail
☐ Registered ☑ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09-3306, 09 3305, 09 3304