AO 399 (03/08) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| Linda Bosarge, et al | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) Civil Action No. | 09-3252 |
| Dutchmen Manufacturing, Inc., Shaw Environmental, Inc., and United States of America through the Federal Emergency Management Agency | ) ) ) | |
| Defendant | | |

## Waiver of the Service of Summons

To: Justin I Woods O/B/O Linda Bosarge
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of ~~the complaint~~ /KW ~~two copies of~~ this waiver form, ~~and a prepaid means of returning one signed copy of the form to you.~~

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____ April 2[9], 2009 KKW _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date 5/14/09

_Karen K. Whitfield_
Signature of the attorney or unrepresented party

KAREN K. WHITFIELD, ATTORNEY FOR
SHAW ENVIRONMENTAL, INC.
Printed name

Baker Donelson
201 St. Charles Ave., Suite 3600
N.O., LA 70170
Address

kwhitfield@bakerdonelson.com
E-mail address

504-566-5200
Telephone number