UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER  
    FORMALDEHYDE PRODUCTS  
    LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO  
ALL CASES

## ORDER

**IT IS ORDERED** that the committee and general status conferences, currently set for Friday, July 31, 2009 at 8:45 a.m. and 10:00 a.m., respectively, are **CONTINUED** to **Friday, August 7, 2009, at 8:45 a.m. and 10:00 a.m., respectively**.

New Orleans, Louisiana, this 16th day of July, 2009.

**KURT D. ENGELHARDT**  
**UNITED STATES DISTRICT JUDGE**