UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER        * | | MDL NO. 1873 |
|     FORMALDEHYDE        * | | |
|     PRODUCTS LIABILITY    * | | |
|     LITIGATION         * | | SECTION: N(5) |
|                  * | | |
| This Document Relates to: *Charlie Age, et al. v.*   * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892  * | | |
|                  * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Plaintiffs' Opposition to Rule 12(b)(6) Motion to Dismiss;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply to Plaintiffs' Opposition to 12(b)(6) Motion to Dismiss.

New Orleans, Louisiana, this __14th__ day of _____July_____, 2009.

_____
JUDGE