UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>       FORMALDEHYDE PRODUCTS<br>       LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Case 09-2977

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by the Plaintiffs on Second Motion for Leave to File First Supplemental and Amending Complaint (Rec. Doc. 2129)** is **GRANTED.**  Plaintiff's Opposed Second Motion for Leave to File First Supplemental and Amended Complaint (Rec. Doc. 2128) is immediately taken under advisement.[1]

New Orleans, Louisiana, this 15th day of July, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**

---

[1] When this motion was originally filed (See Rec. Doc. 1862), it was marked as "deficient." Although this deficiency was never corrected and this motion was terminated as a result, an opposition (Rec. Doc. 2097) was filed. Because this motion has been re-filed correctly (See Rec. Doc. 2128), the Court will consider the previously-filed opposition thereto.