UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                 **MDL NO. 1873**
**FORMALDEHYDE**
**PRODUCT LIABILITY LITIGATION**      **SECTION "N-5"**

                                                  **JUDGE ENGELHARDT**
                                                  **MAG. JUDGE CHASEZ**

**THIS DOCUMENT IS RELATED TO:**
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Leave to File a Reply Brief:

**IT IS ORDERED** that the Plaintiff's Motion is GRANTED and that the Reply be entered into the record.

THIS DONE the __14th__ day of __July__, 2009, New Orleans, Louisiana.

                                                  _____
                                                  HONORABLE KURT D. ENGELHARDT

1