UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-3922

## ORDER

**IT IS ORDERED** that the *Ex Parte* **Unopposed Motion for Extension of Time Within Which to File Responsive Pleadings (Rec. Doc. 2118)** is **GRANTED** to the extent that Defendant Liberty Mutual Insurance Corporation is allowed extensions of **20 days** from the time its pleadings would otherwise be due within which to file responsive pleadings, in accordance with Local Rule 7.9E.

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5).

New Orleans, Louisiana, this 14th day of July, 2009.

                                                               **KURT D. ENGELHARDT**
                                                               **UNITED STATES DISTRICT JUDGE**