UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                        MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                                            SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

**IT IS ORDERED** that the Motion for Leave to File (Rec. Doc. 2166) is GRANTED.

New Orleans, Louisiana, this 16th day of July, 2009.

                                         **KURT D. ENGELHARDT**
                                         **UNITED STATES DISTRICT JUDGE**