MINUTE ENTRY
ENGELHARDT, J.
July 17, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER　　　　　　　　　　　　　MDL NO. 07-1873
　　　　FORMALDEHYDE PRODUCTS
　　　　LIABILITY LITIGATION
　　　　　　　　　　　　　　　　　　　　　　　　SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

   A telephone status conference was conducted on Friday, July 17, 2009, at 9:00 a.m. Participating were Justin I. Woods, Michael David Kurtz, Henry T. Miller, Karen Whitfield, Jonathan R. Waldron, Ernest P. Geiger, Jr., Carson Strickland, Frank J. D'Amico, Jr., and Aaron Z. Ahlquist.

   Court Reporter Karen Ibos was also present.

JS10(00:72)