# DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK

| | | |
|---|---|---|
| LAWRENCE J. DUPLASS | KEVIN R. DERHAM (3) | BRETT A. BARES |
| GARY M. ZWAIN (1) | JOSEPH E. BEARDEN, III | BEN S. DiPALMA |
| DAVID J. BOURGEOIS | JAIME M. CAMBRE | SHENDELLE T. POLK |
| C. MICHAEL PFISTER | COREY M. OUBRE | |
| ANDREW D. WEINSTOCK (1) | GISSEL M. FERRIOL | *SPECIAL COUNSEL* |
| GEOFFREY P. CLEMENT | CHRISTINA M. KOCKE (4) | DAVID M. CAMBRE |
| GUYTON H. VALDIN, JR. | NICOLE M. BOYER | |
| KELLY CAMBRE BOGART | RYAN M. MALONE | (1) also admitted in Texas |
| CHRISTIAN B. BOGART | JENNIFER M. MORRIS | (2) also admitted in Mississippi |
| JOSEPH G. GLASS (2) | PHILIP G. WATSON | (3) also admitted in Maryland |
| | | (4) also admitted in Oklahoma |

July 14, 2009

**VIA FEDERAL EXPRESS**
Peter Taaffe, Esq.
**THE BUZBEE LAW FIRM**
600 Travis St., Ste. 7300
Houston, Texas 77002

RECEIVED
JUL 15 2009

    Re:    **In Re: FEMA Trailer Formaldehyde Product Liability Litigation**
            **MDL 1873**

Dear Peter:

    As you will recall several weeks ago, I told you I had something you might consider a statement, but I did not. I have researched the issue and am satisfied that regardless of what it is, it is discoverable. The enclosed disc contains a tape recorded conversation between Jeff Zumbrum and his contact person at Adorn. Let me know of you have any questions.

                      Sincerely,

                      **DUPLASS, ZWAIN, BOURGEOIS,**
                      **PFISTER & WEINSTOCK**

                      *Andrew Weinstock*

                      **ANDREW D. WEINSTOCK**

ADW/cvm
Enclosure



PLAINTIFF'S EXHIBIT A

A PROFESSIONAL LAW CORPORATION
29TH FLOOR, THREE LAKEWAY CENTER    3838 N. CAUSEWAY BLVD.    METAIRIE, LOUISIANA 70002
TELEPHONE 504.832.3700    FAX 504.837.3119
www.duplass.com