UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., No. 09-2892*
*Alana Alexander, individually and on behalf of Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that PSC's Motion for Leave to Take Additional Deposition in the above-captioned matter is hereby set for hearing on the 5th day of August, 2009, at 11:00 o'clock a..m.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:   504/522-2304
        Facsimile:    504/528-9973
        gmeunier@gainsben.com

        s/Justin I. Woods

>JUSTIN I. WOODS, #24713
>**PLAINTIFFS' CO-LIAISON COUNSEL**
>Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
>2800 Energy Centre, 1100 Poydras Street
>New Orleans, Louisiana 70163
>Telephone:     504/522-2304
>Facsimile:     504/528-9973
>jwoods@gainsben.com
>
>**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
>    ANTHONY BUZBEE, Texas # 24001820
>    ROBERT M. BECNEL, #14072
>    RAUL BENCOMO, #2932
>    FRANK D'AMICO, JR., #17519
>    MATT MORELAND, #24567
>    LINDA NELSON, #9938
>    DENNIS REICH, Texas #16739600
>    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

>s/Gerald E. Meunier
>GERALD E. MEUNIER, #9471