# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Hearing on Plaintiff's Motion for Leave to Take Additional Deposition,

**IT IS HEREBY ORDERED** that said Motion is granted and that Plaintiff's Motion for Leave to Take Additional Deposition be and is hereby set for hearing on the ___ day of _____, 2009, at ___a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

                                                                      _____
                                                                      **KURT D. ENGELHARDT**
                                                                      **UNITED STATES DISTRICT JUDGE**