UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 1873<br><br>SECTION: N(5) |
| THIS DOCUMENT IS RELATED TO:<br>*Charlie Age, et al v. Gulf Stream Coach, Inc.,*<br>*Et al, Docket No. 09-2892* | | * * * | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO EXTEND DEADLINES

**Now Into Court,** through undersigned counsel, comes Fluor Enterprises, Inc., which hereby moves this Honorable Court to extend the July 17, 2009 deadline for filing amended witness and exhibit lists and the July 17, 2009 deadline for filing objections to proposed jury charges as follows:

1.

Counsel for Plaintiff Alana Alexander, counsel for the United States, and counsel for Gulfstream Coach Inc., have expressly consented in writing to extend the July 17, 2009 deadline for filing amended witness and exhibit lists and the July 17, 2009 deadline for filing objections to proposed jury charges until July 24, 2009.

2.

Discovery is ongoing as to the claims of Ms. Alexander, the development and progress of the litigation will be aided by extension of the deadlines, and the extension of these deadlines will not upset any other established deadlines

For the foregoing reasons, Fluor Enterprises, Inc. respectfully requests that this Court issue an Order amending its previously entered orders to extend the July 17, 2009 deadline for filing amended witness and exhibit lists and the July 17, 2009 deadline for filing objections to proposed jury charges each to July 24, 2009, under the terms indicated, *supra*.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY: */s/ Richard A. Sherburne Jr..*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

-and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

*/s/ Richard A. Sherburne Jr.*
**Richard A. Sherburne Jr.**