UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering Fluor Enterprises, Inc.'s Consent Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Consent Motion is granted, and that the July 17, 2009 deadline for filing amended witness and exhibit lists be and hereby is extended and continued until July 24, 2009 and that the July 17, 2009 deadline for filing objections to proposed jury charges be and hereby is extended and continued until July 24, 2009,

**DONE AND SIGNED** this _____ day of _____, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE