UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                         SECTION "N-5"
                                                     JUDGE ENGELHARDT
                                                     MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Alana Alexander and Chris Cooper v.*
*Gulf Stream Coach, Inc., et. al.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

REVISED WITNESS LIST

The United States designates the following individuals to its **Will Call Witness List**:

**United States of America's Will Call Fed. Civ. P. 26(a)(2)(B) Experts:**

1.  Dr. Jessica Herzstein, M.D., M.P.H.
    Global Medical Director
    Air Products and Chemicals
    7201 Hamilton Boulevard
    Allentown, PA 18195-1501

    Environmental Health Resources, P.C.
    1755 P Street, NW
    Washington, D.C. 20036

2.  Dr. Robert James, Ph.D.
    Terra, Inc.
    1234 Timberlane Road
    Tallahassee, FL 32312

    Associate Scientist
    Center for Environment and Human Toxicology
    Building 471, Mallory Road
    University of Florida
    Gainsville, FL 326111-0885

3.  Dr. Michael K. Lindell, Ph.D.

       3122 Camelot Drive #52
       Bryan, Texas 77802

4.    Dr. Richard Monson, M.D., M.Sc., Sc.D.
       Boston, MA

5.    Mark J. Polk
       RV Education 101
       150 Bay Ridge Road
       Harrells, NC 28444

6.    Coreen A. Robbins, Ph.D., CIH
       Veritox
       18372 Redmond-Fall City Road
       Redmond, WA 98052
       Redmond, Wa

**United States Will Call Witnesses:**

1.    Bronson Brown
       Section Chief of Occupation Safety, Health & Security Branch
       Facilities Management Division
       FEMA DHS

2.    David Garratt
       Acting Deputy Administrator
       FEMA DHS

3.    Jack Hume,
       Bechtel Rule 30(b)(6)
       San Francisco, CA

4.    Dr. William Lang, M.D.
       Assoc. Chief of Medical Office
       US Dept. of Homeland Security Health

       As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang. The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

5. Mike Lapinski
   Federal Coordinating Officer
   Office Coordinating Officer Operations
   FEMA DHS

6. Martin McNeese
   Assistant Branch Chief Region 8
   FEMA DHS

7. Kenneth J. Melchiorre (deposition)
   CH2M Hill, Inc.
   Virginia

8. Stephen C. Miller
   Logistics Management Specialist Supervisor
   FEMA DHS

9. Clyde Payne
   Officer In Charge
   Jackson Area Office
   Occupation Safety and Health Agency
   U.S. Department of Labor
   Jackson, Mississippi

10. Kevin Souza
    Chief
    Individual Assistance Program Management (2005-2008)
    Individual Assistance Division
    FEMA DHS

11. Faye Green
    IA Division
    FEMA DHS

**United States of America May Call Witness List**:

1. Gulf Stream Coach, Inc., Rule 26 Expert Witnesses.

2. Fluor Enterprises, Inc., Rule 26 Expert Witnesses.

3. Plaintiffs' Rule 26 Expert Witnesses.

4. Alana Alexander

3

5. Erica Alexander

6. Shirley Alexander

7. P. Michael Allred, Ph.D.
   Deputy Director
   Office of Terrorism, Preparedness and
   Emergency Response
   National Center for Environmental Health/
   Agency for Toxic Substances and Disease Registry

   As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the CDC/ATSDR.  The United States hereby notifies the parties that the advice Dr. Allred provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR February 1, 2007, Health Consultation.

8. Jesse Baynes
   Jackson Area Office
   Occupation Safety and Health Agency
   U.S. Department of Labor
   Jackson, Mississippi

9. Bob Bennett
   Chief of Staff
   Texas TRO
   FEMA DHS

10. Michael S. Bonner
    Bonner Analytical Testing Company
    2703 Oak Grove Road
    Hattiesburg, MS 39402
    Phone:  601.264.2854

11. Lenell Bryant
    DHOPS Special Projects/
    DHOPS Demolition Lead
    FEMA DHS

12. Ryan Buras
    Program Specialist
    DAD-IA-PM-ES-HS
    FEMA DHS

13. James (Chip) Burris
    Senior Project Manager
    Contractor Support Branch
    FEMA DHS

14. David Chawaga
    Safety Specialist
    OM-FM-SY-SH
    FEMA DHS

15. Sam Coleman
    Director
    Enforcement Division, Region VI
    U.S. Environmental Protection Agency

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

16. Jorge Colon
    Contracting Officer's Technical Representative
    FEMA DHS

17. Chris Cooper

18. Ronnie Crossland
    Enforcement Division, Region VI
    U.S. Environmental Protection Agency

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Crossland provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

19. Robert Ferguson
    MHOPS Maintenance
    FEMA DHS

20. Eric Gentry
    Team Leader R-5 First
    FEMA DHS

21. Carl Hallstead
    Lead Program Specialist
    DAD-IA-PM-HS
    FEMA DHS

22. Mike Harder
    Recertification Advisor
    TRO-LA-RE
    FEMA DHS

23. Gail Haubrich
    Individual Assistance Housing Supervisor
    FEMA DHS

24. Tracy Haynes
    Branch Chief
    IM-RS
    FEMA DHS

25. Cindy Howell
    FEMA DHS

26. Kevin Hutcheson
    FEMA DHS

27. Robert Ives
    Director
    Alabama Transitional Recovery Office
    FEMA DHS

28. Gil Jamieson
    Associate Deputy Administrator
    Gulf Coast Recovery
    FEMA DHS
    (former FEMA employee)

29. Burl Keel
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

30. Mark E. Keim, M.D.
    Acting Associate Director
    Office of Terrorism, Preparedness and
    Emergency Response

6

       National Center for Environmental Health/
       Agency for Toxic Substances and Disease Registry

       As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with CDC/ATSDR. The United States hereby notifies the parties that the advice Dr. Keim provided may potentially be considered Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

31.    Captain Merrit Lake
       Public Health Service

32.    Deidre Lee
       Director OM
       FEMA DHS

33.    Joseph D. Little, Cmdr.
       Emergency Coordinator
       National Institute for Occupational Safety and Health
       Centers for Disease Control and Prevention
       Atlanta, GA

       As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with Commander Little, Public Health Service. The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

34.    Bryan McCreary
       Supervisor Contract Specialist
       OM-AQ-CP-MT-NA
       FEMA DHS

35.    Blair McDonald,
       Gulf Coast Recovery Office
       FEMA DHS

36.    Michelle McQueeney
       Chief of Staff
       Gulf Coast Recovery Office
       FEMA DHS
       (former FEMA employee)

37.    Sidney Melton

        Individual Assistance Section Chief
        TRO MS/LA
        FEMA DHS

38.    Michael Miller
        Emergency Housing Unit, Area Field Office Coordinator
        FEMA DHS

39.    Mark Misczak
        Branch Chief
        DAD-IA-PM-HS
        FEMA DHS

40.    Jenny Mooney
        Contract Technical Representative
        General Services Administration
        Atlanta, GA

41.    Clifford Oliver
        Special Programs Program Manager
        Acquisition Program and Planning Branch
        Office of Acquisition Management
        FEMA DHS

42.    David Porter
        ITESS COTR
        DHS-OCIO
        IT Acquisition Mgmt Branch
        U.S. Dept. of Homeland Security
        (former FEMA employee)

43.    Scott Pullin
        Gulf Stream Coach, Inc.
        (By deposition if he does not appear at trial)

44.    Jon Rauscher
        Enforcement Division, Region VI
        U.S. Environmental Protection Agency

        As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency. The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

45. Eugene Romano
    FEMA DHS

46. Dr. Jeff Rung, M.D.
    Assistant Secretary Health Affairs
    U.S. Dept. of Homeland Security

    As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang.  The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.

47. James N. Russo
    Federal Coordinating Officer
    RE-FC
    FEMA DHS

48. Phil Savari
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

49. Charles Schexnaildre
    Individual Assistance Group Supervisor
    DR-LA-1603/1607 & DR-LA 1786/1792
    LATRO
    FEMA DHS

50. Richard C. Seeds
    Disaster Assistance Employee
    FEMA OHS
    FEMA DHS

51. Kenneth Sessa
    Environmental Officer
    R7-IM-CM
    FEMA DHS

52. Jim Shea
    Gulf Stream Coach, Inc.
    (By deposition if he does not appear at trial)

53. Dan Shea
    Gulf Stream Coach, Inc.

        (By deposition if he does not appear at trial)

54.    Brian Shea
        Gulf Stream Coach, Inc.
        (By deposition if he does not appear at trial)

55.    James W. Stark
        Director
        TRO-LA-OP
        FEMA DHS

56.    Wayne Stoeh
        FEMA DHS

57.    Stacy Stucholdolski
        FEMA DHS

58.    Cindy Taylor
        FEMA Office of External Affairs

59.    Dana Tulis
        Deputy Director
        Office of Emergency Mangement
        U.S. Environmental Protection Agency

        As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency.  The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR February 1, 2007, Health Consultation.

60.    Tommy Warder
        COTR, MDC
        Individual Assistance, CSB
        FEMA DHS IA-TAC

61.    Tammi Wisko
        Gulf Coast Recovery Office
        FEMA DHS

62.    Scott Wright
        Emergency Response Coordinator
        Center for Disease Control and Prevention/
        Agency for Toxic Substances and Disease Registry

     As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the CDC/ATSDR. The United States hereby notifies the parties that the advice CDC/ATSDR provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705. *See* CDC/ATSDR February 1, 2007, Health Consultation.

63.     FEMA Document Custodian from External Affairs.

64.     FEMA Document Custodian from Individual Assistance.

65.     FEMA Document Custodian from Logistics.

66.     FEMA Press Officer

67.     All persons designated by Plaintiffs' as will call/may call witness.

68.     All persons deposed by any Defendant as will call/may call witness.

69.     CDC Custodian of Records

70.     EPA Custodian of Records

71.     OSHA Custodian of Records

Dated: July 17, 2009.                             Respectfully Submitted,

TONY WEST                                       ADAM BAIN
Assistant Attorney General, Civil Division       HENRY T. MILLER
                                                        Senior Trial Counsel

J. PATRICK GLYNN                           ADAM DINNELL
Director, Torts Branch, Civil Division            MICHELE GREIF
                                                        Trial Attorneys

DAVID S. FISHBACK
Assistant Director
                                                       //S// *Jonathan Waldron*
                                                       JONATHAN WALDRON (MO Bar 58898)
OF COUNSEL:                               Trial Attorney
JORDAN FRIED                             United States Department of Justice
Associate Chief Counsel                   Civil Division – Torts Branch
                                                        P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES              Washington, D.C. 20004
Trial Attorney                                          Telephone No: (202) 307-2091

| | |
|---|---|
| FEMA/DHS | E-mail: Jonathan.Waldron@USDOJ.Gov |
| Department of Homeland Security | |
| Washington, D.C. 20472 | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

    I hereby certify that on July 17, 2009, this document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

                                          //S// *Jonathan Waldron*
                                          JONATHAN WALDRON (MO Bar No. 58898)