**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: FEMA TRAILER
      FORMALDEHYDE PRODUCTS            MDL NO. 1873
      LIABILITY LITIGATION

                                                  SECTION "N" (5)

**RELATES TO CIVIL ACTION NO. 09-2892**
**Age, et al. vs. Gulf Stream Coach, Inc., et al.**
**(Alana Alexander/Christopher Cooper)**

<u>**PLAINTIFFS' PRELIMINARY WITNESS LIST**</u>

NOW INTO COURT, through undersigned counsel, come Plaintiff, Alana Alexander,

individually and on behalf of her minor child, Christopher Cooper, pursuant to this

Honorable Court's Trial I Scheduling Order dated April 8, 2009 (Doc. No. 1305), who
hereby

submit the following Preliminary Witness List in connection with the above captioned

matter:

| | Category: | Witness: | Type of Witness: | May/Will Call: |
|---|---|---|---|---|
| | **Plaintiffs:** | | | |
| 1 | | Alana Alexander, individually and on behalf of her minor child, Christopher Cooper | Fact | Will Call |
| 2 | | Christopher Cooper | Fact | May Call |
| | **Experts:** | | | |
| 3 | | Janet D. Barnes, M.D. | Expert | |
| 4 | | Lee Branscome, Ph.D., C.C.M. | Expert | |
| 5 | | Gary Bunzer | Expert | |
| 6 | | Mary C. DeVany, M.S., C.S.P., C.H.M.M. | Expert | |

1

| 7 | | Paul Hewett, Ph.D. | Expert | |
|---|---|---|---|---|
| 8 | | Reagan Johnson | Expert | |
| 9 | | Marco Kaltofen, P.E. | Expert | |
| 10 | | James Kornberg, M.D., Sc.D. | Expert | |
| 11 | | Paul Lagrange | Expert | |
| 12 | | Lila Laux, Ph.D. | Expert | |
| 13 | | Alexis Mallet, Jr. | Expert | |
| 14 | | Thomas Mayor, Ph.D. | Expert | |
| 15 | | Gerald McGwin, Jr., Ph.D., M.S. | Expert | |
| 16 | | Charles David Moore, P.E., P.L.S. | Expert | |
| 17 | | Karin A. Pacheco, M.D., M.S.P.H. | Expert | |
| 18 | | Ervin Ritter, P.E. | Expert | |
| 19 | | William D. Scott, P.E., C.H.M.M. | Expert | |
| 20 | | Edward H. Shwery, Ph.D. | Expert | |
| 21 | | Stephen Smulski, Ph.D. | Expert | |
| 22 | | Patricia M. Williams, Ph.D., D.A.B.T. | Expert | |
| | **Medicals:** | | | |
| 23 | | Richard P. LeBoeuf, M.D. Medical Provider of Christopher Cooper | Fact/ Expert | |
| 24 | | Medical Records Custodian of National Jewish Hospital | Fact | |
| 25 | | Medical Records Custodian of Children's Hospital | Fact | |
| 26 | | Medical Records Custodian of University Hospital | Fact | |
| 27 | | Medical Records Custodian of Dr. Janet Barnes | Fact | |

2

| 28 | | Medical Records Custodian of Quest Diagnostics | Fact | |
|----|--|-----------------------------------------------|------|--|
| 29 | | Prescription Records Custodian of Walgreen's Pharmacy | Fact | |
| 30 | | Children's Hospital Staff: Mark Carlon, M.D. | Fact | |
| 31 | | Children's Hospital Staff: A. Guillstra | Fact | |
| 32 | | Children's Hospital Staff: S. Weinert | Fact | |
| 33 | | Children's Hospital Staff: C. Buguet, CRT | Fact | |
| 34 | | University Hospital Staff: Dr. Kathleen C. Hubbell | Fact | |
| 35 | | University Hospital Staff: Dr. Al Woeckener | Fact | |
| 36 | | University Hospital Staff: Dr. Aditya Nadimpalli | Fact | |
| 37 | | University Hospital Staff: Dr. Sanjay Patel | Fact | |
| 38 | | University Hospital Staff: Dr. Jose Restrepo-Gonzalez | Fact | |
| 39 | | University Hospital Staff: Dr. Carlos Gimenez | Fact | |
| 40 | | University Hospital Staff: Dr. Lisa Wong | Fact | |
| 41 | | Quest Diagnostics Staff: John G. Buck, M.D. | Fact | |

| 42 | | Gulf Coast Physician:<br>Dr. Brobson Lutz | Fact | |
| | **Gulf Stream Coach, Inc.** | | | |
| 43 | | James "Jim" Shea<br>Gulf Stream Coach, Inc.,<br>Chairman;<br>President of Fairmont Homes | Fact | |
| 44 | | Dan Shea<br>Gulf Stream Coach, Inc.,<br>Co-President<br>In-charge of Towables Division | Fact | |
| 45 | | Brian Shea<br>Gulf Stream Coach, Inc.,<br>Co-President<br>In-charge of Motorized Division | Fact | |
| 46 | | Philip Sarvari<br>Gulf Stream Coach, Inc.,<br>Executive Vice President | Fact | |
| 47 | | Eddie Abbott<br>Gulf Stream Coach, Inc.,<br>Engineering Manager | Fact | |
| 48 | | Scott Pullin<br>Gulf Stream Coach, Inc. | Fact | |
| 49 | | John Smith<br>Gulf Stream Coach, Inc.;<br>Co-President<br>In-charge of Motorized Division | Fact | |
| 50 | | Burl Keel<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |

| | | | | |
|---|---|---|---|---|
| 51 | | Bill Leitch<br>Gulf Stream Coach, Inc.,<br>Employee<br>Service Department | Fact | |
| 52 | | Dale Schuler<br>Gulf Stream Coach, Inc.,<br>Employee<br>Service Department | Fact | |
| 53 | | Jeff Zumbrun<br>Gulf Stream Coach, Inc.,<br>Employee<br>Purchasing Manager | Fact | |
| 54 | | Rob Beck<br>Gulf Stream Coach, Inc.,<br>Employee<br>Purchasing Agent | Fact | |
| 55 | | Bob Reyes<br>Gulf Stream Coach, Inc.,<br>Employee<br>Plant Manager | Fact | |
| 56 | | John Bruhn<br>Gulf Stream Coach, Inc.,<br>Employee<br>Service Department | Fact | |
| 57 | | Lynda Esparza<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 58 | | Terry Sloan<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 59 | | Joseph Cleland<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 60 | | Mike Ward<br>Gulf Stream Coach, Inc.,<br>Employee<br>Customer Service, Towables | Fact | |

| 61 | | Todd J. Lentych<br>Gulf Stream Coach, Inc.,<br>Employee<br>Supplier Relations | Fact | |
|----|---|----|------|---|
| 62 | | Bill Dudeck<br>Gulf Stream Coach, Inc.,<br>Employee<br>Quality Control Manager | Fact | |
| 63 | | Rick Jones<br>Gulf Stream Coach, Inc.,<br>Employee<br>Director of Human Resources | Fact | |
| 64 | | Kevin Elliott<br>Gulf Stream Coach, Inc.,<br>Employee<br>Controller | Fact | |
| 65 | | Steven Lidy<br>Gulf Stream Coach, Inc.,<br>Employee<br>Director of Marketing | Fact | |
| 66 | | Michelle Hoover<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 67 | | Jose L. Luna<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 68 | | Owen Miller<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 69 | | Deborah Mullins<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 70 | | Cindy Rodriguez<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |

| 71 | | Jim Kolar<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 72 | | Alan Pfiefer<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 73 | | Ronald Dheave<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 74 | | James Garcia<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 75 | | Tommy Yager<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 76 | | Patrick McCray<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 77 | | Luis Rolon<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 78 | | Alan Davis<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 79 | | Elizabeth Ganiere<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 80 | | Ramiro Ivarra Marin<br>Gulf Stream Coach, Inc.,<br>Employee | Fact | |
| 81 | | Robert Golden<br>Consultant to Gulf Stream Coach,<br>Inc. | Fact | |
| 82 | | Tommy Gilbert<br>Gulf Stream Coach, Inc.<br>Employee | Fact | |

7

| 83 | | Michelle Vancampin<br>Gulf Stream Coach, Inc.<br>Employee | Fact | |
|---|---|---|---|---|
| 84 | | Kyle Timmins<br>Current Gulf Stream Coach, Inc. | Fact | |
| 85 | | James Brown<br>Current Gulf Stream Coach, Inc. | Fact | |
| 86 | | Jeremy Williams<br>Current Gulf Stream Coach, Inc. | Fact | |
| 87 | | Jose Alvardo<br>Gulf Stream Coach, Inc.<br>Former (or current) Employee | Fact | |
| 88 | | Frank Jacquez<br>Former Employee of Gulf Stream Coach, Inc. | Fact | |
| 89 | | Rodney Pratt<br>Gulf Stream Coach, Inc.<br>Quality Control Manager | Fact | |
| 90 | | Kenny Baker<br>Former Employee of Gulf Stream Coach, Inc. | Fact | |
| 91 | | Mike Urbanski<br>Former Employee of Gulf Stream Coach, Inc. | Fact | |
| | **Fluor Enterprises, Inc.** | | | |
| 92 | | Representative of Fluor Enterprises, Inc. | Fact | |
| 93 | | David Morvantano<br>Fluor Enterprises, Inc.<br>Senior Vice President;<br>Government Affairs | Fact | |
| 94 | | Richard Hall<br>Fluor Enterprises, Inc.<br>Engineer | Fact | |

8

| 95 | | Heath Allen<br>Fluor Enterprises, Inc./FEMA,<br>Subcontractor; Installation of<br>trailers | Fact | |
|---|---|---|---|---|
| 96 | | Travis Allen<br>Fluor Enterprises, Inc./FEMA,<br>Subcontractor; Installation of<br>trailers | Fact | |
| 97 | | Robert Funkhouser<br>Fluor Enterprises, Inc. | Fact | |
| 98 | | Hugo Linares<br>Fluor Enterprises, Inc.<br>Project Service Manager | Fact | |
| 99 | | Greg Meyer<br>Fluor Enterprises, Inc. | Fact | |
| 100 | | James Cartnel<br>Fluor Enterprises, Inc.<br>Vice President;<br>Operations | Fact | |
| 101 | | Al Whitaker<br>Fluor Enterprises, Inc.<br>Program Manager | Fact | |
| 102 | | Dwight Durham<br>Fluor Enterprises, Inc.<br>Program Director | Fact | |
| 103 | | Don Stokely<br>Fluor Enterprises, Inc.<br>Structural Engineer | Fact | |
| 104 | | Gerald P. Blanchard<br>Subcontractor for Fluor<br>Enterprises, Inc.<br>Hauled and Installed Trailers | Fact | |
| 105 | | Lloyd Harris<br>Fluor Enterprises, Inc.<br>President/CEO | Fact | |

| 106 | | Steve Doubleday<br>Fluor Enterprises, Inc. | Fact | |
| 107 | | Grace Belcher<br>Fluor Enterprises, Inc. | Fact | |
| 108 | | Dave Methot<br>Fluor Enterprises, Inc.<br>COTR Compliance | Fact | |
| 109 | | Mike Criss<br>Fluor Enterprises, Inc.<br>COTR Compliance | Fact | |
| 110 | | Lowell Wiles<br>Fluor Enterprises, Inc.<br>Field Operations Manager | Fact | |
| 111 | | Dave Hedges<br>Fluor Enterprises, Inc.<br>Construction Manager | Fact | |
| 112 | | Tom Perronne<br>Fluor Enterprises, Inc.<br>QC | Fact | |
| 113 | | Chris Supan<br>Fluor Enterprises, Inc.<br>Procurement | Fact | |
| 114 | | Teresa Morgan<br>Fluor Enterprises, Inc.<br>DDM/Proliance | Fact | |
| 115 | | Jay Moylan<br>Fluor Enterprises, Inc.<br>District Manager - Orleans/St.<br>Bernard | Fact | |
| 116 | | Norman McCollum<br>Fluor Enterprises, Inc.<br>Logistics | Fact | |
| 117 | | Russell Blasamo<br>Fluor Enterprises, Inc.<br>Training | Fact | |

| | | | | |
|---|---|---|---|---|
| 118 | | Randy Ingram<br>Fluor Enterprises, Inc.<br>QC | Fact | |
| 119 | | Buz Powell<br>Fluor Enterprises, Inc.<br>Construction | Fact | |
| 120 | | Scott Ruby<br>Fluor Enterprises, Inc.<br>Project Services | Fact | |
| 121 | | Richard Oref<br>Fluor Enterprises, Inc. | Fact | |
| 122 | | Angela Baksh<br>Fluor Enterprises, Inc. | Fact | |
| 123 | | Chuck Debellevue<br>Del-Jen | Fact | |
| 124 | | Mike Bolles<br>Del-Jen | Fact | |
| 125 | | Moe Stump<br>Del-Jen | Fact | |
| | **Government/<br>FEMA:** | | | |
| 126 | | Dr. Christopher DeRosa<br>Center for Disease Control and<br>Prevention (CDC) | Fact/<br>Expert | |
| 127 | | Representative of the Federal<br>Emergency Management Agency<br>(FEMA) | Fact | |
| 128 | | Bryan McCreary<br>FEMA<br>Contracting Officer | Fact | |
| 129 | | Chief R. David Paulison<br>FEMA<br>Administrator | Fact | |
| 130 | | Admiral Harvey Johnson<br>FEMA | Fact | |

| 131 | | Chief Bronson Brown<br>FEMA<br>Occupational Health and Safety | Fact | |
| 132 | | David Chawaga<br>FEMA<br>Head of Safety in Washington, D.C.;<br>1A at Occupational Safety and<br>Health | Fact | |
| 133 | | Eddie Kendrick<br>FEMA<br>Activity Supervisor/Contact for<br>FEMA's Job Hazard Analysis for<br>trailer in-bound inspections | Fact | |
| 134 | | Person(s) who performed and<br>supervised the "FEMA Job Hazard<br>Analysis" in July 2006 | Fact | |
| 135 | | Patrick "Rick" E. Preston<br>FEMA<br>Trial Attorney, Office of General<br>Counsel | Fact | |
| 136 | | Mary Ellen Martinet<br>FEMA<br>Attorney | Fact | |
| 137 | | Stephen Miller<br>FEMA | Fact | |
| 138 | | Kevin Souza<br>FEMA<br>Administrative Program<br>Management Branch Chief | Fact | |
| 139 | | Wayne Stoeh<br>FEMA | Fact | |
| 140 | | David Garrett<br>FEMA | Fact | |
| 141 | | Michael Lapinski<br>FEMA | Fact | |

| 142 | | David Porter<br>FEMA | Fact | |
| 143 | | Martin McNeese<br>FEMA | Fact | |
| 144 | | Carol Wood<br>FEMA | Fact | |
| 145 | | Chandra Lewis<br>FEMA | Fact | |
| 146 | | Gary Moore<br>FEMA/DHS<br>Director of Logistics | Fact | |
| 147 | | Betsy Hall<br>FEMA<br>Gulf Coast Recovery | Fact | |
| 148 | | Chairman Ross<br>FEMA | Fact | |
| 149 | | Jordan Fried<br>FEMA | Fact | |
| 150 | | Don Jackson<br>FEMA<br>Material Coordinator | Fact | |
| 151 | | Melinda Razzano<br>FEMA<br>Inspector, Gulf Stream Plant 57 | Fact | |
| 152 | | Darline Earl<br>FEMA<br>Inspector, Gulf Stream Plant 57 | Fact | |
| 153 | | Joseph Matthews<br>Office of Emergency Preparedness<br>Director | Fact | |
| 154 | | Jill Igert<br>Office of General Counsel | Fact | |
| 155 | | Guy Bonomo<br>FEMA<br>Direct Housing Operations Chief | Fact | |

| 156 | | Representative of Centers for Disease Control and Prevention (CDC) | Fact | |
| 157 | | Joseph Little<br>CDC; ATSDR | Fact | |
| 158 | | Representative of ATSDR | Fact | |
| 159 | | Phillip M. Allred<br>Agency for Toxic Substances and Disease Registry (ATSDR) | Fact | |
| 160 | | Sharon Wilbur, M.A.<br>ATSDR<br>Division of Toxicology | Fact | |
| 161 | | Thomas Sinks<br>ATSDR | Fact | |
| 162 | | Howard Frumkin<br>ATSDR | Fact | |
| 163 | | Donald Benken<br>ATSDR | Fact | |
| 164 | | Scott Wright<br>ATSDR | Fact | |
| 165 | | Representative of Environmental Protection Agency (EPA) | Fact | |
| 166 | | Sam Coleman<br>EPA | Fact | |
| 167 | | Chairman Henry A. Waxman, D-California<br>House Oversight and Government Reform Committee, Ranking Minority Member | Fact | |
| 168 | | Representative Gordon Tennessee<br>Chairman of the House Committee on Science and Technology | Fact | |

| | **CH2M Hill Constructors, Inc.** | | | |
|---|---|---|---|---|
| 169 | | Representative of CH2M Hill Constructors, Inc. | Fact | |
| 170 | | Brian Rabe<br>CH2M Hill Constructors, Inc., Deputy Project Manager | Fact | |
| | **Bechtel National, Inc.** | | | |
| 171 | | Representative of Bechtel National, Inc. | Fact | |
| | **Specific to Alexander and Cooper** | | | |
| 172 | | Jeremiah Scott<br>Former Football Coach of Christopher Cooper | Fact | |
| 173 | | Donna Gibson<br>Friend of Plaintiff | Fact | |
| 174 | | Maria Alexander<br>Sister of Plaintiff, Alana Alexander | Fact | |
| 175 | | Ericka Alexander<br>Sister of Plaintiff, Christopher Cooper | Fact | |
| 176 | | Shirley Alexander<br>Mother of Plaintiff, Alana Alexander | Fact | |
| 177 | | Daron Christopher Cooper<br>Plaintiff Christopher Cooper's Father | Fact | |
| 178 | | Calvin Gibson<br>Friend of Plaintiff<br>Donna Gibson's son | Fact | |

| 179 | | Lynn Gibson<br>Friend of Plaintiff<br>Donna Gibson's daughter | Fact | |
| 180 | | Sister Liz<br>Plaintiff Christopher Cooper's<br>Former Principal | Fact | |
| 181 | | Christopher Cooper's Former 2nd Grade Teacher | Fact | |
| | **Occupants of Units:** | | | |
| 182 | | Wade Breaux<br>Complained of Gulf Stream Unit | Fact | |
| 183 | | Paul Stewart<br>Complained of Unit<br>Appeared in Local News Story | Fact | |
| 184 | | Darlene Moore<br>Complained of Unit | Fact | |
| 185 | | Briggitte Roland<br>Complained of Gulf Stream Unit | Fact | |
| 186 | | Wayne Benjamin<br>Complained of Gulf Stream Unit | Fact | |
| 187 | | Claudia Williams<br>Complained of Gulf Stream Unit | Fact | |
| 188 | | William Lecke<br>Complained of Gulf Stream Unit | Fact | |
| 189 | | Randy LeBouef<br>Complained of Gulf Stream Unit | Fact | |
| 190 | | Mike Resor<br>Complained of Gulf Stream Unit<br>Slidell Resident | Fact | |
| | **Vendors/ Suppliers:** | | | |

16

| 191 | | David Weed<br>Robert Weed Plywood Corporation<br>Supplier of Panels | Fact | |
| 192 | | David Smith<br>Alpha Systems<br>President | Fact | |
| 193 | | Pat White<br>Domestic Corporation<br>Vice President of Sales | Fact | |
| 194 | | Candie Bartley<br>Tent's Decorator Industries<br>Business Manager | Fact | |
| 195 | | Rick Newman<br>Mishawaka Sheet Metal<br>President | Fact | |
| 196 | | Bill Clindaniel<br>Interior Accessories<br>President | Fact | |
| 197 | | Dr. Don Weldy<br>Aluminum Metals Company | Fact | |
| 198 | | Ron Wenger<br>Dehco, Inc.<br>Executive Vice President | Fact | |
| 199 | | Don Wise<br>JEJ<br>General Manager | Fact | |
| 200 | | Steve Huffman<br>ESCO Vinyl and Ceiling Board<br>Supplier | Fact | |
| 201 | | Kelly Rentfrow<br>ESCO Vinyl and Ceiling Board<br>Supplier | Fact | |
| 202 | | Rob W.<br>Genesis Products, Inc. | Fact | |

| 203 | | Roger E. Schroeder<br>Robert Weed Plywood Corporation<br>Salesman | Fact | |
| 204 | | Andy Lertola<br>Patrick Industries<br>National Account Manager | Fact | |
| 205 | | Dean Sippel<br>Patrick Industries<br>Director | Fact | |
| 206 | | John Boynton<br>LaSalle Bristol<br>First Line | Fact | |
| 207 | | Chris Clementz<br>Adorn<br>Supplier | Fact | |
| 208 | | Dan West<br>Adorn<br>Wood Bridge, First Line Supplier | Fact | |
| 209 | | Bill Schmatz<br>Weyerhaeuser | Fact | |
| 210 | | Kim Hershberger<br>Weyerhaeuser | Fact | |
| 211 | | Thomas Teach<br>Century Foam<br>President | Fact | |
| 212 | | William N. Watters<br>Syntec Industries<br>President | Fact | |
| 213 | | Julie Sylvester<br>Genesis Products, Inc.<br>Sales | Fact | |
| 214 | | Jeff Messick<br>MJB Wood Group, Inc. | Fact | |
| 215 | | Dennis Gentry<br>BlueLinx Corporation | Fact | |

18

| 216 | | Jennifer Beck<br>BlueLinx Corporation<br>Sales Service Coordinator | Fact | |
| 217 | | Michael Dawson<br>Norbord Industries<br>General Manager | Fact | |
| 218 | | Ann C. Benjamin<br>Sampling USA, LLC<br>Office Manager | Fact | |
| 219 | | Sandra Shoup<br>Sampling USA, LLC | Fact | |
| 220 | | Brian Pierce<br>Woodgrain Millwork, Inc. | Fact | |
| 221 | | Corey Field<br>Woodgrain Millwork, Inc.<br>Indiana Sales | Fact | |
| 222 | | Paul Wagner<br>Bornemann Products, Inc.<br>President | Fact | |
| 223 | | Charlie H. Compton<br>Hambro Forest Products, Inc. | Fact | |
| 224 | | Dwayne Reichlin<br>Hambro Forest Products, Inc. | Fact | |
| 225 | | Robert Matthews<br>Hambro Forest Products, Inc.<br>Vice President | Fact | |
| 226 | | Linda Sinon<br>BlueLinx Corporation | Fact | |
| 227 | | Pam Perkins<br>BlueLinx Corporation | Fact | |
| 228 | | Dan Goodman<br>Hambro Forest Products | Fact | |
| 229 | | Bob Merriweather<br>Hambro Forest Products<br>Transporation Dispatcher | Fact | |

19

| 230 | | Sue Wilson<br>Hambro Forest Products<br>Accounts Receivable and Sales | Fact | |
| 231 | | Amy Lotz<br>JEJ Molding | Fact | |
| 232 | | Amy Burnside<br>Owen Corning<br>Area Sales Manager | Fact | |
| 233 | | David Chubb<br>Former Gulf Stream Coach, Inc.<br>Vendor | Fact | |
| 234 | | Scott Bailey<br>Employee of Patrick<br>Industries/Adorn LLC | Fact | |
| | **Other:** | | | |
| 235 | | Representative of Bureau Veritas | Fact | |
| 236 | | Representative of Weston<br>Solutions | Fact | |
| 237 | | Representatives of the California<br>Air Resources Board (CARB) | Fact | |
| 238 | | Representative of Adorn, LLC<br>and/or Patrick Industries | Fact | |
| 239 | | Raoult Ratard, M.D.<br>Louisiana State Epidemiologist<br>Infectious Disease and<br>Epidemiology | Fact | |
| 240 | | Jesse Fineran<br>Former Hancock County<br>Emergency Operations Center<br>Hazardous Materials Specialist | Fact | |
| 241 | | Becky Gillette<br>Sierra Club, Formaldehyde<br>Campaign Director | Fact | |

| 242 | | Dr. Merrill Karol<br>Professor Emeritus, University of Pittsburgh | Fact | |
| 243 | | Dr. Scott Needle<br>Mississippi Pediatrician | Fact | |
| 244 | | Heidi Sinclair, M.D., M.P.H. | Fact | |
| 245 | | Michael S. Bonner, Ph.D.<br>Bonner Analytical Testing Company | Fact/<br>Expert | |
| 246 | | Nathan R. Vallette<br>W.D. Scott Group | Fact | |
| 247 | | Ronni Troiano<br>W.D. Scott Group | Fact | |
| 248 | | Martha R. Cooley<br>Subcontractor for FEMA Inspector;<br>Former Employee of Fluor Contractors - Gill & Associates & Tri-County Contractor | Fact | |
| 249 | | Rachel M. Griffin<br>Subcontractor for FEMA Inspector;<br>Former Employee of Fluor Contractors - Gill & Associates & Tri-County Contractor | Fact | |
| 250 | | James E. Brewer<br>Subcontractor for Fluor Enterprises, Inc.<br>Inspector; F2S Construction Company | Fact | |
| 251 | | Teresa F. Dabbs<br>Subcontractor for FEMA Inspector;<br>Former Employee of Fluor Contractors - Gill & Associates & Tri-County Contractor | Fact | |

| 252 | | Custodian of Records and/or Representative for Assay Technology | Fact | |
|---|---|---|---|---|
| 253 | | Custodian of Records and/or Representative for ALS Canada, Inc. | Fact | |
| 254 | | Custodian of Records and/or Representative for Galson Laboratories | Fact | |
| 255 | | Custodian of Records and/or Representative for Advanced Chemical Sensors | Fact | |
| 256 | | Charles Albert Gibson Former Employee of FEMA | Fact | |
| 257 | | Darren Lemieux Subcontractor for FEMA or Fluor Enterprises, Inc. | Fact | |
| 258 | | Darryl Lemieux Subcontractor for FEMA or Fluor Enterprises, Inc. | Fact | |
| 259 | | Dan Lemieux Subcontractor for FEMA or Fluor Enterprises, Inc. | Fact | |
| 260 | | Charles Parent New Orleans Fire Department Superintendent | Fact | |
| 261 | | Bruce Martin New Orleans Fire Department Deputy | Fact | |
| 262 | | Ebert Thomas Chief of Fire Prevention | Fact | |
| 263 | | Jesse Crowley Chief of Staff, JFO Biloxi, MS | Fact | |

| 264 | | Kent Smith<br>Contractor for FEMA<br>President, Del-Jen, Inc. | Fact | |
|---|---|---|---|---|
| 265 | | Phil Bouwkamp | Fact | |
| 266 | | Michael S. LaRoy<br>Pittsburgh Testing Lab<br>Senior Laboratory Technician | Fact | |
| 267 | | Randy T. Webb<br>Pittsburgh Testing Lab<br>Division Manager | Fact | |
| 268 | | Yavonda Smalls<br>South Bend Tribune Reporter | Fact | |
| 269 | | Sidney Melton | Fact | |
| 270 | | Philip Mason<br>EOC Operations | Fact | |
| 271 | | Gregory S. Blair<br>NETC Acquisition Selection<br>Contract Specialist | Fact | |
| 272 | | Leah Rose<br>Formaldehyde Council<br>Program Coordinator | Fact | |
| 273 | | Rich Rigby<br>Maintenance Coordinator | Fact | |
| 274 | | Andrew Boyce<br>EHS Coordinator | Fact | |
| 275 | | Dennis Kizziah | Fact | |
| 276 | | H. Robert Weiss<br>MAIC<br>Contracts Manager | Fact | |
| 277 | | Barbara Vining<br>Vista View Ridge<br>President | Fact | |
| 278 | | Donald Pierce<br>Lawyer for Mike Resor | Fact | |

| 279 | | Chuck Barkus<br>Henkel Adhesives | Fact | |
| 280 | | Todd Cleveland<br>Adorn<br>President | Fact | |
| 281 | | Charlene Rose | Fact | |
| 282 | | Ashley Rose | Fact | |
| 283 | | Kevin McCarthy<br>COTR for Fluor Enterprises in LA | Fact | |
| 284 | | Any and all other witnesses which may be identified or discovered on the basis of Defendants' responses to discovery propounded by Plaintiffs or depositions taken during discovery in this matter | Fact | |

Plaintiffs reserve the right to call any and all Plaintiffs and Defendants (or their employees, agents, and/or representatives) in the FEMA Trailer Formaldehyde Product Liability Litigation.  Plaintiffs also reserve the right to call any witness who becomes known during discovery of this matter.  Plaintiffs further reserve the right to supplement and amend this list once discovery is complete.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:     s/Gerald E. Meunier_____
           GERALD E. MEUNIER, #9471
           **PLAINTIFFS' CO-LIAISON COUNSEL**
           Gainsburgh, Benjamin, David, Meunier &
           Warshauer, L.L.C.
           2800 Energy Centre, 1100 Poydras Street
           New Orleans, Louisiana 70163
           Telephone:    504/522-2304
           Facsimile:    504/528-9973

gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, 2009, I electronically filed the foregoing

with the Clerk of Court by using the CM/ECF system which will send a notice of electronic

filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471