**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 2:07-MD-1873 |
| | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *James, et al v. FRH, Inc., et al*, 09-3604 | JUDGE ENGELHARDT |
| | MAGISTRATE JUDGE CHASEZ |

## EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK

NOW COMES Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"), which, pursuant to Pretrial Order No. 24 (doc. no. 1002) and for the reasons provided in the attached Memorandum in Support, moves to be placed on the Non-Litigation Track.

WHEREFORE, IBS prays that it be placed on the Non-Litigation Track and that the claims asserted against it proceed in accordance therewith.

872136.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com

/s/ David R. Kelly
--------------------------------
David R. Kelly, T.A. (#1457)
Jennifer Dyess Sims (#31144)

*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes*