**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *James, et al v. FRH, Inc., et al*, 09-3604 | : : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

**MEMORANDUM IN SUPPORT OF EX PARTE MOTION**
**TO BE PLACED ON NON-LITIGATION TRACK**

Indiana Building Systems, L.L.C., d/b/a Holly Park Homes, ("IBS"), hereby moves to be placed on the Non-Litigation Track, as set forth in Pretrial Order No. 24 (doc. no. 1002).

IBS was named as a defendant in Civil Action No. 09-3604, filed by Robert James, Jr., et al, on May 20, 2009, in the U.S. District Court, Eastern District of Louisiana. That matter was subsequently consolidated with this MDL proceeding. Prior to the filing of Plaintiffs' Complaint, this Honorable Court had issued Pretrial Order No. 24 (doc. no. 1002) on December 18, 2008. Therein, Judge Engelhardt pronounced that "[t]o the extent that any Defendant that manufactured HUD-regulated homes is omitted from this list, such Defendant may apply to the Court to be placed on the Non-Litigation Track."

IBS is a defendant that manufactured HUD-regulated homes, but because IBS was not a defendant in the instant action at the time the "list" of defendants (see doc. no. 1002, paragraph 3) was prepared, it was omitted from that list. Accordingly, IBS respectfully moves the Court to be placed on the Non-Litigation Track, in accordance with Pretrial Order No. 24.

WHEREFORE, IBS prays that it be placed on the Non-Litigation Track and that the claims asserted against it proceed in accordance therewith.

872136.1

RESPECTFULLY SUBMITTED,

BREAZEALE, SACHSE & WILSON, L.L.P.
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225-387-4000
Fax: 225-381-8029
E-Mail: drk@bswllp.com; jds@bswllp.com


/s/ David R. Kelly
David R. Kelly, T.A. (#1457)
Jennifer Dyess Sims (#31144)
*Counsel for Indiana Building Systems, L.L.C.,
d/b/a Holly Park Homes*