# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT RELATES TO *James, et al v. FRH, Inc., et al*, 09-3604 | : : : : | JUDGE ENGELHARDT MAGISTRATE JUDGE CHASEZ |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2009, a copy of the foregoing Motion to Be Placed on Non-Litigation Track, Memorandum in Support, and proposed Order have been electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all court-appointed liaison counsel.

Date: July 20, 2009

/s/ David R. Kelly
David R. Kelly