# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *James, et al v. FRH, Inc., et al*, 09-3604 | : : | MAGISTRATE JUDGE CHASEZ |

## ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK:

IT IS HEREBY ORDERED that IBS's Ex Parte Motion to Be Placed on Non-Litigation Track is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**JUDGE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

872136.1