UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This document relates to**
**Bell v. Keystone RV Company, et al,**
**No. 09-2967**
_____

**DEFENDANT KEYSTONE RV COMPANY'S**
**MOTION TO DISMISS**

Defendant Keystone RV Company ("Keystone") moves to dismiss some of the claims asserted by the plaintiffs in the *Bell v. Keystone RV Company*, *et al.*, lawsuit.[1]  Keystone has also filed a motion to strike directed at some of the allegations contained in the plaintiffs' complaint.[2]

As more fully explained in Keystone's supporting memorandum, the Court should dismiss plaintiffs' claims for improper testing, marketing, licensing and distributing of products because those claims are not available against Keystone under the Louisiana Products Liability Act.  In addition, the Court should dismiss plaintiffs' claims for breach of express warranty, implied warranty of fitness for

---

[1] The Court has set the claims of Diana Bell, one of the plaintiffs in this lawsuit, for trial on January 10, 2010.

[2] Keystone's motion to strike raises issues that are more properly addressed through that motion, rather than as a Rule 12(b)(6) motion.  Nonetheless, Keystone suggests that the Court may choose to consider the motions together.

{B0598948.1}

intended use, and loss of use because plaintiffs haven't alleged a factual or legal basis for the claims. The Court should also dismiss plaintiffs' claims for joint liability because under Louisiana law and the facts plead by plaintiffs, Keystone cannot be held liable for damage caused by the other defendants.

        Respectfully submitted,

        *s/Ryan E. Johnson*

        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        Jones, Walker, Waechter, Poitevent,
        Carrère & Denègre, L.L.P.
        Four United Plaza
        8555 United Plaza Boulevard
        Baton Rouge, LA  70809
        (225) 248-2130

        -and-

        Madeleine Fischer (La. Bar No. 5575)
        Nan Roberts Eitel (La. Bar No. 19910)
        Jones, Walker, Waechter, Poitevent,
        Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        ***Counsel for Keystone RV Company***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 20th day of July, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

                              *s/Ryan E. Johnson*
                          _____
                              Ryan E. Johnson