# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |
| **This document relates to**<br>**Bell v. Keystone RV Company, et al,**<br>**No. 09-2967** | |

_____

## NOTICE OF HEARING

Please take note that the Motion to Dismiss filed by Keystone RV Company on July 20, 2009, is noticed for hearing on August 12, 2009, at 9:30 a.m. before Judge Kurt Engelhardt, United States District Court Judge, Eastern District of Louisiana.

Baton Rouge, Louisiana, this 20th day of July, 2009.

*s/Ryan E. Johnson*
_____
Ryan E. Johnson

{B0598949.1}