UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This document relates to**
Bell v. Keystone RV Company, et al.,
No. 09-2967

_____

**KEYSTONE RV COMPANY'S
MOTION TO STRIKE**

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, defendant Keystone RV Company ("Keystone") moves to strike certain immaterial, impertinent, irrelevant and prejudicial allegations from plaintiffs' complaint. As explained in its supporting memorandum, Keystone requests that the Court grant its motion, striking the following allegations:

- Allegations that HUD regulations apply to Keystone and the plaintiffs' travel trailer (Complaint, ¶¶ 12, 13 and 15);

- Allegations that Keystone was legally required to use the HUD formaldehyde warning label used in mobile homes (Complaint, ¶¶24, 27);

- References to "Fluor," a defendant in other lawsuits filed in this MDL, but not a named defendant in the *Bell* complaint (Complaint, ¶¶ 10, 32, 33, 34, 35, 36, 37, 38, 40, 41, 42, 43, 44, 45, 46, 47, 48, 49,

{B0598954.1}

      50, 51, 108, 109, 111, 112, 113, 114, 115, 116 and the Prayer); and

- Confusing and contradictory references to the plaintiff in the singular and plural, references used throughout the complaint.

For these reasons, Keystone requests that the Court grant its motion to strike.

      Respectfully submitted,

      *s/Ryan E. Johnson*

      _____
      James C. Percy (La. Bar No. 10413)
      Ryan E. Johnson (La. Bar No. 26352)
      **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
      Four United Plaza
      8555 United Plaza Boulevard
      Baton Rouge, LA  70809
      (225) 248-2130

      -and-

      Madeleine Fischer (La. Bar No. 5575)
      Nan Roberts Eitel (La. Bar No. 19910)
      Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P.
      201 St. Charles Avenue, 49th floor
      New Orleans, LA   70170
      Telephone:  (504) 582-8000
      Facsimile:  (504) 589-8208

      ***Counsel for Keystone RV Company***

{B0598954.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on this 20th day of July, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

                          *s/Ryan E. Johnson*
                          _____
                              Ryan E. Johnson