# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This document relates to**
**Bell v. Keystone RV Company, et al,**
**No. 09-2967**

_____

## NOTICE OF HEARING

Please take note that the Motion to Strike filed by Keystone RV Company on July 20, 2009, is noticed for hearing on **August 12, 2009**, at 9:30 a.m., before Judge Kurt Engelhardt, United States District Court Judge, Eastern District of Louisiana.

Baton Rouge, Louisiana, this 20th day of July, 2009.

*s/Ryan E. Johnson*

_____
Ryan E. Johnson

{B0598950.1}