# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

Date taken: June 29, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



DEFENDANT'S EXHIBIT

1  computer and looked up anything that had to
2  do with formaldehyde?  Is that what you're
3  asking?
4       Q.   What this interrogatory and
5  request for production was seeking was any
6  information -- I'm sorry, any electronically
7  stored information relating to your lawsuit,
8  the THU formaldehyde, that you might have
9  sent or e-mailed to somebody else, that type
10 of information.
11      A.   Then my answer would be no, I sent
12 nothing.
13      Q.   Did you go back and look in these
14 e-mail accounts to see if there was any
15 responsive information?
16      A.   No, I did not.
17      Q.   Okay.  You just know there was no
18 information regarding formaldehyde, your
19 exposure, damages, and all the things listed
20 in item No. 9?
21      A.   Yes.
22      Q.   Okay.  Do you maintain any
23 accounts other than the two e-mail accounts
24 I just referenced from your discovery
25 responses?

1    A.   No, I do not.
2    Q.   Chris also has an e-mail account
3    that you've provided in response to his
4    discovery; is that correct?
5    A.   Yeah.
6    Q.   When did you set up your e-mail
7    accounts?
8    A.   A. Alexander was set up when I
9    first got the job at McDonough 15 because
10   that's a work-related one.  And I would say
11   skillsqueen was shortly thereafter.
12   Q.   When did you get your job at
13   McDonough 15?
14   A.   I started in '06.
15   Q.   Did you also maintain an e-mail
16   account, aalexander6404@bellsouth.net?
17   A.   Yes, that was prior to the storm,
18   if I'm not mistaken.
19   Q.   Okay.  Do you still maintain that
20   account?
21   A.   No.
22   Q.   When did you -- strike that.
23        Did you ever receive a request to
24   hold any accounts or electronic data that
25   was potentially related to this litigation?

1    A.   No.

2    Q.   Did you ever go back to look at
3    your Alexander6404 account with
4    bellsouth.net to determine if there were any
5    responsive electronic data concerning
6    formaldehyde, FEMA trailers and your
7    lawsuit?

8    A.   No.

9    Q.   Do you recall ever sending any
10   e-mails to anyone concerning formaldehyde
11   from the Alexander6404 account?

12   A.   No.

13   Q.   Do you recall sending any e-mails
14   from the Alexander6404 account concerning
15   your FEMA trailer?

16   A.   No.

17   Q.   When did you close the
18   Alexander6404 account?

19   A.   To my knowledge, it's still open,
20   because I never -- I don't think I ever
21   closed it.  Because I -- yeah.

22        MR. HILLIARD:

23             Just don't use it?

24        THE WITNESS:

25             Right.  Just don't use it.

```
 1    EXAMINATION BY MR. GLASS:
 2         Q.   Chris's e-mail is
 3    chriscop@ymail.com?
 4         A.   Yes.
 5         Q.   Are you aware of any other
 6    accounts that you held for you -- e-mail
 7    accounts that are held for you or Chris?
 8         A.   No.
 9         Q.   Do you have a FaceBook account?
10         A.   No.
11         Q.   Do you have a MySpace account?
12         A.   No.
13         Q.   Are you a member of any other
14    electronic Web site organization?
15         A.   No.
16    MR. HILLIARD:
17              Do you Twitter?
18    THE WITNESS:
19              No.
20    EXAMINATION BY MR. GLASS:
21         Q.   That was my next question.  Are
22    you Linked?  Are you part of Linked or
23    anything like that?
24         A.   No.
25         Q.   Do you maintain a blog on the
```