UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>    FORMALDEHYDE<br>    PRODUCTS LIABILITY<br>    LITIGATION | *<br>*<br>*<br>*<br>* | MDL NO. 1873<br><br>SECTION: N(4) |
| This Document Relates to: *Charlie Age, et al. v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | *<br>*<br>* | JUDGE: ENGELHARDT<br><br>MAG: ROBY |

## MOTION FOR EXPEDITED HEARING

**NOW INTO COURT**, through undersigned counsel, comes Gulf Stream Coach, Inc. ("Gulf Stream"), which respectfully request that this Honorable Court set its Motion to Compel Electronic Discovery for an expedited hearing. Defendants submit that an expedited hearing of its motion is warranted because Defendants will suffer irreparable harm if this Honorable Court does not resolve this issue immediately.

Respectfully submitted,

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
(504) 832-3700
**DEFENSE LIAISON COUNSEL**

**C E R T I F I C A T E**

I hereby certify that on the 20th day of July, 2009, a copy of the foregoing Motion for Expedited Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com