UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

*****************************************************************************

## ORDER

The Motion for Expedited Hearing of the Gulf Stream Coach, Inc.'s Motion to Compel Electronic discovery is hereby set for hearing on the ____ day of _____, 2009 at 9:30 o'clock a.m.

_____
UNITED STATES DISTRICT JUDGE