IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| **This Document Relates To:** | * | **Magistrate Chasez** |
| *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* | * | |
| Civil Action No. 09-3922 | * | Jury Demand |

**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Antoine Prince, Sr. and Sandra Prince Madison on behalf of Hattie Prince, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying original Complaint for Damages to add additional Plaintiffs and substitute a party, Defendant Liberty Insurance Corporation, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Antoine Prince, Sr. et al. v. Liberty Insurance Corp., et al.*, (No. 09-3922), filed in the Eastern District of Louisiana for the above mentioned reasons.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to grant Plaintiffs' Motion for leave to file their First Supplemental and Amending Complaint for Damages adding additional Plaintiffs and substituting Defendant Liberty Mutual Insurance Company for Liberty

1

Insurance Corporation.

            Respectfully submitted,

            */s/ Hugh P. Lambert*

            HUGH P. LAMBERT, ESQ. (LA Bar #7933)
            LINDA J. NELSON, ESQ. (LA Bar #9938)
            LAMBERT & NELSON, PLC
            701 Magazine Street
            New Orleans, LA 70130
            Telephone: (504)581-1750
            Facsimile: (504)529-2931
            hlambert@lambertandnelson.com
            lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of July, 2009.

            /s/ *Hugh P. Lambert*

            Hugh P. Lambert, Esq. (#7933)