IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * | MDL No. 1873 |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| | * | |
| **This Document Relates To:** | * | Magistrate Chasez |
| *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* | * | |
| *Civil Action No. 09-3922* | * | Jury Demand |

******************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Antoine Prince, Sr. and Sandra Prince Madison on behalf of Hattie Prince, (hereinafter "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their original Complaint for Damages in the underlying action (Civ. Action No. 09-3922, Rec. Doc. 1).  Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their original Complaint for Damages to add additional Plaintiffs, and family members, who resided in their travel trailer (Vehicle ID No. 4WYT12S2X61603549) manufactured by R-Vision, Inc. and installed by Defendant Fluor Enterprises, Inc. at  4944 Marigny Street in New Orleans, Louisiana.  Additional Plaintiffs are:

    1.     Sandra Prince Madison;

    2.     Anthony Madison, Jr.

    3.     Sandra Prince Madison o/b/o Philip Madison; and

      4.      Sandra Prince Madison o/b/o Taylor Madison.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying complaint to add additional Plaintiffs who resided in the same travel trailer manufactured by R-Vision, whose risks are covered under the same insurance policies, and installed by Defendant Fluor.

Additionally, Plaintiffs were notified by counsel for Defendant Liberty that the original Complaint for Damages misnamed Defendant "Liberty Insurance Corporation, also known as Liberty Mutual Group." Through Defense Counsels' Notice of Appearance Plaintiffs learned that the proper Defendant is Liberty Mutual Insurance Corporation. Counsel for Liberty Mutual Insurance Corporation has been consulted on the instant motion and does not oppose its filing. Therefore, Plaintiffs seek to substitute the misnamed Defendant Liberty Insurance Corporation, also known as Liberty Mutual Group with the correctly named Defendant Liberty Mutual Insurance Corporation.

Further, Plaintiffs seek to amend the caption of their complaint for damages to "Antoine Prince, Sr. together with all individuals and entities whose names appear on the attached "Exhibit A" versus Liberty Mutual Insurance Corp. and Fluor Enterprises, Inc."

      Respectfully submitted,

      */s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931

hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of July, 2009.

   /s/ *Hugh P. Lambert*

Hugh P. Lambert, Esq. (#7933)