# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * | MDL No. 1873 |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| | * | |
| **This Document Relates To:** | * | Magistrate Chasez |
| *Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.* | * | |
| *Civil Action No. 09-3922* | * | Jury Demand |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE

1