## Exhibit A

Antoine Prince, Sr., et. al versus Liberty Mutual Ins. Corp and Fluor Enterprises, Inc.

| Last Name | Suffix | First Name | Representative if Applicable |
|---|---|---|---|
| Madison | Jr. | Anthony | |
| Madison | | Taylor | Sandra Prince Madison o/b/o her minor child |
| Madison | | Phillip | Sandra Prince Madison o/b/o her minor child |
| Prince | | Hattie | Sandra Prince Madison o/b/o |
| Prince Madison | | Sandra | |
| | | | |