IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * | MDL No. 1873 |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| **This Document Relates To:** | * | |
| *Marie Allen, et al. v. Gulf Stream Coach, Inc.* | * | Magistrate Chasez |
| *and Fluor Enterprises, Inc.* | * | |
| *Civil Action No. 09-3482* | * | Jury Demand |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Marie Allen together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3482, Rec. Doc. 1), (hereinafter "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their complaint for damages in the underlying action. Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their complaint for damages to add additional Plaintiffs who, upon information and belief, resided in travel trailers manufactured by Defendant Gulf Stream Coach, Inc. and installed by Defendant Fluor Enterprises, Inc. in the greater New Orleans area. Additional Newly Added Plaintiffs are:

1. George Dickinson, Sr.;

2. George Dickinson, Jr.;

3. George Dickinson, Sr. o/b/o Dylan Dickinson;

4. Earl Farragut, Sr.; and

5. Edward Kinder.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying original complaint to add additional Plaintiffs who resided in travel trailers manufactured and installed by the same Defendants, Gulf Stream and Fluor respectively. Additionally, Plaintiffs assert that allowing additional Newly Added Plaintiffs with claims against the same manufacturer and contracting defendant to join the underlying original complaint is in-keeping with this Honorable Court's Pretrial Order No. 38 (Doc. 1596).

Additionally, Plaintiffs seek to amend the case caption to "Marie Allen together with all individuals and entities whose names appear on the attached 'Exhibits A and B' v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc."

Respectfully submitted,

  */s/ Hugh P. Lambert*  
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)  
 LINDA J. NELSON, ESQ. (LA Bar #9938)  
 LAMBERT & NELSON, PLC  
 701 Magazine Street  
 New Orleans, LA 70130  
 Telephone: (504)581-1750  
 Facsimile: (504)529-2931  
 hlambert@lambertandnelson.com  
 lnelson@lambertandnelson.com  

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the

United States District Court for the Eastern District of Louisiana this 20th day of July, 2009.

      /s/ *Hugh P. Lambert*

Hugh P. Lambert, Esq. (#7933)