IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Marie Allen, et al. v. Gulf Stream Coach, Inc.* | * | **Magistrate Chasez** |
| *and Fluor Enterprises, Inc.* | * | |
| *Civil Action No. 09-3482* | * | **Jury Demand** |

**************************************************************************

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. have been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages.

Respectfully submitted,

　　*/s/ Hugh P. Lambert*

　HUGH P. LAMBERT, ESQ. (LA Bar #7933)
　LINDA J. NELSON, ESQ. (LA Bar #9938)
　LAMBERT & NELSON, PLC
　701 Magazine Street
　New Orleans, LA 70130
　Telephone: (504)581-1750
　Facsimile: (504)529-2931
　hlambert@lambertandnelson.com
　lnelson@lambertandnelson.com

1

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of July, 2009.

                                               /s/ *Hugh P. Lambert*

                                               Hugh P. Lambert, Esq. (#7933)