**EXHIBIT A**

| # | Last | Suffix | First | Middle | Representative if Applicable |
|---|---|---|---|---|---|
| 1 | Allen | | Marie | | |
| 2 | Aperwhite | Jr. | Don | Anthony | |
| 3 | Bell | | Minor | L | |
| 4 | Brown | | Elaine | | |
| 5 | Charles | | Gail | Esteen | |
| 6 | Charles | | Easton | Eli | |
| 7 | Darjean | | Clara | D. | |
| 8 | Ferdinand | | Cathy | | |
| 9 | Green | Jr. | Chauncey | | Chauncey Green, Sr. o/b/o minor child |
| 10 | Green | Sr. | Chauncey | | |
| 11 | Miller | | Gail | M | |
| 12 | Ranson | | Sean | M. | |
| 13 | Sanders | | Kathy | Jean | |
| 14 | Seaton | | Josephine | | |
| 15 | Sutfield | | Roxanne | Louise | |
| 16 | Villavaso | | Michael | Peter | |
| 17 | Williams | | Annie | Bell | |