**EXHIBIT B**

| # | Last | Suffix | First | Middle | Representative if Applicable |
|---|------|--------|-------|--------|------------------------------|
| 1 | Dickinson |     | Dylan  |   | George Dickinson o/b/o minor child |
| 2 | Dickinson | Sr. | George |   |   |
| 3 | Dickinson | Jr. | George |   |   |
| 4 | Farragut  | Sr. | Earl   |   |   |
| 5 | Kinder    |     | Edward |   |   |