UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | |
| THIS DOCUMENT IS RELATED TO: | | * | JUDGE ENGELHARDT |
| *Charlie Age, et al v. Gulf Stream Coach, Inc.,* | | * | |
| *Et al, Docket No. 09-2892* | | * | MAGISTRATE CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CONSENT MOTION TO EXTEND DEADLINES**

Fluor Enterprises, Inc. hereby moves the Court to extend the July 23, 2009 discovery cutoff and the July 27, 2009 deadline for filing dispositive motions as follows:

1.

Despite their best efforts, the parties have not yet concluded all discovery in this matter. The present discovery cutoff is July 23, 2009. Counsel for Plaintiff Alana Alexander, counsel for the United States, counsel for Fluor Enterprises, Inc., and counsel for Gulfstream Coach Inc., have agreed that, if all parties consent to a particular deposition or if granted leave by the Court, depositions may be scheduled after July 23, 2009 through and including August 7, 2009. The parties ask the Court to recognize this limited, agreed extension of the discovery cutoff.

2.

Counsel for Plaintiff Alana Alexander, counsel for the United States, counsel for Fluor Enterprises, Inc., and counsel for Gulfstream Coach Inc. have expressly consented in writing to extend the July 27, 2009 deadline for filing dispositive motions until August 10, 2009, should the Court be willing to grant the extension.

3.

Counsel for Plaintiff Alana Alexander, counsel for the United States, counsel for Fluor Enterprises, Inc., and counsel for Gulfstream Coach Inc. also have agreed among themselves that an extension of the deadline for filing dispositive motions until August 3, 2009, if a shorter extension is preferred by the court, would materially aid the progress of this matter if and only if the court is unwilling to extend the deadline to the parties' preferred date of August 10, 2009.

4.

Discovery is ongoing as to the claims of Ms. Alexander, the development and progress of the litigation will be aided by these deadline extensions, and the extensions of these deadlines will not upset any other established deadlines

**WHEREFORE**, counsel for Plaintiff Alana Alexander, counsel for the United States, counsel for Fluor Enterprises, Inc., and counsel for Gulfstream Coach Inc. respectfully request that this Court issue an Order amending its previously entered scheduling order to extend the July 23, 2009 discovery cutoff to permit the scheduling of

depositions between July 23, 2009 and August 7, 2009, where agreed to by the parties or if granted leave by the Court, and to extend the July 27, 2009 deadline for filing dispositive motions until August 10, 2009, for the reasons and under the terms described above.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:   */s/ Charles R. Penot, Jr.*
      Charles R. Penot, Jr. (La. Bar No. 1530 &
      Tx. Bar No. 24062455)
      717 North Harwood, Suite 2400
      Dallas, Texas 75201
      Tel: (214) 220-6334; Fax: (214) 220-6807
      cpenot@midrid.com

      Dominic J. Gianna, La. Bar No. 6063
      Sarah A. Lowman, La. Bar No. 18311
      201 St. Charles Avenue, Suite 3100
      New Orleans, Louisiana 70170
      Telephone: (504) 525-7200
      Facsimile: (504) 581-5983
      dgianna@midrid.com
      slowman@midrid.com

           *-and-*

      Richard A. Sherburne, Jr., La. Bar No. 2106
      450 Laurel Street, Suite 1101
      Baton Rouge, Louisiana 70801
      Telephone: (225) 381-7700
      Facsimile: (225) 381-7730
      rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>           */s/ Charles R. Penot, Jr.*
>           **Charles R. Penot, Jr.**