## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT RELATES TO | : | JUDGE ENGELHARDT |
| *James, et al v. FRH, Inc., et al*, 09-3604 | : | |
| | : | MAGISTRATE JUDGE CHASEZ |

### ORDER

CONSIDERING THE FOREGOING EX PARTE MOTION TO BE PLACED ON NON-LITIGATION TRACK:

IT IS HEREBY ORDERED that IBS's Ex Parte Motion to Be Placed on Non-Litigation Track is GRANTED.

New Orleans, Louisiana, this 21st day of July, 2009.

                       JUDGE KURT D. ENGELHARDT
                       UNITED STATES DISTRICT COURT
                       EASTERN DISTRICT OF LOUISIANA