IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Earle Bryant, III  v.* | * | **Magistrate Chasez** |
| *Crum & Forster Specialty Ins. Co., et al.* | * | |
| *Civil Action No.  09-3867* | * | **Jury Demand** |

**************************************************************************

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Earle Bryant, III, (hereinafter, "Plaintiff"), who respectfully supplements and amends the original Complaint for Damages in the following respects:

1.

Plaintiff seeks to change the language of paragraph four to read as follows, "Defendant Sentry Insurance A Mutual Company (hereinafter, "Sentry"), is, upon information and belief, an entity incorporated in the state of Wisconsin, with its principle place of business in the state of Wisconsin. Further, defendant Sentry provided insurance coverage for the risks involved herein of Pilgrim International, Inc. (hereinafter, "Pilgrim"), which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2.

Whenever the acronym "Sentry" is found in the Complaint, such acronym means Sentry

Insurance A Mutual Company.

3.

Additionally, Plaintiff requests that the caption of this case be amended to "Earle Bryant, III v. Crum & Forster Specialty Insurance Co., Sentry Insurance A Mutual Company and Fluor Enterprises, Inc.

4.

As no answer has been filed in the above captioned matter, Plaintiff is entitled to amend his original Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff respectfully supplements and amends his original Complaint for Damages in the foregoing respects, and otherwise reiterates and re-avers all of the allegations, claims, and prayers for relief contained therein.

Respectfully submitted,

 /s/Hugh P. Lambert, Esq.
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**PLEASE SERVE:**

1. Crum & Forster Specialty Insurance Company
   **through:**
   The Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

2. Sentry Insurance A Mutual Company
   **through:**
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

3. Fluor Enterprises, Inc.
   **through its registered agent for service:**
   Corporation Service Company
   320 Somerulos St.
   Baton Rouge, LA 70802-6129

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 21st day of July, 2009.

                                               */s/Hugh P. Lambert, Esq.*
                                               Hugh P. Lambert, Esq. (#7933)