**Exhibit A**

**KeShuna Jones  et al. v. American International Specialty Lines Ins. Co. et al.**

| # | Last | Suffix | First | Representative if Applicable |
|---|------|--------|-------|------------------------------|
| 1 | Jones |  | KeShuna |  |
| 2 | Moser |  | Ricky |  |
| 3 | Nicolosi |  | Raquel | Tammy Nicolosi on behalf of her minor child |
| 4 | Nicolosi |  | Tammy |  |