UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER ) <br> FORMALDEHYDE PRODUCTS ) <br> LIABILITY LITIGATION ) <br> ) <br> ) <br> This document relates to: ) <br> ) <br> Patterson v. Dutchmen Manufacturing, ) <br> Inc., et al. ) <br> No. 09-3832 ) | MDL NO. 1873 <br> SECTION "N" (4) <br><br> JUDGE ENGELHARDT |

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE UNDER FEDERAL RULE 41(a)(1)(A(i)

Now into Court, through undersigned counsel, comes Angela Patterson, Plaintiff herein, who, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and based on the attached affidavit executed by Walter L. Bennett on May 16, 2008, hereby gives notice of the Plaintiff's voluntary dismissal without prejudice of all claims asserted against the defendant **Thor Industries, Inc**. in the above-entitled suit previously filed in this proceedings.

          Respectfully Submitted:

      By:  ___/s/Hugh P. Lambert___
          Hugh P. Lambert  (La. Bar No. 7933)
          Linda J. Nelson (La. Bar No. 9938)
          701 Magazine St.
          New Orleans, Louisiana 70130
          Tel:  (504)581-1750
          Fax: (504)529-2931
          *Counsel for Plaintiffs*

{B0593828.1}

## CERTIFICATE OF SERVICE

      I hereby certify that on July 21, 2009, I electronically filed the foregoing notice with the Clerk of Court by using the CM/ECF system which will send notice of the electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                */s/Hugh P. Lambert*
                                Hugh P. Lambert # 7933