-----Original Message-----
From: Tony Buzbee [mailto:tbuzbee@txattorneys.com]
Sent: Tuesday, June 23, 2009 6:43 AM
To: ANDREW WEINSTOCK
Cc: Peter Taaffe
Subject: Statements

Andy: you never responded to my question about statements. Do you or anyone on your team have statements?
Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com

**To:** ANDREW WEINSTOCK; Peter Taaffe; Tony Buzbee
**Cc:** Tim Scandurro
**Subject:** Re: Discovery

Andy. Thanks for the verifications and docs. If you want to agree to the requested depos and other issues in the motion to compel maybe we can avoid court involvement. With regard to statements and documents, I do not believe it is our responsibility to tell you what your client is hiding from us, and maybe even you. Instead it is your client's responsibility to respond fully, completely, and honestly to our discovery requests. As you are aware, we have been collecting witnesses and statements. We will disclose such witnesses on the agreed date of July 1 and we are in the process of supplementing our disc responses to the extent necessary. We may need to preserve some of these witness's testimony for this trial and others and so may need a few more depos.

Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com

---

**From:** "ANDREW WEINSTOCK"
**Date:** Fri, 26 Jun 2009 08:17:44 -0400
**To:** Peter Taaffe<ptaaffe@txattorneys.com>; <tbuzbee@txattorneys.com>
**Subject:** Discovery

Gentelmen,

Attached are the verifications you requested. Additionally, I overnighted the 2004 invoices/purchase orders you requested. We had previously discussed several depositions after you review these documents. Those are now the subject of your motion to compel along with nine other requested depos we did not previously discuss.

As for you request for "statements." There is one additional item I need to research in response to the Master Discovery before we make a decision on production. I will complete this before the hearing on the Motion to Compel. You have suggested that there are additional "statements" to which you are entitled. You have implied that you are aware of specific documents that either Gulf Stream or I possess but refuse to produce. I am not aware of any such documents, but if you would identify what you are referring to, I would certainly ask/search for it. If you do not wish to identify the document or series of documents in an effort to play "gotcha," then so be it.

Andy

**From:** Tony Buzbee [mailto:tbuzbee@txattorneys.com]
**Sent:** Monday, June 29, 2009 5:18 PM
**To:** ANDREW WEINSTOCK; Tony Buzbee; Peter Taaffe
**Cc:** Tim Scandurro
**Subject:** Re: Discovery

Maybe because I'm a Texas lawyer I don't understand what "playing gotcha" means to you on your side of the Sabine. I do, however, know what the rules require. They have a meaning in both letter and spirit. Your client has statements (or at least one of its counsel does). Your comments lead me to believe that you know your client has them and you have essentially admitted such. For you to suggest that me finding out that your client is playing semantical games, which are contrary to both the letter and intent of the rules, means I am playing gotcha is asinine on its face. I am giving your client a chance to provide full disclosure. You represent people that I, for good reason, have come to believe are dishonest. Please again produce any statements taken by your lient or any entity or individual representing your client. Please again produce the identity of anyone who has complained of any symptoms that were allegedly caused by formaldehyde. I don't play games. If you have no statements and there are no employees, former or otherwise, who have complained of symptoms associated with formaldehyde, then say so in writing and I won't bother you again with this request.

Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com

---

**From:** "ANDREW WEINSTOCK"
**Date:** Sun, 28 Jun 2009 17:20:14 -0400
**To:** <tbuzbee@txattorneys.com>; Peter Taaffe<ptaaffe@txattorneys.com>
**Subject:** RE: Discovery

Tony,

You are under no obligation to tell me what documents you believe we possess but have not turned over. I am merely suggesting you do so. That way, if it exists, we can produce it. I believe that is the ultimate goal, for you to receive a copy of something if you are entitled to it. If you prefer to try and play "gothca" that is certainly your right. I is not how I would handle it, but you are certainly a capable lawyer and can play this in the way you think best.

As for the depositions, with Peter's clarification, are you requesting the original three or twelve? If it is the later, lets just let the Magistrate decide what you are entitled to since we are not going to agree to 17 total Gulf Stream depositions.

Andy

---

**From:** Tony Buzbee [mailto:tbuzbee@txattorneys.com]
**Sent:** Friday, June 26, 2009 7:27 AM