# CHOICE ✓
**Professional Overnight Copy Service, Inc.**

## INVOICE
50105724

| SALESPERSON | INVOICE DATE |
|---|---|
| Nathan M. | 06/24/09 |

**TO**
Scandurro & Layisson - Dewey S.
Dewey M. Scandurro
607 St. Charles Ave.
New Orleans, LA 70130

**SHIP TO**

| ACCT # | SHIP DATE | SHIPPED VIA | TERMS | PURCHASE ORDER # |
|---|---|---|---|---|
| | 06/24/09 | | Net 30 | 4206.0* |

| QTY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 4 | * 4206.0 - Zumbrun Audio<br>Burned CD | 20.00 | 80.00 |

| | |
|---|---|
| Subtotal | 80.00 |
| Sales Tax | 7.20 |
| TOTAL | $ 87.20 |

Received by: _____ Date: _____

Please Send Payment to: **CHOICE COPY SERVICE,**
**P.O. BOX 62188, NEW ORLEANS, LA. 70162, (504)524-6789**
Fed. Tax ID # 72-1240881

## Thank You

TERMS: 1 1/2% PER MONTH SERVICE CHARGE WILL BE MADE ON ALL ITEMS NOT COLLECTED WITHIN 30 DAYS OF DUE DATE. IN ADDITION, COSTS AND REASONABLE ATTORNEY'S FEES FOR COLLECTION MAY BE CHARGED.