**From:** ANDREW WEINSTOCK
**Sent:** Friday, June 26, 2009 7:18 AM
**To:** 'Peter Taaffe'; 'tbuzbee@txattorneys.com'
**Cc:** Tim Scandurro
**Subject:** Discovery

Gentelmen,

Attached are the verifications you requested. Additionally, I overnighted the 2004 invoices/purchase orders you requested. We had previously discussed several depositions after you review these documents. Those are now the subject of your motion to compel along with nine other requested depos we did not previously discuss.

As for you request for "statements." There is one additional item I need to research in response to the Master Discovery before we make a decision on production. I will complete this before the hearing on the Motion to Compel. You have suggested that there are additional "statements" to which you are entitled. You have implied that you are aware of specific documents that either Gulf Stream or I possess but refuse to produce. I am not aware of any such documents, but if you would identify what you are referring to, I would certainly ask/search for it. If you do not wish to identify the document or series of documents in an effort to play "gotcha," then so be it.

Andy

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION: N-5 |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE CHASEZ |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * * | |

**************************************************

## VERIFICATION

**STATE OF INDIANA**

**COUNTY OF ELKHART**

I, ELIZABETH GANIERE, declare: I am Assistant General Counsel, Gulf Stream Coach, Inc., a defendant in the matter of *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, in the United States District Court for the Eastern District of Louisiana, Case No. 07-MD-1873, and I verify the foregoing Answers to Interrogatories for and on behalf of Gulf Stream Coach, Inc., and I am duly authorized to do so; that the matters stated in the foregoing Answers are not all within my personal knowledge, and I am informed and believe that there is no officer of Defendant Gulf Stream Coach, Inc., who has personal knowledge of all such matters. That the information contained in said Answers has been assembled by authorized employees and counsel of Defendant Gulf Stream Coach, Inc., and I am informed by said individuals that the facts stated in said Answers are true.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of June 2009 at Nappanee, Indiana.

_____
ELIZABETH GANIERE
Assistant General Counsel
Gulf Stream Coach, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>JUDGE KURT ENGELHARDT<br>SECTION " N" |
| THIS DOCUMENT IS RELATED TO ALL CASES | MAGISTRATE ALMA CHASEZ<br>MAGISTRATE (5) |

## VERIFICATION

**STATE OF INDIANA**

**COUNTY OF ELKHART**

I, ELIZABETH GANIERE, declare: I am Assistant General Counsel, Gulf Stream Coach, Inc., a defendant in the matter of *In Re: FEMA Trailer Formaldehyde Product Liability Litigation*, in the United States District Court for the Eastern District of Louisiana, Case No. 07-MD-1873, and I verify the foregoing Responses and Objections to the Revised Master Set of Interrogatories for and on behalf of Gulf Stream Coach, Inc., and I am duly authorized to do so; that the matters stated in the foregoing Responses and Objections are not all within my personal knowledge, and I am informed and believe that there is no officer of Defendant Gulf Stream Coach, Inc., who has personal knowledge of all such matters. That the information contained in said Responses and Objections has been assembled by authorized employees and counsel of Defendant Gulf Stream Coach, Inc., and I am informed by said individuals that the facts stated in said Responses and Objections are true.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 24th day of June 2009 at Nappanee, Indiana.

_____
ELIZABETH GANIERE
Assistant General Counsel
Gulf Stream Coach, Inc.