-----Original Message-----
From: Tony Buzbee [mailto:tbuzbee@txattorneys.com]
Sent: Sunday, July 12, 2009 3:56 PM
To: peterktaaffe2@att.blackberry.net; ANDREW WEINSTOCK
Cc: Anthony Buzbee; Peter Taaffe; Deann Brown
Subject: Re: Gulf stream depos

Andy--anytime you want to say "uncle" I'll let you off the mat for the
right price.
------Original Message------
From: peterktaaffe2@att.blackberry.net
To: ANDREW WEINSTOCK
Cc: Anthony Buzbee
Cc: Peter Taaffe
Cc: Deann Brown
ReplyTo: peterktaaffe2@att.blackberry.net
Subject: Gulf stream depos
Sent: Jul 12, 2009 3:26 PM

Andy,
On those people that you can produce, we'd like to take as many as
possible on the 17th, around the dudeck depo.  Same location as dudeck
(south bend court reporter's office).  Notably, we'd like to do zumbrun
and the receiver that day (in addition to dudeck).   Please advise when
they are available, along with the others.  We understand that slone and
esparza are relatively flexible so we can nail down the others first
then schedule those two around the others.  Pls reply to all so tony and
deann know what's going on.
Thanks

Sent via BlackBerry by AT&T


Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com