UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
|     FORMALDEHYDE * | |
|     PRODUCTS LIABILITY * | |
|     LITIGATION * | SECTION: N(5) |
| * | |
| This Document Relates to: * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* * | |
| Case No. 07-9228    * * | JUDGE: ENGELHARDT |
| * | |
| * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CONSENT MOTION TO EXTEND DEADLINES

COME NOW Movants Fleetwood Enterprises, Inc., Fluor Enterprises, Inc., and Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet and hereby request that the June 15th Order regarding Plaintiffs' Steering Committee's Motion to Continue Bellwether Trial [Rec. Doc. 1761] be amended to extend the August 10, 2009 deadline for filing and exchange of witness lists and exhibits to be used by the parties at trial to and through August 24, 2009. Counsel for United States of America has expressly stated that the government does not oppose this Motion. The extension of this deadline will not affect any other established deadlines.

The pertinent part of the Order currently reads, in part:

> Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than August 10, 2009.

[Rec. Doc. 1761].

The parties move the Court to amend this language to read as follows:

> Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at

trial, and all exhibits that may or will be used at trial no later than August 24, 2009.

For the foregoing reasons, the parties respectfully request that this Court amend its June 15, 2009 Order [Rec. Doc. 1761] and extend the August 10, 2009 deadline for filing and exchange of witness lists and exhibits to be used by the parties at trial to and through August 24, 2009.

This 21st day of July 2009.

                Respectfully submitted:

                */s/ Raul R. Bencomo*
                Raul R. Bencomo
                LA Bar No. 2932
                BENCOMO & ASSOCIATES
                639 Loyola Avenue
                Suite 2110
                New Orleans, LA  70119
                (504) 529-2929 (phone)
                (504) 529-2018 (fax)
                Ben_Law@bellsouth.net
                Counsel for Plaintiff Elisha Dubuclet o/b/o Timia Dubuclet


                */s/ Richard K. Hines, V*
                Richard K. Hines, V
                GA Bar No. 356300
                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                Atlantic Station
                201 17th Street, NW, Suite 1700
                Atlanta, GA  30363
                (404) 322-6000 (phone)
                (404) 322-6050 (fax)
                richard.hines@nelsonmullins.com

                Jerry L. Saporito
                LA Bar No. 11717
                LEAKE & ANDERSSON, L.L.P.
                1700 Energy Centre
                1100 Poydras St.
                New Orleans, LA 70163-1701

(504) 585-7500 (phone)
(504) 585- 7775 (fax)
jsaporito@leakeandersson.com
Counsel for Defendant Fleetwood Enterprises, Inc.


*/s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr.
LA Bar No. 1530 &
TX Bar No. 24063455
MIDDLEBERG, RIDDLE & GIANNA
717 North Harwood
Suite 2400
Dallas, TX  75201
(214) 220-6334
(214) 220-6807 Fax
cpenot@midrid.com

Counsel for Defendant Fluor Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

|  |  |  |  |
|---|---|---|---|
| ( ) | Hand Delivery | ( ) | Prepaid U.S. Mail |
| ( ) | Facsimile | ( ) | Federal Express |
| (X) | CM/ECF | ( ) | E-Mail |

This 21st day of July 2009.

*/s/ Richard K. Hines, V*
Richard K. Hines, V
Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

4