UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing on Plaintiff's Motion for Leave to Take Additional Deposition,

**IT IS HEREBY ORDERED** that said Motion is granted and that Plaintiff's Motion for Leave to Take Additional Deposition be and is hereby set for hearing on the 22nd day of July, 2009, at 11:00 a.m./p.m. via telephone.

New Orleans, Louisiana, this 21st day of July, 2009.

_____
United States Magistrate Judge