## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA  §
§
ORLEANS PARISH  §

I, ALANA ALEXANDER, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. On December 12, 2007, I retained the law firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C. ("Gainsburgh Benjamin") to represent me on claims relating to my family's and my residence in a travel trailer (the "Trailer") provided to me by the Federal Emergency Management Agency.

3. The Trailer was located at 4415 Dale Street, New Orleans, Louisiana.

4. The Trailer was manufactured by Gulf Stream Coach, Inc. ("Gulf Stream") and installed by Fluor Enterprises, Inc.

5. Sometime after June 16, 2008, I received a letter from Gainsburgh Benjamin instructing me to "hold onto and preserve any 'evidence that may be relevant' to the case. This would include written documents, photographs, diary entries, e-mail, or any other tangible things which could relate to your formaldehyde exposure while living in the FEMA housing unit." At the time of my deposition, I did not recall receiving this letter. However, after reviewing a copy of the letter that was sent to me, I do remember receiving it in June 2008.

6. I have no formal training in the use of a computer and I would not describe myself as "computer savvy."

7. At the time of my deposition, I was aware that my attorneys had hired a service to search my computer for any responsive items.

8. During my deposition, I thought Gulf Stream's lawyer was asking whether I had *personally* performed any searches of my email accounts.

9. When my attorney was assisting me with my responses to Gulf Stream's discovery requests, I informed him that I had searched my emails for any responsive items to the best of my ability. When questioned on this subject by Gulf Stream's lawyer, I did not feel comfortable stating that I had searched my email accounts because I am minimally computer literate and was not confident that I had performed a detailed enough search.


Plaintiff's Exhibit A

Declaration of Alana Alexander   Page 1 of 2

10. I have not accessed the e-mail account aalexander404@bellsouth.net since I moved into the Trailer. I no longer remember the password to this account. I have not paid any bills for this service since before I moved into the Trailer.

11. I returned to work at McDonogh 15 on July 20, 2009. However, my work computer is not currently hooked up and I will not have access to it until next week.

12. I do not recall ever having sent an email from the aalexander@mcdonogh15.org email address. If I have sent one, it would have been work related.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on July 21, 2009.

_____
ALANA ALEXANDER