UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF JUSTIN I. WOODS

PARISH OF ORLEANS
STATE OF LOUISIANA

BEFORE ME, the undersigned authority, personally came and appeared:

**JUSTIN I. WOODS**

who, after being first duly sworn, did depose and state:

1.  Alana Alexander retained the firm of Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC to represent her in her claims, as well as those of her minor children, relative to their exposure to formaldehyde while residing in an emergency housing unit (EHU) manufactured by Gulf Stream Coach and provided by the Federal Emergency Management Agency (FEMA); and

2.  On June 16, 2008 our firm forwarded to each of our clients, including Ms. Alexander, the attached correspondence instructing them to preserve any "evidence that may be relevant" to the case which would include electronically stored information.

_____
JUSTIN I. WOODS

SWORN TO AND SUBSCRIBED before me,
this 21st day of July, 2009.

_____
STEVAN C. DITTMAN, NOTARY PUBLIC
BAR ROLL NO. 12688

Stevan C. Dittman
NOTARY PUBLIC
State of Louisiana
LA. Bar No. 16888
My commission is issued for life.



PLAINTIFF'S
EXHIBIT
B