LAW OFFICES
## GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

ROBERT J DAVID
GERALD E MEUNIER
IRVING J WARSHAUER
STEVAN C DITTMAN
TRACEY RANNALS BRYAN
MICHAEL J ECUYER
KARA M HADICAN
TODD J BIALOUS
JUSTIN I WOODS
NAKISHA ERVIN-KNOTT

OF COUNSEL
JACK C BENJAMIN
SAMUEL C GAINSBURGH
(1926-2003)

TELEPHONE
(504) 522-2304
TELECOPIER
(504) 528-9973

June 16, 2008

RE:   In Re: Formaldehyde Litigation

Dear FEMA Trailer/Formaldehyde client:

Since our firm is handling your claims of formaldehyde exposure during your residency in temporary housing unit provided by FEMA, we want to make you aware of an important requirement imposed by the federal judge in the case, Judge Kurt Engelhardt.

Judge Engelhardt has ordered that all parties, including those who are making claims, hold onto and preserve any "evidence that may be relevant" to the case. This would include written documents, photographs, diary entries, e-mail, or any other tangible things which could relate to your formaldehyde exposure while living in the FEMA housing unit.

Please call our firm's legal assistant in this case, Sharon Snyder at (504)522-2304, if you believe you have possession of any such evidence at this time. If you do, it should not be destroyed or thrown away, and you should telephone us to discuss it.

Your cooperation is appreciated.

Sincerely,

*Gerald E. Meunier*

GEM/ss

Plaintiff's Exhibit B-1