## DECLARATION UNDER PENALTY OF PERJURY

STATE OF LOUISIANA          §
ORLEANS PARISH              §

      I, ANDY CRISTINA, make this declaration under penalty of perjury and state the following:

1. I am over eighteen (18) years of age, am fully competent to make this declaration, I have personal knowledge of all statements contained herein, and all statements contained herein are true and correct.

2. I was awarded a Bachelor of Science in Computer Science and a Master of Science in Computer Science, both from the University of New Orleans. While I was attending the University of New Orleans, I worked as both a research assistant and as a teaching assistant.

3. Since 2005, I have served as a court-appointed computer expert for the Civil District Court of New Orleans.

4. I am currently employed by L&J Technology, L.L.C. as an IT Consultant. My job responsibilities include maintaining server systems for clients and data recovery. In the past, I have also worked as a systems support specialist for a New Orleans law firm and as a software developer.

5. I charge $100 per hour and, to date, my total bill is $1,300.

6. At the request of Alana Alexander's attorneys, I was asked to search the several email addresses (aalexander@mcdonogh15.org, skillsqueen@yahoo.com and chriscop@ymail.com) for any responsive materials that were related to formaldehyde, medical problems (including both physical and psychological), trailer, Gulf Stream, Federal Emergency Management Agency, Fluor and asthma.

7. On June 23, 2009, I made an exact duplicate of the primary partition of Ms. Alexander's hard drive. I then searched the copy and the above email accounts to see if any responsive information was "held in, sent to, or sent from" any of the aforementioned email addresses. I searched the email accounts by using the built-in keyword search function to search the above terms and the following words: sick, blue, depressed and down. I then looked through the folders manually.

8. I was only able to access Ms. Alexander's work email account (aalexander@mcdonogh15.org) through a web browser. I did not find a Sent folder when looking at this account. There were 37 emails in the Inbox (dating back to March 24, 2009) and there were 1000 emails in the Deleted Items folder that go back January 24, 2009. I searched through the two folders but did not locate any non-privileged responsive items.

PLAINTIFF'S EXHIBIT D

9. The skillsqueen@yahoo.com account had 91 messages in the Inbox (dating back to February 18, 2008), 0 messages in the Trash folder, 72 messages in the Spam folder and 453 messages in the Sent folder (dating back to back September 19, 2007). Most of the items in the Sent folder were forwarded inspirational messages and joke emails. Most of the items in the Inbox were advertisements. The only potentially non-privileged responsive item that I discovered was an email that contained the prepared remarks of a speech delivered by Barack Obama in New Orleans that Ms. Alexander forwarded, without any additional commentary, on February 18, 2008.

10. The chriscop@ymail.com account had 19 messages in the Inbox (dating back to February 15, 2009), 0 messages in the Trash folder, 33 messages in the Spam folder and 7 messages in the Sent folder (dating back to November 25, 2008). Most of the messages in the Inbox are mass-mailed items like newsletters and advertisements. I did not find any responsive items.

I declare under penalty of perjury under that the foregoing is true and correct.

Executed on ___7/22/2009___, 2009.

_____
ANDY CRISTINA