UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                 SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*Noah William Hartle, et al. v. Patriot Homes of
Texas, et al., No. 09-3550*

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER
FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of **CH2M HILL CONSTRUCTORS, INC.** through the attached affidavit of Patty LaMaestra (Exhibit 1) that CH2M HILL CONSTRUCTORS, INC. did not subcontract with MLU for any work related to this litigation, hereby give notice of Named Plaintiffs' voluntary dismissal WITHOUT PREJUDICE of all claims asserted within the Eastern District of Louisiana against CH2M HILL CONSTRUCTORS, INC. in the above-entitled suit previously filed in these proceedings.

1

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

By:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8421
Facsimile: (504) 271-1961
**Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of July, 2009 , I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                        s/ Roberta L. Burns
                                                       ROBERTA L. BURNS