UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE      MDL NO. 07-1873
PRODUCTS LIABILITY LITIGATION      SECTION N(5)

     JUDGE ENGELHARDT

THIS DOCUMENT IS RELATED TO:
*Noah William Hartle, et. Al. v. Patriot Homes*      MAGISTRATE CHASEZ
*Of Texas, et al.*
No. 09-3950

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF PATTY LAMAESTRA

STATE OF VIRGINIA

COUNTY OF FAIRFAX

     **BEFORE ME**, the undersigned Notary, on this day personally appeared:

### PATTY LAMAESTRA

known to me to be the person whose name is subscribed before and, after being duly sworn, did

testify under oath as follows:

     1.      I am over the age of 18, and am competent to testify regarding and personally

aware of the matters contained herein.

     2.      I am currently employed by CH2M HILL Constructors, Inc. ("CH2M HILL") in

the position of Regional Contracts Manager.

     3.      At the time of the occurrence of events complained of by the plaintiffs in the

above-captioned litigation, I was employed by CH2M HILL in the position of Contracts

Manager and, as such, was responsible for prime and subcontract administration relative to post Hurricane Katrina hauling, installation, and maintenance of FEMA emergency housing units.

4.      I am personally aware of the identity of all subcontractors with whom CH2M HILL subcontracted for work related to hauling, installation, and maintenance of FEMA emergency housing units.

5.      CH2M HILL did not subcontract with MLU for any work related to hauling, installation, or maintenance of FEMA emergency housing units.

6.      The allegations contained herein are true to the best of my knowledge and belief and I would so testify in a court of law.

Affiant says nothing further.

_____
**PATTY LAMAESTRA**

**SWORN TO AND SUBSCRIBED**
**BEFORE ME THIS 16 DAY OF JULY, 2009.**

_____
Notary Public
Identification No. _AS1399_

My Commission Expires:
_November 30, 2009_