# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

## Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

## Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    Q.   You have no idea whether that
2  person could have been with the contractor
3  who set up the trailer?
4    A.   I have no idea.
5    Q.   Or that -- I'm mean sorry.  Were
6  you finished?
7    A.   I was just saying I have no idea
8  if they were.
9    Q.   That person could also have been
10 somebody with FEMA?
11   A.   I guess in all possibility, yes.
12   Q.   Do you have any recollection of
13 specifically calling a number where somebody
14 said that -- or identified themselves as a
15 Gulf Stream Coach employee and provided
16 information to you?
17   A.   I don't have any recollection of
18 that.
19   Q.   And the only thing that you
20 remember reading that contains Gulf Stream
21 Coach identifying marks would have been the
22 owner's manual?
23   A.   Yes.
24   Q.   There's an allegation of "Failure
25 to adhere to any and all express warranties

1   Because, actually, that pecan tree is all
2   the way to the back of the property.
3       Q.   But it's on your property, right?
4       A.   Oh, yes, yes.
5       Q.   When the house was still there,
6   would that be the backyard where the pecan
7   tree was?
8       A.   Yes.
9       Q.   Now, was there an issue where you
10  would clean the trailer a lot because of
11  mold?
12      A.   Yes.
13      Q.   When you were cleaning, did Chris
14  ever have any kind of asthmatic response to
15  the cleaning products you were using?
16      A.   No.
17      Q.   You said earlier you had looked
18  for housing in the New Orleans area in 2006
19  in the spring, but there was nothing
20  available for you?
21      A.   That I could afford, yes.
22      Q.   All right.  Could you still return
23  to New Orleans without having the trailer?
24      A.   I would probably have to say no on
25  that.

1     Q.   There was a warranty phone number
2   in the Gulf Stream manual.  Did you ever
3   call Gulf Stream?
4     A.   The only number I ever called on a
5   consistent basis was the customer service
6   and that was the only one.
7     Q.   The maintenance --
8     A.   The maintenance one, I'm sorry,
9   the maintenance one.
10    Q.   Do you remember when was the first
11  time that you told any doctor about symptoms
12  that you or Chris may have experienced while
13  living in the trailer?
14    A.   Well, when we first found
15  Dr. Barnes and I told her about the symptoms
16  that he was having, I didn't immediately
17  know that had to do with the stuff that was
18  going on in the trailer.  I just went
19  thinking it was, you know, his allergies and
20  asthma.
21    Q.   So at that time, you didn't tell
22  any doctor that you had or any of Chris's
23  doctors, that you had experienced irritation
24  while living in the unit?
25    A.   Correct.

1   you through the trailer.
2       A.   Correct.
3       Q.   Okay.  Did you ever contact a Gulf
4   Stream Coach hotline or a number provided in
5   any manual, anything like that?
6       A.   I was given a Gulf Stream manual,
7   but I was under the impression that the
8   customer service number that I was calling
9   was Gulf Stream.
10      Q.   Okay.  When you say, "customer
11  service," you're talking about the
12  maintenance hotline?
13      A.   Maintenance.  I keep saying
14  "customer service," but the maintenance
15  hotline.
16      Q.   If it's shown that that was not
17  Gulf Stream, then you never made a call to
18  another number in the manual, the Gulf
19  Stream manual?
20      A.   I would have to say not -- no.  I
21  would say no, I don't think so.
22      Q.   And you have no basis other than
23  just your assumption that the first person
24  was a Gulf Stream Coach employee?
25      A.   Yes.

1    A.   Yes.
2    Q.   Okay.  The stove was hooked up?
3    A.   Yes.
4    Q.   Okay.  Did the trailer have an air conditioner?
6    A.   Yes.
7    Q.   What about a heater, did it have a heater?
9    A.   Yes.
10   Q.   When you first got to the trailer, had the trailer been aired out at all?
12   A.   No.
13   Q.   It was still locked up?
14   A.   Yes.
15   Q.   Who gave you the keys to the trailer?
17   A.   My mom.
18   Q.   Did your mom tell you that she had been provided any kind of orientation by anyone regarding the trailer?
21   A.   No.
22   Q.   Were you provided any instructions concerning the trailer?
24   A.   After we got in the trailer.
25   Q.   Somebody came out to see you?

Page 164

1      A.    Yes.

2      Q.    Who came out to see you?

3      A.    I'm not sure.  I don't remember
4  what the lady's name was.

5      Q.    Who was she with?

6      A.    I think she was with Gulf Stream.
7  She said she was with the trailer people.

8      Q.    Okay.  What did she tell you?

9      A.    She explained how to hook up the
10 propane tanks and everything.  She told us
11 how to use the stove, how to use the
12 microwave and everything, and she showed us
13 around.  She said the smell that we were
14 smelling was because the trailer was new and
15 had been closed up and to just air the
16 trailer out.

17           Like I say, when we first got
18 there, nobody was there.  So I pointed out
19 to her that the panel in the main bedroom
20 had buckled.  She told me that was because
21 it was held by tape, and because of the
22 humidity in New Orleans, that the tape had
23 come loose and to put duct tape on it.

24     Q.    Did you raise any issues with her
25 about the condition of the trailer?

1   of fitness and safety of the housing units

2   they," meaning Gulf Stream Coach

3   Manufacturing, "provided."

4           Do you have any recollection of

5   express warranties made to you by Gulf

6   Stream Coach?

7       A.   I would have to say no, not to my

8   recollection.

9       Q.   All right.  Regarding the Third

10  Supplemental and Amended Complaint marked as

11  Exhibit 15.  Paragraph 15 on page 4 of that

12  document itemizes damages and it modifies

13  the damages that were in the original

14  complaint marked as Exhibit 12.

15      A.   You said paragraph 4?

16      Q.   Page 4, paragraph 15.

17  MR. HILLIARD:

18           Joe, if you're going into this

19  line, can you and I agree I can have the

20  same objection to each question, so I don't

21  have to make it each time?

22  MR. GLASS:

23           Absolutely.

24  EXAMINATION BY MR. GLASS:

25      Q.   You want to take a moment to read