Page 1

1                UNITED STATES DISTRICT COURT

2                    DISTRICT OF LOUISIANA

3                     NEW ORLEANS DIVISION

4    In Re:   FEMA Trailer      )

5    Formaldehyde Products      ) MDL No. 1873

6    Liability Litigation       )

7

8                                      Washington, D.C.

9                                      Tuesday, July 7, 2009

10   Videotape Deposition of DAVID EDWARD GARRATT, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at 9:07

17   a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

David Edward Garratt
Washington, DC
July 7, 2009

Page 40

```
 1    respond to complaints?
 2         Q.    How they're set up to respond to
 3    complaints and how did they actually respond to
 4    complaints, if you know?
 5              MR. MILLER:  Objection, compound.
 6         A.    In terms of the former, the transitional
 7    recovery offices, which are really extended versions
 8    of our joint field offices that we set up in every
 9    disaster operation, but these are there long term,
10    and we typically staff them with longer-term
11    employees, have maintenance and deactivation
12    contracts, and those maintenance and deactivation
13    contractors -- and they had numerous maintenance and
14    deactivation contractors -- supporting each of the
15    transitional recovery offices, depending on which
16    state that you're in are assigned a certain sector
17    area, and occupants of emergency housing units in
18    those areas would call this particular maintenance
19    and deactivation contractor if they have an issue or
20    a problem with a unit, and it was that contractor's
21    responsibility to respond and address and deal with
22    the issue.
```