# Transcript of the Testimony of
# Videotaped Deposition of Christopher Cooper

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

1    Q.   Chris, did you ever read the
2    owner's manual for the travel trailer?
3    A.   No.
4    Q.   Did you ever call the maintenance
5    people about problems for the trailer?
6    A.   No.
7    Q.   Did you ever speak to any person,
8    in person, that was there to fix the
9    trailer?
10   A.   Yes.
11   Q.   Okay.  Who did you speak to?
12   A.   I don't know his name, but it was
13   a time when my mother wasn't there and he
14   was coming.
15   Q.   Okay.  A person came to inspect
16   the trailer?
17   A.   Yes.
18   Q.   Or did he fix something in the
19   trailer?
20   A.   Well, he was just inspecting it,
21   but he didn't inspect it, he left.
22   Q.   Once he saw you were the only
23   person there?
24   A.   Yes.
25   Q.   So he didn't come in and look at

1   anything?
2       A.  No.
3       Q.  When you went to see any of the
4   doctors at any time for your asthma or your
5   allergies, did you always tell them the
6   truth?
7       A.  Yes.
8       Q.  When you saw some of the doctors
9   regarding -- your recent experts that you
10  went to see, and I know that you don't know
11  that they are experts, but I'm talking about
12  all the people that talked to you about how
13  you felt when you went out to Denver and
14  places like that, did you tell all of those
15  people the truth?
16      A.  Yes.
17      MR. GLASS:
18          Thank you very much.
19      MR. HILLIARD:
20          We reserve all of our questions to
21  time of trial.
22      THE VIDEOGRAPHER:
23          That closes today's deposition; it
24  is 7:15.
25          (Which concluded the deposition.)