UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          *          MDL NO. 1873
FORMALDEHYDE            *
PRODUCTS LIABILITY       *
LITIGATION               *          SECTION: N(5)
                         *
This Document Relates to:  *Charlie Age, et al. v.*   *          JUDGE: ENGELHARDT
*Gulf Stream Coach Inc., et al*, Docket No. 09-2892   *
                         *          MAG: CHASEZ

*******************************************************************************

<u>**GULF STREAM'S STATEMENT OF UNCONTESTED MATERIAL FACTS**</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who, in support of its Motion for Partial Summary Judgment states the following uncontested material facts solely for the purpose of this Motion.

1.      This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which an estimated thirty thousand named plaintiffs claimed to have inhabited emergency housing units that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their residences due to Hurricanes Katrina and Rita.

2.      The Plaintiff, Alana Alexander, resided in a travel trailer, VIN No. 1NL1GTR2551021783, after Hurricane Katrina.

3.      That trailer was manufactured by Gulf Stream and was provided to the Plaintiff by FEMA through a contractor.

4.      The Plaintiff was provided with an owner's manual, which she read, for the travel trailer.

5.      The Plaintiff did not rely on anything in the manual as a basis for residing in the trailer.

6.      Neither the Plaintiff nor her minor child spoke with a Gulf Stream employee or representative during the duration of their residency in the FEMA travel trailer.

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## <u>C E R T I F I C A T E</u>

I hereby certify that on the 22nd day of July, 2009, a copy of the foregoing Statement of Uncontested Material Facts was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com