UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
| FORMALDEHYDE * | | |
| PRODUCTS LIABILITY * | | |
| LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: *Charlie Age, et al. v.* * | | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering Fluor Enterprises, Inc.'s Consent Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Consent Motion is granted, and that the parties shall be permitted to schedule depositions, with the consent of all parties or if granted leave by the Court, after the July 23, 2009 discovery cutoff and through and including August 7, 2009.

**IT IS FURTHER** ORDERED that the July 27, 2009 deadline for filing dispositive motions be and hereby is extended and continued until August 10th, 2009,

**DONE AND SIGNED** this 22nd day of July, 2009.

_____
UNITED STATES DISTRICT COURT JUDGE

THESE EXTENSIONS SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.