## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | **SECTION: N(4)** |
| | **LITIGATION** | * | **Civil Action File No.** |
| | | * | **2:07-md-1873-KDE-KWR** |
| | | * | **JUDGE: ENGELHARDT** |
| | | * | **MAG: CHASEZ** |

### FLEETWOOD ENTITIES' LIST OF DEFENSES
### AND RULE 12 MOTIONS TO BE PRESERVED

Pursuant to Pretrial Order No. 4 (Rec. Doc. No. 130), Defendants, Fleetwood Enterprises, Inc., Fleetwood Canada, Ltd., Fleetwood Homes of North Carolina, Inc., and any other Fleetwood subsidiary that may be deemed to be the real party in interest ("Fleetwood entities") submit the following list of defenses and Federal Rule 12 motions to be preserved in the following underlying actions which are currently pending in the above-captioned multi-district litigation proceeding:

1. In *Montriell Willis-Johnson, et al v. Alliance Homes, Inc., et al*, originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action Number 09-4096;

2.      In *Katherine Watson, et al v. Fleetwood Canada, Ltd.*, originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4058;

3.      In *Lucy Stewart, et al v. Alliance Homes, Inc., et al*, originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4092;

4.      In *Nevada Robinson, et al v. Alliance Homes, Inc., et al*, originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4083:

5.      In *Shantell Rucker, et al v. Alliance Homes, Inc., et al*, originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4080;

6.      In *Irater Robbin, et al v. Alliance Homes, Inc., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4079;

7.      In *Candas Richard, et al v. Alliance Homes, Inc., et al*, originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4076;

8.      In *Theresa Pierce, et al v. Alliance Homes, Inc., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4094;

9.      In *Christina Schillage Pineiro, et al v. Alliance Homes, Inc., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4073;

10.     In *Edward Ogletree, et al v. Alliance Homes, Inc., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4078:

11.     In *Rita Lopez, et al v. Alliance Homes, Inc., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4075;

12.     In *Therral LaBranch, et al v. Fleetwood Canada, LTD., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4060;

13.     In *Kenshawn King, et al v. Alliance Homes, Inc., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4074;

14.     In *KeShauna Jones, et al v. American International Specialty Lines Insurance Co., et al*,originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4126;

15. In *Lynette James, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4097;

16. In *Keiana Hunt, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4081;

17. In *Marian Hewitt, et al v. Fluor Enterprieses., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4022;

18. In *Justin Heintz, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4098;

19. In *Kiesha Edgar, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4095;

20. In *Anna Diaz, et al v. Fleetwood Canada, LTD., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4061,

21. In *Alvin Dupre, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4085;

22. In *Windsor Dennis, et al v. Fleetwood Canada, LTD., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4133;

23. In *Rosalie Davis, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4093;

24. In *Emile Davalie, et al v. Fleetwood Canada, LTD., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-3978;

25. In *Gwendolyn Craft, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4090;

26. In *Curtis Coleman, et al v. American International Specialty Lines Insurance Co., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-385;

27. In *Kenneth Christophe, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4082;

28. In *Lakisha Chaney, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4087;

29. In *Leroy Carter, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4088;

30.   In *Jacqueline Caldwell, et al v. Fleetwood Enterprises, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4226;

31.   In *Charles Cager, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4084;

32.   In *Rachelle Brown, et al v. Fleetwood Canada, LTD., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4059;

33.   In *Leonzell Brown, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4091;

34.   In *Holsa W. Brown, et al v. Fleetwood Canada, LTD., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-3884;

35.   In *Anaria Blaise, et al v. Fleetwood Enterprises, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4111;

36.   In *Rickie Benoit, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4086;

37.   In *Alelia Benn, et al v. Fleetwood Enterprises, Inc. et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4107;

38.   In *April Benn, et al v. Fleetwood Enterprises, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4104;

39.   In *Lilie Mae Baptiste, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4089;

40.   In *Gerard Baptiste, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4099;

41.   In *Milton J. Antoine, Jr., et al v. Fleetwood Canada, LTD., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4094;

42.   In *Michelle Abron, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4077;

43.   In *Cynthia M. Nevills, et al v. Alliance Homes, Inc., et al,* originally filed in the United States District Court for the Eastern District of Louisiana, Civil Action number 09-4130.

In the above listed cases, the Fleetwood entities preserve the following defenses:

a.     Rule 12(b)(6):  Failure to state a claim for negligence, strict liability, and breach of express and implied warranties under Louisiana law because those claims are barred by the Louisiana Products Liability Act.

b.     Rule 12(b)(6):  Failure to state a claim because plaintiffs failed to make any particularized allegations regarding their injuries and damages, and failed to make any particularized allegations connecting any plaintiff to conduct by any particular defendant.

c.     Rule 12(b)(6):  Failure to state a claim for punitive damages under Louisiana law.

d.     Rule 12(b)(6):  Failure to state a claim for medical monitoring damages under Louisiana law because plaintiffs have not alleged a present and manifest injury.

e.     Rule 12(b)(6):  Plaintiffs' claims are barred by the applicable prescriptive periods.

f.     Rule 12(b)(6):  Failure to state a claim for breach of express warranty under Louisiana law.

g.     Rule 12(b)(6):  Failure to state a claim for breach of implied warranty under Louisiana law.

h.     Rule 12(e):  Motion for more definite statement of the complaint based on plaintiffs' failure to make particularized allegations about their injuries and damages and failure to make any particularized allegations about any particular defendants' alleged conduct.

i.     Rule 12(b)(6):  Failure to state a claim upon which relief can be granted to the extent that plaintiffs specifically seek property damages inasmuch as such claims are precluded under applicable law.

j.     Rule 12(b)(6):  Failure to state a claim upon which relief can be granted to the extent that plaintiffs seek to impose joint and several and/or solidary liability upon the manufacturing defendants inasmuch as the applicable law precludes such reapportionment of fault.

k.     Rule 12(b)(6):  Failure to state a claim upon which relief can be granted to the extent that plaintiffs specifically seek attorneys fees under federal or state law inasmuch as such claims are precluded.

l.     Rule 12(b)(6):  Failure to state a claim upon which relief can be granted to the extent that plaintiffs seek injunctive relief as none of the theories invoked by

plaintiffs provide recovery for injunctive relief sought by plaintiffs and plaintiffs have not alleged a sufficient basis to entitle them to injunctive relief.

m.  Rule 12(b((6): Plaintiffs' claims should be dismissed for lack of standing because the allegations fail to connect any particular plaintiff with a particular defendant.

n.  Rule 12(b)(3): Improper venue as to plaintiffs who reside outside the Eastern District of Louisiana.

o.  Rule 12(b): Motion to dismiss class action allegations for failure to timely file a motion for class certification pursuant to Uniform Local Rule 23.1.

Further, Fleetwood preserves all defenses raised and briefed in the Manufacturing Defendants' Joint Rule 12(b)(6) Motion to Dismiss and the Manufacturing Defendants' Joint Rule 9(b) Motion to Dismiss.  Finally, Fleetwood reserves the right to amend or supplement these defenses and to file any appropriate preliminary pleadings and/or dispositive motions in the above case and in any other cases in which it has been or will be named as a party.

Respectfully submitted:

/s/ Jeffrey M. Burg

**JERRY L. SAPORITO, T.A. (#11717)**
**AMANDA W. VONDERHAAR (#31350)**
**JEFFREY M. BURG (#25993)**
Leake & Andersson, L.L.P.
1100 Poydras Street
Suite 1700
New Orleans, LA 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
E-Mail:  jsaporito@leakeandersson.com
        avonderhaar@leakeandersson.com
        jburg@leakeandersson.com

*Attorneys for Fleetwood Enterprises, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically filed this date and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this  22nd  day of  July, 2009, at their last known address of record.

_____ /s/ Jeffrey M. Burg

CP-3498-39075-Doc. 22464