UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * * | CIVIL ACTION NO.: 08-1094 CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * * | SECTION: "N" |
| VS. | * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC., ET AL | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**The Gautreaux Plaintiffs' Memorandum in Support of Plaintiffs Motion for Leave to File a Third Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Gautreaux plaintiffs who respectfully move this Honorable Court for leave to amend their Original and First Amended Complaint pursuant to F.R.C.P. Rule 15.

1.

The Court has not set a deadline date for amended pleadings and the plaintiffs Third Amended Complaint should not effect the trial date.

2.

Plaintiffs' move this Honorable Court to amend the plaintiffs Original, First, and Second

-1-

Amended Complaint to clarify issues.

**WHEREFORE,** for the reasons set forth in this memorandum, the plaintiffs, respectfully request this Honorable Court to grant a leave of court to file Plaintiffs' Third Amended Complaint.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 13TH day of July, 2009.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.