UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| HENRY GAUTREAUX, INDIVIDUALLY, AND AS THE LEGAL REPRESENTATIVE OF RAYMOND GAUTREAUX, SR. | * * * | CIVIL ACTION NO.: |
| Plaintiffs | * | SECTION: "N" |
| VS. | * * | JUDGE: ENGELHARDT |
| GULF STREAM COACH, INC.,ET AL | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

*   *   *   *   *   *   *   *

********************************************************************************

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc. and Fluor Enterprises, Inc. have been contacted and do not object to Plaintiffs' Third Supplemental and Amending Complaint for Damages.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

    s/ L. Eric Williams, Jr.
L. ERIC WILLIAMS, JR. # 26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Attorneys for Plaintiff**