IN THE UNITED STATES DISTRICT COURT

FOR THE *EASTERN* DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROBERT DEVLIN, ETAL** | * | **DOCKET NO. 07-7018** |
| | * | **CONSOLIDATED WITH MDL NO. 1873** |
| | * | |
| | * | |
| **versus** | * | |
| | * | **JUDGE: ENGELHARDT** |
| | * | |
| **FLEETWOOD ENTERPRISES, INC.,** | * | SECTION: "N" |
| **GULF STREAM COACH, INC.,** | * | |
| United States of America through the | * | **MAGISTRATE: CHASEZ** |
| Federal Emergency Management Agency | * | |
| Fluor Enterprises, Inc., Shaw | * | |
| Environmental, Inc., and American | * | |
| International Specialty Lines | * | |

**************************************************************************

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc., Fluor Enterprises, Inc., Fleetwood and Shaw have been contacted and do not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

    s/ L. Eric Williams, Jr.
L. ERIC WILLIAMS, JR. # 26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
 eric@toxictortlaw.net
**Attorneys for Plaintiff**