UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| QUINNAN JOHNSON AND JOY JOHNSON | * | CIVIL ACTION NO.: 08-1327 |
| | * | CONSOLIDATED WITH MDL NO. 1873 |
| Plaintiffs | * | |
| | * | SECTION: " N " |
| | * | JUDGE: ENGELHARDT |
| VS. | * | |
| R-VISION, INC., ET AL | * | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\* \* \* \* \* \* \* \*

**The Johnson Plaintiffs' Memorandum in Support of Plaintiffs Motion for Leave to File a Second Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Johnson plaintiffs who respectfully move this Honorable Court for leave to amend their Original and Second Amended Complaint pursuant to F.R.C.P. Rule 15.

1.

The Court has not set a deadline date for amended pleadings and the plaintiffs Second Amended Complaint should not effect the trial date.

2.

Plaintiffs' move this Honorable Court to amend the plaintiffs Original and Second Complaint to clarify issues.

-1-

**WHEREFORE,** for the reasons set forth in this memorandum, the plaintiffs, respectfully request this Honorable Court to grant a leave of court to file Plaintiffs' Second Amended Complaint.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
 L. Eric Williams, Jr. #26773
 3021 35TH St., Ste. B
 Metairie, Louisiana 70001
 Telephone:(504) 832-9898
 Facsimile: (504) 832-9838
 eric@toxictortlaw.net
 **Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing, this 13TH day of July, 2009.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.