IN THE UNITED STATES DISTRICT COURT
FOR THE *EASTERN* DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **QUINNAN JOHNSON AND JOY JOHNSON , ETAL** | * | **DOCKET NO. 08-1327** |
| | * | **CONSOLIDATED WITH MDL NO. 1873** |
| | * | |
| | * | |
| | * | |
| versus | * | **JUDGE: ENGELHARDT** |
| | * | |
| R-Vision, Inc., United States of America through the Federal Emergency Management Agency, Fluor Enterprises, Inc., Liberty Insurance Corp.,Lexington Insurance Company, Westchester Surplus Lines Insurance Company,and Arch Specialty Insurance Company | * * * * * * * | **SECTION: "N"**  **MAGISTRATE: CHASEZ** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RULE 7.6 CERTIFICATE**

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Fluor Enterprises, Inc. has been contacted and does not object to Plaintiffs' Second Supplemental and Amending Complaint for Damages.  Counsel for R-Vision stated that their client is not in a position to consent or oppose the motion due to the bankruptcy.

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

   *s/ L. Eric Williams, Jr.*
  L. ERIC WILLIAMS, JR. # 26773
  3021 35TH St., Ste. B
  Metairie, Louisiana 70001
  Telephone:(504) 832-9898
  Facsimile: (504) 832-9838
   eric@toxictortlaw.net
  **Attorneys for Plaintiff**