Transcript of the Testimony of
# Videotaped Deposition of Marco Kaltofen

## Date taken: June 16, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:    504-529-5255
Fax:    504-529-5257
Email:    reporters@psrdocs.com
Internet:    www.psrdocs.com

Page 36

1    A.    That's correct.

2    Q.    All right.  You don't have a master's

3    degree in engineering; is that correct?

4    A.    Not for about another month or two, if

5    all goes well.

6    Q.    But as we sit here today -- and when you

7    rendered this report -- you do not have a master's

8    degree, correct?

9    A.    No, no.  That would be putting the cart

10   before the horse.

11   Q.    Okay.  So are you expressing any

12   opinions in the field of engineering?

13   A.    Yes.

14   Q.    All right.  You also have been employed

15   as a chemist; is that correct?

16   A.    That's correct.

17   Q.    Do you have a degree in chemistry?

18   A.    I have a concentration in chemistry,

19   which is not the same as a degree.  My degree is

20   in engineering.

21   Q.    So is it correct that you don't have a

22   degree in chemistry; is that correct?

23   A.    Yes.

24   Q.    Are you applying any of your expertise,

25   if any, as a chemist, in your opinion here today?

Page 37

1     A.   Actually, I thought I was describing it

2  fairly well.  Looking at test results, chemical

3  testing results, the chemical testing process, and

4  how it relates to specific environmental

5  conditions.

6     Q.   Well, is that the application of your

7  engineering expertise or your expertise as a

8  chemist?

9     A.   It's actually the two together.  My

10 engineering expertise and chemical expertise.

11    Q.   But you don't have a degree in chemical

12 engineering, correct?

13    A.   That's correct.

14    Q.   You also talk in your preliminary

15 section of your report regarding your continuing

16 education and perhaps some work that you have done

17 in water and waste treatment; is that correct?

18    A.   Yes.

19    Q.   But you didn't apply any of that

20 expertise in the opinions that you've rendered in

21 this case, did you?

22    A.   Well, sure, I did.

23    Q.   Water and waste treatment?

24    A.   Absolutely.

25    Q.   Do you have a degree in water and waste

Page 51

```
 1   off-gassing of formaldehyde in any trailer?

 2        A.   I did not measure the specific and

 3   unique rate of off-gassing of individual materials

 4   in the trailers.

 5             You're going to have to ask the other

 6   experts about the other stuff.

 7        Q.   Are you aware of any other expert

 8   actually measuring the rate of off-gassing in any

 9   trailer in any of these test results that you've

10   referred to in your report?

11        A.   No.

12        Q.   And you would agree that the rate of

13   off-gassing can be entirely different from what

14   the ultimate result of ambient formaldehyde in an

15   enclosed chamber is, correct?

16        A.   No.

17        Q.   You don't agree?

18        A.   No.  I don't agree.

19        Q.   You think the rate of off-gassing is

20   precisely the same as what the ultimate result is

21   of testing the ambient formaldehyde contents of a

22   chamber, like a trailer?

23        A.   No, no.

24        Q.   Okay.  Well, then, maybe I'm confused.

25   Can you explain?
```

Page 53

1    that off-gassing of formaldehyde, contributes to a

2    level of formaldehyde in that trailer; is that

3    correct?

4         A.   Yes.

5         Q.   All right.  And you measure what you

6    actually did and what the other people did who

7    conducted these tests, measure the ambient content

8    of formaldehyde within the trailer, correct?

9         A.   Yes.

10        Q.   But there are a number of other factors

11   that go into affecting what that level is, other

12   than just the pure rate of off-gassing from the

13   constituent materials.  You'd agree with that

14   also, wouldn't you?

15        A.   Yes.

16        Q.   For example, other sources of

17   formaldehyde within that particular unit, correct,

18   that would influence what the ultimate level is?

19        A.   That's an overlapping question, because

20   you said materials that were --

21        Q.   Constituent materials?

22        A.   -- constituent materials.

23             So are there not constituent materials?

24        Q.   Well, let me ask you.  Because you

25   mentioned formaldehyde in your report can also

Page 77

1          At the bottom of that paragraph, you

2    cite the Zhang 2007 report.  Do you see that?

3          A.    Yes.

4          Q.    Is that the source -- is that the source

5    for that statement up at the top of the paragraph

6    we were just talking about?

7          A.    It's not the only source.  It is a

8    source.

9          Q.    Well, let me ask you this.  Would the

10   reverse also be true that as interior temperatures

11   decrease within the housing units, the amount of

12   formaldehyde released into indoor air would

13   likewise decrease?

14         A.    They follow that same relationship

15   symmetrically, all other things being equal.

16         Q.    So would it be fair that you would need

17   to or want to know the indoor air temperature to

18   make some determination about the actual

19   relationship -- the actual relationship of the

20   indoor temperature on the release of formaldehyde

21   in that unit?

22         A.    No, you would not need to know that

23   temperature.

24         Q.    Okay.  Let's use as an example,

25   hypothetically, let's say a trailer is tested and

Page 80

1        MR. PINEDO:

2             Object to the form.

3        THE WITNESS:

4             I'm sure that if someone turns off the

5    air-conditioning, that's where the temperature

6    goes fairly quickly.  But I don't think it was my

7    experience when I actually went into occupied

8    trailers that people were running it at that

9    temperature.

10   EXAMINATION BY MR. PERCY:

11       Q.   Would it be important to test the unit

12   at an indoor temperature where the person who is

13   occupying that trailer was actually -- in which

14   the person was actually living?

15       A.   It can be helpful.

16       Q.   It would be helpful because if, in fact,

17   temperature does have an impact on the level of

18   formaldehyde within the unit, you'd want to know,

19   would you not, what the real life condition was in

20   that particular unit?

21       A.   You keep saying "in that particular

22   unit," that's the second time you've done it, and

23   there are some differences here.

24            We have testing for a fairly large body

25   of units that have been done.  All of that

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Marco Kaltofen

Page 83

1           Let's reread my question.

2     MR. PINEDO:

3           Which question do you want her to

4     reread?

5     MR. PERCY:

6           My last question, the one we're talking

7     about.

8           (Requested portion of transcript read

9     back, as follows):

10          "Q.  If you tested 11,000 trailers

11          other than the Alexander-Cooper unit, none

12          of those test results would tell you

13          precisely what the level of formaldehyde was

14          in the Alexander-Cooper unit, would it?"

15    MR. PINEDO:

16          I repeat my same objection:  At what

17    time?

18    EXAMINATION BY MR. PERCY:

19          Q.   Now, does that question ask about the

20    propriety of testing or whether the testing was

21    proper or not?

22          A.   I'm trying to get a grip on this.  Did I

23    give you an answer you don't like and you're

24    objecting to it?

25          Q.   I don't think you ever gave me an

Page 87

1   EXAMINATION BY MR. PERCY:

2        Q.   All right.  Let's go back because we

3   need to get to the bottom of this on exactly what

4   you believe.

5              If you test 11,000 trailers and you get

6   this body of knowledge that you've talked about,

7   and then there are 11,000 trailers that you

8   haven't tested, can you tell me what the precise

9   level will be in each of those 11,000 units that

10  you haven't tested?

11       A.   Well, how precise do I have to be?

12       Q.   I want to know what the level of

13  formaldehyde is in each of those 11,000 that you

14  haven't tested.  Can you do that for me?

15       A.   If we're looking at similar conditions,

16  and if we have a sufficient number of samples that

17  it's representative and it's within the confidence

18  interval, yes, one could go and look at those

19  trailers that have not been tested and you would

20  actually have a fairly good probability,

21  95 percent or so, of knowing what was in those

22  trailers over the same period under similar

23  conditions.

24       Q.   Precisely?

25       MR. PINEDO:

Page 88

1            Object to the form.

2       THE WITNESS:

3            Precisely?  Again, if you want to define

4    it beyond 95 percent confidence or something else,

5    tell me.  But that's the level of precision that I

6    have offered in my opinion.

7    EXAMINATION BY MR. PERCY:

8       Q.   All right.  You've tested 10,500 units

9    and now we're going to test the 10,501st unit.

10           You have all of your database right

11   here.  Tell me what level I'm going to find when I

12   walk in there and test Unit 10,501.

13      A.   Well, given a certain set of conditions,

14   we have a very good probability, probably

15   95 percent or greater, of knowing what the result

16   is for that trailer.

17      Q.   Is the result going to be below the

18   detection limit?

19      A.   There's probably a probability

20   associated with that.  I would bet if someone

21   worked out the statistics, you know, compared to

22   the data set we actually have, that's probably a

23   very low probability.  I would say it is less than

24   5 percent probability.

25      Q.   But it could be?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Marco Kaltofen

Page 90

1    precision.  I'm happy with that.  That's generally

2    accepted.

3              If you want to know beyond a 95 percent

4    certainty, that probably takes a larger number of

5    samples, and I don't know if we have that many.

6         Q.   Well, all that's going to be able to

7    show is what level you are going to find in

8    trailer 10,501 between this very, very broad range

9    of sample results from your test results, correct?

10        MR. PINEDO:

11              Object to the form.

12        THE WITNESS:

13              Actually, within a specific probability

14   that you calculate based on the test results.

15   EXAMINATION BY MR. PERCY:

16        Q.   And it could be that next trailer that

17   you test can be below the detection limit to the

18   highest number that you found in your test

19   results, correct?

20        A.   There would be a different probability

21   associated with each range of value.

22        Q.   And that test result in trailer 10,501

23   could be anywhere within that range, correct?

24        A.   It would have a specific probability

25   associated with it.

Page 91

1        Q.    That's not my question.  It could be

2    anywhere within that range, correct?

3        A.    If you want to have a vanishingly small

4    probability, yes, it could be at the extreme end.

5        Q.    And again, we couldn't know what it's

6    going to be unless we actually tested that next

7    unit, correct?

8        A.    We would know within 95 percent

9    probability, which is a generally accepted way of

10   knowing.  If you want to increase the probability

11   to 99 percent, it takes more samples.  If you want

12   to increase it to 100 percent, that might take

13   more trailers than we actually have.

14       Q.    Let's get back to page 4 of your report.

15   I was asking you if you were aware of any trailer

16   residents living in units with 93-degree interior

17   temperatures.

18             Based upon -- let's just talk about the

19   results where your company actually did the tests.

20             What were the living conditions, the

21   general living conditions, indoor air temperatures

22   in the trailers that your company tested?

23       A.    We actually tested mostly unoccupied

24   trailers, so there was a pretty wide variation.  I

25   would have to guess it probably ran from the 50s

Page 100

1    degrees higher than anything they actually

2    experienced, it would obviously be higher, yes.

3         Q.    So if I wanted to skew the results,

4    again, and I'm not suggesting you did or anyone

5    did, but if someone wanted to skew the results for

6    higher readings, you would want to test it at

7    higher temperatures and higher humidity readings,

8    correct?

9         A.    Not quite.  They actually are.  The

10   levels themselves, the underlying formaldehyde

11   levels actually are higher.  The readings aren't

12   skewed, they reflect the reality.

13        Q.    But the reality of those temperatures at

14   which they are being tested?

15        A.    Higher temperatures, higher formaldehyde

16   concentrations.

17        Q.    And correspondingly, lower temperatures,

18   lower formaldehyde readings?

19        A.    Yes.

20        Q.    All right.  You also talk about

21   selection of sample size and the numbers that you

22   would need, correct?

23        A.    We just talked about it, yes.

24        Q.    You talked about it.

25              You actually tested -- your company

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                     Videotaped Deposition of Marco Kaltofen

Page 108

1    formaldehyde concentrations tend to be higher.

2              And it's simple thermodynamics.  When

3    you first get a trailer, it's obviously at its

4    maximum internal potential formaldehyde

5    concentration.  But over time, formaldehyde is

6    lost to the environment and escapes so that the

7    reservoir for potential formaldehyde decreases.

8    And in that sense, you also have to take into

9    account earlier versus hotter.

10             That's why we kept, you and I both were

11   doing it, I think we just got into the habit of

12   talking about "all things being equal."

13             If we are talking about a particular

14   trailer, we're not talking all things being equal.

15   We look at the history of things that can affect

16   the --

17        Q.   In my --

18   MR. PINEDO:

19             Let him finish his answer.

20   THE WITNESS:

21             -- formaldehyde concentration.

22             You look at the different things that

23   can affect the formaldehyde concentration.  If we

24   go back to all things being equal, sure, 85 is

25   probably going to give an actual higher real

Page 109

1    concentration, not skewed, but a real higher

2    concentration than 72.

3              Then we look at the effects of humidity

4    and date of manufacture and so on.  With a

5    particular trailer, we can do that.

6    EXAMINATION BY MR. PERCY:

7         Q.    I want to know if you have done this.

8    Have you actually gone back and performed an

9    analysis of the data in this database with regard

10   to the various variables that you just talked

11   about:  Date of manufacture, temperature -- what

12   else did you say? -- humidity levels?  Have you

13   actually performed any analysis of the data in

14   this data set based on those things?

15        A.    Just what's in my report.

16        Q.    This is all we have for that?

17        A.    I rely on what's in my report.  All

18   these things that I had actually done, I laid out

19   here in this May 19 version.

20        Q.    I don't see anywhere in your report

21   where you performed any analysis on this data set

22   where you have determined, based upon a review of

23   this data set, that newer trailers have higher

24   levels of formaldehyde than older trailers.  I

25   don't see that in your report.

Page 111

```
 1   where you did an analysis on this data set with
 2   regard to indoor humidity.
 3        A.   Again, if it's not in my report, we can
 4   assume that I didn't do it.
 5        Q.   That's the whole purpose of this
 6   deposition is to find out what you've done and
 7   what you're expressing opinions on.
 8             My colleague has asked me to ask you,
 9   have you done it and we just don't see it in the
10   report?
11        A.   Oh, you mean is there additional work I
12   have done that I haven't reported?
13        Q.   And I was going to ask you that
14   ultimately -- that's always a standard question --
15   but, yes.
16        A.   No, no.  There's no additional work that
17   I've done using this report.
18             I know that as data, new data arrives
19   that I didn't have, the database is updated.
20   That's ongoing.  But that's not something I do
21   directly.
22        Q.   The reliance materials that you have
23   supplied, did you actually read and review all of
24   that material?
25        A.   I actually reviewed all of that
```

Page 117

1  that affect formaldehyde and what people actually

2  experienced.

3      Q.   And again, we'll look and see at the

4  BCDU results, your company's results on the

5  testing data and whether any temperature

6  information is logged --

7      A.   Or better -- I'm sorry.  I didn't --

8      Q.   That's okay.  What's fair is fair and I

9  understand.

10          What generally were the temperatures

11  that you were testing in when you were doing your

12  testing up in Maryland?

13     A.   Oh, let's just look at them rather than

14  try and dig them out.  There are just too many

15  numbers.

16     Q.   And I'm not going to hold you to it, but

17  do you have any just general recollection?

18     A.   We were probably, you know, within a

19  range of 50s to 70s, maybe 80s.  I don't know if

20  we really hit 80s.

21     Q.   Did you attempt to heat any of the units

22  using the HVAC system when you did the testing?

23     A.   No, I think most of our samples, we

24  either collected it from a trailer that was as is,

25  it was occupied, the ones that were unoccupied

Page 118

1    generally weren't hooked up.

2        Q.   You cite on page 8 of your report, the

3    Lawrence Berkeley -- in fact, there's a lengthy

4    quote from the Lawrence Berkeley report, correct?

5        A.   Correct.

6        Q.   And I'm just curious, based upon your

7    analysis of statistical sampling and appropriate

8    sample sizes previously in your report, but the

9    Lawrence Berkeley quote that you give here talks

10   about four unoccupied FEMA THUs were studied.

11        Just based upon what you've already

12   expressed as a statistically appropriate sample,

13   is four a statistically appropriate sample?

14        A.   Actually, you're mixing a few things, I

15   think, based on your question.

16        I didn't talk in my report about many of

17   the exact statistical significance levels for this

18   data.  So just so that's clear.

19        Q.   All I --

20        A.   Also --

21        Q.   -- meant to imply, and I don't mean to

22   interrupt, was just where you discuss selection of

23   an appropriate sample size.  That's all I'm

24   talking about.

25        A.   We actually talked about that in our

Page 142

1      Q.   Well, if it is a closed system, if it is

2   a closed system and formaldehyde off-gasses from

3   the source within the system, and the system, as

4   we said, is closed, the actual amount of ambient

5   formaldehyde within the container will continue to

6   increase, correct?

7      A.   Once it is equilibrated.  It is that

8   period beforehand that we were talking about here.

9   That was my memory of this reference, but I can

10  read through the whole thing if you like.

11     Q.   My question is, is there a specific

12  location in that '83 report that indicates

13  formaldehyde results for trailers decline with

14  time?

15     A.   I don't think he mentions trailers.  He

16  is actually looking only at the wood products

17  themselves and how the release rate changes

18  because you do have initial loss during

19  equilibration.

20          Again, this is a generally downward

21  trend over time.  But we can go through the whole

22  thing.  That is up to you.

23     Q.   That is sufficient.

24     A.   That's probably not using our time

25  efficiently.

Page 149

1    matter of fact, you have used that term "all other

2    things being equal" several times.  Explain to me

3    what you mean when you use that phrase, "all other

4    things being equal."

5         A.   We have multiple variables that operate

6    at once.  If you want to talk about one variable,

7    and we are just holding the others constant and we

8    are trying to talk in isolation about that one

9    variable.

10        Q.   And if you are only talking in isolation

11   about that one variable, that's all you can

12   actually talk about because you are assuming that

13   everything else does not affect that one variable,

14   correct?

15        A.   No.  There might be, in fact, dependent

16   variables, variables that change together.

17   Temperature and humidity being one example.  But

18   if we want to just talk about the effect of

19   humidity, we can, as a convention, just assume

20   everything else is the same while we are doing it.

21   That way, we are just teasing out the contribution

22   of the humidity.

23        Q.   Let's use ventilation as an example.  If

24   I take one unit and it is typically closed, doors

25   and windows, with the HVAC system running, based

Page 150

1    upon what you have seen from these test results,

2    would you expect that its tests from formaldehyde

3    would differ from a unit that does not have the

4    HVAC running, but is constantly left with the

5    doors and windows open?

6         A.   Each of those variables will come into

7    play, and you have to decide how significant each

8    one is.  They might, in fact, give fairly similar

9    results.

10        Q.   As an example, we went through the ATSDR

11   study which found that running the HVAC system

12   reduced the average formaldehyde level by a factor

13   of 60 percent over just a closed and unheated or

14   air-conditioned unit; you remember that?

15        A.   I remember we discussed it.

16        Q.   And then, they also showed that a unit

17   with the windows and doors open reduced the

18   average formaldehyde level in those units tested

19   by 90 percent.  Do you recall that?

20        A.   I do.

21        Q.   Okay.  So, I mean, those are fairly

22   significant reductions by running the HVAC system

23   and by keeping the windows and doors open,

24   correct?

25        A.   Pretty much covered by the idea that

Page 151

```
 1    increased ventilation reduces formaldehyde

 2    concentration, increased temperature increases it.

 3         Q.   Wouldn't it be important if you were

 4    trying to determine what the actual level was that

 5    a particular resident was exposed to, wouldn't it

 6    be important to know, for example, what their

 7    common use of the HVAC system is?

 8         MR. PINEDO:

 9              Objection, form.

10         THE WITNESS:

11              Or one would want to be aware of the

12    differences in temperature and humidity, by the

13    same token, since that's where the real power over

14    the formaldehyde concentration is coming from.

15    EXAMINATION BY MR. PERCY:

16         Q.   Would you also want to know, wouldn't it

17    also be important to know what the entire

18    ventilation system might be?

19         A.   Again, ventilation rate is going to

20    affect your formaldehyde concentration.

21         Q.   Would it be equally important to know

22    what their personal habits were, cooking habits,

23    smoking habits, et cetera?

24         A.   Each one of those things is going have a

25    role, yes.
```

Page 173

1      Q.    Now I am confused.  You have taken and

2  compiled a data set of 10,499 records, correct?

3      A.    That sounds right.

4      Q.    And you would agree with me that the

5  test results for those 10,499 units are all over

6  the place, aren't they?

7      A.    No, they actually follow a predictable

8  distribution.

9      Q.    What's the range that you have found of

10  test results in that 10,499 units?  What is the

11  lowest?

12      A.    Range is not a good way to measure a

13  data set because that takes your tests the two

14  most extreme values.  Actual median, standard

15  deviation variance, those are much better ways to

16  measure.

17      Q.    Well, why don't we start with my

18  question.

19            What is the range?

20      A.    The range, of course, is the most

21  extreme on the low end and the most extreme on the

22  high end.

23      Q.    But those ranges were found in actual

24  trailers that were tested, were they not?

25      A.    These are from instantaneous test

Page 182

1    page 6, for the Scott group, what is the median?

2        A.    The median for the Scott group came in

3    at .086, or 86 parts per billion.

4        Q.    And the median is what some people might

5    call the average?

6        A.    No.   The mean is what people call the

7    average.   The median is the middle value.   Half

8    are below, half are less.

9        Q.    So two standard deviations from .086

10   would be .029 times 2?

11       A.    No, that is the variance.   The variance

12   is the square of the standard deviation.

13       Q.    What is the standard deviation?

14       A.    The standard deviation would be the root

15   of the variance.

16       Q.    What is that, in this case?

17       A.    It would be -- I don't have a

18   calculator.

19       Q.    Let me stop you.   Did you calculate

20   that?

21       A.    No, I didn't calculate the standard

22   deviation.

23       Q.    Okay.   So you don't know the standard

24   deviations for any of these?

25       A.    Not without a calculator.

Page 196

1   higher.

2        Q.   Back to my original question:  You could

3   have done the EPA test, mathematical formula, you

4   did not, correct?

5        MR. PINEDO:

6             Objection, form.

7        THE WITNESS:

8             I can't answer the question because I

9   don't know if we had the information to do it

10  because I haven't looked at this particular

11  mathematical model.  So when you say I could have

12  done it, it might have been doable with the data

13  set we have.  I don't know.  You should ask

14  someone who actually did a model.

15  EXAMINATION BY MR. WEINSTOCK:

16       Q.   You did not do a model on what the .050

17  may have been on other dates from the Alexander

18  unit, correct?

19       A.   I think we are dancing around this

20  point.  I will try again.

21            You can figure that out different ways.

22  One way was that, you know the generation rate,

23  you know the ventilation rate, you can figure out

24  concentration.

25            Another is theoretically you could test

Page 197

1   it that entire period.  That is obviously not

2   going to happen.

3          You could also test a statistically

4   significant number of trailers that are similar,

5   or you could use the mathematical model.  The

6   method we chose were the large sample sets and not

7   the others.

8      Q.   You didn't do the mathematical model?

9      A.   That is right.

10     Q.   You are familiar with some mathematical

11  models?

12     A.   Of course.

13     Q.   And you chose not to do those?

14     A.   We had actual data that we could compare

15  to.

16     Q.   You chose not to do those on the

17  Alexander unit, the mathematical models?

18     A.   No, we chose actual data.

19     Q.   You chose not to do the mathematical

20  model, correct?

21     MR. PINEDO:

22          Objection, form.

23     THE WITNESS:

24          I thought I answered that one.  I did

25  not do the mathematical modeling.

Page 234

1   temperature would not have as dramatic an effect

2   on off-gassing as it would if we were in the steep

3   decline phase, correct?

4        A.    From a perspective of what's happening

5   physically, it would be the same.  It's a physical

6   constant.  The changes in how formaldehyde is

7   going to be emitted are going to be the same in

8   each of those three cases in our curve.

9             What's going to be different is the

10  absolute amount of formaldehyde that remains in

11  the material.  But it's still going to be affected

12  by temperature and humidity in the same way.

13       Q.    Are you saying it will be affected at

14  the same percentage, but the overall level would

15  be less?

16       A.    The ones that you have more in there,

17  you're going to see a larger difference in

18  concentration in the air, but the percentage is

19  the same.

20       Q.    And you say that, and I accept your

21  statement, but what do you base that on?

22       A.    Just looking at the scientific

23  literature and that everyone who does this pretty

24  much comes up with the same answer.

25       Q.    I'm looking at -- and we can go through

Page 235

1    them -- I've looked at the pages that you've

2    cited, and those all seemed to have tested new

3    wood.

4              Can you cite me a paper that tested

5    500-day-old wood?

6         A.    Actually, if you want to talk about

7    what's actually happening with these and why

8    there's a temperature effect, it's not the age of

9    the wood that matters, it's actually not relevant.

10   What's changing is the actual physical constants

11   that describes how formaldehyde is released from

12   the wood products and how it gets into the air.

13             Because we've kind of danced around it,

14   we talked about concentration, but what we're

15   really changing when we change temperature is

16   partitioning coefficients and diffusivity.

17             Those are independent of the age of the

18   material, they're just related to the temperature

19   and type of material.

20             The physical constants are based on what

21   happens to the individual formaldehyde molecule.

22   So that's why they don't change when you use

23   different types of wood or different ages of wood.

24   Higher temperatures still give you the same

25   percentage increase.

Page 236

1      Q.    What physical property is it about the

2   molecule formaldehyde that lets it escape?

3      A.    Well, there are a couple of different

4   things happening.

5            One is, in order to escape the wood, it

6   actually has to move from the solid phase into the

7   air phase.  So most of that wood is not in contact

8   with the air, just the surface is.

9            So formaldehyde actually has to diffuse

10  from inside the wood to that boundary so it can be

11  released into the air and that's something they

12  call "fixed law."

13           And essentially, what fixed law says is

14  the speed with which it moves through the wood to

15  that boundary is related to the temperature.

16           And then it has to reach an equilibrium

17  with the air.  That's the second step.  At a given

18  temperature, some formaldehyde wants to be in the

19  air and some formaldehyde wants to be in the wood.

20  And there's going to be a ratio for how much is in

21  the wood versus how much is in the air.  And

22  again, that varies with temperature.

23           So you change the partitioning

24  coefficient and the diffusivity at the same time

25  by changing the temperature.

Page 343

1    chemistry and environmental engineering?

2         A.    Well, environmental engineering is

3    really about how chemicals interact in the

4    environment.  Environmental Alexander engineering

5    deals with issues related to water pollution, air

6    pollution, contamination of soils and groundwater.

7         Q.    Over the last 20 years, is that

8    something you've routinely done is measure

9    chemicals either in the air, the water or the

10   soil?

11        A.    With very few exceptions, all of the

12   work I've done relates to that.  Even my academic

13   work, graduate work at Worcester College

14   Polytechnic Institute.  Most of my engineering

15   courses really are all about chemistry and how it

16   interacts with the environment.

17        Q.    Over the last 20 years, can you give us

18   some type of approximation of how many tests you

19   have done, either on air, water or soil, to

20   determine the chemical content of the particular

21   medium you were examining?

22        A.    Some that were tens of thousands.  I

23   don't think I'm up to six figures yet.

24        Q.    When you do these tests, are there any

25   specific protocols that you would follow to do