Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 174

1   work?

2       A.   Around 4:30, 5:00, somewhere

3   around that.

4       Q.   Where did you work at the time you

5   were living in the trailer?

6       A.   When I first got back, I started

7   working at the New Orleans Parish School

8   Board.  And it's got an extended school year

9   program.  It's a summer camp for special ed

10   children.

11       Q.   What did you do with your kids

12   while you were working?

13       A.   Most of the days they stayed in

14   the trailer or, like I said, my momma was

15   next door and, like I say, Donna and her

16   children were right down the street.

17       Q.   Did the kids stay in the trailer

18   by themselves?

19       A.   Uh-huh.

20       Q.   That's a "yes"?

21       A.   Yes.

22       Q.   When you left and the kids were

23   still there during the summer, did you turn

24   off the air conditioner?

25       A.   No.

Page 175

1     Q.   The air conditioner was left on?

2     A.   Yes.

3     Q.   And it was set at approximately

4   75?

5     A.   Yes.

6     Q.   But when you would get home, in

7   that circumstance, you would still air out

8   the trailer?

9     A.   Well, no, not if they were there

10   all day with the air conditioner on, no.

11     Q.   So the days when school, for

12   instance, started back up, and all of the

13   kids were out of the trailer and you were

14   out of the trailer, when you would get back,

15   were you usually the first one home?

16     A.   We all came home together because,

17   by that time, Christopher was at the school,

18   at McDonough 15 with me.  Erika was at

19   St. Mary's, but my momma picked her up.

20     Q.   Would you usually get back before

21   Erika got back?

22     A.   Yes, but Erika would go and stay

23   by my momma until I got home.

24     Q.   So then the first thing you'd do

25   on those days would be open up the

Page 176

1    trailer --

2         A.    And air it out.

3         Q.    Air it out.

4               Did you open up the windows?

5         A.    Yeah, open up the windows, the

6    door, turn the air conditioner on.

7         Q.    So you opened up the windows all

8    the way?

9         A.    Yes.  There was only one position.

10        Q.    How many windows?

11        A.    Four.

12        Q.    And you opened up the door as

13   well?

14        A.    Yes.

15        Q.    How long would you leave the

16   windows and door open?

17        A.    Usually when I cooked.  Because

18   when I came home from work, I immediately

19   started cooking.  And usually, I didn't

20   close it up until after I finished cooking.

21        Q.    How long would it take you to

22   cook, typically?

23        A.    About an hour.

24        Q.    Did you cook the same types of

25   things in the trailer that you cooked when

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Alana Alexander

Page 177

1    you were living in the house on Dale Street?

2         A.   Yes.  But I cut back a lot on the

3    frying because I really didn't -- the little

4    stove was so small, I didn't like cooking a

5    lot of stuff on it actually.

6         Q.   On Fridays, did you still have

7    fish?

8         A.   Not all the time.  My momma was

9    right next door, so we would go cook over

10   there.

11        Q.   Was your mom's house livable after

12   the hurricane when you were in the trailer?

13        A.   Yeah, they were living in the

14   barber shop that was right next door.

15        Q.   Had the barber shop been repaired?

16        A.   Yes.  My daddy had come back

17   before everybody else and fixed up the

18   barber shop.

19        Q.   Turned it into more of a house

20   rather than a barber shop?

21        A.   Well, it was still a house, but

22   the barber shop was like in the front area

23   and the house part was in the back area.

24        Q.   How much time did you spend over

25   at the barber shop typically when you were

Page 178

1    in the trailer?

2         A.   Well, after I would come back from

3    work, I would go see my momma and talk to

4    her for about an hour.  So after I finished

5    cooking or whatever.  So I would say maybe

6    about an hour, two hours.

7         Q.   Every day?

8         A.   Pretty much, yes.

9         Q.   Did the kids spend time over at

10   the barber shop?

11        A.   Yes.

12        Q.   You said Erika did.

13        A.   Yes, and if they weren't at the

14   barber shop or in the trailer, they were

15   down the street.

16        Q.   Who were they with down the

17   street?

18        A.   Donna and her children.

19        Q.   About how many days a week would

20   you cook in the trailer versus at the barber

21   shop?

22        A.   I would say five in the trailer.

23        Q.   Did you use any other vents in the

24   trailer while you were doing activities?

25   Did you have a bathroom vent in the trailer?

Page 287

1      A.    No, I did ventilate it every day.

2      Q.    Okay.  And that included opening

3   doors and opening windows?

4      A.    Yes.

5      Q.    Would you also use the AC to keep

6   temperatures low inside the unit?

7      A.    Yes.

8      Q.    Did that occur from day one

9   through the end of your time in the unit?

10     A.    Yes.  During the summer months.

11     Q.    Right.  You would always try to

12  maintain a comfortable temperature in the

13  unit when you lived in it, correct?

14     A.    Yes.

15     Q.    Did you ever smoke inside the

16  unit?

17     A.    No.

18     Q.    Have you ever smoked?

19     A.    No.

20     Q.    I assume Chris has never smoked

21  that you know of?

22     A.    No, he doesn't smoke.

23     Q.    You've never seen Chris smoke?

24     A.    He doesn't smoke.

25     Q.    Okay.  You worked as an EMT,

Page 379

1      A.    No, I do not.

2      Q.    Was there any period of time while

3  you were in the trailer that you stayed in

4  the trailer in hot weather with the

5  air-conditioning off?

6      A.    Off?

7      Q.    Yes.

8      A.    Only if I was cooking.

9      Q.    Okay.  But at that time, you had

10  the trailer open with the windows and door,

11  if I understood correctly?

12      A.    Correct.

13      Q.    Okay.  So there was no time when

14  you lived in the trailer that you closed it

15  up and kept the air-conditioning off when it

16  was hot outside?

17      A.    Oh, no.

18      Q.    It would get too hot inside?

19      A.    Yes, it would.

20      Q.    So if I understood your testimony,

21  and I know it's subject to your earlier

22  objection, that your understanding of why

23  Gulf Stream Coach was sued is because,

24  No. 1, of the potential of exposure to

25  formaldehyde in the trailer; and No. 2,

Page 414

1     A.    From time to time, yes.

2     Q.    Do you remember telling Dr. Ciota

3  that you don't lose sleep over your

4  concerns?

5     A.    Not really.  I don't remember

6  telling her that.  When she say "lose

7  sleep," I don't lose sleep.

8     MR. HILLIARD:

9          Did you hear that part of the

10  answer?

11    MR. GLASS:

12          Yes.

13  EXAMINATION BY MR. GLASS:

14    Q.    Other than ventilating the trailer

15  when you first got back and were cooking on

16  a typical day, did you open the windows or

17  the door of the trailer other than going in

18  and out of the door?  That was confusing.

19          Did you open the windows any time

20  other than just to ventilate when you were

21  cooking?

22    A.    Yes.

23    Q.    When would you open the windows?

24    A.    If it wasn't an extremely hot day

25  or if it wasn't an extremely cold day.  If

Page 415

1    it was one of those few nice days we get in

2    New Orleans, I would leave the trailer open.

3        Q.   Okay.   When you were in the Dale

4    Street home, the site-built house before the

5    trailer was there, before the storm, did you

6    open the windows?

7        A.   Oh, yeah.   I prefer a regular

8    breeze.

9        Q.   You said you had air-conditioning

10   in the house?

11       A.   Correct.

12       Q.   You kept the air-conditioning in

13   the house at about the same, 75 degrees?

14       A.   Pretty much, yes.

15       Q.   Are you claiming that you have

16   lost any wages as a result of the damages or

17   as a result of the time that you spent in

18   the trailer?

19       A.   Yeah, in the few times that I had

20   to leave to bring him to doctors'

21   appointments.

22       Q.   What about your time going

23   forward, do you feel like you've lost your

24   ability to earn income going forward from

25   any time that you lived in the trailer?