IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * | **MDL No. 1873** |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Marie Allen, et al. v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc.* | * * | **Magistrate Chasez** |
| *Civil Action No. 09-3482* | * | **Jury Demand** |

**************************************************************************

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, come Marie Allen together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3482, Rec. Doc. 1), who, through undersigned counsel, respectfully reallege, restate and adopt paragraphs one through one-hundred and twenty of the Complaint for Damages filed on their behalf with this Court on May 7, 2009 (Rec. Doc. No. 1).

1.

Further, this First Supplemental and Amending Complaint for Damages adds George Dickinson, Sr., individually and on behalf of his minor son Dylan Dickinson, George Dickinson, Jr., Earl Farragut, Sr. and Edward Kinder, whose names appear on the attached "Exhibit B" as additional Named Plaintiffs, (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter.

2.

Upon information and belief, these Newly Added Plaintiffs resided in travel trailers

manufactured by Defendant Gulf Stream Coach, Inc. and installed by Defendant Fluor Enterprises, Inc. in the greater New Orleans area. Pursuant to this Honorable Court's Pretrial Order No. 38, (Doc. 1596), this First Supplemental and Amending Complaint seeks to add multiple, unrelated Newly Added Plaintiffs to a single complaint for damages against the same manufacturer (Gulf Stream) and contractor (Fluor) defendants.

**3.**

Newly Added Plaintiffs adopt paragraphs one through one-hundred and twenty of the original Complaint for Damages filed on behalf of Marie Allen, et al. with this Court on May 7, 2009, (Rec. Doc. 1).

**4.**

Additionally, Named Plaintiffs and Newly Added Plaintiffs, request that the caption of this case be amended to "Marie Allen together with all individuals and entities whose names appear on the attached 'Exhibits A and B' v. Gulf Stream Coach, Inc. and Fluor Enterprises, Inc."

**REQUEST FOR JURY TRIAL**

Plaintiffs are entitled to and demand a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that Defendants Gulf Stream and Fluor be served with a copy of this First Supplemental and Amending Complaint for Damages, and that, after due proceedings:

1. there be a judgment herein in favor of Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and

attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court; and

   j. all other general, equitable and further relief, as the Court may deem just and proper.

Respectfully submitted,

   /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of July, 2009.

                                             /s/ *Hugh P. Lambert*

                                             Hugh P. Lambert, Esq. (#7933)