```
MINUTE ENTRY
CHASEZ, M.J.
JULY 22, 2009
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)


HEARING ON MOTION


APPEARANCES:   Tony Buzbee, Andrew Weinstock, Justin Woods
MOTION:

(1) Plaintiff's Motion for Leave to Take Additional Depositions
    (Rec. doc. 2204);
(2) Gulf Stream's Motion to Compel Electronic Discovery (Rec. doc.
    2223).

    _____ :   Continued to

    _____ :   No Opposition

    __1__ :   Opposition

    _____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E


MJSTAR(00:30)

<u>ORDERED</u>

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

__1__ : Granted. The deposition of Mr. Bailey shall go forward telephonically limited to two hours in length. No further depositions will be allowed in the Alexander case.

_____ : Denied.

__2__ : Other. Plaintiff is to file her opposition to Gulf Stream's motion by 10:00 a.m. CST on July 23, 2009. The hearing on Gulf Stream's motion will be resumed telephonically on July 23, 2009 at 3:00 p.m. CST unless counsel are otherwise able to resolve the issues presented in the motion.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE