AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>FEMA</u>, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) <u>On July 6, 2009, served with amended complaint via Certified Mail to FEMA through their agent for service, The Honorable Eric Holder, The United States fo America Through U.S. Attorney General Certified Receipt No. 7160 3901 9845 9776 9612</u>

My fees are $ __0.00__ for travel and $ __0.00__ for services, for a total of $ __0.00__.

Date: __July 23, 2009__

                                                                                          Server's signature

                                                                             Leontyne Hill, Paralegal
                                                                               Printed name and title

                                                                       Simien & Simien, LLC
                                                                      7908 Wrenwood Boulevard
                                                                        Baton Rouge, LA 70809

                                                                                  Server's address

