IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| This Document Relates To:<br>*Antoine Prince, Sr. et al. v. Liberty Ins. Corp. et al.*<br>Civil Action No. 09-3922 | *<br>*<br>* | Magistrate Chasez<br><br>Jury Demand |

******************************************************************************

## PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, come Antoine Prince, Sr. and Sandra Prince Madison on behalf of Hattie Prince, who through undersigned counsel, respectfully reallege, restate and adopt paragraphs one through one-hundred and seventeen of the original Complaint for Damages filed on their behalf with this Court on June 18, 2009 (Rec. Doc. No. 1) with the following exception:

**1.**

The language in paragraph three is changed to read as follows, "Upon information and belief, Defendant Liberty Mutual Insurance Corporation, (hereinafter, "Liberty"), is, upon information and belief, an entity incorporated in the state of Massachusetts, with its principle place of business in the state of Massachusetts, licensed to do business in the State of Louisiana and in good standing.  Further, defendant Liberty provided insurance coverage for the risks involved herein of R-Vision, Inc. (hereinafter, "R-Vision"), which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for us in the State of Louisiana."

**2.**

Whenever the acronym "Liberty" is found in the Original Complaint for Damages, such acronym means Liberty Mutual Insurance Corporation.

**3.**

Further, this First Supplemental and Amending Complaint for Damages adds Anthony Madison, Jr., Sandra Prince Madison, individually, and on behalf of her minor children Taylor Madison and Philip Madison, (hereinafter, "Newly Added Plaintiffs"), whose names appear on the attached "Exhibit A," as additional Named Plaintiffs in the above captioned matter.

**4.**

All of these Newly Added Plaintiffs resided in the same travel trailer with Hattie and Antoine Prince, Sr., manufactured by R-Vision, Inc. (Vehicle ID No. 4WYT12S2X61603549) and installed by Fluor at 4944 Marigny Street in New Orleans, Louisiana.

**5.**

Newly Added Plaintiffs adopt paragraphs one through one-hundred and seventeen of the original Complaint for Damages filed on behalf of Antoine Prince, Sr. and Sandra Prince Madison o/b/o Hattie Prince with this Court on June 18, 2009, (Rec. Doc. 1) and paragraphs one and two of this Supplemental and Amending Complaint for Damages.

**6.**

Additionally, Named Plaintiffs and Newly Added Plaintiffs, (hereinafter "Named Plaintiffs"), request that the caption of this case be amended to "Antoine Prince, Sr. together with all individuals and entities whose names appear on the attached 'Exhibit A' versus Liberty Mutual Insurance Corporation and Fluor Enterprises, Inc."

**REQUEST FOR JURY TRIAL**

Named Plaintiffs are entitled to and demand a trial by jury.

**PRAYER FOR RELIEF**

WHEREFORE, the Named Plaintiffs pray that Defendants Liberty and Fluor be served with a copy of this First Supplemental and Amended Complaint for Damages, and that, after due proceedings:

1. there be a judgment herein in favor of Named Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in Named Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

    a. past and future physical injuries,

    b. past and future mental and physical pain and suffering,

    c. past and future physical impairments and disability,

    d. past and future reasonable and necessary medical expenses,

    e. past and future loss of earning capacity,

    f. past and future loss of enjoyment and quality of life,

    g. loss of consortium and/or society,

    h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

i. costs of court; and

j. all other general, equitable and further relief, as the Court may deem just and proper.

Respectfully submitted,

*/s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 20th day of July, 2009.

/s/ *Hugh P. Lambert*

Hugh P. Lambert, Esq. (#7933)
