IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * * | **MDL No. 1873** |
| | | **Section N(5)** |
| | | **Judge Engelhardt** |
| **This Document Relates To:** *Curtis Coleman, Sr., et al. v. American International Specialty Lines Ins. Co., et al.* Civil Action No. 09-3851 | * * * * | **Magistrate Chasez** |
| | | **Jury Demand** |

**************************************************************************

**PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Curtis Coleman, Sr., Curtis Coleman, Jr. and Keith Coleman, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying original Complaint for Damages to add additional Defendants, Starr Excess Liability Insurance Company, Ltd. and American International Group, Inc. based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed. The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Curtis Coleman, Sr. et al. v. American International Specialty Lines Insurance Co., et al.* (No. 09-3851), filed in the Eastern District of Louisiana for the above mentioned reasons.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to grant Plaintiffs' Motion for leave to file their First Supplemental and Amending Complaint for Damages adding

1

additional Defendants, American International Group, Inc. and Starr Excess Liability Insurance Company, Ltd.

                                        Respectfully submitted,

                                        */s/Hugh P. Lambert*

                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                        LINDA J. NELSON, ESQ. (LA Bar #9938)
                                        LAMBERT & NELSON, PLC
                                        701 Magazine Street
                                        New Orleans, LA 70130
                                        Telephone: (504)581-1750
                                        Facsimile: (504)529-2931
                                        hlambert@lambertandnelson.com
                                        lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of July, 2009.

                                        */s/Hugh P. Lambert*

                                        Hugh P. Lambert, Esq. (#7933)