IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * * | **MDL No. 1873** |
| | | **Section N(5)** |
| | | **Judge Engelhardt** |
| **This Document Relates To:** | * | **Magistrate Chasez** |
| *Curtis Coleman, Sr., et al. v. American International Specialty Lines Ins. Co., et al.* | * * | **Jury Demand** |
| *Civil Action No. 09-3851* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT  IS  SO  ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the12th day of August, 2009 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE

1