IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| | * | |
| **This Document Relates To:** | * | **Magistrate Chasez** |
| *Curtis Coleman, Sr., et al. v. American* | * | |
| *International  Specialty Lines Ins. Co., et al.* | * | **Jury Demand** |
| *Civil Action No. 09-3851* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record have been contacted and do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

    Respectfully submitted,

       */s/ Hugh P. Lambert*

    HUGH P. LAMBERT, ESQ. (LA Bar #7933)
    LINDA J. NELSON, ESQ. (LA Bar #9938)
    LAMBERT & NELSON, PLC
    701 Magazine Street
    New Orleans, LA 70130
    Telephone: (504)581-1750
    Facsimile: (504)529-2931
    hlambert@lambertandnelson.com
    lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of July, 2009.

                                            /s/ *Hugh P. Lambert*

                                            Hugh P. Lambert, Esq. (#7933)