✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

### Eastern District of Louisiana

| | |
|---|---|
| **Curtis Coleman, Sr., et al.** ) | |
| Plaintiff ) | |
| v. ) | Civil Action No.   09-3851 |
| **Starr Excess Liability Insurance Company,** ) | |
| **Ltd., et al.** ) | |
| Defendant ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
  Starr Excess Liability Insurance Company, Ltd.
  *Through its CEO*
  175 Water Street, 19th Floor
  New York, New York 10038

A lawsuit has been filed against you.

  Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:

  Hugh P. Lambert
  Lambert & Nelson, PLC
  701 Magazine St.
  New Orleans, LA 70130

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date

Deputy clerk's signature

(*Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).*)

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

(1) personally delivering a copy of each to the individual at this place, _____
 _____; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
 who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____; or

(4) returning the summons unexecuted to the court clerk on _____; or

(5) other *(specify)* _____
_____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

Date: _____

_____
Server's signature

_____
Printed name and title

                                                                                                 _____

                                                                                                                                     Server's address