IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * | MDL No. 1873 |
| | * * | Section N(5) |
| | * * | Judge Engelhardt |
| **This Document Relates To:** *Curtis Coleman, Sr., et al. v. American* | * * | Magistrate Chasez |
| *International Specialty Lines Ins. Co., et al.* *Civil Action No. 09-3851* | * * | Jury Demand |

*******************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Curtis Coleman, Sr., Curtis Coleman, Jr. and Keith Coleman, (hereinafter "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their original Complaint for Damages in the underlying action (Civ. Action No. 09-3851, Rec. Doc. 1). Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs have learned since the institution of this suit that the manufacturer of the product at issue, Fleetwood Enterprises, Inc., (hereinafter, "Fleetwood") had in full force and effect additional insurance policies with American International Group, Inc. and Starr Excess Liability Insurance Company, Ltd., each affording coverage to Fleetwood with respect to the matters, risks and things involved herein. Therefore, Plaintiffs seek to supplement and amend their original Petition for Damages to add American International Group, Inc. and Starr Excess Liability Insurance Company, Ltd. as additional Defendants.

1

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying complaint to add additional Defendants whose insurance policies afforded coverage to Fleetwood with respect to the matters, risks and things involved herein.

Further, Plaintiffs seek to amend the caption of their complaint for damages to "Curtis Coleman, Sr., Curtis Coleman, Jr. and Keith Coleman v. American International Group, Inc. and Starr Excess Liability Insurance Company, Ltd., American International Specialty Lines Insurance, Gibraltar Insurance Company, Ltd., CH2M HILL Constructors, Inc. and the United States of America through the Federal Emergency Management Agency"

Respectfully submitted,

/s/ Hugh P. Lambert

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 23rd day of July, 2009.

/s/ Hugh P. Lambert

Hugh P. Lambert, Esq. (#7933)