# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : | MDL NO. 2:07-MD-1873 |
| | : | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAGISTRATE JUDGE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT UNOPPOSED MOTION TO EXTEND NON-LITIGATION TRACK DURING PENDENCY OF PREEMPTION APPEAL

NOW INTO COURT, come the Non-Litigation Track Defendants and Plaintiffs' Steering Committee, who move this Honorable Court for an order extending Pretrial Order No. 24, (Doc. 1002), during the pendency of the preemption appeal, or until two weeks after the Fifth Circuit Court of Appeals rules upon PSC's interlocutory appeal of the preemption issue, all as more fully set for in the attached, supportive memorandum.

Respectfully submitted,

**For the Non-Litigation Track Defendants**

s/James K. Carroll
James K. Carroll

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Josh Baker
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616

01828489.1

Telephone: (205) 254-1000
Fax: (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

        **For the Plaintiffs' Steering Committee**

        s/Raul Bencomo
        Raul Bencomo
        **PLAINTIFFS' CO-LIAISON COUNSEL**

**OF COUNSEL**:

Bencomo & Associates
639 Loyola Ave.; #2110
New Orleans, LA 70119
504-529-2929 voice
504-529-2018 fax
Ben_Law@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        /s/ James K. Carroll
        OF COUNSEL

01828489.1