UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | : : | MDL NO. 2:07-MD-1873 SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | : | JUDGE ENGELHARDT |
| *ALL CASES* | : | MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF JOINT UNOPPOSED MOTION TO EXTEND NON-LITIGATION TRACK DURING PENDENCY OF PREEMPTION APPEAL**

MAY IT PLEASE THE COURT:

The Non-Litigation Track Defendants and Plaintiffs' Steering Committee, respectfully submit this memorandum in support of their Joint Unopposed Motion to Extend Non-Litigation Track During Pendency of Preemption Appeal.

1. On June 26, 2009, this Court entered an Order (Doc. 1999) temporarily extending the Non-Litigation Track until two weeks after the Court entered an order on PSC's Motion to Certify for Interlocutory Review.

2. On July 13, 2009, this Court entered an Order (Doc. 2122) granting PSC's Motion to Certify for Interlocutory Review.

3. Subsequently, the PSC filed their petition for permission to appeal in the Fifth Circuit on July 20, 2009.

4. While the Non-Litigation Track Defendants oppose the interlocutory appeal, all parties acknowledge that the appeal will decide the standard of care applicable to PSC's state law claims. As such, both the Non-Litigation Track Defendants and the

PSC believe that preparing the manufactured housing cases for bellwether trials before the Fifth Circuit rules on the preemption issue would result in wasteful and potentially duplicative discovery, especially expert discovery.  Therefore, for reasons of judicial efficiency and economy, this Court should extend the Non-Litigation Track pending the outcome of the interlocutory appeal.

5. Moreover, the Non-Litigation Track was created in recognition of the legal differences between PSC's claims against defendants regulated by HUD and their claims against defendants not regulated by HUD.  The preemption appeal, obviously, centers on this substantive legal distinction and will significantly effect all bellwether trials against the HUD-regulated defendants.  Thus, it makes sense to continue with the Non-Litigation Track during the course of the appeal.

6. Finally, the Non-Litigation Track was also created, in part, to temporarily shield those smaller manufactured home defendants that sold very few THU's to FEMA and those manufactured home defendants who have had very few putative plaintiffs "matched" to their units from the exorbitant litigation defense costs associated with participating in the primary litigation.  This original purpose for creating the Non-Litigation Track remains applicable and also militates in favor of its extension.

7. The Non-Litigation Track Defendants and the PSC also respectfully request a conference with the Court to discuss details of the Court's continuing desire for status reports on settlement discussions.  The parties will obviously endeavor to provide the Court the information it needs and requires but would like to share with the Court some of the difficulties that are being faced by these parties in complying with the Court's request.

8. The undersigned certifies to this Court that a copy of this motion was presented to all Liaison Counsel before it was filed and none oppose the granting of this motion.

WHEREFORE, premises considered, the Non-Litigation Track Defendants and Plaintiffs' Steering Committee jointly request that this Honorable Court extend the Non-Litigation Track until two weeks after the Fifth Circuit Court of Appeals rules upon PSC's interlocutory appeal of the preemption issue.

    Respectfully submitted,

    **For the Non-Litigation Track Defendants**

    s/James K. Carroll
    James K. Carroll

**OF COUNSEL:**

Lee E. Bains, Jr.
Thomas W. Thagard, III
Josh Baker
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2616
Telephone: (205) 254-1000
Fax: (205) 254-1999

- and -

FOWLER RODRIGUEZ VALDES-FAULI
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone: 504-523-2600
Fax: 504-523-2705

    **For the Plaintiffs' Steering Committee**

    s/Raul Bencomo
    Raul Bencomo
    **PLAINTIFFS' CO-LIAISON COUNSEL**

**OF COUNSEL**:

Bencomo & Associates
639 Loyola Ave.; #2110
New Orleans, LA 70119
504-529-2929 voice
504-529-2018 fax
Ben_Law@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

                                            /s/ James K. Carroll
                                                  OF COUNSEL