Case 2:07-md-01873-KDE-MBN   Document 2296   Filed 07/24/09   Page 1 of 3

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana



| | | |
|---|---|---|
| LORENZA MELANCON, ET AL<br>Plaintiff | )<br>)<br>) | 07-3375 "N" (5) c/w 07-1873<br>IN RE: FEMA Trailer |
| v. | ) Civil Action No. | Formaldehyde Product |
| | )<br>) | Liability Litigation |
| GULF STREAM COACH, INC., ET AL<br>Defendant | ) | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
United States of America through the Federal
Emergency Management Agency
Office of the Director
500 C Street S.W.
Washington DC 20472

A lawsuit has been filed against you.

Within __60__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Gerald E. Meunier
*Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.*
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date: June 5, 2009

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

Date: _____

                                                                         Server's signature

                                                                         Printed name and title

                                                                          Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CRDS RECEIVING  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery JUL 21 2009 |
| 1. Article Addressed to:<br><br>FEMA<br>Office of the Director<br>500 C Street S.W.<br>Washington DC<br>20472 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>[signature]<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9549 2211 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1

---

UNITED STATES POSTAL SERVICE

Formaldehyde

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

07-3375 Melerca