```
MINUTE ENTRY
CHASEZ, M.J.
JULY 23, 2009
```

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)
```

### HEARING ON MOTION

APPEARANCES:   Andrew Weinstock, Peter Taafe
MOTION:

(1) Gulf Stream's Motion to Compel Electronic Discovery (Rec. doc. 2223).

_____ :   Continued to

_____ :   No Opposition

___1___ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

MJSTAR(00:20)

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1__ :   Other. The deposition of Alana Alexander may be re-opened for the limited purpose of defendant making inquiry about her electronic communications. Additionally, Andrew Christina may be deposed concerning the parameters of his search pertaining to plaintiff's e-mail communications.

The length of both depositions collectively shall not exceed two hours and shall go forward at a time agreed upon by all counsel.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE