IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * | MDL No. 1873 |
| | * | Section N(5) |
| | * * | Judge Engelhardt |
| This Document Relates To: | * | |
| *Valerie Hawkins, et al. v.* | * | Magistrate Chasez |
| *Gulf Stream Coach, Inc., et al.* | * | |
| Civil Action No. 09-3503 | * | Jury Demand |

**************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

     NOW INTO COURT, through undersigned counsel, comes Valerie Hawkins together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3503, Rec. Doc. 1), who, for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying complaint to add additional Plaintiffs based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Valerie Hawkins, et al. v. Gulf Stream Coach, Inc., et al.* (No. 09-3503), filed in the Eastern District of Louisiana for the above mentioned reasons.

                                        Respectfully submitted,

                                           */s/ Hugh P. Lambert*

                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                        LINDA J. NELSON, ESQ. (LA Bar #9938)

> LAMBERT & NELSON, PLC
> 701 Magazine Street
> New Orleans, LA 70130
> Telephone: (504)581-1750
> Facsimile: (504)529-2931
> hlambert@lambertandnelson.com
> lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of July, 2009.

>   /s/ *Hugh P. Lambert*
>
> Hugh P. Lambert, Esq. (#7933)