IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | **MDL No. 1873**  **Section N(5)**  **Judge Engelhardt** |
| **This Document Relates To:**  *Valerie Hawkins, et al. v.*  *Gulf Stream Coach, Inc., et al.*  *Civil Action No. 09-3503* | * * * * | **Magistrate Chasez**  **Jury Demand** |

**************************************************************************

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Valerie Hawkins together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3503, Rec. Doc. 1), (hereinafter "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their complaint for damages in the underlying action. Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their complaint for damages to add additional Plaintiffs who, upon information and belief, resided in a FEMA-supplied travel trailer manufactured by Defendant Gulf Stream Coach, Inc., (hereinafter, "Gulf Stream"), and installed by Defendant Shaw Environmental, Inc., (hereinafter, "Shaw"), in the greater New Orleans area. Additional Newly Added Plaintiffs are:

1. Edgar Davis;

2. Johnell Davis;

    3.        Keiara Davis; and

    4.        Sylvia Davis.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying original complaint to add additional Plaintiffs who resided in a travel trailer provided, manufactured and installed by the same Defendants, FEMA, Gulf Stream and Shaw respectively. Additionally, Plaintiffs assert that allowing additional Newly Added Plaintiffs with claims against FEMA and the same manufacturer and contracting defendant to join the underlying original complaint is in-keeping with this Honorable Court's Pretrial Order No. 38 (Doc. 1596).

Additionally, Plaintiffs seek to amend the case caption to "Valerie Hawkins together with all individuals and entities whose names appear on the attached 'Exhibits A and B' v. Gulf Stream Coach, Inc., Shaw Environmental, Inc. and the United States of America through the Federal Emergency Management Agency."

                                              Respectfully submitted,

                                              */s/ Hugh P. Lambert*

                                       HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                       LINDA J. NELSON, ESQ. (LA Bar #9938)
                                       LAMBERT & NELSON, PLC
                                       701 Magazine Street
                                       New Orleans, LA 70130
                                       Telephone: (504)581-1750
                                       Facsimile: (504)529-2931
                                       hlambert@lambertandnelson.com
                                       lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of July, 2009.

                                                  /s/ *Hugh P. Lambert*

                                                Hugh P. Lambert, Esq. (#7933)