IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| **This Document Relates To:**<br>*Valerie Hawkins, et al. v.*<br>*Gulf Stream Coach, Inc., et al.*<br>*Civil Action No. 09-3503* | *<br>*<br>*<br>* | Magistrate Chasez<br><br>Jury Demand |

**************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE