IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Valerie Hawkins, et al. v.* | * | **Magistrate Chasez** |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *Civil Action No.  09-3503* | * | **Jury Demand** |

**************************************************************************

### PLAINTIFFS' FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, comes Valerie Hawkins together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3503, Rec. Doc. 1), who, through undersigned counsel, respectfully reallege, restate and adopt paragraphs one through one-hundred and twenty-seven of the Complaint for Damages filed on their behalf with this Court on May 8, 2009 (Rec. Doc. No. 1).

**1.**

Further, this First Supplemental and Amending Complaint for Damages adds Edgar Davis, Johnell Davis, Keiara Davis and Sylvia Davis, whose names appear on the attached "Exhibit B" as <u>additional</u> Named Plaintiffs, (hereinafter referred to as "Newly Added Plaintiffs"),  in the above captioned matter.

**2.**

Upon information and belief, these Newly Added Plaintiffs resided in a  travel trailer provided by Defendant the United States of America through FEMA, (hereinafter, "FEMA"),

manufactured by Defendant Gulf Stream Coach, Inc., (hereinafter, "Gulf Stream"), and installed by Defendant Shaw Environmental, Inc.,(hereinafter, "Shaw"), in the greater New Orleans area. Pursuant to this Honorable Court's Pretrial Order No. 38, (Doc. 1596), this First Supplemental and Amending Complaint seeks to add multiple, unrelated Newly Added Plaintiffs to a single complaint for damages against the same Defendants FEMA, Gulf Stream and Shaw.

**3.**

Newly Added Plaintiffs adopt paragraphs one through one-hundred and twenty-seven of the original Complaint for Damages filed on behalf of *Valerie Hawkins, et al.* with this Court on May 8, 2009, (Rec. Doc. 1).

**4.**

Additionally, Named Plaintiffs and Newly Added Plaintiffs, request that the caption of this case be amended to "Valerie Hawkins together with all individuals and entities whose names appear on the attached 'Exhibits A and B' v. Gulf Stream Coach, Inc. and Shaw Environmental, Inc. and the United States of America through the Federal Emergency Management Agency."

### REQUEST FOR JURY TRIAL

Plaintiffs are entitled to and demand a trial by jury.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray that Defendants Gulf Stream, Shaw and the United States of America through FEMA be served with a copy of this First Supplemental and Amending Complaint for Damages, and that, after due proceedings:

1. there be a judgment herein in favor of Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and

attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specially included in the judgment in Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court; and

   j. all other general, equitable and further relief, as the Court may deem just and proper.

Respectfully submitted,

   /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of July, 2009.

                                              /s/ *Hugh P. Lambert*

                                              Hugh P. Lambert, Esq. (#7933)