IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products | * | MDL No. 1873 |
| Liability Litigation | * | |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| This Document Relates To: | * | |
| *Valerie Hawkins, et al. v.* | * | Magistrate Chasez |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *Civil Action No. 09-3503* | * | Jury Demand |

**************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for Gulf Stream Coach, Inc., Shaw Environmental, Inc. and the United States of America through the Federal Emergency Management Agency have been contacted and do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages, with the reservation of all defenses, including, but not limited to, prescription.

Respectfully submitted,

   */s/ Hugh P. Lambert*

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 24th day of July, 2009.

                                                                  /s/ *Hugh P. Lambert*

                                                                Hugh P. Lambert, Esq. (#7933)