Valerie Hawkins v. Gulf Stream Coach, Inc., Shaw Environmental, Inc. and the U.S.A. through FEMA

| # | Last | Suffix | First | Middle | Representative if Applicable |
|---|------|--------|-------|--------|------------------------------|
| 1 | Barnes | | Gail | B. | Harvey Barnes |
| 2 | Hawkins | | Valerie | M | |
| 3 | Vaughn | | Michael | George | |