Case 2:07-md-01873-KDE-MBN Document 2301-6 Filed 07/24/09 Page 1 of 1
Exhibit B
Valerie Hawkins v. Gulf Stream Coach, Inc., Shaw Environmental, Inc. and the U.S.A. through FEMA

| # | Last | Suffix | First | Middle |
|---|---|---|---|---|
| 1 | Davis | | Edgar | |
| 2 | Davis | | Johnell | |
| 3 | Davis | | Keiara | |
| 4 | Davis | | Sylvia | |