UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br><br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*
*Case No. 09-2892*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' OBJECTIONS TO GULF STREAM COACH, INC.'S REQUESTED JURY INSTRUCTIONS

NOW INTO COURT, through undersigned counsel, come plaintiffs, Alana Alexander, individually and on behalf of her minor child, Christopher Cooper, who, pursuant to the Court's Order (Doc. No. 1595), dated May 27, 2009, respectfully object to the following jury instructions contained in Gulf Stream Coach, Inc.'s Requested Jury Instructions (Doc. No. 2046):

I. Proposed Burden of Proof Jury Instruction

   Objection. The proposed instruction is an incorrect recitation and mischaracterization of the law. Also, the jurisprudence cited provides no support for much of the instruction.

II. Proposed Sophisticated Purchaser/User Instruction

   Objection. The proposed instruction is a misapplication of the cited law.

Based upon the foregoing reasons, plaintiffs respectfully object to Gulf Stream Coach, Inc.'s requested jury instructions listed above.

1

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       gmeunier@gainsben.com

       s/Justin I. Woods
       JUSTIN I. WOODS, #24713
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier &
       Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:    504/522-2304
       Facsimile:     504/528-9973
       jwoods@gainsben.com

       **COURT-APPOINTED PLAINTIFFS'
       STEERING COMMITTEE**
       ANTHONY BUZBEE, Texas # 24001820
       ROBERT BECNEL, #14072
       RAUL BENCOMO, #2932
       FRANK D'AMICO, #17519
       MATT MORELAND, #24567
       LINDA NELSON, #9938
       DENNIS REICH, Texas #16739600
       MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on July 24, 2009.

                                                /s/Justin I. Woods
                                                JUSTIN I. WOODS