UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*
*Case No. 09-2892*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' OBJECTIONS TO FLUOR ENTERPRISES, INC.'S REQUESTED JURY INSTRUCTIONS

NOW INTO COURT, through undersigned counsel, come plaintiffs, Alana Alexander, individually and on behalf of her minor child, Christopher Cooper, who, pursuant to the Court's Order (Doc. No. 1595), dated May 27, 2009, respectfully object to the following jury instructions contained in Fluor Enterprises, Inc.'s Requested Jury Instructions (Doc. No. 2106):

I.  Burden of Proof

   Objection. The proposed instruction is an incorrect recitation and mischaracterization of the law. Also, the jurisprudence cited provides no support for much of the instruction offered.

II.  Sophisticated Purchaser/User

   Objection. The proposed instruction is a misapplication of the cited law.

III. Liability of Provider of Services

   Objection. The proposed instruction is an incorrect and incomplete recitation of the law. Specifically, the Louisiana Product Liability Act includes the phrase, "unless the providers assume the status of a manufacturer," which the defendant has omitted from the proposed instruction.

IV. Government Contractor Defense

    Objection. The proposed instruction is an incorrect and mischaracterization of the law.

V. Government Contractor Defense – Approval of Reasonably Precise Specifications.

    Objection. The proposed instruction is an incorrect recitation of the law.

VI. Government Contractor Defense- Conformance with Government –Approved Specifications

    Objection. The proposed instruction is an incorrect recitation and mischaracterization of the law. Specifically, none of the jurisprudence cited has specifically held that government inspection and/or acceptance of a product satisfies the "conformance" requirement.

VII. Government Contractor Defense – Contractor Must Warn of Dangers Known To It, But Not To The Government

    Objection. The proposed instruction is an incorrect recitation and mischaracterization of the law.

VIII. Negligence - 1

    Objection. The proposed instruction is an incomplete recitation of the law cited.

IX. Negligence - 2

    Objection. The proposed instruction is an incorrect recitation and mischaracterization of the recited law.

X. Contributory Negligence

    Objection. The proposed instruction is unsupported by the cited jurisprudence.

XI. La. Rev. Stat § 9:2771

Objection. The proposed instruction is an incorrect recitation of the law.

XII. Negligence Cause-In-Fact

Objection. This instruction is an incorrect recitation of the law. Plaintiffs respectfully suggest that if the requested legal principle contained in the instruction be deemed necessary, the language should track the express language of the Louisiana Civil Jury Instruction § 3.03.

XIII. Comparative Fault

Objection. The proposed instruction is an incorrect recitation of the statute.

XIV. Prescription Defense

Objection. The proposed instruction is an incorrect and incomplete recitation of the law.

XV. Damages

Objection. The proposed instruction is an incorrect and incomplete recitation and mischaracterization of the law. Further, the jurisprudence cited as the basis of the instruction has been called into doubt by the legislative amendment to La. Civ. Code art. 2315.

Based upon the foregoing reasons, plaintiffs respectfully object to the Fluor Enterprises, Inc.'s requested jury instructions listed above.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
      GERALD E. MEUNIER, #9471

3

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on July 24, 2009.

/s/Justin I. Woods
JUSTIN I. WOODS