UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Charlie Age, et al v. Gulf Stream Coach, Inc., et al*
Case No. 09-2892
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFFS' OBJECTIONS TO UNITED STATES' REQUESTED JURY INSTRUCTIONS

NOW INTO COURT, through undersigned counsel, come plaintiffs, Alana Alexander, individually and on behalf of her minor child, Christopher Cooper, who, pursuant to the Court's Order (Doc. No. 1595), dated May 27, 2009, respectfully object to the following jury instructions contained in the United States' Requested Jury Instructions (Doc. No. 2124):

I. Bias – Governmental Defendant Involved

Objection. The United States has offered no jurisprudential or statutory support for the instruction.

II. Federal Tort Claims Act – Analogous Private Liability Required

Objection. This instruction is an incorrect recitation of the law. Specifically, it incorrectly includes language not supported by the United States Code or any other jurisprudence.

III. Federal Tort Claims Act – Liability for Actions of Employees Not Contractors

Objection. The cited 28 U.S.C. § 2671 provides no statutory support for the requested instruction. The statute cited is merely the "Definitions" section of the Federal Torts Claims Act.

IV. Federal Tort Claims Act – Non-Liability For Discretionary Function

Objection. The instruction is an incorrect recitation of the law.

V. Federal Tort Claims Act – Non-Liability for Misrepresentation, Concealment or Deceit

Objection. The instruction is an incorrect recitation of the law. The cited statute, 28 U.S.C. § 2680(h) does not include "concealment" in the list of exceptions enumerated under the statute.

VI. United States Not Liable for Contractor Installation

Objection. This instruction is duplicative of the United States' Proposed Instruction – United States Not Liable for Decision to Hire Contractors for Installation.

VII. United States Not Liable For Responses Outside Certain Period

Objection. This instruction is an incorrect representation of this Court's Order and Reasons (Doc. No. 717). Specifically, this Court held that the issue of the United States' liability for its response must be done on a case-by-case basis.

VIII. United States Negligence Standard

Objection. This instruction is an incorrect recitation of the law. Plaintiffs respectfully suggest that if the requested legal principle contained in the instruction be deemed necessary, the language should track the express language of the Louisiana Civil Jury Instruction § 3.01.

IX. United States Causation Standard

Objection. This instruction is an incorrect recitation of the law. Plaintiffs respectfully suggest that if the requested legal principle contained in the instruction be deemed necessary, the language should track the express language of the Louisiana Civil Jury Instruction § 3.03.

Based upon the foregoing reasons, plaintiffs respectfully object to the United States' requested jury instructions listed above.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record as indicated below in accordance with the Federal Rules of Civil Procedure on July 24, 2009.

/s/Justin I. Woods
JUSTIN I. WOODS