# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
### NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                           MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION          SECTION "N-5"
                                                          JUDGE ENGELHARDT
                                                          MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:

*Alana Alexander and Chris Cooper v.*
*Gulf Stream Coach, Inc., et. al.*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## WITNESS LIST (THIRD)

The United States designates the following individuals to its **Will Call Witness List**:

**United States of America's Will Call Fed. Civ. P. 26(a)(2)(B) Experts:**

1.      Dr. Jessica Herzstein, M.D., M.P.H.
        Global Medical Director
        Air Products and Chemicals
        7201 Hamilton Boulevard
        Allentown, PA 18195-1501

        Environmental Health Resources, P.C.
        1755 P Street, NW
        Washington,D.C. 20036

2.      Dr. Robert James, Ph.D.
        Terra, Inc.
        1234 Timberlane Road
        Tallahassee, FL 32312

        Associate Scientist
        Center for Environment and Human Toxicology
        Building 471, Mallory Road
        University of Florida
        Gainsville, FL 326111-0885

3.      Dr. Michael K. Lindell, Ph.D.

3122 Camelot Drive #52
Bryan, Texas 77802

4.     Dr. Richard Monson, M.D., M.Sc., Sc.D.
       Boston, MA

5.     Mark J. Polk
       RV Education 101
       150 Bay Ridge Road
       Harrells, NC 28444

6.     Coreen A. Robbins, Ph.D., CIH
       Veritox
       18372 Redmond-Fall City Road
       Redmond, WA 98052
       Redmond, Wa

**United States Will Call Witnesses:**

1.     Bronson Brown
       Section Chief of Occupation Safety, Health & Security Branch
       Facilities Management Division
       FEMA DHS

2.     David Garratt
       Acting Deputy Administrator
       FEMA DHS

3.     Jack Hume,
       Bechtel Rule 30(b)(6)
       San Francisco, CA

4.     Dr. William Lang, M.D.
       Assoc. Chief of Medical Office
       US Dept. of Homeland Security Health

       As part of its response actions to formaldehyde concerns, FEMA commencing on
       or about May 2007 consulted with Dr. Lang.  The United States hereby notifies
       the parties that the advice he provided may potentially be considered Fed. R.
       Evid. 702, 703 or 705.

5.      Mike Lapinski
        Federal Coordinating Officer
        Office Coordinating Officer Operations
        FEMA DHS

6.      Martin McNeese
        Assistant Branch Chief Region 8
        FEMA DHS

7.      Kenneth J. Melchiorre (deposition)
        CH2M Hill, Inc.
        Virginia

8.      Stephen C. Miller
        Logistics Management Specialist Supervisor
        FEMA DHS

9.      Clyde Payne
        Officer In Charge
        Jackson Area Office
        Occupation Safety and Health Agency
        U.S. Department of Labor
        Jackson, Mississippi

10.     Kevin Souza
        Chief
        Individual Assistance Program Management (2005-2008)
        Individual Assistance Division
        FEMA DHS

11.     Faye Green
        IA Division
        FEMA DHS

**United States of America May Call Witness List**:

1.      Gulf Stream Coach, Inc., Rule 26 Expert Witnesses.

2.      Fluor Enterprises, Inc., Rule 26 Expert Witnesses.

3.      Plaintiffs' Rule 26 Expert Witnesses.

4.      Eddie Abbott
        Engineering Manager

Gulf Stream Coach, Inc.
(via deposition)

5.  Alana Alexander

6.  Erica Alexander

7.  Shirley Alexander

8.  P. Michael Allred, Ph.D.
    Deputy Director
    Office of Terrorism, Preparedness and
    Emergency Response
    National Center for Environmental Health/
    Agency for Toxic Substances and Disease Registry

    As part of its response actions to formaldehyde concerns, FEMA commencing on
    or about June 2006 consulted with the CDC/ATSDR.  The United States hereby
    notifies the parties that the advice Dr. Allred provided may potentially be
    considered evidence under Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR
    February 1, 2007, Health Consultation.

9.  Jesse Baynes
    Jackson Area Office
    Occupation Safety and Health Agency
    U.S. Department of Labor
    Jackson, Mississippi

10. Bob Bennett
    Chief of Staff
    Texas TRO
    FEMA DHS

11. Michael S. Bonner
    Bonner Analytical Testing Company
    2703 Oak Grove Road
    Hattiesburg, MS 39402
    Phone:  601.264.2854

12. Lenell Bryant
    DHOPS Special Projects/
    DHOPS Demolition Lead
    FEMA DHS

13.    Ryan Buras
       Program Specialist
       DAD-IA-PM-ES-HS
       FEMA DHS

14.    James (Chip) Burris
       Senior Project Manager
       Contractor Support Branch
       FEMA DHS

15.    David Chawaga
       Safety Specialist
       OM-FM-SY-SH
       FEMA DHS

16.    Sam Coleman
       Director
       Enforcement Division, Region VI
       U.S. Environmental Protection Agency

       As part of its response actions to formaldehyde concerns, FEMA commencing on
       or about June 2006 consulted with the Environmental Protection Agency.  The
       United States hereby notifies the parties that the advice Mr. Coleman provided
       may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See*
       CDC/ATSDR February 1, 2007, Health Consultation.

17.    Jorge Colon
       Contracting Officer's Technical Representative
       FEMA DHS

18.    Chris Cooper

19.     Ronnie Crossland
       Enforcement Division, Region VI
       U.S. Environmental Protection Agency

       As part of its response actions to formaldehyde concerns, FEMA commencing on
       or about June 2006 consulted with the Environmental Protection Agency.  The
       United States hereby notifies the parties that the advice Mr. Crossland provided
       may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See*
       CDC/ATSDR February 1, 2007, Health Consultation.

20.    Susan Linda Esparza
       Former Gulf Stream Coach, Inc. Employee

5

21.     Robert Ferguson
        MHOPS Maintenance
        FEMA DHS

22.     Eric Gentry
        Team Leader R-5 First
        FEMA DHS

23.     Carl Hallstead
        Lead Program Specialist
        DAD-IA-PM-HS
        FEMA DHS

24.     Mike Harder
        Recertification Advisor
        TRO-LA-RE
        FEMA DHS

25.     Gail Haubrich
        Individual Assistance Housing Supervisor
        FEMA DHS

26.     Tracy Haynes
        Branch Chief
        IM-RS
        FEMA DHS

27.     Cindy Howell
        FEMA DHS

28.     Kevin Hutcheson
        FEMA DHS

29.     Robert Ives
        Director
        Alabama Transitional Recovery Office
        FEMA DHS

30.     Gil Jamieson
        Associate Deputy Administrator
        Gulf Coast Recovery
        FEMA DHS
        (former FEMA employee)

31.     Burl Keel
        Gulf Stream Coach, Inc.
        (By deposition if he does not appear at trial)

32.     Mark E. Keim, M.D.
        Acting Associate Director
        Office of Terrorism, Preparedness and
        Emergency Response
        National Center for Environmental Health/
        Agency for Toxic Substances and Disease Registry

        As part of its response actions to formaldehyde concerns, FEMA commencing on
        or about June 2006 consulted with CDC/ATSDR.  The United States hereby
        notifies the parties that the advice Dr. Keim provided may potentially be
        considered Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR February 1, 2007,
        Health Consultation.

33.     Captain Merrit Lake
        Public Health Service

34.     Deidre Lee
        Director OM
        FEMA DHS

35.     Joseph D. Little, Cmdr.
        Emergency Coordinator
        National Institute for Occupational Safety and Health
        Centers for Disease Control and Prevention
        Atlanta, GA

        As part of its response actions to formaldehyde concerns, FEMA commencing on
        or about June 2006 consulted with Commander Little, Public Health Service.  The
        United States hereby notifies the parties that the advice he provided may
        potentially be considered Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR
        February 1, 2007, Health Consultation.

36.     Bryan McCreary
        Supervisor Contract Specialist
        OM-AQ-CP-MT-NA
        FEMA DHS

37.     Blair McDonald,
        Gulf Coast Recovery Office
        FEMA DHS

38.   Michelle McQueeney
      Chief of Staff
      Gulf Coast Recovery Office
      FEMA DHS
      (former FEMA employee)

39.   Sidney Melton
      Individual Assistance Section Chief
      TRO MS/LA
      FEMA DHS

40.   Michael Miller
      Emergency Housing Unit, Area Field Office Coordinator
      FEMA DHS

41.   Mark Misczak
      Branch Chief
      DAD-IA-PM-HS
      FEMA DHS

42.   Jenny Mooney
      Contract Technical Representative
      General Services Administration
      Atlanta, GA

43.   Clifford Oliver
      Special Programs Program Manager
      Acquisition Program and Planning Branch
      Office of Acquisition Management
      FEMA DHS

44.   David Porter
      ITESS COTR
      DHS-OCIO
      IT Acquisition Mgmt Branch
      U.S. Dept. of Homeland Security
      (former FEMA employee)

45.   Scott Pullin
      Gulf Stream Coach, Inc.
      (By deposition if he does not appear at trial)

46.   Jon Rauscher
      Enforcement Division, Region VI

U.S. Environmental Protection Agency

As part of its response actions to formaldehyde concerns, FEMA commencing on or about June 2006 consulted with the Environmental Protection Agency.  The United States hereby notifies the parties that the advice Mr. Coleman provided may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR February 1, 2007, Health Consultation.

47.    Eugene Romano
       FEMA DHS


48.    Dr. Jeff Rung, M.D.
       Assistant Secretary Health Affairs
       U.S. Dept. of Homeland Security

       As part of its response actions to formaldehyde concerns, FEMA commencing on or about May 2007 consulted with Dr. Lang.  The United States hereby notifies the parties that the advice he provided may potentially be considered Fed. R. Evid. 702, 703 or 705.


49.    James N. Russo
       Federal Coordinating Officer
       RE-FC
       FEMA DHS

50.    Phil Savari
       Gulf Stream Coach, Inc.
       (By deposition if he does not appear at trial)

51.    Charles Schexnaildre
       Individual Assistance Group Supervisor
       DR-LA-1603/1607 & DR-LA 1786/1792
       LATRO
       FEMA DHS

52.    Richard C. Seeds
       Disaster Assistance Employee
       FEMA OHS
       FEMA DHS

53.    Kenneth Sessa
       Environmental Officer
       R7-IM-CM

FEMA DHS

54.     Jim Shea
        Gulf Stream Coach, Inc.
        (By deposition if he does not appear at trial)

55.     Dan Shea
        Gulf Stream Coach, Inc.
        (By deposition if he does not appear at trial)

56.     Brian Shea
        Gulf Stream Coach, Inc.
        (By deposition if he does not appear at trial)

57.     Terry Sloan, Jr.
        Former Gulf Stream Coach, Inc. employee
        (By deposition if does not appear at trial)

58.     James W. Stark
        Director
        TRO-LA-OP
        FEMA DHS
59.     Wayne Stoeh
        FEMA DHS

60.     Stacy Stucholdolski
        FEMA DHS

61.     Cindy Taylor
        FEMA Office of External Affairs

62.     Dana Tulis
        Deputy Director
        Office of Emergency Mangement
        U.S. Environmental Protection Agency

        As part of its response actions to formaldehyde concerns, FEMA commencing on
        or about June 2006 consulted with the Environmental Protection Agency.  The
        United States hereby notifies the parties that the advice Mr. Coleman provided
        may potentially be considered evidence under Fed. R. Evid. 702, 703 or 705.  *See*
        CDC/ATSDR February 1, 2007, Health Consultation.

63.     Tommy Warder
        COTR, MDC

Individual Assistance, CSB
FEMA DHS IA-TAC

64.    Tammi Wisko
       Gulf Coast Recovery Office
       FEMA DHS

65.    Scott Wright
       Emergency Response Coordinator
       Center for Disease Control and Prevention/
       Agency for Toxic Substances and Disease Registry

       As part of its response actions to formaldehyde concerns, FEMA commencing on
       or about June 2006 consulted with the CDC/ATSDR.  The United States hereby
       notifies the parties that the advice CDC/ATSDR provided may potentially be
       considered evidence under Fed. R. Evid. 702, 703 or 705.  *See* CDC/ATSDR
       February 1, 2007, Health Consultation.

66.    FEMA Document Custodian from External Affairs.

67.    FEMA Document Custodian from Individual Assistance.

68.    FEMA Document Custodian from Logistics.

69.    FEMA Press Officer

70.    All persons designated by Plaintiffs' as will call/may call witness.

71.    All persons deposed by any Defendant as will call/may call witness.

72.    CDC Custodian of Records

73.    EPA Custodian of Records

74.    OSHA Custodian of Records


Dated: July 24, 2009.                          Respectfully Submitted,

TONY WEST                                      ADAM BAIN
Assistant Attorney General, Civil Division     HENRY T. MILLER
                                               Senior Trial Counsel

11

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director


OF COUNSEL:
JORDAN FRIED
Associate Chief Counsel

JANICE WILLIAM-JONES
Trial Attorney
FEMA/DHS
Department of Homeland Security
Washington, D.C. 20472

ADAM DINNELL
MICHELE GREIF
Trial Attorneys


*//S// Jonathan Waldron*
JONATHAN WALDRON (MO Bar 58898)
Trial Attorney
United States Department of Justice
Civil Division – Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
         Telephone No: (202) 307-2091
E-mail: Jonathan.Waldron@USDOJ.Gov

Attorneys for the United States of America


## CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2009, this document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

*//S// Jonathan Waldron*
JONATHAN WALDRON (IL Bar No. 6292058)