UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

*************************************************************************

## GULF STREAM COACH, INC.'S SUPPLEMENTAL OBJECTIONS TO PLAINTIFFS' PROPOSED JURY CHARGES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which, pursuant to the Court's Order (Doc. No. 1595), dated May 27, 2009, respectfully supplement's its objections (Rec. Doc. 2213) to Plaintiff's, Alana Alexander's, Requested Special Jury Charges (Doc. No. 2045):

I.   Plaintiff's Requested Jury Charge 20

Objection.  Specifically, the requested charge is not relevant to any of Plaintiff's claims.  Additionally, Gulf Stream objects for the reasons contained in its Memorandum in Support of Motion to Dismiss, as supplemented, (Doc. Nos. 1811-2 and 2187).

                Respectfully submitted:

                **DUPLASS, ZWAIN, BOURGEOIS,
                PFISTER & WEINSTOCK**

                s/Andrew D. Weinstock
                _____
                **ANDREW D. WEINSTOCK (#18495)
                JOSEPH G. GLASS (#25397)**
                3838 N. Causeway Boulevard, Suite 2900
                Metairie, Louisiana 70002
                Telephone: (504) 832-3700
                andreww@duplass.com
                jglass@duplass.com

                **and**

                **SCANDURRO & LAYRISSON**
                Timothy D. Scandurro #18424
                Dewey M. Scandurro #23291
                607 St. Charles Avenue
                New Orleans, LA 70130
                Telephone: (504) 522-7100
                tim@scanlayr.com
                dewey@scanlayr.com
                **Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2009, a copy of the foregoing Supplemental Objections to Plaintiff Proposed Jury Charges on Behalf of Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

                s/Andrew D. Weinstock
                _____
                ANDREW D. WEINSTOCK #18495
                andreww@duplass.com