UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to:  *Charlie Age, et al. v.* | * | JUDGE: ENGELHARDT |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### GULF STREAM COACH, INC.'S OBJECTIONS TO
### FLUOR ENTERPRISES, INC.'S PROPOSED JURY CHARGES

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which, pursuant to the Court's Order (Doc. No. 1595), dated May 27, 2009, respectfully objects to the following jury charges contained in Defendant's, Fluor Enterprises, Inc.'s, Proposed Jury Instructions (Rec. Doc. 2106):

I.      Fluor's Proposed Jury Instruction – Liability of Provider of Services

    Objection.  The charge is an incomplete recitation of the law.  Specifically, the requested charge excludes qualifying language contained in La. Rev. Stat. § 9:2800.52.  Gulf Stream respectfully suggests that if the requested legal principles contained in this charge is deemed necessary, the language should track the express language of La. Rev. Stat. § 9:2800.52 and La. Rev. Stat. § 9:2800.53.

II.      Fluor's Proposed Jury Instruction – La. Rev. Stat. § 9:2771

    Objection.  The charge is an incomplete recitation of the law.  Specifically, the requested charge excludes qualifying language contained in La. Rev. Stat. § 9:2771.  Gulf Stream respectfully suggests that if the requested legal principles contained in this charge is deemed necessary, the language should track the express language of La. Rev. Stat. § 9:2771 and La. Rev. Stat. § 37:2150.1(9).

III.      Fluor's Proposed Jury Instruction – Negligence Cause-In-Fact

    Objection.  The charge is an incomplete recitation of the law.  Gulf Stream respectfully suggests that if the requested legal principles contained in this charge are deemed necessary, the language should track the express language of Johnson, "Civil Jury Instructions," vol. 18 Louisiana Civil Law Treatise (2d ed.), § 3.03.

1

Respectfully submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK (#18495)**
**JOSEPH G. GLASS (#25397)**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700
andreww@duplass.com
jglass@duplass.com

**and**

**SCANDURRO & LAYRISSON**
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291
607 St. Charles Avenue
New Orleans, LA 70130
Telephone: (504) 522-7100
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of July, 2009, a copy of the foregoing Objections to Fluor Enterprises, Inc.'s Proposed Jury Charges on Behalf of Gulf Stream Coach, Inc. was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2