**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873**<br>**SECTION "N-5"**<br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT RELATES TO:**

*Charlie Age, et al v. Gulf Stream Coach Inc., et al,* **Docket No. 09-2892**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**CONTRACTOR DEFENDANT FLUOR ENTERPRISES, INC.'S**
**PRELIMINARY WITNESS AND EXHIBIT LIST**

Defendant, Fluor Enterprises, Inc. ("Fluor"), pursuant to the Court's scheduling order entered in connection with the first bellwether trial in the referenced matter [Doc. 1305], and the Court's order of July 7, 2009 [Doc. 2089], as extended by order dated July 20, 2009 [Doc. 2232] calling for revised witness and exhibit lists, submits the following preliminary witness and exhibit list. Plaintiffs only joined Fluor as a defendant in any of the constituent cases of this multi-district litigation in January of 2009, although the first of the constituent cases was filed in May 18, 2006. On or about April 6, 2009, Fluor was advised for the first time that it would be going to trial in the first bellwether case set for September 14, 2009. Fluor intends to file a motion to continue the first and second bellwether trials on the grounds that, among other things, it is fundamentally unfair to force Fluor to trial in such a short period of time in connection with matters that have been pending for more than

1

two and one-half years. The discovery period is entirely inadequate for Fluor to prepare properly for the trial of this matter. Because discovery is ongoing, including initial document review still required to respond to Plaintiffs' discovery and to locate documents and witnesses necessary to mount a proper defense, Fluor's witness and exhibit list is necessarily incomplete. Fluor reserves the right to supplement these lists as discovery continues.

## **WITNESS LIST**

Fluor may call at the trial of this matter, one or more of the following witnesses:

1. Ron Albright
2. Shirley Alexander
3. Mark Ashby
4. Angela Baksh
5. Russ Balsamo
6. Grace Belcher
7. Mike Belles
8. Richard Belote
9. Robert Bukowski
10. Terry Butcher
11. Joe Cleland
12. Alicia Copenhaver
13. Nancy Costello
14. Mike Criss
15. Representatives and Employees of DC Recovery (DCR) or any other maintenance and

deactivation contractor ("MDC") that handled all maintenance on the Alexander trailer

16. Chuck Debellevue

17. Jack Donahoe

18. Steve Doubleday

19. Rick Doucet

20. Robert Duckworth

21. Dwight D. Durham (by deposition)

22. Pat Dye

23. Linda Esparza

24. Jay Ferguson

25. Jennifer Foelske

26. Ian Foster

27. Mark Funderberk

28. Cam Gay

29. Brad Gair

30. Jerry Gurney

31. Darrell Hargrave

32. Charles Harvey

33. Johnny Hanvey

34. Craig Haynes

35. Van Hodge

36. Tom James

37. Jamie Jamieson

38. Vince Keating

39. Terry Kingsmore

40. Leroy Lawrence

41. Dan Lemieux

42. Daryl Lemieux

43. Daren Lemieux

44. Representatives of Lippert, M-Tech, or Venture, whichever company manufactured the chassis on the Alexander trailer

45. Hugo Linares

46. Raleigh Long

47. Mario Machrone

48. Kevin McCarthy

49. Buck McElroy

50. Raul Medina

51. Representatives or employees of MLU who were involved in any way with the installation of the Alexander trailer

52. Gloria Morton

53. Jay Moylan

54. Tom Nadsady

55. Donovan Norris

56. Todd Novak

57. Clifford Oliver

58. David Porter

59. Jim Rammell

60. Tom Repasky

61. Stanley Robinson

62. Brian Rutkowski

63. Tony Scaramozzi

64. Alan Sedlacek

65. Ron Sherman

66. Bob Spaulding

67. Marcus Tokosky

68. Jack Tyler

69. Billy Ulm

70. Alan Undhein

71. John Ward

72. Charles "Al" Whitaker

73. Lowell Wiles

74. Tim Wilson

75. Justin I. Woods

76. Any witness listed by any other party to this proceeding

77. Any witness deposed in these MDL proceedings, including in the Age case and the MDL class certification proceedings.

78. Any witness referred to or identified in any party's responses to interrogatories or other written discovery, or identified in any written discovery requests propounded on any party to these MDL proceedings.

79. Any persons mentioned in any deposition taken in this matter, both in depositions taken solely in connection with the Charlie Age case as well as all in depositions taken in connection with class certification.

80. Any person identified in any document produced, exchanged or reviewed in this matter or produced, exchanged or reviewed during the class certification phase.

**All experts listed by other defendants, including but not limited to the following witnesses listed as witnesses 83-99 below:**

81. G. Graham Allan

82. Megan Ciota

83. Phillip Cole, M.D., Ph.D.

84. Nathan T. Dorris

85. William L. Dyson

86. Michael E. Ginevan

87. Jessica Herzstein, M.D., M.P.H.

88. Robert James, Ph.D.

89. Dan Limeaux

90. Gary M. Marsh

91. Richard Monson, M.D., D.Sc.D.

92. Mark Polk

93. Coreen Robbins, MHS, Ph.D., CIH

94. Damien W. Serauskas, P.E.

95. Kenneth B. Smith, M.D.

96. H. James Wedner, M.D.

97. Leonard Quick

98. All FEMA Contracting Officers assigned to the IA-TAC Contract with Fluor

99. All Contracting Officers Technical Representatives (KOTRs) assigned to the IA-TAC Contract with Fluor.

## EXHIBIT LIST

| No. | Description |
|---|---|
| 1. | Alana Alexander's phone records for cellular phone number (504) 577-0737. |
| 2. | Orleans Parish Civil and Jefferson Parish Judicial District Court records of suits filed as a result of motor vehicle accident involving Alana Alexander and Christopher Cooper on or about March 8, 2008. |
| 3. | Documents evidencing claims made as a result of a motor vehicle accident involving Alana Alexander and Christopher Cooper dated March 8, 2008. |
| 4. | All records of DC Recovery related to the movement and relocation of the |

7

| No. | Description |
|-----|-------------|
|     | Alexander trailer on Dale Street during July of 2007. |
| 5.  | All records of SRS, Inc. relating to the deactivation of the Alexander trailer. |
| 6.  | All records of any MDC contractor involved in providing maintenance to the Alexander trailer after Fluor Enterprises, Inc. no longer had a maintenance obligation with respect to the trailer, including without limitation those of DC Recovery . |
| 7.  | All photographs of 4415 Dale Street, New Orleans, LA taken at any time from 2005 to the present, including without limitation, all photographs of the movement and relocation of the Alexander travel trailer in July of 2007. |
| 8.  | The Alexander/Cooper Plaintiff's Fact Sheets |
| 9.  | The Alexander Individual Assistance file (FEMA137-000001 to -000086) |
| 10. | The Alexander/Fluor installation package bearing Bates Nos. FL-FCA-004609 to -004635. |
| 11. | The IA-TAC Contract between Fluor Enterprises, Inc. and FEMA, including Task Order No. 20 related to haul and install activities, including without limitation, documents bearing Bates Nos. FL-FCA-000001 to -002058, including any pages that are needed to complete the documents represented in the foregoing Bates range in the event that the production has missing pages.. |
| 12. | All blanket ordering agreements/subcontracts and related task orders/work orders under Fluor's subcontracts with those subcontractors involved in haul and install activities, including without limitation, all documents bearing Bates Nos. FL-FCA-002059 to -004608, including any pages that are needed to complete the documents represented in the foregoing Bates range in the event that the production has missing pages. |
| 13. | All revisions of the Fluor Installation Manual, tables of such revisions, and transmittal documents of such revisions, bearing Bates Nos. FL-FCA-04636 to -06952 (less -06913 to 06940). |
| 14. | FEMA Trailer Inspections Field Inspector's Guide, bearing Bates Nos. FL-FCA-06913 to 06940. |
| 15. | All contracts, task orders and work orders relating to the IA/TAC Contract between Fluor and FEMA, as relates to haul and install work. |
| 16. | Fluor's Project Procedures Manual, to the extent applicable to Task Order 20/haul and install work. |
| 17. | Fluor's Project Execution Plan, to the extent applicable to Task Order 20/haul and install work. |
| 18. | Work Plans relevant to Task Order No. 20/haul and install work. |
| 19. | Estimates, budgets and basis of estimates as relates to the IA-TAC Contract and Task Order No. 20/haul and install work, but only if and to the extent necessary to rebut inaccurate allegations concerning monies paid to Fluor under the IA-TAC contract. |
| 20. | Purchase orders as relates to the IA-TAC Contract and Task Order No. 20/haul and install work, but only if and to the extent necessary to rebut inaccurate allegations concerning monies paid to Fluor under the IA-TAC contract. |
| 21. | Project bulletins to the extent relevant to Task Order No. 20/haul and install work. |

| No. | Description |
|---|---|
| 22. | Any training materials to the extent relevant to Task Order No. 20/haul and install work. |
| 23. | All communications, whether by letter, memorandum, email or otherwise seeking directions from the Contracting Officer's Technical Representative ("COTR") relating to Task Order No. 20/haul and install work. |
| 24. | All Fluor monthly reports to the extent relevant to Task Order No. 20/haul and install work. |
| 25. | All Fluor weekly briefings to the extent relevant to Task Order No. 20/haul and install work. |
| 26. | All daily reports to the extent relevant to Task Order No. 20. |
| 27. | Any personal notes, daytimers or calendars of any Fluor personnel relevant to the issues in this litigation that may be located. |
| 28. | Any Fluor financial records, but only if and to the extent relevant to Plaintiffs' claims and allegations concerning the sums of money Fluor was paid for the IA/TAC Contract or Task Order No. 20 |
| 29. | All documents produced by plaintiffs, PSC, Gulf Stream, FEMA, CDC, and any third party in these MDL proceedings. |
| 30. | All communications of Fluor with FEMA relevant to Task Order 20/haul and install work, and with respect to the overall IA-TAC contract. |
| 31. | All photographs taken by any party to these MDL proceedings, including without limitation the photographs taken of the Alexander trailer by any party or expert, and all photographs taken of the Alexander's present residence on Mirabeau Street in New Orleans, LA |
| 32. | All documents contained in the reliance files of any expert disclosed by any party to these proceedings. |
| 33. | Jim Rammell email to Tom Nadsady dated 03/21/2006 at 5:18 p.m., and the related email chain, FL-FCA-011222 to -011223 |
| 34. | Series of emails from and to Marcus Tikotsky re blocking of travel trailers in October 2005. FL-FCA-019621 to -019624, and -020299 to -020301 and -020307 to -020308. |
| 35. | Email re no blocking required.  FL-FCA-020347 |
| 36. | Email from Kevin McCarthy dated 10/17/2005 at 02:58 PM re "Technical Direction for Fluor in LA:  Blocking Diagram," with attached jpg file with blocking diagram, and related email chain.  FL-FCA-007178 to -007179 |
| 37. | Email from Kevin McCarthy dated 10/18/205 at 08:16 AM re "Confirmation of Technical Direction for Fluor in LA:  Travel Trailer Blocking Requirement," and related email chain.  FL-FCA-007180 to -007182 and  -007183 to -007185 |
| 38. | Fluor's Technical Direction Log.  FL-FCA-007186 to -007305 |
| 39. | Toolbox Training/Proper Jacking Techniques, and such further documents needed to clarify context and use of same.  FL-FCA-007306 |
| 40. | Fluor Government Group's Health, Safety & Environmental Program Documentation, including safety forms, for FEMA Project-All Locations |
| 41. | Examples of Fluor Monthly Reports to FEMA (or alternatively all such reports to rebut inaccurate claims about Fluor knowledge of formaldehyde issues) |

9

| No. | Description |
|---|---|
| 42. | Examples of Fluor Safety Incident Reports, Monthly Incident Experience Reports (samples at FL-FCA-018487 to -018512), Fluor's Director's Committee Weekly Safety Meeting Reports (example at FL-FCA-018833 to -018844) and OSHA 300 logs (or alternatively all such reports to rebut inaccurate claims concerning worker reporting of formaldehyde issues) |
| 43. | Examples of Weekly Housing Meeting Reports to FEMA (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) |
| 44. | Examples of Fluor's Daily Reports to FEMA Headquarters (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) |
| 45. | Examples of Fluor's Weekly Reports to FEMA Headquarters (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) |
| 46. | Examples of FEMA "D+" Reports (or alternatively all such reports to rebut inaccurate claims concerning Fluor knowledge of formaldehyde issues or blocking/jacking issues) |
| 47. | Examples of Fluor training materials and manuals |
| 48. | Documents establishing what steps were to be taken upon deactivation of a travel trailer like the Alexander trailer, including all steps for winterization. |
| 49. | Examples of Fluor Job Safety Bulletins related to Health, Safety and Environmental issues, such as FL-FCA-018040 to -018047, and -018080 to -018090. |
| 50. | Examples of Fluor Safety Meeting Minutes |
| 51. | Examples of Fluor Job-Specific Safety Analysis/Activity Hazard Analysis Forms as completed, such as FL-FCA-018569 to -018625. |
| 52. | (Fluor's) Safety Task Assignment, FEMA IA Project—Hurricane Relief.  FL-FCA-019369 to -019374. |
| 53. | An Introduction to the "Five-Step Process" of Job Safety Analysis (JSA).  FL-FCA-019390 to -019396. |
| 54. | Travel Trailer Setup Inspection Support Guidance.  FL-FCA-019666 to -019668 |
| 55. | Contractor/Subcontractor Site Safety Guidelines.  FL-FCA-018626 to -018652. |
| 56. | (Fluor's) Health, Safety and Environmental Zero Incidents Program.  FL-FCA-018807 to -018813. |
| 57. | Site Assessment, Trailer Installation and Quality Control Training.  FL-FCA-019969 to-019986. |
| 58. | Travel Trailer Training Syllabus.  FL-FCA-019987 to -019992. |
| 59. | Haul and Install Training.  FL-FCA-020019 to -020049. |
| 60. | Training/Orientation to the Project Manual contained in Fluor's July 24, 2009 production. |
| 61. | Donovan Norris email.  FL-FCA-020133 to -020134 |
| 62. | All documents produced by Fluor in these proceedings to date:  FL-FCA-000001 to -020347. |
| 63. | All relevant, non-privileged documents contained in Fluor's project file, email files and |

| No. | Description |
|---|---|
|  | project server files, as well as any document still under review to respond to outstanding discovery from plaintiffs and in order to prepare Fluor's defense; document recovery and review is not complete and still continuing. |
| 64. | All documents produced, exchanged or reviewed in these MDL proceedings, including without limitation in the *Age* case, in any other constituent case of the MDL, and in the MDL generally, including all discovery that took place during the class certification phase (hereafter "these MDL proceedings"). |
| 65. | All documents referenced, described or identified in any discovery responses of any party to these MDL proceedings. |
| 66. | All exhibits to every deposition taken in these MDL proceedings. |
| 67. | All documents identified by any witness in any deposition or hearing in these MDL proceedings. |
| 68. | All documents entered as exhibits in any hearing in these MDL proceedings, including without limitation, the hearing on the Plaintiffs' Motion for Class Certification. |
| 69. | All documents attached as an exhibit to any pleadings filed in these MDL proceedings. |
| 70. | Any pleading or paper filed in these MDL proceedings. |

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:      */s/ Charles R. Penot, Jr.*
        Charles R. Penot, Jr. (La. Bar No. 1530 & Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

>Dominic J. Gianna (La. Bar No. 6063)
>201 St. Charles Avenue
>New Orleans, LA 70170-3100
>Tel: (504) 525-7200; Fax: (504) 581-5983
>dgianna@midrid.com
>
>
>Richard A. Sherburne (La. Bar No. 2106)
>450 Laurel Street, Suite 1101
>Baton Rouge, LA 70801
>Tel. (225) 381-7700; Fax: (225) 381-7730
>rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

>*/s/ Charles R. Penot, Jr.*
>CHARLES R. PENOT, JR.

ND: 4830-5386-1379, v. 3