UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO:

ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S NOTICE
OF FEMA'S INTENT TO DISPOSE OF SELECTED
TEMPORARY EMERGENCY HOUSING UNITS AT
SIXTEEN (16) STORAGE FACILITIES**

Defendant United States of America pursuant to the Court's June 29, 2009, Order [Docket No. 2008] hereby issues Notice to all parties that the Federal Emergency Management Agency's ("FEMA") intends to dispose of various excess temporary emergency housing units ("EHU") located at sixteen (16) storage facilities. Consistent with the Court's June 29, 2009, Order [Docket No. 2008], it is FEMA's intent, unless a party notifies Government Counsel of its desire to inspect and test a specific unit, to commence disposal of all of these EHUs commencing on August 10, 2009. Table No. 1 identifies for the parties where the EHUs are located, the number of EHUs at each location that will be disposed of, and identifying information available for each EHU.[1] *See* Exhibits 1-16 (providing identifying information for each EHU).

---

[1] On July 21, 2009, the United States provided Notice to Liaison Counsel of FEMA's intent to dispose of these EHUs and provided Liaison Counsel with a searchable Excel Spreadsheet containing information set forth in Exhibits 1-16. To extent any of the units to be disposed of is a "matched" unit, a party may obtain the Excel Spreadsheet from Liaison Counsel and use it to determine if a "matched" unit is on the list of units to be disposed of by FEMA.

**Table No. 1**

| Exh. | Location | Number of Units | Information Provided |
|---|---|---|---|
| Exh. 1 | Melville, LA | 501 | Barcode & VIN# |
| Exh. 2 | Carnes, MS | 502 | Barcode & VIN# |
| Exh. 3 | Columbia, MS | 382 | Barcode & VIN# |
| Exh. 4 | Ft. Pierce, FL | 502 | Barcode & VIN# |
| Exh. 5 | Hickory, MS | 502 | Barcode & VIN# |
| Exh. 6 | Lumberton, MS | 499 | Barcode & VIN# |
| Exh. 7 | Derrider, LA | 501 | Barcode & VIN# |
| Exh. 8 | Frostburg, MD | 562 | Barcode & VIN# |
| Exh. 9 | Ft. Worth, TX | 327 | Barcode & VIN# |
| Exh. 10 | Ft. Pickett, VA | 501 | Barcode & VIN# |
| Exh. 11 | Hope, AR | 501 | Barcode & VIN# |
| Exh. 12 | Lottie, LA | 501 | Barcode & VIN# |
| Exh. 13 | Purvis, MS | 502 | Barcode & VIN# |
| Exh. 14 | Baton Rouge, LA | 501 | Barcode & VIN# |
| Exh. 15 | Craig Field, AL | 502 | Barcode & VIN# |
| Exh. 16 | Cumberland, MD | 19 | Barcode & VIN# |

In the event that a party determines that they want to inspect or test any of these EHUs they should immediately notify their Liaison Counsel of their intent, and Liaison Counsel should provide to Government Counsel on or before Friday, August, 7, 2009, a single list identifying any such units by Location, Barcode and Vehicle Identification Number, and make arrangements to inspect and/or test the selected units on or before Friday, August 30, 2009.  Any EHUs that Liaison Counsel identifies on or before August 7, 2009, as an EHU of interest will be held by FEMA until August 30, 2009, to allow Liaison Counsel an opportunity to inspect and test the

unit prior to its disposal.   For any EHUs not identified by Liaison Counsel as an EHU of interest, on August 7, 2009, it is FEMA's intent to commence disposal of those EHUs on August 10, 2009.

| | |
|---|---|
| Dated: July 26, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on July 26 , 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)