FC-Melville West

|    | A          | B                 |
|----|------------|-------------------|
| 1  | BARCODE ID | SERIAL NUMBER     |
| 2  | 145597     | 5L4TF332053008656 |
| 3  | 174837     | 1EB1T322756009244 |
| 4  | 174901     | 4X4TWDH255R333882 |
| 5  | 175390     | 1NL1GTR2951062384 |
| 6  | 551609     | 1EB1F322754007271 |
| 7  | 724864     | 1EB1F322254007288 |
| 8  | 728146     | 4X4TSMH205J014724 |
| 9  | 1037431    | 1NL1GTR2851021700 |
| 10 | 1038182    | 1NL1GTR2551020326 |
| 11 | 1038287    | 4YDT32B265E315598 |
| 12 | 1038419    | 1NL1GTR2451020480 |
| 13 | 1038632    | 1NL1GTR2551069445 |
| 14 | 1038706    | 1EB1T322656009932 |
| 15 | 1038828    | 1EB1F322254008425 |
| 16 | 1042761    | 4WYT34P2061207998 |
| 17 | 1042771    | 19LBA02R26A063756 |
| 18 | 1043921    | 4WYT34P2261208537 |
| 19 | 1049905    | 1NL1GTR2651020612 |
| 20 | 1054076    | 1NL1GTR2951021043 |
| 21 | 1055020    | 1NL1GTR2351068441 |
| 22 | 1059981    | 1NL1GTR2X51069229 |
| 23 | 1105536    | 1NL1GTR2461073360 |
| 24 | 1106575    | 1NL1GTR2161066320 |
| 25 | 1107856    | 1NL1GTR2061074148 |
| 26 | 1108729    | 1NL1GTR2861030365 |
| 27 | 1109411    | 1NL1GTR2861030477 |
| 28 | 1110129    | 1NL1GTR2361066965 |
| 29 | 1110619    | 1NL1GTR2461001025 |
| 30 | 1110717    | 1NL1GTR2461001123 |
| 31 | 1110954    | 1NL1GTR2761001360 |
| 32 | 1110979    | 1NL1GTR2161001385 |
| 33 | 1110980    | 1NL1GTR2361001386 |
| 34 | 1111375    | 1NL1GTR2961001781 |
| 35 | 1111461    | 1NL1GTR2861001867 |
| 36 | 1111462    | 1NL1GTR2X61001868 |
| 37 | 1111500    | 1NL1GTR2361001906 |
| 38 | 1111561    | 1NL1GTR2161001967 |
| 39 | 1111641    | 1NL1GTR2861002047 |
| 40 | 1111769    | 1NL1GTR2661002175 |
| 41 | 1111812    | 1NL1GTR2961002218 |
| 42 | 1111971    | 1NL1GTR2761002377 |
| 43 | 1112007    | 1NL1GTR2761002413 |
| 44 | 1112028    | 1NL1GTR2461002434 |
| 45 | 1112039    | 1NL1GTR2961002445 |
| 46 | 1112221    | 1NL1GTR2461002627 |
| 47 | 1112246    | 1NL1GTR2361002652 |
| 48 | 1112398    | 1NL1GTR2061002804 |
| 49 | 1113222    | 1NL1GTR2661040215 |

FEMA163-000068

FC-Melville West

|    | A | B |
|----|------------|-------------------|
| 1  | **BARCODE ID** | **SERIAL NUMBER** |
| 50 | 1113712 | 1NL1GTR2961040421 |
| 51 | 1113715 | 1NL1GTR2461040424 |
| 52 | 1113719 | 1NL1GTR2161040428 |
| 53 | 1113920 | 1NL1GTR2461040519 |
| 54 | 1116542 | 1NL1GTR2261040728 |
| 55 | 1118100 | 1NL1GTR2061024365 |
| 56 | 1118104 | 1NL1GTR2X61077025 |
| 57 | 1118189 | 1NL1GTR2361031407 |
| 58 | 1118263 | 1NL1GTR2461024384 |
| 59 | 1118346 | 1NL1GTR2061082220 |
| 60 | 1118897 | 1NL1GTR2561035586 |
| 61 | 1118988 | 1NL1GTR2861024503 |
| 62 | 1118989 | 1NL1GTR2X61024504 |
| 63 | 1118998 | 1NL1GTR2061024513 |
| 64 | 1119388 | 1NL1GTR2661082335 |
| 65 | 1119625 | 1NL1GTR2861050941 |
| 66 | 1120513 | 1NL1GTR2361041161 |
| 67 | 1120728 | 1NL1GTR2061041263 |
| 68 | 1120903 | 1NL1GTR2161045306 |
| 69 | 1120978 | 1NL1GTR2261041801 |
| 70 | 1121131 | 1NL1GTR2X61024745 |
| 71 | 1121166 | 1NL1GTR2861051040 |
| 72 | 1121772 | 1NL1GTR2161082470 |
| 73 | 1121970 | 1NL1GTR2561032008 |
| 74 | 1121981 | 1NL1GTR2961082488 |
| 75 | 1122212 | 1NL1GTR2761025237 |
| 76 | 1122377 | 1NL1GTR2861082563 |
| 77 | 1122619 | 1NL1GTR2961016068 |
| 78 | 1123020 | 1NL1GTR2661016268 |
| 79 | 1123069 | 1NL1GTR2361041452 |
| 80 | 1123074 | 1NL1GTR2261041457 |
| 81 | 1123277 | 1NL1GTR2261016378 |
| 82 | 1123759 | 1NL1GTR2061036113 |
| 83 | 1123894 | 1NL1GTR2X61051265 |
| 84 | 1124021 | 1NL1GTR2361036154 |
| 85 | 1124275 | 1NL1GTR2761036206 |
| 86 | 1124384 | 1NL1GTR2861032245 |
| 87 | 1124881 | 1NL1GTR2561025527 |
| 88 | 1124883 | 1NL1GTR2961025529 |
| 89 | 1124906 | 1NL1GTR2461025552 |
| 90 | 1124929 | 1NL1GTR2X61082726 |
| 91 | 1124954 | 1NL1GTR2X61077767 |
| 92 | 1125182 | 1NL1GTR2361041659 |
| 93 | 1125483 | 1NL1GTR2161041756 |
| 94 | 1125741 | 1NL1GTR2161041871 |
| 95 | 1126241 | 1NL1GTR2061036306 |
| 96 | 1126243 | 1NL1GTR2461036308 |
| 97 | 1126357 | 1NL1GTR2561051495 |

FC-Melville West

| | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 98 | 1126567 | 1NL1GTR2461036390 |
| 99 | 1126787 | 1NL1GTR2561082813 |
| 100 | 1126903 | 1NL1GTR2661025715 |
| 101 | 1127223 | 1NL1GTR2261082882 |
| 102 | 1127570 | 1NL1GTR2961051631 |
| 103 | 1127681 | 1NL1GTR2061032661 |
| 104 | 1128107 | 1NL1GTR2761078018 |
| 105 | 1128222 | 1NL1GTR2561078020 |
| 106 | 1128319 | 1NL1GTR2561078034 |
| 107 | 1128350 | 1NL1GTR2361032749 |
| 108 | 1128415 | 1NL1GTR2961025983 |
| 109 | 1128698 | 1NL1GTR2361036722 |
| 110 | 1128843 | 1NL1GTR2161068133 |
| 111 | 1128880 | 1NL1GTR2561026063 |
| 112 | 1129063 | 1NL1GTR2061051842 |
| 113 | 1129186 | 1NL1GTR2061036855 |
| 114 | 1129406 | 1NL1GTR2561026127 |
| 115 | 1129500 | 1NL1GTR2361032928 |
| 116 | 1129512 | 1NL1GTR2461032940 |
| 117 | 1129705 | 1NL1GTR2461026202 |
| 118 | 1130117 | 1NL1GTR2661052042 |
| 119 | 1130355 | 1NL1GTR2561052064 |
| 120 | 1130466 | 1NL1GTR2461037166 |
| 121 | 1130770 | 1NL1GTR2X61083276 |
| 122 | 1130847 | 1NL1GTR2361026448 |
| 123 | 1131201 | 1NL1GTR2461083323 |
| 124 | 1146267 | 1PAT80Y206M007228 |
| 125 | 1146481 | 47CTD9N225M419921 |
| 126 | 1146508 | 1UJBJ02N351EF1552 |
| 127 | 1146582 | 1EC1R252764010410 |
| 128 | 1146648 | 1UJBJ02PX51EW0691 |
| 129 | 1146698 | 4YDT243215B062771 |
| 130 | 1146735 | 47CTD9L265M421898 |
| 131 | 1146952 | 1UJBJ02R261EM0356 |
| 132 | 1147000 | 4X4TCKC256P096960 |
| 133 | 1147001 | 1PAT64Z235P003392 |
| 134 | 1147041 | 4X4TCKD216P098638 |
| 135 | 1147070 | 4X4TSVF216L006968 |
| 136 | 1147094 | 4UBAS0M2431P35969 |
| 137 | 1147137 | 4X4TWDF216A237217 |
| 138 | 1147152 | 1PAT64Z285P002965 |
| 139 | 1147386 | 4X4TSAG235J019304 |
| 140 | 1147496 | 4YDT281265L607982 |
| 141 | 1155208 | 4YDT300276A224677 |
| 142 | 1155694 | 4X4TCKD236P098611 |
| 143 | 1155821 | 4X4TSVB245L006161 |
| 144 | 1155855 | 4YDT303256L610269 |
| 145 | 1155862 | 4YDT271236L610155 |

FEMA163-000070

FC-Melville West

|     | A | B |
| --- | --- | --- |
| 1   | BARCODE ID | SERIAL NUMBER |
| 146 | 1155865 | 4YDT274206A224042 |
| 147 | 1155895 | 4YDT303215A217511 |
| 148 | 1156123 | 1SE200L216C000496 |
| 149 | 1156218 | 1UJBJ02P451JY0262 |
| 150 | 1157053 | 4YDT25R285G909771 |
| 151 | 1157200 | 4X4TSMH206C008606 |
| 152 | 1160005 | 47CTA2L285L114397 |
| 153 | 1160017 | 5C1TC29204P006937 |
| 154 | 1160033 | 5KDBE26246L002376 |
| 155 | 1160036 | 1UJBJ02N351JP0403 |
| 156 | 1160037 | 4YDT2412X6L610121 |
| 157 | 1160056 | 1PAT64V266P004382 |
| 158 | 1160062 | 4X4TWDZ235A234491 |
| 159 | 1160080 | 5KDBE29205L002045 |
| 160 | 1160174 | 47CTD4N215G516027 |
| 161 | 1160539 | 1EB1T322655340418 |
| 162 | 1160841 | 1NL1XTN2461012998 |
| 163 | 1161497 | 4YDT250276K126971 |
| 164 | 1162434 | 19LBA02R86A063728 |
| 165 | 1167134 | 1EB1F322464011697 |
| 166 | 1173720 | 1TC2B969961307879 |
| 167 | 1174183 | 1TC2B969X61308491 |
| 168 | 1174252 | 1TC2B969461308504 |
| 169 | 1180330 | 5L4TF332863016120 |
| 170 | 1180502 | 5L4TF332763016139 |
| 171 | 1180525 | 1KB131L286W160122 |
| 172 | 1180785 | 4X4TWDH286T133695 |
| 173 | 1181180 | 4X4TSMH236C008812 |
| 174 | 1181394 | 4X4TSMH276T104314 |
| 175 | 1181444 | 1SABS02N452KB6172 |
| 176 | 1181659 | 47CTFTR2666520822 |
| 177 | 1182099 | 1PAT64Z296P005746 |
| 178 | 1182148 | 1KB131L236W160531 |
| 179 | 1182409 | 1TC2B375166100950 |
| 180 | 1187223 | 1EB1F322665342226 |
| 181 | 1194668 | 4X4TWDH266P100333 |
| 182 | 1199521 | 19LBA02R56A063525 |
| 183 | 1216473 | 4YDT32B276F090037 |
| 184 | 1225884 | 5L4TF332963020810 |
| 185 | 1226026 | 5L4TF332163020834 |
| 186 | 1226100 | 5L4TF332263020888 |
| 187 | 1226143 | 5L4TF332263021037 |
| 188 | 1227672 | 1EB1F322161504142 |
| 189 | 1228072 | 1KB131L216E160324 |
| 190 | 1228361 | 1SE200P206F000921 |
| 191 | 1229143 | 1UJBJ02P461EN0708 |
| 192 | 1229254 | 1SABS02R661CK6705 |
| 193 | 1229363 | 1SE200P236F000847 |

FEMA163-000071

FC-Melville West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 194 | 1229379 | 47CTS5P236L116875 |
| 195 | 1230292 | 47CTFEN226M424797 |
| 196 | 1230655 | 1SABS02R662CK6424 |
| 197 | 1230904 | 5SFBT302X6E001832 |
| 198 | 1231678 | 4X4TSVY276L006485 |
| 199 | 1232165 | 4X4TWDH276P195131 |
| 200 | 1232326 | 1KB131L266E160870 |
| 201 | 1232383 | 4X4TWDH256T133752 |
| 202 | 1232499 | 4X4TSMH216C008842 |
| 203 | 1232980 | 4X4TSMH246J030250 |
| 204 | 1241724 | 5L4TF332763015511 |
| 205 | 1243261 | 5L4TF332463015479 |
| 206 | 1243615 | 5L4TF332163016010 |
| 207 | 1245047 | 5L4TF332363023654 |
| 208 | 1246606 | 1TC2B969761310179 |
| 209 | 1247232 | 1UJBJ02P161EP0849 |
| 210 | 1247419 | 1KB131L206W163872 |
| 211 | 1247608 | 1SE200P226F001519 |
| 212 | 1247912 | 1TC2B969061509946 |
| 213 | 1248356 | 5L4TF332663020201 |
| 214 | 1248665 | 5L4TF332763021535 |
| 215 | 1248995 | 5L4TF332763024077 |
| 216 | 1249703 | 1SE200P246F001747 |
| 217 | 1249980 | 1KB131L276W164596 |
| 218 | 1250828 | 5L4TF332X63014398 |
| 219 | 1255149 | 1KB131L256W164578 |
| 220 | 1255301 | 1NL1GTR2X61039004 |
| 221 | 1255532 | 1SE200P246F001828 |
| 222 | 1255593 | 5L4TF332163020638 |
| 223 | 1255801 | 5L4TF332763020899 |
| 224 | 1255901 | 5L4TF332063020789 |
| 225 | 1255928 | 5L4TF332563021033 |
| 226 | 1255975 | 1KB131L2X6W165063 |
| 227 | 1256079 | 5L4TF332863020779 |
| 228 | 1256721 | 1TC2B969461001964 |
| 229 | 1256898 | 5L4TF332063021280 |
| 230 | 1257125 | 4CJ1F322766505246 |
| 231 | 1265216 | 1EB1F322365342412 |
| 232 | 1265759 | 4YDT320296C128632 |
| 233 | 1275123 | 4X4TWDH206P007081 |
| 234 | 1275126 | 1KB131L206E161335 |
| 235 | 1275159 | 4X4TSMH246C008897 |
| 236 | 1275258 | 4X4TWDH246R335947 |
| 237 | 1275308 | 1KB131L236E161314 |
| 238 | 1275523 | 4X4TWDH216P195464 |
| 239 | 1275551 | 1EB1F322166012486 |
| 240 | 1275810 | 4X4TWDH226T133918 |
| 241 | 1275859 | 1KB131L266E161842 |

FC-Melville West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 242 | 1275958 | 4X4TSMH286C008952 |
| 243 | 1276054 | 1EB1F322564012695 |
| 244 | 1276297 | 1KB131L226W162562 |
| 245 | 1276503 | 4YDT298256C129244 |
| 246 | 1276729 | 4X4TWDH276P195579 |
| 247 | 1276796 | 4EZTS28256S095109 |
| 248 | 1277063 | 4X4TSMH246C009001 |
| 249 | 1277431 | 4CJ1F322461504620 |
| 250 | 1277940 | 1NL1GTR2861042127 |
| 251 | 1278136 | 1NL1GTR2161017053 |
| 252 | 1278199 | 1NL1GTR2361042200 |
| 253 | 1278354 | 1NL1GTR2861042225 |
| 254 | 1278412 | 1NL1GTR2461046207 |
| 255 | 1278465 | 1NL1GTR2561046264 |
| 256 | 1278573 | 1NL1GTR2461042304 |
| 257 | 1278696 | 1NL1GTR2061017240 |
| 258 | 1278748 | 1NL1GTR2061017285 |
| 259 | 1278790 | 1NL1GTR2161017327 |
| 260 | 1278849 | 1NL1GTR2561042408 |
| 261 | 1278987 | 1NL1GTR2861017373 |
| 262 | 1279012 | 1NL1GTR2361042424 |
| 263 | 1279092 | 1NL1GTR2461042464 |
| 264 | 1279154 | 1NL1GTR2061046446 |
| 265 | 1279169 | 1NL1GTR2761046461 |
| 266 | 1279206 | 1NL1GTR2861046498 |
| 267 | 1279286 | 1NL1GTR2961017432 |
| 268 | 1279294 | 1NL1GTR2861017440 |
| 269 | 1279323 | 1NL1GTR2X61017469 |
| 270 | 1279443 | 1NL1GTR2561017489 |
| 271 | 1279497 | 1NL1GTR2661046614 |
| 272 | 1279521 | 1NL1GTR2861042628 |
| 273 | 1279534 | 1NL1GTR2061042641 |
| 274 | 1279555 | 1NL1GTR2161017568 |
| 275 | 1279597 | 1NL1GTR2761017543 |
| 276 | 1279829 | 1NL1GTR2861042712 |
| 277 | 1279832 | 1NL1GTR2361042715 |
| 278 | 1279854 | 1NL1GTR2261042737 |
| 279 | 1280760 | 4WYT12L2X61602092 |
| 280 | 1281163 | 4XTTN302X6C262325 |
| 281 | 1282649 | 1EB1C282066012182 |
| 282 | 1285287 | 4YDT260296N129813 |
| 283 | 1285310 | 4YDT260236N129824 |
| 284 | 1285341 | 4YDT260216N129790 |
| 285 | 1285370 | 4YDT260286N129771 |
| 286 | 1285466 | 4WYT12S2X61603454 |
| 287 | 1290045 | 1NL1GTR2461026541 |
| 288 | 1290391 | 1NL1GTR2X61033378 |
| 289 | 1290496 | 1NL1GTR2261037439 |

FEMA163-000073

FC-Melville West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 290 | 1290511 | 1NL1GTR2961037454 |
| 291 | 1290668 | 1NL1GTR2661078267 |
| 292 | 1291267 | 1NL1GTR2761037579 |
| 293 | 1291909 | 1NL1GTR2261033701 |
| 294 | 1291947 | 1NL1GTR2761037713 |
| 295 | 1291968 | 1NL1GTR2461037734 |
| 296 | 1291973 | 1NL1GTR2361037739 |
| 297 | 1292030 | 1NL1GTR2761078424 |
| 298 | 1292233 | 1NL1GTR2261033777 |
| 299 | 1292425 | 1NL1GTR2761037825 |
| 300 | 1292436 | 1NL1GTR2161037836 |
| 301 | 1292887 | 1NL1GTR2X61042937 |
| 302 | 1292970 | 1NL1GTR2761046945 |
| 303 | 1293120 | 1NL1GTR2461043002 |
| 304 | 1293394 | 1NL1GTR2761043091 |
| 305 | 1293525 | 1NL1GTR2761018028 |
| 306 | 1293591 | 1NL1GTR2261043158 |
| 307 | 1293602 | 1NL1GTR2761043169 |
| 308 | 1293665 | 1NL1GTR2X61043182 |
| 309 | 1293687 | 1NL1GTR2561043204 |
| 310 | 1294219 | 1NL1GTR2X61018217 |
| 311 | 1294261 | 1NL1GTR2461018259 |
| 312 | 1294292 | 1NL1GTR2361047381 |
| 313 | 1294451 | 1NL1GTR2461047440 |
| 314 | 1294528 | 1NL1GTR2161043491 |
| 315 | 1294641 | 1NL1GTR2561047530 |
| 316 | 1294655 | 1NL1GTR2561047544 |
| 317 | 1294777 | 1NL1GTR2461047566 |
| 318 | 1295002 | 1NL1GTR2361052581 |
| 319 | 1295197 | 1NL1GTR2861052639 |
| 320 | 1295227 | 1NL1GTR2461027026 |
| 321 | 1295273 | 1NL1GTR2161033866 |
| 322 | 1295405 | 1NL1GTR2961037972 |
| 323 | 1295408 | 1NL1GTR2361052645 |
| 324 | 1295457 | 1NL1GTR2861078853 |
| 325 | 1295631 | 1NL1GTR2561083718 |
| 326 | 1295653 | 1NL1GTR2161052692 |
| 327 | 1295671 | 1NL1GTR2X61052710 |
| 328 | 1295954 | 1NL1GTR2961052780 |
| 329 | 1296101 | 1NL1GTR2461034025 |
| 330 | 1296153 | 1NL1GTR2X61027208 |
| 331 | 1296246 | 1NL1GTR2261027252 |
| 332 | 1296396 | 1NL1GTR2X61038208 |
| 333 | 1296438 | 1NL1GTR2861052835 |
| 334 | 1296492 | 1NL1GTR2461034137 |
| 335 | 1296683 | 1NL1GTR2261078928 |
| 336 | 1296749 | 1NL1GTR2861034187 |
| 337 | 1296820 | 1NL1GTR2461083869 |

FEMA163-000074

FC-Melville West

|  | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 338 | 1297064 | 1NL1GTR2361038342 |
| 339 | 1297073 | 1NL1GTR2461038351 |
| 340 | 1297302 | 1NL1GTR2161034323 |
| 341 | 1297307 | 1NL1GTR2061034328 |
| 342 | 1297309 | 1NL1GTR2961034330 |
| 343 | 1297475 | 1NL1GTR2961068297 |
| 344 | 1298282 | 1NL1GTR2461053108 |
| 345 | 1298436 | 1NL1GTR2861003022 |
| 346 | 1298463 | 1NL1GTR2661003049 |
| 347 | 1298512 | 1NL1GTR2861003098 |
| 348 | 1298588 | 1NL1GTR2961003174 |
| 349 | 1298887 | 1NL1GTR2861003473 |
| 350 | 1299036 | 1NL1GTR2X61003622 |
| 351 | 1299370 | 1NL1GTR2461027625 |
| 352 | 1299744 | 1NL1GTR2961034604 |
| 353 | 1299875 | 1NL1GTR2361038650 |
| 354 | 1299917 | 1NL1GTR2061078510 |
| 355 | 1299928 | 1NL1GTR2461038673 |
| 356 | 1302588 | 47CTDER2X6G520661 |
| 357 | 1302797 | 1EB1F322262315087 |
| 358 | 1302814 | 1EB1F322061504312 |
| 359 | 1303071 | 1EB1F322X64013051 |
| 360 | 1303332 | 5CZ200R2461119415 |
| 361 | 1304130 | 1EB1F322666012497 |
| 362 | 1304424 | 5CH200R2261144303 |
| 363 | 1305217 | 4CJ1F322561504853 |
| 364 | 1305431 | 4X4TTHG256M007693 |
| 365 | 1305573 | 4CJ1F322X61504976 |
| 366 | 1305706 | 1EB1F322262314859 |
| 367 | 1305738 | 5CH200R2261144334 |
| 368 | 1305740 | 4X4TTHG2X6M007706 |
| 369 | 1305767 | 5CZ200R2861125346 |
| 370 | 1306065 | 1EB1F322662315223 |
| 371 | 1306267 | 4X4TWDH2X6P007153 |
| 372 | 1307107 | 4X4TTHG216M007688 |
| 373 | 1307115 | 5C1RF32276P009659 |
| 374 | 1307316 | 4CJ1F322365342746 |
| 375 | 1313104 | 1UJBJ02R861EJ0911 |
| 376 | 1313167 | 4CJ1F322061505067 |
| 377 | 1313215 | 4X4TTHG266M007721 |
| 378 | 1313466 | 1EB1F322362315258 |
| 379 | 1314114 | 4CJ1F322166012713 |
| 380 | 1314371 | 5CZ200R2361125433 |
| 381 | 1314690 | 1EB1F322062492253 |
| 382 | 1314690 | 1EB1F322062492253 |
| 383 | 1315329 | 4CJ1F322661505137 |
| 384 | 1315462 | 4CJ1F322566012746 |
| 385 | 1315927 | 1TC2B483351211496 |

FEMA163-000075

## FC-Melville West

|     | A          | B                 |
|-----|------------|-------------------|
| 1   | **BARCODE ID** | **SERIAL NUMBER** |
| 386 | 1316349    | 5CZ200R2961125548 |
| 387 | 1316544    | 4CJ1F322765342832 |
| 388 | 1316937    | 2EB1F322566504092 |
| 389 | 1316965    | 1EB1F322562315911 |
| 390 | 1317256    | 5CZ200R2461119804 |
| 391 | 1317419    | 2EB1F322166504154 |
| 392 | 1317472    | 4CJ1F322561505355 |
| 393 | 1325695    | 5CH200R2361144598 |
| 394 | 1325955    | 5CZ200R2661119867 |
| 395 | 1342677    | 4CJ1F322X66504754 |
| 396 | 1343072    | 5L4TF332063025698 |
| 397 | 1343118    | 5L4TF332663025740 |
| 398 | 1343359    | 4CJ1F322364014605 |
| 399 | 1343381    | 5L4TF332963025764 |
| 400 | 1343588    | 5C1RZ31296P010112 |
| 401 | 1343879    | 4CJ1F322966504745 |
| 402 | 1344368    | 4CJ1F322266505039 |
| 403 | 1344413    | 1UJBJ02PX61EP1451 |
| 404 | 1344512    | 1UJBJ02P161EP1497 |
| 405 | 1344884    | 4YDT32B255E315592 |
| 406 | 1345553    | 4X4TSMC286R394678 |
| 407 | 1345678    | 4V0TC31286F000944 |
| 408 | 1346161    | 1SE200P216F001785 |
| 409 | 1346572    | 4WYT12S2X61603521 |
| 410 | 1346666    | 1UJBJ02P161EP1192 |
| 411 | 1346847    | 5L4TF332563019735 |
| 412 | 1347235    | 4X4TWDE206A238859 |
| 413 | 1347555    | 1NL1GTR2261053219 |
| 414 | 1347576    | 1NL1GTR2461053240 |
| 415 | 1347784    | 1NL1GTR2461027804 |
| 416 | 1347979    | 1NL1GTR2361038762 |
| 417 | 1347980    | 1NL1GTR2561038763 |
| 418 | 1348012    | 1NL1GTR2761038795 |
| 419 | 1348184    | 1NL1GTR2061027833 |
| 420 | 1348243    | 1NL1GTR2961068574 |
| 421 | 1348266    | 1NL1GTR2X61068597 |
| 422 | 1348388    | 1NL1GTR2661053367 |
| 423 | 1348532    | 1NL1GTR2061034782 |
| 424 | 1348740    | 1NL1GTR2X61027922 |
| 425 | 1348755    | 1NL1GTR2261084292 |
| 426 | 1348883    | 1NL1GTR2061038962 |
| 427 | 1348921    | 1NL1VTR2961064000 |
| 428 | 1349290    | 1NL1VTR2361064011 |
| 429 | 1349344    | 1NL1GTR2X61068731 |
| 430 | 1349518    | 1NL1GTR2161028019 |
| 431 | 1349591    | 1NL1GTR2X61068793 |
| 432 | 1349913    | 1NL1GTR2461028127 |
| 433 | 1350094    | 1NL1GTR2461047633 |

FEMA163-000076

FC-Melville West

|     | A | B |
|-----|---|---|
| 1   | **BARCODE ID** | **SERIAL NUMBER** |
| 434 | 1350233 | 1NL1GTR2361047722 |
| 435 | 1350589 | 1NL1GTR2161043846 |
| 436 | 1350639 | 1NL1GTR2361047798 |
| 437 | 1350755 | 1NL1GTR2561043901 |
| 438 | 1350782 | 1NL1GTR2361043928 |
| 439 | 1350809 | 1NL1GTR2161018686 |
| 440 | 1350860 | 1NL1GTR2961043951 |
| 441 | 1350883 | 1NL1GTR2X61043974 |
| 442 | 1351182 | 1NL1VTR2961048007 |
| 443 | 1351248 | 1NL1GTR2761018823 |
| 444 | 1351267 | 1NL1GTR2061018842 |
| 445 | 1351441 | 1NL1VTR2061044167 |
| 446 | 1351704 | 1NL1VTR2361048228 |
| 447 | 1351722 | 1NL1VTR2561048246 |
| 448 | 1351727 | 1NL1VTR2061044251 |
| 449 | 1351933 | 1NL1VTR2661044352 |
| 450 | 1351970 | 1NL1GTR2X61019044 |
| 451 | 1352020 | 1NL1VTR2361048309 |
| 452 | 1352277 | 1NL1VTR2861044451 |
| 453 | 1352315 | 1NL1GTR2061019179 |
| 454 | 1352432 | 1NL1VTR2161044467 |
| 455 | 1352470 | 1NL1VTR2661048434 |
| 456 | 1352750 | 1NL1VTR2661053617 |
| 457 | 1352884 | 1NL1VTR2561060168 |
| 458 | 1352885 | 1NL1VTR2761060169 |
| 459 | 1352946 | 1NL1GTR2261028241 |
| 460 | 1353072 | 1NL1GTR2X61084475 |
| 461 | 1353257 | 1NL1GTR2161028280 |
| 462 | 1353291 | 1NL1VTR2461053714 |
| 463 | 1353449 | 1NL1VTR2561060302 |
| 464 | 1353530 | 1NL1VTR2861053764 |
| 465 | 1354434 | 1NL1VTR2X61060408 |
| 466 | 1354458 | 1NL1VTR2761060432 |
| 467 | 1354521 | 1NL1GTR2261028420 |
| 468 | 1354542 | 1NL1VTR2961084599 |
| 469 | 1354561 | 1NL1VTR2961084618 |
| 470 | 1354575 | 1NL1VTR2061053841 |
| 471 | 1355055 | 1NL1GTR2561028525 |
| 472 | 1355379 | 1NL1VTR2361060637 |
| 473 | 1356054 | 1NL1VTR2161060796 |
| 474 | 1356132 | 1NL1VTR2061054116 |
| 475 | 1356304 | 1NL1VTR2461064910 |
| 476 | 1356476 | 1NL1VTR2561060882 |
| 477 | 1356763 | 1NL1GTR2061028853 |
| 478 | 1356773 | 1NL1GTR2761028736 |
| 479 | 1357188 | 1NL1VTR2061065164 |
| 480 | 1357253 | 1NL1VTR2661054380 |
| 481 | 1357445 | 1NL1GTR2661028985 |

FEMA163-000077

FC-Melville West

|     | A          | B             |
| --- | ---------- | ------------- |
| 1   | **BARCODE ID** | **SERIAL NUMBER** |
| 482 | 1357493    | 1NL1VTR2961065227 |
| 483 | 1358798    | 1NL1VTR2561049025 |
| 484 | 1360683    | 1NL1GTR2661029506 |
| 485 | 1360878    | 1NL1GTR2761029625 |
| 486 | 1360883    | 1NL1GTR2061029630 |
| 487 | 1372558    | 4CJ1F322561506229 |
| 488 | 1372587    | 5CZ200P2661127146 |
| 489 | 1372695    | 5CZ200P2X61127134 |
| 490 | 1372945    | 5CZ200P2661127227 |
| 491 | 1372965    | 5CZ200P2861128444 |
| 492 | 1373019    | 1F9BE30286F309298 |
| 493 | 1373020    | 5CZ200P2561128448 |
| 494 | 1374011    | 5CZ200P2961128615 |
| 495 | 1375946    | 4CJ1F322962900178 |
| 496 | 1375959    | 4CJ1F322462900122 |
| 497 | 1382759    | 4CJ1F322061506252 |
| 498 | 1382833    | 4CJ1F322061506249 |
| 499 | 1383562    | 1NL1GTR2951068654 |
| 500 | 1383565    | 1NL1GTR2751021784 |
| 501 | 1394049    | 1NL1GTR2851062781 |