FC-Carnes, MS Central

|   | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 3 | 119677 | 4X4TSMH285J014762 |
| 4 | 145146 | 1NL1GTR2751021445 |
| 5 | 174884 | 4YDT32B28GE315344 |
| 6 | 175081 | 1NL1GTR2551062334 |
| 7 | 681206 | 1EB1F322754008520 |
| 8 | 1037902 | 1NL1GTR2551064388 |
| 9 | 1038705 | 1NL1GTR2651021727 |
| 10 | 1038835 | 1EB1F322254008361 |
| 11 | 1038883 | 1EB1F322652813808 |
| 12 | 1039019 | 1EB1T322555340359 |
| 13 | 1040532 | 1NL1GTR2351068844 |
| 14 | 1041333 | 1NL1GTR2451021192 |
| 15 | 1042263 | 1NL1GTR2851065096 |
| 16 | 1055114 | 1NL1GTR2651020755 |
| 17 | 1105862 | 1NL1GTR2461013840 |
| 18 | 1106109 | 1NL1GTR2861066234 |
| 19 | 1106556 | 1NL1GTR2961073757 |
| 20 | 1106687 | 1NL1GTR2361022996 |
| 21 | 1107021 | 1NL1GTR2761074065 |
| 22 | 1107650 | 1NL1GTR2261014128 |
| 23 | 1108168 | 1NL1GTR2261066648 |
| 24 | 1108418 | 1NL1GTR2061074229 |
| 25 | 1108881 | 1NL1GTR2461023395 |
| 26 | 1109398 | 1NL1GTR2661014410 |
| 27 | 1109772 | 1NL1GTR2761066886 |
| 28 | 1109815 | 1NL1GTR2261023959 |
| 29 | 1110407 | 1NL1GTR2261074667 |
| 30 | 1110460 | 1NL1GTR2861074799 |
| 31 | 1110646 | 1NL1GTR2761001052 |
| 32 | 1110670 | 1NL1GTR2X61001076 |
| 33 | 1110983 | 1NL1GTR2961001389 |
| 34 | 1111146 | 1NL1GTR2561001552 |
| 35 | 1111244 | 1NL1GTR2561001650 |
| 36 | 1111268 | 1NL1GTR2861001674 |
| 37 | 1111314 | 1NL1GTR2061001720 |
| 38 | 1111394 | 1NL1GTR2961001800 |
| 39 | 1111524 | 1NL1GTR2061001930 |
| 40 | 1111651 | 1NL1GTR2061002057 |
| 41 | 1111734 | 1NL1GTR2961002140 |
| 42 | 1111833 | 1NL1GTR2661002239 |
| 43 | 1111956 | 1NL1GTR2561002362 |
| 44 | 1112137 | 1NL1GTR2961002543 |
| 45 | 1112474 | 1NL1GTR2561002880 |
| 46 | 1112968 | 1NL1GTR2761040109 |
| 47 | 1113081 | 1NL1GTR2961014711 |
| 48 | 1113135 | 1NL1GTR2161040185 |
| 49 | 1113547 | 1NL1GTR2X61014989 |
| 50 | 1114104 | 1NL1GTR2161067113 |

FC-Carnes, MS Central

|    | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 51 | 1114328 | 1NL1GTR2761050431 |
| 52 | 1114353 | 1NL1GTR2161067158 |
| 53 | 1114357 | 1NL1GTR2361067162 |
| 54 | 1114475 | 1NL1GTR2961074861 |
| 55 | 1114666 | 1NL1GTR2X61030870 |
| 56 | 1115245 | 1NL1GTR2X61067336 |
| 57 | 1115367 | 1NL1GTR2461023994 |
| 58 | 1115561 | 1NL1GTR2961067408 |
| 59 | 1115648 | 1NL1GTR2461050547 |
| 60 | 1115693 | 1NL1GTR2X61031100 |
| 61 | 1116048 | 1NL1GTR2561050606 |
| 62 | 1116332 | 1NL1GTR2261040602 |
| 63 | 1116434 | 1NL1GTR2961040662 |
| 64 | 1116490 | 1NL1GTR2661015279 |
| 65 | 1116499 | 1NL1GTR2761015288 |
| 66 | 1116866 | 1NL1GTR2561045017 |
| 67 | 1116913 | 1NL1GTR2661015542 |
| 68 | 1117127 | 1NL1GTR2561015614 |
| 69 | 1117431 | 1NL1GTR2461024207 |
| 70 | 1118081 | 1NL1GTR2761024346 |
| 71 | 1118667 | 1NL1GTR2561031523 |
| 72 | 1119037 | 1NL1GTR2861050874 |
| 73 | 1119058 | 1NL1GTR2261077262 |
| 74 | 1119531 | 1NL1GTR2361024635 |
| 75 | 1119799 | 1NL1GTR2561031747 |
| 76 | 1119901 | 1NL1GTR2661050971 |
| 77 | 1119903 | 1NL1GTR2X61050973 |
| 78 | 1119907 | 1NL1GTR2761050977 |
| 79 | 1119932 | 1NL1GTR2461077439 |
| 80 | 1120507 | 1NL1GTR2861041155 |
| 81 | 1120632 | 1N1LGTR2761015890 |
| 82 | 1120655 | 1NL1GTR2661015914 |
| 83 | 1120878 | 1NL1GTR2061045281 |
| 84 | 1121481 | 1NLIGTR2761035864 |
| 85 | 1121489 | 1NL1GTR2661035872 |
| 86 | 1121829 | 1NL1GTR2661025147 |
| 87 | 1121848 | 1NL1GTR2X61025166 |
| 88 | 1122037 | 1NL1GTR2161032023 |
| 89 | 1122077 | 1NL1GTR2361035991 |
| 90 | 1122637 | 1NL1GTR2861045349 |
| 91 | 1122693 | 1NL1GTR2961016085 |
| 92 | 1123095 | 1NL1GTR2X61041478 |
| 93 | 1123119 | 1NL1GTR2461045459 |
| 94 | 1123434 | 1NL1GTR2661045561 |
| 95 | 1123994 | 1EB1F322X62490929 |
| 96 | 1124115 | 1NL1GTR2061082637 |
| 97 | 1124142 | 1NL1GTR2061051291 |
| 98 | 1124148 | 1NL1GTR2161051297 |

FEMA163-000091

FC-Carnes, MS Central

|   | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 99 | 1124260 | 1NL1GTR2561051335 |
| 100 | 1124274 | 1NL1GTR2561036205 |
| 101 | 1124376 | 1NL1GTR2561025432 |
| 102 | 1124880 | 1NL1GTR2361025526 |
| 103 | 1125245 | 1NL1GTR2661045642 |
| 104 | 1125280 | 1NL1GTR2461041671 |
| 105 | 1125347 | 1NL1GTR2X61041738 |
| 106 | 1125367 | 1NL1GTR2761045682 |
| 107 | 1125509 | 1NL1GTR2261041782 |
| 108 | 1125766 | 1NL1GTR2561045826 |
| 109 | 1126026 | 1NL1GTR2061045877 |
| 110 | 1126148 | 1NL1GTR2161025587 |
| 111 | 1126329 | 1NL1GTR2161082792 |
| 112 | 1126331 | 1NL1GTR2561082794 |
| 113 | 1126530 | 1NL1GTR2061025645 |
| 114 | 1126547 | 1NL1GTR2961036370 |
| 115 | 1126699 | 1NL1GTR2661025682 |
| 116 | 1126911 | 1NL1GTR2061077860 |
| 117 | 1127160 | 1NL1GTR2161036475 |
| 118 | 1127355 | 1NL1GTR2361032587 |
| 119 | 1127728 | 1NL1GTR2X61036636 |
| 120 | 1128203 | 1NL1GTR2861051703 |
| 121 | 1128311 | 1NL1GTR2661051716 |
| 122 | 1128360 | 1NL1GTR2661032759 |
| 123 | 1128532 | 1NL1GTR2861051748 |
| 124 | 1128625 | 1NL1GTR2361032802 |
| 125 | 1129021 | 1NL1GTR2061083058 |
| 126 | 1129655 | 1NL1GTR2061083142 |
| 127 | 1129802 | 1NL1GTR2561037001 |
| 128 | 1129810 | 1NL1GTR2X61037009 |
| 129 | 1129970 | 1NL1GTR2X61026267 |
| 130 | 1130295 | 1NL1GTR2961068221 |
| 131 | 1130358 | 1NL1GTR2061052067 |
| 132 | 1130438 | 1NL1GTR2X61037138 |
| 133 | 1130821 | 1NL1GTR2261052152 |
| 134 | 1131063 | 1NL1GTR2561052162 |
| 135 | 1131118 | 1NL1GTR2061033289 |
| 136 | 1131152 | 1NL1GTR2661037279 |
| 137 | 1144168 | 4YDT2962X5C118001 |
| 138 | 1144304 | 1UJBJ02P261EN0397 |
| 139 | 1144746 | 1S4BT302853012533 |
| 140 | 1144859 | 4YDT30F255E317390 |
| 141 | 1145194 | 1PAT64Z246P004598 |
| 142 | 1147086 | 1SL200N225F001031 |
| 143 | 1152522 | 4YDT281285L608843 |
| 144 | 1152831 | 1PAT80Y215M006118 |
| 145 | 1152912 | 47CTD1S266P613339 |
| 146 | 1152997 | 1TC2B155263001191 |

FEMA163-000092

FC-Carnes, MS Central

|   | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 147 | 1153097 | 4X4TFLC276D810098 |
| 148 | 1153372 | 1TC2B069763000467 |
| 149 | 1153421 | 4YDT2962X5C121741 |
| 150 | 1153473 | 1SABS02R662CK6245 |
| 151 | 1153494 | 4YDT29F266E318718 |
| 152 | 1154336 | 4X4TSMH206J030097 |
| 153 | 1154624 | 4YDT291276L611269 |
| 154 | 1154692 | 4YDT2912X6L611279 |
| 155 | 1154718 | 4X4TSMF245R393554 |
| 156 | 1154901 | 1EB1F322462491042 |
| 157 | 1156726 | 5C1TG29276P008613 |
| 158 | 1157179 | 4X4TCKP216P098246 |
| 159 | 1161039 | 4X4TCRF225P190636 |
| 160 | 1162033 | 5CH200R2561143985 |
| 161 | 1162109 | 47CTS5P2X6L116713 |
| 162 | 1165054 | 4X4TFLG215D804807 |
| 163 | 1165056 | 4X4TWDE286A236793 |
| 164 | 1165218 | 1SABS02P661DC1310 |
| 165 | 1165264 | 5C1RG29206P009127 |
| 166 | 1165379 | 1N61GTT2751060741 |
| 167 | 1165432 | 4WYT06M2251403061 |
| 168 | 1165433 | 1UJBJ02N561EF0324 |
| 169 | 1166121 | 5M6TE32285S001829 |
| 170 | 1166151 | 1ED1B312765341591 |
| 171 | 1166630 | 1KB1A1K276E158259 |
| 172 | 1167151 | 1EB1F322065341881 |
| 173 | 1167468 | 1EF1C282166011573 |
| 174 | 1181029 | 4X4TSMH216C008727 |
| 175 | 1187171 | 1EB1F322665342145 |
| 176 | 1192515 | 1UJBJ02R661EM0490 |
| 177 | 1192909 | 1UJBJ02P861EN1005 |
| 178 | 1193087 | 5SFBT30296E001186 |
| 179 | 1193224 | 4X4TWDG236A237766 |
| 180 | 1193610 | 4X4TPUF296P006186 |
| 181 | 1193674 | 1TC2B969461305599 |
| 182 | 1193689 | 1EF1C282166011623 |
| 183 | 1194031 | 5CZ200R2561118547 |
| 184 | 1194371 | 4YDT31R256G919097 |
| 185 | 1194479 | 4EZTS382X5S028011 |
| 186 | 1194836 | 1EB1F322362314210 |
| 187 | 1198296 | 1EB1F322862491139 |
| 188 | 1198718 | 47CTDER296G520408 |
| 189 | 1198816 | 47CTDER226G520492 |
| 190 | 1199003 | 1KB131L276E159825 |
| 191 | 1199346 | 5L4TF332063013633 |
| 192 | 1200428 | 4X5TSMH256J030502 |
| 193 | 1200557 | 47CTDER266G520687 |
| 194 | 1200646 | 4V0TC30276B007473 |

FEMA163-000093

FC-Carnes, MS Central

|     | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 195 | 1200667 | 1UJBJ02N761EF0941 |
| 196 | 1200794 | 10FBA02P661016043 |
| 197 | 1201401 | 1KB131L206E160363 |
| 198 | 1201685 | 1EB1T322466012393 |
| 199 | 1201694 | 4X4TWDH2X6P194765 |
| 200 | 1225963 | 1KB131L2X6W165001 |
| 201 | 1227995 | 4X4TSMH246C008818 |
| 202 | 1228062 | 4X4TSMH236T104343 |
| 203 | 1228461 | 1KB131L226E160719 |
| 204 | 1228641 | 1KB131L1X6W161062 |
| 205 | 1229215 | 4X4TSVV266L007227 |
| 206 | 1229512 | 4YDT260206N129571 |
| 207 | 1229747 | 4X4TSMH246C008723 |
| 208 | 1230235 | 1EB1F322461504328 |
| 209 | 1231834 | 1KB131L246W162031 |
| 210 | 1231847 | 4X4TWDH296P007001 |
| 211 | 1231891 | 4X4TWDH246P006578 |
| 212 | 1232092 | 4X4TWDH296P195129 |
| 213 | 1232150 | 4X4TWDH296P195390 |
| 214 | 1232169 | 4X4TSMH266C008867 |
| 215 | 1233172 | 1SABS02R961CK6696 |
| 216 | 1233224 | 4X4TSMH256J016258 |
| 217 | 1233283 | 47CTCRS286C653169 |
| 218 | 1233757 | 4X4TCKD286P099995 |
| 219 | 1234201 | 1KB131L236E159966 |
| 220 | 1234236 | 1KB131L2X6E159964 |
| 221 | 1234530 | 4X4TSMH296J030647 |
| 222 | 1234788 | 4X4TCKD226P099961 |
| 223 | 1240662 | 1SABS02R962CK6627 |
| 224 | 1240950 | 47CTDER286G520786 |
| 225 | 1240983 | 1NL1GTR2261035853 |
| 226 | 1241238 | 4EZTS29236S116473 |
| 227 | 1241478 | 5L4TF332963015302 |
| 228 | 1241485 | 1TC2B969561307734 |
| 229 | 1241524 | 1UJBJ02RX61EJ0781 |
| 230 | 1241564 | 1KB131L236W162666 |
| 231 | 1242152 | 1KB131L286W162999 |
| 232 | 1242262 | 5L4TF332063014880 |
| 233 | 1243296 | 47CTA2P206L117953 |
| 234 | 1243788 | 1TC2B970463001676 |
| 235 | 1244061 | 4WYT34P2461209639 |
| 236 | 1244151 | 4V0TC31226F000387 |
| 237 | 1244249 | 1TC2B970461308633 |
| 238 | 1244415 | 5SFBT30296E002258 |
| 239 | 1244750 | 47CTCRS226C653037 |
| 240 | 1245045 | 4V0TC31236F000480 |
| 241 | 1245054 | 5L4TF332263021670 |
| 242 | 1245403 | 1EF1C322366011489 |

FC-Carnes, MS Central

|   | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 243 | 1245499 | 4YDT3032X6A225270 |
| 244 | 1246361 | 4X4TWDG266A238300 |
| 245 | 1246744 | 4S4TRLC256D090498 |
| 246 | 1246750 | 4X4TRLC296D090519 |
| 247 | 1247092 | 1NL1GTR2661036813 |
| 248 | 1247356 | 1S4BT302663014461 |
| 249 | 1247589 | 5L4TF332363023735 |
| 250 | 1247630 | 1TC2B969161509924 |
| 251 | 1248407 | 1KB131L276W164002 |
| 252 | 1248516 | 5L4TF332563020206 |
| 253 | 1248595 | 5L4TF332963021455 |
| 254 | 1249775 | 5L4TF332263024102 |
| 255 | 1249794 | 5L4TF332663020411 |
| 256 | 1250160 | 4X4TWDH216P195173 |
| 257 | 1250214 | 4X4TCKD216P100047 |
| 258 | 1250422 | 1UJBJ02R661EM0702 |
| 259 | 1250621 | 47CTDER246G520719 |
| 260 | 1250722 | 4X4TWDH296P195289 |
| 261 | 1250805 | 4X4TSMH216J030769 |
| 262 | 1251175 | 4WYT02P2261708808 |
| 263 | 1251211 | 4V0TC31256B007664 |
| 264 | 1251948 | 4X4TSVV216L007538 |
| 265 | 1251993 | 4V0TC31236B007663 |
| 266 | 1252073 | 1NL1GTR2X61035812 |
| 267 | 1252168 | 5L4TF332263013794 |
| 268 | 1255017 | 5L4TF332963021178 |
| 269 | 1255116 | 5L4TF332363021192 |
| 270 | 1255359 | 5L4TF332763020594 |
| 271 | 1255711 | 1TC2B969X61310600 |
| 272 | 1255770 | 5L4TF332463020634 |
| 273 | 1255960 | 1KB131L206W165007 |
| 274 | 1256914 | 5L4TF332363021077 |
| 275 | 1275056 | 1KB131L246E161337 |
| 276 | 1275124 | 4CJ1F322561504562 |
| 277 | 1275125 | 4X4TSMH296C008913 |
| 278 | 1275230 | 4X4TWDH296P195146 |
| 279 | 1275877 | 4X4TSMH276J016469 |
| 280 | 1275902 | 4X4TWDH2X6P195124 |
| 281 | 1276294 | 1KB131L246W162577 |
| 282 | 1276504 | 1LC2S2P256D305683 |
| 283 | 1276981 | 4X4TSMH246J030748 |
| 284 | 1277126 | 4CJ1F322161504610 |
| 285 | 1277136 | 4CJ1F322761504644 |
| 286 | 1277496 | 4X4TWDH286T133907 |
| 287 | 1277821 | 1NL1GTR2061016914 |
| 288 | 1277920 | 1NL1GTR2261042107 |
| 289 | 1277931 | 1NL1GTR2761042118 |
| 290 | 1278109 | 1NL1GTR2861046128 |

FEMA163-000095

FC-Carnes, MS Central

|   | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 291 | 1278370 | 1NL1GTR2661042241 |
| 292 | 1278456 | 1NL1GTR2461046255 |
| 293 | 1278462 | 1NL1GTR2X61046261 |
| 294 | 1278708 | 1NL1GTR2761017252 |
| 295 | 1279030 | 1NL1GTR2561042442 |
| 296 | 1279136 | 1NL1GTR2961042508 |
| 297 | 1279181 | 1NL1GTR2361046473 |
| 298 | 1279248 | 1NL1GTR2961042525 |
| 299 | 1279270 | 1NL1GTR2861042547 |
| 300 | 1279394 | 1NL1GTR2461042576 |
| 301 | 1279554 | 1NL1GTR2X61017567 |
| 302 | 1279901 | 1NL1GTR2461046708 |
| 303 | 1279940 | 1NL1GTR2461017709 |
| 304 | 1279971 | 1NL1GTR2961042752 |
| 305 | 1281332 | 1SABS02R361CK6953 |
| 306 | 1282341 | 4X4TSMH246J030779 |
| 307 | 1285463 | 4WYT12S2661603452 |
| 308 | 1288679 | 4WYT34P2461209527 |
| 309 | 1288959 | 4V0TC31206F000260 |
| 310 | 1290044 | 1NL1GTR2261026540 |
| 311 | 1290225 | 1NL1GTR2361083362 |
| 312 | 1290244 | 1NL1GTR2761083381 |
| 313 | 1290338 | 1NL1GTR2861037381 |
| 314 | 1290420 | 1NL1GTR2261033407 |
| 315 | 1290488 | 1NL1GTR2861037431 |
| 316 | 1290539 | 1NL1GTR2861026610 |
| 317 | 1290872 | 1NL1GTR2961033503 |
| 318 | 1290896 | 1NL1GTR2561037483 |
| 319 | 1290944 | 1NL1GTR2561078793 |
| 320 | 1290945 | 1NL1GTR2761078794 |
| 321 | 1291049 | 1NL1GTR2661026735 |
| 322 | 1291098 | 1NL1GTR2361033562 |
| 323 | 1291100 | 1NL1GTR2761033564 |
| 324 | 1291188 | 1NL1GTR2961078330 |
| 325 | 1291300 | 1NL1GTR2561026743 |
| 326 | 1291373 | 1NL1GTR2361037644 |
| 327 | 1291432 | 1NL1GTR2X61052402 |
| 328 | 1291595 | 1NL1GTR2161026836 |
| 329 | 1291761 | 1NL1GTR2361052449 |
| 330 | 1291874 | 1NL1GTR2061026889 |
| 331 | 1291887 | 1NL1GTR2X61026902 |
| 332 | 1291932 | 1NL1GTR2361033724 |
| 333 | 1292018 | 1NL1GTR2361052502 |
| 334 | 1292999 | 1NL1GTR2561046958 |
| 335 | 1293074 | 1NL1GTR2361017829 |
| 336 | 1293083 | 1NL1GTR2461017838 |
| 337 | 1293422 | 1NL1GTR2361043119 |
| 338 | 1293466 | 1NL1GTR2761047089 |

FC-Carnes, MS Central

|   | A | B |
|---|---|---|
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 339 | 1293731 | 1NL1GTR2761047173 |
| 340 | 1293944 | 1NL1GTR2761047285 |
| 341 | 1293985 | 1NL1GTR2661043289 |
| 342 | 1294051 | 1NL1GTR2261018129 |
| 343 | 1294210 | 1NL1GTR2561047351 |
| 344 | 1294320 | 1NL1GTR2961043383 |
| 345 | 1294382 | 1NL1GTR2561043445 |
| 346 | 1294571 | 1NL1GTR2X61047460 |
| 347 | 1294593 | 1NL1GTR2961047482 |
| 348 | 1294665 | 1NL1GTR2961043528 |
| 349 | 1294674 | 1NL1GTR2X61043537 |
| 350 | 1294754 | 1NL1GTR2561018352 |
| 351 | 1295101 | 1NL1GTR2561033854 |
| 352 | 1295289 | 1NL1GTR2X61033882 |
| 353 | 1295384 | 1NL1GTR2161037951 |
| 354 | 1295421 | 1NL1GTR2161052658 |
| 355 | 1295613 | 1NL1GTR2861083700 |
| 356 | 1295634 | 1NL1GTR2561083721 |
| 357 | 1296200 | 1NL1GTR2461038155 |
| 358 | 1296631 | 1NL1GTR2261052846 |
| 359 | 1296793 | 1NL1GTR2761034231 |
| 360 | 1296816 | 1NL1GTR2761083865 |
| 361 | 1296822 | 1NL1GTR2261083871 |
| 362 | 1296853 | 1NL1GTR2861038286 |
| 363 | 1296916 | 1NL1GTR2961052908 |
| 364 | 1297006 | 1NL1GTR2861027384 |
| 365 | 1297232 | 1NL1GTR2061027427 |
| 366 | 1297429 | 1NL1GTR2761068251 |
| 367 | 1297634 | 1NL1GTR2761068363 |
| 368 | 1297718 | 1NL1GTR2561038424 |
| 369 | 1297746 | 1NL1GTR2X61038452 |
| 370 | 1297806 | 1NL1GTR2361053052 |
| 371 | 1297961 | 1NL1GTR2261038493 |
| 372 | 1298292 | 1NL1GTR2761053118 |
| 373 | 1298430 | 1NL1GTR2261003016 |
| 374 | 1298523 | 1NL1GTR2961003109 |
| 375 | 1298544 | 1NL1GTR2061003130 |
| 376 | 1298553 | 1NL1GTR2761003139 |
| 377 | 1298764 | 1NL1GTR2361003350 |
| 378 | 1298863 | 1NL1GTR2061003449 |
| 379 | 1298873 | 1NL1GTR2361003459 |
| 380 | 1298983 | 1NL1GTR2X61003569 |
| 381 | 1299339 | 1NL1GTR2X61002924 |
| 382 | 1299735 | 1NL1GTR2161034595 |
| 383 | 1299957 | 1NL1GTR2161027775 |
| 384 | 1302687 | 4X4TWDH256P100579 |
| 385 | 1306022 | 1KB131L226W163579 |
| 386 | 1306346 | 1EB1F322162314948 |

FEMA163-000097

FC-Carnes, MS Central

|     | A | B |
| --- | --- | --- |
| 1   | **Carnes THU DOJ 500 Units** | |
| 2   | **BARCODE** | **VIN** |
| 387 | 1306364 | 2EB1F322466503774 |
| 388 | 1306525 | 1KB131L246W163549 |
| 389 | 1307122 | 5DJTB042465901503 |
| 390 | 1313135 | 1KB131L206W163659 |
| 391 | 1313860 | 5DJTB0R2965901514 |
| 392 | 1313885 | 1KB131L286W163828 |
| 393 | 1314624 | 5L4TF332063019979 |
| 394 | 1314709 | 1UJBJ02P161EP0608 |
| 395 | 1316107 | 4CJ1F322X61505321 |
| 396 | 1316129 | 1EB1F322562492376 |
| 397 | 1316274 | 4CJ1F322061505327 |
| 398 | 1316978 | 4X4TWDH266T133811 |
| 399 | 1317050 | 2EBIF322X66504119 |
| 400 | 1317085 | 2EB1F322666504165 |
| 401 | 1317461 | 1EB1F322762314534 |
| 402 | 1326356 | 5CZ200R2861119949 |
| 403 | 1343552 | 4CJ1F322466504832 |
| 404 | 1343826 | 4SYT12S2461603661 |
| 405 | 1344515 | 4WYT12S2461603773 |
| 406 | 1345529 | 5CZ200P2261127032 |
| 407 | 1345635 | 1CZ200P2161127037 |
| 408 | 1345686 | 4WYT12S2961603977 |
| 409 | 1345716 | 5CZ200P2661128653 |
| 410 | 1346593 | 5CZ200P2261128259 |
| 411 | 1346733 | 5L4TF332163019862 |
| 412 | 1347023 | 5CZ200P2861128248 |
| 413 | 1347026 | 4WYT12S2361603263 |
| 414 | 1347111 | 4CJ1F322764014624 |
| 415 | 1347544 | 1NL1GTR2361084169 |
| 416 | 1347571 | 1NL1GTR2061053235 |
| 417 | 1347604 | 1NL1GTR2261027705 |
| 418 | 1347759 | 1NL1GTR2461027754 |
| 419 | 1348020 | 1NL1GTR2261038803 |
| 420 | 1348069 | 1NL1GTR2661038822 |
| 421 | 1348834 | 1NL1GTR2161038923 |
| 422 | 1348969 | 1NL1GTR2161027968 |
| 423 | 1349025 | 1NL1VTR2161053427 |
| 424 | 1349055 | 1NL1GTR2661034866 |
| 425 | 1349145 | 1NL1GTR2361028006 |
| 426 | 1349300 | 1NL1GTR2661064021 |
| 427 | 1349361 | 1NL1GTR2561068748 |
| 428 | 1349365 | 1NL1GTR2761068752 |
| 429 | 1349519 | 1NL1GTR2861028020 |
| 430 | 1349546 | 1NL1GTR2661028047 |
| 431 | 1349611 | 1NL1VTR2061064113 |
| 432 | 1349941 | 1NL1GTR2961028155 |
| 433 | 1349961 | 1NL1VTR2761053593 |
| 434 | 1350193 | 1NL1GTR2261043726 |

FEMA163-000098

FC-Carnes, MS Central

|     | A | B |
|-----|---|---|
| 1   | **Carnes THU DOJ 500 Units** | |
| 2   | **BARCODE** | **VIN** |
| 435 | 1350237 | 1NL1GTR2061047726 |
| 436 | 1350349 | 1NL1GTR2161018557 |
| 437 | 1350363 | 1NL1GTR2761047741 |
| 438 | 1350381 | 1NL1GTR2461047759 |
| 439 | 1350400 | 1NL1GTR2861047778 |
| 440 | 1350728 | 1NL1GTR2261047887 |
| 441 | 1350806 | 1NL1GTR2661018683 |
| 442 | 1350881 | 1NL1GTR2661043972 |
| 443 | 1351266 | 1NL1GTR2961018841 |
| 444 | 1351371 | 1NL1VTR2161048096 |
| 445 | 1351446 | 1NL1VTR2461044172 |
| 446 | 1351729 | 1NL1VTR2461044253 |
| 447 | 1351890 | 1NL1VTR2561044309 |
| 448 | 1351980 | 1NL1GTR2261019054 |
| 449 | 1352375 | 1NL1GTR2361019239 |
| 450 | 1352389 | 1NL1VTR2961044474 |
| 451 | 1352513 | 1NL1VTR2061060112 |
| 452 | 1352657 | 1NL1VTR2161060152 |
| 453 | 1352675 | 1NL1VTR2061064225 |
| 454 | 1352939 | 1NL1GTR2561028234 |
| 455 | 1352986 | 1NL1VTR2061060224 |
| 456 | 1353225 | 1NL1VTR2961060299 |
| 457 | 1353283 | 1NL1VTR2561053706 |
| 458 | 1353294 | 1NL1VTR2X61053717 |
| 459 | 1353471 | 1NL1VTR2461060324 |
| 460 | 1353532 | 1NL1VTR2161053766 |
| 461 | 1354379 | 1NL1VTR2361053834 |
| 462 | 1354557 | 1NL1VTR2161084614 |
| 463 | 1354672 | 1NL1VTR2961084649 |
| 464 | 1354733 | 1NL1VTR2261064548 |
| 465 | 1354942 | 1NL1VTR2061060532 |
| 466 | 1355121 | 1NL1VTR2861060584 |
| 467 | 1355435 | 1NL1VTR2761064724 |
| 468 | 1355809 | 1NL1VTR2261060726 |
| 469 | 1355925 | 1NL1VTR2561064849 |
| 470 | 1355936 | 1NL1VTR2961084831 |
| 471 | 1355977 | 1NL1GTR2061028724 |
| 472 | 1356243 | 1NL1GTR2761028767 |
| 473 | 1356397 | 1NL1VTR2661054220 |
| 474 | 1356525 | 1NL1VTR2161064962 |
| 475 | 1356546 | 1NL1VTR2961064983 |
| 476 | 1357286 | 1NL1VTR2061061096 |
| 477 | 1357432 | 1NL1GTR2861028972 |
| 478 | 1357574 | 1NL1VTR2161044548 |
| 479 | 1357639 | 1NL1GTR2861019253 |
| 480 | 1357725 | 1NL1VTR2461044589 |
| 481 | 1357915 | 1NL1VTR2961044684 |
| 482 | 1357957 | 1NL1VTR2X61048629 |

FEMA163-000099

FC-Carnes, MS Central

|     | A | B |
| --- | --- | --- |
| 1 | **Carnes THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 483 | 1358135 | 1NL1VTR2061044797 |
| 484 | 1358335 | 1NL1VTR2961044877 |
| 485 | 1358542 | 1NL1VTR2X61044984 |
| 486 | 1358669 | 1BK1VTR2061090050 |
| 487 | 1358988 | 1NL1VTR2661090263 |
| 488 | 1360231 | 1NL1VTR2761061161 |
| 489 | 1360548 | 1NL1VTR2261085237 |
| 490 | 1360567 | 1NL1VTR2761061368 |
| 491 | 1360680 | 1NL1GTR2061029503 |
| 492 | 1360829 | 1NL1GTR2361029587 |
| 493 | 1372648 | 5CZ200P2061128308 |
| 494 | 1372658 | 5CZ200P2761127124 |
| 495 | 1372661 | 4W7T12S2461603580 |
| 496 | 1372811 | 2EA1D322166503905 |
| 497 | 1373591 | 5CZ200P2661127342 |
| 498 | 1373817 | 5CZ200P2961128582 |
| 499 | 1373872 | 5CZ200P2561127347 |
| 500 | 1373977 | 5CQ200P2361128609 |
| 501 | 1374193 | 4CJ1F322661506451 |
| 502 | 1374245 | 4CJ1F322861506452 |