FC-Columbia, MS Central

|   | A | B |
|---|---|---|
| 1 | **Columbia THU DOJ (380) Units** | |
| 2 | **BARCODE** | **VIN** |
| 3 | 119546 | 1NL1GTR2351062137 |
| 4 | 145318 | 1NL1GTR2751069253 |
| 5 | 681271 | 1EB1F322552813864 |
| 6 | 1038845 | 1NL1GTR2551021833 |
| 7 | 1039050 | 1EB1T322955340350 |
| 8 | 1039148 | 1EB1F322852813762 |
| 9 | 1105970 | 1NL1GTR2761022872 |
| 10 | 1106207 | 1NL1GTR2761066256 |
| 11 | 1106365 | 1NL1GTR2461066294 |
| 12 | 1106777 | 1NLIGTR2461030041 |
| 13 | 1107024 | 1NL1GTR2261074068 |
| 14 | 1107316 | 1NL1GTR2461073956 |
| 15 | 1107338 | 1NL1GTR2961014045 |
| 16 | 1108069 | 1NL1GTR2061066633 |
| 17 | 1108266 | 1NL1GTR2961030293 |
| 18 | 1108803 | 1NL1GTR2X61014300 |
| 19 | 1108954 | 1NL1GTR2161030420 |
| 20 | 1109190 | 1NLIGTR2661023429 |
| 21 | 1109381 | 1NL1GTR2X61014393 |
| 22 | 1109659 | 1NL1GTR2261014453 |
| 23 | 1109994 | 1NL1GTR2061023538 |
| 24 | 1110171 | 1NL1GTR2761074650 |
| 25 | 1110236 | 1NL1GTR2361023596 |
| 26 | 1110606 | 1NL1GTR2861001013 |
| 27 | 1111577 | 1NL1GTR2X61001983 |
| 28 | 1111805 | 1NL1GTR2661002211 |
| 29 | 1112213 | 1NLIGTR2561002619 |
| 30 | 1112401 | 1NLIGTR2661002807 |
| 31 | 1112842 | 1NL1GTR2361035070 |
| 32 | 1113261 | 1NL1GTR2961014806 |
| 33 | 1114194 | 1NL1GTR2261074720 |
| 34 | 1114332 | 1NLIGRT2161050435 |
| 35 | 1114869 | 1NL1GTR2661050484 |
| 36 | 1114872 | 1NL1GTR2161050487 |
| 37 | 1115100 | 1NL1GTR2661074915 |
| 38 | 1115702 | 1NL1GTR2661031109 |
| 39 | 1115795 | 1NL1GTR2061050576 |
| 40 | 1115839 | 1NL1GTR2661082044 |
| 41 | 1115926 | 1NL1GTR2261024108 |
| 42 | 1116062 | 1NLIGTR2461082060 |
| 43 | 1116073 | 1NL1GTR2961082071 |
| 44 | 1116156 | 1NL1GTR2361035313 |
| 45 | 1116267 | 1NLIGTR2161015190 |
| 46 | 1116385 | 1NL1GTR2761015260 |
| 47 | 1117540 | 1NL1GTR2261035383 |
| 48 | 1118419 | 1NL1GTR2961031489 |
| 49 | 1118690 | 1NL1GTR2761035556 |
| 50 | 1119280 | 1NL1GTR2X61050908 |
| 51 | 1119310 | 1NLIGTR2261031656 |
| 52 | 1119644 | 1NL1GTR2061077308 |
| 53 | 1119665 | 1NLIGTR2761077385 |

FEMA163-000101

FC-Columbia, MS Central

|     | A | B |
|-----|---|---|
| 1 | **Columbia THU DOJ (380) Units** | |
| 2 | **BARCODE** | **VIN** |
| 54 | 1120705 | 1NL1GTR2261045279 |
| 55 | 1121195 | 1NLIGTR2961025028 |
| 56 | 1122009 | 1NL1GTR2X61051167 |
| 57 | 1122385 | 1NL1GTR2761082571 |
| 58 | 1123151 | 1NL1GTR2061045491 |
| 59 | 1123272 | 1NLIGTR2361016373 |
| 60 | 1123661 | 1NL1GTR2561067549 |
| 61 | 1123739 | 1NL1GTR2961036093 |
| 62 | 1124103 | 1NL1GTR2861025392 |
| 63 | 1124121 | 1NL1GTR2661082643 |
| 64 | 1124429 | 1NLIGTR2661032290 |
| 65 | 1125034 | 1NL1GTR2261067704 |
| 66 | 1125254 | 1NL1GTR2761045651 |
| 67 | 1125268 | 1NL1GTR2761045665 |
| 68 | 1126196 | 1NLIGTR2061032384 |
| 69 | 1126404 | 1NLIGTR2561032414 |
| 70 | 1126702 | 1NL1GTR2161025685 |
| 71 | 1126874 | 1NL1GTR2461032517 |
| 72 | 1127087 | 1NL1GTR2361051558 |
| 73 | 1127571 | 1NL1GTR2061051632 |
| 74 | 1127747 | 1NL1GTR2261082915 |
| 75 | 1128333 | 1NL1GTR2061036709 |
| 76 | 1128452 | 1NLIGTR2X61068048 |
| 77 | 1128645 | 1NLIGTR2961032822 |
| 78 | 1128655 | 1NL1GTR2161032832 |
| 79 | 1128830 | 1NL1GTR2361068120 |
| 80 | 1144120 | 4X4TFLB295D085037 |
| 81 | 1144207 | 4YDT29B266G918553 |
| 82 | 1144710 | 1UJBJ02R951EM1390 |
| 83 | 1146248 | 4X4TSMN2X5A293927 |
| 84 | 1146844 | 1EB1T252656010259 |
| 85 | 1147158 | 4X4TCKD256P097220 |
| 86 | 1152608 | 4YDT3012851606766 |
| 87 | 1152640 | 1TC2B326561201776 |
| 88 | 1152818 | 4YDT36B235E316182 |
| 89 | 1153347 | 47CTD9P275M422164 |
| 90 | 1154188 | 4EZTS29286S994373 |
| 91 | 1154631 | 4X4TSVV266L007261 |
| 92 | 1156422 | 4X4TRLC246DO89021 |
| 93 | 1156883 | 4WYT32H2951500963 |
| 94 | 1160399 | 4YDT281226L610234 |
| 95 | 1160668 | 4YDT291276L610042 |
| 96 | 1161302 | 1UJBJ02P261JN0131 |
| 97 | 1161346 | 1UJBJ02N851EF2048 |
| 98 | 1173782 | 1TC2B969261308114 |
| 99 | 1173907 | 1TC2B969161308248 |
| 100 | 1174022 | 1TC2B969761308318 |
| 101 | 1174089 | 1TC2B969061308418 |
| 102 | 1174094 | 1TC2B969261308369 |
| 103 | 1174119 | 1TC2B969161308413 |
| 104 | 1174188 | 1TC2B969161305687 |

FEMA163-000102

FC-Columbia, MS Central

|   | A | B |
|---|---|---|
| 1 | **Columbia THU DOJ (380) Units** | |
| 2 | **BARCODE** | **VIN** |
| 105 | 1180616 | 4YDT271275L609038 |
| 106 | 1180787 | 1EB1F322164012077 |
| 107 | 1181040 | 1KB131L256W160577 |
| 108 | 1182290 | 4WYT32P2161501883 |
| 109 | 1192627 | 4X4TSMH286J030316 |
| 110 | 1192667 | 5CZ200R2161118531 |
| 111 | 1192728 | 4YDT320296C128548 |
| 112 | 1192773 | 4V0TC302851005994 |
| 113 | 1193255 | 47CTS5P226L116558 |
| 114 | 1193463 | 1TC2B969061305597 |
| 115 | 1193469 | 4X4TRLC216D089056 |
| 116 | 1193744 | 4X4TWDH2X6P006388 |
| 117 | 1193897 | 5CH200R2361143895 |
| 118 | 1194012 | 5L0RS28296T000650 |
| 119 | 1194093 | 4X4TWDH226P006658 |
| 120 | 1194175 | 1EF16252666010933 |
| 121 | 1194637 | 4YDT296236C129097 |
| 122 | 1194723 | 1EC1F302264284670 |
| 123 | 1197762 | 1EB1T322X66012270 |
| 124 | 1198501 | 47CTDER226G520444 |
| 125 | 1198648 | 4X4TWDH216P006523 |
| 126 | 1201378 | 1EB1F322462314331 |
| 127 | 1201617 | 47CTDES246G520438 |
| 128 | 1201710 | 1EB1T322466012426 |
| 129 | 1225992 | 1SE200P206F001888 |
| 130 | 1228016 | 5C1TJ332X6P009271 |
| 131 | 1228124 | 47CTFEN2X6M424790 |
| 132 | 1228387 | 1UJBJD2P161EN0682 |
| 133 | 1228639 | 47CTFEN266M424785 |
| 134 | 1229276 | 4YDT260286N129480 |
| 135 | 1229377 | 47CTS5P226L116818 |
| 136 | 1229808 | 4XTTN30216C262276 |
| 137 | 1229872 | 4X4TRLE256D810857 |
| 138 | 1230069 | 1KB131L246W161140 |
| 139 | 1230955 | 5CH200R2261144088 |
| 140 | 1230999 | 5CH200R2461144089 |
| 141 | 1231056 | 1EF1R282346006953 |
| 142 | 1231079 | 5CZ200R2361119129 |
| 143 | 1231621 | 5SFBT30256E001852 |
| 144 | 1231646 | 1TC2B969661306993 |
| 145 | 1232833 | 47CTCRS226C653085 |
| 146 | 1233357 | 1EB1F322762491374 |
| 147 | 1233747 | 4X4TSMH226J030599 |
| 148 | 1233796 | 4X4TWDH206P006819 |
| 149 | 1234189 | 4X4TWDH246P100833 |
| 150 | 1234884 | 4X4WTDH216P007042 |
| 151 | 1234975 | 5L4TF332963014134 |
| 152 | 1241270 | 1UJBJ02R761EM0904 |
| 153 | 1241319 | 1TC2B969161307729 |
| 154 | 1241742 | 1TC2B969561307765 |
| 155 | 1241898 | 1TC2B969761307766 |

FC-Columbia, MS Central

|     | A                           | B                 |
|-----|-----------------------------|-------------------|
| 1   | **Columbia THU DOJ (380) Units** ||
| 2   | **BARCODE**                 | **VIN**           |
| 156 | 1242229                     | 5L4TF332563014471 |
| 157 | 1242503                     | 1TC2B969663001954 |
| 158 | 1242509                     | 5L4TF332763014682 |
| 159 | 1242531                     | 1TC2B969061307821 |
| 160 | 1242589                     | 1TC2B969261509821 |
| 161 | 1242723                     | 5L4TF332863015338 |
| 162 | 1242933                     | 4EZTS322X6S116678 |
| 163 | 1242970                     | 5L4TF332963015090 |
| 164 | 1243137                     | 4WYT34P2061209623 |
| 165 | 1243300                     | 5SFBT302X6E002219 |
| 166 | 1243727                     | 47CTA2P256L118046 |
| 167 | 1243760                     | 5SFBT30266E002248 |
| 168 | 1243785                     | 1C9BT32286K996011 |
| 169 | 1243964                     | 4X4TFLC206D090031 |
| 170 | 1243991                     | 1EB1B282765342667 |
| 171 | 1244223                     | 4YDT291276L611871 |
| 172 | 1244409                     | 1TC2B970461308177 |
| 173 | 1244426                     | 5L4TF332863015114 |
| 174 | 1245092                     | 4X4TFLC246D090078 |
| 175 | 1245230                     | 4X4TWDG276A238242 |
| 176 | 1245443                     | 4YDT30B2X6E321068 |
| 177 | 1245488                     | 4YDT30B246E318697 |
| 178 | 1245662                     | 1EB1C302166012158 |
| 179 | 1245998                     | 1EB1C302301215966 |
| 180 | 1246190                     | 1EB1B282464013530 |
| 181 | 1246668                     | 1TC2B969463002133 |
| 182 | 1247583                     | 1UJBJ02P861EP0976 |
| 183 | 1247697                     | 1TC2B969866101536 |
| 184 | 1247758                     | 1SE200P256F001580 |
| 185 | 1247835                     | 1UJBJ02PX61EP0753 |
| 186 | 1247854                     | 1TC2B969566101462 |
| 187 | 1248196                     | 1UJBJ02P561EP0708 |
| 188 | 1248265                     | 1TC2B969863002197 |
| 189 | 1248478                     | 5SFBT27257E002338 |
| 190 | 1249022                     | 5CZ200R2661119724 |
| 191 | 1249109                     | 1SE200P2X6F001686 |
| 192 | 1249304                     | 1KB131L276W164288 |
| 193 | 1249327                     | 5CZ200R2161119761 |
| 194 | 1249595                     | 1SE200P236F001741 |
| 195 | 1249986                     | 1SE200P276F001693 |
| 196 | 1250007                     | 4X4TWDH226P007096 |
| 197 | 1250306                     | 5L4TF322X63014157 |
| 198 | 1250401                     | 1EB1F322162314416 |
| 199 | 1251304                     | 4X4TWDE246A237939 |
| 200 | 1251625                     | 1TC2B969461305621 |
| 201 | 1252292                     | 4V0TC31276B007679 |
| 202 | 1252407                     | 2EB1F322866503308 |
| 203 | 1255101                     | 1NL1GTR2561039007 |
| 204 | 1255276                     | 1TC2B969961001698 |
| 205 | 1255367                     | 1TC2B969261001655 |
| 206 | 1255385                     | 1TC2B969263002535 |

FEMA163-000104

FC-Columbia, MS Central

|   | A | B |
|---|---|---|
| 1 | **Columbia THU DOJ (380) Units** | |
| 2 | **BARCODE** | **VIN** |
| 207 | 1255661 | 1TC2B969163002526 |
| 208 | 1255869 | 5L4TF332563020867 |
| 209 | 1255878 | 1KB131L256W165049 |
| 210 | 1256164 | 1TC2B969063002582 |
| 211 | 1256218 | 5L4TF332263020972 |
| 212 | 1256477 | 1TC2B969961001880 |
| 213 | 1256551 | 1TC2B969461001950 |
| 214 | 1256602 | 1TC2B969361001941 |
| 215 | 1256626 | 1TC2B969861001868 |
| 216 | 1256753 | 1TC2B969561002010 |
| 217 | 1266443 | 1TC2B970163001814 |
| 218 | 1272625 | 1EB1F322164012628 |
| 219 | 1275071 | 4YDT291246L611603 |
| 220 | 1275495 | 5CZ200R2061119217 |
| 221 | 1275653 | 4X4TWDH286R335823 |
| 222 | 1276182 | 4X4TSMH286C008983 |
| 223 | 1276495 | 47CTA2P286L117909 |
| 224 | 1276647 | 4X4TWDH246P195135 |
| 225 | 1276917 | 5CH200R2061144204 |
| 226 | 1277055 | 5CZ200R2061125129 |
| 227 | 1277174 | 47CTD2N256M424751 |
| 228 | 1278168 | 1NL1GTR2961017088 |
| 229 | 1278837 | 1NL1GTR2261042396 |
| 230 | 1278909 | 1NLIGTR2161046391 |
| 231 | 1279099 | 1NL1GTR2161042471 |
| 232 | 1280060 | 1EB1F322962491599 |
| 233 | 1280294 | 4EZTS292X6S095248 |
| 234 | 1280401 | 4EZTS29246S095276 |
| 235 | 1280562 | 4CJ1F322564285021 |
| 236 | 1280720 | 5CZ200R2461125151 |
| 237 | 1280858 | 4XTTN30236C262330 |
| 238 | 1280893 | 1UJBJ02R961EL0567 |
| 239 | 1281292 | 1EB1F322362491596 |
| 240 | 1281753 | 1LC2S2P206D305705 |
| 241 | 1281961 | 1LC2S2P286D305676 |
| 242 | 1282113 | 1EB1F322264012668 |
| 243 | 1285120 | 4YDT260266N129672 |
| 244 | 1288879 | 4WYT3492961209508 |
| 245 | 1290311 | 1NL1GTR2761026582 |
| 246 | 1290430 | 1NLIGTR2561033417 |
| 247 | 1290912 | 1NL1GTR2961037499 |
| 248 | 1291564 | 1NL1GTR2361078386 |
| 249 | 1291946 | 1NLIGRT2561037712 |
| 250 | 1292068 | 1NLIGTR2561026919 |
| 251 | 1292201 | 1NLIGTR2061033745 |
| 252 | 1292338 | 1NL1GTR2461033795 |
| 253 | 1292497 | 1NL1GTR2X61052576 |
| 254 | 1292557 | 1NL1GTR2X61046762 |
| 255 | 1293599 | 1NL1GTR2161043166 |
| 256 | 1293743 | 1NL1GTR2361047185 |
| 257 | 1294241 | 1NL1GTR2961018239 |

FC-Columbia, MS Central

|     | A | B |
|-----|---|---|
| 1   | **Columbia THU DOJ (380) Units** | |
| 2   | **BARCODE** | **VIN** |
| 258 | 1294630 | 1NL1GTR2661047519 |
| 259 | 1294747 | 1NL1GTR2861018345 |
| 260 | 1294848 | 1NL1GTR2561018366 |
| 261 | 1295124 | 1NLIGTR2661037881 |
| 262 | 1295838 | 1NL1GTR2961038040 |
| 263 | 1295948 | 1NL1GTR2361052774 |
| 264 | 1296070 | 1NL1GTR2961038104 |
| 265 | 1296166 | 1NL1GTR2261027221 |
| 266 | 1296679 | 1NL1GTR2561078924 |
| 267 | 1296771 | 1NLIGTR2361034209 |
| 268 | 1297488 | 1NL1GTR2861068310 |
| 269 | 1297611 | 1NL1GTR2661068340 |
| 270 | 1297812 | 1NL1GTR2061027511 |
| 271 | 1298002 | 1NL1GTR2X61068387 |
| 272 | 1298161 | 1NL1GTR2661034480 |
| 273 | 1298201 | 1NL1GTR2161084056 |
| 274 | 1298439 | 1NLIGTR2361003025 |
| 275 | 1298798 | 1NLIGTR2961003384 |
| 276 | 1299431 | 1NL1GTR2961034540 |
| 277 | 1302728 | 4XTTN30286C262372 |
| 278 | 1302913 | 1EB1F322064012278 |
| 279 | 1303030 | 4YDT30B236E320117 |
| 280 | 1303533 | 1UJBJ02P161EP0074 |
| 281 | 1303580 | 1UJBJ02P761EP0242 |
| 282 | 1303713 | 1EB1F322662491849 |
| 283 | 1304288 | 5CZ200R2461119446 |
| 284 | 1304815 | 1UJBJ02R361EM1046 |
| 285 | 1305166 | 1EF1B282864013416 |
| 286 | 1305331 | 4X4TSMH276C009011 |
| 287 | 1305375 | 5CZ200R2661125345 |
| 288 | 1305731 | 4CJ1F322365342598 |
| 289 | 1305977 | 5CZ200R2X61125364 |
| 290 | 1306027 | 5CZ200R2961119507 |
| 291 | 1306072 | 5CZ200R2661125331 |
| 292 | 1306970 | 1EB1F322X62491904 |
| 293 | 1307120 | 1EB1F322962315247 |
| 294 | 1307269 | 1KB131L266W163617 |
| 295 | 1307478 | 1EB1F322962492011 |
| 296 | 1312516 | 4WYT34P2061209685 |
| 297 | 1312636 | 5SFBT30256E001933 |
| 298 | 1313385 | 1TC2B969763002093 |
| 299 | 1313531 | 1EB1F322362315308 |
| 300 | 1313895 | 4YDT271256L611436 |
| 301 | 1314006 | 1EB1F322164013147 |
| 302 | 1314077 | 1EB1F322364013151 |
| 303 | 1314106 | 1TC2B969563002092 |
| 304 | 1314579 | 1TC2B969161509874 |
| 305 | 1314671 | 5CZ200R2761119621 |
| 306 | 1314745 | 4CJ1F322961505181 |
| 307 | 1314881 | 1SE200P216F001317 |
| 308 | 1315003 | 5DJTB0R2165901541 |

FEMA163-000106

FC-Columbia, MS Central

|   | A | B |
|---|---|---|
| 1 | **Columbia THU DOJ (380) Units** | |
| 2 | **BARCODE** | **VIN** |
| 309 | 1315745 | 1UJBJ02P461EP0621 |
| 310 | 1315918 | 1EB1F322162315436 |
| 311 | 1316174 | 4CJ1F322264014028 |
| 312 | 1316277 | 5CZ200R2661125538 |
| 313 | 1316935 | 1EB1F322362492196 |
| 314 | 1317065 | 2EB1F322366503586 |
| 315 | 1317323 | 4CJ1F322466012916 |
| 316 | 1317357 | 1EB1F322062492415 |
| 317 | 1317411 | 5CH200R2X61144565 |
| 318 | 1325976 | 5CH200R2061144607 |
| 319 | 1327235 | 4CJ1F322665343356 |
| 320 | 1332815 | 4CJ1F322165343409 |
| 321 | 1342961 | 5C1RZ31216P009987 |
| 322 | 1343770 | 4X4TCKD296P005221 |
| 323 | 1344000 | 5C1RZ31276P010187 |
| 324 | 1344219 | 4CJ1F322966504955 |
| 325 | 1344425 | 5L0RS28286T001000 |
| 326 | 1344726 | 1UJBJ02P861EP1139 |
| 327 | 1345228 | 4YDT260276N132287 |
| 328 | 1345364 | 4YDT260296N132081 |
| 329 | 1345605 | 1C9BT30256K996034 |
| 330 | 1345655 | 4V0TC31236F000947 |
| 331 | 1345962 | 47CTD2N266M425701 |
| 332 | 1347003 | 1UJBJ02P661EP1320 |
| 333 | 1347273 | 4X4TCKD246P005255 |
| 334 | 1347579 | 1NL1GTR2X61053243 |
| 335 | 1347958 | 1NL1GTR2261034699 |
| 336 | 1348818 | 1NL1GTR2561034857 |
| 337 | 1349625 | 1NL1VTR2861064117 |
| 338 | 1349630 | 1NLIVTR2161064122 |
| 339 | 1349720 | 1NL1VTR2561060073 |
| 340 | 1349788 | 1NL1VTR2561053544 |
| 341 | 1350074 | 1NL1GTR2X61018492 |
| 342 | 1350981 | 1NL1GTR2061018758 |
| 343 | 1351190 | 1NL1VTR2861048015 |
| 344 | 1351473 | 1NL1VTR2261044199 |
| 345 | 1351684 | 1NLIVTR2861048208 |
| 346 | 1351771 | 1NL1VTR2961044295 |
| 347 | 1352156 | 1NL1GTR2061019120 |
| 348 | 1352348 | 1NL1GTR2561019212 |
| 349 | 1352407 | 1NL1VTR2061044492 |
| 350 | 1353344 | 1NL1VTR2161064363 |
| 351 | 1353385 | 1NL1GTR2461084505 |
| 352 | 1353501 | 1NLIVTR2161053735 |
| 353 | 1354190 | 1NL1VTR2561053799 |
| 354 | 1354224 | 1NLIGTR2361028359 |
| 355 | 1354286 | 1NL1VTR2861060388 |
| 356 | 1354291 | 1NL1VTR2161060393 |
| 357 | 1354484 | 1NL1VTR2361060458 |
| 358 | 1354995 | 1NL1VTR2761084682 |
| 359 | 1355332 | 1NL1VTR2661054007 |

FC-Columbia, MS Central

|  | A | B |
|---|---|---|
| 1 | **Columbia THU DOJ (380) Units** | |
| 2 | **BARCODE** | **VIN** |
| 360 | 1355698 | 1NL1GTR2161028652 |
| 361 | 1356551 | 1NL1VTR2861064988 |
| 362 | 1357535 | 1NL1VTR2161048499 |
| 363 | 1358375 | 1NL1VTR2661044917 |
| 364 | 1359164 | 1NLIVTR2X61090394 |
| 365 | 1360250 | 1NL1VTR2461085143 |
| 366 | 1372519 | 1F9BE30206F309389 |
| 367 | 1373050 | 2EA1D322566503907 |
| 368 | 1373109 | 1F9BE30266F309347 |
| 369 | 1373317 | 4XTTN30256C264578 |
| 370 | 1373573 | 4V0TC312X6F001139 |
| 371 | 1373633 | 1F9BE30236F309306 |
| 372 | 1373657 | 4V0TC31276F001177 |
| 373 | 1375409 | 4CJ1F322966505555 |
| 374 | 1375764 | 4CJ1F322065343837 |
| 375 | 1375919 | 4CJ1F322362900001 |
| 376 | 1376067 | 4CJ1F322162900255 |
| 377 | 1376105 | 4CJ1F322062900294 |
| 378 | 1376561 | 4V0TC32246D001955 |
| 379 | 1382744 | 1F9BE30286F309382 |
| 380 | 1382805 | 4CJ1F322461506271 |
| 381 | 1157059 | 4X4FSVJ236L007141 |
| 382 | 1160649 | 1NLIGTN2951070748 |

FEMA163-000108