FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | Ft. Pierce THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 3 | 119813 | 4X4TWDH215A235009 |
| 4 | 120328 | 1NL1GTR2451012279 |
| 5 | 175049 | 1NL1GTR2651062195 |
| 6 | 681129 | 1EB1T322X56010016 |
| 7 | 1038972 | 1NL1GTR2351021801 |
| 8 | 1038976 | 1NL1GTR2351021877 |
| 9 | 1039022 | 1EB1F322354008565 |
| 10 | 1042678 | 4X4TWDG206A238275 |
| 11 | 1055461 | 1NL1GTR2951064815 |
| 12 | 1056639 | 5CH200R2251143327 |
| 13 | 1056966 | 4X4TSMC206A295352 |
| 14 | 1057623 | 1TC2B222051307798 |
| 15 | 1058355 | 1NL1GTR2151064601 |
| 16 | 1059506 | 4X4TSMC275R393133 |
| 17 | 1059777 | 1NL1GTR2251021286 |
| 18 | 1059803 | 1NL1GTR2051064914 |
| 19 | 1060000 | 1NL1GTR2351021507 |
| 20 | 1106614 | 1NL1GTR2X61013938 |
| 21 | 1106888 | 1NL1GTR2861074057 |
| 22 | 1107001 | 1NL1GTR2761030079 |
| 23 | 1107099 | 1NL1GTR2361023078 |
| 24 | 1107248 | 1NL1GTR2961023103 |
| 25 | 1107301 | 1NL1GTR2661066474 |
| 26 | 1108429 | 1NL1GTR2X61074240 |
| 27 | 1108559 | 1NL1GTR2861030334 |
| 28 | 1109145 | 1NL1GTR2161050201 |
| 29 | 1109246 | 1NL1GTR2961074407 |
| 30 | 1110916 | 1NL1GTR2X61001322 |
| 31 | 1111264 | 1NL1GTR2061001670 |
| 32 | 1111469 | 1NL1GTR2761001875 |
| 33 | 1111906 | 1NL1GTR2161002312 |
| 34 | 1112275 | 1NL1GTR2X61002681 |
| 35 | 1112346 | 1NL1GTR2761002752 |
| 36 | 1112391 | 1NL1GTR2761002797 |
| 37 | 1112794 | 1NL1GTR2361067100 |
| 38 | 1112850 | 1NL1GTR2861035078 |
| 39 | 1113023 | 1NL1GTR2661040134 |
| 40 | 1113158 | 1NL1GTR206 1014743 |
| 41 | 1113326 | 1NL1GTR2461040259 |
| 42 | 1113875 | 1NL1GTR2261040504 |
| 43 | 1113965 | 1NL1GTR2361014588 |
| 44 | 1114102 | 1NL1GTR2861067111 |
| 45 | 1114411 | 1NL1GTR2661023835 |
| 46 | 1114621 | 1NL1GTR2261067198 |
| 47 | 1114625 | 1NL1GTR2061067202 |
| 48 | 1115705 | 1NL1GTR2661031112 |
| 49 | 1116165 | 1NL1GTR2461035322 |
| 50 | 1116298 | 1NL1GTR2861015221 |
| 51 | 1116567 | 1NL1GTR2661015332 |
| 52 | 1116639 | 1NL1GTR2161040753 |

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | Ft. Pierce THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 53 | 1117249 | 1NL1GTR2961040564 |
| 54 | 1117494 | 1NL1GTR2361050670 |
| 55 | 1118110 | 1NL1GTR2561077031 |
| 56 | 1118675 | 1NL1GTR2461031531 |
| 57 | 1119639 | 1NL1GTR2161077303 |
| 58 | 1119753 | 1NL1GTR2661035693 |
| 59 | 1119832 | 1NL1GTR2361031780 |
| 60 | 1119898 | 1NL1GTR2661050968 |
| 61 | 1119908 | 1NL1GTR2861050978 |
| 62 | 1120196 | 1NL1GTR2861041074 |
| 63 | 1120633 | 1NL1GTR2961015891 |
| 64 | 1120637 | 1NL1GTR2661015895 |
| 65 | 1120837 | 1NL1GTR2161041272 |
| 66 | 1120945 | 1NL1GTR2X61041318 |
| 67 | 1122544 | 1NL1GTR2761025271 |
| 68 | 1122594 | 1NL1GTR2361016048 |
| 69 | 1122642 | 1NL1GTR2161045354 |
| 70 | 1122848 | 1NL1GTR2261016168 |
| 71 | 1122945 | 1NL1GTR2061041442 |
| 72 | 1123288 | 1NL1GTR2761016389 |
| 73 | 1123469 | 1NL1GTR2761041583 |
| 74 | 1123563 | 1NL1GTR3861041642 |
| 75 | 1123967 | 1NL1GTR2X61032201 |
| 76 | 1124141 | 1NL1GTR2861051290 |
| 77 | 1124222 | 1NL1GTR2561067616 |
| 78 | 1124308 | 1NL1GTR2061036239 |
| 79 | 1124611 | 1NL1GTR2361036249 |
| 80 | 1124782 | 1NL1GTR2861082692 |
| 81 | 1124898 | 1NL1GTR2561025544 |
| 82 | 1125022 | 1NL1GTR2961051449 |
| 83 | 1125098 | 1NL1GTR2861067724 |
| 84 | 1125153 | 1NL1GTR2661016481 |
| 85 | 1125224 | 1NL1GTR2661016576 |
| 86 | 1125233 | 1NL1GTR2861016711 |
| 87 | 1125789 | 1NL1GTR2661016674 |
| 88 | 1125852 | 1NL1GTR2661016741 |
| 89 | 1125856 | 1NL1GTR2361016745 |
| 90 | 1125963 | 1NL1GTR2761045858 |
| 91 | 1126204 | 1NL1GTR2X61032392 |
| 92 | 1126268 | 1NL1GTR2261051471 |
| 93 | 1126315 | 1NL1GTR2761082778 |
| 94 | 1126656 | 1NL1GTR2661067804 |
| 95 | 1126950 | 1NL1GTR2061032529 |
| 96 | 1127165 | 1NL1GTR2561036480 |
| 97 | 1127352 | 1NL1GTR2861032584 |
| 98 | 1127424 | 1NL1GTR2561025821 |
| 99 | 1127476 | 1NL1GTR2761032608 |
| 100 | 1127966 | 1NL1GTR2661032678 |
| 101 | 1128175 | 1NL1GTR2761051675 |
| 102 | 1128288 | 1NL1GTR2X61025944 |

FEMA163-000110

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | **Ft. Pierce THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 103 | 1128372 | 1NL1GTR2761032711 |
| 104 | 1128709 | 1NL1GTR2861036733 |
| 105 | 1129165 | 1NL1GTR2X61032862 |
| 106 | 1129316 | 1NL1GTR2961032884 |
| 107 | 1129449 | 1NL1GTR2661026170 |
| 108 | 1129589 | 1NL1GTR2761051921 |
| 109 | 1129640 | 1NL1GTR2461083127 |
| 110 | 1129721 | 1NL1GTR2861026218 |
| 111 | 1130167 | 1NL1GTR2661033099 |
| 112 | 1130346 | 1NL1GTR2461052055 |
| 113 | 1130475 | 1NL1GTR2861033119 |
| 114 | 1130639 | 1NL1GTR2961026406 |
| 115 | 1130780 | 1NL1GTR2261083286 |
| 116 | 1131036 | 1NL1GTR2961026485 |
| 117 | 1131083 | 1NL1GTR2061052182 |
| 118 | 1131145 | 1NL1GTR2X61033316 |
| 119 | 1131147 | 1NL1GTR2361033318 |
| 120 | 1146128 | 1UJBJ02R261EJ0080 |
| 121 | 1146129 | 5L4TP242863011604 |
| 122 | 1146130 | 5L4TP242663011603 |
| 123 | 1146155 | 5L4TP192663011734 |
| 124 | 1146307 | 1UJBJ02R961EL0326 |
| 125 | 1146364 | 1KB1A1L216E158109 |
| 126 | 1146602 | 1EF1B302X54009478 |
| 127 | 1146606 | 4X4TWDG255J045716 |
| 128 | 1146773 | 1UJBJ02P451EN1758 |
| 129 | 1146859 | 1UJBJ02P961EN0493 |
| 130 | 1147121 | 4X4TWDE215R334337 |
| 131 | 1147124 | 1SL200R225F001170 |
| 132 | 1147225 | 4X4TRLC246D088189 |
| 133 | 1147259 | 4YDT26R285G916080 |
| 134 | 1147264 | 1UJBJ02N651JP0394 |
| 135 | 1147345 | 47CTA2N226L116001 |
| 136 | 1147492 | 4YDT31B2X6E318791 |
| 137 | 1153840 | 4X4TWDH256P006444 |
| 138 | 1155063 | 1TC2B401X51303487 |
| 139 | 1155066 | 47CTA2M246L116129 |
| 140 | 1155114 | 4X4TSVB245L006175 |
| 141 | 1155257 | 1UJBJ02R051EJ0500 |
| 142 | 1155369 | 1UJBJ02R051EL1086 |
| 143 | 1155501 | 47CTD2M206M423783 |
| 144 | 1155562 | 1EF1D322455340798 |
| 145 | 1155614 | 1UJBJ02R751EM0688 |
| 146 | 1155641 | 1S4BT282853012594 |
| 147 | 1155722 | 4YDT300215A221918 |
| 148 | 1155747 | 1UJBJ02P561JN0141 |
| 149 | 1156112 | 1EB1F322064011521 |
| 150 | 1156684 | 4WYT04M2251205696 |
| 151 | 1156900 | 1EB1F322X64011526 |
| 152 | 1157013 | 1NL1GTR2151070272 |

FEMA163-000111

FC-Ft Pierce, FL Central

|     | A | B |
|-----|---|---|
| 1   | **Ft. Pierce THU DOJ 500 Units** | |
| 2   | BARCODE | VIN |
| 153 | 1157034 | 4X4TSMH286C008546 |
| 154 | 1157037 | 1ED1R252351501388 |
| 155 | 1157056 | 4X4TSMH236C008602 |
| 156 | 1157081 | 1EB1F322364012050 |
| 157 | 1160134 | 4YDT278235A221886 |
| 158 | 1160433 | 1NL1GTN2761070104 |
| 159 | 1160463 | 1TC2B069061502071 |
| 160 | 1160627 | 4YDT27R245E317324 |
| 161 | 1161379 | 1EB1B282461503516 |
| 162 | 1161384 | 4WYT02K2361205428 |
| 163 | 1161390 | 4CF1F272962313704 |
| 164 | 1161437 | 4CK1R292352311581 |
| 165 | 1161444 | 4WYH02G2861708205 |
| 166 | 1162196 | 4N11Y272460203385 |
| 167 | 1162264 | 47CTS5P286L116998 |
| 168 | 1162271 | 47CTD2P266M424514 |
| 169 | 1162463 | 5KDBE30256L002742 |
| 170 | 1173992 | 1TC2B969261308338 |
| 171 | 1174291 | 1TC2B969561308494 |
| 172 | 1180270 | 5L4TF332063016113 |
| 173 | 1180767 | 1EB1F322X64011834 |
| 174 | 1180799 | 1EB1F322764012066 |
| 175 | 1180967 | 1EB1F322264011875 |
| 176 | 1181023 | 1EB1F322064012099 |
| 177 | 1181056 | 1EB1F322964011937 |
| 178 | 1181188 | 1EB1F322264011844 |
| 179 | 1181280 | 1EB1F322564011918 |
| 180 | 1181318 | 1EB1F322364011934 |
| 181 | 1181388 | 4YDT296226C129141 |
| 182 | 1181991 | 1KB131L2X6E159866 |
| 183 | 1182433 | 4YDT296256C129148 |
| 184 | 1187244 | 1EB1F322365342197 |
| 185 | 1194801 | 4X4TWDH216P006599 |
| 186 | 1198192 | 1EB1F322065341996 |
| 187 | 1199322 | 1EB1F322162314271 |
| 188 | 1200705 | 4X4TPUF2X6P006276 |
| 189 | 1201204 | 1EB1T322966012373 |
| 190 | 1225833 | 1KB131L266W164959 |
| 191 | 1227522 | 1KB131L216E160338 |
| 192 | 1227721 | 4X4TSMH286T104340 |
| 193 | 1227833 | 4X4TSMH266C008657 |
| 194 | 1228183 | 4YDT260206N129523 |
| 195 | 1228463 | 4EZTS29286S095233 |
| 196 | 1228482 | 1SABS02R961CK6875 |
| 197 | 1228524 | 1KB131L216W161080 |
| 198 | 1228883 | 47CTA2P286L116288 |
| 199 | 1228885 | 1SE200P246F000968 |
| 200 | 1228886 | 4WYT34P2961208647 |
| 201 | 1229305 | 4WYTD2B2361709708 |
| 202 | 1229420 | 47CTA20286L116310 |

FEMA163-000112

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | Ft. Pierce THU DOJ 500 Units | |
| 2 | **BARCODE** | **VIN** |
| 203 | 1229453 | 4X4TSVV256L007624 |
| 204 | 1229486 | 47CTS50246L116948 |
| 205 | 1229561 | 4X4TRLE246D810614 |
| 206 | 1229562 | 47CTS5P246L116870 |
| 207 | 1229643 | 1S4BT302563014239 |
| 208 | 1229659 | 47CTA2P2X6L116230 |
| 209 | 1229664 | 1KB131L296W161182 |
| 210 | 1229693 | 47CTS5P296L116864 |
| 211 | 1229767 | 1KB131L216E160856 |
| 212 | 1229773 | 1KB131L216E160775 |
| 213 | 1229789 | 4X4TRLE276D810655 |
| 214 | 1229806 | 4X4TSMH236T104410 |
| 215 | 1229999 | 1TC2B969261306833 |
| 216 | 1230054 | 5CZ200R2361119079 |
| 217 | 1230638 | 47CTD2N2X6M424227 |
| 218 | 1230709 | 5CZ200R2661119108 |
| 219 | 1230769 | 4X4TRLC2X6D089380 |
| 220 | 1230788 | 1KB131L296W161926 |
| 221 | 1231091 | 47CTS5P206L117272 |
| 222 | 1231137 | 47CTDER266G520513 |
| 223 | 1231187 | 5CZ200R2361119132 |
| 224 | 1231393 | 47CTS5P246L117291 |
| 225 | 1231538 | 47CTDER236G520632 |
| 226 | 1231598 | 47CTDER236G520677 |
| 227 | 1231701 | 4X4TWDH275P195078 |
| 228 | 1231792 | 47CTS50246L117307 |
| 229 | 1231931 | 1EB1F322764012648 |
| 230 | 1231943 | 1TC2B969363001734 |
| 231 | 1232080 | 47CTS5P206L117319 |
| 232 | 1232259 | 5CH200R2361144133 |
| 233 | 1232712 | 5L4TF332763013984 |
| 234 | 1233894 | 4X4TWDH276R335733 |
| 235 | 1241527 | 1EB1F322962491506 |
| 236 | 1241935 | 5L4TF332663015516 |
| 237 | 1242869 | 5L4TF332363015165 |
| 238 | 1244063 | 5L4TF332363021659 |
| 239 | 1246660 | 5L4TF332963023920 |
| 240 | 1247211 | 1TC2B969566101400 |
| 241 | 1248028 | 1SE200P286F001573 |
| 242 | 1248394 | 5L4TF322063015611 |
| 243 | 1248818 | 5L4TF332563021422 |
| 244 | 1248965 | 1KB131L286W164073 |
| 245 | 1250998 | 5L4TF332363014369 |
| 246 | 1251856 | 5L4TF332063013714 |
| 247 | 1255523 | 1TC2B969661310593 |
| 248 | 1255947 | 5L4TF332663020909 |
| 249 | 1256307 | 5L4TF332463015678 |
| 250 | 1256488 | 1TC2B969361001924 |
| 251 | 1265091 | 5CZ200R2261125066 |
| 252 | 1265097 | 5CZ200R2X61119161 |

FEMA163-000113

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | Ft. Pierce THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 253 | 1265135 | 5CZ200R2861119157 |
| 254 | 1265146 | 5CZ200R2661125054 |
| 255 | 1265154 | 5CZ200R2161119159 |
| 256 | 1265180 | 5CZ200R2461125070 |
| 257 | 1265193 | 5CZ200R2761125080 |
| 258 | 1265196 | 5CZ200R2861119188 |
| 259 | 1265211 | 1EB1F322965342382 |
| 260 | 1265401 | 1EB1F322365342460 |
| 261 | 1265486 | 1F9BE39256F309100 |
| 262 | 1272633 | 1EB1F322364012601 |
| 263 | 1272674 | 1EB1F322X64012630 |
| 264 | 1272676 | 1EB1F322764012620 |
| 265 | 1272715 | 1EB1F322664012382 |
| 266 | 1275316 | 5CH200R2261144138 |
| 267 | 1275374 | 5CZ200R2561119214 |
| 268 | 1275407 | 5CH200R2561144151 |
| 269 | 1275647 | 1KB131L226W162450 |
| 270 | 1275773 | 1KB131l276W162458 |
| 271 | 1275930 | 5CH200R2261144169 |
| 272 | 1276100 | 5SFBT30276E001898 |
| 273 | 1276110 | 4CJ1F322261504566 |
| 274 | 1276150 | 1KB131L2X6W162504 |
| 275 | 1276440 | 1SABS03R661CK6770 |
| 276 | 1276508 | 4EZTS28256S095174 |
| 277 | 1276516 | 1EB1F322962314616 |
| 278 | 1276585 | 1EB1F322566012507 |
| 279 | 1276778 | 5CH200R2661144188 |
| 280 | 1276968 | 5CZ200R2961119281 |
| 281 | 1277037 | 5CZ200R2X61119273 |
| 282 | 1277109 | 1EB1F322762314341 |
| 283 | 1277258 | 1SABS02R261CK6782 |
| 284 | 1277413 | 5CZ200R2661125121 |
| 285 | 1277488 | 1SABS02R862CK6585 |
| 286 | 1277693 | 1NL1GTR2361042018 |
| 287 | 1278011 | 1NL1GTR2661017016 |
| 288 | 1278146 | 1NL1GTR2661017064 |
| 289 | 1278301 | 1NL1GTR2461017130 |
| 290 | 1278409 | 1NL1GTR2961046204 |
| 291 | 1278581 | 1NL1GTR2761046282 |
| 292 | 1278743 | 1NL1GTR2161017280 |
| 293 | 1279167 | 1NL1GTR2961046459 |
| 294 | 1279509 | 1NL1GTR2161042616 |
| 295 | 1279512 | 1NL1GTR2761042619 |
| 296 | 1279544 | 1NL1GTR2761017557 |
| 297 | 1279860 | 1NL1GTR2561046667 |
| 298 | 1280184 | 1SABS02R061CK6778 |
| 299 | 1280221 | 1EB1F322962491702 |
| 300 | 1280239 | 1EB1F322462491719 |
| 301 | 1280687 | 1EB1F322X64012479 |
| 302 | 1281169 | 1LC2S2P2660305675 |

FC-Ft Pierce, FL Central

|     | A | B |
|-----|---|---|
| 1   | Ft. Pierce THU DOJ 500 Units | |
| 2   | BARCODE | VIN |
| 303 | 1281241 | 4CJ1F322164284996 |
| 304 | 1281610 | 1EB1F322064012667 |
| 305 | 1281662 | 4X4TSMH2X5C009004 |
| 306 | 1281681 | 5CH200R2161144227 |
| 307 | 1281704 | 1EB1F322562491731 |
| 308 | 1281720 | 1SABS02R961CK6746 |
| 309 | 1281785 | 4CJ1F322564284994 |
| 310 | 1281880 | 5CZ200R2161119324 |
| 311 | 1281895 | 1EB1F322161504304 |
| 312 | 1282005 | 1EB1F322462314619 |
| 313 | 1282060 | 4CJ1F322466012575 |
| 314 | 1282061 | 1EB1F322464012372 |
| 315 | 1282078 | 1EB1F322X62491773 |
| 316 | 1282244 | 5SFBT30296E001949 |
| 317 | 1282254 | 4CJ1F322566012584 |
| 318 | 1282277 | 1EB1F322962491893 |
| 319 | 1282338 | 1EB1F322962314485 |
| 320 | 1282508 | 4WYT02P2661711016 |
| 321 | 1282601 | 4WYT02P2561710990 |
| 322 | 1285095 | 4YDT260266N129719 |
| 323 | 1285109 | 1SE200P266F001104 |
| 324 | 1288531 | 47CTA2P286L117828 |
| 325 | 1290001 | 1NL1GTR2X61083343 |
| 326 | 1290123 | 1NL1GTR2661033345 |
| 327 | 1290235 | 1NL1GTR2661083372 |
| 328 | 1290564 | 1NL1GTR2261026635 |
| 329 | 1291167 | 1NL1GTR2761078309 |
| 330 | 1291226 | 1NL1GTR2661052378 |
| 331 | 1291231 | 1NL1GTR2X61052383 |
| 332 | 1291436 | 1NL1GTR2761052406 |
| 333 | 1291471 | 1NL1GTR2161026772 |
| 334 | 1291605 | 1NL1GTR2461026846 |
| 335 | 1292168 | 1NL1GTR2961037793 |
| 336 | 1292321 | 1NL1GTR2061026987 |
| 337 | 1292533 | 1NL1GTR2261046738 |
| 338 | 1292758 | 1NL1GTR2161042888 |
| 339 | 1292934 | 1NL1GTR2361046909 |
| 340 | 1292945 | 1NL1GTR2261046920 |
| 341 | 1292961 | 1NL1GTR2661046936 |
| 342 | 1293524 | 1NL1GTR2561018027 |
| 343 | 1293982 | 1NL1GTR2061043286 |
| 344 | 1294430 | 1NL1GTR2261047419 |
| 345 | 1294978 | 1NL1GTR2061043661 |
| 346 | 1295122 | 1NL1GTR2861037879 |
| 347 | 1295216 | 1NL1GTR2261083661 |
| 348 | 1295478 | 1NL1GTR2261037991 |
| 349 | 1295513 | 1NL1GTR2461038026 |
| 350 | 1295747 | 1NL1GTR2661033975 |
| 351 | 1295821 | 1NL1GTR2261083756 |
| 352 | 1295831 | 1NL1GTR2161038033 |

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | Ft. Pierce THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 353 | 1295840 | 1NL1GTR2261038042 |
| 354 | 1295913 | 1NL1GTR2X61052755 |
| 355 | 1295979 | 1NL1GTR2061083769 |
| 356 | 1296028 | 1NL1GTR2661027190 |
| 357 | 1296301 | 1NL1GTR2261034105 |
| 358 | 1296309 | 1NL1GTR2161034113 |
| 359 | 1296475 | 1NL1GTR2061027315 |
| 360 | 1296671 | 1NL1GTR2661078916 |
| 361 | 1296696 | 1NL1GTR2561078941 |
| 362 | 1296874 | 1NL1GTR2161038307 |
| 363 | 1296908 | 1NL1GTR2461052900 |
| 364 | 1297025 | 1NL1GTR2861027403 |
| 365 | 1297258 | 1NL1GTR2161027453 |
| 366 | 1297607 | 1NL1GTR2461068336 |
| 367 | 1297650 | 1NL1GTR2261027476 |
| 368 | 1297807 | 1NL1GTR2561053053 |
| 369 | 1298058 | 1NL1GTR2461078994 |
| 370 | 1298119 | 1NL1GTR2261027591 |
| 371 | 1298255 | 1NL1GTR2161038551 |
| 372 | 1298584 | 1NL1GTR2161003170 |
| 373 | 1298586 | 1NL1GTR2561003172 |
| 374 | 1298715 | 1NL1GTR2161003301 |
| 375 | 1299015 | 1NL1GTR2261003601 |
| 376 | 1299337 | 1NL1GTR2661002922 |
| 377 | 1299358 | 1NL1GTR2861027613 |
| 378 | 1299527 | 1NL1GTR2861038613 |
| 379 | 1299763 | 1NL1GTR2361084124 |
| 380 | 1299915 | 1NL1GTR2261078508 |
| 381 | 1302519 | 5CZ200R2961125212 |
| 382 | 1302545 | 1EB1F322962491831 |
| 383 | 1302572 | 1EB1F322362491761 |
| 384 | 1302682 | 1EB1F322164012256 |
| 385 | 1302750 | 1EB1F322164012760 |
| 386 | 1302763 | 5CZ200R2961119376 |
| 387 | 1302800 | 1EB1F322X64012756 |
| 388 | 1302816 | 1EB1F322164012970 |
| 389 | 1302861 | 5CZ200R2561119388 |
| 390 | 1303052 | 5CH200R2561144263 |
| 391 | 1303214 | 1EB1F322062314794 |
| 392 | 1303274 | 5CZ200R2X61125249 |
| 393 | 1303343 | 5CH200R2761144281 |
| 394 | 1303372 | 5CZ200R2561119410 |
| 395 | 1303425 | 4CJ1F322865342564 |
| 396 | 1303524 | 1EB1F322264012282 |
| 397 | 1303680 | 4CJ1F322465342576 |
| 398 | 1303714 | 1EB1F322062491846 |
| 399 | 1303781 | 1UJBJ02R561EM0366 |
| 400 | 1304077 | 1UJBJ02P06AEN1158 |
| 401 | 1304235 | 1EB1F322162315212 |
| 402 | 1304249 | 1EB1F322462315155 |

FEMA163-000116

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | **Ft. Pierce THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 403 | 1304287 | 5CH200R2X61144307 |
| 404 | 1304302 | 4XTTN30296C162507 |
| 405 | 1304303 | 4CJ1F322964285040 |
| 406 | 1304361 | 4CJ1F322366012633 |
| 407 | 1304426 | 4CJ1F322266012638 |
| 408 | 1304636 | 1SE200P226H000422 |
| 409 | 1304677 | 4YDT32B286F090001 |
| 410 | 1304740 | 5CZ200R2061125308 |
| 411 | 1304840 | 5CZ200R2361125318 |
| 412 | 1304918 | 5CZ200R2361125304 |
| 413 | 1304940 | 1EB1F322562314578 |
| 414 | 1304947 | 1TC2B969261509883 |
| 415 | 1305076 | 1EB1F322464012803 |
| 416 | 1305110 | 1EB1F322X62314852 |
| 417 | 1305182 | 1EB1F322862315207 |
| 418 | 1305218 | 1EB1F322262314814 |
| 419 | 1305334 | 5CZ200R2861119479 |
| 420 | 1305562 | 1EB1F322X62314821 |
| 421 | 1305822 | 1EB1F322962314809 |
| 422 | 1305833 | 1KB131L226W163551 |
| 423 | 1305959 | 4X4TWDC296R336003 |
| 424 | 1306085 | 5CZ200R2561119505 |
| 425 | 1306259 | 1EB1F322162315193 |
| 426 | 1306425 | 4EZTS322965095581 |
| 427 | 1306799 | 4CJ1F322X65342923 |
| 428 | 1307355 | 1EB1F322662314444 |
| 429 | 1312521 | 5CZ200R2861125394 |
| 430 | 1312605 | 1EB1F322062492088 |
| 431 | 1312635 | 4CJ1F322265342687 |
| 432 | 1312658 | 1TC2B969163002056 |
| 433 | 1312804 | 1EB1F322962492056 |
| 434 | 1312928 | 4CJ1F322166012663 |
| 435 | 1313050 | 4X4TWDH266P007148 |
| 436 | 1313186 | 4CJ1F322964285068 |
| 437 | 1313230 | 1EB1F322064012877 |
| 438 | 1313690 | 5CZ200R2561125398 |
| 439 | 1313696 | 1TC2B969961308059 |
| 440 | 1313795 | 4CJ1F322965342718 |
| 441 | 1313845 | 4CJ1F322164285095 |
| 442 | 1313882 | 4CJ1F322X65342744 |
| 443 | 1313891 | 4CJ1F322265342740 |
| 444 | 1313924 | 1EB1F322462492174 |
| 445 | 1313963 | 1EB1F322X64013177 |
| 446 | 1313982 | 1EB1F322664013161 |
| 447 | 1314127 | 1EB1F322964013154 |
| 448 | 1314137 | 5L4TF332X63023747 |
| 449 | 1314183 | 4CJ1F322366012678 |
| 450 | 1314184 | 1EB1F322962492168 |
| 451 | 1314218 | 1EB1F322662315125 |
| 452 | 1314236 | 4CJ1F322965342752 |

FC-Ft Pierce, FL Central

|   | A | B |
|---|---|---|
| 1 | Ft. Pierce THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 453 | 1314272 | 1EB1F322X62315354 |
| 454 | 1314274 | 4CJ1F322664285139 |
| 455 | 1314357 | 4CJ1F322561505145 |
| 456 | 1314379 | 5CZ200R2261119588 |
| 457 | 1314436 | 4CJ1F322864285160 |
| 458 | 1314543 | 5CZ200R2961125470 |
| 459 | 1314639 | 4CJ1F322465342836 |
| 460 | 1314654 | 1EB1F322762314811 |
| 461 | 1314697 | 4CJ1F322265342835 |
| 462 | 1314698 | 4CJ1F322965342783 |
| 463 | 1314723 | 1EB1F322762491164 |
| 464 | 1314741 | 4CJ1F322866012739 |
| 465 | 1314753 | 4CJ1F322665342952 |
| 466 | 1314763 | 5CH200R2961144427 |
| 467 | 1314813 | 4CJ1F322865342712 |
| 468 | 1315036 | 4WYT02P2661710772 |
| 469 | 1315145 | 1UJBJ02N061EF1249 |
| 470 | 1315315 | 5CZ200R2261125522 |
| 471 | 1315463 | 1EB1F322964013266 |
| 472 | 1315477 | 4CJ1F322165342910 |
| 473 | 1315489 | 4CJ1F322665342983 |
| 474 | 1315512 | 4CJ1F322066012931 |
| 475 | 1315565 | 2EB1F322566503525 |
| 476 | 1315649 | 4CJ1F322165343023 |
| 477 | 1315655 | 1EB1F322362315342 |
| 478 | 1315669 | 1EB1F322464013353 |
| 479 | 1315828 | 4CJ1F322965342797 |
| 480 | 1315856 | 5CZ200R2961125498 |
| 481 | 1316224 | 1EB1F322462314927 |
| 482 | 1316253 | 4CJ1F322465343050 |
| 483 | 1316268 | 4CJ1F322964014026 |
| 484 | 1316350 | 4CJ1F322865343049 |
| 485 | 1316381 | 5CZ200R2561119682 |
| 486 | 1316446 | 5CZ200R2061119704 |
| 487 | 1316501 | 5CH200R2561144473 |
| 488 | 1316635 | 4CJ1F322466012947 |
| 489 | 1316683 | 1EB1F322962315006 |
| 490 | 1316910 | 1EB1F322762315411 |
| 491 | 1317070 | 4CJ1F322365343007 |
| 492 | 1317073 | 4CJ1F322765342992 |
| 493 | 1317220 | 5CZ200R2561125630 |
| 494 | 1317311 | 5CZ200R2761119814 |
| 495 | 1317368 | 5CH200R2161144535 |
| 496 | 1317459 | 1EB1F322662315299 |
| 497 | 1317475 | 1EB1F322262315073 |
| 498 | 1351264 | 1NL1GTR2061018839 |
| 499 | 1351946 | 1NL1GTR2761019020 |
| 500 | 1352825 | 1NL1GTR2461068885 |
| 501 | 1353173 | 1NL1VTR2161060247 |
| 502 | 1355106 | 1NL1VTR2161060569 |

FEMA163-000118