FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | **Hickory THU DOJ 500 Units** | |
| 2 | BARCODE | VIN |
| 3 | 120092 | 1NL1GTR2151062279 |
| 4 | 120363 | 4YDT32B225E315310 |
| 5 | 145172 | 1EB1T322656009834 |
| 6 | 145202 | 1NL1GTR2251065000 |
| 7 | 145222 | 1NL1GTR2251065014 |
| 8 | 145272 | 1NL1GTR2651021526 |
| 9 | 145389 | 1NL1GTR2551069395 |
| 10 | 145759 | 5L4TF332053008964 |
| 11 | 174369 | 1NL1GTR2751012552 |
| 12 | 175002 | 1EB1F322052971559 |
| 13 | 175082 | 4X4TWDH235R333878 |
| 14 | 175142 | 1NL1GTR2351062283 |
| 15 | 175685 | 1NL1GTR2X51064077 |
| 16 | 177185 | 4X4TWDM2X5J045506 |
| 17 | 177186 | 4X4TWDM255J045364 |
| 18 | 551608 | 1EB1F322554007351 |
| 19 | 711987 | 1NL1GTR2351020423 |
| 20 | 727972 | 1NL1GTR2351062056 |
| 21 | 728316 | 1NL1GTR2651063962 |
| 22 | 728377 | 4X4TSMH295J014740 |
| 23 | 729319 | 1NL1GTR2951020801 |
| 24 | 1037351 | 1NL1GTR2451021130 |
| 25 | 1038220 | 1NL1GTR2751064473 |
| 26 | 1038610 | 1NL1GTR2351069444 |
| 27 | 1038759 | 1NL1GTR2651021761 |
| 28 | 1038909 | 1EB1T322256009961 |
| 29 | 1038922 | 1EB1F322052813805 |
| 30 | 1038954 | 1EB1T322556009968 |
| 31 | 1038969 | 1EB1T322X55340356 |
| 32 | 1038987 | 1EB1T322956009987 |
| 33 | 1039067 | 1EB1T322455340353 |
| 34 | 1039145 | 1EB1T322755340377 |
| 35 | 1039147 | 1EB1F322652813811 |
| 36 | 1040715 | 1NL1GTR2051068977 |
| 37 | 1040788 | 1NL1GTR2851064790 |
| 38 | 1041368 | 1NL1GTR2251021711 |
| 39 | 1041818 | 1NL1GTR2251021224 |
| 40 | 1041919 | 1NL1GTR2351021216 |
| 41 | 1041995 | 1NL1GTR2351069010 |
| 42 | 1043050 | 4X4TWDM2953045528 |
| 43 | 1043737 | 1NL1GTR2251021935 |
| 44 | 1043743 | 1NL1GTR2651021940 |
| 45 | 1043771 | 1NL1GTR2251021918 |
| 46 | 1043774 | 1NL1GTR2351065541 |
| 47 | 1053602 | 1NL1GTR2851068192 |
| 48 | 1055094 | 1NL1GTR2651068465 |
| 49 | 1055421 | 1NL1GTR2851020952 |
| 50 | 1055444 | 1NL1GTR2X51064581 |
| 51 | 1055553 | 1NL1GTR2451069033 |
| 52 | 1105736 | 1NL1GTR2261073437 |

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | Hickory THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 53 | 1105982 | 1NL1GTR2661022863 |
| 54 | 1106064 | 1NL1GTR2961073547 |
| 55 | 1106149 | 1NL1GTR2661073568 |
| 56 | 1106356 | 1NL1GTR2X61073699 |
| 57 | 1106410 | 1NL1GTR2461073701 |
| 58 | 1106463 | 1NL1GTR2761030017 |
| 59 | 1106524 | 1NL1GTR2261022990 |
| 60 | 1106661 | 1NL1GTR2X61066378 |
| 61 | 1106726 | 1NL1GTR2961073872 |
| 62 | 1106749 | 1NL1GTR2461073780 |
| 63 | 1106865 | 1NL1GTR2561073819 |
| 64 | 1106895 | 1NL1GTR2261073888 |
| 65 | 1107177 | 1NL1GTR2461066442 |
| 66 | 1107303 | 1NL1GTR2X61066476 |
| 67 | 1107354 | 1NL1GTR2761014061 |
| 68 | 1107761 | 1NL1GTR2X61066560 |
| 69 | 1107876 | 1NL1GTR2161050103 |
| 70 | 1107891 | 1NL1GTR2761023200 |
| 71 | 1107978 | 1NL1GTR2261023234 |
| 72 | 1108147 | 1NL1GTR2461074332 |
| 73 | 1108217 | 1NL1GTR2861014215 |
| 74 | 1108261 | 1NL1GTR2561030288 |
| 75 | 1108674 | 1NL1GTR2461050158 |
| 76 | 1108902 | 1NL1GTR2X61014328 |
| 77 | 1108949 | 1NL1GTR2861030415 |
| 78 | 1109009 | 1NL1GTR2161066771 |
| 79 | 1109031 | 1NL1GTR2761074308 |
| 80 | 1109198 | 1NL1GTR2661074414 |
| 81 | 1109326 | 1NL1GTR2561023454 |
| 82 | 1109573 | 1NL1GTR2761023486 |
| 83 | 1109720 | 1NL1GTR2261074507 |
| 84 | 1109889 | 1NL1GTR2561074551 |
| 85 | 1109942 | 1NL1GTR2561074582 |
| 86 | 1110079 | 1NL1GTR2261023573 |
| 87 | 1110115 | 1NL1GTR2361066951 |
| 88 | 1110128 | 1NL1GTR2161066964 |
| 89 | 1110246 | 1NL1GTR2261023606 |
| 90 | 1110611 | 1NL1GTR2761001018 |
| 91 | 1110695 | 1NL1GTR2561001101 |
| 92 | 1110751 | 1NL1GTR2X61001157 |
| 93 | 1110792 | 1NL1GTR2261001198 |
| 94 | 1111089 | 1NL1GTR2861001495 |
| 95 | 1111568 | 1NL1GTR2961001974 |
| 96 | 1111594 | 1NL1GTR2461002000 |
| 97 | 1111807 | 1NL1GTR2X61002213 |
| 98 | 1112517 | 1NL1GTR2261074779 |
| 99 | 1112823 | 1NL1GTR2061030716 |
| 100 | 1112959 | 1NL1GTR2161074854 |
| 101 | 1113244 | 1NL1GTR2261014789 |
| 102 | 1113252 | 1NL1GTR2161014797 |

FEMA163-000120

FC-Hickory, MS Central

|     | A | B |
|-----|---|---|
| 1   | Hickory THU DOJ 500 Units | |
| 2   | BARCODE | VIN |
| 103 | 1113281 | 1NL1GTR2461014826 |
| 104 | 1113344 | 1NL1GTR2461040276 |
| 105 | 1113345 | 1NL1GTR2461014843 |
| 106 | 1113447 | 1NL1GTR2061040307 |
| 107 | 1113520 | 1NL1GTR2161014962 |
| 108 | 1113524 | 1NL1GTR2961014966 |
| 109 | 1113573 | 1NL1GTR2861040359 |
| 110 | 1113582 | 1NL1GTR2961040368 |
| 111 | 1113588 | 1NL1GTR2461040374 |
| 112 | 1113882 | 1NL1GTR2X61040511 |
| 113 | 1114010 | 1NL1GTR2161030742 |
| 114 | 1114114 | 1NL1GTR2461067123 |
| 115 | 1114198 | 1NL1GTR2X61074724 |
| 116 | 1114438 | 1NL1GTR2561030811 |
| 117 | 1114447 | 1NL1GTR2661030820 |
| 118 | 1114708 | 1NL1GTR2361050460 |
| 119 | 1114730 | 1NL1GTR2961030889 |
| 120 | 1114790 | 1NL1GTR2661067222 |
| 121 | 1114978 | 1NL1GTR2761023925 |
| 122 | 1115136 | 1NL1GTR2361067288 |
| 123 | 1115163 | 1NL1GTR2561074923 |
| 124 | 1115218 | 1NL1GTR2761067309 |
| 125 | 1115340 | 1NL1GTR2361067355 |
| 126 | 1115411 | 1NL1GTR2661031014 |
| 127 | 1115414 | 1NL1GTR2161031017 |
| 128 | 1115429 | 1NL1GTR2861031032 |
| 129 | 1115442 | 1NL1GTR2661082027 |
| 130 | 1115657 | 1NL1GTR2561050556 |
| 131 | 1115666 | 1NL1GTR2561082035 |
| 132 | 1115737 | 1NL1GTR2361024067 |
| 133 | 1116117 | 1NL1GTR2561024166 |
| 134 | 1116193 | 1NL1GTR2X61050634 |
| 135 | 1116319 | 1NL1GTR2361040589 |
| 136 | 1116433 | 1NL1GTR2761040661 |
| 137 | 1116474 | 1NL1GTR2661040702 |
| 138 | 1116912 | 1NL1GTR2461015541 |
| 139 | 1117396 | 1NL1GTR2561031263 |
| 140 | 1117442 | 1NL1GTR2961024218 |
| 141 | 1117764 | 1NL1GTR2261024299 |
| 142 | 1117774 | 1NL1GTR2161024309 |
| 143 | 1117793 | 1NL1GTR2661031319 |
| 144 | 1117796 | 1NL1GTR2661031322 |
| 145 | 1117815 | 1NL1GTR2X61031341 |
| 146 | 1117899 | 1NL1GTR2161082162 |
| 147 | 1118206 | 1NL1GTR2361031424 |
| 148 | 1118399 | 1NL1GTR2361031469 |
| 149 | 1118458 | 1NL1GTR2061024446 |
| 150 | 1118573 | 1NL1GTR2X61077073 |
| 151 | 1118580 | 1NL1GTR2761077080 |
| 152 | 1118776 | 1NL1GTR2161077110 |

FC-Hickory, MS Central

|     | A | B |
|---|---|---|
| 1 | Hickory THU DOJ 500 Units | |
| 2 | **BARCODE** | **VIN** |
| 153 | 1118851 | 1NL1GTR2561077126 |
| 154 | 1118916 | 1NL1GTR2561035605 |
| 155 | 1119180 | 1NL1GTR2561024555 |
| 156 | 1119190 | 1NL1GTR2861024565 |
| 157 | 1119216 | 1NL1GTR2X61082323 |
| 158 | 1119274 | 1NL1GTR2961050902 |
| 159 | 1119292 | 1NL1GTR2061031638 |
| 160 | 1119414 | 1NL1GTR2561035667 |
| 161 | 1119525 | 1NL1GTR2861024629 |
| 162 | 1119581 | 1NL1GTR2561031702 |
| 163 | 1119808 | 1NL1GTR2661031756 |
| 164 | 1119841 | 1NL1GTR2761024668 |
| 165 | 1119852 | 1NL1GTR2161024679 |
| 166 | 1119935 | 1NL1GTR2461077442 |
| 167 | 1119964 | 1NL1GTR2961031797 |
| 168 | 1120231 | 1NL1GTR2461045154 |
| 169 | 1120268 | 1NL1GTR2861041110 |
| 170 | 1120303 | 1NL1GTR2761015761 |
| 171 | 1120497 | 1NL1GTR2961045215 |
| 172 | 1120772 | 1NL1GTR2061015956 |
| 173 | 1120813 | 1NL1GTR2361015997 |
| 174 | 1120850 | 1NL1GTR2X61041285 |
| 175 | 1121089 | 1NL1GTR2761035752 |
| 176 | 1121202 | 1NL1GTR2661025035 |
| 177 | 1121366 | 1NL1GTR2361077495 |
| 178 | 1121475 | 1NL1GTR2161035858 |
| 179 | 1121526 | 1NL1GTR2761025058 |
| 180 | 1121535 | 1NL1GTR2861025067 |
| 181 | 1121613 | 1NL1GTR2961077372 |
| 182 | 1121909 | 1NL1GTR2761035945 |
| 183 | 1121932 | 1NL1GTR2861035968 |
| 184 | 1121989 | 1NL1GTR2861082496 |
| 185 | 1122171 | 1NL1GTR2961051189 |
| 186 | 1122452 | 1NL1GTR2061036032 |
| 187 | 1122484 | 1NL1GTR2261036064 |
| 188 | 1122502 | 1NL1GTR2061032109 |
| 189 | 1122586 | 1NL1GTR2961016040 |
| 190 | 1122708 | 1NL1GTR2161016100 |
| 191 | 1122782 | 1NL1GTR2X61045384 |
| 192 | 1122858 | 1NL1GTR2561016178 |
| 193 | 1122886 | 1NL1GTR2661016204 |
| 194 | 1123295 | 1NL1GTR2461016396 |
| 195 | 1123320 | 1NL1GTR2561045535 |
| 196 | 1123526 | 1NL1GTR2861045612 |
| 197 | 1123540 | 1NL1GTR2261041619 |
| 198 | 1123689 | 1NL1GTR2661077619 |
| 199 | 1123728 | 1NL1GTR2861032178 |
| 200 | 1123748 | 1NL1GTR2661036102 |
| 201 | 1123948 | 1NL1GTR2761067584 |
| 202 | 1124230 | 1NL1GTR2461067624 |

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | Hickory THU DOJ 500 Units | |
| 2 | **BARCODE** | **VIN** |
| 203 | 1124504 | 1NL1GTR2961077713 |
| 204 | 1124581 | 1NL1GTR2461032310 |
| 205 | 1124679 | 1NL1GTR2161051400 |
| 206 | 1124690 | 1NL1GTR2X61025474 |
| 207 | 1124717 | 1NL1GTR2961025501 |
| 208 | 1124967 | 1NL1GTR2X61067689 |
| 209 | 1125204 | 1NL1GTR2761016506 |
| 210 | 1125411 | 1NL1GTR2261016526 |
| 211 | 1125451 | 1NL1GTR2361016583 |
| 212 | 1125607 | 1NL1GTR2761016618 |
| 213 | 1125962 | 1NL1GTR2361045923 |
| 214 | 1126174 | 1NL1GTR2061082749 |
| 215 | 1126281 | 1NL1GTR2061077809 |
| 216 | 1126601 | 1NL1GTR2461032470 |
| 217 | 1126672 | 1NL1GTR2361025655 |
| 218 | 1126861 | 1NL1GTR2661032504 |
| 219 | 1126908 | 1NL1GTR2X61025720 |
| 220 | 1127227 | 1NL1GTR2761051577 |
| 221 | 1127299 | 1NL1GTR2861067853 |
| 222 | 1127638 | 1NL1GTR2761077953 |
| 223 | 1127809 | 1NL1GTR2661025858 |
| 224 | 1127893 | 1NL1GTR2161077964 |
| 225 | 1127916 | 1NL1GTR2261036646 |
| 226 | 1128999 | 1NL1GTR2961051838 |
| 227 | 1129139 | 1NL1GTR2361026126 |
| 228 | 1129255 | 1NL1GTR2961083074 |
| 229 | 1130085 | 1NL1GTR2961068204 |
| 230 | 1130312 | 1NL1GTR2361078226 |
| 231 | 1130670 | 1NL1GTR2761033175 |
| 232 | 1130782 | 1NL1GTR2661083288 |
| 233 | 1130892 | 1NL1GTR2161033236 |
| 234 | 1130978 | 1NL1GTR2461078705 |
| 235 | 1131131 | 1NL1GTR2X61033302 |
| 236 | 1153781 | 4X4TWDH2X6P100366 |
| 237 | 1154096 | 4X4TWDH216P100336 |
| 238 | 1154176 | 4X4TWDH256P100369 |
| 239 | 1154210 | 4X4TSMH206J030181 |
| 240 | 1154318 | 4YDT320276C128547 |
| 241 | 1154499 | 5L4TF332963013551 |
| 242 | 1154952 | 4X4TWDH276P194495 |
| 243 | 1165398 | 4X4TSMH236J029977 |
| 244 | 1165730 | 4X4TSMH226J029968 |
| 245 | 1165818 | 1EB1F322565341892 |
| 246 | 1166787 | 4X4TSMH226J030053 |
| 247 | 1167090 | 4X4TSMH296J030065 |
| 248 | 1167232 | 1KB131L226E159473 |
| 249 | 1180763 | 4X4TSMH206C008458 |
| 250 | 1181248 | EB1T322466012300 |
| 251 | 1192563 | 1EB1F322562314159 |
| 252 | 1192826 | 4X4TSMH246J030345 |

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | **Hickory THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 253 | 1192863 | 4X4TWDH266P006503 |
| 254 | 1193191 | 1KB131L276W159690 |
| 255 | 1193580 | 1KB131L236W159721 |
| 256 | 1193608 | 1KB131L276W159706 |
| 257 | 1193671 | 1EB1F322562491082 |
| 258 | 1193971 | 4X4WDH286P100589 |
| 259 | 1194234 | 1KB131L216W159748 |
| 260 | 1194386 | 1EB1F322X62314222 |
| 261 | 1194603 | 4X4TWDH226P100586 |
| 262 | 1197747 | 1EBIT322466012281 |
| 263 | 1197979 | 1KB131L216E159304 |
| 264 | 1198001 | 1KB131L286E159302 |
| 265 | 1198178 | 4X4TWDH266P194715 |
| 266 | 1198246 | 5L4TF332763013600 |
| 267 | 1198303 | 5L4TF332663013507 |
| 268 | 1198307 | 4X4TSMH216J030352 |
| 269 | 1198366 | 1EB1F322362491002 |
| 270 | 1198388 | 4X4TSMH296J030552 |
| 271 | 1198468 | 1EB1F322X62490980 |
| 272 | 1198539 | 1EB1F322962491005 |
| 273 | 1198794 | 1KB131L256E159807 |
| 274 | 1199182 | 4X4TWDH206P100389 |
| 275 | 1199199 | 4X4TSMH296J030423 |
| 276 | 1199373 | 4X4TWDH286P006759 |
| 277 | 1199471 | 1EB1F322865342082 |
| 278 | 1200519 | 5L4TF332663013684 |
| 279 | 1200570 | 1EB1F322465342158 |
| 280 | 1200666 | 1KB131L236E159269 |
| 281 | 1200799 | 4X4TSMH276J030730 |
| 282 | 1200812 | 4X4TWDH296P194806 |
| 283 | 1201254 | 4X4TSMH246J030703 |
| 284 | 1201323 | 4X4TSMH246J030510 |
| 285 | 1201360 | 4X4TWDH206P006772 |
| 286 | 1201599 | 1KB131L286E160305 |
| 287 | 1201643 | 1KB131L266W160958 |
| 288 | 1201659 | 4X4TWDH286P100852 |
| 289 | 1225716 | 1KB131L296W164955 |
| 290 | 1225779 | 5L4TF332163020798 |
| 291 | 1225975 | 5L4TF332763020966 |
| 292 | 1226005 | 5L4TF332463020665 |
| 293 | 1226063 | 1KB131L226W164991 |
| 294 | 1228563 | 1KB131L266E160352 |
| 295 | 1230991 | 1KB131L256E160827 |
| 296 | 1231219 | 4X4TSMH266T104272 |
| 297 | 1232508 | 1KB131L296W160954 |
| 298 | 1232649 | 4X4TSMH216J030657 |
| 299 | 1232657 | 4X4TSMH236J030692 |
| 300 | 1232711 | 4X4TSMH256J030693 |
| 301 | 1232723 | 1KB131L286W161027 |
| 302 | 1232786 | 4X4TSMH216J030318 |

FEMA163-000124

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | Hickory THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 303 | 1233145 | 1KB131L266E160688 |
| 304 | 1233529 | 5L4TF332263013908 |
| 305 | 1233624 | 5L4TF332263014055 |
| 306 | 1233659 | 1EB1F322262491153 |
| 307 | 1233694 | 5L4TF332263013889 |
| 308 | 1233706 | 1KB131L226E159294 |
| 309 | 1233774 | 4X4TWDH226P006742 |
| 310 | 1233824 | 1KB131L256E159502 |
| 311 | 1234096 | 1KB131L206E160881 |
| 312 | 1234417 | 1KB131L206E159973 |
| 313 | 1234419 | 1KB131L2X6E159981 |
| 314 | 1234529 | 4X4TSMH236J030658 |
| 315 | 1234544 | 1KB131L226E159392 |
| 316 | 1234549 | 4X4TWDH286P006793 |
| 317 | 1234567 | 1KB131L256E160732 |
| 318 | 1234669 | 4X4TWDH246P194969 |
| 319 | 1234849 | 1KB1312256E159354 |
| 320 | 1234950 | 1KB131L296W161554 |
| 321 | 1240052 | 5L4TF332763014407 |
| 322 | 1240636 | 1KB131L276W162654 |
| 323 | 1240747 | 1NL1GTR2061035849 |
| 324 | 1241201 | 1KB131L266W162596 |
| 325 | 1241470 | 5L4TF332663014432 |
| 326 | 1241479 | 5L4TF332763015301 |
| 327 | 1241581 | 5L4TF332563015507 |
| 328 | 1241590 | 5L4TF332963015526 |
| 329 | 1241622 | 1KB131L276W162668 |
| 330 | 1241639 | 5L4TF332863013752 |
| 331 | 1241812 | 5L4TF332063015270 |
| 332 | 1241952 | 1KB131L206W162978 |
| 333 | 1242043 | 5L4TF332X63014482 |
| 334 | 1242177 | '2EB1F322666503341' |
| 335 | 1242238 | 5L4TF332963015350 |
| 336 | 1242241 | '5SFBT30266E001956' |
| 337 | 1242443 | 5L4TF332463016311 |
| 338 | 1242541 | 1KB131L276W163027 |
| 339 | 1242724 | 5L4TF332163015083 |
| 340 | 1243049 | 2EB1F322966503494 |
| 341 | 1243648 | 5L4TF332663014933 |
| 342 | 1243753 | 5L4TF332263016288 |
| 343 | 1244024 | 5L4TF332163015178 |
| 344 | 1244807 | 5L4TF332063016080 |
| 345 | 1245280 | 5L4TF332863023665 |
| 346 | 1245831 | 5L4TF332663023731 |
| 347 | 1246009 | 5L4TF332263021684 |
| 348 | 1246569 | 1NL1GTR2961036790 |
| 349 | 1246696 | 5L4TF332X63023800 |
| 350 | 1247351 | 5L4TF332263019904 |
| 351 | 1247404 | 1KB131L226W163890 |
| 352 | 1247602 | 5L4TF332663023860 |

FEMA163-000125

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | **Hickory THU DOJ 500 Units** | |
| 2 | BARCODE | VIN |
| 353 | 1248206 | 5L4TF332563020237 |
| 354 | 1248225 | 5L4TF332163020073 |
| 355 | 1248255 | 1KB131L276W164064 |
| 356 | 1248280 | 1KB131L266W163990 |
| 357 | 1249057 | 5L4TF332463015983 |
| 358 | 1249412 | 1KB131L2X6W164298 |
| 359 | 1249592 | 5L4TF332763020403 |
| 360 | 1249606 | 5L4TF332563020271 |
| 361 | 1249617 | 5L4TF332963020435 |
| 362 | 1249869 | 1KB131L216W164559 |
| 363 | 1250037 | 1KB131L236W161534 |
| 364 | 1250112 | 1KB131L286E159980 |
| 365 | 1250207 | 5L4TF332063014135 |
| 366 | 1250252 | 4X4TSMH286J030686 |
| 367 | 1250279 | 4X4TSMH286J016206 |
| 368 | 1250315 | '1KB131L286E159560' |
| 369 | 1250324 | '1KB131L216E159559' |
| 370 | 1250343 | 4X4TSMH276J016441 |
| 371 | 1250548 | 4X4TWDH216P006912 |
| 372 | 1250625 | 4X4TSMH2X6J016207 |
| 373 | 1250963 | 4X4TWDH2X6P194880 |
| 374 | 1250987 | 5L4TF332563014308 |
| 375 | 1251100 | 5L4TF332063015060 |
| 376 | 1251124 | 5L4TF332563014180 |
| 377 | 1251288 | 5L4TF332563014356 |
| 378 | 1251340 | 1KB131L276W161603 |
| 379 | 1251589 | 5L4TF332463014560 |
| 380 | 1255112 | 5L4TF332463020598 |
| 381 | 1255168 | 1KB131L266W164637 |
| 382 | 1255573 | 1KB131L236W164661 |
| 383 | 1256034 | 5L4TF332563020917 |
| 384 | 1256270 | 5L4TF332563020125 |
| 385 | 1256435 | 5L4TF332X63021397 |
| 386 | 1256608 | 5L4TF332663020960 |
| 387 | 1256842 | 5L4TF332263020762 |
| 388 | 1275041 | 4X4TWDH226T133739 |
| 389 | 1275921 | 1KB131L216W162472 |
| 390 | 1276140 | 1KB131L2X6W162471 |
| 391 | 1276147 | 4X4TWDH266P195122 |
| 392 | 1276178 | 1KB131L246E162147 |
| 393 | 1276185 | 1KB131L276W162475 |
| 394 | 1276260 | 4X4TWDH256P100646 |
| 395 | 1276999 | 4X4TWDH266P100719 |
| 396 | 1277201 | 4X4TWDH266P100638 |
| 397 | 1277361 | 4X4TWDH266P195346 |
| 398 | 1277791 | 1NL1GTR2261042074 |
| 399 | 1277884 | 1NL1GTR2261016977 |
| 400 | 1277962 | 1NL1GTR2961046073 |
| 401 | 1278470 | 1NL1GTR2461046269 |
| 402 | 1279065 | 1NL1GTR2961017401 |

FEMA163-000126

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | Hickory THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 403 | 1279473 | 1NL1GTR2761046590 |
| 404 | 1279684 | 1NL1GTR2461046644 |
| 405 | 1279695 | 1NL1GTR2961046655 |
| 406 | 1279762 | 1NL1GTR2861017633 |
| 407 | 1279843 | 1NL1GTR2861042726 |
| 408 | 1290103 | 1NL1GTR2061033325 |
| 409 | 1290359 | 1NL1GTR2161037402 |
| 410 | 1290495 | 1NL1GTR2061037438 |
| 411 | 1290696 | 1NL1GTR2X61078272 |
| 412 | 1290797 | 1NL1GTR2161083442 |
| 413 | 1291202 | 1NL1GTR2961078344 |
| 414 | 1291490 | 1NL1GTR2561026791 |
| 415 | 1291655 | 1NL1GTR2X61033669 |
| 416 | 1291856 | 1NL1GTR2361026871 |
| 417 | 1292827 | 1NL1GTR2061046852 |
| 418 | 1292943 | 1NL1GTR2461046918 |
| 419 | 1293142 | 1NL1GTR2361043024 |
| 420 | 1293182 | 1NL1GTR2461017886 |
| 421 | 1293410 | 1NL1GTR2761043107 |
| 422 | 1293476 | 1NL1GTR2X61047099 |
| 423 | 1293585 | 1NL1GTR2161043152 |
| 424 | 1293681 | 1NL1GTR2361043198 |
| 425 | 1293759 | 1NL1GTR2861047201 |
| 426 | 1293776 | 1NL1GTR2361047218 |
| 427 | 1294322 | 1NL1GTR2261043385 |
| 428 | 1294661 | 1NL1GTR2061047550 |
| 429 | 1294675 | 1NL1GTR2161043538 |
| 430 | 1294813 | 1NL1GTR2461043596 |
| 431 | 1295125 | 1NL1GTR2861037882 |
| 432 | 1295567 | 1NL1GTR2761027070 |
| 433 | 1295581 | 1NL1GTR2761027084 |
| 434 | 1296042 | 1NL1GTR2261027204 |
| 435 | 1296553 | 1NL1GTR2661083825 |
| 436 | 1297051 | 1NL1GTR2061038329 |
| 437 | 1297058 | 1NL1GTR2861038336 |
| 438 | 1297092 | 1NL1GTR2861052916 |
| 439 | 1297169 | 1NL1GTR2461078963 |
| 440 | 1297264 | 1NL1GTR2261027459 |
| 441 | 1297704 | 1NL1GTR2361083989 |
| 442 | 1297769 | 1NL1GTR2061038475 |
| 443 | 1297999 | 1NL1GTR2461068384 |
| 444 | 1298054 | 1NL1GTR2861053094 |
| 445 | 1298112 | 1NL1GTR2561027584 |
| 446 | 1298163 | 1NL1GTR2X61034482 |
| 447 | 1298192 | 1NL1GTR2061084047 |
| 448 | 1298461 | 1NL1GTR2261003047 |
| 449 | 1298535 | 1NL1GTR2X61003121 |
| 450 | 1298891 | 1NL1GTR2561003477 |
| 451 | 1299891 | 1NL1GTR2761038666 |
| 452 | 1299986 | 1NL1GTR2X61068499 |

FEMA163-000127

FC-Hickory, MS Central

|   | A | B |
|---|---|---|
| 1 | Hickory THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 453 | 1303745 | 4X4TWDH216T133893 |
| 454 | 1304271 | 4X4TWDH296P195583 |
| 455 | 1313984 | 4CJ1F322661505154 |
| 456 | 1316688 | 4CJ1F322661505364 |
| 457 | 1317038 | 2EB1F322566504111 |
| 458 | 1325677 | 2EB1F322966504175 |
| 459 | 1343918 | 4WYT12S2461603725 |
| 460 | 1344736 | 4WYT12S2461603854 |
| 461 | 1345190 | 4WYT12S2561603765 |
| 462 | 1345570 | 5CZ200P2061127028 |
| 463 | 1346166 | 4WYT12S2361603540 |
| 464 | 1346736 | 5L4TF332X63019780 |
| 465 | 1347842 | 1NL1GTR2661068564 |
| 466 | 1347864 | 1NL1GTR2X61084198 |
| 467 | 1347972 | 1NL1GTR2661038755 |
| 468 | 1348171 | 1NL1GTR2261027820 |
| 469 | 1348856 | 1NL1GTR2061038945 |
| 470 | 1349067 | 1NL1GTR2261034878 |
| 471 | 1349113 | 1NL1GTR2761027974 |
| 472 | 1349132 | 1NL1GTR2061027993 |
| 473 | 1349691 | 1NL1VTR2961060044 |
| 474 | 1350117 | 1NL1GTR2561047656 |
| 475 | 1350284 | 1NL1GTR2661043762 |
| 476 | 1350370 | 1NL1GTR2X61047748 |
| 477 | 1350960 | 1NL1GTR2361018737 |
| 478 | 1351219 | 1NL1VTR2461048044 |
| 479 | 1351314 | 1NL1VTR2661044139 |
| 480 | 1351533 | 1NL1VTR2861044207 |
| 481 | 1351622 | 1NL1GTR2161018946 |
| 482 | 1351639 | 1NL1VTR2161048163 |
| 483 | 1352169 | 1NL1GTR2961019133 |
| 484 | 1352193 | 1NL1VTR2361048357 |
| 485 | 1352486 | 1NL1VTR2461048450 |
| 486 | 1353444 | 1NL1GTR2661028338 |
| 487 | 1354331 | 1NL1VTR2761064464 |
| 488 | 1354401 | 1NL1VTR2761064514 |
| 489 | 1354658 | 1NL1VTR2961084635 |
| 490 | 1354793 | 1NL1GTR2961028446 |
| 491 | 1355433 | 1NL1VTR2361064722 |
| 492 | 1355615 | 1NL1VTR2361064798 |
| 493 | 1356040 | 1NL1VTR2161060782 |
| 494 | 1356069 | 1NL1VTR2461060811 |
| 495 | 1356487 | 1NL1VTR2X61060893 |
| 496 | 1356597 | 1NL1VTR2661060924 |
| 497 | 1356974 | 1NL1VTR2961084943 |
| 498 | 1357204 | 1NL1VTR2961065180 |
| 499 | 1358480 | 1NL1VTR2861044952 |
| 500 | 1360259 | 1NL1VTR2861061184 |
| 501 | 1373008 | 5CZ200P2X61128445 |
| 502 | 1375259 | 5L4TF332963023836 |

FEMA163-000128