FC-Lumberton, MS Central

|    | A | B |
|----|---|---|
| 1  | **Lumberton THU 497 Units** | |
| 2  | BARCODE | VIN |
| 3  | 119881 | 1NL1GTR2951062238 |
| 4  | 145726 | 5L4TF332X53008700 |
| 5  | 175513 | 4YDT32B265E315407 |
| 6  | 177193 | 4X4TWDM235J045489 |
| 7  | 695441 | 1NL1GTR2851012169 |
| 8  | 712058 | 5CZ200R2751117561 |
| 9  | 728241 | 4X4TWDH205R333949 |
| 10 | 729731 | 1TC2B041643001362 |
| 11 | 1037783 | 1NL1GTR2341020146 |
| 12 | 1038847 | 1EB1T322956009956 |
| 13 | 1039021 | 1EB1T322355340361 |
| 14 | 1040741 | 1NL1GTR2751068975 |
| 15 | 1041478 | 4YDT320205N121023 |
| 16 | 1043697 | 4YDT320285N121030 |
| 17 | 1055291 | 1NL1GTR2951020846 |
| 18 | 1055649 | 4YDT302225B060003 |
| 19 | 1055767 | 1NL1GTR2X51021228 |
| 20 | 1056879 | 4YDT278275A221891 |
| 21 | 1058891 | 4YDT32B215E316285 |
| 22 | 1106383 | 1NL1GTR2261066312 |
| 23 | 1107445 | 1NL1GTR2661014097 |
| 24 | 1107524 | 1NL1GTR2361023131 |
| 25 | 1107525 | 1NL1GTR2561023132 |
| 26 | 1108372 | 1NL1GTR2X61050147 |
| 27 | 1110174 | 1NL1GTR2261074653 |
| 28 | 1110634 | 1NL1GTR2061001040 |
| 29 | 1110677 | 1NL1GTR2761001083 |
| 30 | 1111052 | 1NL1GTR2261001458 |
| 31 | 1111768 | 1NL1GTR2461002174 |
| 32 | 1111841 | 1NL1GTR2561002247 |
| 33 | 1111861 | 1NL1GTR2061002267 |
| 34 | 1111880 | 1NL1GTR2461002286 |
| 35 | 1111946 | 1NL1GTR2261002352 |
| 36 | 1112172 | 1NL1GTR2661002578 |
| 37 | 1112227 | 1NL1GTR2X61002633 |
| 38 | 1112370 | 1NL1GTR2X61002776 |
| 39 | 1112627 | 1NL1GTR2161023676 |
| 40 | 1112917 | 1NL1GTR2961074696 |
| 41 | 1113448 | 1NL1GTR2261040308 |
| 42 | 1113462 | 1NL1GTR2761040322 |
| 43 | 1114012 | 1NL1GTR2561030744 |
| 44 | 1114125 | 1NL1GTR2961067134 |
| 45 | 1115026 | 1NL1GTR2061030926 |
| 46 | 1115101 | 1NL1GTR2861074916 |
| 47 | 1115484 | 1NL1GTR2761035251 |
| 48 | 1115895 | 1NL1GTR2161031146 |
| 49 | 1115935 | 1NL1GTR2361024117 |
| 50 | 1116136 | 1NL1GTR2161031180 |
| 51 | 1116183 | 1NL1GTR2761050624 |
| 52 | 1116760 | 1NL1GTR2361040785 |
| 53 | 1116960 | 1NL1GTR2261015554 |

FC-Lumberton, MS Central

|   | A | B |
|---|---|---|
| 1 | Lumberton THU 497 Units | |
| 2 | **BARCODE** | **VIN** |
| 54 | 1117994 | 1NL1GTR2461031366 |
| 55 | 1118685 | 1NL1GTR2861035551 |
| 56 | 1118723 | 1NL1GTR2361024456 |
| 57 | 1119096 | 1NL1GTR2761035640 |
| 58 | 1119356 | 1NL1GTR2561024605 |
| 59 | 1119370 | 1NL1GTR2561024619 |
| 60 | 1119418 | 1NL1GTR2761035671 |
| 61 | 1119468 | 1NL1GTR2261077178 |
| 62 | 1119535 | 1NL1GTR2061024639 |
| 63 | 1119889 | 1NL1GTR2561050959 |
| 64 | 1120030 | 1NL1GTR2161041000 |
| 65 | 1120168 | 1NL1GTR2561041047 |
| 66 | 1120326 | 1NL1GTR2X61015785 |
| 67 | 1120483 | 1NL1GTR2961045201 |
| 68 | 1121091 | 1NL1GTR2061035754 |
| 69 | 1121242 | 1NL1GTR2061031851 |
| 70 | 1121557 | 1NL1GTR2561051061 |
| 71 | 1121948 | 1NL1GTR2161031986 |
| 72 | 1122345 | 1NL1GTR2061036029 |
| 73 | 1122394 | 1NL1GTR2161082534 |
| 74 | 1122404 | 1NL1GTR2461082544 |
| 75 | 1123236 | 1NL1GTR2X61016337 |
| 76 | 1123286 | 1NL1GTR2361016387 |
| 77 | 1123645 | 1NL1GTR2161067533 |
| 78 | 1123873 | 1NL1GTR2261051244 |
| 79 | 1123914 | 1NL1GTR2X61077624 |
| 80 | 1124092 | 1NL1GTR2361025381 |
| 81 | 1124210 | 1NL1GTR2961067604 |
| 82 | 1124351 | 1NL1GTR2661025407 |
| 83 | 1124455 | 1NL1GTR2761025450 |
| 84 | 1124936 | 1NL1GTR2861077749 |
| 85 | 1125173 | 1NL1GTR2X61045630 |
| 86 | 1125881 | 1NL1GTR2561045857 |
| 87 | 1126016 | 1NL1GTR2861045867 |
| 88 | 1126301 | 1NL1GTR2661077829 |
| 89 | 1126303 | 1NL1GTR2461077831 |
| 90 | 1126335 | 1NL1GTR2661051473 |
| 91 | 1126362 | 1NL1GTR2861067741 |
| 92 | 1126409 | 1NL1GTR2461032419 |
| 93 | 1126463 | 1NL1GTR2261036338 |
| 94 | 1126722 | 1NL1GTR2661077846 |
| 95 | 1126724 | 1NL1GTR2X61077848 |
| 96 | 1126944 | 1NL1GTR2X61032523 |
| 97 | 1127317 | 1NL1GTR2X61067871 |
| 98 | 1127580 | 1NL1GTR2961082894 |
| 99 | 1127615 | 1NL1GTR2661077930 |
| 100 | 1127741 | 1NL1GTR2761082909 |
| 101 | 1128410 | 1NL1GTR2561025978 |
| 102 | 1128580 | 1NL1GTR2161026013 |
| 103 | 1128643 | 1NL1GTR2561032820 |
| 104 | 1129075 | 1NL1GTR2761051854 |

# FC-Lumberton, MS Central

|     | A | B |
|---|---|---|
| 1 | **Lumberton THU 497 Units** | |
| 2 | **BARCODE** | **VIN** |
| 105 | 1129327 | 1NL1GTR2361032895 |
| 106 | 1129435 | 1NL1GTR2161026156 |
| 107 | 1129468 | 1NL1GTR2861036960 |
| 108 | 1130006 | 1NL1GTR2061083190 |
| 109 | 1130464 | 1NL1GTR2061037164 |
| 110 | 1130706 | 1NL1GTR2761033211 |
| 111 | 1130895 | 1NL1GTR2761033239 |
| 112 | 1131247 | 1NL1GTR2861083339 |
| 113 | 1143218 | 4X4TWDG296A237643 |
| 114 | 1144095 | 4WYT32E236501626 |
| 115 | 1144218 | 1UJBJ02RX51EL1080 |
| 116 | 1144581 | 5C1TD33226P009188 |
| 117 | 1144624 | 5CZ200R2761118310 |
| 118 | 1144735 | 1TC2B331766100342 |
| 119 | 1144873 | 4YDT291276L610509 |
| 120 | 1144888 | 5CZ200R2461118507 |
| 121 | 1145152 | 1PAT64Z265P002916 |
| 122 | 1145191 | 47CTDEN216G519954 |
| 123 | 1152519 | 4WYT32R2661501455 |
| 124 | 1152668 | 4WYT04L2251205361 |
| 125 | 1152695 | 47CTDER216G519317 |
| 126 | 1153005 | 4YDT27B215E316948 |
| 127 | 1153146 | 47CTD9N265M421039 |
| 128 | 1153231 | 1ED1F302954283896 |
| 129 | 1153280 | 1UJBJ02RX61EJ0084 |
| 130 | 1153371 | 4X4TFLE215D805927 |
| 131 | 1153374 | 1TC2B153163000984 |
| 132 | 1153554 | 4EZTS29296S094852 |
| 133 | 1153557 | 47CTDEU296G519766 |
| 134 | 1153812 | 4YDT30R246G918940 |
| 135 | 1154023 | 47CTS5P276L116457 |
| 136 | 1154289 | 47CTS5P2X6L116405 |
| 137 | 1154301 | 4EZTS29216S094358 |
| 138 | 1154392 | 47CTS5P286L116502 |
| 139 | 1154515 | 47CTS5P296L116461 |
| 140 | 1154529 | 4YDT31B286E320345 |
| 141 | 1154645 | 1EF1F272265341172 |
| 142 | 1154925 | 4YDT291266L611246 |
| 143 | 1157159 | 1NL1GTR2551064715 |
| 144 | 1157187 | 1EB1F322054007256 |
| 145 | 1161170 | 1ED1F252364010022 |
| 146 | 1161775 | 5CH200R2661144000 |
| 147 | 1162127 | 47CTS5P2X6L116730 |
| 148 | 1162177 | 4N11Y272560203394 |
| 149 | 1162363 | 5KDBE30206L002731 |
| 150 | 1165139 | 1TC2B063663000326 |
| 151 | 1165340 | 4WYT06P2761404090 |
| 152 | 1165402 | 1TC2B073661502411 |
| 153 | 1165404 | 4X4TCKD246P099301 |
| 154 | 1165450 | 47CTFEP256M424144 |
| 155 | 1165475 | 4WYT06P2461403639 |

FEMA163-000131

FC-Lumberton, MS Central

|     | A | B |
|---|---|---|
| 1 | **Lumberton THU 497 Units** ||
| 2 | **BARCODE** | **VIN** |
| 156 | 1165872 | 5L4TR322961012579 |
| 157 | 1166042 | 1UJBJ02N361ET0075 |
| 158 | 1166150 | 4X4TCKD276P099292 |
| 159 | 1166347 | 1NL1GTM2261070058 |
| 160 | 1166459 | 47CTA1P2263116104 |
| 161 | 1166722 | 5CZ200R2261118408 |
| 162 | 1166755 | 1TC2B464451503055 |
| 163 | 1166771 | 4YDT263206N126746 |
| 164 | 1166788 | 1TC2B467251506269 |
| 165 | 1166852 | 1TC2B482351208573 |
| 166 | 1166938 | 1EB1B302564011089 |
| 167 | 1166944 | 5CH200R2361143726 |
| 168 | 1166994 | 5CZ200R2451117825 |
| 169 | 1167038 | 4X4TSMH256J030063 |
| 170 | 1167089 | 4YDT303276A225582 |
| 171 | 1167158 | 4YDT303236A225577 |
| 172 | 1167277 | 4YDT3002X5A222548 |
| 173 | 1180490 | 1KB131L226W160116 |
| 174 | 1181247 | 1KB131L2X6W160543 |
| 175 | 1181658 | 1KB131L276E159761 |
| 176 | 1192903 | 1SABS02R262CK6291 |
| 177 | 1192933 | 1NL1XTM2761013600 |
| 178 | 1193104 | 4X4TWDF226A237615 |
| 179 | 1193169 | 4V0TC32276D001948 |
| 180 | 1193184 | 4X4TCKD236P100308 |
| 181 | 1193258 | 4X4TWDF296A237661 |
| 182 | 1193261 | 1SABS02R862CK6375 |
| 183 | 1193357 | 4X4TPUF276P006235 |
| 184 | 1193453 | 4X4TRLC236D089351 |
| 185 | 1193581 | 4X4TRLC216D089204 |
| 186 | 1193696 | 47CTD2N296M424459 |
| 187 | 1193707 | 1SABS02R161CK6305 |
| 188 | 1194031 | 5CZ200R2561118547 |
| 189 | 1194131 | 47CTD2P246M424219 |
| 190 | 1194155 | 1EB1F322062314245 |
| 191 | 1194177 | 4X4TSMC246R394256 |
| 192 | 1194322 | 1LC2S2M2X4D265957 |
| 193 | 1194354 | 1EF1C282066011628 |
| 194 | 1194377 | 1SABS02R761CK6342 |
| 195 | 1194586 | 1KB131L2X6E159219 |
| 196 | 1194606 | 4YDT295276N128833 |
| 197 | 1197526 | 4X4TSMH296J030339 |
| 198 | 1197541 | 5C1TD33266P009310 |
| 199 | 1197790 | 4X4TWDE226A237860 |
| 200 | 1197814 | 4EZTS32256S094685 |
| 201 | 1197960 | 1SH200M275F001344 |
| 202 | 1198133 | 4V0TC32206D002018 |
| 203 | 1198140 | 1EB1F322765341991 |
| 204 | 1198374 | 1S4BT302663014203 |
| 205 | 1198756 | 1EB1B312764011335 |

FEMA163-000132

FC-Lumberton, MS Central

|     | A | B |
| --- | --- | --- |
| 1 | Lumberton THU 497 Units | |
| 2 | BARCODE | VIN |
| 206 | 1198777 | 47CTDER246G520445 |
| 207 | 1199059 | 1UJBJ02P461JN0261 |
| 208 | 1199164 | 4YDT303206P225422 |
| 209 | 1200606 | 5L4TF332063013678 |
| 210 | 1200744 | 1EB1F322562491146 |
| 211 | 1200768 | 10FBA02P261016038 |
| 212 | 1200807 | 10FBA02P861016044 |
| 213 | 1200830 | 1LC2S2P246D305531 |
| 214 | 1201722 | 4X4TCKD2X6P099898 |
| 215 | 1225734 | 1KB131L236W164952 |
| 216 | 1225894 | 1TC2B969161001744 |
| 217 | 1226039 | 5L4TF332763021163 |
| 218 | 1226316 | 47CTS5P246L116397 |
| 219 | 1232821 | 4YDT28F296J463348 |
| 220 | 1232848 | 4YDT28F216J463344 |
| 221 | 1233180 | 4X4TSMH286J016173 |
| 222 | 1233258 | 4X4TSMH266J030704 |
| 223 | 1233532 | 4YDT29F266E318962 |
| 224 | 1233846 | 4X4TWDH246P194860 |
| 225 | 1234294 | 5L4TF332X63014109 |
| 226 | 1234318 | 1KB131L226E159490 |
| 227 | 1234472 | 4V0TC30266B007626 |
| 228 | 1234744 | 1NL1GTR2361075861 |
| 229 | 1234958 | 1NL1GTR2861075872 |
| 230 | 1240237 | 1SABS02R861CK7032 |
| 231 | 1240289 | 1SABS02R161CK7020 |
| 232 | 1240330 | 4YDT29B286G919977 |
| 233 | 1240344 | 4YDT31R296G920060 |
| 234 | 1240488 | 4YDT29B256G920181 |
| 235 | 1240549 | 1SABS02R762CK6514 |
| 236 | 1240641 | 5L4TF332363014212 |
| 237 | 1240645 | 1SABS02R762CK6531 |
| 238 | 1240650 | 1UJBJ02P361EN0974 |
| 239 | 1240661 | 1SABS02R061CK6988 |
| 240 | 1240718 | 1UJBJ02PX61EN1023 |
| 241 | 1240878 | 4V0TC31246B008062 |
| 242 | 1241153 | 1UJBJ02RX61EM0735 |
| 243 | 1241169 | 4YDT31B2X6E320668 |
| 244 | 1241507 | 4X4TWDG226A238357 |
| 245 | 1241752 | 1TC2B969261306976 |
| 246 | 1241905 | 1TC2B153961508891 |
| 247 | 1242112 | 1TC2B153061508925 |
| 248 | 1242317 | 1TC2B969961307803 |
| 249 | 1242354 | 1UJBJ02P661EP0927 |
| 250 | 1242618 | 1TC2B969261509835 |
| 251 | 1242741 | 1TC2B153461508927 |
| 252 | 1242750 | 4X4TCKD246P101287 |
| 253 | 1242777 | 1TC2B153661508928 |
| 254 | 1242781 | 1TC2B153261508960 |
| 255 | 1242796 | 1TC2B153961508969 |
| 256 | 1242806 | 5L4TF332763014892 |

FEMA163-000133

FC-Lumberton, MS Central

|   | A | B |
|---|---|---|
| 1 | Lumberton THU 497 Units | |
| 2 | BARCODE | VIN |
| 257 | 1243016 | 4WYT34P2461209625 |
| 258 | 1243018 | 4WYT34P2761209604 |
| 259 | 1243291 | 4X4TWDE256J047258 |
| 260 | 1243512 | 5L0RS28286T000767 |
| 261 | 1243517 | 4X4TWDF256J047095 |
| 262 | 1243620 | 5L4TF332963021648 |
| 263 | 1243700 | 47CTA2P246L118040 |
| 264 | 1243780 | 1TC2B970161308606 |
| 265 | 1243788 | 1TC2B970463001676 |
| 266 | 1243801 | 47CTA2P296L118034 |
| 267 | 1243819 | 47CTA2P286L117957 |
| 268 | 1243971 | 4X4TFLC256D090056 |
| 269 | 1243978 | 1TC2B970963001656 |
| 270 | 1244139 | 4YDT29B296G920135 |
| 271 | 1244352 | 4X4TSME226M070197 |
| 272 | 1244429 | 1TC2B970061308211 |
| 273 | 1244703 | 5M6TE27236S003430 |
| 274 | 1244864 | 1TC2B144561504900 |
| 275 | 1244959 | 4V0TC31256F000464 |
| 276 | 1244961 | 4V0TC31296F000516 |
| 277 | 1245145 | 4X4TFLC286D090049 |
| 278 | 1245202 | 1TC2B333566100275 |
| 279 | 1245336 | 4X4TWDF226J047409 |
| 280 | 1245365 | 4X4TTHG226M007442 |
| 281 | 1245402 | 4V0TC32266B008093 |
| 282 | 1245531 | 1TV2B300766100991 |
| 283 | 1245543 | 47CTFTR275G517620 |
| 284 | 1245646 | 1EB1C302266012153 |
| 285 | 1245678 | 47CTDER216G521715 |
| 286 | 1245799 | 1TC2B153461505526 |
| 287 | 1245910 | 47CTDER236G521702 |
| 288 | 1245914 | 4X4TTHG296M007440 |
| 289 | 1245975 | 1EC1B302165341799 |
| 290 | 1246095 | 5M6TE27236S003492 |
| 291 | 1246246 | 5L4TF332663023745 |
| 292 | 1246255 | 4V0TC32246D002491 |
| 293 | 1246260 | 4YDT263246N131139 |
| 294 | 1246292 | 4YDT260276N126294 |
| 295 | 1246517 | 4YDT296246C127522 |
| 296 | 1246634 | 4X4TRLC226D090507 |
| 297 | 1247207 | 5M6TE27286S002922 |
| 298 | 1247250 | 4X4TRLC276D090549 |
| 299 | 1247281 | 1TC2B969X61510067 |
| 300 | 1247524 | 4X4TRLC256D090565 |
| 301 | 1247719 | 1KB131L216W163895 |
| 302 | 1247966 | 1TC2B969166101412 |
| 303 | 1248104 | 5L4TF332963023965 |
| 304 | 1248622 | 1TC2B969463002195 |
| 305 | 1249313 | 1TC2B969163002378 |
| 306 | 1249354 | 1TC2B969263002373 |
| 307 | 1249799 | 5L4TF332X63020377 |

FC-Lumberton, MS Central

|   | A | B |
|---|---|---|
| 1 | **Lumberton THU 497 Units** | |
| 2 | **BARCODE** | **VIN** |
| 308 | 1249926 | 5L4TF332663020361 |
| 309 | 1249941 | 1TC2B969361310521 |
| 310 | 1250068 | 2EB1F322466503404 |
| 311 | 1250689 | 4X4TWDH266P194892 |
| 312 | 1250855 | 1UJBJ02R961EJ0853 |
| 313 | 1251133 | 47CTDER266G521158 |
| 314 | 1251168 | 5L4TF332663015032 |
| 315 | 1251213 | 5L4TF332663014205 |
| 316 | 1251356 | 5L4TF332163013477 |
| 317 | 1251369 | 4X4TWDE286A238012 |
| 318 | 1251428 | 4YDT28R256G919337 |
| 319 | 1251456 | 4YDT29B2X6G919642 |
| 320 | 1251477 | 4YDT29B206G919603 |
| 321 | 1251613 | 1TC2B970061308581 |
| 322 | 1251751 | 4X4TWDE2X6R335682 |
| 323 | 1251759 | 1TC2B969261305620 |
| 324 | 1251839 | 5SFBT31286E001570 |
| 325 | 1251914 | 47CTD2P216M425148 |
| 326 | 1252004 | 1UJBJ02R261EL0684 |
| 327 | 1252009 | 47CTD2P2X6M425116 |
| 328 | 1252052 | 4YDT298296C129215 |
| 329 | 1252132 | 5SFBT31206E001627 |
| 330 | 1252254 | 47CTD2P246M425158 |
| 331 | 1252414 | 4YDT303236L611694 |
| 332 | 1255730 | 1TC2B969X61310595 |
| 333 | 1255938 | 5L4TF332663020862 |
| 334 | 1255954 | 5L4TF332763021079 |
| 335 | 1255998 | 5L4TF332963021360 |
| 336 | 1256036 | 1NL1GTR2761039073 |
| 337 | 1256052 | 5L4TF332763020918 |
| 338 | 1256237 | 1TC2B969661310688 |
| 339 | 1256284 | 5L4TF332663020876 |
| 340 | 1256379 | 1KB131L236W165485 |
| 341 | 1256559 | 1S4BT302063014813 |
| 342 | 1256788 | 5L4TF332763020756 |
| 343 | 1256942 | 5L0RS28296T000941 |
| 344 | 1275012 | 4X4TSMH216J016533 |
| 345 | 1276058 | 1KB131L256E162142 |
| 346 | 1276138 | KB131L266E162134 |
| 347 | 1276306 | 4X4TWDH246P006614 |
| 348 | 1276616 | 4X4TWDH216R335808 |
| 349 | 1276623 | 4X4TSMH266T104336 |
| 350 | 1277150 | 4X4TWDH246P006838 |
| 351 | 1277508 | 1NL1GTR2061016816 |
| 352 | 1277652 | 1NL1GTR2961045988 |
| 353 | 1277906 | 1NL1GTR2661042093 |
| 354 | 1278240 | 1NL1GTR2561046166 |
| 355 | 1278325 | 1NL1GTR2961017155 |
| 356 | 1278345 | 1NL1GTR2461017175 |
| 357 | 1279151 | 1NL1GTR2561046443 |
| 358 | 1279539 | 1NL1GTR2861017552 |

FEMA163-000135

FC-Lumberton, MS Central

|   | A | B |
|---|---|---|
| 1 | **Lumberton THU 497 Units** | |
| 2 | BARCODE | VIN |
| 359 | 1279689 | 1NL1GTR2361046649 |
| 360 | 1279757 | 1NL1GTR2461017628 |
| 361 | 1280061 | 1KB131L216E161358 |
| 362 | 1280222 | 4X4TSMH2X6J016336 |
| 363 | 1281894 | 4X4TWDH276P006977 |
| 364 | 1288911 | 47CTDER246G521532 |
| 365 | 1288955 | 47CTDER246G521580 |
| 366 | 1290183 | 1NL1GTR2261037361 |
| 367 | 1291431 | 1NL1GTR2861052401 |
| 368 | 1291497 | 1NL1GTR2861026798 |
| 369 | 1291757 | 1NL1GTR2661052445 |
| 370 | 1291763 | 1NL1GTR2161052451 |
| 371 | 1291780 | 1NL1GTR2761052468 |
| 372 | 1292033 | 1NL1GTR2261078427 |
| 373 | 1292267 | 1NL1GTR2961078439 |
| 374 | 1292419 | 1NL1GTR2161037819 |
| 375 | 1292432 | 1NL1GTR2461037832 |
| 376 | 1292499 | 1NL1GTR2361052578 |
| 377 | 1292602 | 1NL1GTR2661046807 |
| 378 | 1292607 | 1NL1GTR2X61046812 |
| 379 | 1292719 | 1NL1GTR2261042849 |
| 380 | 1292915 | 1NL1GTR2461042965 |
| 381 | 1292928 | 1NL1GTR2261046903 |
| 382 | 1292946 | 1NL1GTR2461046921 |
| 383 | 1292981 | 1NL1GTR2461017788 |
| 384 | 1294082 | 1NL1GTR2761018160 |
| 385 | 1294294 | 1NL1GTR2761047383 |
| 386 | 1294351 | 1NL1GTR2561043414 |
| 387 | 1294664 | 1NL1GTR2761043527 |
| 388 | 1294668 | 1NL1GTR2961043531 |
| 389 | 1294770 | 1NL1GTR2761047559 |
| 390 | 1294831 | 1NL1GTR2261043614 |
| 391 | 1295262 | 1NL1GTR2661027061 |
| 392 | 1295568 | 1NL1GTR2961027071 |
| 393 | 1295689 | 1NL1GTR2461078865 |
| 394 | 1296117 | 1NL1GTR2261034041 |
| 395 | 1296392 | 1NL1GTR2261038204 |
| 396 | 1297109 | 1NL1GTR2861052933 |
| 397 | 1297136 | 1NL1GTR2061083884 |
| 398 | 1297356 | 1NL1GTR2161038405 |
| 399 | 1297482 | 1NL1GTR2261068304 |
| 400 | 1297745 | 1NL1GTR2861038451 |
| 401 | 1298300 | 1NL1GTR2661053126 |
| 402 | 1298438 | 1NL1GTR2161003024 |
| 403 | 1298536 | 1NL1GTR2161003122 |
| 404 | 1298639 | 1NL1GTR2061003225 |
| 405 | 1298828 | 1NL1GTR2361003414 |
| 406 | 1299003 | 1NL1GTR2561003589 |
| 407 | 1299328 | 1NL1GTR2561002913 |
| 408 | 1299378 | 1NL1GTR2361027633 |
| 409 | 1299428 | 1NL1GTR2961034537 |

FEMA163-000136

FC-Lumberton, MS Central

|   | A | B |
|---|---|---|
| 1 | Lumberton THU 497 Units | |
| 2 | BARCODE | VIN |
| 410 | 1299558 | 1NL1GTR2761068461 |
| 411 | 1299560 | 1NL1GTR2061068463 |
| 412 | 1299638 | 1NL1GTR2X61078482 |
| 413 | 1299788 | 1NL1GTR2761053183 |
| 414 | 1302822 | 4X4TWDH296T133740 |
| 415 | 1303356 | 4X4TSMH216J016340 |
| 416 | 1305713 | 4CJ1F322261504969 |
| 417 | 1305993 | 4CJ1F322561504965 |
| 418 | 1307030 | 5L4TF332963019888 |
| 419 | 1307328 | 1KB131L236W163624 |
| 420 | 1314644 | 5L4TF332363020298 |
| 421 | 1316401 | 2EB1F322166503571 |
| 422 | 1343446 | 5L4TF332163025810 |
| 423 | 1343674 | 4WYT12S2961603669 |
| 424 | 1344387 | 4WYT12S2661603743 |
| 425 | 1344922 | 5CZ200P2761127009 |
| 426 | 1345026 | 4WYT12S2061603883 |
| 427 | 1345720 | 5CZ200P2861128198 |
| 428 | 1346157 | 4WYT12S2561603717 |
| 429 | 1346630 | 4WYT12S2261603528 |
| 430 | 1347415 | 5CZ200P2661128278 |
| 431 | 1347538 | 1NL1GTR2261084163 |
| 432 | 1347748 | 1NL1GTR2X61027743 |
| 433 | 1348290 | 1NL1GTR2261053317 |
| 434 | 1348332 | 1NL1GTR2761078598 |
| 435 | 1348464 | 1NL1GTR2461084276 |
| 436 | 1348526 | 1NL1GTR2561034776 |
| 437 | 1348533 | 1NL1GTR2261034783 |
| 438 | 1348637 | 1NL1GTR2161053373 |
| 439 | 1348646 | 1NL1GTR2261053382 |
| 440 | 1348652 | 1NL1GTR2361053388 |
| 441 | 1349141 | 1NL1GTR2661028002 |
| 442 | 1349430 | 1NL1GTR2861034979 |
| 443 | 1349483 | 1NL1VTR2761053500 |
| 444 | 1349560 | 1NL1GTR2061028061 |
| 445 | 1349833 | 1NL1GTR2261068819 |
| 446 | 1349877 | 1NL1GTR2561068863 |
| 447 | 1350055 | 1NL1GTR2661018473 |
| 448 | 1350122 | 1NL1GTR2961047661 |
| 449 | 1350239 | 1NL1GTR2461047728 |
| 450 | 1350362 | INL1GTR2561047740 |
| 451 | 1350439 | 1NL1GTR2061043806 |
| 452 | 1350829 | 1NL1GTR2361018706 |
| 453 | 1350980 | 1NL1GTR2961018757 |
| 454 | 1351083 | 1NL1VTR2X61048002 |
| 455 | 1351206 | 1NL1VTR2661048031 |
| 456 | 1351223 | 1NL1VTR2161048048 |
| 457 | 1351728 | 1NL1VTR2261044252 |
| 458 | 1351760 | 1NL1VTR2461044284 |
| 459 | 1351823 | 1NL1GTR2761018997 |
| 460 | 1352106 | 1NL1VTR2261044400 |

FEMA163-000137

FC-Lumberton, MS Central

|   | A | B |
|---|---|---|
| 1 | Lumberton THU 497 Units | |
| 2 | BARCODE | VIN |
| 461 | 1352182 | 1NL1GTR2761019146 |
| 462 | 1352313 | 1NL1GTR2761019177 |
| 463 | 1352676 | 1NL1VTR2261064226 |
| 464 | 1352856 | 1NL1GTR2061068916 |
| 465 | 1353201 | 1NL1VTR2661060275 |
| 466 | 1353290 | 1NL1VTR2261053713 |
| 467 | 1353334 | 1NL1VTR2961064353 |
| 468 | 1354460 | 1NL1VTR2061060434 |
| 469 | 1354488 | 1NL1GTR2861028387 |
| 470 | 1354730 | 1NL1VTR2361060508 |
| 471 | 1354784 | 1NL1GTR2861028437 |
| 472 | 1354802 | 1NL1GTR2X61028455 |
| 473 | 1354879 | 1NL1VTR2561064608 |
| 474 | 1355245 | 1NL1VTR2861053991 |
| 475 | 1355353 | 1NL1VTR2361054028 |
| 476 | 1355378 | 1NL1VTR2161060636 |
| 477 | 1355384 | 1NL1VTR2761060642 |
| 478 | 1355400 | 1NL1VTR2061060658 |
| 479 | 1355420 | 1NL1VTR2061064709 |
| 480 | 1355644 | 1NL1VTR2261084802 |
| 481 | 1356210 | 1NL1VTR2361054174 |
| 482 | 1356279 | 1NL1VTR2461060839 |
| 483 | 1356300 | 1NL1VTR2261064906 |
| 484 | 1356664 | 1NL1VTR2261065022 |
| 485 | 1356746 | 1NL1GTR2061028836 |
| 486 | 1357469 | 1NL1VTR2461085000 |
| 487 | 1357498 | 1NL1VTR2261065232 |
| 488 | 1358221 | 1NL1VTR2161048714 |
| 489 | 1358289 | 1NL1VTR2761048782 |
| 490 | 1358299 | 1NL1VTR2X61044841 |
| 491 | 1358505 | 1NL1VTR2261044977 |
| 492 | 1358626 | 1NL1VTR2461048948 |
| 493 | 1358706 | 1NL1VTR2X61048968 |
| 494 | 1359149 | 1NL1VTR2361090379 |
| 495 | 1360109 | 1NL1VTR2661085080 |
| 496 | 1360407 | 1NL1VTR2961061307 |
| 497 | 1360628 | 1NL1GTR2361029043 |
| 498 | 1372577 | 5CZ200P2661128331 |
| 499 | 1373724 | 5CZ200P2261128553 |