FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 2 | 118336 | RB04AL8196 | | |
| 3 | 118382 | 1NL1GTR2251069371 | | |
| 4 | 119564 | 4X4TCKH205P094086 | | |
| 5 | 119811 | 4X4TWDH235R333833 | | |
| 6 | 119947 | 4X4TWDH255A235028 | | |
| 7 | 120026 | '1EB1F322454007311' | | |
| 8 | 120044 | TXFL412A44760 | | |
| 9 | 120394 | '4YDT32B265E315276' | | |
| 10 | 145167 | 1NL1GTR2851069293 | | |
| 11 | 145337 | 1NL1GTR2851069245 | | |
| 12 | 145683 | 1NL1GTR2551021749 | | |
| 13 | 175863 | 4X4TCKH295P094135 | | |
| 14 | 177145 | 1SABS02M752JM5321 | | |
| 15 | 551874 | SSDAL426271 | | |
| 16 | 551902 | SSDAL426351 | | |
| 17 | 551966 | BC05AL0134760 | | |
| 18 | 551981 | 17L08993 | | |
| 19 | 552032 | 17L08998 | | |
| 20 | 552125 | BC05AL0134800 | | |
| 21 | 552135 | 17L09009 | | |
| 22 | 669490 | 1NL1GTR2851061212 | | |
| 23 | 681131 | '1EB1T322956010038' | | |
| 24 | 681150 | '1EB1F322454008488' | | |
| 25 | 681317 | '1EB1F322X52813889' | | |
| 26 | 691880 | 1NL1GTR2751064246 | | |
| 27 | 691891 | 1NL1GTR2451064236 | | |
| 28 | 691977 | 1NL1GTR2951020166 | | |
| 29 | 692115 | 1NL1GTR2951020183 | | |
| 30 | 695105 | 1NL1GTR2141057291 | | |
| 31 | 695292 | 4X4TWDH215R333698 | | |
| 32 | 695357 | 1NL1GTR2451012153 | | |
| 33 | 727592 | 1NL1GTR2651061872 | | |
| 34 | 727836 | 1NL1GTR2X51062006 | | |
| 35 | 727869 | 1NL1GTR2451062003 | | |
| 36 | 727891 | 1NL1GTR2651062004 | | |
| 37 | 727909 | 1NL1GTR2951062014 | | |
| 38 | 728027 | 4X4TCKH2X5PO94015 | | |
| 39 | 728043 | 1NL1GTR2X51062040 | | |
| 40 | 728441 | 1NL1GTR2951062126 | | |
| 41 | 728685 | GAFL407A52977 | | |
| 42 | 729181 | 1NL1GTR2151020677 | | |
| 43 | 729984 | 4X4TSMB204Y292649 | | |
| 44 | 1037426 | 1NL1GTR2951021690 | | |
| 45 | 1037661 | 1NL1GTR2051064332 | | |
| 46 | 1037684 | '4YDT32B225E315520' | | |
| 47 | 1037825 | 1NL1GTR2851064370 | | |
| 48 | 1037876 | '4YDT32B235E315588' | | |

# FC-Derrider West

| | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 49 | 1037897 | 1NL1GTR2351012354 | | |
| 50 | 1037948 | 1NL1GTR2851062831 | | |
| 51 | 1037971 | 1NL1GTR2951020250 | | |
| 52 | 1038056 | 1NL1GTR2651064402 | | |
| 53 | 1038346 | 1NL1GTR2851063056 | | |
| 54 | 1038586 | 1NL1GTR2751021591 | | |
| 55 | 1038641 | '1EB1T322856009916' | | |
| 56 | 1038728 | 1NL1GTR2551069526 | | |
| 57 | 1038745 | 1NL1GTR2151021733 | | |
| 58 | 1038768 | 1NL1GTR2151069572 | | |
| 59 | 1038815 | '1EB1T322356009953' | | |
| 60 | 1038858 | '1EB1F322654008430' | | |
| 61 | 1039708 | 1NL1GTR2251020929 | | |
| 62 | 1039923 | 1NL1GTR2751068703 | | |
| 63 | 1040537 | 4X4TCKD205P094935 | | |
| 64 | 1040683 | '4EZTS30275S116588' | | |
| 65 | 1040737 | 1NL1GTR2X51068887 | | |
| 66 | 1042062 | 1NL1GTR2451021354 | | |
| 67 | 1042075 | 1NL1GTR2451069159 | | |
| 68 | 1042203 | 1NL1GTR2651065100 | | |
| 69 | 1042236 | 1NL1GTR2351069539 | | |
| 70 | 1042679 | 4WYT34P2X61207992 | | |
| 71 | 1042725 | 19LBA02R06A063741 | | |
| 72 | 1042766 | 4WYT34P2561207995 | | |
| 73 | 1042774 | 47CTS5P206L117112 | | |
| 74 | 1043021 | 4X4TWDM235J045394 | | |
| 75 | 1043038 | 1NL1GTR2951069187 | | |
| 76 | 1043109 | 4X4TWDM295J045416 | | |
| 77 | 1043110 | 4X4TWDM265J045535 | | |
| 78 | 1043800 | 1NL1GTR2951021978 | | |
| 79 | 1049940 | 1NL1GTR2651020626 | | |
| 80 | 1054142 | 1NL1GTR2551021072 | | |
| 81 | 1055249 | 1NL1GTR2151068504 | | |
| 82 | 1057063 | 4YDT301264L606599 | | |
| 83 | 1057407 | '4YDT30F265E315809' | | |
| 84 | 1058710 | 1NL1GTR2751064666 | | |
| 85 | 1058803 | 1NL1GTR2X51064676 | | |
| 86 | 1058889 | '4YDT32B245E316300' | | |
| 87 | 1059690 | 1NL1GTR2251064882 | | |
| 88 | 1059753 | 1NL1GTR2751064862 | | |
| 89 | 1105588 | 1NL1GTR2261073325 | | |
| 90 | 1105599 | 1NL1GTR2961073399 | | |
| 91 | 1105647 | 1NL1GTR2061022731 | | |
| 92 | 1105653 | 1NL1GTR2161022737 | | |
| 93 | 1105845 | 1NL1GTR2361022819 | | |
| 94 | 1105874 | 1NL1GTR2461073603 | | |
| 95 | 1108061 | 1NL1GTR2161066625 | | |

FEMA163-000049

FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 96 | 1108514 | 1NL1GTR2061066695 | | |
| 97 | 1108580 | 1NL1GTR2661023320 | | |
| 98 | 1109406 | 1NL1GTR2061014418 | | |
| 99 | 1110335 | 1NL1GTR2961014479 | | |
| 100 | 1111141 | 1NL1GTR2161001547 | | |
| 101 | 1111550 | 1NL1GTR2761001956 | | |
| 102 | 1113102 | 1NL1GTR2861040152 | | |
| 103 | 1118735 | 1NL1GTR2X61024468 | | |
| 104 | 1120792 | 1NL1GTR2661015976 | | |
| 105 | 1120926 | 1NL1GTR2061045331 | | |
| 106 | 1121123 | 1NL1GTR2061024737 | | |
| 107 | 1121201 | 1NL1GTR2461025034 | | |
| 108 | 1121214 | 1NL1GTR2961077341 | | |
| 109 | 1121798 | 1NL1GTR2161077530 | | |
| 110 | 1122474 | 1NL1GTR2X61036054 | | |
| 111 | 1122487 | 1NL1GTR2261032094 | | |
| 112 | 1122499 | 1NL1GTR2561032106 | | |
| 113 | 1122913 | 1NL1GTR2961016233 | | |
| 114 | 1123040 | 1NL1GTR2361016289 | | |
| 115 | 1123481 | 1NL1GTR2361041595 | | |
| 116 | 1123628 | 1NL1GTR2461051231 | | |
| 117 | 1124972 | 1NL1GTR2361067694 | | |
| 118 | 1125104 | 1NL1GTR2361067730 | | |
| 119 | 1125192 | 1NL1GTR2461016494 | | |
| 120 | 1126085 | 1NL1GTR2361016809 | | |
| 121 | 1126177 | 1NL1GTR2061082752 | | |
| 122 | 1126962 | 1NL1GTR2161032541 | | |
| 123 | 1128109 | 1NL1GTR2461078137 | | |
| 124 | 1128158 | 1NL1GTR2X61025930 | | |
| 125 | 1128731 | 1NL1GTR2761036755 | | |
| 126 | 1129037 | 1NL1GTR2461068157 | | |
| 127 | 1129761 | 1NL1GTR2661032986 | | |
| 128 | 1130882 | 1NL1GTR2961033226 | | |
| 129 | 1131217 | 1NL1GTR2061052201 | | |
| 130 | 1143143 | 4X4TCKD226P100266 | | |
| 131 | 1143254 | 4X4TCKD236P098074 | | |
| 132 | 1145763 | LH01052-1033 | | |
| 133 | 1145773 | '1KB131L236E159885' | | |
| 134 | 1145820 | 'EM7472IN' | | |
| 135 | 1146125 | '1UJBJ02R951EL1281' | | |
| 136 | 1146140 | 1UJBJ02R651CX0145 | | |
| 137 | 1146209 | 4YDT294296B065320 | | |
| 138 | 1146405 | '1KB1A1L226E157888' | | |
| 139 | 1147421 | 4X4TCKF296P098500 | | |
| 140 | 1155054 | '1EF1F272664009953' | | |
| 141 | 1155458 | '1EB1B282964009876' | | |
| 142 | 1155468 | 4X4TSMH226C008459 | | |

# FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 143 | 1155737 | 1SABS02N531HA4021 | | |
| 144 | 1156085 | 1K52KTL2852032314 | | |
| 145 | 1156184 | 4YDT295286N128775 | | |
| 146 | 1156303 | 4X4TSVV245L006110 | | |
| 147 | 1156733 | '1EB1F322364011593' | | |
| 148 | 1156738 | '1EB1F322864011573' | | |
| 149 | 1157002 | 4X4TSMH266C008481 | | |
| 150 | 1157038 | 4X4TSMH256C008570 | | |
| 151 | 1157386 | RB05AL9396 | | |
| 152 | 1160710 | 1UJBJ02N571JP0369 | | |
| 153 | 1160852 | 4XTTS26285C457901 | | |
| 154 | 1161064 | 47CTA3P2X5L114725 | | |
| 155 | 1161180 | 4WYT06M2751403198 | | |
| 156 | 1161187 | '4X4TWDE284A233728' | | |
| 157 | 1161260 | 4X4TSMF215T103094 | | |
| 158 | 1161297 | 4YDT260246N124907 | | |
| 159 | 1161304 | '1EB1C272366011352' | | |
| 160 | 1161514 | 4YDT260226N125330 | | |
| 161 | 1161565 | 4YDT260256N124902 | | |
| 162 | 1161594 | 4YDT291276L609618 | | |
| 163 | 1161626 | 4CHTH79256M003879 | | |
| 164 | 1161636 | 4N11S252550202300 | | |
| 165 | 1161648 | '5SFBT31216E001538' | | |
| 166 | 1161852 | 5CH200R2361144018 | | |
| 167 | 1161989 | 5CH200R2961143987 | | |
| 168 | 1162000 | 4X4TWD6276A237981 | | |
| 169 | 1162149 | '4X4TWDE206A238070' | | |
| 170 | 1162158 | '4X4TWDE246A238072' | | |
| 171 | 1162226 | 5L4TF332163015763 | | |
| 172 | 1162256 | 19LBA02R86A063700 | | |
| 173 | 1162354 | 47CTS5P256L117218 | | |
| 174 | 1164070 | CWP016372TN | | |
| 175 | 1173680 | 1TC2B969561307930 | | |
| 176 | 1173774 | 1TC2B969361308011 | | |
| 177 | 1173923 | 1TC2B969461308115 | | |
| 178 | 1180011 | BL06GA0137422 | | |
| 179 | 1180026 | BG06NC143093 | | |
| 180 | 1180171 | BL06GA0213401 | | |
| 181 | 1180372 | BG06NC143138 | | |
| 182 | 1180683 | BL06GA0213410 | | |
| 183 | 1180742 | BL06GA0137477 | | |
| 184 | 1180905 | CV06AL0266988 | | |
| 185 | 1180922 | BL06GA0213431 | | |
| 186 | 1181052 | 1KB131L276W160161 | | |
| 187 | 1181117 | CV06AL0457817 | | |
| 188 | 1181197 | 4X4TSMH226T104317 | | |
| 189 | 1181290 | 4X4TSMH296C008734 | | |

FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 190 | 1181297 | '1EB1F322X64011865' | | |
| 191 | 1181316 | 4X4TSMH2X6C008709 | | |
| 192 | 1181471 | CV5123IN | | |
| 193 | 1181604 | '1EB1F322164011947' | | |
| 194 | 1181833 | 47CTS5P276L116359 | | |
| 195 | 1181994 | 4X4TSMH266C008822 | | |
| 196 | 1182279 | CV06AL0268037 | | |
| 197 | 1182330 | 4WYT02P2461708731 | | |
| 198 | 1187198 | '1EB1F322965342074' | | |
| 199 | 1194504 | 4X4TSMH2X6J030317 | | |
| 200 | 1199210 | 19LBA02R46A063533 | | |
| 201 | 1201747 | 4X4TWDH266P100803 | | |
| 202 | 1215014 | '1EB1F322964011999' | | |
| 203 | 1215021 | '1EB1F322664012012' | | |
| 204 | 1215033 | 5CH200R2361144039 | | |
| 205 | 1215037 | 5CZ200R2961119052 | | |
| 206 | 1215089 | 5CH200R2X61144095 | | |
| 207 | 1215103 | 5CZ200R2661125006 | | |
| 208 | 1215108 | '1EB1F322564012034' | | |
| 209 | 1215153 | '1EB1F322965342348' | | |
| 210 | 1215165 | '1EB1F322X64012398' | | |
| 211 | 1215196 | '1EB1F322164012421' | | |
| 212 | 1215226 | '1EB1F322864012402' | | |
| 213 | 1215235 | 4YDT291266L611666 | | |
| 214 | 1215252 | '1EB1F322X64012997' | | |
| 215 | 1215324 | 4YDT303226L611332 | | |
| 216 | 1215386 | 4V0TC312X6F000296 | | |
| 217 | 1215417 | 4V0TC32246B007900 | | |
| 218 | 1215435 | 4V0TC30256B007780 | | |
| 219 | 1215473 | 47CTD2N216M424505 | | |
| 220 | 1215474 | 4YDT303276L611830 | | |
| 221 | 1215479 | 4YDT300296A226642 | | |
| 222 | 1215485 | 4YDT271266L611848 | | |
| 223 | 1215498 | '1EF1B302764012159' | | |
| 224 | 1215572 | 47CTD2N266M424306 | | |
| 225 | 1215591 | 47CTD2N216M424259 | | |
| 226 | 1215637 | '1EF1D322264012948' | | |
| 227 | 1215713 | 5CZ200R2261125276 | | |
| 228 | 1215750 | '1EF1D322464012952' | | |
| 229 | 1215756 | '1EF1B302X64012169' | | |
| 230 | 1215774 | '5KDBE30246L002649' | | |
| 231 | 1215840 | '4YDT29F276E320137' | | |
| 232 | 1215862 | '1UJBJ02R161EM1062' | | |
| 233 | 1215869 | '1EF1B302864013224' | | |
| 234 | 1215872 | '4EZTS28276S050771' | | |
| 235 | 1215909 | 4UBAS0R2761D71451 | | |
| 236 | 1215914 | 1NL1GTM251070514 | | |

FEMA163-000052

FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |   |   |
| 237 | 1215919 | 1UJBJ02N061JP0148 |   |   |
| 238 | 1216002 | '1SE200L246C000698' |   |   |
| 239 | 1216185 | '1EF1B282554008981" |   |   |
| 240 | 1216286 | '1UJBJ02RX61EJ1025' |   |   |
| 241 | 1216343 | '1UJBJ02N161EF1521' |   |   |
| 242 | 1216403 | 1UJBJ02P561JY0479 |   |   |
| 243 | 1216470 | 4WYT02P2061710461 |   |   |
| 244 | 1216479 | '1UJBJ02R461EL0573' |   |   |
| 245 | 1216529 | 5RXTA302461009071 |   |   |
| 246 | 1216545 | '4EZTS28216S094071' |   |   |
| 247 | 1216557 | 4X4TSVC284L030122 |   |   |
| 248 | 1216564 | 4YDT303226A226073 |   |   |
| 249 | 1216664 | '1UJBJ02DX61EJ0958' |   |   |
| 250 | 1216775 | '1UJBJ02P761EP0502' |   |   |
| 251 | 1216799 | '1UJBJ02P961EP0565' |   |   |
| 252 | 1216830 | 4EZTS292060S116754 |   |   |
| 253 | 1216855 | 4X4TSMC2X6R394133 |   |   |
| 254 | 1216883 | 47CTD2P256M425315 |   |   |
| 255 | 1216922 | '1SE200L226C000846' |   |   |
| 256 | 1216957 | 4X4TWDC246R335650 |   |   |
| 257 | 1217034 | 4X4TSVC266L008171 |   |   |
| 258 | 1217081 | 4X4TSVC296L008164 |   |   |
| 259 | 1217099 | 1F9BE30246F309198' |   |   |
| 260 | 1217110 | '5KDBE30206L003202' |   |   |
| 261 | 1225836 | 5L4TF332163020168 |   |   |
| 262 | 1225871 | 5L4TF332X63021139 |   |   |
| 263 | 1225996 | 5L4TF332963020970 |   |   |
| 264 | 1226038 | 1TCB2969861001756 |   |   |
| 265 | 1226138 | 5L4TF332163021370 |   |   |
| 266 | 1227808 | 4X4TSMH226T104348 |   |   |
| 267 | 1227828 | 4X4TSMH286T104323 |   |   |
| 268 | 1228285 | RB05AL9524 |   |   |
| 269 | 1228439 | 5L4TF332263013441 |   |   |
| 270 | 1229458 | 4X4TSVV266L007390 |   |   |
| 271 | 1229608 | 4YDT260296N129570 |   |   |
| 272 | 1229828 | 4XTTN30236C262277 |   |   |
| 273 | 1229844 | '47CTFEN206M424801' |   |   |
| 274 | 1229866 | '1EB1F322961504163' |   |   |
| 275 | 1229975 | '5SFBT30206E001810' |   |   |
| 276 | 1230101 | 4YDT298206C129331 |   |   |
| 277 | 1230804 | 1KB131L256W161924 |   |   |
| 278 | 1231180 | 47CTS5P2X6L117280 |   |   |
| 279 | 1231259 | 4X4TWDH256P006833 |   |   |
| 280 | 1231410 | '1EB1F322561504208' |   |   |
| 281 | 1231942 | 4X4TWDH236P195126 |   |   |
| 282 | 1232012 | ACBC06AL0136853 |   |   |
| 283 | 1232339 | 4X4TWDH266P007070 |   |   |

# FC-Derrider West

|     | A | B | C | D |
|-----|---|---|---|---|
| 1   | **BARCODE ID** | **SERIAL NUMBER** | | |
| 284 | 1234818 | 4X4TSMH296J016358 | | |
| 285 | 1240779 | '1EB1F322562491504' | | |
| 286 | 1242664 | 5L4TF332X63014840 | | |
| 287 | 1243622 | '5SFBT30256E002239' | | |
| 288 | 1243837 | 5L4TF332763015489 | | |
| 289 | 1244178 | 5L4TF332663021557 | | |
| 290 | 1245082 | 5L4TF332963023657 | | |
| 291 | 1245255 | 5L4TF332663023664 | | |
| 292 | 1245754 | 5L4TF332963014943 | | |
| 293 | 1246296 | '5SFBT30266E002315' | | |
| 294 | 1246439 | 5L4TF332X63023764 | | |
| 295 | 1246533 | 1NL1GTR2461036566 | | |
| 296 | 1246534 | 5L4TF332163023734 | | |
| 297 | 1247342 | 1TC2B969366101458 | | |
| 298 | 1247538 | '1UJBJ02PX61EP1000' | | |
| 299 | 1247681 | 5L4TF332563019931 | | |
| 300 | 1248593 | 5L4TF332563021520 | | |
| 301 | 1248613 | 1TC2B969363002222 | | |
| 302 | 1248663 | 5L4TF332963023951 | | |
| 303 | 1248962 | 5L4TF332663020229 | | |
| 304 | 1249757 | 5L4TF332263021524 | | |
| 305 | 1253694 | 'SSEAL17467' | | |
| 306 | 1255592 | 5L4TF332763021261 | | |
| 307 | 1255680 | 5L4TF332463020178 | | |
| 308 | 1255698 | 1TC2B969361310552 | | |
| 309 | 1255707 | 5L4TF332663020666 | | |
| 310 | 1255854 | 1TC2B969863002572 | | |
| 311 | 1256088 | 5L4TF332563021047 | | |
| 312 | 1256251 | 5L4TF332463016096 | | |
| 313 | 1256722 | 1TC2B969061001962 | | |
| 314 | 1256821 | 1TC2B969661001917 | | |
| 315 | 1256906 | 5L4TF332763020806 | | |
| 316 | 1257107 | 4CJ1F322466505236 | | |
| 317 | 1257113 | 4CJ1F322166505257 | | |
| 318 | 1260954 | GAFL534A78987-8A32 | | |
| 319 | 1260976 | MY0628577V | | |
| 320 | 1262879 | MY0628595V | | |
| 321 | 1263075 | FRS00150 | | |
| 322 | 1264470 | 0506F1409401 | | |
| 323 | 1264562 | 08L68003F | | |
| 324 | 1264565 | H184165G | | |
| 325 | 1264566 | H184195G | | |
| 326 | 1264883 | GAHAG1978 | | |
| 327 | 1264895 | ROC719414NC | | |
| 328 | 1265165 | '1EB1F322665342369' | | |
| 329 | 1265313 | 4UBAS0R2361D71978 | | |
| 330 | 1265420 | '1EB1F322165342408' | | |

FEMA163-000054

# FC-Derrider West

|     | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 331 | 1265475 | '1F9BE30226F309118' | | |
| 332 | 1266147 | 5L4TP2729630l3325 | | |
| 333 | 1266345 | 1B9BT29276A735231 | | |
| 334 | 1266352 | 4V0TC312X6B007689 | | |
| 335 | 1266368 | 4WYT34P2661209397 | | |
| 336 | 1266441 | 1UJBJ02P061JY0437 | | |
| 337 | 1266474 | 4WYT34P2661209433 | | |
| 338 | 1266476 | 4WYT34P2X61209435 | | |
| 339 | 1266508 | '5SFBT31296E001223' | | |
| 340 | 1266540 | 1UJBJ02P261JN0467 | | |
| 341 | 1266573 | '1SE200P226F001441' | | |
| 342 | 1272723 | GM6264TNFR60 | | |
| 343 | 1272770 | DI01678GA | | |
| 344 | 1272785 | 021-06-943-12901 | | |
| 345 | 1275147 | 4X4TWDH296R335815 | | |
| 346 | 1275209 | 4X4TSMH276C008957 | | |
| 347 | 1275247 | 4X4TSMH286C008935 | | |
| 348 | 1275355 | 4X4TSMH266J016530 | | |
| 349 | 1275376 | 4X4TWDH276P195453 | | |
| 350 | 1275632 | 4X4TWDH206R335900 | | |
| 351 | 1275709 | 4X4TWDH246P195216 | | |
| 352 | 1275727 | 4X4TSMH2X6C008919 | | |
| 353 | 1275935 | 4X4TWDH216R335923 | | |
| 354 | 1275974 | 4X4TSMH256C008875 | | |
| 355 | 1276142 | 1KB131L246W162529 | | |
| 356 | 1276175 | 4X4TWDH276P195503 | | |
| 357 | 1276320 | 4X4TSMH206C008864 | | |
| 358 | 1276717 | 4X4TWDH226P195585 | | |
| 359 | 1276809 | 4X4TWDH2X6P195558 | | |
| 360 | 1276995 | 4X4TSMH286C008966 | | |
| 361 | 1277036 | 4X4TSMH2X6C008869 | | |
| 362 | 1277050 | 4X4TWDH206R335752 | | |
| 363 | 1277088 | 4X4TSMH286J016366 | | |
| 364 | 1277696 | 1NL1GTR2361042021 | | |
| 365 | 1277771 | 1NL1GTR2761042054 | | |
| 366 | 1278659 | 1NL1GTR2861042337 | | |
| 367 | 1279186 | 1NL1GTR2261046478 | | |
| 368 | 1280725 | '1UJBJ02R961EL0472' | | |
| 369 | 1280856 | 4CJ1F322161504655 | | |
| 370 | 1280900 | '1UJBJ02R861EM0717' | | |
| 371 | 1280932 | 4X4TFLC296D089167 | | |
| 372 | 1280994 | 19LBA02R06A063769 | | |
| 373 | 1281068 | 4X4TWDH246T133919 | | |
| 374 | 1281889 | 4X4TWDH286P195607 | | |
| 375 | 1281975 | 4X4TWDH286P195588 | | |
| 376 | 1282128 | 4X4TSMH266J016236 | | |
| 377 | 1282247 | 4X4TSMH296J016263 | | |

# FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 378 | 1282268 | 4X4TSMH216J016239 | | |
| 379 | 1285453 | 4WYT12S2261603402 | | |
| 380 | 1287958 | 4YDT320206C128535 | | |
| 381 | 1288131 | '1UJBJ02RX61EL0643' | | |
| 382 | 1288639 | 4WYT34P2061209525 | | |
| 383 | 1288694 | 4X4TFLC296D089993 | | |
| 384 | 1288857 | '47CTDER226G521528' | | |
| 385 | 1290669 | 1NL1GTR2861078268 | | |
| 386 | 1291660 | 1NL1GTR2361033674 | | |
| 387 | 1292296 | 1NL1GTR2661026962 | | |
| 388 | 1292519 | 1NL1GTR2261046724 | | |
| 389 | 1293001 | 1NL1GTR2361046960 | | |
| 390 | 1295023 | 1NL1GTR2461083645 | | |
| 391 | 1295042 | 1NL1GTR2561052601 | | |
| 392 | 1296780 | 1NL1GTR2461034218 | | |
| 393 | 1297756 | 1NL1GTR2261038462 | | |
| 394 | 1297872 | 1NL1GTR2961034411 | | |
| 395 | 1298010 | 1NL1GTR2961068395 | | |
| 396 | 1298141 | 1NL1GTR2061034460 | | |
| 397 | 1303074 | 5CZ200R2461119396 | | |
| 398 | 1303568 | 1TC2B969163001988 | | |
| 399 | 1303627 | 5CZ200R2661119402 | | |
| 400 | 1303796 | 4CJ1F322X61504864 | | |
| 401 | 1304418 | 4X4TSMH2X6T104534 | | |
| 402 | 1304439 | 4CJ1F322761504899 | | |
| 403 | 1304594 | 4X4TWDH246P007083 | | |
| 404 | 1304904 | 4X4TSMH296T104508 | | |
| 405 | 1305102 | 4CJ1F3222561504979 | | |
| 406 | 1305123 | 4XTTN30266C262158 | | |
| 407 | 1305643 | TXFL512A46935 | | |
| 408 | 1306291 | 4CJ1F322165342700 | | |
| 409 | 1306349 | 4CJ1F322061504971 | | |
| 410 | 1306475 | '4EZTS32256S116832' | | |
| 411 | 1306711 | 4CJ1F322161504963 | | |
| 412 | 1306856 | 5L4TF332863020314 | | |
| 413 | 1307137 | '1EB1F322262491928' | | |
| 414 | 1307230 | 4CJ1F322X64285080 | | |
| 415 | 1307270 | 4CJ1F322165342731 | | |
| 416 | 1312615 | 4CJLF322761504904 | | |
| 417 | 1312888 | '1EB1F322062314889' | | |
| 418 | 1313100 | 4YDT32B246F090156 | | |
| 419 | 1313240 | 4CJ1F322961505102 | | |
| 420 | 1314023 | 4CJ1F322861505124 | | |
| 421 | 1314343 | 4CJ1F322261505118 | | |
| 422 | 1314435 | 4YDT291246L611469 | | |
| 423 | 1315070 | '1EB1F322462315298' | | |
| 424 | 1315431 | '2EB1F322066503822' | | |

FEMA163-000056

## FC-Derrider West

|     | A | B | C | D |
|-----|---|---|---|---|
| 1   | **BARCODE ID** | **SERIAL NUMBER** | | |
| 425 | 1315486 | '1UJBJ02P361EP0528' | | |
| 426 | 1315814 | 4CJ1F322X61505237 | | |
| 427 | 1315905 | 4CJ1F322165343071 | | |
| 428 | 1315933 | 5L4TP242753009339 | | |
| 429 | 1316213 | 5L4TP272663012438 | | |
| 430 | 1316227 | 4CJ1F322061505344 | | |
| 431 | 1316570 | 4CJ1F322361505337 | | |
| 432 | 1317015 | 4CJ1F32261505354 | | |
| 433 | 1317022 | '2EB1F322266504079' | | |
| 434 | 1317330 | 5CH200R2061144560 | | |
| 435 | 1317359 | '2EB1F322066504145' | | |
| 436 | 1326006 | '1EB1F322862492260' | | |
| 437 | 1326651 | 5CZ200R2461120063 | | |
| 438 | 1333503 | N01030732TN | | |
| 439 | 1333540 | RNC000137NC | | |
| 440 | 1333560 | N01030742TN | | |
| 441 | 1337515 | 4YDT291286L611636 | | |
| 442 | 1337544 | 4V0TC32266D002296 | | |
| 443 | 1337607 | 1NL1GTN2161073130 | | |
| 444 | 1337754 | '4EZTS30286S094635' | | |
| 445 | 1337760 | 1TC2B064061501040 | | |
| 446 | 1337918 | 4X4TCKD296P099682 | | |
| 447 | 1338517 | 4V0TC30276B008123 | | |
| 448 | 1338546 | 4V0TC31296F000578 | | |
| 449 | 1338559 | 1TC2B331466100296 | | |
| 450 | 1338715 | 47CTD2P246M424771 | | |
| 451 | 1338922 | GAFL534A79133 | | |
| 452 | 1339225 | 11269703 | | |
| 453 | 1339294 | SBHGA103061246 | | |
| 454 | 1339297 | 0S06F1409318 | | |
| 455 | 1339454 | PAFL522A54164 | | |
| 456 | 1339675 | RNC000138NC | | |
| 457 | 1339985 | INFL555A11886-8A32 | | |
| 458 | 1343213 | RNC000196NC | | |
| 459 | 1343307 | 4WYT12S2761602973 | | |
| 460 | 1343370 | 5L4TF332463025798 | | |
| 461 | 1343447 | 47CTD2P276M425848 | | |
| 462 | 1343823 | 4WYT12S2661603693 | | |
| 463 | 1343962 | 4CJ1F322064014609 | | |
| 464 | 1344437 | 4WYT12S2761603783 | | |
| 465 | 1345138 | 47CTD2N286M425909 | | |
| 466 | 1345307 | 4WYT12S2161603536 | | |
| 467 | 1345597 | 4WYT12S2161603522 | | |
| 468 | 1345860 | 4WYT12S2X61603552 | | |
| 469 | 1346545 | 4YDT2912X6A227241 | | |
| 470 | 1347265 | 4WYT12S2961603865 | | |
| 471 | 1347616 | 1NL1GTR2961027717 | | |

FEMA163-000057

## FC-Derrider West

|  | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |  |  |
| 472 | 1348221 | 1NL1GTR2X61084234 |  |  |
| 473 | 1348312 | 1NL1GTR2161078578 |  |  |
| 474 | 1348507 | 1NL1GTR2861027885 |  |  |
| 475 | 1348567 | 1NL1GTR2461034817 |  |  |
| 476 | 1348688 | 1NL1GTR2261068660 |  |  |
| 477 | 1348721 | 1NL1GTR2661027903 |  |  |
| 478 | 1348785 | 1NL1GTR2161034824 |  |  |
| 479 | 1348997 | 1NL1GTR2461068711 |  |  |
| 480 | 1349905 | 1NL1GTR2561028119 |  |  |
| 481 | 1351696 | 1NL1VTR2961048220 |  |  |
| 482 | 1352521 | 1NL1VTR2X61060120 |  |  |
| 483 | 1352564 | 1NL1VTR2461064194 |  |  |
| 484 | 1352627 | 1NL1GTR2361084401 |  |  |
| 485 | 1353221 | 1NL1VTR2161060295 |  |  |
| 486 | 1353413 | 1NL1GTR2661028307 |  |  |
| 487 | 1354239 | 1NL1GTR2X61028374 |  |  |
| 488 | 1354476 | 1NL1VTR2961060450 |  |  |
| 489 | 1355856 | 1NL1VTR2061054083 |  |  |
| 490 | 1355876 | 1NL1VTR2461054104 |  |  |
| 491 | 1372614 | 5CZ200P2961127108 |  |  |
| 492 | 1372663 | 5CZ200P2561128322 |  |  |
| 493 | 1372993 | 5CZ200P2661127213 |  |  |
| 494 | 1373082 | 5CZ200P2661128474 |  |  |
| 495 | 1373205 | 5CZ200P2361128495 |  |  |
| 496 | 1373793 | 5CZ200P2861128573 |  |  |
| 497 | 1375706 | 4CJ1F322762900079 |  |  |
| 498 | 1375718 | 4CJ1F322062900005 |  |  |
| 499 | 1376001 | 4CJ1F322X62900206 |  |  |
| 500 | 1382708 | 5CZ200P2361128366 |  |  |
| 501 | 1382733 | 5CZ200P2161127152 |  |  |
| 502 |  |  |  |  |
| 503 |  |  |  |  |
| 504 |  |  |  |  |
| 505 |  |  |  |  |
| 506 |  |  |  |  |
| 507 |  |  |  |  |
| 508 |  |  |  |  |
| 509 |  |  |  |  |
| 510 |  |  |  |  |
| 511 |  |  |  |  |
| 512 |  |  |  |  |
| 513 |  |  |  |  |
| 514 |  |  |  |  |
| 515 |  |  | WIDTH | CALC |
| 516 |  |  | 9 | NONE |
| 517 |  |  | 30 | NONE |
| 518 |  |  |  |  |

FEMA163-000058

FC-Derrider West

|   | A | B | C | D |
|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | |
| 519 | | | | |
| 520 | | | | |
| 521 | | | | |
| 522 | | | | |

FEMA163-000059