# FC-Frostburg East

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 2 | 1118758 | 1NL1GTR2361077092 | | | | |
| 3 | 1120736 | 1NL1GTR2161015920 | | | | |
| 4 | 1290899 | 1NL1GTR2061037486 | | | | |
| 5 | 1121877 | 1NL1GTR2061051131 | | | | |
| 6 | 1351482 | 1NL1GTR2461018858 | | | | |
| 7 | 1290762 | 1NL1GTR2661026685 | | | | |
| 8 | 1119273 | 1NL1GTR2761050901 | | | | |
| 9 | 1109891 | 1NL1GTR2961074553 | | | | |
| 10 | 1120277 | 1NL1GTR2661015735 | | | | |
| 11 | 1278585 | 1NL1GTR2461046286 | | | | |
| 12 | 1290219 | 1NL1GTR2161078242 | | | | |
| 13 | 1227929 | 1KB131L2X6W161014 | | | | |
| 14 | 1294084 | 1NL1GTR2061018162 | | | | |
| 15 | 1127488 | 1NL1GTR2861032620 | | | | |
| 16 | 1290010 | 1NL1GTR2061083352 | | | | |
| 17 | 1130593 | 1NL1GTR2261052099 | | | | |
| 18 | 1295254 | 1NL1GTR2761027053 | | | | |
| 19 | 1113910 | 1NL1GTR2061015164 | | | | |
| 20 | 1127697 | 1NL1GTR2X61036605 | | | | |
| 21 | 1349192 | 1NL1GTR2X61034952 | | | | |
| 22 | 1117054 | 1NL1GTR2761045052 | | | | |
| 23 | 1112209 | 1NL1GTR2861002615 | | | | |
| 24 | 1248669 | 1KB131L286W164039 | | | | |
| 25 | 1277850 | 1NL1GTR2761016943 | | | | |
| 26 | 1278323 | 1NL1GTR2561017153 | | | | |
| 27 | 1211900 | 1NL1GTR2361040155 | | | | Sh |
| 28 | 1129409 | 1NL1GTR2561026130 | | | | |
| 29 | 1291577 | 1NL1GTR2X61026818 | | | | |
| 30 | 1211905 | 1NL1GTR2361002148 | | | | |
| 31 | 1128509 | 1NL1GTR2761051725 | | | | |
| 32 | 1127985 | 1NL1GTR2X61032697 | | | | |
| 33 | 1125250 | 1NL1GTR2561045647 | | | | |
| 34 | 1232093 | 1KB131L246W762074 | | | | |
| 35 | 1290481 | 1NL1GTR2061033468 | | | | |
| 36 | 1125337 | 1NL1GTR2761041728 | | | | |
| 37 | 1290006 | 1NL1GTR2961083348 | | | | |
| 38 | 1130302 | 1NL1GTR2061078216 | | | | |
| 39 | 1360866 | 1NL1GTR2061029613 | | | | |
| 40 | 1290701 | 1NL1GTR2961078277 | | | | |
| 41 | 1351665 | 1NLIVTR2861048189 | | | | |
| 42 | 113134 | 1NL1GTR2X61040184 | | | | |
| 43 | 1119176 | 1NL1GTR2861024551 | | | | |
| 44 | 1182015 | 1KB131L296W160212 | | | | |
| 45 | 1278432 | 1NL1GTR2X61046227 | | | | |
| 46 | 1130050 | 1NL1GTR2061052005 | | | | |
| 47 | 1353346 | 1NL1GTR2561064365 | | | | |
| 48 | 1350869 | 1NL1GTR2X61043960 | | | | |
| 49 | 1211919 | 1NL1GTR2561017086 | | | | |
| 50 | 1211907 | 1NL1GTR2861002503 | | | | |

FC-Frostburg East

|     | A        | B                | C | D | E | F |
|-----|----------|------------------|---|---|---|---|
| 1   | **BARCODE** | **VIN NUMBER** |   |   |   |   |
| 51  | 1126368  | 1NL1GTR2961067747 |   |   |   |   |
| 52  | 1181848  | 1KB131L246W160179 |   |   |   |   |
| 53  | 1297799  | 1NL1GTR2661053045 |   |   |   |   |
| 54  | 1108950  | 1NL1GTR2X61030416 |   |   |   |   |
| 55  | 1294505  | 1NL1GTR2361018303 |   |   |   |   |
| 56  | 1231975  | 1KB131L286E161745 |   |   |   |   |
| 57  | 1113884  | 1NL1GTR2361040513 |   |   |   |   |
| 58  | 1357661  | 1NLIVTR2661048515 |   |   |   |   |
| 59  | 1124069  | 1NL1GTR2861025358 |   |   |   |   |
| 60  | 1290731  | 1NL1GTR2661026654 |   |   |   |   |
| 61  | 1106289  | 1NL1GTR2661022927 |   |   |   |   |
| 62  | 1296544  | 1NL1GTR2561083816 |   |   |   |   |
| 63  | 1352011  | 1NLIVTR2761048300 |   |   |   |   |
| 64  | 1291104  | 1NL1GTR2461033568 |   |   |   |   |
| 65  | 1130076  | 1NL1GTR2161068195 |   |   |   |   |
| 66  | 1297297  | 1NL1GTR2861034318 |   |   |   |   |
| 67  | 1118266  | 1NL1GTR2X61024387 |   |   |   |   |
| 68  | 551354   | 1EB1F322354007252 |   |   |   |   |
| 69  | 1227856  | 1KB131L296E160376 |   |   |   |   |
| 70  | 1349965  | 1NLIVTR2461053597 |   |   |   |   |
| 71  | 1358896  | 1NLIVTR2661060180 |   |   |   |   |
| 72  | 1125217  | 1NL1GTR2961016569 |   |   |   |   |
| 73  | 1106402  | 1NL1GTR2661073922 |   |   |   |   |
| 74  | 1313651  | 1EB1F322262315123 |   |   |   |   |
| 75  | 1113967  | 1NL1GTR2161014590 |   |   |   |   |
| 76  | 1130538  | 1NL1GTR2X61068230 |   |   |   |   |
| 77  | 1112102  | 1NL1GTR2761002508 |   |   |   |   |
| 78  | 1119614  | 1NL1GTR2361050930 |   |   |   |   |
| 79  | 1129967  | 1NL1GTR2461026264 |   |   |   |   |
| 80  | 1290208  | 1NL1GTR2461078753 |   |   |   |   |
| 81  | 1128693  | 1NL1GTR2261068108 |   |   |   |   |
| 82  | 1126512  | 1NL1GTR2961025627 |   |   |   |   |
| 83  | 1127198  | 1NL1GTR2561077904 |   |   |   |   |
| 84  | 1107477  | 1NL1GTR2861030155 |   |   |   |   |
| 85  | 1112911  | 1NL1GTR2561050380 |   |   |   |   |
| 86  | 1111725  | 1NL1GTR2861002131 |   |   |   |   |
| 87  | 1109790  | 1NL1GTR2561066904 |   |   |   |   |
| 88  | 1125709  | 1NL1GTR2561041839 |   |   |   |   |
| 89  | 1127407  | 1NL1GTR2761036593 |   |   |   |   |
| 90  | 1299460  | 1NL1GTR2161084087 |   |   |   |   |
| 91  | 1348147  | 1NL1GTR2261034752 |   |   |   |   |
| 92  | 1126060  | 1NL1GTR2761041941 |   |   |   |   |
| 93  | 1112174  | 1NL1GTR2461002580 |   |   |   |   |
| 94  | 1118412  | 1NL1GTR2661031482 |   |   |   |   |
| 95  | 1120868  | 1NL1GTR2861041303 |   |   |   |   |
| 96  | 1296989  | 1NL1GTR2861034285 |   |   |   |   |
| 97  | 1211902  | 1NL1GTR2661025956 |   |   |   |   |
| 98  | 1211898  | 1NL1GTR2861050292 |   |   |   |   |
| 99  | 1125691  | 1NL1GTR2261045783 |   |   |   |   |
| 100 | 1114919  | 1NL1GTR2261074894 |   |   |   |   |

# FC-Frostburg East

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** |  |  |  |  |
| 101 | 1112121 | 1NL1GTR2061002527 |  |  |  |  |
| 102 | 1111739 | 1NL1GTR2861002145 |  |  |  |  |
| 103 | 1211874 | 1KB131L266W162564 |  |  |  |  |
| 104 | 1306323 | 1KB131L256W163558 |  |  |  |  |
| 105 | 1107190 | 1NL1GTR2X61030108 |  |  |  |  |
| 106 | 1358312 | 1NLIVTR2861044854 |  |  |  |  |
| 107 | 1123767 | 1NL1GTR2X61036121 |  |  |  |  |
| 108 | 1299379 | 1NL1GTR2561027634 |  |  |  |  |
| 109 | 1126473 | 1NL1GTR2561036348 |  |  |  |  |
| 110 | 1298720 | 1NL1GTR2061003306 |  |  |  |  |
| 111 | 1293867 | 1NL1GTR2861018068 |  |  |  |  |
| 112 | 1293669 | 1NL1GTR2761043186 |  |  |  |  |
| 113 | 1278805 | 1NL1GTR2061042364 |  |  |  |  |
| 114 | 1118606 | 1NL1GTR2961050821 |  |  |  |  |
| 115 | 1296124 | 1NL1GTR2561034048 |  |  |  |  |
| 116 | 1106506 | 1NL1GTR2061022972 |  |  |  |  |
| 117 | 1127909 | 1NL1GTR2X61077980 |  |  |  |  |
| 118 | 1105600 | 1NL1GTR2161073400 |  |  |  |  |
| 119 | 1125370 | 1NL1GTR2261045685 |  |  |  |  |
| 120 | 1278486 | 1NL1GTR2761042281 |  |  |  |  |
| 121 | 1353538 | 1NLIVTR2761053772 |  |  |  |  |
| 122 | 1294445 | 1NL1GTR2961047434 |  |  |  |  |
| 123 | 1130693 | 1NL1GTR2861033198 |  |  |  |  |
| 124 | 1299656 | 1NL1GTR2261027655 |  |  |  |  |
| 125 | 1290590 | 1NL1GTR2861052303 |  |  |  |  |
| 126 | 1355213 | 1NLIVTR2161053959 |  |  |  |  |
| 127 | 1296426 | 1NL1GTR2161052823 |  |  |  |  |
| 128 | 1353460 | 1NLIVTR2X61060313 |  |  |  |  |
| 129 | 1299031 | 1NL1GTR2661003617 |  |  |  |  |
| 130 | 1313306 | 1KB131L266W163813 |  |  |  |  |
| 131 | 1131235 | 1NL1GTR2161083327 |  |  |  |  |
| 132 | 1182391 | 1KB131L236E159871 |  |  |  |  |
| 133 | 1293364 | 1NL1GTR2461017967 |  |  |  |  |
| 134 | 1126019 | 1NL1GTR2861045870 |  |  |  |  |
| 135 | 1352962 | 1NL1GTR2861060200 |  |  |  |  |
| 136 | 1265002 | 1KB131L286E159848 |  |  |  |  |
| 137 | 1296371 | 1NL1GTR2961038183 |  |  |  |  |
| 138 | 1360710 | 1NLIVTR2261065330 |  |  |  |  |
| 139 | 1119255 | 1NL1GTR2661024578 |  |  |  |  |
| 140 | 1113079 | 1NL1GTR2061014709 |  |  |  |  |
| 141 | 1355359 | 1NLIVTR2961054034 |  |  |  |  |
| 142 | 1293801 | 1NL1GTR2261047243 |  |  |  |  |
| 143 | 1122150 | 1NL1GTR2X61077560 |  |  |  |  |
| 144 | 1112038 | 1NL1GTR2761002444 |  |  |  |  |
| 145 | 1111004 | 1NL1GTR2761001410 |  |  |  |  |
| 146 | 1255516 | 1NL1GTR2261039031 |  |  |  |  |
| 147 | 1118122 | 1NL1GTR2261082185 |  |  |  |  |
| 148 | 1296228 | 1NL1GTR2061027234 |  |  |  |  |
| 149 | 1353353 | 1NL1GTR2261064372 |  |  |  |  |
| 150 | 1114868 | 1NL1GTR2461050483 |  |  |  |  |

## FC-Frostburg East

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 1   | **BARCODE** | **VIN NUMBER** | | | | |
| 151 | 1121516 | 1NL1GTR2461025048 | | | | |
| 152 | 1298396 | 1NL1GTR2261002982 | | | | |
| 153 | 1119351 | 1NL1GTR2661024600 | | | | |
| 154 | 1127883 | 1NL1GTR2161051669 | | | | |
| 155 | 1291363 | 1NL1GTR2061037634 | | | | |
| 156 | 1211897 | 1NL1GTR2861014392 | | | | |
| 157 | 1279660 | 1NLIVTR2161046620 | | | | |
| 158 | 1290026 | 1NL1GTR2061026522 | | | | |
| 159 | 1278690 | 1NL1GTR2561017234 | | | | |
| 160 | 1295448 | 1NL1GTR2761078844 | | | | |
| 161 | 1231932 | 1KB131L236W162019 | | | | |
| 162 | 1348790 | 1NL1GTR2061034829 | | | | |
| 163 | 1116593 | 1NL1GTR2061015357 | | | | |
| 164 | 1111185 | 1NL1GTR2461001591 | | | | |
| 165 | 1128396 | 1NL1GTR2561025964 | | | | |
| 166 | 1357325 | 1NL1GTR2061028951 | | | | |
| 167 | 1229372 | 1KB131L2X6W161174 | | | | |
| 168 | 1296656 | 1NL1GTR2161052871 | | | | |
| 169 | 1123965 | 1NL1GTR2561032199 | | | | |
| 170 | 1351687 | 1NLIVTR2861048211 | | | | |
| 171 | 1293856 | 1NL1GTR2061043272 | | | | |
| 172 | 1295180 | 1NL1GTR2261052622 | | | | |
| 173 | 1290253 | 1NL1GTR2761052258 | | | | |
| 174 | 1115928 | 1NL1GTR2061024110 | | | | |
| 175 | 1296359 | 1NL1GTR2261038171 | | | | |
| 176 | 1357644 | 1NL1GTR2761019258 | | | | |
| 177 | 1110982 | 1NL1GTR2761001388 | | | | |
| 178 | 1352143 | 1NL1GTR2861019107 | | | | |
| 179 | 1247723 | 1KB131L296W163899 | | | | |
| 180 | 1122088 | 1NL1GTR2861045870 | | | | |
| 181 | 1129088 | 1NL1GTR2561051867 | | | | |
| 182 | 1292630 | 1NL1GTR2161017747 | | | | |
| 183 | 1112200 | 1NL1GTR2761002606 | | | | |
| 184 | 1120812 | 1NL1GTR2161015996 | | | | |
| 185 | 1290076 | 1NL1GTR2461052234 | | | | |
| 186 | 1119721 | 1NL1GTR2161082372 | | | | |
| 187 | 1299444 | 1NL1GTR2761034553 | | | | |
| 188 | 1291821 | 1NL1GTR2061083545 | | | | |
| 189 | 1122965 | 1NL1GTR2261045427 | | | | |
| 190 | 1295525 | 1NL1GTR2x61033929 | | | | |
| 191 | 1123030 | 1NL1GTR2061016279 | | | | |
| 192 | 1123349 | 1NL1GTR2861041544 | | | | |
| 193 | 1126523 | 1NL1GTR2361025638 | | | | |
| 194 | 1277799 | 1NL1GTR2161042082 | | | | |
| 195 | 1105795 | 1NL1GTR2561073478 | | | | |
| 196 | 1291808 | 1NL1GTR2861078416 | | | | |
| 197 | 1351039 | 1NLIVTR2261047958 | | | | |
| 198 | 1355203 | 1NLIVTR2861064697 | | | | |
| 199 | 1038290 | 1NL1GTR2751020392 | | | | |
| 200 | 1293222 | 1NL1GTR2561043039 | | | | |

# FC-Frostburg East

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 1   | **BARCODE** | **VIN NUMBER** | | | | |
| 201 | 1298916 | 1NL1GTR2061003502 | | | | |
| 202 | 1128991 | 1NL1GTR2461051830 | | | | |
| 203 | 1122889 | 1NL1GTR2161016209 | | | | |
| 204 | 1111154 | 1NL1GTR2461001560 | | | | |
| 205 | 1290858 | 1NL1GTR2861033489 | | | | |
| 206 | 1106244 | 1NL1GTR2361013909 | | | | |
| 207 | 1352449 | 1NLIVTR2961048413 | | | | |
| 208 | 1360911 | 1NL1GTR2161029684 | | | | |
| 209 | 1295167 | 1NL1GTR2X61052609 | | | | |
| 210 | 1360824 | 1NL1GTR2461029582 | | | | |
| 211 | 1350138 | 1NL1GTR2261047677 | | | | |
| 212 | 1278048 | 1NL1GTR2661042143 | | | | |
| 213 | 1278566 | 1NL1GTR2061017223 | | | | |
| 214 | 1116547 | 1NL1GTR2061040727 | | | | |
| 215 | 1127980 | 1NL1GTR2061032692 | | | | |
| 216 | 1144620 | 4X4TWDH286P194554 | | | | |
| 217 | 1293458 | 1NL1GTR2261047081 | | | | |
| 218 | 1127802 | 1NL1GTR2861067965 | | | | |
| 219 | 1293363 | 1NL1GTR2261017966 | | | | |
| 220 | 1298539 | 1NL1GTR2761003125 | | | | |
| 221 | 1129025 | 1NL1GTR2261083062 | | | | |
| 222 | 1293699 | 1NL1GTR2161043216 | | | | |
| 223 | 1112383 | 1NL1GTR2861002789 | | | | |
| 224 | 1304623 | 1KB131L216W163153 | | | | |
| 225 | 1294267 | 1NL1GTR2461047356 | | | | |
| 226 | 1111558 | 1NL1GTR2661001964 | | | | |
| 227 | 1305709 | 1EB1F322962314857 | | | | |
| 228 | 1360195 | 1NLIVTR2661085127 | | | | |
| 229 | 1360813 | 1NL1GTR2X61029571 | | | | |
| 230 | 1354258 | 1NL1GTR2861060360 | | | | |
| 231 | 1352894 | 1NLIVTR2861060178 | | | | |
| 232 | 1290532 | 1NL1GTR2061026603 | | | | |
| 233 | 1349351 | 1NL1GTR2261068738 | | | | |
| 234 | 1124331 | 1NL1GTR2261082672 | | | | |
| 235 | 1312995 | 1KB131L246W163650 | | | | |
| 236 | 1127373 | 1NL1GTR2761036514 | | | | |
| 237 | 1113556 | 1NL1GTR2061614998 | | | | |
| 238 | 1119143 | 1NL1GTR2561031618 | | | | |
| 239 | 1180978 | 1EB1F322364011870 | | | | |
| 240 | 1276962 | 1EB1F322262491587 | | | | |
| 241 | 1305806 | 1EB1F322362491601 | | | | |
| 242 | 1348274 | 1NL1GTR2961053301 | | | | |
| 243 | 1129858 | 1NL1GTR2X61037057 | | | | |
| 244 | 1296570 | 1NL1GTR2361038213 | | | | |
| 245 | 1118167 | 1NL1GTR2261082204 | | | | |
| 246 | 1356394 | 1NLIVTR2661054217 | | | | |
| 247 | 1130356 | 1NL1GTR2761052065 | | | | |
| 248 | 1111609 | 1NL1GTR2661002015 | | | | |
| 249 | 1113068 | 1NL1GTR2X61014698 | | | | |
| 250 | 1124276 | 1NL1GTR2961036207 | | | | |

## FC-Frostburg East

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 251 | 1292106 | 1NL1GTR2061052523 | | | | |
| 252 | 1358936 | 1NLIVTR2461048853 | | | | |
| 253 | 1360099 | 1NLIVTR2861065283 | | | | |
| 254 | 1121877 | 1NL1GTR2061051131 | | | | |
| 255 | 1358440 | 1NLIVTR2461048853 | | | | |
| 256 | 1180959 | 1EB1F322164011866 | | | | |
| 257 | 1358694 | 1NLIVTR2361048956 | | | | |
| 258 | 1123071 | 1NL1GTR2761041454 | | | | |
| 259 | 1109505 | 1NL1GTR2861074494 | | | | |
| 260 | 1295738 | 1NL1GTR2861027157 | | | | |
| 261 | 1193964 | 1KB131L266W160037 | | | | |
| 262 | 1131101 | 1NL1GTR2561033272 | | | | |
| 263 | 1296336 | 1NL1GTR2161083800 | | | | |
| 264 | 1126827 | 1NL1GTR2761082845 | | | | |
| 265 | 1352221 | 1NLIVTR2861048385 | | | | |
| 266 | 1110418 | 1NL1GTR2261050319 | | | | |
| 267 | 1122903 | 1NL1GTR2261016223 | | | | |
| 268 | 1278074 | 1NL1GTR2261042169 | | | | |
| 269 | 1116350 | 1NL1GTR2461040620 | | | | |
| 270 | 1272680 | 1EB1F322264012606 | | | | |
| 271 | 1360783 | 1NLIVTR2461065345 | | | | |
| 272 | 1109330 | 1NL1GTR2261023458 | | | | |
| 273 | 1351201 | 1NLIVTR2261048026 | | | | |
| 274 | 1129957 | 1NL1GTR2161026254 | | | | |
| 275 | 1299724 | 1NL1GTR2761034584 | | | | |
| 276 | 1128702 | 1NL1GTR2061036726 | | | | |
| 277 | 1355137 | 1NLIVTR2261060600 | | | | |
| 278 | 1110281 | 1NL1GTR2561050315 | | | | |
| 279 | 1358931 | 1NLIVTR2261090177 | | | | |
| 280 | 1039708 | 1NL1GTR2551068666 | | | | |
| 281 | 1360697 | 1NL1GTR2261029520 | | | | |
| 282 | 1118688 | 1NL1GTR2361035554 | | | | |
| 283 | 1112720 | 1NL1GTR2361014543 | | | | |
| 284 | 1126410 | 1NL1GTR2061032420 | | | | |
| 285 | 1347879 | 1NL1GTR2X61053257 | | | | |
| 286 | 1129877 | 1NL1GTR2461033019 | | | | |
| 287 | 1111156 | 1NL1GTR2861001562 | | | | |
| 288 | 1293363 | 1NL1GTR2261017966 | | | | |
| 289 | 1118149 | 1NL1GTR2761031393 | | | | |
| 290 | 1113551 | 1NL1GTR2161014993 | | | | |
| 291 | 1358875 | 1NLIVTR2961090161 | | | | |
| 292 | 1358780 | 1NLIVTR2261090096 | | | | |
| 293 | 1360688 | 1NL1GTR2X61029511 | | | | |
| 294 | 1352874 | 1NLIVTR2761064268 | | | | |
| 295 | 1358885 | 1NLIVTR2161090171 | | | | |
| 296 | 1108762 | 1NL1GTR2861066718 | | | | |
| 297 | 1356981 | 1NLIVTR2661084950 | | | | |
| 298 | 1347988 | 1NL1GTR2461038771 | | | | |
| 299 | 1128471 | 1NL1GTR2361068067 | | | | |
| 300 | 1108933 | 1NL1GTR2261050191 | | | | |

FC-Frostburg East

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 1   | **BARCODE** | **VIN NUMBER** | | | | |
| 301 | 1349052 | 1NLIVTR2461053454 | | | | |
| 302 | 1108358 | 1NL1GTR2261023282 | | | | |
| 303 | 1358944 | 1NLIVTR2561090190 | | | | |
| 304 | 1296320 | 1NL1GTR2661034124 | | | | |
| 305 | 1360791 | 1NLIVTR2361065353 | | | | |
| 306 | 1194274 | 1KB131L296W159738 | | | | |
| 307 | 1120101 | 1NL1GTR2561045117 | | | | |
| 308 | 1358887 | 1NLIVTR2561090173 | | | | |
| 309 | 1256040 | 1KB131L236W165065 | | | | |
| 310 | 1117080 | 1NL1GTR2961040922 | | | | |
| 311 | 1194210 | 1EB1F322862491058 | | | | |
| 312 | 1193267 | 4X4TWDH206P100456 | | | | |
| 313 | 120324 | 4X4TWDH275R334001 | | | | |
| 314 | 1042116 | 1NL1GTR2751065090 | | | | |
| 315 | 1303005 | 1EB1F322664012320 | | | | |
| 316 | 1281967 | 1EB1F322464012512 | | | | |
| 317 | 1315980 | 1EB1F322X62492342 | | | | |
| 318 | 119820 | 4X4TWDH265R337969 | | | | |
| 319 | 145772 | 5L4TF332953008977 | | | | |
| 320 | 1360718 | 1NL1GTR2761065338 | | | | |
| 321 | 1355033 | 1NL1GTR2661028503 | | | | |
| 322 | 1348424 | 1NL1GTR2161068634 | | | | |
| 323 | 1354156 | 1NLIVTR2161084581 | | | | |
| 324 | 1193946 | 1UJBJ02M151JS0204 | | | | |
| 325 | 1248656 | 1KB131L286W164025 | | | | |
| 326 | 1122545 | 1NL1GTR2961025272 | | | | |
| 327 | 1231301 | 1KB131L246W161994 | | | | |
| 328 | 1230507 | 1TC2B969561306874 | | | | |
| 329 | 1305737 | 1KB131L246W163597 | | | | |
| 330 | 1128424 | 1NL1GTR2X61025992 | | | | |
| 331 | 1124779 | 1NL1GTR2861082689 | | | | |
| 332 | 1304120 | 1KB131L2X6W163104 | | | | |
| 333 | 1351804 | 1NL1GTR2361018978 | | | | |
| 334 | 1278029 | 1NL1GTR2861017034 | | | | |
| 335 | 1129963 | 1NL1GTR2761026260 | | | | |
| 336 | 111666 | 1NL1GTR2261015389 | | | | |
| 337 | 1279697 | 1NL1GTR2261046657 | | | | |
| 338 | 1357189 | 1NLIVTR2261065165 | | | | |
| 339 | 1123517 | 1NL1GTR2761045603 | | | | |
| 340 | 1129267 | 1NL1GTR2561083086 | | | | |
| 341 | 1279359 | 1NL1GTR2061046561 | | | | |
| 342 | 1231254 | 1KB131L206W162009 | | | | |
| 343 | 1121026 | 1NL1GTR2X61051007 | | | | |
| 344 | 1349198 | 1NL1GTR2061034958 | | | | |
| 345 | 1358943 | 1NLIVTR2961090189 | | | | |
| 346 | 1117828 | 1NL1GTR2361075259 | | | | |
| 347 | 1360785 | 1NLIVTR2861065347 | | | | |
| 348 | 1120593 | 1NL1GTR2361041211 | | | | |
| 349 | 1307059 | 1NLIVTR2461065121 | | | | |
| 350 | 1181675 | 1KB131L2X6W160199 | | | | |

# FC-Frostburg East

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 351 | 1122407 | 1NL1GTR2X61082547 | | | | |
| 352 | 1129361 | 1NL1GTR2561036902 | | | | |
| 353 | 1279275 | 1NL1GTR2161042552 | | | | |
| 354 | 1350147 | 1NL1GTR2461043680 | | | | |
| 355 | 1293896 | 1NL1GTR2461018097 | | | | |
| 356 | 1278180 | 1NL1GTR2361042181 | | | | |
| 357 | 1356005 | 1NL1GTR2561028752 | | | | |
| 358 | 1347531 | 1NL1GTR2561084156 | | | | |
| 359 | 1122807 | 1NL1GTR2061045409 | | | | |
| 360 | 1347994 | 1NL1GTR2561038777 | | | | |
| 361 | 1124145 | 1NL1GTR2661051294 | | | | |
| 362 | 1279196 | 1NL1GTR2561046488 | | | | |
| 363 | 1129637 | 1NL1GTR2961083124 | | | | |
| 364 | 1296599 | 1NL1GTR2X61038242 | | | | |
| 365 | 1277593 | 1NL1GTR2561016858 | | | | |
| 366 | 1353185 | 1NL1VTR2861060259 | | | | |
| 367 | 1297247 | 1NL1GTR2761027442 | | | | |
| 368 | 1290551 | 1NL1GTR2461026622 | | | | |
| 369 | 1111631 | 1NL1GTR2561002037 | | | | |
| 370 | 1296485 | 1NL1GTR2161034130 | | | | |
| 371 | 1249416 | 1KB131L206W164309 | | | | |
| 372 | 1354814 | 1NL1GTR2661028467 | | | | |
| 373 | 1360163 | 1NL1VTR2X61065303 | | | | |
| 374 | 1112168 | 1NL1GTR2961002574 | | | | |
| 375 | 1128505 | 1NL1GTR2X61051721 | | | | |
| 376 | 1279489 | 1NL1GTR2761046606 | | | | |
| 377 | 1348794 | 1NL1GTR2261034833 | | | | |
| 378 | 1349391 | 1NL1VTR2361064073 | | | | |
| 379 | 1180508 | 1KB131L286E159879 | | | | |
| 380 | 1111874 | 1NL1GTR2361002280 | | | | |
| 381 | 1113137 | 1NL1GTR2561040187 | | | | |
| 382 | 1295961 | 1NL1GTR2161052787 | | | | |
| 383 | 1126606 | 1NL1GTR2361032475 | | | | |
| 384 | 1295041 | 1NL1GTR2361052600 | | | | |
| 385 | 1348010 | 1NL1GTR2361038793 | | | | |
| 386 | 1116651 | 1NL1GTR2861040765 | | | | |
| 387 | 1357102 | 1NL1VTR2X61061025 | | | | |
| 388 | 1354588 | 1NL1VTR2961053854 | | | | |
| 389 | 1130561 | 1NL1VTR2361083247 | | | | |
| 390 | 1128171 | 1NL1GTR2X61051671 | | | | |
| 391 | 1298724 | 1NL1GTR2261003310 | | | | |
| 392 | 1122918 | 1NL1GTR2861011415 | | | | |
| 393 | 1296142 | 1NL1GTR2761034066 | | | | |
| 394 | 1181865 | 1KB131L276W160208 | | | | |
| 395 | 1290955 | 1NL1GTR2661078804 | | | | |
| 396 | 1111914 | 1NL1GTR2061002320 | | | | |
| 397 | 1126927 | 1NL1GTR2461077876 | | | | |
| 398 | 1106650 | 1NL1GTR2561066367 | | | | |
| 399 | 1293178 | 1NL1GTR2761017882 | | | | |
| 400 | 1111871 | 1NL1GTR2361002277 | | | | |

## FC-Frostburg East

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 401 | 1360686 | 1NL1GTR2161029509 | | | | |
| 402 | 1127532 | 1NL1GTR2061067927 | | | | |
| 403 | 1130269 | 1NL1GTR2461037118 | | | | |
| 404 | 1293595 | 1NL1GTR2461043162 | | | | |
| 405 | 1290763 | 1NL1GTR2861026686 | | | | |
| 406 | 1181048 | 1KB131L246W160571 | | | | |
| 407 | 1279438 | 1NL1GTR2661017484 | | | | |
| 408 | 1293433 | 1NL1GTR2361047056 | | | | |
| 409 | 1124984 | 1NL1GTR2361078064 | | | | |
| 410 | 1126509 | 1NL1GTR2361025624 | | | | |
| 411 | 1278207 | 1NL1GTR2861042208 | | | | |
| 412 | 1165279 | 4X4TSMH2361029963 | | | | |
| 413 | 1349647 | 1NL1VTR2761064139 | | | | |
| 414 | 1278785 | 1NL1GTR2261017322 | | | | |
| 415 | 1299002 | 1NL1GTR2361003588 | | | | |
| 416 | 1114065 | 1NL1GTR2061040081 | | | | |
| 417 | 1116800 | 1NL1GTR2961044824 | | | | |
| 418 | 1299853 | 1NL1GTR2X61038628 | | | | |
| 419 | 1292737 | 1NL1GTR2461042867 | | | | |
| 420 | 1128024 | 1NL1GTR2061067989 | | | | |
| 421 | 1354713 | 1NL1VTR2161060491 | | | | |
| 422 | 1279132 | 1NL1GTR2161042504 | | | | |
| 423 | 1110265 | 1NL1GTR2061050299 | | | | |
| 424 | 1231373 | 1KB131L226E161790 | | | | |
| 425 | 1279686 | 1NL1GTR2861046646 | | | | |
| 426 | 1115909 | 1NL1GTR2361075150 | | | | |
| 427 | 1106699 | 1NL1GTR2461023008 | | | | |
| 428 | 1110502 | 1NL1GTR2X61014510 | | | | |
| 429 | 1109783 | 1NL1GTR2161066897 | | | | |
| 430 | 1124684 | 1NL1GTR2461025468 | | | | |
| 431 | 1127898 | 1NL1GTR2061077969 | | | | |
| 432 | 1356388 | 1NL1VTR2561054211 | | | | |
| 433 | 1119801 | 1NL1GTR2061035625 | | | | |
| 434 | 1111435 | 1NL1GTR2161001841 | | | | |
| 435 | 1118306 | 1NL1GTR2461035479 | | | | |
| 436 | 1128301 | 1NL1GTR2361051706 | | | | |
| 437 | 1130074 | 1NL1GTR2861068193 | | | | |
| 438 | 1130767 | 1NL1GTR2461083273 | | | | |
| 439 | 1111662 | 1NL1GTR2561002068 | | | | |
| 440 | 1116288 | 1NL1GTR2561015211 | | | | |
| 441 | 1293670 | 1NL1GTR2961043187 | | | | |
| 442 | 1125050 | 1NL1GTR2561077790 | | | | |
| 443 | 1113974 | 1NL1GTR2461014597 | | | | |
| 444 | 1125433 | 1NL1GTR2161016548 | | | | |
| 445 | 1291453 | 1NL1GTR2761052423 | | | | |
| 446 | 1128161 | 1NL1GTR2561025933 | | | | |
| 447 | 1349880 | 1NL1GTR2061068866 | | | | |
| 448 | 1230791 | 1KB131L276W161925 | | | | |
| 449 | 1122614 | 1NL1GTR2X61016063 | | | | |
| 450 | 1350748 | 1NL1GTR2161043894 | | | | |

## FC-Frostburg East

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 451 | 1126376 | 1NL1GTR2861067755 | | | | |
| 452 | 1121741 | 1NL1GTR2661025097 | | | | |
| 453 | 1348259 | 1NL1GTR2761068590 | | | | |
| 454 | 1277356 | 1KB131L216W162617 | | | | |
| 455 | 1126751 | 1NL1GTR2461051522 | | | | |
| 456 | 1116337 | 1NL1GTR2161040607 | | | | |
| 457 | 1357396 | 1NL1VTR2X61054401 | | | | |
| 458 | 1279462 | 1NL1GTR2861046579 | | | | |
| 459 | 1278721 | 1NL1GTR2561017265 | | | | |
| 460 | 1277761 | 1NL1GTR2461042044 | | | | |
| 461 | 1293632 | 1NL1GTR2761047125 | | | | |
| 462 | 1123220 | 1NL1GTR2661016321 | | | | |
| 463 | 1125522 | 1NL1GTR2661016612 | | | | |
| 464 | 1130560 | 1NL1GTR2161083246 | | | | |
| 465 | 1130347 | 1NL1GTR2661052056 | | | | |
| 466 | 1120131 | 1NL1GTR2361041032 | | | | |
| 467 | 1130110 | 1NL1GTR2961052035 | | | | |
| 468 | 1360664 | 1NL1VTR2261061410 | | | | |
| 469 | 1129222 | 1NL1GTR2461036891 | | | | |
| 470 | 1125632 | 1NL1GTR2961041813 | | | | |
| 471 | 1116736 | 1NL1GTR2761015453 | | | | |
| 472 | 1294305 | 1NL1GTR2161047394 | | | | |
| 473 | 1231425 | 1KB131L216E161795 | | | | |
| 474 | 1116653 | 1NL1GTR2161040767 | | | | |
| 475 | 1117176 | 1NL1GTR2761045066 | | | | |
| 476 | 1294132 | 1NL1GTR2261043337 | | | | |
| 477 | 1122400 | 1NL1GTR2761082540 | | | | |
| 478 | 1355067 | 1NL1GTR2161028537 | | | | |
| 479 | 1118209 | 1NL1GTR2961031427 | | | | |
| 480 | 1298885 | 1NL1GTR2461003471 | | | | |
| 481 | 1129586 | 1NL1GTR2761051918 | | | | |
| 482 | 1294394 | 1NL1GTR2161043457 | | | | |
| 483 | 1119291 | 1NL1GTR2961031637 | | | | |
| 484 | 1298023 | 1NL1GTR2861053063 | | | | |
| 485 | 1354752 | 1NL1VTR2661064567 | | | | |
| 486 | 1118216 | 1NL1GTR2661031434 | | | | |
| 487 | 1293219 | 1NL1GTR2X61043036 | | | | |
| 488 | 1355688 | 1NL1GTR2961028642 | | | | |
| 489 | 1291169 | 1NL1GTR2561078311 | | | | |
| 490 | 1352459 | 1NL1VTR2161048423 | | | | |
| 491 | 1126715 | 1NL1GTR2961077839 | | | | |
| 492 | 1347769 | 1NL1GTR2761027764 | | | | |
| 493 | 1115982 | 1NL1GTR2561035300 | | | | |
| 494 | 1119379 | 1NL1GTR2561082326 | | | | |
| 495 | 1352067 | 1NL1VTR2761044361 | | | | |
| 496 | 1278068 | 1NL1GTR2161042163 | | | | |
| 497 | 1116269 | 1NL1GTR2561015192 | | | | |
| 498 | 1294458 | 1NL1GTR2761047447 | | | | |
| 499 | 1354134 | 1NL1GTR2561084559 | | | | |
| 500 | 1129124 | 1NL1GTR2161026111 | | | | |

## FC-Frostburg East

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 501 | 1353282 | 1NL1VTR2361053705 | | | | |
| 502 | 1127308 | 1NL1GTR2961067862 | | | | |
| 503 | 1294035 | 1NL1GTR2961018113 | | | | |
| 504 | 1128722 | 1NL1GTR2661036746 | | | | |
| 505 | 1109126 | 1NL1GTR2661066796 | | | | |
| 506 | 1118871 | 1NL1GTR2061082279 | | | | |
| 507 | 1127003 | 1NL1GTR2761082862 | | | | |
| 508 | 1118354 | 1NL1GTR2161077043 | | | | |
| 509 | 1293280 | 1NL1GTR2X61047023 | | | | |
| 510 | 1109453 | 1NL1GTR2561040013 | | | | |
| 511 | 1290320 | 1NL1GTR2861026591 | | | | |
| 512 | 1119622 | 1NL1GTR2861050938 | | | | |
| 513 | 1118034 | 1NL1GTR2261035464 | | | | |
| 514 | 1297340 | 1NL1GTR2761038389 | | | | |
| 515 | 1278031 | 1NL1GTR2161017036 | | | | |
| 516 | 1107376 | 1NL1GTR2161074093 | | | | |
| 517 | 1290690 | 1NL1GTR2561078776 | | | | |
| 518 | 1117668 | 1NL1GTR2161035388 | | | | |
| 519 | 1350723 | 1NL1GTR2361047882 | | | | |
| 520 | 1290818 | 1NL1GTR2961052343 | | | | |
| 521 | 1108907 | 1NL1GTR2361014333 | | | | |
| 522 | 1118270 | 1NL1GTR2161024391 | | | | |
| 523 | 1108146 | 1NL1GTR2261074331 | | | | |
| 524 | 1106803 | 1NL1GTR2561013992 | | | | |
| 525 | 1355092 | 1NL1GTR2061028562 | | | | |
| 526 | 1307322 | 1NL1GTR2561025740 | | | | |
| 527 | 1298788 | 1NL1GYT2661003374 | | | | |
| 528 | 1122069 | 1NL1GTR2461035983 | | | | |
| 529 | 1295175 | 1NL1GTR2961053617 | | | | |
| 530 | 1228588 | 1KB131C256W161065 | | | | |
| 531 | 1123896 | 1NL1GTR2361051267 | | | | |
| 532 | 1278793 | 1NL1GTR2161017330 | | | | |
| 533 | 1276933 | 1KB131L226W162545 | | | | |
| 534 | 1357994 | 1NL1VTR2361048603 | | | | |
| 535 | 1120486 | 1NL1GTR2461045204 | | | | |
| 536 | 1279931 | 1NL1GTR2861017700 | | | | |
| 537 | 1277618 | 1NL1GTR2461016883 | | | | |
| 538 | 1129022 | 1NL1GTR2261083059 | | | | |
| 539 | 1130218 | 1NL1GTR2861026333 | | | | |
| 540 | 1347904 | 1NL1GTR2961053282 | | | | |
| 541 | 1351798 | 1NL1GTR2261018972 | | | | |
| 542 | 1130657 | 1NL1GTR2061026424 | | | | |
| 543 | 1298447 | 1NL1GTR2261003033 | | | | |
| 544 | 1354408 | 1NL1VTR2461064521 | | | | |
| 545 | 1293168 | 1NL1GTR2461017872 | | | | |
| 546 | 1290232 | 1NL1GTR2661083369 | | | | |
| 547 | 1192567 | 4V0TC30246B007320 | | | | |
| 548 | 1105601 | 1NL1GTR2361073401 | | | | |

## FC-Frostburg East

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** | | | | |
| 549 | 1277887 | 1NL1GTR2261016980 | | | | |
| 550 | 1297809 | 1NL1GTR2961053055 | | | | |
| 551 | 1294853 | 1NL1GTR2961018371 | | | | |
| 552 | 1347699 | 1NL1GTR2661038710 | | | | |
| 553 | 1125391 | 1NL1GTR2661045706 | | | | |
| 554 | 1306138 | 1KB131L2X6W163569 | | | | |
| 555 | 1194248 | 1KB131L296E159230 | | | | |
| 556 | 1299759 | 1NL1GTR2661084120 | | | | |
| 557 | 1129630 | 1NL1GTR2061026195 | | | | |
| 558 | 1193509 | 4X4TRLC246D089200 | | | | |
| 559 | 1130057 | 1NL1GTR2861052012 | | | | |
| 560 | 1290557 | 1NL1GTR2561026628 | | | | |
| 561 | 1123721 | 1NL1GTR2561032171 | | | | |
| 562 | 1111967 | 1NL1GTR2X61002373 | | | | |