FC-Ft Worth West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 2 | 669508 | 1NL1GTR2X51061227 |
| 3 | 636143 | 1NL1GTR2651061175 |
| 4 | 669455 | '4X4TWDE205R333552' |
| 5 | 669459 | '4X4TWDE245R333568' |
| 6 | 551602 | '1EB1F322854007263' |
| 7 | 552014 | TNFL427295638A33 |
| 8 | 729252 | 4YDT271235L994997 |
| 9 | 681274 | '1EB1F322754008629' |
| 10 | 681214 | '1EB1T322556010053' |
| 11 | 681246 | '1EB1T322156010065' |
| 12 | 681267 | '1EB1F322952813852' |
| 13 | 681263 | '1EB1T322556010070' |
| 14 | 1255790 | 1TC2B969261310641 |
| 15 | 1313821 | 1KB131L266W163665 |
| 16 | 1276151 | 1KB131L286W162534 |
| 17 | 1231148 | 1KB131L236W161971 |
| 18 | 1276331 | '1KB131L276E162174' |
| 19 | 1276285 | 1KB131L2X6W162566 |
| 20 | 1303484 | 1KB131L206W163080 |
| 21 | 1276049 | '1KB131L206E162145' |
| 22 | 1230317 | 1KB131L296W161148 |
| 23 | 1230094 | 1KB131L226W161198 |
| 24 | 1182067 | 1KB131L276W160547 |
| 25 | 1180463 | 1KB131L216W160107 |
| 26 | 1230043 | 1KB131L296W161201 |
| 27 | 1305463 | 1KB131L266W163598 |
| 28 | 1247194 | 1KB131L246W163843 |
| 29 | 1248098 | 1KB131L216W163928 |
| 30 | 1231723 | '1KB131L226E161756' |
| 31 | 1225797 | 1KB131L206W164939 |
| 32 | 1304571 | 1KB131L256W163169 |
| 33 | 1231342 | 1KB131L2X6W161983 |
| 34 | 1231143 | 1KB131L226W161976 |
| 35 | 1275284 | '1KB131L206E161321' |
| 36 | 1231680 | '1KB131L226E161739' |
| 37 | 1180546 | 1KB131L256W160112 |
| 38 | 1256105 | 1TC2B969763002580 |
| 39 | 1230047 | '1KB131L256E160830' |
| 40 | 1247945 | 1KB131L276W163867 |
| 41 | 1275579 | 1KB131L216W162441 |
| 42 | 1256425 | 1KB131L266W165481 |
| 43 | 1123034 | 1NL1GTR2261016283 |
| 44 | 1354218 | 1NL1GTR2261028353 |
| 45 | 1119095 | 1NL1GTR2061035639 |
| 46 | 1129211 | 1NL1GTR2X61036880 |
| 47 | 1128771 | 1NL1GTR2961051774 |
| 48 | 1125327 | 1NL1GTR4261041718 |

FEMA163-000060

FC-Ft Worth West

|    | A          | B                  |
|----|------------|--------------------|
| 1  | **BARCODE ID** | **SERIAL NUMBER** |
| 49 | 1122403    | 1NL1GTR2261082543  |
| 50 | 1112120    | 1NL1GTR2961002526  |
| 51 | 1105819    | 1NL1GTR2961022825  |
| 52 | 1292176    | 1NL1GTR2461037801  |
| 53 | 1122397    | 1NL1GTR2761082537  |
| 54 | 1116729    | 1NL1GTR2X61015446  |
| 55 | 1123409    | 1NL1GTR2461016432  |
| 56 | 1116664    | 1NL1GTR2961015387  |
| 57 | 1116459    | 1NL1GTR2361040687  |
| 58 | 1112265    | 1NL1GTR2761002671  |
| 59 | 1108706    | 1NL1GTR2661023351  |
| 60 | 1107087    | 1NL1GTR2761023066  |
| 61 | 1106964    | 1NL1GTR2161023063  |
| 62 | 1106823    | 1NL1GTR2461023042  |
| 63 | 1124327    | 1NL1GTR2061082668  |
| 64 | 1122817    | 1NL1GTR2261016137  |
| 65 | 1106449    | 1NL1GTR2461050015  |
| 66 | 1353011    | 1NL1VTR2961053658  |
| 67 | 1292579    | 1NL1GTR2961046784  |
| 68 | 1130420    | 1NL1GTR2861026381  |
| 69 | 1126745    | 1NL1GTR2961051516  |
| 70 | 1118138    | 1NL1GTR2061050741  |
| 71 | 1116565    | 1NL1GTR2261015330  |
| 72 | 1116684    | 1NL1GTR2061015407  |
| 73 | 1115717    | 1NL1GTR2361035263  |
| 74 | 1112712    | 1NL1GTR2461014535  |
| 75 | 1111405    | 1NL1GTR2361001811  |
| 76 | 1357528    | 1NL1VTR2961048492  |
| 77 | 1357125    | 1NL1VTR2061061048  |
| 78 | 1349760    | 1NL1GTR2661028095  |
| 79 | 1348335    | 1NL1GTR2361078601  |
| 80 | 1297400    | 1NL1GTR2661083940  |
| 81 | 1290869    | 1NL1GTR2361033500  |
| 82 | 1277851    | 1NL1GTR2961016944  |
| 83 | 1127269    | 1NL1GTR2261025789  |
| 84 | 1118166    | 1NL1GTR2061082203  |
| 85 | 1116911    | 1NL1GTR2261015540  |
| 86 | 1291731    | 1NL1GTR2361037689  |
| 87 | 1116667    | 1NL1GTR2961015390  |
| 88 | 1360033    | 1NL1VTR2261085044  |
| 89 | 1356626    | 1NL1VTR2261060953  |
| 90 | 1116642    | 1NL1GTR2761040756  |
| 91 | 1113089    | 1NL1GTR2361014719  |
| 92 | 1112337    | 1NL1GTR2661002743  |
| 93 | 1112080    | 1NL1GTR2161002486  |
| 94 | 1111321    | 1NL1GTR2361001727  |

FC-Ft Worth West

|     | A | B |
|-----|---|---|
| 1   | **BARCODE ID** | **SERIAL NUMBER** |
| 95  | 1357377 | 1NL1VTR2761065212 |
| 96  | 1277724 | 1NL1GTR2161046018 |
| 97  | 1349596 | 1NL1GTR2961068798 |
| 98  | 1347521 | 1NL1GTR2261084146 |
| 99  | 1127895 | 1NL1GTR2561077966 |
| 100 | 1127664 | 1NL1GTR2061032644 |
| 101 | 1127434 | 1NL1GTR2861025831 |
| 102 | 1126163 | 1NL1GTR2661082738 |
| 103 | 1125393 | 1NL1GTR2X61045708 |
| 104 | 1123179 | 1NL1GTR2X61041495 |
| 105 | 1120979 | 1NL1GTR2461041802 |
| 106 | 1120436 | 1NL1GTR2161015836 |
| 107 | 1116356 | 1NL1GTR2061015231 |
| 108 | 1113009 | 1NL1GTR2661014665 |
| 109 | 1112704 | 1NL1GTR2561014527 |
| 110 | 1111647 | 1NL1GTR2361002053 |
| 111 | 1106682 | 1NL1GTR2761013976 |
| 112 | 1355897 | 1NL1VTR2561064821 |
| 113 | 1297410 | 1NL1GTR2661078978 |
| 114 | 1292525 | 1NL1GTR2861046730 |
| 115 | 1279918 | 1NL1GTR2961017687 |
| 116 | 1277613 | 1NL1GTR2061016878 |
| 117 | 1124844 | 1NL1GTR2561032378 |
| 118 | 1117056 | 1NL1GTR2061045054 |
| 119 | 1115905 | 1NL1GTR2461031156 |
| 120 | 1112558 | 1NL1GTR2661040067 |
| 121 | 1109070 | 1NL1GTR2361014347 |
| 122 | 1359182 | 1NL1VTR2861090412 |
| 123 | 1355528 | 1NL1VTR2761084780 |
| 124 | 1353425 | 1NL1GTR2261028319 |
| 125 | 1349814 | 1NL1VTR2661053570 |
| 126 | 1290090 | 1NL1GTR2461052248 |
| 127 | 1279594 | 1NL1GTR2161017540 |
| 128 | 1129729 | 1NL1GTR2761026226 |
| 129 | 1128955 | 1NL1GTR2261083028 |
| 130 | 1127749 | 1NL1GTR2661082917 |
| 131 | 1123421 | 1NL1GTR2061016444 |
| 132 | 1122747 | 1NL1GTR2261041376 |
| 133 | 1119635 | 1NL1GTR2061050951 |
| 134 | 1117576 | 1NL1GTR2961075220 |
| 135 | 1116805 | 1NL1GTR2861040829 |
| 136 | 1116669 | 1NL1GTR2261015392 |
| 137 | 1111477 | 1NL1GTR2661001883 |
| 138 | 1111475 | 1NL1GTR2261001881 |
| 139 | 1111402 | 1NL1GTR2361001808 |
| 140 | 1110988 | 1NL1GTR2261001394 |

FEMA163-000062

## FC-Ft Worth West

|     | A          | B               |
|-----|------------|-----------------|
| 1   | BARCODE ID | SERIAL NUMBER   |
| 141 | 1110769    | 1NL1GTR2161001175 |
| 142 | 1107319    | 1NL1GTR2X61073959 |
| 143 | 1119009    | 1NL1GTR2561024524 |
| 144 | 1353410    | 1NL1GTR2061028304 |
| 145 | 1350137    | 1NL1GTR2061047676 |
| 146 | 1292124    | 1NL1GTR2261052541 |
| 147 | 1295225    | 1NL1GTR2061027024 |
| 148 | 1292206    | 1NL1GTR2461033750 |
| 149 | 1290231    | 1NL1GTR2461083368 |
| 150 | 1279436    | 1NL1GTR2261017482 |
| 151 | 1278294    | 1NL1GTR2561017122 |
| 152 | 1278155    | 1NL1GTR2961017074 |
| 153 | 1130364    | 1NL1GTR2661052073 |
| 154 | 1127446    | 1NL1GTR2461025843 |
| 155 | 1126712    | 1NL1GTR2361077836 |
| 156 | 1122206    | 1NL1GTR2661025231 |
| 157 | 1355209    | 1NL1VTR2461053955 |
| 158 | 1353066    | 1NL1GTR2461084469 |
| 159 | 1298637    | 1NL1GTR2761003223 |
| 160 | 1293255    | 1NL1GTR2361043072 |
| 161 | 1291544    | 1NL1GTR2161078449 |
| 162 | 1130982    | 1NL1GTR2161078709 |
| 163 | 1359110    | 1NL1VTR2X61049067 |
| 164 | 1358532    | 1NL1VTR2661048885 |
| 165 | 1348202    | 1NL1GTR2661084215 |
| 166 | 1296858    | 1NL1GTR2161038291 |
| 167 | 1293070    | 1NL1GTR2661017825 |
| 168 | 1278579    | 1NL1GTR2361046280 |
| 169 | 1130759    | 1NL1GTR2661037220 |
| 170 | 1119436    | 1NL1GTR2361050913 |
| 171 | 1109501    | 1NL1GTR2061074490 |
| 172 | 1295107    | 1NL1GTR2061033860 |
| 173 | 1279849    | 1NL1GTR2361042732 |
| 174 | 1357952    | 1NL1VTR2861090376 |
| 175 | 1278172    | 1NL1GTR2461042173 |
| 176 | 1359147    | 1NL1GTS2361072775 |
| 177 | 1352468    | 1NL1VTR2261048432 |
| 178 | 1349914    | 1NL1GTR2661028128 |
| 179 | 1347629    | 1NL1GTR2161027730 |
| 180 | 1298343    | 1NL1GTR2461068434 |
| 181 | 1296868    | 1NL1GTR2061038301 |
| 182 | 1296000    | 1NL1GTR2161027162 |
| 183 | 1295353    | 1NL1GTR2561083699 |
| 184 | 1294252    | 1NL1GTR2861018250 |
| 185 | 1294150    | 1NL1GTR2461043355 |
| 186 | 1291736    | 1NL1GTR2761037694 |

FC-Ft Worth West

|     | A | B |
| --- | --- | --- |
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 187 | 1279769 | 1NL1GTR2561017640 |
| 188 | 1278376 | 1NL1GTR2761042247 |
| 189 | 1277826 | 1NL1GTR2X61016919 |
| 190 | 1129163 | 1NL1GTR2661032860 |
| 191 | 1127558 | 1NL1GTR2861051619 |
| 192 | 1124557 | 1NL1GTR2X61067675 |
| 193 | 1123599 | 1NL1GTR2361036087 |
| 194 | 1123172 | 1NL1GTR2461045512 |
| 195 | 1122933 | 1NL1GTR2461041430 |
| 196 | 1120707 | 1NL1GTR2361041242 |
| 197 | 1120427 | 1NL1GTR2061015827 |
| 198 | 1117072 | 1NL1GTR2X61040914 |
| 199 | 1112308 | 1NL1GTR2X61002714 |
| 200 | 1112166 | 1NL1GTR2561002572 |
| 201 | 1109867 | 1NL1GTR2761050266 |
| 202 | 1108929 | 1NL1GTR2061050187 |
| 203 | 1359076 | 1NL1VTR2361090351 |
| 204 | 1356794 | 1NL1GTR2961028883 |
| 205 | 1356376 | 1NL1VTR2861054199 |
| 206 | 1353610 | 1NL1GTR2461084536 |
| 207 | 1352838 | 1NL1GTR2X61068898 |
| 208 | 1350451 | 1NL1GTR2761043818 |
| 209 | 1349536 | 1NL1GTR2361028037 |
| 210 | 1295959 | 1NL1GTR2861052785 |
| 211 | 1294931 | 1NL1GTR2661047620 |
| 212 | 1294778 | 1NL1GTR2661047567 |
| 213 | 1293778 | 1NL1GTR2161047220 |
| 214 | 1292990 | 1NL1GTR2461046949 |
| 215 | 1130732 | 1NL1GTR2761037193 |
| 216 | 1127096 | 1NL1GTR2461051567 |
| 217 | 1126505 | 1NL1GTR2661025620 |
| 218 | 1126115 | 1NL1GTR2861045948 |
| 219 | 1125926 | 1NL1GTR2361045887 |
| 220 | 1124753 | 1NL1GTR2461077747 |
| 221 | 1124051 | 1NL1GTR2161036184 |
| 222 | 1120431 | 1NL1GTR2261015831 |
| 223 | 1119739 | 1NL1GTR2361082390 |
| 224 | 1114047 | 1NL1GTR2661050386 |
| 225 | 1113902 | 1NL1GTR2161015156 |
| 226 | 1111224 | 1NL1GTR2X61001630 |
| 227 | 1110437 | 1NL1GTR2661050338 |
| 228 | 1358285 | 1NL1VTR2561048778 |
| 229 | 1356602 | 1NL1VTR2561060929 |
| 230 | 1355700 | 1NL1GTR2561028654 |
| 231 | 1355220 | 1NL1VTR2961053966 |
| 232 | 1353593 | 1NL1VTR2461064437 |

FC-Ft Worth West

|     | A | B |
| --- | --- | --- |
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 233 | 1350597 | 1NL1GTR2061043854 |
| 234 | 1350344 | 1NL1GTR2261018552 |
| 235 | 1348346 | 1NL1GTR2861078612 |
| 236 | 1299903 | 1NL1GTR2X61078496 |
| 237 | 1299784 | 1NL1GTR2561053179 |
| 238 | 1299653 | 1NL1GTR2761027652 |
| 239 | 1297632 | 1NL1GTR2361068361 |
| 240 | 1297048 | 1NL1GTR2561038326 |
| 241 | 1295600 | 1NL1GTR2761027103 |
| 242 | 1294155 | 1NL1GTR2861043360 |
| 243 | 1293682 | 1NL1GTR2561043199 |
| 244 | 1129701 | 1NL1GTR2661026198 |
| 245 | 1127692 | 1NL1GTR2561032672 |
| 246 | 1125130 | 1NL1GTR2061016458 |
| 247 | 1124299 | 1NL1GTR2461036230 |
| 248 | 1123875 | 1NL1GTR2661051246 |
| 249 | 1123454 | 1NL1GTR2161045581 |
| 250 | 1119742 | 1NL1GTR2961082393 |
| 251 | 1112093 | 1NL1GTR2X61002499 |
| 252 | 1111453 | 1NL1GTR2961001859 |
| 253 | 1358584 | 1NL1VTR2X61048906 |
| 254 | 1358106 | 1NL1VTR2461044768 |
| 255 | 1356169 | 1NL1VTR2661054153 |
| 256 | 1355536 | 1NL1VTR2461054037 |
| 257 | 1353587 | 1NL1VTR2361064431 |
| 258 | 1352099 | 1NL1VTR2961044393 |
| 259 | 1347569 | 1NL1GTR2761053233 |
| 260 | 1291903 | 1NL1GTR2061033695 |
| 261 | 1291254 | 1NL1GTR2361033576 |
| 262 | 1278157 | 1NL1GTR2261017076 |
| 263 | 1277540 | 1NL1GTR2061041957 |
| 264 | 1129131 | 1NL1GTR2461026118 |
| 265 | 1128016 | 1NL1GTR2661067981 |
| 266 | 1127029 | 1NL1GTR2861025733 |
| 267 | 1126599 | 1NL1GTR2661032468 |
| 268 | 1125696 | 1NL1GTR2161045788 |
| 269 | 1125583 | 1NL1GTR2161016646 |
| 270 | 1124887 | 1NL1GTR2061025533 |
| 271 | 1122200 | 1NL1GTR2061025225 |
| 272 | 1119381 | 1NL1GTR2961082328 |
| 273 | 1117811 | 1NL1GTR2861031337 |
| 274 | 1297438 | 1NL1GTR2861068260 |
| 275 | 1293710 | 1NL1GTR2X61047152 |
| 276 | 1290330 | 1NL1GTR2761026601 |
| 277 | 1355740 | 1NL1VTR2161060703 |
| 278 | 1352218 | 1NL1VTR2261048382 |

FEMA163-000065

FC-Ft Worth West

|     | A | B |
|-----|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 279 | 1350611 | 1NL1GTR2061043868 |
| 280 | 1349012 | 1NL1GTR2661068726 |
| 281 | 1296393 | 1NL1GTR2461038205 |
| 282 | 1348918 | 1NL1GTR2861038997 |
| 283 | 1298247 | 1NL1GTR2261038543 |
| 284 | 1297936 | 1NL1GTR2961084029 |
| 285 | 1297735 | 1NL1GTR2561038441 |
| 286 | 1130547 | 1NL1GTR2661068239 |
| 287 | 1130138 | 1NL1GTR2461033070 |
| 288 | 1125558 | 1NL1GTR2961045747 |
| 289 | 1120710 | 1NL1GTR2961041245 |
| 290 | 1291712 | 1NL1GTR2461037670 |
| 291 | 1128394 | 1NL1GTR2161025962 |
| 292 | 1124184 | 1NL1GTR2861077685 |
| 293 | 1120495 | 1NL1GTR2561045213 |
| 294 | 1119507 | 1NL1GTR2061082363 |
| 295 | 1113942 | 1NL1GTR2861040541 |
| 296 | 1113872 | 1NL1GTR2761040501 |
| 297 | 1352792 | 1NL1GTR2761084420 |
| 298 | 1111513 | 1NL1GTR2161001919 |
| 299 | 1354986 | 1NL1GTR2661084673 |
| 300 | 1350382 | 1NL1GTR2061047760 |
| 301 | 1291501 | 1NL1GTR2661026802 |
| 302 | 1291441 | 1NL1GTR2061052411 |
| 303 | 1290306 | 1NL1GTR2361026577 |
| 304 | 1278693 | 1NL1GTR2061017237 |
| 305 | 1126682 | 1NL1GTR2661025665 |
| 306 | 1359181 | 1NL1VTR2661090411 |
| 307 | 1298240 | 1NL1GTR2561038536 |
| 308 | 1293141 | 1NL1GTR2161043023 |
| 309 | 1290484 | 1NL1GTR2661037427 |
| 310 | 1290216 | 1NL1GTR2161078239 |
| 311 | 1277653 | 1NL1GTR2061045989 |
| 312 | 1130350 | 1NL1GTR2161052059 |
| 313 | 1113905 | 1NL1GTR2761015159 |
| 314 | 1353585 | 1NL1VTR2561064429 |
| 315 | 1352650 | 1NL1VTR2461060145 |
| 316 | 1298864 | 1NL1GTR2761003450 |
| 317 | 1298705 | 1NL1GTR2261003291 |
| 318 | 1290623 | 1NL1GTR2961083396 |
| 319 | 1278777 | 1NL1GTR2361017314 |
| 320 | 1130680 | 1NL1GTR2X61033185 |
| 321 | 1112148 | 1NL1GTR2361002554 |
| 322 | 1297104 | 1NL1GTR2461052928 |
| 323 | 1125419 | 1NL1GTR2161016534 |
| 324 | 1125716 | 1NL1GTR2261041846 |

FEMA163-000066

FC-Ft Worth West

|     | A | B |
| --- | --- | --- |
| 1   | **BARCODE ID** | **SERIAL NUMBER** |
| 325 | 1294930 | 1NL1GTR2X61047619 |
| 326 | 1279143 | 1NL1GTR2661046435 |
| 327 | 1129888 | 1NL1GTR2361033030 |