# FC-Ft Pickett East

|    | A | B |
|----|----------|-------------------|
| 1  | **BARCODE** | **VIN NUMBER** |
| 2  | 1056938 | 4YDT304256B065064 |
| 3  | 1200652 | 1SABS02R661CK6672 |
| 4  | 1114656 | 1NL1GTR2761030860 |
| 5  | 1057762 | 1TC2B222251307804 |
| 6  | 177099 | 1SABS02M852JM5327 |
| 7  | 1040156 | 4YDT28R295G912616 |
| 8  | 1144361 | 1UJBJ02NX61JP0111 |
| 9  | 1112774 | 1NL1GTR2161067080 |
| 10 | 1054169 | 1NL1GTR2651064741 |
| 11 | 145739 | 1NL1GTR2251065207 |
| 12 | 1250346 | 5L4TF332263014167 |
| 13 | 1252371 | 4EZTS28246S095120 |
| 14 | 1154117 | 1TC2B143663001064 |
| 15 | 1115383 | 1NL1GTR2761024010 |
| 16 | 1165372 | 1UJBJ02PX61JY0252 |
| 17 | 729537 | 1TC2B214653062884 |
| 18 | 729980 | 47CTD4N245G515762 |
| 19 | 711935 | 47CTDDR285G517069 |
| 20 | 1058223 | 1TC2B400853100609 |
| 21 | 1197884 | 4YDT29B216G919125 |
| 22 | 1251863 | 4YDT291206L611548 |
| 23 | 1039061 | 1EB1F322254008473 |
| 24 | 1115341 | 1NL1GTR2561067356 |
| 25 | 727568 | 1NL1GTR2251061853 |
| 26 | 1354370 | 1NL1VTR2261053825 |
| 27 | 1108681 | 1NL1GTR2161074255 |
| 28 | 1250352 | 5L4TF332663014172 |
| 29 | 1116209 | 1NL1GTR2961024171 |
| 30 | 1194005 | 1KB131L236W159704 |
| 31 | 1040820 | 4X4TCKD295P094979 |
| 32 | 1194589 | 4X4TPUF256P006198 |
| 33 | 1117600 | 1NL1GTR2661050694 |
| 34 | 1115273 | 1NL1GTR2261074927 |
| 35 | 120075 | 1NL1GTR2351064020 |
| 36 | 1110042 | 1NL1GTR2161030594 |
| 37 | 1198376 | 4X4TWDH266P006534 |
| 38 | 1109059 | 1NL1GTR2861030446 |
| 39 | 1043747 | 1NL1GTR2851021938 |
| 40 | 1233924 | 1EB1F322662491124 |
| 41 | 175215 | 1EB1F322152971585 |
| 42 | 1107773 | 1NL1GTR2061030201 |
| 43 | 1110897 | 1NL1GTR2661001303 |
| 44 | 1247116 | 1UJBJ02P161EP0916 |
| 45 | 1122535 | 1NL1GTR2661025262 |
| 46 | 1256692 | 1TC2B969961311284 |
| 47 | 1114168 | 1NL1GTR2661030784 |
| 48 | 1043720 | 1NL1GTR2751021932 |
| 49 | 1040646 | 4X4TCKD275P094978 |
| 50 | 174782 | 1NL1GTR2551064052 |

FEMA163-000014

# FC-Ft Pickett East

| | A | B |
|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** |
| 51 | 145827 | 5L4TF332853008985 |
| 52 | 118448 | 1NL1GTR2851021583 |
| 53 | 1043840 | 1NL1GTR2351065555 |
| 54 | 120138 | 1EB1F322754007223 |
| 55 | 1038219 | 1NL1GTR2151064470 |
| 56 | 1058768 | 4YDT32B255E316211 |
| 57 | 1054171 | 1NL1GTR2X51064743 |
| 58 | 1115805 | 1NL1GTR2261067413 |
| 59 | 1114808 | 1NL1GTR2861067240 |
| 60 | 175947 | 1NL1GTR2051020122 |
| 61 | 1055402 | 1NL1GTR2X51064595 |
| 62 | 728464 | 4X4TCKH295P094068 |
| 63 | 118402 | 1NL1GTR2651065064 |
| 64 | 1059652 | 1NL1GTR2351021345 |
| 65 | 176017 | 1NL1GTR2851020126 |
| 66 | 1037793 | 1NL1GTR2251062758 |
| 67 | 1165393 | 1EA1F302364010659 |
| 68 | 1040721 | 1NL1GTR2151068955 |
| 69 | 118500 | 1NL1GTR2851062165 |
| 70 | 120295 | 4X4TCKH225P094073 |
| 71 | 1265634 | 4YDT320246C128683 |
| 72 | 727894 | 4X4TWDH295A234934 |
| 73 | 1041526 | 1NL1GTR2951021852 |
| 74 | 118459 | 1NL1GTR2951069528 |
| 75 | 118417 | 1NL1GTR2351069380 |
| 76 | 1106643 | 1NL1GTR2261066360 |
| 77 | 1234243 | 4X4TWDH236R335860 |
| 78 | 1109835 | 1NL1GTR2861023979 |
| 79 | 1119600 | 1NL1GTR2961031721 |
| 80 | 728107 | 4X4TSMH225J014725 |
| 81 | 1115733 | 1NL1GTR2761035279 |
| 82 | 1250587 | 4X4TSMH226J016511 |
| 83 | 1107617 | 1NL1GTR2361050071 |
| 84 | 1112650 | 1NL1GTR2561067051 |
| 85 | 1152958 | 4YDT26R216G918495 |
| 86 | 1243581 | 4YDT25R246G920543 |
| 87 | 1250982 | 1KB131L236E159577 |
| 88 | 1106058 | 1NL1GTR2761066225 |
| 89 | 1198153 | 4X4TSMH256J030256 |
| 90 | 1114681 | 1NL1GTR2X61035132 |
| 91 | 1194994 | 4X4TWDH296P100469 |
| 92 | 1265871 | 4YDT320256C128627 |
| 93 | 176059 | 1NL1GTR2X51064192 |
| 94 | 1058568 | 4X4TSMF245A293954 |
| 95 | 1108640 | 1NL1GTR2561014270 |
| 96 | 1119224 | 1NL1GTR2861077146 |
| 97 | 1118536 | 1NL1GTR2161035519 |
| 98 | 1054981 | 1NL1GTR2751068345 |
| 99 | 1058962 | 1NL1GTR2651068711 |
| 100 | 1037809 | 4YDT32B295E315546 |

FEMA163-000015

# FC-Ft Pickett East

| | A | B |
|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** |
| 101 | 712051 | 1EB1F322352971622 |
| 102 | 145507 | 1NL1GTR2751069382 |
| 103 | 1106020 | 1NL1GTR2261013867 |
| 104 | 1040797 | 1NL1GTR2651064755 |
| 105 | 120264 | 4X4TSMH275J014834 |
| 106 | 1059846 | 1NL1GTR2151064890 |
| 107 | 1058080 | 1NL1GTR2551064584 |
| 108 | 1265533 | 4YDT320296C128582 |
| 109 | 1041871 | 1NL1GTR2X51064841 |
| 110 | 1059820 | 1NL1GTR2651069180 |
| 111 | 1059629 | 1NL1GTR2151021294 |
| 112 | 1154324 | 4EZTS29246S094550 |
| 113 | 1194017 | 1EB1T322066012231 |
| 114 | 1058875 | 1NL1GTR2051012747 |
| 115 | 1058707 | 4YDT32B285E316235 |
| 116 | 175401 | 1EB1T322956009309 |
| 117 | 1059937 | 1NL1GTR2351064907 |
| 118 | 119554 | 1EB1T322356009161 |
| 119 | 1059671 | 1NL1GTR2X51069098 |
| 120 | 727919 | 1NL1GTR2051062029 |
| 121 | 1192895 | 5SFBT30286E001177 |
| 122 | 691989 | 1NL1GTR2951062577 |
| 123 | 1059522 | 1NL1GTR2551021296 |
| 124 | 727846 | 4X4TWDH285R333780 |
| 125 | 1038096 | 1NL1GTR2X51020287 |
| 126 | 1059808 | 1NL1GTR2451069100 |
| 127 | 118370 | 1NL1GTR2651069387 |
| 128 | 1265501 | 4YDT3202X6C128607 |
| 129 | 1057836 | 1NL1GTR2651020903 |
| 130 | 1153291 | 1TC2B373266100759 |
| 131 | 712056 | 5CZ200R2951117612 |
| 132 | 145596 | 5L4TF332853008646 |
| 133 | 145617 | 1NL1GTR2151065084 |
| 134 | 1059849 | 1NL1GTR2451021340 |
| 135 | 1106769 | 1NL1GTR2561030033 |
| 136 | 727791 | 1NL1GTR2051061981 |
| 137 | 175940 | 4X4TWDH245R333906 |
| 138 | 1058714 | 1NL1GTR2151068681 |
| 139 | 1165742 | 1EC1F272864010227 |
| 140 | 1059875 | 1NL1GTR2051064959 |
| 141 | 1041887 | 1NL1GTR2851064823 |
| 142 | 1058696 | 1NL1GTR2951068766 |
| 143 | 1106185 | 1NL1GTR2261073650 |
| 144 | 1037839 | 4YDT32B215E315587 |
| 145 | 145733 | 1NL1GTR2351065183 |
| 146 | 695355 | 1NL1GTR2251012152 |
| 147 | 1192894 | 4YDT291256L611271 |
| 148 | 1240083 | 4EZTS28236S095139 |
| 149 | 1153512 | 1EF1D322455340574 |
| 150 | 691883 | 1NL1GTR2051064248 |

FEMA163-000016

# FC-Ft Pickett East

|     | A | B |
|-----|---------|---------------------|
| 1 | **BARCODE** | **VIN NUMBER** |
| 151 | 1234410 | 4X4TWDH266P100607 |
| 152 | 175679 | 4X4TWDH2X5A235042 |
| 153 | 118465 | 1NL1GTR2151021585 |
| 154 | 1037628 | 1NL1GTR2551064309 |
| 155 | 1252102 | 5L4TF332363014596 |
| 156 | 1246367 | 4YDT27B276E321167 |
| 157 | 729494 | 4EZTS282355106252 |
| 158 | 1154650 | 1TC2B335066100704 |
| 159 | 176978 | 1UJBJ02R651CW0263 |
| 160 | 1059280 | 4YDT295245A220763 |
| 161 | 1376135 | 4X4TWDE226A236966 |
| 162 | 1198403 | 1SABT302063014200 |
| 163 | 729185 | 4YDT27B235E315624 |
| 164 | 712053 | 5CZ200R2051117613 |
| 165 | 1165410 | 1ED1D322564284564 |
| 166 | 1194084 | 4X4TRLC226D089230 |
| 167 | 1057612 | 1UJBJ02R651EL0749 |
| 168 | 711982 | 5CZ200R2151117569 |
| 169 | 1251663 | 47CTD2P256M425038 |
| 170 | 712461 | 4YDT281294L606596 |
| 171 | 1234664 | 4X4TCKD256P100021 |
| 172 | 120289 | 1EB1T322656009218 |
| 173 | 1251068 | 1UJBJ02N561EF0629 |
| 174 | 1234113 | 4X4TCKD2X6P099982 |
| 175 | 1240964 | 1EB1D322264012594 |
| 176 | 1287535 | 4X4TSME226M070023 |
| 177 | 1055712 | 4X4TCKD294P089862 |
| 178 | 1153042 | 1UJBJ02M861J50136 |
| 179 | 1043932 | 5SFBT31206E001286 |
| 180 | 1119175 | 1NL1GTR2661024550 |
| 181 | 120308 | 1EB1F322852971504 |
| 182 | 712356 | 1NL1GTM2241058747 |
| 183 | 120319 | 1NL1GTR2951020023 |
| 184 | 120388 | 4YDT32B225E315288 |
| 185 | 119716 | 4X4TWDH285R333973 |
| 186 | 1058481 | 1NL1GTR2251064610 |
| 187 | 1037626 | 1NL1GTR2351064261 |
| 188 | 1042177 | 1NL1GTR2351065118 |
| 189 | 1121407 | 1NL1GTR2161031891 |
| 190 | 1153841 | 1EB1F322X64011641 |
| 191 | 1154996 | 1KB131L2X6E159253 |
| 192 | 1106348 | 1NL1GTR2561073691 |
| 193 | 1115921 | 1NL1GTR2X61075162 |
| 194 | 1245081 | 1SE200P226F001472 |
| 195 | 1057081 | 4YDT307234A217048 |
| 196 | 1105595 | 1NL1GTR2X61073332 |
| 197 | 1114197 | 1NL1GTR2861074723 |
| 198 | 1233584 | 4X4TSMH256J030421 |
| 199 | 1145183 | 4UBAS0M2941K41091 |
| 200 | 1144157 | 4CHTH85265M003433 |

FEMA163-000017

FC-Ft Pickett East

|     | A | B |
|-----|----------|-------------|
| 1 | **BARCODE** | **VIN NUMBER** |
| 201 | 1233950 | 1KB131L236E159367 |
| 202 | 1049920 | 1NL1GTR2051020590 |
| 203 | 1233918 | 4X4TSMH256J030645 |
| 204 | 1234541 | 1KB131L216E1060842 |
| 205 | 1106573 | 1NL1GTR2661073859 |
| 206 | 1152531 | 1NL1GTM2461071857 |
| 207 | 1166419 | 4X4TSVD226L031672 |
| 208 | 1153226 | 5P62B294166100193 |
| 209 | 1059942 | 1NL1GTR2051064976 |
| 210 | 1194982 | 4YDT2912X6L611024 |
| 211 | 727560 | 4X4TWDH265A234874 |
| 212 | 1059683 | 1NL1GTR2251069144 |
| 213 | 1108948 | 1NL1GTR2661030414 |
| 214 | 1232893 | 47CTCRS286C653088 |
| 215 | 1041497 | 1NL1GTR2X51065472 |
| 216 | 1116086 | 1NL1GTR2961050608 |
| 217 | 1192642 | 4X4TSMH226J030117 |
| 218 | 1107051 | 1NL1GTR2361073933 |
| 219 | 1123808 | 1NL1GTR2361025333 |
| 220 | 1256946 | 4N11Y272660203761 |
| 221 | 174835 | 1NL1GTR2251062274 |
| 222 | 282821 | 4XTTN26244C250590 |
| 223 | 1055134 | 1NL1GTR2451068500 |
| 224 | 710018 | 1TC2B068753064319 |
| 225 | 177115 | 1SABS02M352JB5714 |
| 226 | 1162343 | 4N11Y272260203420 |
| 227 | 1119946 | 1NL1GTR2961077453 |
| 228 | 711947 | 4X4TFLE215D805717 |
| 229 | 1058895 | 1NL1GTR2551068960 |
| 230 | 1112767 | 1NL1GTR2461067073 |
| 231 | 1108592 | 1NL1GTR2261023332 |
| 232 | 1114576 | 1NL1GTR2261075009 |
| 233 | 1113323 | 1NL1GTR2961040256 |
| 234 | 1197785 | 4X4TWDH296P006480 |
| 235 | 1113201 | 1NL1GTR2761014772 |
| 236 | 691822 | 1NL1GTR2651064240 |
| 237 | 1234050 | 1KB131L226E159957 |
| 238 | 1250069 | 1KB131L236W161551 |
| 239 | 120141 | 4YDT32B275E315285 |
| 240 | 1058430 | 1NL1GTR2351068830 |
| 241 | 1193202 | 4X4TRLC2X6D089055 |
| 242 | 1114185 | 1NL1GTR2161074711 |
| 243 | 1059326 | 4X4TSME265J015073 |
| 244 | 1167303 | 5L0RS28276T000579 |
| 245 | 1166716 | 4X4TWDH246P194535 |
| 246 | 1349007 | 1NL1GTR2761068721 |
| 247 | 1192594 | 4X4TWDH226P194601 |
| 248 | 1233929 | 5L4TF332263013942 |
| 249 | 1059533 | 1NL1GTR2151021263 |
| 250 | 1114619 | 1NL1GTR2961067196 |

FEMA163-000018

# FC-Ft Pickett East

|     | A | B |
| --- | --- | --- |
| 1 | **BARCODE** | **VIN NUMBER** |
| 251 | 1113784 | 1NL1GTR2661040456 |
| 252 | 1251572 | 5L4TF332463013716 |
| 253 | 1198387 | 4X4TWDH246P006533 |
| 254 | 728168 | 1NL1GTR2551062107 |
| 255 | 1194158 | 1EB1F322065341959 |
| 256 | 1197945 | 1KB131L216W160091 |
| 257 | 1110573 | 1NL1GTR2161067029 |
| 258 | 1232864 | 1KB131L246W161025 |
| 259 | 1376145 | 5L0RS28276T000968 |
| 260 | 1040794 | 4X4TCKD225P094953 |
| 261 | 1197932 | 1EB1F322862491092 |
| 262 | 1244020 | 1UJBJ02N761EF1121 |
| 263 | 1152939 | 1NL1XTM2651012212 |
| 264 | 1153610 | 4YDT291206L611260 |
| 265 | 1039824 | 1NL1GTR2651064643 |
| 266 | 174957 | 1NL1GTR2151064114 |
| 267 | 1245112 | 4YDT2952X6C130751 |
| 268 | 1113400 | 1NL1GTR2961014899 |
| 269 | 1233406 | 4X4TWDH276P100857 |
| 270 | 1250954 | 5L4TF332463014347 |
| 271 | 1110117 | 1NL1GTR2761066953 |
| 272 | 1241940 | 5L4TF332963014442 |
| 273 | 1192809 | 1KB131L2X6E159298 |
| 274 | 1166088 | 4YDT303275A221286 |
| 275 | 1108563 | 1NL1GTR2X61050150 |
| 276 | 1197901 | 1KB131L2X6W160087 |
| 277 | 1110229 | 1NL1GTR2661023589 |
| 278 | 1108986 | 1NL1GTR2661066748 |
| 279 | 1055888 | 1SABS02N052JK5128 |
| 280 | 1055704 | 4X4TRLC2X5D084016 |
| 281 | 1245652 | 1ED1D322864013563 |
| 282 | 1250984 | 5L4TF332463015000 |
| 283 | 1105937 | 1NL1GTR2961013851 |
| 284 | 1107240 | 1NL1GTR2861074091 |
| 285 | 1107145 | 1NL1GTR2061030098 |
| 286 | 1165471 | 4X4TSMH256J029995 |
| 287 | 1117323 | 1NL1GTR2961035333 |
| 288 | 1349088 | 1NL1GTR2X61034899 |
| 289 | 1058876 | 1NL1GTR2251068835 |
| 290 | 727626 | 1NL1GTR2151061892 |
| 291 | 1199392 | 4YDT295296N128865 |
| 292 | 1246791 | 4X4TSVC296L008097 |
| 293 | 1376146 | 4X4TSVV226L007256 |
| 294 | 1162084 | 4X4TWDG256A238160 |
| 295 | 728998 | 47CTD9N225M420809 |
| 296 | 1114994 | 1NL1GTR2561023941 |
| 297 | 1296248 | 1NL1GTR2661027254 |
| 298 | 1193252 | 5CZ200R2561118533 |
| 299 | 1114540 | 1NL1GTR2561023860 |
| 300 | 1250032 | 5L4TF332663014236 |

FEMA163-000019

# FC-Ft Pickett East

|     | A | B |
|-----|---|---|
| 1 | **BARCODE** | **VIN NUMBER** |
| 301 | 1109488 | 1NL1GTR2861074477 |
| 302 | 1054537 | 1UJBJ02NX51EF1239 |
| 303 | 1144139 | 4YDT30R296G917959 |
| 304 | 1232756 | 1SE200P296H000260 |
| 305 | 1194673 | 1EB1F322562491065 |
| 306 | 1166266 | 4CK1X242564010510 |
| 307 | 1114654 | 1NL1GTR2961030858 |
| 308 | 1234499 | 1KB131L266E160500 |
| 309 | 1115644 | 1NL1GTR2761050543 |
| 310 | 1144146 | 1EA2S292554005782 |
| 311 | 1153314 | 4EZTS28225S127075 |
| 312 | 1107579 | 1NL1GTR2861066542 |
| 313 | 1192879 | 4YDT31B266E320375 |
| 314 | 1108052 | 1NL1GTR2061066616 |
| 315 | 1246282 | 4V0TC32286A003323 |
| 316 | 1194691 | 5CZ200R2461118586 |
| 317 | 1234703 | 4X4TCKD236P100003 |
| 318 | 1166710 | 5L4TP282253003622 |
| 319 | 1197558 | 1S4BT302263014201 |
| 320 | 1144605 | 1TC2B329151202741 |
| 321 | 1245692 | 4X4TCKD226P100896 |
| 322 | 1247963 | 1EB1C282866012771 |
| 323 | 1153041 | 47CTDDR2X5G516196 |
| 324 | 1144130 | 4CK1B292252813485 |
| 325 | 1197670 | 1UJBJ02N051EU1100 |
| 326 | 1166959 | 4X4TFLC285D085643 |
| 327 | 1240844 | 4X4TWDG276A237818 |
| 328 | 1376202 | 1SN200R295F001366 |
| 329 | 1153443 | 1TC2B073X63000375 |
| 330 | 1198818 | 4YDT298246C129204 |
| 331 | 1153221 | 5L0RE24246T000536 |
| 332 | 1165573 | 1LC2S2N245D285718 |
| 333 | 1154449 | 4YDT31B266E320330 |
| 334 | 1040160 | 1UJBJ02P951EN0668 |
| 335 | 1167063 | 47CTFEN236M424162 |
| 336 | 1234978 | 4UBAS0R2861D71863 |
| 337 | 1167171 | 4X4TRLB225D085419 |
| 338 | 1197591 | 4X4TWDF206J047084 |
| 339 | 1252355 | 5SFBT31246E001615 |
| 340 | 1142958 | 4YTD2952X5C121207 |
| 341 | 177172 | 1NL1GTR2X51021410 |
| 342 | 729455 | 4X4TRLG215D804782 |
| 343 | 729577 | 1TC2B469X53063004 |
| 344 | 729839 | 1TC2B068953061051 |
| 345 | 1250878 | 1UJBJ02P251EN0186 |
| 346 | 1166748 | 47CTDES226G520082 |
| 347 | 1057547 | 5CZ200R2851117682 |
| 348 | 1057418 | 47CTD9N285M419731 |
| 349 | 119685 | 4X4TSMH225J014806 |
| 350 | 1265646 | 5C1TD33266P009288 |

FEMA163-000020

# FC-Ft Pickett East

|     | A | B |
|-----|---|---|
| 1   | **BARCODE** | **VIN NUMBER** |
| 351 | 1244350 | 4X4TTHG286M007395 |
| 352 | 1153983 | 1EF1C282366011588 |
| 353 | 1153282 | 5P62B294X66100175 |
| 354 | 1245321 | 1UJBJ02P861JY0072 |
| 355 | 1043108 | 4X4TWDM225J045452 |
| 356 | 1108888 | 1NL1GTR2X61014314 |
| 357 | 712055 | 5CZ200R2951117609 |
| 358 | 1200772 | 1SABS02R161CK6787 |
| 359 | 1040615 | 5CZ200R2451117775 |
| 360 | 1114677 | 1NL1GTR2861035128 |
| 361 | 1113300 | 1NL1GTR2861040233 |
| 362 | 119675 | 1NL1GTR2051062208 |
| 363 | 1101502 | 1NL1GTR2541057505 |
| 364 | 1120320 | 1NL1GTR2461015779 |
| 365 | 1266129 | 1NL1GTL2151071136 |
| 366 | 1250241 | 1NL1GTR2X61075873 |
| 367 | 1058540 | 1NL1GTR2551068912 |
| 368 | 145691 | 1NL1GTR2151065179 |
| 369 | 1247395 | 1UJBJ02P961EP1022 |
| 370 | 1056561 | 47CTD9N295M420855 |
| 371 | 1166898 | 4YDT32B266E320186 |
| 372 | 1038211 | 1NL1GTR2151064422 |
| 373 | 1058823 | 1NL1GTR2051068767 |
| 374 | 729146 | 1TC2B222551307196 |
| 375 | 145718 | 1NL1GTR2851065180 |
| 376 | 1059795 | 1NL1GTR2851021292 |
| 377 | 118358 | 1NL1GTR2451065046 |
| 378 | 1058134 | 1NL1GTR2051068655 |
| 379 | 1118000 | 1NL1GTR2X61031372 |
| 380 | 1041933 | 1NL1GTR2051021206 |
| 381 | 175794 | 1NL1GTR2851064174 |
| 382 | 692048 | 1NL1GTR2451062521 |
| 383 | 145701 | 5L4TF322253008948 |
| 384 | 119969 | 4X4TWDH265R333860 |
| 385 | 1059857 | 1NL1GTR2851064904 |
| 386 | 729042 | 47CTDWR294P608944 |
| 387 | 1288932 | 4WYT12S2761602293 |
| 388 | 1198075 | 1EF1C282366011638 |
| 389 | 1037985 | 1NL1GTR2051020279 |
| 390 | 1038000 | 1NL1GTR2351062736 |
| 391 | 145618 | 5L4TF332853008663 |
| 392 | 727691 | 1NL1GTR2251061917 |
| 393 | 1251139 | 2EB1F322166503277 |
| 394 | 1037937 | 4YDT32B245E315552 |
| 395 | 1037635 | 1NL1GTR2251064333 |
| 396 | 175419 | 1NL1GTR2651062407 |
| 397 | 1144996 | 1SABS02P661DC1307 |
| 398 | 1265622 | 4YDT320216C128611 |
| 399 | 1193156 | 4YDT31B246E320391 |
| 400 | 1057584 | 5CZ200R2951117688 |

FEMA163-000021

# FC-Ft Pickett East

|     | A BARCODE | B VIN NUMBER |
|-----|-----------|--------------|
| 1   |           |              |
| 401 | 1057220   | 5CZ200R2151117572 |
| 402 | 1041847   | 1NL1GTR2051021173 |
| 403 | 1038353   | 1NL1GTR2851012611 |
| 404 | 1057213   | 1NL1GTR2951068265 |
| 405 | 1058624   | 4X4TCKD215P095060 |
| 406 | 1115689   | 1NL1GTR2161031096 |
| 407 | 1115129   | 1NL1GTR2161082002 |
| 408 | 1250036   | 4X4TWDH246P007097 |
| 409 | 1105792   | 1NL1GTR2161073462 |
| 410 | 669500    | 1NL1GTR2651061225 |
| 411 | 1037690   | 1NL1GTR2151062685 |
| 412 | 1038047   | 1NL1GTR2951062806 |
| 413 | 1037670   | 1NL1GTR2051062693 |
| 414 | 1054097   | 1EB1T322X56009724 |
| 415 | 1058667   | 1NL1GTR2051068753 |
| 416 | 1252115   | 1NL1GTR2661035807 |
| 417 | 1120491   | 1NL1GTR2361045109 |
| 418 | 1114026   | 1NL1GTR2561030758 |
| 419 | 727709    | 1NL1GTR2X51063902 |
| 420 | 1233420   | 47CTCRS266C653171 |
| 421 | 1037942   | 1NL1GTR2751020246 |
| 422 | 1038144   | 1NL1GTR2351020311 |
| 423 | 1143116   | 4X4TWDF286J046846 |
| 424 | 728190    | 1EB1T322556009128 |
| 425 | 1288936   | 47CTDER2X6G521583 |
| 426 | 1241098   | 1UJBJ02RX61EM0850 |
| 427 | 1233492   | 4X4TFLG286D810329 |
| 428 | 1057486   | 1UJBJ02R351EL0773 |
| 429 | 1153590   | 4EZTS292X6S094553 |
| 430 | 1167139   | 1TC2B334266100520 |
| 431 | 1193558   | 1EC1R252664284634 |
| 432 | 1057457   | 47CTFTR265G517494 |
| 433 | 1153365   | 4YDT2882X31209527 |
| 434 | 1201678   | 1KB131L2X6E159348 |
| 435 | 1153640   | 1NL1GTT2661022712 |
| 436 | 1142511   | 47CTDEN206G520027 |
| 437 | 1240613   | 4X4TWDG276A237978 |
| 438 | 1250752   | 1EB1D322164012585 |
| 439 | 729149    | 1TC2B222851306883 |
| 440 | 120052    | 1NL1GTR2351020017 |
| 441 | 145038    | 5SFBT31226E001144 |
| 442 | 728492    | 1NL1GTR2851062120 |
| 443 | 1249810   | 5L4TF332263020504 |
| 444 | 1057305   | 1TC2B222251307219 |
| 445 | 1043763   | 1NL1GTR2051021948 |
| 446 | 729606    | 47CTA1M2441111953 |
| 447 | 1266046   | 47CTD2N296M425160 |
| 448 | 1057647   | 5L4TP342X53006473 |
| 449 | 1122445   | 1NL1GTR2X61082595 |
| 450 | 1053511   | 1NL1GTR2051012442 |

FEMA163-000022

# FC-Ft Pickett East

|     | A | B |
|-----|---------|------------------|
| **1** | **BARCODE** | **VIN NUMBER** |
| 451 | 1240118 | 4EZTS28286S095153 |
| 452 | 1166529 | 5CZ200R2761118503 |
| 453 | 1193547 | 4V0TC32206D001967 |
| 454 | 729159 | 1TC2B469X53000761 |
| 455 | 1241321 | 4X4TWDE206J047037 |
| 456 | 1054089 | 1EB1T322056009702 |
| 457 | 118470 | 4X4TSMH285J014745 |
| 458 | 728452 | 1EB1T322856009155 |
| 459 | 1038479 | 1NL1GTR2051020704 |
| 460 | 175108 | 1NL1GTR2651020058 |
| 461 | 1054075 | 1EB1T322556009694 |
| 462 | 1121626 | 1NL1GTR2261031933 |
| 463 | 120356 | 1NL1GTR2651064044 |
| 464 | 120330 | 1NL1GTR2051064041 |
| 465 | 1055272 | 1NL1GTR2X51012481 |
| 466 | 728156 | 4X4TWDH275A234964 |
| 467 | 120171 | 1NL1GTR2351064051 |
| 468 | 1059161 | 1NL1GTR2951068962 |
| 469 | 728214 | 4X4TCKH2X5P094046 |
| 470 | 176024 | 4YDT32B255E315429 |
| 471 | 1055451 | 1NL1GTR2851064580 |
| 472 | 1152924 | 4WYT12N2751601140 |
| 473 | 1194028 | 1EB1F322765341957 |
| 474 | 1059787 | 1NL1GTR2451021306 |
| 475 | 1059411 | 1NL1GTR2751021249 |
| 476 | 1042004 | 1NL1GTR2351069041 |
| 477 | 145477 | 1NL1GTR2251069421 |
| 478 | 1199180 | 1EB1F322762490905 |
| 479 | 174822 | 1NL1GTR2451062311 |
| 480 | 145819 | 5L4TF332X53008986 |
| 481 | 695096 | 1NL1GTR2641057190 |
| 482 | 1055654 | 5L4TP272753008090 |
| 483 | 174794 | 1EB1F322454007227 |
| 484 | 145590 | 1NL1GTR2551065072 |
| 485 | 712374 | 1NL1GTP2351061797 |
| 486 | 1058353 | 1UJBJ02N551EF1472 |
| 487 | 118463 | 1NL1GTR2X51021620 |
| 488 | 1058683 | 4YDT32B215E316206 |
| 489 | 174820 | 1EB1T322756009227 |
| 490 | 1041929 | 1NL1GTR2351068908 |
| 491 | 120083 | 1NL1GTR2751064022 |
| 492 | 1115880 | 1NL1GTR2X61031131 |
| 493 | 1193990 | 4YDT245235N122528 |
| 494 | 1144160 | 1EF1F252255340735 |
| 495 | 1232589 | 1SE200P256H000286 |
| 496 | 1265767 | 4YDT298295C121114 |
| 497 | 1193256 | 4X4TWDH256P100419 |
| 498 | 1115491 | 1NL1GTR2261031043 |
| 499 | 1040905 | 4WYT02K2X51204738 |
| 500 | 1040116 | 4YDT274255A220115 |

FEMA163-000023

FC-Ft Pickett East

|  | A | B |
|---|---|---|
| 1 | **BARCODE** | **VIN NUMBER** |
| 501 | 1058012 | 4X4TCKC225P094629 |
| 502 | | |
| 503 | | |
| 504 | | |
| 505 | | |
| 506 | | |
| 507 | | |
| 508 | | |
| 509 | | |
| 510 | | |
| 511 | | |
| 512 | | |
| 513 | | |
| 514 | | |
| 515 | | |
| 516 | | |
| 517 | | |
| 518 | | |
| 519 | | |
| 520 | | |
| 521 | | |
| 522 | | |

FEMA163-000024