# FC-Hope West

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 2 | 118331 | RB04AL8188 | | | | |
| 3 | 119723 | GAFL407A52872 | | | | |
| 4 | 119729 | TNFL427A61126 | | | | |
| 5 | 119737 | GAHAF1367 | | | | |
| 6 | 119740 | TNFL427A61128-8A33 | | | | |
| 7 | 119748 | GAFL434A77454 | | | | |
| 8 | 119763 | BC05AL0134642 | | | | |
| 9 | 119770 | TNFL427A61134 | | | | |
| 10 | 119800 | GAFL435A89680 | | | | |
| 11 | 119964 | GAFL435A89691-8A33 | | | | |
| 12 | 119979 | TNFL427A29480 | | | | |
| 13 | 120150 | TXFL486A06131 | | | | |
| 14 | 120247 | TXFL486A06127-8A33 | | | | |
| 15 | 174888 | BL05GA0212461 | | | | |
| 16 | 175036 | TNFL427A61151-8A33 | | | | |
| 17 | 175355 | INFL455A10558-8A33 | | | | |
| 18 | 175445 | BL056A0212474 | | | | |
| 19 | 175450 | GAFL435A89694-8A33 | | | | |
| 20 | 175672 | INFL455A105456-8A33 | | | | |
| 21 | 175675 | GAHAF1370 | | | | |
| 22 | 175819 | GAFL434A77479-8A33 | | | | |
| 23 | 175821 | GAFL435A89724-8A33 | | | | |
| 24 | 175977 | TNFL427A29532 | | | | |
| 25 | 176004 | SSDAL42611-1 | | | | |
| 26 | 176050 | BC05AL0134689 | | | | |
| 27 | 176053 | INFL455A10578-8A33 | | | | Sh |
| 28 | 551668 | TXFL486A06159-8A33 | | | | |
| 29 | 551676 | TXFL486A06165-8A33 | | | | |
| 30 | 551679 | TXFL412A44830-8A33 | | | | |
| 31 | 551680 | TXFL412A44829-8A33 | | | | |
| 32 | 551684 | TXFL412A44828-8A33 | | | | |
| 33 | 551687 | TXFL412A44825-8A33 | | | | |
| 34 | 551689 | TXFL486A06168-8A33 | | | | |
| 35 | 551693 | TXFL412A44839-8A33 | | | | |
| 36 | 551703 | TXFL412A44837-8A33 | | | | |
| 37 | 551710 | TXFL412A44813-8A33 | | | | |
| 38 | 551714 | TXFL486A06176-8A33 | | | | |
| 39 | 551719 | BC05AL0134704 | | | | |
| 40 | 551748 | TXFL412A44863-8A33 | | | | |
| 41 | 551754 | TXFL412A44859-8A33 | | | | |
| 42 | 551758 | TXFL486A06174-8A33 | | | | |
| 43 | 551830 | TXFL486A06173-8A33 | | | | |
| 44 | 551831 | TXFL486A06172-8A33 | | | | |
| 45 | 551836 | TXFL412A86292-8A33 | | | | |
| 46 | 551845 | 56DAC426081 | | | | |
| 47 | 551860 | BC05AL0134726 | | | | |
| 48 | 551877 | TXFL412A44870-8A33 | | | | |

FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 49 | 551898 | TXFL412A86298-8A33 | | | | |
| 50 | 551900 | TXFL412A44879-8A33 | | | | |
| 51 | 551924 | TXFL412A44884-8A33 | | | | |
| 52 | 551964 | BC05AL0134768 | | | | |
| 53 | 551970 | BC05AL0134766 | | | | |
| 54 | 551971 | TXFL412A86307-8A33 | | | | |
| 55 | 551972 | RB04AL7688 | | | | |
| 56 | 551980 | 17L08994 | | | | |
| 57 | 551984 | BC05AL0134772 | | | | |
| 58 | 551996 | TNFL427A29579-8A33 | | | | |
| 59 | 552000 | BC05AL0134774 | | | | |
| 60 | 552001 | TXFL412A44888-8A33 | | | | |
| 61 | 552004 | TXFL412A86310-8A33 | | | | |
| 62 | 552006 | SSAL-42660-1 | | | | |
| 63 | 552007 | SSAL-42663-1 | | | | |
| 64 | 552022 | SSEAL16557 | | | | |
| 65 | 552037 | TNFL427A29571-8A33 | | | | |
| 66 | 552047 | TNFL427A29568-8A33 | | | | |
| 67 | 552051 | RB04AL7704 | | | | |
| 68 | 552052 | TNFL427A29562-8A33 | | | | |
| 69 | 552057 | TNFL427A29566-8A33 | | | | |
| 70 | 552062 | BC05AL0134804 | | | | |
| 71 | 552066 | BC05AL0134796 | | | | |
| 72 | 552069 | SSAL-42679-1 | | | | |
| 73 | 552081 | BC05AL0134801 | | | | |
| 74 | 552082 | SSAL-42666-1 | | | | |
| 75 | 552093 | RB04AL7713 | | | | |
| 76 | 552094 | SSAL-42672-1 | | | | |
| 77 | 552101 | TXFL412A86308-8A33 | | | | |
| 78 | 552128 | TNFL427A29565-8A33 | | | | |
| 79 | 552132 | SSEAL16578 | | | | |
| 80 | 552137 | TNFL427A29584-8A33 | | | | |
| 81 | 552140 | 17L09013 | | | | |
| 82 | 552141 | TNFL427A29589-8A33 | | | | |
| 83 | 552143 | BC05AL0134787 | | | | |
| 84 | 552150 | TNFL427A29591-8A33 | | | | |
| 85 | 552171 | TNFL427A29599-8A33 | | | | |
| 86 | 552180 | TNFL427A29604-8A33 | | | | |
| 87 | 552189 | TC05TX0108243 | | | | |
| 88 | 552197 | TC05TX0108242 | | | | |
| 89 | 552204 | TC05TX0108258 | | | | |
| 90 | 552206 | TC05TX0108260 | | | | |
| 91 | 552212 | TC05TX0108262 | | | | |
| 92 | 691852 | BR05NC141958 | | | | |
| 93 | 691904 | BL05GA0212490 | | | | |
| 94 | 691979 | VAFL419A60869-8A33 | | | | |
| 95 | 691983 | BL05GA0212495 | | | | |

FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 96 | 712098 | GAFL434A77553-8A33 | | | | |
| 97 | 727541 | 4X4TWDH295A234853 | | | | |
| 98 | 728406 | GAHAF1363 | | | | |
| 99 | 728561 | GAFL407A52912 | | | | |
| 100 | 728563 | GAFL407A52914 | | | | |
| 101 | 728719 | GAFL434A77539 | | | | |
| 102 | 728742 | RB04AL8061 | | | | |
| 103 | 728784 | DI100700GA | | | | |
| 104 | 728798 | RB04AL8130 | | | | |
| 105 | 1032817 | VAFL419A60885-8A33 | | | | |
| 106 | 1032819 | VAFL419A60886-8A33 | | | | |
| 107 | 1032825 | BL05GA0212496 | | | | |
| 108 | 1032839 | BR05NC141982 | | | | |
| 109 | 1032842 | INFL455A10608-8A33 | | | | |
| 110 | 1032843 | INFL455A10604-8A33 | | | | |
| 111 | 1032845 | TNFL427A61182-8A33 | | | | |
| 112 | 1032862 | GAHAF001391 | | | | |
| 113 | 1032864 | TNFL427A29541-8A33 | | | | |
| 114 | 1032900 | INFL455A10618-8A33 | | | | |
| 115 | 1033004 | BL05GA0212533 | | | | |
| 116 | 1033015 | NCFL441A56744-8A33 | | | | |
| 117 | 1033096 | NCFL441A56772-8A33 | | | | |
| 118 | 1033127 | GAHAF001421 | | | | |
| 119 | 1033146 | INFL455A10671-8A33 | | | | |
| 120 | 1033233 | 16L09750 | | | | |
| 121 | 1033248 | 17L09335 | | | | |
| 122 | 1037600 | 1NL1GTR2751020179 | | | | |
| 123 | 1040102 | RB04AL8039 | | | | |
| 124 | 1052153 | BC05AL0134918 | | | | |
| 125 | 1053639 | GAFL435A89744 | | | | |
| 126 | 1053881 | CVH1136RPTIA00116 | | | | |
| 127 | 1054038 | PAFL422A52767-8A32 | | | | |
| 128 | 1054871 | GAFL407A52927 | | | | |
| 129 | 1059043 | DI00662GA | | | | |
| 130 | 1059051 | RB04AL8021 | | | | |
| 131 | 1059052 | RB04AL8022 | | | | |
| 132 | 1059107 | 16L09729 | | | | |
| 133 | 1145694 | ACBC06AL031073 | | | | |
| 134 | 1145711 | ACBC06AL0136815 | | | | |
| 135 | 1145716 | RB05AL9908 | | | | |
| 136 | 1145718 | ACBC06AL031113 | | | | |
| 137 | 1145723 | ACBC06AL0136827 | | | | |
| 138 | 1145743 | RB05AL9933 | | | | |
| 139 | 1145756 | LH01052127 | | | | |
| 140 | 1145761 | LH01521036 | | | | |
| 141 | 1145789 | 18L02206F | | | | |
| 142 | 1145798 | BL06GA0213478 | | | | |

FC-Hope West

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 143 | 1145807 | PAL19547AL | | | | |
| 144 | 1145833 | 1HP6321 | | | | |
| 145 | 1145848 | BC06AL0136686 | | | | |
| 146 | 1145862 | PAL19551AL | | | | |
| 147 | 1145880 | BC06AL0136682 | | | | |
| 148 | 1145901 | SSEAL17426 | | | | |
| 149 | 1145902 | SSEAL17418 | | | | |
| 150 | 1145915 | SSETX09315 | | | | |
| 151 | 1145933 | BC0AL0136698 | | | | |
| 152 | 1145937 | RB05AL9585 | | | | |
| 153 | 1145940 | HA01786MO | | | | |
| 154 | 1145957 | BC06AL0136700 | | | | |
| 155 | 1145975 | 17L10114F | | | | |
| 156 | 1145978 | 17L10115F | | | | |
| 157 | 1145979 | RB05AL9587 | | | | |
| 158 | 1145991 | 1HP6427 | | | | |
| 159 | 1156901 | RB05AL9298 | | | | |
| 160 | 1156909 | PAL19428AL | | | | |
| 161 | 1156928 | PAL19429AL | | | | |
| 162 | 1156931 | CV06AL0457702 | | | | |
| 163 | 1156944 | PAL19437AL | | | | |
| 164 | 1156945 | PAL19436AL | | | | |
| 165 | 1156947 | PAL19435AL | | | | |
| 166 | 1157209 | RB65AL9314 | | | | |
| 167 | 1157211 | PAL19434AL | | | | |
| 168 | 1157216 | CV06AL0266869 | | | | |
| 169 | 1157224 | CV06AL0266879 | | | | |
| 170 | 1157226 | BL06GA0137415 | | | | |
| 171 | 1157245 | LH01051849 | | | | |
| 172 | 1157246 | RB05AL9324 | | | | |
| 173 | 1157250 | 1PTX11924TX | | | | |
| 174 | 1157259 | BC06AL0136489 | | | | |
| 175 | 1157285 | 1723 | | | | |
| 176 | 1157292 | BL06GA0213372 | | | | |
| 177 | 1157353 | 1PTX11984TX | | | | |
| 178 | 1157354 | BL06GA0137454 | | | | |
| 179 | 1157358 | 1PTX11974TX | | | | |
| 180 | 1157368 | LH01051882 | | | | |
| 181 | 1157381 | 17L09836F | | | | |
| 182 | 1157382 | 1PTX11979TX | | | | |
| 183 | 1157388 | RB05AL9397 | | | | |
| 184 | 1157390 | PAL19487AL | | | | |
| 185 | 1157398 | BC06AL0136418 | | | | |
| 186 | 1157402 | GAHAG1726 | | | | |
| 187 | 1157403 | BL06GA0213371 | | | | |
| 188 | 1157404 | 17L09922F | | | | |
| 189 | 1157407 | BG064C143081 | | | | |

FEMA163-000028

FC-Hope West

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 190 | 1157419 | GAHAG1725 | | | | |
| 191 | 1157426 | LH01051852 | | | | |
| 192 | 1157428 | 1PTX11918TX | | | | |
| 193 | 1157442 | 17L09924F | | | | |
| 194 | 1157480 | PAL19449AL | | | | |
| 195 | 1157481 | PAL19448AL | | | | |
| 196 | 1157490 | EM7424IN | | | | |
| 197 | 1157498 | 16L09815 | | | | |
| 198 | 1163150 | BL06GA0137384 | | | | |
| 199 | 1163152 | BL066A0137388 | | | | |
| 200 | 1163156 | BL06GA0137389 | | | | |
| 201 | 1163177 | PAL19389AL | | | | |
| 202 | 1163284 | GI29285TN | | | | |
| 203 | 1164075 | SCH01068208 | | | | |
| 204 | 1164088 | ROC718914NC | | | | |
| 205 | 1164101 | PH0518257 | | | | |
| 206 | 1164106 | SBHGA140051018 | | | | |
| 207 | 1164122 | CBH015716TX | | | | |
| 208 | 1164144 | PH0518269 | | | | |
| 209 | 1164198 | CWP016365TN | | | | |
| 210 | 1164212 | CBH01590TX | | | | |
| 211 | 1164213 | CBH015799TX | | | | |
| 212 | 1164240 | SBHGA140051016 | | | | |
| 213 | 1164280 | TXFL512A46902-8A32 | | | | |
| 214 | 1164575 | MP1513200 | | | | |
| 215 | 1164979 | H183446 | | | | |
| 216 | 1172520 | PAL19442AL | | | | |
| 217 | 1172525 | BC06AL0136487 | | | | |
| 218 | 1172603 | GAHAG1734 | | | | |
| 219 | 1172973 | CV06AL0457780 | | | | |
| 220 | 1172989 | CV06AL0266947 | | | | |
| 221 | 1173101 | CV06AL0457779 | | | | |
| 222 | 1173423 | GAFL575A77613-8A32 | | | | |
| 223 | 1180008 | BL06GA0213386 | | | | |
| 224 | 1180009 | LH01051859 | | | | |
| 225 | 1180018 | BL06GA0213389 | | | | |
| 226 | 1180025 | BG06NC143096 | | | | |
| 227 | 1180030 | BL06GA0213391 | | | | |
| 228 | 1180031 | BL06GA0213387 | | | | |
| 229 | 1180042 | BL06GA0137427 | | | | |
| 230 | 1180043 | RB05AL9377 | | | | |
| 231 | 1180052 | BL06GA0213393 | | | | |
| 232 | 1180059 | CV06AL0457748 | | | | |
| 233 | 1180061 | BG06NC143100 | | | | |
| 234 | 1180062 | CV0GAL0457751 | | | | |
| 235 | 1180069 | RB05AL9375 | | | | |
| 236 | 1180070 | CV06AL026896 | | | | |

FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 237 | 1180075 | LH01051864 | | | | |
| 238 | 1180076 | 1PTX11952TX | | | | |
| 239 | 1180077 | 1PTX11955TX | | | | |
| 240 | 1180086 | BL06GA0137433 | | | | |
| 241 | 1180087 | BL06GA013743 | | | | |
| 242 | 1180088 | BL06GA0137430 | | | | |
| 243 | 1180089 | BL06G0213394 | | | | |
| 244 | 1180091 | BL06GA0137435 | | | | |
| 245 | 1180092 | PAL19461AL | | | | |
| 246 | 1180098 | LH01051869 | | | | |
| 247 | 1180102 | BL06GA0213396 | | | | |
| 248 | 1180113 | PAL19462AL | | | | |
| 249 | 1180114 | PAL19463AL | | | | |
| 250 | 1180118 | 1PTX11962TX | | | | |
| 251 | 1180120 | 1PTX11963TX | | | | |
| 252 | 1180121 | RB05AL9380 | | | | |
| 253 | 1180122 | RB05AL9379 | | | | |
| 254 | 1180125 | BC06AL0136542 | | | | |
| 255 | 1180128 | BG06NC143095 | | | | |
| 256 | 1180130 | BG06NC143107 | | | | |
| 257 | 1180134 | BG06NC143108 | | | | |
| 258 | 1180160 | 1PTX11960TX | | | | |
| 259 | 1180164 | BC06AL0136539 | | | | |
| 260 | 1180167 | BL06GA0213406 | | | | |
| 261 | 1180169 | BG06NC143067 | | | | |
| 262 | 1180170 | BL06GA0137442 | | | | |
| 263 | 1180174 | RB05AL9388 | | | | |
| 264 | 1180175 | RB05AL9386 | | | | |
| 265 | 1180180 | PAL19466AL | | | | |
| 266 | 1180183 | RB05AL9384 | | | | |
| 267 | 1180187 | LH01051873 | | | | |
| 268 | 1180191 | BC06AL0136540 | | | | |
| 269 | 1180195 | BG06NC143124 | | | | |
| 270 | 1180196 | BG06NC143125 | | | | |
| 271 | 1180197 | 1PTX11975TX | | | | |
| 272 | 1180198 | 1PTX11970TX | | | | |
| 273 | 1180211 | BL06GA0137444 | | | | |
| 274 | 1180213 | 1PTX11966TX | | | | |
| 275 | 1180217 | BG06NC143115 | | | | |
| 276 | 1180222 | BL06GA0213409 | | | | |
| 277 | 1180223 | BL06GA0213403 | | | | |
| 278 | 1180231 | CV06AL0266911 | | | | |
| 279 | 1180235 | CV06AL0266910 | | | | |
| 280 | 1180244 | RB05AL9390 | | | | |
| 281 | 1180245 | RB05AL9391 | | | | |
| 282 | 1180248 | BL06GA0213397 | | | | |
| 283 | 1180255 | BG06NC143127 | | | | |

# FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 284 | 1180369 | CV06AL0457665 | | | | |
| 285 | 1180376 | BG06NC143146 | | | | |
| 286 | 1180380 | BG06NC143149 | | | | |
| 287 | 1180386 | LH01051888 | | | | |
| 288 | 1180390 | CV06AL0266931 | | | | |
| 289 | 1180401 | PAL19493AL | | | | |
| 290 | 1180402 | PAL19492AL | | | | |
| 291 | 1180403 | CV06AL0266941 | | | | |
| 292 | 1180410 | PAL19494AL | | | | |
| 293 | 1180416 | CV06AL0266939 | | | | |
| 294 | 1180418 | CV06AL0266934 | | | | |
| 295 | 1180428 | RB05AL9408 | | | | |
| 296 | 1180432 | CV06AL0457782 | | | | |
| 297 | 1180443 | BC06AL0136436 | | | | |
| 298 | 1180449 | CV06AL0457668 | | | | |
| 299 | 1180659 | 1PTX11992TX | | | | |
| 300 | 1180664 | BL06GA0213425 | | | | |
| 301 | 1180673 | 1PTX11991TX | | | | |
| 302 | 1180675 | 17L09887F | | | | |
| 303 | 1180688 | BC06AL0136434 | | | | |
| 304 | 1180700 | PAL19500AL | | | | |
| 305 | 1180717 | BC06AL0136426 | | | | |
| 306 | 1180718 | CV06AL0457675 | | | | |
| 307 | 1180719 | BC06AL0136417 | | | | |
| 308 | 1180747 | BL06GA0137476 | | | | |
| 309 | 1180752 | BC06AL0136584 | | | | |
| 310 | 1180754 | BC06AL0136581 | | | | |
| 311 | 1180861 | BL06GA0137489 | | | | |
| 312 | 1180863 | PAL19537AL | | | | |
| 313 | 1180865 | RB05AL9434 | | | | |
| 314 | 1180887 | BL06GA0213444 | | | | |
| 315 | 1180897 | CV06AL0457815 | | | | |
| 316 | 1180898 | CV06AL0266989 | | | | |
| 317 | 1180910 | BC06AL0136586 | | | | |
| 318 | 1181016 | 1EB1T322566012323 | | | | |
| 319 | 1181069 | PAL19531AL | | | | |
| 320 | 1181072 | BC06AL0136608 | | | | |
| 321 | 1181073 | BC06AL0136613 | | | | |
| 322 | 1181090 | BL06GA0213441 | | | | |
| 323 | 1181098 | PAL19532AL | | | | |
| 324 | 1181104 | B106GA0137487 | | | | |
| 325 | 1181106 | BC06AL0136607 | | | | |
| 326 | 1181110 | CV06AL0457816 | | | | |
| 327 | 1181114 | CV06AL0457818 | | | | |
| 328 | 1181116 | CV06AL0266959 | | | | |
| 329 | 1181121 | CV06AL0266981 | | | | |
| 330 | 1181126 | CV06AL0457813 | | | | |

FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 331 | 1181159 | CV06AL0266991 | | | | |
| 332 | 1181462 | CV06AL0266992 | | | | |
| 333 | 1181473 | HA01756MO | | | | |
| 334 | 1181474 | RB05AL9456 | | | | |
| 335 | 1181491 | CV06AL0266964 | | | | |
| 336 | 1181508 | BG06NC143176 | | | | |
| 337 | 1181510 | BG06NC143212 | | | | |
| 338 | 1181511 | BG06NC143201 | | | | |
| 339 | 1181515 | RB05AL9465 | | | | |
| 340 | 1181522 | RB05AL9463 | | | | |
| 341 | 1181524 | LH01051928 | | | | |
| 342 | 1181542 | 1PTX12015 | | | | |
| 343 | 1181549 | CV5125IN | | | | |
| 344 | 1182201 | RB05AL9473 | | | | |
| 345 | 1182238 | BC06AL0136644 | | | | |
| 346 | 1182256 | BL06GA0137L197 | | | | |
| 347 | 1182257 | GE01434940 | | | | |
| 348 | 1182258 | LPP15316IN | | | | |
| 349 | 1182259 | LPP15315IN | | | | |
| 350 | 1182261 | BL06GA0137499 | | | | |
| 351 | 1182281 | CV06AL0268033 | | | | |
| 352 | 1182283 | CV06AL0268050 | | | | |
| 353 | 1182284 | CV06AL0268049 | | | | |
| 354 | 1198904 | 17L09900F | | | | |
| 355 | 1198921 | 17L09890F | | | | |
| 356 | 1199639 | DSEAL17358 | | | | |
| 357 | 1200986 | SSDAL461031 | | | | |
| 358 | 1225393 | FLHML2FE192730178 | | | | |
| 359 | 1225665 | RNC000139NC | | | | |
| 360 | 1226334 | GAFL535A91294 | | | | |
| 361 | 1228130 | LH01051938 | | | | |
| 362 | 1228133 | 1PTX12035TX | | | | |
| 363 | 1228138 | BL06GA0213456 | | | | |
| 364 | 1228162 | RB05AL9513 | | | | |
| 365 | 1228233 | CV5141IN | | | | |
| 366 | 1228261 | HA01770MO | | | | |
| 367 | 1228266 | CV06AL0268059 | | | | |
| 368 | 1228267 | CV06AL0268060 | | | | |
| 369 | 1228269 | CV06AL0268055 | | | | |
| 370 | 1228289 | CV06AL0268075 | | | | |
| 371 | 1228292 | BL06GA0213472 | | | | |
| 372 | 1228295 | LH01051954 | | | | |
| 373 | 1228299 | BG06NC143206 | | | | |
| 374 | 1228320 | PAL19549AL | | | | |
| 375 | 1228321 | HA01775MO | | | | |
| 376 | 1231018 | BC06AL36710 | | | | |
| 377 | 1231021 | CV06AL0268197 | | | | |

# FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 378 | 1231030 | BC06AL031041 | | | | |
| 379 | 1231037 | CVO6AL0268211 | | | | |
| 380 | 1231050 | CV06AL0268222 | | | | |
| 381 | 1231053 | CV06AL0268213 | | | | |
| 382 | 1231536 | 47CTDES206G520596 | | | | |
| 383 | 1232011 | ACBC06AL0136852 | | | | |
| 384 | 1232017 | ACBC06AL0136851 | | | | |
| 385 | 1232029 | ACBC06AL0136833 | | | | |
| 386 | 1232426 | ACBC06AL0136834 | | | | |
| 387 | 1232430 | ACBC06AL0136873 | | | | |
| 388 | 1232435 | ACBC06AL0136888 | | | | |
| 389 | 1232437 | ACBC06AL0136881 | | | | |
| 390 | 1232440 | ACBC06AL0136879 | | | | |
| 391 | 1232449 | ACBC06AL0136894 | | | | |
| 392 | 1232452 | ACBC06AL0136903 | | | | |
| 393 | 1232453 | ACBC06AL0136904 | | | | |
| 394 | 1232457 | 007016657A000H | | | | |
| 395 | 1232469 | 007016679A000H | | | | |
| 396 | 1246611 | 5L4TF332063021571 | | | | |
| 397 | 1247294 | 5L4TF332663023857 | | | | |
| 398 | 1252743 | 210694312864 | | | | |
| 399 | 1253544 | N01030472TN | | | | |
| 400 | 1253773 | SSEAL17476 | | | | |
| 401 | 1253804 | GM6318GNFR60 | | | | |
| 402 | 1253807 | SSEAL17470 | | | | |
| 403 | 1253849 | 18L02252F | | | | |
| 404 | 1254034 | SSDAL46216-1 | | | | |
| 405 | 1254262 | SSEAL17491 | | | | |
| 406 | 1256121 | 5L4TF332863020717 | | | | |
| 407 | 1257074 | GAFL535A91285-8A32 | | | | |
| 408 | 1259711 | ACBC06AL031138 | | | | |
| 409 | 1260029 | BL06GA0137707AC | | | | |
| 410 | 1260058 | SSDAL464061 | | | | |
| 411 | 1260136 | SSDAL462821 | | | | |
| 412 | 1260570 | BL06GA0137721AC | | | | |
| 413 | 1260577 | BL06GA0213676AC | | | | |
| 414 | 1260814 | 17L10394F | | | | |
| 415 | 1260815 | BL06GA0137716AC | | | | |
| 416 | 1260975 | MDS312477IN | | | | |
| 417 | 1260981 | CWP016307TN | | | | |
| 418 | 1260984 | CWP016310TN | | | | |
| 419 | 1261059 | ACBC06AL031180 | | | | |
| 420 | 1261061 | ACBC06AL031175 | | | | |
| 421 | 1261092 | GAFL535A91387 | | | | |
| 422 | 1261095 | GAFL534A791418A32 | | | | |
| 423 | 1261209 | H183936G | | | | |
| 424 | 1261216 | 210E400891A-000-HR | | | | |

FC-Hope West

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 1   | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 425 | 1261223 | TXFL512A471168A32 | | | | |
| 426 | 1262321 | SSDAL463611 | | | | |
| 427 | 1262418 | EM7629IN | | | | |
| 428 | 1262511 | FLHMBFE1928-52520 | | | | |
| 429 | 1262523 | 210E400641A-000-H-R | | | | |
| 430 | 1262532 | 12485865 | | | | |
| 431 | 1262536 | 11269565 | | | | |
| 432 | 1262538 | PH0518358 | | | | |
| 433 | 1262539 | PH2211663 | | | | |
| 434 | 1262540 | PH0712064 | | | | |
| 435 | 1262543 | PH2211648 | | | | |
| 436 | 1262548 | SSEAL17439 | | | | |
| 437 | 1262550 | 110-30078A-000-H-G | | | | |
| 438 | 1262551 | 0506-F14-09342 | | | | |
| 439 | 1262552 | PH0518368 | | | | |
| 440 | 1262554 | 124058520000000 | | | | |
| 441 | 1262556 | PH0518367 | | | | |
| 442 | 1262558 | SSEAL17441 | | | | |
| 443 | 1262580 | CWP016415TN | | | | |
| 444 | 1262581 | CWP0164147N | | | | |
| 445 | 1262583 | 11269566-146401 | | | | |
| 446 | 1262590 | CLWC22211TX | | | | |
| 447 | 1262591 | H183390G | | | | |
| 448 | 1262599 | LH01051981 | | | | |
| 449 | 1262604 | LH01051982 | | | | |
| 450 | 1262609 | FLHML2FE192729911 | | | | |
| 451 | 1262610 | 12405869 | | | | |
| 452 | 1262611 | PH2211660 | | | | |
| 453 | 1262622 | PH18316 | | | | |
| 454 | 1262635 | LH01051986 | | | | |
| 455 | 1262657 | 1HP06476 | | | | |
| 456 | 1262667 | 1HP6466 | | | | |
| 457 | 1262696 | PH0S18408 | | | | |
| 458 | 1262709 | GAHAG1787 | | | | |
| 459 | 1262717 | ROC718904NC | | | | |
| 460 | 1262737 | MP1513270 | | | | |
| 461 | 1262738 | MP1513272 | | | | |
| 462 | 1262741 | MY0628555V | | | | |
| 463 | 1262763 | CBH015975TX | | | | |
| 464 | 1262770 | CBH015968TX | | | | |
| 465 | 1262771 | CBH015967TX | | | | |
| 466 | 1262776 | PH0518407 | | | | |
| 467 | 1262789 | MY0628624V | | | | |
| 468 | 1262797 | PH2211670 | | | | |
| 469 | 1262798 | MP1513268 | | | | |
| 470 | 1262799 | MP1513273 | | | | |
| 471 | 1262800 | MY0628507V | | | | |

FC-Hope West

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** | | | | |
| 472 | 1262801 | MY0628505V | | | | |
| 473 | 1262806 | PH0518391 | | | | |
| 474 | 1262810 | PH2211713 | | | | |
| 475 | 1262812 | GAHAG1806 | | | | |
| 476 | 1262816 | MP1513275 | | | | |
| 477 | 1262817 | MP153276 | | | | |
| 478 | 1262830 | PH0518385 | | | | |
| 479 | 1262836 | 1PTX13015TX | | | | |
| 480 | 1262838 | CBH015837TX | | | | |
| 481 | 1262844 | MY0628525V | | | | |
| 482 | 1262870 | SCH01068250 | | | | |
| 483 | 1262900 | SBHGA140051035 | | | | |
| 484 | 1262947 | CBH015679TX | | | | |
| 485 | 1262954 | 11269691 | | | | |
| 486 | 1262955 | 11269692 | | | | |
| 487 | 1262956 | 021012970A000H | | | | |
| 488 | 1262966 | BL05GA0212485 | | | | |
| 489 | 1262971 | MY0628544V | | | | |
| 490 | 1262973 | INFL55A11704-8A32 | | | | |
| 491 | 1263006 | PAFL522A539188A32 | | | | |
| 492 | 1263072 | CBH015686TX | | | | |
| 493 | 1263096 | GM06298TN | | | | |
| 494 | 1263132 | FRH50098 | | | | |
| 495 | 1263133 | FRH50095 | | | | |
| 496 | 1263169 | FRS00140 | | | | |
| 497 | 1263175 | 220670110771 | | | | |
| 498 | 1263176 | 220670110772 | | | | |
| 499 | 1263177 | GAHAG1850 | | | | |
| 500 | 1263191 | FRS00168 | | | | |
| 501 | 1263196 | 0220670110760AB | | | | |

FEMA163-000035