FC-Lottie West

|   | A | B |
|---|---|---|
| 1 | BARCODE ID | SERIAL NUMBER |
| 2 | 175705 | 1NL1GTR2451062406 |
| 3 | 177368 | '47CTFEN286M424741' |
| 4 | 695426 | INL1GTR2351012158 |
| 5 | 727834 | 1NL1GTR2551063922 |
| 6 | 1037610 | 1NL1GTR2951062658 |
| 7 | 1038129 | 1NL1GTR2851062814 |
| 8 | 1040513 | 4X4TRLG285D806318 |
| 9 | 1053785 | 1NL1GTR2651012462 |
| 10 | 1054172 | 1NL1GTR2651021114 |
| 11 | 1054702 | 5C1RF32225P007946 |
| 12 | 1055459 | '4X4TWDE245A234120' |
| 13 | 1057497 | 1TC2B464153000801 |
| 14 | 1058051 | 5CZ200R2651117731 |
| 15 | 1059863 | 1NL1GTR2251021398 |
| 16 | 1105687 | 1NL1GTR2561073335 |
| 17 | 1105852 | 1NL1GTR2161013830 |
| 18 | 1106239 | 1NL1GTR2461013904 |
| 19 | 1106618 | 1NL1GTR2161013942 |
| 20 | 1107296 | 1NL1GTR2261066469 |
| 21 | 1107631 | 1NL1GTR2961014109 |
| 22 | 1107944 | 1NL1GTR2661066586 |
| 23 | 1109412 | 1NL1GTR2X61030478 |
| 24 | 1109588 | 1NL1GTR2X61023501 |
| 25 | 1110948 | 1NL1GTR2161001354 |
| 26 | 1111079 | 1NL1GTR2561001485 |
| 27 | 1111503 | 1NL1GTR2961001909 |
| 28 | 1111598 | 1NL1GTR2161002004 |
| 29 | 1111635 | 1NL1GTR2761002041 |
| 30 | 1111709 | 1NL1GTR2X61002115 |
| 31 | 1111979 | 1NL1GTR2661002385 |
| 32 | 1112178 | 1NL1GTR2161002584 |
| 33 | 1112241 | 1NL1GTR2X61002647 |
| 34 | 1112274 | 1NL1GTR2861002680 |
| 35 | 1112294 | 1NL1GTR2X61002700 |
| 36 | 1112314 | 1NL1GTR2561002720 |
| 37 | 1112338 | 1NL1GTR2861002744 |
| 38 | 1112443 | 1NL1GTR2061002849 |
| 39 | 1112450 | 1NL1GTR2861002856 |
| 40 | 1112800 | 1NL1GTR2461067106 |
| 41 | 1113048 | 1NL1GTR2861014683 |
| 42 | 1114061 | 1NL1GTR2961040077 |
| 43 | 1115914 | 1NL1GTR2261075155 |
| 44 | 1116351 | 1NL1GTR2661040621 |
| 45 | 1116359 | 1NL1GTR2661015234 |
| 46 | 1116791 | 1NL1GTR2X61040816 |
| 47 | 1117492 | 1NL1GTR2561050668 |
| 48 | 1117858 | 1NL1GTR2161075289 |

FC-Lottie West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 49 | 1117952 | 1NL1GTR2561082178 |
| 50 | 1118823 | 1NL1GTR2961050849 |
| 51 | 1119078 | 1NL1GTR2561035622 |
| 52 | 1119680 | 1NL1GTR2661031739 |
| 53 | 1120563 | 1NL1GTR2961041181 |
| 54 | 1120786 | 1NL1GTR2561015970 |
| 55 | 1120915 | 1NL1GTR2661045320 |
| 56 | 1121687 | 1NL1GTR2261035917 |
| 57 | 1122413 | 1NL1GTR2X61077591 |
| 58 | 1122419 | 1NL1GTR2061077597 |
| 59 | 1122826 | 1NL1GTR2361016146 |
| 60 | 1123350 | 1NL1GTR2X61041545 |
| 61 | 1123926 | 1NL1GTR2861067562 |
| 62 | 1124431 | 1NL1GTR2661032292 |
| 63 | 1124804 | 1NL1GTR2461032338 |
| 64 | 1125580 | 1NL1GTR2461016639 |
| 65 | 1125822 | 1NL1GTR2661016707 |
| 66 | 1126024 | 1NL1GTR2761045875 |
| 67 | 1126072 | 1NL1GTR2361041953 |
| 68 | 1126137 | 1NL1GTR2761025576 |
| 69 | 1127080 | 1NL1GTR2061051551 |
| 70 | 1127140 | 1NL1GTR2961067845 |
| 71 | 1127519 | 1NL1GTR2261067914 |
| 72 | 1127595 | 1NL1GTR2861067884 |
| 73 | 1127976 | 1NL1GTR2961032688 |
| 74 | 1128098 | 1NL1GTR2661078009 |
| 75 | 1128218 | 1NL1GTR2X61036703 |
| 76 | 1128324 | 1NL1GTR2461078039 |
| 77 | 1128328 | 1NL1GTR2661078043 |
| 78 | 1128764 | 1NL1GTR2761078049 |
| 79 | 1129367 | 1NL1GTR2661036908 |
| 80 | 1129835 | 1NL1GTR2961037034 |
| 81 | 1131045 | 1NL1GTR2X61026494 |
| 82 | 1138701 | L3BWZF0 |
| 83 | 1142663 | 4V01C302151005366 |
| 84 | 1142668 | 4WYT04N2951204978 |
| 85 | 1144984 | 5C1TR32256P009091 |
| 86 | 1146029 | '1UJBJ02N151ET0445' |
| 87 | 1146159 | 4X4TWDM286J046722 |
| 88 | 1146217 | 47CTF3N255G516987 |
| 89 | 1146247 | 4X4TSMF265A293969 |
| 90 | 1146308 | 47CTBAP236L115718 |
| 91 | 1146326 | '1KB1A1F206E156685' |
| 92 | 1146483 | '1UJBJ02R351EL1258' |
| 93 | 1146522 | 47CTD9N205M420226 |
| 94 | 1146584 | 4CK1F272354007067 |
| 95 | 1146646 | 1SABS02M552CL8048 |

FEMA163-000037

FC-Lottie West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 96 | 1146700 | 1UJBJ02R361CX0122 |
| 97 | 1146709 | 4V0TC27266D000910 |
| 98 | 1146728 | '5KDBE30244L000669' |
| 99 | 1146845 | 4YDT31R256J462844 |
| 100 | 1147007 | 4X4TCKD206P097979 |
| 101 | 1147401 | '4X4TWDE255R334339' |
| 102 | 1147423 | 4YDT335225F706436 |
| 103 | 1147473 | '47CTFEP256M423852' |
| 104 | 1153959 | 4X4TSMH226J030148 |
| 105 | 1155192 | '1UJBJ02N251EF1834' |
| 106 | 1155338 | '1UJBJ02N461ET0148' |
| 107 | 1155391 | 4YDT30R295G915868 |
| 108 | 1156240 | '1EC1B312364284543' |
| 109 | 1156335 | 4YDT296256C127125 |
| 110 | 1156410 | 4YDT260225N119803 |
| 111 | 1156419 | 1NL1GTM2361072224 |
| 112 | 1156512 | 4X4TWDH236T133667 |
| 113 | 1156889 | 4YDT307296A224220 |
| 114 | 1156952 | 4YDT314225A222950 |
| 115 | 1157080 | '1EB1F322X64011817' |
| 116 | 1160007 | '1UJBJ02R851EL1272' |
| 117 | 1160079 | '4K01A1K286E157192' |
| 118 | 1160107 | 4XTTN24255C259383 |
| 119 | 1160150 | 4UBAS0P2061A71124 |
| 120 | 1160272 | 1TC2B334266100386 |
| 121 | 1160418 | '47CTDER205G518495' |
| 122 | 1160421 | 4CK1B292952813483 |
| 123 | 1160754 | 47CTD9P285M420744 |
| 124 | 1161049 | 1UJBJ02M051JS0274 |
| 125 | 1162337 | 4X4TWDG2X6A238218 |
| 126 | 1173888 | 1TC2B969461308227 |
| 127 | 1173950 | 1TC2B9699761308299 |
| 128 | 1174088 | 1TC2B969761308402 |
| 129 | 1174118 | 1TC2B969561308365 |
| 130 | 1174124 | 1TC2B969X61308510 |
| 131 | 1180263 | '47CTFEN235M419588' |
| 132 | 1180484 | '1KB131L266E160254' |
| 133 | 1180798 | '1EB1T322566012290' |
| 134 | 1180844 | '1EB1F322264012072' |
| 135 | 1181234 | 4WYT32P2461501912 |
| 136 | 1181872 | '4EZTS29236S095303' |
| 137 | 1181893 | 1TC2B969763001445 |
| 138 | 1182325 | '4X4TFLE2X6D810531' |
| 139 | 1182398 | 4WYT32P2161501897 |
| 140 | 1182474 | '1EB1F322361504143' |
| 141 | 1187153 | '1EB1F322065342268' |
| 142 | 1225759 | 1TC2B969261310543 |

FEMA163-000038

FC-Lottie West

|     | A | B |
| --- | --- | --- |
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 143 | 1225974 | 1KB131L266W164931 |
| 144 | 1227747 | 4YDT260266N129414 |
| 145 | 1227951 | 4YDT260236N129399 |
| 146 | 1227972 | 5C1TG29226P009345 |
| 147 | 1228006 | '1SE200P216F000913' |
| 148 | 1228473 | 1KB131L296W161070 |
| 149 | 1228489 | 4X4TPUF276P006297 |
| 150 | 1228646 | '1UJBJ02P761EN0704' |
| 151 | 1229011 | 4YDT298276C129360 |
| 152 | 1229157 | 4X4TCKD266P001028 |
| 153 | 1229238 | '1UJBJ02P461EN0725' |
| 154 | 1229330 | 4X4TCKD286P099382 |
| 155 | 1229376 | 4YDT3032X6P225329 |
| 156 | 1229782 | 1UJBJ02M661JZ0198 |
| 157 | 1229847 | 1KB131L2X6W161188 |
| 158 | 1229920 | 4WYT34P2561208063 |
| 159 | 1230172 | 47CTS5P246L116898 |
| 160 | 1230443 | 4WYT34P2961208115 |
| 161 | 1230704 | 1KB131L246W161929 |
| 162 | 1230875 | 1KB131L2X6W161935 |
| 163 | 1230979 | 4X4TCKF276P097717 |
| 164 | 1231064 | 5CH200R2861144077 |
| 165 | 1231357 | 47CTS5P236L117332 |
| 166 | 1231545 | 1TC2B969861306917 |
| 167 | 1231639 | '5SFBT30296E001854' |
| 168 | 1231689 | 4X4TWDH226P195084 |
| 169 | 1232094 | '1EB1F322961504244' |
| 170 | 1232174 | '47CTDER236G520680' |
| 171 | 1232187 | 4X4TWDH296T133768 |
| 172 | 1232214 | 5CH200R2261144124 |
| 173 | 1232280 | 1TC2B969663001744 |
| 174 | 1232665 | 19LBA02RX6A063536 |
| 175 | 1232667 | 4X4TWDH246R335785 |
| 176 | 1244827 | 1TC2B970761308190 |
| 177 | 1245768 | 1NL1GTR2661036410 |
| 178 | 1246507 | 5L4TF332063023773 |
| 179 | 1246511 | 1TC2B969063002131 |
| 180 | 1247210 | 1TC2B969X61510022 |
| 181 | 1247599 | 5L4TF332363023766 |
| 182 | 1247603 | '1SE200P296F001548' |
| 183 | 1247665 | 1TC2B969766101463 |
| 184 | 1247789 | 1TC2B969261510077 |
| 185 | 1248090 | 1TC2B969761510110 |
| 186 | 1248111 | '1SE200P286F001539' |
| 187 | 1249705 | 5L4TF332763020465 |
| 188 | 1250341 | '1EB1D322164012554' |
| 189 | 1255166 | 5L4TF332463021203 |

FC-Lottie West

|     | A | B |
|-----|---|---|
| 1   | **BARCODE ID** | **SERIAL NUMBER** |
| 190 | 1255836 | 1TC2B969261001817 |
| 191 | 1255968 | 1KB131L236W165034 |
| 192 | 1256189 | 5L4TF332X63020993 |
| 193 | 1256271 | 5L4TF332963016093 |
| 194 | 1256424 | 1TC2B969661310738 |
| 195 | 1266376 | 47CTCRS216C652980 |
| 196 | 1276207 | 1TC2B969761310196 |
| 197 | 1276393 | 4X4TCKD296P099424 |
| 198 | 1276458 | '1UJBJ02R761EM0241' |
| 199 | 1276573 | 1SABS02R861CK6771 |
| 200 | 1276945 | 5C1TF32226P009400 |
| 201 | 1277028 | '47CTDER246G520610' |
| 202 | 1277127 | '1UJBJ02P761EP0094' |
| 203 | 1277325 | '1EB1F322664012673' |
| 204 | 1277445 | 4YDT298256C129227 |
| 205 | 1277663 | 1NL1GTR2361045999 |
| 206 | 1277991 | 1NL1GTR2661016996 |
| 207 | 1278314 | 1NL1GTR2261017143 |
| 208 | 1278587 | 1NL1GTR2861046288 |
| 209 | 1278827 | 1NL1GTR2X61042386 |
| 210 | 1278954 | 1NL1GTR2461017340 |
| 211 | 1279177 | 1NL1GTR2161046469 |
| 212 | 1279339 | 1NL1GTR2561046541 |
| 213 | 1279724 | 1NL1GTR2861042659 |
| 214 | 1279818 | 1NL1GTR2361042701 |
| 215 | 1279995 | 1NL1GTR2161042776 |
| 216 | 1280195 | '4EZTS29216S094702' |
| 217 | 1280298 | 5CZ200R2261125147 |
| 218 | 1280716 | 1SABS02RX61CK6982 |
| 219 | 1280757 | 4X4TCKD276P099390 |
| 220 | 1281001 | '1EB1F322362491713' |
| 221 | 1281242 | '4YDT31B236E320673' |
| 222 | 1281251 | 4WYT12S2061602216 |
| 223 | 1281340 | '4EZTS32286S095457' |
| 224 | 1281399 | 4X4TCKD216P099675 |
| 225 | 1281585 | 4X4TCKD286P099480 |
| 226 | 1281683 | '1EB1F322064012510' |
| 227 | 1281824 | 5CH200R2261144219 |
| 228 | 1281943 | 4X4TSMH2X6C008970 |
| 229 | 1282161 | '1EB1F322464012459' |
| 230 | 1282623 | 4WYT02P2661711033 |
| 231 | 1285351 | 4YDT260286N129637 |
| 232 | 1287515 | '47CTDER256G521362' |
| 233 | 1287573 | '4EZTS32296S095824' |
| 234 | 1287977 | 1UJBJ02P861JY0556 |
| 235 | 1287991 | 4WYT12S2X61602269 |
| 236 | 1288514 | '4EZTS32286S116548' |

FEMA163-000040

FC-Lottie West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 237 | 1288534 | 47CTA2P266L117827 |
| 238 | 1290238 | 1NL1GTR2161083375 |
| 239 | 1290242 | 1NL1GTR2961083379 |
| 240 | 1290609 | 1NL1GTR2161052322 |
| 241 | 1290805 | 1NL1GTR2061052330 |
| 242 | 1290961 | 1NL1GTR2161078810 |
| 243 | 1292653 | 1NL1GTR2761017770 |
| 244 | 1292685 | 1NL1GTR2061042817 |
| 245 | 1293482 | 1NL1GTR2661017985 |
| 246 | 1293503 | 1NL1GTR2861018006 |
| 247 | 1294034 | 1NL1GTR2761018112 |
| 248 | 1294113 | 1NL1GTR2761018191 |
| 249 | 1294448 | 1NL1GTR2461047437 |
| 250 | 1294478 | 1NL1GTR2461018276 |
| 251 | 1294530 | 1NL1GTR2561043493 |
| 252 | 1294558 | 1NL1GTR2661043521 |
| 253 | 1294636 | 1NL1GTR2161047525 |
| 254 | 1294884 | 1NL1GTR2561018402 |
| 255 | 1294912 | 1NL1GTR2261047601 |
| 256 | 1294997 | 1NL1GTR2361018415 |
| 257 | 1295026 | 1NL1GTR2061052585 |
| 258 | 1295043 | 1NL1GTR2761052602 |
| 259 | 1295090 | 1NL1GTR2061033843 |
| 260 | 1295419 | 1NL1GTR2861052656 |
| 261 | 1296002 | 1NL1GTR2561027164 |
| 262 | 1296160 | 1NL1GTR2761027215 |
| 263 | 1296569 | 1NL1GTR2161038212 |
| 264 | 1296581 | 1NL1GTR2861038224 |
| 265 | 1296689 | 1NL1GTR2861078934 |
| 266 | 1296965 | 1NL1GTR2561034261 |
| 267 | 1297126 | 1NL1GTR2861052950 |
| 268 | 1297291 | 1NL1GTR2761034312 |
| 269 | 1297422 | 1NL1GTR2761078990 |
| 270 | 1297462 | 1NL1GTR2061068284 |
| 271 | 1297585 | 1NL1GTR2461034378 |
| 272 | 1298365 | 1NL1GTR2261002951 |
| 273 | 1298522 | 1NL1GTR2761003108 |
| 274 | 1298580 | 1NL1GTR2X61003166 |
| 275 | 1298759 | 1NL1GTR2X61003345 |
| 276 | 1298777 | 1NL1GTR2161003363 |
| 277 | 1298912 | 1NL1GTR2261003498 |
| 278 | 1298947 | 1NL1GTR2061003533 |
| 279 | 1298967 | 1NL1GTR2661003553 |
| 280 | 1299693 | 1NL1GTR2861027692 |
| 281 | 1299806 | 1NL1GTR2561053201 |
| 282 | 1299949 | 1NL1GTR2161038694 |
| 283 | 1302711 | '1EB1F322962491781' |

FEMA163-000041

FC-Lottie West

|  | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 284 | 1303507 | 1PAT64Z276P006118 |
| 285 | 1303599 | '1EB1F322362491775' |
| 286 | 1303628 | 4X4TWDH256T133802 |
| 287 | 1304161 | '1EB1C302266011830' |
| 288 | 1304331 | '1UJBJ02N061ES0300' |
| 289 | 1304454 | '1SE200P216H000432' |
| 290 | 1304456 | 5CH200R2161144311 |
| 291 | 1304635 | '4EZTS28285S116372' |
| 292 | 1304723 | '1UJBJ02P961EN0610' |
| 293 | 1304759 | 1TC2B9690061509882 |
| 294 | 1304805 | '1EB1F322164012788' |
| 295 | 1305063 | '1UJBJ02R561EM1002' |
| 296 | 1305114 | '1EB1F322362491985' |
| 297 | 1305268 | 1TC2B9692615099799 |
| 298 | 1305433 | 47CTA2P2X6L118026 |
| 299 | 1305743 | '4YDT29B295E314022' |
| 300 | 1305805 | 4UBAS0R2361D48166 |
| 301 | 1306062 | '4EZTS32276S094834' |
| 302 | 1306381 | '1EB1F322762315229' |
| 303 | 1306935 | 4WYT06M2561404643 |
| 304 | 1307050 | 4X4TCKD286P005050 |
| 305 | 1307302 | 1TC2D9698661509905 |
| 306 | 1307340 | '1EB1F322064012815' |
| 307 | 1307418 | 5C1RJ332X6P009636 |
| 308 | 1312568 | '1EB1F322162491869' |
| 309 | 1312664 | 4X4TSMH216T104485 |
| 310 | 1312697 | 5CZ200R2161125351 |
| 311 | 1312788 | 1UJBJ02P761JN0562 |
| 312 | 1312841 | 47CTCRS216C653109 |
| 313 | 1312998 | 47CTD2P206M424850 |
| 314 | 1313041 | 4X4TTHG206M007715 |
| 315 | 1313056 | '1EB1F322962315104' |
| 316 | 1313679 | '1UJBJ02P161EP0527' |
| 317 | 1313681 | 4CJ1F322461505105 |
| 318 | 1314181 | 5C1TZ31266P009859 |
| 319 | 1314224 | 5C1TZ31296P009869 |
| 320 | 1314407 | 5CH200R2361144424 |
| 321 | 1314505 | 5C1RG29286P009697 |
| 322 | 1314582 | 1TC2B9692661101404 |
| 323 | 1314863 | '1UJBJ02R051EL0567' |
| 324 | 1314876 | '1EB1F322X62315337' |
| 325 | 1315034 | 47CTD2N276M425366 |
| 326 | 1315159 | '1SE200P246H000487' |
| 327 | 1315297 | 4CJ1F322265342754 |
| 328 | 1315550 | '1UJBJ02P161EP0446' |
| 329 | 1315583 | 4CJ1F322X65343070 |
| 330 | 1315653 | '1EB1F322162492164' |

FEMA163-000042

FC-Lottie West

|   | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 331 | 1315682 | 4CJ1F322965342850 |
| 332 | 1315858 | 4CJ1F322365342925 |
| 333 | 1316254 | 4CJ1F322965343092 |
| 334 | 1316290 | 5CH200R2161144468 |
| 335 | 1316528 | 4CJ1F322765342846 |
| 336 | 1317228 | '1EB1F322362315017' |
| 337 | 1317399 | '1EB1F322062492320' |
| 338 | 1325723 | 5CZ200R2661119884 |
| 339 | 1325980 | 5CH200R2661144577 |
| 340 | 1326609 | 5CH200R2161144700 |
| 341 | 1337500 | 4V0TC32266D002279 |
| 342 | 1337532 | 4V0TC32256D002287 |
| 343 | 1337851 | 4V0TC32296D002163 |
| 344 | 1337903 | 4V0TC31236F000351 |
| 345 | 1338050 | 4V0TC27286D002366 |
| 346 | 1338090 | '4X4TSME216M070188' |
| 347 | 1338413 | '5M6TE27276S003396' |
| 348 | 1338492 | 1TC2B3757661100922 |
| 349 | 1342909 | 4X4TWDC206A238783 |
| 350 | 1342981 | 4XTTN30246C264443 |
| 351 | 1343027 | 4CJ1F322766504727 |
| 352 | 1343097 | 5L4TF332563025745 |
| 353 | 1343099 | 4WYT12S2761602987 |
| 354 | 1343309 | 5L4TF332X63025675 |
| 355 | 1343335 | 4CJ1F322966504812 |
| 356 | 1343494 | 4WYT32P2361502419 |
| 357 | 1344266 | '1UJBJ02PX61EP1367' |
| 358 | 1344286 | 5C1RZ31286P010182 |
| 359 | 1344411 | 4V0TC31266F000750 |
| 360 | 1344535 | '1UJBJ02P861EP1481' |
| 361 | 1344820 | 4V0TC31256F000884 |
| 362 | 1345080 | 5CZ200P2161128186 |
| 363 | 1345195 | 4YDT260276N132094 |
| 364 | 1345210 | '1UJBJ02P561EP1504' |
| 365 | 1345240 | 5C1TH29236P010081 |
| 366 | 1345554 | 4YDT260286N132489 |
| 367 | 1345617 | 4YDT260266N132314 |
| 368 | 1345641 | '1SE200P256H000546' |
| 369 | 1345644 | '1UJBJ02P261EP1203' |
| 370 | 1345987 | '1SE200P296H000548' |
| 371 | 1345989 | 5CZ200P2461127050 |
| 372 | 1346557 | '1UJBJ02P661EP1222' |
| 373 | 1346586 | 1C9BT30246K996025 |
| 374 | 1346597 | '1UJBJ02P361EP1260' |
| 375 | 1346601 | 47CTD2N286M425702 |
| 376 | 1346720 | 5L4TF332863019860 |
| 377 | 1346752 | 4V0TC31286F000250 |

FEMA163-000043

FC-Lottie West

|     | A | B |
| --- | --- | --- |
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 378 | 1346786 | 4V0TC31246F000407 |
| 379 | 1346834 | 5L4TF332X63019777 |
| 380 | 1347110 | '1UJBJ02P261EP1377' |
| 381 | 1347148 | 4WYT12S2361603666 |
| 382 | 1347158 | 4V0TC31276F000742 |
| 383 | 1347177 | '1UJBJ02P861EP1366' |
| 384 | 1347345 | 4WYT12S2X61603583 |
| 385 | 1347350 | 4YDT291286A227240 |
| 386 | 1347372 | 4WYT12S2461603479 |
| 387 | 1347390 | 4CJ1F322166505274 |
| 388 | 1347584 | 1NL1GTR2961053248 |
| 389 | 1348028 | 1NL1GTR2061078541 |
| 390 | 1348240 | 1NL1GTR2361068571 |
| 391 | 1348384 | 1NL1GTR2961053363 |
| 392 | 1348443 | 1NL1GTR2761084255 |
| 393 | 1348599 | 1NL1GTR2361038891 |
| 394 | 1348654 | 1NL1GTR2161053390 |
| 395 | 1348999 | 1NL1GTR2861068713 |
| 396 | 1349046 | 1NL1VTR2961053448 |
| 397 | 1349110 | 1NL1GTR2361084320 |
| 398 | 1349134 | 1NL1GTR2461027995 |
| 399 | 1349199 | 1NL1GTR2261034959 |
| 400 | 1349432 | 1NL1GTR2661034981 |
| 401 | 1349440 | 1NL1GTR2061034989 |
| 402 | 1349494 | 1NL1VTR2161053511 |
| 403 | 1349506 | 1NL1VTR2861053523 |
| 404 | 1349695 | 1NL1GTR2661060048 |
| 405 | 1349834 | 1NL1GTR2961068820 |
| 406 | 1349946 | 1NL1VTR2061053578 |
| 407 | 1349979 | 1NL1VTR2561053611 |
| 408 | 1350001 | 1NL1GTR2061018419 |
| 409 | 1350043 | 1NL1GTR2X61018461 |
| 410 | 1350049 | 1NL1GTR2061018467 |
| 411 | 1350422 | 1NL1GTR2461043789 |
| 412 | 1350816 | 1NL1GTR2961018693 |
| 413 | 1350822 | 1NL1GTR2X61018699 |
| 414 | 1350873 | 1NL1GTR2761043964 |
| 415 | 1351133 | 1NL1VTR2961044054 |
| 416 | 1351216 | 1NL1VTR2961048041 |
| 417 | 1351254 | 1NL1GTR2861018829 |
| 418 | 1351297 | 1NL1VTR2061044122 |
| 419 | 1351348 | 1NL1VTR2061048073 |
| 420 | 1351380 | 1NL1VTR2961048105 |
| 421 | 1351395 | 1NL1VTR2561048120 |
| 422 | 1351435 | 1NL1VTR2X61044161 |
| 423 | 1351520 | 1NL1GTR2X61018895 |
| 424 | 1351589 | 1NL1GTR2861018913 |

FC-Lottie West

|     | A | B |
| --- | --- | --- |
| 1 | BARCODE ID | SERIAL NUMBER |
| 425 | 1351660 | 1NL1VTR2961048184 |
| 426 | 1351705 | 1NL1VTR2561048229 |
| 427 | 1351814 | 1NL1GTR2661018988 |
| 428 | 1351816 | 1NL1GTR2461018990 |
| 429 | 1352074 | 1NL1VTR2X61044368 |
| 430 | 1352324 | 1NL1GTR2161019188 |
| 431 | 1352354 | 1NL1GTR2661019218 |
| 432 | 1352656 | 1NL1VTR2X61060151 |
| 433 | 1353293 | 1NL1VTR2861053716 |
| 434 | 1353295 | 1NL1VTR2161053718 |
| 435 | 1354257 | 1NL1VTR2161060359 |
| 436 | 1354259 | 1NL1VTR2X61060361 |
| 437 | 1354325 | 1NL1VTR2161064458 |
| 438 | 1354410 | 1NL1VTR2861064523 |
| 439 | 1354624 | 1NL1VTR2261053890 |
| 440 | 1354668 | 1NL1VTR2161084645 |
| 441 | 1354699 | 1NL1VTR2761060477 |
| 442 | 1354797 | 1NL1GTR2061028450 |
| 443 | 1354830 | 1NL1VTR2061053919 |
| 444 | 1354923 | 1NL1VTR2761060513 |
| 445 | 1354969 | 1NL1VTR2961060559 |
| 446 | 1355070 | 1NL1GTR2161028540 |
| 447 | 1355110 | 1NL1VTR2361060573 |
| 448 | 1355123 | 1NL1VTR2161060586 |
| 449 | 1355382 | 1NL1VTR2361060640 |
| 450 | 1355386 | 1NL1VTR2061060644 |
| 451 | 1355446 | 1NL1VTR2161064735 |
| 452 | 1355525 | 1NL1VTR2761084777 |
| 453 | 1355679 | 1NL1GTR2861028633 |
| 454 | 1355783 | 1NL1GTR2161028683 |
| 455 | 1356034 | 1NL1VTR2661060776 |
| 456 | 1356130 | 1NL1VTR2761064903 |
| 457 | 1356179 | 1NL1VTR2461084879 |
| 458 | 1356196 | 1NL1VTR2361054160 |
| 459 | 1356317 | 1NL1VTR2261064923 |
| 460 | 1356323 | 1NL1VTR2361064929 |
| 461 | 1356360 | 1NL1VTR2261084914 |
| 462 | 1356384 | 1NL1VTR2361054207 |
| 463 | 1356489 | 1NL1VTR2361060895 |
| 464 | 1356501 | 1NL1VTR2661060907 |
| 465 | 1356519 | 1NL1VTR2661064956 |
| 466 | 1356734 | 1NL1GTR2461028824 |
| 467 | 1356900 | 1NL1VTR2261054327 |
| 468 | 1356907 | 1NL1VTR2X61054334 |
| 469 | 1357003 | 1NL1VTR2361084971 |
| 470 | 1357223 | 1NL1VTR2861065199 |
| 471 | 1358119 | 1NL1VTR2761044781 |

FEMA163-000045

## FC-Lottie West

|  | A | B |
|---|---|---|
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 472 | 1358204 | 1NL1VTR2361044826 |
| 473 | 1358663 | 1NL1VTR2561090044 |
| 474 | 1358770 | 1NL1VTR2X61090086 |
| 475 | 1359086 | 1NL1VTR2661090361 |
| 476 | 1359097 | 1NL1VTR2061090372 |
| 477 | 1360000 | 1NL1VTR2661065234 |
| 478 | 1360271 | 1NL1VTR2461061196 |
| 479 | 1360313 | 1NL1VTR2561061238 |
| 480 | 1360443 | 1NL1VTR2361085201 |
| 481 | 1360569 | 1NL1VTR2561061370 |
| 482 | 1360646 | 1NL1VTR2461085255 |
| 483 | 1372913 | '1F9BE30256F309341' |
| 484 | 1372948 | 5CZ200P2361127203 |
| 485 | 1373004 | 4CJ1F322164015140 |
| 486 | 1373166 | 5CZ200P2161128494 |
| 487 | 1373270 | 5CZ200P2761128452 |
| 488 | 1373294 | 4CJ1F322262316608 |
| 489 | 1373307 | 4CJ1F322964015161 |
| 490 | 1373596 | 5CZ200P2361127329 |
| 491 | 1373772 | 4V0TC31236F001208 |
| 492 | 1373795 | 4CJ1F322062493545 |
| 493 | 1373838 | 5CZ200P2161127331 |
| 494 | 1373989 | 4CJ1F322X62493651 |
| 495 | 1374243 | 4CJ1F322164015459 |
| 496 | 1375504 | 4CJ1F322162900028 |
| 497 | 1375724 | 4CJ1F322265343807 |
| 498 | 1375744 | 4CJ1F322966013690 |
| 499 | 1382768 | '2EA1D3220665O3894' |
| 500 | 1382832 | '1F9BE30296F309360' |
| 501 | 1461626 | 1TC2B9691613112 77 |
| 502 |  |  |
| 503 |  |  |
| 504 |  |  |
| 505 |  |  |
| 506 |  |  |
| 507 |  |  |
| 508 |  |  |
| 509 |  |  |
| 510 |  |  |
| 511 |  |  |
| 512 |  |  |
| 513 |  |  |
| 514 |  |  |
| 515 |  |  |
| 516 |  |  |
| 517 |  |  |
| 518 |  |  |

FC-Lottie West

|     | A | B |
| --- | --- | --- |
| 1 | **BARCODE ID** | **SERIAL NUMBER** |
| 519 | | |
| 520 | | |
| 521 | | |
| 522 | | |

FEMA163-000047