FC-Purvis, MS Central

|    | A | B |
|----|---|---|
| 1  | **Purvis THU DOJ Units (500)** | |
| 2  | BARCODE | VIN |
| 3  | 145174 | 1NL1GTR2251069225 |
| 4  | 177162 | 4X4TWDM275J045494 |
| 5  | 728234 | 4X4TWDH245R333940 |
| 6  | 729437 | 4WYT12N2751601123 |
| 7  | 1038918 | 1EB1F322X54008415 |
| 8  | 1039048 | 1EB1F322252813756 |
| 9  | 1040699 | 1TC2B063X53001039 |
| 10 | 1041454 | 1NL1GTR2X51021780 |
| 11 | 1041542 | 1NL1GTR2251065501 |
| 12 | 1054058 | 1EB1T322856009687 |
| 13 | 1056849 | 1TC2B154663000892 |
| 14 | 1056888 | 4YDT294246B065144 |
| 15 | 1059168 | 1EF1B352855340028 |
| 16 | 1059445 | 4X4TSMC245A293960 |
| 17 | 1105893 | 1NL1GTR2661022846 |
| 18 | 1106107 | 1NL1GTR2461066232 |
| 19 | 1110176 | 1NL1GTR2661074655 |
| 20 | 1110469 | 1NL1GTR2561074808 |
| 21 | 1113378 | 1NL1GTR2861014876 |
| 22 | 1114223 | 1NL1GTR2261023783 |
| 23 | 1114979 | 1NL1GTR2961023926 |
| 24 | 1115727 | 1NL1GTR2661035273 |
| 25 | 1118523 | 1NL1GTR2161082243 |
| 26 | 1119878 | 1NL1GTR2961024705 |
| 27 | 1119945 | 1NL1GTR2761077452 |
| 28 | 1121250 | 1NL1GTR2561031859 |
| 29 | 1123586 | 1NL1GTR2561036074 |
| 30 | 1142547 | 4YDT291256L609746 |
| 31 | 1142569 | 4V0TC32266D001603 |
| 32 | 1142708 | 1TC2B222553001121 |
| 33 | 1143182 | 4X4TWDG286A237648 |
| 34 | 1144049 | 1TC2B154463000888 |
| 35 | 1144083 | 4YDT26R235G911417 |
| 36 | 1144094 | 1PAT64Z225P003822 |
| 37 | 1144153 | 4YDT25R245G912747 |
| 38 | 1144180 | 47CTD9P215M422094 |
| 39 | 1144220 | 4YDT295225C122285 |
| 40 | 1144252 | 1TV2B297266100598 |
| 41 | 1144285 | 1UJBJ02N451JP0393 |
| 42 | 1144290 | 4WY200N2231083275 |
| 43 | 1144301 | 4X4TWDH296J046643 |
| 44 | 1144303 | 4CF1B292452814202 |
| 45 | 1144564 | 4X4TSMC225R392925 |
| 46 | 1144588 | 1EA1B312X64010555 |
| 47 | 1144701 | 1SN200M235F001564 |
| 48 | 1144721 | 4YDT291235L609274 |
| 49 | 1144782 | 1UJBJ02R261EJ0600 |
| 50 | 1144848 | 4EZTS31295S017429 |
| 51 | 1144870 | 5CZ200R2061118326 |
| 52 | 1144989 | 4YDT298276C127172 |
| 53 | 1145024 | 4YDT243236B065060 |

FEMA163-000139

FC-Purvis, MS Central

|    | A | B |
|----|---|---|
| 1  | Purvis THU DOJ Units (500) | |
| 2  | BARCODE | VIN |
| 54 | 1145042 | 1EB1T272156010411 |
| 55 | 1145059 | 4WYT12S2561601711 |
| 56 | 1145101 | 4YDT253276N125359 |
| 57 | 1145119 | 4YDT261255L607265 |
| 58 | 1145154 | 1PAT64Z296P004595 |
| 59 | 1145166 | 1SN200R225F000494 |
| 60 | 1145211 | 1SN200R245F000805 |
| 61 | 1146910 | 1UJBJ02N651EU1070 |
| 62 | 1152591 | 47CTD9N255M422151 |
| 63 | 1152648 | 4UBAS0M2561K70395 |
| 64 | 1152697 | 1EF1B302155340072 |
| 65 | 1152735 | 4CK1R292252814065 |
| 66 | 1152788 | 47CTA1P265L113771 |
| 67 | 1152820 | 4YDT31R296J462605 |
| 68 | 1152827 | 1PAT80Y2X5M006537 |
| 69 | 1152832 | 1NL1GTR2551070515 |
| 70 | 1152875 | 1TC2B027841203459 |
| 71 | 1152887 | 4YDT266286N127722 |
| 72 | 1152890 | 4YDT298206C126459 |
| 73 | 1152908 | 4X4TFLG2X6D809201 |
| 74 | 1152969 | 4X4TSME235A293512 |
| 75 | 1153159 | 4YDT303286A225512 |
| 76 | 1153279 | 1UJBJ02N051EU0755 |
| 77 | 1153307 | 1NL1GTM2761072601 |
| 78 | 1153409 | 4X4TSVB296L006657 |
| 79 | 1153447 | 4X4TWDE266A236968 |
| 80 | 1153502 | 1NL1XTN2861013331 |
| 81 | 1153585 | 1SL200P234F001566 |
| 82 | 1153593 | 1EF1C312166011220 |
| 83 | 1153709 | 4EZTS29266S094551 |
| 84 | 1153764 | 4X4TPUF226P006224 |
| 85 | 1153823 | 4YDT303226A225585 |
| 86 | 1153977 | 4YDT303226A225599 |
| 87 | 1154083 | 1TC2B153563001331 |
| 88 | 1154181 | 1UJBJ02P551EN1994 |
| 89 | 1154224 | 5CH200R2261143846 |
| 90 | 1154271 | 4YDT303276A225615 |
| 91 | 1154283 | 4YDT31B206E320288 |
| 92 | 1154307 | 4V0TC28215B006378 |
| 93 | 1154428 | 4X4TWDG236A237721 |
| 94 | 1154556 | 1NL1GTP2151062916 |
| 95 | 1154601 | 1NL1GTL2761072146 |
| 96 | 1154632 | 4YDT291236L611267 |
| 97 | 1154745 | 4X4TSVV256L007283 |
| 98 | 1154756 | 5SFBT30256E001184 |
| 99 | 1154910 | 47CTDES286G520426 |
| 100 | 1154961 | 4X4TSVV286L007293 |
| 101 | 1154973 | 1UJBJ02R061EM0209 |
| 102 | 1160673 | 4X4TSAF295J018644 |
| 103 | 1161491 | 4YDT269276K127238 |
| 104 | 1161549 | 4YDT294265K061448 |

FEMA163-000140

FC-Purvis, MS Central

|   | A | B |
|---|---|---|
| 1 | Purvis THU DOJ Units (500) | |
| 2 | BARCODE | VIN |
| 105 | 1161721 | 1UJBJ02R761EL0406 |
| 106 | 1161751 | 5CH200R2761143941 |
| 107 | 1161767 | 1UJBJ02R561EL0386 |
| 108 | 1161769 | 5CH200R2561143940 |
| 109 | 1161968 | 4WYT34P2861207988 |
| 110 | 1161981 | 1UJBJ02R661EL0509 |
| 111 | 1162060 | 47CTD2P246M424480 |
| 112 | 1162068 | 4X4TWDG286A237827 |
| 113 | 1162072 | 4X4TWDG216A237989 |
| 114 | 1162088 | 4X4TWDG226A237984 |
| 115 | 1162144 | 4WYT34P2761207951 |
| 116 | 1165069 | 4X4TSMF206A295170 |
| 117 | 1165105 | 1TC2B073361502415 |
| 118 | 1165112 | 4CF1F272864010739 |
| 119 | 1165131 | 1UJBJ02P361JY0190 |
| 120 | 1165142 | 1EF1F252355340002 |
| 121 | 1165186 | 4X4TWDN216A236800 |
| 122 | 1165212 | 1SABS02P561DC1315 |
| 123 | 1165222 | 4YDT2592X6A224238 |
| 124 | 1165269 | 4YDT373216C126205 |
| 125 | 1165283 | 1UJBJ02M751JS0191 |
| 126 | 1165326 | 4X4TCKD266P099302 |
| 127 | 1165329 | 4X4TWDF296A236672 |
| 128 | 1165338 | 4X4TSMH226J029985 |
| 129 | 1165357 | 1TC2B373666100778 |
| 130 | 1165391 | 1TC2B074663000592 |
| 131 | 1165429 | 5L4TP272063013133 |
| 132 | 1165441 | 4X4TSMC255R393485 |
| 133 | 1165491 | 1TC2B068551503061 |
| 134 | 1165539 | 1EC1F272065341572 |
| 135 | 1165592 | 4X4TCKP286P097692 |
| 136 | 1165609 | 1SABS02NX62KN4415 |
| 137 | 1165666 | 5CZ200R2651117826 |
| 138 | 1165687 | 4YDT295205C122284 |
| 139 | 1165747 | 1TC2B063261502231 |
| 140 | 1165748 | 1EC1F272564010234 |
| 141 | 1165807 | 5CH200R2961143729 |
| 142 | 1165826 | 4YDT303266A225556 |
| 143 | 1165892 | 4X4TCKD2X6P099335 |
| 144 | 1165913 | 5M6TE31225S001971 |
| 145 | 1165924 | 4YDT281255C120191 |
| 146 | 1165967 | 47CTA2P275L112831 |
| 147 | 1166045 | 47CTA1P2863116107 |
| 148 | 1166080 | 47CTS3N295L113744 |
| 149 | 1166111 | 4X4TCKD246P099279 |
| 150 | 1166112 | 1TC2B028941204631 |
| 151 | 1166230 | 1TC2B334X66100846 |
| 152 | 1166303 | 1EB1T232156008552 |
| 153 | 1166336 | 47CTA2P225L114308 |
| 154 | 1166358 | 4X4TFLG256D809929 |
| 155 | 1166367 | 1EF1C312866011246 |

FC-Purvis, MS Central

|     | A | B |
|-----|---|---|
| 1   | **Purvis THU DOJ Units (500)** | |
| 2   | **BARCODE** | **VIN** |
| 156 | 1166387 | 1EB1T272656009593 |
| 157 | 1166442 | 4UBAS0P2661A71130 |
| 158 | 1166446 | 4YDT31B206E320243 |
| 159 | 1166475 | 4X4TCKD276P099311 |
| 160 | 1166512 | 5L4TP272763013145 |
| 161 | 1166632 | 4YDT31B206E320209 |
| 162 | 1166678 | 4X4TWDH266P194536 |
| 163 | 1166685 | 1EF1C282X66011555 |
| 164 | 1166742 | 4WYT02P2X51203047 |
| 165 | 1166821 | 1TC2B222451509334 |
| 166 | 1166839 | 5CZ200R2761118520 |
| 167 | 1166848 | 1EB1B302364011088 |
| 168 | 1166948 | 1TC2B222751509330 |
| 169 | 1166984 | 4EZTS292X6S094410 |
| 170 | 1167027 | 4X4TSMF205J014578 |
| 171 | 1167077 | 4YDT303246A224809 |
| 172 | 1167111 | 4YDT303246A225555 |
| 173 | 1167131 | 1EF1C282766011562 |
| 174 | 1167192 | 4YDT291236L611236 |
| 175 | 1167241 | 4YDT30R216G919043 |
| 176 | 1167344 | 5L0RS28296T000597 |
| 177 | 1167470 | 4YDT307215A219334 |
| 178 | 1173046 | 4X4TWDE226J047265 |
| 179 | 1173077 | 4X4TWDE206J047264 |
| 180 | 1173877 | 1TC2B969961308255 |
| 181 | 1173882 | 1TC2B969961308269 |
| 182 | 1174202 | 1TC2B969961308398 |
| 183 | 1192521 | 4YDT291216L610845 |
| 184 | 1192569 | 4V0TC30296B007278 |
| 185 | 1192598 | 4X4TSVV206L007269 |
| 186 | 1192717 | 4X4TWDG236A237699 |
| 187 | 1192764 | 4YDT291236L611284 |
| 188 | 1192844 | 1UJBJ02R561EM0495 |
| 189 | 1192862 | 47CTS5P286L116547 |
| 190 | 1192875 | 47CTS5P226L116513 |
| 191 | 1192939 | 4V0TC32276D001951 |
| 192 | 1192942 | 4YDT291276L611272 |
| 193 | 1192976 | 1SABS02R962CK6286 |
| 194 | 1193053 | 1S4BT272253013323 |
| 195 | 1193065 | 4X4TRLC266D089120 |
| 196 | 1193067 | 4YDT2952X6N128891 |
| 197 | 1193140 | 4V0TC322X6D001930 |
| 198 | 1193239 | 4X4TCKD296P100300 |
| 199 | 1193266 | 47CTDER266G520494 |
| 200 | 1193281 | 4X4TCKD266P100299 |
| 201 | 1193300 | 4X4TRLC206D089050 |
| 202 | 1193309 | 4EZTS32256S094542 |
| 203 | 1193406 | 4X4TWDE276J047021 |
| 204 | 1193557 | 47CTDER2X6G520269 |
| 205 | 1193564 | 4YDT291296L611273 |
| 206 | 1193565 | 4X4TRLC236D089110 |

FEMA163-000142

FC-Purvis, MS Central

|     | A | B |
|-----|---|---|
| 1   | Purvis THU DOJ Units (500) | |
| 2   | **BARCODE** | **VIN** |
| 207 | 1193586 | 4X4TRLC2X6D089198 |
| 208 | 1193597 | 5CH200R2361143886 |
| 209 | 1193626 | 5CZ200R2461118541 |
| 210 | 1193706 | 47CTS5P286L116483 |
| 211 | 1193760 | 47CTDER226G520279 |
| 212 | 1193789 | 1ECIF302X55340217 |
| 213 | 1193819 | 1EA1D322964284757 |
| 214 | 1193826 | 4X4TRLC246D089228 |
| 215 | 1193871 | 4YDT30R206G919227 |
| 216 | 1193969 | 1SABS02R861CK6320 |
| 217 | 1193970 | 5C1TD33286P009292 |
| 218 | 1193986 | 47CTFEP216M424349 |
| 219 | 1194036 | 1SABS02R461CK6329 |
| 220 | 1194091 | 4X4TRLC266D089246 |
| 221 | 1194176 | 4X4TSMC286R394261 |
| 222 | 1194228 | 4YDT31B246E320388 |
| 223 | 1194281 | 47CTFEP266M424346 |
| 224 | 1194375 | 1SABS02R461CK6346 |
| 225 | 1194456 | 4X4TSMC286R394258 |
| 226 | 1194457 | 4V0TC32246D001972 |
| 227 | 1194541 | 4WYT02K2751206091 |
| 228 | 1194902 | 1SABS02R662CK6357 |
| 229 | 1197575 | 47CTDES236G520477 |
| 230 | 1197596 | 4EZTS322X6S094682 |
| 231 | 1197605 | 4EZTS32246S094645 |
| 232 | 1197618 | 4YDT296216C129065 |
| 233 | 1197631 | 4V0TC32236D002031 |
| 234 | 1197724 | 1EB1F322365341986 |
| 235 | 1197749 | 47CTDES226G520437 |
| 236 | 1197754 | 4YDT296266C129062 |
| 237 | 1197781 | 4YDT303216A225528 |
| 238 | 1197810 | 4V0TC322X6D002009 |
| 239 | 1197813 | 4V0TC32276D002016 |
| 240 | 1197821 | 4V0TC32296D002003 |
| 241 | 1197847 | 4EZTS32226S094644 |
| 242 | 1197850 | 4EZTS32246S094662 |
| 243 | 1197864 | 1NL1GTR2261075852 |
| 244 | 1197867 | 1SABS02R861CK6639 |
| 245 | 1197879 | 1TC2B969X61305607 |
| 246 | 1197891 | 4X4TWDF296J046970 |
| 247 | 1198009 | 1SH200M295F000955 |
| 248 | 1198033 | 4X4TWDF226J047085 |
| 249 | 1198040 | 5L0RS28246T000667 |
| 250 | 1198165 | 4EZTS32256S094671 |
| 251 | 1198206 | 1EA1F302964284660 |
| 252 | 1198234 | 4YDT296276C129054 |
| 253 | 1198261 | 4X4TPUF286P006230 |
| 254 | 1198331 | 1UJBJ02M161JS0107 |
| 255 | 1198384 | 4YDT303206P225341 |
| 256 | 1198442 | 47CTDER236G520551 |
| 257 | 1198753 | 4YDT303216P225414 |

FEMA163-000143

FC-Purvis, MS Central

|   | A | B |
|---|---|---|
| 1 | **Purvis THU DOJ Units (500)** | |
| 2 | **BARCODE** | **VIN** |
| 258 | 1199158 | 4X4TWDF246J046973 |
| 259 | 1199209 | 47CTDES226G520535 |
| 260 | 1199238 | 4YDT303276P225403 |
| 261 | 1199327 | 4X4TPUF236P006166 |
| 262 | 1199414 | 47CTD2N216M424455 |
| 263 | 1199444 | 4YDT295286N128873 |
| 264 | 1199458 | 47CTDES206G520579 |
| 265 | 1199474 | 1SABS02R061CM6917 |
| 266 | 1199490 | 4YDT296286C129130 |
| 267 | 1200408 | 47CTD2N2X6M424535 |
| 268 | 1200412 | 47CTDER216G520659 |
| 269 | 1200641 | 1SABS02R561CM6928 |
| 270 | 1200656 | 47CTDER286G520688 |
| 271 | 1200694 | 47CTDER276G520651 |
| 272 | 1200795 | 5SFBT30236E001393 |
| 273 | 1201450 | 4YDT303296P225452 |
| 274 | 1201650 | 4X4TCKD216P099868 |
| 275 | 1226017 | 1TC2B969263002552 |
| 276 | 1228447 | 1SABS02R361CM6877 |
| 277 | 1232106 | 4WYT02P2861709736 |
| 278 | 1232506 | 1UJBJ02N761ES0228 |
| 279 | 1232939 | 4X4TCKD226P099880 |
| 280 | 1233114 | 1SABS02R161CK6689 |
| 281 | 1233174 | 4YDT31F246E318649 |
| 282 | 1233366 | 4X4TCKD266P099347 |
| 283 | 1233528 | 4X4TCKD296P099939 |
| 284 | 1233640 | 4X4TCKD236P099984 |
| 285 | 1233703 | 4X4TSMC276R394347 |
| 286 | 1233833 | 4X4TSMH266J030380 |
| 287 | 1233996 | 47CTCRS296C653293 |
| 288 | 1234067 | 47CTCRS236C653287 |
| 289 | 1234090 | 5L0RS28286T000686 |
| 290 | 1234141 | 5L0RS28266T000685 |
| 291 | 1234205 | 5L0RS282X6T000690 |
| 292 | 1234339 | 5L0RS28256T000693 |
| 293 | 1234383 | 4YDT298296C129277 |
| 294 | 1234424 | 4V0TC30276B007621 |
| 295 | 1234668 | 4X4TSMG206A295541 |
| 296 | 1234707 | 4X4TCKD216P100002 |
| 297 | 1234851 | 1TC2B222151509968 |
| 298 | 1234991 | 1UJBJ02RX61EM0721 |
| 299 | 1240142 | 1UJBJ02R361EL0578 |
| 300 | 1240189 | 4UBAS0R2861D71961 |
| 301 | 1240260 | 4YDT29B206G920203 |
| 302 | 1240301 | 1UJBJ02RX61EL0576 |
| 303 | 1240332 | 1TC2B331666100896 |
| 304 | 1240356 | 4UBAS0R2461D71892 |
| 305 | 1240428 | 1SABS02R561CK6887 |
| 306 | 1240461 | 1UJBJ02R761EM0644 |
| 307 | 1240559 | 4X4TTHG256M007368 |
| 308 | 1240629 | 4X4TSVV256L007493 |

FC-Purvis, MS Central

|     | A | B |
| --- | --- | --- |
| 1 | Purvis THU DOJ Units (500) | |
| 2 | BARCODE | VIN |
| 309 | 1240679 | 1UJBJ02R161EM0767 |
| 310 | 1240680 | 1UJBJ02R561EM0772 |
| 311 | 1240694 | 1SABS02R562CK6530 |
| 312 | 1240731 | 1UJBJ02R261EJ0886 |
| 313 | 1240752 | 4X4TSVV226L007502 |
| 314 | 1240772 | 4X4TSVV236L007492 |
| 315 | 1240808 | 1TC2B969463001872 |
| 316 | 1240840 | 1SABS02R361CK7004 |
| 317 | 1240893 | 4X4TWDE216J047032 |
| 318 | 1240900 | 4YDT29B246G920219 |
| 319 | 1241043 | 4X4TSVV286L007486 |
| 320 | 1241058 | 1TC2B969363001880 |
| 321 | 1241082 | 4V0TC31256B008037 |
| 322 | 1241097 | 1UJBJ02R961EJ0738 |
| 323 | 1241173 | 4YDT303256A225502 |
| 324 | 1241381 | 1SE200P266F001281 |
| 325 | 1241461 | 1EF1B302964012373 |
| 326 | 1241468 | 1UJBJ02R161EJ0815 |
| 327 | 1241538 | 1UJBJ02R561EJ0753 |
| 328 | 1241589 | 1UJBJ02P761EN1044 |
| 329 | 1241611 | 1UJBJ02R661EM0909 |
| 330 | 1241657 | 47CTD2N246M425129 |
| 331 | 1241658 | 47CTFMR226P614554 |
| 332 | 1241671 | 1UJBJ02N961EF1203 |
| 333 | 1241687 | 47CTFMR276P614548 |
| 334 | 1241723 | 1UJBJ02R161EJ0748 |
| 335 | 1241896 | 4V0TC30236D002212 |
| 336 | 1241936 | 1TC2B969863001907 |
| 337 | 1241983 | 4YDT307216A225684 |
| 338 | 1241985 | 5L4TF332963014683 |
| 339 | 1241988 | 1KB131L216W162956 |
| 340 | 1242092 | 1TC2B153561508919 |
| 341 | 1242108 | 5L4TF332863015257 |
| 342 | 1242144 | 1TC2B153161508982 |
| 343 | 1242430 | 5L0RS28206T000746 |
| 344 | 1242441 | 2EB1F322866503356 |
| 345 | 1242525 | 1TC2B969561307815 |
| 346 | 1242533 | 47CTA2P256L117883 |
| 347 | 1242837 | 4EZTS32266S116564 |
| 348 | 1242849 | 4EZTS32226S116660 |
| 349 | 1242873 | 1TC2B153861508963 |
| 350 | 1242899 | 5L4TF332X63016278 |
| 351 | 1242936 | 5L0RS28276T000744 |
| 352 | 1242967 | 5L0RS282X6T000799 |
| 353 | 1243068 | 1SE200P256F001322 |
| 354 | 1243083 | 4EZTS32226S116674 |
| 355 | 1243157 | 4EZTS32246S116661 |
| 356 | 1243178 | 1UJBJ02P961EP0307 |
| 357 | 1243264 | 1SABS02R061CK6957 |
| 358 | 1243393 | 47CTA2P276L117982 |
| 359 | 1243395 | 1EB1B282965342671 |

FC-Purvis, MS Central

|   | A | B |
|---|---|---|
| 1 | **Purvis THU DOJ Units (500)** | |
| 2 | **BARCODE** | **VIN** |
| 360 | 1243454 | 4X4TFLE286D810673 |
| 361 | 1243474 | 5L0RS28206T000794 |
| 362 | 1243543 | 4V0TC31246F000441 |
| 363 | 1243598 | 5SFBT30236E002238 |
| 364 | 1243628 | 4V0TC31236F000429 |
| 365 | 1243679 | 1EF1B282464013459 |
| 366 | 1243833 | 4YDT298226C129296 |
| 367 | 1243921 | 4YDT29B256G918821 |
| 368 | 1243960 | 1TC2B970963001673 |
| 369 | 1243989 | 4WYT34P2361209647 |
| 370 | 1244008 | 1TC2B970763001638 |
| 371 | 1244015 | 1TC2B970X63001794 |
| 372 | 1244027 | 5KDBE30276L002791 |
| 373 | 1244033 | 1TC2B970861308621 |
| 374 | 1244110 | 1TC2B970561308205 |
| 375 | 1244122 | 4V0TC31276F000384 |
| 376 | 1244181 | 47CTD2N226M425257 |
| 377 | 1244189 | 1KB1A1K226E160470 |
| 378 | 1244192 | 5L0RS28236T000787 |
| 379 | 1244222 | 1EB1B302X64013324 |
| 380 | 1244270 | 1TC2B970061509381 |
| 381 | 1244315 | 4YDT29B216G919416 |
| 382 | 1244319 | 1TC2B970561509375 |
| 383 | 1244322 | 1TC2B970161308184 |
| 384 | 1244323 | 1TC2B970761308187 |
| 385 | 1244338 | 4X4TFLC226D090063 |
| 386 | 1244369 | 47CTD2P266M425226 |
| 387 | 1244418 | 1UJBJ02P361EN1221 |
| 388 | 1244464 | 1TC2B970561509392 |
| 389 | 1244578 | 1TC2B970161509373 |
| 390 | 1244581 | 1TC2B323253160337 |
| 391 | 1244590 | 4YDT27R225G915951 |
| 392 | 1244653 | 1UJBJ02N061ES0121 |
| 393 | 1244659 | 4YDT303266P225294 |
| 394 | 1244660 | 4X4TSME286M070222 |
| 395 | 1244708 | 4EZTS32256S116913 |
| 396 | 1244869 | 1UJBJ02R861EM0541 |
| 397 | 1244874 | 1EF1B302065341733 |
| 398 | 1244900 | 1EF1B282864011262 |
| 399 | 1245036 | 4X4TSME206M070182 |
| 400 | 1245106 | 4EZTS32216S116696 |
| 401 | 1245119 | 5SFBT31206E001480 |
| 402 | 1245133 | 4X4TFLC216D090068 |
| 403 | 1245172 | 4X4TTHG286M007445 |
| 404 | 1245199 | 4V0TC31236F000494 |
| 405 | 1245283 | 4V0TC32246B007976 |
| 406 | 1245357 | 1SE200P206F001471 |
| 407 | 1245437 | 4YDT296296C129024 |
| 408 | 1245497 | 1UJBJ02P361JY0576 |
| 409 | 1245510 | 4YDT295276C124857 |
| 410 | 1245569 | 4YDT27B246E320980 |

FEMA163-000146

FC-Purvis, MS Central

|     | A | B |
| --- | --- | --- |
| 1 | Purvis THU DOJ Units (500) | |
| 2 | BARCODE | VIN |
| 411 | 1245591 | 1TC2B151561503573 |
| 412 | 1245683 | 1TC2B153961504050 |
| 413 | 1245717 | 4YDT296226C129026 |
| 414 | 1245766 | 4X4TTHG2X6M007446 |
| 415 | 1245781 | 4X4TWDC276R336081 |
| 416 | 1245786 | 4X4TWDG226A238245 |
| 417 | 1245833 | 4X4TTHG296M007437 |
| 418 | 1245894 | 4YDT26R296G920835 |
| 419 | 1245904 | 1EC1D322X64013553 |
| 420 | 1245952 | 47CTDER216G521648 |
| 421 | 1245958 | 1UJBJ02NX61ES0336 |
| 422 | 1245965 | 4WYT34P2X61207751 |
| 423 | 1246004 | 4X4TWDC246R336006 |
| 424 | 1246139 | 4YDT29B256G919578 |
| 425 | 1246142 | 5SFBT31226E001628 |
| 426 | 1246150 | 4YDT29B236G919577 |
| 427 | 1246159 | 5M6TE27296S003500 |
| 428 | 1246236 | 4X4TWDF246A237471 |
| 429 | 1246342 | 5M6TE27276S003012 |
| 430 | 1246370 | 1UJBJ02R461EM0830 |
| 431 | 1246387 | 5M6TE27246S003064 |
| 432 | 1246404 | 4X4TSVC216L008107 |
| 433 | 1246422 | 5L0RS282X6T000852 |
| 434 | 1246479 | 4XTTN30296C262087 |
| 435 | 1246485 | 1UJBJ02R161EM0977 |
| 436 | 1246508 | 4XTTN30296C262140 |
| 437 | 1246664 | 4XTTN30226C262139 |
| 438 | 1246670 | 4V0TC32206D002696 |
| 439 | 1246671 | 4XTTN302X6C262082 |
| 440 | 1246716 | 5M6TE27236S003041 |
| 441 | 1246729 | 1UJBJ02R961EJ1131 |
| 442 | 1246753 | 47CTDER286G521680 |
| 443 | 1246793 | 4X4TSVF296L008102 |
| 444 | 1246822 | 5M6TE27276S003060 |
| 445 | 1247041 | 4V0TC32276B007969 |
| 446 | 1247083 | 4EZTS30276S094576 |
| 447 | 1247090 | 1SE200P206F001387 |
| 448 | 1247113 | 1UJBJ02P961EP0839 |
| 449 | 1247269 | 4V0TC30276B007439 |
| 450 | 1247420 | 1TC2B969063002162 |
| 451 | 1247481 | 1UJBJ02P061EP1040 |
| 452 | 1247484 | 1TC2B969463002181 |
| 453 | 1247557 | 1SE200P226F001679 |
| 454 | 1247852 | 1TC2B969666101518 |
| 455 | 1247920 | 1TC2B969966101464 |
| 456 | 1247948 | 1SE200P296F001582 |
| 457 | 1248189 | 1TC2B969461510100 |
| 458 | 1248514 | 1TC2B969863002216 |
| 459 | 1248637 | 1TC2B969163002221 |
| 460 | 1248710 | 5L4TF332X63024073 |
| 461 | 1248899 | 4WY112S2261602802 |

FEMA163-000147

FC-Purvis, MS Central

|   | A | B |
|---|---|---|
| 1 | Purvis THU DOJ Units (500) | |
| 2 | BARCODE | VIN |
| 462 | 1248932 | 1TC2B969461001558 |
| 463 | 1249573 | 1TC2B969061310153 |
| 464 | 1249834 | 1TC2B969X63002430 |
| 465 | 1250046 | 4X4TSMC256A295217 |
| 466 | 1250663 | 1UJBJ02R161EM0705 |
| 467 | 1250727 | 4X4TWDH276P006770 |
| 468 | 1250765 | 4X4TCKD216P099966 |
| 469 | 1251135 | 4N11W312750202282 |
| 470 | 1251334 | 47CTDER266G521192 |
| 471 | 1251338 | 47CTDER216G521066 |
| 472 | 1251351 | 5SFBT312X6E001635 |
| 473 | 1251485 | 1TC2B970863001468 |
| 474 | 1251946 | 4YDT29B266G919315 |
| 475 | 1251959 | 5L4TF332363014503 |
| 476 | 1252020 | 5L4TF332863013797 |
| 477 | 1252024 | 4YDT29B2X6G919625 |
| 478 | 1252076 | 4X4TSVV286L007536 |
| 479 | 1252160 | 5L4TP272663018367 |
| 480 | 1252164 | 5L4TF332763014620 |
| 481 | 1252225 | 4YDT29B2X6G919656 |
| 482 | 1252265 | 1TC2B970061308595 |
| 483 | 1252299 | 5SFBT312X6E001571 |
| 484 | 1252395 | 4YDT29B246G919975 |
| 485 | 1252400 | 4EZTS28226S095018 |
| 486 | 1255304 | 1SE200P246F001800 |
| 487 | 1255685 | 1TC2B969661310643 |
| 488 | 1255966 | 1TC2B969X63002573 |
| 489 | 1256232 | 1TC2B969461310706 |
| 490 | 1256588 | 1TC2B969361001826 |
| 491 | 1256621 | 1TC2B969261001977 |
| 492 | 1256738 | 1S4BT302163014819 |
| 493 | 1256912 | 1S4BT302363014823 |
| 494 | 1275345 | 4WYT02P2461709748 |
| 495 | 1280726 | 1LC2S2P216D305647 |
| 496 | 1288168 | 4V0TC322X6B007836 |
| 497 | 1288953 | 4V0TC31276F000322 |
| 498 | 1288958 | 4WYT34P2X61405018 |
| 499 | 1288988 | 47CTDER236G521621 |
| 500 | 1289004 | 4WYT34P2061405030 |
| 501 | 1313013 | 5CZ200R2X61125428 |
| 502 | 1348943 | 1NL1GTR2561027942 |

FEMA163-000148