FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | **Craig Field THU DOJ 500 Units** | |
| 2 | BARCODE | VIN |
| 3 | 727780 | 1NL1GTR2851061985 |
| 4 | 1038339 | 1NL1GTR2851020384 |
| 5 | 1105573 | 1NL1GTR2261073390 |
| 6 | 1105580 | 1NL1GTR2561073397 |
| 7 | 1105598 | 1NL1GTR2761073398 |
| 8 | 1105623 | 1NL1GTR2861073409 |
| 9 | 1105632 | 1NL1GTR2761073420 |
| 10 | 1105675 | 1NL1GTR2061073422 |
| 11 | 1105678 | 1NL1GTR2661073425 |
| 12 | 1105683 | 1NL1GTR2X61073430 |
| 13 | 1105706 | 1NL1GTR2961022775 |
| 14 | 1105720 | 1NL1GTR2661022782 |
| 15 | 1105727 | 1NL1GTR2561073349 |
| 16 | 1105743 | 1NL1GTR2X61073444 |
| 17 | 1105772 | 1NL1GTR2861022797 |
| 18 | 1105789 | 1NL1GTR2861073474 |
| 19 | 1105793 | 1NL1GTR2361073463 |
| 20 | 1105813 | 1NL1GTR2461073469 |
| 21 | 1105826 | 1NL1GTR2961022811 |
| 22 | 1105860 | 1NL1GTR2661013838 |
| 23 | 1105867 | 1NL1GTR2061073596 |
| 24 | 1105883 | 1NL1GTR2361022836 |
| 25 | 1105927 | 1NL1GTR2761073515 |
| 26 | 1105929 | 1NL1GTR2X61013843 |
| 27 | 1105948 | 1NL1GTR2461073522 |
| 28 | 1106008 | 1NL1GTR2461073617 |
| 29 | 1106041 | 1NL1GTR2161066219 |
| 30 | 1106042 | 1NL1GTR2861066220 |
| 31 | 1106074 | 1NL1GTR2161073557 |
| 32 | 1106267 | 1NL1GTR2761073675 |
| 33 | 1106344 | 1NL1GTR2361073687 |
| 34 | 1106413 | 1NL1GTR2X61073704 |
| 35 | 1106484 | 1NL1GTR2661073845 |
| 36 | 1106574 | 1NL1GTR2261073860 |
| 37 | 1106583 | 1NL1GTR2661066328 |
| 38 | 1106594 | 1NL1GTR2061066339 |
| 39 | 1106783 | 1NL1GTR2761030048 |
| 40 | 1106788 | 1NL1GTR2061030053 |
| 41 | 1106821 | 1NL1GTR2061023040 |
| 42 | 1106859 | 1NL1GTR2461073813 |
| 43 | 1106923 | 1NL1GTR2461014017 |
| 44 | 1106928 | 1NL1GTR2561066384 |
| 45 | 1106930 | 1NL1GTR2961066386 |
| 46 | 1107061 | 1NL1GTR2661073943 |
| 47 | 1107088 | 1NL1GTR2961023067 |
| 48 | 1107101 | 1NL1GTR2161023080 |
| 49 | 1107159 | 1NL1GTR2261066424 |

FEMA163-000160

FC-Craig Field Central

|    | A | B |
|----|---|---|
| 1  | **Craig Field THU DOJ 500 Units** | |
| 2  | BARCODE | VIN |
| 50 | 1107200 | 1NL1GTR2261030118 |
| 51 | 1107266 | 1NL1GTR2061023121 |
| 52 | 1107323 | 1NL1GTR2161073963 |
| 53 | 1107370 | 1NL1GTR2061030134 |
| 54 | 1107406 | 1NL1GTR2X61073993 |
| 55 | 1107461 | 1NL1GTR2X61030139 |
| 56 | 1107479 | 1NL1GTR2161030157 |
| 57 | 1107554 | 1NL1GTR2961066517 |
| 58 | 1107576 | 1NL1GTR2861066539 |
| 59 | 1107664 | 1NL1GTR2661023169 |
| 60 | 1107708 | 1NL1GTR2961074021 |
| 61 | 1107717 | 1NL1GTR2X61074030 |
| 62 | 1107735 | 1NL1GTR2361030192 |
| 63 | 1107846 | 1NL1GTR2661074137 |
| 64 | 1107854 | 1NL1GTR2761074146 |
| 65 | 1107883 | 1NL1GTR2161023192 |
| 66 | 1107974 | 1NL1GTR2561023230 |
| 67 | 1107987 | 1NL1GTR2361023243 |
| 68 | 1108054 | 1NL1GTR2461066618 |
| 69 | 1108060 | 1NL1GTR2X61066624 |
| 70 | 1108062 | 1NL1GTR2361066626 |
| 71 | 1108075 | 1NL1GTR2261030233 |
| 72 | 1108108 | 1NL1GTR2861074155 |
| 73 | 1108110 | 1NL1GTR2161074157 |
| 74 | 1108167 | 1NL1GTR2061066647 |
| 75 | 1108188 | 1NL1GTR2661066670 |
| 76 | 1108190 | 1NL1GTR2X61066655 |
| 77 | 1108275 | 1NL1GTR2461023252 |
| 78 | 1108277 | 1NL1GTR2861023254 |
| 79 | 1108322 | 1NL1GTR2461074203 |
| 80 | 1108334 | 1NL1GTR2061074215 |
| 81 | 1108339 | 1NL1GTR2761074342 |
| 82 | 1108415 | 1NL1GTR2561074226 |
| 83 | 1108437 | 1NL1GTR2461074248 |
| 84 | 1108438 | 1NL1GTR2661074249 |
| 85 | 1108444 | 1NL1GTR2061074361 |
| 86 | 1108470 | 1NL1GTR2761014237 |
| 87 | 1108517 | 1NL1GTR2661066698 |
| 88 | 1108553 | 1NL1GTR2261030328 |
| 89 | 1108555 | 1NL1GTR2061030330 |
| 90 | 1108595 | 1NL1GTR2X61023336 |
| 91 | 1108695 | 1NL1GTR2161074269 |
| 92 | 1108735 | 1NL1GTR2361030371 |
| 93 | 1108805 | 1NL1GTR2361014302 |
| 94 | 1108821 | 1NL1GTR2761030390 |
| 95 | 1108906 | 1NL1GTR2161014332 |
| 96 | 1108964 | 1NL1GTR2461030430 |

FEMA163-000161

FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 97 | 1108974 | 1NL1GTR2361030466 |
| 98 | 1109020 | 1NL1GTR2661074297 |
| 99 | 1109080 | 1NL1GTR2661014357 |
| 100 | 1109094 | 1NL1GTR2061014371 |
| 101 | 1109107 | 1NL1GTR2261066777 |
| 102 | 1109119 | 1NL1GTR2961066789 |
| 103 | 1109131 | 1NL1GTR2661066801 |
| 104 | 1109173 | 1NL1GTR2061023412 |
| 105 | 1109188 | 1NL1GTR2261023427 |
| 106 | 1109201 | 1NL1GTR2161074417 |
| 107 | 1109222 | 1NL1GTR2961074438 |
| 108 | 1109278 | 1NL1GTR2361066819 |
| 109 | 1109298 | 1NL1GTR2961066839 |
| 110 | 1109306 | 1NL1GTR2X61023434 |
| 111 | 1109309 | 1NL1GTR2561023437 |
| 112 | 1109310 | 1NL1GTR2761023438 |
| 113 | 1109313 | 1NL1GTR2761023441 |
| 114 | 1109374 | 1NL1GTR2261014386 |
| 115 | 1109384 | 1NL1GTR2561014396 |
| 116 | 1109395 | 1NL1GTR2661014407 |
| 117 | 1109423 | 1NL1GTR2461030489 |
| 118 | 1109449 | 1NL1GTR2361030533 |
| 119 | 1109457 | 1NL1GTR2261040017 |
| 120 | 1109500 | 1NL1GTR2461074489 |
| 121 | 1109507 | 1NL1GTR2161074496 |
| 122 | 1109518 | 1NL1GTR2261030507 |
| 123 | 1109530 | 1NL1GTR2961030519 |
| 124 | 1109542 | 1NL1GTR2X61030531 |
| 125 | 1109605 | 1NL1GTR2461066859 |
| 126 | 1109610 | 1NL1GTR2861066864 |
| 127 | 1109680 | 1NL1GTR2961014434 |
| 128 | 1109685 | 1NL1GTR2861014439 |
| 129 | 1109692 | 1NL1GTR2361035005 |
| 130 | 1109708 | 1NL1GTR2X61030562 |
| 131 | 1109726 | 1NL1GTR2861074513 |
| 132 | 1109741 | 1NL1GTR2X61074528 |
| 133 | 1109767 | 1NL1GTR2861066881 |
| 134 | 1109773 | 1NL1GTR2961066887 |
| 135 | 1109786 | 1NL1GTR2861066900 |
| 136 | 1109897 | 1NL1GTR2161050280 |
| 137 | 1109971 | 1NL1GTR2X61023515 |
| 138 | 1110016 | 1NL1GTR2961035025 |
| 139 | 1110018 | 1NL1GTR2261035027 |
| 140 | 1110036 | 1NL1GTR2461030587 |
| 141 | 1110132 | 1NL1GTR2861030592 |
| 142 | 1110151 | 1NL1GTR2261066987 |
| 143 | 1110177 | 1NL1GTR2861074656 |

FC-Craig Field Central

|     | A | B |
|-----|---|---|
| 1 | **Craig Field THU DOJ 500 Units** | |
| 2 | **BARCODE** | **VIN** |
| 144 | 1110232 | 1NL1GTR2661023592 |
| 145 | 1110282 | 1NL1GTR2761050316 |
| 146 | 1110300 | 1NL1GTR2161030613 |
| 147 | 1110301 | 1NL1GTR2361030614 |
| 148 | 1110450 | 1NL1GTR2261040051 |
| 149 | 1110472 | 1NL1GTR2561074811 |
| 150 | 1110488 | 1NL1GTR2961014496 |
| 151 | 1110506 | 1NL1GTR2761014514 |
| 152 | 1110698 | 1NL1GTR2061001104 |
| 153 | 1110715 | 1NL1GTR2061001121 |
| 154 | 1110758 | 1NL1GTR2761001164 |
| 155 | 1110764 | 1NL1GTR2261001170 |
| 156 | 1110779 | 1NL1GTR2461001185 |
| 157 | 1110835 | 1NL1GTR2X61001241 |
| 158 | 1111010 | 1NL1GTR2861001416 |
| 159 | 1111046 | 1NL1GTR2161001452 |
| 160 | 1111077 | 1NL1GTR2161001483 |
| 161 | 1111245 | 1NL1GTR2761001651 |
| 162 | 1111281 | 1NL1GTR2661001687 |
| 163 | 1111303 | 1NL1GTR2161001709 |
| 164 | 1111376 | 1NL1GTR2061001782 |
| 165 | 1111387 | 1NL1GTR2561001793 |
| 166 | 1111412 | 1NL1GTR2661001818 |
| 167 | 1111760 | 1NL1GTR2561002166 |
| 168 | 1111889 | 1NL1GTR2561002295 |
| 169 | 1112385 | 1NL1GTR2661002791 |
| 170 | 1112540 | 1NL1GTR2661035063 |
| 171 | 1112541 | 1NL1GTR2861035064 |
| 172 | 1112542 | 1NL1GTR2X61035065 |
| 173 | 1112603 | 1NL1GTR2961023652 |
| 174 | 1112614 | 1NL1GTR2361023663 |
| 175 | 1112616 | 1NL1GTR2761023665 |
| 176 | 1112662 | 1NL1GTR2161067063 |
| 177 | 1112663 | 1NL1GTR2361067064 |
| 178 | 1112690 | 1NL1GTR2761030678 |
| 179 | 1112721 | 1NL1GTR2561014544 |
| 180 | 1112747 | 1NL1GTR2261014565 |
| 181 | 1112808 | 1NL1GTR2961030701 |
| 182 | 1112871 | 1NL1GTR2561023700 |
| 183 | 1112891 | 1NL1GTR2061023720 |
| 184 | 1112905 | 1NL1GTR2X61050374 |
| 185 | 1112919 | 1NL1GTR2261074698 |
| 186 | 1112934 | 1NL1GTR2261074829 |
| 187 | 1112950 | 1NL1GTR2061074845 |
| 188 | 1112955 | 1NL1GTR2461074850 |
| 189 | 1112963 | 1NL1GTR2861014585 |
| 190 | 1113091 | 1NL1GTR2161014721 |

FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 191 | 1113095 | 1NL1GTR2961014725 |
| 192 | 1113119 | 1NL1GTR2361040169 |
| 193 | 1113351 | 1NL1GTR2561014849 |
| 194 | 1113359 | 1NL1GTR2461014857 |
| 195 | 1113480 | 1NL1GTR2061014922 |
| 196 | 1113522 | 1NL1GTR2561014964 |
| 197 | 1113593 | 1NL1GTR2361040379 |
| 198 | 1113616 | 1NL1GTR2561040349 |
| 199 | 1113727 | 1NL1GTR2061040436 |
| 200 | 1113962 | 1NL1GTR2361040561 |
| 201 | 1114041 | 1NL1GTR2461035093 |
| 202 | 1114050 | 1NL1GTR2161050389 |
| 203 | 1114051 | 1NL1GTR2861050390 |
| 204 | 1114170 | 1NL1GTR2X61030786 |
| 205 | 1114188 | 1NL1GTR2761074714 |
| 206 | 1114253 | 1NL1GTR2X61050410 |
| 207 | 1114270 | 1NL1GTR2661074946 |
| 208 | 1114294 | 1NL1GTR2261023797 |
| 209 | 1114327 | 1NL1GTR2561050430 |
| 210 | 1114358 | 1NL1GTR2561067163 |
| 211 | 1114373 | 1NL1GTR2X61050441 |
| 212 | 1114378 | 1NL1GTR2261023802 |
| 213 | 1114452 | 1NL1GTR2561030825 |
| 214 | 1114582 | 1NL1GTR2861075015 |
| 215 | 1114606 | 1NL1GTR2061067183 |
| 216 | 1114644 | 1NL1GTR2661030848 |
| 217 | 1114748 | 1NL1GTR2761030907 |
| 218 | 1114761 | 1NL1GTR2161035147 |
| 219 | 1114854 | 1NL1GTR2X61050469 |
| 220 | 1115059 | 1NL1GTR2461030959 |
| 221 | 1115189 | 1NL1GTR2261030975 |
| 222 | 1115363 | 1NL1GTR2761023990 |
| 223 | 1115380 | 1NL1GTR2761024007 |
| 224 | 1115515 | 1NL1GTR2561031067 |
| 225 | 1115639 | 1NL1GTR2361050538 |
| 226 | 1115655 | 1NL1GTR2161050554 |
| 227 | 1115658 | 1NL1GTR2761050557 |
| 228 | 1115663 | 1NL1GTR2X61082032 |
| 229 | 1115673 | 1NL1GTR2861031080 |
| 230 | 1115697 | 1NL1GTR2761031104 |
| 231 | 1115771 | 1NL1GTR2X61024101 |
| 232 | 1115916 | 1NL1GTR2661075157 |
| 233 | 1116060 | 1NL1GTR2661082058 |
| 234 | 1116114 | 1NL1GTR2X61024163 |
| 235 | 1116130 | 1NL1GTR2661031174 |
| 236 | 1116216 | 1NL1GTR2161024178 |
| 237 | 1116224 | 1NL1GTR2061024186 |

FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 238 | 1116247 | 1NL1GTR2661082089 |
| 239 | 1116303 | 1NL1GTR2761015226 |
| 240 | 1116369 | 1NL1GTR2961015244 |
| 241 | 1116488 | 1NL1GTR2261015277 |
| 242 | 1116522 | 1NL1GTR2961015311 |
| 243 | 1116692 | 1NL1GTR2X61015415 |
| 244 | 1116699 | 1NL1GTR2761015422 |
| 245 | 1116725 | 1NL1GTR2261015442 |
| 246 | 1116801 | 1NL1GTR2061040825 |
| 247 | 1116840 | 1NL1GTR2961015499 |
| 248 | 1116956 | 1NL1GTR2961040872 |
| 249 | 1116986 | 1NL1GTR2361015580 |
| 250 | 1117022 | 1NL1GTR2161040882 |
| 251 | 1117052 | 1NL1GTR2361045050 |
| 252 | 1117112 | 1NL1GTR2261015599 |
| 253 | 1117116 | 1NL1GTR2061015603 |
| 254 | 1117193 | 1NL1GTR2761040952 |
| 255 | 1117273 | 1NL1GTR2861031211 |
| 256 | 1117371 | 1NL1GTR2961067487 |
| 257 | 1117463 | 1NL1GTR2661024239 |
| 258 | 1117545 | 1NL1GTR2461075190 |
| 259 | 1117605 | 1NL1GTR2761024248 |
| 260 | 1117622 | 1NL1GTR2761024265 |
| 261 | 1117717 | 1NL1GTR2561082150 |
| 262 | 1117757 | 1NL1GTR2X61024292 |
| 263 | 1117821 | 1NL1GTR2061031347 |
| 264 | 1117822 | 1NL1GTR2261031348 |
| 265 | 1117833 | 1NL1GTR2761075264 |
| 266 | 1117871 | 1NL1GTR2761050705 |
| 267 | 1117914 | 1NL1GTR2461075223 |
| 268 | 1117923 | 1NL1GTR2561075232 |
| 269 | 1118036 | 1NL1GTR2661035466 |
| 270 | 1118075 | 1NL1GTR2661024340 |
| 271 | 1118093 | 1NL1GTR2361024358 |
| 272 | 1118154 | 1NL1GTR2661031398 |
| 273 | 1118155 | 1NL1GTR2X61082192 |
| 274 | 1118183 | 1NL1GTR2261031401 |
| 275 | 1118244 | 1NL1GTR2861050776 |
| 276 | 1118260 | 1NL1GTR2961024381 |
| 277 | 1118302 | 1NL1GTR2761077211 |
| 278 | 1118309 | 1NL1GTR2461035482 |
| 279 | 1118314 | 1NL1GTR2361035487 |
| 280 | 1118436 | 1NL1GTR2161024424 |
| 281 | 1118445 | 1NL1GTR2261024433 |
| 282 | 1118480 | 1NL1GTR2761050798 |
| 283 | 1118618 | 1NL1GTR2261077228 |
| 284 | 1118767 | 1NL1GTR2061077101 |

# FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 285 | 1118801 | 1NL1GTR2661082268 |
| 286 | 1118821 | 1NL1GTR2561050847 |
| 287 | 1118836 | 1NL1GTR2761077256 |
| 288 | 1118908 | 1NL1GTR2X61035597 |
| 289 | 1119046 | 1NL1GTR2961050883 |
| 290 | 1119241 | 1NL1GTR2061077163 |
| 291 | 1119270 | 1NL1GTR2061050898 |
| 292 | 1119276 | 1NL1GTR2261050904 |
| 293 | 1119287 | 1NL1GTR2161031633 |
| 294 | 1119372 | 1NL1GTR2361024621 |
| 295 | 1119397 | 1NL1GTR2961082345 |
| 296 | 1119425 | 1NL1GTR2X61035678 |
| 297 | 1119446 | 1NL1GTR2661050923 |
| 298 | 1119497 | 1NL1GTR2861082353 |
| 299 | 1119717 | 1NL1GTR2961077419 |
| 300 | 1119722 | 1NL1GTR2361082373 |
| 301 | 1119790 | 1NL1GTR2661077328 |
| 302 | 1119913 | 1NL1GTR2261050983 |
| 303 | 1119996 | 1NL1GTR2761031829 |
| 304 | 1120029 | 1NL1GTR2061040999 |
| 305 | 1120172 | 1NL1GTR2761041051 |
| 306 | 1120205 | 1NL1GTR2361045128 |
| 307 | 1120244 | 1NL1GTR2461041086 |
| 308 | 1120266 | 1NL1GTR2X61041108 |
| 309 | 1120379 | 1NL1GTR2X61041142 |
| 310 | 1120499 | 1NL1GTR2261045217 |
| 311 | 1120515 | 1NL1GTR2761041163 |
| 312 | 1120516 | 1NL1GTR2961041164 |
| 313 | 1120577 | 1NL1GTR2961041195 |
| 314 | 1120579 | 1NL1GTR2261041197 |
| 315 | 1120682 | 1NL1GTR2161045256 |
| 316 | 1120729 | 1NL1GTR2261041264 |
| 317 | 1120748 | 1NL1GTR2861015932 |
| 318 | 1120977 | 1NL1GTR2661041350 |
| 319 | 1120997 | 1NL1GTR2861016028 |
| 320 | 1121139 | 1NL1GTR2261025002 |
| 321 | 1121419 | 1NL1GTR2461031903 |
| 322 | 1121436 | 1NL1GTR2461031920 |
| 323 | 1121483 | 1NL1GTR2061035866 |
| 324 | 1121495 | 1NL1GTR2761035878 |
| 325 | 1121570 | 1NL1GTR2361051074 |
| 326 | 1121660 | 1NL1GTR2861031967 |
| 327 | 1121836 | 1NL1GTR2361025154 |
| 328 | 1121916 | 1NL1GTR2461035952 |
| 329 | 1121919 | 1NL1GTR2X61035955 |
| 330 | 1121993 | 1NL1GTR2661082500 |
| 331 | 1122008 | 1NL1GTR2861051166 |

# FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 332 | 1122050 | 1NL1GTR2X61032036 |
| 333 | 1122058 | 1NL1GTR2X61035972 |
| 334 | 1122130 | 1NL1GTR2661082514 |
| 335 | 1122136 | 1NL1GTR2161082520 |
| 336 | 1122235 | 1NL1GTR2461051195 |
| 337 | 1122236 | 1NL1GTR2661051196 |
| 338 | 1122384 | 1NL1GTR2561082570 |
| 339 | 1122430 | 1NL1GTR2861082580 |
| 340 | 1122434 | 1NL1GTR2561082584 |
| 341 | 1122466 | 1NL1GTR2061036046 |
| 342 | 1122600 | 1NL1GTR2961016054 |
| 343 | 1122601 | 1NL1GTR2061016055 |
| 344 | 1122683 | 1NL1GTR2261041362 |
| 345 | 1122870 | 1NL1GTR2661016190 |
| 346 | 1122920 | 1NL1GTR2161041417 |
| 347 | 1123112 | 1NL1GTR2161045452 |
| 348 | 1123177 | 1NL1GTR2661041493 |
| 349 | 1123339 | 1NL1GTR2561041534 |
| 350 | 1123354 | 1NL1GTR2761041549 |
| 351 | 1123372 | 1NL1GTR2961041567 |
| 352 | 1123381 | 1NL1GTR2X61016404 |
| 353 | 1123394 | 1NL1GTR2861016417 |
| 354 | 1123400 | 1NL1GTR2361016423 |
| 355 | 1123447 | 1NL1GTR2461045574 |
| 356 | 1123484 | 1NL1GTR2961041598 |
| 357 | 1123494 | 1NL1GTR2861041608 |
| 358 | 1123557 | 1NL1GTR2261041636 |
| 359 | 1123615 | 1NL1GTR2361067517 |
| 360 | 1123627 | 1NL1GTR2261051230 |
| 361 | 1123666 | 1NL1GTR2961067554 |
| 362 | 1123719 | 1NL1GTR2761032169 |
| 363 | 1123730 | 1NL1GTR2661032180 |
| 364 | 1123821 | 1NL1GTR2161025346 |
| 365 | 1123839 | 1NL1GTR2361082616 |
| 366 | 1123848 | 1NL1GTR2461082625 |
| 367 | 1123992 | 1NL1GTR2461032226 |
| 368 | 1124040 | 1NL1GTR2761036173 |
| 369 | 1124075 | 1NL1GTR2361025364 |
| 370 | 1124117 | 1NL1GTR2461082639 |
| 371 | 1124127 | 1NL1GTR2761082649 |
| 372 | 1124165 | 1NL1GTR2X61077638 |
| 373 | 1124293 | 1NL1GTR2961036224 |
| 374 | 1124297 | 1NL1GTR2661036228 |
| 375 | 1124317 | 1NL1GTR2861082658 |
| 376 | 1124333 | 1NL1GTR2661082674 |
| 377 | 1124369 | 1NL1GTR2861025425 |
| 378 | 1124471 | 1NL1GTR2561067633 |

# FC-Craig Field Central

|     | A | B |
|-----|---|---|
| 1   | Craig Field THU DOJ 500 Units | |
| 2   | BARCODE | VIN |
| 379 | 1124474 | 1NL1GTR2061067636 |
| 380 | 1124486 | 1NL1GTR2761067648 |
| 381 | 1124516 | 1NL1GTR2561051352 |
| 382 | 1124558 | 1NL1GTR2161067676 |
| 383 | 1124693 | 1NL1GTR2561025477 |
| 384 | 1124771 | 1NL1GTR2361082681 |
| 385 | 1124790 | 1NL1GTR2361082700 |
| 386 | 1124796 | 1NL1GTR2061067684 |
| 387 | 1124888 | 1NL1GTR2261025534 |
| 388 | 1124919 | 1NL1GTR2761082716 |
| 389 | 1124928 | 1NL1GTR2861082725 |
| 390 | 1125025 | 1NL1GTR2961051452 |
| 391 | 1125046 | 1NL1GTR2361077786 |
| 392 | 1125488 | 1NL1GTR2561041761 |
| 393 | 1125491 | 1NL1GTR2061041764 |
| 394 | 1125528 | 1NL1GTR2061045717 |
| 395 | 1125564 | 1NL1GTR2461045753 |
| 396 | 1125587 | 1NL1GTR2161016632 |
| 397 | 1125613 | 1NL1GTR2261016624 |
| 398 | 1125628 | 1NL1GTR2761041809 |
| 399 | 1125633 | 1NL1GTR2061041814 |
| 400 | 1125666 | 1NL1GTR2361045758 |
| 401 | 1125794 | 1NL1GTR2561016679 |
| 402 | 1125799 | 1NL1GTR2961016684 |
| 403 | 1125818 | 1NL1GTR2961016703 |
| 404 | 1125843 | 1NL1GTR2561016732 |
| 405 | 1126111 | 1NL1GTR2061045944 |
| 406 | 1126128 | 1NL1GTR2661025567 |
| 407 | 1126135 | 1NL1GTR2361025574 |
| 408 | 1126201 | 1NL1GTR2X61032389 |
| 409 | 1126236 | 1NL1GTR2161036301 |
| 410 | 1126293 | 1NL1GTR2161077821 |
| 411 | 1126324 | 1NL1GTR2861082787 |
| 412 | 1126397 | 1NL1GTR2861032407 |
| 413 | 1126554 | 1NL1GTR2161036377 |
| 414 | 1126646 | 1NL1GTR2761067794 |
| 415 | 1126700 | 1NL1GTR2861025683 |
| 416 | 1126736 | 1NL1GTR2861051507 |
| 417 | 1126812 | 1NL1GTR2561082830 |
| 418 | 1126816 | 1NL1GTR2261082834 |
| 419 | 1127061 | 1NL1GTR2X61025765 |
| 420 | 1127109 | 1NL1GTR2961067814 |
| 421 | 1127183 | 1NL1GTR2261036498 |
| 422 | 1127322 | 1NL1GTR2961067876 |
| 423 | 1127412 | 1NL1GTR2661036598 |
| 424 | 1127443 | 1NL1GTR2961025840 |
| 425 | 1127634 | 1NL1GTR2561077949 |

FEMA163-000168

FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | BARCODE | VIN |
| 426 | 1127643 | 1NL1GTR2361078131 |
| 427 | 1127660 | 1NL1GTR2361032640 |
| 428 | 1127801 | 1NL1GTR2661067964 |
| 429 | 1127815 | 1NL1GTR2161025864 |
| 430 | 1127845 | 1NL1GTR2X61025894 |
| 431 | 1127852 | 1NL1GTR2161051638 |
| 432 | 1127877 | 1NL1GTR2061051663 |
| 433 | 1128133 | 1NL1GTR2061025905 |
| 434 | 1128177 | 1NL1GTR2061051677 |
| 435 | 1128192 | 1NL1GTR2761051692 |
| 436 | 1128294 | 1NL1GTR2561025950 |
| 437 | 1128347 | 1NL1GTR2861032746 |
| 438 | 1128366 | 1NL1GTR2161032765 |
| 439 | 1128554 | 1NL1GTR2161051770 |
| 440 | 1128658 | 1NL1GTR2961068073 |
| 441 | 1128676 | 1NL1GTR2061068091 |
| 442 | 1128724 | 1NL1GTR2X61036748 |
| 443 | 1128732 | 1NL1GTR2961036756 |
| 444 | 1128777 | 1NL1GTR2461051780 |
| 445 | 1128911 | 1NL1GTR2661036780 |
| 446 | 1129012 | 1NL1GTR2X61083049 |
| 447 | 1129024 | 1NL1GTR2061083061 |
| 448 | 1129161 | 1NL1GTR2861032858 |
| 449 | 1129330 | 1NL1GTR2961032898 |
| 450 | 1129460 | 1NL1GTR2961036952 |
| 451 | 1129480 | 1NL1GTR2461036972 |
| 452 | 1129591 | 1NL1GTR2061051923 |
| 453 | 1129605 | 1NL1GTR2061051937 |
| 454 | 1129697 | 1NL1GTR2361051978 |
| 455 | 1129740 | 1NL1GTR2161026237 |
| 456 | 1129750 | 1NL1GTR2161032975 |
| 457 | 1129805 | 1NL1GTR2061037004 |
| 458 | 1129892 | 1NL1GTR2061033034 |
| 459 | 1129969 | 1NL1GTR2861026266 |
| 460 | 1130033 | 1NL1GTR2661051988 |
| 461 | 1130094 | 1NL1GTR2061052019 |
| 462 | 1130109 | 1NL1GTR2761052034 |
| 463 | 1130229 | 1NL1GTR2761037078 |
| 464 | 1130273 | 1NL1GTR2661037122 |
| 465 | 1130303 | 1NL1GTR2261078217 |
| 466 | 1130380 | 1NL1GTR2761026341 |
| 467 | 1130476 | 1NL1GTR2461033120 |
| 468 | 1130540 | 1NL1GTR2361068232 |
| 469 | 1130637 | 1NL1GTR2561026404 |
| 470 | 1130713 | 1NL1GTR2X61033218 |
| 471 | 1130730 | 1NL1GTR2361037191 |
| 472 | 1130768 | 1NL1GTR2661083274 |

FC-Craig Field Central

|   | A | B |
|---|---|---|
| 1 | Craig Field THU DOJ 500 Units | |
| 2 | **BARCODE** | **VIN** |
| 473 | 1130858 | 1NL1GTR2861026459 |
| 474 | 1130912 | 1NL1GTR2761033256 |
| 475 | 1130934 | 1NL1GTR2661037234 |
| 476 | 1131109 | 1NL1GTR2461033280 |
| 477 | 1131168 | 1NL1GTR2461037295 |
| 478 | 1131194 | 1NL1GTR2161037321 |
| 479 | 1242431 | 5L4TF332663016312 |
| 480 | 1277592 | 1NL1GTR2361016857 |
| 481 | 1277840 | 1NL1GTR2461016933 |
| 482 | 1277860 | 1NL1GTR2X61016953 |
| 483 | 1277863 | 1NL1GTR2561016956 |
| 484 | 1277909 | 1NL1GTR2161042096 |
| 485 | 1277925 | 1NL1GTR2661042112 |
| 486 | 1277942 | 1NL1GTR2361046053 |
| 487 | 1278039 | 1NL1GTR2561042134 |
| 488 | 1278059 | 1NL1GTR2061042154 |
| 489 | 1278087 | 1NL1GTR2961046106 |
| 490 | 1278152 | 1NL1GTR2161017070 |
| 491 | 1278202 | 1NL1GTR2961042203 |
| 492 | 1278210 | 1NL1GTR2861042211 |
| 493 | 1278223 | 1NL1GTR2561046149 |
| 494 | 1278254 | 1NL1GTR2X61046180 |
| 495 | 1278371 | 1NL1GTR2861042242 |
| 496 | 1278411 | 1NL1GTR2261046206 |
| 497 | 1278509 | 1NL1GTR2861046274 |
| 498 | 1278625 | 1NL1GTR2161046326 |
| 499 | 1278926 | 1NL1GTR2361046408 |
| 500 | 1278997 | 1NL1GTR2061017383 |
| 501 | 1279002 | 1NL1GTR2061042414 |
| 502 | 1279066 | 1NL1GTR2061017402 |