## FC-Cumberland East

| BARCODE | VIN NUMBER |
|---|---|
| 1124940 | 1NL1GTR2X61077753 |
| 1294203 | 1NL1GTR2861047344 |
| 1127629 | 1NL1GTR2661077944 |
| 1292449 | 1NL1GTR2X61037849 |
| 1293072 | 1NL1GTR2X61017827 |
| 1111954 | 1NL1GTR2161002360 |
| 1126323 | 1NL1GTR2661082786 |
| 1130646 | 1NL1GTR2661026413 |
| 1294062 | 1NL1GTR2161018140 |
| 1227557 | 1KB131L266W160944 |
| 1247868 | 1KB131L296W163904 |
| 1248359 | 1KB131L296W163949 |
| 1295442 | 1NL1GTR2961052679 |
| 1124571 | 1NL1GTR2161032300 |
| 1275772 | 1KB131L256W162457 |
| 1248590 | 1KB131L236W164045 |
| 1292311 | 1NL1GTR2861026977 |
| 1130333 | 1NL1GTR2161083299 |
| 1349641 | 1NL1VTR2661064133 |

FEMA163-000013