UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-4<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
AGE, et al. v. GULFSTREAM COACH, INC., et al. [Case No. 09-2892]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFF CHRISTOPHER COOPER FOR LACK OF SUBJECT MATTER JURISDICTION

The United States of America ("United States") hereby moves to dismiss the claims of plaintiff Christopher Cooper for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).  Christopher Cooper's claim is barred by the Federal Tort Claim Act's ("FTCA") two-year statute of limitations, 28 U.S.C. § 2401(b), which specifically provides that "a tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues."  28 U.S.C. § 2401(b). Because Plaintiffs were aware prior to July 10, 2006 (the date two years before a claim was filed on behalf of Christopher Cooper), that Christopher Cooper was experiencing symptoms that Plaintiffs allege were related to the travel trailer, his claim is barred.

In support of this motion, the United States has submitted a memorandum of law and exhibits on this date.

Dated:  July 27, 2009                                            Respectfully Submitted,

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General, Civil Division | HENRY T. MILLER<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |

OF COUNSEL:  
JORDAN FRIED  
Associate Chief Counsel  

JANICE WILLIAM-JONES  
Trial Attorney  
FEMA/DHS  
Department of Homeland Security  
Washington, D.C. 20472  

//S// *Adam Bain*  
ADAM BAIN (IN Bar No. 11134-49)  
Senior Trial Counsel  
United States Department of Justice  
Civil Division – Torts Branch  
P.O. Box 340, Ben Franklin Station  
Washington, D.C. 20004  
Telephone No: (202) 616-4209  
E-mail: adam.bain@usdoj.gov  

Attorneys for the United States of America

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 27, 2009, the foregoing Motion, Supporting Memorandum of Law, Exhibits and Proposed Order were filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereby was served upon Liaison Counsel.

                                                                     //S// Adam Bain  
                                                                     Adam Bain (IN Bar No. 11134-49)