DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS THE CLAIMS OF PLAINTIFF CHRISTOPHER COOPER
FOR LACK OF SUBJECT MATTER JURISDICTION

UNITED STATES EXHIBIT 2

PLAINTIFF FACT SHEET, CHRISTOPHER COOPER

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER ) MDL NO. 1873
FORMALDEHYDE )
PRODUCT LIABILITY LITIGATION )
)
_____ ) SECTION: N(4)
)
) JUDGE: ENGELHARDT
THIS RELATES TO: ) MAG: ROBY
)
Plaintiff: _____ )
ALANA M. ALEXANDER O/B/O )
CHRISTOPHER J. COOPER )

## PLAINTIFF FACT SHEET

### I.   INSTRUCTIONS

**IT IS VERY IMPORTANT FOR YOU TO COMPLETE THIS FORM IN ITS ENTIRETY IN ORDER TO PROTECT YOUR CLAIM. THIS FORM MUST BE COMPLETED WITHIN THIRTY(30) DAYS OF THE TRANSFER OR FILING (AS DEFINED IN PRE-TRIAL ORDER NO. 2(DOC NO. 87)) OF YOUR COMPLAINT IN THIS LITIGATION OR YOU WILL NOT BE ABLE TO PARTICIPATE IN THIS LITIGATION.  ONCE COMPLETED, PLEASE IMMEDIATELY RETURN THIS FORM TO YOUR ATTORNEY.**

Please provide the following information for each person claiming a formaldehyde related injury as a result of living in a travel trailer or mobile home provided by FEMA after Hurricanes Katrina and Rita in August and September, 2005.  A **separate Plaintiff Fact Sheet must be completed for each individual claiming exposure to formaldehyde.  For example, a parent must complete a separate form for each minor child and a personal representative must complete a separate form for each deceased person.**  Whether you are completing this fact sheet for yourself or for someone else, please assume that "You" means the person who resided in or lived in the housing units.

If additional space is needed for any response, please attach additional sheets. If the person completing this Fact Sheet does not know or does not recall the information requested in any question, that response should be entered in the appropriate location.

1



II. **PERSONAL INFORMATION**

    A.    Name (person completing form): ALANA M. ALEXANDER

    B.    Maiden or other names used or by which you have been known: ▮

    C.    Current Street Address ▮

    D.    Home Telephone No.: ▮
        Cell Phone No.: N/A
        Work Telephone No: N/A
        Other Telephone Nos.: N/A

    E.    Email address: N/A

III. **CASE INFORMATION**

    A.    If you are completing this questionnaire in a **representative** capacity (for example, on behalf of the estate of a deceased person or on behalf of a minor), please complete the following information on such person:

        1.    State which individual or estate you are representing:
            Christopher Cooper

        2.    Maiden Or Other Names Used or By Which Such Person Has Been Known:
            n/a

        3.    Address (or last known address if deceased): ▮

        4.    Home Telephone No ▮
            Cell Phone No.: n/a
            Work Telephone No: n/a
            Other Telephone Nos. n/a

        5.    E-mail address: n/a

        6.    If you were appointed as a representative by a court, state the:

Court: _____ Date of Appointment: _____

7. What is your relationship to the deceased or represented person or person claimed to be injured? Mother

8. If you represent a decedent's estate, state the date of death of the decedent and the place where the decedent died:
   n/a

B. Please state the name and address of the attorney representing you:

Gerald Meunier / Gainsburgh, Benjamin, David, Meunier & Warshauer
   Attorney's Name/Law Firm
New Orleans, LA 70163
   City, State and Zip Code

C. Please state the following: (If you are a representative, please state this information for each such person being represented):

1. Are you claiming that you have developed, or may have developed, a disease or illness as a result of being exposed to formaldehyde while residing in a FEMA-provided trailer or mobile home?
   Yes ☒    No ☐

2. What is your understanding of the illness or disease you claim you have developed, or may in the future develop, from living in a FEMA trailer or mobile home? RESPIRATORY PROBLEMS

3. During the time that you lived in your FEMA trailer, did you experience or report to a physician any of the following symptoms? If yes, place a check mark (✓) by the symptom that you experienced.

☒ irritation to eyes
☒ burning of eyes
☒ tearing of eyes
☒ irritation to nasal membranes (inside of nose)
☒ burning of nasal membranes (inside of nose)
☐ bleeding of nasal membranes (inside of nose)
☐ irritation or itching of skin
☐ burning of skin
☐ rashes on skin
☒ drying or scaling of skin  eczema
☐ scaling or itching of eyelids

☐ irritation or swelling of eyelids or eye area
☐ tingling or swelling of lips or face area
☒ headaches
☐ nausea
☐ vomiting
☐ bloody vomiting
☐ abdominal pain
☐ diarrhea
☒ difficulty in breathing
☒ wheezing
☒ shortness of breath

3

- [ ] persistent cough
- [ ] tightness of the chest
- [ ] bronchitis
- [x] throat irritation
- [ ] hoarseness
- [ ] laryngitis
- [ ] pneumonia
- [ ] upper respiratory tract infections
- [ ] pulmonary edema
- [ ] asthma attacks for the first time in your life
- [x] asthma attacks that are recurrence of childhood asthma
- [x] allergies for the first time in your life
- [x] worsening of allergies that you had previous to living in FEMA trailer
- [ ] allergic contact dermatitis
- [ ] dizziness
- [ ] unconsciousness
- [ ] convulsions or seizures
- [ ] blood in urine
- [ ] abnormal liver enzymes
- [ ] nephritis (inflammation of kidneys)
- [ ] low blood pressure
- [ ] hypothermia (low body temperature)
- [ ] miscarriage or stillbirth
- [ ] abnormal laboratory tests on blood
- [ ] abnormal laboratory tests on urine

Please list any other symptoms you have suffered as a result of residing in a FEMA trailer (not listed above) and any conditions for which you have been diagnosed by a physician.
RESPIRATORY CONDITION; ASTHMA

4. Since you moved into the FEMA trailer and up to the present date, have you been diagnosed with cancer?    No

If yes, which kind of cancer?
N/A

5. When do you claim this injury or disease first occurred? 05/06

6. Did you ever suffer this type of illness or disease prior to living in the FEMA trailer?
Yes [x]    No [ ]

If "Yes," when and who diagnosed the condition at that time?
ASTHMA GOT WORSE

7. Do you claim that your use of a FEMA trailer or mobile home worsened a condition that you already had or had in the past?
Yes [x]    No [ ]

If "Yes," set forth the illness, disease or condition; whether or not you had already recovered from that illness, disease or condition before you began

4

residing in a FEMA trailer or mobile home and the date of your recovery, if any. ASTHMA GOT WORSE

8. **Are you claiming mental and/or emotional damages as a result of residing in a FEMA trailer or mobile home?**
Yes ☒   No ☒

*If "Yes,"* for each provider (including but not limited to primary care physician, psychiatrist, psychologist, counselor, pastor or religious counselor) from whom you have sought treatment for any psychological, psychiatric or emotional problems during the last seven (7) years, state:

Name and address of each person who treated or counseled you:
NONE

To your understanding, describe the condition for which treated:
NONE

State when you were treated for this psychological, psychiatric or emotional problem
NONE

List the medications prescribed or recommended by the physician or counselor
NONE

9. **Are you making a claim for medical expenses as a result of the injury, illness or disease identified in C.2. above?**
Yes ☐   No ☒

*If "Yes,"* state the amount of your claim: 0

5

IV. BACKGROUND INFORMATION

    A. Identify each **address** at which you have resided during the last five (5) years, and list when you started and stopped living at each one:

| Address | Dates of Residence |
|---|---|
| ~~[redacted]~~ | 2008-2003 |
| | |
| | |
| | |

    B. State Driver's License Number and State Issuing License: _____
       n/a

    C. Date and Place of Birth: 12/18/1996      Place: NEW ORLEANS, LA

    D. Sex: Male ☒    Female ☐

    E. Identify the highest level of **education** (high school, college, university or other educational institution) you have attended (even if not completed), the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas or Degrees |
|---|---|---|---|
| MCDONOUGH 15 | 2008 | GENERAL | DIPLOMA |
| | | | |
| | | | |

    F. Employment Information

        1. Current employer (if not currently employed, state your last employer):

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| NONE | | | |
| | | | |

        2. List the following for each employer you have had in the last ten (10) years:

| Name | Address | Dates of Employment | Occupation/Job Duties |
|---|---|---|---|
| NONE | | | |
| | | | |

6

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

3. Are you making a wage loss claim, or claim of lost earning capacity as a result of your exposure to formaldehyde while residing in a FEMA trailer or mobile home?
Yes ☐   No ☒

*If "Yes,"* state the following:

a. If you are making a claim for lost earnings and/or lost earning capacity, state your income from employment for each of the last five (5) years:

| Year | Income |
|--|--|
| N/A | $ N/A |
|  | $ |
|  | $ |
|  | $ |
|  | $ |

b. Total amount of time which you have lost from work as a result of any and all condition(s) related to residing in a FEMA trailer or mobile home, and the amount of income that you lost:

_____
_____

G. Previous Claims Information

1. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any sickness or disease, excluding auto accidents?
Yes ☐   No ☒   Don't recall ☐

*If "Yes,"* state to the best of your knowledge the court in which such action was filed, case name and/or names of adverse parties, and nature of the sickness or disease._____
N/A_____
_____

7

IV. FAMILY INFORMATION

   A. To the best of your knowledge has any child, parent, sibling, or grandparent of yours suffered from any type of disease [such as asthma, shortness of breath, headaches, lung disease, liver disease, skin disease, neurological disease, allergies, or cancer].
Yes ☒   No ☐   Don't Know ☐

*If "Yes,"* provide the information below.

| Name | Relationship | Current Age (or Age at Death) | Medical Condition | Cause of Death (if applicable) |
|---|---|---|---|---|
| ALANA ALEXANDER | MOTHER | 41 | BREATHING PROBLEMS | |
| ERICKA ALEXANDER | SISTER | 13 | ALLERGIES | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

   B. Are you are claiming the wrongful death of a family member related to formaldehyde?
Yes ☐   No ☒

*If "Yes,"* state the name of the deceased and fill out a separate form for the deceased.
Name: N/A

V. FEMA TRAILER OR MOBILE HOME UNIT

Please respond to Sections V. A-E below, including all subparts, with respect to **each** FEMA trailer or mobile home that you have resided in. Attach additional sheets if necessary.

   A. Please provide the following information regarding the FEMA trailer or mobile home:

      1. Manufacturer of trailer or mobile home: Gulfstream

      2. VIN: 1NL1GTR2551021783

      3. FEMA Identification No.: 939360133

8

1041407

4. Bar Code Number on FEMA housing unit:_____

5. Was the temporary housing unit provided to you by FEMA a travel trailer or a mobile home?   Travel Trailer ☒   Mobile Home ☐

6. Move-in Date: 05/06

7. Move-out Date: 1/08

8. Please state the mailing address and physical location for the FEMA trailer or mobile home unit.
   4415 DALE ST New Orleans, LA 70126    Mailing & Physical

9. Was the FEMA trailer or mobile home located in a trailer park or on private property? Private Property

10. State the reason you stopped living in the FEMA trailer or mobile home:
    MOVED IN NEW HOUSE

11. Please state the approximate square footage of the FEMA housing unit: 240

12. Please state the approximate length and width of the FEMA housing unit: 8 X 30

13. What is/was the average number of hours spent in the FEMA trailer or mobile home each day? 12-15

14. Is/was the FEMA housing unit "jacked-up" on blocks (wheels off of the ground)?
    Yes ☒   No ☐

15. Is/was the FEMA housing unit hooked up to a sewer line?
    Yes ☒   No ☐

16. Is/was the FEMA housing unit hooked up to an electrical line?
    Yes ☒   No ☐

17. Is/was the FEMA housing unit hooked up to natural gas line?
    Yes ☐   No ☒

18. Is/was propane gas used in the FEMA housing unit?

9

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. §1746 that all of the information provided in this Plaintiff Fact Sheet is true and correct to the best of my knowledge, and that I have supplied all the documents requested in Part VIII of this Plaintiff Fact Sheet, to the extent that such documents are in my possession, custody, or control, or in the possession, custody, or control of my lawyers, and that I have signed the authorizations attached to this declaration.

_____   Alana M. Alexander   2/3/09
**Signature of Plaintiff**                **Print Your Name**          **Date**

18