DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS THE CLAIMS OF PLAINTIFF CHRISTOPHER COOPER
FOR LACK OF SUBJECT MATTER JURISDICTION

UNITED STATES EXHIBIT 4

ALANA ALEXANDER, DEPOSITION EXCERPTS

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER        MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)
 8   LIABILITY LITIGATION        JUDGE ENGELHARDT
 9
10                  *   *   *
11
12        VIDEOTAPED DEPOSITION OF ALANA
13   ALEXANDER, 1619 MIRABEAU AVENUE, NEW
14   ORLEANS, LOUISIANA 70122, TAKEN AT THE
15   OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
17   29TH DAY OF JUNE, 2009.
18
19   REPORTED BY:
20        CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255
22   VIDEOGRAPHER:
23        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
```

Page 166

1  documentation when this lady gave you this
2  orientation?
3     A.  Yes, she gave us the book.
4     Q.  Okay. What book are you referring
5  to?
6     A.  It was like an owner's manual book
7  and it had --
8     Q.  One owner's manual for the
9  trailer?
10    A.  Yes, it was the owner's manual for
11 the trailer, and how to use the stove and
12 the refrigerator.
13    Q.  Did you read the owner's manual?
14    A.  Yes.
15    Q.  When did you read the owner's
16 manual?
17    A.  I would say -- I can't say as soon
18 as she gave it to me, but I would say within
19 the next few days after she gave it to me.
20    Q.  Do you remember any information
21 specifically that was provided in that
22 owner's manual that stood out in your mind?
23    A.  Not really, nothing in particular.
24    Q.  What did she tell you about airing
25 the trailer out?

Page 167

1     A.  She said just open the windows and
2  the door, because there was a screen door on
3  it. You open the windows and the door and
4  you could turn the air conditioner on and
5  let it blow out. Especially if we was gone
6  for the day and was coming back in, to let
7  that happen for a few minutes.
8     Q.  So she said if you were out and
9  the trailer had been closed up, to make sure
10 that you opened the door and windows and
11 turned on the AC for a little while?
12    A.  Yes.
13    Q.  What smell were you talking about
14 when you said that you spoke to her about
15 the smell?
16    A.  I would say that chemical smell
17 because when you walked in, I initially got
18 a tingle in the back of the throat and a
19 little burning sensation in the nose and did
20 some sneezing. And that was the initial --
21 and itchy eyes a bit.
22    Q.  That was the first day you moved
23 in?
24    A.  Yes.
25    Q.  Did Chris or Erika express any

Page 168

1  similar problems?
2     A.  Yes.
3     Q.  Anything else that Chris felt like
4  he had a problem with that he told you
5  about?
6     A.  Not initially.
7     Q.  Once the lady left, did you follow
8  the instructions to open the windows and
9  door and to use the AC?
10    A.  Yes.
11    Q.  Okay. And what happened at that
12 point, did it clear out the smell?
13    A.  Yeah, it started to like dissipate
14 after about an hour of airing it out.
15    Q.  Did you continue to have sneezing
16 and itchy eyes after it had been aired out?
17    A.  No, not after it aired out.
18    Q.  Did anyone live in the trailer
19 with you besides your kids?
20    A.  No.
21    Q.  At any time that you were in the
22 trailer, did anybody stay for more than a
23 day?
24    A.  No.
25    Q.  Did you have visitors at the

Page 169

1  trailer?
2     A.  Did I have what?
3     Q.  Visitors at the trailer?
4     A.  Yes.
5     Q.  Who came to visit you at the
6  trailer?
7     A.  Donna and her children, my mom, my
8  dad, my brother, Ronald. Debra didn't come
9  in too often. Matthew and Jared -- when
10 Jared was in town and Matthew would visit.
11    Q.  When people would come to visit,
12 did they ever express any concern or
13 complaints about the way the trailer
14 smelled?
15    A.  In the beginning, yes. When they
16 would come in, they would all have that
17 same -- the little itching and the burning
18 in your eyes.
19    Q.  Which of the visitors would have
20 problems with the burning and the itching of
21 the eyes?
22    A.  Well, Donna's son, Calvin, because
23 he's also asthmatic. Her daughter, Lynn.
24        And like I said, Debra didn't come
25 in the trailer at all.

Page 178

1  in the trailer?
2      A.  Well, after I would come back from
3  work, I would go see my momma and talk to
4  her for about an hour.  So after I finished
5  cooking or whatever.  So I would say maybe
6  about an hour, two hours.
7      Q.  Every day?
8      A.  Pretty much, yes.
9      Q.  Did the kids spend time over at
10 the barber shop?
11     A.  Yes.
12     Q.  You said Erika did.
13     A.  Yes, and if they weren't at the
14 barber shop or in the trailer, they were
15 down the street.
16     Q.  Who were they with down the
17 street?
18     A.  Donna and her children.
19     Q.  About how many days a week would
20 you cook in the trailer versus at the barber
21 shop?
22     A.  I would say five in the trailer.
23     Q.  Did you use any other vents in the
24 trailer while you were doing activities?
25 Did you have a bathroom vent in the trailer?

Page 179

1      A.  They had a bathroom vent, yes.
2      Q.  Did you leave that open all the
3  time?
4      A.  Yes.  The only time we really
5  closed it is when it rained.
6      Q.  Was there a vent with the stove?
7      A.  Yes, there was a vent.
8      Q.  Did you use the vent when you
9  cooked?
10     A.  Yes.
11     Q.  Every time you cooked?
12     A.  I wouldn't say every time.
13     Q.  Was it more typical for you to use
14 the vent when you were cooking than not
15 using it?
16     A.  It was more typical to use it.
17     Q.  When you were cooking and using
18 the vents, did the vents run the whole time
19 that you were cooking?
20     A.  Yes.
21     Q.  When you were in the trailer, did
22 you have any open flames like candles,
23 anything like that?
24     A.  No.
25     Q.  Did you use a space heater in the

Page 180

1  trailer?
2      A.  Yes.
3      Q.  Do you remember what kind of
4  heater?
5      A.  No, I don't remember.
6      Q.  Where was that heater placed?
7      A.  In -- like I guess you would say
8  in the kitchen area.  It was the middle of
9  the trailer between two rooms.
10     Q.  Which way did the heater face when
11 you --
12     A.  I faced it toward where Erika and
13 Christopher was.  Near the back of the
14 trailer.
15     Q.  What were the sleeping
16 arrangements in the trailer?
17     A.  Well, I had the big bedroom, and
18 in the trailer, it was like a cubbyhole and
19 it had like a bunk bed area and Christopher
20 was at the top and Erika was at the bottom.
21     Q.  Did the kids say anything about
22 the arrangements that were provided for them
23 for sleeping?
24     A.  Well, in the beginning, they were
25 just excited to get back home.  Like I said,

Page 181

1  they felt it was fun to be in the trailer.
2  I guess after a while, it started wearing on
3  their nerves that they were always so close
4  together.  Especially Erika, being a girl,
5  she wanted her privacy and everything.  And
6  there was just no privacy at all, especially
7  back there for them.
8      Q.  Did Christopher express any
9  thoughts about the sleeping arrangements,
10 whether he liked them or disliked them?
11     A.  Well, they didn't care for it.  It
12 was just so small.  Whenever they would roll
13 over, they would bump into the walls in the
14 trailer, you know, so it was pretty cramped
15 back there.  I wouldn't even get in there.
16     Q.  Did it scare Chris at all?
17     A.  No, I would say I don't think it
18 did.
19     Q.  You said the smell started
20 dissipating once you aired it out.  Did you
21 continue to have burning eyes over the first
22 couple of weeks?
23     A.  I would say the first two weeks we
24 kept with the burning eye sensation, and as
25 time went on, each of the little symptoms,

PROFESSIONAL SHORTHAND REPORTERS, INC          (800) 536-5255                                      (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

Page 182

1  like the scratching throat and the sneezing,
2  dissipated over time.
3     Q. At what point, if any, did the
4  symptoms go away?
5     A. I would say probably after two
6  months.
7     Q. So after two months, you felt like
8  all the burning eyes, the scratchy throat
9  and all that stuff had gone away?
10    A. Yes. That's what it felt like,
11 yes.
12    Q. Okay. Did Chris say anything to
13 you about his own symptoms, if they went
14 away about the same time period?
15    A. I would say yes, kind of like at
16 the same time, but I just noticed that he
17 started with the inhaler more.
18    Q. When did he start with the inhaler
19 more?
20    A. I would say around that two- or
21 three-month time period we were in the
22 trailer. So that would have been probably
23 like in July.
24    Q. So in July, you felt like he was
25 using the inhaler more?

Page 183

1     A. Uh-huh.
2     Q. That's a "yes"?
3     A. Yes.
4     Q. Okay. How often did he use the
5  inhaler beginning in July, say, July through
6  December?
7     A. I would say he had gotten up to
8  using it, like, twice a week.
9     Q. So approximately eight times a
10 month versus the one to two times a month
11 that you described before?
12    A. Yes.
13    Q. Was he seeing a doctor at this
14 time?
15    A. Well, not initially, because we
16 couldn't find Dr. Barnes.
17    Q. Who was prescribing the inhaler?
18    A. He was still using the inhaler
19 from the prescription we had gotten when we
20 were in Florida and he had refills on it.
21    Q. How many refills did he have on
22 that prescription?
23    A. I don't remember.
24    Q. Where did you fill that
25 prescription?

Page 184

1     A. Walgreens.
2     Q. In August, did Chris start school?
3  We're talking about August 2006.
4     A. Yes.
5     Q. And that's when he started
6  McDonough 15?
7     A. Yes.
8     Q. And he started the fourth grade?
9     A. Fourth grade, yes.
10    Q. Did you have to fill out any forms
11 indicating that Chris was -- regarding
12 Chris's health when he started out at
13 school?
14    A. Yes.
15    Q. Did you describe any problems he
16 was having with asthma or allergies?
17    A. I just, you know, on the paper, I
18 just said he had asthma and some allergies.
19    Q. What types of circumstances
20 created problems with the asthma that you
21 described to McDonough 15 when he first went
22 there?
23    A. The weather, the weather changes.
24 And like I say, the weather and the
25 increasing pollen and dust that New Orleans

Page 185

1  had right after the storm.
2     Q. Chris was having problems with the
3  pollen and dust that was around the area
4  after the storm?
5     A. Yes.
6     Q. Did he receive any medical
7  treatment for that?
8     A. Remember I told you he was on the
9  Claritin.
10    Q. Was that just over the counter?
11    A. Over the counter.
12    Q. Was he using the Claritin in
13 Florida as well?
14    A. Yes, but not daily.
15    Q. He was using the Claritin daily in
16 New Orleans?
17    A. Yes.
18    Q. How often did he use it in
19 Florida?
20    A. I would say maybe twice a week, if
21 that much.
22       THE VIDEOGRAPHER:
23          We are off the record; it is
24 11:33.
25    (Recess.)

Page 310

1    A.  Yes.
2    Q.  At the Super 8 on Chef Menteur
3  Highway?
4    A.  Yes.
5    Q.  You didn't have to pay for that
6  hotel room?
7    A.  No.
8    Q.  FEMA paid for it?
9    A.  Yes.
10   Q.  And you may have said this
11 earlier, but the Dale Street address is
12 about two blocks away from Chef Menteur
13 Highway?
14   A.  It's the third block.
15   Q.  Third block away?
16   A.  Yes.
17   Q.  And on the other side of Chef
18 Menteur Highway, it's kind of an industrial
19 area right there, right?
20   A.  Yes, some housing and mostly
21 industrial.
22   Q.  Now, you said earlier that when
23 entering the unit, there were some odors and
24 smells in the unit, right?
25   A.  Yes.

Page 311

1    Q.  And you said that you talked about
2  those odors and smells with a person who was
3  there with you in the unit; is that correct?
4    A.  Yes.
5    Q.  And that was somebody who was
6  walking you through the unit for the first
7  time?
8    A.  Yes.
9    Q.  After that conversation, did you
10 ever call anyone about the odors or smells?
11   A.  No.
12   Q.  Do you remember there being a
13 telephone number listed inside of the unit?
14   A.  Not in the unit, I think it was in
15 the book.
16   Q.  There was a number you understood
17 to be a number for maintenance calls?
18   A.  Yes.
19   Q.  Okay.  And you never called that
20 maintenance number about odors or smells?
21   A.  No.
22   Q.  In addition, there's a separate
23 FEMA phone number that you knew about to
24 call about getting assistance from FEMA,
25 right?

Page 312

1    A.  Yes.
2    Q.  Did you ever call FEMA about any
3  odors or smells in the unit?
4    A.  No.
5    Q.  I will ask a slightly different
6  question now, and I think I know your answer
7  because you said you first heard about
8  formaldehyde in December of 2007.  That's
9  what you said?
10   A.  Yes.
11   Q.  So you would have never made any
12 complaints specifically about formaldehyde
13 to anyone on that maintenance phone number,
14 right?
15   A.  Correct.
16   Q.  And you've never made any
17 formaldehyde complaints to FEMA using the
18 FEMA telephone number?
19   A.  That's correct.
20   Q.  Did you ever visit the FEMA Web
21 site?
22   A.  I probably did.
23   Q.  For what purpose, do you remember?
24   A.  Sometimes it was -- well, now,
25 this was prior to me getting the trailer

Page 313

1  because I didn't have Internet access when I
2  got into the trailer.  When we were in
3  Florida, I probably did in order to get the
4  telephone numbers or something.  Because
5  every now and then, you know, I wouldn't
6  have it for whatever reason.
7    Q.  And you're saying that you didn't
8  have any Internet access throughout the time
9  when you lived in the trailer?
10   A.  Only when I was at work.
11   Q.  Could you access the Internet from
12 your parents' house?
13   A.  No, because they don't have that.
14   Q.  Is the only time you could access
15 the Internet throughout the time you were in
16 the trailer when you were at work?
17   A.  Yes, sir.
18   Q.  Now, you said these odors and
19 smells in the unit were there from the first
20 moment you walked into the unit?
21   A.  Yes.
22   Q.  And those odors and smells
23 irritated you at the first moment you walked
24 into the unit?
25   A.  Yes.

Page 314

1  Q. And to your knowledge, they
2  irritated Chris the first moment he walked
3  into the unit?
4  A. Yes.
5  Q. Did you ever talk with anyone
6  about moving out of the unit because of
7  those odors and smells?
8  A. No.
9  Q. Did you ever ask anyone if you
10 could be moved somewhere else because of the
11 odors and smells in the unit?
12 A. No.
13 Q. And eventually, you moved out of
14 the unit into your sister's house, which is
15 the Mirabeau address, correct?
16 A. Correct.
17 Q. Now, had you discussed the
18 possibility of moving into her house as
19 early as November of 2007?
20 A. I might have had the discussion,
21 but I doubt it seriously.
22 Q. Why?
23 A. Because prior to that, I was
24 trying to find a way to build a house on the
25 lot itself.

Page 315

1  Q. When did she move back to New
2  Orleans from New York?
3  A. She moved back, I would say, in
4  June of '06. Because I think she came back,
5  like, right after we got back home.
6  Q. In June of '06?
7  A. Yes.
8  Q. Did she live in a trailer?
9  A. Yes.
10 Q. Do you know when she moved out of
11 the trailer?
12 A. I don't remember exactly when she
13 moved out.
14 Q. Was her trailer parked at the
15 Mirabeau address?
16 A. No, her trailer was at the lot my
17 daddy had on Reynes Avenue.
18 Q. Do you know when she acquired the
19 Mirabeau address house?
20 A. I don't know the exact dates on
21 that.
22 Q. I believe you said earlier that
23 you had gotten a prescription for Chris's
24 inhaler while you were in Jacksonville; is
25 that right?

Page 316

1  A. Correct.
2  Q. And there were a certain number of
3  refills on that prescription?
4  A. Yes.
5  Q. And you don't know how many
6  refills there were?
7  A. No, I don't remember exactly.
8  Q. That would probably be in the
9  Walgreens records, right?
10 A. Yes.
11 Q. Do you know the next time it was
12 that Chris went and had to get a new
13 prescription for inhalers?
14 A. We were already back here in New
15 Orleans and we eventually found Dr. Barnes
16 again, and when we found her, then we went
17 to the doctor.
18 Q. So the next time he got a
19 prescription for an inhaler was when he saw
20 Dr. Barnes for the first time after the
21 storm?
22 A. Yes. I would say yes. I think
23 so.
24 Q. Do you remember, was that around
25 October of 2007?

Page 317

1  A. I think it was.
2  Q. Okay. So between seeing the
3  doctor in Florida and seeing Dr. Barnes for
4  the first time after the storm in October of
5  2007, Chris went through however many
6  inhalers he could get refills for from that
7  one prescription, right?
8  A. Yes.
9  Q. However many inhalers that is?
10 A. Yes.
11 Q. He didn't need a new prescription
12 for refills between Florida and that visit
13 with Dr. Barnes in October of 2007?
14 A. Yes.
15 Q. Okay. You mentioned earlier that
16 you had a few problems with the unit in
17 terms of the heater and some other items?
18 A. Yes.
19 Q. Who would you call to deal with
20 those problems? Would that be the number
21 inside that manual that you talked about?
22 A. Yes. The maintenance number that
23 they gave us.
24 Q. When you first noticed that smell
25 when you went into the trailer, you said you

Page 318

1  knew it was irritating you, right?
2      A.  Yes.
3      Q.  And you knew it was irritating
4  Chris?
5      A.  Yes.
6      Q.  Or he told you it was irritating
7  him?
8      A.  Yes.
9      Q.  Did you know that the smell was
10 coming from the trailer?
11     A.  Yes.  Because we were in the
12 trailer and we smelled it when we walked in
13 the trailer.
14     Q.  So you figured out that that smell
15 that you were smelling, the irritating
16 smell, was coming from this trailer that you
17 were in?
18     A.  Yes.
19     Q.  I'll just throw this in there
20 while I have it out and mark this as
21 Exhibit 26.
22         I believe this is an outdated
23 resumé for you?
24     A.  Oh, yeah.
25     Q.  But this was an accurate

Page 319

1  reflection of your resumé up until 2005; is
2  that right?
3      A.  Yes.
4      Q.  So this would have been your
5  accurate and correct resumé prior to
6  Hurricane Katrina hitting?
7      A.  Yes.
8          Minus Dillard, because -- no, I
9  did start Dillard before the storm.  Yes.
10     Q.  In connection with this case, you
11 met with a psychologist, do you remember
12 that?
13     A.  Yes.
14     Q.  And that was a Dr. Shwery?
15     A.  Yes.
16     Q.  And Chris did too, right?
17     A.  Yes.
18     Q.  Did Dr. Shwery ask you about any
19 other sources of emotional distress that you
20 may have aside from anything related to
21 formaldehyde in trailers?
22     A.  You mean outside of the whole
23 trailer situation?
24     Q.  And by "trailer situation," I mean
25 formaldehyde in trailers, yes.

Page 320

1      A.  Right.  Did he ask -- wait.  Say
2  your question again, please.
3      Q.  Did he ask you if there were any
4  other sources of psychological issues or
5  emotional distress, aside from trailers and
6  formaldehyde?
7      A.  Yes, he asked me.
8      Q.  Did he ask you whether the ordeal
9  of the storm affected you?
10     A.  Yes, he did.
11     Q.  Did he ask you whether the ordeal
12 of the storm permanently affected you?
13     A.  I don't remember if he said
14 "permanently."
15     Q.  As we sit here today, do you think
16 that the storm has caused you any kind of
17 permanent emotional distress?
18         And by "the storm," I mean the
19 destruction of your house and, subsequently,
20 evacuation, not trailers and formaldehyde.
21     A.  I would say yes, the storm has
22 adjusted me permanently.
23     Q.  Okay.  What about for Chris?
24     A.  I would have to say yes.
25     Q.  So in addition to any kind of

Page 321

1  emotional distress that may have resulted
2  from formaldehyde in trailers, you think you
3  have permanent emotional distress from the
4  storm and the evacuation?
5      A.  You keep using the word
6  "permanent."  I would say I had a lot of
7  stress due to the storm and everything, yes.
8      Q.  And the same goes for Chris?
9      A.  I would say yes.
10         THE VIDEOGRAPHER:
11             Off the record; it is 3:12.
12         (Recess.)
13         THE VIDEOGRAPHER:
14             Back on the record; it is 3:18.
15 EXAMINATION BY MR. DINNELL:
16     Q.  Ms. Alexander, I'm going to hand
17 you what I have marked as Exhibit 27.  Would
18 you take a look at that document?
19         Exhibit 27 is entitled "FEMA,
20 Important Formaldehyde Information for FEMA
21 Housing Occupants."
22         Have you ever seen this document
23 before?
24     A.  I could have.  I really don't
25 know.

Page 390

1  Q. So you had a constant headache the
2  entire time you were in the trailer for the
3  first couple of months?
4  A. I would say a constant headache --
5  MS. PETROVICH:
6      Object to the form of the
7  question.
8  MR. HILLIARD:
9      What was your objection?
10 MS. PETROVICH:
11     Form of the question. I don't
12 think she said she had constant headaches.
13 MR. GLASS:
14     That's what I asked her. That was
15 the question.
16 EXAMINATION BY MR. GLASS:
17 Q. Did you have constant headaches?
18 A. No, it wasn't constant headaches.
19 Q. At any time in those first couple
20 of months, did you see a doctor about your
21 complaints?
22 A. No.
23 Q. After those couple of months, did
24 you return to your pre-Katrina health?
25 A. Me?

Page 391

1  Q. Yes.
2  A. Yeah, pretty much.
3  Q. As we sit here today, do you have
4  any physical complaints or issues that you
5  relate to the -- and I am talking about
6  physically -- that relate to your time in
7  the trailer?
8  A. I would say no.
9  Q. The second subparagraph B is
10 "Regarding the physical pain and suffering
11 of her minor son, Christopher Cooper."
12     What physical pain and suffering
13 did Chris go through?
14 A. Well, in the trailer, his eyes
15 were worse because his eyes constantly
16 stayed watery through the time that we were
17 in there. Even after the odor dissipated,
18 he always had the watery eyes.
19 Q. How did you treat those watery
20 eyes?
21 A. That's when he was on the
22 Claritin, and like I said, I thought it had
23 to do with mostly allergies.
24 Q. What other manifestations of
25 physical symptoms did Chris have in those

Page 392

1  first couple months?
2  A. Like I say, he felt the burning in
3  the throat and the nose; say again watery
4  eyes, the itchy eyes and the nose, the
5  burning in the nose. And the frequency of
6  the inhaler started to increase.
7  Q. Okay. During those first couple
8  of months, did his symptoms also decrease
9  over time?
10 A. The itching and the watery eyes --
11 not the watery eyes, I'm sorry. The itching
12 of the nose -- I take that back. Not the
13 nose for him. Because he was always doing
14 that with his nose, rubbing his nose.
15 Q. So for the entire 19 months that
16 you were in the trailer, it's your testimony
17 that Chris's symptoms from day one in the
18 trailer were the same until the end when he
19 left the trailer?
20 A. Yes.
21 Q. We've already gone into some of
22 the medical records. All of the visits to
23 the doctors have been talked about --
24 A. Yes.
25 Q. -- from the time he was in the

Page 393

1  trailer?
2  A. Yes.
3  Q. Subpart (c) references plaintiff's
4  mental anguish and emotional distress,
5  including the fear of an increased risk of
6  future serious disease, both in your own
7  case and in the case of your minor son.
8      You actually, in that fact sheet,
9  did raise that you're claiming mental and
10 emotional damage as a result of living in
11 the trailer, correct?
12 A. Yes.
13 Q. Okay. Did you seek any
14 professional help for your mental anguish or
15 emotional distress before April of 2009?
16 A. No.
17 Q. Do you remember when you first
18 became a bellwether plaintiff?
19 A. When I became a what?
20 Q. Okay. Do you understand that your
21 case is going to trial in September?
22 A. Yes.
23 Q. When were you informed that your
24 case was going to trial in September?
25 A. The first time I met Bob.

99 (Pages 390 to 393)