# DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS THE CLAIMS OF PLAINTIFF CHRISTOPHER COOPER FOR LACK OF SUBJECT MATTER JURISDICTION

## UNITED STATES EXHIBIT 5

## CHRISTOPHER COOPER, DEPOSITION EXCERPTS

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:  FEMA TRAILER           MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS          SECTION "N"(4)
 8   LIABILITY LITIGATION           JUDGE ENGELHARDT
 9
10                      *   *   *
11
12         VIDEOTAPED DEPOSITION OF CHRISTOPHER
13   COOPER, 1619 MIRABEAU AVENUE, NEW ORLEANS,
14   LOUISIANA 70122, TAKEN AT THE OFFICES OF
15   LAMBERT & NELSON, 701 MAGAZINE STREET, NEW
16   ORLEANS, LOUISIANA 70130, ON THE 29TH DAY OF
17   JUNE, 2009.
18   REPORTED BY:
19        CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
20        (504)529-5255
21   VIDEOGRAPHER:
22        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
23        (504)529-5255
24
25
```

Page 30

1  A. Yes.
2  Q. Do you remember your house at Dale
3  Street before the hurricane?
4  A. Yes.
5  Q. What do you think about your house
6  when you think of memories of the house that
7  you had on Dale Street before the hurricane?
8  A. I have happy thoughts because it
9  was the place I was born and I had my own
10 room. And it was just home.
11 Q. Who lived in that house with you
12 before the hurricane?
13 A. Me, my mother, my sister, my two
14 cousins and my nanny.
15 Q. And nanny is Debra Austin?
16 A. Yes.
17 Q. And if I recall from earlier, you
18 said that you didn't have any chores that
19 you remember while you were in the house
20 before the hurricane?
21 A. No.
22 Q. The happy thoughts that you just
23 described, you had your own room that you
24 didn't have to share with anybody while you
25 were at the Dale Street house?

Page 31

1  A. Yes.
2  Q. Did you ever have any problems
3  with asthma while you were in the house?
4  A. No. Just when I go outside.
5  Q. When you would go outside, the
6  asthma would get worse?
7  A. Yes.
8  Q. Do you have any idea why it would
9  get worse outside?
10 A. Because I would mostly play and do
11 a lot of things and it made me out of
12 breath.
13 Q. Did you have any problems with
14 pollen before the hurricane?
15 A. No.
16 Q. Have you been told that you now
17 have allergies?
18 A. Yes.
19 Q. How do you differentiate between
20 allergies and asthma?
21 A. Well, asthma pertains with the
22 breathing, and allergies are maybe contained
23 within nose and eyes, and it might make you
24 sick.
25 Q. What in particular about the nose

Page 32

1  and the eyes do you relate to the allergies?
2  A. Well, because after the hurricane,
3  the pollen got to me and I started having
4  allergies. And it kind of made my nose run
5  and my eyes water. And -- that's it.
6  Q. The physical symptoms that you
7  just described, the nose running and the
8  eyes watering, when do you remember those
9  first coming up?
10 A. Maybe when we came back to New
11 Orleans after the storm, I started feeling
12 it.
13 Q. Was that in May of 2006?
14 A. About.
15 Q. Did you ever have any problems
16 with a runny nose before you came back to
17 New Orleans after the hurricane?
18 A. No.
19 Q. Do you remember ever having watery
20 eyes before you came back to New Orleans
21 after the hurricane?
22 A. Not that I can remember.
23 Q. When you first came back to New
24 Orleans, did you move into a travel trailer?
25 A. Yes.

Page 33

1  Q. And that was at the Dale Street
2  address where your house used to be?
3  A. Yes.
4  Q. While you were moving around
5  between the hurricane and when you moved
6  into the trailer in May of 2006, what
7  thoughts do you have about that time period,
8  when you were moving around?
9  A. Well, when we first got to the
10 trailer, I thought I was going to be happy
11 because when we got to the trailer, we
12 assumed we were going to have our house
13 again and be able to live in it.
14    Well, then, when my mom said we
15 weren't not going to live in the house
16 again, I got kind of sad. And then after
17 that, when we kept moving, it was just kind
18 of annoying, because we wouldn't just settle
19 in one place and just stay there, we just
20 kept moving.
21 Q. Did you like living in Florida?
22 A. Sort of.
23 Q. What did you like about living in
24 Florida?
25 A. I had friends, I had family to