UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
AGE, et al. v. GULFSTREAM COACH, INC., et al. [Case No. 09-2892]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction will come on for hearing before the Honorable Kurt D. Engelhardt, United States District Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, on the 12th day of August 2009, at 9:30 a.m., or as soon thereafter as counsel may be heard.

**DONE AND SIGNED** this _____ day of _____, 2009.

_____
**HONORABLE KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Dated: July 27, 2009                                    Respectfully Submitted,

TONY WEST                                               HENRY T. MILLER
Assistant Attorney General, Civil Division              Senior Trial Counsel

J. PATRICK GLYNN                                        ADAM DINNELL
Director, Torts Branch, Civil Division                  MICHELLE BOYLE
                                                        JONATHAN WALDRON
DAVID S. FISHBACK                                       Trial Attorneys
Assistant Director


                                                        //S// *Adam Bain*
                                                        ADAM BAIN (IN Bar No. 11134-49)
OF COUNSEL:                                             Senior Trial Counsel
JORDAN FRIED                                            United States Department of Justice
Associate Chief Counsel                                 Civil Division – Torts Branch
                                                        P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES                                    Washington, D.C. 20004
Trial Attorney                                          Telephone No: (202) 616-4209
FEMA/DHS                                                E-mail: adam.bain@usdoj.gov
Department of Homeland Security
Washington, D.C. 20472                                  Attorneys for the United States of America