UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

This Document Relates to:

*Charlie Age, at al. v. Gulf Stream Coach, Inc., et al.* **[Docket No. 09-2892]**

******************************************************************************

**DEFENDANT FLUOR ENTERPRISES, INC.'S RESPONSE
TO GULF STREAM COACH, INC., "MOTION IN LIMINE TO EXCLUDE
EXPERT TESTIMONY OF MARCO KALTOFEN, PE" [Docket No. 2271]**

Defendant Fluor Enterprises, Inc. hereby adopts and joins in Defendant Gulf Stream Coach, Inc.'s "Motion in Limine to Exclude Expert Testimony of Marco Kaltofen, PE," [Docket No. 2271]. The Court should grant that Motion for all the reasons set forth in Defendant Gulf Stream Coach, Inc.'s Memorandum filed in support thereof.

Dated: July 27, 2009	Respectfully Submitted,

          **MIDDLEBERG, RIDDLE & GIANNA**

          /s/ Richard A. Sherburne, Jr.
BY: _____
          Dominic J. Gianna, La. Bar No. 6063
          Sarah A. Lowman, La. Bar No. 18311
          201 St. Charles Avenue, Suite 3100
          New Orleans, Louisiana 70170
          Telephone: (504) 525-7200
          Facsimile:  (504) 581-5983
          dgianna@midrid.com
          slowman@midrid.com

          Charles R. Penot, Jr., La. Bar No. 1530 &
          Texas Bar No. 24062455
          717 North Harwood, Suite 2400
          Dallas, Texas 75201
          Telephone: (214) 220-6334
          Facsimile:  (214) 220-6807
          cpenot@midrid.com

           *-and-*

          Richard A. Sherburne, Jr., La. Bar No. 2106
          450 Laurel Street, Suite 1101
          Baton Rouge, Louisiana 70801
          Telephone: (225) 371-7700
          Facsimile:  (225) 381-7730
          rsherburne@midrid.com

        **ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of July, 2009, a copy of the foregoing Motion in Limine to Exclude Expert Testimony of Marco Kaltofen, PE on behalf of Fluor Enterprises, Inc. was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to all known counsel of record by operation of the court's electronic filing system.

/s/ Richard A. Sherburne, Jr.
RICHARD A. SHERBURNE, JR.
rsherburne@midrid.com