**From:** Tony Buzbee [mailto:tbuzbee@txattorneys.com]
**Sent:** Saturday, July 25, 2009 2:22 PM
**To:** ANDREW WEINSTOCK; gerry meunier; Justin Woods; Mikal C. Watts; Peter Taaffe; rey pena; Bob Hilliard; Anthony Buzbee
**Cc:** JOSEPH G. GLASS; Henry Miller; Adam Dinnell; CPenot@midrid.com; Kurtz, David
**Subject:** Re: Depos

As for the last two, we will provide you dates. As for the others, the magistrate made clear there would be no more depos. So, you will need to seek leave at this late date.

Tony Buzbee
The Buzbee Law Firm
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713-223-5393
Facsimile: 713-223-5909
www.txattorneys.com
tbuzbee@txattorneys.com

---

**From:** "ANDREW WEINSTOCK"
**Date:** Sat, 25 Jul 2009 12:46:40 -0400
**To:** gerry meunier<gmeunier@gainsben.com>; justin woods<jwoods@gainsben.com>; mikal watts<mcwatts@wgclawfirm.com>; peter taaffe<ptaaffe@txattorneys.com>; rey pena<rpena@hmglawfirm.com>; robert hilliard<bobh@hmglawfirm.com>; Tony Buzbee<tbuzbee@txattorneys.com>
**Subject:** Depos

When can we depose the following:

172. Jeremiah Scott -Former Football Coach of Christopher Cooper

7/27/2009

173. Donna Gibson -Friend of Plaintiff

174. Maria Alexander -Sister of Plaintiff, Alana Alexander

177. Daron Christopher Cooper -Plaintiff Christopher Cooper's Father

178. Calvin Gibson -Friend of Plaintiff -Donna Gibson's son

179. Lynn Gibson -Friend of Plaintiff -Donna Gibson's daughter

180. Sister Liz -Plaintiff Christopher Cooper's Former Principal

181. Christopher Cooper's Former 2nd Grade Teacher

We also need a date for the re-opened Alana deposition and the computer consultant as ordered by the Magistrate.

7/27/2009