UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | SECTION: N(5) |
| LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

*************************************************************************

## ORDER

The Motion For Expedited Hearing of Defendants, Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., is granted; and the hearing on Defendants' Motion for Leave to Take Additional Depositions is hereby set for hearing on the ___ day of _____, 2009 at _____ o'clock __.m.

_____
UNITED STATES DISTRICT JUDGE