**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER
       FORMALDEHYDE PRODUCTS      MDL NO. 07-1873
       LIABILITY LITIGATION

                                         SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*James Jr., et al v. FRH, Inc., et al.*
*No. 09-3604*
********************************************************************************************

### AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

      BEFORE ME, the undersigned authority, personally came and appeared:

### CANDICE C. SIRMON, ESQ.

who, after being first duly sworn, did depose and state:

      That he is counsel for plaintiff in the above-captioned matter; that on May 21,

2009, he deposited in the United States Mail, postage prepaid, a certified copy of the

summons and Complaint for Damages in the above matter, properly addressed, to

defendant FRH, Inc. through Margaret Flager, 52219 Delta Ct., Elkhart, IN 46514 ,

requesting a return receipt and has now received confirmation from the United States

Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed
before me, this 28 day of
July 2009.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Donald Flager_ ☐ Agent ☐ Addressee<br>B. Received by ( *Printed Name*) Donald L. Flager   C. Date of Delivery 5 24 09 |
| 1. Article Addressed to:<br><br>FRH, Inc.<br>Through<br>Margaret Flager<br>52219 Delta Ct.<br>Elkhart, IN 46514 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*) ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7006 3450 0001 5393 2079 |
| PS Form 3811, February 2004 | Domestic Return Receipt   MAY 29 REC'D   102595-02-M-1540 |