UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Johnson, III, et al. v. Layton Homes, Corp., et al.*
*No. 09-3558*
*****************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on May 19, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant Layton Homes, Corp., Through Michael J. Wolter, 2520 Bypass Road, Elkhart, IN 46514, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*[signature]*
**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this 28 day of July 2009.

*[signature]*
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Layton Homes Corp.
through
Michael J. Wolfe
2520 By Pass Road
Elkhart, IN 46514

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]*   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): *[illegible]*   C. Date of Delivery: 5-21-09

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 3450 0001 5393 1713

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

MAY 26 2009