UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS　　　　MDL NO. 07-1873
LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Cook, et al. v. Jayco, Inc., et al.*
*No. 09-3603*
*******************************************************************************

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ORLEANS

　　　　BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

　　　　That he is counsel for plaintiff in the above-captioned matter; that on May 21, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant, the United States Government through the U.S. Attorney General, U.S. Department of Justice, 950 Pennsylvania Ave., NW, Washington, D.C. 20530-0001, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*[signature]*
**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this 28 day of July 2009.

*[signature]*
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U.S. Government through
   Attorney General, Eric Holder
   U.S. Department of Justice
   950 Pennsylvania Ave, NW
   Washington, DC 20530-0001

2. Article Number (Transfer from service label): 7006 3450 0001 5393 1805

PS Form 3811, February 2004   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent  ☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 28 2009

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

JUN 02 REC'D   102595-02-M-1540