UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER    FORMALDEHYDE    PRODUCTS LIABILITY    LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* | * * * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | * * * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FLEETWOOD ENTERPRISES, INC.'S MOTION TO STRIKE PLAINTIFF'S DESIGNATION OF KENNETH R. LAUGHERY, PH.D.

**NOW INTO COURT**, through undersigned counsel, comes Fleetwood Enterprises, Inc. ("Fleetwood"), and hereby moves this Honorable Court to strike the Plaintiff's designation of Kenneth R. Laughery, Ph.D. as a human factors expert witness in the above-captioned case. For reasons, more fully set forth in the attached memorandum, Fleetwood respectfully requests that this Court issue an Order as requested above.

This 28th day of July, 2009.

Respectfully submitted:

 */s/ Richard K. Hines, V*
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

>Jerry L. Saporito
>LA Bar No. 11717
>LEAKE & ANDERSSON, L.L.P.
>1700 Energy Centre
>1100 Poydras St.
>New Orleans, LA 70163-1701
>(504) 585-7500 (phone)
>(504) 585- 7775 (fax)
>
>Counsel for Fleetwood Enterprises, Inc.

### **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery            ( )   Prepaid U.S. Mail

( )   Facsimile                ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 28th day of July, 2009.

> /s/ Richard K. Hines, V
> Richard K. Hines, V
> Georgia Bar No. 356300
> richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

2