UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In RE: FEMA TRAILER                                               MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION
                                                                  SECTION "N" (5)

Relates to Civil Action No.  09-2892
*Age, et al. vs. Gulfstream Coach, Inc., et al.*


**PLAINTIFFS ALANA ALEXANDER'S AND CHRISTOPHER COOPER'S
DESIGNATION OF EXPERT WITNESSES**

Plaintiffs, Alana Alexander and Christopher Cooper, pursuant to this Honorable Court's Trial I Scheduling Order dated April 8, 2009 (Doc. No. 1305) and Fed.R.Civ.P. 26(a)(2)(B), hereby file this Designation of Expert Witnesses.

Plaintiffs, Alana Alexander and Christopher Cooper, hereby designate the following expert witnesses:

(1) **Barnes, Janet D., MD**

| | |
|---|---|
| Name: | Dr. Janet D. Barnes |
| Address: | 3600 Prytania Street, Suite 50 |
| | New Orleans, Louisiana 70115 |
| Phone: | (504) 891-1800 |
| Area of Testimony: | Chris Cooper's Treating Pediatrician; |
| | Nature of Injury Caused; |
| | Specific Causation from Exposure to Formaldehyde; |
| | Management and Treatment |
| C.V. | See: ALX-EXP-1-000001/002 |
| Compensation Rate: | $150/hour |
| List of Testimonies: | Not Applicable |
| Expert Report: | See: ALX-EXP-4-000001/004 |
| Three Depo Dates: | Dr. Barnes is not a retained expert, she is a Physician in clinical practice. She is available for deposition on June 2, 2009, beginning at 2:00 p.m., or June 4, 2009, beginning at 2:00 p.m. |

1

(2)  **Branscome, Lee, Ph.D., C.C.M.**

    Name:                    Dr. Lee Branscome
    Climatological Consulting Corporation
    Address: 7338 155th Place North
    Palm Beach Garden, Florida 33418
    Phone: (561) 744-4889
    Area of Testimony: Climatology of Air Temperature, Humidity and Weather Data for the relevant areas and time frames
    C.V.: See: ALX-EXP-5-000001/004
    Compensation Rate: See: ALX-EXP-6-000001
    List of Testimonies: See: ALX-EXP-7-000001/005
    Expert Report: See: ALX-EXP-8-000001/021
    Three Depo Dates: June 17-19, 2009

(3)  **Bunzer, Gary**

    Name: Gary Bunzer
    Bunzer Consulting, Inc.
    Address: 2801 1st Avenue, Suite 308
    Seattle, Washington, 98121
    Phone: (619) 507-1510
    Area of Testimony: Conduct of Contractor/Maintenance Company; Inspection of the Alexander/Gulfstream Coach, Inc. Unit with regard to Conduct of Contractor/Maintenance Company
    C.V.: See: ALX-EXP-9-000001/002
    Compensation Rate: See: ALX-EXP-10-000001
    List of Testimonies: See: ALX-EXP-11-000001
    Expert Report: See: ALX-EXP-12-000001/042
    Three Depo Dates: June 10-12, 2009

(4) **DeVany, Mary, M.S., C.S.P., C.H.M.M.**

    Name:                   Mary DeVany
                               DeVany Industrial Consultants
    Address:               14507 NW 19th Avenue
                               Vancouver, Washington 98685 USA
    Phone:                 (360) 546-0999
    Area of Testimony:   Industrial Hygiene;
                               Sampling of Trailers and Air Sampling Test Results;
                               Formaldehyde Exposure Standards;
                               Properties of Formaldehyde including but not limited to
                               physical, chemical, and toxicological effects of
                               formaldehyde exposure.
                               Negligence of FEMA
    C.V.:                    See: ALX-EXP-13-000001/008
    Compensation Rate: See: ALX-EXP-14-000001/003
    List of Testimonies: See: ALX-EXP-15-000001
    Expert Report:       See: ALX-EXP-16-000001/???
    Three Depo Dates:   July 15-17, 2009

(5) **Hewett, Paul, Ph.D.**

    Name:                   Dr. Paul Hewett
                                 Exposure Assessment Solutions, Inc.
    Address:               1270 Kings Road
                               Morgantown, West Virginia 26508

    Phone:                 (304) 685-7050
    Area of Testimony:   Statistics;
                               Statistical Analysis of Air Sampling Test Results;
                               Formaldehyde Exposure Survey of Temporary Housing
                               Units (THUs)
    C.V.:                    See: ALX-EXP-17-000001/004
    Compensation Rate: See: ALX-EXP-18-000001
    List of Testimonies: See: ALX-EXP-19-000001
    Expert Report:       See: ALX-EXP-20-000001/020
    Three Depo Dates:   May 26-28, 2009

(6) **Johnson, Reagan**

    Name:                  Reagan Johnson
                                C4 Animation
    Address:              717 Monette Drive
                                Corpus Christi, Texas 78412
    Phone:                (361) 739-5014
    Area of Testimony:  Animator;
                                Created Animation of Subject Unit;
                                Will Use That Animation to Illustrate Principles
                                Testified to By Other Testifying Experts
    C.V.:                   See: ALX-EXP-21-000001/010
    Compensation Rate: $150/hour
    List of Testimonies: See: ALX-EXP-23-000001/001
    Expert Report:      See: ALX-EXP-24-000001/003
    Three Depo Dates:  June 1-3, 2009

(7) **Kaltofen, Marco, P.E. (Civil)**

    Name:                  Marco Kaltofen
                                    Boston Chemical Data Corporation
    Address:              2 Summer Street, Suite 14
                                Natick, Massachusetts 01760
    Phone:                (508) 651-1661
    Area of Testimony:  Engineering;
                                Air Sampling Testing Protocol;
                                Environmental Sampling and Testing of Indoor Air
                                Spaces for Formaldehyde;
                                Formaldehyde Concentration Standards
                                Statistical Sampling;
                                Inspection of the Alexander/Gulfstream Coach, Inc. Unit
    C.V.:                   See: ALX-EXP-25-000001/009
    Compensation Rate: $235/hour
    List of Testimonies: See: ALX-EXP-27-000001/002
    Expert Report:      See: ALX-EXP-28-000001/017
Additionally, Plaintiffs refer you to the Lab Results from Assay Technologies, Advanced Chemical Sensors, Inc, and ALS Environmental, companies that performed the lab testing on the air samples procured from the FEMA housing unitsm and who's test results were input into the database referred to by Dr. Kaltofen.
    Three Depo Dates:  June 16-18, 2009

4

(8) **Kornberg, James, M.D., Sc.D.**

    Name:                Dr. James Kornberg
                                    COHBI Physicians, P.C.
    Address:           P.O. Box 1210
                                    Ridgway, Colorado 81432-1210
    Phone:               (970) 626-5067
    Area of Testimony:  Formaldehyde; Utilizing Inspection Data from
                                    Ken Henson and General Causation Research from
                                    Dr. Stephen King; Specific Injury Causation
                                    and Treatment; Future Medical Monitoring Needs
    C.V.:                 See: ALX-EXP-29-000001/012
    Compensation Rate: See: ALX-EXP-30-000001
    List of Testimonies: See: ALX-EXP-31-000001
    Expert Report:      See: ALX-EXP-32-000001/???
    Three Depo Dates:  June 29, 2009; June 30, 2009; July 1, 2009

(9) **Lagrange, Paul,**

    Name:                Paul Lagrange
                                    Lagrange Consulting, LLC
    Address:           256 Calumet Drive
                                    Madisonville, Louisiana 70447
    Phone:               (985) 845-2148
    Area of Testimony:  Blower Door Testing for Air Leakage of the Thermal
                                    Envelope, Duct Blaster Testing for Air Leakage of Supply
                                    and Return Duct Work, and calculations related to BTU
                                    gain (air infiltration), and R-value of the wall and ceiling
                                    assemblies; Ventilation; Inspection of the
                                    Alexander/Gulfstream Coach, Inc. Unit
    C.V.:                 See: ALX-EXP-33-000001/004
    Compensation Rate: See: ALX-EXP-34-000001
    List of Testimonies: See: ALX-EXP-35-000001
    Expert Report:      See: ALX-EXP-36-000001/017
    Three Depo Dates:  May 28, 2009; June 5, 2009; June 10, 2009

(10) **Laux, Lila, Ph.D.**

| | |
|---|---|
| Name: | Dr. Lila Laux |
| | Human Factors Consulting |
| Address: | 417 Leyden Street |
| | Denver, Colorado 80220 |
| Phone: | (303) 388-4659 |
| Area of Testimony: | Science of human factors engineering and how it applies in this case, warnings, failure to warn, and the consequences of failing to warn of formaldehyde and dangers thereof. |
| C.V.: | See: ALX-EXP-37-000001/008 |
| Compensation Rate: | $100/hour |
| List of Testimonies: | See: ALX-EXP-39-000001 |
| Expert Report: | See: ALX-EXP-40-000001/012 |
| Three Depo Dates: | May 27-29, 2009 |

(11) **McGwin, Gerald, Jr., M.S., Ph.D.**

| | |
|---|---|
| Name: | Dr. Gerald McGwin, Jr. |
| | Center for Injury Sciences |
| Address: | 1922 7th Avenue South, Suite 120 |
| | Birmingham, Alabama 35294 |
| Phone: | (205) 975-3030 |
| Area of Testimony: | General Causation; Epidemiologic Evidence regarding Health Affects Associated with Exposure to Formaldehyde; Epidemiology of Children's Asthma and Exposure to Formaldehyde |
| C.V.: | See: ALX-EXP-45-000001/035 |
| Compensation Rate: | See: ALX-EXP-46-000001 |
| List of Testimonies: | See: ALX-EXP-47-000001/002 |
| Expert Report: | See: ALX-EXP-48-000001/006 |
| Expert Report (Class) | See: ALX-EXP-83-000001/045 |
| Three Depo Dates: | May 21, 2009; May 22, 2009; May 25, 2009 |

(12) **Mallet, Alexis, Jr.**

    Name:    Alexis Mallet
                      First General Services of the South, Inc.
    Address:    103 Bradbury Crossing, The Village of River Ranch
                      Lafayette, Louisiana 70508
    Phone:    (337) 988- 3556
    Area of Testimony:    Design Defects;
                      Construction Issues with regard to
                      Alexander/Gulfstream Coach, Inc. unit;
                      Inspection of Alexander/Gulfstream Coach, Inc. Unit;
                      Failure to Warn of HVAC installation
    C.V.:    See: ALX-EXP-41-000001/008
    Compensation Rate:    See: ALX-EXP-42-000001/002
    List of Testimonies:    See: ALX-EXP-43-000001/002
    Expert Report:    See: ALX-EXP-45-000001/???
    Three Depo Dates:    June 15-17, 2009

(13) **Mayor, Thomas**

    Name:    Dr. Thomas H. Mayor
    Address:    5555 Del Monte, Suite 1306
                      Houston, Texas 77056
    Phone:    (713) 552-1522
    Area of Testimony:    Economist, Reducing Costs of Future Medical Care
                      To Present Value
    C.V.    See: ALX-EXP-79-000001/003
    Compensation Rate:    $250/hour
    List of Testimonies:    See: ALX-EXP-81-000001/002
    Expert Report:    See: ALX-EXP-82-000001/008
    Three Depo Dates:    June 1,2,5, 2009

(14) **Moore, Charles David, P.E., P.L.S.**

| | |
|---|---|
| Name: | Charles David Moore |
| | Freyou, Moore & Associates, Inc. |
| Address: | 1833 East Main Street |
| | New Iberia, Louisiana 70560 |
| Phone: | (337) 365-9535 |
| Area of Testimony: | Civil Engineering; |
| | Trailer Frame Issues; |
| | Structural Issues with Alexander/Gulfstream Coach, Inc. unit; |
| | Inspection of Alexander/Gulfstream Coach, Inc. Unit |
| C.V.: | See: ALX-EXP-49-000001/003 |
| Compensation Rate: | See: ALX-EXP-50-000001 |
| List of Testimonies: | See: ALX-EXP-51-000001/003 |
| Expert Report: | See: ALX-EXP-52-000001/007 |
| Three Depo Dates: | May 27, 2009; May 28, 2009; June 3, 2009 |

(15) **Pacheco, Karin A., M.D., M.S.P.H.**

| | |
|---|---|
| Name: | Dr. Karin A. Pacheco |
| | National Jewish Health |
| Address: | Division of Environmental and Occupational Health Sciences, National Jewish Medical and Research Center |
| | 1400 Jackson Street |
| | Denver, Colorado 80206 |
| Phone: | (303) 398-1520 |
| Area of Testimony: | Pulmonology; |
| | Chris Cooper's Health and Respiratory Function |
| C.V.: | See: ALX-EXP-53-000001/013 |
| Compensation Rate: | See: ALX-EXP-54-000001 |
| List of Testimonies: | See: ALX-EXP-55-000001 |
| Expert Report: | See: ALX-EXP-56-000001/009 |
| Three Depo Dates: | July 14, 2009; 9 a.m. - 1 p.m. |
| | July 15, 2009; 3 p.m. –7 p.m. |
| | July 16, 2009; 9 a.m. – 1 p.m. |

(16) **Ritter, Ervin, P.E.**

    Name:                 Ervin Ritter
                                Ritter Consulting Engineers Ltd.
    Address:            250 Ridgeway Drive, Suite C-3
                                Lafayette, Louisiana 70503
    Phone:               (337) 984-8498
    Area of Testimony:  HVAC/heating system mechanical engineering;
                                Ventilation, air infiltration, role with moisture
                                and mold, and moisture's role in elevating
                                formaldehyde exposures; indoor air quality
                                Related Trailer Construction and Design Issues;
                                Inspection of Alexander/Gulfstream Coach, Inc. Unit
    C.V.:                  See: ALX-EXP-57-000001/003
    Compensation Rate:  See: ALX-EXP-58-000001
    List of Testimonies:  See: ALX-EXP-59-000001
    Expert Report:       See: ALX-EXP-60-000001/038
    Three Depo Dates:   June 10-12, 2009

(17) **Scott, William D., P.E., C.H.M.M.**

    Name:                 William D. Scott
                                WD Scott Group, Inc.
    Address:            1117 Wright Avenue
                                Terrytown, Louisiana 70056
    Phone:               (504) 393-7338
    Area of Testimony:  Air Sampling Testing Protocol;
                                Air Sampling and Test Results;
                                Formaldehyde Levels and Standards;
                                Inspection of Alexander/Gulfstream Coach, Inc. Unit
    C.V.:                  See: ALX-EXP-61-000001/005
    Compensation Rate:  See: ALX-EXP-62-000001/002
    List of Testimonies:  See: ALX-EXP-63-000001/007
    Expert Report:       See: ALX-EXP-64-000001/050
    Three Depo Dates:   May 27, 2009; June 4, 2009; June 11, 2009

(18) **Shwery, Edward H., Ph.D.**

    Name:                   Dr. Edward H. Shwery
    Address:            315 Metairie Road, Suite 300
                             Metairie, LA 70005

    Phone:                (504) 833-6999
    Area of Testimony:  Clinical Psychology;
                             Evaluated Chris Cooper & Erika & Alana Alexander
    C.V.:                   See: ALX-EXP-65-000001/016
    Compensation Rate: See: ALX-EXP-66-000001
    List of Testimonies: See: ALX-EXP-67-000001/006
    Expert Report:      See: ALX-EXP-68-000001/007 (C. Cooper)
    Expert Report:      See: ALX-EXP-69-000001/007 (E. Alexander)
    Expert Report:      See: ALX-EXP-78-000001/003 (A. Alexander)
    Three Depo Dates:  June 11, 17-18, 2009

(19) **Smulski, Stephen, Ph.D.**

    Name:                   Dr. Stephen Smulski
                             Wood Science Specialists, Inc.
    Address:            453 Wendell Road
                             Shutesbury, Massachusetts, 01072
    Phone:                (413) 259-1661
    Area of Testimony:  Design Defects in Gulfstream Coach, Inc. Unit;
                             Material Selection;
                             Component Parts;
                             Formaldehyde Emissions from Component Parts;
                             Inspection of Alexander/Gulfstream Coach, Inc. Unit
    C.V.:                   See: ALX-EXP-70-000001/010
    Compensation Rate: See: ALX-EXP-71-000001
    List of Testimonies: See: ALX-EXP-72-000001/002
    Expert Report:      See: ALX-EXP-73-000001/011
    Three Depo Dates:  June 9-11, 2009

10

(20) **Williams, Patricia M., Ph.D., D.A.B.T.**

| | |
|---|---|
| Name: | Dr. Patricia M. Williams |
| | Environmental Toxicology Experts, LLC |
| Address: | 234 West William David Parkway |
| | Metairie, Louisiana 70005 |
| Phone: | (504) 834-0073 |
| Area of Testimony: | Toxicology; |
| | General Causation of Adverse Health Effects from Exposure to Formaldehyde; |
| | Mechanism of Injury regarding Exposure to Formaldehyde and Asthma; |
| | Formaldehyde Causation of Cancers and other Chronic Health Effects; |
| | Toxicokinetics of Formaldehyde |
| C.V.: | See: ALX-EXP-74-000001/031 |
| Compensation Rate: | See: ALX-EXP-75-000001 |
| List of Testimonies: | See: ALX-EXP-76-00001/002 |
| Expert Report: | See: ALX-EXP-77-00001/002 |
| Three Depo Dates: | May 27-29, 2009 |

Plaintiffs also state their willingness to enter into an agreement with the defendants for each side to provide the other with each experts' file materials in advance of the deposition, provided that such agreement is made reciprocally, and in writing.

The foregoing reports and related materials have been served upon Counsel for Manufacturing Defendants, Government Defendants, and Contractor Defendants.

Respectfully submitted,

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:      504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE G. PENTON, #10462
MIKAL WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 19, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

            s/Gerald E. Meunier
            GERALD E. MEUNIER, #9471