UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
|     FORMALDEHYDE * | |
|     PRODUCTS LIABILITY * | |
|     LITIGATION * | SECTION: N(4) |
| * | |
| This Document Relates to: * | JUDGE: ENGELHARDT |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al* * | |
| * | |
| *Case No. 07-9228* * | MAG: CHASEZ |

**********************************************************************

## NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

   **IT IS HEREBY ORDERED** that Defendant Fleetwood Enterprises, Inc.'s Motion to Strike the Plaintiff's Designation of Kenneth R. Laughery, Ph.D. is hereby set for the 12th day of August, 2009 at 9:30 a.m.

   This 28th day of July, 2009.

>    Respectfully submitted:
>
>    */s/ Richard K. Hines, V*
>    Richard K. Hines, V
>    GA Bar No. 356300
>    NELSON MULLINS RILEY & SCARBOROUGH LLP
>    Atlantic Station
>    201 17th Street, NW, Suite 1700
>    Atlanta, GA  30363
>    (404) 322-6000 (phone)
>    (404) 322-6050 (fax)
>
>    Jerry L. Saporito
>    LA Bar No. 11717
>    LEAKE & ANDERSSON, L.L.P.
>    1700 Energy Centre

1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( ) Hand Delivery     ( ) Prepaid U.S. Mail

( ) Facsimile       ( ) Federal Express

(X) CM/ECF

  New Orleans, Louisiana, this 28th day of July, 2009.

           /s/ Richard K. Hines, V
           Richard K. Hines, V
           Georgia Bar No. 356300
           richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)