UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION:  N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to:  *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

*****************************************************************************

## NOTICE OF HEARING

**IT IS HEREBY ORDERED** that the Motion *in Limine* to Limit Testimony of Stephen Smulski filed by Gulf Stream Coach, Inc., is hereby set for the 12th day of August, 2009, at 9:30 a.m.

                                            Respectfully Submitted:

                                            **DUPLASS, ZWAIN, BOURGEOIS,**
                                            **PFISTER & WEINSTOCK**

                                            s/Andrew W. Weinstock
                                            _____
                                            **ANDREW D. WEINSTOCK #18495**
                                            **JOSEPH G. GLASS #25397**
                                            3838 N. Causeway Boulevard, Suite 2900
                                            Metairie, Louisiana 70002
                                            (504) 832-3700
                                            (504) 837-3119 (FAX)
                                            andreww@duplass.com
                                            jglass@duplass.com

                                            and

                                            **SCANDURRO & LAYRISSON**
                                            **Timothy D. Scandurro #18424**
                                            **Dewey M. Scandurro #23291**
                                            607 St. Charles Avenue
                                            New Orleans, LA 70130
                                            (504) 522-7100
                                            (504) 529-6199 (FAX)

tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 28th day of July, 2009, a copy of the foregoing Notice of Hearing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

s/Andrew D. Weinstock
_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com