**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  **FEMA TRAILER**
**FORMALDEHYDE PRODUCTS**          **MDL NO. 07-1873**
**LIABILITY LITIGATION**
**SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**
*Seaton. v. Recreation by Design, LLC, et al.*
*No. 09-3677*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on June 1,

2009, he deposited in the United States Mail, postage prepaid, a certified copy of the

summons and Complaint for Damages in the above matter, properly addressed, to

defendant Del-Jen, Inc. Through Corporation Service Company, 320 Somerulos Street,

Baton Rouge, LA 70802, requesting a return receipt and has now received confirmation

from the United States Postal authorities indicating that the

Page 1 of 2

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(I).

**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed
before me, this __28__ day of
July 2009.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ☐ Agent ☐ Addressee <br> B. Received by ( *Printed Name* ) Julia Carr  C. Date of Delivery JUN ... 2009 |
| 1. Article Addressed to: <br><br> Del - Jen, Inc. <br> through <br> Corporation Service Co. <br> 320 Somerulos St. <br> Baton Rouge, LA 70802 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> 3. Service Type <br> ☒ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☒ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number <br> *(Transfer from service label)* | 7006 3450 0001 5393 2178 |

PS Form 3811, February 2004    Domestic Return Receipt    JUN 0 3 REC'D    102595-02-M-1540