UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|      FORMALDEHYDE * | | |
|      PRODUCTS LIABILITY * | | |
|      LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: * | | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* * | | |
| *Fluor Enterprises, Inc.* * | | JUDGE: ENGELHARDT |
| *Case No. 07-9228* * | | |
| * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FLEETWOOD ENTERPRISES, INC. MOTION TO EXCLUDE PLAINTIFFS' TESTING RESULTS

**May It Please The Court:**

Fleetwood Enterprises, Inc. ("Fleetwood") moves this Court in limine to exclude the Plaintiffs' testing results of the purported formaldehyde levels in the Dubuclet's unit. Plaintiffs tested the Dubuclets' emergency housing unit ("EHU") under conditions that do not replicate the actual living conditions of the Dubuclets. Plaintiffs tested the unit after it had been vacant, and sealed up, for 22 months, despite Ms. Dubuclet's prior testimony that the unit was consistently ventilated while the Dubuclets lived in it. Moreover, the Dubuclet unit is a handicapped unit which includes a slide-out function permitting extension of the living area so that a wheel chair can base unobstructed from the front door throughout the unit. This slide-out extension increases the air space of the unit. Plaintiffs did not test the unit with the slide-out function extended as it was when occupied by the Dubuclets, nor did Plaintiffs otherwise attempt to replicate how the Dubuclets used the EHU. As more fully explained in the accompanying memorandum of law,

Fleetwood requests that this Court rule, in advance of the trial, that the testing done by Plaintiffs is irrelevant and inadmissible.

This 28th day of July, 2009.

Respectfully submitted:

 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

2

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )   Hand Delivery                            ( )   Prepaid U.S. Mail

( )   Facsimile                                ( )   Federal Express

(X)   CM/ECF

New Orleans, Louisiana, this 28th day of July, 2009.

                               */s/ Richard K. Hines, V*
                               Richard K. Hines, V
                               Georgia Bar No. 356300
                               richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)