# EXHIBIT A

# AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME**, the undersigned Notary, appeared on this the 17th day of July, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2. I am a registered professional Environmental Engineer in the states of Louisiana, Mississippi, and Missouri. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume as Attachment 1 herein.

3. **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU). The THU in question is identified as follows:

    A. **THU Identity** - The THU is designated by the following information:

    | | |
    |---|---|
    | Manufacturer: | Fleetwood Travel Trailers of Texas, Inc. |
    | Model: | N/A |
    | Date of Manufacture: | 03/06 |
    | Vehicle Identification Number: | 4CJ1F322764015272 |
    | FEMA Identification Number: | 1373963 |
    | THU Size (nominal): | 8' x 28' |

    B. **Occupancy** - The THU was occupied by the Dubuclet family during the period of June, 2006, through September, 2007.

    C. **Configuration** - The THU is configured as three (3) rooms: Bedroom, Bathroom, and Kitchen/Living Room (with slide-out). It is designed as Americans with Disabilities Act compliant housing. Floorplan drawings are contained in Attachment 2. Photographs are contained in Attachment 3.

*Page 1 of 12*

AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

D. **Preliminary Site Visit** - The THU was visually inspected by William D. Scott at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, on July 2, 2009. Mr. Tony Watson (Workplace Hygiene) witnessed the visual inspection. The THU was found to have intact windows, doors, and outer membrane. The door, all windows, and ventilation openings were closed. Security tape was installed on the door and windows to validate the closure of these openings until the date of the Sampling and Inspection event.

Glass debris was found on the Kitchen counter in the space between the sink and cooktop insert. This debris, based on morphology, suggests that a glass envelope, similar to that used for active (tube) sampling, was opened at the counter location. This debris was noted and photographed in the course of the Preliminary Site Visit.

E. **THU Sampling Location** - The THU was sampled on July 8th and 9th, 2009. The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the Sampling Event.

F. **Notice Inside Trailer** - The THU contained one Notice installed on the interior side of the medicine cabinet. The notice is 6" x 3 1/2". A photograph of the Notice is contained in Attachment 6.

4. **FEMA Job Hazard Analysis** – A job hazard analysis (JHA) is a safety evaluation technique that focuses on work tasks as a means to identify physical, electrical, chemical, fire, or other hazards before they occur. It evaluates the relationship between the worker, task, tools, and the work environment. It identifies uncontrolled hazards and requires procedures and precautions to eliminate hazards or to reduce risk to an acceptable level. The FEMA Job Hazard Analysis, dated 07/06, for the task of *Trailer In-Bound Inspection (new trailer)*, under the activity of *Entering new trailers/mobile home* (sic), identifies the following parameters, in addition to trip/slip, repetitive motion, and lifting:

A. **Physical Hazard or Chemical** : Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam, insulation (UFFI), etc.(new trailers)

B. **Potential Injury**: Formaldehyde exposure, inhalation, Cancer

C. **Control Type**: Ventilation, PPE-respiratory protection, Rotation

D. **Type of Training Required**: Formaldehyde awareness in accordance with OSHA 1910.1048

E. **Frequency and/or duration of exposure**: 480 min/day

F. **Occupational Exposure Limit (if applicable)**: OSHA PEL TWA 0.75 ppm, OSHA Action Level 0.5 ppm, ACGIH Ceiling 0.3 ppm

A copy of the FEMA Job Hazard Analysis is contained in Attachment 8.

*Page 2 of 12*

AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

C.  **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time have been well documented. The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time. In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Sampling Event occurred approximately 39 months after the THU was constructed (03/06). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period. This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event.

The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA-supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008: *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [12]

D.  **Temperature Effects -**

The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

ASTM Standard E 1333 – 96 [13] shows that the effect of temperature on measured formaldehyde concentration is characterized by the expression:

$$C_o = C \cdot e^{R(1/T - 1/T_o)}$$

Where:
- $C$ = test formaldehyde concentration in air
- $C_o$ = corrected formaldehyde concentration in air
- $e$ = exponential function
- $R$ = coefficient of temperature (9799)
- $T$ = actual temperature K
- $T_o$ = corrected temperature, K

---

[12] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes; Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

Page 9 of 12

### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

Thus, the increase to an average temperature of 87.2°F for the Passive Sampling Event, from the average temperature of 84.1°F encountered in the THU in the Active Sampling Event, results in a temperature adjusted Active Sampling airborne formaldehyde concentration of approximately 0.29 ppm (290 ppb) from the measured 0.24 ppm (240 ppb). On the basis of temperature effects, the adjusted Active Sampling formaldehyde concentration is approximately 85% of the Passive Sampling result.

The temperature correction, alone, confirms that the results obtained by both Sampling Events are consistent.

E. **Ventilation -**

Active Sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel). Passive sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel).

F. **Comparison of Dubuclet Trailer Sampling Results With Published Standards -**

Using only the results of Sample Number 2917200296 that measured 0.24 ppm (240 ppb) formaldehyde in air (the lowest concentration measured in the THU) for clarity, the following comparisons are presented:

1. The Sample Number 2917200296 result exceeds the World Health Organization (WHO), *Air Quality Guidelines for Europe*; General Public; Air Quality Guideline Value (0.5 hour) - 0.08 ppm

2. The Sample Number 2917200296 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm

3. The Sample Number 2917200296 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits: TWA up to 10 hour work day/40 hour work week - 0.016 ppm

4. The Sample Number 2917200296 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRLs):

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm