# EXHIBIT C

# First General Services of the South, Inc.

*Insurance Repair Specialists*

P. O. Box 80857, Lafayette, LA 70598-0857 Phone: (337) 988-3556
103 Bradbury Crossing, The Village of River Ranch, Lafayette, LA 70508 Fax: (337) 988-1264

July 17, 2009

Re:  FEMA Trailer Formaldehyde Products Liability Litigation
United States District Court
Eastern District of Louisiana

Aldridge, et al. V. Gulf Stream              MDL No. 1873 Section N(5)
Coach, Inc., et al.
                                             Judge Engelhardt
No. 07-9228

Subject: FEMA Dubuclet Report

## PREAMBLE

In accordance with your request, this organization made onsite inspections, observations and an evaluation to determine the following:

1. Was the use of the trailer by the Dubuclet family, as it was set up by FEMA and its contractors, a reasonably anticipated use, such that Fleetwood should have reasonably expected it to be used in this manner given its alterations made by FEMA and others and its deployment to the gulf coast of Louisiana?

2. Were the elevated levels of formaldehyde recorded and documented in the trailer occupied by Ms. Elisha Picot Dubuclet, Timia Dubuclet, Timothy Dubuclet and Ms. Leslie Picot arising from an unreasonably unsafe condition as a result of its design, construction, and the trailer's failure to conform to an express warranty of Fleetwood, the manufacturer?

3. Could the trailer have been designed or constructed differently by

DUB000683

| Date | Data Logger Number | Temperature in Degrees Farenheit | Relative Humidity | Dewpoint in Degrees Farenheit |
|---|---|---|---|---|
| 07/08/09 | 2 | 93.0 | 62.0% | 78.0 |
| Highest | 3 | 95.0 | 57.5% | 77.6 |
| Temp | 4 | 99.0 | 51.5% | 78.0 |
| 07/09/09 | 2 | 77.0 | 70.0% | 66.5 |
| Lowest | 3 | 76.0 | 70.0% | 65.5 |
| Temp | 4 | 77.0 | 69.0% | 66.0 |
| 07/09/09 | 2 | 97.0 | 58.0% | 79.7 |
| Highest | 3 | 94.0 | 61.0% | 78.5 |
| Temp | 4 | 95.0 | 58.5% | 78.1 |

_____ The air-conditioning system was turned on and an infrared thermographic survey was performed. This report does give a good indication of the types of temperatures and relative humidity that are experienced inside the trailer without the air-conditioner running. It is also interesting to note that with the air-conditioning system running from mid-morning, the lowest relative humidity reading was 58%. Relative humidity increased between 58% and 61% for a majority of the testing time with temperatures going up to 97°F inside the trailer.

Please see Enclosure 1a, Photographs by First General Services of the South, Inc., Nos. 8, 9, 158 - 163, 178, 179, 185, 204, and 248.

Please see Enclosure 5, First General Services of the South, Inc.'s Temperature and Humidity Data Loggers #1, #2, #3, and #4 Graphs dated July 8 and July 9, 2009.

Please see Enclosure 10, Affidavit of Marco Kaltofen, P.E. dated July 17, 2009.

6. A review of the testimony of Mary DeVany, industrial hygienist, before Congress gave indications that formaldehyde emissions double for every 12°F increase in temperature.

7. Discussion of construction issues, defects and damages observed:

    a. The main frame of the structure supporting the walls and roof is constructed of structural steel and light gauge framing.

Page -18-

**DUB000700**

u. When the supply register was removed, a wasp nest in excess of 2" was built in the duct work.

Please see Enclosure 1a, Photographs by First General Services of the South, Inc., Nos. 171 and 172.

v. The return air duct was inspected. It was observed that it was not sealed and was drawing unfiltered air into the trailer.

Please see Enclosure 1a, Photographs by First General Services of the South, Inc., Nos. 283 - 292.

w. Various built-in units were observed throughout the temporary housing unit. They were as follows:

   i. A bed with mattress:

   ii. Sofa with cushions;

   iii. Base and upper cabinets in kitchen and bath areas covered with a laminated countertop;

   iv. Sink and faucet in the kitchen and lavatory for the bath area;

   v. Closets (one in the bedroom and one in the bath area);

   vi. Nightstands in the bedroom;

   vii. Interior pocket doors and frame;

   viii. Appliances - hood, refrigerator, and microwave;

   ix. The bathroom has a handicap shower unit;

   x. A commode

x. The exterior aluminum covering is rolled and crimped material.

DUB000703