# EXHIBIT D



DUB000658