# EXHIBIT E

```
 1            UNITED STATES DISTRICT COURT

 2            EASTERN DISTRICT OF LOUISIANA

 3

 4

 5

 6   IN RE:  FEMA TRAILER        MDL NO. 1873

 7   FORMALDEHYDE PRODUCTS       SECTION "N"(4)

 8   LIABILITY LITIGATION        JUDGE ENGELHARDT

 9

10                   *   *   *

11

12

13        Deposition of ELISHA A. DUBUCLET o/b/o

14   TIMIA DUBUCLET, 6046 Dorothea Street, New

15   Orleans, Louisiana 70126, taken at the Law

16   Office of Frank J. D'Amico, Jr., 622 Baronne

17   Street, New Orleans, Louisiana 70113, on

18   Wednesday, the 17th day of September, 2008.

19

20

21

22

23   REPORTED BY:

24        JAMES T. BRADLE, CCR

          PROFESSIONAL SHORTHAND REPORTERS

25        (504)529-5255
```

9/17/2008  Dubuclet, Elisha

```
 1    for the first time?

 2         A    Could you specify?  Like what?

 3         Q    I don't know.  I'm just asking

 4    you, when you walked into the trailer, did

 5    you notice anything about the smell in the

 6    trailer, the way the trailer was set up,

 7    what worked, what didn't, anything like

 8    that?

 9         A    Yes, it did have a smell, but I

10    wasn't -- I couldn't tell you what kind.  It

11    was just a real different smell, but I just

12    thought by it being closed up like that or

13    just basically by it being new, you know,

14    that newness or something like that.

15         Q    Did the smell eventually go away?

16         A    Well, that smell eventually went

17    away, but we had to deal with the mold

18    constantly.  That didn't go away.

19         Q    Okay.

20         A    That was continuous.

21         Q    Did you try to open the windows

22    when you first had that smell you walked in,

23    you opened the windows?

24         A    No, we didn't open it then, but

25    when I realized how it would sweat and the
```

1    mildew, then we started opening it.  As a

2    matter of fact, we tried to keep at least

3    two of them open at all times.

4        Q    Did you ever complain to FEMA or

5    anybody about the mildew?

6        A    Oh, yeah.

7        Q    Did anybody ever try to resolve

8    the mildew issue?

9        A    No, they say it's just because of

10    the way the trailers was made, that was just

11    something that happens.  And then I talked

12    to a couple of people that had them, to find

13    out like maybe is it just this particular

14    trailer, but then everybody I talked to

15    basically was like, "Oh, no, I had to take

16    my clothes out of there and go put them in

17    storage," you know, because it was messing

18    people's clothes up.  So I was, like, okay,

19    well -- So then I started putting my clothes

20    in the thick plastic bags.

21        Q    Anything else you noticed when you

22    first got into the trailer besides --

23        A    I noticed holes, a lot of holes,

24    and I called them, and they repaired it by

25    putting different -- I don't know what stuff

1    really from like the mildew, because I know

2    it gave me the creeps, so, you know, I was

3    thinking maybe that, you know, trying to

4    keep the dust -- Because I know people with

5    allergies, you know, being dusty and stuff,

6    so I was trying to keep all that kind of

7    stuff away from them, you know, but it was

8    just an ongoing thing, so I said, well,

9    maybe it's the mildew, maybe it's, you

10   know --

11       Q    Was there a musty smell in the

12   trailer?

13       A    It was like -- I guess it would be

14   more like a musty.  It would be more like a

15   musty.  It was a dampness, you know, like a

16   dampness.  The doors would be sweating, and

17   I used to have the little vents open and

18   they still would have sweat around that, and

19   I would wipe it with a towel all the time or

20   whatever.

21       Q    You said earlier there were some

22   problems with the air conditioning unit in

23   the trailer?

24       A    Constantly.  Sometimes we would go

25   a week without air.

**9/17/2008  Dubuclet, Elisha**

1       Q    And we will get to the problems

2    later.  Just for right now, when the AC was

3    working, how often would you run it?

4       A    Every day.

5       Q    All day?

6       A    All day every day.  Unless it was

7    cold.

8       Q    Right.  Now, when you were talking

9    about what materials you looked at for your

10   deposition today, you said you looked at the

11   Plaintiff Fact Sheet, you looked at the two

12   complaints.  Was there anything else that

13   you looked at?

14      A    There was another sheet he had.

15   MR. BECNEL:

16        The SF95.

17   THE WITNESS:

18        Yes, this one here (indicating).

19   Yeah, this one.  And this one (indicating).

20   EXAMINATION BY MR. DINNELL:

21      Q    The Deposition Notice?

22      A    Basically, all of these I have

23   seen.

24      Q    Okay.  Did you ever review or look

25   at any of the file that FEMA kept on your

**9/17/2008  Dubuclet, Elisha**

1    me how to suffice that whatever way I needed

2    to, you know.

3         Q    And you said earlier that the

4    smell was kind of a musty smell?

5         A    Yeah, it was more a musty smell.

6         Q    Was it a mildewy smell?

7         A    Yes.  But when we first moved in,

8    it wasn't like a mildew smell.  It was like

9    a newness or like some smell that I'm just

10   not familiar with.  But living in there, it

11   was more like a musty smell over a period of

12   time.

13        Q    Would you describe the smell to

14   either the maintenance hot line people or

15   these people that would come by the unit?

16        A    Yes.  I would talk to them all the

17   time.  So they was all aware of what was

18   going on.

19        Q    Would you see visible condensation

20   inside of the trailer, in other words, like

21   water beading up on appliances or windows?

22        A    They used to have a lot of

23   moisture in the bathroom, the shower, like

24   running down and bubbling, you know, like

25   the bubbles from sweat, and that's why I

**9/17/2008  Dubuclet, Elisha**

```
 1     would keep the vents open, because they had

 2     like a little vent.  I would keep that open

 3     to keep -- because it would sweat around

 4     that all the time, so I used to try to keep

 5     that open all the time, you know, because

 6     that's what they told me to do.

 7          Q    Now, you said earlier that you

 8     have never smoked?

 9          A    No.

10          Q    And your mother has never smoked,

11     right?

12          A    No.

13          Q    Did anyone that you lived with

14     growing up ever smoke in your house?

15          A    No.  I can't stand to be around a

16     smoker.  It get in your clothes and hair.  I

17     just can't deal with that.

18          Q    I believe you said earlier that

19     you haven't been working from now back to

20     before the storm; is that right?

21          A    Right.

22          Q    Since Timia was born, have you

23     been working?

24          A    Of course.

25          Q    As a nurse?
```