UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.* | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | |
| | * | MAG: CHASEZ |

******************************************************************************

**MOTION FOR EXPEDITED HEARING BY DEFENDANT
FLEETWOOD ENTERPRISES, INC. REGARDING ITS MOTION TO EXCLUDE
PLAINTIFFS' TESTING RESULTS [REC. DOC. 2356]**

NOW INTO COURT, through undersigned counsel, comes Fleetwood Enterprises, Inc., who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances to expedite consideration of Fleetwood's Motion to Exclude Plaintiffs' Testing Results [Rec. Doc. 2356]. Fleetwood and other counsel and parties will incur additional time and cost in defending this case if the Plaintiffs' test results remain in this case, especially given the deadlines to ready this case for trial. Currently, the deadline for the expert reports by Defendants in this case is set for August 17, 2009, see Rec. Doc. 2099, and the testing results will have a direct impact on the scope of those expert reports. Therefore Fleetwood requests that this motion be set expeditiously for hearing by this Court. A proposed order is attached.

This 28th day of July, 2009.

Respectfully submitted:


 /s/ Richard K. Hines, V
Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery               ( )    Prepaid U.S. Mail

( )    Facsimile                    ( )    Federal Express

(X)    CM/ECF

       New Orleans, Louisiana, this 28th day of July 2009.

                                            */s/ Richard K. Hines, V*
                                            Richard K. Hines, V
                                            Georgia Bar No. 356300
                                            richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)