UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
|     FORMALDEHYDE * | |
|     PRODUCTS LIABILITY * | |
|     LITIGATION * | SECTION: N(5) |
| * | |
| This Document Relates to: * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* * | |
| *Fluor Enterprises, Inc.* * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* * | |
| * | |
| * | MAG: CHASEZ |

*****************************************************************************

## **ORDER**

The Motion For Expedited Hearing of Defendants Fleetwood Enterprises, Inc. is granted; and the hearing on Fleetwood's Motion to Exclude Plaintiffs' Test Results is hereby set for hearing on the _____ of _____, 2009 at _____.

THIS _____ day of _____ 2009, New Orleans, Louisiana.

                                                 _____
                                               HONORABLE KURT D. ENGELHARDT
                                               Judge, United States District Court,
                                               Eastern District of Louisiana