IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873 |
| | | Section N(5) |
| | | Judge Engelhardt |
| This Document Relates To: | * | Magistrate Chasez |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* Civil Action No. 09-3701 | * * | Jury Demand |

**************************************************************************

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Joseph Quezergue, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represents that it is both necessary and appropriate to supplement and amend the underlying original Complaint for Damages to add additional defendants, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.

WHEREFORE, Plaintiff herein respectfully moves this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to

the underlying suit of *Joseph Quezergue v. Jayco Enterprises, Inc., et al.*, (No. 09-3701), filed in the Eastern District of Louisiana for the above mentioned reasons.

        Respectfully submitted,

        */s/ Hugh P. Lambert*

        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
        LINDA J. NELSON, ESQ. (LA Bar #9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504)581-1750
        Facsimile: (504)529-2931
        hlambert@lambertandnelson.com
        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th day of July, 2009.

        */s/ Hugh P. Lambert*
        Hugh P. Lambert, Esq. (#7933)