IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde | * | **MDL No. 1873** |
| Products Liability Litigation | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| | * | |
| **This Document Relates To:** | * | **Magistrate Chasez** |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | |
| Civil Action No. 09-3701 | * | **Jury Demand** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Joseph Quezergue, (hereinafter, "Plaintiff"), who respectfully moves this Court for leave to supplement and amend his original Complaint for Damages in the underlying action (Civ. Action No. 09-3701, Rec. Doc. 1).  Plaintiff requests the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiff seeks to supplement and amend his original Complaint for Damages to add additional defendants.  Upon information and belief, Plaintiff resided in two travel trailers provided by FEMA.  In addition to the travel trailer manufactured by Defendant, Jayco Enterprises, Inc. and hauled, installed and maintained by Defendant, Shaw Environmental, Inc. Plaintiff, upon information and belief, also resided in a travel trailer manufactured by Fleetwood Enterprises, Inc., (hereinafter, "Fleetwood"), and installed and maintained by Shaw Environmental, Inc.

Plaintiff seeks to add the following defendants who provided insurance coverage for the risks involved herein of Fleetwood, which manufactured and supplied FEMA trailers pursuant to contracts with FEMA for use in the State of Louisiana:

1. American International Group, Inc.;

2. American International Specialty Lines Insurance Company;

3. Gibraltar Insurance Company, LTD; and

4. Starr Excess Liability Insurance Company, LTD.

Plaintiff asserts that it is necessary, appropriate and just to supplement and amend the underlying complaint to add additional defendants who provided insurance coverage for the risks involved herein of Fleetwood, who manufactured the travel trailer which Plaintiff resided in.

Additionally, Plaintiff seeks to supplement and amend his original Complaint for Damages to assert his claims against Defendant, Shaw Environmental, Inc. for damages and injuries resulting from their hauling, installing and maintaining the Fleetwood travel trailer that Plaintiff resided in.

Further, Plaintiff seeks to supplement and amend his Original Complaint for Damages to assert his claims against Defendant United State of America through the Federal Emergency Management Agency for injuries and damages resulting from the travel trailer manufactured by Fleetwood and provided by FEMA following hurricanes Katrina and Rita.

Finally, Plaintiffs seeks to amend the caption of his complaint for damages to "Joseph Quezergue v. Jayco Enterprises, Inc., Shaw Environmental, Inc., the United States of

America through the Federal Emergency Management Agency, American International Group, Inc., American International Specialty Lines Insurance Company, Gibraltar Insurance Company, LTD., and Starr Excess Liability Insurance Company, LTD. "

          Respectfully submitted,

          */s/ Hugh P. Lambert*

          HUGH P. LAMBERT, ESQ. (LA Bar #7933)
          LINDA J. NELSON, ESQ. (LA Bar #9938)
          LAMBERT & NELSON, PLC
          701 Magazine Street
          New Orleans, LA 70130
          Telephone: (504)581-1750
          Facsimile: (504)529-2931
          hlambert@lambertandnelson.com
          lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 29th of July, 2009.

          */s/ Hugh P. Lambert*
          Hugh P. Lambert, Esq. (#7933)