IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| Products Liability Litigation | * | |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| | * | |
| This Document Relates To: | * | Magistrate Chasez |
| *Joseph Quezergue v. Jayco Enterprises, Inc., et al.* | * | |
| Civil Action No. 09-3701 | * | Jury Demand |

**************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiff's behalf:

**IT IS SO ORDERED** that the Plaintiff be GRANTED leave to file his First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE