UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In RE:  FEMA TRAILER                                                                      MDL NO. 07-1873
        FORMALDEHYDE PRODUCTS
        LIABILITY LITIGATION
                                                    SECTION "N" (5)

Relates to Civil Action No.  09-2977
*Wright, et al. vs. Forest River, Inc., et al.*

**PLAINTIFF LYNDON WRIGHT'S
DESIGNATION OF EXPERT WITNESSES**

Plaintiffs, Lyndon Wright, pursuant to this Honorable Court's Trial III Scheduling Order dated April 8, 2009 (Doc. No. 1307) and Fed.R.Civ.P. 26(a)(2)(B), hereby file this Designation of Expert Witnesses.

Plaintiffs, Lyndon Wright, hereby designate the following expert witnesses:

(1)    **Branscome, Lee, Ph.D., C.C.M.**

| | |
|---|---|
| Name: | Dr. Lee Branscome |
| | Climatological Consulting Corporation |
| Address: | 7338 155th Place North |
| | Palm Beach Garden, Florida 33418 |
| Phone: | (561) 744-4889 |
| Area of Testimony: | Climatology of Air Temperature, Humidity and Weather Data for the relevant areas and time frames |
| C.V.: | See: PSC025205 / 025209 |
| Compensation Rate: | See: PSC025206 |
| List of Testimonies: | See: PSC025210 / 025214 |
| Expert Report: | See: LWFR – EXP 1 – 000001 / 000122 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

1

(2) **Farber, George A., M.D.**

| | |
|---|---|
| Name: | George A. Farber, M.D. |
| Address: | 3705 Florida Avenue |
| | Kenner, Louisiana 70065 |
| Phone: | (504) 471-3100 |
| Area of Testimony: | Dermatologist; Allergy and sensitization issues relating to formaldehyde and mold exposure |
| C.V.: | See: PSC025222 / 025064 |
| Compensation Rate: | See: LWFR-EXP 2-000006 |
| List of Testimonies: | See: LWFR-EXP 2-000002 |
| Expert Report: | See: LWFR-EXP 2-000001 / 000006 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(3) **Hewett, Paul, Ph.D.**

| | |
|---|---|
| Name: | Dr. Paul Hewett |
| | Exposure Assessment Solutions, Inc. |
| Address: | 1270 Kings Road |
| | Morgantown, West Virginia 26508 |
| Phone: | (304) 685-7050 |
| Area of Testimony: | Statistics; Statistical Analysis of Air Sampling Test Results; Formaldehyde Exposure Survey of Temporary Housing Units (THUs), Regression Plotting of Exposure Levels |
| C.V.: | See: PSC025265 / 025268 |
| Compensation Rate: | See: PSC025269 |
| List of Testimonies: | See: PSC025269 |
| Expert Report: | See: LWFR-EXP 3-000001 / 000026 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(4) **Darryl Hicks**

| | |
|---|---|
| Name: | Darryl Hicks, P.E. |
| | D. Hicks Consulting, Inc. |
| Address: | 917 South Buchanan Street |
| | Lafayette, Louisiana 70501 |
| Phone: | (337) 233-4688 |
| Area of Testimony: | Electrical Engineer; Electrical System/Components/manufacturer of Temporary Housing Units (THU's) |
| C.V.: | See: PSC026023 / 026024 |

2

       Compensation Rate: See: LWFR-EXP 4-000003
       List of Testimonies: See: LWFR-EXP 4-000003
       Expert Report: See: LWFR-EXP 4-000001 / 000003
       Three Depo Dates: Will supplement based upon conversations and coordination with defendants.

(5) **Paul LaGrange**

       Name: Dr. Paul LaGrange
                        LaGrange Consulting, LLC
       Address: 256 Calumet Drive
                        Madisonville, Louisiana 70447
       Phone: (985) 845-2148
       Area of Testimony: Blower Door Testing for Air Leakage of the Thermal Envelope, Duct Blaster Testing for Air Leakage of Supply and Return Duct Work, and calculations related to BTU gain (air infiltration), and R-value of the wall and ceiling assemblie; Ventilation; Inspection of the Wright/ Forest River, Inc.
       C.V.: See: PSC026031 / 026036
       Compensation Rate: See: PSC026035
       List of Testimonies: See: PSC026036
       Expert Report: See: LWFR-EXP 5-000001 / 000002
       Three Depo Dates: Will supplement based upon conversations and coordination with defendants.

(6) **Kenneth R. Laughery, Ph.D.**

       Name: Dr. Kenneth R. Laughery
       Address: 3050 Claire Court
                        Janesville, Wisconsin 53548
       Phone: (608) 754-0849
       Area of Testimony: Warnings, Labeling and Human Factors
       C.V.: See: PSC025282 / 025310
       Compensation Rate: See: LWFR–EXP 6-000002
       List of Testimonies: See: PSC025311 / 025313
       Expert Report: See: LWFR-EXP 6-000001 / 000006
       Three Depo Dates: Will supplement based upon conversations and coordination with defendants.

(7) **Mallet, Alexis, Jr.**

       Name: Alexis Mallet
                        First General Services of the South, Inc.
       Address: 103 Bradbury Crossing, The Village of River Ranch

|  |  |
|---|---|
| | Lafayette, Louisiana 70508 |
| Phone: | (337) 988- 3556 |
| Area of Testimony: | Design Defects; Construction Issues with regard to Alexander/Gulfstream Coach, Inc. unit; Inspection of Alexander/Gulfstream Coach, Inc. Unit; Failure to Warn of HVAC installation |
| C.V.: | See: PSC025314 / 025321 |
| Compensation Rate: | See: PSC025325 / 025326 |
| List of Testimonies: | See: PSC025322 / 025324 |
| Expert Report: | See: LWFR-EXP 7-000001 / 000013 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(8) **Miller, Lawrence G., M.D.**

|  |  |
|---|---|
| Name: | Dr. Lawrence G. Miller<br>Mediphase |
| Address: | 3 Newton Executive Park<br>Newton, Massachusetts 02462 |
| Phone: | (617) 332-3408 |
| Area of Testimony: | Toxicologist/Pulmonologist; Medical examination of Wright, Review and Analysis of Records and Specific Causation; Mold Analysis and Causation |
| C.V. | See: PSC025327 / 025342 |
| Compensation Rate: | See: PSC025343 |
| List of Testimonies: | See: PSC025345 |
| Expert Report: | See: LWFR-EXP 8-000001 / 000009 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(9) **Moore, Charles David, P.E., P.L.S.**

|  |  |
|---|---|
| Name: | Charles David Moore<br>Freyou, Moore & Associates, Inc. |
| Address: | 1833 East Main Street<br>New Iberia, Louisiana 70560 |
| Phone: | (337) 365-9535 |
| Area of Testimony: | Civil Engineering; Trailer Frame Issues; Structural Issues with Wright/Forest River, Inc. unit; Jacking and Frame Issues; Inspection of Wright/Forest River, Inc. Unit |
| C.V.: | See: PSC025346 / 025348 |

|  |  |
|--|--|
| Compensation Rate: | See: PSC025349 |
| List of Testimonies: | See: PSC025347 |
| Expert Report: | See: LWFR-EXP 9-000001 / 000004 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(10) **Ritter, Ervin, P.E.**

|  |  |
|--|--|
| Name: | Ervin Ritter<br>Ritter Consulting Engineers Ltd. |
| Address: | 250 Ridgeway Drive, Suite C-3<br>Lafayette, Louisiana 70503 |
| Phone: | (337) 984-8498 |
| Area of Testimony: | HVAC/heating system mechanical engineering; Ventilation, air infiltration, role with moisture and mold, and moisture's role in elevating formaldehyde exposures; indoor air quality Related Trailer Construction and Design Issues; Inspection of Wright/Forest River, Inc. Unit |
| C.V.: | See: PSC025350 / 025352 |
| Compensation Rate: | See: PSC025353 |
| List of Testimonies: | See: PSC025354 |
| Expert Report: | See: LWFR-EXP 10-000001 / 000007 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(11) **Scott, William D., P.E., C.H.M.M.**

|  |  |
|--|--|
| Name: | William D. Scott<br>WD Scott Group, Inc. |
| Address: | 1117 Wright Avenue<br>Terrytown, Louisiana 70056 |
| Phone: | (504) 393-7338 |
| Area of Testimony: | Air Sampling Testing Protocol; Air Sampling and Test Results; Mold Sampling; Formaldehyde Levels and Standards; Inspection of Wright/Forest River, Inc. Unit |
| C.V.: | See: PSC025355 / 025359 |
| Compensation Rate: | See: PSC025360 / 025361 |
| List of Testimonies: | See: PSC025362 / 025368 |
| Expert Report: | See: LWFR-EXP 11- 000001 / 000042 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(12) **Shwery, Edward H., Ph.D.**

    Name:                    Dr. Edward H. Shwery
    Address:              315 Metairie Road, Suite 300
                              Metairie, Louisiana 70005
    Phone:                  (504) 833-6999
    Area of Testimony:   Clinical Psychology;
                              Evaluated Lyndon Wright
    C.V.:                      See: PSC025369 / 025384
    Compensation Rate: See: PSC025385
    List of Testimonies: See: PSC025386 / 025391
    Expert Report:        See: LWFR-EXP 12-000001 / 000011
    Three Depo Dates:   Will supplement based upon conversations and coordination with defendants.

(13) **Smulski, Stephen, Ph.D.**

    Name:                    Dr. Stephen Smulski
                              Wood Science Specialists, Inc.
    Address:              453 Wendell Road
                              Shutesbury, Massachusetts, 01072
    Phone:                  (413) 259-1661
    Area of Testimony:   Material Selection; Component Parts;
                              Formaldehyde Emissions from Component Parts;
                              Inspection of Wright/Forest River, Inc. Unit
    C.V.:                      See: PSC025392 / 025403
    Compensation Rate: See: PSC025404
    List of Testimonies: See: PSC025405 / 025406
    Expert Report:        See: LWFR-EXP 13-000001 / 000022
    Three Depo Dates:   Will supplement based upon conversations and coordination with defendants.

(14) **Richard Spector, M.D., J.D.**

    Name:                  Dr. Richard Spector
    Address:              3434 Prytania Street, Suite 240
                              New Orleans, Louisiana 70115
    Phone:                  (504) 899-2381
    Area of Testimony:   Otolaryngologist;
                              Treating physician; will testify to plaintiffs medical conditions
    C.V.:                      See: PSC026025 / 026030
    Compensation Rate: See: PSC026025 / 026026

|  |  |
|---|---|
| List of Testimonies: | See: NONE |
| Expert Report: | See: LWFR-EXP 14-000001 / 000004 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

(15) **Williams, Patricia M., Ph.D., D.A.B.T.**

|  |  |
|---|---|
| Name: | Dr. Patricia M. Williams<br>Environmental Toxicology Experts, LLC |
| Address: | 234 West William David Parkway<br>Metairie, Louisiana 70005 |
| Phone: | (504) 834-0073 |
| Area of Testimony: | Toxicology;<br>General Causation of Adverse Health Effects from Exposure to Formaldehyde; Mechanism of Injury regarding Exposure to Formaldehyde and Asthma; Formaldehyde Causation of Cancers and other Chronic Health Effects;<br>Toxicokinetics of Formaldehyde;<br>Toxicology of Mold Exposures |
| C.V.: | See: PSC025407 / 025437 |
| Compensation Rate: | See: PSC025438 |
| List of Testimonies: | See: PSC025439 / PSC025440 |
| Expert Report: | See: LWFR-EXP 15-000001 / 000054 |
| Three Depo Dates: | Will supplement based upon conversations and coordination with defendants. |

Plaintiffs also state their willingness to enter into an agreement with the defendants for each side to provide the other with each experts' file materials in advance of the deposition, provided that such agreement is made reciprocally, and in writing.

The foregoing reports and related materials have been served upon Counsel for Manufacturing Defendants, Government Defendants, and Contractor Defendants.

Respectfully submitted,

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:  s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
RONNIE G. PENTON, #10462
MIKAL WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2009, I electronically filed the foregoing with the Clerk of

Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of

record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        <u>s/Gerald E. Meunier</u>
        GERALD E. MEUNIER, #9471