UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

**************************************************************************

THIS DOCUMENT RELATES TO DOCKET NOS. 1545 & 2001

UNITED STATES OF AMERICA'S UNOPPOSED *EX PARTE* MOTION
TO FILE A TWENTY-ONE (21) PAGE SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF ITS "MOTION TO DISMISS PLAINTIFFS' REMAINING
FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION" [Dkt. 1545]

Defendant United States of America ("United States") pursuant to Local Rules submits this Unopposed *Ex Parte* Motion to file a Twenty-One (21) page Supplemental Memorandum in response to Plaintiffs' Response Memorandum in Opposition to the United States' "Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack Of Subject Matter Jurisdiction." The Court should grant this motion for the reasons set forth in the memorandum filed in support of this motion.

| | |
|---|---|
| Dated: July 29, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON<br>Trial Attorneys |
| DAVID S. FISHBACK<br>Assistant Director | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov<br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

>	//S// *Henry T. Miller*
>	HENRY T. MILLER (D.C. Bar No. 411885)