UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO ALL CASES

*************************************************************************

THIS DOCUMENT RELATES TO DOCKET NOS. 1545 & 2001

UNITED STATES OF AMERICA'S MEMORANDUM IN SUPPORT OF ITS
UNOPPOSED *EX PARTE* MOTION TO FILE A TWENTY-ONE (21) PAGE
SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS "MOTION TO
DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK
OF SUBJECT MATTER JURISDICTION" [Dkt. 1545]

Defendant United States of America ("United States") pursuant to Local Rules submits this Memorandum in support of its Unopposed *Ex Parte* Motion to file a twenty-one page Supplemental Memorandum in support of the United States' "Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack Of Subject Matter Jurisdiction."  The Court should grant this motion because the Plaintiffs' Steering Committee ("PSC") in response to the United States' motion requested that it be denied to allow PSC an opportunity to conduct discovery and investigate whether the Federal Emergency Management Agency ("FEMA") Office of Chief Counsel ("OCC") controlled and directed FEMA's response to formaldehyde concerns in temporary emergency housing units ("EHU").  *See* PSC Memo. at 10, 16, 22, 41.  PSC has now had an opportunity to conduct discovery depositions of various Government employees and the United States hereby request permission to supplement the record with evidence relevant to PSC's arguments.

Undersigned government counsel has conferred with Liaison Counsel and undersigned government counsel hereby certifies that Liaison Counsel does not object to this motion.

Accordingly, for good cause shown, the United States request that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

| | |
|---|---|
| Dated: July 29, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                                    //S// *Henry T. Miller*
                                                  HENRY T. MILLER (D.C. Bar No. 411885)