UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"
  JUDGE ENGELHARDT
  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

**************************************************************************

ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a twenty-one (21) page Supplemental Memorandum in response to Plaintiffs' Response Memorandum in Opposition to the United States' "Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack Of Subject Matter Jurisdiction." *See* Rec. 1545 & 2001.

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this _____ day of _____, 2009.

  _____
  **HONORABLE KURT D. ENGELHARDT**
  **JUDGE, UNITED STATES DISTRICT COURT**
  **EASTERN DISTRICT OF LOUISIANA**