U.S. Department of Homeland Security
500 C Street, SW
Washington, DC 20472

FEMA

November 30, 2006

Scott V. Wright
ATSDR
Mailstop F-29, Room 3217
4770 Buford Highway, NE
Atlanta, GA 30341-3717
(770) 488-3343

Re: FEMA Trailer Formaldehyde Testing

Dear Mr. Wright:

Enclosed you will find a DVD disk containing the test results and related data from the FEMA trailer formaldehyde testing conducted by EPA. Please review the data and provide to me a written report of your analysis of the results of these tests and any conclusions or recommendations that can be derived therefrom.

Please keep this information and your analysis confidential. No information should be released to any third party without my express permission. Please contact me directly if you have any questions at (202) 646-3825.

Sincerely,

Patrick Edward Preston, Trial Attorney
Office of Chief Counsel
(202) 646-3825
(202) 646-4536 *fax*

Enclosure

EXHIBIT #6

EXHIBIT 6

DeRosa-000106