UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                            MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N"  (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

**IT IS ORDERED** that **the Joint Unopposed Motion to Extend the Non-Litigation Track During Pendency of Preemption Appeal (Rec. Doc 2293)** is **DENIED**.

**IT IS FURTHER ORDERED** that on or before **Wednesday, August 12, 2009**, the parties shall agree on a bellwether plaintiff who corresponds to a specific manufactured home defendant (who formerly was on the non-litigation track) to participate in a sixth bellwether trial to begin on **Monday, July 12, 2010.**  Only plaintiffs who have FEMA-ripe claims are eligible to serve as bellwether trial plaintiffs. If, by that date, the parties cannot reach an agreement, they shall submit nominations for the sixth bellwether trial and objections to the selections they oppose.

**IT IS FINALLY ORDERED** that on or before **Wednesday, August 12, 2009**, the parties shall submit a jointly-proposed scheduling order, which shall include dates tied to the Monday, July 12, 2010 trial date for the sixth bellwether trial.

New Orleans, Louisiana, this 28th day of July, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**