UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                  SECTION "N" (4)
THIS DOCUMENT RELATES TO:
*ALVIN BERGERON, et al. v. JAYCO ENTERPRISES, INC., et al.*,
Docket No. 09-3719

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

1.

By supplementing **Section I.** (Parties) of the Original Complaint for Damages by adding the following at paragraph number 3 (A), as follows:

"3. (A)   Defendant **Jayco, Inc.** (collectively with Jayco Enterprises, Inc., hereinafter "Jayco ") is upon information and belief an Indiana corporate entity, which conducts business in the State of Louisiana, and which manufactured and supplied FEMA trailers or housing units as defined below pursuant to contracts with FEMA for use in the State of Louisiana."

2.

By supplementing **Section II.** (Jurisdiction and Venue) of the Original Complaint for Damages by adding the following at paragraph number 13 (A), as follows:

"13. (A)    **Jayco, Inc**. is subject to the in personam jurisdiction of this Court because it does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

**WHEREFORE**, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

**SERVICE OF PROCESS INFORMATION**

1.  **The United States of America**
    Through the United States Attorney General,
    Hon. Eric H. Holder, Jr.
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001
    And
    Through the Office of the U.S. Attorney for the Eastern District of Louisiana
    Through Jim Letten, United States Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Suite B-210
    New Orleans, Louisiana 70130

2.  **Federal Emergency Management Agency**
    Through the Office of the Director
    Administrator of the Federal Emergency Management Agency
    500 C Street S.W.
    Washington, D.C. 20472

3.  **Jayco, Inc.**
    Through its Agent for Service of Process
    Glenn E. Killoren
    121 W Franklin St., Ste. 200
    Elkhart, IN 46516

4.  **Jayco Enterprises, Inc.**
    Through its Agent for Service of Process
    Glenn E. Killoren
    121 W Franklin St., Ste. 200
    Elkhart, IN 46516

5.  **Shaw Environmental, Inc.**
    Through its Agent for Service of Process
    C T CORPORATION SYSTEM
    5615 CORPORATE BLVD., STE. 400B
    BATON ROUGE, LA 70808

    And through its Counsel of Record
    Karen Whitfield
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    201 St. Charles Ave.
    Suite 3600
    New Orleans, LA 70170

6. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process
   CORPORATION SERVICE COMPANY
   320 SOMERULOS ST.
   BATON ROUGE, LA 70802-6129

   And through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

7. **CH2M Hill Constructors, Inc.**

   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Gerardo Barrios
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard
   Suite 201
   Mandeville, LA 70471