UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ATHENS

---

**(1)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(2)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(3)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(4)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(5)**     **CLINTON BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(6)**     **CLINTON BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(7)**     **BRITTANY A. BRUNO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(8)**     **BRITTANY A. BRUNO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(9)**     **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**Exhibit A**

**(10)**   **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(11)**   **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(12)**   **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(13)**   **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **ATHENS** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**Exhibit A**