MINUTE ENTRY
ENGELHARDT, J.
July 28, 2009

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES


     A telephone status conference was conducted on Tuesday, July 28, 2009, at 3:10 p.m.

Participating were Justin I. Woods, Michael David Kurtz, Henry T. Miller, Adam Dinnell, Karen

Whitfield, Anthony Buzbee and Charles Penot.

     Court Reporter Karen Ibos was also present.

JS10(00:15)