UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                                 MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

                                                                                                                                   SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

On July 28, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Anthony Buzbee, Charles Penot, Henry Miller, Adam Dinnell, Dave Kurtz, and Karen Whitfield.  During the conference, the Court **ORDERED** that the July 31, 2009 deadline for submitting a trial plan for the first bellwether trial is **CONTINUED** to **Wednesday, August 12, 2009.**

New Orleans, Louisiana, this 28th day of July, 2009.

                                                                  **KURT D. ENGELHARDT**
                                                                  **UNITED STATES DISTRICT JUDGE**