UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
  FORMALDEHYDE PRODUCTS
  LIABILITY LITIGATION
                                                 SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case 07-9228

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by Defendant Fleetwood Enterprises, Inc. Regarding its Motion to Exclude Plaintiffs' Testing Results [Rec. Doc. 2356] (Rec. Doc. 2357)** is **GRANTED.** Any opposition to the Fleetwood Enterprises, Inc. Motion to Exclude Plaintiffs' Testing Results (Rec. Doc. 2356) shall be filed by **Tuesday, August 4, 2009, at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 30th day of July, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**