# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## CAVLIER HOME BUILDERS, INC.

---

**(1)**      **RAFAT ALKURD, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

**(2)**      **RAFAT ALKURD, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

**(3)**      **ETAF  ALKURD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

**(4)**      **RAFAT ALKURD, INDIVIDUALLY AND ON BEHALF OF THE MINOR N.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La  70032**.

**Exhibit A**

(5)      **RAFAT ALKURD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La 70032**.

(6)      **, INDIVIDUALLY AND ON BEHALF OF THE MINOR R.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, La 70032**.

(7)      **DENNIS C ARMITAGE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Pearl River, La** .

(8)      **JAKOB BENNETT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Pearl River, LA 70452**.

(9)      **NICOLE BENNETT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Pearl River, LA 70452**.

**Exhibit A**

(10) **ANGELA SARAGUSA BERNARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Braithwaite, La 70040**.

(11) **SUSAN BALBON BIGTING**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

(12) **BRITTANY L BRIGHTMAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Pearl River, LA 70452**.

(13) **ROBIN CLARK, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(14) **ALLEN COUVILLON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Destrehan, LA 70047**.

**Exhibit A**

(15)      **SANDRA LEE COUVILLON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Destrehan, LA 70047**.

(16)      **ANGELA CRAWFORD, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **New Orleans, LA 70128**.

(17)      **RICKY & STACY, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.D.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

(18)      **RICKY & STACY, INDIVIDUALLY AND ON BEHALF OF THE MINOR H.D.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

(19)      **RICHARD E DAVIDSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

**Exhibit A**

**(20)**       **STACY ANN DAVIDSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

**(21)**       **BRITTANY MICHEL DEANO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

**(22)**       **SOPHIE   A. DOMINICK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA 70092**.

**(23)**       **HELEN DELORIS DUCAYAG**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(24)**       **HELEN DELORIS DUCAYAG**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**Exhibit A**

(25)     **ASHLEY DUSAULES, INDIVIDUALLY AND ON BEHALF OF THE MINOR D.D.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(26)     **CLARENCE ENCALADE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(27)     **JOSEPH W. GALLARDO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, LA  70043**.

(28)     **SAMANTHA GONZALES, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.G.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Kentwood, La  70444**.

(29)     **SAMANTHA GONZALES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Kentwood, La  70444**.

**Exhibit A**

(30)     **SAMANTHA GONZALES, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.G.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Kentwood, La 70444**.

(31)     **THOMAS GONZALES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Kentwood, La 70444**.

(32)     **, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.G.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Kentwood, La 70444**.

(33)     **NATALIE MARY HAHLOS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Reserve, LA 70084**.

(34)     **KAREN D. HARWELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

**Exhibit A**

(35)    **SHAWN HERNANDEZ, INDIVIDUALLY AND ON BEHALF OF THE MINOR I.H.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

(36)    **FLOYD WILLIAM HERTY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, La 70075**.

(37)    **JENNIFER  M. HONORE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Verret, LA  70082**.

(38)    **LANNEY S JONES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, La  70075**.

(39)    **MICHELLE M KENNEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Lacombe, LA  70445**.

**Exhibit A**

(40)      **JUDY B. KIEFF**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Ponchatoula, La 70454**.

(41)      **EVA LAFUENTES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.

(42)      **GERALD A LEBLANC**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA 70092**.

(43)      **DERRICK DEAN LEWIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Violet, La 70092**.

(44)      **MARDELL LEWIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Violet, La 70092**.

**Exhibit A**

(45)     **SHERMAN C. LEWIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Violet, La 70092**.

(46)     **DOROTHY C. LEZINA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(47)     **WILLIAM   DALE LIND**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(48)     **LINDA S. LOPEZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(49)     **CLIFFORD   J. MAHER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA 70092**.

**Exhibit A**

(50)     **JEFFERY CHAUPPETTA, INDIVIDUALLY AND ON BEHALF OF THE MINOR H.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

(51)     **JEFFERY CHAUPPETTA, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **St. Bernard, La  70085**.

(52)     **JERILYNN PIERCE MELTON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(53)     **DONNA   MILLER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(54)     **DONNA MILLER, INDIVIDUALLY AND ON BEHALF OF THE MINOR E.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

**Exhibit A**

(55)        **RACHEL   MONTANA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA  70075**.

(56)        **KENNETH   NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

(57)        **MICHELLE   NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **St. Bernard, La  70085**.

(58)        **ROSALIE   NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

(59)        **ROSALIE   NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**Exhibit A**

(60)     **JUSTIN   G. NIKOLAUS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(61)     **RICHARD   W. NYE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Abita Springs, LA 70420**.

(62)     **NORMA   K. OALMANN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

(63)     **PEPITO   H. PATINO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Poydras, la  70085**.

(64)     **THOMAS   PAYN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

**Exhibit A**

(65)     **JAMERE   JARRON PAYNE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(66)     **LITITIA   ANN PAYNE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(67)     **TARENA   TROSCHEL PAYNE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(68)     **BRIAN   PEREZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(69)     **GARY   PEREZ**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Arabi, LA  70043**.

**Exhibit A**

(70)     **LEE SYLVIA PEREZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(71)     **ROYCE   PEREZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(72)     **DEBORAH   PROCTOR RICHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(73)     **DWIGHT   RICHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, La  70092**.

(74)     **DWIGHT   RICHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, La  70092**.

**Exhibit A**

(75)        **BRITTANY   ROBERTS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(76)        **JENNY ROBERTS, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(77)        **MARTIN   ROBERTS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(78)        **JAMES S. SAKOBIE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

(79)        **JAMES   SALANDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Mt. Herman, LA  70450**.

**Exhibit A**

(80)     **KEVIN W SALANDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Mt. Herman, LA 70450**.

(81)     **TERESA C SALANDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Mt. Herman, LA 70450**.

(82)     **LOUIS J. SAUBAT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(83)     **ALBERT SCHMIDERER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.

(84)     **REGINA SCHMIDERER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.

**Exhibit A**

(85)    **RAY SCHULTZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.

(86)    **TERRI SCOTT, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

(87)    **SHARON SIMMONS, INDIVIDUALLY AND ON BEHALF OF THE MINOR E.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA 70075**.

(88)    **JESSICA SIMMONS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA 70075**.

(89)    **JESSICA SIMMONS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **New Orleans, LA** .

**Exhibit A**

(90)      **CECILIA C. SLAYTON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA 70092**.

(91)      **TARA GALBRETH, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **New Orleans, La 70122**.

(92)      **ARIANE M. TAYLOR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(93)      **JESSIE J. TAYLOR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Westwego, LA 70094**.

(94)      **SHARLENE TAYLOR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Slidell, LA 70461**.

**Exhibit A**

(95)     **ARIANE TAYLOR, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(96)     **HELEN D. DUCAYAG, INDIVIDUALLY AND ON BEHALF OF THE MINOR I.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA 70075**.

(97)     **HELEN D. DUCAYAG, INDIVIDUALLY AND ON BEHALF OF THE MINOR I.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, LA 70075**.

(98)     **GWENDOLYN W. TOTORICO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

(99)     **RICHARD TOTORICO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

**Exhibit A**

(100)     **DANIEL   URIBE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Meraux, La  70075**.

(101)     **BENJAMIN   HENRY VANDENBORRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

(102)     **BRIDGETTE WALKER, INDIVIDUALLY AND ON BEHALF OF THE MINOR L.W.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, La  70092**.

(103)     **MELVIN   WALKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Violet, LA  70092**.

(104)     **EUGENE J. WHITE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Braithwaite, LA 70040**.

**Exhibit A**

**(105)**   **DONOVAN   WILKINSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Pearl River, LA  70452**.

**(106)**   **JASMINE   WILLIAMS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Violet, LA  70092**.

**(107)**   **JULINE WILLIAMS, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.W.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **FLUOR** was located at **Violet, LA  70092**.

**(108)**   **ROBERTO   ZAMBRANO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CAVALIER** and installed by **UNKNOWN** was located at **Chalmette, La  70043**.

**Exhibit A**