UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


CHAMPION HOME BUILDERS CO.

---

(1)  **BEVERLY MYERS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CHAMPION HOME BUILDERS, CO.** and installed by **FLUOR** was located at **Pearl River, LA 70452**.


(2)  **PAULA VELTRI SINO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CHAMPION HOME BUILDERS, CO.** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**Exhibit A**