UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


CMH MANUFACTURING, INC.

---

**(1)**      **DAMIEN   DEMOLLE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CLAYTON** and installed by **FLUOR** was located at **Violet, La  70092**.

**Exhibit A**