UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* | * | |
| | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | * | |
| | * | |
| | * | MAG: CHASEZ |

*****************************************************************************

# FLEETWOOD ENTERPRISES, INC. MOTION TO ORDER THE IME OF TIMIA DUBUCLET

**May It Please The Court:**

      Fleetwood Enterprises, Inc. ("Fleetwood") moves this Court for an order permitting an Independent Medical Exam of Timia Dubuclet. Fleetwood is requesting to take a blood draw, and to permit the exam by two doctors, an immunologist and a dermatologist. Fleetwood has chosen these doctors and the type of blood exam based on the symptoms and injuries alleged by the plaintiff. Its experts need to examine the plaintiff, who has put her physical condition at issue in this litigation, in order to fully reach their conclusions in this case. Fleetwood submits the accompanying Memorandum in Support of its Motion to Order the IME of Timia Dubuclet.

      This 30th day of July, 2009.

Respectfully submitted:


*/s/ Amanda W. Vonderhaar*
Amanda W. Vonderhaar
LA Bar No. 31350
Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Counsel for Fleetwood Enterprises, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                      ( )    Prepaid U.S. Mail

( )    Facsimile                               ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 30th day of July, 2009.

                                        */s/ Amanda W. Vonderhaar*
                                        Amanda W. Vonderhaar
                                        LA Bar No. 31350

LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)