UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**CLEAR SPRINGS**

---

**(1)**   **JEFFREY MICHEL GRAVES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CLEAR SPRINGS** and installed by **FLUOR** was located at **Slidell, LA  70461**.

**(2)**   **ELIZABETH MELTON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CLEAR SPRINGS** and installed by **FLUOR** was located at **Slidell, LA  70461**.

**(3)**   **JEFFERY GRAVES, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CLEAR SPRINGS** and installed by **FLUOR** was located at **Slidell, LA  70461**.

**Exhibit A**