UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION:  N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.* | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | |
| | * | MAG: CHASEZ |

**************************************************************************

**MOTION FOR EXPEDITED HEARING BY DEFENDANT
FLEETWOOD ENTERPRISES, INC. REGARDING ITS
<u>MOTION TO ORDER THE IME OF TIMIA DUBUCLET</u>**

NOW INTO COURT, through undersigned counsel, comes Fleetwood Enterprises, Inc., who respectfully suggests to the Court that it is both necessary and appropriate under the circumstances to expedite consideration of Fleetwood's Motion to Order an IME of Timia Dubuclet.

Currently the IME is scheduled for August 3, 2009, a date to which the plaintiffs have agreed.  It is the scope of the IME that is at issue.  Specifically, Plaintiffs object to the RAST test portion of the IME which requires the drawing of a small amount of blood from Timia Dubuclet. Currently, the deadline for submission the expert reports by Defendants in this case is August 17, 2009, see Rec. Doc. 2099. Various of Fleetwood's medical experts require the results of the IME in order to fully assess the plaintiff and her asserted medical condition. Plaintiffs have known about the proposed RAST test, a blood test, since July 21, 2009, but did not notify Fleetwood of

any objection until three days ago, on July 27, 2009. Fleetwood shows good cause for compelling Timia Dubuclet to submit to the RAST test portion of the IME, which is set forth in Fleetwood's motion to compel IME and brief in support filed contemporaneously with this motion to expedite.

Plaintiffs also object to Fleetwood using two doctors to examine Timia Dubuclet; however, due to the claimed symptoms, it is imperative that both an immunologist and dermatologist examine her.

Therefore Fleetwood requests that this motion be set expeditiously for hearing by this Court. A proposed order is attached.

This 30th day of July, 2009.

Respectfully submitted:

 /s/ Amanda W. Vonderhaar
Amanda W. Vonderhaar
LA Bar No. 31350
Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Counsel for Fleetwood Enterprises, Inc.

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery               ( )    Prepaid U.S. Mail

( )    Facsimile                   ( )    Federal Express

(X)    CM/ECF

      New Orleans, Louisiana, this 30th day of July, 2009.

                                        */s/ Amanda W. Vonderhaar*
                                        Amanda W. Vonderhaar
                                        LA Bar No. 31350

LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)