UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.* | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

The Motion For Expedited Hearing of Defendants Fleetwood Enterprises, Inc. is granted; and the hearing on Fleetwood's Motion to Order the IME of Timia Dubuclet is hereby set for hearing on the _____ of _____, 2009 at _____.

THIS _____ day of _____ 2009, New Orleans, Louisiana.

                                            HONORABLE KURT D. ENGELHARDT
                                            Judge, United States District Court,
                                            Eastern District of Louisiana