UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


COACHMEN INDUSTRIES, INC. COACHMEN RECREATIONAL
VEHICLE COMPANY, LLC and/or COACHMEN RECREATIONAL
VEHICLES OF GEORGIA, LLC

---

**(1)**      **LINDA AUDIBERT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **UNKNOWN** was located at **Arabi, LA 70032**.


**(2)**      **JEFFREY L CHAUPETTA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La 70452**.


**(3)**      **MISTY JEAN GERVAIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.


**(4)**      **MARIA M GUERRA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.


**Exhibit A**

**(5)** **THERESA B HARVEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **CH2MHILL** was located at **Braithwaite, LA  70040**.

**(6)** **GERARD LEE LEWIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Bridge City, LA  70094**.

**(7)** **CHERYL R. LOVELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(8)** **ERROL D. LOVELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(9)** **WADE JOSHUA LOVELL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**Exhibit A**

**(10)**     **JEFFERY CHAUPPETTA, INDIVIDUALLY AND ON BEHALF OF THE MINOR H.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**(11)**     **JEFFERY CHAUPPETTA, INDIVIDUALLY AND ON BEHALF OF THE MINOR H.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La 70452**.

**(12)**     **JEFFERY CHAUPPETTA, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La 70452**.

**(13)**     **JEFFERY CHAUPPETTA, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**(14)**     **KENNETH L. MEYERS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **CH2MHILL** was located at **Gheens, LA  70355**.

**Exhibit A**

**(15)** **VANESSA D. MEYERS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **CH2MHILL** was located at **Gheens, LA  70355**.

**(16)** **JOANNA MINTER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(17)** **WARREN L. MINTER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(18)** **BEVERLY MYERS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(19)** **KENNETH NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**Exhibit A**

**(20)**     **KENNETH NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(21)**     **MICHELLE NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**(22)**     **MICHELLE NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(23)**     **MICHELLE NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**(24)**     **MICHELLE NASTASI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**Exhibit A**

**(25)** ROSALIE NASTASI, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**(26)** ROSALIE NASTASI, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(27)** DAVID S. NUCCIO, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **CH2MHILL** was located at **St. Bernard, La  70085**.

**(28)** **NUCCIO, DAVID, INDIVIDUALLY AND ON BEHALF OF THE MINOR S.N.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **CH2MHILL** was located at **St. Bernard, La 70085**.

**(29)** SCOTT JOSEPH OBRIEN, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

**Exhibit A**

**(30)** **MISTY GERVAIS, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Chalmette, La 70043**.

**(31)** **GLENN TATUM**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **COACHMEN INDUSTRIES, INC.** and installed by **FLUOR** was located at **Chalmette, La 70043**.

**Exhibit A**