UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Michael Joseph Battaglia, et al. v. Destiny Industries, LLC., et al.,*
No. 09-3587

*****************************************************************************

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        BY:___s/ Roberta L. Burns_____
        SIDNEY D. TORRES, III, La. Bar No. 12869

ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
rburns@torres-law.com
***Counsel for plaintiffs***

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Destiny Industries, LLC**
   Through its Agent for Service of Process
   Lester M Castellow
   700 South Main Street
   Moultrie GA 31768

4. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

5. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process
   CORPORATION SERVICE COMPANY

    320 SOMERULOS ST.
    BATON ROUGE, LA 70802-6129

    And through its Counsel of Record
    Charles Penot
    Middleberg Riddle and Gianna
    KPMG Centre
    Suite 2400
    717 Harwood
    Dallas, TX 75201

6. **CH2M Hill Constructors, Inc.**

    Through its Agent for Service of Process
    C T CORPORATION SYSTEM
    5615 CORPORATE BLVD., STE. 400B
    BATON ROUGE, LA 70808

    And through its Counsel of Record
    Gerardo Barrios
    Baker Donelson, Bearman, Caldwell & Berkowitz, PC
    #3 Sanctuary Boulevard
    Suite 201
    Mandeville, LA 70471