UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**DESTINY INDUSTRIES, LLC**

---

**(1)**   **SHIRLEY CHELETTE, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DESTINY INDUSTRIES, LLC** and installed by **FLUOR** was located at **Meraux, LA 70075**.


**(2)**   **RALPH DEGRASSE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DESTINY INDUSTRIES, LLC** and installed by **FLUOR** was located at **Meraux, La 70075**.


**(3)**   **RALPH DEGRASSE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DESTINY INDUSTRIES, LLC** and installed by **FLUOR** was located at **Meraux, LA 70075**.


**Exhibit A**