UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


DUTCHMEN MANUFACTURING, INC.

---

**(1)** **CHARLENE BOLIN KRAMER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Meraux, LA 70075**.

**(2)** **SCOTT MITCHELL, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

**(3)** **BRYANT KEITH MOORE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Abita Springs, LA 70420**.

**(4)** **JOHN W. PERRET**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(5)**     **KENNETH J. PERRET**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

**(6)**     **PEGGY H. PERRET**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

**(7)**     **TINA POMES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

**(8)**     **ANETRA RICHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **DUTCHMEN MANUFACTURING, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.

**Exhibit A**