UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


DS CORP. d/b/a CROSS ROVERS RV, INC.

---

(1)   **JOSEPH BEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

(2)   **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

(3)   **TRINA B. BEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

(4)   **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**Exhibit A**

**(5)**     **KEVIN BRYAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, La 70040**.


**(6)**     **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, La 70040**.


**(7)**     **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.J.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.


**(8)**     **KATHLEEN E. JEANFREAU**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **FLUOR** was located at **Pearl River, La 70452**.


**Exhibit A**