UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                        MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                           SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Ashley Marie Bailey, et als. v. Forest River,*
*Inc., et als., No. 09-3588*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

**MAY IT PLEASE THE COURT:**

Plaintiffs, ASHLEY MARIE BAILEY, *et als*., respectfully move this Court to allow them to amend their original complaint, as supplemented and amended, to add as parties plaintiff hereto the individuals who are all named in the annexed listing of Named Plaintiffs (hereinafter, "Exhibit A"), which have recently been matched by the United States of America to the defendant manufacturer.

The Federal Rules of Civil Procedure allow for amended and supplemental pleadings. F.R.C.P. Rule 15. Pursuant to F.R.C.P. Rule 15(a)(1)(A), as there have been no responsive

pleadings filed in this matter, plaintiffs are permitted to amend their Complaint for Damages once as a matter of course. Plaintiffs herein simply desire to file a Second Supplemental and Amending Complaint for Damages to include the additional parties plaintiff. No undue prejudice will result in allowing the attached Second Supplemental and Amending Complaint for Damages to be filed.

Accordingly, plaintiffs respectfully request that this Honorable Court enter the attached Order granting leave to file a Second Supplemental and Amended Complaint on behalf of Ashley Marie Bailey, *et als*.

>Respectfully submitted,
>
>LAW OFFICES OF SIDNEY D. TORRES, III,
>*A PROFESSIONAL LAW CORPORATION*
>
>BY: _____s/Roberta L. Burns, Esq._____
>SIDNEY D. TORRES, III, La. Bar No. 12869
>ROBERTA L. BURNS, La. Bar No. 14945
>DAVID C. JARRELL, La. Bar No. 30907
>8301 W. Judge Perez Drive
>Suite 303
>Chalmette, Louisiana 70043
>Telephone: (504) 271-8421
>**Counsel for plaintiffs**

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                    s/Roberta L. Burns, Esq.
                                                ROBERTA L. BURNS (#14945)