UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                     SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Ashley Marie Bailey, et als. v. Forest River,*
*Inc., et als., No. 09-3588*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the foregoing motion,

**IT IS ORDERED** that plaintiffs be granted leave to file the Second Supplemental and Amended Complaint for Damages.

THIS DONE the ____ day of _____, 2009, New Orleans, Louisiana.

                                                         _____
                                                                      J U D G E