# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

# FOREST RIVER, INC.

**(1)**    **LESTER   ADAMS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(2)**    **JUANITA   M. ALEXANDER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Hammond, LA  70401**.

**(3)**    **JOHN    A. ATWOOD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Arabi, LA  70032**.

**(4)**    **JAY  J.  AUTHEMENT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **SHAW** was located at **Violet, LA  70092**.

**Exhibit A**

**(5)**       **RUSTY LAWRENCE BARRAS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Arabi, LA  70032**.

**(6)**       **CHARLES   BIENEMY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **CH2MHILL** was located at **Braithwaite, LA  70040**.

**(7)**       **DYNEL   BIENEMY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(8)**       **BRIAN   C. BOUDREAUX**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**(9)**       **AMY   BRADLEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Violet, LA  70092**.

**Exhibit A**

**(10)**      **AMY BRADLEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(11)**      **BRITTANY L BRIGHTMAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**(12)**      **RICKY & STACY, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.D.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Meraux, La 70075**.

**(13)**      **RICKY & STACY, INDIVIDUALLY AND ON BEHALF OF THE MINOR H.D.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Meraux, La 70075**.

**(14)**      **RICHARD E DAVIDSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Meraux, La 70075**.

**Exhibit A**

**(15)**     **STACY ANN DAVIDSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Meraux, La  70075**.

**(16)**     **CHRISTINE   GERICA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **New Orleans, LA 70129**.

**(17)**     **BRANDON   MICHAEL GUEVARA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(18)**     **COREY ADAM GUEVARA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(19)**     **CYNTHIA   ANN GUEVARA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**Exhibit A**

**(20)**    **MILDAR  JOSE GUEVARA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(21)**    **CYNTHIA GUEVARA, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.G.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(22)**    **BETTINA  M. HOWARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **FLUOR** was located at **Violet, LA  70092**.

**(23)**    **JAMES  W. HOWARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **FLUOR** was located at **Violet, LA  70092**.

**(24)**    **MARY  E. HOWARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **FLUOR** was located at **Violet, LA  70092**.

**Exhibit A**

**(25)**     **JANICE   SHOEMAKER   JENEVEIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **SHAW** was located at **Metairie, LA  70003**.

**(26)**     **MARIA   KELLUM**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **CH2MHILL** was located at **Chalmette, LA  70043**.

**(27)**     **MARIA   KELLUM, INDIVIDUALLY   AND   ON   BEHALF   OF   THE   MINOR V.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **CH2MHILL** was located at **Chalmette, LA  70043**.

**(28)**     **ALFRED   MORAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **CH2MHILL** was located at **Galliano, LA  70354**.

**(29)**     **PATSY   MORAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **CH2MHILL** was located at **Galliano, LA  70354**.

**Exhibit A**

**(30)**      **GRANT PELLISSIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Garyville, LA 70051**.

**(31)**      **JULIA E. PELLISSIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Garyville, LA 70051**.

**(32)**      **SHARON SIMMONS, INDIVIDUALLY AND ON BEHALF OF THE MINOR E.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **MLU** was located at **Meraux, La 70075**.

**(33)**      **JESSICA SIMMONS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **MLU** was located at **New Orleans, La** .

**(34)**      **JESSICA SIMMONS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **MLU** was located at **Meraux, La 70075**.

**Exhibit A**

**(35)**       **SUSAN SHAW SORTINA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**(36)**       **JADE SULLIVAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **SRS, INC.** was located at **New Orleans, La 70128**.

**(37)**       **DEBBIE TERMINIE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

**(38)**       **TANIA KENNEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(39)**       **GEORGE MILTON THEAUX**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Slidell, LA 70458**.

**Exhibit A**

**(40)**   **SUSAN HOTARD THEAUX**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **UNKNOWN** was located at **Slidell, LA  70458**.

**(41)**   **COREY THOMAS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(42)**   **ERIC J VOSBEIN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **SHAW** was located at **New Orleans, La  70131**.

**(43)**   **MARY L. WATTS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **SHAW** was located at **Marrero, La  70072**.

**(44)**   **IDA M. WEISKOPF**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**Exhibit A**

**(45)**      **STANLEY B. WEISKOPF**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**(46)**      **STANLEY B WEISKOPF**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FOREST RIVER** and installed by **FLUOR** was located at **Pearl River, La  70452**.

**Exhibit A**