UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**FRONTIER RV, INC.**

---

**(1)**      **THOMAS  AHL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FRONTIER RV, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA  70043**.


**(2)**      **JULIUS  CUMMINS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FRONTIER RV, INC.** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.


**(3)**      **SHERRY  MAGRUDER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FRONTIER RV, INC.** and installed by **FLUOR** was located at **Arabi, La  70032**.


**Exhibit A**