UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


GILES FAMILY HOLDINGS

---

(1)     **JAMES THORNTON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **GILES FAMILY HOLDINGS** and installed by **SHAW** was located at **New Orleans, LA  70117**.

**Exhibit A**