UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**KEYSTONE RV COMPANY**

---

**(1)**   **LESHIRL ALEXANDER-CORNETT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **Hammond, LA 70401**.


**(2)**   **SHEILA WOLFE BAKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **St. Bernard, LA 70085**.


**(3)**   **BRADLEY BARROSSE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **Lacombe, LA 70075**.


**(4)**   **AARON BERGERON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.

**Exhibit A**

**(5)** **RODNEY DALTON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(6)** **JULIE & JOHN, INDIVIDUALLY AND ON BEHALF OF THE MINOR N.G.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **Meraux, La 70075**.

**(7)** **DOMINICK IMBORNONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

**(8)** **GIA MARIE IMBORNONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **UNKNOWN** was located at **Chalmette, La 70043**.

**(9)** **LARRY R. JACKSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.

**Exhibit A**

**(10)**   **HELEN S JAMES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(11)**   **HUEY PAUL JAMES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(12)**   **KATHLEEN E. JEANFREAU**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **UNKNOWN** was located at **Pearl River, LA 70452**.

**(13)**   **CLIFFORD SINO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **Dalcour, LA 70040**.

**(14)**   **JERRY G. SISK**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **Port Sulphur, La 70083**.

**Exhibit A**

**(15)** **JUDITH A. SISK**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **CH2MHILL** was located at **Port Sulphur, LA 70083**.

**(16)** **FRANCES R. WILLOZ**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **Chalmette, La  70043**.

**(17)** **MANUEL   W. WILLOZ**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **JAYCO, INC.** and installed by **FLUOR** was located at **Chalmette, La  70043**.

**Exhibit A**