UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**KZRV, LP**

---

**(1)**     **THOMAS AHL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FRONTIER RV, INC.** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.


**(2)**     **JULIUS CUMMINS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FRONTIER RV, INC.** and installed by **UNKNOWN** was located at **St. Bernard, LA 70085**.


**(3)**     **ADELE LANDRY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KZRV, LP** and installed by **UNKNOWN** was located at **New Sarpy, LA 70078**.


**(4)**     **SHERRY MAGRUDER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **FRONTIER RV, INC.** and installed by **FLUOR** was located at **Arabi, La 70032**.


**Exhibit A**