UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LAKESIDE PARK HOMES, INC.**

**(1)**      **KAREN LYNN BAKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-RAZ** was located at **Avondale, LA 70094**.

**(2)**      **EMMA T BIENEMY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **FLUOR** was located at **St. Bernard, La 70085**.

**(3)**      **IRVIN BIENEMY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.

**(4)**      **MELODY ANN CONRAD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-AGBAYANI** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(5)**     **FRANK DIBETTA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-TKTMJ** was located at **Meraux, LA 70075**.

**(6)**     **FLORITA NUNEZ HYDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-TKTMJ** was located at **Abita Springs, LA 70420**.

**(7)**     **FLORITA NUNEZ HYDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-TKTMJ** was located at **Chalmette, LA 70043**.

**(8)**     **FLORITA NUNEZ HYDE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-TKTMJ** was located at **Meraux, LA 70075**.

**(9)**     **GAY LYNN ANN LONGO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-RAZ** was located at **Chalmette, La 70043**.

**Exhibit A**

**(10)**       **GREGORY PETER LONGO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-RAZ** was located at **Chalmette, La 70043**.

**(11)**       **LIONEL SERIGNE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **LAKESIDE PARK HOMES, INC.** and installed by **UFAS-RAZ** was located at **Violet, La 70092**.

**Exhibit A**