# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## LAYTON HOMES CORP.

---

**(1)**     **CALVIN J. KELONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Chalmette, La 70043**.

**(2)**     **TANIA W KENNEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(3)**     **STARR ALBEREZ LEYDECKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**(4)**     **GOLDIE M. HOWELL PARSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(5)**     **FELIX C. RUIZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Slidell, La 70461**.

**(6)**     **JOY B. RUIZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Slidell, La 70461**.

**(7)**     **CYNTHIA SAMPSON-SMITH**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(8)**     **TANIA KENNEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(9)**     **TANIA KENNEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.W.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, La 70092**.

**Exhibit A**