# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## MORGAN BUILDINGS & SPAS, INC.

---

(1)     **LINDA   BEGNAUD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **Pearl River, LA  70452**.


(2)     **ANTHONY   BROWN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **MORGAN BUILDINGS & SPAS, INC.** and installed by **UNKNOWN** was located at **Edgard, LA  70049**.

**Exhibit A**