UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


OAK CREEK HOMES, INC.

---

(1)  **EARL SABASTION ESTEVES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **OAK CREEK HOMES, INC.** and installed by **SHAW** was located at **River Ridge, LA 70075**.

Exhibit A