UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                            MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Noah William Hartle, et al. v. Patriot Homes of Texas, et al.*, **No. 09-3550**

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

2.

By supplementing and amending **Section I.** (Parties), to add again the defendant **CH2M Hill Constructors, Inc.**, which plaintiffs voluntarily dismissed without prejudice on July 22, 2009, and now has been matched as the No-Bid Contractor for certain named plaintiffs herein as reflected in Exhibit A, that paragraph to read as follows,

"8.     **CH2M Hill Constructors, Inc.** ("CH2M")(collectively with Shaw and Fluor, hereinafter the "No-Bid Defendants"), a Delaware corporation with its principal place of business in Englewood, Colorado, licensed to do business in the State of Louisiana and in good

standing, received a No-Bid contract from FEMA and was tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units provided by FEMA to the victims of hurricanes Katrina and Rita."

3.

By supplementing and amending **Section II.** (Jurisdiction and Venue), to add again the defendant **CH2M Hill Constructors, Inc.**, which was the No-Bid Contractor for certain named plaintiffs herein as reflected in Exhibit A, that paragraph to read as follows,

"15.   The **No-Bid Defendants, CH2M, Shaw and Fluor** are subject to the in personam jurisdiction of this Court because they do sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation."

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:   s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303

Chalmette, Louisiana 70043
Telephone: (504) 271-8421
rburns@torres-law.com
***Counsel for plaintiffs***

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Patriot Homes of Texas, L.P.**
   Through its Agent for Service of Process
   Will Turk
   1001 West Loop 340
   Waco, TX 76712

4. **Insurco, Ltd.**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

5. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.

   Suite 3600
   New Orleans, LA 70170

6. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process
   CORPORATION SERVICE COMPANY
   320 SOMERULOS ST.
   BATON ROUGE, LA 70802-6129

   And through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

7. **CH2M Hill Constructors, Inc.**

   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Gerardo Barrios
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard
   Suite 201
   Mandeville, LA 70471