UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRIOT HOMES OF TEXAS, LP

---

**(1)** **CHARLES BIENEMY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(2)** **BETTINA M. HOWARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(3)** **JAMES W. HOWARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(4)** **MARY E. HOWARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **FLUOR** was located at **Violet, LA 70092**.

**Exhibit A**

**(5)**      **SHARON SIMMONS, INDIVIDUALLY AND ON BEHALF OF THE MINOR E.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **MLU** was located at **Meraux, La  70075**.

**(6)**      **JESSICA  SIMMONS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **MLU** was located at **Meraux, La  70075**.

**(7)**      **JESSICA  SIMMONS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **PATRIOT HOMES OF TEXAS, LP** and installed by **MLU** was located at **New Orleans, La**  .

**Exhibit A**