UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                  MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                       SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Charles Arbour, et al. v. Recreation By Design, LLC, et al.*
No. 09-3733

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A").

WHEREFORE, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

                                         Respectfully submitted,

                                         LAW OFFICES OF SIDNEY D. TORRES, III,
                                         *A PROFESSIONAL LAW CORPORATION*

                                         BY:    s/ Roberta L. Burns
                                         SIDNEY D. TORRES, III, La. Bar No. 12869

        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 W. Judge Perez Drive
        Suite 303
        Chalmette, Louisiana 70043
        Telephone: (504) 271-8421
        rburns@torres-law.com
        ***Counsel for plaintiffs***

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Recreation By Design, LLC**
   Through its Agent for Service of Process
   Randall K. Rush
   21746 Buckingham Rd.
   Elkhart , IN 46516

4. **Shaw Environmental, Inc.**
   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Karen Whitfield
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   201 St. Charles Ave.
   Suite 3600
   New Orleans, LA 70170

5. **Fluor Enterprises, Inc.**
   Through its Agent for Service of Process
   CORPORATION SERVICE COMPANY

   320 SOMERULOS ST.
   BATON ROUGE, LA 70802-6129

   And through its Counsel of Record
   Charles Penot
   Middleberg Riddle and Gianna
   KPMG Centre
   Suite 2400
   717 Harwood
   Dallas, TX 75201

6. **CH2M Hill Constructors, Inc.**

   Through its Agent for Service of Process
   C T CORPORATION SYSTEM
   5615 CORPORATE BLVD., STE. 400B
   BATON ROUGE, LA 70808

   And through its Counsel of Record
   Gerardo Barrios
   Baker Donelson, Bearman, Caldwell & Berkowitz, PC
   #3 Sanctuary Boulevard
   Suite 201
   Mandeville, LA 70471