UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


RECREATION BY DESIGN, LLC

---

**(1)**   **ALEXANDER ASSAVEDO III, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **St. Bernard, LA  70085**.


**(2)**   **LEICO A. ASSEVEDO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Chalmette, LA  70043**.


**(3)**   **KENNETH   BLANCHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **B & I SERVICES** was located at **Violet, LA  70092**.


**(4)**   **LINDA   BLANCHARD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **B & I SERVICES** was located at **Violet, LA  70092**.


**Exhibit A**

**(5)** **MARGARET RHODES BRYANT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(6)** **WILLIAM HARTAM BRYANT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(7)** **ANNETTE COUPEL CAMPO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(8)** **DEREK JOSEPH CAMPO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(9)** **ROY GEORGE CAMPO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**Exhibit A**

**(10)**   **ALLEN COUVILLON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **CH2MHILL** was located at **Destrehan, LA 70047**.

**(11)**   **SANDRA LEE COUVILLON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **CH2MHILL** was located at **Destrehan, La 70047**.

**(12)**   **LENA JACOBS DAMOND**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Meraux, La 70075**.

**(13)**   **WILLIAM JOSEPH FASONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Slidell, LA 70458**.

**(14)**   **JOLIE LAPEYROUSE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.

**Exhibit A**

**(15)**   **LOUIS E. LUND**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **St. Bernard, LA  70085**.

**(16)**   **GEORGE A SERCOVICH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Chalmette, La  70043**.

**(17)**   **GEORGE A SERCOVICH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Hammond, La  70401**.

**(18)**   **TAMMY ANN TALCOTT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Slidell, LA  70458**.

**(19)**   **PATRICIA TRANCHINA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **St. Bernard, LA  70085**.

**Exhibit A**

**(20)**       **LEAH NEWMAN VINSANAU**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(21)**       **MICHAEL VINSANAU**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RECREATION BY DESIGN, LLC** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**