UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


RIVER BIRCH HOMES, INC. and/or RIVER BIRCH HOMES, LLC

---

(1)     **SYLIVA   R. LEWIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **RIVER BIRCH HOMES, INC. AND/OR RIVER BIRCH HOMES, LLC** and installed by **FLUOR** was located at **Violet, LA  70092**.

**Exhibit A**