# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## R-VISION, INC.

**(1)**      **DAMIEN AGUILAR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(2)**      **DENNIS C ARMITAGE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Pearl River, LA** .

**(3)**      **PATRICIA (TRISHA) A. DIAZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **SHAW** was located at **Westwego, La 70094**.

**(4)**      **KENNETH DAVID MARTINEZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Slidell, LA 70461**.

**Exhibit A**

**(5)**     **DAVID PAUL PENNEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **CH2MHILL** was located at **Paradis, LA 70080**.

**(6)**     **KATHY L. SAKOWSKI**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Pearl River, LA  70452**.

**(7)**     **DANA J. SMITH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(8)**     **DANA J. SMITH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(9)**     **DAVID J. SMITH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**Exhibit A**

**(10)**   **DAVID J. SMITH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(11)**   **SHARON  SMITH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(12)**   **SHARON  SMITH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(13)**   **SHARON SMITH, INDIVIDUALLY AND ON BEHALF OF THE MINOR S.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(14)**   **SHARON SMITH, INDIVIDUALLY AND ON BEHALF OF THE MINOR S.S.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **R-VISION, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**Exhibit A**