# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## SCOTBILT HOMES, INC.

---

**(1)**    **ANTOINETTE P. BASILE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(2)**    **BRANDON   CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(3)**    **BRANDON   CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**(4)**    **BRANDON   CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, La  70075**.

**Exhibit A**

(5)        **CLINTON    BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, La 70075**.

(6)        **CLINTON    BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

(7)        **BRITTANY    A. BRUNO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

(8)        **BRITTANY    A. BRUNO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

(9)        **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(10)**      **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(11)**      **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, La 70075**.

**(12)**      **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(13)**      **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(14)**      **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**Exhibit A**

**(15)**      **KIONNA RHODES, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Edgard, La  70049**.

**(16)**      **KIONNA RHODES, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.R.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Edgard, LA  70049**.

**(17)**      **POMLA   R. RHODES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SCOTBILT HOMES, INC.** and installed by **FLUOR** was located at **Edgard, LA 70049**.

**Exhibit A**