UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**SILVER CREEK HOMES, INC.**

---

**(1)**   **MARY BLAZIO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SILVER CREEK HOMES, INC.** and installed by **FLUOR** was located at **Violet, LA 70092**.


**(2)**   **DOROTHY W. GUILLOT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SILVER CREEK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, La 70043**.


**(3)**   **GLEN J. GUILLOT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SILVER CREEK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.


**(4)**   **TANEKA HILL, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.H.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SILVER CREEK HOMES, INC.** and installed by **FLUOR** was located at **Violet, La 70043**.


**Exhibit A**

**(5)** **KEENAN HILL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SILVER CREEK HOMES, INC.** and installed by **FLUOR** was located at **Violet, La 70092**.

**(6)** **TANEKA ALVERIS HILL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SILVER CREEK HOMES, INC.** and installed by **FLUOR** was located at **Violet, La 70043**.

**Exhibit A**