UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**SKYLINE CORPORATION**

---

**(1)** **ROSALIE AGUILAR, INDIVIDUALLY AND ON BEHALF OF THE MINOR M.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA  70032**.

**(2)** **ROSALIE AGUILAR, INDIVIDUALLY AND ON BEHALF OF THE MINOR M.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA  70043**.

**(3)** **RENE AGULIAR SR, INDIVIDUALLY AND ON BEHALF OF THE MINOR R.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA  70032**.

**(4)** **RENE RUDOLPH AGUILAR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**Exhibit A**

**(5)** **RENE AGULIAR SR, INDIVIDUALLY AND ON BEHALF OF THE MINOR R.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(6)** **RENE RUDOLPH AGUILAR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(7)** **ROSALIE AGUILAR, INDIVIDUALLY AND ON BEHALF OF THE MINOR R.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(8)** **ROSALIE AGUILAR, INDIVIDUALLY AND ON BEHALF OF THE MINOR R.A.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(9)** **ROSALIE AKIE AGUILAR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**Exhibit A**

**(10)** **ROSALIE AKIE AGUILAR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(11)** **MARIFAR G. BALTAZAR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **CH2MHILL** was located at **Chalmette, LA 70043**.

**(12)** **PRISCILLA LUCILLE COOK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(13)** **ARLIN DAVIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **BECHTEL** was located at **Braithewaite, La 70040**.

**(14)** **EDITH A. DAVIS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **BECHTEL** was located at **Braithewaite, La 70040**.

**Exhibit A**

**(15)** **MARY JANE FLAIR**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(16)** **KIMBERLY DIANE GERACI**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Slidell, La 70460**.

**(17)** **KIMBERLY GERACI, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.G.**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Slidell, LA 70460**.

**(18)** **KIMBERLY GERACI, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.G.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Slidell, La 70460**.

**(19)** **CYNTHIA GONDOLFO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(20)**    **CALVIN J. KELONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Chalmette, La 70043**.

**(21)**    **CALVIN J. KELONE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(22)**    **TANIA W KENNEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, LA 70092**.

**(23)**    **HAROLD EMERSON LEAMING**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **FLUOR** was located at **Slidell, La 70460**.

**(24)**    **STARR ALBEREZ LEYDECKER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Pearl River, LA 70452**.

**Exhibit A**

**(25)** **RICHARD N. LUSCY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(26)** **GOLDIE M. HOWELL PARSON**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(27)** **FELIX C. RUIZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Slidell, La 70461**.

**(28)** **JOY B. RUIZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Slidell, La 70461**.

**(29)** **CYNTHIA SAMPSON-SMITH**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, LA 70092**.

**Exhibit A**

**(30)**     **MARY PATSY STORY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SKYLINE CORPORATION** and installed by **CH2MHILL** was located at **New Orleans, LA  70117**.

**(31)**     **TANIA KENNEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR B.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, LA  70092**.

**(32)**     **TANIA KENNEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.W.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **NOMAD** and installed by **FLUOR** was located at **Violet, La  70092**.

**Exhibit A**