UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


SOUTHERN ENERGY HOMES, INC.

---

(1)     **MARY JANE FLAIR**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **SOUTHERN ENERGY HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.


(2)     **EVELYN P. MARTINEZ**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SOUTHERN ENERGY HOMES, INC.** and installed by **FLUOR** was located at **Lacombe, LA  70445**.


**Exhibit A**