UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


STARCRAFT RV, INC.

---

(1)   **MELISSA CAMPO ARBOUR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **St. Bernard, LA 70085**.


(2)   **FELIX ARCENEAUX**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.


(3)   **DOREEN ELIZABETH ARMSTRONG**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, LA 70458**.


(4)   **JESSICA LAUREN ARMSTRONG**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, La 70458**.


**Exhibit A**

**(5)**      **MISTY ENCARDES, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.E.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Abita Springs, LA 70420**.

**(6)**      **MISTY THERESA ENCARDES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Abita Springs, LA 70420**.

**(7)**      **MISTY ENCARDES, INDIVIDUALLY AND ON BEHALF OF THE MINOR S.E.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Abita Springs, LA 70420**.

**(8)**      **DONALD FRANKLIN MANKIN**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, LA** .

**(9)**      **MELISSA MANKIN**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, LA 70460**.

**Exhibit A**

**(10)**      **MELISSA MANKIN, INDIVIDUALLY AND ON BEHALF OF THE MINOR R.M.**, a resident of the full age of majority of the State of Mississippi, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, LA** .

**(11)**      **DOREEN ARMSTRONG, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.M.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, La  70458**.

**(12)**      **STEPHANIE LYNN MOORE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Slidell, La 70458**.

**(13)**      **RAYMOND   PFIFFNER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(14)**      **BERNARD B VITRANO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STARCRAFT RV, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**