UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**STEWART PARK HOMES, INC.**

---

**(1)**  **BRENDA M ALPHONSO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **JACQUET** was located at **Meraux, LA  70075**.


**(2)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.


**(3)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.


**(4)**  **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, La  70075**.

**Exhibit A**

**(5)**   **BRANDON CHARLES BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(6)**   **CLINTON BONNECARRE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(7)**   **BRITTANY A. BRUNO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(8)**   **BRITTANY A. BRUNO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(9)**   **JUNE COUCH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **CH2MHILL** was located at **Chauvin, LA 70344**.

**Exhibit A**

**(10)** **ROBERT A. COUCH**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **CH2MHILL** was located at **Chauvin, LA 70344**.

**(11)** **KAREN CREEL, INDIVIDUALLY AND ON BEHALF OF THE MINOR A.C.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **JACQUET** was located at **St. Bernard, LA 70085**.

**(12)** **KAREN CREEL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **JACQUET** was located at **St. Bernard, LA 70085**.

**(13)** **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA 70075**.

**(14)** **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**Exhibit A**

**(15)**     **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(16)**     **ALBERT A. ESTOPINAL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, La  70075**.

**(17)**     **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, La  70075**.

**(18)**     **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Meraux, LA  70075**.

**(19)**     **SHARON ANN FLORANE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA  70043**.

**Exhibit A**

**(20)**     **JOSEPH M. GLENN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Mandeville, LA 70443**.

**(21)**     **MARGIE GRACE GLENN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Mandeville, La 70448**.

**(22)**     **MARGIE GRACE GLENN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, LA 70043**.

**(23)**     **GEORGE NAPIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Bourg, LA 70343**.

**(24)**     **ROBERT ONEIL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **STEWART PARK HOMES, INC.** and installed by **FLUOR** was located at **Chalmette, La 70043**.

**Exhibit A**