UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


THOR CALIFORNIA, INC. d/b/a THOR MANUFACTURING

---

**(1)**    **CHERYL BARCIA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Chalmette, La 70043**.


**(2)**    **VELMA E. BARCIA**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Chalmette, La 70043**.


**(3)**    **JOSEPH BEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.


**(4)**    **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.


**Exhibit A**

**(5)**        **TRINA B. BEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(6)**        **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR T.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(7)**        **BECKY BLACK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Slidell, LA 70458**.

**(8)**        **RONALD J BLACK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Slidell, La 70458**.

**(9)**        **TROY BLACK**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Slidell, La 70458**.

**Exhibit A**

**(10)** **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.B.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, La 70040**.

**(11)** **KEVIN BRYAN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, La 70040**.

**(12)** **WILMA KAY HAWKINS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(13)** **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.J.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

**(14)** **KATHLEEN E. JEANFREAU**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **CROSSROADS** and installed by **FLUOR** was located at **Pearl River, La 70452**.

**Exhibit A**

**(15)** **CHARLENE BOLIN KRAMER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Meraux, La 70075**.

**(16)** **GEORGE NAPIER**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **CH2MHILL** was located at **Arabi, La 70032**.

**(17)** **BYRON JAMES SIMOLKE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Arabi, LA 70032**.

**(18)** **JESSIE J. TAYLOR**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **THOR CALIFORNIA, INC. D/B/A THOR MANUFACTURING** and installed by **FLUOR** was located at **Westwego, La 70094**.

**Exhibit A**