UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**TIBERLAND RV COMPANY d/b/a ADVENTURE MANUFACTURING**

---

**(1)**   **ZENA HERBERT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING** and installed by **FLUOR** was located at **Arabi, La  70032**.


**(2)**   **ELOISE POLOMA MCHUGHES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING** and installed by **FLUOR** was located at **Chalmette, LA 70043**.


**(3)**   **LEONA MICHEL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING** and installed by **SHAW** was located at **Metairie, LA  70001**.


**(4)**   **SANTO S. MICHEL**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING** and installed by **SHAW** was located at **Metairie, LA  70001**.


**Exhibit A**

**(5)**     **EVE B WOOD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **TIMBERLAND RV COMPANY D/B/A ADVENTURE MANUFACTURING** and installed by **FLUOR** was located at **Madisonville, La  70447**.

**Exhibit A**