UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**VANGUARD INDUSTRIES OF MICHIGAN, INC. a/k/a PALOMINO RV**

---

**(1)**       **JONATHAN TIRCUIT**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **VANGUARD INDUSTRIES OF MICHIGAN, INC. (A/K/A PALMINO RV)** and installed by **FLUOR** was located at **Poydras, LA 70085**.

**Exhibit A**