IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ALICE MURTHIL** | * | **DOCKET NO. 09-4328** |
| | * | |
| **together with all individuals and entities** | * | |
| **whose names appear on the attached** | * | |
| **"Exhibit A"** | * | |
| | * | **SECTION N** |
| **versus** | * | |
| | * | |
| **FOREST RIVER, INC.,** | * | |
| **FLUOR ENTERPRISES, INC.,** | * | **MAG. (5)** |
| **SHAW ENVIRONMENTAL, INC.,** | * | |
| **CH2M CONSTRUCTORS, INC., and** | * | |
| **United States of America through the** | * | |
| **Federal Emergency Management Agency** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, respectfully supplements and amend their original complaint in the following respects:

1.

By adding the name of Devin Murthil to the Named Plaintiffs listed on Exhibit A, attached to the original Complaint for Damages.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiff is entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Named Plaintiffs respectfully supplement the Original Complaint in the foregoing respects, and otherwise reiterate and re-aver all of the allegations, claims and prayers of relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  s/ Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/ Justin I. Woods
JUSTIN I. WOODS, #24713