UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                  MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION      SECTION "N-5"

                                               JUDGE ENGELHARDT
                                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon Wright v. Forest River, Inc., et al.*
*Case No. 09-2977 (E.D. La.)*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO COMPEL THE RESULTS AND DATA FROM DEFENSE'S MEDICAL EXAMINATION

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Lyndon Wright, who respectfully brings this Motion to Compel the Production of the test results of his June 1, 2009 Medical Examination. Initially, defendant Forest River, Inc. agreed to produce the documents, but after significant delay, has now refused to do so to the direct detriment of the Plaintiff. The Plaintiff suggests that these documents are discoverable under Rule 35 of the Federal Rules of Civil Procedure. Plaintiff Lyndon Wright prays that this Honorable Court grant his Motion to Compel the examination results and order their immediate production by Forest River to him. Plaintiff further prays that this Honorable Court allow the expert reports to be supplemented, if necessary, by the information contained in the medical records.

1

RESPECTFULLY SUBMITTED:

**FRANK J. D'AMICO, JR., APLC**

BY: s/Frank J. D'Amico
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-7272
Fax:               (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico
FRANK J. D'AMICO, #17519