## Aynsley Comer

| | |
|---|---|
| **From:** | Aaron Ahlquist |
| **Sent:** | Wednesday, July 29, 2009 8:47 AM |
| **To:** | Aynsley Comer |
| **Subject:** | FW: Do you have any test results/medical records from the IME? |

**From:** Aaron Ahlquist
**Sent:** Monday, July 06, 2009 9:20 AM
**To:** jbone@glllaw.com
**Subject:** Do you have any test results/medical records from the IME?

Jason,

You will be in receipt of the discovery requests later today. Also, I am checking on Wright's availability on Friday or other days, as you cannot do this Thursday. I had previously requested the IME report for Wright's June IME. You had also agreed to share any test results or medicals from the test in an expedited manner. Do you have these? Let me know. I am working on the revisions to the Protocol and will circulate today. Thanks and I hope you had a great 4th.

**Aaron Z. Ahlquist**
**Class Action Attorney**
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax:  (504) 525-1073
Email: aahlquist@Damicolaw.net
Website: www.damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-7272 or by electronic mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIAL ATTORNEY WORKPRODUCT


PLAINTIFF'S EXHIBIT 1