## Aynsley Comer

**From:** Aaron Ahlquist
**Sent:** Wednesday, July 29, 2009 8:47 AM
**To:** Aynsley Comer
**Subject:** FW: IME test results

---

**From:** Aaron Ahlquist
**Sent:** Wednesday, July 08, 2009 3:04 PM
**To:** jbone@glllaw.com
**Subject:** IME test results

Jason,

We have discussed and sent repeated requests for the IME test results be provided as soon as possible, and you had agreed to do so. Can you please let me know when we could expect those to be produced? This was after you had indicated the IME report was not expected until August 22.

See you Friday.

**Aaron Z. Ahlquist**
**Class Action Attorney**
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax: (504) 525-1073
Email: aahlquist@Damicolaw.net
Website: www.damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-7272 or by electronic mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIAL ATTORNEY WORKPRODUCT



PLAINTIFF'S EXHIBIT 2

1