# Aaron Ahlquist

| | |
|---|---|
| **From:** | Aaron Ahlquist |
| **Sent:** | Friday, July 10, 2009 5:24 PM |
| **To:** | jbone@glllaw.com; Ernest Gieger |
| **Cc:** | Carson Strickland; Frank D'Amico Jr; 'Miller, Henry (CIV)'; 'Michele (CIV) Greif'; 'Dinnell, Adam (CIV)'; Kurtz, David; Whitfield, Karen; 'Dennis Reich' |
| **Subject:** | Request for Production of June 1, 2009 Examination records |
| **Attachments:** | Lyndon Wright IME RFP.pdf |

Jason and Ernie,

Attached please find the requests for production of documents relating to Lyndon Wright's medical examination on or about June 1, 2009, as we have discussed on multiple occasions, I would greatly appreciate that this request be expedited as it this is simply a formalized repetition of requests made earlier via conversation and email.

I hope you all have a good weekend.

With kindest regards, I am

Sincerely,

**Aaron Z. Ahlquist**
**Class Action Attorney**
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Phone: (504) 525-7272 ext.233
Fax: (504) 525-1073
Email: aahlquist@Damicolaw.net
Website: www.damicolaw.net

FRANK J. D'AMICO, JR., APLC intends that this electronic message be used exclusively by the individual or entity to which it is addressed. The message may contain information that is privileged, confidential and exempt from disclosure under applicable law. The unauthorized disclosure or interception of e-mail is a federal crime; 18 U.S.C. § 2517(4). If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, be aware that any disclosure, dissemination, distribution or copying of this communication, or the use of its contents, is strictly prohibited. If you have received this communication in error, please notify FRANK J. D'AMICO, JR., APLC immediately by telephone at (504) 525-7272 or by electronic mail and delete the original message from your e-mail system. Thank you.

CONFIDENTIAL ATTORNEY WORKPRODUCT



PLAINTIFF'S EXHIBIT 3