**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br><br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED TO:**
*Aldridge, et al. v. Gulf Stream Coach, Inc.,et al.*
*Case No. 09-9228 (E.D. La.)*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Expedited Hearing

**IT IS ORDERED** that the Plaintiffs' Motion for Expedited Hearing is GRANTED and Plaintiff's Motion to Compel Production of Data and Records from Defense Medical Examination is hereby set for: _____ day of _____ at _____ a.m.

THIS DONE the_____ day of _____, 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGLEHARDT

1