**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SUNLINE**

---

**(1)**    **KOLBY SEAN HOOD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SUNLINE** and installed by **UNKNOWN** was located at **Violet, La  70092**.

**(2)**    **TANYA TOPEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SUNLINE** and installed by **UNKNOWN** was located at **Violet, La  70092**.

**(3)**    **TANYA TOPEY, INDIVIDUALLY AND ON BEHALF OF THE MINOR K.T.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SUNLINE** and installed by **UNKNOWN** was located at **Violet, La  70092**.

**(4)**    **TANYA ANN TOPEY**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **SUNLINE** and installed by **UNKNOWN** was located at **Violet, La  70092**.

**Exhibit A**