Page 1

1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF LOUISIANA

3                    NEW ORLEANS DIVISION

4    In Re:   FEMA Trailer    )

5    Formaldehyde Products    ) MDL No. 1873

6    Liability Litigation     )

7

8                                    Washington, D.C.

9                                    Tuesday, July 7, 2009

10   Videotape Deposition of DAVID EDWARD GARRATT, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at 9:07

17   a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

David Edward Garratt  July 7, 2009
Washington, DC

Page 22

1    Q.  What was your -- do you recall what your
2    first job title was?
3    A.  Just a program specialist.  I'm not sure I
4    had a title per se, other than the position that I
5    applied for.  It was in the federal planning branch,
6    I believe.
7    Q.  So once you began your tenure with FEMA,
8    you began as a program specialist, but eventually,
9    throughout the past 14 years worked in various
10   positions and through the reorganization of FEMA, and
11   that was in 2007?
12   A.  Couple of reorganizations.
13   Q.  To where you're now the acting deputy
14   director?
15   A.  Deputy administrator.  And again, this is
16   a temp gig.
17   Q.  What does that mean?
18   A.  It means that this is a Senate-confirmed
19   position, so there will be a Senate-confirmed
20   appointee coming in to replace me, and I'll be
21   reverting back to the deputy assistant administrator
22   of disaster assistance, career position that I

1   problem was on March 16, 2006.  This issue has been

2   around a long time, and as I recall, surfaced in

3   previous disasters.  Has anyone researched this.

4           Now, did you know what Gil Jamieson was

5   referring to there?

6       A.  No.

7       Q.  Did you research it or have anyone else

8   research it?

9       A.  Yes.

10      Q.  And what was the result of the research?

11      A.  Inconclusive, anecdotal, no one was able

12  to provide any written documentation that there were

13  prior formaldehyde issues.

14      Q.  From prior disaster responses --

15      A.  Correct.

16      Q.  -- in particular.

17      A.  Gil was one individual who raised this

18  issue in this email.  I'm also aware and I don't

19  remember who the individual was, but somebody from

20  our logistics organization, had also suggested that

21  they had recalled dealing with formaldehyde problems

22  or a formaldehyde issue in a previous disaster, and I

David Edward Garratt                                            July 7, 2009
                        Washington, DC

Page 203

1        MR. MEUNIER: Let me mark that as Garratt
2   16.
3        I will tender the witness and reserve the
4   remaining 8 minutes for redirect.
5                   (Garratt Exhibit No. 16
6                    was marked for
7                    identification.)
8        MR. MEUNIER: Let me -- Garratt 16, by the
9   way, has Bates number at the bottom right-hand corner
10  DHS and T, 4060 through 62.
11
12     EXAMINATION BY COUNSEL FOR GULF STREAM COACH INC.
13        BY MR. SCANDURRO:
14     Q.   Mr. Garratt, my name is Tim Scandurro, and
15  I represent Gulf Stream Coach, one of the commercial
16  manufacturers of these travel trailers.
17           (Discussion off the record.)
18        BY MR. SCANDURRO:
19     Q.   Mr. Garratt, can you confirm that FEMA
20  supplied thousands of travel trailers for natural
21  disasters prior to Hurricane Katrina?
22     A.   Yes.

1    Q.    From a formaldehyde standpoint.

2    A.    None whatsoever.

3    Q.    Can you talk a little bit about why FEMA
4    used travel trailers by the thousands both prior to
5    Hurricane Katrina and during the Hurricane Katrina
6    response?

7    A.    They were the preferred direct temporary
8    housing product because of their -- because of their
9    size, because we could move them in and set them up
10   quickly.  I think 80 percent of the units that we
11   provided in response to hurricanes Katrina and Rita
12   were on individuals' private property.  And typically
13   we put travel trailers on private property or often
14   because we can't fit anything else on their private
15   property.  They simply can't accommodate a mobile
16   home on their driveway.

17        So they were used because, number 1, they
18   filled a need that could not be met any other way.
19   2, they were inexpensive compared to a mobile home.
20   3, they allowed people to stay at their property and
21   rebuild their home as opposed to relocating them to a
22   community site that might be miles away and might be

David Edward Garratt                                              July 7, 2009
Washington, DC

Page 208

```
1   far more expensive to build.
2            So a number of reasons I think contributed
3   to the use of travel trailers and their popularity at
4   least within a certain segment of the disaster
5   population on those small properties and wanted to
6   stay on their property and rebuild their home.
7        Q.   Am I also correct that during the prior
8   natural disaster events that we talked about prior to
9   Hurricane Katrina, can we assume that there were
10  young children and elderly people and stay-at-home
11  moms living in those travel trailers as well?
12       A.   I think that's safe to assume.
13       Q.   And again you're not aware of any
14  formaldehyde claims by any of those people in those
15  prior disasters?
16       A.   I'm not personally aware of any.
17       Q.   When you were working with the CDC after
18  Hurricane Katrina, did you become aware of the
19  results of a study that they did in Hancock County,
20  Mississippi, of children's pre-Katrina and
21  post-Katrina doctor visits?
22       A.   Not by -- not by that reference.
```