UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER ) | |
| FORMALDEHYDE PRODUCTS ) | |
| LIABILITY LITIGATION, ) | MDL NO. 1873 |
| ) | |
| ) | SECTION "N"(5) |
| THIS DOCUMENT IS RELATED TO ) | |
| ) | JUDGE ENGELHARDT |
| Charlie Age, et al. v. Gulf ) | MAGISTRATE CHASEZ |
| Stream Coach, Inc., et al., ) | |
| Docket No. 09-2892; Alana ) | |
| Alexander, individually and on ) | |
| behalf of Christopher Cooper. ) | |
| -------------------------------- ) | |

The Videotaped Deposition of EDDIE ABBOTT

Date:       Friday, July 10, 2009

Time:       9:16 a.m.

Place:      The Marriott
            123 St. Joseph Street
            South Bend, Indiana 46601

Called as a witness by the Plaintiffs in

accordance with the Federal Rules of Civil

Procedure for the United States District

Court, Eastern District of Louisiana, pursuant

to Notice.

Reported by
Angela J. Galipeau, RPR, CSR
Notary Public, State of Indiana
        MIDWEST REPORTING, INC.
         1448 Lincolnway East
        South Bend, Indiana 46613

           (574) 288-4242

1      the resident?

2            MR. SCANDURRO:  Object to form.

3   A.  I'm sorry.  Can you repeat the question?

4   BY MR. BUZBEE:

5   Q.  Yeah.  I'm trying to figure out in the design of this FEMA
6       trailer, what consideration, if any is given, to how it's
7       going to be used, that is, the duration of its use?

8            MR. SCANDURRO:  Object to form.

9   A.  In the FEMA situation --

10  Q.  Uh-huh.

11  A.  -- we did not know what use the FEMA units were going to
12      be -- where they were going to be placed, how they were
13      going to be used, or the extent of that use.  We had
14      specifications supplied by FEMA to us for that trailer.

15  Q.  So you didn't know how long they were going to be used?

16  A.  No, we did not.

17  Q.  How much time these people were going to spend in this
18      trailer?

19  A.  No, we did not.

20  Q.  Did you ask?

21  A.  I did not, I should say.

22  Q.  Okay.  So with regard to the design of that trailer,
23      nothing -- no consideration was given to that issue?

24  A.  No consideration was given beyond normal RVIA practices in
25      our normal building procedures.