# FEDERAL EMERGENCY MANAGEMENT AGENCY
## UNIT INSPECTION REPORT

BARCODE NO. 1041407
ARRIVAL TIME 1200
1. MH SERIAL NO. / TT VIN NO. 1NL1GTR2551021783
DATE 12/15/04
ORIGIN

### 2. TYPE OF INSPECTION
|  | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☑ |
| Staging | ☐ | ☐ |
| Site | ☐ | ☐ |

### 3. TYPE OF UNIT
Check as many as apply
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Park Model
- ☑ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

### 4. APPLIANCES
| Type | Manufacturer | Model |
|---|---|---|
| Furnace | ✓ | |
| Water Heater | ✓ | |
| Washer/Dryer | NO | |
| Range | ✓ | |
| Refrigerator | ✓ | |
| Microwave | ✓ | |
| TV/DVD | NO | |
| Stereo | NO | |

**COMPLETED**

### 5. UNIT INFORMATION
- a. Manufacturer: Gulf Stream
- b. Vendor: Best Buy
- c. Model: Cavalier
- d. Year: 2004
- e. Size: 34
- f. Sleeping Capacity: 8

### 6. INSPECTING
☑ Staging Area  ☐ Site

### 7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New  G = Good  P = Poor  D = Damaged  M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| **Kitchen & Dining** | | | **First Bedroom** | | | **Bathroom** | | |
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (6 for 3 BR) | | — | Mirror | | — | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | **Second Bedroom** | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | — | Light Fixture | | N |
| Sink | | N | Mirror | | | **Exterior Condition** | | |
| Light Fixture | | N | Cabinet Storage | | | Water Heater | | N |
| Fire Extinguisher | | N | Curtains & Rods | | | Doors | | N |
| **Living Room** | | | Light Fixture | | | 2 Keys per Door | | N |
| Couch | | N | **Third Bedroom** | | | Windows | | N |
| Arm Chair | | — | Double Bed, Complete | | — | Screens | | N |
| End Table | | — | Mirror | | — | Front/Rear Panels | | N |
| Coffee Table | | — | Cabinet Storage | | — | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | — | Battery (For Slide Out Unit Only) | | — |
| Light Fixture | | N | Light Fixture | | — | Propane Tanks | | N |
| Surround Sound Speaker | | N | | | | Awning | | — |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | N |
| Furnace | | N | Floor Covering | | N | Towing Hitch | | N |
| Smoke Detectors | | N | Wall Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | Ceiling Panels | | N | Wheels & Tires | | N |

### 8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:
RIGHT SIDE | LEFT SIDE | FRONT | REAR

### 9. COMMENTS (if more space is needed, see attached sheet)

10. DRIVER DAMAGE ☐ Yes ☑ No
INSPECTOR INITIAL: PMc
DRIVER INITIAL: X DW

### 11. READY FOR OCCUPANCY CERTIFICATION
Contract W.O. No.
Inspector Signature
DATE

### 12. OCCUPANT NAME
ADDRESS
THA No.

### 13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:
NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.)
Receipt To/From (Print): X DAVID E VARNER  | X David Warner | 12/15/04
Dispatch To/From (Print):
Receipt To/From Site (Print):

OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP SIGNATURE | DATE