# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

1    counsel; our technical vice president, Scott
2    Pullin.
3         MR. PERCY:  I'm sorry, what was that last
4    name?
5         THE WITNESS:  Scott Pullin.
6  A  Those are the individuals that come to mind.
7  Q  Those are the people that first learned about this
8    problem or this supposed problem with indoor air
9    quality in March of '06, those individuals?
10 A  Correct.
11 Q  Okay.  And prior to that time you at Gulf Stream
12   had never had an issue with formaldehyde or indoor
13   air quality?
14 A  We went back and researched our production records
15   and various records relating to our production of
16   units for FEMA over the last -- since 1992.  We
17   couldn't find anything.  And this had not been a
18   general problem for the RV industry as it was for
19   the manufactured housing industry in the '80s.
20 Q  Okay.  So you said --
21 A  That's our framework.
22 Q  You said several things there.  Let me make sure I
23   flesh those out because they may become important.
24        First off, you said with regard to trailers
25   purchased by FEMA, until March of 2006, as far as