William D. Scott
June 11, 2009

    UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF LOUISIANA
       NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER | * MDL NO. 1873 |
| FORMALDEHYDE | * |
| PRODUCTS LIABILITY | * |
| LITIGATION | * SECTION: N(5) |
| | * |
| This Document Relates to: | * JUDGE: ENGELHARDT |
| Charles Age, et al, v. | * |
| Gulf Stream Coach, Inc., | * |
| et al, Docket No. 09-2892 | * MAG: CHASEZ |

* * * * * * * * * * * * * * * * * * * *

    Video-Taped Deposition of WILLIAM D. SCOTT, 1117 Wright Avenue, Gretna, Louisiana, 70056, taken in the law offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana, 70130, on Thursday, the 11th day of June, 2009.


APPEARANCES:


    T. CHRISTOPHER PINEDO
    ATTORNEY AT LAW
    4550 Jericho Road
    Corpus Christi, Texas  78413

        - and -

    FRANK J. D'AMICO
    ATTORNEY AT LAW
    622 Baronne Street
    New Orleans, Louisiana  70113
        (Attorneys for the Plaintiffs)


    SCANDURRO & LAYRISSON
    (By: Dewey M. Scandurro, Esquire)
    607 St Charles Ave
    New Orleans, Louisiana  70130
        (Attorneys for the Defendant,
        Gulf Stream Coach, Inc.)

William D. Scott
June 11, 2009

Page 113

1  Q.      And that note shows .05, correct?
2  A.      Yes.
3  Q.      And that's .05 parts per million?
4  A.      Correct.
5  Q.      Which is the equivalent of 50
6  parts per billion, with a B, correct?
7  A.      Correct.
8  Q.      And this obviously, this
9  handwritten note at the bottom showing 0.05
10 parts per million, those notes would have been
11 made sometime after these notes at the top of
12 the page?
13 A.      Correct.
14 Q.      Is it your understanding the
15 notes at the top of the page were made on site
16 as the trailer was being tested?
17 A.      Contemporaneously, yes.
18 Q.      These would be the most accurate
19 representations of the times and dates; is
20 that right?
21 A.      Yes.
22 Q.      I've seen some other records that
23 referred to the testing date of January 24th,
24 specifically some things that came from Assay
25 Technologies.

William D. Scott
June 11, 2009

Page 117

1  to your report, Bates stamped No. 35.
2  That is a report from Assay
3  Technologies of the test results of the
4  Alexander trailer; is that right?
5  A.      Yes.
6  Q.      And the results that are shown
7  there are .05 parts per million; is that
8  right?
9  A.      Correct.
10       MR. SCANDURRO:
11  I am going to attach that
12  attachment 4 to the deposition as William
13  Scott 8, Bates numbers 28 through 35.
14  EXAMINATION BY MR. SCANDURRO:
15  Q.      In January 2008, you didn't
16  actually do any work as part of the testing of
17  Ms. Alexander's trailer, did you?
18  A.      No.
19  Q.      When you sent in the -- when your
20  company, rather, sent in the badges, including
21  Ms. Alexander's badge, and of course when I
22  say "badge," I am referring to passive
23  dosimeters, were there any unused passive
24  dosimeters sent in with those test samples?
25  A.      Unused?

William D. Scott
June 11, 2009

Page 205

1  particular sample was received by AT labs in
2  California on what date?
3  A.        February 1.
4  Q.        And the subsequent to the receipt
5  of that on February 1, 2008, did they issue,
6  AT labs, did they issue a report providing the
7  formaldehyde level of the sample that was
8  taken from the Alexander/Cooper trailer?
9  A.        Yes.
10 Q.        I am going to show you what is
11 marked as William Scott No. 12.
12 Does that provide the
13 formaldehyde result of the sample that was
14 taken from the Alexander/Cooper trailer in
15 January 2008?
16 A.        Yes, it does.
17 Q.        And can you tell the ladies and
18 gentlemen of the jury what is the level in
19 parts per million of formaldehyde they have
20 recorded there?
21 A.        0.05 parts per million, M.
22 Q.        How does that equate to parts per
23 billion?
24 A.        50 parts per billion.
25 Q.        Do you know how it equates with