IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * * | MDL No. 1873 |
| | | Section N(5) |
| | | Judge Engelhardt |
| **This Document Relates To:** *Robert James, Jr., et al. v.* *FRH, Inc., f/k/a Hy-Line Enterprises, Inc.., et al.* *Civil Action No.  09-3604* | * * * | Magistrate Chasez |
| | | Jury Demand |

**************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Robert James, Jr. together with all individuals whose name appear on "Exhibit A" (attached to Civ. Action No. 09-3604, Rec Doc. 1), (hereinafter, "Plaintiffs"), who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying original Complaint for Damages to add two additional Defendants, Fluor Enterprises, Inc. and Shaw Environmental, Inc., based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.

WHEREFORE, Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Robert James, Jr., et al v. FRH, Inc., f/k/a Hy-Line Enterprises, Inc., et al*. (No. 09-3604), filed in the Eastern District of Louisiana for the above mentioned reasons.

Respectfully submitted,

   /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

   /s/ Hugh P. Lambert
Hugh P. Lambert, Esq. (#7933)