# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | MDL No. 1873 |
| | Section N(5) |
| | Judge Engelhardt |
| **This Document Relates To:** | |
| *Robert James, Jr., et al. v.* | Magistrate Chasez |
| *FRH, Inc., f/k/a Hy-Line Enterprises, Inc., et al.* | |
| *Civil Action No. 09-3604* | Jury Demand |

******************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Robert James, Jr., together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3604, Rec. Doc. 1), (hereinafter "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their complaint for damages in the underlying action. Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their complaint for damages to add additional Defendants who, upon information and belief, received no-bid contracts from the United States Government through the Federal Emergency Management Agency and were tasked with, amongst other things, performing significant functions in the transportation, delivery, installation, maintenance and repair, de-installation and refurbishment of the temporary housing units at issue herein. Additional Newly Added Defendants are:

1. Fluor Enterprises, Inc.; and
2. Shaw Environmental, Inc.

Upon information and belief, Newly Added Defendants Fluor Enterprises, Inc. and Shaw Environmental, Inc. entered into contracts with Defendant MLU Services, Inc. to

1

perform significant functions in the transportation, delivery and installation of the temporary housing unites at issue in the underlying complaint.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying original complaint to add additional Defendants who participated in the hauling, instillation and maintenance of the temporary housing units occupied by the Plaintiffs. Additionally, Plaintiffs assert that allowing additional Newly Added Defendants to join the underlying original complaint is in-keeping with this Honorable Court's Pretrial Order No. 38 (Doc. 1596).

Additionally, Plaintiffs seek to amend the case caption to "Robert James, Jr., together with all individuals whose names appear on "Exhibit A" v. Fluor Enterprises, Inc., Shaw Environmental, Inc., FRH, Inc. f/k/a Hy-Line Enterprises, Inc.,  Indiana Building Systems, LLC d/b/a Holy Park and CH2M Hill Constructors, Inc."

Respectfully submitted,

   */s/ Hugh P. Lambert*
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

  */s/ Hugh P. Lambert*
Hugh P. Lambert, Esq. (#7933)

2