# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | **MDL No. 1873**<br><br>**Section N(5)**<br><br>**Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Robert James, Jr., et al. v.* | * | **Magistrate Chasez** |
| *FRH, Inc., f/k/a Hy-Line Enterprises, Inc., et al.* | * | |
| **Civil Action No. 09-3604** | * | **Jury Demand** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 26TH Day of August, 2009, at 9:30 am.

                                      Respectfully submitted,

                                   */s/ Hugh P. Lambert*

                                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                LINDA J. NELSON, ESQ. (LA Bar #9938)
                                LAMBERT & NELSON, PLC
                                701 Magazine Street
                                New Orleans, LA 70130
                                Telephone: (504)581-1750
                                Facsimile: (504)529-2931
                                hlambert@lambertandnelson.com
                                lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                  /s/ *Hugh P. Lambert*
                                              Hugh P. Lambert, Esq. (#7933)