**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | **MDL No. 1873** |
| | | **Section N(5)** |
| | | **Judge Engelhardt** |
| **This Document Relates To:** *Robert James, Jr., et al. v.* *FRH, Inc., f/k/a Hy-Line Enterprises, Inc., et al.* *Civil Action No.  09-3604* | * * * * | **Magistrate Chasez** |
| | | **Jury Demand** |

*************************************************************************

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel of record for FRH, Inc. f/k/a Hy-Line Enterprises, Inc.,  Indiana Building Systems, LLC d/b/a Holly Park and CH2M HILL Constructors, Inc. have been contacted.

Counsel for Hy-Line Enterprises, Inc.  and CH2M HILL Constructors, Inc. do not object to Plaintiffs' First Supplemental and Amending Complaint for Damages, with the reservation of all defenses, including, but not limited to, prescription.

Counsel for Holly Park were unable to consent within the prescriptive period and reserve the right to consent at a later date.

Additionally, service upon MLU Services, Inc. has not been effectuated nor has their counsel appeared in this case. Therefore Plaintiffs' counsel could obtain consent.

                Respectfully submitted,

                   */s/ Hugh P. Lambert*

                HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                LINDA J. NELSON, ESQ. (LA Bar #9938)
                LAMBERT & NELSON, PLC
                701 Magazine Street
                New Orleans, LA 70130
                Telephone: (504)581-1750
                Facsimile: (504)529-2931
                hlambert@lambertandnelson.com
                lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                 /s/ *Hugh P. Lambert*

                Hugh P. Lambert, Esq. (#7933)