IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | MDL NO. 07-1873<br><br><br><br>SECTION: N (5) |

**Plaintiffs' Motion for Extension of Time to Amend Complaint**

Plaintiffs, Steven and Lindsay Huckabee individually and on behalf of their minor children, move the Court for an extension of time within which to amend their Complaint. Pre-Trial Order 36 (Rec. Doc. 1386) appears to set a deadline of August 1, 2009 for the amendment of complaints. However, for the reasons set forth in the accompanying memorandum, plaintiffs are unable, despite due diligence, to join all potentially responsible defendants by the deadline.

Respectfully submitted this the 31st day of July, 2009,

**WALTZER & ASSOCIATES**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & ASSOCIATES
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

1