IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>        FORMALDEHYDE PRODUCTS<br>        LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | MDL NO. 07-1873<br><br><br><br>SECTION: N (5) |

**Memorandum in Support of Plaintiffs' Motion for Extension of Time to Amend Complaint**

Plaintiffs, Steven and Lindsay Huckabee individually and on behalf of their minor children, move the Court for an extension of time within which to amend their Complaint. In response to Plaintiffs' requests for the identity of the contractor hired to install and maintain one of their emergency housing units (EHU), the United States has identified "Scott". Plaintiffs will seek to add "Scott" as a party, when that defendant's identity is sufficiently known. Despite plaintiffs' best efforts, plaintiffs are not able to identify "Scott", and the United States has thus far been unresponsive to requests for further information.

Following Hurricane Katrina, the Huckabees resided in three consecutive EHUs on the Mississippi Gulf Coast. On March 3, 2009, the undersigned was informed by the PSC that plaintiffs were able to send matching requests to the United States to determine manufacturer and installer identities. The PSC provided an excel spreadsheet template to use for the request. The same day the

1

undersigned forwarded a spreadsheet for his clients to be included with the PSC's request. *See* Exhibit 1. On March 17, 2009, the undersigned was informed that the matching request was not being processed because FEMA ID numbers were not provided.

On March 23, 2009, the undersigned, having obtained FEMA ID numbers, asked the PSC to re-issue the matching request. *See* Exhibit 2. On April 27, 2009, the undersigned received FEMA's response for the Huckabees, wherein FEMA identified the manufacturer of one out of the three EHUs and no installers. *See* Exhibit 3. The Huckabees already knew the identity of a second manufacturer. The undersigned was able to identify one installer from the IA/TAC database using the VIN number of the EHU. However, that still left one manufacturer and two installers unidentified.

On May 6, 2009, the undersigned requested that the PSC make a third attempt to obtain the remaining missing identities. *See* Exhibit 4. On June 24, 2009, the undersigned received FEMA's response to the third request for Huckabees' matching information. This response identified the remaining manufacturer and installers. However, the identity provided for the installer of the Huckabees third EHU is simply "Scott". *See* Exhibit 5. The undersigned inquired with the PSC and was told that they had no information as to the identity of "Scott", but that they would ask FEMA for further information. The PSC has informed the undersigned that as of today, the PSC has never received a response. The undersigned's own requests for further information have also gone unanswered.

Plaintiffs are prohibited by this Court from propounding discovery requests or making FOIA requests, but Plaintiffs have complied with the Court-sanctioned procedure for seeking matching information. Plaintiffs have provided all the necessary information for FEMA to identify the installer of their third EHU. FEMA must know more about the installer than the single word

"Scott", but it refuses to respond to requests for adequate identifying information. Plaintiffs have reviewed their own maintenance records for their EHU, but nothing gives the identity of the contractor performing the maintenance. Even assuming that "Scott" is a business name and not an individual's name, the Mississippi Secretary of State's website lists more than 350 entities that begin with "Scott". The undersigned cannot add "Scott" as a defendant, and therefore cannot meet the August 1, 2009 deadline despite his best efforts. An extension of the deadline in this circumstance is only just and does not prejudice any party.

Wherefore, the Huckabees request an extension of the deadline to amend their Complaint until such time as the United States provides sufficient identifying information to add claims against the installation and maintenance contractor that the United States has thus far identified as "Scott".

Respectfully submitted this the 31st day of July, 2009,

**WALTZER & ASSOCIATES**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & ASSOCIATES
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112