| Head of Household Name Last, First, M. | Client Last Name | Client First Name | Client Middle Name | Suffix | DOB | SSN | FEMA ID # | Address of THU | City | State | Zip | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pham, Binh | Pham | Binh | | | /1967 | redacted | 93942117027 | 14000 Dwyer Blvd, F-27 | New Orleans | LA | 70129 | Waltzer & Assoc. |
| Pham, Binh | Dang | Trang | | | /1976 | redacted | | 14000 Dwyer Blvd, F-27 | New Orleans | LA | 70129 | Waltzer & Assoc. |
| Huckabee, Lindsay | Huckabee | Steven | M. | | /1977 | | | 17478 Gardenia St. and 17474 Gardenia St. | Kiln | MS | 39556 | Waltzer & Assoc. |
| Huckabee, Lindsay | Huckabee | Lindsay | | | /1981 | | 921166577 | 17478 Gardenia St. and 17474 Gardenia St. | Kiln | MS | 39556 | Waltzer & Assoc. |