| ID | Head of Household Last | Client Last | Client First | Client Middle | Suffix | DOB | SSN | FEMA ID. | Address | City | State | Zip | Attorney | Model | Manufacturer | Barcode | VIN | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Huckabee, Steven M. | Huckabee | Steven | M. | | 1977 | | 921166577 | 17478 | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 412558530 | |
| 4 | Huckabee, Lindsay | Huckabee | Lindsay | | | 1981 | | 921166577 | 17478 | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 412558530 | |
| 5 | Huckabee, Steven M. | Huckabee | Steven | M. | | 1977 | | 921166577 | 17474 | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 412558530 | |
| 6 | Huckabee, Lindsay | Huckabee | Lindsay | | | 1981 | | 921166577 | 17474 | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 412558530 | |