

Waltzer&Associates
LAW FIRM

May 6, 2009

Candice C. Sirmon, Esq.
Lambert and Nelson PLC
701 Magazine Street
New Orleans, LA 70130

    RE:    Formaldehyde MDL
              Discovery Request: Contractors for Huckabee EHUs

Dear Ms. Sirmon,

I write to ask that a formal discovery request be propounded to FEMA in the above-referenced matter. I seek the identity of the no-bid contractor(s) that installed and maintained two of the three EHUs for the Huckabee family. I ask that a copy of this letter be attached to the request to aid FEMA in its search for responsive information. I also include with this letter the information that FEMA has provided thus far. Based on this information, I have searched the IA/TAC database using the bar code (1273001) and VIN (41255830) that FEMA provided. Neither number is contained in the database.

The Huckabees occupied three different EHUs during the years following Hurricane Katrina. The first was a travel trailer about which we have no information. The second was a mobile home unit manufactured by Fleetwood with VIN VAFL519A6213-1-8A32. This VIN number is found on the IA/TAC database and corresponds to bar code 1201767 – the contractor was Bechtel. The third was a mobile home unit manufactured by Destiny Industries with VIN GE01432731 (or GEO1432731) and bar code 1273001. Neither the VIN nor the bar code appear on the database. However, adjacent bar codes 1272999 and 1273002 appear within a long broken series of bar codes affiliated with CH2MHILL for mobile homes, largely without VINs provided (located at entries 37178 through 37390 in the database).

FEMA has identified one VIN, one bar code, one manufacturer, and no contractors. I ask FEMA to identify the contractors for the initial travel trailer and the mobile home manufactured by Destiny Industries. All three EHUs were associated with the same FEMA ID No.: 921166577. The initial EHU, the travel trailer, was installed on private property at 17478 Gardenia St. Kiln, MS 39556. The third EHU, the Destiny mobile home, was installed on private property at 17474 Gardenia St., Kiln MS 39556.

                                                          Best regards

                                                          Clay Garside

| ID | Head of Household Last | Client Last | Client First | Client Suffix | DOB | SSN | FEMA ID. | Address of FEMA Unit | City | State | Zip | Attorney | Model | Manufacturer | Barcode | VIN | Installer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | Huckabee, Steven M. | Huckabee | Steven | M. | 1977 | | 921166577 | 17478 | | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 41255830 | |
| 4 | Huckabee, Steven M. | Huckabee | Lindsay | | 1981 | | 921166577 | 17478 | | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 41255830 | |
| 5 | Huckabee, Steven M. | Huckabee | Steven | M. | 1977 | | 921166577 | 17474 | | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 41255830 | |
| 6 | Huckabee, Steven M. | Huckabee | Lindsay | | 1981 | | 921166577 | 17474 | | Kiln | MS | 39556 | Waltzer & | Mobile | DESTINY | 1273001 | 41255830 | |