| RGSN | NAME | ADDRESS | CITY | MODEL | INSTALLER | MANUFACT | BARCODE | VIN |
|---|---|---|---|---|---|---|---|---|
| 921166577 | HUCKABEE, LINDSAY | 17478 GARDENIA ST. | KILN | TT | BECHTEL | MONACO | 1194539 | 1KB13L206W19997 |
| 921166577 | HUCKABEE, LINDSAY | 17474 GARDENIA ST | KILN | MH | BECHTEL | | 1201767 | VAFL51A621318A32 |
| 921166577 | HUCKABEE, LINDSAY | 17474 GARDENIA ST | KILN | MH | SCOTT | DESTINY | 1273001 | DI01702GA/41255830 |