IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  FEMA TRAILER<br>         FORMALDEHYDE PRODUCTS<br>         LIABILITY LITIGATION | MDL NO. 07-1873 |
| THIS DOCUMENT RELATES TO<br>*Huckabee et al v. Fleetwood Enterprises, Inc., et al*<br>Civil Action No. 08-4095 | SECTION: N (5) |

**Notice of Hearing**

Please take note that Plaintiffs' Motion for Extension of Time to Amend Complaint will be heard on August 26th, 2009 at 9:30 a.m. by the Honorable Kurt D. Engelhardt.  Plaintiffs have not requested oral argument.

Respectfully submitted this the 31st day of July, 2009,

**WALTZER & ASSOCIATES**

s/ Clay Garside
Clay Garside (LA Bar # 29873)
WALTZER & ASSOCIATES
14399 Chef Menteur Highway, Ste D
New Orleans, LA 70129
clay@waltzerlaw.com
Tele:   (504) 254-4400
Fax:    (504) 254-1112

1