UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER            MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION   SECTION "N-5"

                               JUDGE ENGELHARDT
                               MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Isaac Thornton, et al v. Forest River, Inc.,
et al - 09-3305*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FIRST AMENDED AND SUPPLEMENTAL COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel respectfully supplement and amend their original complaint in the following respects:

1.

Named Plaintiffs seek to add the following names as Named Plaintiffs in the Original Complaint:

      Angelique Dyer

      Angelique Dyer on behalf of her minor child, Alexander Martin

      Angelique Dyer on behalf of her minor child, Aliyah Martin.

2.

As no answer has been filed in the above captioned matter, the Named Plaintiffs are entitled to amend their Complaint as a matter of course pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

WHEREFORE, plaintiffs respectfully supplement their Original Complaint in the foregoing respects, and they otherwise reiterate and re-aver all of the allegations, claims and prayers of relief contained therein.

Respectfully submitted:

**GAINSBURGH, BENJAMIN, DAVID, MEUNIER & WARSHAUER, L.L.C.**

BY:  s/ Justin I. Woods
GERALD E. MEUNIER, #9471
JUSTIN I. WOODS, #24713
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
 1100 Poydras Street
New Orleans, Louisiana  70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 31, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Justin I. Woods
JUSTIN I. WOODS, #24713