UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
|     FORMALDEHYDE * | | |
|     PRODUCTS LIABILITY * | | |
|     LITIGATION * | | SECTION: N(5) |
| * | | |
| This Document Relates to: * | | |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* * | | |
| * | | JUDGE: ENGELHARDT |
| Case No. 07-9228 * | | |
| * | | |
| * | | MAG: CHASEZ |

*******************************************************************************

## UNOPPOSED JOINT MOTION TO EXTEND DEADLINES

NOW INTO COURT, through undersigned counsel, come Plaintiffs' Steering Committee (PSC) and Fleetwood Enterprises, Inc. ("Fleetwood") who respectfully move this Honorable Court to extend certain pre-trial deadlines in the *Dubuclet* bellwether trial as follows:

1.

The parties respectfully request that the current discovery deadline be extended from August 25, 2009 until September 25, 2009 as discovery is ongoing and this extension will allow the parties sufficient time to complete all discovery matters prior to trial.

2.

Furthermore, counsel for Plaintiff, Elisha Dubuclet o/b/o Timia Dubuclet, and Counsel for Fleetwood have agreed to extend the deadline for all defendants' written expert reports, which is presently set for August 17, 2009. The parties respectfully request this deadline to be extended until August 21, 2009.

3.

Counsel for defendant, Fluor Enterprises, Inc., advises that he has no objection to the extension of these deadlines.

4.

Counsel for defendant, United States of America through FEMA, advises that he takes no position on this motion because neither the United States nor FEMA are parties to this case at this time.

WHEREFORE, Plaintiffs' Steering Committee and Fleetwood Enterprises, Inc. respectfully request that this Court issue an Order extending the discovery deadline until September 25, 2009 and defendants' written expert reports deadline until August 21, 2009.

Respectfully submitted:

*/s/ Amanda W. Vonderhaar*
Amanda W. Vonderhaar
LA Bar No. 31350
Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Richard K. Hines, V
GA Bar No. 356300
NELSON MULLINS RILEY & SCARBOROUGH, LLP
Atlantic Station
201 17th Street, NW, Suite 1700

Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Counsel for Fleetwood Enterprises, Inc.


-AND-


*/s/ Raul Bencomo*                                     _____
Raul R. Bencomo
BENCOMO & ASSOCIATES
639 Loyola Ave.; #2110
New Orleans, LA 70119
(504) 529-2929 (phone)
(504) 529-2018 (fax)

Counsel for Elisha Dubuclet o/b/o Timia Dubuclet and
Plaintiffs' Steering Committee

**CERTIFICATE OF SERVICE**

  I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )  Hand Delivery      ( )  Prepaid U.S. Mail

( )  Facsimile       ( )  Federal Express

(X)  CM/ECF

  New Orleans, Louisiana, this 31st day of July, 2009.

              */s/ Amanda W. Vonderhaar*
              Amanda W. Vonderhaar
              LA Bar No. 31350


LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)