UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | |
|     LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and* | * | |
| *Fluor Enterprises, Inc.* | * | JUDGE: ENGELHARDT |
| *Case No. 07-9228* | * | |
| | * | |
| | * | |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering Plaintiffs' Steering Committee and Fleetwood Enterprises, Inc.'s Unopposed Joint Motion to Extend Deadlines,

**IT IS HEREBY ORDERED** that the Unopposed Joint Motion is granted and the August 25, 2009 discovery deadline be and hereby is extended until September 25, 2009.

**IT IS FURTHER ORDERED** that the August 17, 2009 deadline for submitting all defendants' written expert reports be and hereby is extended until August 21, 2009.

DONE AND SIGNED this _____ day of _____, 2009.

_____
KURT D. ENGLEHARDT
UNITED STATES DISTRICT JUDGE