UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 07-1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

**************************************************************************

## ORDER

The Motion For Expedited Hearing of Defendants, Gulf Stream Coach, Inc. and Fluor Enterprises, Inc., is granted; and the hearing on Defendants' Motion for Leave to Take Additional Depositions is hereby set for hearing on the 31st day of July, 2009 at 11:00 o'clock a.m.

_____
United States Magistrate Judge