UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION: N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO: | MAGISTRATE CHASEZ |
| *Josephine Seaton versus Recreation by Design, LLC,*<br>*Project Resources, Inc. of California and Del-Jen, Inc.*<br>Civil Action No. 09-3677 | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Del-Jen, Inc., was incorporated in the State of California and has its principal place of business in the state of Texas.

Respectfully submitted,

*/s/ Richard E. King*
_____

**RICHARD E. KING (#25128)**
**DAVID M. MORAGAS (#29633)**
**MATTHEW J. LINDSAY (#30599)**
**GALLOWAY, JOHNSON, TOMPKINS,**
   **BURR & SMITH**
701 Poydras Street, Suite 4040
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456

*Counsel for Defendant,*
*Del-Jen, Inc.*

2

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 31st day of July, 2009, undersigned electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ Richard E. King*

**RICHARD E. KING**