IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products Liability Litigation** | * * * * * | **MDL No. 1873**  **Section N(5)**  **Judge Engelhardt** |
| **This Document Relates To:**  *Damien Dillon, et al. v.*  *Forest River, Inc., et al.*  *Civil Action No.  09-3557* | * * * * | **Magistrate Chasez**  **Jury Demand** |

*****************************************************************************

## PLAINTIFFS' MOTION FOR LEAVE TO FILE
## FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Damien Dillon together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3557, Rec. Doc. 1), who, for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying original Complaint for Damages to add additional Plaintiffs based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.  The Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Damien Dillon, et al. v. Forest River, Inc., et al.* (No. 09-3557), filed in the Eastern District of Louisiana for the above mentioned reasons.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to grant Plaintiffs' Motion for leave to file their First Supplemental and Amending Complaint for Damages adding additional Plaintiffs.

Respectfully submitted,

   /s/ Hugh P. Lambert

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

   /s/ Hugh P. Lambert

   Hugh P. Lambert, Esq. (#7933)