IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products | * | MDL No. 1873 |
| Liability Litigation | * | |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| This Document Relates To: | * | |
| *Damien Dillon, et al. v.* | * | Magistrate Chasez |
| *Forest River, Inc., et al.* | * | |
| *Civil Action No.  09-3557* | * | Jury Demand |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Damien Dillon together with all individuals whose names appear on "Exhibit A" (attached to Civ. Action No. 09-3557 Rec. Doc. 1), (hereinafter, "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their original Complaint for Damages in the underlying action. Plaintiffs request the supplement and amendment pursuant to Fed.Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their original Complaint for Damages to add additional Plaintiffs, and family members, who resided in their FEMA- supplied travel trailer (Vehicle ID No. 4X4TSMH294R392329) manufactured by Forest River, Inc. and installed by Defendant Fluor Enterprises, Inc. at 7537 Stonewood Street in New Orleans, Louisiana.  Additional Plaintiffs are:

1.    Latasha Jones-Dillon on behalf of her minor child Miljaenee Cowley and

2.      Latasha Jones-Dillon on behalf of her minor child Edward Smith.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying original complaint to add additional Plaintiffs who resided in the same travel trailer provided, manufactured and installed by the same Defendants, FEMA, Forest River and Fluor respectively.  Additionally, Plaintiffs assert that allowing additional Newly Added Plaintiffs with claims against FEMA and the same manufacturer and contracting defendants to join the underlying original complaint is in-keeping with this Honorable Court's Pretrial Order No. 38 (Doc. 1596).

Furthermore, Plaintiffs seek to amend the caption of their original Complaint for Damages  to "Damien Dillon together with all individuals and entities whose names appear on the attached 'Exhibits A and B' v. Forest River, Inc., Fluor Enterprises, Inc. and the United States of America through the Federal Emergency Management Agency."

Respectfully submitted,

   /s/ Hugh P. Lambert

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                    /s/ *Hugh P. Lambert*

                                                    Hugh P. Lambert, Esq. (#7933)