IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873 |
| | | Section N(5) |
| | | Judge Engelhardt |
| This Document Relates To: | * | |
| *Damien Dillon, et al. v.* | * | Magistrate Chasez |
| *Forest River, Inc., et al.* | * | |
| Civil Action No.  09-3557 | * | Jury Demand |

*************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____

UNITED STATES DISTRICT COURT JUDGE