Exhibit A
Case 2:07-md-01873-KDE-MBN   Document 2419-4   Filed 07/31/09   Page 1 of 1
Damion Dillon et al. v. Forest River, Inc., Fluor Enterprises, Inc. and the U.S.A. through FEMA

|   | Last | Suffix | First | Representative if Applicable |
|---|---|---|---|---|
| 1 | Dillon |  | Damien |  |
| 2 | Dillon |  | Sabrina |  |
| 3 | Jones |  | Greggionte |  |
| 4 | Jones-Dillon |  | Latasha |  |