## **EXHIBIT B**

| # | Last | Suffix | First | Middle | Representative if Applicable |
|---|------|--------|-------|--------|------------------------------|
| 1 | Cowley | | Miljaenee | | Latasha Jones-Dillon |
| 2 | Smith | | Edward | | Latasha Jones-Dillon |