# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Damien Dillon, et al. v* | * | **Magistrate Chasez** |
| *Forest River, Inc., et al.* | * | |
| *Civil Action No. 09-3557* | * | **Jury Demand** |

*************************************************************************

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel have been contacted.  Opposing counsel for Fluor Enterprises, Inc. and the United States Government through FEMA do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

Counsel for Forest River, Inc. has been contacted but have been unable to respond to date.

1

Respectfully submitted,

   /s/ Hugh P. Lambert

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

   /s/ Hugh P. Lambert
Hugh P. Lambert, Esq. (#7933)