IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | MDL No. 1873<br><br>Section N(5)<br><br>Judge Engelhardt |
| This Document Relates To:<br>*Damien Dillon, et al. v.*<br>*Forest River, Inc., et al.*<br>Civil Action No.  09-3557 | *<br>*<br>*<br>* | Magistrate Chasez<br><br>Jury Demand |

*************************************************************************

## NOTICE OF HEARING

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 26th Day of August, 2009, at 9:30 a.m.

                              Respectfully submitted,

                                  */s/ Hugh P. Lambert*

                            HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                            LINDA J. NELSON, ESQ. (LA Bar #9938)
                            LAMBERT & NELSON, PLC
                            701 Magazine Street
                            New Orleans, LA 70130
                            Telephone: (504)581-1750
                            Facsimile: (504)529-2931
                            hlambert@lambertandnelson.com
                            lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                                                              /s/ *Hugh P. Lambert*
                                                                                         Hugh P. Lambert, Esq. (#7933)