IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** FEMA Trailer Formaldehyde Products Liability Litigation | * * * | **MDL No. 1873** **Section N(5)** | |
| **This Document Relates To:** *Anthony Bartel and Sherry Bartel v. Gulf Stream Coach, Inc., et al.* *Civil Action No. 09-3943* | * * * * | **Judge Engelhardt** **Magistrate Chasez** **Jury Demand** | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFFS' MOTION FOR LEAVE TO FILE
FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Anthony Bartel and Sherry Bartel, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend their underlying original Complaint for Damages to add additional defendants, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Anthony Bartel and Sherry Bartel v. Gulf Stream Coach, Inc., et al.* (Eastern District of Louisiana Civil Action No. 09-3943), transferred from the United States

District Court for the Southern District of Mississippi to the Eastern District of Louisiana, for the above mentioned reasons.

                Respectfully submitted,

                */s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                */s/ Hugh P. Lambert*
                Hugh P. Lambert, Esq. (#7933)