# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re:** FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * | **MDL No. 1873** **Section N(5)** **Judge Engelhardt** |
| **This Document Relates To:** *Anthony Bartel and Sherry Bartel v. Gulf Stream Coach, Inc., et al.* **Civil Action No. 09-3943** | * * * * | **Magistrate Chasez** **Jury Demand** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Anthony Bartel and Sherry Bartel, (hereinafter, "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their original Complaint for Damages in the underlying action (Eastern District of Louisiana Civil Action No. 09-3943, Rec. Doc. 1). Plaintiffs request the supplement and amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs resided in a temporary housing unit manufactured and supplied by Fleetwood Enterprises, Inc., (hereinafter, "Fleetwood"), and installed by CH2M HILL Constructors, Inc., (hereinafter, "CH2M") pursuant to contracts with FEMA for use in the State of Mississippi following hurricanes Katrina and Rita. Plaintiffs seek to add the following defendants who provided insurance coverage for the risks involved in the underlying complaint and herein of Fleetwood:

1.  American International Group, Inc.;

    2.      American International Specialty Lines Insurance Company;

    3.      Gibraltar Insurance Company, LTD; and

    4.      Starr Excess Liability Insurance Company, LTD.

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying complaint to add additional defendants who provided insurance coverage for the risks involved herein of Fleetwood, who manufactured the housing unit which Plaintiffs resided in.

Additionally, Plaintiffs seek to supplement and amend their original Complaint for Damages to assert their claims against the United State of America through the Federal Emergency Management Agency for injuries and damages resulting from the temporary housing units manufactured by Gulf Stream Coach, Inc. and Fleetwood and provided by FEMA following hurricanes Katrina and Rita.

Further, Plaintiffs seek to amend the caption of their complaint for damages to "Anthony Bartel and Sherry Bartel v. Gulf Stream Coach, Inc., Bechtel National, Inc., CH2M HILL Constructors, Inc.,  American International Group, Inc., American International Specialty Lines Insurance Company, Gibraltar Insurance Company, LTD, Starr Excess Liability Insurance Company, LTD and the United States of America through the Federal Emergency Management Agency. "

                                  Respectfully submitted,

                                  */s/ Hugh P. Lambert*

HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                            */s/ Hugh P. Lambert*
                                          Hugh P. Lambert, Esq. (#7933)