IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA


In Re:        **FEMA Trailer Formaldehyde**         *        **MDL No. 1873**
              **Products Liability Litigation**        *
                                                       *        **Section N(5)**
                                                       *
                                                       *        **Judge Engelhardt**
**This Document Relates To:**                          *
*Anthony Bartel and Sherry Bartel  v.*                 *        **Magistrate Chasez**
*Gulf Stream Coach, Inc., et al.*                      *
*Civil Action No. 09-3943*                             *        **Jury Demand**
 *****************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File First Supplemental and

Amending Complaint on Plaintiffs' behalf:

**IT  IS  SO  ORDERED** that the Plaintiffs be GRANTED leave to file their First

Supplemental and Amending Complaint for Damages attached and submitted with the

foregoing motion.


THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.


_____

UNITED STATES DISTRICT COURT JUDGE