IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| | Products Liability Litigation | * | |
| | | * | Section N(5) |
| | | * | |
| | | * | Judge Engelhardt |
| **This Document Relates To:** | | * | |
| *Anthony Bartel and Sherry Bartel v.* | | * | Magistrate Chasez |
| *Gulf Stream Coach, Inc., et al.* | | * | |
| *Civil Action No. 09-3943* | | * | Jury Demand |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel have been contacted and do not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

Respectfully submitted,

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                            /s/ *Hugh P. Lambert*
                                       HUGH P. LAMBERT, ESQ. (#7933)