UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| THIS DOCUMENT IS RELATED TO: | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |

No. 09-4455, *Bridget Scott o/b/o Nala Scott and Bridget Scott o/b/o Jeffrey Washington v. Lakeside Park Homes, Inc., CH2M HILL Constructors, Inc., and Razz Electrical Services, LLC*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLIANCE WITH REMOVAL ORDER**

**NOW INTO COURT,** through undersigned counsel, comes defendant CH2M HILL Constructors, Inc. ("CH2M HILL"), and in compliance with this Court's directive (Rec. Doc. 2) and 28 U.S.C. § 1447(b), provides as follows:

1. The following is a list of parties still remaining in this action:

   a. Representing Plaintiffs:

      Hugh P. Lambert, Esq. (#7933)
      Linda J. Nelson, Esq. (#9938)
      LAMBERT & NELSON, PLC
      701 Magazine Street
      New Orleans, LA 70130
      Telephone: (504) 581-1750
      Facsimile: (504) 529-2931

    b.    Representing Defendant CH2M HILL:

        Danny G. Shaw (Bar No. 11977)
        Gerardo R. Barrios (Bar No. 21223)
        Wade M. Bass (Bar No. 29081)
        BAKER DONELSON
        No. 3 Sanctuary Boulevard, Suite 201
        Mandeville, LA 70471
        Telephone: (985) 819-8400
        Facsimile: (985) 819-8484
        dshaw@bakerdonelson.com
        gbarrios@bakerdonelson.com
        wbass@bakerdonelson.com

    c.    Representing Defendant Lakeside Park Homes, Inc.

        Unknown

    d.    Representing Defendant Razz Electrical Services, LLC

        Unknown

2. A complete copy of the state court record is attached hereto.

This 31st day of July, 2009.

        Respectfully submitted,

        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.


        /s/ Wade M. Bass
        Danny G. Shaw (Bar No. 11977)
        Gerardo R. Barrios (Bar No. 21223)
        Wade M. Bass (Bar No. 29081)
        No. 3 Sanctuary Boulevard, Suite 201
        Mandeville, LA 70471
        Telephone: (985) 819-8400
        Facsimile: (985) 819-8484
        dshaw@bakerdonelson.com
        gbarrios@bakerdonelson.com
        wbass@bakerdonelson.com

        **ATTORNEYS FOR**
        **CH2M HILL CONSTRUCTORS, INC.**

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 31st day of July, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

                      /s/ Wade M. Bass
                      WADE M. BASS