ATTORNEY'S NAME: Lambert, Hugh   07933
AND ADDRESS: 701 Magazine St,
New Orleans, LA 70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 05965     3                                SECTION:   14 -- I

SCOTT, BRIDGET   ET AL VERSUS LAKESIDE PARK HOMES, INC.   ET AL

# CITATION

TO: RAZZ ELECTRIAL SERVICES, LLC
   THROUGH: TAMELA R. RASBERRY
   84 H. STRANGE ROAD

   LACOMPTE                LA   71346

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**
Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   June 11, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA

Deputy Clerk

---

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the w/i PETITION FOR DAMAGES | On this _____ day of _____ served a copy of the w/i petition PETITION FOR DAMAGES |
| On RAZZ ELECTRICAL SERVICES, LLC THROUGH: TAMELA R. RASBERRY | On RAZZ ELECTRICAL SERVICES, LLC THROUGH: TAMELA R. RASBERRY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ RAZZ ELECTRIAL SERVICES, LLC being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ | |
| _____ / ENTERED / _____ PAPER _____ / RETURN _____ / _____ SERIAL NO.  DEPUTY  PARISH | |

SHERIFF'S RETURN
DATE: 6/23/09
PERSONAL SERVICE: ✓
DOMICILIARY SERVICE: _____
DEPARTMENTAL SERVICE: _____
PERSON SERVED: _____
RELATIONSHIP: _____
BY: _____
DEPUTY SHERIFF RAPIDES PARISH
MILEAGE: _____

VERIFIED

ATTORNEY'S NAME: Lambert, Hugh   07933
AND ADDRESS:     701 Magazine St,
                 New Orleans, LA 70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO: 2009 -- 05965       2                                    SECTION: 14 -- I

SCOTT, BRIDGET   ET AL VERSUS LAKESIDE PARK HOMES, INC.   ET AL

# CITATION

TO: CH2M HILL CONSTRUCTORS, INC.
    THROUGH: C T CORPORATION SYSTEM
    5615 CORPORATE BLVD.
    SUITE 400B
    BATON ROUGE              LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
PETITION FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA      June 11, 2009

Clerk's Office, Room 402, Civil Courts Building,           DALE N. ATKINS, Clerk of
421 Loyola Avenue                                          The Civil District Court
New Orleans, LA                                            for the Parish of Orleans
                                                           State of LA
                                                           by _____
                                                                      Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition PETITION FOR DAMAGES |
| On CH2M HILL CONSTRUCTORS, INC. | On CH2M HILL CONSTRUCTORS, INC. |
| THROUGH: C T CORPORATION SYSTEM | THROUGH: C T CORPORATION SYSTEM by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ CH2M HILL CONSTRUCTORS, INC. |
| Returned same day _____ No. ____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day _____ No. ____ Deputy Sheriff of _____ |
| PAPER / ENTERED / RETURN 01 / ____ / 01 SERIAL NO.  DEPUTY  PARISH | |

JUN 29 2009