LAW OFFICES
**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ**
A PROFESSIONAL CORPORATION
3 SANCTUARY BOULEVARD • SUITE 201
MANDEVILLE, LOUISIANA 70471

(985) 819-8400

Facsimile
(985) 819-8484

**FILED**

2009 JUL 21 P 3: 49

CIVIL DISTRICT COURT

## FACSIMILE TRANSMISSION FORM

### PLEASE DELIVER IMMEDIATELY

DATE: JULY 21, 2009

| | | | |
|---|---|---|---|
| **DELIVER TO:** | **COMPANY:** | **FAX NO.:** | **PHONE NO.:** |
| Clerk of Court | Civil District Court | (504) 592-9128 | (504) 592-9100 |

**FROM:** Wade M. Bass

**PHONE NO.:** (985) 819-8424

**FAX NO.:** (985) 819-8484

**USER NO.:** 011446

**CLIENT/MATTER NO.:** 2900305-000004

MESSAGE: Please see the attached Notice of Filing of Notice of Removal for filing into the record of *Bridget Scott O/B/O Nala Scott and Bridget Scott O/B/O Jeffrey Washington, Jr. vs. Lakeside Park Homes, Inc., CH2M HILL Constructors, Inc. and Razz Electrical Services, LLC*, CDC for the Parish of Orleans, Case No. 09-5965, Division "I" - Section "14." Please confirm via return fax, your receipt of this filing and the fees associated therewith. Thank you for your assistance.

Note: This facsimile contains PRIVILEGED and CONFIDENTIAL information intended only for the use of the specific individual or entity named above. If you or your employer are not the intended recipient, you are hereby notified that any unauthorized dissemination or copying of this facsimile or the information contained in it is strictly prohibited. If you have received this facsimile in error, please immediately notify the person named above at once by telephone and return the original facsimile to us at the above address via the U.S. Postal Service. Thank you.

Page 1 of 12

MFW1 29354 v1
2900224-000002

**BAKER DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC



FILED
2009 JUL 21 P 3: 49
CIVIL
DISTRICT COURT

3 SANCTUARY BOULEVARD
SUITE 201
MANDEVILLE, LOUISIANA 70471
PHONE: 985.819.8400
FAX: 985.819.8484

www.bakerdonelson.com

WADE M. BASS
Direct Dial: (985) 819-8424
Direct Fax: (985) 819-8484
E-Mail Address: wbass@bakerdonelson.com

2900305-000004

July 21, 2009

**VIA FACSIMILE AND U.S. MAIL**

Hon. Dale N. Atkins
Clerk – Civil District Court
Room 402, Civil Courts Building
421 Loyola Avenue
New Orleans, Louisiana 70112

Re: *Bridget Scott O/B/O Nala Scott and Bridget Scott O/B/O Jeffrey Washington, Jr. vs. Lakeside Park Homes, Inc., CH2M HILL Constructors, Inc. and Razz Electrical Services, LLC*
CDC for the Parish of Orleans, Case No. 09-5965, Division "I" - Section "14"

Dear Ms. Atkins:

We enclose the original and a copy of Notice of Filing of Notice of Removal for filing on behalf of CH2M HILL Constructors, Inc. Please file the original of this document into the record of the referenced matter and return a conformed copy to us in the enclosed postage prepaid, self-addressed envelope.

Please confirm by facsimile the receipt of this filing and the fees associated therewith. We will send the original documents and our Firm check for all filing and service costs via U.S. Mail within five (5) days.

With kind regards, I remain

Cordially,

Wade M. Bass

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C.

Hon. Dale N. Atkins
July 21, 2009
Page 2

WMB/mrg
Enclosures
cc:   Danny G. Shaw (via e-mail w/o encl.)
      Gerardo R. Barrios (via e-mail w/o enc.)

**FILED**

2009 JUL 21 P 3: 49

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-5965

DIVISION "I"
SECTION "14"

BRIDGET SCOTT O/B/O NALA SCOTT AND BRIDGET SCOTT O/B/O
JEFFREY WASHINGTON, JR.

versus

LAKESIDE PARK HOMES, INC., CH2M HILL CONSTRUCTORS, INC. AND
RAZZ ELECTRICAL SERVICES, LLC

FILED: _____          _____
                                         DEPUTY CLERK

## NOTICE OF FILING OF NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, comes defendant, CH2M HILL Constructors, Inc. ("CH2M HILL"), and hereby notifies this Court that it has filed a Notice of Removal of the captioned matter with the United States District Court for the Eastern District of Louisiana, a copy of which is attached hereto as Exhibit "A." Accordingly, pursuant to the provisions of 28 U.S.C. § 1446, this Court shall proceed no further unless the case is remanded.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

_____
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA. 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com

ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 20, 2009, the foregoing Notice of Filing of Notice of Removal was served on all known counsel of record via facsimile transmission and/or by placing same in the United States Mail, in a properly addressed envelope, with first-class postage pre-paid.

Wade M. Bass

FILED
2009 JUL 21 P 3:49
CIVIL DISTRICT COURT

RECEIVED
DISTRICT COURT
DISTRICT OF LA
2009 JUL 21 PM 12:21
LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BRIDGET SCOTT O/B/O NALA SCOTT AND BRIDGET SCOTT O/B/O JEFFREY WASHINGTON, JR.<br><br>Plaintiffs,<br><br>v.<br><br>LAKESIDE PARK HOMES, INC., CH2M HILL CONSTRUCTORS, INC. AND RAZZ ELECTRICAL SERVICES, LLC<br><br>Defendants. | CIVIL ACTION 09-4455<br><br>NO.   SECT. N MAG. 5<br><br>SECTION<br>JUDGE<br><br>MAG. DIV.<br>MAG. JUDGE |

## NOTICE OF REMOVAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, CH2M HILL Constructors, Inc. ("CH2M HILL") and, with a full reservation of rights, files this Notice of Removal and avers that this matter is hereby removed to this Court on the following grounds:

1

1.

On June 10, 2009, plaintiffs, through attorney Hugh P. Lambert of the firm of Lambert & Nelson, PLC, filed this action, entitled "*Bridget Scott o/b/o Nala Scott and Bridget Scott o/b/o Jeffery Washington, Jr. v. Lakeside Park Homes, Inc., CH2M HILL Constructors, Inc. and Razz Electrical Services, LLC*" and bearing Docket Number 2009-5965, Division "I", Section "14" (the "Petition"), in the Civil District Court for the Parish of Orleans, State of Louisiana. A copy of all process, pleadings, and orders served upon CH2M HILL are attached hereto in accordance with 28 U.S.C. § 1446(a) as Exhibit 1.

2.

For purposes of allotment, this Petition arises solely from operative facts that are the subject of multidistrict litigation ongoing in the U.S. District Court for the Eastern District of Louisiana, entitled *In re: FEMA Trailer Formaldehyde Products Liability Litigation* and bearing MDL docket number 07-1873, which matter is pending before Judge Engelhardt, Section N(5) [*In re: FEMA Trailer Formaldehyde Products Liability Litigation*, MDL No. 07-md-01873-KDE-ALC (E.D. La.)].

3.

CH2M HILL was served with the Petition on June 29, 2009. Upon information and belief, as of the filing of this Notice of Removal, the other defendants have not been served with the Petition and, as such, are not required to join in the notice of removal. *See Miranti v. Lee*, 3 F.3d 925 (5th Cir. 1993); *Jones v. Houston Independent School Dist.*, 979 F.2d 1004 (5th Cir. 1992) (defendants who are not served may be ignored for the purpose of requiring their joinder in the notice of removal).

4.

In any event, CH2M HILL is removing this case pursuant to the federal officer removal statute, 28 U.S.C. § 1442(a)(1), which provides an exception to the general rule requiring all defendants to join in the removal. *Akin v. Ashland Chemical*, 156 F. 3d 1030, 1034 (10th Cir. 1998); *Fowler v. Southern Bell Tel. & Tel. Co.*, 343 F. 2d 150, 152 (5th Cir. 1965)("it is settled that the filing of a petition for removal by a single federal officer removes the entire case to the federal court."); *Ely Valley Mines, Inc. v. Hartford Accident & Indem. Co.*, 644 F. 2d 1310, 1315 (9th Cir. 1981)("Since the federal officer is the only one entitled to remove under § 1442, he alone can remove without other defendants joining in the petition, and the entire case is removed to the federal court."). Thus, this Notice of Removal of the case to the United States District Court is timely filed, *i.e.*, no more than thirty (30) days after service of the Petition, in accordance with 28 U.S.C. §§ 1441 and 1446.

5.

"[T]he right of removal under 28 U.S.C. § 1442 (a)(1) is made absolute whenever a suit in state court is for any act 'under color' of federal office, regardless of whether the suit could originally have been brought in federal court. Federal jurisdiction rests on a 'federal interest in the matter,' . . . ." *Willingham v. Morgan*, 395 U.S. 402, 406, 89 S.Ct. 1813, 1816, 23 L.Ed.2d 396 (1969).

6.

Three requirements must be met to invoke the federal officer removal statute: (1) the defendant must be a "person" within the meaning of §1442(a)(1); (2) the defendant must have acted under color of federal authority when committing the acts that allegedly caused plaintiffs' injuries; and (3) the defendant must have a colorable federal defense. *Williams v. Todd*

3

*Shipyards Co.*, 154 F.3d 416, 1998 WL 526612, *2 (5th Cir. 1998) (citing *Mesa v. California*, 489 U.S. 121, 129, 131, 109 S.Ct. 959, 103 L.Ed.2d 99 (1989)). All three requirements exist in this instance. *See, e.g., Isaacson v. DOW Chemical Co.*, 517 F.3d 129 (2d Cir. 2008) (finding removal proper under Section 1442(a)(1) where the defendant was a government contractor and the third element – that the defendant have a colorable defense – was based on the government contractor defense); *Miller v. Diamond Shamrock Chemical Co.*, 275 F.3d 414 (5th Cir. 2001) (same); *Winters v. Diamond Shamrock Chemical Co.*, 149 F.3d 387, 397-401 (5th Cir. 1998) (same); *Williams v. Todd Shipyards Corp.*, 154 F.3d 416, 1998 WL 526612 (5th Cir. 1998) (same).

7.

CH2M HILL qualifies as a "person" under Section 1442(a)(1). *See Winters v. Diamond Shamrock Chemical Company*, 149 So. 2d 387, 398 (5th Cir. 1998) (examining the federal officer removal statute and explaining that "corporate entities [such as CH2M HILL] qualify as 'persons' under § 1442(a)(1)") (citation omitted).

8.

CH2M HILL was acting under color of federal authority when it is alleged to have performed the work that resulted in plaintiffs' alleged injuries. Indeed, plaintiffs' allegations against CH2M HILL arise out of CH2M HILL's engagement "by FEMA through contracts, with the transportation, installation, ... inspection, ... maintenance and repair, refurbishment and restoration, and the eventual de-installation and removal of the [travel trailer] units." *See* Exh. "1," Petition ¶ XII. If CH2M HILL performed the transportation, installation, inspection, maintenance, repair, refurbishment or restoration of the FEMA trailer (the "Work") involved in this litigation, then the Work was, as alleged by plaintiffs, performed pursuant to a federal

4

11.

As a government contractor involved in the Hurricane Katrina disaster assistance provided by FEMA, CH2M HILL has available to it the government contractor defense.[3] *See In re World Trade Center Disaster Site Litigation*, 521 F.3d 169, 197 (2d Cir. 2008) (applying the government contractor defense to "the disaster relief context due to the unique federal interest in coordinating federal disaster assistance and streamlining the management of large-scale disaster recovery projects, as evidenced by the Stafford Act.").

12.

In accordance with the requirements of 28 U.S.C. § 1446(d) CH2M HILL will, promptly after the filing of this Notice of Removal, give written notice of this Notice of Removal to all adverse parties and will file a copy of this Notice of Removal with the Clerk of Court for the Civil District Court of Orleans Parish, Louisiana, which notice shall be in the form of the Notice of Filing of Notice of Removal attached hereto as Exhibit "3."

**WHEREFORE**, defendant, CH2M HILL Constructors, Inc. prays that this matter be removed to the United States District Court for the Eastern District of Louisiana for further proceedings and disposition.

---

[3]   For purposes of removal, CH2M HILL is not required to prove success on its defense. *Mesa*, 489 U.S. at 133; *Magnin v. Teledyne Continental Motors*, 91 F.3d 1424, 1427 (11th Cir. 1996) ("defense need only be plausible; its ultimate validity is not to be determined at the time of removal."); *Jamison v. Wiley*, 14 F.3d 222, 238 (4th Cir. 1994) ("defendant need not prove that he will actually prevail on his federal immunity defense in order to obtain removal"). Rather, CH2M HILL is only required to show a causal connection between the plaintiffs' claims and CH2M HILL's performance as a federal contractor; CH2M HILL has done so. *See Williams v. Todd Shipyards Co.*, 154 F.3d 416, 1998 WL 526612, *6 (5th Cir. 1998).

6

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

*/s/ Danny G. Shaw*

Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 21, 2009, the foregoing Notice of Removal was served on all known counsel of record via facsimile transmission and/or by placing same in the United States Mail, in a properly addressed envelope, with first-class postage pre-paid.

*/s/ Danny G. Shaw*

7