UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE<br>PRODUCTS LIABILITY LITIGATION<br><br><br>THIS DOCUMENT IS RELATED TO: | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

No. 09-4462, *Brian Scieneaux and Dierdre Scieneaux v. Frontier RV, Inc., CH2M HILL Constructors, Inc., and TKTMJ, Inc.*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### COMPLIANCE WITH REMOVAL ORDER

**NOW INTO COURT,** through undersigned counsel, comes defendant CH2M HILL Constructors, Inc. ("CH2M HILL"), and in compliance with this Court's directive (Rec. Doc. 2) and 28 U.S.C. § 1447(b), provides as follows:

1. The following is a list of parties still remaining in this action:

    a.    Representing Plaintiffs:

        Hugh P. Lambert, Esq. (#7933)
        Linda J. Nelson, Esq. (#9938)
        LAMBERT & NELSON, PLC
        701 Magazine Street
        New Orleans, LA 70130
        Telephone: (504) 581-1750
        Facsimile: (504) 529-2931

      b.      Representing Defendant CH2M HILL:

           Danny G. Shaw (Bar No. 11977)
           Gerardo R. Barrios (Bar No. 21223)
           Wade M. Bass (Bar No. 29081)
           BAKER DONELSON
           No. 3 Sanctuary Boulevard, Suite 201
           Mandeville, LA  70471
           Telephone: (985) 819-8400
           Facsimile:  (985) 819-8484
           dshaw@bakerdonelson.com
           gbarrios@bakerdonelson.com
           wbass@bakerdonelson.com

      c.      Representing Defendant Frontier RV, Inc.

           Unknown

      d.      Representing Defendant TKTMJ, Inc.

           Jennifer S. Kilpatrick
           Degan, Blanchard & Nash
           400 Poydras Street, Suite 2600
           New Orleans, Louisiana 70130
           (504) 529-3333
           JKilpatrick@degan.com

2.  A complete copy of the state court record is attached hereto.

This 31st day of July, 2009.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


 /s/  Wade M. Bass
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**


### CERTIFICATE OF SERVICE

I hereby certify that on this the 31st day of July, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel and counsel of record who are CM/ECF participants.

 /s/ Wade M. Bass
WADE M. BASS

3