ATTORNEY'S NAME: Lambert, Hugh  07933
AND ADDRESS:    701 Magazine St,
                New Orleans, LA 70130-3629

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 -- 05966     2                                SECTION:   7 -- E

SCIENEAUX, BRION   ET AL VERSUS FRONTIER RV, INC.   ET AL

# CITATION

TO: CH2M HILL CONSTRUCTORS, INC.
   THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: C T
   CORPORATION SYSTEM
   5615 CORPORATE BLVD.
   SUITE 400B
   BATON ROUGE                LA   70808

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
FOR DAMAGES
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529-1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA      June 11, 2009

Clerk's Office, Room 402, Civil Courts Building,        DALE N. ATKINS, Clerk of
421 Loyola Avenue                                       The Civil District Court
New Orleans, LA                                         for the Parish of Orleans
                                                        State of LA
                                                        by _____
                                                                Deputy Clerk

SHERIFF'S RETURN
(for use of process servers only)

PERSONAL SERVICE                                     DOMICILIARY SERVICE

On this _____ day of _____                     On this _____ day of _____
_____ served a copy of the w/i petition         _____ served a copy of the w/i petition
FOR DAMAGES                                          FOR DAMAGES

On                                                   On
CH2M HILL CONSTRUCTORS, INC.                         CH2M HILL CONSTRUCTORS, INC.



THROUGH: ITS REGISTERED AGENT FOR SERVICE OF         THROUGH: ITS REGISTERED AGENT FOR SERVICE OF
PROCESS: C T CORPORATION SYSTEM                      PROCESS: C T CORPORATION SYSTEM

                                                     by leaving same at the dwelling house, or usual place of
                                                     abode, in the hands of _____
                                                     a person of suitable age and discretion residing therein as
        Returned same day                            a member of the domiciliary establishment, whose name
                                    No. _____   and other facts connected with this service I learned by
                                                     interrogating  HIM / HER the said _____
   Deputy Sheriff of _____                      CH2M HILL CONSTRUCTORS, INC.
Mileage: $_____

_____/ ENTERED /_____                              being absent from the domicile at time of said service.
   PAPER              RETURN                                 Returned same day
  /             /                                                                    No. _____
SERIAL NO.   DEPUTY   PARISH                         Deputy Sheriff of _____

ATTORNEY'S NAME: Lambert, Hugh  07933
AND ADDRESS:    701 Magazine St,
                New Orleans, LA 70130-3629

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:    2009 -- 05966      3                              SECTION:    7 -- E

SCIENEAUX, BRION   ET AL VERSUS FRONTIER RV, INC.   ET AL

## CITATION

TO: TKTMJ, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS: YVONNE R. TUBRE
623 PATRICK ROAD

NATCHITOCHES              LA   71457

YOU HAVE BEEN SUED:

You must either comply with the demand contained in the petition
**FOR DAMAGES**
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

************************************************************************
*                       ADDITIONAL INFORMATION                         *
* Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer *
* Referral Service at 561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. *
* If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you *
* may call 529-1000 for more information.                              *
* COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE               *
************************************************************************

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    June 11, 2009   .

Clerk's Office, Room 402, Civil Courts Building,          DALE N. ATKINS, Clerk of
421 Loyola Avenue                                          The Civil District Court
New Orleans, LA                                            for the Parish of Orleans
                                                           State of LA
                                                           by _____
                                                                    Deputy Clerk

---

### SHERIFF'S RETURN
(for use of process servers only)

**PERSONAL SERVICE**                                   **DOMICILIARY SERVICE**

On this  13  day of  July                  On this ____ day of _____
  2009   served a copy of the w/i petition    _____ served a copy of the w/i petition
FOR DAMAGES                                   FOR DAMAGES

On                                            On
  TKTMJ, INC.                                   TKTMJ, INC.

THROUGH: ITS REGISTERED AGENT FOR SERVICE OF   THROUGH: ITS REGISTERED AGENT FOR SERVICE OF
PROCESS: YVONNE R. TUBRE                       PROCESS: YVONNE R. TUBRE

                                              by leaving same at the dwelling house, or usual place of
                                              abode, in the hands of _____
           Returned same day                  a person of suitable age and discretion residing therein as
_____ No. _____          a member of the domiciliary establishment, whose name
Deputy Sheriff of  Natchitoches Parish        and other facts connected with this service I learned by
Mileage: $ _____ 7 Miles            interrogating   HIM / HER the said _____
                                              TKTMJ, INC.
_____ / ENTERED / _____
PAPER                RETURN                   being absent from the domicile at time of said service.
  2    /      /     35                                  Returned same day
SERIAL NO.  DEPUTY  PARISH                                         No. _____

                                              Deputy Sheriff of _____

                                              VERIFIED
                                              07-13-09A08:51 RCVD