IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | SECTION: N |
| | LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al.v. Pilgrim International, et al.* | | * | |
| No.  2007-5709 | | * | JURY DEMANDED |

**********************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Joseph M. Pujol, Stephanie G. Pujol, Joseph M. Pujol, on behalf of Jessica R. Pujol, his minor child, Joseph M. Pujol, on behalf of Jill N. Pujol, his minor child, Eric Albert Smith, and Renay Marie Gardner, who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to amend their underlying Class Action Complaint, Amended and Restated Class Action Complaint with Jury Demand, and Second Amended Complaint for Damages to bring in certain additional defendants based upon information now in the possession of the Plaintiffs which was unknown at the time the underlying suit was filed.

Additionally, Plaintiffs seek to add Plaintiffs based upon information now in the possession of the Plaintiffs which was unknown at the time the underlying suit was filed.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court for leave to file the attached Third Supplemental and Amending Complaint for Damages as it relates

1

to the underlying suit of *Joseph M. Pujol, et al. v. Pilgrim International, et al.*, No. 2007-5709 in the Eastern District of Louisiana for the abovementioned reasons.

Respectfully Submitted:

*s/ Hugh P. Lambert*
HUGH P. LAMBERT (La. Bar. No. 7933)
LINDA J. NELSON (La. Bar No. 9938)
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 31st day of July, 2009. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 31st day of July, 2009.

*/s/ Hugh P. Lambert*
HUGH P. LAMBERT, ESQ. (#7933)
