**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **MDL NO. 1873** |
| | **FORMALDEHYDE PRODUCTS** | * | **SECTION: N** |
| | **LIABILTY LITIGATION** | * | **MAGISTRATE: 5** |
| | | * | |
| **THIS DOCUMENT RELATES TO:** | | * | **JUDGE ENGELHARDT** |
| | | * | **MAGISTRATE CHASEZ** |
| *Joseph M. Pujol, et al. v. Pilgrim International, et al.* | | * | |
| **No. 2007-5709** | | * | **JURY DEMANDED** |

*****************************************************************************

**<u>MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD SUPPLEMENTAL AND AMENDING COMPLAINT</u>**

NOW INTO COURT, through undersigned counsel, come Joseph M. Pujol, Stephanie G. Pujol, Joseph M. Pujol, on behalf of Jessica R. Pujol, his minor child, Joseph M. Pujol, on behalf of Jill N. Pujol, his minor child, Eric Albert Smith, and Renay Marie Gardner ("Plaintiffs") who respectfully move this Court for leave to supplement and amend their Class Action Complaint (Civil Action No. 07-5709, Rec. No. 1), Amended and Restated Class Action Complaint with Jury Demand (MDL No. 1873, Rec. No. 103), and Second Amended Complaint for Damages (MDL No. 1873, Rec. No. 1256), (hereinafter, "underlying complaints").

Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires."

Plaintiffs, seek to supplement and amend their underlying complaints to add the following defendants which provided insurance coverage for risks involved in the underlying complaints against Pilgrim International, Inc., (hereinafter, "Pilgrim"), which

1

manufactured and supplied FEMA trailers and housing units to Plaintiffs pursuant to contracts with FEMA for use in the State of Louisiana:

    1.    Crum & Forster Specialty Insurance Company; and

    2.    Sentry Insurance A Mutual Company.

Additionally, Plaintiffs seek to supplement and amend their underlying complaints to add additional Plaintiffs who, upon information and belief, resided in travel trailers provided by Defendant the United States Government through the Federal Emergency Management Agency, (hereinafter, "FEMA"), manufactured by Defendant Pilgrim and installed by Defendant Shaw Environmental, Inc., (hereinafter, "Shaw), in the greater New Orleans area. Additional Newly Added Plaintiffs are:

    1.    Brandon Jarelle Veal;

    2.    Byron J. Veal;

    3.    Byron J. Veal on behalf of his minor child, Bradley Justin Veal;

    4.    Byron J. Veal on behalf of his minor child, Bryan Jamal Veal;

    5.    Donielle Marie Veal; and

    6.    Gaynell Martin

Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying complaints to add additional Plaintiffs who resided in travel trailers provided, manufactured and installed by the same Defendants, FEMA, Pilgrim and Shaw, respectively.  Additionally, Plaintiffs assert that allowing additional Newly Added Plaintiffs with claims against FEMA and the same manufacturer and contracting defendants to join

2

the underlying complaints is in-keeping with this Honorable Court's Pretrial Order No. 38 (Doc. 1596).

                                               Respectfully Submitted:

                                               *s/ Hugh P. Lambert*_____
                                               HUGH P. LAMBERT (La. Bar. No. 7933)
                                               LINDA J. NELSON (La. Bar No. 9938)
                                               Lambert and Nelson, PLC
                                               701 Magazine Street
                                               New Orleans, Louisiana 70130
                                               Telephone: (504) 581-1750
                                               Facsimile: (504) 529-2931

                                               *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 31st day of July, 2009.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 31st day of July, 2009.

                                             */s/ Hugh P. Lambert*_____
                                               HUGH P. LAMBERT, ESQ. (#7933)