IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | SECTION N |
| | LIABILITY LITIGATION | * | MAGISTRATE 5 |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim International, et al.* | | * | |
| No. 2007-5709 | | * | JURY DEMANDED |
| | | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**<u>PLAINTIFFS' THIRD SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES</u>**

NOW INTO COURT, come Joseph M. Pujol, Stephanie G. Pujol, Joseph M. Pujol, on behalf of Jessica R. Pujol, his minor child, Joseph M. Pujol, on behalf of Jill N. Pujol, his minor child, Eric Albert Smith, and Renay Marie Gardner ("Plaintiffs"), who, through undersigned counsel, supplement and amend their Class Action Complaint (Civil Action No. 07-5709, Rec. No. 1), Amended and Restated Class Action Complaint with Jury Demand (MDL No. 1873, Rec. No. 103), and Second Amended Complaint for Damages (MDL No. 1873, Rec. 1256), (hereinafter, "underlying complaints"), in the following respects and otherwise reiterate and reaver all of the allegations, claims and prayers for relief contained therein.

**1.**

Plaintiffs adopt paragraphs one through three of their underlying Second Amended Complaint for Damages and add the following Defendants:

    a.    Defendant Sentry Insurance A Mutual Company (hereinafter, "Sentry"), is, upon information and belief, an entity incorporated in the state of Wisconsin, with its principle place of business in the state of Wisconsin.  Further, defendant Sentry provided insurance coverage for the risks involved herein and in the underlying complaints of Pilgrim International, Inc. (hereinafter, "Pilgrim"), which manufactured and supplied FEMA trailers or housing units pursuant to contracts with FEMA for use in the State of Louisiana.

    b.    Defendant Crum & Forster Speciality Insurance Company (hereinafter, "Crum & Forster"), is, upon information and belief, an entity incorporated in the state of Arizona, with its principle place of business in the state of New Jersey. Further, defendant Crum & Forster provided insurance coverage for the risks involved herein and in the underlying complaints of Pilgrim International, Inc. (hereinafter, "Pilgrim"), which manufactured and supplied FEMA trailers or housing units pursuant to contracts with FEMA for use in the State of Louisiana.

**2.**

Plaintiffs adopt paragraphs four through ten of their underlying Second Amended Complaint for Damages and add the following:

    a.    Crum & Forster is subject to the *in personam* jurisdiction of this Court because it and its insured client, Pilgrim, does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant

         times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation.

    b.    Sentry is subject to the *in personam* jurisdiction of this Court because it and its insured client, Pilgrim, does sufficient business in the State of Louisiana and within this federal district to confer same, and at all relevant times hereto engaged in commerce both in this federal district and in the State of Louisiana with respect to the activities and claims which are the subject of this litigation.

**3.**

Plaintiffs adopt paragraphs eleven through one-hundred and one of their underlying Second Amended Complaint for Damages.

**4.**

Further, this Third Supplemental and Amending Complaint for Damages adds the following individuals as <u>additional</u> Named Plaintiffs, (hereinafter referred to as "Newly Added Plaintiffs"), in the above captioned matter:

    a.    Brandon Jarelle Veal;

    b.    Byron J. Veal;

    c.    Byron J. Veal on behalf of his minor child, Bryan Jamal Veal;

    d.    Byron J. Veal on behalf of his minor child, Bradley Justin Veal;

    e.    Donielle Marie Veal; and

    f.    Gaynell Martin.

**5.**

Upon information and belief, these Newly Added Plaintiffs resided in travel trailers provided by Defendant the United States of America through the Federal Emergency Management Agency, (hereinafter, "FEMA"), manufactured by Defendant Pilgrim and hauled, installed and maintained by Defendant Shaw Environmental, Inc. (hereinafter, "Shaw"), in the greater New Orleans area.  Pursuant to this Honorable Court's Pretrial Order No. 38 (Doc. 1596), this Third Supplemental and Amending Complaint seeks to add multiple, unrelated Newly Added Plaintiffs to a single complaint for damages against the same Defendants, FEMA, Pilgrim, Crum & Forster, Sentry and Shaw.

**6.**

Newly Added Plaintiffs adopt paragraphs one through one hundred and one of Plaintiffs' Second Amended Complaint for Damages (MDL No. 1873, Rec. 1256) and paragraphs one through five of this Third Supplemental and Amending Complaint for Damages.

**7.**

**COMPENSATORY DAMAGES**

In addition to and by way of summarizing the compensatory damages prayed for herein, Plaintiffs and Newly Added Plaintiffs, (hereinafter, "Plaintiffs"), aver that the Defendants, the United States of America through FEMA, Pilgrim, Sentry through Pilgrim, Crum and Forster through Pilgrim and Shaw, individually and/or jointly are responsible for all damages which the Plaintiffs have suffered and continue to suffer as a consequence of

Defendants' acts and/or omissions as pled herein, which damages include, but are not limited to, past and future physical injuries, past and future mental and physical pain and suffering, past and future physical impairments and disability, past and future reasonable and necessary medical expenses, past and future loss of earning capacity, past and future loss of enjoyment and quality of life and other damages and injuries, loss of consortium, and loss of use and/or opportunity to use safe and adequate shelter during the period of displacement from a natural disaster, as well as, all general, special, incidental and consequential damages as shall be proven at the time of trial.

**8.**

**REQUEST FOR JURY TRIAL**

Plaintiffs are entitled to and demand a trial by jury.

**9.**

**PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs pray that Pilgrim, Sentry, Crum and Forster, Shaw, and the Federal Government be served with a copy of this Complaint, and that, after due proceedings are conducted:

1. there be a judgment herein in favor of each Plaintiff and against Defendants for all compensatory damages together will legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the Defendants are liable for all applicable damages and thereafter;

5

2. there be specially included in the judgment in each Plaintiff's favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries,

   b. past and future mental and physical pain and suffering,

   c. past and future physical impairments and disability,

   d. past and future reasonable and necessary medical expenses,

   e. past and future loss of earning capacity,

   f. past and future loss of enjoyment and quality of life,

   g. loss of consortium and/or society,

   h. compensable out-of-pocket expenses related to defendants' wrongdoing, and

   i. costs of court, and

   j. all other general, equitable, and further relief as the Court may deem just and proper.

Respectfully Submitted,


 /s/ Hugh P. Lambert
HUGH P. LAMBERT (LA Bar Number 7933)
LINDA J. NELSON (LA Bar Number 9938)
Lambert & Nelson, P.L.C.
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

*Attorney for the Plaintiffs*


**PLEASE SERVE:**

1. Shaw Environmental, Inc.
   ***Through its registered agent for service***
   C T Corporation System
   5615 Corporate Boulevard, Suite 400B,
   Baton Rouge, LA 70808

2. Crum & Forster Specialty Insurance Company
   ***Through***
   The Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

3. Sentry Insurance A Mutual Company
   ***Through***
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

4. The United States Government
   ***Through***
   U.S. Attorney's Office, Eastern District of Louisiana
   500 Poydras Street
   Room B210
   New Orleans, Louisiana 70130

> *And through*
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Avenue, NW
> Washington, DC 30530-0001
> *And through*
> Federal Emergency Management Agency
> Office of the Director, Office of the General Counsel
> 500 C Street, SW
> Washington, DC 20472

**PLEASE WITHHOLD SERVICE ON:**

1. Pilgrim International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 31st day of July, 2009. I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 31st day of July, 2009.

                                    */s/ Hugh P. Lambert*
                                    HUGH P. LAMBERT, ESQ. (#7933)
                                    LINDA J. NELSON, ESQ. (#9938)