IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: **FEMA TRAILER** | * | **MDL NO. 1873** |
| **FORMALDEHYDE PRODUCTS** | * | **SECTION: N** |
| **LIABILTY LITIGATION** | * | **MAGISTRATE: 5** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **JUDGE ENGELHARDT** |
| | * | **MAGISTRATE CHASEZ** |
| *Joseph M. Pujol, et al. v. Pilgrim International, et al.* | * | |
| **No. 2007-5709** | * | **JURY DEMANDED** |

**************************************************************************

### RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel has been contacted. Counsel for Shaw Environmental does not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

Counsel for the Unites States Government through FEMA has been unable to respond to date. Counsel has agreed to confer further once a response is received from Defendant.

Respectfully Submitted:

*s/ Hugh P. Lambert*
HUGH P. LAMBERT (La. Bar. No. 7933)
LINDA J. NELSON (La. Bar No. 9938)
Lambert and Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

*Attorneys for Plaintiffs*

1

**CERTIFICATE OF SERVICE**

  I hereby certify that all counsel of record were served with copies via the electronic filing system in the Eastern District of Louisiana this 31st day of July, 2009.  I further certify that any counsel of record not subscribing to the electronic filing system in the Eastern District of Louisiana were noticed via United States Mail, postage pre-paid, this 31st day of July, 2009.

                  _/s/ Hugh P. Lambert_____
                 HUGH P. LAMBERT, ESQ. (#7933)