IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | MDL NO. 1873 |
| | FORMALDEHYDE PRODUCTS | * | SECTION: N |
| | LIABILTY LITIGATION | * | MAGISTRATE: 5 |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | JUDGE ENGELHARDT |
| | | * | MAGISTRATE CHASEZ |
| *Joseph M. Pujol, et al. v. Pilgrim International, et al.* | | * | |
| No. 2007-5709 | | * | JURY DEMANDED |

**********************************************************************************

### NOTICE OF HEARING

TO:   ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that the Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint in the above-captioned matter, out of abundance of caution, and pursuant to the Honorable Court's Order and Reasons of December 3, 2008 (MDL Doc. No. 1015), is hereby set for hearing on the 26TH Day of August, 2009, at 9:30 am

Respectfully submitted,

   */s/ Hugh P. Lambert*

 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                /s/ *Hugh P. Lambert*
                                                Hugh P. Lambert, Esq. (#7933)