IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | FEMA Trailer Formaldehyde Products Liability Litigation | * * * * * * | MDL No. 1873 |
| | | | Section N(5) |
| | | | Judge Engelhardt |
| **This Document Relates To:** *Leslie Kujawa, et al. v. Keystone RV Co., et al.* Civil Action No. 09-3944 | | * * * | Magistrate Chasez |
| | | | Jury Demand |

**********************************************************************************

### PLAINTIFFS' MOTION FOR LEAVE TO FILE
### FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Leslie Kujawa, Richard Kujawa, and Leslie and Richard Kujawa o/b/o of their minor children Blake Kujawa and Devin Kujawa, (hereinafter, "Plaintiffs"), who for the reasons more fully set forth in the memorandum attached hereto, respectfully represent that it is both necessary and appropriate to supplement and amend the underlying original Complaint for Damages to add the United States Government through the Federal Emergency Management Agency, (hereinafter, "FEMA"), as an additional defendant, based upon information now in the possession of counsel that was unknown at the time the underlying suit was filed.

WHEREFORE, the Plaintiffs herein respectfully move this Honorable Court for leave to file the attached First Supplemental and Amending Complaint for Damages as it relates to the underlying suit of *Leslie Kujawa, et al. v. Keystone RV, Co., et al.* (Civ. Action No.09-3944), transferred from the United States District Court for the Southern District of Mississippi to the Eastern District of Louisiana, for the above mentioned reasons.

Respectfully submitted,

   /s/ Hugh P. Lambert
 HUGH P. LAMBERT, ESQ. (LA Bar #7933)
 LINDA J. NELSON, ESQ. (LA Bar #9938)
 LAMBERT & NELSON, PLC
 701 Magazine Street
 New Orleans, LA 70130
 Telephone: (504)581-1750
 Facsimile: (504)529-2931
 hlambert@lambertandnelson.com
 lnelson@lambertandnelson.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

   /s/ Hugh P. Lambert
 Hugh P. Lambert, Esq. (#7933)