IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:    FEMA Trailer Formaldehyde | * | MDL No. 1873 |
| Products Liability Litigation | * | |
| | * | Section N(5) |
| | * | |
| | * | Judge Engelhardt |
| | * | |
| This Document Relates To: | * | Magistrate Chasez |
| *Leslie Kujawa, et al.  v. Keystone RV Co., et al.* | * | |
| *Civil Action No. 09-3944* | * | Jury Demand |

**************************************************************************

**MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come Leslie Kujawa, Richard Kujawa, and Leslie and Richard Kujawa o/b/o of their minor children Blake Kujawa and Devin Kujawa, (hereinafter, "Plaintiffs"), who respectfully move this Court for leave to supplement and amend their original Complaint for Damages in the underlying action (Civ. Action No. 09-3944, Rec. Doc. 1).  Plaintiffs request the supplement and amendment pursuant to Fed. Rules Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires" and Fed. Rules Civ. Proc. 20 and 21.

Plaintiffs seek to supplement and amend their original Complaint for Damages to assert their claims against the United State of America through the Federal Emergency Management Agency, (hereinafter, "FEMA"),  for injuries and damages resulting from their temporary housing unit supplied by FEMA, manufactured by Keystone, RV Co. and installed by Bechtel National, Inc. following hurricanes Katrina and Rita.

At the time Plaintiffs filed their original Complaint for Damages their administrative claims under the Federal Torts Claims Act, 28 U.S.C. § 2675, against FEMA were pending. Plaintiffs' administrative claims have since been denied. Therefore, Plaintiffs assert that it is necessary, appropriate and just to supplement and amend the underlying complaint to add FEMA as an additional defendant.

Further, Plaintiffs seek to amend the caption of their complaint for damages to "Leslie Kujawa, Richard Kujawa, Leslie and Richard Kujawa o/b/o their minor child Blake Kujawa and Leslie and Richard Kujawa o/b/o their minor child Devin Kujawa v. Keystone RV Company, Bechtel National, Inc. and the United States of America through the Federal Emergency Management Agency."

Respectfully submitted,

  /s/ Hugh P. Lambert
HUGH P. LAMBERT, ESQ. (LA Bar #7933)
LINDA J. NELSON, ESQ. (LA Bar #9938)
LAMBERT & NELSON, PLC
701 Magazine Street
New Orleans, LA 70130
Telephone: (504)581-1750
Facsimile: (504)529-2931
hlambert@lambertandnelson.com
lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                                                    _/s/ *Hugh P. Lambert*_
                                                                            Hugh P. Lambert, Esq. (#7933)