IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | **FEMA Trailer Formaldehyde** | * | **MDL No. 1873** |
| | **Products Liability Litigation** | * | |
| | | * | **Section N(5)** |
| | | * | |
| | | * | **Judge Engelhardt** |
| | | * | |
| **This Document Relates To:** | | * | **Magistrate Chasez** |
| *Leslie Kujawa, et al.  v. Keystone RV Co., et al.* | | * | |
| *Civil Action No. 09-3944* | | * | **Jury Demand** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel has been contacted.  Counsel for Bechtel National, Inc. does not object to the filing of Plaintiffs' First Supplemental and Amending Complaint, with the reservation of all defenses, including, but not limited to, prescription.

Counsel for Keystone RV Co. has been contacted but have been unable to respond to date.

                                        Respectfully submitted,

                                         */s/ Hugh P. Lambert*

                                        HUGH P. LAMBERT, ESQ. (LA Bar #7933)
                                        LINDA J. NELSON, ESQ. (LA Bar #9938)
                                        LAMBERT & NELSON, PLC
                                        701 Magazine Street
                                        New Orleans, LA 70130
                                        Telephone: (504)581-1750
                                        Facsimile: (504)529-2931
                                        hlambert@lambertandnelson.com
                                        lnelson@lambertandnelson.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 31st day of July, 2009.

                                                                  /s/ *Hugh P. Lambert*

                                                                  Hugh P. Lambert, Esq. (#7933)