UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>         FORMALDEHYDE  PRODUCTS<br>         LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO:<br>No. 09-4438, *Carter v. Gulf Stream Coast, Inc., et al.* | MAGISTRATE CHASEZ |

**SHAW ENVIRONMENTAL, INC.'S**
**CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance with 28 U.S.C. § 1447(b):

1

(1) The following is a list of parties remaining in this action and their counsel of record:

1. **Plaintiffs:**

    A. Ruth Carter
    B. Shemitris Baker on behalf of Jahmal Baker
    C. Lourdes Gonzalez
    D. Warren Hawkins
    E. Donald Magee
    F. Michael Mayeux
    G. Angela Patterson
    H. Deborah Weber
    I. Melvia T. Hodges on behalf of Malik Hodges
    J. Julie Bowsher and Michael Vaughn on behalf of Michael Bowsher

    Hugh P. Lambert (La. #7933)
    Linda J. Nelson (La. #9938)
    *Lambert & Nelson, PLC*
    701 Magazine Street
    New Orleans, LA 70130
    Telephone: (504) 581-1750
    Fax: (504) 529-2931

    **Attorneys for Plaintiffs**

2. **Defendant:** Shaw Environmental, Inc.

    M. David Kurtz (La. #23821)
    Karen Kaler Whitfield (La. #19350)
    Catherine N. Thigpen (La. #30001)
    *Baker Donelson Bearman Caldwell*
    *& Berkowitz, PC*
    201 St. Charles Avenue, Suite 3600
    New Orleans, Louisiana 70170
    Telephone: (504) 566-5200
    Fax: (504) 636-4000

    **Attorneys for Defendant Shaw Environmental, Inc.**

EVANSTON000002

      3.      **Defendant:**  Gulf Stream Coach, Inc.

> Andrew D. Weinstock (La. #18495)
> Joseph G. Glass (La. #25397)
> *Duplass, Zwain, Bourgeois,*
> *Pfister & Weinstock*
> 3838 N. Causeway Boulevard, Suite 2900
> Metairie, Louisiana 70002
> Telephone: (504) 832-3700
>
> *and*
>
> Timothy D. Scandurro (La #18424)
> Dewey M. Scandurro (La. #23291)
> *Scandurro & Layrisson*
> 607 St. Charles Avenue
> New Orleans, LA 70130
> Telephone: (504) 522-7100

              **Attorneys for Defendant Gulf Stream Coach, Inc.**

(2) Copies or electronic images of all records and proceedings occurring in the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Action No. 09-5974 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

      1.      Petition for Damages filed on or about June 10, 2009;

      2.      Notice of Filing of Removal filed by Shaw Environmental, Inc. on July 17, 2009.

(3) Copies or electronic images of all records and proceedings occurring in the Civil District Court for the Parish of Orleans, State of Louisiana, Civil Action No. 09-5974 after removal and/or now known to Shaw are attached hereto as Exhibit "1" to be docketed by this Court, as follows, arranged by filing date:

EVANSTON000003

      1.      Plaintiffs' Supplemental and Amending Petition for Damages filed on or about June 16, 2009.

(4) Copies or electronic images of the returns on service of process filed in state court were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1).

(5) Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(6) No motions or exceptions were pending in this case in the Civil District Court for the Parish of Orleans before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

        *s/Catherine N. Thigpen*
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000

**ATTORNEYS FOR DEFENDANT, SHAW ENVIRONMENTAL, INC.**

EVANSTON000004

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system

*s/Catherine N. Thigpen*

EVANSTON000005