# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

## STATE OF LOUISIANA

| | |
|---|---|
| Ruth Carter et al. | * Civil District Court for the |
| | * Parish of Orleans |
| versus | * No. 09-5974 |
| | * Division "D-16" |
| Gulf Stream Coach, Inc. and Shaw | * |
| Environmental Inc. | * |
| | * |
| Filed: June 10, 2009 | * |

*************************************************************************

## PLAINTIFFS' SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

NOW INTO COURT, Come Ruth Carter and all individuals listed in Paragraph I of the Original Petition for Damages (hereinafter, "Plaintiffs"), who, through undersigned counsel and pursuant to C.C.P. Art 1151, seek to supplement and amend their Original Petition for Damages. Plaintiffs respectfully state as follows:

### I.

Plaintiffs hereby reallege, restate, and adopt paragraphs I through XXXVI of their Original Petition for Damages filed with this Court on June 10, 2009, with the following exceptions:

### II.

Melvia T. Hodges, on behalf of her minor child Malik B. Hodges and Julie Bowser and Michael Vaughn on behalf of Michael Bowser, a minor, are added as additional Named Plaintiffs in the above captioned matter. Accordingly, Paragraph I of the original petition is hereby amended to read as follows:

"I.

Plaintiffs are residents of and domiciled in the parishes below:

   A. Plaintiff Ruth Carter is a resident of and domiciled in the Parish of Orleans, State of Louisiana;

   B. Plaintiff Shemitris Baker on behalf of her minor child Jahmal Baker is a resident of and domiciled in the Parish of Jefferson, State of Louisiana;

EXHIBIT "1"

C. Plaintiff Lourdes Gonzalez is a resident of and domiciled in the Parish of Orleans, State of Louisiana.;

D. Plaintiff Warren Hawkins is a resident of and domiciled in the Parish of Orleans, State of Louisiana;

E. Plaintiff Donald Magee is a resident of and domiciled in the Parish of Orleans, State of Louisiana;

F. Plaintiff Michael Mayeux is a resident of and domiciled in the Parish of Jefferson, State of Louisiana;

G. Plaintiff Angela Patterson is a resident of and domiciled in the Parish of Orleans, State of Louisiana; and

H. Plaintiff Deborah Weber is a resident of and domiciled in the Parish of Orleans, State of Louisiana.

I. Plaintiff Melvia T. Hodges on behalf of her minor child Malik Hodges is a resident of and domiciled in the Parish of Orleans, State of Louisiana

J. Plaintiffs Julie Bowser and Michael Vaughn on behalf of Michael Bowser, a minor, is a resident of and domiciled in the Parish of Orleans, State of Louisiana."

### III.

Newly Added Plaintiffs Melvia T. Hodges on behalf of Malik B. Hodges and Julie Bowser and Michael Vaughn on behalf of Michael Bowser adopt paragraphs I to XXXVI of Plaintiffs' original Petition for Damages filed with this Court on June 10, 2009, along with paragraph II of this Supplemental and Amending Petition for Damages.

### IV.

Wherefore Plaintiffs pray:

I. They be granted permission to file this Supplemental and Amending Petition for Damages adding additional Plaintiffs and

II. For all of the relief originally sought in Prayers I through XXXVI of the Original Petition for Damages on behalf of all Plaintiffs listed herein.

Respectfully Submitted,

Hugh P. Lambert (LA Bar Number 7933)
Linda J. Nelson (LA Bar Number 9938)
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Telephone: (504) 581-1750
Facsimile: (504) 529-2931

## ORDER

Considering the allegations and prayer thereof

It is Ordered that the foregoing Supplemental and Amending Petition for Damages be filed, as prayed for and according to law.

New Orleans, Louisiana, July 15th, 2009.

ENTERED ON MINUTES

JUL 1 6 2009

_____
Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record by facsimile, electronic mail, hand delivery, and/or by placing a copy of same in the United States Mail, postage prepaid on this 14th day of June, 2009.

_____
Hugh P. Lambert, Esq. (7933)

3