# Exhibit B
Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

| Contractor | Insurer |
|---|---|
| Bechtel National, Inc<br>C T Corporation System<br>645 Lakeland East Drive Suite 101<br>Flowood, MS 39232 | |
| CH2M Hill Construction, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |
| Fluor Enterprises, Inc<br>Corporation Service Company<br>320 Sumerulos St.<br>Baton Rouge, LA 70802 | |
| Shaw Environmental, Inc<br>C T Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 | |

# Exhibit B
Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

| Insurance | Insurer |
|---|---|
| American International Specialty Lines<br>American Intl Speialty Lines Insurance Director or Officer<br>300 Riverside Plaza Suite 2100<br>Chicago, IL 60606 | |
| Crum & Forster Specialty Ins Co<br>Lisa Pietenpol<br>6404 International Pkwy Suite 1000<br>Plano, TX 75093 | |
| Gibraltor Insurance Co<br>Quest Management Solutions<br>40 Church St.<br>Hamilton, HM 11, Bermuda | |
| Insurance Company of the State of PA<br>Corporation Service Company<br>701 Brazos Street Suite 1050<br>Austin, TX 78701 | |

# Exhibit B

Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

Lexington Insurance Company
Corporation Service Company
2711 Centerville Road Suite 100
Wilmington, DE 19808

Liberty Insurance Corp
Corporation Service Company
701 Brazos Street Suite 1050
Austin, TX 78701

Exhibit B
Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

| Manufacturer | Insurer |
|---|---|
| Alliance Homes, Inc., d/b/a Adrian Homes<br>G. Hiller Spann, CCP<br>PO Box 226<br>Adrian, GA 31002 | |
| Champion Home Builders Co.<br>Mark Cole<br>2710 Cambridge St. Suite 300<br>Auburn Hills, MI 48326 | |
| Coachmen Recreational Vehicle Company, LLC<br>Corporation Service Company<br>251 East Ohio Street Suite 500<br>Indianapolis, IN 46204 | |
| DS Corp. d/b/a CrossRoads RV, Inc.<br>C T Corporation System<br>36 S. Pennsylvania St. #700<br>Indianapolis, IN 46204 | |

# Exhibit B

Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

| | |
|---|---|
| Fleetwood Homes of North Carolina, Inc.<br>C T Corporation System<br>225 Hillsborough Street<br>Raleigh, NC 27603 | American International Specialty Lines<br>American Intl Speialty Lines Insurance Director or Officer<br>300 Riverside Plaza Suite 2100<br>Chicago IL 60606 |
| Heartland Recreational Vehicles, L.L.C.<br>Douglas Lantz<br>1001 All Pro Drive<br>Elkhart, IN 46514 | |
| Homes of Merit, Inc.<br>Homes of Merit, Inc. Registered Agent<br>755 West Big Beaver Road 1000<br>Troy, MI 48084 | |
| Indiana Building Systems, LLC d/b/a Holly Park<br>Lisa Kuhtic<br>51700 Lovejoy Dr.<br>Middlebury, IN 46540 | |

Exhibit B

Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

Keystone RV Company
H.B. Green
6801 Lake Plaza Drive
Indianapolis, IN 46220

Liberty RV & Marine, Inc.
Wayne A. Spear
7500 NW 42 Ave Rd.
Ocala, FL 34482

Oak Creek Homes, L.P.
Craig A. Reynolds
2450 South Shore Boulevard Ste. 300
League City, TX 77573

Palm Harbor Homes, Inc.
C T Corporation System
251 E. Ohio Street Suite 1100
Indianapolis, IN 46204

# Exhibit B
Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

Palm Harbor Manufacturing, Inc.
C T Corporation System
5615 Corporate Blvd. Ste. 400B
Baton Rouge, LA 70808

Patriot Homes, Inc.
Steven K. Like
307 S. Main St. Suite 200
Elkhart, IN 46516

Insurco, Ltd
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Patriot Manufacturing, Inc.
Patriot Manufacturing, Inc Registered Agent
582 S. Egg Harbor Road
Hammonton, NJ 08037

Insurco, Ltd
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge LA 70809

Pilgrim International, Inc.
Ronald Steve Bennett
14489 U.S. 20
Middlebury, IN 46540

Sentry Insurance
C T Corporation System
350 N. St. Paul Street
Dallas TX 75201

Crum & Forster Specialty Ins Co
Lisa Pietenpol
6404 International Pkwy Suite 1000
Plano TX 75093

Exhibit B

Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

Scotbilt Homes, Inc.
Sam P. Scott
2888 Fulford Road
Waycross, GA 31503

Sunnybrook R.V., Inc.
Elvie J. Frey, SR
201 14th St.
Middlebury, IN 46540

Superior Homes, LLC
Joe B. Smith
8222 Jamestown Dr.
Austin, TX 78758

Thor California, Inc.
C T Corporation System
818 West Seventh St.
Los Angeles, CA 90017

# Exhibit B

Belinda H. Bauer, et al, v Liberty Homes, Inc., et al

Timberland RV Company d/b/a/ Adventure Manufacturing
Mark Gerber
PO Box 1210
Peru, IN 46970

TL Industries, Inc.
Rebecca Butler Power
221 W. Lexington Ave.
Elkhart, IN 46516

Townhomes, L.L.C.
Gary C. Towns
133 SE Newell Drive
Lake City , FL 32025

Viking Recreational Vehicle Company, LLC
CSC- Lawyers Incorporating Services
601 Abbott Rd
East Lansing , MI 48823