UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RANDY J. GREEN and<br>CARL DELCAMBRE | * | CIVIL ACTION #: 6:08-01107 |
| VERSUS | * | JUDGE:    T. MELANCON |
| FLEETWOOD ENTERPRISES, INC.<br>and FLEETWOOD CANADA, Ltd. | * | MAGISTRATE: M. METHVIN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO FILE FIRST AMENDING AND SUPPLEMENTAL COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes the Green Plaintiffs who respectfully request that a leave of court be granted to file a First Amended Complaint.

**WHEREFORE,** for the reasons set forth in this motion and attached memorandum, the Plaintiffs, respectfully request this Honorable Court grant a leave of court to file Plaintiffs' First Amended Complaint

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
718 South Buchanan Street, Suite A
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:   (337) 235-0130

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.

/s/ Jermaine D. Williams
Jermaine D. Williams