UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RANDY J. GREEN and<br>CARL DELCAMBRE | * | CIVIL ACTION #: 6:08-01107 |
| VERSUS | * | JUDGE:   T. MELANCON |
| FLEETWOOD ENTERPRISES, INC.<br>and FLEETWOOD CANADA, Ltd. | * | MAGISTRATE: M. METHVIN |

*********************************************************************

### The Green Plaintiffs' Memorandum in Support of Plaintiffs Motion for Leave to File a First Amended Complaint

**NOW INTO COURT**, through undersigned counsel, comes the Johnson plaintiffs who respectfully move this Honorable Court for leave to amend their Original Amended Complaint pursuant to F.R.C.P. Rule 15.

1.

The Court has not set a deadline date for amended pleadings and the plaintiffs First Amended Complaint should not effect the trial date.

2.

Plaintiffs' move this Honorable Court to amend the plaintiffs Original Complaint to add FEMA as a defendant and to clarify other issues.

**WHEREFORE**, for the reasons set forth in this memorandum, the plaintiffs, respectfully requests this Honorable Court to grant a leave of court to file Plaintiffs' First Amended Complaint.

Respectfully submitted:

/s/ Jermaine D. Williams
Jermaine D. Williams (#25937)
718 South Buchanan Street, Suite A
Lafayette, Louisiana 70501
Phone: (337) 235-3989
Fax:    (337) 235-0130

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing has been sent to all counsel of record via the Court's electronic filing system.

/s/ Jermaine D. Williams
Jermaine D. Williams