UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RANDY J. GREEN and<br>CARL DELCAMBRE | * | CIVIL ACTION #: 6:08-01107 |
| VERSUS | * | JUDGE:   T. MELANCON |
| FLEETWOOD ENTERPRISES, INC.<br>and FLEETWOOD CANADA, Ltd. | * | MAGISTRATE: M. METHVIN |

*********************************************************************

## ORDER

Considering the foregoing Motion;

**IT IS ORDERED,** that the Green Plaintiffs' Motion to File First Amending and Supplemental Complaint be and is hereby GRANTED.

**THUS DONE AND SIGNED** at _____, Louisiana on this ___ day of August 2009.

_____
DISTRICT JUDGE