## Kurtz, David

**From:** Amanda_Ballay@laed.uscourts.gov
**Sent:** Wednesday, July 15, 2009 4:12 PM
**To:** jwoods@gainsben.com; gmeunier@gainsben.com; andreww@duplass.com; Kurtz, David; henry.miller@usdoj.gov
**Subject:** FEMA MDL

Counsel,

The Court has reviewed the Plaintiff's Opposed Second Motion For Leave to File First Supplemental and Amended Complaint (Rec. Doc. 2128) and the other memoranda filed relating thereto. Judge Engelhardt is quite troubled by the request to add allegations of mold-related injury and exposure by bellwether plaintiff Wright, when such allegation has not heretofore been made and is not common to all plaintiffs in this MDL.

I'm sure you all realize that the MDL committee has charged Judge Engelhardt with overseeing this MDL based on the common allegation of formaldehyde exposure - not mold exposure.

If it is Plaintiff's intent to pursue Mr. Wright's damages based on mold exposure, Judge Engelhardt is strongly considering - and instructs you all to consider - the option of selecting a new bellwether plaintiff (who does not allege mold exposure) to replace Mr. Wright in the Forest River bellwether trial. Please note that he intends for the trial to remain set for 12/7/09. If the parties cannot agree on a new bellwether plaintiff whose claim is based on formaldehyde exposure only, Judge Engelhardt will select one himself.

Unless we can reach a resolution of this issue within the next day or so, Judge Engelhardt will set a telephone conference to discuss this.

Thanks.
Amanda



"A"