IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION** | **MDL NO. 1873** |
| | **SECTION N(5)** |
| | **JUDGE ENGELHARDT** |
| **THIS DOCUMENT IS RELATED TO:** <br> *DeCarlo McGuire, et al  v. Gulf Stream Coach, Inc., et al* <br> *No. 06-5659, Section B, Mag. 4* | **MAGISTRATE CHASEZ** |

************************************************************************

### PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

The plaintiffs, DeCarlo McGuire, Dr. Marshall Stevenson, and Lynda Ward-Stevenson, individually and on behalf of their children, Marshall F. Stevenson, III, and Lyndsay Stevenson, and pursuant to the provisions Rule 15 of the Federal Rules of Civil Procedure, respectfully supplements and amends the Original Complaint herein as follows:

1.

Plaintiffs adopt, incorporate and restate all allegations, assertions of fact, causes of action, claims and requests for relief raised and set forth in the Original and First Amended Complaints.

2.

Each Named Plaintiff is, for purposes of 28 U.S.C. §1332, a citizen of a state other than the state(s) in which Defendants are citizens.

3.

The allegations of the Original Complaint and First Amended Complaint with respect to the identification of Parties, as well as the allegations of the Original Complaint and First Amended Complaint with respect to Jurisdiction and Venue, respectfully are reiterated and incorporated herein.

## REQUEST FOR JURY

Plaintiffs specifically reiterate their request for trial by jury of all claims herein, to the extent permitted by law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiffs pray that Defendants Gulf Stream, Shaw and the United States of America through FEMA be served with a copy of this Second Supplemental and Amending Complaint for Damages, and that, after due proceedings:

1. there be a judgment herein in favor of Plaintiffs and against Defendants for all compensatory damages together with legal interest thereon from the date of judicial demand until paid, all costs and expenses of these proceedings, and attorneys' fees, declaring that the defendants are liable for all applicable damages and thereafter;

2. there be specifically included in the judgment in Plaintiffs' favor, provisions for the following damages and relief as found applicable and supported by the evidence:

   a. past and future physical injuries;

   b. past and future mental and physical pain and suffering;

   c. past and future physical impairments and disability;

   d. past and future reasonable and necessary medical expenses;

   e. past and future loss of earning capacity;

   f. past and future loss of enjoyment of and quality of life;

   g. loss of consortium and/or society;

   h. compensable out-of-pocket expenses related to defendants' wrongdoing;

   i. costs of court; and

   j. all other general, equitable and further relief, as the Court may deem just and proper.

Respectfully submitted,

/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone: (504) 483-3224
Facsimile: (504) 483-2259

**PLEASE SERVE:**

1. GULF STREAM COACH, INC.
   **Through its Counsel of Record**
   Timothy D. Scandurro, Esq.
   Scandurro & Layrisson
   607 St. Charles Avenue, Suite 100
   New Orleans, LA 70130

2. SHAW ENVIRONMENTAL, INC.
   **Through its Counsel of Record**
   William H. Howard, III, Esq.
   Baker Donelson Bearman Caldwell & Berkowitz
   201 St. Charles Avenue, Suite 3600
   New Orleans, LA 70170

3. FLUOR ENTERPRISES, INC.
   **Through its Counsel of Record**
   Leon Gary, Jr., Esq.
   Jones, Walker,, Waechter, Poitevant, Carrere & Denegre
   Four United Plaza
   8555 United Plaza Blvd., Fifth Floor
   Baton Rouge, LA 70809

4. BECHTEL CORPORATION
   **Through its registered agent for service:**
   C T Corporation
   5615 Corporate Blvd., Ste. 400B
   Baton Rouge, Louisiana 70808

5. CH2M Hill, Inc.
   **Through its Counsel of Record**
   William H. Howard, III, Esq.
   Baker Donelson Bearman Caldwell & Berkowitz
   201 St. Charles Avenue, Suite 3600
   New Orleans, LA 70170

6. FLEETWOOD ENTERPRISES, INC.
   **Through its Counsel of Record**
   Jerry L. Saporito, Esq.
   Saporito Law Firm
   639 Loyola Avenue, Suite 2100

4

        New Orleans, LA 70113

6.     The United States of America
**through**
U.S. Attorney's Office, Eastern District of Louisiana
500 Poydras Street
Room B210
New Orleans, Louisiana 70130
**and through**
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001
**and through**
Federal Emergency Management Agency
Office of the Director, Office of the General Counsel
500 C Street, SW
Washington, DC 20472

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ John K. Etter
**JOHN K. ETTER**