IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Kimberly Nelson, et al v. Gulf Stream Coach, Inc., et al* No. 07-7494 | |

*************************************************************************

## CONSENT MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL AND AMENDING COMPLAINT FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come plaintiffs in this matter, who respectfully represent that it is both necessary and appropriate to amend and supplement the original complaint by (a) renaming and/or adding certain defendant manufacturers named, (b) add named plaintiffs to, and (c) provide certain information regarding the allegations made against the defendants, and who accordingly move for leave to file the attached Supplemental and Amended Complaint for these purposes. The office of Defendant's Liaison Counsel, Andrew Weinstock, was contacted by the undersigned. Mr. Weinstock has not apprised plaintiffs' counsel of any objection to the filing of the first supplemental and amended complaint.

Respectfully submitted,

/s/ John K. Etter
JOHN K. ETTER (Bar No. 25042)
**RODNEY & ETTER, LLC**
620 North Carrollton Avenue
New Orleans, LA 70119
Phone: (504) 483-3224
Facsimile: (504) 483-2259

*Counsel for Kimberly Neslon, et al*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 1st day of August, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

/s/ John K. Etter
**JOHN K. ETTER**