## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                              MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                     SECTION N-5
                                                 JUDGE ENGELHARDT
                                                 MAG. JUDGE CHASEZ

**This Document Relates to:**

***Lyndon Wright v. Forest River, Inc., et al.,*  No. 09-2977 (E.D. La.)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT UNITED STATES OF AMERICA'S RESPONSE
## TO GULF STREAM COACH, INC., "MOTION FOR
## RECONSIDERATION" [Docket No. 2431]

Defendant United States of America hereby adopts and joins Shaw Environmental, Inc.

(hereinafter "Shaw"), "Motion for Reconsideration" [Docket No. 2431] requesting that this

Court reconsider its ruling of July 17, 2009 [Docket No. 2201] allowing the third

bellwether plaintiff, Lyndon Wright, to amend his complaint to add mold exposure claims and

further allowing mold testing to be conducted on Mr. Wright's emergency housing unit without

amending the trial schedule.  The Court should grant that Motion for all the reasons set forth in

Defendant Shaw's Memorandum filed in support thereof.

Dated: August 2, 2009                               Respectfully Submitted,

TONY WEST                                          ADAM BAIN
Assistant Attorney General, Civil Division         Senior Trial Counsel

J. PATRICK GLYNN                                   ADAM DINNELL
Director, Torts Branch, Civil Division             MICHELLE BOYLE
                                                   JONATHAN WALDRON
DAVID S. FISHBACK                                  Trial Attorneys
Assistant Director
                                                   //S// Henry T. Miller
                                                   HENRY T. MILLER (D.C. Bar No. 411885)
OF COUNSEL:                                        Senior Trial Counsel
JORDAN FRIED                                       United States Department of Justice
Associate Chief Counsel                            Civil Division – Torts Branch
                                                   P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES                               Washington, D.C. 20004
Trial Attorney                                     Telephone No:  (202) 616-4223
FEMA/DHS                                           E-mail:  Henry.Miller@USDOJ.Gov
Department of Homeland Security
Washington, D.C. 20472                             Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// Henry T. Miller
HENRY T. MILLER (D.C. Bar No. 411885)