UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                               MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                              NUMBER: 07-1873

                                                  SECTION: "N"(5)

## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on Fleetwood Enterprises, Inc.'s Motion to Order the IME of Timia Dubuclet (rec. doc. 2372) will be conducted telephonically on August 26, 2009 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 31st day of July, 2009.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE