```
MINUTE ENTRY
CHASEZ, M.J.
JULY 31, 2009
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                     MDL ACTION
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION                    NUMBER: 07-1873

                                        SECTION: "N"(5)


HEARING ON MOTION


APPEARANCES:   Andrew Weinstock, Charles Penot, Justin Woods,
               Mikal Watts

MOTION:

(1) Defendants' Motion for Leave to Depose Additional Witnesses
    (Rec. doc. 2320).

_____ :   Continued to

_____ :   No Opposition

\_\_1\_\_ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E


MJSTAR(00:15)

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1__ :   Other. Plaintiffs are to provide defendants with their draft of the trial plan on August 7, 2009. Any of the individuals who are the subject of defendants' motion who remain listed as witnesses in plaintiffs' draft may be deposed by defendants on dates and times to be agreed upon by counsel. The depositions shall be limited to two (2) hours.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE