UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION "N" (5)

THIS DOCUMENT RELATES TO:
*Dillon, et al. v. Forest River, Inc., et al.*
*No. 09-3557*
*********************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

BEFORE ME, the undersigned authority, personally came and appeared:

**CANDICE C. SIRMON, ESQ.**

who, after being first duly sworn, did depose and state:

That he is counsel for plaintiff in the above-captioned matter; that on May 21, 2009, he deposited in the United States Mail, postage prepaid, a certified copy of the summons and Complaint for Damages in the above matter, properly addressed, to defendant Forest River, Inc. through C T Corporation System, 5615 Corporate Blvd., Suite 400B, Baton Rouge, LA 70808, requesting a return receipt and has now received confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

*(signature)*
**CANDICE C. SIRMON, ESQ.**

Sworn to and subscribed before me, this 3rd day of August 2009.

*(signature)*
LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Forest River, Inc
Through
CT Corporation System
5615 Corporate Blvd., Ste 400B
Baton Rouge, LA 70808.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X CT Corporation System  ☐ Agent  ☐ Addressee
5615 Corporate Blvd.
Suite 400B
B. Received by (Printed Name)   C. Date of Delivery
Baton Rouge, LA 70808
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☒ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7006 3450 0001 5393 2116

PS Form 3811, February 2004  Domestic Return Receipt  MAY 28 REC'D  102595-02-M-1540