UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin J. Buras, Calvin P. Buras, and | * | Docket No. 09-3629 |
| Jane R. Buras | * | |
| | * | Section:  N |
| Versus | * | |
| Mitchell County Industries, LLC and | * | Magistrate:  5 |
| CH2M HILL, Constructors, Inc. | * | |
| | * | |
| This Document Relates to: | * | |
| *In re:   FEMA Trailer Formaldehyde* | * | |
| *Products Liability Litigation –* | * | |
| *MDL No. 1873* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR EXTENSION OF TIME

Defendant, Mitchell County Industries, LLC, moves this Honorable Court to extend an additional twenty (20) days to defendant, the time within which defendant must answer plaintiffs' petition, on the grounds that additional time is necessary for the obtaining of further information and completing of necessary investigation preparatory to answering. This is the first formal Motion for Extension of Time filed with the Court.  The adverse party has not been contacted.

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 3rd day of August , 2009, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by United States mail, properly addressed, and first class postage prepaid.

*Pamela K. Richard*

*Pamela K. Richard*

SIDNEY J. ANGELLE, #1002
PAMELA K. RICHARD, #25223
LOBMAN, CARNAHAN, BATT,
  ANGELLE & NADER
POYDRAS TOWER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130
(504) 586-9292   FAX (504) 586-1290