UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| Calvin J. Buras, Calvin P. Buras, and | * | Docket No. 09-3629 |
| Jane R. Buras | * | |
| | * | Section:  N |
| Versus | * | |
| Mitchell County Industries, LLC and | * | Magistrate:  5 |
| CH2M HILL, Constructors, Inc. | * | |
| | * | |
| This Document Relates to: | * | |
| *In re:   FEMA Trailer Formaldehyde* | * | |
| *Products Liability Litigation –* | * | |
| *MDL No. 1873* | * | |

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●

## <u>O R D E R</u>

Considering the above and foregoing motion of defendant, Mitchell County
Industries, LLC , requesting a twenty (20) day extension of time to plead;

**IT IS ORDERED, ADJUDGED AND DECREED** that such extension of time be
granted.

New Orleans, Louisiana, this_____day of_____, 2009.

_____
**J U D G E**