**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  **FEMA TRAILER**
       **FORMALDEHYDE PRODUCTS**       **MDL NO. 07-1873**
       **LIABILITY LITIGATION**

                                             **SECTION "N" (5)**

**THIS DOCUMENT RELATES TO:**
*Coleman, et al. v. Forest River, Inc., et al.*
*No. 09-3480*
*******************************************************************************************

## AFFIDAVIT OF SERVICE

**STATE OF LOUISIANA**
**PARISH OF ORLEANS**

            BEFORE ME, the undersigned authority, personally came and appeared:

### CANDICE C. SIRMON, ESQ.

who, after being first duly sworn, did depose and state:

      That he is counsel for plaintiff in the above-captioned matter; that on May 12,

2009, he deposited in the United States Mail, postage prepaid, a certified copy of the

summons and Complaint for Damages in the above matter, properly addressed, to

defendant Forest River, Inc. through C T Corporation System, 5615 Corporate Blvd.,

Suite 400 B, Baton Rouge, LA 70808, requesting a return receipt and has now received

confirmation from the United States Postal authorities indicating that the

certified copy of the summons and complaint has been received by the addressee; that the affiant herewith makes this affidavit pursuant to the provisions of Federal Rule of Civil Procedure 4(l).

CANDICE C. SIRMON, ESQ.

Sworn to and subscribed before me, this 3rd day of August 2009.

LINDA J. NELSON (LA Bar Roll #9938)
My commission expires with life.

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature X CT, a Wolters Kluwer business ☐ Agent ☐ Addressee B. Received by *Corporate Air Suite 4008* C. Date of Delivery Baton Rouge, LA 70808 MAY 1 6 |
| 1. Article Addressed to: Forest River, Inc. Through its registered agent CT Corporation System 5615 Corporate Blvd, Ste. 400B Baton Rouge, LA 70808 | D. Is delivery address different from item 1? ☐ Yes If YES, enter delivery address below: ☐ No |
| | 3. Service Type ☐ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D. |
| | 4. Restricted Delivery? *(Extra Fee)* ☐ Yes |
| 2. Article Number *(Transfer from service label)* 7006 3450 0001 5393 1881 | |
| PS Form 3811, February 2004 Domestic Return Receipt | MAY 1 9 REC'D 02595-02-M-1540 |