# EXHIBIT  1

**FEMA - FLEETWOOD TRAILER**

**INSPECTION AND TESTING PROTOCOL**

In Re:      **FEMA Trailer Formaldehyde Products Liability Litigation**
                     **Untied States District Court, Eastern District of Louisiana**
                     **MDL No. 1873**

---

        **The Plaintiffs' Steering Committee ("PSC") will inspect and test the travel trailer resided in by Plaintiffs, Elicia Dubuclet on behalf of her minor child, Timia Dubuclet , Fleetwood Trailer, VIN # 4CJ1F322764015272, ("The Trailer"), FEMA Bar Code #1373963.  The Trailer is currently located at a FEMA Storage Facility in Lottie, Louisiana, Inventory Location: _____-Lot _____.**

1. **Inspections:**

    a. **General**

        i. Once FEMA has identified the Trailer, at least 72 hours in advance of the testing, FEMA will allow a non-lawyer representative of the PSC to access the trailer to document whether the Trailer doors and/or windows are in the open or closed position.  Photographs and/or videotaping of the trailer will be taken by the representative upon arrival at the Trailer;

        ii. If any doors and/or windows are found in the open position, the representative of the PSC will place them in a closed position.  Photographs and/or videotaping of the trailer will be taken after the trailer doors and windows are closed, if necessary;

        iii. The representative of the PSC will secure the unit by placing tape necessary to ascertain whether or not the door and/or windows have been opened by anyone once the unit has been closed up;

        iv. The location of the Trailer for testing should have an area large enough to adequately facilitate the inspection of the Trailer by those involved.  The condition of the location of the trailer will be assessed

1

by this representative of the PSC who will immediately report to the PSC (who will relay to the Department of Justice Counsel) whether the unit is readily accessible. If access to the unit is restricted, FEMA will attempt to get adjacent units moved prior to the scheduled commencement of the testing;

v.   Access to nearby restroom facilities is requested.  Should access not be provided or is not in close proximity to the Trailer, PSC will be allowed to provide portable restroom facilities at the site of the inspection and testing;

vi.   Estimated times do not include travel time from the entry gate of the facility to the Trailer nor time taken for lunch;

vii.   Times are estimates only.  Actual testing and inspection times may vary;

viii.   Once all exterior openings are deemed secure by the representative of the PSC, no one will open the Trailer for at least 72 hours prior to the start of the testing.  FEMA will instruct all staff at the facility not to access the unit until the PSC commences testing unless an emergency situation arises requiring FEMA to access the Trailer.  If the Trailer is entered by anyone, FEMA will report this entry to the Department of Justice Counsel who will relay this information to the PSC;

ix.   Before any interior access is allowed, the initial inspection, photographing, videotaping or any other recordings to be taken of or at the exterior should occur;

x.   All of the windows, doors and other openings to the exterior of the Trailer shall remain closed for a minimum of 72 hours prior to the PSC's inspections;

xi.   Testing and inspection would begin at normal operating hours on July ___, 2009;

xii.   Testing and inspections will be conducted during normal operating hours over 2 days unless a third day is necessary to complete the testing;

xiii.   Day One of testing will be comprised of William Scott, P.E. and Marco Kaltofen, P.E. entering the trailer to conduct active air sampling and set 24 hour passive dosimeter tests, to take no longer than an hour, and with the Trailer to subsequently remain closed for

2

24 hours, with testing set to resume at approximately 9:00 a.m. CDT the following day;

xiv. FEMA will be given 48 hours advance notice of all persons who will access the site;

xv. FEMA/Department of Justice will allow the PSC to have 2 attorneys present at the inspection. Any other party may have one attorney and any consultants they believe necessary to monitor the PSC's testing and inspection;

xvi. United States will be allowed to have one attorney plus any expert/consults who have expertise related to type of testing being performed present in trailer during any testing inside unit. Any other defendants may have experts/consultants with expertise related to type of testing being performed present in trailer during any testing inside unit. PSC will announce at least 10 minutes in advance what testing is going to be done prior to accessing interior of unit and ascertain who will be entering the Trailer prior to accessing the unit for purposes of that testing;

xvii. The testing and inspections will be done by PSC's consultants, employees of the consultants or others hired to test, inspect or perform other duties on behalf of the consultants or PSC;

xviii. Names of the participants will be provided to FEMA 48 hours in advance of the testing; however, PSC and its consultants reserve the right to add members to the inspection party as necessary depending upon the findings and unanticipated needs discovered during the testing and inspections. FEMA will attempt to accommodate all such requests;

xix. The PSC's attorneys, consultants and other members of the consultants party may be accompanied and directed to the Trailer by a FEMA employee and these persons will agree not to talk with any persons at the facilities about trailers or any matter that may in any way relate to the MDL action;

xx. All members of the inspection and testing parties agree to restrict themselves to the area of the facility identified by FEMA as the access route and area for the testing and inspection of the Trailer, and the Trailer itself;

xxi. The only unit to be accessed will be the Trailer;

3

xxii.   These persons will not access, seek to access, photograph, video tape, record or inspect any other trailers or portions of the facility. This does not include the incidental electronic or photographic capture of any other unit, portions of the facility or other images that may occur during or as a result of the photographing, video taping or recording of the Trailer;

xxiii.  All persons electing to enter the Trailer for initial testing, observations, photographing or to video the proceedings will identify themselves to PSC's counsel on site and to William Scott, P.E. prior to the any initial entry into the Trailer by anyone;

xxiv.   PSC Counsel will announce the start of this set-up and testing. PSC Counsel will then open the Trailer door once for all concerned to immediately and quickly enter the Trailer. Once set up for this testing begins, no one will be allowed to enter or exit the Trailer. All doors and windows will remain closed during sampling;

xxv.    The number of people entering into the Trailer for the initial indoor air quality testing should be limited to counsel as previously provided and only those experts or consultants qualified to perform these tests. This will assist in eliminating any possible effects an increased number of participants may have on the tests results;

xxvi.   All parties initially entering into the Trailer each day must enter as a group at the same time. The door of the Trailer should remain open for only as long as needed for group to enter expeditiously and will remain closed thereafter until that phase of inspection or testing is concluded;

xxvii.  The door of the Trailer and all windows shall remained closed for the entire duration of all the indoor air quality tests;

xxviii. All parties, within fifteen days of making any videotapes, photographs, or recordings, will provide to the other parties and liaison counsel duplicates of those materials.

xxix.   All parties agree to produce within ten days of receipt to all other parties, copies of any and all documents and materials generated by testing of samples collected from this Trailer; and

xxx.    All non-governmental persons who enter the FEMA facility agree to sign an indemnity/hold harmless agreement acceptable to all parties prior to entering the property. The government agrees to provide a copy of any indemnity/hold harmless agreement for review and approval by the PSC and other participants by June 30,

4

2009.  All attendees must sign and date the agreement and email it in a PDF format to FEMA/Department of Justice Counsel at least 48 hours before this testing.

**b.  Specific Non-Destructive Testing:**

| Action: | Estimated Time: (times will over-lap) | Estimated Personnel: (Not including Counsel or Photographer/Animator) |
|---|---|---|
| Day 1:  Set up and obtain active air sample(s) measurements inside Trailer, set up passive dosimeter, leave trailer closed for 24 hours. | 1.0 hours | 2-3 |
| Set up air sampling and measurement devices outside the Trailer. | 0.5 hours | 3-5 |
| Conduct air sampling (IAQ, formaldehyde and other type) tests: outdoor and indoor air testing. Access will be restricted during these tests.  Tests will be performed by W. D. Scott Group, Inc. and/or Boston Chemical Corporation to determine the current air quality within the Trailer.<br><br>Testing requires an undisturbed test area. No movement into or out of the Trailer will occur during this time.<br><br>Collect air sampling and measuring devices. | 2.0 hours<br><br><br><br><br><br><br><br>0.5 hours | 3-5<br><br><br><br><br><br><br><br>3-5 |

5

| | | |
|---|---|---|
| Preliminary inspection, photographing, videotaping, measuring, and recording of the exterior undercarriage, underbelly, walls, windows, doors, envelope penetrations, roof, accessories and sealants.  Removal of the roof top air conditioning unit cover will be performed to inspect and document the unit.<br><br>Temperature and Relative Humidity monitoring devices will be set up on the exterior and interior of the Trailer for continuous readings throughout the inspection and testing on a 24 hour basis.  This will be performed by First General Services and Ritter Consulting or other PSC-retained experts to provide data to assist experts in compiling indoor formaldehyde air quality assessments. | 2.5 hours | All personnel |
| Installation of a logging velometer on the interior of the Trailer in the locations typically assigned for the placement of formaldehyde badges.  This will be performed by First General Services or other PSC-retained experts determine air flow within the Trailer without the aid of mechanical units or opening of fenestrations. | 1.0 hours | 1-3 |
| Infrared thermographic survey will be performed by Lagrange Consulting and First General Services or other PSC-retained experts to document the temperature differentials between the interior and exterior surfaces of the Trailer.  This will identify potential air leakage, moisture intrusion and water intrusion into the unit. | 1.0 hours | 2-3 |

| | | |
|---|---|---|
| Taking of mold samples (if necessary) will be performed by W. D. Scott Group, Inc. and/or Boston Chemical, to obtain bulk, surface and air samples, for viable and/or direct laboratory analysis as dictated by the conditions in the Trailer, and to identify, quantify and classify any possible surface microbial growth. | 2.5 hours | 3-4 |
| Environmental walk through, survey, photograph, and video of Trailer. | 3.5 hours | 4-6 |
| Examination and documentation of the interior and exterior construction means and methods. | 3.5 hours | 3-5 |
| Materials Audit and Measurements. Note: measurements will be ongoing on the exterior and interior of the Trailer throughout the inspection period. This will be performed by Dr. Stephen Smulski or other PSC-retained experts to identify the materials utilized in the construction of the Trailer and to determine the manufacturer and certifying agency of each material. | 3.0 hours | 3-5 |
| Observe and measure door and window units for plumb and square positions. Performed by David Moore, P.E. and First General Services or other PSC-retained experts. | 2-3 hours | 4-6 |

c.      **Air Sampling Protocol**

i.      Air sampling will be conducted in accordance with the Protocol entitled *Formaldehyde Sampling: Active and Passive Sampling Protocols – Procedures for Evaluating Formaldehyde Levels in FEMA Temporary Housing Units,* prepared and developed by DeVany Industrial Consultants, March 2008;

7

ii.  Measurements of the Trailer/Material Audit will be conducted so as to catalogue components consistent with "Aldehyde and Other Volatile Organic Chemical Emissions in four FEMA Temporary Housing Units - Final Report," by LBNL's Randy Maddalena, Marion Russell, Douglas P. Sullivan, and Michael G. Apte, Environmental Energy Technologies Division, November 2008, available at:

http://www.cdc.gov/nceh/ehhe/trailerstudy/pdfs/LBNL-254E.pdf

("LBNL Report"), including measurements of each surface material, component part and opening in the trailer.

8

# EXHIBIT  2



445 Dolley Madison Rd, Ste. C
Greensboro, NC 27410
336.931.5046
888-WPH-0001
www.workplace-hygiene.com

## Fleetwood Air Sampling Protocol

### Overview of Sampling Activities

Workplace Hygiene will collect active and passive integrated air samples to assess formaldehyde levels inside of a Fleetwood unoccupied temporary housing unit (THU). The integrated air samples will be collected and analyzed according to generally accepted industrial hygiene practices. More specifically, the formaldehyde air samples will be collected according to NIOSH Method 2016. Appendix A includes a copy of this method. Table 1 summarizes the sampling and analytical information for this method.

**Table 1**
**Summary of Formaldehyde Integrated Air Sampling Method-NIOSH 2016**

| Sample Duration | Sampling Technique | Sample Media | Target Flow Rate (mL/minute) | Sample Volume (L) | LOQ (µg) | Reporting Limit (ppm) |
|---|---|---|---|---|---|---|
| 1 hour | Continuous | 2,4-DNPH coated silica gel tube[1] | 1000 | 60 | 0.1 | 0.00013 |
| 24 hours | Passive | 2,4-DNPH coated fiberglass | 13.05 | 18.8 | 0.1 | 0.0043 |

1  2,4-DNPH = 2,4-dinitrophenylhydrazine
2  LOQ = Limit of Quantitation defined as the lowest level of analyte that can be accurately and precisely measured.
3  Reporting Limit = Minimum concentration that can be reported based on LOQ and sample volume.

The reporting limits listed in Table 1 were calculated using the limits of quantitation (LOQs) published by Galson Laboratories for formaldehyde and expected sample volumes using the following standard industrial hygiene formulas:

$$\text{Concentration (ug/L)} = \frac{\text{Quantity Found (µg) on media}}{\text{Sampling Rate (L/min) X Sampling Time (min)}}$$

$$\text{Concentration (ppm)} = \text{Concentration (µg/L)} \quad X \quad \frac{\text{Molar Volume 24.1 (L/mole)}}{\text{Molecular Weight (g/mole) of Chemical}}$$

Immediately upon arrival at the THU, a 1-hour sample will be collected inside the unit to evaluate formaldehyde concentrations prior to pre-conditioning. The sample will be collected at the conditions at which the THU is found. No attempt will be made to condition the air or ventilate the interior before or during the initial 1-hour sample.

Prior to performing 24-hour sampling, the THU will be aired-out (ventilated) by opening all windows and doors for approximately 48 hours[1,2], followed by pre-conditioning for approximately 48 hours at a thermostat setting of 75°F. Cabinet/closet doors will be open during the ventilation and preconditioning periods, but closed during the testing period.

---

[1] In the event of forecasted or actual precipitation, the exterior doors and windows may be closed to avoid water intrusion into the THU. If this occurs, the date and time will be documented by the field personnel.
[2] If necessitated by access or other conditions, the airing out time may be reduced to a minimum of 24 hours.

Exterior doors and windows will remain closed during the preconditioning and testing periods. If window coverings (e.g., shades or drapes) have been installed in the THU by the manufacturer, they will be closed during the pre-conditioning and testing periods. If requested, a list of non-built in furniture will be documented.

Once the THU has been ventilated and pre-conditioned as described above, 1-hour active samples and 24-hour passive samples will be collected inside and outside of the THU. The active samples will be collected on DNPH-treated silica gel tubes using air sampling pumps that are calibrated to draw air through the sorbent tubes at a flow rate of 1000 milliliters of air per minute. The passive samples will be collected using Assay Technology 571 passive sampling badges. The indoor sample will be placed on a tripod in the approximate center of the THU. The sample inlets will be placed at approximately 4 feet from floor level.

All sampling activities related to this project will be documented on a Workplace Hygiene field form (hardcopy or electronic). In the event of a pump failure, the sampling will be repeated. Quality assurance/quality control samples will include one co-located duplicate sample with each primary sample, one media blank, and one field blank. The primary samples will be submitted for analysis unless they are damaged or lost, in which case, the duplicate samples will be submitted. Primary samples will have sample numbers ending with "A" and duplicate sample numbers will end with "B".

Following air sampling activities, measurements to evaluate the moisture content of building materials will be collected throughout the THU. Ventilation measurements will also be collected while the air-conditioning system is operating to evaluate differentials in pressure between the living space, walls, and outdoors.

**Pre-Sampling Activities**

1. Locate air sampling equipment
    a. Air Sampling Pumps
    b. SKC 226-119 Sorbent tubes (Formaldehyde)
    c. Single or dual  SKC low flow adapter with flexible tubing attached
    d. Assay Technology 571 Passive Badges
    e. 2 Tripods

2. Locate other supplies
    a. Temperature and relative humidity datalogger or similar device (1 for indoor monitoring)
    b. Temperature and relative humidity datalogger or similar device (1 for outdoor monitoring)
    c. Digital Camera

**Activities performed immediately upon arrival at a THU**

1. Record the following information on the field Form:
    a. FEMA ID of the THU
    b. VIN number or other unique identifier of the THU
    c. Manufacturer
    d. Model
    e. Year manufactured
    f. Location.
2. Take a photograph of the THU.
3. If available, take a photograph of the FEMA identification placard or VIN plate located in the THU.
4. Place temperature and relative humidity datalogger or similar device on tripod at outdoor testing location and allow at least 15 minutes for equilibration.
5. Place air sample pumps on tripod and ensure the inlets for the sorbent tubes are approximately 4 feet above the ground.
6. Document the outdoor sample location on field form.
7. Begin outdoor temperature and relative humidity monitoring.
8. Conduct calibration of air sampling pumps at outdoor sample location and document on the air sampling form.
9. Label air sampling media using pre-printed sample labels.

**Initial Sampling Activities**

Active 1-Hour Air Sampling
1. Enter the THU.
2. Place the temperature/relative humidity datalogger inside the THU and allow at least 15 minutes for equilibration.
3. Conduct calibration of air sampling pumps at indoor sample location and document on the air sampling form.

4. Place integrated air sample pump on tripod and ensure the inlets for the sorbent tubes are approximately 4 feet above the floor.
5. Place sampling tripod in THU and document on field form.
6. Place the temperature/relative humidity datalogger on the tripod and push the start button.
7. Turn the sampling pumps on for the indoor and outdoor samples and allow them to sample for 1 hour.
8. After 1 hour, stop the sampling pump and record stop time on air sample form.
9. Remove the sample sorbent tubes from the tube holders.
10. Affix the appropriate sample identification number to each tube.
11. Install caps on sample sorbent tubes and ensure integrity of the labels.
12. Place collected samples and blanks in a ziplock bag or other sealed container and store on blue ice or in a freezer until the 24-hour sampling is completed and all samples can be shipped to the laboratory.

## THU Conditioning Activities

Ventilating
1. Immediately after 1-hour sample is collected and post-calibration is performed, open all windows (including shades, drapes, and blinds), doors, and vents in the THU.
2. Keep all windows, doors, and vents open until conditioning phase begins.

Conditioning
1. Ensure generator is placed and electrical supply is established to THU.
2. Test HVAC system for proper function.
3. Repair or replace HVAC components as needed for proper operation.
4. Close exterior windows (including shades, drapes, and blinds), doors, and vents.
5. Start HVAC and place thermostat setting on 75°F.
6. Allow HVAC to run for 48 hours before conducting post-conditioning sampling.

## Post-Conditioning Activities

Active 1-Hour Air Sampling
1. Enter the THU.
2. Place the temperature/relative humidity datalogger inside the THU and allow at least 15 minutes for equilibration.
3. Conduct calibration of air sampling pumps at indoor sample location and document on the air sampling form.
4. Place integrated air sample pump on tripod and ensure the inlets for the sorbent tubes are approximately 4 feet above the floor/ground.
5. Place sampling tripod in THU and document on field form.
6. Place the temperature/relative humidity datalogger on the tripod and push the start button.
7. Turn the sampling pumps on for the indoor and outdoor samples and allow them to sample for 1 hour.

8.  After 1 hour, stop the sampling pump and record stop time on air sample form.
9.  Remove the sample sorbent tubes from the tube holders.
10. Affix the appropriate sample identification number to each tube.
11. Install caps on sample sorbent tubes and ensure integrity of the labels.
12. Place collected samples and blanks in a ziplock bag or other sealed container and store on blue ice or in a freezer until all samples can be shipped to the laboratory.

Integrated 24-Hour Air Passive Sampling

1.  Open foil pouch and remove monitor.
2.  Discard pouch and product conditioners.
3.  Locate monitor ID numbers printed on back of monitor.
4.  Enter monitor ID No. and sample number on air sampling form.
5.  Attach clip to Monitor.
6.  Open flip-top sampler cap to reveal sampling holes.
7.  Using a zip tie, clip monitor to tripod approximately 4 feet from floor level.
8.  Record sampling date and start time on air sampling form.
9.  At the end of sampling, remove monitor and close the flip-top sampler cap securely.
10. Record stop time and date on air sampling form.
11. Place monitor in return pouch and close securely.
12. Ensure that the temperature and humidity data are downloaded from the dataloggers.
13. Collect 1 field blank and 1 media blank for each THU sampled.
14. Calculate average flow rates from pre and post calibration data and record on calibration log.
15. Calculate sample volumes for each active sample and record on air monitoring log.
16. Complete and sign laboratory chain of custody form.
17. Remove the pink copy and retain in job folder with field forms.
18. Ship samples (on blue ice) to the laboratory for overnight delivery.

Send samples under chain of custody to:

    *Galson Laboratories*
    *6601 Kirkville Rd.*
    *East Syracuse, NY 13057*
    *Ph: 888-432-5227*

**Pressure Testing**

1.  After all air sampling has been completed and while the air-conditioning unit is operating, ventilation measurements will be made to evaluate pressure differentials between the interior living space, wall cavities, and outdoors.
2.  The measurements will be made using manometers and rubber tubing.
3.  The tubing will be placed in wall cavities by removing cover plates, positioning the tubing, and sealing the face of the opening with duct tape.
4.  After measurements are made, the cover plates will be replaced.

5. For comparison with outdoors, the tubing may be placed through window or storage access openings and sealed with plastic sheeting and duct tape.
6. After testing is completed, the windows and/or doors will be placed back in the closed position.
7. Pressure differentials will be documented on a Workplace Hygiene field sampling form.

**Moisture Measurements**

1. After all air sampling has been completed, moisture measurements will be made in building materials throughout the THU using a 2-pin moisture meter.
2. Measurements will be documented as they are made.



**FORMALDEHYDE**
**AIR MONITORING LOG**

| Project Phase | Sample Description | Sample No. | Pump/ Badge No. | Flow Rate (mL/min) | Time On | Time Off | Min | Volume (Liters) |
|---|---|---|---|---|---|---|---|---|
| **Indoor Initial** <br><br> Date: | Primary | A | | | | | | |
| | Duplicate | B | | | | | | |
| **Outdoor Initial** <br><br> Date: | Primary | A | | | | | | |
| | Duplicate | B | | | | | | |
| **Indoor 1-hr. Post-Conditioning** <br><br> Date: | Primary | A | | | | | | |
| | Duplicate | B | | | | | | |
| **Outdoor 1hr. Post-Conditioning** <br><br> Date: | Primary | A | | | | | | |
| | Duplicate | B | | | | | | |
| **Indoor 24-hr. Badge Post-Conditioning** <br><br> Start Date: <br> End Date: | Primary | A | | ▓▓▓ | | | | ▓▓▓ |
| | Duplicate | B | | ▓▓▓ | | | | ▓▓▓ |
| **Outdoor 24hr. Badge Post-Conditioning** <br><br> Start Date: <br> End Date: | Primary | A | | ▓▓▓ | | | | ▓▓▓ |
| | Duplicate | B | | ▓▓▓ | | | | ▓▓▓ |

| | |
|---|---|
| Location: | Sampled by: |
| 24-hour Sampling Start Date: | 24-hour Sampling End Date: |
| Indoor Sample Location: | Date/Time Ventilation Began: |
| Indoor Sample Height: | Date/Time Ventilation Ended: |
| Outdoor Sample Location: | Date/Time Pre-Conditioning Began: |
| Outdoor Sample Height: | Date/Time Pre-condition Ended: |
| A/C Type: (circle)     Room     Central | A/C Thermostat Setting: |

 **Workplace** HYGIENE

# CALIBRATION LOG

| THU VIN#: | Manufacturer: | Location: |
|---|---|---|
| FEMA ID#: | Sampler ID: | Calibrator ID: |

| Pump Number | Sample Description | Sample Number | Flow rates (mL/minute) 1 | 2 | 3 | Average Flow Rate |
|---|---|---|---|---|---|---|
| | 1 hr. Initial Indoor | A | / | / | / | |
| | 1 hr. Initial Indoor Duplicate | B | / | / | / | |
| | 1 hr. Initial Outdoor | A | / | / | / | |
| | 1 hr. Initial Outdoor Duplicate | B | / | / | / | |
| | 1 hr. Post-Conditioning Indoor | A | / | / | / | |
| | 1 hr. Post-Conditioning Indoor Duplicate | B | / | / | / | |
| | 1 hr. Post-Conditioning Outdoor | A | / | / | / | |
| | 1 hr. Post-Conditioning Outdoor Duplicate | B | / | / | / | |

| Pre-Calibrated By: | | Date: |
|---|---|---|
| Post-Calibrated By: | | Date: |

| Temperature and Humidity Measurements for Initial Sampling Event | | | |
|---|---|---|---|
| Indoor Temperature /Relative Humidity Datalogger Serial Number: | Start Time: Stop Time: | | |
| Outdoor Temperature /Relative Humidity Datalogger Serial Number: | Start Time: Stop Time: | | |
| Indoor Temperature /Relative Humidity Direct-Read Serial Number: | Start Time: Stop Time: | Wet Bulb Temp. (°F): Dry Bulb Temp. (°F): | % RH: |
| Outdoor Temperature /Relative Humidity Direct-Read Serial Number: | Start Time: Stop Time: | Wet Bulb Temp. (°F): Dry Bulb Temp. (°F): | % RH: |
| Temperature and Humidity Measurements for Post-Conditioning Sampling Event | | | |
| Indoor Temperature /Relative Humidity Datalogger Serial Number: | Start Time: Stop Time: | | |
| Outdoor Temperature /Relative Humidity Datalogger Serial Number: | Start Time: Stop Time: | | |
| Indoor Temperature /Relative Humidity Direct-Read Serial Number: | Start Time: Stop Time: | Wet Bulb Temp. (°F): Dry Bulb Temp. (°F): | % RH: |
| Outdoor Temperature /Relative Humidity Direct-Read Serial Number: | Start Time: Stop Time: | Wet Bulb Temp. (°F): Dry Bulb Temp. (°F): | % RH: |

General Notes/Observations:

Describe any odors in the THU:

Household products, non-built-in furniture, or other sources of formaldehyde:

 **Workplace**
HYGIENE

**VENTILATION
SURVEY WORKSHEET**

| Test Number | Description | Pressure Differential ("wg) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

# EXHIBIT 3

# Appendix A
# NIOSH Method 2016

# FORMALDEHYDE                2016

**H₂C=O**    MW:   30.03        CAS: 50-00-0        RTECS:  LP8925000

| | |
|---|---|
| **METHOD:**  2016, Issue 2 | **EVALUATION:** FULL |

Issue 1:  15 January 1998
Issue 2:  15 March 2003

| | |
|---|---|
| **OSHA :** 0.75 ppm; 2 ppm STEL | **PROPERTIES:** Gas; BP -19.5 °C; specific gravity 1.067 |
| **NIOSH:** 0.016 ppm; C 0.1 ppm; carcinogen | (air = 1); explosive range 7 to 73% (v/v) in |
| **ACGIH:** C 0.3 ppm; suspected human carcinogen | air |
| (1 ppm = 1.23 mg/m³ @ NTP) | |

**NAMES & SYNONYMS:** methanal; formalin (aqueous 30 to 60% w/v formaldehyde); methylene oxide

## SAMPLING

**SAMPLER:**  CARTRIDGE
(Cartridge containing silica gel coated with 2,4-dinitrophenylhydrazine)

**FLOW RATE:** 0.03 to 1.5 L/min

**VOL-MIN:**  1 L @ 0.25 mg/m³
**-MAX:**  15 L @ 2.5 mg/m³

**SHIPMENT:**  Place caps onto cartridge.  Ship on ice.

**SAMPLE STABILITY:**  34 days @ 5 °C [1]

**BLANKS:**  2 to 10 field blanks per set
6 to 10 media blanks per set

### ACCURACY

**RANGE STUDIED:**  0.025 to 2.45 mg/m³ (22-L samples) [2]

**BIAS:**  +4.4%

**OVERALL PRECISION (Ŝ_rT):**  0.057 [1,2]

**ACCURACY:**  ±19.0%

## MEASUREMENT

**TECHNIQUE:**  HPLC, UV DETECTION

**ANALYTE:**  2,4-dinitrophenylhydrazone of formaldehyde

**EXTRACTION:**  Elution with 10 mL of carbonyl-free acetonitrile

**INJECTION VOLUME:**  20 µL

**MOBILE PHASE:**  45% acetonitrile/55% water (v/v), 1.3 mL/min

**COLUMN:**  3.9 x 150-mm, stainless steel, packed with 5-µm C-18, Symmetry™ or equivalent

**DETECTOR:**  UV @ 360 nm

**CALIBRATION:**  Samplers fortified with standard solutions of formaldehyde in water

**RANGE:**  0.23 to 37 µg per sample [1,2]

**ESTIMATED LOD:**  0.07 µg/sample [1]

**PRECISION (Ŝ_r):**  0.032 @ 1.0 to 20.0 µg/sample [1]

**APPLICABILITY:** The working range is 0.015 to 2.5 mg/m³ (0.012 to 2.0 ppm) for a 15-L sample.  This method can be used for the determination of formaldehyde for both STEL and TWA exposures [1,2].

**INTERFERENCES:** Ozone has been observed to consume the 2,4-dinitrophenylhydrazine (2,4-DNPH) reagent and to degrade the formaldehyde derivative [3].  Ketones and other aldehydes can react with 2,4-DNPH; the derivatives produced, however, are separated chromatographically from the formaldehyde derivative.

**OTHER METHODS:** NIOSH methods 2541 [4] and 3500 [5] and OSHA method 52 [6] are other methods for determination of formaldehyde in air.  NIOSH method 5700 employs 2,4-DNPH and HPLC for determination of formaldehyde on textile or wood dust [7].  A journal method employs the same procedure for formaldehyde in automobile exhaust [8].

FORMALDEHYDE: METHOD 2016, Issue 2, dated 15 March 2003 - Page 2 of 7

**REAGENTS:**

1. Formaldehyde stock solution,* aqueous, standardized, 1 mg/mL (see APPENDIX A). Alternatively, standardized formaldehyde solution, aqueous, 4 mg/mL, is available commercially from Hach Co., Loveland, CO.
2. Acetonitrile,* distilled in glass, low carbonyl content.**
3. Water, deionized and distilled.
4. Sulfuric acid, 0.02 N (pH standardization procedure) or 0.1 N (colorimetric procedure).
5. Sodium hydroxide, 0.01 N.
6. Sodium sulfite ($Na_2SO_3$), 1.13 M (pH procedure) or 0.1 M (colorimetric procedure). Prepare fresh immediately before use.
7. Thymophthalein indicator solution, 0.04% (w/v) in 50:50 ethanol:water.

\*    See SPECIAL PRECAUTIONS.

\*\*   Carbonyl content of acetonitrile can be determined by passing 10 mL of the solvent through a cartridge of DNPH-coated silica gel and analyzing by HPLC. Formaldehyde content should be below the LOD.

**EQUIPMENT:**

1. Sampler:  Plastic holder containing 0.35 g of 150-250 µm (60-100 mesh) silica gel coated with 1.0 mg of acidified 2,4-dinitrophenylhydrazine. Pressure drop across sampler should be less than 28 inches of water (7 kPa) at 1.5 L/min.  Samplers are commercially available, [Supelco S10 LpDNPH cartridge, cat. No. 2-1014; Waters Corp. Sep-Pak XPoSure Aldehyde Sampler, part No.WATO47205; see APPENDIX B for SKC sampler].
2. Personal sampling pump, 0.03 to 1.5 L/min with flexible connecting tubing.
3. Vials, 4-mL, glass with PTFE-lined rubber septa caps.
4. Vials, 20-mL, glass.
   NOTE:  Do not use vials with "polycone" liners (sources of high formaldehyde blanks)[5,9].
5. Liquid chromatograph with UV detector, recorder, integrator, and column (page 2016-1).
6. Syringes, 100-µL, 500-µL and 10-mL.
7. Volumetric flasks, 10-mL, 25-mL, and 1-L.
8. Burets, 50-mL.
9. pH meter.
10. Magnetic stirrer.
11. Beaker, 50-mL.
12. Flask, Erlenmeyer, 250-mL.
13. Ozone scrubber (Waters Corp.)(optional).
14. Aluminum foil or black electrical tape (optional).

**SPECIAL PRECAUTIONS:**  Formaldehyde is a suspect carcinogen and a proven human sensitizer; it should be handled in a fume hood [10-12].
Acetonitrile is toxic and is a fire hazard (flash point = 12.8 °C).

**SAMPLING:**

1. Calibrate each personal sampling pump with a representative sampler (and ozone scrubber, if used) in line.
2. Open sampler packet and remove end caps.
3. Attach sampler to the sampling pump with flexible tubing.  The Waters sampler is bi-directional and can be connected at either end.
   NOTE:  The sampler does not have a backup section for determination of breakthrough.  If high concentrations of aldehydes and ketones are anticipated, connect two samplers in series.  The back pressure of the sampling train will be higher and a lower flow rate may be required.
4. Sample 1 to 15 L of air at 0.03 to 1.5 L/min.
   NOTE:  To protect from intense light, such as bright sunlight, the sampler can be wrapped with aluminum foil or electrical tape.
5. Place end caps onto the sampler and seal sampler in an envelope.  Protect samples from heat.
6. Ship samples on ice (0 °C).

FORMALDEHYDE: METHOD 2016, Issue 2, dated 15 March 2003 - Page 3 of 7

**SAMPLE PREPARATION:**

NOTE:  Check acetonitrile for formaldehyde content by elution and analysis of a blank cartridge; the formaldehyde level should be below the detection limit. Since background levels of formaldehyde on the samplers may change during storage, compare samples with sampler blanks from the same lot. Samples and blanks should be stored under the same conditions.

7. Elute the formaldehyde derivative from the cartridge samplers with 10-mL quantities of acetonitrile.
   a. Collect effluent from each sampler in a 10-mL volumetric flask.
   b. Add acetonitrile to the mark for each sampler.
   NOTE:  The silica gel bed of the sampler will retain approximately 0.5 mL of the original 10 mL.


**CALIBRATION AND QUALITY CONTROL:**

8. Calibrate daily with at least six media working standards over the range of interest.
   a. Prepare a series of aqueous formaldehyde solutions for the fortification of samplers.  Suggested concentrations include 1, 4, and 20 µg/mL.  See APPENDIX A for standardization of formaldehyde in water.
   b. Connect the outlet of a cartridge sampler to a personal sampling pump with flexible tubing.  Turn on the pump and make sure there is a flow of air through the sampler.
   c. Load a 100-µL syringe with a selected volume of aqueous formaldehyde solution in the range of 30 to 90 µL.  Suggested quantities of formaldehyde for spiking include 0.04, 0.10, 0.20, 0.30, 0.40, 0.80, 1.0 and 2.0 µg/sample.
   d. Place the tip of the syringe needle against the frit in the inlet of the sampler and eject the formaldehyde solution.
   e. Prepare the media working standard (steps 7.a and 7.b).
   f. Prepare additional working standards (steps 8.b. through 8.e.).
   g. Transfer 3-mL aliquots of working standards to 4-mL vials, and analyze (steps 10, 12 and 13).
   h. Prepare calibration graph, peak area or height vs. µg formaldehyde per sample.
9. Fortify and analyze three quality control spikes and three analyst spikes to ensure that calibration graph is in control.


**MEASUREMENT:**

10. Set liquid chromatograph according to manufacturer's recommendations and to conditions given on page 2016-1.
11. Transfer a 3-mL aliquot of the sample solution from step 7 to a 4-mL vial.  Cap the vial.
12. Inject a 20-µL sample aliquot.
13. Measure peak area or peak height.
    NOTE 1:  If sample peak is larger than the largest standard peak, dilute an aliquot of the remaining sample solution, reanalyze, and apply appropriate dilution factor in the calculations.
    NOTE 2:  To ensure validity of the samples, identify those samples which contain more than 37 µg of formaldehyde.  The capacity of the samplers before breakthrough may have been exceeded for these samples, and collection of smaller samples would be warranted.
    NOTE 3:  The size of the 2,4-DNPH peak should be about 2.7 times the size of the formaldehyde-DNPH peak or larger.  Otherwise, breakthrough from the sampler may have occurred.


**CALCULATIONS:**

14. Determine mass, µg, of formaldehyde, W, found in the sample and the average media blank, B, from the calibration graph.

Case 2:07-md-01873-KDE-MBN   Document 2483-1   Filed 08/04/09   Page 25 of 53

15. Calculate concentration, C, of formaldehyde in the air volume sampled, V (L).

$$C = \frac{W - B}{V}, mg\,/\,m^3$$

NOTE:  µg/L ≈ mg/m³

## EVALUATION OF METHOD:

### Issue 1

This method was originally evaluated with Waters Sep-Pak XPoSure Aldehyde samplers using data produced at NIOSH and at Waters Corporation [2].   Test atmospheres of formaldehyde were generated at Waters Corp. [2].   Overall measurement precision, $\hat{S}_{rT}$, was 0.057 based on NIOSH guidelines [13] including a 5% pump error factor and estimated bias of +4.4%. Sample storage stability was evaluated over the range of 0.5 to 55 µg formaldehyde/sample. Losses for Waters samplers were 4 to 8% when stored up to 14 days at 4 °C. An additional study with Waters samplers found that losses were 5% or less after 4 days of storage at ambient temperature.   All calibration standards used at Waters Corporation were liquid standard solutions of formaldehyde-DNPH derivative in acetonitrile [2,14].

The capacity of DNPH-coated silica gel samplers was found to vary with relative humidity (RH) in addition to concentration of formaldehyde. At a formaldehyde concentration of 1.2 mg/m³ and at 5% breakthrough, the Waters sampler had a capacity at <10% RH of 55 µg, and at >85% RH a capacity of 77 µg. At 2.4 mg/m³ and <10% RH, the 5% breakthrough capacity of the Waters sampler was 59 µg of formaldehyde.  At 2.6 mg/m³ and >85% RH, the 5% breakthrough capacity was 106 µg. Thus, the smallest capacity at 5% breakthrough was 55 µg of formaldehyde; the upper limit of the range of the method is two thirds of 55 µg, or 37 µg. Capacity information for the Waters sampler is applicable to the Supelco sampler because (a) the Waters and Supelco samplers contain 0.9 and 1 mg of DNPH, respectively, and (b) each sampler contains 350 mg of silica gel.

### Issue 2

In subsequent work on this method, additional formaldehyde samplers were evaluated, Supelco S10 LpDNPH cartridges and SKC, Inc. Aldehyde samplers (DNPH-coated silica gel tubes No.226-119) [1].  The sorbent beds of Supelco and Waters cartridges and front sections of SKC samplers were treated with acetonitrile. Formaldehyde was not detected on any blank sampler (LOD = 0.01 µg/mL). The SKC sampler for aldehydes may be used for formaldehyde with modifications of this method (See APPENDIX B).  However, evaluation of the SKC sampler at NIOSH has been limited.

Supelco samplers were fortified with known quantities of free formaldehyde in water, and calibration was performed with media standards prepared from Supelco samplers fortified with known quantities of free formaldehyde in water; average recoveries ranged from 96.3% to 99.3% for five levels at 1.00 to 20 µg of formaldehyde per sampler (pooled $S_r$ = 0.0316; n = 6 at each level).

In a storage study, six Supelco samplers were fortified with 4-µg quantities of free formaldehyde in water. Samplers were stored 34 days at 5 °C in the dark; the average recovery based on media standards was 99% ($S_r$ = 0.014).

Eight media standards were prepared by fortification of Supelco samplers with solutions of free formaldehyde in water.  The solutions were drawn through the DNPH-coated silica gel beds with an air pump. The resulting LOD and LOQ were 0.07 and 0.23 µg/sample, respectively, according to a least squares calibration graph.

Standard solutions of formaldehyde-DNPH at 0.10 and 1.0 µg/mL (formaldehyde equivalent concentrations) were stored in airtight vials at 5 °C in the dark and were analyzed periodically.  The standard solutions were found to be stable (with no detectable loss) for at least 10 weeks and at least 12 weeks, respectively.

It is suggested that the reader see the Backup Data Report for a comparison of media standards with liquid standards for calibration [1].  Air sampling for a 24-hour period can be performed with a single Supelco sampler. Thus, background levels at <1 ppb can be determined.

REFERENCES:

[1] Tucker SP [2002]. Formaldehyde Backup Data Report for method 2016 Issue 2, National Institute for Occupational Safety and Health, DART, Cincinnati, OH. Unpublished report for evaluation of method mainly with Supelco S10 LpDNPH samplers.

[2] Iraneta PC, Collamati RA., Costello DN, Crowley RJ, Fernandes RL, Hopkins MR, Knowles CE, Martin DM [1995]. A Validation Study of a New Active Sampler for the Analysis of Formaldehyde in Workplace and Indoor Air, Waters Corp., Milford, MA. Unpublished report for evaluation of method with Waters Sep-Pak XPoSure Aldehyde samplers.

[3] Kleindienst TE, Corse EW, Blanchard FT [1998]. Evaluation of the Performance of DNPH-coated Silica Gel and $C_{18}$ Cartridges in the Measurement of Formaldehyde in the Presence and Absence of Ozone. Environmental Science & Technology 32(1):124-130.

[4] NIOSH [1994]. Formaldehyde by GC: Method 2541. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 94-113.

[5] NIOSH [1994]. Formaldehyde by VIS: Method 3500. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Ocuptional Saerty and Health. DHHS (NIOSH) Publication No. 94-113.

[6] OSHA [1985]. Formaldehyde: Method 52. In: OSHA Analytical Methods Manual, Salt Lake City, UT: U.S. Department of Labor, Occupational Safety and Health Administration, OSHA Analytical Laboratory.

[7] NIOSH [1994]. Formaldehyde on Dust (Textile or Wood): Method 5700. In: Eller PM, Cassinelli ME, eds. NIOSH Manual of Analytical Methods, 4th ed. Cincinnati, OH: U.S. Department of Health and Human Services, Public Health Service, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 94-113.

[8] Lipari F, Swarin S [1982]. Determination of Formaldehyde and Other Aldehydes in Automobile Exhaust with an Improved 2,4-Dinitrophenylhydrazine Method. J. Chromatogr. 247: 297-306.

[9] Dollberg DD, Smith DL, Tharr DG [1986]. Lab/Field Coordination. Appl. Ind. Hyg. 1:F44-F46.

[10] ACGIH [2001]. 2001 Threshold Limit Values® and Biological Exposure Indices. American Conference of Governmental Industrial Hygienists, Inc., Cincinnati, OH.

[11] ACGIH [1991]. Documentation of Threshold Limit Values and Biological Exposure Indices, Sixth ed. Formaldehyde, pp. 664-688. American Conference of Governmental Industrial Hygienists, Inc., Cincinnati, OH.

[12] Code of Federal Regulatons [1999]. Title 29, Part 1910.1048, 29 CFR Chapter XVII (7-1-99 Edition). Formaldehyde, pp. 354-378. Occupational Safety and Health Administration, Labor. U.S. Government Printing Office, Washington, D.C.

[13] Kennedy ER, Fischbach TJ, Song R, Eller PE, Shulman SA [1995]. Guidelines for Air Sampling and Analytical Method Development and Evaluation, Cincinnati, OH: National Institute for Occupational Safety and Health. DHHS (NIOSH) Publication No. 95-117.

[14] Waters Corp. [1994]. Waters Sep-Pak XPoSure Aldehyde Sampler Care and Use Manual, Waters Corp., Milford, MA, p. 31.

[15] Walker JF [1964]. Formaldehyde, Third Ed., Chapter 18, p. 486. American Chemical Society Monograph Series, Reinhold Publishing Corporation, New York.

**METHOD REVISED BY:**

Samuel P. Tucker, Ph.D., NIOSH/DART.
Method originally written by P Iraneta, Waters Corp., MJ Seymour and ER Kennedy, Ph.D., NIOSH/DART.

**APPENDIX A -   PREPARATION AND STANDARDIZATION OF FORMALDEHYDE STOCK SOLUTION
(ca. 1 mg/mL)**

**Preparation.** Dilute 2.7 mL 37% aqueous formalin solution to 1 L with distilled, deionized water. This solution is stable for at least three months when stored at room temperature.

**Standardization by pH Titration.**
Place 5.0 mL of freshly prepared 1.13 M sodium sulfite solution in a 50-mL beaker and stir magnetically. Adjust pH to between 8.5 and 10 with base or acid. Record the pH. Add 3.0 to 12.0 mL formaldehyde stock solution. The pH should now be greater than 11. Titrate the solution back to its original pH with 0.02 N sulfuric acid (1 mL acid = 0.600 mg formaldehyde; about 17 mL acid needed). If the endpoint pH is overrun, back-titrate to the endpoint with 0.01 N sodium hydroxide. Calculate the concentration, $C_s$ (mg/mL), of the formaldehyde stock solution:

$$C_S = \frac{30.0(N_a V_a - N_b V_b)}{V_s}, mg/mL$$

Where:   30.0 = 30.0 g/equivalent of formaldehyde
$N_a$ = normality of sulfuric acid (0.02 N)
$V_a$ = volume of sulfuric acid (mL) used for titration
$N_b$ = normality of NaOH (0.01 N)
$V_b$ = volume of NaOH (mL) used for back-titration
$V_s$ = volume of formaldehyde stock solution (mL)

**Standardization by Colorimetric Titration.**
Place 50 mL of freshly prepared 0.1 M sodium sulfite and 3 drops of 0.04% thymophthalein indicator (w/v) in 50:50 ethanol:water into a 250-mL Erlenmeyer flask. Titrate the contents of the flask to a colorless endpoint with 0.1 N sulfuric acid (usually 1 or 2 drops is sufficient). The indicator is blue at pH values above the endpoint and is colorless at pH values below the endpoint. Transfer 3.0 to 12.0 mL of the formaldehyde solution to the same flask and titrate the mixture with 0.1 N sulfuric acid to a colorless endpoint. Calculate the concentration, C (mg/mL), of formaldehyde in solution.

$$C = \frac{30.0(N_a V_a)}{V_s}, mg/mL$$

Where:   30.0   =   g/equivalent of formaldehyde
$N_a$   =   normality of sulfuric acid (0.1 N)
$V_a$   =   volume of sulfuric acid used for titration (mL)
$V_s$   =   volume of formaldehyde stock solution (mL)

NOTE:  Sulfuric acid (0.1 N) is substituted for 0.1 N hydrochloric acid, which is specified in OSHA
Method 52, in order to prevent possible formation of bis(chloromethyl)ether, a potent
carcinogen, by reaction of formaldehyde with hydrochloric acid [12].

This colorimetric titration was adapted from OSHA Method 52 [5], which was based on the procedure of Walker [15].

**APPENDIX B -    USE OF SKC SAMPLER FOR FORMALDEHYDE**

The SKC, Inc. sampler for aldehydes (DNPH–coated silica gel tube, catalogue No. 226-119) may be used for sampling formaldehyde with modifications of this method. These modifications include the following:

    (a) The maximum recommended air volume should be less than 15 L at an air concentration of 2.5 $mg/m^3$ (indicated on page 2016-1), because the upper limit of the method for the SKC sampler is probably less than 37 µg.

    (b) The procedure for recovery of analyte from the sorbent would be modified, i.e., placement of the sorbent sections in vials, addition of solvent, and possible use of an ultrasonic bath.

    (c) A volume of solvent much less than 10 mL can be used for recovery. However, the minimum volume should be tested for adequate recovery.

    (d) Consequences of using a much smaller volume of solvent for recovery include a lower LOD and LOQ, the need for a different range of calibration standards, and the need for a different range of fortification levels (step 8).

    (e) The maximum volume of solution for fortification of the front sorbent bed must be less than 90 µL and should be determined (step 8).

# EXHIBIT 4

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

**BEFORE ME,** the undersigned Notary, appeared on this the 17th day of July, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1.    My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2.    I am a registered professional Environmental Engineer in the states of Louisiana, Mississippi, and Missouri. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume as Attachment 1 herein.

3.    **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU). The THU in question is identified as follows:

    **A.**    **THU Identity** - The THU is designated by the following information:

| | |
|---|---|
| Manufacturer: | Fleetwood Travel Trailers of Texas, Inc. |
| Model: | N/A |
| Date of Manufacture: | 03/06 |
| Vehicle Identification Number: | 4CJ1F322764015272 |
| FEMA Identification Number: | 1373963 |
| THU Size (nominal): | 8' x 28' |

    **B.**    **Occupancy** - The THU was occupied by the Dubuclet family during the period of June, 2006, through September, 2007.

    **C.**    **Configuration** - The THU is configured as three (3) rooms: Bedroom, Bathroom, and Kitchen/Living Room (with slide-out). It is designed as Americans with Disabilities Act compliant housing. Floorplan drawings are contained in Attachment 2. Photographs are contained in Attachment 3.

*Page 1 of 12*

DUB000645

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

**D.**   **Preliminary Site Visit** - The THU was visually inspected by William D. Scott at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, on July 2, 2009. Mr. Tony Watson (Workplace Hygiene) witnessed the visual inspection. The THU was found to have intact windows, doors, and outer membrane. The door, all windows, and ventilation openings were closed. Security tape was installed on the door and windows to validate the closure of these openings until the date of the Sampling and Inspection event.

   Glass debris was found on the Kitchen counter in the space between the sink and cooktop insert. This debris, based on morphology, suggests that a glass envelope, similar to that used for active (tube) sampling, was opened at the counter location. This debris was noted and photographed in the course of the Preliminary Site Visit.

**E.**   **THU Sampling Location** - The THU was sampled on July 8th and 9th, 2009. The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the Sampling Event.

**F.**   **Notice Inside Trailer** - The THU contained one Notice installed on the interior side of the medicine cabinet. The notice is 6" x 3 1/2". A photograph of the Notice is contained in Attachment 6.

**4.**   **FEMA Job Hazard Analysis** – A job hazard analysis (JHA) is a safety evaluation technique that focuses on work tasks as a means to identify physical, electrical, chemical, fire, or other hazards before they occur. It evaluates the relationship between the worker, task, tools, and the work environment. It identifies uncontrolled hazards and requires procedures and precautions to eliminate hazards or to reduce risk to an acceptable level. The FEMA Job Hazard Analysis, dated 07/06, for the task of *Trailer In-Bound Inspection (new trailer)*, under the activity of *Entering new trailers/mobile home* (sic), identifies the following parameters, in addition to trip/slip, repetitive motion, and lifting:

**A.**   **Physical Hazard or Chemical** : Formaldehyde off gassing from building materials including plywood, crush-board, urea formaldehyde foam, insulation (UFFI), etc.(new trailers)

**B.**   **Potential Injury:** Formaldehyde exposure, inhalation, Cancer

**C.**   **Control Type:** Ventilation, PPE-respiratory protection, Rotation

**D.**   **Type of Training Required:** Formaldehyde awareness in accordance with OSHA 1910.1048

**E.**   **Frequency and/or duration of exposure:** 480 min/day

**F.**   **Occupational Exposure Limit (if applicable):** OSHA PEL TWA 0.75 ppm, OSHA Action Level 0.5 ppm, ACGIH Ceiling 0.3 ppm

   A copy of the FEMA Job Hazard Analysis is contained in Attachment 8.

*Page 2 of 12*

DUB000646

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

5.    **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas. The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

6.    **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources. The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive. UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting. This "free" formaldehyde can be later released when ambient conditions become favorable.

THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials and finishes. These materials may be used in sub-floors, walls, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives.[2]

7.    **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

A.    **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard [3]

Permissible Exposure Limit:
Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

---

[1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

[2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007
http://www.epa.gov/iaq/formalde.html

[3] USDOL, OSHA, *OSHA Formaldehyde Standards*, Washington DC, 2008
http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

*Page 3 of 12*

DUB000647

AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**B.**   **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard [4]

Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

**C.**   **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public [5]

Air Quality Guideline Value (0.5 hour) - 0.08 ppm

**D.**   **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public [6]

One (1) hour exposure limit - 0.1 ppm

Eight (8) hour exposure limit - 0.04 ppm

**E.**   **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard [7]

Recommended Exposure Limits:

TWA up to 10 hour work day/40 hour work week - 0.016 ppm

Ceiling (never exceed) - 0.1 ppm

Immediately Dangerous to Life and Health (IDLH) - 20 ppm

**F.**   **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public [8]

Minimal Risk Levels (MRL)

---

[4] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[5] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001   http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[6] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde* , 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

[7] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005 http://www.cdc.gov/niosh/npg/npgd0293.html

[8] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances*, 2007 http://www.atsdr.cdc.gov/mrls/index.html

*Page 4 of 12*

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G.  **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public [9]

As low as possible (assuming concentrations < background not achieved), or:

Recommended exposure limits (REL)

Acute REL (1 hour) - 0.076 ppm

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that a *Workplace Exposure Standard* is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults, generally males, in relatively good health.

*General Public Exposure Standards* are significantly lower than *Workplace Exposure Standards* for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.) that are excluded from the workplace model and 2) the General Public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" exposure basis of workplace standards.

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied as guidance when evaluating the General Public's exposures.

8.  **Sample Collection Media** –

A.  **Passive Sampler** - The passive sample collection media (diffusive sampler) used in the formaldehyde sampling of the THU was the AT Laboratories Model 571 Aldehyde Sampler, manufactured by AT Laboratories, 1252 Quarry Lane, Pleasanton, CA  94566. Formaldehyde is collected on a glass fiber filter treated with 2,4-dinitrophenylhydrazine (2,4 DNPH) and phosphoric acid. When the diffusive sampler is exposed in a formaldehyde containing environment there is a concentration gradient between the

---

[9] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home*, 2004
http://www.arb.ca.gov/researchiindoor/formaldgl08-04.pdf

DUB000649

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

ambient air and sampler interior air. This gradient is the force that drives the contaminant molecules to migrate into the diffusive sampler. The direct chemical reactions between formaldehyde and 2,4 DNPH take place in the sampler, insuring there is virtually no free formaldehyde vapor molecules in the air inside. Thus, the full concentration gradient is maintained during exposure. In the laboratory, the sample filter is extracted with acetonitrile and analyzed by HPLC using a UV detector.

Opening its integral cover to expose the collection media to the atmosphere to be sampled actuates the diffusive sampler. At the completion of sampling, the cover is closed, ending the sampler's exposure to the atmosphere. The sampler is returned to its shipping envelope, sealed, the envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and sent to the laboratory for analysis.

The availability of diffusive samplers for formaldehyde is plentiful and inexpensive. Two sources of the diffusive samplers for formaldehyde, both with American Industrial Hygiene Association (AIHA) accredited laboratories, and associated costs are noted below:

1.      AT Laboratories quotes the following costs for the Model 571 Aldehyde Sampler, in quantity:

      a.      5,000 Samplers and Analyses per year:  $31.80 each.

      b.      7,000  Samplers and Analyses per year:  $29.60 each.

2.      Advanced Chemical Sensors, Inc. quotes the following costs for the ACS Formaldehyde Vapor Monitor (Cat. No. F-50), in quantity:  500 Monitors and Analyses: $29.90 each.

The quotations and AIHA accreditations for each manufacturer/laboratory are contained in Attachment 7.  Specimen samples of each device are included in the Reliance Materials that accompany this document.

**B.**      **Active Sampler -** The active sample collection media  used in the formaldehyde sampling of the THU was the SKC, Inc. 226-119 Sorbent Tube, manufactured by SKC, Inc., 863 Valley View Road, Eighty Four, PA 15330.  The sorbent tube is made of glass and contains silica gel doped with 2,4-dinitrophenylhydrazine (2,4 DNPH).  A sample is collected by opening the glass tube, connecting it to a sample pump, and drawing air through the tube with the pump. The Sorbent Tube is prepared for sampling by removing both fused ends of the tube using a tube scorer/breaker or wire cutters and inserting the opened tube into the sample train inlet hose.  The atmosphere to be sampled is introduced, through the tube, by the motive force of the sample pump.  Formaldehyde in the sampled atmosphere is collected in the 2,4 DNPH treated silica gel matrix. The tube is then sealed with push-on caps, further sealed with laboratory film, and sent to the laboratory for analysis.

*Page 6 of 12*

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

9.   **Sampling Methodology** - The formaldehyde sampling methods employed in determining the concentrations in the Dubuclet THU are described below. The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols* [10] (Sampling Protocol).

A.   **Passive Sampling -**

Passive Dosimetry was employed, using an Assay Technology, Inc., ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted, by William D. Scott, on July 8th and 9th, 2009. The Monitor was placed in the Bedroom, on the left Night Stand, at 28" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor was exposed to the environment for approximately twenty-two and one-half hours.

At the completion of the sampling period, the Monitor was recovered, closed, placed in the shipping envelope and sealed. The shipping envelope is then placed in a sample bag, sealed, placed on ice in an insulated cooler, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are contained in Attachment 4.

B.   **Active Sampling -**

Active sampling, in accordance with *NIOSH Method 2016* [11] (Method), was conducted on July 8th, 2009, by William D. Scott. Active sampling was conducted by the use of a battery operated personal sampling pump (Air One, Model TI-004, Serial No. 18104), connected with flexible tubing to an SKC 226-119 sorbent tube (Sample Tube). The sample train was calibrated prior to and following the Sampling Event using a mini-Buck Calibrator (Model M-30B, Serial No. A40033). The sample train was placed in the Bedroom, on the left (facing the hitch) Night Stand, with the sample tube inlet at a height of 28" above floor level to simulate the breathing zone of a recumbent bed occupant. The sampling duration was 30 minutes. Based on the calibrated sample train flow rate and duration, the sample volume was determined.

At the completion of the sampling period, the Sample Tube was recovered, sealed, placed in a sample bag, placed on ice, and shipped via overnight delivery to the Laboratory for analysis. Field data collection records for the Sampling Event are contained in Attachment 4.

C.   **Interferences -**

Passive Sampling was to occur with the THU sealed. Three door openings were necessary to allow the entry of personnel and equipment to conduct the sampling.

---

[10] *Formaldehyde Sampling: Active and Passive Sampling Protocols*, DeVany, 2008

[11] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

DUB000651

# AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

Active Sampling was to occur with the THU sealed. Two door openings were necessary to allow the entry of personnel and equipment to conduct the sampling. Field data collection records for the Sampling Event are contained in Attachment 5.

**D.    Additional Sampling -**

The glass debris observed on July 2, 2009, during the Pre-Sampling Inspection, was collected. The glass debris was transferred, using a non-shedding nylon ½" brush, to a laboratory certified glass container with screw top, and placed, under chain of custody, into secure storage at the Scott Group office. This sample is designated 3070-01-FW. The Chain of Custody document and photographs are contained in Attachment 7.

**10.    Laboratory Analysis**

**A.    All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*,** Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

**B.**    All samples were analyzed by AT Labs, a Unit of Assay Technology, 250 DeBartolo Place, Suite 2525, Youngstown, OH 44512. AT Labs is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 100903.

**11.    Results** - The following, summarized results for the Sampling Events are presented below:

| Sample Number | Sample Location | Monitor Result HCOH (ppm) | Tube Result HCOH (ppm) |
|---|---|---|---|
| GL 1969 | MBR @ Night Stand | 0.34 | N/A |
| 2917200296 | MBR @ Night Stand | N/A | 0.23 |

Laboratory reports and chain of custody documents are contained in Attachment 5.

**12.    Conclusions -**

**A.    Passive Sampling** - The Passive Dosimetry (Sample Number GL 1969) result was a formaldehyde concentration in air of 0.34 ppm or 340 parts per billion (ppb) . The average of sample start and sample stop THU interior temperature was 87.2° F. The average of sample start and sample stop THU interior relative humidity was 67.2 %.

**B.    Active Sampling** - The Active Sampling (Sample Number 2917200296) result was a formaldehyde concentration in air of 0.23 ppm (230 ppb). The ambient outdoor temperature for the duration of the sampling event was 88° F. The average THU interior temperature was 84.1° F. The average THU interior relative humidity was 74.4 %.

*Page 8 of 12*

DUB000652

### AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

**C.    Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time have been well documented.  The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time.  In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Sampling Event occurred approximately 39 months after the THU was constructed (03/06). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period.  This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event.

The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA-supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008:  *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [12]

**D.    Temperature Effects -**

The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

ASTM Standard E 1333 – 96 [13] shows that the effect of temperature on measured formaldehyde concentration is characterized by the expression:

$$C_o = C \cdot e^{\,R\,(1/T - 1/T_o)}$$

Where:

$C$    = test formaldehyde concentration in air
$C_o$   = corrected formaldehyde concentration in air
$e$    = exponential function
$R$    = coefficient of temperature (9799)
$T$    = actual temperature K
$T_o$   = corrected temperature, K

---

[12] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; *Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

DUB000653

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

Thus, the increase to an average temperature of 87.2°F for the Passive Sampling Event, from the average temperature of 84.1°F encountered in the THU in the Active Sampling Event, results in a temperature adjusted Active Sampling airborne formaldehyde concentration of approximately 0.29 ppm (290 ppb) from the measured 0.24 ppm (240 ppb).  On the basis of temperature effects, the adjusted Active Sampling formaldehyde concentration is approximately 85% of the Passive Sampling result.

The temperature correction, alone, confirms that the results obtained by both Sampling Events are consistent.

E.    **Ventilation -**

Active Sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel).  Passive sampling was performed without the HVAC system in operation and with the THU openings shut (with the exception of limited door openings to admit personnel).

F.    **Comparison of Dubuclet Trailer Sampling Results With Published Standards -**

Using only the results of Sample Number 2917200296 that measured 0.24 ppm (240 ppb) formaldehyde in air (the lowest concentration measured in the THU) for clarity, the following comparisons are presented:

1.    The Sample Number 2917200296 result exceeds the World Health Organization (WHO), *Air Quality Guidelines for Europe*; General Public; Air Quality Guideline Value (0.5 hour) - 0.08 ppm

2.    The Sample Number 2917200296 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm

3.    The Sample Number 2917200296 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits:  TWA up to 10 hour work day/40 hour work week - 0.016 ppm

4.    The Sample Number 2917200296 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRLs):

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

*Page 10 of 12*

AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

5.      The Sample Number 2917200296 result exceeds the California Environmental
        Protection Agency (CEPA), Office of Environmental Health Hazard Assessment;
        General Public; *Recommended Exposure Limits* (REL):

        Intermediate REL (8 hour) - 0.027 ppm

        Chronic REL - 0.0024 ppm

A graphical comparison of Dubuclet Trailer Sampling Results compared with Published
Standards is contained in Attachment 9.

G.      **Comparison of Dubuclet Trailer Sampling Results With CDC Results -**

        The CDC, in its Final Report, stated the following:

1.      The range of formaldehyde concentrations detected in the forty-seven Fleetwood
        travel trailers sampled was 0.003 ppm (3 ppb) to 0.140 ppm (140 ppb).   The
        CDC's Fleetwood data set's geometric mean was reported as 0.039 ppm (39
        ppb).

2.      The range of formaldehyde concentrations detected in the thirty-nine Fleetwood
        CA travel trailers sampled was 0.007 ppm (7 ppb) to 0.300 ppm (300 ppb).   The
        CDC's Fleetwood CA data set's geometric mean was reported as 0.043 ppm (43
        ppb).

The CDC Report noted: *Our study was done in the winter months of December 2007
through January 2008, when people had already lived in the trailers and mobile homes
for two years. The formaldehyde level was probably higher in newer trailers and mobile
homes and when the weather was warmer.*[14]

Given the behavior of formaldehyde concentrations in air with respect to temperature (as
shown in paragraph D, above) and the actual formaldehyde concentrations measured in
the Dubuclet THU Sampling Event, the Sampling Event results are consistent with the
CDC's findings for the Fleetwood THUs.

---

[14] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and
Mobile Homes; Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

*Page 11 of 12*

DUB000655

## AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.


Thus, signed and sworn on this 17th day of July, 2009

_____
William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, Louisiana    70056

_____
Notary Public Signature

_____
Notary Public Name
Linda J. Nelson

_____
Notary Number
LA Bar # 9938

_____
Commission Expires
with life

*Page 12 of 12*

# EXHIBIT 5

## AFFIDAVIT OF STEPHEN SMULSKI, Ph.D.

**PARISH OF ORLEANS**

**STATE OF LOUISIANA**

BEFORE ME, the undersigned notary, appeared on this the _10th_ day of July, 2009, Stephen Smulski, Ph.D., a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. All statements contained herein are true and correct and based upon my personal knowledge, education and experience, and I am a person of the full age of majority, competent to execute this affidavit.

I, Stephen Smulski, Ph.D., aver as follows:

1. I am a consulting wood scientist and the President of Wood Science Specialists Inc., 453 Wendell Road, Shutesbury, Massachusetts, 01072.

2. I am an expert in wood science and technology, specifically the anatomical, mechanical, physical, and chemical properties of wood and wood-based materials as well as the manufacture, use, and in-service performance of wood and wood-based products in residential, commercial, and industrial wood-frame construction.

3. I hold a B.S degree in Wood Science and Technology from the University of Massachusetts at Amherst, an M.S. degree in Environmental and Resource Engineering from the State University of New York at Syracuse, and a Ph.D. degree in Wood Science and Forest Products from Virginia Tech at Blacksburg. I have published numerous articles on wood and wood-based products and have given many invited lectures on the same. A true and correct copy of my curriculum vitae is attached hereto and marked "Exhibit A".

4. I am familiar with the manufacture, properties, use, and in-service performance of wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood. For thirteen years, while on the faculty of the Building Materials and Wood Science program at

DUB000274

the University of Massachusetts at Amherst, I taught a course entitled Wood Adhesives Technology that covered all aspects of these and other glued wood products.

5.  I am familiar with the propensity of wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood to release formaldehyde gas after being placed in service because of the formaldehyde-containing adhesives (also referred to as resins) used in their manufacture and that exposure to formaldehyde gas can cause adverse health effects. I taught this to my students from 1985 to 2001 while at the University of Massachusetts. In 1987, I published an article entitled "Formaldehyde Indoors" that summarized the then-current knowledge about the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood used in site-built houses and in factory-built manufactured houses and the adverse health effects that exposure to formaldehyde gas can cause. In 1989, I gave an invited lecture at the Northeast Solar Energy Association Advanced Residential Construction Conference entitled "Health Aspects of Building Products: Wood Products" in which I spoke about the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood and the adverse health effects that exposure to formaldehyde gas can cause. I am familiar with the Material Safety Data Sheets that the makers of wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood make available to the users of their products that state that these products contain and release formaldehyde gas.

6.  I am aware that the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood is greatest in newly-manufactured products and that, after being placed in service, the release of and concentration of formaldehyde gas in the air inside buildings or structures containing these products depends on the age and number of sources, the volume of air inside the building or structure, and on the air temperature, relative humidity and air exchange rate (i.e., ventilation). The release of formaldehyde gas from these products increases as temperature and relative humidity increase. The concentration of formaldehyde gas inside a building or structure containing these products also increases as the number of sources increases and as the volume of the building or structure and the air exchange rate (i.e., ventilation) decrease.

**DUB000275**

7.  I am familiar with the methods for reducing the release of formaldehyde gas from particleboard
    and medium density fiberboard recommended by the Composite Panel Association (formerly
    the National Particleboard Association) in its publications "From Start To Finish Particleboard"
    and "From Start To Finish Medium Density Fiberboard" which were first published in 1986 and
    periodically since. Many of these same methods for reducing the release of formaldehyde gas
    from particleboard and medium density fiberboard are directly applicable to other wood
    composite panels including hardwood plywood.

8.  I am aware that decorative overlays applied to wood-based composite panel products such as
    particleboard, medium density fiberboard, and hardwood plywood retard, but do not prevent,
    the release of formaldehyde gas through the surface over which they are applied. The efficacy of
    an overlay in retarding the release of formaldehyde gas from particleboard, medium density
    fiberboard, and hardwood plywood varies widely and depends on the type and properties of the
    overlay.

9.  I am aware that FEMA supplied a Fleetwood Enterprises, Inc. 32FSH model travel trailer (VIN
    4CJ1F322764015272, FEMA trailer 1373963) to Ms. Elisha Picot Dubuclet who lost her home in
    the wake of hurricane Katrina that hit the Gulf Coast on August 29, 2005. The trailer was
    manufactured in March 2006. It is my understanding that the trailer was then sent to and
    installed at 6046 Dorothea Street, New Orleans, Louisiana. Ms. Dubuclet, her daughter Timia
    Dubuclet, her son Timothy Dubuclet, and Ms. Leslie Picot (Timia's grandmother) lived in the
    trailer from on/about June 2006 to on/about September 2007.

10. On July 9, 2009, I visually examined the trailer. I observed that most of the interior of the trailer
    including the walls, ceiling, doors, cabinets, countertops, built-in seating and other furniture,
    and bed support are constructed from the wood-based composite panel products particleboard,
    medium density fiberboard, and hardwood plywood that are known to release formaldehyde
    gas after being placed in service. In most cases, the product's visible face is covered with a
    decorative overlay but its back and edges are exposed wood with no overlay. In some cases, the
    product's back and/or edges has an overlay or edge band. A list of these items is attached
    hereto and marked "Exhibit B".

DUB000276

11. The trailer was installed in New Orleans, Louisiana, a location whose climate for much of the year is hot and humid. These are the exact conditions that increase the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood.

12. The volume of air inside the trailer is small—approximately 1658 ft.$^3$—and its air exchange rate (i.e., ventilation) is low. These are the exact conditions that increase the concentration of formaldehyde gas inside the trailer.

13. I have reviewed the 2006 Owner's Manual for the trailer. On page 03-1 it states *"The particle board, hardwood plywood, or paneling used in your RV are made with urea-formaldehyde resin. The companies that supply us with these materials have asked that we tell you about urea-formaldehyde with the statements on this page."* The statements are:

*!WARNING*
*This product is manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.*

*!WARNING*
*This product is manufactured with a urea-formaldehyde resin and will release small quantities of formaldehyde. Formaldehyde levels in the indoor air can cause temporary eye and respiratory irritation, and may aggravate respiratory conditions or allergies. Ventilation will reduce indoor formaldehyde levels.*

*!WARNING*
*Irritant: This product contains a urea-formaldehyde resin and may release formaldehyde vapors in low concentrations. Formaldehyde can be irritating to the eyes and upper respiratory system of especially susceptible persons such as those with allergies or respiratory ailments. Use with adequate ventilation. If symptoms develop, consult your physician.*

A near-identical warning notice is affixed to the rear of the mirror on the medicine cabinet.

14. I am aware that the trailer was installed by inserting multiple supports beneath its frame. It is my understanding that during the process of installation that the frame and exterior shell can bend and twist, causing sealed joints in the walls, roof, ceiling, and floor to open. This can allow formaldehyde gas inside the wall and ceiling cavities to more easily enter the living space and increase the concentration of formaldehyde gas inside the trailer. It can also allow hot, humid

DUB000277

air and rain to enter into the wall, ceiling, and floor cavities, causing the relative humidity inside the cavities to rise.

15. Even in the absence of installation-caused damage to the trailer, formaldehyde gas will escape from the exposed raw wood on the back and edges of the wall and ceiling panels and accumulate inside the wall and ceiling cavities. The formaldehyde gas will then naturally enter the living space, with differences in temperature, vapor pressure, and air pressure across the trailer's walls and ceiling providing the driving force for moving the air-borne gas through joints and penetrations in the walls and ceiling (e.g., switch plates, electric receptacles, air-conditioning grilles, ceiling light fixtures, seams between panels). In addition, formaldehyde gas will naturally escape through the overlay on these panels' faces (much more slowly, of course) as well as from the products that are fully inside the trailer (e.g., cabinets, bed support, built-in seating and furniture).

16. On July 8-9, 2009, more than three years after the trailer was manufactured and lived in, the W. D. Scott Group, Inc. measured the formaldehyde level inside the trailer at the left nightstand in the bedroom and reported it to be 230 parts per billion (0.230 ppm) by the active tube sample method and 340 ppb (0.340 ppm) by the passive badge dosimeter method (temperature 84 °F, relative humidity 63-85%).

17. A sticker affixed to the exterior of the trailer to the left of the entrance door states that the trailer supplied by FEMA to Ms. Dubuclet is an *Emergency Living Unit 1015188*. The sticker states that *MANUFACTURER CERTIFIES COMPLIANCE WITH FEMA SPECIFICATIONS* and that the trailer is *NOT INTENDED FOR RECREATIONAL USE.*

18. An advisory on page 05-4 of the 2006 Owner's Manual states that:

    **NOTE**
    *Your trailer is not designed to be used as permanent housing. Use of this product for long term or permanent occupancy may lead to premature deterioration of structure, interior finishes, fabrics, carpeting and drapes.*

    The accompanying text describes how condensation can form inside the trailer and cause damage to the trailer. It explains how occupants can reduce or eliminate condensation by reducing the amount of moisture released into the air inside the trailer and by increasing the ventilation by running the kitchen and bath exhaust fans, and by opening the roof vent and

DUB000278

windows. Although the text in the 2006 Owner's Manual explicitly addresses condensation caused by water vapor in the air inside the trailer, the underlying principles apply to all gases in the air inside the trailer including formaldehyde gas. Fleetwood Enterprises, Inc. could have reduced the concentration of formaldehyde gas inside the trailer by reducing the number of formaldehyde-emitting wood composite products it used to construct the trailer and by increasing the ventilation with a built-in mechanical system.

Ms. Dubuclet, Timia, Timothy, and Ms. Picot were subjected to chronic exposure to formaldehyde gas as a consequence of using this trailer as long-term housing.

19. I have reviewed reports regarding the levels of formaldehyde measured inside all types of FEMA-supplied emergency housing units including "An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006" by the U.S. Department of Health and Human Services dated October 2007; "Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses" by the Centers for Disease Control and Prevention dated July 2, 2008; and "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report" by the Environmental Energy Technologies Division Lawrence Berkeley National Laboratory dated November 2008. The formaldehyde levels measured inside many of the emergency housing units, some two or more years after being placed in service, equal or exceed the 100 ppb threshold that the Centers for Disease Control and Prevention (CDC) identifies in its July 2, 2008, report as *"the level at which health effects have been described in sensitive persons"*. The formaldehyde levels measured inside many of the emergency housing units, some two or more years after being placed in service, equal or exceed ATSDR's chronic minimal risk level of 8 ppb for an exposure period of 365 days or longer, ATSDR's intermediate minimal risk level of 30 ppb for an exposure period of 15 to 364 days, and ATSDR's acute minimal risk level of 40 ppb for an exposure period of up to 14 days.

20. In December 2007 and January 2008 the CDC measured formaldehyde levels inside forty-seven Fleetwood and thirty-nine Fleetwood CA FEMA-supplied travel trailers installed in Louisiana and Mississippi. All trailers were occupied; some were two or more years old. In its "Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses" dated July 2, 2008, the CDC reported that the average formaldehyde level inside the Fleetwood trailers

DUB000279

was 39 ppb with a range of 3-140 ppb. The formaldehyde level in six percent of the Fleetwood trailers was equal to or greater than 100 ppb. The average formaldehyde level inside the Fleetwood CA trailers was reported by the CDC to be 43 ppb with a range of 7-300 ppb. The formaldehyde level in thirteen percent of the Fleetwood CA trailers was equal to or greater than 100 ppb and in three percent of the trailers the formaldehyde level was equal to or greater than 300 ppb.

21. In summary, five factors affect the release of and concentration of formaldehyde gas in the air inside a travel trailer: i) the age and number of formaldehyde-emitting wood composite products used to construct the trailer; ii) the volume of air inside the trailer; iii) the trailer's air exchange rate (i.e., ventilation); iv) the temperature inside the trailer; and v) the relative humidity inside the trailer. The release of formaldehyde gas inside a trailer is greatest in newly-manufactured products and increases as temperature and relative humidity increase. The concentration of formaldehyde gas inside a trailer increases as the number of sources increases and as the volume of air inside the trailer and the air exchange rate (i.e., ventilation) decrease. All five of these factors were acting individually and in concert to increase the release of and concentration of formaldehyde gas inside the Fleetwood Enterprises, Inc. 32FSH model travel trailer FEMA supplied to Ms. Dubuclet.

22. Three of the five factors that affect the release of and concentration of formaldehyde gas inside the trailer are largely beyond the control of manufacturer Fleetwood Enterprises, Inc.—the volume of air inside the trailer (factor ii), temperature (factor iv), and relative humidity (factor v). The other two factors—the number of formaldehyde-emitting wood composite products used to construct the trailer (factor i) and the air exchange rate (i.e., ventilation) (factor iii) were determined by Fleetwood Enterprises, Inc.

23. In November 2007 the Lawrence Berkeley National Laboratory measured formaldehyde gas levels inside four never-occupied FEMA travel trailers. (No Fleetwood Enterprises, Inc. travel trailer was among those examined by the LBNL.) In its "Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report" dated November 2008, the LBNL reported that *"We conclude that whole trailer formaldehyde emission factors are high, but the materials may be within those commonly found in the building industry.* [In other words, the concentration of formaldehyde gas inside the trailers is high even though the wood-

DUB000280

based composites used to construct them meet the formaldehyde gas emission limits of HUD Standard 24 CFR Chapter XX Part 3280 Manufactured Home Construction and Safety Standards. The HUD Standard requires that wood composite products be tested under the specific conditions set forth in ASTM E 1333 Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber. Under the HUD Standard the maximum amount of formaldehyde gas that can be released is 200 ppb for hardwood plywood and 300 ppb for particleboard. Wood composite products that meet the HUD standard are referred to as low formaldehyde emission or LFE.] *This indicates a difference in the construction/design* [which is determined by Fleetwood Enterprises, Inc.] *that may lead to elevated concentrations and whole trailer emission rates. Three features of material application in the THUs differ from most other dwellings: 1) the extensive use of lightweight composite wood products* [factor i]*, 2) very high surface loading of composite wood products* [factor i] *and 3) low fresh air per unit surface area of composite wood products in the THUs* [factor iii]*. The LBNL concluded that "The high loading factor (material surface area divided by THU volume) of composite wood products in the THUs* [factor i] *and the low fresh air exchange relative to the material surface area* [factor iii] *may be responsible for the excessive concentrations observed for some of the VOCs and formaldehyde."*

24. The current formaldehyde gas problem in the FEMA-supplied travel trailers could have been prevented had Fleetwood Enterprises, Inc. (and FEMA) employed the mitigation techniques detailed in the extensive body of literature documenting an identical formaldehyde gas problem that plagued HUD-Code manufactured houses in the 1970s and early 1980s for identical reasons. At that time the subfloor, walls, ceiling, doors, and cabinets in HUD-Code manufactured houses were constructed from particleboard, medium density fiberboard, and hardwood plywood that released formaldehyde gas after being placed in service. The HUD-Code manufactured houses of that time were small in volume and had a low air exchange rate (i.e., ventilation); complaints about formaldehyde gas were common. The problem was investigated, its causes identified, solutions put in place, and by the late 1980s formaldehyde gas inside HUD-Code manufactured houses ceased to be a problem.

25. Fleetwood Enterprises, Inc. was aware of the formaldehyde gas problem that plagued HUD-Code manufactured houses in the 1970s and 1980s. Fleetwood Enterprises, Inc. designed and built HUD-Code manufactured houses in the 1970s and 1980s. Fleetwood Enterprises, Inc.

DUB000281

several times hired consulting engineers Resources Applications, Designs and Controls, Inc. (RADCO) to, among other things, identify the materials that Fleetwood Enterprises, Inc. used in its HUD-Code manufactured houses that released formaldehyde gas and to evaluate various methods of reducing the amount of formaldehyde gas inside its HUD-Code manufactured houses. In its report to Fleetwood Enterprises, Inc. dated April 30, 1979, RADCO identified urea-formaldehyde bonded lauan paneling (i.e., tropical hardwood plywood) and particleboard as *"significant contributors"* of formaldehyde gas. In the report RADCO advised Fleetwood Enterprises, Inc. that *"The best solution would obviously be to reduce or eliminate the excess HCHO* [i.e., formaldehyde] *at the point of material manufacture."* and that *"Induced outside air ventilation was found to be the most effective means of reducing the HCHO level in a home."* Although these statements explicitly address formaldehyde gas in HUD-Code manufactured houses, the underlying principles apply to all buildings and structures including travel trailers. Fleetwood Enterprises, Inc. could have modified its materials and construction and design practices for its travel trailers based on its own prior experience with formaldehyde gas in its HUD-Code manufactured houses.

26. Fleetwood Enterprises, Inc. could have reduced the number of formaldehyde-emitting products inside the trailer by using wood-based composites that either do not emit formaldehyde (hardwood plywood, medium density fiberboard, and particleboard are also made with adhesives that do not contain formaldehyde) or emit so little formaldehyde that they are exempt from the HUD standard (hardboard for walls and ceilings instead of hardwood plywood). At the time this trailer was manufactured, Fleetwood Enterprises, Inc. had available to it alternative materials that, if used, would have emitted little or no formaldehyde gas.

27. It is my understanding that Fleetwood Enterprises, Inc. used only low formaldehyde emission (LFE) wood composite products in its travel trailers. At the time the wood composite products Fleetwood Enterprises, Inc. used in the Dubuclet trailer were manufactured (prior to March 2006), the LFE designation meant only that the wood composite products did not emit more than a specified maximum amount of formaldehyde gas when tested under the specific conditions set forth in ASTM E 1333 Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber (200 ppb for hardwood plywood and 300 ppb for particleboard). The LFE designation is not a predictor of

**DUB000282**

what the actual concentration of formaldehyde gas will be inside a travel trailer (or any other kind of building or structure) constructed with LFE wood composite products. This is because the release of and concentration of formaldehyde gas in the air inside a travel trailer depends upon the interaction of: i) the age and number of formaldehyde-emitting wood composite products used to construct the trailer; ii) the volume of air inside the trailer; iii) the trailer's air exchange rate (i.e., ventilation); iv) the temperature inside the trailer; and v) the relative humidity inside the trailer.

28. The HUD Standard for LFE wood composite products was recently superseded by the California Air Resources Board (CARB) Standard to further reduce the amount of formaldehyde gas to which the users of products made with wood composite products, including travel trailers, are exposed. The CARB Standard Phase One became effective January 1, 2009. Under the CARB Standard Phase One, the maximum amount of formaldehyde gas that can be released from wood composite products when tested under ASTM E 1333 is: i) less than 80 ppb for hardwood plywood; ii) less than 180 ppb for particleboard; and iii) less than 210 ppb for medium density fiberboard. The maximum formaldehyde gas emission levels will be even lower under the CARB Standard Phase Two that takes effect in 2010 and 2011. The Recreational Vehicle Industry Association (RVIA), of which Fleetwood Enterprises, Inc. is a member, recently adopted the CARB Standard. As a condition of membership in the RVIA, companies that manufacture recreational vehicles including travel trailers must use only wood composite products that meet the CARB Standard also beginning January 1, 2009. In November 2008, FEMA released a new specification for travel trailers to be used as temporary housing following natural disasters. The specification requires that *"Once constructed, the unit's formaldehyde emission level shall be less than 0.016 ppm [16 ppb] during initial testing period prior to delivery from the manufacturing plant. No Luan [sic], MDF, vinyl gypsum, or products which contain urea-formaldehyde will be allowed."*

29. Fleetwood Enterprises, Inc. could have increased the trailer's air exchange rate (i.e., ventilation) by equipping it with a mechanical system that blows contaminated indoor air outside and draws fresh outdoor air inside as has been required in HUD-Code manufactured houses since 1984. If Fleetwood Enterprises, Inc. had utilized such a mechanical system, it would have reduced the level of formaldehyde gas inside the trailer.

**DUB000283**

30. It is my opinion, to a reasonable degree of scientific certainty, that the Fleetwood Enterprises, Inc. 32FSH model travel trailer supplied by FEMA to Ms. Dubuclet was not suitable for use as long-term housing because it was foreseeable and predictable that formaldehyde gas would be released from the wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood used in this trailer and that Ms. Dubuclet, her daughter Timia, her son Timothy, and Ms. Picot (Timia's grandmother) would potentially suffer adverse health effects from chronic exposure to formaldehyde gas.

31. It is my opinion, to a reasonable degree of scientific certainty, that it was unreasonable for anyone involved in the decision to use a travel trailer for long-term housing to think that the health of persons living in this Fleetwood Enterprises, Inc. 32FSH model trailer for a long period of time would not be adversely affected given: i) that the propensity for wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood to release formaldehyde gas has been known since the 1970s; ii) that exposure to formaldehyde gas causes adverse health effects has been known since the 1970s; iii) that the identical problem occurred in HUD-Code manufactured houses in the 1970s and early 1980s for identical reasons; and iv) that the techniques for mitigating formaldehyde gas inside buildings and structures of all kinds are well-known, widely published, and effective.

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this the _10th_ day of July, 2009.

_[signature]_

Stephen Smulski, Ph.D.
453 Wendell Road
Shutesbury, MA 01072

_[signature]_                          LINDA J. NELSON
Notary Public Signature          Notary Public Name

LA BAR #9938                      _for life_
Notary Number                    Commission Expires

DUB000284