# EXHIBIT 6

LBNL-254E

# ERNEST ORLANDO LAWRENCE BERKELEY NATIONAL LABORATORY

## ALDEHYDE AND OTHER VOLATILE ORGANIC CHEMICAL EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS – FINAL REPORT

Randy Maddalena, Marion Russell, Douglas P. Sullivan, and Michael G. Apte

**Environmental Energy Technologies Division**

November 2008



## DISCLAIMER

This document was prepared as an account of work sponsored by the United States Government. While this document is believed to contain correct information, neither the United States Government nor any agency thereof, nor The Regents of the University of California, nor any of their employees, makes any warranty, express or implied, or assumes any legal responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by its trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof, or The Regents of the University of California. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof, or The Regents of the University of California.

Ernest Orlando Lawrence Berkeley National Laboratory
is an equal opportunity employer.

LBNL-254E

# Aldehyde and other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units – Final Report

Randy Maddalena, Marion Russell, Douglas P. Sullivan,
and Michael G. Apte

Indoor Environment Department
Environmental Energy Technologies Division
Lawrence Berkeley National Laboratory
Berkeley, CA 94720

**November 2008**

This work was supported by interagency agreement 08FED894632 from the Centers for Disease Control and Prevention (CDC) – National Center for Environmental Health (NCEH) and also the Assistant Secretary for Energy Efficiency and Renewable Energy, Office of Building Technology, State, and Community Programs, of the U.S. Department of Energy under Contract No. DE-AC02-05CH11231. Its contents are solely the responsibility of the authors and do not necessarily represent the official views of CDC –NCEH or US DOE. We thank Mike Gressel and Chad Dowell of CDC-NIOSH for their technical and field support on this project. We also thank Antoinette "Toni" Stein, California Department of Health Services, Indoor Air Quality Branch, Richmond, CA and Al Hodgson, Berkeley Analytical Associates, LLC, Richmond, CA for their detailed and thorough reviews of this report.

This page is intentionally blank.

# ABSTRACT

As part of an ongoing effort with the U.S. Centers for Disease Control and Prevention (CDC),
Lawrence Berkeley National Laboratory (LBNL) entered into an interagency agreement with
CDC to help identify mitigation strategies for reducing indoor emissions of volatile organic
compounds (VOCs) including formaldehyde in Federal Emergency Management Administration
(FEMA) temporary housing units (THUs)[1]. Four unoccupied FEMA THUs were studied to
assess their indoor emissions of VOC including formaldehyde. Indoor measurement of whole-
THU VOC and aldehyde emission factors ($\mu$g h$^{-1}$ per m$^2$ of floor area) for each of the four THUs
were made at FEMA's Purvis Mississippi staging yard using a mass balance approach.
Measurements were made in the morning, and again in the afternoon in each THU.  Steady-state
indoor formaldehyde concentrations ranged from 378 $\mu$g m$^{-3}$ (0.31ppm) to 632 $\mu$g m$^{-3}$ (0.52
ppm) in the morning, and from 433 $\mu$g m$^{-3}$ (0.35 ppm) to 926 $\mu$g m$^{-3}$ (0.78 ppm) in the afternoon.
THU air exchange rates ranged from 0.15 h$^{-1}$ to 0.39 h$^{-1}$.  A total of 45 small (approximately
0.025 m$^2$) samples of surface material, 16 types, were collected directly from the four THUs and
shipped to Lawrence Berkeley Laboratory.  The material samples were analyzed for VOC and
aldehyde emissions in small stainless steel chambers using a standard, accurate mass balance
method. Quantification methods for the VOCs included high performance liquid chromatography
for formaldehyde and acetaldehyde, ion chromatography for the acetic acid, and gas
chromatography-mass spectrometry for the remaining VOCs.  Material specific emission factors
($\mu$g h$^{-1}$ per m$^2$ of material) were quantified.  Approximately 80 unique VOCs were initially
identified in the THU field samples, of which forty-five were quantified either because of their
toxicological significance or because their concentrations were high.  Whole-trailer and material
specific emission factors were calculated for 33 compounds.  The THU emission factors and
those from their component materials were compared against those measured in other types of
housing and the materials used in their construction.  Whole THU emission factors for most
VOCs were similar to those from comparative housing.  The three exceptions were large
emissions of formaldehyde, acetic acid, TMPD-DIB (a common plasticizer in vinyl products),
and somewhat elevated emission of phenol.  Of these compounds, formaldehyde was the only
one with toxicological significance at the observed concentrations.  Whole THU formaldehyde
emissions ranged from 173 to 266 $\mu$g m$^{-2}$ h$^{-1}$ in the morning and 257 to 347 $\mu$g m$^{-2}$ h$^{-1}$ in the
afternoon.  Median formaldehyde emissions in previously studied site-built and manufactured
homes were 31 and 45 $\mu$g m$^{-2}$ h$^{-1}$, respectively.  Only one of the composite wood materials that
was tested appeared to exceed the US Department of Housing and Urban Development (HUD)
formaldehyde emission standard for new material but several of the materials exceeded if the
decline in emission with aging is considered.  The high loading factor (material surface area
divided by THU volume) of composite wood products in the THUs and the low fresh air
exchange relative to the material surface area may be responsible for the excessive
concentrations observed for some of the VOCs and formaldehyde.

---

[1] This is a final project report which supersedes the previously submitted interim report by the same authors titled
INTERIM REPORT: VOC AND ALDEHYDE EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS
dated 4 May, 2008.

# TABLE OF CONTENTS

ABSTRACT ........................................................................................................................................ i

TABLE OF CONTENTS ................................................................................................................ ii

LIST OF FIGURES ......................................................................................................................... iii

LIST OF TABLES ........................................................................................................................... iv

LIST OF ABBREVIATIONS ....................................................................................................... vi

EXECUTIVE SUMMARY .......................................................................................................... vii

    RECOMMENDATIONS FOR FUTURE WORK ................................................................................. X

INTRODUCTION ............................................................................................................................. 1

    EMISSION FACTORS .................................................................................................................... 1
    FORMALDEHYDE EMISSIONS FROM BUILDING MATERIALS – BACKGROUND INFORMATION ....... 2
        *Formaldehyde Emission Behavior* ........................................................................................ 3
    VOLATILE ORGANIC COMPOUND (VOC) EMISSIONS FROM BUILDING MATERIALS - BACKGROUND INFORMATION. 3

METHODS ......................................................................................................................................... 4

    OVERVIEW OF EXPERIMENTAL APPROACH ................................................................................. 4
    DESCRIPTION OF STUDY UNITS .................................................................................................. 4
    AIR SAMPLING AND ANALYSIS ................................................................................................... 5
        *Volatile Organic Chemicals* ................................................................................................ 5
        *Low Molecular Weight Aldehydes* ...................................................................................... 6
        *Acetic Acid* ......................................................................................................................... 6
    QUALITY ASSURANCE ................................................................................................................. 6
    MEASUREMENT OF WHOLE TRAILER CONCENTRATIONS ............................................................. 7
    MEASUREMENT OF STEADY-STATE VENTILATION RATES ............................................................ 7
    COLLECTION AND CHARACTERIZATION OF INDOOR MATERIALS .................................................. 8
    MEASUREMENT OF MATERIAL SPECIFIC EMISSION FACTORS ....................................................... 8
    DATA ANALYSIS ......................................................................................................................... 9

RESULTS ............................................................................................................................................ 9

    MATERIAL SPECIFIC LOADING RATIOS ....................................................................................... 9
    WHOLE TRAILER VENTILATION AND VOC MEASUREMENTS ..................................................... 10
    MATERIAL SPECIFIC VOC MEASUREMENTS .............................................................................. 11
    PERCENT CONTRIBUTION OF MATERIAL SPECIFIC EMISSIONS TO WHOLE TRAILER MEASUREMENTS ................. 11

DISCUSSION ................................................................................................................................... 11

    VOC EMISSIONS FROM BUILDING MATERIALS .......................................................................... 12
    ALDEHYDE EMISSIONS FROM BUILDING MATERIALS ................................................................. 13

CONCLUSIONS ............................................................................................................................. 15

    RECOMMENDATIONS FOR FUTURE WORK ................................................................................. 16

REFERENCES: .............................................................................................................................. 17

TABLES: ........................................................................................................................................... 19

FIGURES: ......................................................................................................................................... 42

## LIST OF FIGURES

Figure 1. Preparation for indoor sampling in a THU.  Half inch holes were drilled into the THU door for insertion of ¼" stainless steel sampling tubes.  A sampling tube and sample pump are seen in the foreground. ................................................................................................................ 42

Figure 2. Collection of indoor sample through the THU door. ........................................................ 43

Figure 3. Example of tracer gas experiment determining ventilation rate in trailer showing initial stabilization period followed by the linear decay region. The ventilation rate is determined from the slope of the decay curve in the linear region as described in the text. The response shown here for Trailer 1 is typical of all the units tested. ................................... 44

Figure 4. Comparison of measured indoor air concentration (ppm) data for new site-built and manufactured homes (Hodgson et. al., 2000), German residences (Hippelein, 2004) and the four THUs. The data are reported as geometric mean (GM) with error bars representing one geometric standard deviation (GSD). The GSD for the Hippelein (2004) data were calculated from the arithmetic mean and standard deviation. ...................................................... 45

Figure 5. Comparison of GM (GSD error bars) measured whole building VOC emission factors (emissions per floor area) for seven new site built houses, four new manufactured houses (Hodgson et. al. 2000), and the four THUs studied in this project.  Note that this chart is plotted on a logarithmic scale. .................................................................................................... 46

## LIST OF TABLES

Table 1.  Specifications and Ventilation Characteristics of the Temporary Housing Units ........... 19

Table 2. Projected Surface Area of Indoor Materials ($m^2$) .................................................................... 19

Table 3. Description of Surface Materials Harvested from Trailers and Tested for Emissions .... 20

Table 4. Surface Coverings and Finishes on Tested Materials ................................................................ 21

Table 5. Surface Loading Ratios and Area-Specific Clean Air Flow Rates ........................................ 22

Table 6. Environmental Conditions ............................................................................................................ 23

Table 7 Target VOCs Identified in Temporary Housing Units ............................................................. 24

Table 8. Measured Steady-state VOC Concentrations ($\mu g/m^3$) in Field Samples ............................ 25

Table 9. Whole Trailer Emission Rates Normalized to Floor Area ($\mu g\, m^{-2}\, h^{-1}$) ................................. 26

Table 10. Material Specific Emission Factors ($\mu g\, m^{-2}\, h^{-1}$) for the Dutchmen trailer ........................ 28

Table 11. Material Specific Emission Factors ($\mu g\, m^{-2}\, h^{-1}$) for the Pilgrim trailer ............................. 29

Table 12. Material Specific Emission Factors ($\mu g\, m^{-2}\, h^{-1}$) for the Coachman trailer ...................... 30

Table 13. Material Specific Emission Factors ($\mu g\, m^{-2}\, h^{-1}$) for the Cavalier trailer ............................ 31

Table 14. Material Emission Factors Normalized to Whole Trailer Floor Area ($\mu g\, m^{-2}\, h^{-1}$) for the
Dutchmen trailer .................................................................................................................................... 32

Table 15. Material Emission Factors Normalized to Whole Trailer Floor Area ($\mu g\, m^{-2}\, h^{-1}$) for the
Pilgrim trailer ......................................................................................................................................... 33

Table 16. Material Emission Factors Normalized to Whole Trailer Floor Area ($\mu g\, m^{-2}\, h^{-1}$) for the
Coachmen trailer .................................................................................................................................... 34

Table 17. Material Emission Factors Normalized to Whole Trailer Floor Area ($\mu g\, m^{-2}\, h^{-1}$) for the
Cavalier trailer ........................................................................................................................................ 35

Table 18. Total ($\mu g\, m^{-2}\, h^{-1}$) and Percent Contribution of Each Material to Area Normalized
Whole Trailer Emission Rates for the Duchmen ........................................................................... 36

Table 19. Total ($\mu g\, m^{-2}\, h^{-1}$) and Percent Contribution of Each Material to Area Normalized
Whole Trailer Emission Rates for the Pilgrim ............................................................................... 37

Table 20. Total ($\mu g\, m^{-2}\, h^{-1}$) and Percent Contribution of Each Material to Area Normalized
Whole Trailer Emission Rates for Coachmen ............................................................................... 37

Table 21. Total ($\mu$g m$^{-2}$ h$^{-1}$) and Percent Contribution of Each Material to Area Normalized Whole Trailer Emission Rates for the Cavalier ............................................................................ 38

Table 22. Comparison of Sum Material Specific Emission* ($\mu$g m$^{-2}$ h$^{-1}$) with Measured Whole Trailer Emission ........................................................................................................................... 39

Table 23. Material specific aldehyde emissions from cabinetry, passage door, and subfloor used to fabricate a new manufactured house.......................................................................................... 40

Table 24. Material specific emission factors of terpene hydrocarbons from indoor sources used to fabricate a new manufactured house.......................................................................................... 40

Table 25. Reported Formaldehyde Emission Factors from CARB's Battelle (1996) study[1]............ 41

## LIST OF ABBREVIATIONS

| | |
|---|---|
| ACH | Air Exchanges per Hour |
| ASTM | American Society for Testing and Materials |
| CARB | California Air Resources Board |
| CDC | Centers for Disease Control and Prevention |
| CPSC | US Consumer Product Safety Commission |
| CV | Coefficient of Variation |
| FEMA | Federal Emergency Management Administration |
| GM | Geometric Mean |
| GSD | Geometric Standard Deviation |
| HUD | US Department of Housing and Urban Development |
| HWPW | Hardwood Plywood |
| LBNL | Lawrence Berkeley National Laboratory |
| NCEH | National Center for Environmental Health |
| NIOSH | National Institute for Occupational Safety and Health |
| NIST | National Institute of Standards and Technology |
| ORNL | Oak Ridge National Laboratory |
| ppm | parts per million |
| ppb | parts per billion |
| PVC | polyvinylchloride |
| REL | Recommended Exposure Limit |
| TAC | Toxic Air Contaminant |
| THU | Temporary Housing Units |
| TMPD-DIB | 2,2,4-Trimethyl-1,3-pentanediol diisobutyrate |
| TMPD-MIB | 2,2,4-Trimethyl-1,3-pentanediol monoisobutyrate |
| UFFI | Urea Formaldehyde Foam Insulation or expandable foam insulation |
| VOC | Volatile Organic Chemical |

**EXECUTIVE SUMMARY**

This document superseded the previously submitted interim report titled "INTERIM REPORT: VOC AND ALDEHYDE EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS" by the same authors dated 4 May, 2008. This final report includes updated data on acetic acid, a more detailed comparison of the results to regulatory product standards and published emission factors and updated figures and tables.

The objectives of this study have been to 1) directly measure indoor concentrations and whole trailer emission factors in four unoccupied temporary housing units (THUs) for a range of volatile organic compounds (VOCs) and aldehydes including formaldehyde, and 2) determine materials specific emission factors of these compounds from individual surface materials collected directly from the THUs providing initial information into the magnitude and potential sources of indoor pollutant loadings in the tested THUs. The results of this study will be used by the U.S. Centers for Disease Control and Prevention to help identify mitigation strategies for reducing indoor emissions of VOCs including formaldehyde.

The Federal Emergency Management Administration (FEMA) has supplied over 100,000 emergency THUs to families that lost their homes in Louisiana and Mississippi during the Hurricane Katrina and Rita disasters. FEMA owns approximately 160,000 of these THUs. Some are deployed to other parts of the U.S., some are used to house emergency surface workers, and many are in storage. Concerns about the indoor environmental quality in the THUs have arisen based on occupant health complaints and concerns. These health concerns have been identified by physicians treating THU occupants, and through risk analyses of indoor air quality measurements made in both occupied and unoccupied units. These measurements were reported by the Sierra Club and by the Centers for Disease Control and Prevention (CDC). Formaldehyde concentrations observed in both occupied and unoccupied THUs have exceeded the National Institute for Occupational Safety and Health (NIOSH) recommended exposure limit (REL) of 0.016 ppm, often by a factor of 10 or greater. The NIOSH REL was based on the analytical limit of detection and not on health effects data.

Measured emission factors for individual building materials can be used to assess the contribution of specific materials to the overall indoor pollutant load using mass balance modeling. Emission factors describe the mass of a particular compound released by a specific material per hour, per unit area of material. Measured emission factors provide a means to directly compare emission characteristics from one material to another. Emission factors from materials are dependent on a range of environmental parameters such as temperature, relative humidity and boundary layer diffusion characteristics, which are influenced by air flow across the surface. These parameters need to be considered when emission factors are compared.

When describing emissions from a single material, i.e., fiberboard or flooring, emission factors are typically expressed in terms of the projected surface area of the material itself. However, when describing the emissions from a composite assembly of materials, such as a house or travel trailer that is constructed from a variety of component pieces, it is difficult to isolate a single emission source. In this case, it is customary to present emissions of a particular compound as a net mass emitted per unit area of floor, per hour. Both of these emission factor metrics have the same units: $\mu g\ m^{-2}\ h^{-1}$. It is important to understand the distinction between emissions on a per-material area versus a net per-floor area basis when studying material emission characteristics.

Sources contributing to elevated formaldehyde indoors are primarily related to building products and furnishings. Formaldehyde is only one compound of concern that is emitted from these materials. A range of VOCs typically present when formaldehyde is observed, are also emitted from materials. Like formaldehyde, which is a toxic air contaminant, many of the VOCs are known to have low odor thresholds, high potency as respiratory irritants, and in some cases carcinogenicity.

This report presents results from experiments designed to assess their indoor emissions of VOCs, including formaldehyde, in four unoccupied FEMA THUs. Whole-THU emissions were measured, and then selected material samples were collected directly from the four units and their material specific emission rates were measured in small chambers. Standard analytical methods employing rigorous quality control were used to quantify a range of VOCs and aldehydes in the air in both the whole-THU and chamber emissions experiments and these measurements were used along with characteristics of the THUs to estimate emission rates.

The THUs selected for study were all of the travel trailer design including a Thor Industries Dutchmen manufactured September 2005, a Pilgrim International manufactured October 2005, a Coachmen's Spirit of America manufactured October 2006 and a Gulfstream Coach Cavalier manufactured March 2006. The units were in excellent condition. The approximate floor areas ranged from $221 - 240$ square feet. The Dutchman trailer was equipped with an additional pullout section approximately 14 feet long by 3 feet ($\sim$42 ft$^2$) that was not opened up during sampling.

Measurement of whole-THU VOC and aldehyde emission factors ($\mu$g h$^{-1}$ per m$^2$ of floor area) for each of the four THUs were made at FEMA's Purvis Mississippi staging yard. Measurements were made in the morning, and again in the afternoon in each THU. Steady-state indoor formaldehyde concentrations ranged from 378 $\mu$g m$^{-3}$ (0.31ppm) to 632 $\mu$g m$^{-3}$ (0.52 ppm) in the morning, and from 433 $\mu$g m$^{-3}$ (0.35 ppm) to 926 $\mu$g m$^{-3}$ (0.78 ppm) in the afternoon. THU air exchange rates ranged from 0.15 h$^{-1}$ to 0.39 h$^{-1}$.

A total of 45 small (approximately 0.025 m$^2$) samples of surface material, 16 types, were collected directly from the four THUs and shipped to Lawrence Berkeley Laboratory (LBNL). Material specific emission factors were determined using small chambers generally following the ASTM Standard Guide D-5116-97. The material samples were analyzed for VOC emissions in small stainless steel chambers using a standard, accurate mass balance method. Quantification of VOCs was done via gas chromatography – mass spectrometry; low molecular weight aldehydes via high performance liquid chromatography; and acetic acid via an ion chromatography method. Material specific emission factors ($\mu$g h$^{-1}$ per m$^2$ of material) were quantified. Approximately 80 unique VOCs were initially identified in the THU field samples, of which forty-five were quantified either because of their toxicological significance or because their concentrations were high.

All THUs had a significant fraction of the internal surface area (walls, ceiling, cabinet walls) constructed of 1/8-inch plywood with a vinyl or PVC skin or simulated wood finish. All units had sheet vinyl flooring while the Dutchmen and Pilgrim also had carpeted areas. All countertops were particleboard surfaced with high-pressure laminate. A variety of wood products were used for the sub-floor and for the bench and bed platforms.

Whole-trailer and material specific emission factors were calculated for 33 compounds. The THU emission factors and those from their component materials were compared against those

measured from other types of housing and the materials used in their construction. Whole THU emission factors for most VOCs were similar to those from comparative housing measured in the U.S (all approximately 6 months old or less). Four exceptions were large emissions of formaldehyde, acetic acid and TMPD-DIB (2,2,4-Trimethyl-1,3-pentanediol diisobutyrate - a common plasticizer in vinyl products), and somewhat elevated emissions for phenol. A detailed assessment of the toxicology and risk associated with the identified indoor pollutants was not performed but of the compounds that were identified, the observed concentration of formaldehyde is thought to be of toxicological significance. Additionally, several VOCs (dodecane, tridecane, p-xylene, alpha-pinene, beta-pinene and hexanal) were measured in the four THUs at concentrations above those reported in a study of 39 German homes. Acetic acid was also measured at levels that were well above reported odor thresholds for VOCs.

Whole THU formaldehyde emissions ranged from 173 to 266 $\mu$g m$^{-2}$ h$^{-1}$ in the morning and 257 to 347 $\mu$g m$^{-2}$ h$^{-1}$ in the afternoon. Median formaldehyde emissions in previously studied site-built and manufactured homes (approximately 6 months old or less) were 31 and 45 $\mu$g m$^{-2}$ h$^{-1}$, respectively.

The material specific formaldehyde emission factor measurements showed that the highest material emissions were from the cabinet walls, sub flooring, and the bench materials (the fabric and foam materials also showed elevated emissions, but these may be due to the re-emission of formaldehyde that had sorbed to the material from the indoor air, rather than as primary emitters). Only one material, the Cavalier plywood cabinet wall (490 $\mu$g m$^{-2}$ h$^{-1}$) exhibited emissions in excess of the HUD standard of 130 $\mu$g m$^{-2}$ h$^{-1}$ for new material. However, the material in the THUs had aged and as a result the emission rates are expected to be lower than initial emissions from new material. If this aging is accounted for then several of the materials in the THUs may have emission that exceeded the HUD standard when the materials were new. Knowledge on the rate of decline in emission rates with aging is limited so it is difficult to conclude that the aged materials would have been below the HUD standard or within previously reported ranges for other structures. Nevertheless, even with the aged materials, the emission factors for phenol, TMPD-DIB, acetic acid and formaldehyde remained higher in the THUs than the new homes.

We conclude that whole trailer formaldehyde emission factors are high, but the materials emission factors may be within those commonly found in the building industry. This indicates a difference in the construction/design that may lead to elevated concentrations and whole trailer emission rates. Three features of material application in the THUs differ from most other dwellings: 1) the extensive use of lightweight composite wood products, 2) very high surface loading of composite wood products and 3) low fresh air per unit surface area of composite wood products in the THUs.

Much of the projected surface area in the THUs (wall, ceiling, and cabinetry) use 1/8" hardwood plywood (HWPW). The wood product loading factor of the THU is far higher than in houses that use gypsum board for walls and ceilings. These high loading factors in combination with observed ventilation rates may be the primary reason for the unusually high rates at which formaldehyde mass is emitted into the THU. Considering this in terms of the area-specific clean air flow rates, the high material loading ratio in the units combined with relatively low fresh air ventilation rates results in area-specific air flow rates that are quite low relative to other housing types. With all other factors being equal, the steady-state concentrations indoors are inversely proportional to the air exchange rates. The THUs in this study are not outfitted for increased

ventilation and may be under ventilated for housing with such small volume. Although low ventilation does not directly affect the measured formaldehyde emission rates presented in this report, it can influence the concentrations experienced by the THU occupants.

The results of this study are not statistically representative of the entire fleet of FEMA THUs because the study was based on a convenience sample of four THUs. Nonetheless, the measured material-specific emission factors for volatile organic compounds, including formaldehyde, were similar to values reported in the literature for materials. However, it is important to consider that the materials in this study were both aged and allowed to interact with emissions from other materials. Formaldehyde and some of the other VOCs measured in the unoccupied THUs and the associated whole trailer emission factors were found to be higher, sometimes much higher, than what is typically found in residential environments. The difference between these THUs and other housing appears to be the very high composite wood surface areas relative to room volume used in the travel trailer design and the low ventilation rates in terms of low area-specific fresh air flow rates in the THUs.

### Recommendations for future work

This report provides a preliminary assessment into the effect of THU design and material choices on indoor VOC and aldehyde concentrations. It is by no means definitive because we studied only four THU models produced by four manufactures and the focus of this study was limited to the travel trailers, while a significant portion of THUs are park trailer models, and mobile homes. A systematic assessment across a wider range of THU makes and models including a better characterization of fresh air ventilation rates under occupied conditions could provide a better understanding of the time integrated exposure concentrations in occupied units.

The results in this report do not yet address temperature and humidity effects on material emissions within the studied units. It is hypothesized that at the higher temperature and relative humidity conditions found in the summertime in the southeastern portions of the US, emissions of formaldehyde from the urea-formaldehyde composite materials will increase. Chamber experiments and a seasonal study designed to investigate the potential effects of temperature and humidity should be completed.

## INTRODUCTION

This document superseded the previously submitted interim report titled "INTERIM REPORT: VOC AND ALDEHYDE EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS" by the same authors dated 4 May, 2008. This final report includes updated data on acetic acid, a more detailed comparison of the results to regulatory product standards and published emission factors and updated figures and tables.

FEMA has supplied over 100,000 emergency THUs to families that lost their homes in Louisiana and Mississippi during the Hurricane Katrina and Rita disasters. FEMA owns approximately 160,000 of these THUs. Some are deployed to other parts of the U.S., some are used to house emergency workers, and many are in storage. Concerns about the indoor environmental quality in the THUs have arisen based on occupant health complaints and concerns. These concerns have been identified by physicians treating THU occupants, and through risk analyses of indoor air quality measurements made in both occupied and unoccupied units. These measurements were reported by the Sierra Club and by the Centers for Disease Control. Formaldehyde concentrations observed in both occupied and unoccupied THUs have exceeded the National Institute for Occupational Safety and Health (NIOSH) recommended exposure limit (REL) of 0.016 ppm, often by a factor of 10 or greater. The NIOSH REL was based on the analytical limit of detection and not on health effects data.

Although formaldehyde levels in the THUs was highlighted by the Sierra Club survey, and by media focus, a concern has existed that other irritating, odorous, or potentially toxic volatile organic compounds (VOC) may be emitted from the THU construction materials and furnishings, and that the design of the THUs, including extensive use of plywood, particle board and laminated material in combinations with low ventilation rates may lead to elevated exposure concentrations. A careful study of indoor VOC emissions in the whole trailers and from the individual THU materials was needed to identify sources of indoor pollutants and begin to assess exposure concentrations that result from these emissions.

### Emission Factors

Measured emission factors for individual building materials can be used to assess the contribution of specific materials to the overall indoor pollutant load using mass balance modeling (Hodgson et. al., 2004). Emission factors describe the mass of a particular chemical released by a material per hour and per unit surface area. Measured emission factors provide a means to directly compare emission characteristics from one material to another. Emission factors from materials can be influenced by a range of environmental parameters such as temperature, relative humidity and boundary layer diffusion characteristics, which are influenced by air flow across the surface. It is important that these parameters are consistent when emission factors are compared. Measurement method standardization helps to ensure this.

When describing emissions from a single material, i.e., fiberboard or flooring, emission factors are typically expressed in terms of the projected surface area of the material itself. However, when describing the emissions in a complete structure, such as a house or travel trailer that is composed of a variety of different materials that can release and absorb air pollutants, it is difficult to isolate a single emission source. In this case, it is customary to present emissions of a particular compound as a net mass emitted per unit area of floor, per hour. Both of these emission factor metrics have the same units: $\mu g\ m^{-2}\ h^{-1}$. It is important to recognize the

1

distinction between emissions on a per-material area versus a net per-floor area basis when studying material emission characteristics. The convention followed in this work is to report whole-trailer emission factors on a floor area basis while the individual materials are reported on a projected surface area basis.

### Formaldehyde Emissions From Building Materials – Background Information

Sources contributing to elevated formaldehyde indoors are primarily related to building products and furnishings. Formaldehyde is only one compound of concern that is emitted from these materials. A range of VOCs typically present when formaldehyde is observed, are also emitted from materials (Hodgson, 1999). Like formaldehyde, which is a toxic air contaminant, many of the VOCs are known to have low odor thresholds, high potency as respiratory irritants, and in some cases carcinogenicity. However, given the toxicity and prevalence of formaldehyde in residences it has been the focus of a number of studies over the last several decades.

The problem of excessive formaldehyde emissions from building materials reached national awareness starting in the early 1980s with the increase in commercial and industrial use of urea formaldehyde as a bonding agent and as an expanded foam insulation (UFFI). The US Consumer Product Safety Commission (CPSC) had reported health complaints caused by UFFI since 1972. In 1980 the National Academy of Science advised maintaining the lowest practical formaldehyde concentrations in order to minimize possible adverse effects on public health, based upon emerging results from an ongoing carcinogenicity study (NAS 1980). A heightened concern began with the emergence of health effects in occupants of mobile homes (Hileman, 1982). In 1982 the Consumer Product Safety Commission placed a ban on UFFI (CPSC 1982). This ban was subsequently lifted a year later by court order (CPSC 1983). However, the use of UFFI as a building material was curtailed by the industry.

In 1984 the U.S. Department of Housing and Urban Development (HUD) established formaldehyde product standards for all plywood and particleboard materials using bonding, coating, or surface finishing systems containing formaldehyde when installed in manufactured homes (Turner et al. 1996). The standard is embodied in the HUD Standard 24 CFR Chapter XX Part 3280, *Manufactured Home Construction and Safety Standards* (HUD 2001). The standard is based upon the ASTM emission testing method E-1333 that continues to be used (ASTM 2002). The standard was intended to cap the mass of formaldehyde that emanated from fresh wood composite materials in terms of concentration in a test chamber using standardized surface loading ratios and area specific air flows or air exchange rates. The standard was developed for testing newly manufactured wood products prior to their use in construction[2].

The wood products industry adopted the HUD standard in the U.S. during the 1980s. Subsequent surveys indicated that because the reduction of the mass emission rate of formaldehyde from wood products and the discontinuation of the use of UFFI in residential

---

[2] The HUD safety standards for certified plywood and particleboard used in manufactured home construction require that formaldehyde concentrations not exceed 200 ppb (0.246 mg/m$^3$) from plywood and 300 ppb (0.369 mg/m$^3$) from particleboard, as measured under the conditions specified in ASTM Method E1333. Engineered wood products are tested with specified loading ratios for particleboard and plywood of 0.43 m$^2$ of material per m$^3$ of test chamber volume (0.13 ft$^2$/ft$^3$), and 0.95 m$^2$/m$^3$ (0.29 ft$^2$/ft$^3$), respectively. Using the operating conditions and formaldehyde emissions rate equation specified in the standard, the initial formaldehyde emissions rates from the newly manufactured materials are 430 µg/m$^2$/h (8.81 x 10$^{-8}$ lb/ft$^2$/h) for particleboard and 130 µg/m$^2$ • h (2.66 x 10$^{-8}$ lb/ft$^2$ • h) for plywood.

2

construction, formaldehyde levels in residences dropped substantially (Azuma et al. 2006) through the 1980s and 1990s.

*Formaldehyde Emission Behavior*

Past research has established that the rate at which formaldehyde is emitted from some building products drops slowly as the materials ages after manufacture. This concept is often brought up when the topic of indoor formaldehyde emissions from materials is discussed. The fact is often used to indicate that indoor formaldehyde concentrations will decrease with time, lessening risk and health problems. However, the rate at which emissions drops is not well determined and will depend upon many factors. A recently released industry association report (SEFA 2008) concluded that emissions can drop by 25% within a month of manufacture and usually drop by half within six months.

A study of emission characteristics of pressed-wood products conducted by Oak Ridge National Laboratory (ORNL) for the U.S. Consumer Product Safety Commission (Matthews 1985) found that the time needed for emissions to drop to approximately 37% of initial rate was between 0.9 and 2.2 years depending on the material tested. These decay rates indicate a rate constant of 1.1 per year and 0.45 per year. The longer decay period (slower decay rate) was for a mixture of materials (particleboard underlayment, industrial particleboard, hardwood plywood paneling and medium density fiberboard). The shorter decay periods were associated with weaker board material at lower starting formaldehyde concentrations.

Using the slower decay period of 2.2 year determined in the ORNL study (Matthews 1985) for materials that are similar to THU materials, and assuming a starting formaldehyde concentration of 300 ppb with an air exchange rate of $0.5 \ h^{-1}$ (HUD standard for particle board), the required duration for the concentration in a new trailer to drop to a concentration of 10 ppb (similar to background, ASTDR 1999) is 7.5 years. For the lighter materials with the faster decay rate measure by ORNL, and assuming a starting concentration of 200 ppb, the time to reach 10 ppb is between three and five years.

Another key finding in the ORNL study was the effectiveness of vinyl flooring as a barrier in reduction of formaldehyde emission rates. This finding is salient to the THUs studied in this project in that much of the floor area had sheet vinyl covering and the walls, ceiling, cabinets, and doors were also covered with a polyvinyl chloride (PVC), photo-laminate or vinyl material. The ORNL report found through both modeling and measurements that carpet and cushion covering resulted in approximately a 2.5 fold reduction in formaldehyde emission rates while vinyl flooring reduced emission by approximately 30 fold (Matthews 1985).

Other building material studies have reported on the effectiveness or lack of effectiveness of coatings, layers, laminates, and other coverings showing that different coverings retard emissions differently. Some studies have shown that there can be significant sink effects with certain floor and wall covering materials when used in conjunction with other emitting sources highlighting more complex interactions and effects of flooring and wall assemblies including peak VOCs shifts with respect to time instead of simple decays (Won et al. 2001).

### *VOC Emissions from Building Materials - Background Information*

Considerably less information is available on VOC emissions from construction materials other than formaldehyde. Key sources of new information are Hodgson et al. (1999, 2000, and 2004),

Hodgson and Levin (2003), the California Integrated Waste Management Board (CIWMB 2003), Hipellein (2004) and Won et.al. (2004). For the purposes of this report we are able to make comparisons of residential concentrations and to whole structure VOC emission factors on a per-floor area basis. The sparse data on VOC emissions at the material level make comparisons more tenuous, however, enough data exists to make some qualitative conclusions regarding individual materials' contributions to indoor VOC concentrations in the THUs.

The objectives of this study are to 1) directly measure indoor concentrations and whole trailer emission factors in four unoccupied THUs for a range of VOCs and 2) determine materials specific emission factors from individual surface materials collected directly from the THUs providing initial information into the magnitude and potential sources of indoor pollutant loadings in the tested THUs.

## METHODS

### Overview of Experimental Approach

Four unoccupied THUs, each produced by a different manufacturer, were selected for study from stock at the FEMA staging yard in Purvis, Mississippi. For each THU, indoor and outdoor air concentrations were determined under steady-state ventilation conditions for a range of pollutants at two separate time points and ventilation rates were measured. After completion of the whole trailer measurements, representative surface materials were cut directly from each THU, packaged and shipped to LBNL for testing in small chambers to determine material-specific VOC emission factors. The projected surface areas of the materials in the THUs were measured and used along with the emission factors to characterize the relative contributions of the materials to total pollutant loads in the THUs.

### Description of Study Units

The THUs selected for study included a Thor Industries Dutchmen manufactured September 2005, a Pilgrim International manufactured October 2005, a Coachmen's Spirit of America manufactured October 2006 and a Gulfstream Coach Cavalier manufactured March 2006. The units were unoccupied and in excellent condition. The approximate floor areas ranged from 221 – 240 square feet. The Dutchman trailer was equipped with an additional pullout section approximately 14 feet long by 3 feet (~42 ft$^2$) that was not opened up during sampling.

The trailer dimensions and specifications are summarized in Table 1. The Pilgrim and Cavalier trailers were built to FEMA specification while the Dutchmen and Coachmen were built to HUD standards. The units tested were all travel trailer designs that had either not been previously occupied or had been reconditioned and made ready for re-deployment. The projected surfaces areas of each surface material in the THUs are summarized in Table 2. A description of the individual building material types is provided in Table 3 and the surface covering or finishes are summarized in Table 4.

The trailers were moved to a central staging area at the storage yard on November 9, 2007 and were parked in approximately the same directional orientation. A series of small holes (~6 mm) were drilled in the entrance door of each trailer (Figure 1) to allow insertion of rigid stainless steel sampling tubes for sample collection ( Figure 2). Rigid sampling tubes were extended approximately 1 meter into a trailer and elevated 1 meter from the floor to facilitate sampling of VOCs, aldehydes, acetic acid, temperature, relative humidity, and tracer gas concentrations without opening the trailer. Mixing fans were installed in each trailer for use only in mixing the

4

injected tracer gas to determine each THU's characteristic air exchange ventilation rates. These fans were not otherwise operated during VOC sampling.

After initial setup, the trailers were closed and remained closed to allow the ambient ventilation rates to come to steady-state. Sampling was conducted on November 14, 2007. Temperature, relative humidity and $CO_2$ concentrations were monitored in each trailer and at a central location outdoors during the experiments using calibrated indoor air quality monitors (Q-Trac Plus; TSI).

### Air Sampling and Analysis

Volatile Organic Chemicals

VOC samples were collected and analyzed following USEPA Methods TO-1 and TO-17 (USEPA 1999). VOCs were collected onto multibed sorbent tubes (P/N 012347-005-00; Gerstel or equivalent) with primary bed of Tenax-TA® sorbent backed with a section of Carbosieve®. Prior to use, the sorbent tubes were conditioned by helium purge (~10 cc/min) at 275 °C for 60 minutes and sealed in Teflon capped tubes. VOC samples were collected through a rigid stainless steal tube inserted through the trailer door, directly into the tube for outdoor samples, and directly from the exit port in the small emission chamber. A vacuum pump (Model DOA-P104-AA; Gast) with electronic mass flow controllers (lab), or calibrated personal sampler pumps (field) were used to pull air through the sample tubes at ~100 cc/min. Approximately 6 liters were collected from the whole-trailers and 3 liters from the emission chambers. Flows were verified using a separate calibrated flow meter prior to the emission chamber experiments. The personal sampler pumps used in the field were calibrated prior to use and checked after use. Sorbent tubes were sealed with Teflon lined caps after use and either analyzed the same day or stored on ice or in a freezer until analysis. Sample stability over freezer storage times of more than 2 months have been confirmed previously in our lab for many of the VOCs included in this study.

Sorbent tubes were thermally desorbed for analysis by gas chromatography/mass spectrometry (TD-GC/MS) using a thermodesorption auto-sampler (Model TDSA2; Gerstel), a thermodesorption oven (Model TDS3, Gerstel) and a cooled injection system (Model CIS4; Gerstel). The cooled injection system was fitted with a Tenax-packed glass liner (P/N 013247-005-00; Gerstel). Desorption temperature was 25 °C with a 0.5 minute delay followed by a 60 °C ramp to 250 °C and a 4 minute hold time. The cryogenic trap was held at -10 °C and then heated within 0.2 minutes to 270 °C at a rate of 12 °C/s, followed by a 3-minute hold time. Compounds were resolved on a GC (Series 6890Plus; Agilent Technologies) equipped with a 30 meter HP-1701 14% Cyanopropyl Phenyl Methyl column (Model 19091U-233; Agilent Technologies) at an initial temperature of 1 °C for 0.5 minutes then ramped to 40 °C at 25 °C/min, to 115 °C at 3 °C/min and finally to 250 °C at 10 °C/min holding for 10 minutes.

The resolved analytes were detected using an electron impact MS system (5973; Agilent Technologies). The MS was operated in scan mode. One sample from each trailer was analyzed and all compounds over the detection limit (< 1 to several ng) were identified by library search using the National Institute of Standards and Technology (NIST) spectral library followed by comparison to reference standards. Multipoint calibrations were prepared from pure standards for 43 VOCs that were common indoor pollutants and/or elevated in one or more of the whole trailer samples. All pure standards and analytes were referenced to an internal standard (~120 ng) of 1-bromo-4-fluorobenzene.

5

Low Molecular Weight Aldehydes

The target analytes in the aldehyde analysis included formaldehyde, acetaldehyde and acetone. Higher carbon-number aldehydes were quantified using the VOC method described above. Samples of these low molecular weight carbonyl compounds were collected and analyzed following ASTM Test Method D 5197-92 (ASTM, 1997). As with the VOCs, the air samples were drawn directly from the small emission chamber or through a short rigid tube inserted though holes in the trailer door. Samples were collected on commercially available silica gel cartridges coated with 2,4-dinitrophenyl-hydrazine (XPoSure Aldehyde Sampler; Waters corporation). An ozone scrubber (P/N WAT054420; Waters) was installed upstream of the silica cartridge in the field samples. Samples were collected from the trailers for 60 minutes at ~ 1 lpm using personal sampling pumps that were calibrated before use and checked after use. Samples were collected from the laboratory emission chambers using a vacuum pump (Model DOA-P104-AA; Gast) with sample flow rates regulated by electronic mass flow controllers. Sample cartridges were capped and stored on blue ice or in the freezer until extraction.

Cartridges were eluted with 2 mL of high-purity acetonitrile into 2 ml volumetric flasks and the eluent was brought to a final volume of 2 ml before analysis. Extracts were analyzed by high-performance liquid chromatography (HPLC) (1200 Series; Agilent Technologies) using a $C_{18}$ reverse phase column with 65:35 $H_2O$:Acetonitrile mobile phase at 0.35 ml/minute and UV detection at 360 nm. Multipoint calibrations were prepared for the target aldehydes using commercially available hydrazone derivatives of formaldehyde, acetaldehyde and acetone.

Acetic Acid

Acetic acid was collected in the same way as the carbonyl samples but collected on silica gel sorbent tubes (P/N 22655; SKC) and extracted using 5 mL of 18 mOhm deionized water, filtered through a 0.22 micron membrane. Samples were collected from the trailers for 60 minutes at ~ 1 lpm using personal sampling pumps that were calibrated before use and checked after use. Samples were collected from the emission chambers using a vacuum pump (Model DOA-P104-AA; Gast) with sample flow rates regulated by electronic mass flow controllers. Samples were stored in sealed plastic bags at -15°C until extraction and analysis.

Extracts were analyzed by ion chromatography (IC) (ICS 2000; Dionex) equipped with an autosampler (AS40; Dionex), hydroxide ion generator (EluGen cartridge, P/N 058900; Dionex) and a conductivity detector. Samples were separated on an AS11 column (P/N 044076; Dionex) at a flow rate of 1.0 mL/min. The column was not heated. An injection loop of 25 µL was used to inject samples. A gradient of hydroxide ions was generated starting at 0.20 mM for 2.3 min. before increasing to 15.00 mM at 12.0 min, then to 35.00 mM at 15.0 min. A multipoint calibration ranging from 0.287 mg/L (of extract) to 52.363 mg/L was prepared from a 1.000g/L acetate ion chromatography standard (P/N 13669; Fluka) and was used to quantify the instrument response. The approximate instrumental limit of quantitation is 0.287 mg/L with a limit of detection of 0.05 mg/L. A typical calibration curve has a relative standard deviation of 4.53% and a coefficient of determination of 99.80%.

*Quality Assurance*

All samples were quantified with multipoint calibration curves prepared from pure chemicals. For the VOCs that did not have pure standard available or that were a mixture of compounds (i.e., alkylbenzenes), the compounds were tentatively identified by National Institute of

6

Standards and Testing (NIST) library spectrum search and quantified as toluene equivalent values. Analytical blanks were included in all analyses. Trip blanks were prepared, transported to the field sampling site, stored and analyzed along with the whole trailer samples. Method blanks for the small chamber emission experiments including backing plate and tape in the chamber represented more than 10% of all samples collected and chamber blanks representing only the background in the chamber represented an additional 10% of samples collected.

### Measurement of Whole Trailer Concentrations

Air concentrations were measured under pseudo steady-state conditions on November 14, 2007 after the THUs had been closed for several days. No attempt was made to control the ambient wind or temperature that the THUs were subjected to during this period. All THUs were setup with samplers and pumps so that all three samples (VOC, aldehyde and acetic acid) could be collected simultaneously in all THUs. A morning sampling event and an afternoon sampling event were conducted for each trailer and at a central outdoor location. The first sample collection started between 11:00 and 11:30 AM and continued for approximately one hour during which time the ambient temperature, relative humidity and wind speed were 25.1 ± 2.6% (C) and 49 ± 6.5% (%) and 2.8 ± 41% (m/s), respectively. The second sampling event started between 14:00 and 14:30 and again lasted about an hour during which time the ambient temperature, relative humidity and wind speed were 26.4 ± 1.5% (C), 48 ± 3.2% (%) and 2.6 ± 43% (m/s), respectively. Start and stop times were recorded for each sample along with flow rates. Each sample pump was checked against a calibrated flow meter before and after the sampling event. All samples including two trip blanks for each sample type were sealed and placed on ice for transport back to LBNL. Upon arrival at LBNL the samples were stored in a freezer until analysis.

### Measurement of Steady-State Ventilation Rates

The THUs did not include mechanical forced air ventilation systems and operable windows remained closed throughout the study period. Ventilation rates were determined after collection of air samples using a tracer gas decay method. Externally controlled circulation fans were switched on in each trailer and pure carbon dioxide ($CO_2$) was injected from a Tedlar bag into each unit to achieve an initial concentration that was significantly elevated over ambient conditions. The concentration of $CO_2$ was measured continuously using Q-Trac Indoor Air Quality monitors through the sample ports in the trailer doors. Mixing fans were run for 15 - 20 minutes after dumping $CO_2$ into trailers allowing the air concentrations and decay curves to stabilize then the fans were shut off while the decay of the concentration of tracer gas was measured.

The ventilation rate is determined from the decay of the tracer gas concentration in the trailer. When using a chemical like $CO_2$ as a tracer gas, the background level can influence the clearance rates. The equation for decay or clearance of the tracer gas from a trailer after elevating and mixing the $CO_2$ tracer gas is

$$C_t = C_{ss} + \left(C^* - C_{ss}\right) \times \exp^{-Q\left(t - t'\right)} \qquad (1)$$

where $C_t$ (ppm) is the measured concentration in the unit at time $t$, $C^*$ is the maximum at the start of the stable decay period, $C_{ss}$ is the background or ambient concentration, and $Q$ ($h^{-1}$) is the

7

rate constant for removal of the tracer from the system, which for a non-reactive chemical that does not significantly interact with surfaces, is the ventilation rate in terms of air changes per hour, $ACH$ ($h^{-1}$). Equation 1 can be rearranged to the form

$$\ln\left(C_t - C_{ss}\right) = -Q\left(t - t^*\right) \tag{2}$$

so the slope of the natural log of the difference between measured concentration and the ambient concentration against elapsed time is the $-ACH$ as illustrated in Figure 3.

### Collection and Characterization of Indoor Materials

The total projected surface area of each material in the trailer was measured and recorded in the field when the material samples were collected for testing after the whole trailer measurements were collected. A representative piece (> 15 cm on a side) of each material was cut directly from the trailer, triple wrapped in foil, placed in a labeled manila envelope and boxed for shipment to LBNL. A total of 45 samples representing 16 different materials were collected from the four trailers. The materials were inventoried upon arrival at LBNL and stored at room temperature in their original packing. Prior to testing, the materials (excluding the fabric and cushions) were cut to size using a dry table saw with sharp blade and returned to their original packing. The fabric and cushion materials were cut to size with a razor or knife. Each material was either pressed into a stainless steel tray to expose only the face or the back was covered with a stainless steel plate and the edges sealed with aluminum tape. When tape was used to seal the edges, the final exposed face was measured and recorded. The individual material samples had already aged in the trailers prior to collection of the test materials so we did not include an additional conditioning period beyond what was required to achieve steady state concentrations in the chambers prior to testing.

### Measurement of Material Specific Emission Factors

Material specific emission factors were determined using small chambers generally following the ASTM Standard Guide D-5116-97. Because the goal was to reconstruct whole-trailer emission rates and the trailers were well aged in the field, the individual materials were not conditioned prior to testing. Also, the air-sampling period in the small chambers started after approximately six air changes rather than the recommended 96 hour pre-test period used for new materials. This approach was taken to provide emission factors that were more closely linked to the actual emission rates measured in the whole trailers.

The emission tests were conducted in four 10.5 liter stainless steel chambers that were maintained at $23 \pm 1$ °C in a controlled environmental chamber with a 0.06 $m^3$/h inlet flow of carbon filtered preconditioned air at $50\% \pm 5\%$ relative humidity supplied continuously to each test chamber. The relative humidity within the test chambers was controlled by a flow of mixed streams of dry- and water-saturated air. After sealing the backs and raw edges of the material as described above, the materials were placed face up on screens resting slightly below the center of the test chambers. The emitting area, $A$, ($m^2$) was 0.023, the loading factor, $L$, ($m^2/m^3$) was 2.2 and the area specific flow rate ($m^3/m^2$/h) was typically 2.6 for each material. The collection of air samples was initiated after at least six air changes and the VOC, aldehyde and acetic acid samples were all collected from the chamber exhaust stream at a total rate less than 90% of the inlet air stream.

8

*Data Analysis*

The whole trailer emission rates normalized to floor area and the material specific emission factors normalized to projected surface area were calculated assuming that the systems (trailer or test chamber) were at pseudo steady-state and were well mixed. The steady-state form of the mass balance equation for calculating area-specific emission rates, $ER$, ($\mu g/m^2/h$) in a well-mixed system is

$$ER = \frac{f \times (C - C_0)}{A} \qquad (3)$$

where $f$ ($m^3/h$) is the ventilation flow rate, $A$ ($m^2$) is the exposed surface area of the material or the floor area of the whole trailer, $C$ ($\mu g/m^3$) is the measured steady state concentration in the chamber or trailer and $C_0$ ($\mu g/m^3$) is the background concentration in the chamber or the outdoor concentration for the whole trailer experiments. Ventilation rate in terms of air flow are not readily available for the whole trailer measurements but given that $ACH$ is equal to the ventilation rate divided by the volume ($f/V$) and the loading factor is equal to the exposed area divided by the volume, Eq. 3 can be rearranged to give

$$ER = \frac{ACH \times (C - C_0)}{L} \qquad (4)$$

where $L$ ($m^2/m^3$) is the loading factor in the chamber or trailer. To relate the material specific emission factors to the whole trailer emission rates we multiply the material specific emission rates by the projected surface area of the material and divide by the floor area of the THU. Normalizing to floor area facilitates comparison among units of different size. To get the floor area normalized emission rate for the whole trailer experiments we note that $ACH$ is equal to $f/V$ as indicated above and that $V$ is the floor area multiplied by the height, $h$ (m) so that Eq. 3 may also be written as

$$ER = ACH \times h \times (C - C_0) \qquad (5)$$

for estimating the area normalized emission factors for the whole trailers. The formaldehyde emission rates were compared across trailers and differences between the morning samples and afternoon samples were tested in Excel using the TTest function with two tailed distribution and assuming the samples were of unequal variance. A probability associated with a Student's paired t-Test with a two-tailed distribution less than 0.05 is considered significant.

# RESULTS

*Material specific loading ratios*

The loading ratio for the different composite wood categories in the THUs are compared to the recommended loading ratios in the HUD standard and the ASTM E6007 Standard in Table 5. The recommended loading ratios in the HUD standard are for consistency in the emission measurements and not necessarily intended to represent actual home designs. The loading ratios are calculated from the total amount (surface area) of each composite wood type found in each THU and the approximate internal volume of the THU where volume includes the entire indoor space. No attempt was made to determine readily exchangeable volume where some of the

9

internal volume of the THUs is taken up by closed cabinet and storage space that may not interact rapidly with the bulk air in the THU so the actual loading ratio of materials in the trailers may be greater than reported in Table 5.

Additionally the ratio of air flow (*f*) to projected surface area of each wood type in each THU is calculated and compared to the values defined in the HUD standard (Section 408). As with the loading ratios, these airflows are only for standardization and not meant to represent actual conditions in the indoor environment. The air flow is estimated as the product of the internal volume and air exchange rate. Again, no attempt was made to determine readily exchangeable internal volume so the *f*/A values reported in Table 5 might be biased high, i.e., actual flows are likely to be lower than what is calculated in Table 5.

These calculations show that the loading ratios for Hardwood plywood range from between 2 to 3 times the loading ratio used in the HUD standard for which the concentration limits are established. The ratios of air flow to projected material surface areas in the THUs do not match those used in the standard either. Using HUD compliant hardwood plywood (HWPW) at the loading ratio found in the four different manufactured THUs would be expected to result in a steady-state room concentration 2 to 3 times higher the HUD concentration limit as determined under standardized conditions with all other things being equal.

### *Whole trailer Ventilation and VOC measurements*

When determining ventilation rates, the linear region of the decay curves in the tracer experiment were monitored for approximately 2 hours after the $CO_2$ concentration had stabilized in each THU. The duration of the decay curves and the correlation coefficient ($r^2$) from the calculation of *ACH* are included in Table 1. The outdoor $CO_2$ concentration during the ventilation measurements was 366 ppm $\pm$ 1.6% and the indoor starting concentration for the decay curves were a factor of 9.3, 6.5, 6.8 and 6.6 greater than outdoors for the Dutchmen, Pilgrim, Coachmen and Cavalier, respectively. The minimum tracer concentration indoors relative to outdoor levels at the end of the $CO_2$ decay period was greater than a factor of 3.4 for all units. The temperature, relative humidity and wind speed (average $\pm$ the percent coefficient of variation (CV)) measured during the two VOC sampling periods and during the tracer gas experiment are summarized in Table 6. Wind speed and indoor/outdoor temperature gradient were similar for the morning (AM) and afternoon (PM) air sampling events. The tracer gas-sampling period had calm wind conditions and the indoor/outdoor temperature gradient was elevated compared to the air sampling times.

In the initial qualitative analysis of VOC samples from the four THUs, approximately 80 individual compounds were tentatively identified in the four different units. Forty-five of the compounds were positively identified and quantified. These target compounds were selected because they were toxicologically important (i.e., benzene) and/or their concentrations were relatively high. Thirty-three of the 45 chemicals that were quantified had steady-state concentrations above 0.4 $\mu g/m^3$ in one or more of the units. The 33 VOCs are listed in Table 7 sorted by chemical class and increasing boiling point.

A number of higher molecular weight alkyl-benzenes were detected in one THU. These alkyl-benzenes had analytical retention times between 36 and 40 minutes in the GC analysis and were combined and quantified as toluene equivalents. The 2,2,4-Trimethyl-1,3-pentanediol diisobutyrate (TMPD-DIB, TXIB) was quantified as 2,2,4-Trimethyl-1,3-pentanediol monisobutyrate (TMPD-MIB, Texanol) although the toluene equivalent quantification gave

10

similar results. The steady-state concentration for each compound in the morning and afternoon samples is given in Table 8 along with the morning and afternoon outdoor concentrations. The indoor concentrations are converted to whole trailer indoor emission rates normalized to the floor area for each unit and presented in Table 9.

### Material Specific VOC measurements

All THUs had a significant fraction of the internal surface area (walls, ceiling, cabinet walls) constructed of 1/8-inch plywood with a vinyl or PVC skin or simulated wood finish. All units had sheet vinyl flooring while the Dutchmen and Pilgrim also had carpeted areas. All countertops were particleboard surfaced with high-pressure laminate. A variety of wood products were used for the sub-floor and for the bench and bed platforms.

Material specific emission factors were measured for the same target chemicals that were identified in the whole trailer measurements. The emission factors for each material are first summarized by individual THU in Tables 10 through 13. These values are converted to whole trailer emission factors for each THU by multiplying the measured emission factor by the projected surface area for each material in the trailer then dividing by the total floor area of the trailer. These results are presented in Tables 14 through 17.

### Percent Contribution of Material Specific Emissions to Whole Trailer Measurements

The values in Table 14 through Table 17 are transformed to the approximate percent contribution to total pollutant load in each THU and reported in Tables 18 through 21. The chemicals are sorted in order of decreasing emission for each THU. As an example, the total emissions of formaldehyde from all materials in the Pilgrim is reported in Table 19 as 493 ($\mu g\, m^{-2}\, h^{-1}$) with 55% of the emission stream from "cabinet" material, 14% from walls, 8% from seat cushion and small fractions from curtain, bed deck, carpet, and ceiling. These percentages should be treated as approximations given the limited number of samples tested and the differences between the test conditions and the actual whole trailer conditions. In addition, the results cannot distinguish between primary sources and secondary sources that are re-emitting chemicals that have been sorbed over time in the THU.

The total material specific emission factors across all materials normalized to the THU floor area are compared to the average of the two field measurements for the whole trailer emission factors for each THU in Table 22. These results further illustrate that the dynamics in the whole THU likely suppress emissions from the primary sources given the long-term mixing of pollutants among the indoor sources and competitive emissions in the whole trailer that do not exist in the small chamber experiments with individual materials.

### DISCUSSION

Building material emission measurements for formaldehyde and other VOCs have been published in the literature over recent years. These emission factors may be used for comparison to those measured in the THUs. However, it is important to note that both the whole THU emission rates and the material specific measurements represent materials that have been exposed to the entire mixture of VOCs in the indoor environment for the life of the THU. The values from the chamber experiments and the whole trailer measurements do not necessarily reflect primary emissions that are typically measured in standard protocols where new, unexposed materials are tested after a specific aging period. In addition, the conditions used to

11

collect the whole trailer measurements represented a lower bound ventilation scenario because the units had been closed for several days prior to testing. Nevertheless, we can tentatively identify likely sources of the VOCs in the THUs based on other studies in combination with the material-specific measurements from this study.

*VOC Emissions from Building Materials*
Hodgson et. al. (2000) measured VOC concentrations under pseudo-steady state conditions in four new manufactured homes and seven new site-built houses. The geometric mean (GM) concentrations (ppb) are reported for each housing type along with geometric standard deviation (GSD). Hipelein (2004) measured indoor air VOC concentrations in 79 rooms in 39 private dwellings in Germany. The homes were not associated with health complaints but 27% of the rooms investigated were occupied by smokers. No information is provided about the ages of the dwellings but the objective of the study indicates that the homes were representative of background conditions so we assume the values represent the existing housing stock. The concentrations (ug/m$^3$) were reported for a number of VOCs in the original manuscript as the GM. These values are transformed to units of ppb using conversion factors reported by Hodgson and Levin (2003). Approximately half of the chemicals that were quantified in the THUs (17 of 33) had concentration values reported for the new manufactured and site built homes and/or the German residences. These measurements are compared in Figure 4. The results from Hipelein (2004) are generally lower than the values reported for the new dwellings by Hodgson et. al. (2000). Although many of the VOCs measured in the THUs are similar to reported residential values, several are in excess. Dodecane, tridecane, p-xylene, alpha-pinene, beta-pinene and hexanal are all above values reported in the German homes while phenol, TMPD-DIB, acetic acid and formaldehyde are even in excess of values measured in the new dwellings.

A number of the other chemicals that were measured in the THUs but did not have literature values for comparison were also elevated as compared to the values that are included in Figure 4. The concentrations of four chemicals (styrene, tetradecane, pentadecane and the alkylbenzenes) were greater than the median concentration of the chemicals reported for the THUs in Figure 4. Another four (2-ethyl-1-hexanol, benzaldehyde, hexadecane and dimethyl methylphosphonate) were greater than the 25th percentile of the THU data reported in Figure 4. And all but two chemicals had measured concentrations in at least one unit that was greater than the 5th percentile of the values reported in Figure 4.

In addition to reporting indoor concentrations of VOCs, Hodgson et.al., (2000) also report whole unit emission rates normalized to floor area. These values for whole building emission factors in new site-built and manufactured houses are compared to the VOC emission factors measured in the four THUs in Figure 5. As with the concentration data described previously, the compounds presented for emission factor comparison were selected from the available data because they were included in both the THUs studied and in the Hodgson et.al., (2000) paper. These compounds represent a wide range of functional groups including terpenes, alcohols, ester alcohols, aldehydes, and organic acids. Two of the compounds (styrene and acetaldehyde) had similar emission factors as those measured in the new residences. The median whole building emission factors in the THUs were lower than from the newly constructed dwellings for twelve of the eighteen compounds compared. All of the alkane and terpene compound emissions were lower in the THUs than in the new houses, as were TMPD-MIB, and most of the aldehydes. The lower emission factors in the THUs may be due to aging where the four THUs tested were more than 1 ½ years old while the site-built and manufactured homes were all approximately 6 months

12

old or less. In contrast, the emission factors for phenol, TMPD-DIB, acetic acid and formaldehyde remained higher in the THUs than the new homes. In particular, the median whole trailer formaldehyde emissions from the four units was more than five times greater than the values reported for new manufactured and site build residences.

These results provide a general focus for discussion of the VOC and aldehyde emissions within the THUs studied. The measured emissions of the ester alcohol TMPD-DIB are large, likely due to the relatively large amounts of vinyl flooring and other vinyl materials in the THUs. A large number of individual materials were found to emit TMPD-DIB in the small chamber experiments and we were not able to distinguish between primary emitters and secondary emission of sorbed chemical. Interestingly the Coachmen had far lower whole trailer TMPD-DIB emissions than the other three units; possibly due to the lower emissions of the compound from the vinyl floor in that THU. Elevated levels of the high molecular weight alkyl-benzenes in that THU indicates the use of these chemicals in place of TMPD-DIB in some vinyl flooring.

The acetic acid concentrations/emissions were also large in the THUs and the material specific measurements indicate the source of acetic acid was predominantly the subfloor but some of the units also had bed deck and bench seat materials that emitted high levels. Again, the experiments were not designed to distinguish between primary and secondary emission sources but secondary sources are not expected to be as pronounced for the more volatile chemicals like acetic acid as compared to the lower volatility chemicals like TMPD-DIB.

The fact that the levels summed across all materials exceeded that which was measured in the whole THUs for a number of the chemicals is likely an indication of secondary emission sources where chemicals released from the primary source in the whole trailer are being sorbed into/onto other materials in the THUs. This can occur where some of the surfaces act as sinks and secondary re-emission sources that compete with the primary emission source of any individual chemical and material. For example, if a material emits a particular chemical into the indoor environment, that chemical can partition into other materials until it approaches a steady-state concentration that is a function of the thermodynamic equilibrium partition coefficient between the material and the overlying air. These sorbed chemicals can be released back into the air as secondary emission sources when the primary source is removed or when conditions in the trailer change such as an increase in the ventilation rate or change in temperature.

*Aldehyde Emissions from Building Materials*
Hodgson et al. (2002) measured material specific emissions of aldehydes and terpenes for a single new manufactured house. The study selected materials from a newly constructed modular home and collected the materials direct from the factory that fabricated the dwelling. The new materials were tested in small emission chambers to determine material specific emission factors. Indoor house measurements were also collected in the newly manufactured home and the material emission factors were used to reconstruct whole house emission rates. Table 23 and Table 24 provide the aldehyde and terpene emissions, respectively, from material samples. This work used fresh materials not previously used in the house so the measurements represented primary emissions. The study, along with an earlier report (Hodgson, 1999) identified composite woods made with urea-formaldehyde resin as important formaldehyde and terpene hydrocarbon sources in buildings.

The State of California has conducted studies and has initiated various programs and regulations intended to lower material emissions of formaldehyde since the California Air Resource Board

13

(CARB) identified the compound as a Toxic Air Contaminant (TAC) in 1992 (CalEPA, 1992). Part of this effort included a survey of emissions from composite wood products on the market in California, conducted by Battelle Labs during 1995 (Battelle 1996; Kelly et al. 1999). The results, which are summarized by CARB (CARB 2008) and reproduced in Table 25, also indicate that composite wood material are the main contributors to formaldehyde emissions from building materials.

HUD Standard 24 CFR Ch. XX Part 3280, *Manufactured Home Construction and Safety Standards* (HUD 2001) specifies test chamber concentrations ($Css$, ppm) for plywood and particle board of 0.2 and 0.3 formaldehyde, respectively, based on the ASTM emission testing method E-1333. The standard specifies a modified loading ($L$, $m^2/m^3$) ratio of 0.95 and 0.43 for plywood and particle board, respectively, and an air exchange rate of 0.5 $h^{-1}$ for the test. Using these values with the equation specified in ASTM E-1333 (Eq. 6) we can estimate an initial emission rate ($ER$, $mg/m^2/h$) from these materials as

$$ER = 1.23 \times Css \times ACH/L \qquad\qquad \text{Eq. 6}$$

The calculation results in an initial ER for plywood and particle board of 130 μg/m²/h and 430 μg/m²/h, respectively.

These numbers represent fresh material. As discussed in the introduction, emission rates are expected to decrease as the materials age. If we use the slower decay rate discussed in the introduction based on the work presented by Mathews (1985), the expected emission rates for materials that have aged more than 1 ½ years would be approximately 65 μg/m²/h and 220 μg/m²/h for the plywood and particle board, respectively. Comparing the material specific emissions to the values for fresh and aged material, none of the materials in the Dutchman exceeded either the aged or fresh emission factors. The bed deck (oriented strand board) in the Pilgrim had an emission rate of 136 μg m⁻² h⁻¹ which exceeded the fresh plywood standard but was below the criteria for particle board (either fresh or aged). However, the plywood cabinet wall in the Pilgrim (419 μg m⁻² h⁻¹) exceeded even the fresh emission criteria. Two plywood materials in the Coachman exceeded the fresh material criteria (bench seat at 233 μg m⁻² h⁻¹ and cabinet wall at 174 μg m⁻² h⁻¹). One material in the Caviler (plywood cabinet wall at 490 μg m⁻² h⁻¹) exceeded the fresh material criteria and two more exceeded that for the aged material (particle board seat bottom at 292 μg m⁻² h⁻¹ and particle board sub floor at 416 μg m⁻² h⁻¹). It is unclear whether the subfloor, which is covered with vinyl or carpet, contributes significantly to the indoor air concentrations. Several materials that do not have test criteria were also found to emit relatively high levels of formaldehyde. These include the seat cushion in the Duchman (70 μg m⁻² h⁻¹), the curtain and seat cushion in the Pilgrim (323 μg m⁻² h⁻¹ and 409 μg m⁻² h⁻¹ respectively), and the seat cushion and walls in the Coachman (151 μg m⁻² h⁻¹ and 60 μg m⁻² h⁻¹, respectively) although it is unclear whether these are secondary emission or primary sources.

The whole building formaldehyde emissions in previously studied site-built and manufactured homes were 31 and 45 μg m⁻² h⁻¹, respectively (Figure 5 and Hodgson 2000). These values are up to an order of magnitude lower than those measured in the THUs. Whole THU formaldehyde emissions (per floor area) ranged from 173 to 266 μg m⁻² h⁻¹ in the AM and 257 to 347 μg m⁻² h⁻¹ in the PM. When the THUs are occupied, differences in ventilation rates, temperatures, relative humidity and indoor air movement may influence the steady-state concentration of VOCs and

14

emission rates but information is currently lacking on the magnitude and direction of this influence.

Thus, the whole trailer formaldehyde emission factors are high. Many of the material specific formaldehyde emission factors for composite wood materials used in the THUs appear to be within the range reported for fresh materials in previously published research (Tables 23 – 25), but significant differences can be expected due to the aging of the material in the THUs. It is difficult to conclude that the materials would have been within previously reported ranges had the tests been conducted using fresh materials but a number of the materials in the THUs are higher than would be expected even if a slow emission decay rate is assumed for aging. If the materials used in the THUs were in fact within the acceptable range for emission when new, then the results from the whole trailer measurements indicate a difference in the construction/design that may lead to elevated concentrations and whole trailer emission rates.

Three features of material application in the THUs may lead to elevated whole trailer concentrations relative to expected concentrations based on test criteria. These include 1) the extensive use of lightweight composite wood products, 2) high surface loading of composite wood products and 3) low fresh air per unit surface area of composite wood products in the THUs. Much of the projected surface area in the THUs (wall, ceiling, and cabinetry) use 1/8" plywood. Although the formaldehyde emission from these materials were generally low, the large surface area can results in significant contributions to overall emissions (e.g., the Coachmen). Given that almost all surfaces in these structures are wood, the wood product loading factor of the THU is far higher than in housing that uses gypsum for walls and ceilings. In addition, the surface area of cabinetry relative to volume of residence is high. Considering this in terms of the area-specific clean air flow rates, the high material loading ratio in the units combined with relatively low fresh air ventilation rates results in area-specific air flow rates that are quite low relative to other housing types. With all other factors being equal, the steady-state concentrations indoors are inversely proportional to the air exchange rates as indicated in Eq. 4. It is unclear how the low ventilation relative to surface area will affect the measured formaldehyde emission rates presented in this report, but these factors can influence the exposure concentrations experienced by occupants.


## CONCLUSIONS

The results of this study are not statistically representative of the entire fleet of FEMA THUs because the study was based on a convenience sample of four THUs. Nonetheless, the measured material-specific emission factors for volatile organic compounds, including formaldehyde, were not atypical relative to the literature for new materials. However, it is important to consider that the materials in this study were both aged and allowed to interact with emissions from other materials. Formaldehyde and some of the other VOCs measured in the unoccupied THUs and the associated whole trailer emission factors were found to be higher, sometimes much higher, than what is typically found in residential environments. The difference between these THUs and other housing appears to be the very high composite wood surface area relative to room volume and the low ventilation rates in terms of low area-specific fresh air flow rates relative to internal surface area in the THUs.

15

*Recommendations for future work*

This report provides a preliminary assessment into the effect of THU design and material choices on indoor VOC and aldehyde concentrations. It is by no means definitive as a convenience sample of only four THU models produced by four manufactures was evaluated. Additionally, the focus of this study was on the travel trailers, while a significant portion of THUs are park trailer models, and manufactured homes. A systematic assessment across a wider range of THU makes and models including a better characterization of fresh air ventilation rates under occupied conditions could provide a better understanding of the time integrated exposure concentrations in occupied units.

The results in this report do not yet address temperature and humidity effects on material emissions within the studied units. It is hypothesized that at the higher temperature and relative humidity conditions found in the summertime in the southeastern portions of the US, emissions of formaldehyde from the urea-formaldehyde composite woods will increase. Chamber experiments and a seasonal study designed to investigate the potential effects of temperature and humidity should be completed.

Recommendations for formaldehyde mitigation approaches for the THUs have not been provided; nonetheless, the results of this study may be useful to help identify mitigation strategies for reducing VOCs including formaldehyde in THUs. An assessment of the literature for information on the effectiveness of material coverings should be considered. As part of this effort to explore the influence of diffusion resistance at the material surface, the resistance to diffusion on the air/surface interfaces as influenced by airflow and boundary layer effects should be considered. It would be informative to explore the effect of material aging and the role of different material types as surface sinks and sources of secondary emissions of indoor pollutants and how this impacts the primary emission source material.

This study was not intended to assess health effects that may be related to the measured emission factors and whole trailer concentrations in the THUs. The experimental conditions were not necessarily representative of occupied THUs. An estimate of the time-history concentration of each chemical along with time activity patterns of the THU occupants would be needed to characterize exposures in a way that is relevant to health effects assessments.

**REFERENCES:**

ATSDR. 1999. Toxicological profile for Formaldehyde. Agency for Toxic Substances and Disease Registry, Atlanta, GA: U.S. Department of Health and Human Services, Public Health Service.

ASTM (2002), Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber, ASTM Test Method E 1333-96.

Azuma K., Uchiyama I. Ikeda K. 2006. "The risk management for indoor air pollution caused by formaldehyde in housing: The historical perspectives on early warnings and actions," *Facilities,* Vol. 24 No. 11/12, pp. 420-429.

Battelle. 1996. Determination of Formaldehyde and Toluene Diisocyanate Emissions from Indoor Residential Sources. Final Report, CARB Contract No. 93-315, Research Division, Sacramento, CA.

CARB. 2008. Rulemaking to Consider Adoption of the Proposed Airborne Toxic Control Measure (ACTM) to Reduce Formaldehyde Emissions From Composite Wood Products, California Air Resources Board. April 2007. http://www.arb.ca.gov/regact/2007/compwood07/compwood07.htm

CalEPA. 1992. *Final Report on The Identification of Formaldehyde as A Toxic Air Contaminant.* Prepared by the California Air Resources Board and the

Office of Environmental Health Hazard Assessment, Sacramento CA. http://www.oehha.org/air/toxic_contaminants/html/Formaldehyde.htm

CIWMB. 2003. *Building Materials Emissions Study.* Integrated Waste Management Board. Public Affairs Office, Publications Clearinghouse, Sacramento CA. http://irc.nrc-cnrc.gc.ca/pubs/fulltext/nrcc46265/ www.ciwmb.ca.gov/Publications/

CPSC. 1982. *CPSC Bans Urea Formaldehyde Foam Insulation (UFFI)*, Consumer Product Safety Commission NEWS from CPSC, Release No. 82-005, March.

CPSC. 1983. *Ban on UFFI Lifted.* Consumer Product Safety Commission, NEWS from CPSC, Release No. 83-048.

Hileman, B. 1982. "Formaldehyde. How did EPA develop its formaldehyde policy?", *Environmental Science & Technology,* Vol. 16 No.19, pp.543A-7A.

Hipeleim, M. (2004) "Background concentrations of individual and total volatile organic compounds in residential indoor air of Schleswig-Holstein, Germany" J. Environ. Monit. Vol. 6, 745-752.

Hodgson, A.T. (1999) *Common Indoor Sources of Volatile Organic Compounds: Emission Rates and Techniques for Reducing Consumer Exposures*, Final Report, Contract No. 95–302, Sacramento, CA, California Air Resources Board.

Hodgson, A.T., Rudd, A.F., Beal, D. and Chandra, S. (2000) "Volatile Organic Compound Concentrations and Emission Rates in New Manufactured and Site-Built Houses", *Indoor Air*, **10**, 178-192

Hodgson, A.T. and H. Levin (2003) "Volatile Organic Compounds in Indoor Air: A Review of Concentrations Measured in North America Since 1990" Report LBNL-51715.

17

Hodgson, A.T., Shendell, D.G., Fisk, W.J. and Apte, M.G. (2004) "Comparison of predicted and derived measures of volatile organic compounds inside four new relocatable classrooms", *Indoor Air*, **14**, 135-144.

HUD. 2006. *Manufactured Home Construction And Safety Standards,* --Housing and Urban Development Office of Assistant Secretary For Housing--Federal Housing Commissioner, Department Of Housing And Urban Development, Washington DC.  CFR 24 Chapter XX-- Parts 3280.308 and 3280.407.

Kelly, T.J., Smith, D.L., and Satola, J. 1999. "Emission Rates of Formaldehyde from Materials and Consumer Products Found in California Homes", *Environ. Sci. Technol.*, 33 (1), 81 -88.

Matthews T.G. 1985. *Modeling and Testing of Formaldehyde Emission Characteristics of Pressed-Wood Products:  Report XVIII to the U.S. Consumer Product Safety Commission,* Oak Ridge National Laboratory, Oak Ridge TN.  ORNL/TM-9867

NAS.  1980. *Formaldehyde – An Assessment of its Health Effects, Committee on Toxicology*, Board on Toxicology and Environmental Health Hazards, National Research Council, National Academy of Sciences, Washington, DC.

OEHHA. 2008a.  *Chronic Toxicity Summary – Phenol*, Office of Environmental Health Hazards Assessment, California Environmental Protection Agency, Sacramento CA.  http://www.oehha.org/air/chronic_rels/AllChrels.html

OEHHA. 2008b.  *Chronic Toxicity Summary – Formaldehyde*, Office of Environmental Health Hazards Assessment, California Environmental Protection Agency, Sacramento CA.  http://www.oehha.org/air/chronic_rels/AllChrels.html

OEHHA. 1999. *Acute Toxicity Summary – Formaldehyde*, Office of Environmental Health Hazards Assessment, California Environmental Protection Agency, Sacramento CA.  http://www.oehha.org/air/acute_rels/allAcRELs.html

SEFA.  2008.  "Formaldehyde Emissions and Particle Board Core Products," by Dave Withee, formerly of Case Systems Inc., the Scientific Equipment and Furniture Association, Garden City, NY.  On the web at: http://www.sefalabs.com/i4a/pages/index.cfm?pageID=3394

Turner S., Martin C., Hetes R., and Northeim C. 1996. *Project Summary - Sources and Factors Affecting Indoor Emissions from Engineered Wood Products: Summary and Evaluation of Current Literature*, United States Environmental Protection Laboratory Agency, National Research Risk Management, Research Triangle Park NC 27711 EPA/600/SR-96/067.

Won, D., R. L. Corsi* and M. Rynes (2001) "Sorptive Interactions between VOCs and Indoor Materials" V 11:4 Page 246-256

Won, D.; Magee, R.J.; Lusztyk, E.; Nong, G.; Zhu, J.P.; Zhang, J.S.; Reardon, J.T.; Shaw, C.Y. (2004) "A Comprehensive VOC emission database for commonly-used building materials", Institute for Research in Construction, National Research Council, Ottawa, Ontario, Canada, Report NRCC-46265. http://irc.nrc-cnrc.gc.ca/pubs/fulltext/nrcc46265/ last visited April 28, 2008.

18

**TABLES:**

**Table 1.  Specifications and Ventilation Characteristics of the Temporary Housing Units**

| | Trailer | | | |
|---|---|---|---|---|
| Manufacturer | Thor Industries | International | Spirit of America | Gulfstream |
| Model | Dutchmen | Pilgrim | Coachmen | Coach Cavalier |
| VIN | 47CTDER256G520549 | 5L4TF332563013658 | 1TC2B970861308196 | 1NL1VTR2661064665 |
| Manufactured | Sep 2005 | Oct 2005 | Oct 2006 | Mar 2006 |
| FEMA Specs. | No | Yes | No | Yes |
| Floor area ($m^2$) | 20.2 | 20.3 | 22.4 | 19.9 |
| Internal height (m) | 2.08 | 1.98 | 2.06 | 1.98 |
| Internal Volume ($m^3$) | 41.9 | 40.3 | 46.2 | 37.9 |
| **Ventilation Characteristics** | | | | |
| $ACH^a$ ($h^{-1}$) | 0.25 | 0.15 | 0.39 | 0.21 |
| Duration of linear tracer decay (min) | 153 | 135 | 142 | 118 |
| $r^2$ for linear region of tracer decay | 0.998 | 0.999 | 0.998 | 0.998 |
| Apparent Air Flow$^b$ ($m^3$/h) | 10.5 | 6.0 | 18.0 | 8.0 |

$^a$ACH, air changes per hour measured after the final sampling event of the day. $^b$ Apparent Air Flow is the product of internal volume and ACH and represents the fresh air flow through the THU

**Table 2. Projected Surface Area of Indoor Materials ($m^2$)**

| | Trailer | | | |
|---|---|---|---|---|
| **Material** | **Dutchmen** | **Pilgrim** | **Coachmen** | **Cavalier** |
| Ceiling | **23.6** | **19.4** | **24.1** | **19.0** |
| Walls | **60.1$^a$** | **40.7** | **63.1** | **60.5** |
| Subfloor | **23.6** | **20.3** | **22.4** | **19.9** |
| Carpet | **8.3** | **7.4** | | |
| Vinyl floor | **17.7** | **13.0** | **22.4** | **19.9** |
| Cabinet Walls | **30.0** | **13.2** | **6.9** | **17.8** |
| Cabinet Ends | **2.6** | | **0.9** | **0.16** |
| Countertop | **2.72** | **1.56** | **1.79** | **1.14** |
| Interior Door | **2.79** | **2.04** | **0.98** | **1.86** |
| Exterior Door | 1.02 | 1.02 | 1.02 | 1.02 |
| Trim board | **1.18** | | | |
| Fabric | 7.18 | 6.84 | 6.58 | 7.04 |
| Fabric Divider | | | **3.40** | |
| Bed Platform MDF | **6.09** | | | **6.78** |
| Bed Platform Plywood | | | **5.42** | |
| Bed Platform OSB | | **3.89** | **2.70** | |
| Tub surround | 3.20 | 3.24 | 3.20 | 3.74 |
| Windows | 5.44 | 1.76$^b$ | 2.55 | 1.76 |
| Vinyl seat$^c$ | **2.50** | **2.01** | **1.96** | **2.06** |

$^a$ numbers written in bold text indicate that the material was included in set for determination of emission factors ; $^b$ window area used to represent fabric curtain material; $^c$ vinyl seat areas used to represent projected surface area of seat/cushion material

19

**Table 3. Description of Surface Materials Harvested from Trailers and Tested for Emissions**

| | Trailer | | | |
|---|---|---|---|---|
| | **Dutchmen** | **Pilgrim** | **Coachmen** | **Cavalier** |
| ceiling | 1/8 inch plywood | 1/8 inch plywood | 1/8 inch plywood | 1/8 inch plywood |
| wall | 1/8 inch plywood | 1/8 inch plywood | 1/8 inch plywood | 1/8 inch plywood |
| sub floor | 5/8 inch plywood | 5/8 inch plywood | 9/16 inch OSB[a] | 5/8 particle board/OSB finer fiber and darker resin |
| carpet | Low pile with backing | Low pile with backing | | |
| vinyl floor | vinyl with slight residue of glue on back | vinyl does not have indication of glue | vinyl does not have indication of glue | vinyl does not have indication of glue |
| cabinet wall | 1/8 inch plywood | 1/8 inch plywood | 1/8 inch plywood | 1/8 inch plywood |
| cabinet wall thick | ½ inch HB[b] or MDF[d] | | | |
| cabinet door | | | | ½ inch HB or MDF |
| countertop | 5/8 inch PB[c] | 5/8 inch PB | ½ inch PB | 5/8 inch PB |
| door | Hollow core 1/8 inch HB panels (1 smooth back, 1 textured back) with cardboard fill | Hollow core 1/8 inch HB panels (both textured back) with cardboard fill | Hollow core 1/8 inch HB panels (both smooth back) with cardboard fill | Hollow core 1/8 inch HB panels (1 smooth back, 1 textured back) with cardboard fill |
| trim | 3/8 inch MDF | | | |
| curtain/door fabric | | | fabric | plastic impregnated fabric |
| seat cushion | fiber fill material (white) with fabric cover | Polyurethane foam dense and light in color covered with 2 layers plastic film and fabric | Polyurethane foam dense and light in color covered with simulated fiber, 2 layers plastic film and fabric | fiber fill material (white) with fabric cover |
| seat bottom/bed platform | 3/8 inch PB | 3/8 inch OSB | 1/2 inch OSB | 3/8 inch MDF |
| bench-seat bunk bed platform | | | 3/8 inch plywood | |
| bench end | | | 1/2 inch MDF | |

[a] OSB, oriented strand board; [b] HB, hardboard or high density fiber board; [c] PB, particle board; [d] MDF, medium density fiber board

**Table 4. Surface Coverings and Finishes on Tested Materials**

| Material | Trailer | | | |
|---|---|---|---|---|
| | Dutchmen | Pilgrim | Coachmen | Cavalier |
| ceiling | textured white vinyl finish with unfinished veneer backing | textured white vinyl finish with unfinished veneer backing | textured white vinyl finish with unfinished veneer backing | textured white vinyl finish with unfinished veneer backing |
| wall | vinyl laminant with unfinished veneer backing | vinyl laminant with unfinished veneer backing | vinyl laminant with unfinished veneer backing | vinyl laminant with unfinished veneer backing |
| sub floor | unfinished | unfinished | unfinished | unfinished |
| carpet | low pile | low pile | | |
| vinyl floor | vinyl | vinyl | vinyl | vinyl |
| cabinet wall | simulated wood photo laminate front with veneer backing | simulated wood photo laminate front with veneer backing | simulated wood photo laminate front with veneer backing | simulated wood photo laminate front with veneer backing |
| cabinet wall thick | simulated wood photo laminate finish both sides | | | |
| cabinet door | | | | simulated wood photo laminate finish both sides |
| countertop | HP Laminate with backing covered with a slightly thicker layer of Formica | HP Laminate with backing cover of dense brown paper. | HP Laminate with backing cover of dense brown paper. | HP Laminate with backing cover of dense brown paper. |
| door | Simulated wood photo laminate each side (oak & maple) | Simulated wood photo laminate (maple) | Simulated wood photo laminate (oak) | Simulated wood photo laminate each side (oak & maple) |
| trim | simulated wood photo laminate front and sides, back unfinished | | | |
| curtain/door fabric | | loose weave polyester fabric | loose weave fabric pleated and impregnated with plastic | |
| seat cushion | fabric with vinyl material for back (vinyl not tested) | Fabric with vinyl material for back (vinyl not tested) | Fabric with vinyl material for back (vinyl not tested) | fabric with vinyl material for back (vinyl not tested) |
| seat bottom/bed platform | simulated wood photo laminant on one surface and unfinished on back | unfinished | unfinished | unfinished |
| bench-seat bunk bed platform | | | unfinished veneer both sides | |
| bench end | | | simulated wood photo laminate | |

21

**Table 5. Surface Loading Ratios and Area-Specific Clean Air Flow Rates**

| Hardwood Plywood (HWPW) | Dutchmen | Pilgrim | Coachmen | Coach Cavalier |
|---|---|---|---|---|
| HWPW Surface Area (m$^2$) | 137 | 94 | 99 | 97 |
| HWPW Loading Ratio (m$^2$/m$^3$) | 3.28 | 2.33 | 2.15 | 2.46 |
| ASTM E1333 Loading Ratio (m$^2$/m$^3$) | 0.95 | 0.95 | 0.95 | 0.95 |
| HWPW flow/area (m/h) | 1.22 | 2.87 | 1.19 | 1.93 |
| ASTM E1333 flow/area (m/h) | 0.53 | 0.53 | 0.53 | 0.53 |
| Particleboard (PB) | | | | |
| PB Surface Area (m$^2$) | 5 | 2 | 2 | 21 |
| PB Loading Ratio (m$^2$/m$^3$) | 0.12 | 0.04 | 0.04 | 0.53 |
| ASTM E1333 Loading Ratio (m$^2$/m$^3$) | 0.43 | 0.43 | 0.43 | 0.43 |
| PB flow/area (m/h) | 32 | 172 | 66 | 9 |
| ASTM E1333  PB flow/area (m/h) | 1.17 | 1.17 | 1.17 | 1.17 |
| Medium Density Fiberboard (MDF) and Hardboard (HB) | | | | |
| MDF,HB surface Area (m$^2$) | 10 | 0 | 2 | 9 |
| MDF, HB Loading Ratio (m$^2$/m$^3$) | 0.24 | 0.00 | 0.04 | 0.23 |
| ASTM E1333 Loading Ratio (m$^2$/m$^3$) | 0.26 | 0.26 | 0.26 | 0.26 |
| MDF flow/area (m/h) | 17 | 0 | 60 | 21 |
| ASTM E1333  MDF flow/area (m/h) | 1.91 | 1.91 | 1.91 | 1.91 |
| Particleboard Door Core | | | | |
| Door Core Surface Area (m$^2$) | 4 | 3 | 2 | 3 |
| Door Core Loading Ratio (m$^2$/m$^3$) | 0.09 | 0.08 | 0.04 | 0.07 |
| ASTM 6007 Loading Ratio (m$^2$/m$^3$) | 0.13 | 0.13 | 0.13 | 0.13 |
| Door Core flow/area (m/h) | 44.0 | 87.7 | 59.2 | 65.3 |
| ASTM 6007 flow/area Ratio (m/h) | 3.85 | 3.85 | 3.85 | 3.85 |

**Table 6. Environmental Conditions**

| | Temperature (C) | RH | Wind speed (m/s) |
|---|---|---|---|
| ***AM sample period (11:05 – 12:23)*** | | | |
| *Dutchmen* | 24.3 ± 1.1% | 55 ± 1.2% | |
| *Pilgrim* | 22.8 ± 1.1% | 55 ± 2.9% | |
| *Coachmen* | 25.1 ± 1.0% | 55 ± 1.6% | |
| *Cavalier* | 21.9 ± 1.1% | 58 ± 2.1% | |
| *Outdoors* | 25.1 ± 2.6% | 49 ± 6.5% | 2.8 ± 41% |
| ***PM sample period (14:00 – 15:20)*** | | | |
| *Dutchmen* | 28.4 ± 1.0% | 48 ± 4.4% | |
| *Pilgrim* | 27.2 ± 1.6% | 46 ± 7.9% | |
| *Coachmen* | 29.6 ± 2.6% | 46 ± 8.9% | |
| *Cavalier* | 25.7 ± 1.9% | 49 ± 10% | |
| *Outdoors* | 26.4 ± 1.5% | 48 ± 3.2% | 2.6 ± 43% |
| ***Tracer gas sample period (16:00 – 19:00)*** | | | |
| *Dutchmen* | 26.8 ± 2.3% | 55 ± 3.6% | |
| *Pilgrim* | 25.6 ± 2.9% | 55 ± 4.7% | |
| *Coachmen* | 26.1 ± 2.6% | 59 ± 3.8% | |
| *Cavalier* | 25.0 ± 2.7% | 66 ± 3.9% | |
| *Outdoors* | 21.6 ± 4.2% | 80 ± 10% | 0.8 ± 50% |

23

**Table 7 Target VOCs Identified in Temporary Housing Units**

| Target Compound | CAS# | Chemical Class[e] | BP (°C) |
|---|---|---|---|
| Acetic acid[a] | 64-19-7 | Acid | 118 |
| Phenol | 108-95-2 | Alc | 182 |
| 2-ethyl-1-hexanol | 104-76-7 | Alc | 183 |
| Formaldehyde[b] | 50-00-0 | Ald | -19 |
| Acetaldehyde[b] | 75-07-0 | Ald | 20 |
| Hexanal | 66-25-1 | Ald | 128 |
| Octanal | 124-13-0 | Ald | 174 |
| Benzaldehyde | 100-52-7 | Ald | 179 |
| Nonanal | 124-19-6 | Ald | 195 |
| Dodecane | 112-40-3 | Alka | 216 |
| Tridecane | 629-50-5 | Alka | 236 |
| Tetradecane | 629-59-4 | Alka | 252 |
| Pentadecane | 629-62-9 | Alka | 270 |
| Hexadecane | 544-76-3 | Alka | 287 |
| Benzene | 71-43-2 | Arom | 80 |
| Toluene | 108-88-3 | Arom | 111 |
| Ethylbenzene | 100-41-4 | Arom | 136 |
| p-Xylene | 106-42-3 | Arom | 139 |
| Styrene | 100-42-5 | Arom | 145 |
| Propyl-benzene | 103-65-1 | Arom | 159 |
| 1,3,5-trimethyl-benzene | 108-67-8 | Arom | 165 |
| 1,2,3-trimethyl-benzene | 526-73-8 | Arom | 175 |
| AlkylBenzenes (36 min - 40 min)[c] | | Arom | |
| TMPD-MIB[d] | 25265-77-4 | Estr | 244 |
| TMPD-DIB | 6846-50-0 | Estr | 280 |
| Acetophenone | 98-86-2 | Ket | 202 |
| Hexamethyl cyclotrisiloxane, | 541-05-9 | Misc | 134 |
| Octamethyl cyclotetrasiloxane, | 541-02-6 | Misc | 175 |
| Dimethyl methylphosphonate | 756-79-6 | OP | 181 |
| α-Pinene | 7785-70-8 | Terp | 155 |
| 3-Carene | 13466-78-9 | Terp | 165 |
| β-Pinene | 18172-67-3 | Terp | 166 |
| d-Limonene | 5989-27-5 | Terp | 177 |

[a] acetic acid originally qualitatively assessed by GCMS as toluene equivalents then quantified by ion chromatography (IC); [b] low molecular weight aldehydes were analyzed by HPLC; [c] the series of alkyl-benzenes eluting between 36 and 40 minutes are combined and quantified as toluene equivalents; [d] TMPD-DIB was quantified as TMPD-MIB (Texanol); [e] the definition of chemical classes are Alc = alcohol, Ald = aldehyde, Alka = alkane, Arom = aromatic chemical, Estr = ester, Ket = Ketone, Misc. = miscellaneous, OP = organophosphate and Terp = terpene.

24

Table 8. Measured Steady-state VOC Concentrations (µg/m³) in Field Samples

| Target Compound | Outdoors | | Trailers: Duchmen | | Pilgrim | | Coachmen | | Cavalier | |
|---|---|---|---|---|---|---|---|---|---|---|
| | AM | PM | AM | PM | AM | PM | AM | PM | AM | PM |
| Acetic acid (GCMS as toluene)[b] | 44.9 | 43.6 | 69.2 | 105 | 89.6 | 153 | 10.4 | 22.9 | 88.8 | 121 |
| Acetic acid (IC method) | | | 939 | 1080 | 1250 | 1430 | 577 | 553 | 1090 | 1260 |
| Phenol | 5.76 | 4.29 | 24.5 | 36.1 | 40.2 | 58.6 | 18.3 | 23.7 | 31.8 | 49.7 |
| 2-ethyl-1-hexanol | 0.91 | 0.30 | 1.38 | 2.70 | 2.00 | 4.08 | | 0.49 | 4.77 | 7.85 |
| Formaldehyde | 2.06 | 3.34 | 378 | 487 | 601 | 926 | 331 | 433 | 632 | 784 |
| Acetaldehyde | 2.03 | 2.32 | 12.1 | 12.6 | 13.3 | 15.3 | 7.18 | 6.16 | 10.06 | 9.28 |
| Hexanal | | 0.23 | 12.5 | 18.4 | 22.7 | 31.3 | 7.42 | 7.79 | 34.8 | 44.3 |
| Octanal | 0.29 | 0.40 | 4.93 | 7.51 | 5.22 | 7.67 | 1.97 | 2.63 | 6.39 | 8.79 |
| Benzaldehyde | 5.79 | 4.30 | 1.62 | 2.80 | | 1.39 | | | 1.52 | 3.70 |
| Nonanal | 0.37 | 0.52 | 6.97 | 12.4 | 9.66 | 11.88 | 5.23 | 6.84 | 9.48 | 16.1 |
| Dodecane | 0.04 | | 0.27 | 0.42 | 11.2 | 15.1 | 0.33 | | 1.26 | 1.89 |
| Tridecane | 0.10 | 0.04 | 11.3 | 23.7 | 132 | 178 | | 1.24 | 40.7 | 60.8 |
| Tetradecane | 0.38 | 0.25 | 25.7 | 37.8 | 95.2 | 125 | 30.9 | 41.1 | 38.2 | 56.9 |
| Pentadecane | 0.31 | 0.20 | 5.99 | 9.49 | 8.35 | 12.1 | 20.4 | 27.0 | 5.56 | 9.26 |
| Hexadecane | | | 1.50 | 2.29 | 1.97 | 3.38 | 4.40 | 6.11 | 1.82 | 3.08 |
| Benzene | 0.68 | 0.64 | | | 0.13 | | | | | |
| Toluene | 0.16 | 0.20 | 2.79 | 1.57 | 1.23 | 1.04 | 1.15 | 0.50 | 1.46 | 1.33 |
| Ethylbenzene | | 0.06 | 0.37 | 0.20 | 0.43 | 0.37 | 0.31 | 0.15 | 0.61 | 0.60 |
| p-Xylene | | 0.07 | 0.40 | 0.29 | 0.44 | 0.37 | 0.43 | 0.23 | 0.35 | 0.28 |
| Styrene | 0.02 | 0.01 | 9.16 | 4.15 | 14.4 | 11.2 | 4.52 | 1.56 | 20.1 | 17.2 |
| Propyl-benzene | | | | | 0.13 | | 0.56 | | | |
| 1,3,5-trimethyl-benzene | | | 0.09 | | 0.45 | 0.55 | 0.09 | | | |
| 1,2,3-trimethyl-benzene | | | | | 1.01 | 1.25 | | | | |
| Alkyl Benzenes (36 min - 40 min) | | | | | | | 184 | 242 | | |
| TMPD-MIB | 0.96 | 0.92 | 5.36 | 8.13 | 7.09 | 10.2 | 1.58 | 1.53 | 17.7 | 26.7 |
| TMPD-DIB | 4.15 | 5.19 | 406 | 519 | 307 | 390 | 9.59 | 14.2 | 429 | 565 |
| Acetophenone | 5.77 | 4.35 | | | | | | | | |
| Hexamethyl-cyclotrisiloxane | | 0.04 | 0.38 | 0.28 | 0.83 | 0.74 | 0.82 | 0.85 | 1.95 | 0.84 |
| Octamethyl-cyclotetrasiloxane | 0.16 | 0.12 | 0.06 | 0.05 | 0.13 | 0.24 | 0.19 | 0.18 | 0.35 | 0.21 |
| Dimethyl methylphosphonate | | | | | | | | | 8.84 | 5.00 |
| α-Pinene | 0.53 | 0.49 | 90.4 | 82.2 | 103 | 103 | 28.7 | 19.4 | 69.1 | 73.0 |
| 3-Carene | | | 2.09 | 2.17 | 4.91 | 5.59 | 3.28 | 2.72 | 9.98 | 11.1 |
| β-Pinene | 0.28 | 0.29 | 9.54 | 9.40 | 13.9 | 14.9 | 3.78 | 2.84 | 10.8 | 11.8 |
| d-Limonene | | | 3.09 | 3.22 | 3.71 | 4.52 | 1.12 | 0.87 | 5.09 | 6.15 |

[b] Acetic acid was initially identified and tentatively quantified as toluene during the GCMS analysis of VOCs. These values are much lower than the concentrations determined using the IC method because of chromatographic peak broadening on the GC column. The results are include for comparison with the IC result but only the IC results are used in subsequent data analysis and emission factor estimations.

Table 9. Whole Trailer Emission Rates Normalized to Floor Area ($\mu g\ m^{-2}\ h^{-1}$)

| Target Compound | Trailers | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Duchmen | | Pilgrim | | Coachmen | | Cavalier | |
| | AM | PM | AM | PM | AM | PM | AM | PM |
| Acetic acid (IC method) | 405 | 467 | 287 | 330 | 336 | 321 | 353 | 413 |
| Phenol | 12.9 | 19.1 | 11.6 | 16.9 | 14.7 | 19.0 | 12.6 | 19.7 |
| 2-ethyl-1-hexanol | 0.73 | 1.43 | 0.58 | 1.18 | | 0.39 | 1.89 | 3.11 |
| Formaldehyde | 200 | 257 | 174 | 267 | 266 | 347 | 261 | 315 |
| Acetaldehyde | 6.38 | 16.2 | 3.83 | 9.62 | 5.77 | 15.5 | 4.16 | 12.4 |
| Hexanal | 6.59 | 9.70 | 6.56 | 9.03 | 5.96 | 6.26 | 13.8 | 17.6 |
| Octanal | 2.60 | 3.97 | 1.51 | 2.21 | 1.58 | 2.11 | 2.53 | 3.48 |
| Benzaldehyde | 0.86 | 1.48 | | 0.40 | | | 0.60 | 1.46 |
| Nonanal | 3.69 | 6.56 | 2.85 | 3.43 | 4.20 | 5.49 | 3.76 | 6.38 |
| Dodecane | 0.14 | 0.22 | 3.23 | 4.36 | 0.27 | | 0.50 | 0.75 |
| Tridecane | 5.96 | 12.5 | 38.2 | 51.3 | | 1.00 | 16.1 | 24.1 |
| Tetradecane | 13.6 | 20.0 | 27.5 | 36.1 | 24.8 | 33.0 | 15.1 | 22.5 |
| Pentadecane | 3.17 | 5.02 | 2.41 | 3.50 | 16.4 | 21.7 | 2.20 | 3.67 |
| Hexadecane | 0.79 | 1.21 | 0.57 | 0.98 | 3.53 | 4.91 | 0.72 | 1.22 |
| Benzene | | | 0.04 | | | | | |
| Toluene | 1.47 | 0.83 | 0.35 | 0.30 | 0.92 | 0.41 | 0.58 | 0.53 |
| Ethylbenzene | 0.19 | 0.10 | 0.13 | 0.11 | 0.25 | 0.12 | 0.24 | 0.24 |
| p-Xylene | 0.21 | 0.16 | 0.13 | 0.11 | 0.35 | 0.18 | 0.14 | 0.11 |
| Styrene | 4.84 | 2.19 | 4.15 | 3.23 | 3.63 | 1.25 | 7.95 | 6.80 |
| Propyl-benzene | | | | | 0.45 | | | |
| 1,3,5-trimethyl-benzene | 0.05 | 0.07 | 0.13 | 0.16 | 0.07 | | | |
| 1,2,3-trimethyl-benzene | | 0.11 | 0.29 | 0.36 | | | | |
| AlkylBenzenes (36 min - 40 min) | | | | | 148 | 195 | | |
| TMPD-MIB | 2.84 | 4.30 | 2.05 | 2.96 | 1.27 | 1.23 | 7.00 | 10.6 |
| TMPD-DIB | 215 | 275 | 88.7 | 113 | 7.70 | 11.4 | 170 | 224 |
| Acetophenone | | | | | | | | |
| Hexamethyl-cyclotrisiloxane | 0.20 | 0.15 | 0.24 | 0.21 | 0.66 | 0.68 | 0.77 | 0.33 |
| Octamethyl-cyclotetrasiloxane | 0.03 | 0.03 | 0.04 | 0.07 | 0.16 | 0.15 | 0.14 | 0.08 |
| Dimethyl methylphosphonate | | | | | | | 3.50 | 1.98 |
| $\alpha$-Pinene | 47.8 | 43.4 | 29.8 | 29.7 | 23.1 | 15.6 | 27.4 | 28.9 |
| 3-Carene | 1.10 | 1.15 | 1.42 | 1.62 | 2.63 | 2.19 | 3.95 | 4.38 |
| $\beta$-Pinene | 5.04 | 4.97 | 4.01 | 4.31 | 3.03 | 2.28 | 4.27 | 4.65 |
| d-Limonene | 1.63 | 1.70 | 1.07 | 1.31 | 0.90 | 0.70 | 2.01 | 2.44 |

26

Table 10. Material Specific Emission Factors ($\mu g\, m^{-2}\, h^{-1}$) for the Dutchmen trailer

| Target Compound | bed deck | cabinet wall | cabinet end | carpet | ceiling | counter top | door interior | seat cushion | sub floor | trim | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | | | | | | | | | 999 | | | |
| Phenol | 0.93 | 0.74 | 0.28 | 32.2 | 5.70 | 0.69 | 4.48 | 33.8 | 3.03 | 0.48 | 25.5 | 4.42 |
| 2-ethyl-1-hexanol | 0.56 | | 0.77 | 0.99 | 0.87 | | 0.24 | 9.19 | 0.98 | 0.48 | 1.47 | 0.85 |
| Formaldehyde | 4.11 | 17.7 | 5.21 | 42.4 | | 11.2 | 45.6 | 69.2 | 4.31 | 11.0 | 10.9 | 10.9 |
| Acetaldehyde | | | | 4.98 | | 2.34 | 0.12 | 6.13 | 11.4 | 4.69 | | |
| Hexanal | 0.85 | | 0.47 | 10.9 | 0.59 | 0.74 | 1.86 | 1.08 | 8.69 | 0.83 | 3.22 | 2.21 |
| Octanal | | | | 8.18 | | | | | | | | |
| Benzaldehyde | 0.60 | 0.47 | | 24.0 | 0.28 | 1.79 | 0.23 | 2.35 | 0.26 | | 1.02 | 0.82 |
| Nonanal | 1.53 | 0.05 | 6.84 | 13.2 | 1.90 | 0.73 | 1.40 | 25.2 | 2.63 | | 3.84 | 10.8 |
| Dodecane | | | | | | | | | 0.86 | | 0.93 | |
| Tridecane | 0.25 | | 0.86 | 16.5 | 1.07 | | 3.33 | 10.8 | 16.8 | 0.69 | 37.7 | 0.92 |
| Tetradecane | 0.36 | | | 44.3 | 6.57 | | 8.34 | 31.3 | 45.2 | | 96.4 | 2.12 |
| Pentadecane | | | | 9.84 | 3.02 | | 2.87 | 9.08 | 37.0 | | 78.5 | 1.02 |
| Hexadecane | 0.30 | 0.31 | | 1.93 | 1.37 | | 1.63 | 2.00 | 6.86 | | 12.7 | 0.41 |
| Benzene | 0.42 | | 0.25 | 1.18 | | 0.28 | 0.13 | 0.40 | | 0.06 | | 1.70 |
| Toluene | 1.36 | 0.74 | 0.81 | 2.26 | 1.42 | 0.69 | 0.80 | 0.09 | 2.46 | 0.73 | 0.61 | 1.16 |
| Ethylbenzene | | | | 0.59 | | | 0.01 | 0.10 | | | | 0.59 |
| p-Xylene | | | | 1.41 | | | 0.03 | 0.35 | | | | |
| Styrene | | | | 0.69 | | | 0.02 | 0.15 | | | | |
| Propyl-benzene | | | | | | | 0.03 | 0.08 | | | | |
| 1,3,5-trimethyl-benzene | | | | 0.17 | | | | 0.14 | | | | |
| 1,2,3-trimethyl-benzene | | | | | | | | | | | | |
| Alkyl Benzenes (36 – 40 min) | | | | | | | | | | | | |
| TMPD-MIB | 6.05 | 0.32 | | 6.92 | 2.64 | 2.11 | 69.7 | 10.1 | 3.11 | | 16.9 | 1.37 |
| TMPD-DIB | | 30.6 | 2.44 | 863 | 468 | | 369 | 845 | 263 | 2.64 | 2080 | 144 |
| Acetophenone | 0.94 | 1.12 | | 7.10 | 0.30 | 1.41 | 0.21 | 0.43 | | | 0.41 | 0.46 |
| Hexamethyl-cyclotrisiloxane | | | 0.11 | 7.25 | 7.39 | 5.63 | | 1.44 | 5.38 | | 7.87 | 3.48 |
| Octamethyl-cyclotetrasiloxane | | | 0.36 | 1.01 | 1.70 | 0.64 | | 0.38 | 1.61 | 0.09 | 1.56 | 0.21 |
| Dimethyl, methylphosphonate | | | | | | | | | | | | |
| α-Pinene | 1.65 | 1.04 | 0.99 | 3.49 | 2.07 | 0.85 | 0.79 | | 8.36 | 1.79 | 2.95 | 1.00 |
| 3-Carene | | | | 0.34 | | | | | | | | |
| β-Pinene | 1.15 | 0.85 | | 0.69 | 1.61 | 1.11 | 0.43 | | 5.19 | 1.55 | 1.08 | 0.86 |
| d-Limonene | | | | 1.30 | | | | 0.49 | | | 0.46 | 27.7 |

Table 11. Material Specific Emission Factors (µg m$^{-2}$ hr$^{-1}$) for the Pilgrim trailer

| Target Compound | bed deck | cabinet | carpet | ceiling | counter top | curtain | door interior | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | 2400 | | | 11.1 | | | 24.0 | 0.25 | 911 | | |
| Phenol | 26.0 | 7.24 | 69.6 | 6.91 | 0.34 | 97.2 | 0.33 | 164 | 1.99 | 26.9 | 4.34 |
| 2-ethyl-1-hexanol | 0.58 | 0.20 | 0.71 | 1.26 | 0.60 | | 0.01 | 3.24 | 0.81 | 0.74 | 0.80 |
| Formaldehyde | 136 | 419 | 57.6 | 22.1 | 4.97 | 323 | 14.3 | 410 | 14.8 | 1.69 | 33.7 |
| Acetaldehyde | 3.16 | 8.09 | 0.16 | 0.49 | 0.73 | 0.46 | 6.38 | 9.52 | 9.53 | 3.73 | 0.37 |
| Hexanal | 27.8 | 0.64 | 1.89 | 1.89 | | | 0.78 | | 3.32 | | |
| Octanal | | 12.5 | 12.5 | 12.5 | | | | | | | |
| Benzaldehyde | 1.60 | 0.91 | 6.60 | 0.12 | 0.30 | 0.93 | 0.01 | 4.14 | 0.01 | 0.29 | 0.72 |
| Nonanal | 5.18 | 0.92 | 12.5 | 3.93 | 2.09 | 1.51 | | 10.9 | 1.33 | | 1.21 |
| Dodecane | 1.94 | | 9.23 | 0.62 | | | | 16.1 | 2.86 | 14.1 | 0.62 |
| Tridecane | 31.4 | 11.5 | 149 | 15.3 | 0.26 | 3.10 | 5.37 | 296 | 42.3 | 105 | 10.6 |
| Tetradecane | 41.7 | 17.9 | 122 | 30.6 | | 14.2 | 10.6 | 235 | 34.3 | 62.1 | 13.5 |
| Pentadecane | 4.98 | 2.76 | 14.1 | 5.11 | 0.29 | 4.41 | 1.60 | 18.1 | 3.82 | 4.48 | 2.61 |
| Hexadecane | 1.29 | 2.40 | 2.60 | 2.29 | 0.23 | 2.41 | 0.60 | 3.84 | 1.12 | 1.46 | 1.30 |
| Benzene | 0.43 | 0.33 | 0.12 | 0.12 | 1.55 | 0.21 | 0.40 | 1.21 | 0.58 | | 0.24 |
| Toluene | 2.61 | 1.73 | 0.06 | 1.21 | 0.85 | | 0.83 | 3.71 | 1.66 | 0.48 | 1.18 |
| Ethylbenzene | | | 0.08 | | 0.02 | | 0.03 | 0.50 | | | |
| p-Xylene | | | 0.20 | | 0.08 | | 0.04 | 1.11 | | | |
| Styrene | | | 0.39 | | 0.22 | 0.05 | 0.03 | 1.66 | | | |
| Propyl-benzene | | | | | | | 0.02 | 0.39 | | | |
| 1,3,5-trimethyl-benzene | | | 0.13 | | | | | | | | |
| 1,2,3-trimethyl-benzene | | | 0.38 | | | | | | | | |
| Alkyl Benzenes (38 min - 40 min) | | | | | | | | 1.07 | | | |
| TMPD-MIB | 2.30 | 1.69 | 6.44 | 4.13 | 9.51 | 4.98 | 0.58 | 12.26 | 5.89 | 5.38 | 1.63 |
| TMPD-DIB | 143 | 241 | 326 | 503 | 9.47 | 422 | 35.9 | 880 | 435 | 925 | 221 |
| Acetophenone | 1.04 | 1.28 | 1.98 | 0.21 | 0.12 | 0.52 | 0.13 | 1.07 | | 0.52 | 0.97 |
| Hexamethyl-cyclotrisiloxane | 2.53 | 3.28 | | 2.95 | 13.2 | | | 10.7 | 3.09 | 3.22 | |
| Octamethyl-cyclotetrasiloxane | 1.23 | 0.62 | | 0.94 | 1.70 | | | 2.12 | 1.13 | 0.79 | |
| Dimethyl methylphosphonate | | | 0.33 | | | | | 0.42 | | | |
| α-Pinene | 7.80 | 3.74 | 2.58 | 2.90 | 1.89 | | 0.11 | 10.16 | 4.27 | 1.34 | 1.90 |
| 3-Carene | | 1.56 | 1.56 | | | | | 1.89 | | | |
| β-Pinene | 8.24 | 3.64 | 0.68 | 2.03 | 1.14 | | | 4.24 | 2.59 | 0.78 | 1.33 |
| d-Limonene | 1.27 | 2.02 | 2.02 | | | | 0.13 | 2.96 | | | |

Table 12. Material Specific Emission Factors (µg m⁻² h⁻¹) for the Coachman trailer

| Target Compound | bed deck | bench seat | cabinet wall | ceiling | counter top | curtain | door interior | end bench | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | | 575 | | | | | | 34.5 | 584 | 4510 | | |
| Phenol | 14.1 | 2.98 | 0.50 | 11.1 | 0.36 | 24.23 | 1.79 | 0.86 | 63.4 | 197 | 17.9 | 2.16 |
| 2-ethyl-1-hexanol | 0.30 | 0.61 | 0.32 | 0.99 | 0.91 | | 2.90 | 1.23 | 2.00 | 0.48 | 0.57 | 0.54 |
| Formaldehyde | 41.5 | 233 | 175 | 25.1 | 7.86 | 14.4 | 35.9 | 33.3 | 151 | 3.61 | | 59.7 |
| Acetaldehyde | 12.8 | 2.43 | | | | 2.47 | 0.75 | 1.66 | 4.50 | 18.3 | | |
| Hexanal | 10.9 | 3.05 | 0.56 | 0.49 | 2.50 | 0.16 | 9.45 | 5.02 | 5.24 | 107 | 1.02 | 0.29 |
| Octanal | | | | | | | 0.57 | | | | | |
| Benzaldehyde | 0.82 | | 0.05 | 0.34 | 1.48 | 0.16 | 0.02 | | 1.60 | 14.6 | 1.42 | 0.60 |
| Nonanal | | 3.40 | 0.96 | 7.60 | 1.07 | 0.04 | 29.7 | 1.43 | 5.36 | 1.46 | 0.86 | 0.71 |
| Dodecane | | | | | | | 1.47 | | | 6.54 | | |
| Tridecane | 58.1 | 0.79 | | 0.23 | | 0.07 | 54.9 | | 3.53 | 138 | 4.09 | |
| Tetradecane | 41.2 | 10.8 | 3.60 | 24.1 | | 0.33 | 5.28 | 6.74 | 87.7 | 2060 | 82.8 | 3.79 |
| Pentadecane | 4.77 | 9.74 | 3.53 | 27.4 | | 0.59 | 6.62 | 5.78 | 61.6 | 1210 | 52.6 | 3.78 |
| Hexadecane | 0.21 | 2.21 | 1.27 | 8.26 | 1.52 | 0.43 | 1.69 | 1.47 | 12.4 | 240 | 10.98 | 1.93 |
| Benzene | 2.39 | 0.47 | 0.64 | 0.22 | | 13.3 | 0.54 | 0.04 | 0.57 | 0.08 | 0.68 | 0.08 |
| Toluene | | 1.27 | 1.87 | 1.18 | 2.04 | | 2.15 | 2.34 | 2.72 | 2.19 | | 0.80 |
| Ethylbenzene | | | | | | | 0.02 | | 0.41 | | | |
| p-Xylene | | | | | | 0.02 | 0.07 | | 1.00 | 1.14 | | |
| Styrene | | | | | | 0.00 | 0.02 | | 0.63 | | 0.42 | |
| Propyl-benzene | | | | | | | | | | | | |
| 1,3,5-trimethyl-benzene | | | | | | | | | | | | |
| 1,2,3-trimethyl-benzene | | | | | | | | | | | | |
| Alkyl Benzenes (36 min - 40 min) | | | | | | | | | | | | |
| TMPD-MIB | 2.12 | 1.32 | 1.26 | 1.69 | 2.14 | 1.59 | 1.97 | 0.34 | 4.62 | 16.0 | 1.75 | 0.32 |
| TMPD-DIB | 11.3 | 4.70 | | 26.4 | 1.08 | 0.14 | | 1.22 | 26.2 | 1030 | 102 | 3.79 |
| Acetophenone | 0.22 | | | 0.49 | | | 0.26 | | 0.46 | 1.15 | 0.19 | 0.71 |
| Hexamethyl-cyclotrisiloxane | | | 2.31 | | | | | | 3.74 | 0.58 | 4.13 | |
| Octamethyl-cyclotetrasiloxane | | 0.48 | 0.32 | | | | 0.19 | 0.43 | 1.66 | 1.25 | 0.83 | |
| Dimethyl methylphosphonate | | | | | | | | | | | | |
| α-Pinene | 4.92 | 2.90 | 3.46 | 2.37 | 1.17 | | 1.51 | 4.99 | 7.89 | 31.7 | 2.06 | 1.37 |
| 3-Carene | | | | | | | | | 2.10 | 1.34 | | |
| β-Pinene | 5.56 | 1.92 | 2.29 | 2.63 | 1.48 | | 0.92 | 2.94 | 2.73 | 15.7 | 1.00 | 1.15 |
| d-Limonene | 0.75 | | | | | 0.10 | 0.22 | | 1.70 | 6.58 | | |

**Table 13. Material Specific Emission Factors (µg m⁻² h⁻¹) for the Cavalier trailer**

| Target Compound | cabinet door | cabinet wall | ceiling | counter top | door interior | seat bottom | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | | | | | | | 99.4 | 1220 | | |
| Phenol | 0.79 | 1.15 | 5.70 | 0.43 | 1.19 | 15.3 | 85.2 | 47.8 | 21.9 | 7.16 |
| 2-ethyl-1-hexanol | 0.52 | 0.75 | 0.23 | | 0.00 | 3.08 | 17.3 | 0.76 | 0.80 | 1.26 |
| Formaldehyde | 91.8 | 488 | 20.1 | 9.69 | 35.7 | 293 | 30.4 | 416 | 13.9 | 26.0 |
| Acetaldehyde | 7.14 | 1.57 | 2.12 | 2.12 | 6.51 | 3.11 | | 16.4 | 3.41 | |
| Hexanal | 3.24 | 1.08 | 0.48 | 1.27 | 3.83 | 11.7 | 1.56 | 81.6 | 8.10 | 0.98 |
| Octanal | | | | | | | | 2.32 | | |
| Benzaldehyde | | 0.07 | 0.29 | 0.85 | 0.75 | 2.75 | 4.02 | 3.46 | 1.78 | 0.47 |
| Nonanal | 1.37 | 2.75 | 2.75 | 0.54 | 0.26 | 8.61 | 13.0 | 6.33 | 2.93 | 5.25 |
| Dodecane | | | | | | 1.24 | 1.54 | 5.79 | 1.11 | |
| Tridecane | 3.43 | 0.79 | 5.48 | 0.02 | 0.96 | 28.1 | 87.4 | 238 | 46.6 | 3.20 |
| Tetradecane | 6.01 | 3.34 | 14.7 | | 5.46 | 44.6 | 144 | 231 | 46.9 | 6.08 |
| Pentadecane | 1.49 | 0.86 | 4.12 | 0.12 | 2.01 | 9.14 | 6.29 | 22.3 | 6.90 | 1.98 |
| Hexadecane | 0.75 | 2.22 | 2.22 | 0.28 | 0.74 | 3.72 | 0.76 | 6.49 | 3.31 | 1.61 |
| Benzene | 0.51 | 0.15 | 0.44 | | 0.44 | 3.86 | 0.36 | 0.20 | | 0.13 |
| Toluene | 0.92 | 0.99 | 0.79 | 0.62 | 1.13 | 5.10 | 0.80 | 1.50 | | 0.93 |
| Ethylbenzene | | | | | 0.02 | 0.99 | 0.36 | | | |
| p-Xylene | | | | | 0.02 | 2.58 | 1.16 | | | |
| Styrene | | | | 0.36 | | | 0.27 | | | |
| Propyl-benzene | | | | 0.11 | | | 0.19 | | | |
| 1,3,5-trimethyl-benzene | | | | | | | | | | |
| 1,2,3-trimethyl-benzene | | | | | | | 0.24 | | | |
| Alkyl Benzenes (36 min - 40 min) | | | | | | | | | | |
| TMPD-MIB | 2.53 | 1.97 | 10.5 | 4.42 | 0.74 | 11.5 | 87.7 | 47.1 | 20.3 | 6.33 |
| TMPD-DIB | 81.3 | 77.7 | 771 | 0.26 | 139 | 939 | 1813 | 2920 | 2250 | 481 |
| Acetophenone | | | 0.29 | 0.17 | 0.32 | 1.01 | 2.81 | 0.90 | 0.44 | 0.48 |
| Hexamethylcyclotrisiloxane | 10.6 | | | 10.5 | 6.97 | 11.4 | 11.4 | | 5.29 | |
| Octamethylcyclotetrasiloxane | 1.70 | 0.33 | | 1.30 | 0.72 | 0.36 | 1.36 | 0.49 | 0.76 | |
| Dimethyl methylphosphonate | | | | | | | | | | |
| α-Pinene | 1.10 | 1.52 | 1.13 | 1.09 | 0.63 | 6.17 | | 50.2 | 1.67 | 1.55 |
| 3-Carene | | | | | | | 0.06 | 0.81 | | |
| β-Pinene | 0.81 | 0.91 | 1.17 | 0.48 | | 4.65 | | 11.4 | 0.63 | |
| d-Limonene | | | | | 0.48 | 2.33 | 0.89 | 1.46 | | 1.99 |

Table 14. Material Emission Factors Normalized to Whole Trailer Floor Area ($\mu$g m$^{-2}$ h$^{-1}$) for the Dutchmen trailer

| Target Compound | bed deck | cabinet wall | cabinet end | carpet | ceiling | counter top | door interior | seat cushion | sub floor | trim | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | | | | | | | | | 1170 | | | |
| Phenol | 0.28 | 1.10 | 0.04 | 13.2 | 6.68 | 0.09 | 0.62 | 4.20 | 3.55 | 0.03 | 22.4 | 13.2 |
| 2-ethyl-1-hexanol | 0.17 | | 0.10 | 0.41 | 1.02 | | 0.03 | 1.14 | 1.15 | 0.03 | 1.29 | 2.54 |
| Formaldehyde | 1.24 | 26.3 | 0.68 | 17.4 | | 1.51 | 6.31 | 8.58 | 5.05 | 0.64 | | 32.5 |
| Acetaldehyde | | | | 2.05 | | 0.32 | 0.02 | 0.76 | 13.4 | 0.27 | | |
| Hexanal | 0.26 | | 0.06 | 4.48 | 0.70 | 0.10 | 0.26 | 0.13 | 10.2 | 0.05 | 2.83 | 6.60 |
| Octanal | | | | 3.37 | | | | | | | | |
| Benzaldehyde | 0.18 | 0.71 | | 9.89 | 0.33 | 0.24 | 0.03 | 0.29 | 0.30 | | 0.69 | 2.45 |
| Nonanal | 0.46 | 0.08 | 0.90 | 5.44 | 2.22 | 0.10 | 0.19 | 3.12 | 3.08 | | 3.37 | 32.2 |
| Dodecane | | | | | | | | | 1.00 | | 0.82 | |
| Tridecane | 0.08 | | | 6.77 | 1.25 | | 0.46 | 1.34 | 19.7 | | 33.1 | 2.74 |
| Tetradecane | 0.11 | | 0.11 | 18.2 | 7.69 | | 1.15 | 3.88 | 52.9 | 0.04 | 84.6 | 6.34 |
| Pentadecane | | | | 4.05 | 3.54 | | 0.40 | 1.13 | 43.3 | | 69.0 | 3.04 |
| Hexadecane | 0.09 | 0.47 | | 0.79 | 1.61 | | 0.23 | 0.25 | 8.03 | | 11.1 | 1.23 |
| Benzene | 0.13 | | 0.03 | 0.49 | | | 0.02 | 0.05 | | | | 5.06 |
| Toluene | 0.41 | 1.10 | 0.11 | 0.93 | 1.67 | 0.09 | 0.11 | 0.01 | 2.88 | 0.04 | 0.54 | 3.46 |
| Ethylbenzene | | | | 0.24 | | | | 0.01 | | | | |
| p-Xylene | | | | 0.58 | | | | 0.04 | | | | 1.77 |
| Styrene | | | | 0.28 | | | | 0.01 | | | | |
| Propyl-benzene | | | | | | | | 0.02 | | | | |
| 1,3,5-trimethyl-benzene | | | | 0.07 | | | | 0.01 | | | | |
| 1,2,3-trimethyl-benzene | | | | | | | | 0.02 | | | | |
| Alkyl Benzenes (36 min - 40 min) | | | | | | | | | | | | |
| TMPD-MIB | 1.83 | 0.48 | | 2.85 | 3.10 | 0.28 | 9.64 | 1.25 | 3.65 | 0.15 | 14.8 | 4.10 |
| TMPD-DIB | 0.28 | 45.5 | 0.32 | 272 | 549 | | 51.0 | 105 | 307 | | 1820 | 431 |
| Acetophenone | | 1.67 | | 2.92 | 0.36 | 0.19 | 0.03 | 0.05 | | | 0.36 | 1.39 |
| Hexamethyl-cyclotrisiloxane | | | 0.01 | 2.98 | 8.65 | 0.76 | | 0.18 | 6.31 | | 6.91 | 10.4 |
| Octamethyl-cyclotetrasiloxane | | | 0.05 | 0.41 | 1.99 | 0.09 | | 0.05 | 1.89 | 0.01 | 1.37 | 0.63 |
| Dimethyl methylphosphonate | | | | | | | | | | | | |
| α-Pinene | 0.50 | 1.55 | 0.13 | 1.43 | 2.42 | 0.11 | 0.11 | | 9.79 | 0.10 | 2.59 | 2.97 |
| 3-Carene | | | | 0.14 | | | | | | | | |
| β-Pinene | 0.35 | 1.26 | | 0.28 | 1.88 | 0.15 | 0.06 | | 6.08 | 0.09 | 0.93 | 2.55 |
| d-Limonene | | | | 0.53 | | | | 0.06 | | | 0.41 | 82.7 |

31

Table 15. Material Emission Factors Normalized to Whole Trailer Floor Area (µg m⁻² hr⁻¹) for the Pilgrim trailer

| Target Compound | bed deck | cabinet | carpet | ceiling | counter top | curtain | door interior | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | 460 | | | 10.6 | | | 2.41 | 0.02 | 911 | | |
| Phenol | 4.97 | 4.69 | 25.2 | 6.61 | 0.03 | 8.41 | 0.03 | 16.2 | 1.99 | 17.2 | 8.68 |
| 2-ethyl-1-hexanol | 0.11 | 0.13 | 0.26 | 1.21 | 0.05 | | | 0.32 | 0.81 | 0.48 | 1.61 |
| Formaldehyde | 26.1 | 271 | 20.9 | 21.1 | 0.38 | 28.0 | 1.44 | 40.5 | 14.8 | 1.08 | 67.5 |
| Acetaldehyde | 0.60 | 5.24 | 0.06 | | | | 0.64 | | 9.53 | | |
| Hexanal | 5.31 | 0.42 | 0.68 | 0.47 | 0.06 | 0.04 | 0.08 | 0.94 | 3.32 | 2.38 | 0.74 |
| Octanal | | | 4.54 | | | | | | | | |
| Benzaldehyde | 0.31 | 0.59 | 2.39 | 0.11 | 0.02 | 0.08 | | 0.41 | 0.01 | 0.18 | 1.43 |
| Nonanal | 0.99 | 0.60 | 4.54 | 3.75 | 0.16 | 0.13 | | 1.07 | 1.33 | | 2.42 |
| Dodecane | 0.37 | | 3.34 | 0.59 | | | | 1.59 | 2.86 | 9.03 | 1.24 |
| Tridecane | 6.00 | 7.45 | 53.9 | 14.6 | 0.02 | 0.27 | 0.54 | 29.3 | 42.3 | 67.2 | 21.3 |
| Tetradecane | 7.98 | 11.6 | 44.0 | 29.3 | | 1.23 | 1.07 | 23.2 | 34.3 | 39.6 | 26.9 |
| Pentadecane | 0.95 | 1.79 | 5.12 | 4.89 | 0.02 | 0.38 | 0.16 | 1.78 | 3.82 | 2.86 | 5.22 |
| Hexadecane | 0.25 | 1.56 | 0.94 | 2.19 | 0.02 | 0.21 | 0.06 | 0.38 | 1.12 | 0.93 | 2.59 |
| Benzene | 0.08 | 0.22 | 0.04 | 0.04 | 0.12 | 0.02 | 0.04 | 0.12 | 0.58 | | 0.48 |
| Toluene | 0.50 | 1.12 | 0.02 | 1.16 | 0.07 | | 0.08 | 0.37 | 1.66 | 0.30 | 2.36 |
| Ethylbenzene | | | 0.03 | | | | | 0.05 | | | |
| p-Xylene | | | 0.07 | | 0.01 | | | 0.11 | | | |
| Styrene | | | 0.14 | | 0.02 | | | 0.16 | | | |
| Propyl-benzene | | | | | | | | | | | |
| 1,3,5-trimethyl-benzene | | | 0.05 | | | | 0.04 | | | | |
| 1,2,3-trimethyl-benzene | | | 0.14 | | | | 0.11 | | | | |
| Alkyl Benzenes (36 min – 40 min) | | | | | | | | | | | |
| TMPD-MIB | 0.44 | 1.10 | 2.33 | 3.95 | 0.73 | 0.43 | 0.06 | 1.21 | 5.89 | 3.43 | 3.26 |
| TMPD-DIB | 27.4 | 156 | 118 | 481 | 0.72 | 36.5 | 3.61 | 87.0 | 435 | 590 | 443 |
| Acetophenone | 0.20 | 0.83 | 0.72 | 0.20 | 0.01 | 0.05 | 0.01 | 0.11 | | 0.33 | 1.95 |
| Hexamethyl-cyclotrisiloxane | 0.48 | 2.12 | | 2.82 | 1.01 | | | 1.06 | 3.09 | 2.06 | |
| Octamethyl-cyclotetrasiloxane | 0.24 | 0.40 | | 0.90 | 0.13 | | | 0.21 | 1.13 | 0.50 | |
| Dimethyl methylphosphonate | | | 0.12 | | | | | 0.04 | | | |
| α-Pinene | 1.49 | 2.42 | 0.93 | 2.77 | 0.14 | | 0.01 | 1.00 | 4.27 | 0.86 | 3.80 |
| 3-Carene | | | 0.57 | | | | | 0.19 | | | |
| β-Pinene | 1.58 | 2.36 | 0.24 | 1.94 | 0.09 | | | 0.42 | 2.59 | 0.50 | 2.65 |
| d-Limonene | 0.24 | | 0.73 | | | | 0.01 | 0.29 | | | |

**Table 16. Material Emission Factors Normalized to Whole Trailer Floor Area (µg m⁻² hr⁻¹) for the Coachmen trailer**

| Target Compound | bed deck | bench seat | cabinet wall | ceiling | counter top | curtain | door interior | end bench | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | | 139 | | | | | | 1.40 | 51.1 | 4510 | | |
| Phenol | 1.69 | 0.72 | 0.15 | 11.9 | 0.03 | 3.67 | 0.08 | 0.03 | 5.54 | 197 | 17.9 | 6.07 |
| 2-ethyl-1-hexanol | 0.04 | 0.15 | 0.10 | 1.06 | 0.07 | | 0.13 | 0.05 | 0.18 | 0.48 | 0.57 | 1.51 |
| Formaldehyde | 5.00 | 56.3 | 53.5 | 26.9 | 0.63 | 2.17 | 1.56 | 1.35 | 13.2 | 3.61 | | 168 |
| Acetaldehyde | 1.55 | 0.59 | | | | 0.37 | 0.03 | 0.07 | 0.39 | 18.3 | | |
| Hexanal | 1.31 | 0.74 | 0.17 | 0.52 | 0.20 | 0.02 | 0.41 | 0.20 | 0.46 | 107 | 1.02 | 0.81 |
| Octanal | | | | | | | 0.02 | | | | | |
| Benzaldehyde | 0.10 | | 0.02 | 0.36 | 0.12 | 0.02 | | | 0.14 | 14.6 | 1.42 | 1.69 |
| Nonanal | | 0.82 | 0.29 | 8.15 | 0.09 | 0.01 | 1.29 | 0.06 | 0.47 | 1.46 | 0.86 | 2.01 |
| Dodecane | | | | | | | 0.06 | | | 6.54 | | |
| Tridecane | | 0.19 | | 0.24 | | 0.01 | 2.39 | | 0.31 | 138 | 4.09 | |
| Tetradecane | 7.00 | 2.61 | 1.10 | 25.8 | 0.05 | 0.05 | 0.23 | 0.27 | 7.66 | 2060 | 82.8 | 10.7 |
| Pentadecane | 4.97 | 2.35 | 1.08 | 29.3 | | 0.09 | 0.29 | 0.23 | 5.38 | 1210 | 52.6 | 10.6 |
| Hexadecane | 0.58 | 0.53 | 0.39 | 8.85 | 0.07 | 0.07 | 0.07 | 0.06 | 1.08 | 240 | 11.0 | 5.44 |
| Benzene | 0.02 | 0.11 | 0.20 | 0.24 | 0.12 | | 0.02 | | 0.05 | 0.08 | | 0.22 |
| Toluene | 0.29 | 0.31 | 0.57 | 1.26 | 0.16 | 2.01 | 0.09 | 0.10 | 0.24 | 2.19 | 0.68 | 2.26 |
| Ethylbenzene | | | | | | | | | 0.04 | | | |
| p-Xylene | | | | | | | | | 0.09 | 1.14 | | |
| Styrene | | | | | | | | | 0.06 | | 0.42 | |
| Propyl-benzene | | | | | | | | | | | | |
| 1,3,5-trimethyl-benzene | | | | | | | | | | | | |
| 1,2,3-trimethyl-benzene | | | | | | | | | | | | |
| Alkyl-benzenes (36 min - 40 min) | | | | | | | | | | | | |
| TMPD-MIB | 0.26 | 0.32 | | 1.81 | 0.17 | | | 0.01 | 0.40 | 15.95 | 1.75 | 0.91 |
| TMPD-DIB | 1.36 | 1.14 | 0.39 | 28.3 | | 0.24 | 0.09 | 0.05 | 2.29 | 1030 | 102 | 10.7 |
| Acetophenone | 0.03 | | | 0.53 | 0.09 | 0.02 | 0.01 | | 0.04 | 1.15 | 0.19 | 2.01 |
| Hexamethyl-cyclotrisiloxane | | | 0.71 | | | | | | 0.33 | 0.58 | 4.13 | |
| Octamethyl-cyclotetrasiloxane | | 0.12 | 0.10 | | | | 0.01 | 0.02 | 0.15 | 1.25 | 0.83 | |
| Dimethyl methylphosphonate | | | | | | | | | | | | |
| α-Pinene | 0.59 | 0.70 | 1.06 | 2.55 | 0.09 | | 0.07 | 0.20 | 0.69 | 31.72 | 2.06 | 3.86 |
| 3-Carene | | | | | | | | | 0.18 | 1.34 | | |
| β-Pinene | 0.67 | 0.47 | 0.70 | 2.82 | 0.12 | | 0.04 | 0.12 | 0.24 | 15.71 | 1.00 | 3.24 |
| d-Limonene | 0.09 | | | | | 0.01 | 0.01 | | 0.15 | 6.58 | | |

Table 17. Material Emission Factors Normalized to Whole Trailer Floor Area (µg m⁻² h⁻¹) for the Cavalier trailer

| Target Compound | cabinet door | cabinet wall | ceiling | counter top | door interior | seat bottom | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | | | | | | | 10.3 | 1220 | | |
| Phenol | 0.01 | 1.03 | 5.42 | 0.02 | 0.11 | 5.20 | 8.80 | 47.8 | 21.9 | 21.7 |
| 2-ethyl-1-hexanol | | | 0.71 | 0.01 | | 1.05 | 1.79 | 0.76 | 0.80 | 3.84 |
| Formaldehyde | 0.76 | 435 | 19.2 | 0.56 | 3.32 | 99.6 | 3.14 | 416 | 13.9 | 79.0 |
| Acetaldehyde | 0.06 | 1.40 | | 0.12 | 0.61 | 1.06 | 0.16 | 16.4 | 3.41 | 2.97 |
| Hexanal | 0.03 | 0.96 | 0.46 | 0.07 | 0.36 | 3.99 | | 81.6 | 8.10 | 1.43 |
| Octanal | | | | | | | | 2.32 | | |
| Benzaldehyde | | 0.06 | 0.27 | 0.05 | 0.07 | 0.93 | 0.42 | 3.46 | 1.78 | |
| Nonanal | 0.01 | | 2.62 | 0.03 | 0.02 | 2.93 | 1.34 | 6.33 | 2.93 | 15.95 |
| Dodecane | | | | | | 0.42 | 0.16 | 5.79 | 1.11 | 1.11 |
| Tridecane | 0.03 | 0.70 | 5.22 | | 0.09 | 9.54 | 9.03 | 238 | 46.6 | 9.70 |
| Tetradecane | 0.05 | 2.98 | 14.0 | | 0.51 | 15.2 | 14.9 | 231 | 46.9 | 18.4 |
| Pentadecane | 0.01 | 0.77 | 3.92 | 0.01 | 0.19 | 3.11 | 2.33 | 22.3 | 6.90 | 6.00 |
| Hexadecene | 0.01 | | 2.11 | 0.02 | 0.07 | 1.26 | 0.65 | 6.49 | 3.31 | 4.88 |
| Benzene | | 0.14 | 0.42 | 0.04 | 0.04 | 1.31 | 0.08 | 0.20 | | 0.38 |
| Toluene | 0.01 | 0.88 | 0.75 | 0.04 | 0.11 | 1.73 | 0.08 | 1.50 | | 2.84 |
| Ethylbenzene | | | | | | 0.34 | 0.04 | | | |
| p-Xylene | | | | | | 0.88 | 0.12 | | | |
| Styrene | | | | 0.02 | | | 0.03 | | | |
| Propyl-benzene | | | | 0.01 | | | 0.02 | | | |
| 1,3,5-trimethyl-benzene | | | | | | | 0.03 | | | |
| 1,2,3-trimethyl-benzene | | | | | | | | | | |
| Alkyl Benzenes (36 min – 40 min) | | | | | | | | | | |
| TMPD-MIB | 0.02 | 1.76 | 9.96 | 0.25 | 0.07 | 3.92 | 9.06 | 47.1 | 20.3 | 19.2 |
| TMPD-DIB | 0.67 | 69.4 | 734 | 0.01 | 13.0 | 319 | 187 | 2920 | 2250 | 1460 |
| Acetophenone | | 0.28 | | 0.01 | 0.03 | 0.34 | 0.29 | 0.90 | 0.44 | 1.47 |
| Hexamethyl-cyclotrisiloxane | 0.09 | | | 0.60 | 0.65 | | 1.17 | | 5.29 | |
| Octamethyl-cyclotetrasiloxane | 0.01 | 0.29 | | 0.07 | 0.07 | | 0.14 | 0.49 | 0.76 | |
| Dimethyl methylphosphonate | | | | | | 0.12 | | | | |
| α-Pinene | 0.01 | 1.35 | 1.08 | 0.06 | 0.06 | 2.10 | | 50.3 | 1.67 | 4.71 |
| 3-Carene | | | | | | | 0.01 | 0.81 | | |
| β-Pinene | 0.01 | 0.81 | 1.12 | 0.03 | | 1.58 | | 11.4 | 0.63 | 6.05 |
| d-Limonene | | | | | | 0.79 | 0.09 | 1.47 | | |

34

Table 18. Total ($\mu g\ m^{-2}\ hr^{-1}$) and Percent Contribution of Each Material to Area Normalized Whole Trailer Emission Rates for the Dutchmen

| Target Compound | Total | bed deck | cabinet wall | cabinet end | carpet | ceiling | counter top | door, interior | seat cushion | sub floor | trim | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TMPD-DIB | 3590 | | 1% | | 8% | 15% | | 1% | 3% | 9% | | 51% | 12% |
| Acetic acid | 1170 | | | | | | | | | 100% | | | |
| Tetradecane | 175 | | | | 10% | 4% | | | 2% | 30% | | 48% | 4% |
| Pentadecane | 124 | | | | 3% | 3% | | | | 35% | | 55% | 2% |
| Formaldehyde | 100 | 1% | 26% | | 17% | | 2% | 6% | 9% | 5% | | | 32% |
| d-Limonene | 84 | | | | | | | | | | | | 99% |
| Tridecane | 66 | | | | 10% | 2% | | | 2% | 30% | | 50% | 4% |
| Phenol | 65 | | 2% | | 20% | 10% | | | 6% | 5% | | 34% | 20% |
| Nonanal | 51 | | | | 11% | 4% | | | 6% | 6% | | 7% | 63% |
| TMPD-MIB | 40 | | 1% | 2% | 7% | 8% | | 24% | 3% | 9% | | 37% | 10% |
| Hexamethyl-cyclotrisiloxane | 36 | | | | 8% | 24% | 2% | | | 17% | | 19% | 29% |
| Hexanal | 26 | | | | 17% | 3% | | 1% | | 40% | | 11% | 26% |
| Hexadecane | 24 | | 2% | | 3% | 7% | | | 1% | 34% | | 47% | 5% |
| α-Pinene | 22 | 2% | 7% | | 7% | 11% | | | | 45% | | 12% | 14% |
| Acetaldehyde | 17 | | | | 12% | | 2% | | 5% | 80% | 2% | | |
| Benzaldehyde | 15 | 1% | 5% | | 65% | 2% | 2% | | 2% | 2% | | 6% | 16% |
| β-Pinene | 14 | 3% | 9% | | 2% | 14% | 1% | | | 45% | | 7% | 19% |
| Toluene | 11 | 4% | 10% | | 8% | 15% | | | | 25% | | 5% | 30% |
| 2-ethyl-1-hexanol | 8 | 2% | | 1% | 5% | 13% | | | 14% | 15% | | 16% | 32% |
| Acetophenone | 7 | 4% | 23% | | 40% | 5% | 3% | | | | | 5% | 19% |
| Octamethyl-cyclotetrasiloxane | 6 | | | | 6% | 31% | 1% | | | 29% | | 21% | 10% |
| Benzene | 6 | 2% | | | 6% | | | | | | | | 87% |
| Octanal | 3 | | | | 100% | | | | | | | | |
| p-Xylene | 2 | | | | 24% | | | | 2% | | | | 74% |
| Dodecane | 2 | | | | | | | | | 55% | | 45% | |
| Styrene | <1 | | | | 94% | | | | 6% | | | | |
| Ethylbenzene | <1 | | | | 95% | | | | 5% | | | | |
| 3-Carene | <1 | | | | 100% | | | | | | | | |
| 1,3,5-trimethyl-benzene | <1 | | | | 80% | | | | 20% | | | | |
| Propyl-benzene | <1 | | | | | | | | 100% | | | | |

35

**Table 19. Total (µg m⁻² h⁻¹) and Percent Contribution of Each Material to Area Normalized Whole Trailer Emission Rates for the Pilgrim**

| Target Compound | Total | bed deck | cabinet | carpet | ceiling | counter top | curtain | door, interior | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TXIB-DIB | 2380 | 1% | 7% | 5% | 20% | | 2% | | 4% | 18% | 25% | 19% |
| Acetic acid | 1380 | 33% | | | | | | | | 66% | | |
| Formaldehyde | 493 | 5% | 55% | 4% | 4% | | 6% | | 8% | 3% | | 14% |
| Tridecane | 243 | 2% | 3% | 22% | 6% | | | | 12% | 17% | 28% | 9% |
| Tetradecane | 219 | 4% | 5% | 20% | 13% | | | | 11% | 16% | 18% | 12% |
| Phenol | 94 | 5% | 5% | 27% | 7% | | 9% | | 17% | 2% | 18% | 9% |
| Pentadecane | 27 | 4% | 7% | 19% | 18% | | 1% | | 7% | 14% | 11% | 19% |
| TXIB-MIB | 23 | 2% | 5% | 10% | 17% | 3% | 2% | | 5% | 26% | 15% | 14% |
| Dodecane | 19 | 2% | | 18% | 3% | | | | 8% | 15% | 47% | 7% |
| α-Pinene | 18 | 8% | 14% | 5% | 16% | | | | 6% | 24% | 5% | 21% |
| Acetaldehyde | 16 | 4% | 33% | | | | | 4% | 59% | | | |
| Nonanal | 15 | 7% | 4% | 30% | 25% | 1% | | | 7% | 9% | | 16% |
| Hexanal | 14 | 37% | 3% | 5% | 3% | | | | 7% | 23% | 16% | 5% |
| Hexamethyl-cyclotrisiloxane | 13 | 4% | 17% | | 22% | 8% | | | 8% | 24% | 16% | 21% |
| β-Pinene | 12 | 13% | 19% | 2% | 16% | | | | 3% | 21% | 4% | 25% |
| Hexadecane | 10 | 2% | 15% | 9% | 21% | | 2% | | 4% | 11% | 9% | 25% |
| Toluene | 8 | 7% | 15% | | 15% | | | 1% | 5% | 22% | 4% | 31% |
| Benzaldehyde | 6 | 6% | 11% | 43% | 2% | | 1% | | 7% | | 3% | 26% |
| 2-ethyl-1-Hexanol | 5 | 2% | 3% | 5% | 24% | | | | 6% | 16% | 10% | 32% |
| Octanal | 5 | | | 100% | | | | | | | | |
| Acetophenone | 4 | 5% | 19% | 16% | 5% | 4% | 1% | | 2% | | 8% | 44% |
| Octamethyl-cyclotetrasiloxane | 4 | 7% | 11% | | 26% | 4% | | | 6% | 32% | 14% | |
| Benzene | 2 | 5% | 13% | 2% | | 7% | 1% | 2% | 7% | 34% | | 28% |
| d-Limonene | 1 | 19% | | 57% | | | | 1% | 23% | | | |
| 3-Carene | 1 | | | 75% | | | | | 25% | | | |
| Styrene | <1 | | | 43% | | 5% | 1% | 1% | 50% | | | |
| 1,2,3-trimethyl-benzene | <1 | | | 57% | | | | | 43% | | | |
| p-Xylene | <1 | | | 37% | | 3% | | 2% | 57% | | | |
| Dimethyl methylphosphonate | <1 | | | 74% | | | | | 26% | | | |
| 1,3,5-trimethyl-benzene | <1 | | | 56% | | | | | 44% | | | |
| Ethylbenzene | <1 | | | 36% | | 2% | | 4% | 58% | | | |
| Propyl-benzene | <1 | | | | | | | 100% | | | | |

36

Table 20. Total (µg m⁻² hr⁻¹) and Percent Contribution of Each Material to Area Normalized Whole Trailer Emission Rates for Coachmen

| Target Compound | Total | bed deck | bench seat | cabinet wall | ceiling | counter top | curtain | door, interior | end of bench | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Acetic acid | 4500 | | | | | | | | | 1% | 96% | | |
| Tetradecane | 2190 | | | | | | | | | | 94% | 4% | |
| Pentadecane | 1310 | | | | | | | | | | 92% | 4% | |
| TMPD-D1B | 1170 | | | | 2% | | | | | | 88% | 9% | |
| Formaldehyde | 332 | 2% | 17% | 16% | 8% | | | | | 4% | 1% | | 51% |
| Hexadecane | 268 | | | | 3% | | | | | | 90% | 4% | 2% |
| Phenol | 245 | | | | | | 2% | | | 2% | 80% | 7% | 2% |
| Tridecane | 145 | | | | 5% | | | 2% | | | 95% | 3% | |
| Hexanal | 113 | 1% | | | | | | | | | 95% | | |
| α-Pinene | 44 | 1% | 2% | 2% | 6% | | | | | 2% | 73% | 5% | 9% |
| β-Pinene | 25 | 3% | 2% | 3% | 11% | | | | | | 63% | 4% | 13% |
| TMPD-MIB | 22 | 1% | 1% | | 8% | | | | | 2% | 74% | 8% | 4% |
| Acetaldehyde | 21 | 7% | 3% | | | | | | | | 86% | | |
| Benzaldehyde | 18 | | | | 2% | | 2% | | | 2% | 79% | 8% | 9% |
| Nonanal | 16 | | 5% | 2% | 53% | | | 8% | | 3% | 9% | 6% | 13% |
| Toluene | 8 | 4% | 4% | 7% | 15% | 2% | | 1% | 1% | 3% | 27% | 8% | 28% |
| D-Limonene | 7 | 1% | | | | | | | | 2% | 96% | | |
| Dodecane | 7 | | | | | | | | | | 99% | | |
| Hexamethyl-cyclotrisiloxane | 6 | | | 12% | 25% | 2% | | | | 6% | 10% | 72% | |
| 2-ethyl-1-hexanol | 4 | | 3% | 2% | 13% | 2% | | 3% | 1% | 4% | 11% | 13% | 35% |
| Acetophenone | 4 | | | | | 2% | | | | | 28% | 5% | 49% |
| Benzene | 3 | | 4% | 6% | 8% | 4% | 65% | | | 2% | 3% | 34% | 7% |
| Octamethyl-cyclotetrasiloxane | 2 | | 5% | 4% | | | | | | 6% | 51% | 34% | |
| 3-Carene | 2 | | | | | | | | | 12% | 88% | | |
| p-Xylene | 1 | | | | | | | | | 7% | 92% | | |
| Styrene | <1 | | | | | | | | | 12% | | | |
| Ethylbenzene | <1 | | | | | | | 2% | | 98% | | | |
| Octanal | <1 | | | | | | | 100% | | | | | |

37

**Table 21. Total (µg m$^{-2}$ hr$^{-1}$) and Percent Contribution of Each Material to Area Normalized Whole Trailer Emission Rates for the Cavalier**

| Target Compound | Total | cabinet door | cabinet wall | ceiling | counter top | door, interior | seat bottom | seat cushion | sub floor | vinyl floor | wall |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TMPD-DIB | 7960 | | | 9% | | | 4% | 2% | 37% | 28% | 18% |
| Acetic acid | 1230 | | | | | | | | 99% | | |
| Formaldehyde | 1070 | | 41% | 2% | | | 9% | 4% | 39% | 1% | 7% |
| Tetradecane | 344 | | | 4% | | | 4% | 4% | 67% | 14% | 5% |
| Tridecane | 319 | | | 2% | | | 3% | 3% | 75% | 15% | 3% |
| Phenol | 112 | | | 5% | | | 5% | 8% | 43% | 20% | 19% |
| TMPD-MIB | 112 | | 2% | 9% | | | 4% | 8% | 42% | 18% | 17% |
| Hexanal | 99 | | | | | | 4% | | 83% | 8% | 3% |
| α-Pinene | 61 | | 2% | 2% | | | 3% | | 82% | 3% | 8% |
| Pentadecane | 46 | | 2% | 9% | | | 7% | 5% | 49% | 15% | 13% |
| Nonanal | 32 | | | 8% | | | 9% | 4% | 20% | 9% | 50% |
| Acetaldehyde | 23 | | 6% | | | 3% | 5% | | 71% | 15% | |
| β-Pinene | 22 | | 4% | 5% | | | 7% | | 53% | 3% | 28% |
| Hexadecane | 19 | | | 11% | | | 7% | 3% | 35% | 18% | 26% |
| 2-ethyl-1-hexanol | 9 | | | 8% | | | 12% | 20% | 9% | 9% | 43% |
| Benzaldehyde | 8 | | | 3% | | | 11% | 5% | 41% | 21% | 17% |
| Toluene | 8 | | 11% | 9% | | 1% | 22% | 1% | 19% | | 36% |
| Hexamethyl-cyclotrisiloxane | 8 | 1% | | | 8% | 8% | | 15% | | 68% | |
| Dodecane | 7 | | | | | | 6% | 2% | 77% | 15% | |
| Acetophenone | 4 | | | 7% | | | 9% | 8% | 24% | 12% | |
| Benzene | 3 | | 5% | 16% | | 2% | 51% | 3% | 8% | | 15% |
| D-Limonene | 2 | | | | | | 34% | 4% | 62% | | |
| Octanal | 2 | | | | | | | | 100% | | |
| Octamethyl-cyclotetrasiloxane | 2 | | 15% | | 4% | 3% | 6% | 7% | 25% | 39% | 39% |
| p-Xylene | 1 | | | | | | 88% | 12% | | | |
| 3-Carene | 1 | | | | | | | | 99% | | |
| Ethylbenzene | <1 | | | | | | 90% | 10% | | | |
| Styrene | <1 | | | | 42% | | | 58% | | | |
| Propyl-benzene | <1 | | | | 24% | | | 76% | | | |
| 1,3,5-trimethyl-benzene | <1 | | | | | | | 100% | | | |

**Table 22. Comparison of Sum Material Specific Emission\* ($\mu g \ m^{-2} \ h^{-1}$) with Measured Whole Trailer Emission**

| Target Compound | Duchmen Material | Duchmen Whole trailer | Pilgrim Material | Pilgrim Whole trailer | Coachmen Material | Coachmen Whole trailer | Cavalier Material | Cavalier Whole trailer |
|---|---|---|---|---|---|---|---|---|
| Acetic acid | | 46.0 | 473 | 35.0 | 191 | 13.3 | 10 | 41.6 |
| Phenol | 62 | 16.0 | 92 | 14.3 | 48 | 16.9 | 64 | 16.1 |
| 2-ethyl-1-hexanol | 7 | 1.08 | 4 | 0.88 | 4 | 0.39 | 8 | 2.50 |
| Formaldehyde | 95 | 230 | 478 | 220 | 329 | 306 | 655 | 288 |
| Acetaldehyde | 3 | 11.3 | 7 | 6.72 | 3 | 10.6 | 7 | 8.29 |
| Hexanal | 15 | 8.15 | 11 | 7.80 | 6 | 6.11 | 17 | 15.8 |
| Octanal | 3 | 3.29 | 5 | 1.86 | | 1.85 | | 3.01 |
| Benzaldehyde | 15 | 1.17 | 6 | 0.40 | 4 | | 5 | 1.03 |
| Nonanal | 48 | 5.12 | 14 | 3.14 | 14 | 4.85 | 26 | 5.07 |
| Dodecane | 1 | 0.18 | 16 | 3.79 | | 0.27 | 2 | 0.62 |
| Tridecane | 46 | 9.25 | 200 | 44.8 | 7 | 1.00 | 81 | 20.1 |
| Tetradecane | 122 | 16.8 | 185 | 31.8 | 138 | 28.9 | 113 | 18.8 |
| Pentadecane | 81 | 4.09 | 23 | 2.96 | 107 | 19.0 | 23 | 2.93 |
| Hexadecane | 16 | 1.00 | 9 | 0.77 | 28 | 4.22 | 12 | 0.97 |
| Benzene | 6 | | 1 | 0.04 | 3 | | 2 | |
| Toluene | 8 | 1.15 | 6 | 0.33 | 6 | 0.66 | 6 | 0.55 |
| Ethylbenzene | | 0.15 | | 0.12 | | 0.18 | | 0.24 |
| p-Xylene | 2 | 0.18 | | 0.12 | | 0.27 | 1 | 0.13 |
| Styrene | | 3.52 | | 3.69 | | 2.44 | | 7.38 |
| Propyl-benzene | | | | | | 0.45 | | |
| 1,3,5-trimethyl-benzene | | 0.06 | | 0.14 | | 0.07 | | |
| 1,2,3-trimethyl-benzene | | 0.11 | | 0.33 | | | | |
| TMPD-MIB | 36 | 3.57 | 17 | 2.50 | 6 | 1.25 | 65 | 8.78 |
| TMPD-DIB | 3280 | 245 | 1940 | 101 | 147 | 9.56 | 5040 | 197 |
| Acetophenone | 7 | | 4 | | 3 | | 3 | |
| Hexamethyl-cyclotrisiloxane | 30 | 0.17 | 10 | 0.23 | 5 | 0.67 | 8 | 0.55 |
| Octamethyl-cyclotetrasiloxane | 5 | 0.03 | 2 | 0.05 | 1 | 0.15 | 1 | 0.11 |
| Dimethyl methylphosphonate | | | | | | | | 2.74 |
| a-Pinene | 12 | 45.6 | 13 | 29.7 | 12 | 19.3 | 11 | 28.1 |
| 3-Carene | | 1.12 | 1 | 1.52 | | 2.41 | | 4.17 |
| β-Pinene | 8 | 5.01 | 10 | 4.16 | 9 | 2.66 | 10 | 4.46 |
| d-Limonene | 84 | 1.67 | 1 | 1.19 | | 0.80 | 1 | 2.23 |

\*The sum of the material normalized to floor area excluding the contribution from sub floor.

39

**Table 23. Material specific aldehyde emissions from cabinetry, passage door, and subfloor used to fabricate a new manufactured house**

| Compound | Emission factor ($\mu g\ m^{-2}\ h^{-1}$) | | | | | |
| | Cabinetry Materials* | | | | Passage door | Plywood subfloor* |
| | PB Top | PB case | Hardboard | Stile | | |
|---|---|---|---|---|---|---|
| Formaldehyde | 92, 82 | 470 | 10 | 330 | 153 | 11, 8 |
| Acetaldehyde | 38, 40 | | | 20 | 11 | 19, 10 |
| Pentanal | 51, 42 | | | 36 | 8 | 28, 25 |
| Hexanal | 249, 199 | | | 260 | 42 | 169, 161 |
| 2-Furaldehyde | 6, 5 | | 72 | 7 | | |
| Heptanal | 12, 9 | | | 7 | | 4, 3 |
| 2-Heptenal | 8, 5 | | | 9 | | 5, 5 |
| Benzaldehyde | 16 | | | 42 | 3 | 5 |
| Octanal | 22, 18 | | | 28 | | 8, 8 |
| 2-Octenal | 19, 12 | | | 29 | | 12, 11 |
| Nonanal | 19, 16 | | | 40 | | 21, 22 |

*Values are presented for duplicate specimens separated by a comma. The data are for new material direct from factory as reported in Hodgson et. al. 2002

**Table 24. Material specific emission factors of terpene hydrocarbons from indoor sources used to fabricate a new manufactured house**

| Compound | PB countertop[a] ($\mu g\ m^{-2}\ h^{-1}$) | Cabinet frame lumber ($\mu g\ m^{-2}\ h^{-1}$) | Plywood subfloor[a] ($\mu g\ m^{-2}\ h^{-1}$) |
|---|---|---|---|
| $\alpha$-Pinene | 19, 26 | 14 | 114, 278 |
| $\beta$-Pinene | 7, 7 | 17 | 29, 69 |
| d-Limonene | 6, 6 | <3 | 29, 113 |

[a] Values are presented for duplicate specimens separated by a comma. The data are for new material direct from factory as reported in Hodgson et. al. 2002

40

**Table 25. Reported Formaldehyde Emission Factors from CARB's Battelle (1996) study[a].**

| Material | Emission Factor ($\mu g\ m^{-2}\ h^{-1}$) | | | | Sample Size | Notes |
|---|---|---|---|---|---|---|
| | Mean | Median | Min | Max | N | |
| Hardwood Plywood | 87 | 74 | 6.8 | 170 | 12 | ¼"-¾" stock HWPW and ½" HWPW-VC |
| Medium Density Fiberboard | 293 | 288 | 210 | 385 | 6 | ⅝"-¾" MDF |
| MDF Cabinet Doors | 420 | | 364 | 535 | 2 | |
| Particleboard | 189 | 161 | 104 | 508 | 22 | ⅝"-3/4" industrial PB, ⅝" PB underlayment, and ⅝" mobile home decking |
| ¼" Particleboard | 1375 | | 1170 | 1580 | 2 | |
| Wallpaper | 27 | | | | | |
| Coated MDF Cabinet Doors | 880 | | 460 | 1300 | 2 | |
| Coated PB – Paper Laminated | 60 | 52 | 26 | 120 | 6 | |
| Coated PB – Mobile Home Decking | 44 | | 35 | 52 | 2 | |
| Coated PB – Melamine Laminated | 20 | 11 | 2.2 | 86 | 12 | |
| Coated PB – Rigid Vinyl | 24 | | 16 | 31 | 2 | |
| Coated PB – Vinyl or Acrylic | 4 | 2.7 | 1.3 | 8.6 | 8 | |
| Interior Door – PB Core | 11 | | 7.0 | 15 | 2 | |

[a] Source: Appendix D Basis for Formaldehyde Emission Factors, Rulemaking to Consider Adoption of the Proposed Airborne Toxic Control Measure (ACTM) to Reduce Formaldehyde Emissions From Composite Wood Products, California Air Resources Board. April 2007.
http://www.arb.ca.gov/regact/2007/compwood07/compwood07.htm

41

**FIGURES:**



Figure 1. Preparation for indoor sampling in a THU.  Half inch holes were drilled into the
THU door for insertion of ¼" stainless steel sampling tubes.  A sampling tube and
sample pump are seen in the foreground.



Figure 2. Collection of indoor sample through the THU door.

43



Figure 3. Example of tracer gas experiment determining ventilation rate in trailer showing initial stabilization period followed by the linear decay region. The ventilation rate is determined from the slope of the decay curve in the linear region as described in the text. The response shown here for Trailer 1 is typical of all the units tested.



Figure 4. Comparison of measured indoor air concentration (ppm) data for new site-built and
manufactured homes (Hodgson et. al., 2000), German residences (Hippelein, 2004)
and the four THUs. The data are reported as geometric mean (GM) with error bars
representing one geometric standard deviation (GSD). The GSD for the Hippelein
(2004) data were calculated from the arithmetic mean and standard deviation.

45



Figure 5. Comparison of GM (GSD error bars) measured whole building VOC emission factors (emissions per floor area) for seven new site built houses, four new manufactured houses (Hodgson et. al. 2000), and the four THUs studied in this project.  Note that this chart is plotted on a logarithmic scale.

This page is intentionally blank.

# EXHIBIT  7

# Final Report on Formaldehyde Levels

## in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes

### From the Centers for Disease Control and Prevention

### July 2, 2008

PSC002203

**Table of Contents**

Executive Summary ............................................................................................................. iii
Background ........................................................................................................................ 1
   CDC Testing of Occupied Trailers ................................................................................ 1
   Formaldehyde Exposure in Residential Indoor Air ....................................................... 3
   Health Effects................................................................................................................ 4
   Regulations and Standards of Formaldehyde Levels ...................................................... 5
Objectives ......................................................................................................................... 5
Methods.............................................................................................................................. 5
   Study Personnel.......................................................................................................... 6
   Trailer Selection ........................................................................................................... 6
   Eligibility Criteria ........................................................................................................ 7
   Informed Assent and Consent and Human Subjects Protection ..................................... 7
   Variables ....................................................................................................................... 7
   Exposure Assessment Questionnaire ............................................................................ 7
   Environmental Walk-Through Survey............................................................................ 8
   Formaldehyde Sample Collection .................................................................................. 8
   Temperature and Relative Humidity Sample Collection ................................................ 8
   Sample Collection Data Sheet ...................................................................................... 8
   Data Collection, Entry, Editing, and Management ........................................................ 8
   Statistical analysis ........................................................................................................ 9
Results................................................................................................................................ 9
   Participation Rates ....................................................................................................... 9
   Overall Range and Variability of Formaldehyde Levels ................................................ 10
   Occupant Activities...................................................................................................... 10
   Trailer Characteristics.................................................................................................. 10
   Walk-Through Survey................................................................................................... 10
   Multivariate Analysis.................................................................................................... 10
Discussion ........................................................................................................................ 11
Limitations ....................................................................................................................... 12
Conclusions...................................................................................................................... 13
Recommendations:
   Recommendations for Public Health, Emergency Response, and Housing Officials...........13
   Recommendations for Residents Awaiting Relocation.....................................................14
   Further CDC Action.......................................................................................................14
References ....................................................................................................................... 15

PSC002204

Figure 1.................................................................................................................18
Figure 2.................................................................................................................19
Figure 3.................................................................................................................20
Figure 4.................................................................................................................21
Table 1..................................................................................................................22
Table 2..................................................................................................................23
Table 3..................................................................................................................24
Table 4..................................................................................................................25
Table 5..................................................................................................................28
Table 6..................................................................................................................30
Table 7..................................................................................................................30
Table 8..................................................................................................................31
Table 9..................................................................................................................32
Appendix A.    Protocol For Trailer Selection and Recruitment .................................33
Appendix B.    Phone Log for Participant Recruitment .............................................35
Appendix C.    Obtaining Assent.............................................................................39
Appendix D.    Informed Consent for Participation...................................................40
Appendix E.    Exposure Questionnaire and Walk-Through Survey ...........................43
Appendix F.    Environmental Sampling Protocol....................................................49
Appendix G.    Sample Data sheet for Formaldehyde, Temperature, and Relative
               Humidity Data Collection ...............................................................54

# Final Report on Formaldehyde Levels
## in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes

### From the Centers for Disease Control and Prevention
### July 2, 2008

## EXECUTIVE SUMMARY

In December 2007 and January 2008, the Centers for Disease Control and Prevention (CDC) measured formaldehyde levels in a stratified random sample of 519 FEMA-supplied occupied travel trailers, park models, and mobile homes (i.e., "trailers"). At the time of the study, sampled trailers were in use as temporary shelter for Louisiana and Mississippi residents displaced by hurricanes Katrina and Rita. The study aimed to determine formaldehyde levels in occupied trailers, determine trailer characteristics that could affect formaldehyde levels, and provide information to assist FEMA in deciding whether to relocate residents from FEMA-supplied trailers in the Gulf Coast area. This study assessed only current formaldehyde levels in the occupied trailers; it was not a health effects study.

To evaluate levels of formaldehyde, investigators conducted a 1-hour continuous indoor air sample and sample measurements of indoor temperature and relative humidity. To determine factors that could affect formaldehyde levels, investigators administered a short questionnaire to adult residents about occupant demographics and trailer characteristics. To observe the exterior and interior of the trailer, investigators conducted a walk-through survey.

In many of the trailers tested, formaldehyde levels were higher than typical U.S. indoor levels. The geometric mean level of formaldehyde in sampled trailers was 77 ppb (range: 3–590 ppb). Formaldehyde levels varied by trailer type, but all types tested had some levels $\geq 100$ ppb, the level at which health effects have been described in sensitive persons.

In this study, travel trailers had significantly higher average formaldehyde levels than did park models and mobile homes. A higher proportion of travel trailers than park models and mobile homes also had formaldehyde levels $\geq 100$ ppb and $\geq 300$ ppb. In multivariate analysis, factors such as temperature; relative humidity; trailer type and brand; opened windows, doors, and scuttles; and presence of mold ($\geq 1$ ft$^2$) were significantly associated with formaldehyde levels.

Because formaldehyde levels tend to be higher in newly constructed trailers and during warmer weather, levels measured in this study are likely to underrepresent long-term exposures; many of these trailers are approximately 2 years old, and the study was conducted during the winter. In addition, the study did not evaluate any specific patterns of use with respect to specific types of trailers.

On the basis of the data reported here and in previous scientific reports and publications about adverse health effects associated with exposure to elevated formaldehyde levels,

PSC002206

CDC recommended that FEMA relocate Gulf Coast residents displaced by hurricanes Katrina and Rita and still living in trailers.  Relocation priority should be given to occupants suffering symptoms potentially attributable to formaldehyde exposure and to vulnerable populations, such as children, elderly persons, and persons with chronic respiratory illnesses.

PSC002207

**BACKGROUND**

On August 28 and 29, 2005, Hurricane Katrina—a Category 4 storm—made landfall on the U.S. Gulf Coast between New Orleans, Louisiana (LA), and Mobile, Alabama. On September 24, 2008, Hurricane Rita—a Category 3 storm—made landfall along the Texas-Louisiana border, Many families evacuated from the U.S. Gulf Coast region returned later to find their homes severely damaged.

Starting in October 2005, the Federal Emergency Management Agency (FEMA) provided temporary housing along the Gulf Coast by supplying approximately 100,000 trailers (see box). In LA, more than 60% of trailers provided to residents were on private property. In Mississippi (MS), more than 78% of trailers were on private property. The remaining trailers in both states were in FEMA-designated trailer parks.

**CDC Testing of Occupied Trailers**
From December 21, 2007, to January 23, 2008, the Centers for Disease Control and Prevention (CDC) assessed levels of formaldehyde in indoor air of a random sample of occupied FEMA-supplied trailers. Formaldehyde testing was one of several actions CDC initiated in response to a July 13, 2007, request from FEMA to investigate concerns about formaldehyde in occupied FEMA trailers in LA and MS. This report details only the testing of occupied trailers for formaldehyde levels; it was not a health effects study.

**PSC002208**

**Definitions for Trailers Used by FEMA**
**for Gulf Coast Residents Displaced by Hurricanes Katrina and Rita**

- **Mobile homes** are manufactured homes wider than 8 feet or longer than 40 feet (for an area >320 $ft^2$). They are built on permanent chassis; contain plumbing, heating, air-conditioning, and electrical systems; and are designed for use as permanent dwellings. Mobile homes are defined and regulated by the U.S. Department of Housing and Urban Development (HUD).
- **Park models** are manufactured homes of 320–400 $ft^2$ administratively exempted from HUD formaldehyde standards. Park models may be regulated by transportation authorities and by manufacturer acceptance of a voluntary American National Standards Institute standard applying to their construction.
- **Travel trailers** are wheel-mounted trailers designed to provide temporary living quarters during periods of recreation, camping, or travel. Travel trailers generally have size limits, such as 8 feet wide and 40 feet long, for an area <320 $ft^2$. Travel trailers generally are considered vehicles rather than structures and are regulated by state transportation authorities rather than by housing authorities. Travel trailers have been used principally for short-term housing needs. They are placed on private sites while a homeowner's permanent residence is repaired or in group configurations primarily to support displaced renters.
- **Manufactured homes** include mobile homes and park models and are used to meet both short- and long-term disaster housing needs. Manufactured homes typically are placed on commercial pads or in group sites developed expressly for this purpose.
- "**Trailers**" in this report refers collectively to travel trailers, park models, and mobile homes.

**Formaldehyde Levels in Residential Indoor Air**

Formaldehyde in homes is a longstanding issue. Formaldehyde frequently is used in plywood, fiberboard, resins, glues, carpets, and several other construction components. In the past, formaldehyde also was used in insulation of many homes. In March 1982, the U.S. Consumer Product Safety Commission (CPSC) called for a ban on urea foam formaldehyde insulation (UFFI) (US CPSC, 1982). Although several commercial groups challenged this ban, citing greater formaldehyde exposure from carpets and other building materials, UFFI use had dropped precipitously by the mid 1980s. However, homes built before or around the UFFI ban still had this insulation.

The 1982 ban on UFFI contributed to the decreased levels of formaldehyde in more recent studies. Changes in the type of pressed wood products containing formaldehyde resins or glues also contributed to the decrease. In the past, pressed wood products often contained urea-formaldehyde resins. Today these resins are not as widely used. Instead, many pressed wood products are constructed with phenol-formaldehyde products (commonly known as exterior-grade products). Phenol-formaldehyde products emit much less formaldehyde (US EPA, 2007).

Temperature, relative humidity (RH), ventilation, and age of house also contribute to differences in measured formaldehyde levels. In longitudinal studies, formaldehyde emission rates were nearly constant over the first 8 months after construction, and then began to decline, suggesting that formaldehyde off-gassing continues for extended periods but decreases with the age of the home (Park and Ikeda, 2006). Studies also show that older homes have lower formaldehyde levels than do newer homes (Hodgson et al., 2000; Gordon et al., 1999).

A 1985 U.S. study investigated formaldehyde levels in different types of housing (Stock and Mendez, 1985). Formaldehyde levels in 38 conventional U.S. homes averaged 40 parts per billion (ppb), with highs of 140 ppb. Nineteen apartments and 11 condominiums had average formaldehyde levels of 80 ppb and 90 ppb, respectively, with highs of 290 ppb. A more recent study of new homes found geometric mean (GM) formaldehyde levels of 34 ppb in manufactured homes and 36 ppb in site-built homes (Hodgson et al., 2000). This study suggested that formaldehyde levels in conventional homes have decreased greatly since the 1980s, possibly because of decreased use of plywood paneling and reduced emissions from the composite wood products used.

The U.S. Environmental Protection Agency's National Human Exposure Assessment Survey found a median formaldehyde level of 17 ppb, with a high of 332 ppb, in 189 Arizona homes (Gordon et al., 1999). In a recent study of 184 single-family homes in three cities, Weisel et al. (2005) found mean formaldehyde levels of 3 ppb in outdoor ambient air; 17 ppb in home indoor air; and 16–25 ppb in trailers.

These studies indicate a trend. Even though all homes have some formaldehyde, levels generally seem to have decreased since the early 1980s. Lower ventilation rates in manufactured homes and greater ratios of surface area to volume may factor in this trend (US CPSC, 1997).

PSC002210

**Health Effects**

Symptoms from acute exposure to formaldehyde commonly manifest as irritation of the throat, nose, eyes, skin, and upper respiratory tract. This upper respiratory tract irritation can exacerbate symptoms of asthma and other respiratory illnesses (Main et al., 1983; Bracken et al., 1985; Kilburn et al., 1985; Imbus et al., 1985; Anderson et al., 1979).

Acute and chronic health effects of exposure to formaldehyde vary by individual. At 800 ppb, nearly everyone develops some acute irritative symptoms; however, formaldehyde-sensitive persons have reported symptoms at levels around 100 ppb (Main et al., 1983; Bender et al., 1983). Additional studies have found health effects at 100 ppb in sensitive persons chronically exposed to formaldehyde (Ritchie et al., 1987). Typically olfactory recognition occurs around 500 ppb, leaving the average exposure from a home below this level. Sensitive and sensitized persons can experience symptoms without detecting odor and thus receive little or no warning of exposure (Kulle et al. 1987; Weisel et al. 2005).

In addition to acute health effects from formaldehyde, chronic effects in occupational settings have been studied. A study of 186 male plywood workers associated formaldehyde exposure with several respiratory symptoms, including cough and chronic bronchitis, and suggested that formaldehyde exposure induces symptoms of chronic obstructive lung disease (Malaka and Kodama, 1990). Funeral home workers reported chronic bronchitis more frequently than did controls who were not occupationally exposed to formaldehyde (Holness, 1989).

However, studies attempting to correlate worker-reported symptoms, such as cough or shortness of breath, with formal objective pulmonary function testing have shown conflicting results. Two studies demonstrated a small and reversible decrease in forced expiratory volume and forced vital capacity (Alexandersson et al., 1989; Alexandersson et al., 1982). Additional studies employing formal pulmonary function testing demonstrated no significant difference in pulmonary function testing parameters (Horvath, 1988; Holness et al., 1989).

The carcinogenicity of formaldehyde has been extensively studied during the last 30 years. In June 2004, the International Agency for Research on Cancer (IARC) reclassified formaldehyde from "probably carcinogenic to humans" to "carcinogenic to humans." IARC has concluded that formaldehyde exposure causes nasopharyngeal cancer (http://monographs.iarc.fr/ENG/Meetings /88-formaldehyde.pdf). However, the National Institutes of Health National Toxicology Program has not adopted IARC's classification change and continues to classify formaldehyde as "reasonably anticipated to be a carcinogen in humans" (http://ntp.niehs.nih.gov/ntp/roc/eleventh/profiles/s089form.pdf).

How to quantitatively relate measured air levels of formaldehyde to cancer risk is uncertain. Because many other factors play a role in the development of cancer and because formaldehyde is ubiquitous in the environment, no definitive level can be established that places humans in a "high-risk" category. The safest way to reduce risk for cancer is to limit exposure. Clinically useful biologic markers, such as blood or urine tests, also are lacking, further complicating the ability to link exposure with outcome. Because formaldehyde plays integral physiologic roles and has a short half-life in the body, determining what is necessary for normal physiologic function and what is excessive and potentially harmful is difficult (Sullivan and Kreiger, 2001;

PSC002211

Baselt, 1994). In general, the lower the level and shorter the duration of exposure, the lower the risk for cancer and other health effects.

**Regulations and Standards of Formaldehyde Levels**

No federal regulation or standard exists for formaldehyde levels in residential settings. Occupational levels are not appropriate to apply to residential settings for a variety of reasons. For example, residential populations include children and elderly persons and thus are more diverse than occupational populations and possibly more susceptible to illness from exposure because of preexisting health conditions. Exposure times and circumstances in homes can vary substantially from those in occupational settings. Many occupational settings have ongoing monitoring programs and may have safety requirements to reduce formaldehyde exposure (US Department of Labor, 2007). Even for workers, regulations and standards established for formaldehyde by government agencies and other organizations—such as the Occupational Safety and Health Administration, CDC's National Institute for Occupational Safety and Health, and the American Conference of Governmental Industrial Hygienists—differ markedly for both long- and short-term exposures (Federal Register, 1992; NIOSH, 1992; ACGIH, 1993).


Various nonoccupational standards also vary The U.S. Department of Housing and Urban Development (HUD) regulates formaldehyde emissions from wood products used in the construction of manufactured housing. HUD's maximum allowed levels for formaldehyde emissions from wood products are 200 ppb for plywood and 300 ppb for particle board (http://ecfr.gpoaccess.gov). The World Health Organization guideline for formaldehyde in nonoccupational settings is 100 ppb for 30 minutes. This guideline was developed to protect against sensory irritation in the general population, but it also represents an exposure level at which risk for upper respiratory tract cancer in humans is negligible (WHO, 1989). The State of California Office of Environmental Health Hazard Assessment (OEHHA) guideline for formaldehyde is less than typical ambient levels, it recommended an office level of 23 ppb (http://www.oehha.ca.gov/air/chronic_rels/AllChrels.html).


**OBJECTIVES**

The objectives of this study were to
1. Determine formaldehyde levels in occupied trailers.
2. Determine factors or characteristics of occupied trailers—not specific to any particular type of trailer—that could affect formaldehyde levels.
3. Provide information to assist FEMA in making decisions about relocating residents from FEMA-supplied trailers still used in the Gulf Coast area.

**METHODS**

To evaluate the formaldehyde levels and to determine potential factors and characteristics of occupied trailers that can impact formaldehyde levels, study investigators collected the following data for each participating trailer:
- A 1-hour, time-integrated indoor sample measurement of formaldehyde.
- A concurrent sample measurement of indoor temperature and RH

PSC002212

- A short questionnaire administered to adult residents to obtain demographic information about trailer residents and typical daily activities.
- A short walk-through survey to assess the indoor environment and the home exterior.

**Study Personnel**
Staff who collected the data were contractors from Bureau Veritas (Kennesaw, GA). Their training at the beginning of the study included review of recruitment, data collection, trailer visits, data records, and the protocol. CDC staff monitored contract staff throughout the study and were always available for consultation.

**Trailer Selection**
Using disproportionate stratified random sampling, CDC investigators selected 519 trailers for participation from a FEMA-provided list of 46,970 trailers in LA and MS that were identified as occupied as of November 2007. SAS 9.1 was used to randomly generate a list of sample trailers.

The three trailer types most commonly used—travel trailer, park model, and mobile home—were divided into a total of 11 strata. Travel trailers comprised seven strata: the top six manufacturers (Gulfstream, Forest River, Fleetwood, Fleetwood CA, Pilgrim, and Keystone [which together represented 61% of occupied travel trailers]) and "all other" travel-trailer brands. Because Gulfstream was the most frequently used travel trailer, that brand was oversampled. Park models comprised two strata: the most common model manufactured by Silver Creek (21% of park models) and "all other" park model manufacturers. Mobile homes also comprised two strata: the most common model manufactured by Cavalier (17% of mobile homes used) and "all other" manufacturers. Each brand in the "all other" groups made up <3% of the trailers.

The number of trailers selected was based on power calculations that allow researchers to draw statistically valid conclusions about the population of occupied trailers studied (i.e., FEMA-supplied trailers used) and for common trailer types and brands within that population of FEMA-supplied trailers. With a level of significance of 5% (95% confidence) and power of 80%, the goal was to sample a minimum of 38 trailers to detect an average difference of 30 ppb for each stratum. Sample sizes were calculated as tests for each stratum mean against the mean for the entire sample.

Within each stratum, each trailer was assigned a random number (e.g., SAS: Randval=randuni[number]). Each list then was sorted in numeric order according to the random number assignment. In recruiting eligible households, investigators followed a specific protocol (Appendix A) and used these ordered active call lists to recruit participants for the study, beginning with number 1 and ending with number 120 for the Gulfstream stratum and with number 38 for each of the other 10 strata. When the occupant of a selected trailer could not be contacted, declined participation, or was ineligible, investigators called the next trailer on the list, adding trailers as necessary from a reserve list, until they had successfully enrolled 120 trailers in the Gulfstream stratum and 38 trailers in each of the other 11 strata.

Up to three telephone numbers were provided for each trailer. Over a 1-week period, investigators attempted a total of 15 times separate attempts to contact a selected trailer. The 15 attempts included various times of the day and days of the week. If unsuccessful after 15

PSC002213

attempts, the trailer was moved to the "unable to contact" list and a new trailer from the reserve list was added to the active call list.

Contract staff followed a phone script (Appendix B) when speaking with the self-identified adult resident and recorded each attempt in a phone log (Appendix B). If the adult resident of an eligible household agreed to participate, a time was scheduled to conduct the sampling. If the adult resident declined to participate, the trailer was moved to the "refused to participate" list and a new trailer from the reserve list was added to the active call list.

Some enrolled households were expected to not complete the study for a variety of reasons. Each time it was determined that an enrolled trailer was to be removed from the list of participants, a new trailer from the reserve list was substituted and recruitment procedures as described above were followed.

**Eligibility Criteria**

Adult residents who agreed to participate were enrolled in the study. Eligibility criteria for participation in the study specified that:

- The consenting adult resident was $\geq$ 18 years of age.
- The adult resident resided in a FEMA-issued trailer in MS or LA at the time of phone recruitment.
- The adult resident reported that he or she spent at least 6 hours each day in a FEMA-issued trailer.
- The adult resident agreed to participate.

**Consent/Assent Process**

Adult residents provided informed assent (Appendix C) which was first obtained from the contacted adult resident during the scripted recruitment phone call. A second informed consent form was provided to the participant and signed in person sample collection (Appendix D). All participants received appropriate notification of confidentiality. CDC's Institutional Review Board reviewed and approved this study (CDC Protocol #5320, approved by CDC IRB-G on December 20, 2007).

**Variables**

The primary outcome variable was the 1-hour average level of formaldehyde measured in the air of occupied trailers. To determine potential factors of occupied trailers that can affect the measured formaldehyde levels, other variables were collected during an exposure assessment and walk-through.

**Exposure Assessment Questionnaire**

Investigators administered a short questionnaire (Appendix E) to the adult resident during the 1-hour sample collection process. The questionnaire inquired about the demographics of the trailer occupants and the average number of hours spent inside and outside the trailer. It also inquired

PSC002214

about factors that can influence the indoor environment of the trailer, such as occupant smoking and frequency of air conditioning, heating, and window use. Daily and recent activities in the trailer, such as cooking, also were recorded.

## Environmental Walk-Through Survey
During the walk-through survey (Appendix E), investigators surveyed the interior and exterior of the trailer, observing such factors as holes and leaks, mold, type of cooking fuel, and working smoke detectors.

## Formaldehyde Sample Collection
Investigators and FEMA field workers were present for each scheduled sampling appointment. Investigators collected a 1-hour sample of air in each participating trailer using the NIOSH Manual of Analytical Methods Method 2016 using Supelco S10 LpDNPH cartridges (St. Louis, MO) (http://www.cdc.gov/niosh/nmam/pdfs/2016.pdf). Staff also measured indoor temperature and RH. In an attempt to standardize living conditions between trailers, residents were asked to configure doors and windows as they would have them while they slept. No cooking or smoking was allowed in the travel trailers or mobile homes during the 1-hour sample collection period because these activities could affect formaldehyde levels.

Samples were collected using standard industrial hygiene pumps. Samples were drawn at a flow rate of 500±50 mL per minute for 1 hour at a height of 4 feet, which is comparable to a person's breathing zone while sitting. An investigator observed sample collection at all times. Investigators followed all quality assurance and quality control standards as outlined in the standard operating procedures for field collection (Appendix F).

Samples were analyzed for formaldehyde levels at the Bureau Veritas laboratory in Novi, Michigan. The Bureau Veritas laboratory is a contract laboratory for NIOSH and follows NIOSH data quality objectives in its sampling and analysis.

## Temperature and Relative Humidity Sample Collection
A concurrent 1-hour reading of temperature and RH was collected in the center of the trailer primary living room using a HOBO® temperature and RH logging instrument manufactured by Onset Computer Corporation (Bourne, MA). The instrument collected data at 5-minute intervals. Data were collected for a minimum of 70 minutes, beginning at least 5 minutes before and lasting at least 5 minutes after collection of the formaldehyde sample at each trailer.

## Sample Collection Data Sheet
Investigators completed a data sheet (Appendix G) for formaldehyde, temperature, and RH. Information included sample start and finish time, location of sample collection, and flow calibration results before and after sample collection was recorded. The data sheet accompanied the questionnaire and the walk-through survey (Appendix E).

## Data Collection, Entry, Editing, and Management
Investigators collected all questionnaire, survey, and field data; labeled all samples and documentation with a unique alphanumeric identifier; and logged all paperwork and samples as

PSC002215

they completed each trailer. Strict quality assurance and quality control procedures were observed.

Investigators entered all field data into an electronic database. All participant information remained confidential and was used only for the study. Access to data was restricted to those involved in conducting the study. In addition, all reports—published and internal—were based only on aggregate data. Investigators returned or destroyed all data sources after delivering the final approved database to CDC.

## Statistical Analysis

All statistical analyses were conducted using SAS 9.1. The SURVEYMEANS, SURVEYREG, and SURVEYFREQ procedures were used to account for the stratified sampling design. Unweighted frequencies of questionnaire items were calculated using the FREQ procedure.

Data were examined and potential misclassifications of trailers resolved. The manufacturer, manufacturer's vehicle identification number, and trailer type were examined to confirm the categorization of each trailer. In cases where a trailer was recategorized, two independent evaluators agreed on the new classification.

A natural log transformation was applied to the formaldehyde levels to normalize the distribution. Tests for normality were conducted on the transformed levels, and the levels were plotted to examine the form of the distribution. Univariate linear regression models were constructed to evaluate the significance of selected questionnaire items in predicting the natural log of formaldehyde levels. Variables with cell counts of five or fewer were not included in the regression models.

Temperature and RH were evaluated separately as both continuous and categorical variables. Recorded signs of mold in the living area of the trailer were used to create a dichotomous variable indicating whether the trailer had <1 $ft^2$ of mold versus ≥1 $ft^2$ of mold.

Because the SAS SURVEYREG procedure does not include an option for automated model selection, CDC staff manually performed a backward elimination procedure. All independent variables with cell counts greater than five initially were entered into the linear regression model. At each step, the variable contributing the least to the model, as assessed by the F statistic, was removed. The final model included variables that were significant at a $P$ of ≤0.05.

## RESULTS

### Participation Rates

During recruitment, investigators contacted residents at 1137 (76%) of the 1489 trailers on the FEMA-supplied list (Figure 1). Of the 717 eligible trailers, occupants in 519 (72%) participated. Reasons for ineligibility of the remaining 420 trailers included trailer not occupied (367 [87%]); trailer type no longer needed for its stratum (27 [6%]); trailer occupant unable to schedule an appointment time because of work, travel, hospitalization, or other reasons (15 [4%]); hostility by occupants (3 [1%]); and unknown reasons (8 [2%]).

PSC002216

Most trailers sampled were in LA and were located on private land (Table 1). Most were issued in 2005 and therefore were at least 2 years old at the time of testing. Seventy-seven percent of total occupants were adults. Recategorization of trailers resulted in reclassification of 35 trailers (7%) to new strata. The majority of these reclassified trailers came from the nonspecific "other" strata.

**Overall Range and Variability of Formaldehyde Levels**
The geometric mean (GM) formaldehyde level for all trailers sampled was 77 ppb (95% confidence interval [CI]: 70–85; range: 3–590 ppb). Throughout this report, when mean formaldehyde levels are discussed they will refer to GM formaldehyde levels. The GM formaldehyde level was 81 ppb for travel trailers (95% CI: 72–92), 44 ppb for park models (95% CI: 38–53) and 57 ppb for mobile homes (95% CI: 49–65) (Figure 2). GM formaldehyde levels varied significantly among travel trailers, park models, and mobile homes ($P < 0.001$) and ranged widely in all types of trailers. In all three trailer types, some trailers had formaldehyde levels $\geq$ 100 ppb. Mobile homes and travel trailers each had levels $\geq$ 300 ppb (Table 2). GM formaldehyde levels differed significantly among strata, but each stratum included some trailers with levels $\geq$ 100 ppb (Table 3).

**Occupant Activities**
The investigation included occupant activities in the trailers (Table 4). Air conditioning was used <4 hours per day in 71%; heat was used <4 hours a day in 56%; and space heaters were used in 44%. For 34% of trailers, residents reported someone had smoked in the trailer within 2 weeks before the sampling. Eighty-one percent of respondents cooked in their trailers. Pets were present in 25% of trailers, with dogs (20%) most commonly reported. More than 80% of respondents spent >8 hours in their trailer each day.

Occupant activities directly preceding the sampling period were recorded to determine whether they significantly affected sampling results. Within 3 hours before testing, 44% of homes had windows, doors, and scuttles open, and smoking had occurred in 19%. Other activities in the week before testing included use of air fresheners (61%); candles (24%); and glue, paint, or furniture finish (3%). These finding did not correlate with any specific type of trailer.

**Trailer Characteristics**
Specific characteristics of each sampled trailer were recorded. Respondents reported roof leaks in 17% of trailers, pipe leaks in 15%, and mold in 21%.

**Walk-Through Survey**
On the day of sampling, investigators walked through each trailer to record specific characteristics and information (Table 5). Propane gas was the most commonly used fuel for cooking (71% of trailers). Six percent of trailers had at least 1 ft$^2$ of mold. Twenty-nine percent of trailers did not have a functioning smoke detector.

**Multivariate Analysis**
Backward elimination modeling yielded a final regression model containing the following statistically significant variables: stratum ($P < 0.0001$); average temperature in degrees F ($P <$

PSC002217

0.0001); RH expressed as a percentage ($P < 0.0001$); a dichotomous variable indicating whether doors, windows, or scuttles were open in the 3 hours before testing ($P = 0.02$); and a dichotomous variable indicating the amount of mold observed in the trailer ($\geq 1$ ft$^2$) ($P = 0.05$). The dependent variable was the natural log of the formaldehyde levels. Temperature accounted for the most variation in the natural log of formaldehyde levels explained by the model (Figures 3 and 4) show the unadjusted relationship between the natural log of formaldehyde and temperature and humidity, respectively. Temperature ranged from 41°F to 91°F, and RH was 23%–88%.

Temperature and RH were evaluated separately as both continuous and categorical variables. Results were similar, so investigators included the continuous variables in the final model. Interactions between independent variables were not significant.

The presence of $\geq 1$ ft$^2$ of mold was associated with a significant increase in GM formaldehyde levels (adjusted mean 86 ppb versus 63 ppb) (Table 6). Windows, doors, or scuttles open in the 3 hours before testing was associated with a significant decrease in GM formaldehyde levels (adjusted mean 65 ppb versus 83 ppb) (Table 7). Although each of three strata (Forest River, other park models, and other mobile homes) contained fewer than 38 trailers, contrasts comparing the GM formaldehyde level in each of them to the overall GM of the others still showed significant differences ($P = 0.01$, 0.01, and 0.04, respectively).

GM formaldehyde levels in travel trailers manufactured by Fleetwood and Fleetwood CA were significantly lower than levels in the other travel trailers combined, after adjustment for covariates ($P < 0.001$ for both). They did not differ significantly from each other. GM formaldehyde levels for Pilgrim, Keystone, and Gulfstream were significantly higher than for the other travel trailers combined, after adjustment for covariates ($P<0.001$ for all three). They did not differ significantly from each other. After adjustment for covariates, levels in Silver Creek park models were significantly lower than those in other park models ($P = 0.004$), and levels in Cavalier mobile homes were significantly higher than those in other mobile homes ($P = 0.006$). Table 8 presents the adjusted GM formaldehyde level by stratum from the multivariate model.

The parameter estimates (Table 9) can be used to calculate predicted formaldehyde levels. However, extrapolating beyond observed levels is not recommended. As an example, a Keystone travel trailer with an average temperature of 65°F; an average RH of 45%; no open doors, windows, or scuttles in the 3 hours before testing; and mold ($\geq 1$ ft$^2$) would have a predicted formaldehyde level of 88.5 ppb:

*Natural log of formaldehyde = 0.012 + 0.096 + 65(0.052) + 45(0.017) +0(-0.243) + 0.311*
*Predicted formaldehyde:* 88.5 ppb

## DISCUSSION

Formaldehyde levels in the trailers in this study were higher than average levels in U.S. mobile homes and traditional homes reported in recent studies (Weisel et al., 2005; Gordon et al., 1999). As the formaldehyde level rises, risk for health consequences presumably also rises. At higher levels, people can have acute symptoms, such as coughing and irritated eyes, nose, throat, and upper respiratory system. Even at levels too low to cause such symptoms, risk for cancer can

PSC002218

increase. No specific level of formaldehyde separates "safe" from "dangerous," especially in regard to cancer.

In this study, certain human activities were associated with higher formaldehyde levels. Open windows, doors, or scuttles decreased formaldehyde levels, indicating ventilation of trailers is an important recommendation to occupants. Keeping windows, doors, or scuttles open and the using air conditioning were associated with decreased levels of formaldehyde in trailers in a previous study (ATSDR, 2007). Yet many trailer air conditioners recirculate air and do not provide outside ventilation. Thus, less use of air conditioning may indicate increased ventilation because doors, windows, and scuttles are more likely to be open. Results of this study show a low use of air conditioning during the study period. Most trailers had working air conditioning, but most people did not use it more than 4 hours each day, most likely because the study was conducted during the winter; other factors could include cost and noise.

Smoking by occupants, though not significantly associated with increased formaldehyde levels in the multivariate analysis, was common and remains an important issue because cigarettes are a source of formaldehyde. Cigarette smoke also contains a wide range of other toxic and irritating compounds associated with increased health risk that can worsen air quality in the trailers.

The presence of mold ($\geq 1$ ft$^2$) (6% of trailers) was associated with higher formaldehyde levels. Mold also can contribute to decreased indoor air quality and cause respiratory symptoms.

Cooking, particularly without outdoor-venting range hoods, can affect formaldehyde levels. The unvented combustion from gas-fired stoves can be a source of formaldehyde and other air pollutants and can increase the temperature and RH inside the trailer.

Increased indoor temperature and RH were associated with increased formaldehyde levels. These associations indicate exposure risks could increase during the summer, perhaps dramatically, with warmer and more humid weather. Formaldehyde levels during the winter may not represent summer levels.

Stratification was conducted to assess the possibility of an elevated formaldehyde level in one brand or a group of brands. Some brands showed higher GM formaldehyde levels than others, although this study showed all brands with some trailers $\geq 100$ ppb, levels at which health effects have been described in sensitive persons. Formaldehyde levels varied by trailer type, but all types tested had some levels $\geq 100$ ppb (Ritchie et al., 1987; Main et al., 1983; Bender et al., 1983).

## LIMITATIONS

Study results are not representative of trailers purchased and used in other places and other situations because the sample for this study was selected only from occupied FEMA-supplied trailers in LA and MS. Formaldehyde levels in other trailers used elsewhere could differ by age, characteristics of manufacture, circumstances of use, or characteristics of environment.

PSC002219

Formaldehyde levels are expected to be lower in cooler temperatures and lower RH because of the processes of formaldehyde off-gassing. Therefore, levels measured in this study are likely to underestimate past levels—when trailers were hotter and more humid—and future levels—during summer months. Many of these trailers were >2 years old, and previous studies have shown highest formaldehyde levels in newer trailers and homes (Hodgson et al., 2000; Gordon et al., 1999), so residents were probably exposed to higher levels of formaldehyde when their trailers were newer.

Formaldehyde was measured at a central location in the trailer, and different locations in the trailer could have different formaldehyde levels. However, as a gas, formaldehyde is likely to diffuse evenly throughout the trailer. The results of this study do not apply to trailers used in other places and situations because this representative sample was selected only from FEMA-supplied trailers in LA and MS. This study does not assess the health status of people currently living in FEMA trailers, but further studies are planned to investigate potential health effects from living in trailers.

## CONCLUSIONS
1. In many trailers tested, formaldehyde levels were higher than typical U.S. indoor levels.
2. The average level of formaldehyde in all trailers was 77 ppb, and many trailers had higher levels (range: 3 ppb–590 ppb) . These are higher than U.S. background levels, and occupant health could be affected at the levels recorded in many trailers.
3. These measured levels probably underrepresent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.
4. Higher indoor temperatures and RH were associated with higher formaldehyde levels in this study, independent of trailer type or brand.
5. Formaldehyde levels varied by trailer type, but all types tested had some levels $\geq 100$ ppb, at which acute health effects can occur in sensitive persons.
6. Travel trailers had significantly higher average formaldehyde levels than park models or mobile homes. Travel trailers also had higher proportions of trailers with formaldehyde levels $\geq 100$ and $\geq 300$ ppb than park models or mobile homes.
7. Because some types and brands had lower average formaldehyde levels, trailers might be able to be manufactured or used in ways that reduce levels. Additional studies are under way to address this possibility.
8. Factors such as temperature; RH; closed windows, doors, and scuttles; and presence of mold ($\geq 1$ ft$^2$) were associated with increased formaldehyde levels in the trailers. These were not assessed with respect to any specific type of trailer.
9. Only 71% of trailers sampled had a working smoke detector. Education is needed about the need for smoke detectors in the trailers and testing to ensure they function correctly.

## RECOMMENDATIONS
### Recommendations for Public Health, Emergency Response, and Housing Officials
1. These conclusions support decisions made need to relocate residents of the U.S. Gulf Coast region displaced by hurricanes Katrina and Rita who still live in trailers move

PSC002220

quickly before temperatures in the region increased. On the basis of observations and previous scientific literature, priority should be given as follows:

a. Persons currently experiencing symptoms possibly attributable to formaldehyde exposure,

b. Especially vulnerable persons (e.g., children, the elderly, and those with chronic diseases), and

c. Persons living in trailer types that tend to have higher formaldehyde levels.

2. Follow-up will require collaboration among multiple agencies—including FEMA, HUD, CDC, and state and local officials—to achieve safe, healthy housing for people displaced by hurricanes Katrina and Rita who continue to live in FEMA-supplied trailers.

3. Follow-up will require multiagency collaboration involving HUD, CDC, and others to assess the potential for formaldehyde levels in trailers used in other places and contexts, including trailers used for recreation, permanent housing, schools, and offices.

4. Federal, state, and local officials should consider how best to provide necessary assistance to the Louisiana and Mississippi state health departments to ensure adequate follow-up, including medical needs, for residents with health and medical concerns resulting from formaldehyde exposure while residing in FEMA-provided travel trailers, park models, and mobile homes.

5. Federal, state, and local officials should consider supporting establishment of a registry of people who resided in FEMA-supplied trailers in the U.S. Gulf Coast region.

**Recommendations for Residents Awaiting Relocation**

1. Spend as much time as possible outdoors in fresh air.
2. Open windows, doors, and scuttles as often as possible to let in fresh air.
3. Try to maintain the temperature inside trailers at the lowest comfortable level.
4. Do not smoke, especially not inside.
5. If you have health concerns, see a doctor or another medical professional.
6. All of these recommendations apply particularly to families with children, elderly persons, and those with chronic diseases, such as asthma.

**Further CDC Action**

1. CDC notified participants about their study results by personal visits from members of the U.S. Public Health Service Commissioned Corps and FEMA representatives and by hand-delivered letters.
2. At a series of 14 public availability sessions in LA and MS, CDC staff were available to talk with concerned and interested persons, provide information, and answer questions.
3. CDC is assessing formaldehyde levels across different models and types of unoccupied trailers to identify factors that decrease or increase those levels. This assessment also involves identifying cost-effective ways to reduce formaldehyde levels in trailers.
4. CDC is developing a protocol for a long-term health study, with a respiratory focus, of children who resided in FEMA trailers and mobile homes in LA and MS.
5. CDC provided educational materials and information to trailer residents about their risk for exposure to formaldehyde and ways to improve indoor air quality and health.
6. CDC reconvened a panel of experts on this issue to identify and provide input on health issues potentially associated with long-term residence in trailers.

PSC002221

# REFERENCES

[ATSDR] Agency for Toxic Substances and Disease Registry. 2007. An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers, Baton Rouge, Louisiana, September–October 2006. [cited October 2007]. Available from: http://www.atsdr.cdc.gov.

Alexandersson R, Hedenstierna G, Kolmodin-Hedman B. 1982. Exposure to formaldehyde: effects on pulmonary function. Arch Environ Health;37(5):279–84.

Alexandersson R, Hedenstierna G. 1989. Pulmonary function in wood workers exposed to formaldehyde: a prospective study. Arch Environ Health 44(1):5–11.

[ACGIH] American Conference of Governmental Industrial Hygienists. 1993. ACGIH announces change in formaldehyde TLV (threshold limit value). Health Hazard Mater Manage 6(6):6–7.

Anderson RC, Stock MF, Sawin R, Alarie Y. 1979. Toxicity of thermal decomposition products of urea formaldehyde and phenol formaldehyde foams. Toxicol App Pharmacol 51(1):9–17.

Baselt RC, Cravey RH. 1994. Disposition of toxic drugs and chemicals in man. 4th ed., Formaldehyde. 346–48.

Bender JR, Mullin LS, Graepel GJ, Wilson WE. 1983. Eye irritation response of humans to formaldehyde. AIHA J 44(6):463–5.

Bracken MJ, Leasa DJ, Morgan WK. 1985. Exposure to formaldehyde: relationship to respiratory symptoms and function. Can J Public Health 76(5):312–6.

Federal Register. 1992. Occupational exposure to formaldehyde—OSHA: Response to Court Remand; Final Rule. 102 Federal Register 22290–328.

Gordon SM, Callahan PJ, Nishioka MG, Brinkman MC, O'Rourke MK, Lebowitz MD. 1999. Residential environmental measurements in the national human exposure assessment survey (NHEXAS) pilot study in Arizona: preliminary results for pesticides and VOCs. J Exposure Anal Environ Epidemiol 9(5):456–470.

Hodgson AT, Rudd AF, Beal D, Chandra S. 2000. Volatile organic compound concentrations and emission rates in new manufactured and site-built houses. Indoor Air 10(3): 178–92.

Holness DL, Nethercott JR. 1989. Health status of funeral service workers exposed to formaldehyde. Arch Environ Health 44(4):222–8.

Horvath EP Jr, Anderson H Jr, Pierce WE, Hanrahan L, Wendlick JD. 1988. Effects of formaldehyde on the mucous membranes and lungs: a study of an industrial population. JAMA 259(5):701–7.

PSC002222

Imbus HR. 1985. Clinical evaluation of patients with complaints related to formaldehyde exposure. J Allergy Clin Immunol 76(6):831–40.

International Agency for Research on Cancer. 2004. Press Release N 153; June 15. Available from: http://www.iarc.fr/ENG/Press_Releases/archives/pr153a.html.

Kulle TJ, Sauder LR, Hebel JR, Green DJ, Chatham MD. 1987. Formaldehyde dose-response in healthy nonsmokers. JAPCA 37(8):919–24.

Kilburn KH, Warshaw R, Boylen CT, Johnson SJ, Seidman B, Sinclair R, et al. 1985. Pulmonary and neurobehavioral effects of formaldehyde exposure. Arch Environ Health 40(5):254–60.

Main DM, Hogan TJ. 1983. Health effects of low-level exposure to formaldehyde. J Occup Med 25(12):896–900.

Malaka T, Kodama AM. 1990. Respiratory health of plywood workers occupationally exposed to formaldehyde. Arch Environ Health 45(5):288–94.

[NIOSH] National Institute for Occupational Safety and Health. 1992. Recommendations for Occupational Safety and Health: Compendium of Policy Documents and Statements. Available from: http://www.cdc.gov/niosh/92-100.html.

Park JS, Ikeda K. 2006. Variations of formaldehyde and VOC levels during 3 years in new and older homes. Indoor Air (16):129–135

Ritchie IM, Lehnen RG. 1987. Formaldehyde-related health complaints of residents living in mobile and conventional homes. Am J Public Health 77(3):323–8.

Stock TH, Mendez SR. 1985. A survey of typical exposures to formaldehyde in Houston area residences. AIHA J 46(6):313–7.

Sullivan JB, Krieger GR. 2001. Clinical environmental health and toxic exposures. 2nd ed. Formaldehyde 1006–14.

[US CPSC] US Consumer Product Safety Commission 1982. Release # 82-005. Available from: http://classaction.findlaw.com/recall/cpsc/files/1982mar/82005.html.

[US CPSC] US Consumer Product Safety Commission. 1997. An update on formaldehyde. 1997 Revision. Available from: http://www.cpsc.gov/cpscpub/pubs/725.pdf.

US Department of Labor. Occupational Exposure to Formaldehyde. 2007. http://www.pp.okstate.edu/ehs/training/OSHAFHYD.HTM.

[US EPA] US Environmental Protection Agency. 2007. Indoor Air Quality—Formaldehyde. Retrieved from http://www.epa.gov/iaq/pubs/insidest.html#Look6 on January 15th, 2008.

PSC002223

Weisel CP, Zhang J, Turpin BJ, Morandi MT, Colome S, Stock TH, et al. 2005. Relationships of indoor, outdoor, and personal air (RIOPA). Part I. Collection methods and descriptive analyses. Research Report (Health Effects Institute) (130 Pt 1):1–107; discussion 109–27.

[WHO] World Health Organization. 1989. Environmental health criteria for formaldehyde. Geneva, Switzerland: World Health Organization; Volume 89.

PSC002224

**Figure 1. Recruitment of Participants in a Study of Occupied FEMA-Supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**



PSC002225

**Figure 2. Geometric Mean Formaldehyde Levels in Occupied FEMA-Supplied Trailers, Louisiana and Mississippi, December 2007–January 2008**



GM = geometric mean; ppb = parts per billion (divide by 1000 to get parts per million); CL = confidence limit.

PSC002226

**Figure 3. Association of Indoor Temperature with Natural Log Formaldehyde Levels in Occupied FEMA-supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**



**Range: 41°F–91°F**

PSC002227

**Figure 4. Association of Indoor Relative Humidity with Natural Log Formaldehyde Levels in Occupied FEMA-supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**



Range: 23%–88% relative humidity.

PSC002228

**Table 1. Demographics of Trailers and Occupants in 519 Occupied FEMA-Supplied Trailers in Louisiana and Mississippi, December 2007–January 2008**

| Category | Variable | No. | (%) | Weighted (%) |
|---|---|---|---|---|
| State | Louisiana | 408 | 79 | 80 |
| | Mississippi | 111 | 21 | 20 |
| Trailer locations | Private land | 374 | 72 | 77 |
| | Public land | 127 | 24 | 20 |
| | Unknown/Undetermined | 18 | 3 | 3 |
| Year trailer was manufactured | | | | |
| | 2005 | 258 | 50 | -- |
| | 2006 | 128 | 25 | -- |
| | Unknown | 133 | 26 | -- |
| Residents | | | -- | -- |
| | No. adult residents (age ≥18 years) | 852 | 77 | -- |
| | No. teen residents (age 13 ≤ 17 years) | 97 | 9 | -- |
| | No. child residents (age 3 ≤ 12 years) | 120 | 11 | -- |
| | No. baby residents (age ≤2 years) | 41 | 4 | -- |
| | Average no. residents per trailer | 2 | -- | -- |
| Utilities | Paid by occupant | 420 | 81 | 83 |
| | Paid by FEMA | 90 | 17 | 16 |
| | Paid by other | 9 | 2 | 1 |

PSC002229

23

C0002230

LBNL-254E

# ERNEST ORLANDO LAWRENCE BERKELEY NATIONAL LABORATORY

## ALDEHYDE AND OTHER VOLATILE ORGANIC CHEMICAL EMISSIONS IN FOUR FEMA TEMPORARY HOUSING UNITS – FINAL REPORT

Randy Maddalena, Marion Russell, Douglas P. Sullivan, and Michael G. Apte

**Environmental Energy Technologies Division**

November 2008



**DISCLAIMER**

This document was prepared as an account of work sponsored by the United States Government. While this document is believed to contain correct information, neither the United States Government nor any agency thereof, nor The Regents of the University of California, nor any of their employees, makes any warranty, express or implied, or assumes any legal responsibility for the accuracy, completeness, or usefulness of any information, apparatus, product, or process disclosed, or represents that its use would not infringe privately owned rights. Reference herein to any specific commercial product, process, or service by its trade name, trademark, manufacturer, or otherwise, does not necessarily constitute or imply its endorsement, recommendation, or favoring by the United States Government or any agency thereof, or The Regents of the University of California. The views and opinions of authors expressed herein do not necessarily state or reflect those of the United States Government or any agency thereof, or The Regents of the University of California.

Ernest Orlando Lawrence Berkeley National Laboratory
is an equal opportunity employer.

LBNL-254E

# Aldehyde and other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units – Final Report

Randy Maddalena, Marion Russell, Douglas P. Sullivan, and Michael G. Apte

Indoor Environment Department
Environmental Energy Technologies Division
Lawrence Berkeley National Laboratory
Berkeley, CA 94720

**November 2008**

This work was supported by interagency agreement 08FED894632 from the Centers for Disease Control and Prevention (CDC) – National Center for Environmental Health (NCEH) and also the Assistant Secretary for Energy Efficiency and Renewable Energy, Office of Building Technology, State, and Community Programs, of the U.S. Department of Energy under Contract No. DE-AC02-05CH11231. Its contents are solely the responsibility of the authors and do not necessarily represent the official views of CDC –NCEH or US DOE. We thank Mike Gressel and Chad Dowell of CDC-NIOSH for their technical and field support on this project. We also thank Antoinette "Toni" Stein, California Department of Health Services, Indoor Air Quality Branch, Richmond, CA and Al Hodgson, Berkeley Analytical Associates, LLC, Richmond, CA for their detailed and thorough reviews of this report.

This page is intentionally blank.

# EXHIBIT 8

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION "N" (5) |
| THIS DOCUMENT IS RELATED TO: | * | |
| CIVIL ACTION NO. 07-9228 | * | JUDGE: ENGELHARDT |
| *Aldridge, et al. vs. Gulf Stream Coach, Inc., et al.* | * | |
| *Case No. 07-9228* | * | MAG: CHASEZ |
| *(Elisha Dubuclet obo Timia Dubuclet vs. Fleetwood,* | * | |
| *Fluor Enterprises, Inc. and FEMA)* | * | |

*************************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ORLEANS

      BEFORE ME, the undersigned authority, personally came and appeared:

           **WILLIAM D. SCOTT, P.E., C.H.M.M.**

who, after being first duly sworn, testified that:

1.     My name is William D. Scott, P.E., C.H.M.M.  I am over 21 years of age and am

       competent to give this affidavit.  Unless otherwise noted, the facts contained

       in this affidavit are based on my personal knowledge.

       I am President and Senior Project Manager of the W.D. Scott Group, Inc. and

       an expert retained by the Plaintiffs' Steering Committee in this matter.

2.     My curriculum vitae, which is true and correct, and an accurate description of

       my knowledge, skill, experience, training, and education, is attached as

       Exhibit A to this Affidavit.

3.     All of the following statements are based on my personal knowledge and are

Page 1 of 8

true and correct.

4.     On July 8th and 9th, 2009, the W.D. Scott Group, Inc. performed sampling tests ("the testing") of the Dubuclet temporary housing unit ("THU") (sometimes referred to as the "Dubuclet unit") manufactured by Fleetwood.

5.     The testing of the Dubuclet unit was scientifically valid, and was in accordance with accepted methodology for such tests. The testing technique has been tested and subjected to peer review and publication. The potential error rate is known. The testing was performed under well-established standards controlling the operation of the testing. The testing technique is generally accepted in the scientific community. As described below, the test results will provide important information regarding the levels of exposure experienced by the Dubuclets while they were living in the THU.

6.     The testing results are reliable, and will provide accurate and relevant information regarding the concentration of formaldehyde while the Dubuclets were living in the unit. More particularly, the vacancy period only serves to **reduce** the measured concentration of formaldehyde in the THU atmosphere at the time of testing due to the documented and irrefutable behavior of the off-gassing of formaldehyde wood products over time. This phenomenon is well explained and documented in the Reports of William D. Scott, Dr. Stephen Smulski, the Lawrence Berkeley National Laboratory Report: Aldehyde and Other Volatile Organic Chemical Emissions in Four Housing Units - Final Report (November, 2008), and the CDC Final Report on

Page 2 of 8

Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes (July 2, 2008).

7.     The off gassing rates of formaldehyde containing building materials over time is well documented.  The rate at which formaldehyde emission levels decrease is not constant, but decreases with time.  Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time.  In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.  This phenomenon is well explained and documented in the Reports of William D. Scott, Dr. Stephen Smulski, the Lawrence Berkeley National Laboratory Report: Aldehyde and Other Volatile Organic Chemical Emissions in Four Housing Units - Final Report (November, 2008), and the CDC Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes (July 2, 2008).

8.     The Sampling Event occurred approximately thirty-nine (39) months after the THU was constructed (03/06).  Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak formaldehyde off gassing period.  This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Sampling Event.

9.     The same conclusion was reached by the U.S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of Five Hundred Nineteen (519) FEMA supplied occupied travel trailers, park

<p style="text-align:center">Page 3 of 8</p>

models, and mobile homes conducted in December/January, 2008: "These measured levels probably under-represent occupant exposures in the early months of occupancy and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather."

10. The THU interior air volume at the time of sampling is irrelevant to the measured formaldehyde concentrations. The Defendant, Fleetwood, wrongly and incorrectly assumes that release of formaldehyde to the THU interior is a static phenomenon. In fact, the formaldehyde concentration present in the atmosphere of the THU the time of sampling is the result of a dynamic process.

11. The off gassing of formaldehyde containing building materials to the surrounding atmosphere is a well documented process, governed by Henry's Law. In chemistry, Henry's Law is one of the gas laws, formulated by William Henry in 1803. It states that: At a constant temperature, the amount of a given gas dissolved in a given type and volume of fluid is directly proportional to the partial pressure of that gas in equilibrium with that fluid. An equivalent way of stating the law is that the solubility of a gas in a fluid is proportional to the pressure of that gas above the fluid. Henry's Law has been empirically shown to apply for a wide range of dilute solutions, not merely those of gases.

Page 4 of 8

12.  Henry's Law can be put into mathematical terms (at constant temperature) as $p = k_H C$.

Where:      $p$ is the partial pressure of the solute;

$C$ is the concentration of the solute; and

$k_H$ is a constant with the dimensions of pressure divided by concentration.

The constant, known as the Henry's Law Constant, is empirically determined and depends on the physical characteristics of the solute and solvent, as well as the temperature.  It is important to note that there is no Volume parameter in the Henry's Law expression.  The behavior of the solute is completely independent of volume.

13.  An everyday example of Henry's Law is given by carbonated soft drinks. Before the bottle is opened, the atmosphere above the drink is almost pure carbon dioxide at a pressure slightly higher than atmospheric pressure.  The drink itself contains dissolved carbon dioxide.  When the bottle is opened, some of this gas escapes, giving the characteristic "hiss".  Because the pressure above the liquid has been lowered, some of the dissolved carbon dioxide comes out of solution as bubbles.  If a glass of the drink is left in the open, the concentration of carbon dioxide in solution in the drink will come into equilibrium with the carbon dioxide in the air, and the drink will go "flat".

14. In the case of the THU, with the slide-out in the stowed or interior position, an equilibrium is established between the formaldehyde in the wood building products and the surrounding atmosphere resulting in the equilibrium concentration of formaldehyde. When the slide-out is extended, the formaldehyde concentration in the atmosphere will **temporarily** decrease (due to increased interior THU air volume), allowing more formaldehyde to "off gas" to the environment, until the equilibrium between the formaldehyde in the wood building products and the formaldehyde concentration in the THU atmosphere is re-reestablished at the same, initial, concentration. This sequence of events occurs in accordance with Henry's Law.

15. The test results obtained during the inspection of the Dubuclet unit establish that:

      (1)    the off gasing is at a diminished rate (due to an approximate 18-month half life), meaning that the level of formaldehyde would have been <u>higher</u> in the earlier time period when the Dubuclets were living in the unit, and

      (2)    formaldehyde is present in the Dubuclet unit at the time of sampling and was present while they were living in the THU.

16. The design of the THU's air conditioning system is such that the air conditioning system does not introduce make-up or outside air to the THU under normal operating conditions. The air conditioning system merely

recirculates and cools the air within the THU.  This determination is

contained in Alexis Mallet's report.  The functioning of the air conditioner is

irrelevant (in terms of "air dilution" or lack thereof) to the measured

formaldehyde concentrations in the THU or to the formaldehyde exposure of

the Dubuclet THU occupants.

17.   The contention that the THU was hermetically sealed due to the closure of

doors and windows and the non-operation of the air conditioning system is a

misrepresentation.  Assuming that THU was constructed to the American

Society of Heating, Refrigerating, and Air-Conditioning Engineers (ASHRAE)

standards and maintained in that condition, approximately one-third of the

interior air volume is and was replaced every hour (0.35 Air Exchange Rate)

of the THU's existence since manufacture.  This air exchange occurs through

the walls, ceiling, and floor of the THU due to the permeability of building

materials and discontinuities in the THU membrane.  There are no dedicated

makeup air devices in the Dubuclet THU.  This air exchange process includes

the 22 month period between the cessation of the Dubuclet's occupancy and

the time of Plaintiff's formaldehyde sampling.

18.   The temperature at which the Plaintiff's sample(s) were obtained is

documented and recognized in the report of William D. Scott.  William D.

Scott's report provides the peer reviewed, empirically determined,

mathematical expression to correct for temperature variations from the

temperature at the time of formaldehyde measurement to standard

conditions and/or any reasonably assumed interior ambient conditions

during the Dubuclet's occupancy of the THU.

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 4th day of August, 2009.

WILLIAM D. SCOTT, P.E., C.H.M.M.
W.D. Scott Group, Inc.
1117 Wright Avenue
Gretna, Louisiana 70056

NOTARY SIGNATURE

_LINDA J. NELSON_
NOTARY PUBLIC NAME

_LA BAR NO. 9938_
NOTARY NUMBER

_WITH LIFE_
COMMISSION EXPIRES

Page 8 of 8

# RESUME
# WILLIAM D. SCOTT

**W. D. Scott Group, Inc.**
**1117 Wright Avenue**
**Gretna, Louisiana 70056**

## EDUCATION

Bachelor of Science, Ceramic Engineering; 1974; Missouri School of Mines and Metallurgy, Rolla, MO

MPH Program, Tulane University, School of Environmental Health and Tropical Medicine, New Orleans, LA; completed significant portion of required coursework toward degree program.

## PROFESSIONAL LICENSES/REGISTRATIONS

Certified Hazardous Materials Manager (Master Level), 1984
Designated Engineering Duty Officer, U.S. Navy Sea Systems Command, 1985
Registered Professional Engineer, Florida, 1989 (Inactive)
Registered Professional Engineer (Environmental), Louisiana 1994
Registered Professional Engineer (Mechanical), Louisiana, 1984
Registered Professional Engineer, Mississippi, 1984
Registered Professional Engineer, Missouri, 1984
Registered Environmental Assessor, California, 1990 (Inactive)
Registered Asbestos Consultant, Florida, 1990 (Inactive)
AHERA Accredited Asbestos Instructor, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Inspector, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Management Planner, USEPA/Louisiana, 1987
AHERA Accredited Asbestos Project Supervisor, USEPA/Louisiana, 1987 (Inactive)
AHERA Accredited Asbestos Designer, USEPA/Louisiana, 1987

## PROFESSIONAL ASSOCIATIONS

American Consulting Engineers Council, Louisiana Chapter
    Environmental Committee Chairman
Environmental Information Association (formerly the National Asbestos Council)
    National President - 1991
    Chairman, Industrial Committee - 1992 to 1993
    Chairman, Sampling and Analytical Committee - 1987 to 1990
Institute of Certified Hazardous Materials Managers
Louisiana Chapter, Certified Hazardous Materials Managers
Louisiana Consulting Engineers Council
Louisiana Engineering Society
Louisiana Emergency Preparedness Association

**Page 1 of 5**

# RESUME
# WILLIAM D. SCOTT

## PROFESSIONAL EXPERIENCE

**1987 to present; W. D. Scott Group, Inc.; President and Senior Project Manager**

The W. D. Scott Group is actively involved in all facets of hazardous/toxic materials management including site evaluations, emergency planning, permitting, remediation design, project management, and industrial hygiene. The areas of expertise of the firm include asbestos management; underground storage tanks; bulk liquid storage and transfer facilities; chemical emergency response support; commercial and industrial hazardous/toxic waste sites; hazardous/toxic soils and groundwater investigations; air pollution quantification and controls; risk based assessments; litigation support, commercial and industrial health and safety; and all phases of regulatory agency interface. Specific regulatory areas within the Firm's scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, FIFRA, and portions of OSHA dealing with construction, hazardous materials, and process safety management. The Asbestos Division of the Scott Group has conducted several hundred asbestos projects including surveys; project design and specification; construction management; air monitoring and QA/QC and cost estimates.

**1990 to 1993; Materials Management Group, Inc.; President, Partner, Senior Project Manager, Incident Commander**

The Materials Management Group (MMG) was a full service environmental remediation company, with a particular emphasis on Chemical Emergency Response, the management and handling of high risk materials, and post-disaster cleanup. Customers included the petrochemical and oil refining industries, and the marine, rail, highway, and aviation transportation industries. In addition to field services, MMG provided, through its professional staff, emergency planning, training, exercise planning and execution, industrial hygiene, remediation project design, and contaminant dispersion modeling services. MMG's primary area of operations was the U.S. Gulf Coast, although the company provided services in the Far East, Europe, and various locations in North America.

**1980 to 1987; Lanier and Associates, Consulting Engineers, Inc.; Vice-President, Partner, and Project Manager**

Formed and headed the Environmental Management Division within this established engineering firm. The firm was actively involved in all facets of hazardous/toxic materials management including site evaluations, permitting, remediation design, project management, and industrial hygiene. The specific areas of expertise of the firm include underground storage tanks, bulk liquid storage and transfer facilities, commercial and industrial hazardous/toxic waste sites, hazardous/toxic soils and groundwater investigations, air pollution quantification and controls, commercial and industrial health and safety, and all phases of regulatory agency interface. Specific regulatory areas within the firms scope of work include CERCLA, SARA Title III, RCRA, CAA, CWA, TOSCA, Article 404 Wetlands, and portions of OSHA dealing with construction and hazardous materials. In responsible charge of projects including: design and permitting of oil refinery retrofit to hazardous waste recycling unit; design and permitting of ship/barge cleaning and gas freeing facility for hazardous waste and recycle; design and project management of coastal and marshland waterflood system; design and project management for sour gas production platforms; design, permitting, and project management for liquid hazardous material bulk storage and transfer facilities; design, permitting, and project management for hazardous and toxic waste remediation sites.

PSC025356

# RESUME
## WILLIAM D. SCOTT

**1979 to 1980; Paktank Louisiana Inc.; Resident Project Manager**

Project management for the retrofit and expansion of an existing bulk petroleum marine storage facility to liquid chemical storage and transfer. The facility included spec chemical storage for materials in quantities of 5,000 to 1,000,000 barrels per tank. Liquid chemicals stored included toxics, carcinogens, flammables, explosives, pesticides, and cryogens. Design and construction management for storage, pipelines, and pumping stations, ship and barge docks, truck racks, pumping and purging systems, pollution control, fire management, OSHA compliance, and necessary supporting systems. Development and training of in-house fire and chemical emergency response capability.

**1978 to 1979; Goodhope Refining Inc.; Construction Superintendent**

Direct field construction and project management for the expansion of a 100,000 mmbd refinery to 200,000+ mmbd. Responsibilities included translating process flow diagrams into workable piping and equipment systems, management of 500 person contract construction workforce, acceptance testing, safety and fire management. Major construction areas included the installation of a new FCCU, platformer reformer unit, ship and barge docks and loading facilities, product storage, and pollution control systems. Collateral duty as Emergency Coordinator for plant fire and emergency.

**1977 to 1978; AMAX Nickel Refinery, Inc.; Area Supervisor**

Supervisory responsibility for eight first line supervisors and 38 hourly employees. Responsible for production throughout and quality for major unit of 80MM pound/year nickel and cobalt refining process. Evaluation and prioritization of maintenance requirements for area and acceptance testing of capital additions. Coordination of production scheduling to meet maintenance requirements. Shift and volunteer fire and rescue brigade supervisor.

**1976 to 1977; Interpace Corporation; Calcine Superintendent**

Cost, production and maintenance responsibility for a 200,000 ton (annualized) calcined kaolin production facility, and 30,000 ton air-floated kaolin bulk and packaging facility. Supervisory responsibility for 15 maintenance, 45 production, and 10 salaried personnel, including one geologist and one staff engineer. Supervisor for California Division of Forestry required forest/range fire fighting company. Instituted facility preventative maintenance and engineering group for this facility and others in this area. Liaison with export trading companies and product sales personnel. Responsibility for mine control, process performance, and finished product quality.

**1975 to 1976; Interpace Corporation; Area Process Engineer**

Primary responsibility for initiation of energy reduction programs for a complex of five mines and four mineral process plants. Staff environmental and safety advisor to plant/mine management. Radiological controls officer. Instituted of revised quality control procedures; correlated mine control data with finished product quality. Collateral responsibilities as Superintendent of Reclaim Mining Operations and Acting Manager of flotation silica sand plant.

Page 3 of 5

PSC025357

# RESUME
# WILLIAM D. SCOTT

## MILITARY EXPERIENCE

### 1974 to 1992; U.S. Naval Reserve; Engineering Duty Officer

Commanding Officer (1991-92) of an Intermediate Ship Repair Unit during Desert Shield/Desert Storm. Detachment capabilities include propulsion, weapons, and hull maintenance and repair, with QA/QC capability. Military Advisor to USCG Captain of the Port, New Orleans (1989-91). Previously assigned (1982-89) as Operations Officer for SBU-22, a coastal/inshore Special Warfare unit; with significant Unit deployments to Africa, South and Central America, the Middle East, and Asia. Qualified Special Warfare Combat Craft Patrol Officer. Prior assignments include Repair Officer for Intermediate Ship Repair Unit, and Quality Control Officer for the U.S. Navy Supervisor of Shipbuilding, New Orleans.

### 1965 to 1972; U.S. Navy; Nuclear Reactor Operator

Qualified in Submarines; Qualified Reactor Operator, Maneuvering Area Shutdown Watch and Engineering Watch Supervisor on afloat and prototype submarine nuclear propulsion plants. Engineering Damage Control Supervisor and Radiological Controls Team Member. Prototype Instructor 8/68 to 6/70, training operator and watch officer candidates. Experience includes core physics testing and two reactor refuelings.

## PUBLICATIONS/PRESENTATIONS

Contributing author to the *Sourcebook on Asbestos Diseases* (Garland Publishing, Inc., New York, NY, March, 1989; 1991; and 1995 editions)

Co-authored *Assessing Asbestos Exposure Potential in Nonindustrial Settings* (Journal of Community Health, Summer/Fall, 1987); E. Chang, W. Scott, L. White

*Heavy Industry: Stepchild of Asbestos Management*, (Asbestos Abatement News, April, 1990)

*Instant Experts* (Asbestos Issues, February, 1989)

*Asbestos Management Implementation: The Practical Aspects*; National Asbestos Council Annual Conference; Atlanta, GA; February, 1988

*Asbestos Abatement Projects: Saving the Ones That Go Bad*; National Asbestos Council Annual Conference, Anaheim, CA; March, 1989

*Chemical Emergency Response: Building the Foundation*; Invited Speaker, Pro-Eco '93, Monterrey, Mexico; May, 1993

*When Disaster Strikes - Catastrophic Chemical Emergency Response and Remediation*; Invited Speaker; Academy of Certified Hazardous Materials Managers Annual Conference, New Orleans; August, 1996

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; June, 2000

**Page 4 of 5**

PSC025358

# RESUME
## WILLIAM D. SCOTT

*Air Monitoring for Marine Chemical Release Emergencies;* Invited Speaker, USCG Captain of the Port; New Orleans; August, 2001

*Mold Issues in Gulf Coast Construction; Causes and Cures*; Invited Speaker, Home Builders Association Gulf Coast Region Conference; New Orleans, LA; October, 2003

*Mold in Gulf Coast Construction; Causes and Cures*; Invited Speaker, American Institute of Architects and Society of Interior Designers Conference; New Orleans, LA; October, 2003

*Remediation of the Jefferson Parish Fire Training Center: A Decade of Challenges;* Invited Speaker, USEPA Region VI MS4 Conference; New Orleans, LA; July, 2004

*After the Storm: Cleaning Up After Katrina*; Invited Speaker, National Environmental Partnership Summit, New Orleans, LA; May, 2007

**Page 5 of 5**

PSC025359

# EXHIBIT 9

Fleetwood Enterprises, Inc.                                    June 25, 2009

**1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE        MDL NO. 1873
PRODUCTS LIABILITY LITIGATION
                                        SECTION "N" (5)
                                        JUDGE ENGELHARDT
                                        MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

Elisha Dubuclet on behalf of
Timia Dubuclet vs. Fleetwood
--------------------------------------

VIDEOTAPED DEPOSITION OF
FLEETWOOD ENTERPRISES, INC.

June 25, 2009
10:07 a.m.

3649 Mission Inn Avenue
Riverside, California

Reported by Gail Nesson, CSR No. 7010

**2**

APPEARANCES OF COUNSEL

For Plaintiff's Steering Committee:
  BENCOMO & ASSOCIATES
  RAUL R. BENCOMO, ESQ.
  639 Loyola Avenue, Suite 2110
  New Orleans, Louisiana 70113
  504.529.2929
  504.529.2018 Fax
  ben_law@bellsouth.net

For Fleetwood Enterprises, Inc.:

  NELSON, MULLINS, RILEY & SCARBOROUGH LLP
  RICHARD K. HINES, V, ESQ.
  201 17th Street NW, Suite 1700
  Atlanta, Georgia 30363
  404.322.6154
  404.322.6050 Fax
  richard.hines@nelsonmullins.com
  -and-
  LEAKE & ANDERSON LLP
  JERRY L. SAPORITO, ESQ.
  1100 Poydras Street, Suite 1700
  New Orleans, Louisiana 70163-1701
  504.585.7500
  504.585.7775 Fax
  jsaporito@leakeanderson.com

For Fluor Enterprises, Inc.
  MIDDLEBERG, RIDDLE & GIANNA
  CHARLES R. PENOT, JR., ESQ.
  717 North Harwood, Suite 2400
  Dallas, Texas 75201
  214.220.6334
  214.220.6640 Fax
  cpenot@midrid.com

**3**

APPEARANCES

For CH2M Hill Constructors, Inc. and Shaw Environmental,
Inc.:

  BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
  GERARDO R. BARRIOS, ESQ.
  3 Sanctuary Boulevard, Suite 201
  Mandeville, Louisiana 70471
  985.819.8416
  985.819.6716 Fax
  gbarrios@bakerdonelson.com

For Morgan Building and Spas:
  MCGLINCHEY STAFFORD PLLC
  DAN E. WEST, ESQ.
  301 Main Street, 14th Floor, One American Place
  Baton Rouge, Louisiana 70825
  225.383.9000
  225.343.3076 Fax
  dwest@mcglinchey.com

For The United States:

  U.S. DEPARTMENT OF JUSTICE
  CIVIL DIVISION
  MICHELE S. GREIF, ESQ.
  1331 Pennsylvania Avenue, NW
  Room 8022S, Nat'l Place
  Washington, DC 20004
  202.353.2492
  202.616.4473 Fax
  michele.greif@usdoj.gov

**4**

APPEARANCES

For Keystone RV Company, Thor California, Thor
Industries, Dutchmen Manufacturing, DS Corp (d/b/a
CrossRoads RV) and KZ RV, LP:
  JONES, WALKER, WAECHTER, POITEVENT, CARRERE &
  DENEGRE, L.L.P.
  RYAN JOHNSON, ESQ.
  (A.M. participation via telephone)
  REGINA HAMILTON, ESQ.
  (P.M. participation via telephone)
  8555 United Plaza Boulevard, 5th Floor
  Baton Rouge, Louisiana 70809
  225.248.2098
  225.248.3088 Fax
  rhamilton@joneswalker.com

For Bechtel National, Inc.:

  FRILOT L.L.C.
  PETER R. TAFARO, ESQ.
  (Participation via telephone)
  1100 Poydras Street, Suite 3700
  New Orleans, Louisiana 70163-3700
  504.599.8060
  504.599.8152 Fax
  PTafaro@frilot.com

For Jayco, Inc. and Starcraft RV, Inc.:

  WILLINGHAM, FULTZ AND COUGILL
  THOMAS COUGILL, ESQ.
  (Participation via telephone)
  808 Travis, Suite 1608
  Houston, Texas 77070
  713.333.7600
  tomc@willingham-law.com



# ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 951.784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

### 21

1     THE WITNESS: It's my understanding that FEMA
2  trailers were a specific design that met the
3  specifications put out by FEMA.
4  BY MR. BENCOMO:
5     Q   Did you review the specifications provided by
6  FEMA and compare or contrast them to the specifications
7  of other travel trailers produced by Fleetwood?
8     MR. HINES:  Let me object to form and
9  foundation.  Clarify.  We did not get specifications
10 directly from FEMA.  We got specifications sent to us
11 through Morgan.
12    THE WITNESS: Can I have the question again,
13 please.
14    MR. BENCOMO: Would you please read the question
15 back, Ms. Court Reporter.
16    (Record read)
17    THE WITNESS: No, I did not.
18 BY MR. BENCOMO:
19    Q   I'm going to show you a document and ask you if
20 you can identify this particular document for the record.
21    A   The document looks familiar, yes.
22    Q   What does that document represent, if you know?
23    A   There's a Bates number in the corner that is
24 FLE-00006492.  It's dated November 17th, 2005, and it
25 looks like some type of a summary of what the FEMA unit

### 23

1     MR. BENCOMO:  Not yet.
2     Q   When you say that you first saw it in
3  preparation for this deposition, who presented that
4  document to you?
5     A   Counsel.
6     Q   Which counsel are you referring to?
7     A   Right here.
8     Q   Mr. Hines.
9        Now, I'm going to show you another document,
10 which is a diagram of a travel trailer, and ask if you
11 can tell us what type of travel trailer that is.
12    MR. PENOT:  Could we have the Bates numbers.
13    THE WITNESS: Yes.  The document I was given is
14 Bates No. FLE-00006494.
15       And this is a floor plan of what research has
16 indicated to be a 32FSH trailer.
17 BY MR. BENCOMO:
18    Q   Does the No. 32 mean anything?
19    A   No.
20    Q   So it doesn't stand for, like, 32-foot trailer?
21    A   I'd have to look at the specifications, but
22 that's a model designation.
23    Q   Those particular trailers, they contain, I'm
24 assuming, a bedroom area, a kitchen area, and so on and
25 so forth; is that correct?

### 22

1  specifications would have been.
2     Q   Did you ever have the opportunity to review
3  those FEMA unit specifications in connection with your
4  role at Fleetwood?
5     A   In preparation for this deposition I did, yes.
6     Q   What about while the trailers were either being
7  built or before they were built?
8     A   I did not get involved with that at that point.
9     Q   Who would have been involved with that?
10    A   The travel trailer product development group.
11    Q   Who headed that group at the time?
12    A   I'm not really sure who that was at that time.
13    Q   What type of trailer is that particular
14 specification?  Do you know?
15    A   What do you mean by "type," sir?
16    Q   It says "FEMA Unit Specifications"; is that
17 correct?
18    A   Yes.
19    Q   What is that unit called?
20    A   On this, it's designated as a model 32FSH or a
21 model 32DFSH.
22    Q   Do you know what that particular model is?
23    A   To my understanding from preparation for this
24 deposition, it's conventional travel trailers.
25    MR. BARRIOS:  Is this Exhibit 1?

### 24

1     A   That's correct.
2     Q   Before a trailer like that is delivered to the
3  ultimate consumer by Fleetwood, you know that that
4  trailer is going to be used as something for someone to
5  live in; is that correct?
6     A   Fleetwood does not deliver anything directly to
7  consumers.  We always have somebody between us and the
8  consumer.  So the dealer typically makes the delivery to
9  the consumer.
10    Q   Other than the fact that you don't deliver
11 directly to the consumers, are you aware that that
12 trailer is going to be used as a habitation?
13    A   Yes.
14    Q   Now, I'm going to ask you to refer to the
15 owner's manual, if you will.
16       I have some questions I want to go through with
17 you.  If you would be kind enough to identify that entire
18 document with the Bates number, the initial Bates number,
19 and if you'll notice, right in the center there is a
20 Bates number.
21    A   The document I have in front of me is a Pioneer
22 FEMA Owner's Manual, 2006 version, with a Bates number on
23 it on the top page of PSC021468.
24    MR. HINES:  Let me just also add that there's a
25 concomitant Fleetwood Bates number which inclusively runs



**ESQUIRE**
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 951.784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

Fleetwood Enterprises, Inc.                                      June 25, 2009

---

**97**

1  wear would be whatever OSHA required.  Certainly we
2  followed OSHA mandates and whatever state OSHA
3  requirements might have been in the particular
4  jurisdiction where the plant was located.
5       Q   Do you remember employees wearing protective
6  equipment while working around urea formaldehyde?
7       A   I don't recall being in a plant at a time when
8  people were working around wood being cut.
9       Q   So that question is not something that's within
10 your purview?  It might be something Mr. Biazo can answer
11 later?
12      A   Yeah, perhaps.  It's not that I haven't been in
13 a plant, but I just -- I don't have any knowledge of
14 that.
15      Q   Look at FLE-00006354.
16      A   6354.  6354.  It's way back here.
17          I have that.
18      Q   On the right-hand side -- first of all, what is
19 that document, for the record?
20      A   This document is a Material Safety Data Sheet
21 from Louisiana Pacific.
22      Q   It pertains to what particular product?
23      A   Urea formaldehyde bonded panel products.
24      Q   Was Louisiana Pacific a supplier to the
25 Fleetwood travel trailer division?

---

**98**

1       A   I don't know specifically to the travel trailer
2  division.  It was a Fleetwood vendor of wood products at
3  one time.
4       Q   Look at the third paragraph on the right-hand
5  side.
6          Would you please read that where it begins
7  "formaldehyde."
8       A   Well, there are a couple of places where it
9  begins "formaldehyde."
10      Q   The third paragraph, the first --
11      A   "Formaldehyde has been listed"?
12      Q   Yes.
13      A   Okay.
14          "Formaldehyde has been listed by IARC, NTP, and
15 OSHA as either a carcinogen cancer-causing agent or as a
16 potential carcinogen.  Formaldehyde may cause irritation
17 or allergic contact dermatitis in sensitive individuals."
18      Q   Do you know what contact dermatitis is?
19      A   Well, I believe so, yes.
20      Q   What do you believe it is?
21      A   I believe it to be -- contact dermatitis to me
22 means a reaction to a substance that touches skin.
23      Q   Do you know what happens when that substance
24 touches the skin?
25      A   Well, it may depend on the individual.

---

**99**

1       Q   So you would defer to a doctor on that issue?
2       A   I certainly would, yes, sir.
3       Q   Now, what is the date -- if you look at the
4  bottom right-hand corner of that particular Material
5  Safety Data Sheet, very bottom right-hand corner.
6       A   I know where it is.  I'm trying to focus.  July
7  1995.
8       Q   Now, is a Material Safety Data Sheet something
9  that you would work with or is that something that would
10 normally be at the particular plant?
11      A   Well, both of those.  In the latter part of
12 that, all the time.  The former part of that, from time
13 to time.
14      Q   Look at the document 00006355, please.
15      A   Okay.
16      Q   Now, do you see where it reads "Health and
17 technical contacts"?  It provides a health issues
18 information phone number?
19      A   In the middle of the page?
20      Q   Yes, sir.
21      A   Yes.
22      Q   Did you ever have occasion to contact in this
23 instance Owens Corning to discuss health issues
24 information as it pertained to urea formaldehyde?
25      A   I personally never did.

---

**100**

1       Q   Do you know whether or not anyone with Fleetwood
2  ever contacted them at the number that they give here to
3  discuss the issues pertaining to urea formaldehyde?
4       A   No, I have no knowledge of that.
5       Q   Now, all of these documents that I've been
6  referring to, Fleetwood 00006355, come from the archives
7  or files of Fleetwood; is that not correct?
8          MR. HINES:  I will stipulate that if it has an
9  FLE Bates stamp on it, it was produced by counsel for
10 Fleetwood.
11 BY MR. BENCOMO:
12      Q   Would you please now look at FLE-00006360.
13      A   Okay.
14      Q   Do you see where the word "formaldehyde" is
15 underscored in bold in the middle of the page?
16      A   Yes.
17      Q   Would you please read that into the record.
18      A   Do you want me to read the whole paragraph?
19      Q   Please.
20      A   "Formaldehyde.  In March 1987, the International
21 Agency for Research on Cancer upgraded their overall
22 evaluation of formaldehyde gas based on evidence of
23 carcinogenicity in humans from a possible human
24 carcinogen Group 2B based on inadequate evidence in
25 humans to a probable human carcinogen Group 2A based on

---



Toll Free: 800.300.1214
Facsimile: 951.784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

Fleetwood Enterprises, Inc.                                    June 25, 2009

---

### 101

1  limited evidence in humans. A number of new
2  epidemiological studies on persons in a variety of
3  occupations with potential exposure to formaldehyde were
4  used in the evaluation. Cancers that occurred in excess
5  in more than one study are Hodgkins disease, leukemia,
6  cancers of the buccal cavity." I probably mispronounced
7  that. "And pharynx, particularly nasopharynx, lung,
8  nose, prostate, bladder, brain, colon, skin, and kidney."
9      Q    What does the next paragraph say about exposure
10  to formaldehyde, if you'll please read that.
11     A    Again, you want me to read the entire paragraph?
12     Q    Please. Yes, sir.
13     A    "Exposure to formaldehyde at concentrations in
14  excess of 1 per per million may cause significant
15  irritation of the eyes and upper respiratory tract. The
16  irritation threshold appeared to be about .3 parts per
17  million. Pulmonary sensitization, although rare, does
18  occurs in humans. Formaldehyde solutions can cause
19  severe eye and moderate skin irritation. Repeated skin
20  exposure to solutions of 2 percent or more formaldehyde
21  has caused allergic skin reactions. Formaldehyde was
22  found to be weakly active in a number of in vitro
23  genotoxity tests, but inactive in vivo. Formaldehyde
24  does not cause birth defects in offspring of female mice
25  who were exposed to concentrations up to 10 parts per

### 102

1  million. Lifetime inhalation of formaldehyde at
2  concentrations above 5 parts per million for 6 hours per
3  day caused nasal tumors in laboratory animals.
4  Many epidemiological studies have failed to link cancer
5  in humans with occupational exposure to formaldehyde."
6      Q    I'd like to ask you a question about components
7  of travel trailers as they pertain to formaldehyde. I
8  refer you to FLE-00006405 --
9      A    Okay.
10     Q    -- which deals with panel products; is that not
11  correct?
12     A    Yes, sir. That is -- those are the words at the
13  top of the page.
14     Q    Now, the next box after the box that you just
15  read from, panel products, contains a number of products.
16         Would you tell me which ones you are aware of
17  that are listed there that contain urea formaldehyde.
18     A    Particle board may contain urea formaldehyde.
19  Medium density fiberboard may contain urea formaldehyde,
20  Lauan, L-a-u-a-n, Luaun, if indeed, that's the same as
21  hardwood plywood, may contain urea formaldehyde. The
22  other three listed there, I believe, are phenol.
23     Q    What is phenol?
24     A    Again, I'm not an expert, but to my knowledge,
25  it's another resin, phenol formaldehyde resin as opposed

### 103

1  to urea formaldehyde resin.
2      Q    What do you know, based on having worked at the
3  company for as long as you did and having been tendered
4  as the expert on formaldehyde, what do you know about the
5  difference between phenol formaldehyde and urea
6  formaldehyde?
7          MR. HINES: Let me object to the categorization
8  of his being offered as an expert on formaldehyde. He
9  was offered as an expert in the formaldehyde-related
10  categories of the 30(b)(6).
11  BY MR. BENCOMO:
12     Q    That's fine.
13         Subject to the objection.
14     A    My understanding is that the emission
15  characteristics of formaldehyde, emission characteristics
16  of phenol formaldehyde resins are less than urea
17  formaldehyde resins.
18     Q    Is there a reason why Fleetwood did not use
19  phenol formaldehyde resins in its component parts in the
20  travel trailers?
21         MR. HINES: Let me just object to the form of
22  the question.
23         Are you talking about -- we did not combine
24  resins with wood products? We call it finished wood
25  products.

### 104

1  BY MR. BENCOMO:
2      Q    Please.
3      A    Okay. I was going to say the same thing.
4      Q    I would expect you to.
5          That's why, Richard, please just object and
6  don't give the rationale behind the objection. Just give
7  the technical basis.
8      A    Fleetwood purchased materials. We purchased
9  wood products. The wood products were already
10  manufactured, and whether it's a urea formaldehyde or a
11  phenol formaldehyde or lumber, it was a complete product
12  when we bought it.
13     Q    Did you specify that you wanted only phenol
14  formaldehyde products? Was that part of your
15  specification?
16     A    Well, I was not a purchasing person, so I would
17  not be specifying, but I can tell you from my knowledge
18  that the wood product itself would have been specified
19  and not a wood product with a specific resin. So our
20  purchasing people knew -- well, I believe our purchasing
21  people knew that certain materials were urea
22  formaldehyde -- used urea formaldehyde resin, and other
23  materials, other wood -- manufactured wood products were
24  phenol products.
25     Q    Now, you may not be able to answer this

---



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 951.784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

# EXHIBIT  10

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER FORMALDEHYDE       MDL NO. 1873

PRODUCTS LIABILITY LITIGATION

                                       SECTION "N" (5)

                                       JUDGE ENGELHARDT

                                       MAGISTRATE CHASEZ



THIS DOCUMENT IS RELATED TO


Elisha Dubuclet on behalf of

Timia Dubuclet vs. Fleetwood

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~




VIDEOTAPED DEPOSITION OF

FLEETWOOD ENTERPRISES, INC.


June 25, 2009

10:07 a.m.


3649 Mission Inn Avenue

Riverside, California



Reported by Gail Nesson, CSR No. 7010

Fleetwood Enterprises, Inc.                          June 25, 2009

                                                              22

1    specifications would have been.

2         Q    Did you ever have the opportunity to review

3    those FEMA unit specifications in connection with your

4    role at Fleetwood?

5         A    In preparation for this deposition I did, yes.

6         Q    What about while the trailers were either being

7    built or before they were built?

8         A    I did not get involved with that at that point.

9         Q    Who would have been involved with that?

10        A    The travel trailer product development group.

11        Q    Who headed that group at the time?

12        A    I'm not really sure who that was at that time.

13        Q    What type of trailer is that particular

14   specification?  Do you know?

15        A    What do you mean by "type," sir?

16        Q    It says "FEMA Unit Specifications"; is that

17   correct?

18        A    Yes.

19        Q    What is that unit called?

20        A    On this, it's designated as a model 32FSH or a

21   model 32DFSH.

22        Q    Do you know what that particular model is?

23        A    To my understanding from preparation for this

24   deposition, it's conventional travel trailers.

25             MR. BARRIOS:  Is this Exhibit 1?

Fleetwood Enterprises, Inc.                    June 25, 2009

97

1    wear would be whatever OSHA required.   Certainly we

2    followed OSHA mandates and whatever state OSHA

3    requirements might have been in the particular

4    jurisdiction where the plant was located.

5         Q    Do you remember employees wearing protective

6    equipment while working around urea formaldehyde?

7         A    I don't recall being in a plant at a time when

8    people were working around wood being cut.

9         Q    So that question is not something that's within

10   your purview?   It might be something Mr. Biazo can answer

11   later?

12        A    Yeah, perhaps.   It's not that I haven't been in

13   a plant, but I just -- I don't have any knowledge of

14   that.

15        Q    Look at FLE-00006354.

16        A    6354.   6354.   It's way back here.

17             I have that.

18        Q    On the right-hand side -- first of all, what is

19   that document, for the record?

20        A    This document is a Material Safety Data Sheet

21   from Louisiana Pacific.

22        Q    It pertains to what particular product?

23        A    Urea formaldehyde bonded panel products.

24        Q    Was Louisiana Pacific a supplier to the

25   Fleetwood travel trailer division?

Fleetwood Enterprises, Inc.                        June 25, 2009

                                                              102

1    million.   Lifetime inhalation of formaldehyde at

2    concentrations above 5 parts per million for 6 hours per

3    day caused nasal tumors in laboratory animals.

4    Many epidemiological studies have failed to link cancer

5    in humans with occupational exposure to formaldehyde."

6         Q    I'd like to ask you a question about components

7    of travel trailers as they pertain to formaldehyde.   I

8    refer you to FLE-00006405 --

9         A    Okay.

10        Q    -- which deals with panel products; is that not

11   correct?

12        A    Yes, sir.   That is -- those are the words at the

13   top of the page.

14        Q    Now, the next box after the box that you just

15   read from, panel products, contains a number of products.

16             Would you tell me which ones you are aware of

17   that are listed there that contain urea formaldehyde.

18        A    Particle board may contain urea formaldehyde.

19   Medium density fiberboard may contain urea formaldehyde,

20   Lauan, L-a-u-a-n, Luaun, if indeed, that's the same as

21   hardwood plywood, may contain urea formaldehyde.   The

22   other three listed there, I believe, are phenol.

23        Q    What is phenol?

24        A    Again, I'm not an expert, but to my knowledge,

25   it's another resin, phenol formaldehyde resin as opposed