**Exhibit A**

**Curriculum Vitae**

## Stephen John Smulski
**453 Wendell Road  Shutesbury, MA 01072**
**413 259-1661 woodsci@crocker.com**

### Education

Ph.D. Wood Science and Forest Products, Virginia Tech at Blacksburg, 1985

M.S. Environmental and Resource Engineering, State University of New York at Syracuse, 1980

B.S. Wood Science and Technology, University of Massachusetts at Amherst, 1977

### Expertise

Anatomical, mechanical, physical and chemical properties of wood and wood-based materials; manufacture, use and in-service performance characteristics of wood and wood-based products in residential, commercial and industrial wood-frame construction.

### Services

Evaluation/resolution of in-service performance problems including water infiltration and decay in buildings; exterior finish failures; wood construction technology; wood product failure analysis; wood property testing; wood identification; litigation support and expert witness testimony; technical seminars and reports.

### Employment

President, Wood Science Specialists Inc., Shutesbury, MA, 6/92-present

Quality assurance inspector, Truss Plate Institute, Madison, Wisconsin, 10/93-12/04

Adjunct Associate Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 10/01-5/02

Adjunct Assistant Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 6/92-9/01

Assistant Professor of Wood Science and Technology, University of Massachusetts at Amherst, 9/87-5/92

Visiting Lecturer of Wood Science and Technology, University of Massachusetts at Amherst, 1/85-8/87

Teaching and Research Assistant, Forest Products Department, Virginia Tech at Blacksburg, 9/81-12/84

Teaching Assistant, Wood Science and Technology, University of Massachusetts at  Amherst, 9/79-12/79

Research Fellow, Wood Products Engineering Department, State University of New York at Syracuse, 9/77-8/79

Research Intern, Scott Paper Company, Philadelphia, PA, 6/77-8/77

May 2009

ALX-EXP-70-000001

**Membership in Professional and Honor Societies**

| | |
|---|---|
| Forest Products Society | International Association of Wood Anatomists |
| Society of Wood Science and Technology | Phi Kappa Phi    Xi Sigma Pi    Sigma Xi |

**Professional Service**

Member Board of Directors Society of Wood Science and Technology, 2000-2002
Editor, *Wood Design Focus A Journal of Contemporary Wood Engineering*, 1995-2000
Member Forest Products Society Publication Identification and Preparation Task Group, 1997-99
Member FPS Long Range Planning Committee, 1995-96
Member FPS Executive Board FPS, 1991-94
Chair FPS Ad Hoc Publications Review Committee, 1992-93
Chair Northeast Section FPS, 1990-92
Vice Chair and Program Chair NE Section FPS, 1989-90
Secretary NE Section FPS, 1988-89
Elected Trustee NE Section FPS, 1986-88
Appointed Trustee NE Section FPS, 1985-86
Member Society of Wood Science and Technology Critical Issues Committee, 1990-91
Co-Chair National Planning Committee on Forest Products Research, 1990
Member National Planning Committee on Forest Products Research, 1987-90
Member USDA Competitive Grants Wood Utilization Program Proposal Review Panel,
  Washington, D. C., 1990

**Honors**

Marquis Who's Who in Science and Engineering, 1994-1995
Who's Who in Massachusetts, 1993
First Place Wood Award, Forest Products Society, 1986

**Publications**

Smulski, S. 2006. A humid relationship. Weatherwise. 59(3):38-42.

Smulski, S. 2005. Avoiding problems with wood and bamboo flooring in commercial
applications. The NABIE Examiner. 15(2):2.

Smulski, S. 2004. Structural Use of Wood. Pages 1318-1327 *in* Encyclopedia of Forest Science.
J. Burley. ed. Elsevier Ltd. Oxford, England.

Smulski, S. 2003. Builder blunders. Journal of Light Construction. 22(3):56-60.

Smulski, S. 2003. The great equalizer: moisture in New England houses. ArchitectureBoston.
6(3):32-34.

Smulski, S. 2002. Living with a tight house. Smart Homeowner. 6:34-39.

Smulski, S. 2001. Moisture-caused problems in energy-efficient houses. Pages 11-17 *in*
Proceedings of the 2nd Annual Conference on Durability and Disaster Mitigation in Wood-Frame
Housing. Forest Products Society. Madison, WI.

Smulski, S. 2001. A call for targeted technology transfer. Wood and Fiber Science. 33(1):1-2.

Smulski, S. 2000. Ensuring the durability of energy-efficient houses. Fine Homebuilding.
131:72-77.

Smulski, S. 2000. Controlling indoor moisture in energy-efficient houses. Architectural Record.
4:167-168.

Smulski, S. 2000. Durability of energy-efficient wood-frame houses. Rural Builder. 34(1):30-39.

Smulski, S. 1999. Durability of energy-efficient wood-frame houses. Forest Products Journal. 49(5):8-15.

Smulski, S. 1999. Preventing wood degradation. Pages 3.1-3.44 *in* Timber Construction for Architects and Builders. E. Goldstein. McGraw-Hill. New York, New York.

Smulski, S. 1998. Wood science and technology in civil litigation. Wood Design Focus. 9(4):8-9.

Smulski, S. 1997. Controlling indoor moisture sources in wood-frame houses. Wood Design Focus. 8(4):19-24.

Smulski, S. 1997. Premature failure of paints and solid color stains on energy-efficient homes. Paint & Coatings Industry. 13(4):68, 70.

Smulski, S. (editor). 1997. Engineered Wood Products A Guide for Specifiers, Designers and Users. PFS Research Foundation. Madison, Wisconsin. 294 p.

Smulski, S. 1996. Lumber grade stamps. Fine Homebuilding. 103:70-73.

Smulski, S. 1994. Construction adhesives. Journal of Light Construction. 12(12):43-49.

Smulski, S. 1994. Energy conservation backlash: mildew, mold, decay and insects in wood-frame construction. Pages A123-A132 *in* Proceedings of the 12th Annual International Energy Efficient Building Association Conference and Exposition. Energy Efficient Building Association. Wausau, WI.

Smulski, S. 1994. Water in the walls: three case studies. Journal of Light Construction. 12(11):58-60.

Smulski, S. 1994. All about roof trusses. Fine Homebuilding. 89:40-45.

Smulski, S. 1993. Flat truss failure. Journal of Light Construction. 12(1):34-35.

Smulski, S. 1993. Wood fungi causes and cures. Journal of Light Construction. 11(8):22-28.

Smulski, S. 1993. Detailing for wood shrinkage. Fine Homebuilding. 81:54-59.

Smulski, S. 1992. How well do you know wood? Journal of Light Construction. 11(1):78.

Smulski, S. 1992. Wood-destroying insects. Journal of Light Construction. 10(12):35-39.

Smulski, S. 1991. Deck lumber made to last. Pages 26-33 *in* The Cottage Book. F. Edwards (editor). Hedgehog Productions Inc. Ontario, Canada.

Smulski, S. 1991. Preservative treated wood in light-frame construction. *In* Proceedings Third Annual "What's Happening in Housing Research?" Symposium. W. Rose (editor). National Association of Home Builders 1991 Annual Convention. Atlanta, GA.

Smulski, S. 1991. Glue-laminated timbers. Fine Homebuilding. 71:55-59.

Smulski, S. et al. 1991. Forest products research at U.S. universities in 1988-89. Wood and Fiber Science. 23(4):597-606.

Smulski, S. 1991. Relationship of stress wave- and static bending-determined properties of four northeastern hardwoods. Wood and Fiber Science. 23(1):44-57.

ALX-EXP-70-000003

Smulski, S. 1990. Preservative treated wood. Fine Homebuilding. 63:61-65.

Smulski, S. 1990. Construction adhesives. Fine Homebuilding. 58:72-75.

Smulski, S. 1989. Improving the environment through forest products research. Proceedings of the 1989 Forest Products Research Conference. USDA Forest Products Laboratory. Madison, WI. 16 p.

Smulski, S. 1989. The dollars and sense of regulatory issues. Proceedings of the NE Section FPRS 1989 Spring Meeting. 6 p.

Smulski, S. and T. Smith. 1989. Preservative treated wood for greenhouses. UMass Cooperative Extension Floral Notes. 1(6):2-5.

Smulski, S. 1989. Creep functions for wood composite materials. Wood and Fiber Science. 21(1):45-54.

Smulski, S. 1988. Fine points of construction adhesives. Custom Builder. 3(9):33-34.

Jackowski, J. and S. Smulski. 1988. Isocyanate adhesive as a binder for red maple flakeboard. Forest Products Journal. 38(2):49-50.

Smulski, S. and G. Ifju. 1987. Creep of glass fiber reinforced hardboard. Wood and Fiber Science. 19(4):430-438.

Smulski, S. and G. Ifju. 1987. Flexural behavior of glass fiber reinforced hardboard. Wood and Fiber Science. 19(3):313-327.

Smulski, S. 1987. Formaldehyde indoors. Progressive Builder. 12(4):9-11.

Smulski, S. 1986. All about glues and gluing. Scale Woodcraft. 4:44-48.

Smulski, S. and W. Cote. 1984. Penetration of wood by a water-borne alkyd resin. Wood Science and Technology. 18:57-75.

Smulski, S. 1980. A close look. Fine Woodworking. 21:52-53.

**Presentations**

"Avoiding Problems with Wood and Bamboo Flooring." 2009. American Floor Covering, Inc. Manchester, CT.

"Inside Wood" and "Wood Science in the Coutroom." 2009. 17th Annual Meeting National Academy of Building Inspection Engineers. Savannah, GA.

"Inside Wood." 2008. Connecticut Tree Protective Association. Plantsville, Connecticut.

"Engineered Wood Flooring." 2007. Hoboken Floors. Pompton Plains, New Jersey.

"History, Geology and Forensic Stability Survey of New-Gate Prison and Copper Mine." 2007. Western Massachusetts Branch Boston Society of Civil Engineers. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2007. Viking Lumber. Samoset Resort, Rockport, ME.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2007. Steffian Bradley Architects. Boston, MA.

ALX-EXP-70-000004

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2006. Boston Society of Architects 22nd Annual Build Boston Trade Show and Convention. Boston, MA.

"Timber Foundation Piles." 2006. Civil and Environmental Engineering Department. University of Massachusetts at Amherst.
"The Weatherstick." 2005. Interview on Nippon Television *Mystery Solved*. Tokyo, Japan.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2005. Boston Society of Architects 21st Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems with Coatings on Exterior Wood." 2005. Samuel Cabot Inc. National Sales Meeting. Durham, NH.

"Moisture-Caused Problems in Energy-Efficient Wood-Frame Houses" keynote address and "Preventing Moisture Problems in Wood Siding: The Rain-Screen Principle." 2005. Federation of Societies for Coatings Technology Advancements in Coatings Series. Charlotte, NC.

"Moisture and Mold: Causes and Prevention." 2005. JLC Live Residential Construction Show. Chicago, IL.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2005. Mid-Cape Home Center. Hyannis, MA.

"Forensic Application of Wood Science and Technology." 2005. The Essex Club. Haverhill, MA.

"The Nature of Wood", "Wood-Water Relationships" and "Moisture-Caused Problems with Wood Flooring." 2005. 13th Annual Meeting National Academy of Building Inspection Engineers. Newark, NJ.

"Mildew, Mold and Wood-Rotting Fungi", "Wood-Destroying Insects" and "Recognizing Moisture Problems in Wood-Frame Buildings." Long Island Chapter American Society of Home Inspectors 5th Annual Educational Seminar and Exam Prep Class. Carle Place, NY. 2005.

"Avoiding Moisture-Caused Problems With Wood Flooring." 2004. Janos Spitzer Flooring Company. New York, NY.

"Assessment of Structural Wood Framing in Historic Buildings." 2004. Hudson Valley Chapter American Society of Home Inspectors Historic Homes Educational Seminar. Kingston, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Western Massachusetts Chapter American Institute of Architects. Hadley, MA.

"Moisture and Mold: Causes and Prevention." 2004. Construction Design & Trades Conference. State of Connecticut Department of Public Safety. Cromwell, CT.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Boston Chapter of the Construction Specifications Institute. Cambridge, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Boston Society of Architects 19th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Columbus, OH.

"Mold in Residential Construction." 2003. Southeastern Massachusetts Building Officials Association, Inc. Taunton, MA.

"Inspection and Evaluation of Timber Foundation Piles." 2003. GEI Consultants, Inc. Winchester, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Milwaukee, WI.

"Avoiding Moisture Problems in Residential Construction." 2003. Morningside Builders. Londonderry, NH.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Providence, RI.

"Opportunities and Pitfalls in Construction Detailing." 2003. Northeast Sustainable Energy Association 28th Annual Conference. Boston, MA.

"Moisture Problems in Energy-Efficient Houses." 2003. Interview on KZUM Radio Community Home Show. Lincoln, NB.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Merritt & Harris, Inc. New York, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2002. Boston Society of Architects 18th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Residential Structures: How and Why." 2002. New England Municipal Building Officials Seminar. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2002. Presented at Purdue University, West Lafayette, Indiana, under Society of Wood Science and Technology Visiting Scientist Program.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Home Builders & Remodelers Association of Southwestern New Hampshire. Keene, NH.

"Forensic Application of Wood Science and Technology." 2002. Department of Natural Resource Conservation. University of Massachusetts. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Nashua Area Home Builders and Remodelers Association. Nashua, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2001. Boston Society of Architects 17th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Energy-Efficient Houses." 2001. Marsh Risk Consulting Seminar. Hartford, CT.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Greater Manchester Home Builders' Association. Manchester, NH.

ALX-EXP-70-000006

"Siding and Flooring—What Went Wrong?" 2001. Forest Products Society Annual Meeting. Baltimore, MD.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Construction Business and Technology Conference. Providence, RI.
"Wood and Water: Problems and Solutions in Light-Frame Construction." 2001. New England Chapter American Society of Home Inspectors Training Course. Somerville, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Boston Society of Architects 16th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in Energy-Efficient Houses." 2000. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Durability of Energy-Efficient Wood-Frame Houses." 2000. World Conference on Timber Engineering. Whistler, British Columbia.

"Wood Science and Technology in the Courtroom." 2000. Forest Products Society Annual Meeting. South Lake Tahoe, NV.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Providence, RI.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Baltimore, MD.

"Durability of Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2000. Presented at University of Maine at Orono under Society of Wood Science and Technology Visiting Scientist Program.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Northeast Section Forest Products Society. Amherst, MA.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Southern New Hampshire Home Builders & Remodelers Association. Derry, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." and "Preventing Wood Degradation." 1999. Boston Society of Architects 15th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in New Wood-Frame Houses." 1999. New Hampshire Building Officials Association. Meredith, NH.

"New Products: Promise and Peril." 1999. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles" and "Forensic Application of Wood Science and Technology." 1999. Presented at North Carolina State University at Raleigh and Virginia Tech at Blacksburg under Society of Wood Science and Technology Visiting Scientist Program.

"Designing Durable Wood-Frame Houses." 1999. Donham & Sweeney Architects. Boston, MA.

"Diagnosing and Curing Moisture Problems." 1999. Construction Business and Technology Conference. Baltimore, MD.

ALX-EXP-70-000007

"Preventing Wood Degradation." 1998. Boston Society of Architects 14th Annual Build Boston Trade Show and Convention. Boston, MA.

"Wood Deterioration: Decay, Insects and Weathering." 1998. 2nd International Preservation Trades Workshop. Gaithersburg, MD.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles." 1998. Forest Products Research Conference. Madison, WI.

"Diagnosing and Curing Moisture Problems." 1998. Construction Business and Technology Conference. Providence, RI.

"Moisture-Related Problems in Wood-Frame Buildings." 1998. National Academy of Building Inspection Engineers. Alexandria, VA.

"Moisture-Related Problems in Newly-Built Homes." 1997. New England Municipal Building Officials Seminar. Amherst, MA.

"Preventing Interior Moisture Sources in Buildings." 1997. International Union of Forestry Research Organizations All Division 5 Conference. Pullman, WA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1997. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Moisture-Related Problems in Newly-Built Homes." 1997. Construction Business and Technology Conference. Providence, RI.

"Premature Failure of Paints and Solid Color Stains on Energy-Efficient Homes." 1996. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water." 1996. Maple Flooring Manufacturers Association. Palm Springs, CA.

"Field Inspection of Roof and Floor Trusses." 1995. New England Municipal Building Officials Seminar. Amherst, MA.

"In-Service Performance of Wood Products." 1995. Roger Williams Hoo-Hoo Club, Newport, RI.

"The Nature and Behavior of Wood." 1995. Connecticut Chapter Piano Technicians Guild. Hartford, CT.

"Wood-Destroying Insects" and "Mildew, Mold and Wood-Destroying Fungi." 1995. Massachusetts Cooperative Extension Service Training Workshop for Pest Control Professionals. Waltham, MA.

"Moisture Problems and Solutions: Case Studies." 1995. Construction Business and Technology Conference. Boston, MA.

"Panel Products in Residential Construction." 1995. Northeast Retail Lumber Association Sales and Product Training School. Northampton, MA.

"Recognizing and Solving Moisture Problems in Light-Frame Construction." 1994. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1994. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

ALX-EXP-70-000008

"Quality Assurance in Truss Manufacture." 1994. New England Chapter Wood Truss Council of America. Worcester, MA.

"Energy Conservation Backlash: Mildew, Mold, Decay and Insects in Wood-Frame Construction." 1994. Energy Efficient Building Association Conference. Dallas, TX.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America Western Regional Conference. Whitefish, MT.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1993. New England Municipal Building Officials Seminar. Amherst, MA.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America International Conference. Rindge, NH.

"Detecting and Preventing Moisture, Fungal, and Insect Damage in Wood-Frame Buildings." 1993. Workshop for Municipal Building Officials. Storrs, CT.

"Wood as a Substrate for Coatings" and "Solving Exterior Wood Finishing Problems." 1993. New England  Society for Coatings Technology. Worcester, MA.

"Wood Properties Affecting Machining." 1993. Northeast Section Forest Products Society Spring Meeting. Westminster, MA.

"Moisture-Related Problems in Wood Products Manufacturing." keynote address. 1993. New England Wood Products Exposition. Springfield, MA.

"Moisture-Caused Truss Plate Withdrawal." 1993. Energy Efficient Building Association Conference. Boston, MA.

"Solving Moisture Problems in Light-Frame Construction." 1993. George Torello Consulting Engineers. Essex, CT.

"Solving Moisture Problems in Light-Frame Construction." 1992. Remodelors Council of Greater Springfield. Springfield, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1992. New England Municipal Building Officials Seminar. Amherst, MA.

"The Nature of Wood," "Basic Wood Identification," "Wood/Water Relationships," "Deterioration of Wood" and "Recognizing Moisture Problems in Wood Buildings." 1991. National Park Service Wood Conservation Training Course. Boston, MA.

"Insect and Fungal Damage in Wood-Frame Construction." 1991. New England Municipal Building Officials Seminar. Amherst, MA.

"Two-Species Oriented Flakeboard Layered by Wood Density." 1991. Forest Products Society Annual Meeting. New Orleans, LA.

"Preservative Treated Wood in Light-Frame Construction." 1991. National Association of Home Builders Annual Conference. Atlanta, GA.

"Wood Decay in Residential Construction." 1991. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

ALX-EXP-70-000009

"Wood Properties Affecting Gluing." 1990. Northeast Section Forest Products Society Spring Meeting. Poughkeepsie, NY.

"Preventing Decay in Exterior Wood Construction" and "Preservative Treated Wood." 1990. National Recreation and Parks Association New England Training Institute. Bedford, NH.

"Construction Adhesives." 1990. Northeast Solar Energy Association Advanced Residential Construction Conference. Leominster, MA.

"Stress Wave Nondestructive Evaluation of Hardwood MOE and MOR." 1989. Seventh International Symposium on Nondestructive Testing of Wood. Madison, WI.

"Health Aspects of Building Products: Wood Products." 1989. Northeast Solar Energy Association Advanced Residential Construction Conference. Sturbridge, MA.

"Construction Practice and Wood Decay." 1989. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Wood, Water and Decay." 1989. Massachusetts Cooperative Extension Service Workshop on Making the Most of Pressure Treated Wood. Amherst, MA.

"Consumer Adhesives." 1988. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Linearization of Creep Curves." 1987. Forest Products Society Annual Meeting. Louisville, KY.

"Elastic Behavior of Glass Fiber Reinforced Hardboard." 1986. Forest Products Society Annual Meeting. Spokane, WA.

"Glass Fiber Reinforced Hardboard." 1986. Forest Products Research Conference. Madison, WI.

"Dowel Pins as Connectors for Wood Composite Panels." 1986. Saunders Brothers. Westbrook, ME.

ALX-EXP-70-000010