UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                                SECTION "N" (5)
THIS DOCUMENT RELATES TO
ALL CASES

### PRETRIAL ORDER NO. 42

A number of new complaints have been received by the Court which list numerous plaintiffs who have not yet been matched with a particular manufacturing defendant. In order to properly identify those cases which contain unmatched plaintiffs, counsel is directed to add the following language in the case caption, in bold capital letters: **PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT.**

Pursuant to Pretrial Order No. 40, counsel in those cases then have 45 days from the date of filing in this Court to match those plaintiffs to a specific manufacturer and file amended complaints each naming only one manufacturing defendant. Accordingly, the Clerk's Office is directed to withhold issuance of summons in all cases which contain unmatched plaintiffs.

This order will remain in effect and shall apply to any pending or new complaints containing unmatched plaintiffs, whether filed directly in this Court or transferred here by the MDL Panel.

NEW ORLEANS, LOUISIANA, this 4th day of August, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE