# EXHIBIT 1

# CURRICULUM VITAE

(January, 2009)

Name                    Kenneth R. Laughery

Birthdate               October 3, 1935

Birthplace              Rowes Run, Pennsylvania

Business Addresses      3050 Claire Court
                        Janesville, WI 53548

                        Phone (Office):   (608) 754-0849
                        Phone (Cell)      (608) 774-1199
                        Phone (Home):     (608) 754-0838
                        FAX :             (608) 754-1082
                        Email:   laugher@rice.edu

# EDUCATION

|      | SCHOOL                   | YEAR | MAJOR                       |
|------|--------------------------|------|-----------------------------|
| B.S. | Carnegie-Mellon University | 1957 | Metallurgical Engineering |
| M.S. | Carnegie-Mellon University | 1959 | Psychology                  |
| Ph.D. | Carnegie-Mellon University | 1961 | Psychology                 |

PSC025282

# PROFESSIONAL WORK EXPERIENCE

Emeritus Professor of Psychology (2002 – present), Herbert S. Autrey Professor of Psychology (1994 - 2002), Henry R. Luce Professor of Engineering Psychology (1984-1994), Chair, Department of Psychology (1987-1990), Rice University, Houston, Texas. Teaching, research, academic administration.

Professor (1972-1983) and Chairman (1972-1978), Department of Psychology, University of Houston, Houston, Texas. Teaching, research, academic administration.

Visiting Professor, Department of Psychology, Rice University, Houston, Texas. January, 1982 - December, 1982.

Assistant Professor (1963-1966), Associate Professor (1966-1970), Professor (1970-1972), Departments of Psychology and Industrial Engineering (joint appointment), Chairman of Industrial Engineering (1967-1969), Head of Cognitive Psychology Area (1970-1972), State University of New York at Buffalo. Teaching, research, academic administration.

Research Psychologist, Cornell Aeronautical Laboratory, Inc., Buffalo, New York. June 1963-1972. (part time) Research in two areas - automobile driver performance, criminal justice.

Visiting Professor, Laboratory of Experimental Psychology, University of Sussex, England. August 1969 - July 1970, (sabbatical leave from SUNY at Buffalo).

Research Psychologist (Active Duty, Military), Human Engineering Laboratories, Aberdeen Proving Ground, Maryland. February 1962 - June 1963. Research on various applied projects.

Research Psychologist, International Business Machines Corporation, Poughkeepsie, New York. July 1961 - February 1962. Research on two projects: (1) interfaces between computers and computer operators, (2) characteristics of computers for the simulation of cognitive processes.

Staff Member, Psychology Group, Massachusetts Institute of Technology, Lincoln Laboratory. June 1960 - December 1960. Research on an artificial intelligence project.

PSC025283

# MEMBERSHIPS AND OFFICES IN PROFESSIONAL ORGANIZATIONS

American Psychological Association
American Psychological Society
Society of Industrial and Organizational Psychologists
Psychology and Law Society
Human Factors and Ergonomics Society
        Secretary-Treasurer (1987-1988)
        President (1991-1992)
International Ergonomics Association
        Council Representative (1995-2000)
        Executive Committee (1997-2006)
        Treasurer (2003-2006)

# CERTIFICATION

Certified Human Factors Professional - Board of Certification in Professional Ergonomics

# HONORS

Paul M. Fitts Award - Human Factors and Ergonomics Society
Arnold M. Small President's Distinguished Service Award -- Human Factors and Ergonomics Society
Fellow, Human Factors and Ergonomics Society
Fellow, International Ergonomics Association
Fellow, American Psychological Association
Fellow, American Psychological Society
Henry R. Luce Professorship at Rice University (1984-1994)
Herbert S. Autrey Professorship at Rice University (1994-2002)
Sigma Xi
Omicron Delta Kappa

# COURSES TAUGHT IN RECENT YEARS

Introductory Psychology
Human Factors
Human Memory
Foundations of Human Factors (Graduate)
Methods in Human Factors (Graduate)
System Reliability and Safety (Graduate)

PSC025284

# RESEARCH GRANTS AND CONTRACTS

1.  "Influence of serial order and sequential probability of letters in the language behavior of young adults." (Co-principal investigator - Roy Lachman)  Grant in Aid from State University of New York at Buffalo.  $800.  February, 1964 - August, 1964.

2.  "The effects of organizing processes in short-term memory."  The Research Foundation of State University of New York.  $400.  July, 1964 - September, 1965.

3.  "Ability of humans to keep track of changing events."  The Research Foundation of State University of New York.  $800.  October, 1964 - August, 1965.

4.  "Computer simulation of memory processes."  National Institute of Mental Health.  $57,569.  September, 1965 - August, 1968.

5.  "Computer simulation of memory processes."  National Institute of Mental Health.  $105,960.  September, 1968 - August, 1972.

6.  "Human memory and the identification process."  National Institute of Law Enforcement and Criminal Justice.  $9794.  September, 1970 - August, 1971.

7.  "A man-computer system for solution of the mug file problem." (Co-principal investigator - Ben T. Rhodes)  National Institute of Law Enforcement and Criminal Justice.  $394,368.  June, 1974 - June, 1977.

8.  "Pre-employment physical ability test development and validation for hourly over-the-water jobs."  Contract funded by Shell Oil Company.  $30,000.  July, 1979 - December, 1980.

9.  "Developing selection procedures for physical aspects of jobs in drilling installations."  Contract jointly funded by Helmerich and Payne, Inc. and Penrod Drilling Company.  $81,000.  August, 1980 - June, 1981.

10. "Pre-employment physical test development for land production and offshore drilling environments."  Contract funded by Shell Oil Company.  $40,000.  July, 1981 - September, 1982.

11. "Ergonomics applied to industrial accident analysis."  Contract funded by Shell Oil Company.  $65,300.  October, 1981 - May, 1983.

12. "Pre-employment physical test development for roughneck and roustabout jobs on Transworld drilling rigs."  Contract funded by Transworld Drilling Company.  $35,172.  January, 1982 - May, 1982.

13. "Pre-employment physical test development for roustabout jobs on offshore production facilities".  Contract funded by Kerr-McGee Corporation.  $10,000, December, 1983 - March, 1984.

14. "Physical abilities and performance tests for coal miner jobs."  Contract funded by A.T. Massey Coal Company.  $63,147,  May, 1985 - May, 1986.

15. "Pre-employment physical test development for steward, utility and warehouse jobs."  Contract funded by Oceanic Butler, Inc. $10,000, August, 1985 - August, 1986.

16. "An evaluation of the design and effectiveness of automobile facilitators (instructions, warnings and labels)."  Contract funded by General Motors Corporation.  $30,775, May, 1987 - September, 1987.

4

PSC025285

17.  "Development of a manual for use in automobile facilitator (instructions, warnings and labels) design and evaluation."  Contract funded by General Motors Corporation.  $20,900, May, 1988 - September, 1988.

18.  "Survey of elderly car buyers based on the CPC/AVE Human Factors Criteria."  Contract funded by General Motors Corporation.  $29,345, January, 1989 - July, 1989.

19.  "Development and validation of physical screening tests for the Texas City Plant."  Contract funded by Union Carbide Corporation.  $68,217,  March, 1989 - August, 1990.

20.  "Effectiveness of alternative alcohol warning labels."  National Institute of Alcohol Abuse and Alcoholism.  $114,350.  April, 1990 - August, 1991.

21.  "Development and validation of a method for pre-employment assessment of physical abilities."  Contract funded by Federal Express Corporation.  $165,795, July, 1991 - April, 1993.

22.  "Analysis of the Physical Demands of High Risk Jobs in the Methodist Hospital System."  Contract funded by Methodist Hospital.  $68,203, July, 1992 - March, 1994.

23.  "Revalidate methods for pre-employment assessment of physical abilities at Shell Western Exploration and Production, Inc. and Cal Resources LLC."  Contract funded by Shell Oil Company.  $69,275, June, 1996 - June, 1997.

PSC025286

## EDITED BOOKS

Kasschau, R. A., Lachman, R. and Laughery, K. R. (Eds.)  Information technology and Psychology: Prospects for the Future.  New York, Praeger, 1982.

Laughery, K.R., Wogalter, M.S. and Young, S.L. (Eds.)  Human Factors Perspectives on Warnings.  Santa Monica, Human Factors and Ergonomics Society, 1994.

Wogalter, M.S., DeJoy, D.M. and Laughery, K.R. (Eds.)  Warnings and Risk  Communication.  London, Taylor & Francis, 1999.

Wogalter, M.S., Young, S.L. and Laughery, K.R. (Eds.)  Human Factors Perspectives on Warnings, Vol. 2.  Santa Monica, Human Factors and Ergonomics Society, 2001.

## PUBLICATIONS IN PROFESSIONAL JOURNALS AND PROCEEDINGS

1.  Green, B. F., Wolf, A. K., Chomsky, C. and Laughery, K. R. Baseball: an automatic question answerer.  Reprinted in Computers and Thought, Feigenbaum and Feldman (Eds.), New York, McGraw-Hill, 1963. This paper was originally published in the Proceedings of the Western Joint Computer Conference, Los Angeles, May, 1961.

2.  Laughery, K. R. and Gregg, L. W.  Simulation of human problem-solving behavior.  Reprinted in Computer Simulation of Human Behavior.  Dutton and Starbuck (Eds.), New York, Wiley, 1971. This paper was originally published in Psychometrika, 1962, 27, 265-282.

3.  Gregg, L. W., Chenzoff, A. P. and Laughery, K. R.  The effects of presentation rate, substitution, and mode of response in paired-associate learning.  American Journal of Psychology, 1963, 76, 110-115.

4.  Braunstein, M. L., Laughery, K. R. and Siegfried, J. B.  Computer simulation of the automobile driver: a model of the car follower.  Highway Research Record, 1963, 55, 21-28.

5.  Braunstein, M. L. and Laughery, K. R.  Detection of vehicle velocity changes during expressway driving.  Human Factors,1964, 6, 327-332.

6.  Monty, R. A., Taub, H. A. and Laughery, K. R.  Keeping track of sequential events:  effects of rate, categories and trial length.  Journal of Experimental Psychology, 1965, 69, 224-229.

7.  Lachman, R. and Laughery, K. R.  Letter association and sequence norms.  Psychonomic Science, 1965, 2, 103-104.

8.  Laughery, K. R.  The human factors laboratory in industrial engineering.  Journal of Engineering Education, 1965, 56, 40-43.

9.  Laughery, K. R., Lachman, R. and Dansereau, D.  Short-term memory: effects of item pronunciation time.  APA Conference Proceedings, Chicago, 1965.

10.  Glucksberg, S. and Laughery, K. R.  Sequential memory as a function of total time of information exposure and availability of information storage strategies.  APA Conference Proceedings, Chicago, 1965.

11.  Lachman, R., Laughery, K. R. and Field, W. H.  Recognition and recall of high frequency words following serial learning.  Psychonomic Science, 1966, 4, 225-226.

PSC025287

12.	Kidd, E. A. and Laughery, K. R. Computer model of driving behavior: the highway intersection situation. Highway Research Record, 1966, 118, 96-97.

13.	Laughery, K. R. and Pinkus, A. L. Short-term memory: effects of acoustic similarity, presentation rate and presentation mode. Psychonomic Science, 1966, 6, 286-286.

14.	Taub, H. A., Monty, R. A. and Laughery, K. R. Keeping track of sequential events: effects of stimulus on-time and inter-stimulus off-time. Perceptual and Motor Skills, 1967, 24, 159-166.

15.	Cimbalo, R. A. and Laughery, K. R. Short-term memory: effects of auditory and visual similarity. Psychonomic Science, 1967, 2, 57-58.

16	Kidd, E. A. and Laughery, K. R. Urban intersection: defining requirements for crossing manuvers. Bureau of Public Roads R and D Proceedings, Washington, D.C., 1967.

17.	Laughery, K. R., Anderson, T. E. and Kidd, E. A. A computer simulation model of driver-vehicle performance at intersections. ACM Conference, Washington, D. C., 1967.

18.	Pinkus, A. L. and Laughery, K. R. Short-term memory: effects of pronounciability and phonemic uniqueness of chunks. APA Conference Proceedings, Washington, D. C., 1967.

19.	Anderson, T. E., Laughery, K. R. and Kidd, E. A. Computer simulation of driver behavior. Society of Automotive Engineering Conference Proceedings, Anaheim, California, 1967.

20.	Lachman, R. and Laughery, K. R. Is a test trial a training trial in free recall learning? Journal of Experimental Psychology, 1968, 76, 40-50.

21.	Laughery, K. R. and Pinkus, A. L. Recoding and presentation rate in short-term memory. Journal of Experimental Psychology, 1968, 76, 636-641.

22.	Laughery, K. R. The digital computer in Psychology. In Vinacke (Ed.) Readings in Introductory Psychology, New York, American Book Company, 1968.

23.	Laughery, K. R. Computer simulation of short-term memory: a component decay model. In Bower and Spence (Eds.) The Psychology of Learning and Motivation: Advances in Research and Theory. New York, Academic Press, 1969.

24.	Laughery, K. R. A strategy for learning, retention and transfer research. Proceedings of the Honeywell Conference on Learning, Retention and Transfer, Winterpark, Florida, 1969.

25.	Laughery, K. R. and Pinkus, A. L. Explorations with a simulation model of short-term memory. Proceedings of the International Joint Conference on Artificial Intelligence, Washington, D. C., 1969.

26.	Laughery, K. R. and Fell, J. C. Subject preferences and the nature of information stored in short-term memory. Journal of Experimental Psychology, 1969, 82, 193-197.

27.	Fell, J. C. and Laughery, K. R. Short-term memory: mode of presentation for alphanumeric information. Human Factors, 1969, 11, 401-406.

28.	Laughery, K. R. Short-term memory: some fundamentals of human information processing. Reprinted in Orbit, 1970, 5, 8-23. This paper was originally published in the Proceedings of the International Symposium on Man-Machine Systems, Cambridge, England, 1969.

29.	Laughery, K. R. and Harris, G. J. Visual and auditory intrusion errors in short-term memory. Journal of Experimental Psychology, 1970, 83, 101-106.

PSC025288

30. Laughery, K. R. and Pinkus, A. L.  A simulation model of short-term memory: parameter sensitivity studies and implications for two current issues.  Journal of Mathematical Psychology, 1970, 7, 554-571.

31. Pinkus, A. L. and Laughery, K. R.  Recoding and grouping processes in short-term memory: effects of subject-pacing presentation.  Journal of Experimental Psychology, 1970, 85, 335-341.

32. Laughery, K. R. and Bergman, M. E.  Short-term memory: effects of ordered versus serial recall on the serial position curve.  APA Conference Proceeding, Miami, 1970, 89-90.

33. Laughery, K. R., Alexander, J. F. and Lane, A. B.  Recognition of human faces: effects of target exposure time, target position, pose position and type of photograph.  Journal of Applied Psychology, 1971, 55, 477-483.

34. Welte, J. W. and Laughery, K. R.  Short-term memory: the effects of inter-item time distribution and recall procedure.  Canadian Journal of Psychology, 1971, 25, 436-442.

35. Laughery, K. R. and Spector, A.  The role of recoding and rhythm in memory organization.  Journal of Experimental Psychology, 1972, 94, 41-48.

36. Laughery, K. R.  Photograph type and cross-racial factors in facial identification.  In Zavala and Paley (Eds.), Personal Appearance Identification, Springfield, Illinois, Charles C. Thomas, 1972.

37. Spector, A., Laughery, K. R. and Finkelman, D. G.  Rehearsal and organization in intentional forgetting.  Journal of Experimental Psychology, 1973, 98, 169-174.

38. Laughery, K. R., Welte. J. and Spector, A.  Acoustic and visual coding in primary and secondary memory.  Journal of Experimental Psychology, 1973, 99, 323-329.

39. Laughery, K. R., Fessler, P.K., Lenorovitz, D.R. and Yoblick, D.A.  Time delay and similarity effects in facial recognition.  Journal of Applied Psychology, 1974, 59, 490-496.

40. Spector, A. and Laughery, K. R.  Rehearsal as a control process.  Bulletin of the Psychonomic Society, 1975, 6, 373-376.

41. Laughery, K. R.  Memory: computer simulation.  In Wolman (Ed.) Psychoanalysis and Neurology, Boston, Van Nostrand, 1977.

42. Laughery, K. R. and Fowler, R. H.  Facial recognition: effects of changing accessories.  Porceedings of the Human Factors Society 21st Annual Meeting, San Francisco, 1977, 159-163.

43. Laughery, K. R. and Smith, V. L.  Suspect identification following exposure to sketches and Identi-kit composites.  Proceedings of the Human Factors Society 22nd Annual Meeting, Detroit, 1978, 631-635.

44. Laughery, K. R. and Fowler, R. H.  Sketch artist and Identi-kit procedures for recalling faces.  Journal of Applied Psychology, 1980, 65, 307-316.

45. Laughery, K. R., Smith, V. L. and Yount, M. B.  Visual support devices: evaluation of a new technique for constructing facial images.  Proceedings of the Human Factors Society 24th Annual Meeting, Los Angeles, 1980, 302-305.

46. Laughery, K. R., Rhodes, B. T. and Batten, G. W.  Computer guided recognition and retrieval of facial images.  In Ellis (Ed.) Perceiving and Remembering Faces. New York, Academic Press, 1981.

PSC025289

47.   Mauldin, M. A. and Laughery, K. R.  Composite production effects on subsequent facial recognition. Journal of Applied Psychology, 1981, 66, 351-357.

48.   Yount, M. B. and Laughery, K. R.  Facial memory: constructing familiar and unfamiliar faces. Bulletin of the Psychonomic Society, 1982, 19, 80-82.

49.   Laughery, K. R. and Jackson, A. S.  Preemployment physical testing for jobs on drilling rigs. Proceedings of the Human Factors Society 26th Annual Meeting, Seattle, 1982, 369-373.

50.   Laughery, K. R., Petree, B. L., Schmidt, J. K., Schwartz, D. R., Walsh, M. T. and Imig, R. C. Scenario analyses of industrial accidents.  Proceedings of the Sixth International System Safety Conference, Houston, 1983, 8.2.1-8.2.21.

51.   Godfrey, S.S., Allender, L., Laughery, K. R. and Smith, V. L.  Warning messages: Will the consumer bother to look?  Proceedings of the Human Factors Society 27th Annual Meeting, Norfolk, 1983, 950-954.

52.   DePontbriand, R. J., Schwartz, D. R. and Laughery, K. R.  Hazard rating effects on consumer buying decisions.  Proceedings of the Human Factors Society 27th Annual Meeting, Norfolk, 1983, 955-957.

53.   Lenorovitz, D. R. and Laughery, K. R.  A witness-computer interactive system for searching mug files.  In Wells and Loftus (Eds.) The Psychology of Eyewitness Testimony, Cambridge, Cambridge University Press, 1983.

54.   Laughery, K. R., Jr. and Laughery, K. R., Sr.  Human factors in software engineering: A review of the literature.  Journal of Systems and Software, 1985, 5.

55.   Laughery, K. R.  A computerized data base for identifying industrial accident scenarios.  In Salvendy (Ed.) Advances in Human Factors/Ergonomics, 1: Human-Computer Interaction. Amsterdam, Elsevier, 1984.

56.   Laughery, K.R.  Accident proneness and intervention strategies for safety.  In Hendrick and Brown (Eds.) Human Factors in Organizational Design and Management.  Amsterdam, North-Holland, 1984.

57.   Jackson, A. S., Osburn, B. G. and Laughery, K. R.  Validity of isometric strength tests for predicting performance in physically demanding jobs.  Proceedings of the Human Factors Society 28th Annual Meeting, San Antonio, October, 1984, 452-454.

58.   Godfrey, S.S. and Laughery, K.R.  The biasing effects of product familiarity on consumers' awareness of hazard.  Proceedings of the Human Factors Society 28th Annual Meeting, San Antonio, October, 1984, 483-486.

59.   Schmidt, J.K., Petree, B.L. and Laughery, K.R.   The test of a task re-design. Proceedings of the Human Factors Society 28th Annual Meeting, San Antonio, October, 1984, 829-831.

60.   Laughery, K.R. and Schmidt, J.K.  Scenario analyses of back injuries in industrial accidents. Proceedings of the Human Factors Society 28th Annual Meeting, San Antonio, October, 1984, 471-475.

61.   Laughery, K.R., Sr. and Laughery, K.R., Jr.  Analytic techniques for function analysis.  In Salvendy (Ed.) Handbook of Human Factors/Ergonomics.  New York, Wiley, 1987, 329-354.

62.   Laughery, K.R. and Brems, D.J.  An analysis of 4923 industrial accidents.  Proceedings of the Human Factors Society 29th Annual Meeting, Baltimore, October, 1985, 536-540.

PSC025290

63.  Wogalter, M.S., Fontenelle, G.A. and Laughery, K.R.  Behavioral effectiveness of warnings. Proceedings of the Human Factors Society 29th Annual Meeting, Baltimore, October, 1985, 679-683.

64.  Godfrey, S.S., Rothstein, P.R. and Laughery, K.R.  Warnings: Do they make a difference? Proceedings of the Human Factors Society 29th Annual Meeting, Baltimore, October, 1985, 669-673.

65.  Laughery, K.R., Duval, G.C. and Wogalter, M.S.  Dynamics of facial recall.  In Ellis, Jeeves, Newcombe and Young (Eds.) Aspects of Face Processing, Dordrecht, Nijhoff, 1986, 373-387.

66.  Laughery, K.R., Hayes, T.L., Jackson, A.S., Osburn, H.G. and Hogan, J.C.  Physical abilities and performance tests for coal miner jobs.  Proceedings of the Human Factors Society 30th Annual Meeting, Dayton, October, 1986, 377-391.

67.  Godfrey, S.S., Fontenelle, G.A., Brems, D.J., Brelsford, J.W. and Laughery, K.R.  Scenario analysis of children's ingestion accidents.  Proceedings of the Human Factors Society 30th Annual Meeting, Dayton, October, 1986, 566-569.

68.  Laughery, K.R. and Wogalter, M.S.  Forensic applications of facial memory research.  In Young and Ellis (Eds.) Handbook of Research of Face Processing.  Amsterdam, Elsevier, 1989, 519-555.

69.  Wogalter, M.S. and Laughery, K.R.  Face recognition effects of study to test maintenance and change of photographic mode and pose.  Applied Cognitive Psychology, 1987, 1, 241-253.

70.  Wogalter, M.S., Godfrey, S.S., Fontenelle, G.A., Desaulniers, D.R., Rothstein, P.R. and Laughery, K.R.  Effectiveness of Warnings, Human Factors, 1987, 29, 599-612.

71.  Mayer, D.L., Jones, S.F. and Laughery, K.R.  Accident proneness in the industrial setting. Proceedings of the Human Factors Society 31st Annual Meeting, New York, October, 1987, 196-199.

72.  Lozada-Larsen, S.R. and Laughery, K.R.  Do identical circumstances preceed minor and major injuries?  Proceedings of the Human Factors Society 31st Annual Meeting, New York, October, 1987, 200-204.

73.  Laughery, K.R. and Jones, S.F.  An analysis of 7131 employee accidents in a refining and manufacturing complex.  Proceedings of the International Ergonomics Association 10th Congress, Sidney, August, 1988, 307-309.

74.  Laughery, K.R., Jackson, A.S. and Fontenelle, G.A.  Isometric strength tests:  Predicting performance in physically demanding transport tasks.  Proceedings of the Human Factors Society 32nd Annual Meeting, Anaheim, October, 1988, 695-699.

75.  Laughery, K.R. and Stanush, J.A.  Effects of warning explicitness on product perceptions.  Proceedings of the Human Factors Society 33rd Annual Meeting, Denver, October, 1989, 431-435.

76.  Vaubel, K.P., Donner, K.A., Parker, S.L., Laux, L.F. and Laughery, K.R.  Public knowledge and understanding of overhead electrical powerlines: A second look.  Proceedings of the Human Factors Society 33rd Annual Meeting, Denver, October, 1989, 560-564.

77.  Wogalter, M.S., Desaulniers, D.R., Brelsford, J.W. and Laughery, K.R.  Consumer product warnings: The role of hazard perception.  Journal of Safety Research, 1991, 22, 71-82.

78.  Laughery, K.R., Mayer, D.L. and Vaubel, K.P.  Tire-rim explosions: Human factors analyses of case studies data.  Proceedings of the Human Factors Society 34th Annual Meeting, Orlando, October, 1990, 584-588.

PSC025291

79.  Laughery, K.R. and Young, S.L.  Consumer product warnings: design factors that influence noticeability.  In Queinnec and Daniellou (Eds.) Designing for Everyone, Vol 2.  Paris, Taylor & Francis, 1991, 1104-1106.

80.  Godfrey, S.S., Laughery, K.R., Young, S.L., Vaubel, K.P., Brelsford, J.W.  Laughery, K.A. and Horn, E.  The new alcohol warning labels: How noticeable are they?  Proceedings of the Human Factors Sociey 35th Annual Meeting, San Francisco, September, 1991, 446-450.

81.  Laughery, K.R., Rowe-Hallbert, A.L., Young, S.L., Vaubel, K.P. and Laux, L.F.  Effects of explicitness in conveying severity information in product warnings.  Proceedings of the Human Factors Sociey 35th Annual Meeting, San Francisco, September, 1991, 481-485.

82.  Laughery, K.R. and Young, S.L.  An eye scan analysis of accessing product warning information.  Proceedings of the Human Factors Sociey 35th Annual Meeting, San Francisco, September, 1991, 585-589.

83.  Jackson, A.S., Osburn, H.G., Laughery, K.R. and Vaubel, K.R.  Strength demands of chemical plant work tasks.  Proceedings of the Human Factors Sociey 35th Annual Meeting, San Francisco, September, 1991, 758-762.

84.  Jackson, A.S., Osburn, H.G. and Laughery, K.R.  Validity of isometric strength tests for predicting endurance work tasks of coal miners.  Proceedings of the Human Factors Sociey 35th Annual Meeting, San Francisco, September, 1991, 763-767

85.  Laughery, K.R. and Brelsford, J.W.  Receiver characteristics in safety communications.  Proceedings of the Human Factors Sociey 35th Annual Meeting, San Francisco, September, 1991, 1068-1072.

86.  Young, S.L., Laughery, K.R. and Bell, M.  Effects of two type density characteristics on the legibility of print.  Proceedings of the Human Factors Sociey 36th Annual Meeting, Atlanta, October, 1992, 504-508.

87.  Laughery, K.R., Young, S.L. and Rowe, A.  Swimming pool diving accidents: Human factors analysis of case study data.  Proceedings of the Human Factors Sociey 36th Annual Meeting, Atlanta, October, 1992, 598-602.

88.  Jackson, A.S., Osburn, H.G., Laughery, K.R. & Vaubel, K.P.  Validity of isometric strength tests for predicting the capacity to crack, open, and close industrial valves.  Proceedings of the Human Factors Sociey 36th Annual Meeting, Atlanta, October, 1992, 688-691.

89.  Laughery, K.R. and Young, S.L.  Alcohol Warning Labels: Making a difference?  Encyclopaedia Britannica Medical and Health Annual, 1993, 168-171.

90.  Laughery, K.R., Young, S.L., Vaubel, K.P. and Brelsford, J.W.  The noticeability of warnings on alcoholic beverage containers.  Journal of Public Policy & Marketing, 1993. 12, 38-56.

91.  Laughery, K.R., Vaubel, K.P., Young, S.L. and Brelsford, J.W.  Explicitness of consequence information in warnings.  Safety Science, 1993, 16, 597-613.

92.  Laughery, K.R.  Everybody knows: Or do they?  Ergonomics In Design, 1993, July, 8-13.

93.  Laughery, K.R. and Vaubel, K.P.  Major and minor injuries at work: Are the circumstances similar or different?  International Journal of Industrial Ergonomics, 1993. 12, 273-279.  (Also printed in Proceedings of the M.M. Ayoub Occupational Ergonomics Symposium, Lubbock, April, 1993, 33-40.)

11

94.  Laughery, K.R.  Ergonomics and the American consumer.  Proceedings of the Meeting on Ergonomics in Russia, the Other Independent States, and Around the World, St.Petersburg, Russia, June, 1993.

95.  Laughery, K.R., Young, S.L., Vaubel, K.P., Hammond, A. and Lovvoll, D.R.  A multi-dimensional analyses of perceived risk for consumer products.  Proceedings of the 12th Triennial Congress of the International Ergonomics Association, Vol 5, Toronto, August, 1994, 344-347.

96.  Laughery, K.R. and Vaubel, K.P.  Individual differences and accident liability for jobs in the petrochemical refining industry.  Proceedings of the 12th Triennial Congress of the International Ergonomics Association, Vol 2, Toronto, August, 1994, 50-52.

97.  Lovvoll, D.R., Laughery, K.R., Wogalter, M.S. and Terry, S.A.  Risk perception issues in the use of motorized shoulder belt/manual lap belt systems.  Proceedings of the Human Factors and Ergonomics Society 38th Annual Meeting, Nashville, October, 1994, 456-460.

98.  Young, S.L. and Laughery, K.R.  Components of perceived risk: A reconciliation of previous findings. Proceedings of the Human Factors and Ergonomics Society 38th Annual Meeting, Nashville, October, 1994, 888-892.

99.  Laughery, K.R., Lovvoll, D.R. and Wogalter, M.S.  Allocation of responsibility for product safety. Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting, San Diego, October, 1995, 435-439.

100. Young, S.L., Wogalter, M.S., Laughery, K.R., Magurno, A. and Lovvoll, D.  Relative order and space allocation of message components in hazard warning signs.  Proceedings of the Human Factors and Ergonomics Society 39th Annual Meeting, San Diego, October, 1995, 969-973..

101. Wogalter, M.S. and Laughery, K.R.  Warning! Sign and label effectiveness.  Current Directions in Psychological Science, 1996, 5, 33-37.

102. Jackson, A.S., Borg, G., Zhang, J.J., Laughery, K.R. and Chen, J.  Function of physical working capacity on psychophysical lift ratings.  Proceedings of the XIth Annual International Industrial Ergonomics and Safety Conference, Zurich, July, 1996.

103. Laughery, K.R., Laughery, K.A. and Lovvoll, D.R.  Automatic shoulder belt manual lap belt restraint systems: Human factors analyses of case studies data.  Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting, Philadelphia, September, 1996, 492-296.

104. McQuilkin, M.L., Laughery, K.R. and Lovvoll, D.R.  Perceptions of risk associated with drinking alcoholic beverages.  Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting, Philadelphia, September, 1996, 801-804.

105. Laughery, K.R., Lovvoll, D.R. and McQuilkin, M.L.  Allocation of responsibility for child safety. Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting, Philadelphia, September, 1996, 810-813.

106. Lovvoll, D.R., Laughery, K.R., McQuilkin, M.L. and Wogalter, M.S.  Responsibility for product safety in the work environment.  Proceedings of the Human Factors and Ergonomics Society 40th Annual Meeting, Philadelphia, September, 1996, 814-817.

107. Laughery, K.R. and Wogalter, M.S.  Warnings and risk perception.  In Salvendy (Ed.), Handbook of Human Factors and Ergonomics, Second Edition.  New York, Wiley, 1997, 1174-1197.

108. Laughery, K.R.  The role of ergonomics in product liability litigation.  Proceedings of the International Ergonomics Association Meeting, Tampere, Finland, July, 1997, 436-438.

PSC025293

109.   Jackson, A.S., Borg, G., Zhang, J.J., Laughery, K.R. and Chen, J.  Role of physical work capacity and load weight on psychophysical lift ratings.  International Journal of Industrial Ergonomics, 1997, 20, 181-190.

110.   Wogalter, M.S., Laughery, K.R. and Barfield, D.A.  Effect of container shape on hazard perceptions.  Proceedings of the Human Factors and Ergonomics Society 41st Annual Meeting, Albuquerque, September, 1997, 390-394.

111.   Laughery, K.R., Laughery, B.R., McQuilkin, M.L. and Lovvoll, D.R.  Allocation of responsibility for product safety: Warning and severity of injury effects.  Proceedings of the Human Factors and Ergonomics Society 41st Annual Meeting, Albuquerque, September, 1997, 543-547.

112.   Laughery, K.R.  Product safety: Factors that influence who is responsible.  Proceedings of the Fifth Southeast Asian Ergonomics Society Conference.  Kuala Lumpur, Malaysia, November, 1997, 26-33.

113.   Laughery, K.R., Laughery, B.R., Lovvoll, D.R., McQuilkin, M.L. and Wogalter, M.S.  Effects of warnings on responsibility allocation.  Psychology and Marketing, 1998, 15, 687-706.

114.   Laughery, K.R. and Vaubel, K.P.  The role of accident experiences on subsequent accident events.  In Feyer and Williamson (Eds.), Occupational Injury: Risk, Prevention and Intervention.  London, Taylor & Francis, 1998, 33-43.

115.   Wogalter, M.S., Brantley, K.A., Laughery, K.R. and Lovvoll, D.R.  Effects of warning quality and expert testimony on allocation of responsibility for consumer product accidents.  Proceedings of the Human Factors and Ergonomics Society 42nd Annual Meeting, Chicago, October, 1998, 665-669.

116.   Laughery, K.R., Laughery, K.A. and Lovvoll, D.R.  Tire-rim mismatch explosions: The role of on-product warnings.  Proceedings of the Human Factors and Ergonomics Society 42nd Annual Meeting, Chicago, October, 1998, 1088-1092.

117.   Bogner, M.S., Weinger, M.B., Laughery, K.R., Haas, E.C. and Admunson, D.O.  Warnings in Health Care.  Gateway, 1998, 9, 1-3.

118.   Meingast, M.E., Laughery, K.R., Laughery, B.R. and Lovvoll, D.R.  Warning and risk taking in the allocation of responsibility for consumer product safety.  Proceedings of the Human Factors and Ergonomics Society 43rd Annual Meeting, Houston, October, 1999, 594-597.

119.   Laughery, K.R. and Hammond, A.  Overview.  In Wogalter, M.S., DeJoy, D.M. and Laughery, K.R. (Eds.)  Warnings and Risk Communication.  London, Taylor & Francis, 1999, 3-13.

120.   Wogalter, M.S., DeJoy, D.M. and Laughery, K.R.  Organizing theoretical framework: A consolidated communication-human information processing (C-HIP) model.  In Wogalter, M.S., DeJoy, D.M. and Laughery, K.R. (Eds.)  Warnings and Risk Communication.  London, Taylor & Francis, 1999, 15-23.

121.   Laughery, K.R.  The expert witness.  In Wogalter, M.S., DeJoy, D.M. and Laughery, K.R. (Eds.)  Warnings and Risk Communication.  London, Taylor & Francis, 1999, 331-349.

122.   Laughery, K.R., Laughery, B.R., Meingast, M.E., Bean, R.N. and Wogalter, M.S.  Pain and suffering awards for consumer product accidents: Effects of plaintiff-defendant liability and injury severity.  Proceedings of the IEA 2000/HFES 2000 Congress, San Diego, 2000, Vol. 4, 120-123.

123.   Laughery, K.R., Laughery, B.R., Meingast, M.E., Bean, R.N. and Wogalter, M.S.  Allocation of pain and suffering awards for consumer product accidents: Effects of level of economic damages.  Proceedings of the IEA 2000/HFES 2000 Congress, San Diego, 2000, Vol. 4, 128-131.

PSC025294

124.  Laughery, K.R., Paige, D., Bean, R.N. and Wogalter, M.S.  Pain and suffering awards for consumer product accidents: Effects of suggesting day-rate information.  <u>Proceedings of the Human Factors and Ergonomics Society 45th Annual Meeting</u>, Minneapolis, October, 2001, 843-847.

125.  Fleetwood, M.D., Paige, D.L., Fick, C.S. and Laughery, K.R.  An analysis of telephone messages: Minimizing unproductive replay time. <u>Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting</u>, Baltimore, October, 2002, 597-601.

126.  Mehlenbacher, B., Wogalter, M.S. and Laughery, K.R.  On the reading of product owner's manuals: Perceptions and product complexity. <u>Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting</u>, Baltimore, October, 2002, 730-734.

127.  Laughery, K.R., Paige, D.L., Laughery, B.R., Wogalter, M.S., Kalsher, M.J. and Leonard, S.D.  Guidelines for warnings design: Do they matter? <u>Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting</u>, Baltimore, October, 2002, 1708-1712.

128.  Laughery, K.R., Paige, D.L., Wogalter, M.S. and Bean, R.N.  Punitive damages awards in civil litigation: Effects of profit information and amount of pain and suffering award. <u>Proceedings of the Human Factors and Ergonomics Society 46th Annual Meeting</u>, Baltimore, October, 2002, 880-884.

129.  Laughery, K.R.  Human error: Current perspectives and implications for assessing blame.  <u>Proceedings of the III Congress in Ergonomics: Ergonomics in Manufacturing Systems</u>, Lisbon, Portugal, April, 2003.
Also appeared in the <u>Proceedings of the V Congress of the Society of Mexican Ergonomists</u>, Juarez, Mexico, May, 2003.

130.  Paige, D.L. and Laughery, K.R.  Risk perception: The effects of technical knowledge – or lack of it.  Proceedings of the XVth Triennial Congress of the International Ergonomics Association, Soeul, Korea, August, 2003.

131.  Laughery, K.R. and Paige, D.L.  Warnings research: A methodological analysis of rating procedures.  Proceedings of the XVth Triennial Congress of the International Ergonomics Association, Soeul, Korea, August, 2003.

132.  Paige, D.L., Laughery, K.R. and Bean, Richard N.  The effects of defendant profit information on compensatory and punitive damage awards in civil litigation. <u>Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting</u>, Denver, October, 2003, 835-838.

133.  Laughery, K.R. and Paige, D.L.  The effectiveness of warning information in dietary supplement product labels. <u>Proceedings of the Human Factors and Ergonomics Society 47th Annual Meeting</u>, Denver, October, 2003, 1740-1743.

134.  Paige-Smith, D.L., Laughery, K.R. and Bean, R.N.  Defendant wealth and civil litigation: The effects of profit levels   on compensatory and punitive damages.  <u>Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting</u>, New Orleans, September, 2004, 1140.1144.

135.  Kalsher, M., Wogalter, M.S. and Laughery, K.R.  Assessing people's knowledge and awareness of dietary supplements.  <u>Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting</u>, New Orleans, September, 2004, 1736-1740.

136.  Laughery, K.R. and Wogalter, M.S.  The warning expert.  In Noy, Y.I. and Karwowski, W. (Eds.) <u>Handbook of Human Factors in Litigation</u>. Boca Ratan, Florida, CRC, 2004, V, 30-1 – 30-14.

137.  Wogalter, M.S. and Laughery, K.R. Effectiveness of consumer product warnings: Design and forensic considerations. In Noy, Y.I. and Karwowski, W. (Eds.)  <u>Handbook of Human Factors in Litigation</u>. Boca Ratan, Florida, CRC, 2004, V, 31-1 – 31-11.

14

138.  Laughery, K.R. and Paige-Smith, D.  Explicit information in warnings.  In Wogalter, M.S. (Ed.)
      Handbook of Warnings, Mahwah, New Jersey, Erlbaum, 2006, 419-428.

139.  Laughery, K.R. and Wogalter, M.S.  The warning expert in civil litigation.  In Wogalter, M.S. (Ed.)
      Handbook of Warnings, Mahwah, New Jersey, Erlbaum, 2006, 605-616.

140.  Williams, K.J., Kalsher, M.J. and Laughery, K.R.  Allocation of responsibility for injuries.  In Wogalter,
      M.S. (Ed.) Handbook of Warnings, Mahwah, New Jersey, Erlbaum, 2006, 617-628.

141.  Paige-Smith, D, Laughery, K.R., Williams, K.J. and Kalsher, M.J.   Jury decision making in civil
      litigation: Compensatory and punitive awards.  In Wogalter, M.S. (Ed.) Handbook of Warnings,
      Mahwah, New Jersey, Erlbaum, 2006, 629-634.

142.  Wogalter, M.S. and Laughery, K.R.  Warnings and hazard communications.  In Salvendy (Ed.),
      Handbook of Human Factors and Ergonomics, Third Edition.  New York, Wiley, 2006, 889-911.

143.  Laughery, K.R.  Safety communications: Warnings.  Applied Ergonomics.  2006, 37, 467-478.

144.  Laughery, K.R. and Wogalter, M.S.  Designing Effective Warnings.  In Williges (Ed.), Reviews of
      Human Factors and Ergonomics, Volume 2.  Santa Monica, Human Factors and Ergonomics Society,
      2006, 241-271.

145.  Laughery, K.R. and Wogalter, M.S.  On the symbiotic relationship between warnings research and
      forensics.  Human Factors.  2008, 50, 529-533.

15

PSC025296

# TECHNICAL REPORTS

1. Laughery, K. R. and Gregg, L. W.  Simulation of human problem-solving behavior.  I.B.M. Technical Publication No. TR-00-821, October, 1961.

2. Braunstein, M. L., Laughery, K. R. and Siegfried, J. B.  Computer simulation of driver behavior during car following: a methodological study.  Cornell Aeronautical Laboratory Report, No. YM-1797-H-1, October, 1963.

3. Laughery, K. R. and Bauer, R. W.  Platoon weapons preference: a questionaire study.  U. S. Army Human Engineering Laboratories Technical Memorandum, No. 18-63, November, 1963.

4. Kidd, E. A. and Laughery, K. R.  A computer model of driving behavior: the highway intersection situation.  Cornell Aeronautical Laboratory Report No. VJ-1843-V-1, June, 1964.

5. Lachman, R. and Laughery, K. R.  Letter-word association: lexical responses to alphabetic stimuli of 1180 college students.  State University of New York at Buffalo, Psychology Department, Technical Report No. 1, January, 1966.

6. Laughery, K. R. and Kidd, E. A.  Urban intersection study, Volume 1:  summary report.  Cornell Aeronautical Laboratory Report No. VJ-2120-V-1, September, 1968.

7. Anderson, T. E., Kidd, E. A. and Laughery, K. R.  Urban intersection study, Volume 2: a computer simulation model of driver behavior at intersections.  Cornell Aeronautical Laboratory Report No. VJ-2120-V-2, September, 1968.

8. Anderson, T. E., Laughery, K. R. and Maurer, D. E.  Urban intersection study, Volume 3: exploration study of individual driver behavior.  Cornell Aeronautical Laboratory Report No. VJ-2120-V-3, September, 1968.

9. Laughery, K. R.  Computer simulation of short-term memory: a component-decay model.  State University of New York at Buffalo, Technical Report, September, 1968.

10. Laughery, K. R., Fell, J. C. and Pinkus, A. L.  Short-term memory: a collection of three papers. State University of New  York at Buffalo, Technical Report, April, 1969.

11. Laughery, K. R.  Photograph type and cross-racial factors in  facial identification.  A chapter in Personal Appearance  Identification II: Psychological Studies of Human Identification and Recognition Processes.  A. Zavala (Ed.), Cornell Aeronautical Laboratory Report No. XM-2814-B-2, January, 1970.

12. Laughery, K. R., Alexander, J. F. and Lane, A. B.  Recognition of human faces: effects of target exposure time, target position,  pose position and type of photo.  APA Experimental  Publication System, April, 1971, 11, Ms. No. 379-2.

13. Laughery, K. R., Fessler, P.K., Lenorovitz, D.R. and Yoblick, D.A.  Human memory and the recognition process.  State University of New York at Buffalo, Technical Report, September, 1971.

14. Rhodes, B. T., Laughery, K. R., Batten, G. M. and Barginer, J. D. Mug file project report number UHMUG-1: summary report for a  research project "A man-computer system for solution of the mug file problem."  University of Houston, Technical Report, 1977.

15. Laughery, K. R., Duval, G. C. and Fowler, R. H.  Mug file project report number UHMUG-l2: an analysis of procedures for generating facial images.  University of Houston, Technical Report, 1977.

PSC025297

16.  Laughery, K. R. and Fowler, R. H.  Mug file project report number UHMUG-3: factors affecting facial recognition.  University of Houston, Technical Report, 1977.

17.  Duncan, F. H. and Laughery, K. R.  Mug file project report number UHMUG-4: the minolta montage synthesizer as a facial image generating device.  University of Houston, Technical Report, 1977.

18.  Laughery, K. R., Jackson, A. S., Sanborn, L. and Davis, G.  Pre-employment physical test development for offshore drilling and production environments.  Shell Oil Company, Technical Report, January, 1981.

19.  Laughery, K. R. and Bigby, D. G.  Pre-employment physical test development for roughneck and roustabout jobs on drilling rigs. Helmerich & Payne, Inc. and Penrod Drilling Company, Technical Report, July, 1981.

20.  Laughery, K. R. and Bigby, D. G.  Pre-employment physical test development for roughneck and roustabout jobs on Transworld drilling rigs.  Transworld Drilling Company, Technical Report, March, 1982.

21.  Laughery, K. R. and Jackson, A. S.  Pre-employment physical test development for land production and offshore drilling environments.  Shell Oil Company, Technical Report, August, 1982.

22.  Walsh, M. T., Laughery, K. R., Petree, B. L. and Schmidt, J. K. First report of injury or illness reporting guide. Shell Oil Company, Training Manual, March, 1983.

23.  Laughery, K.R. and Jackson, A.S.  Pre-employment physical test development for roustabout jobs on offshore production facilities. Kerr-McGee Corportion, Technical Report, March, 1984.

24.  Laughery, K.R., Osburn, H.G., Jackson, A.S., Hogan, J.C. and Hayes, T.L.  Physical abilities and performance tests for coal miner jobs.  A.T. Massey Coal Company, Technical Report,  December, 1985.

25.  Laughery, K.R., Jackson, A.S. and Fontenelle, G.A.  Pre-employment physical test development for steward, utility and warehouse jobs.  Oceanic Butler, Inc., Technical Report, August, 1986.

26.  Laughery, K.R. and Laux, L.F.  A human factors analysis of the design and effectiveness of automobile facilitators (instructions, warnings and labels). Rice University Technical Report, September, 1987.

27.  Laux, L.F. and Laughery, K.R.  Developing an effective vehicle facilitator system: A human factors approach.  Rice University Technical Report, September, 1987.

28.  Jackson, A.S., Osburn, H.G., Laughery, K.R., Vaubel, K.P. and Eldridge, J.A.  Validation of physical strength tests for the Texas City Plant, Union Carbide Corporation.  Rice University Technical Report, August, 1990.

29.  Laughery, K.R., Young, S.L., Vaubel, K.P., Brelsford, J.W. and Godfrey, S.S.  Effectiveness of alternative alcohol warning labels.  Rice University Technical Report, November, 1991.

30.  Jackson, A.S., Osburn, H.G., Laughery, K.R. and Young, S.L.  Validation of physical strength tests for the Federal Express Corporation.  Rice University Technical Report, April, 1993.

31.  Jackson, A.S., Zhang, J. J., Laughery, K.R., Osburn, H.G. and Young, S. L.  Final Report: Patient Lifting Tasks at Methodist Hospital.  Rice University Technical Report, December, 1994.

17

PSC025298

32.   Jackson, A.S., Osburn, H.G., Laughery, K.R. and Sekula, Brian K.  Revalidation of methods for pre-
      employment assessment of physical abilities at Shell Western Exploration and Production Inc., and
      CalResources LLC.  February, 1998.

PSC025299

# PAPERS AND SYMPOSIA

1. Laughery, K. R.  The effect of substitution vs. nonsubstitution and spelling vs. pronouncing in paired associate learning.  Midwestern Psychological Association, Chicago, 1959.

2. Laughery, K. R. and Moshein, P.  The effects of threo sulfate upon food and water consumption and maze performance.  American Psychological Association, Chicago, 1960.

3  Laughery, K. R.  The simulation of problem-solving behavior.  Midwestern Psychological Association, Chicago, 1961.

4. Laughery, K. R.  Effects of symbol set on immediate memory.  American Psychological Association, Philadelphia, 1963.

5. Braunstein, M., Laughery, K. R. and Siegfried, J. B.  Computer simulation of the automobile driver: a model of the car follower.  Highway Research Board Meeting, Washington, D. C., 1964.

6. Laughery, K. R.  The human factors laboratory in industrial engineering.  American Society for Engineering Education, Orono, Maine, 1964.

7. Laughery, K. R.  Computer simulation and the intuitive clinical process.  American Psychological Association, Los Angeles, 1964.

8. Kidd, E. A. and Laughery, K. R.  A computer model of driving behavior: the highway intersection situation.  Highway Research Board Meeting, Washington, D.C., 1965.

9. Laughery, K. R.  Utilization of behavioral science in the practice of industrial engineering. American Institute for Industrial Engineering, Chicago, 1965.

10. Laughery, K. R., Lachman, R. and Dansereau, D.  Short-term memory: effects of item-pronounciation time.  American Psychological Association, Chicago, 1965.

11. Glucksberg, S. and Laughery, K. R.  Sequential memory as a function of total time of information exposure and availability of information processing strategies.  American Psychological Association, Chicago, 1965.

12. Laughery, K. R.  Simulation of short-term memory processes.  Southwestern Psychological Association, Arlington, Texas 1966.

13. Lachman, R. and Laughery, K. R.  Is a test trial a training trial in free recall learning.  Psychonomic Society, St. Louis, 1966.

14. Laughery, K. R. and Kidd, E. A.  Urban intersection: defining requirements for crossing maneivers. Bureau of Public Roads, Washington, D. C., 1966.

15. Fiero, P. and Laughery, K. R.  Fixation in short-term memory as a function of overt rehearsal. Eastern Psychological Association, Boston, 1967.

16. Cimbalo, R. and Laughery, K. R.  Auditory and visual similarity effects in short-term memory. Eastern Psychological Association, Boston, 1967.

17. Laughery, K. R., Anderson, T. E. and Kidd, E. A.  A computer simulation model of driver-vehicle performance at intersections. Association for Computing Machinery, Washington, D. C., 1967.

PSC025300

18. Laughery, D. R. and Pinkus, A. L.  Short-term memory: effects of pronunciability and phonemic uniqueness of chunks.  American Psychological Association, Washington, D. C., 1967.

19. Anderson, T. E., Kidd, E. A. and Laughery, K. R.  Computer simulation of driver behavior. Automotive Safety Symposium, Anaheim, California, 1967.

20. Laughery, K. R., Harris, G. J. and Ulbricht, C.  Visual  similarity, presentation mode and presentation rate in a short-term memory recognition task.  Psychonomic Society, Chicago, 1967.

21. Laughery, K. R.  Chairman of a paper session titled Memory and recall.  American Psychological Association, San Francisco, 1968.

22. Laughery, K. R. Chairman of a workshop on Human Factors Education.  Human Factors Society, Chicago, 1968.

23. Laughery, K. R. and Pinkus, A. L.  Short-term memory: self- pacing and recoding.  Psychonomic Society, St. Louis, 1968.

24. Laughery, K. R.  Human Factors: past, present and future.   American Institute of Industrial Engineers, Pittsburgh, 1968.

25. Laughery, K. R.  A strategy for learning, retention and transfer research. Honeywell Conderence on Learning, Retention and Transfer, Winter Park, Florida, February, 1969.

26. Laughery, K. R. and Harris, G. J.  Visual and auditory intrusions in a short-term memory recognition task.  Eastern Psychological Association, Philadelphia, April, 1969.

27. Laughery, K. R. and Pinkus, A. L.  Explorations with a simulation model of short-term memory. International Joint Conference on  Artificial Intelligence, Washington, D. C., May, 1969.

28. Laughery, K. R.  Short-term memory: some fundamentals of human information processing. International symposium on Man Machine Systems, Cambridge, England, September, 1969.

29. Laughery, K. R.  Some explorations with a simulation model of  short-term memory.  Artificial Intelligence and Simulation of Behavior Meeting, Imperial College, London, September, 1969.

30. Laughery, K. R.  Visual stimuli and internal models.  Conference on Mental Models, Amsterdam, The Netherlands, March, 1970.

31. Laughery, K. R.  What happens when subjects control the imput rate in a memory-span task? Experimental Psychology Society, Cambridge, England, April, 1970.

32. Laughery, K. R. and Bergman, M. E.  Short-term memory: effects  of ordered versus serial recall on the serial position curve.  American Psychological Association, Miami, Florida, September, 1970.

33. Laughery, K. R.  Participated in workshop on Human Factors Education. Human Factors Society, San Francisco, October, 1970.

34. Laughery, K. R.  Chairman of a paper session titled Short-term Memory. Eastern Psychological Association, New York City, 1971.

35. Laughery, K. R.  Chairman of a symposium titled Systems Approaches to Environmental Problems. American Psychological Association, Washington, D. C., 1971.

36. Laughery, K. R., Welte, J. W. and Spector, A.  Intrusion analyses in a memory-span task. Psychonomic Society, St. Louis, 1971.

PSC025301

37. Laughery, K. R., Spector, A., and Finkelman, D. Differential rehearsal in intentional forgetting. Eastern Psychological Association, Boston, April, 1972.

38. Laughery, K. R. Applications of a computer simulation model of human memory to several memory tasks. International Congress of Psychology, Tokyo, August, 1972.

39. Laughery, K. R. Chairman of a paper session titled Human Learning. American Psychological Association, Montreal, 1973.

40. Laughery, K. R., Thompson, B. G. and Band, T. How do we decide to terminate a memory search? Psychonomic Society, Boston, November, 1974.

41. Lenorovitz, D. R. and Laughery K. R. CAPSAR: a prototype computer assisted photographic search and retrieval system for use in facial recognition. Human Factors Society, Washington, D. C., October, 1973.

42. Laughery, K. R. What do we see when we look at a face? Southwestern Psychological Association, Houston, April, 1975.

43. Laughery, K. R. Chairman of a paper session titled Human Factors in Law Enforcement, Human Factors Society, Dallas, October, 1975.

44. Thompson, B. G. and Laughery, K. R. Terminating a memory search: effects of feeling of knowing. Southwestern Psychological Association, Fort Worth, April, 1977.

45. Laughery, K. R. Chairman of a symposium titled Human Memory. Southwestern Psychological Association, Fort Worth, April, 1977.

46. Laughery, K. R. and Fowler, R. H. Facial recognition: effects of changing accessories. Human Factors Society, San Francisco, October, 1977.

47. Laughery, K. R. Chairman of a paper session titled Communications. Human Factors Society, San Francisco, October, 1977.

48. Laughery, K. R. Continuing education in engineering psychology. American Psychological Association, Toronto, August, 1978.

49. Laughery, K. R. and Fowler, R. H. Analysis of procedures for generating facial images. (also chaired the syposium) American Psychological Association, Toronto, August, 1978.

50. Laughery, K. R. and Smith, V. L. Suspect identification following exposure to sketches and Identi-kit comlposites. Human Factors Society, Detroit, October, 1978.

51. Laughery, K. R. and Smith, V. L. Memory for faces: effects of delay on recall construction. Southwestern Psychological Association, San Antonio, April, 1979.

52. Laughery, K. R. and Fowler, R. H. Memory for faces: task knowledge effects. Human Factors Society, Boston, October, 1979.

53. Thompson, B. G. and Laughery, K. R. Facial memory: effects of recall efforts on subsequent recognition. Psychonomic Society, Phoenix, November, 1979.

54. Laughery, K. R., Smith, V. L. and Yount, M. B. Visual support devices: evaluation of a new technique for constructing facial images. Human Factors Society, Los Angeles, October, 1980.

PSC025302

55. Laughery, K. R. and Yount, M. B.  Memory for faces: constructing familiar and unfamiliar faces. Psychonomic Society, St. Louis, November, 1980.

56. Jackson, A. S., Laughery, K. R. and Bryant, W. B.  The role of gender in performance of physically demanding industrial jobs. Aerospace Medicine, San Antonio, May, 1981.

57. Laughery, K. R.  Faces, faces everywhere: why can't I make a match?  American Psychological Association, Los Angeles, August, 1981.

58. Laughery, K. R.  Chairman of a panel discussion titled Engineering Psychology and the Law. American Psychological Association,  Los Angeles, August, 1981.

59. Laughery, K. R.  Human factors futures: 1981-2000 -- the oil industry.  Human Factors Society, Rochester, October, 1981.

60. Laughery, K. R.  Adapting experimental psychology programs to  provide human factors experience. (Workshop)  American  Psychological Association, Washington, D. C., August, 1982.

61. Laughery, K. R. and Jackson, A. S.  Pre-employment physical  testing for jobs on drilling rigs. Human Factors Society,  Seattle, October, 1982.

62. Laughery, K. R.  Analysis of industrial accidents.  American Psychological Association, Anaheim, California, August, 1983.

63. Laughery, K. R.  Human factors graduate education: Students' viewpoints.  American Psychological Association, Anaheim,  California, August, 1983.

64. Laughery, K. R., Petree, B. L., Schmidt, J. K., Schwartz, D. R., Walsh, M. T. and Imig, R. C. Scenario analyses of industrial accidents.  System Safety Conference, Houston, September, 1983.

65. Laughery, K. R.  Chairman of a forum titled Human Factors Education: Issues and Models.  Human Factors Society, Norfolk, Virginia, October, 1983.

66. Laughery, K. R.  Student membership in HFS: Implications of survey results.  Human Factors Society, Norfolk, Virginia, October, 1983.

67. Godfrey, S. S., Allender, L., Laughery, K. R. and Smith, V. L. Warning messages: Will the consumer bother to look?  Human Factors Society, Norfolk, Virginia, October, 1983.

68. DePontbriand, R. J., Schwartz, D. R. and Laughery, K. R.  Hazard rating effects on consumer buying decisions.  Human Factors  Society, Norfolk, Virginia, October, 1983.

69. Laughery, K.R.  A computerized data base for identifying  industrial accident scenarios.  First USA-Japan Conference on Human-Computer Interaction, Honolulu, August, 1984.

70. Laughery, K.R.  Accident proneness and intervention strategies for safety.  First International Symposium on Human Factors in Organizational Design and Management, Honolulu, August, 1984.

71. Jackson, A. S., Osburn, B. G. and Laughery, K. R.  Validity of isometric strength tests for predicting performance in physically demanding jobs.  Human Factors Society, San Antonio, October, 1984.

72. Godfrey, S.S. and Laughery, K.R.  The biasing effects of product familiarity on consumers' awareness of hazard.  Human Factors Society, San Antonio, October, 1984.

73. Schmidt, J.K and Laughery, K.R.  The test of a task re-design.  Human Factors Society, San Antonio, October, 1984.

PSC025303

74. Laughery, K.R. and Schmidt, J.K. Scenario analyses of back injuries in industrial accidents. Human Factors Society, San Antonio, October, 1984.

75. Laughery, K.R. Accident data as a basis for job and organization design/redesign. Human Factors Society, San Antonio, October, 1984.

76. Laughery, K.R. Chairman of a forum session titled Educational Models: The Employer's Viewpoint. Human Factors Society, San Antonio, October, 1984.

77. Laughery, K.R., Duval, G.C. and Wogalter, M.S. Dynamics of facial recall. NATO Conference on "Aspects of Face Processing," Aberdeen, Scotland, July, 1985.

78. Laughery, K.R. and Brems, D.J. An analysis of 4923 industrial accidents. Human Factors Society, Baltimore, October, 1985.

79. Wogalter, M.S., Fontenelle, G.A. and Laughery, K.R. Behavioral effectiveness of warnings. Human Factors Society, Baltimore, October, 1985.

80. Godfrey, S.S., Rothstein, P.R. and Laughery, K.R. Warnings: Do they make a difference? Human Factors Society, Baltimore, October, 1985.

81. Laughery, K.R. Chairman of a forum session titled Warnings. Human Factors Society, Baltimore, October, 1985.

82. Laughery, K.R., Hayes, T.L., Jackson, A.S., Osburn, H.G. and Hogan, J.C. Physical abilities and performance tests for coal miner jobs. Human Factors Society, Dayton, October, 1986.

83. Godfrey, S.S., Fontenelle, G.A., Brems, D.J., Brelsford, J.W. and Laughery, K.R. Scenario analysis of children's ingestion accidents. Human Factors Society, Dayton, October, 1986.

84. Laughery, K.R. Panelist in a panel session titled Professional Certification in Human Factors: Progress and Pitfalls. Human Factors Society, Dayton, October, 1986.

85. Laughery, K.R. Discussant in a symposium titled HFS Job Survey: Implications for Accreditation, Certification and Education. Human Factors Society, Dayton, October, 1986.

86. Laughery, K.R. Warnings: some practical issues. American Psychological Association Division 21 Midyear Meeting, Washington, D.C., March, 1987.

87. Lozada-Larsen, S.R. and Laughery, K.R. Do identical circumstances precede minor and major injuries? Human Factors Society, New York, October, 1987.

88. Mayer, D.L., Jones, S.F. and Laughery, K.R. Accident proneness in the industrial setting. Human Factors Society, New York, October, 1987.

89. Laughery, K.R. Warnings: Current salient issues. Paper presented in a symposium titled Warnings: Where we are now - where we should go from here? Human Factors Society, New York, October, 1987.

90. Laughery, K.R. and Laux, L.F. Communicating with the worker through the MSDS. American Society for Testing and Materials, Williamsburg, March, 1988.

91. Laughery, K.R. and Jones, S.F. An analysis of 7131 employee accidents in a refining and manufacturing complex. International Ergonomics Association, Sidney, August, 1988.

PSC025304

92.   Laughery, K.R., Jackson, A.S. and Fontenelle, G.A.  Isometric strength tests:  Predicting performance in physically demanding transport tasks.  Human Factors Society, Anaheim, October, 1988.

93.   Laughery, K.R. and Stanush, J.A.  Effects of warning explicitness on  product perceptions.  Human Factors Society, Denver, October, 1989.

94.   Vaubel, K.P., Donner, K.A., Parker, S.L., Laux, L.F. and Laughery, K.R.  Public knowledge and understanding of overhead electrical powerlines: A second look.  Human Factors Society, Denver, October, 1989.

95.   Laughery, K.R.  Participant in a symposium titled Professional and Ethical Problems in Forensic Practice and their Relationship.  Human Factors Society, Denver, October, 1989.

96.   Laughery, K.R., Mayer, D.L. and Vaubel, K.P.  Tire-rim explosions: Human factors analyses of case studies data. Human Factors Society, Orlando, October, 1990.

97.   Laughery, K.R. and Young, S.L.  Consumer product warnings: design factors that influence noticeability.  International Ergonomics Association, Paris, July, 1991

98.   Laughery, K.R., Rowe-Hallbert, A.L., Young, S.L., Vaubel, K.P. and Laux, L.F.  Effects of explicitness in conveying severity   information in product warnings.  Human Factors Society, San Francisco, September, 1991.

99.   Laughery, K.R. and Young, S.L.  An eye scan analysis of accessing product warning information.  Human Factors Society, San     Francisco, September, 1991.

100.  Jackson, A.S., Osburn, H.G., Laughery, K.R. and Vaubel, K.R.  Strength demands of chemical plant work tasks.  Human Factors Society, San Francisco, September, 1991.

101.  Jackson, A.S., Osburn, H.G. and Laughery, K.R.  Validity of isometric strength tests for predicting endurance work tasks of coal miners.  Human Factors Society, San Francisco, September, 1991.

102.  Laughery, K.R. and Brelsford, J.W.  Receiver characteristics in safety communications.  Human Factors Society, San Francisco, September, 1991.

103.  Laughery, K.R. and Godfrey, S.S.  Factors influencing noticeability of alcohol warning labels.  American Public Health Association, Atlanta, November, 1991.

104.  Laughery, K.R.  Hazard and risk perception in extreme environments.  International Design for Extreme Environments   Association, Houston, November, 1991.

105.  Laughery, K.R.  Everybody knows - Or do they?  Presidential Address, Human Factors Society, Atlanta, October, 1992.

106.  Laughery, K.R.  Participant in a panel session titled Forensics Practice - Headaches and Remedies.  Human Factors Society, Atlanta, October, 1992.

107.  Young, S.L., Laughery, K.R. and Bell, M.  Effects of two type density characteristics on the legibility of print.  Human Factors Society, Atlanta, October, 1992.

108.  Laughery, K.R., Young, S.L. and Rowe, A.  Swimming pool diving accidents: Human factors analysis of case study data.  Human Factors Society, Atlanta, October, 1992.

109.  Jackson, A.S., Osburn, H.G., Laughery, K.R. & Vaubel, K.P.  Validity of isometric strength tests for predicting the capacity to crack, open, and close industrial valves.  Human Factors Society, Atlanta, October, 1992.

PSC025305

110.  Laughery, K.R.  Safety communications and warnings: Where do we stand?  National Safety Council, Orlando, November, 1992.

111.  Laughery, K.R. and Vaubel, K.P.  Major and minor injuries at work: Are the circumstances similar or different?  M.M. Ayoub Occupational Ergonomics Symposium, Lubbock, April, 1993.

112.  Laughery, K.R., Bohannon, N.K. and Young, S.L.  Effects of print advertising on adolescents' perceptions of risk for alcohol consumption.  Marketing and Public Policy Conference, Lansing, June, 1993.

113.  Laughery, K.R.  Ergonomics and the American consumer.  Conference on Ergonomics in Russia, the Other Independent States, and Around the World, St. Petersburg, Russia, June, 1993.

114.  Laughery, K.R.  Forensics practice: headaches and remedies II.  Panel discussion at Human Factors and Ergonomics Society Meeting, Seattle, October, 1993.

115.  Laughery, K.R.  Human factors and the American Consumer.  Chair and discussant of President's Forum at Human Factors and Ergonomics Society Meeting, Seattle, October, 1993.

116.  Laughery, K.R., Young, S.L., Vaubel, K.P., Hammond, A. and Lovvoll, D.R.  A multi-dimensional analyses of perceived risk for consumer products.  International Ergonomics Association, Toronto, August, 1994.

117.  Laughery, K.R. and Vaubel, K.P.  Individual differences and accident liability for jobs in the petrochemical refining industry.  International Ergonomics Association, Toronto, August, 1994.

118.  Laughery, K.R.  Risk perception, knowledge and consumer products: A future ergonomic challenge.  Paper presented in a symposium titled The Future of International Ergonomics.  International Ergonomics Association, Toronto, August, 1994.

119.  Lovvoll, D.R., Laughery, K.R., Wogalter, M.S. and Terry, S.A.  Risk perception issues in the use of motorized shoulder belt/manual lap belt systems.  Human Factors and Ergonomics Society, Nashville, October, 1994.

120.  Young, S.L. and Laughery, K.R.  Components of perceived risk: A reconciliation of previous findings.  Human Factors and Ergonomics Society, Nashville, October, 1994.

121.  Laughery, K.R., Lovvoll, D.R. and Wogalter, M.S.  Allocation of responsibility for product safety.  Human Factors and Ergonomics Society, San Diego, October, 1995.

122.  Young, S.L., Wogalter, M.S., Laughery, K.R., Magurno, A. and Lovvoll, D.  Relative order and space allocation of message components in hazard warning signs.  Human Factors and Ergonomics Society , San Diego, October, 1995.

123.  Laughery, K.R.  Examining the value of expert testimony regarding warnings.  Forum at the Human Factors and Ergonomics Society Meeting, San Diego, October, 1995.

124.  Laughery, K.R.  Warnings in medicine.  Forum at the Human Factors and Ergonomics Society Meeting, San Diego, October, 1995.

125.  Laughery, K.R.  The role of the ergonomics expert witness in product liability litigation in the United States.  IEA World Conference and Brazilian Ergonomics Congress, Rio de Janeiro, October, 1995.

126.  Laughery, K.R.  Near misses, minor, and severe incidents.  Third International Conference on Injury Prevention and Control, Melbourne, February, 1996.

127.  Laughery, K.R. and Vaubel, K.P.  The role of accident experiences on subsequent accidents.  Keynote address, Occupational Injury Symposium, Sydney, February, 1996.

PSC025306

128. Laughery, K.R.  Consumer product safety: Who's responsible?  Keynote address, Silicon Valley Ergonomics Conference & Exposition, Palo Alto, CA, May, 1996.

129. Jackson, A.S., Borg, G., Zhang, J.J., Laughery, K.R. and Chen, J.  Function of physical working capacity on psychophysical lift ratings.  XIth Annual International Industrial Ergonomics and Safety Conference, Zurich, July, 1996.

130. Laughery, K.R., Laughery, K.A. and Lovvoll, D.R.  Automatic shoulder belt manual lap belt restraint systems: Human factors analyses of case studies data.  Human Factors and Ergonomics Society, Philadelphia, September, 1996.

131. McQuilkin, M.L., Laughery, K.R. and Lovvoll, D.R.  Perceptions of risk associated with drinking alcoholic beverages.  Human Factors and Ergonomics Society, Philadelphia, September, 1996.

132. Laughery, K.R., Lovvoll, D.R. and McQuilkin, M.L.  Allocation of responsibility for child safety.  Human Factors and Ergonomics Society, Philadelphia, September, 1996.

133. Lovvoll, D.R., Laughery, K.R., McQuilkin, M.L. and Wogalter, M.S.  Responsibility for product safety in the work environment.  Human Factors and Ergonomics Society, Philadelphia, September, 1996.

134. Laughery, K.R.  The role of ergonomics in product liability litigation.   International Ergonomics Association Meeting.  Tampere, Finland, July, 1997.

135. Wogalter, M.S., Laughery, K.R. and Barfield, D.A.  Effect of container shape on hazard perceptions.  Human Factors and Ergonomics Society, Albuquerque, September, 1997.

136. Laughery, K.R., Laughery, B.R., McQuilkin, M.L. and Lovvoll, D.R.  Allocation of responsibility for product safety: Warning and severity of injury effects.  Human Factors and Ergonomics Society, Albuquerque, September, 1997.

137. Laughery, K.R.  Mock Trial:  How human factors experts contribute to civil litigation.   Human Factors and Ergonomics Society, Albuquerque, September, 1997.

138. Laughery, K.R.  Product safety: Factors that influence who is responsible. Fifth Southeast Asian Ergonomics Society Conference.  Kuala Lumpur, Malaysia, November, 1997.

139. Laughery, K.R.  Future of ergonomics in Asia.  Plenary Discussion Session at the Fifth Southeast Asian Ergonomics Society Conference.  Kuala Lumpur, Malaysia, November, 1997.

140. Laughery, K.R.  The expert witness role.  Panel session at the American Psychological Association meeting.  San Francisco, August, 1998.

141. Wogalter, M.S., Brantley, K.A., Laughery, K.R. and Lovvoll, D.R.  Effects of warning quality and expert testimony on allocation of responsibility for consumer product accidents. Human Factors and Ergonomics Society, Chicago, October, 1998.

142. Laughery, K.R., Laughery, K.A. and Lovvoll, D.R.  Tire-rim mismatch explosions: The role of on-product warnings. Human Factors and Ergonomics Society, Chicago, October, 1998.

143. Meingast, M.E., Laughery, K.R., Laughery, B.R. and Lovvoll, D.R.  Warning and risk taking in the allocation of responsibility for consumer product safety.  Human Factors and Ergonomics Society, Houston, October, 1999.

PSC025307

144. Laughery, K.R., Laughery, B.R., Meingast, M.E., Bean, R.N. and Wogalter, M.S. Pain and suffering awards for consumer product accidents: Effects of plaintiff-defendant liability and injury severity. IEA 2000/HFES 2OOO Congress, San Diego, August, 2000.

145. Laughery, K.R., Laughery, B.R., Meingast, M.E., Bean, R.N. and Wogalter, M.S. Allocation of pain and suffering awards for consumer product accidents: Effects of level of economic damages. IEA 2000/HFES 2OOO Congress, San Diego, August, 2000.

146. Laughery, K.R. Defense expert in Mock Trial: Human factors contributions to civil litigation (Adaptive Cruise Control). IEA 2000/HFES 2OOO Congress, San Diego, August, 2000.

147. Laughery, K.R. Panel session titled "Basic concepts in professional ergonomics: defined or debunked?" IEA 2000/HFES 2OOO Congress, San Diego, August, 2000.

148. Laughery, K.R. The role of accident experiences on subsequent accident events. International Seminar on Occupational Ergonomics, Seoul, Korea, April, 2001.

149. Laughery, K.R., Paige, D., Bean, R.N. and Wogalter, M.S. Pain and suffering awards for consumer product accidents: Effects of suggesting day-rate information. Human Factors and Ergonomics Society 45th Annual Meeting, Minneapolis, October, 2001.

150. Laughery, K.R. Discussant for a symposium titled "Warnings and aging: What warning designers do not know may hurt older adults." Human Factors and Ergonomics Society 45th Annual Meeting, Minneapolis, October, 2001.

151. Laughery, K.R. Presentation on "Airline passenger security screening" in a special session on terrorism. Human Factors and Ergonomics Society 45th Annual Meeting, Minneapolis, October, 2001.

152. Laughery, K.R. Accident experiences: Do they influence subsequent accident events? International Occupational Hygiene Association 5th International Scientific Conference, Bergen, Norway, June, 2002.

153. Laughery, K.R. Human error: Current perspectives and implications for legal assessments. IEA Symposium on "Developing Ergonomics in a Developing World," Santiago, Chile, 2002.

154. Fleetwood, M.D., Paige, D.L., Fick, C.S. and Laughery, K.R. "An analysis of telephone messages: Minimizing unproductive replay time." Human Factors and Ergonomics Society 46th Annual Meeting, Baltimore, October, 2002.

155. Mehlenbacher, B., Wogalter, M.S. and Laughery, K.R. "On the reading of product owner's manuals: Perceptions and product complexity." Human Factors and Ergonomics Society 46th Annual Meeting, Baltimore, October, 2002.

156. Laughery, K.R., Paige, D.L., Laughery, B.R., Wogalter, M.S., Kalsher, M.J. and Leonard, S.D. "Guidelines for warnings design: Do they matter?" Human Factors and Ergonomics Society 46th Annual Meeting, Baltimore, October, 2002.

157. Laughery, K.R., Paige, D.L., Wogalter, M.S. and Bean, R.N. "Punitive damages awards in civil litigation: Effects of profit information and amount of pain and suffering award." Human Factors and Ergonomics Society 46th Annual Meeting, Baltimore, October, 2002.

158. Laughery, K.R. Human error: Current perspectives and implications for assessing blame. III Congress in Ergonomics: Ergonomics in Manufacturing Systems, Lisbon, Portugal, April, 2003.

PSC025308

159.  Laughery, K.R.  Human error: Current perspectives and implications for assessing blame.  Annual meeting of the Mexico Ergonomics Society, Juarez, Mexico, May, 2003.

160.  Paige, D.L. and Laughery, K.R.  Risk perception: The effects of technical knowledge – or lack of it.  The XVth Triennial Congress of the International Ergonomics Association, Soeul, Korea, August, 2003.

161.  Laughery, K.R. and Paige, D.L.  Warnings research: A methodological analysis of rating procedures. The XVth Triennial Congress of the International Ergonomics Association, Soeul, Korea, August, 2003.

162.  Wogalter, M.S., Laughery, K.R., Kalsher, M.J. and Pearson, R.G.  Applications of warning research: Consumer, industry and forensic issues.  Panel discussion at The XVth Triennial Congress of the International Ergonomics Association, Soeul, Korea, August, 2003.

163.  Paige, D.L., Laughery, K.R. and Bean, Richard N.  The effects of defendant profit information on compensatory and punitive damage awards in civil litigation. Human Factors and Ergonomics Society 47th Annual Meeting, Denver, October, 2003.

164.  Laughery, K.R. and Paige, D.L.  The effectiveness of warning information in dietary supplement product labels. Human Factors and Ergonomics Society 47th Annual Meeting, Denver, October, 2003.

165.  Hornick, R.J., Fisk, A.D., Hendrick, H.W., Laughery, K.R. and Olsen, R.  Issues for human factors experts in litigation.  Panel discussion at the Human Factors and Ergonomics Society 47th Annual Meeting, Denver, October, 2003.

166.  Leonard, D., Laughery, K.R., Pearson, R., Krenek, R. and Olsen, R.  Forensics Workshop.  Human Factors and Ergonomics Society 48th Annual Meeting, New Orleans, September, 2004.

167.  Paige-Smith, D.L. and Laughery, K.R.  Defendant wealth and civil litigation: The effects of profit levels on compensatory and punitive damages.  Human Factors and Ergonomics Society 48th Annual Meeting, New Orleans, September, 2004.

168.  Kalsher, M., Wogalter, M.S. and Laughery, K.R.  Assessing people's knowledge and awareness of dietary supplements.  Human Factors and Ergonomics Society 48th Annual Meeting, New Orleans, September, 2004.

169.  Laughery, K.R.  Safety communications: Warnings.  Plenary address, International Ergonomics Association 16th Triennial Congress, Maastricht, The Netherlands, July, 2006.

170.  Laughery, K.R.  From practice to science: How application guides warning research.  Panel Discussion, International Ergonomics Association 16th Triennial Congress, Maastricht, The Netherlands, July, 2006.

171.  Laughery, K.R.  Chair of a session titled "Forensics Contributions to Human Factors Research." 2nd International Conference on Applied Human Factors and Ergonomics, Las Vegas, July, 2008.

172.  Laughery, K.R.  Form forensics to research: Cases of tire rim mismatch and dietary supplements.  Paper presented at the 2nd International Conference on Applied Human Factors and Ergonomics, Las Vegas, July, 2008.

173.  Laughery, K.R.  Challenges in forensics practice and ethics for expert witnesses  Discussion panel at the Human Factors and Ergonomics Society 52nd Annual Meeting, New York City, September, 2008.

PSC025309

PSC025310

**Kenneth R. Laughery**
List of Testimony
\* Indicates Trial Testimony

| STYLE | COURT | CASE # | DATE |
|---|---|---|---|
| \* Stankiewicz vs. Mastercraft Boat Co. | Circuit Court, Michigan, Jackson County | 03-02154 NP | 8/1/05 |
| Saldana vs. General Motors Corp. | District Court, Texas, Duval County | DC-03-226 | 8/15/05 |
| Hintz vs. Goen Technologies Corp. | District court, Indiana, Northern District | 3:04CV 228RLN-CAN | 9/14/05 |
| Jones vs. Airosol Co. | District Court, Louisiana, Natchitoches Parish | 75, 110-B | 9/15/05 |
| Falls vs. S.C. Johnson | Circuit Court, Hawaii, Second Circuit | 04-1-0214 (1) | 10/4/05 |
| Corona vs. Fleetwood | District Court, Texas, Amarillo Division | 2-05CV-100-J | 11/9/05 |
| Blankenship vs. Firestone | District court, Alabama, Northern District | CV-02-5-0858-NE | 11/14/05 |
| Blankenship vs. General Motors | Circuit Court, Missouri, Jasper County | 04CV681201 | 12/5/05 |
| Malam vs. Toyota Motor Corp. | Superior Court, California, Los Angeles County | BC320608 | 12/29/05 |
| Barnett vs. Ford Motor Co. | Superior Court, Georgia, Claytron County | 2004-CV360-5 | 1/19/06 |
| Campos vs. Frigidaire | Superior Court, California, Los Angeles County | BC 282606 | 3/3/06 |
| Holladay vs. Phoenix Health Prod.. et al. | District Court, Oklahoma, Oklahoma County | CJ-2003-1950 | 3/16/06 |
| Presa vs. General Motors Corp. | District Court, Illinois, Northern District | 03 C 5116 | 4/6/06 |
| Embry vs. Ford Motor Co. | District Court, Georgia, Atlanta Division | 1 05-cv 1945 | 5/8/06 |
| Jacobson vs. Ford Motor Co. | Superior Court, Arizona, Maricopa County | CV2004-013073 | 5/11/06 |
| CTA vs. Borden Chemical, Inc. | Circuit Court, Kentucky, Division II | 03-C1-00824 | 5/17/06 |
| Cossey vs. Air Systems International, Inc. | Circuit Court, Missouri, Second Judicial Circuit | 022-09608 A | 8/25/06 |
| Mayo vs. Ozards Gas et al. | Circuit Court, Missouri, Greene County | 104CC2583 | 8/31/06 |
| \* CTA vs. Borden Chemical, Inc. | Circuit Court, Kentucky, Division II | 03-C1-00824 | 9/14/06 |
| Lott vs. Dutchmen Manufacturing, Inc. | District Court, Texas, Lufkin Division | 0105-CV-00233 | 9/20/06 |
| Matthews vs. Michelin and Budd | District Court, Eastern District, Missouri | CV-00250-SNL | 10/12/06 |
| Levato vs. General Motors | Circuit Court, Illinois, Cook County | 02L 012540 | 11/6/06 |
| \* Sapp vs. Morrison Brothers, Inc. | Circuit Court, Missouri, Jackson County | 0516-CV22177 | 12/11/06 |
| Trujillo vs. Florida Power & Light | Circuit Court, Florida, Dade County | 01-29015 CA 01 | 12/14/06 |

\* Indicates that trial testimony was also given in this case.

PSC025311

1

**2**

| Case | Court | Case Number | Date |
|---|---|---|---|
| Nguyen vs. Core-Mark Int'l, Inc. | District Court, Texas, Harris County | 205-67109 | 12/19/06 |
| Janssen vs. Ford and Firestone | District Court, Arkansas, Ft. Smith Division | IP-04-5811 C B/S | 1/3/07 |
| Maestas vs. Pecan Shoppe of Santa Rosa, Inc. | District Court, New Mexico, San Miguel County | 2003-207-CV | 2/21/07 |
| Delgado vs. Kia | Superior Court, California, Los Angeles | BC336729 | 3/2/07 |
| Barylski vs. Otis Elevator Co. | Circuit Court, Missouri, St. Louis | 042-1552 | 5/3/07 |
| Griffin vs. Mitsubishi | Circuit Court, Alabama, Butler County | CV-2003-56 | 5/25/07 |
| Parrish vs. Ford | District Court, Georgia, Atlanta Division | 06-CV-0429 | 5/30/07 |
| Campbell vs. Ford | Superior Court, New Hampshire, Strafford | 06-C-0059 | 7/11/07 |
| Mitchell vs. Greenlee Textron and TXU | District Court, Texas, Dallas County | 05-05992M | 7/17/07 |
| McCann vs. Sherwin-Williams and PPG | District Court, Louisiana, Calcasieu Parrish | 33871 | 7/19/07 |
| Turley vs. Ford | Circuit Court, Florida, Polk County | 53-2005 CA-00-1708 | 7/31/07 |
| Reyes vs. Goodyear Tire & Rubber | District Court, Texas, McAllen Division | M-06-CV-235 | 8/9/07 |
| Fuller vs. Heyl Truck Lines, Inc. | District Court, Texas, Hidalgo County | C-1574-06-C | 8/23/07 |
| Goss vs. Schering-Plough Corp., et al. | District Court, Texas, Rusk County | 2006-232 | 8/30/07 |
| Carpenter vs. Goodyear Tire & Rubber | District Court, Iowa, Davenport Division | 3:05-ev-00137 | 9/6/07 |
| Campbell vs. Polyguard Products, Inc. | District Court, Tennessee, Western Division | 06-2059 | 9/10/07 |
| * Lee vs. Pennzoil, et al. | County Court, Texas, Gregg County | 2:06-CV-53 | 10/25/07 |
| Shearer vs. DaimlerChrysler Corp. | Circuit Court, Missouri Jackson County | 0516-CV25862 | 11/20/07 |
| Eccleston vs. Harley Davidson, Inc. et al. | Circuit Court, Virginia, Prince William County | 65790 | 11/28/07 |
| Kingston vs. Southern Foods Group | County Civil Court, Texas, Galveston County | 57, 131 | 1/28/08 |
| * Ussery vs. Malibu Boats West, Inc. | District Court, Texas, Galveston County | 05CV1556 | 1/30/08 |
| Edwards vs. Ford Motor Co. | Superior Court, Arizona, Maricopa County | CV2005-001267 | 2/6/07 |
| * Guerrero vs. General Motors | District Court, California, Eastern District | 1:06-CV01539 | 2/7/08 |
| Wells vs. INDCO | Circuit Court, Florida, Palm Beach County | 50 2005VS007499 | 2.18.08 |
| Katz vs. Chrysler | Superior Court, Georgia, Fulton County | 2007CV130355 | 2/27/08 |
| Lorenz vs. McDonalds of Puyallup | Superior Court, Washington, Pierce County | 06-2-10199-1 | 3/4/08 |
| Enriquez vs. Firestone, Ford and Sears | Circuit Court, Florida, Seminole County | 06-CA-242-11-L | 4/15/08 |
| Williams vs. Firestone | Circuit Court, Florida, Pasco County | 01-275-CA-H | 4/16/08 |
| Turley vs. McNeilus Truck & Manuf. | District Court, Oklahoma, Delaware County | CJ 2004-26 | 5/28/08 |

* Indicates that trial testimony was also given in this case.

PSC025312

3

| | | | |
|---|---|---|---|
| Grosscup vs. The Fountainhead Group, Inc. | Circuit Court, Florida, Monroe County | 2007-CA-717-K | 6/10/08 |
| Langson vs. Ford Motor Co. | District Court, Texas, Harris County | 2007-45306 | 6/24/08 |
| * Adams vs. Daimler Chrysler | Circuit Court, Arkansas, Washington County | CV-07-2554-5 | 6/25/08 |
| Williams vs. Taser International, Inc. | District Court, Georgia, Atlanta Division | 1:06-cv-0051-RWS | 7/1/08 |
| Cunningham vs. Ford Motor Co. | District Court, Texas, Galveston Division | 3:07-CV-00403 | 7/28/08 |
| Pew vs. Haltec Corp and Meyers Tire | Circuit Court, Florida, Dade County | 05-7392 CA 11 | 9/29/08 |
| Lyn et al vs. Girardin Minibus, Inc. et al. | Circuit Court, Florida, Palm Beach County | 06-81120-CIV | 10/7/08 |
| Reese vs. Mastercraft Boat Co. | District Court, Utah, Salt Lake County | 070904770 | 11/17/08 |
| Weathersby vs. Jose L. Cantu | District Court, Texas, Fort Bend County | 07-CV-157055 | 12/8/08 |
| Cochran vs. The Brinkmann Corp. | District Court, Georgia, Atlanta Division | 1:08-CV-1790 | 12/30/08 |
| * Whittemore vs. Bois D'Arc Resources | District Court, Louisiana, New Orleans | 06-8997 | 1/22/09 |
| Wingate vs. Patriot Sales Inc. | Circuit Court, Missouri, Franklin County | 07BB-C600048 | 1/30/09 |
| Campos vs. J.D. Abrams, et al. | District Court, Texas, Dallas County | 07-11048-A | 2/2/09 |
| Puckett vs. Advance Sports, Inc. | District Court, Louisiana, Ascension Parish | 88207 | 3/6/09 |
| Wheeler vs. Ford Motor Co. | State Court, Georgia, Clayton County | 2007CV05570E | 4/21/09 |
| McDaniel vs. Smith Int'l Inc. et al. | District Court, Texas, Harris County | 2007-75537 | 4/23/09 |
| Williams vs. Bonsai Arts | District Court, Texas, Harris County | 2007-76443 | 4/27/09 |
| * Lewis vs. The Coleman Co. | District Court, New Mexico, Santa Fe County | D-0101-CV-01626 | 5/21/09 |
| * Kinney vs. KIA Motor Corp. | Supreme Court, New York, Putnam County | 1710/00 | 6/15/09 |
| Marache vs. Akzo Nobel Coatings, Inc. | District Court, New York, Southern District | 08-CV-11049 | 6/30/09 |
| Creel vs. Lee Tools and Timber Mgt., Inc. | District Court, Texas, Cherokee County | 2005-06-0440 | 7/10/09 |

* Indicates that trial testimony was also given in this case.

PSC025313

# EXHIBIT  2

**KENNETH R. LAUGHERY, Ph.D.**
**3050 CLAIRE COURT**
**JANESVILLE, WI  53548**

Telephone:  (608) 754-0849                                            email: laugher@ruf.rice.edu
Facsimile:   (608) 754-1082

July 15, 2009

Ms. Linda J. Nelson
Lambert & Nelson
701 Magazine Street
New Orleans, LA 70130-3629

   RE: Dubuclet vs. Fleetwood, Fluor and FEMA

Dear Ms. Nelson:

  You requested a report of my analysis and opinions regarding the human factors and warnings issues in the Dubuclet vs. Fleetwood, Fluor and FEMA case. This letter is my report.  I reserve the right to amend this report as additional relevant information becomes available.


**Qualifications and Bases For Opinions**

  My analyses and opinions are based on my education, training and experience, my review of relevant materials in the case, and a substantial body of scientific, peer-reviewed, published empirical research.

  Following is a summary of some of my relevant background and qualifications.

  Regarding my education, I received a Bachelor of Science degree in Metallurgical Engineering in 1957, a Masters of Science in Psychology in 1959, and a Ph.D. in Psychology in 1961.  All three degrees are from Carnegie-Mellon University.

  Regarding employment, while on active military duty during 1962-1963, I worked as a Research Psychologist at the US Army Human Engineering Laboratories at Aberdeen Proving Ground, Maryland.  From 1963 through 1972 I was on the faculty at the State University of New York at Buffalo where I held a joint appointment in the Departments of Psychology and Industrial Engineering.  While on sabbatical leave from Buffalo, I was a Visiting Professor at the University of Sussex in England during 1969-1970.  Also while at Buffalo, I was Chair of the Industrial Engineering Department in 1967-1969.  In 1972 I became Professor and Chair of the Psychology Department at the University of Houston, where I remained until 1984.  In 1984 I joined the faculty at Rice University as an Endowed Chair Professor of Psychology. I was Chair

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 2

of the Psychology Department at Rice from 1987 through 1990. I retired from Rice in 2002, and I currently have the title of Emeritus Professor. In recent years my teaching responsibilities included graduate and undergraduate courses in human factors and ergonomics, human factors methodology, human reliability and safety.

I am a certified Human Factors Professional. I have been President of the national Human Factors and Ergonomics Society. Over the years I have participated in research funded through an assortment of grants and contracts, including contracts funded by a major automobile manufacturer and other large industrial corporations. I have evaluated and published research on topics including the design and effectiveness of product instructions, warnings and labels as well as research involving industrial accident analysis.

I have edited/authored three books on warnings and a book on information technology. My research has been published in peer-reviewed journals, and I have authored or co-authored over 140 articles. Some of the relevant peer-reviewed publications include:

- Wogalter, M.S., DeJoy, D.M. and Laughery, K.R. (Eds.) Warnings and Risk Communication. London, Taylor & Francis, 1999.

- Wogalter, M.S. and Laughery, K.R. Warnings and hazard communications. In Salvendy (Ed.), Handbook of Human Factors and Ergonomics, Third Edition. New York, Wiley, 2006, 889-911.

* Laughery, K.R. Safety communications: Warnings. Applied Ergonomics. 2006, 37, 467-478.

- Laughery, K.R. and Paige-Smith, D. Explicit information in warnings. In Wogalter, M.S. (Ed.) Handbook of Warnings, Mahwah, New Jersey, Erlbaum, 2006, 419-428.

- Laughery, K.R. and Wogalter, M.S. Designing Effective Warnings. In Williges (Ed.), Reviews of Human Factors and Ergonomics, Volume 2. Santa Monica, Human Factors and Ergonomics Society, 2006, 241-271.

A list of other articles and technical reports is in my Curriculum Vitae. I have offered expert testimony in various state and federal courts throughout the country on issues within my field of expertise.

My fee for work as an expert is $400.00 per hour.

DUB000589

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 3

My analysis has included a review of the following materials:

Plaintiffs' First Supplemental and Amending Complaint
Plaintiffs' Second Supplemental and Amending Complaint
Dr. Patricia Williams' Expert Report regarding Alexander, et al. vs. Gulf Stream
    Coach, Inc., et al.
Dr. Lila Laux's Expert Report regarding Alexander, et al. vs. Gulf Stream Coach,
    Inc., et al.
Affidavit of James P. Kornberg, M.D., SC.D. regarding Alexander, et al. vs. Gulf
    Stream Coach, Inc., et al.
Affidavit of Patricia M Williams, Ph.D. DABT regarding Timia Dubuclet
Affidavit of Stephen Smulski, Ph.D.
Affidavit of Mary C. Devany Concerning in RE: FEMA Trailer Formaldehyde
    Products Liability Litigation
Fleetwood's Owner's Manual dated 2006
Plaintiff Fact Sheet (Elisha Dubuclet)
Memorandum – Meeting interview with Elisha Picot Dubuclet, 6/18/09
Photographs showing various labels and stickers on the trailer
FEMA Storage Site Duties/Responsibilities, Bates #s FLE-0000-1943 - 1945
Deposition of Elisha A. Dubuclet o/b/o Timia Dubuclet, September 17, 2008

The methodology employed in my analysis and formulation of opinions involves
methods that are based on my education, training and experience and that are generally accepted
by experts in the field of human factors and warnings.

## Understanding and Assumptions

Based on the above review and analysis, I have the following understanding and/or
assumptions regarding the incident:

1.  In June, 2006 Elisha Picot Dubuclet (dob 3/14/67) moved into a trailer provided by
    the Federal Emergency Management Agency (FEMA). The trailer was located at
    6046 Dorethea Street, New Orleans, LA. Other occupants of the trailer were her son
    Timothy (dob 5/29/94), her daughter Timia (dob 9/26/98), and her mother Leslie
    Picot (dob 10/14/45). The family lived in the trailer until September, 2007.

2.  FEMA contracted for the trailer to be provided to people who were homeless as a
    result of the Katrina and Rita hurricanes. Elisha Dubuclet qualified for the program.
    The 2006 model trailer was manufactured by Fleetwood. It was picked up, delivered

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 4

and installed by Fluor Enterprises, Inc. (Fluor).  To the best of Elisha Dubuclet's
knowledge, the trailer had not been used previously; it was new on arrival.

3.  The travel trailer was designed for use as a recreational trailer, not as permanent
housing.  However, it was provided by FEMA to serve as permanent housing for
victims of the Katrina hurricane.  A label on the trailer, see Exhibit A, clearly stated
that this was an "Emergency Living Unit" and that is was "not intended for
recreational purposes."

4.  The FEMA Storage Site Duties/Responsibilities document contained the following
information:

Plant Production Process:
The Storage Site unit transfer process will begin with steps that are
conducted at the plants.  To ensure that the Fleetwood Representative can
efficiently and effectively facilitate the transfer of the unit at the Storage
Site the following steps need to be fulfilled by the plant:

(The following bullet point was listed)

- **DO NOT INCLUDE** any warranty information with the unit packet,
including the HOME OWNERS MANUEL (sic).

5.  Elisha Dubuclet reported that she did not receive a Fleetwood Owner's Manual with
the trailer.

6.  There were trailer problems of walls cracking and mold during the period the
Dubuclet family occupied the trailer.

7.  Formaldehyde vapors were released into the travel trailers provided by FEMA,
including the trailer occupied by the Dubuclet family.  In circumstances of permanent
occupancy, such formaldehyde concentrations can cause health hazards, especially to
children.

8.  Although unpleasant odors were detected in the trailer by the Dubuclet family, they
did not interpret or associate the smells with the formaldehyde hazard.

9.  There were several labels or signs posted on the trailer.  Only one of the posted labels
addressed the formaldehyde hazard associated with the trailer.  The relevant label, see
Exhibits B and C, was posted on the inside of the medicine cabinet door.  The size of
the label was 3 ½ inches by 6 inches.

DUB000591

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 5

10. Page 03-1 of the 2006 Fleetwood trailer Owner's Manual (see Exhibit D) contained information and warnings regarding the formaldehyde hazard associated with the trailer.

11. Page 05-4 of the 2006 Fleetwood trailer Owner's Manual contained the following passage:

## NOTE

Your trailer is not designed to be used as permanent housing. Use of this product for long-term or permanent occupancy may lead to premature deterioration of structure, interior finishes, fabrics, carpeting and drapes. Damage or deterioration due to long term occupancy may not be considered normal, and may under the terms of the warranty constitute misuse, abuse, or neglect, and may therefore reduce your warranty protection.

12. There were no smoking, drinking or drugs issues associated with Elisha Dubuclet or the children.

**Opinions**

Based on the above understanding and/or assumptions and my review of the materials listed above, I have the following opinions:

1. The formaldehyde health hazards and consequences associated with permanent occupancy of the Fleetwood trailer are not open or obvious. Indeed, the hazards are technical in nature, and concern issues of chemical vapors, toxicology, and biological/medical reactions. Thus, it is imperative that an adequate warning system be provided to potential occupants in order for informed decisions to be made regarding the manner in which the trailer is used or if it is used at all.

2. The warning system associated with the trailer regarding formaldehyde was inadequate. Ms. Dubuclet reported that Fleetwood and Fluor failed to provide the Owner's Manual with the trailer; thus, any information or warnings in the Owner's Manual regarding formaldehyde were not available to her or her family. Further, the information regarding formaldehyde that was in the Owner's Manual failed to address the human carcinogen consequence of exposure.

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 6

Only one of the labels posted in the trailer addressed the formaldehyde hazard, and it was located on the inside of the medicine cabinet door. One of the important criteria for warning design is that the warning should be conspicuous; that is, it should attract attention and be noticed. Location is a critical factor on whether warnings are noticed, and the location of the label was completely inappropriate and inadequate. Indeed, if one wanted to hide it, the inside of the medicine cabinet would have been a good place to put it. Not surprisingly, the label was not noticed by Ms. Dubuclet. The label should have been located in a prominent place, such as on the inside of the trailer entry door or prominently displayed in the kitchen. In addition to conspicuity considerations, placement of the label on a kitchen cabinet is consistent with the principle of placing the warning at or in close proximity to the hazard. The metal medicine cabinet is not a source of formaldehyde vapors, and in this regard the warning was inappropriately located.

The label on the inside of the metal medicine cabinet also failed in one other important respect; namely, it did not provide explicit instructions as to how the formaldehyde hazard should be addressed. It employed the following statements: "Proper ventilation should reduce the risk of such problems" and "Use with adequate ventilation". These are classic examples of non-explicit statements that do not provide useful information. Further, the following statement was located at the bottom of the posted label:

> Ventilation is important in maintaining a comfortable environment and we direct your attention to the discussion of ventilation contained in your Owner's Manual.

Two points regarding the above statement are relevant. First, it associates the ventilation issue with comfort, not with the formaldehyde hazard. Second, it refers the person to the Owner's Manual that was not provided.

All three of the warning statements in the label start with the phrase "This product." Given that the label is affixed to the metal medicine cabinet and that this cabinet is not a source of formaldehyde vapors, the warning statements are misleading and confusing.

It should be noted that the warning statements in the medicine cabinet label do not address the human carcinogen consequence of exposure to formaldehyde.

3. Elisha Dubuclet's decision to live in the trailer with her family was reasonable in the context of the circumstances and the information provided.

DUB000593

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 7

4. The label on the trailer, see Exhibit A, clearly stated that this was an "Emergency Living Unit" and that it was "not intended for recreational purposes." Yet, the first sentence in the NOTE on page 05-4 of the Owner's Manual stated "Your trailer is not designed to be used as permanent housing." The label characterizing the trailer as an Emergency Living Unit, the "hidden" location of the warning label in the medicine cabinet, and the failure to provide the Owner's Manual, constitute a misleading and inadequate warning system. Fleetwood, Fluor and FEMA knew that the trailer was not designed for permanent occupancy and that foreseeable levels of formaldehyde in the trailer in circumstances of permanent occupancy were hazardous.

5. A warning system should have been provided by the defendants to inform Elisha Dubuclet about the formaldehyde hazard, its potential consequences, and instructions regarding if and/or how the trailer could be safely occupied on a permanent basis. At a minimum, the warning system should have included instructions such as those in Title 24 CFR 3280.309 Health Notice on formaldehyde emissions. [49 FR 32012, August 9, 1984, as amended 54 FR 46049, November 1, 1959; 58 FR 55007, October 25, 1993]. The Health Notice is shown below:

**3280.309 Health Notice on formaldehyde emissions**
(a) Each manufactured home shall have a Health Notice on formaldehyde emissions prominently displayed in a temporary manner in the kitchen (i.e., countertop or exposed cabinet face). The Notice shall read as follows:

IMPORTANT HEALTH NOTICE

Some of the building materials used in this home emit formaldehyde. Eye, nose, and throat irritation, headache, nausea, and a variety of asthma-like symptoms, including shortness of breath, have been reported as a result of formaldehyde exposure. Elderly persons and young children, as well as anyone with a history of asthma, allergies, or lung problems, may be at greater risk. Research is continuing on the possible long-term effects of exposure to formaldehyde.

Reduced ventilation resulting from energy efficiency standards may allow formaldehyde and other contaminants to accumulate in the indoor air. Additional ventilation to dilute the indoor air may be obtained from a passive or mechanical ventilation system offered by the manufacturer. Consult your dealer for information about the ventilation options offered with this home.

**DUB000594**

Linda J. Nelson
Dubuclet vs. Fleetwood, et al.
Page 8

High indoor temperatures and humidity raise formaldehyde levels. When a home is to be located in areas subject to extreme summer temperatures, an air-conditioning system can be used to control indoor temperature levels. Check the comfort cooling certificate to determine if this home has been equipped or designed for the installation of an air-conditioning system. If you have any questions regarding the health effects of formaldehyde, consult your doctor or local health department.

(b) The Notice shall be legible and typed using letters at least ¼ inch in size. The title shall be typed using letters at least ¾ inch in size.

The aforementioned Health Notice information was known and available to Fleetwood (in the manufactured housing industry) and to FEMA ( a U.S. Government entity). It was certainly feasible for them to have incorporated such a notice in their EHU's.

Sincerely,

Kenneth R. Laughery

Kenneth R. Laughery, Ph.D.

# EXHIBIT 3

1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: FEMA TRAILER FORMALDEHYDE          MDL NO. 1873

PRODUCTS LIABILITY LITIGATION

SECTION "N" (5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ


THIS DOCUMENT IS RELATED TO


Elisha Dubuclet on behalf of

Timia Dubuclet vs. Fleetwood

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~



VIDEOTAPED DEPOSITION OF

FLEETWOOD ENTERPRISES, INC.


June 25, 2009

10:07 a.m.


3649 Mission Inn Avenue

Riverside, California


Reported by Gail Nesson, CSR No. 7010

Fleetwood Enterprises, Inc.                          June 25, 2009

155

1           MR. BENCOMO:  Same objection.

2   BY MS. GREIF:

3       Q     Would you be the person to speak to temporary

4   versus permanent housing --

5       A     Sure.

6       Q     -- the issue?

7       A     Sure.

8       Q     Can you just briefly explain what the difference

9   is as far as Fleetwood sees it between temporary housing

10  and permanent housing as it relates to this industry.

11      A     Permanent housing, and I think I used the term

12  before, is like a permanent residence where something is

13  set up, and it's there year-round, and people are living

14  in it full-time year-round.  That would be permanent in

15  our minds.

16            Temporary would be temporary use for shorter

17  periods of time, not used every day 24/7, 365 times 5.

18      Q     Do you know whether Fleetwood makes any

19  representations in its owner's manual regarding the

20  length of time that trailer units are meant to be used?

21      A     The representation that we make in the owner's

22  manual indicates that they are not specifically designed

23  for full-time use.

24      Q     Okay.  Let's take a look at the owner's manual.

25  And turn to Page 05-4.  That's the actual page number of

Fleetwood Enterprises, Inc.                                June 25, 2009

157

1   use of the trailers as far as Fleetwood is representing

2   in its owner's manual?

3        A    It's more of a durability concern with the

4   products because the fabrics, the panels, the vinyl

5   flooring, when we're developing products, at least to my

6   knowledge, is that we're not developing it for a family

7   that's going to be in there year-round 24/7.  So there's

8   going to be faster deterioration of products, maybe

9   quicker wear and tear with door knobs, hinges, finishes

10  on stuff, that type of thing.  So we're trying to warn

11  the consumer that we've developed it for temporary use,

12  not full-time use.

13       Q    Are you familiar with the term "soft goods"?

14       A    Yes.

15       Q    Is that what this concern is related to?

16       A    Fabrics would be another concern, carpeting and

17  that type of -- that type of material.

18       Q    Okay.  Let's turn in the manual to -- now it's

19  in the manual 12-7 under the maintenance section.

20       A    Okay.  And that is PSC0.21554.

21       Q    I'll read just a little bit from the maintenance

22  guideline there.  It says "While many RV owners use their

23  RV for weekend and vacation travel, others may use their

24  RV full-time.  Full-time use of an RV can considerably

25  affect its conditions, as well as maintenance

# EXHIBIT 4

Mar. 4. 2009  3:37PM                                              No. 0159   P. 1

4'6

78165

### Privileged and Confidential Attorney Product
### Bellwether Screening Sheet

Client Name: Elsha Dubuclet Obo Toma Dubuclet
DOB: 9/23/98                         FORM 95 Information:
Race:                                Date SENT: 10/16/08
Contact No.: 504-373-6777
FEMA #: 940760507

Trailer Information :(Note: Client should be in only ONE travel trailer, no multiple trailers, no mobile homes)
Manufacturer: Fleetwood
VIN: 4C5173227104015272
EDLA Trailer Address:
Trailer Dates:  Move In: 6/06      Move Out: 9/07      Total Time? 1yr 3mos
TEST RESULTS: Yes ___ No ✓ : If so, who:_____ Dates:_____
                Test Concentration:_____
No-Bid Contractor: Shaw   (Fluor)   CH2MHILL

Checklist:
Client Current Smoker? Yes ___ No ✓ : If so, when to when?_____ to_____
Client Past Smoker? Yes ___ No ___ : If so, how many years?_____
Any smoking in/out trailer? Yes ___ No ✓ : If so, who?_____ how many?_____
Major Symptoms: irritation to eyes, nasal Membranes, skin, difficulty in Breathing  Eczema
Major Symptom for first time OR aggravation of preexisting?_____
Child in Trailer? Yes ✓ No ___ Medicals?_____
Occupational Issues? Student
Prior Lawsuits? none
Criminal Record?
Some Medical Treatment? Yes ✓ No ___ Dr. Sam Solis (Pediatrician)
Major Medical Treatment? Yes ✓ No ___
Complicated OR Preexisting Medical History (prior to trailer move in):_____

Attorney Information:
Attorney of Record: Frank D'Amico      Suit Filed:_____

Comments: See Mom's file for Photos

Reviewer Name:
1. Carrol Lanassa        YES___ NO___
2._____                YES___ NO___
3._____                YES___ NO___          3/4/09

# EXHIBIT 5



*Driven to Explore*



*FZE - 00005548.*
*to 0000 5668*

FEMA OWNER'S MANUAL



**EXHIBIT**

FW 10

# 2006 Owner's Manual

*10-1*

# INTRODUCTION

Welcome to the recreational vehicle life-style and the growing family of trailer owners. We sincerely thank you for choosing a Fleetwood trailer!

> ✓ **NOTE**
>
> *This manual describes many features of your RV and includes some instructions for its safe use. This manual, including photographs and illustrations, is of a general nature only. Some equipment and features described or shown in this manual may be optional or because of the continuous program of product change conducted by Fleetwood, it is possible that recent product changes may not be included.*

> ✓ **NOTE**
>
> *Throughout this manual the term "RV" represents a "Recreational Vehicle" as defined by the NFPA 1192. This includes motor homes, fifth wheel trailers, travel trailers, camping trailers, recreational park trailers, and truck campers.*

Your trailer has been designed to provide you with years of carefree, pleasant traveling and vacationing. It conforms with, or exceeds, applicable *American National Standards Institute (ANSI), National Fire Protection Association (NFPA), Canadian Standards Association (CSA)* (units built for Canada only), *Federal Motor Vehicle Safety Standards (FMVSS), Environmental Protection Agency (EPA)* and *California Air Resources Board (CARB)* regulations. The seal attached just outside the entry door indicates compliance with *ANSI* or *CSA* standards.

Like all equipment, your trailer will require care and regular maintenance in order to deliver maximum value and performance. The dealer will give you basic operating and maintenance instructions. However, supplement this by reading all instructional material(s) furnished with the trailer in the *Owner's Information Package*. This information outlines important areas of operation and maintenance for you to follow for safe, trouble-free service from your trailer. Study these materials carefully. A good working knowledge of your trailer and how to care for it

will help you enjoy many miles and years of recreational living.

Please pay close attention to these statements while you read this Owner's Manual.

In this manual, statements preceded by the following words are of special significance:

>  **WARNING**
>
> indicates a potentially hazardous situation which, if not avoided, could result in death or serious injury.

> ⚠ **CAUTION**
>
> indicates a potentially hazardous situation which, if not avoided, may result in minor or moderate injury.

> **CAUTION**
>
> indicates a potentially hazardous situation which, if not avoided, may result in damage to the component or vehicle.

> ✓ **NOTE**
>
> indicates points of particular interest for more efficient and convenient operation.

If you have any questions regarding operation, maintenance, or service, please contact your dealer immediately so he can assist you. Your dealer's Service or Sales Department will handle any normal problems which might occur.

Some equipment and features described or shown in this manual may be optional or not available on some models.

Because of the continuous program of product improvement conducted by Fleetwood, it is possible that recent product changes may not be included in this manual. Specifications may change without notice. Product information, illustrations and photography included in this Owner's Manual were as accurate as possible at the time of publication, and are representative of

# IMPORTANT NOTICES

State laws in the United States and provincial laws in Canada vary concerning operator licensing requirements and vehicle dimensional restrictions. Check the laws in the area where you anticipate traveling.

The particle board, hardwood plywood, or paneling used in your RV are made with urea-formaldehyde resin. The companies that supply us with these materials have asked that we tell you about urea-formaldehyde with the statements on this page.

Ventilation is important for making the interior of your RV comfortable. Please read the section about ventilation and prolonged occupancy in the *Living With Your Trailer* chapter in this *Owner's Manual*.

We provide you consumer information as detailed by the National Fire Protection Association (NFPA) and the American National Standards Institute (ANSI). The information and warnings found on these pages may also be found in other chapters of this *Owner's Manual*. Please see the *Propane System* and *Appliances* chapters for other safety and operating information.

## ⚠ WARNING

This product is manufactured with urea-formaldehyde resin. Formaldehyde vapor may in some people cause headaches, eye, nose and throat irritation, and aggravation of allergies and respiratory problems, such as asthma. Proper ventilation should reduce the risk of such problems.

## ⚠ WARNING

This product is manufactured with a urea-formaldehyde resin and will release small quantities of formaldehyde. Formaldehyde levels in the indoor air can cause temporary eye and respiratory irritation, and may aggravate respiratory conditions or allergies. Ventilation will reduce indoor formaldehyde levels.

## ⚠ WARNING

Irritant: This product contains a urea-formaldehyde resin and may release formaldehyde vapors in low concentrations. Formaldehyde can be irritating to the eyes and upper respiratory system of especially susceptible persons such as those with allergies or respiratory ailments. Use with adequate ventilation. If symptoms develop, consult your physician.

10 - 11

## Important Notices



### ⚠ WARNING

Do not bring or store Propane containers, gasoline or other flammable liquids inside the vehicle because a fire or explosion may result.

A warning label has been located near the Propane container. This label reads: WARNING DO NOT FILL CONTAINER(S) TO MORE THAN 80-PERCENT OF CAPACITY.

FAILURE TO COMPLY COULD RESULT IN FIRE OR PERSONAL INJURY.

Overfilling the Propane container can result in uncontrolled Propane flow which can cause fire or explosion. A properly filled container will contain approximately 80- percent of its volume as liquid Propane.

The following warning label has been placed in the vehicle near the range:

WARNING
IF YOU SMELL PROPANE:
1. Extinguish any open flames, pilot lights, and all smoking materials.
2. Do not touch electrical switches.
3. Shut off the Propane supply at the container valve(s) or Propane supply connection.
4. Open doors and other ventilation openings.
5. Leave the area until the odor clears.
6. Have the Propane system checked and leakage source corrected before using again.

FAILURE TO COMPLY COULD RESULT IN FIRE OR PERSONAL INJURY.

Propane regulators must always be installed with the diaphragm vent facing downward. Regulators that are not in compartments have been equipped with a protective cover. Make sure that regulator vent faces downward and the cover is kept in place to mini-mize vent blockage which could result in excessive Propane pressure causing fire or explosion.

### ⚠ WARNING

It is not safe to use cooking appliances for comfort heating. Cooking appliances need fresh air for safe operation.

Before operation:

1. Open overhead vent or turn on exhaust fan, and

2. Open window.

FAILURE TO COMPLY COULD RESULT IN FIRE OR PERSONAL INJURY.

This warning label has been located in the cooking area to remind you to provide an ade-quate supply of fresh air for combustion. Unlike homes, the amount of oxygen supply is limited due to the size of the recreational vehi-cle, and proper ventilation when using the cooking appliance(s) will avoid dangers of asphyxiation. It is especially important that cooking appliances not be used for comfort heating as the danger of asphyxiation is greater when the appliance is used for long periods of time.



### ⚠ WARNING

Portable fuel-burning equipment, including wood and charcoal grills and stoves, shall not be used inside this recreational vehicle. The use of this equipment inside the recreational vehicle may cause fires or asphyxiation.



### ⚠ WARNING

Propane containers shall not be placed or stored inside the vehicle. Propane containers are equipped with safety devices which relieve excessive pressure by discharging Propane to the atmosphere.

FAILURE TO COMPLY COULD RESULT IN DEATH OR SERIOUS INJURY.

10-12

03-2

# EXHIBIT 6

