UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL NO. 1873 <br><br> SECTION "N" (5) |
| | * <br> * | JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * <br> * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892;<br>Alana Alexander, individually and on behalf of Christopher Cooper | * <br> * <br> * | |

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED**

Pursuant to Local Rule 56.2, Plaintiff Alana Alexander, individually and on behalf of her son, Christopher Cooper, sets forth the following statement of material facts as to which there exists a genuine issue to be tried, with respect to Defendant Gulf Stream Coach, Inc.'s ("Gulf Stream") "Partial Motion for Summary Judgment", and also sets forth facts controverted in Defendant's Statement of Uncontested Material Facts.

I.  **MATERIAL FACTS AS TO WHICH THERE EXISTS A GENUINE ISSUE TO BE TRIED.**[1]

1. Whether Gulf Stream made an express warranty to Plaintiff regarding the safety of the Gulf Stream travel trailer.

2. Whether Plaintiff relied on this warranty and/or whether this warranty induced Plaintiff to take residence in the Gulf Stream travel trailer with her children.

---

[1] Plaintiff also contends that there are genuine issues of material fact regarding whether the subject travel trailer failed to conform to that express warranty, and whether Plaintiff and her son's damage were proximately caused because the express warranty was untrue. However, Gulf Stream did not raise those issues in its briefing.

PLAINTIFF'S EXHIBIT B

## II.  ALLEGED FACTS IN GULF STREAM'S MOTION WHICH ARE CONTROVERTED.

Plaintiff controverts Gulf Stream's alleged Uncontested Material Fact number 6. As set forth in her response and supporting evidence, Plaintiff did speak to a Gulf Stream employee, agent or representative during the duration of her residency in the Gulf Stream travel trailer.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471