UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
    *Aldridge, et al. v. Gulf Stream Coach, Inc., et al., No. 07-9228*
    *Lyndon T. Wright v. Forest River, Inc., et al., No. 09-2977*
    *Diana Bell et al. v. Keystone RV Company, et al., No. 09-2967*
    *Carrie Smith v. Recreation by Design, LLC, et al., No. 09-3957*
**************************************************************************

**FLUOR ENTERPRISES, INC.'S MOTION TO CONTINUE
FIRST TWO BELLWETHER TRIALS
AND REVISE REMAINING BELLWETHER TRIAL SCHEDULE**

    Fluor Enterprises, Inc. (**Fluor**) respectfully requests that this Court continue the bellwether trials currently scheduled to commence on (1) September 14, 2009, in *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.,* until October 26, 2009, the date the second bellwether trial is to begin; and (2) October 26, 2009, *Aldridge, et al. v. Keystone RV Company, et al.* until December 7, 2009, for the reasons more fully set forth in the attached memorandum and affidavits.

1

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

　　*/s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

　　　　*-and-*


Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

　　　　*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants. Copies of this pleading were sent by email and U.S. mail to:

| | |
|---|---|
| Justin Woods<br>Gerald Edward Meunier<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer<br>Energy Centre 1100 Poydras Street<br>Suite 2800<br>New Orleans, LA 70164-2800 | Henry T. Miller<br>Adam T. Dinnell<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1331 Pennsylvania Ave., NW<br>Room 8220-N<br>Washington, DC 20004 |
| Andrew D. Weinstock<br>Duplass, Zwain, Bourgeois, Morton<br>Pfister & Weinstock<br>Three Lakeway Center<br>3838 N. Causeway Blvd.<br>Suite 2900<br>Metairie, LA 70002 | M. David Kurtz<br>Baker Donelson Bearman Caldwell<br>& Berkowitz<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170 |
| Robert C. Hilliard<br>Hilliard Munoz Guerra l.l.p.<br>719 S. Shoreline Blvd.<br>Suite 500<br>Corpus Christi, TX 78401 | Mikal C. Watts<br>Watts Guerra Craft<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br><br>Anthony G. Buzbee<br>The Buzbee Law Firm<br>600 Travis, Suite 7300<br>Houston, Texas 77002 |

                                      /s/ Charles R. Penot, Jr..

ND: 4846-5398-0419, v. 2