**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
    *Aldridge, et al. v. Gulf Stream Coach, Inc., et al., No. 07-9228*
    *Lyndon T. Wright v. Forest River, Inc., et al., No. 09-2977*
    *Diana Bell et al. v. Keystone RV Company, et al., No. 09-2967*
    *Carrie Smith v. Recreation by Design, LLC, et al., No. 09-3957*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

    Considering the foregoing motion,

    IT IS ORDERED that Fluor Enterprises, Inc.'s motion to continue first two bellwether trials and revise remaining bellwether trial schedules be set for hearing on the \_\_\_\_ day of _____ 2009 at _____ o'clock a.m.  All other party's responses shall be due by _____.

    This \_\_\_\_ day of _____, 2009, New Orleans, Louisiana.


                                                       _____
                                                       JUDGE KURT D. ENGELHARDT

ND: 4819-4258-6116, v. 1