IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products** | * | **MDL No. 1873** |
| **Liability Litigation** | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| | * | |
| **This Document Relates To:** | * | **Magistrate Chasez** |
| *Curtis Coleman, Sr., et al. v. American* | * | |
| *International Specialty Lines Ins. Co., et al.* | * | **Jury Demand** |
| Civil Action No. 09-3851 | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the ~~12th~~ 24th day of ~~August~~ July, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE

1