## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: FEMA Trailer Formaldehyde Products Liability Litigation** | * | **MDL No. 1873** |
| | * | |
| | * | **Section N(5)** |
| | * | |
| | * | **Judge Engelhardt** |
| **This Document Relates To:** | * | |
| *Valerie Hawkins, et al. v.* | * | **Magistrate Chasez** |
| *Gulf Stream Coach, Inc., et al.* | * | |
| *Civil Action No. 09-3503* | * | **Jury Demand** |

*************************************************************************

### ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the 27th day of July, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE