Case 2:07-md-01873-KDE-MBN   Document 2502-2   Filed 07/27/09   Page 1 of 1
Exhibit B
Valerie Hawkins v. Gulf Stream Coach, Inc., Shaw Environmental, Inc. and the U.S.A. through FEMA

| # | Last | Suffix | First | Middle |
|---|------|--------|-------|--------|
| 1 | Davis |  | Edgar |  |
| 2 | Davis |  | Johnell |  |
| 3 | Davis |  | Keiara |  |
| 4 | Davis |  | Sylvia |  |