UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"
JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

**************************************************************************

ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a twenty-one (21) page Supplemental Memorandum in response to Plaintiffs' Response Memorandum in Opposition to the United States' "Motion to Dismiss Plaintiffs' Remaining FTCA Claims For Lack Of Subject Matter Jurisdiction." *See* Rec. 1545 & 2001.

**IT IS HEREBY ORDERED** that the Motion is granted.

**DONE AND SIGNED** this ___30th___ day of _____July_____, 2009.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA