Sinks, Tom (ATSDR/OA/OD)

| | |
|---|---|
| From: | Coleman.Sam@epamail.epa.gov |
| ent: | Wednesday, July 05, 2006 10:37 AM |
| To: | Benken, Donald (CDC/CCEHIP/NCEH) |
| Cc: | Sinks, Tom (ATSDR/OA/OD); Keim, Mark (CDC/CCEHIP/NCEH); R E. Greene; David Gray; L Starfield; S Coleman; Dana Tulis |
| Subject: | Re: FEMA Conf. Call Number |

I spoke to them on Monday. They continue to want to do some testing. I suggested that we have a followup conf call this week. Additionally, I strongly suggest that this is a policy decision. We need to brief the Agency leadership to assure that we are all together.
to -----------------\Sent by EPA Wireless E-Mail Services.

----- Original Message -----
From: "Benken, Donald (CDC/CCEHIP/NCEH)" [dxb3@cdc.gov]
Sent: 07/05/2006 08:50 AM
To: Sam Coleman/R6/USEPA/US@EPA
Cc: "Sinks, Tom (ATSDR/OA/OD)" <ths2@cdc.gov>; "Keim, Mark (CDC/CCEHIP/NCEH)" <mjk9@cdc.gov>
Subject: RE: FEMA Conf. Call Number

Sam,

Have you heard anything else from FEMA regarding the issue that addresses interior air quality related to their trailers (formaldehyde)?

From the call, it was clear they have a specific interest in testing a random sample of the current trailers in New Orleans or at least those trailers that will come into the area from the manufacturers. Will they continue to seek assistance from the Consumer Protection Agency or the manufacturers?

Clearly, testing of the trailers is not in our jurisdiction, but I also don't want to be unresponsive to their request. After the lengthy conference call with FEMA, EPA, CDC, ATSDR, et.al. last week, and recommendations against testing, if they determine that it is still a viable mission assignment, we will be willing to review the protocol for testing to determine the best collection methods and determine if we can measure the benefit from a public health perspective.

If you happen to hear the direction they plan on going, please let me know.

Donald Benken, MPH, JD
Senior Public Health Advisor
Acting Deputy Director

Centers for Disease Control and Prevention National Center for Environmental Health and ATSDR Office of Terrorism Preparedness and Emergency Response

4770 Buford Highway, Mailstop F-29
Chamblee, Georgia 30341

770-488-7930 Office
770-488-7742 Fax
770-361-2601 Cell

dxb3@cdc.gov



EXHIBIT 5

DeRosa-000105