Holler, James S. (Jim) (ATSDR/DTEM/PRMSB)

From: Nickle, Richard (ATSDR/DTEM/PRMSB)
Sent: Friday, February 02, 2007 2:26 PM
To: Abadin, Henry (ATSDR/DTEM/ATB); Allred, Phillip M. (Mike) (CDC/CCEHIP/NCEH); Ashizawa, Annette (ATSDR/DTEM/ATB); Auf der Heide, Erik (ATSDR/DTEM/EMESB); Ayers, David H. (ATSDR/DTEM/OD); Benken, Donald (CDC/CCEHIP/NCEH); Bonzo, Sandra E. (CDC/CCEHIP/OD); Burgess, Paula (ATSDR/DTEM/PRMSB); Campolucci, Sharon (ATSDR/DHS/OD); Chou, Selene (ATSDR/DTEM/PRMSB); Cibulas, William (ATSDR/DHAC/OD); Crawford, Jewel L. (ATSDR/DTEM/PRMSB); Cronin, Diana (ATSDR/DTEM/EMESB); Cseh, Larry (ATSDR/DTEM/PRMSB); Dawkins, Olga B. (ATSDR/DTEM/ATB); De Rosa, Christopher (Chris) (ATSDR/DTEM/OD); Deitchman, Scott (CDC/CCEHIP/NCEH); Dell Aglio, Damon M. (ATSDR/DTEM/PRMSB) (CTR); Demchuk, Eugene (ATSDR/DTEM/OD); Dennard, Evelyn (ATSDR/DTEM/PRMSB); DePaul, Rolene (CDC/CCEHIP/NCIPC); Doyle, John R. (ATSDR/DTEM/EMESB); Faroon, Obaid (ATSDR/DTEM/ATB); Fay, Mike (ATSDR/DTEM/OD); Forrester, Tina (ATSDR/DRO); Fowler, Bruce (ATSDR/DTEM/OD); Frumkin, Howard (ATSDR/OA/OD); Gehle, Kimberly (ATSDR/DTEM/EMESB); Gilbert, Wanda R. (ATSDR/DTEM/OD); Going, William (Todd) (ATSDR/DHAC/OD); Grant, Delores (ATSDR/DTEM/OD) (CTR); Hanley, G. Douglas (Doug) (ATSDR/DTEM/PRMSB); Hansen, Hugh (ATSDR/DTEM/OD); Harper, Carolyn (ATSDR/DTEM/ATB); Hatcher, Michael (ATSDR/DTEM/EMESB); Hicks, Heraline (ATSDR/DTEM/ATB); Hill, Melva, D. (ATSDR/DTEM/OD); Holler, James S. (Jim) (ATSDR/DTEM/PRMSB); Jenkins, Kimberly E. (Kim) (ATSDR/DTEM/EMESB); Johnson, Collette J. (ATSDR/DTEM/OD); Jolly, Ronald T. (ATSDR/DTEM/EMESB); Jones, Dennis E. (ATSDR/DTEM/OD); Keim, Mark (CDC/CCEHIP/NCEH); Keith, Sam (ATSDR/DTEM/ATB); Little, Joseph D. (ATSDR/DTEM/PRMSB); Millette, Deborah (CDC/CCEHIP/NCEH); Muhammad, Yahya (ATSDR/OA/OD) (CTR); Mumtaz, Moiz (ATSDR/DTEM/OD); Murray, Ed (ATSDR/DTEM/ATB); Nickle, Richard (ATSDR/DTEM/PRMSB); Peters, Renee (ATSDR/DTEM/ATB) (CTR); Pohl, Hana R. (ATSDR/DTEM/PRMSB); Radke, Marilyn (CDC/NIOSH/DSHEFS); Risher, John (ATSDR/DTEM/ATB); Roberts, Delene (ATSDR/DTEM/EMESB); Roney, Nickolette (ATSDR/DTEM/ATB); Rosemond, Zemoria (ATSDR/DTEM/ATB); Ruiz, Patricia (ATSDR/DTEM/OD) (CTR); Schwartz, Michael (ATSDR/DTEM/PRMSB); Scinicariello, Franco (ATSDR/DTEM/ATB); Sinks, Tom (ATSDR/OA/OD); Smith, Casandra V. (ATSDR/DTEM/ATB); Stevens, Yee-Wan (ATSDR/DTEM/ATB); Tarrago, Oscar (ATSDR/DTEM/EMESB); Taylor, Jessilynn B. (ATSDR/DTEM/ATB); Telfer, Jana L. (CDC/CCEHIP/NCEH); Tencza, Brian (ATSDR/DTEM/EMESB); Todd, Glenn D. (Dan) (ATSDR/DTEM/ATB); Tomei-Torres, Francisco A. (ATSDR/DTEM/EMESB); Touch Jr, Ralph (ATSDR/DTEM/OD); Tucker, Pamela G. (ATSDR/DTEM/EMESB); Tullos, James (ATSDR/DTEM/EMESB); Tylenda, Carolyn (ATSDR/DTEM/PRMSB); Washington, Yvette M. (ATSDR/DHAC/OD); Wilbur, Sharon (ATSDR/DTEM/ATB); Williams, Malcolm (ATSDR/DTEM/ATB); Williams, Robert L. (ATSDR/DTEM/PRMSB); Williams-Fleetwood, Sharon O. (ATSDR/DHAC/OD); Williamson, G. David (ATSDR/DHS/OD); Wilson, Jewell D. (ATSDR/DTEM/OD); Wright, Scott V. (ATSDR/DTEM/PRMSB); Yu, Dianyi (ATSDR/DTEM/EMESB); Zarus, Gregory M. (ATSDR/DHAC/EISAB)
Subject: ATSDR Emergency Response Weekly Activity Report - 2/01/2007

## OPERATIONS

Throughout the week, ERT continued support of EPA I, ATSDR I, and State Health after an explosion in a print shop in a residential area in MA. This week, ERT received and reviewed one data package, completed an AROA discussing the health implications of the data, reviewed a revised ambient air sampling plan, and discussed the significance of contaminants detected in laboratory blanks.

On 1/30, ERT provided the state health with medical management information following a release of maleic anhydride at a chemical facility in LA.



EXHIBIT 8

1

DEROSA - 0063

On 1/31, ERT provided assistance to the Florida Dept. of Health in establishing cleanup goals following a mercury release from a broken blood pressure cuff in an exam room located at a county health clinic.

On 2/1, ERT finalized the Formaldehyde Health Consultation for the Federal Emergency Management Agency (FEMA). This consultation discusses the evaluation of EPA data generated from sampling of FEMA manufactured homes during the time period of September 19 – October 7, 2006. A total of 96 new, never occupied homes were tested at a location in the Greater New Orleans/Baton Rouge area. In summary, the opening of windows and vents was effective in reducing formaldehyde concentrations below levels of health concern. Running the heating, ventilation and air conditioning systems did not provide adequate air exchanges to adequately reduce the formaldehyde concentrations.

PREPAREDNESS

On 1/26, ERT assisted NCEH with information on resource persons from outside CDC/ATSDR for emergency response planning guidance.

Rich Nickle
*ATSDR Emergency Response*

2

DEROSA - 0064

DeRosa-000108