Nickle, Richard (ATSDR/DTEM/PRMSB)

From: Frumkin, Howard (ATSDR/OA/OD)
Sent: Friday, April 06, 2007 11:25 AM
To: CDC All - NCEH/ATSDR
Cc: Falk, Henry (CDC/CCEHIP/OD); Galaska, Louise (CDC/CCEHIP/NCIPC)
Subject: Newsletter



Dear colleagues:

Greetings! Time has flown by since my last newsletter, in December. I've planned this newsletter to introduce 2007 and to look ahead to NCEH/ATSDR activities during the year; but before I knew it, we were a quarter of the way through the year. As you'll see from the pages below, there is a lot of activity to report—explaining the delay in this newsletter.

2007 PRIORITIES

When I first arrived at NCEH/ATSDR, I identified three priorities: **healthy places, preparedness,** and **excellent science.** I announced then that I hoped to work together with all of you to advance each of these priorities. I am delighted, a year and a half later, at how much progress we've made, despite budgetary and other challenges.

Healthy Places, of course, is not only one of my priorities for our Center; it is also a set of CDC Health Protection Goals. Our progress in this area has been extraordinary (see later in this newsletter). The Built Environment Working Group, led by **Andy Dannenberg, Ken Rose,** and other staff in our Center, with strong support from **Sharunda Buchanan,** and including members from across CDC, has an impressive track record of extramural research, publications, technical assists to state and local health agencies, innovative partnerships and collaborations, presentations at high-profile meetings, national leadership in healthy community design, and other activities. (You can see some of this work at http://www.cdc.gov/healthyplaces/.) Our Healthy Homes work is taking off under **Mary Jean Brown's** leadership, and in coordination with CDC's Healthy Homes goal team; one important milestone this year will be the release of a Surgeon General's Call for Healthy Homes, and we are providing much of the support for this important event. **Tina Forrester** is leading important efforts in Brownfields redevelopment, expanding our approach from simply interrupting toxic exposures to also achieving healthy community revitalization.

Preparedness is a key public health activity, and over the last year, our Center's work has advanced considerably. **Mike McGeehin** is leading a renewed and expanded effort to address global climate change, a looming public health challenge; we have strong support from CDC

8/30/2007





DEROSA - 0084

DeRosa-000141

evidence of our effectiveness and complimented the commitment ATSDR has to measuring our accountability to the public. I am very grateful to everyone in ATSDR who spent extra hours helping us prepare for this important review. Your work paid off!

*ALS*

The ATSDR Division of Health Studies is conducting pilot projects to evaluate the feasibility of developing a National Amyotrophic Lateral Sclerosis (ALS) Registry, based on Congressional direction. This effort will be a valuable example of data collection on neurodegenerative diseases, an increasingly important category of disease. ATSDR has had collaborative discussions with many in the ALS community, including clinicians, patient advocates, non-profit organizations, and other agencies. With the input and guidance of the collaborators, ATSDR has designed three pilot projects. The goals of these projects include the development and testing of strategies to efficiently identify ALS patients. Another goal focuses on determining how to obtain data from existing registries and/or databases within the IRB and HIPAA requirements for data sharing. We have recently briefed Congressman Eliot Engel and staff of Senators Harry Reid and Tom Harkin regarding ALS registries. Thanks to **Vik Kapil** for his very effective leadership of the ALS pilot projects.

*Post-Katrina Temporary Housing*

Congressman Gene Taylor wrote to Dr. Gerberding to encourage CDC to initiate an investigation of the toxic vapors released from FEMA trailers. His letter was spurred by an article entitled "Toxic Trailers" that was featured in the February 26 issue of *The Nation* and was reprinted in the (Biloxi) *Sun Herald*. The article detailed a variety of prolonged respiratory illnesses and other health problems faced by many of the Mississippi and Louisiana residents living in FEMA trailers. NCEH/ATSDR staff have collaborated to prepare a response to the Congressman. At the request of FEMA, EPA and our staff analyzed the formaldehyde levels in unoccupied FEMA emergency housing trailers. These data indicate that in trailers with closed windows, formaldehyde levels are similar to those found in new conventional housing. At this time we do not plan to conduct a health assessment of formaldehyde exposure in FEMA trailers. We have offered the Congressman practical recommendations to reduce exposures to formaldehyde in the emergency housing trailers. Thanks to **Mary Jean Brown** for coordinating with several divisions and offices to provide a timely response to Representative Taylor.

*Panama MOH*

On March 21st and 22nd, the Minister of Health of Panama, Dr. Camilo Alleyne, visited CDC/ATSDR. His primary purpose was to thank CDC/ATSDR for our rapid response to the outbreak of paralysis and acute renal failure linked to consumption of medication contaminated by diethylene glycol. This response was a demonstration of coordinated international efforts and an illustration of the close partnership between the U.S. and Panamanian governments. The Minister presented a lecture to NCEH/ATSDR staff, presented CDC with a Certificate of Appreciation and toured NCEH's laboratory. The Minister and his delegation also met with COGH and other CDC programs at the Roybal campus.

*Endicott*

In late March, the New York State Department of Health and ATSDR released the Endicott Health Statistics Review Follow-up which describes a more in-depth review of those health

8/30/2007

DEROSA - 0085

DeRosa-000142