UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
   *Aldridge, et al. v. Gulf Stream Coach, Inc., et al., No. 07-9228*
   *Lyndon T. Wright v. Forest River, Inc., et al., No. 09-2977*
   *Diana Bell et al. v. Keystone RV Company, et al., No. 09-2967*
   *Carrie Smith v. Recreation by Design, LLC, et al., No. 09-3957*
**************************************************************************

**FLUOR ENTERPRISES, INC.'S MOTION TO CONTINUE
FIRST TWO BELLWETHER TRIALS
AND REVISE REMAINING BELLWETHER TRIAL SCHEDULE**

Fluor Enterprises, Inc. (**Fluor**) respectfully requests that this Court continue the bellwether trials currently scheduled to commence on (1) September 14, 2009, in *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.,* until October 26, 2009, the date the second bellwether trial is to begin; and (2) October 26, 2009, *Aldridge, et al. v. Keystone RV Company, et al.* until December 7, 2009, for the reasons more fully set forth in the attached memorandum and affidavits.

1

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

　　*/s/ Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

　　　　*-and-*


Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

　　　　*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants. Copies of this pleading were sent by email and U.S. mail to:

Justin Woods
Gerald Edward Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer
Energy Centre 1100 Poydras Street
Suite 2800
New Orleans, LA 70164-2800

Andrew D. Weinstock

Duplass, Zwain, Bourgeois, Morton

Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Robert C. Hilliard
Hilliard Munoz Guerra l.l.p.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Henry T. Miller
Adam T. Dinnell
Senior Trial Attorney
U.S. Department of Justice
Civil Division
1331 Pennsylvania Ave., NW
Room 8220-N
Washington, DC 20004

M. David Kurtz
Baker Donelson Bearman Caldwell
& Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Mikal C. Watts
Watts Guerra Craft
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257

Anthony G. Buzbee
The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002

　　　　　　　　　　　　　　　　　　/s/ Charles R. Penot, Jr..

ND: 4846-5398-0419, v. 2