UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
   *Aldridge, et al. v. Gulf Stream Coach, Inc., et al., No. 07-9228*
   *Lyndon T. Wright v. Forest River, Inc., et al., No. 09-2977*
   *Diana Bell et al. v. Keystone RV Company, et al., No. 09-2967*
   *Carrie Smith v. Recreation by Design, LLC, et al., No. 09-3957*


DEFENDANT FLUOR ENTERPRISES, INC.'s
MOTION TO CONTINUE BELLWETHER TRIALS


FLUOR EXHIBIT NO. 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
  *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892
  *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, No. 07-9228
  *Lyndon T. Wright v. Forest River, Inc., et al.*, No. 09-2977
  *Diana Bell et al. v. Keystone RV Company, et al.*, No. 09-2967
  *Carrie Smith v. Recreation by Design, LLC, et al.*, No. 09-3957
*************************************************************

## DECLARATION OF ROBERT LIEF, Ph.D.

I, Robert Lief, state and declare as follows:

1. I am currently employed as the Director of Claims Management/Litigation Support Group of Fluor Enterprises, Inc. (FEI). I was so employed by FEI in September, 2007, when the results of a litigation hold and sweep concerning FEI's response efforts to Hurricanes Katrina and Rita were provided to me by the team who had conducted the sweep.

2. The quantity and kinds of data consist of the following:

    a. Roughly 400 custodians' mailboxes; and

    b. The project server.

3. The total electronic data in the possession of the Claims Management/Litigation Support Group amounts to approximately 1.5 terabytes. A terabyte is equal to 1,000 gigabytes.

4. In connection with the FEMA formaldehyde litigation, outside counsel for Fluor Enterprises, Inc., Charles Penot, provided me with a list of search terms and requested that I search one mailbox with these terms, namely the mailbox of Richard Hall, whose deposition was about to be taken. Prior to that search, Mr. Hall's mailbox consisted of 1.8 gigabytes and 2,515 original messages. Following a search using the terms provided by Mr. Penot and the use of a commercially-available product used to exclude duplicates of identical documents, the size of that mailbox was reduced to 0.8 gigabytes and 1,257 messages.

5. Mr. Penot recently asked me to run the same search terms on a number of email inboxes. Running the same process as described above on these mailboxes produced the following results:

| CUSTODIAN | ORIGINAL SIZE (GB) | ORIGINAL MESSAGES | CULLED SIZE (GB) | CULLED MESSAGES |
|---|---|---|---|---|
| 1 | 2.736 | 9,947 | 2.482 | 7,931 |
| 2 | 1.351 | 5,836 | 1.297 | 4,624 |
| 3 | 0.133 | 2,535 | 0.107 | 2,131 |
| 4 | 0.334 | 215 | 0.202 | 154 |
| 5 | 0.061 | 264 | 0.036 | 73 |
| 6 | 0.010 | 25 | 0.004 | 16 |
| 7 | 0.075 | 4,014 | 0.068 | 3,631 |
| **Totals** | **4.7** | **22,836** | **4.196** | **18,560** |

6. In a further effort to reduce the size of the document set to be reviewed by Fluor Enterprises, Inc.'s counsel, Mr. Penot had a third-party vendor provide us (Mr. Penot and me) with a proposal to utilize two products of the vendor (Clearwell and Syngence) that the vendor claims can substantially reduce the number of documents to be reviewed by counsel. The vendor provided the following example of what it claims would result from the following search protocol: A. Assuming FEI would limit its review to 50 email custodians; B. Assuming FEI and/or its counsel would commit five persons to document review at 8 hours/day, 5 days/week; C. assuming FEI's document reviewers could make 50 document decisions an hour; D. it would take approximately $466,000 in vendor costs, not including the cost of lawyer/paralegal review

2

and 101 days in order to cull the documents of these 50 custodians, review them and prepare them for production.

Pursuant to 28 U.S.C. § 17.46, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2009

_____
ROBERT LIEF
Director, Claims Management/Litigation Support

ND: 4826-9343-3348, v. 1