UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.,* No. 09-2892
    *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.,* No. 07-9228
    *Lyndon T. Wright v. Forest River, Inc., et al.,* No. 09-2977
    *Diana Bell et al. v. Keystone RV Company, et al.,* No. 09-2967
    *Carrie Smith v. Recreation by Design, LLC, et al.,* No. 09-3957

**DEFENDANT FLUOR ENTERPRISES, INC.'s
MOTION TO CONTINUE BELLWETHER TRIALS**

**FLUOR EXHIBIT NO. 3**

# e-Discovery

## CURRENT TRENDS and CASES

## RALPH C. LOSEY



Defending Liberty
Pursuing Justice

Cover design by ABA Publishing

The materials contained herein represent the opinions and views of the authors and/or the editors, and should not be construed to be the views or opinions of the law firms or companies with whom such persons are in partnership with, associated with, or employed by, nor of the American Bar Association unless adopted pursuant to the bylaws of the Association.

Nothing contained in this book is to be considered as the rendering of legal advice for specific cases, and readers are responsible for obtaining such advice from their own legal counsel. This book and any forms and agreements herein are intended for educational and informational purposes only.

© 2008 American Bar Association. All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of the publisher. For permission contact the ABA Copyrights & Contracts Department, copyright@abanet.org or via fax at (312) 988-6030.

11 10 09 08 07   5 4 3 2 1

Cataloging-in-Publication data is on file with the Library of Congress

e-discovery: current trends and cases / Losey, Ralph C.

Discounts are available for books ordered in bulk. Special consideration is given to state bars, CLE programs, and other bar-related organizations. Inquire at Book Publishing, ABA Publishing, American Bar Association, 321 North Clark Street, Chicago, Illinois 60610.

www.ababooks.org

## HOW MUCH DATA DO YOU HAVE?

CD = 650 MB = 50,000 pages.

DVD = 4.7 GB = 350,000 pages.

DLT Tape = 40/80 GB = 3 to 6 million pages.
Super DLT Tape = 60/120 GB = 4 to 9 million pages.

Page Estimates:
    1 MB is about 75 pages;
    1 GB is about 75,000 pages (pick-up truck full of documents).

Average pgs. per email: 1.5 (100,099 pages per GB).
Average pgs. per word document: 8 (64,782 pages per GB).
Average pgs. per spreadsheet: 50 (165,791 pages per GB).
Average pgs. per power point: 14 (17,552 pages per GB).

For the average .PST or .NSF email file:
    100 MB .PST file is 900 emails and 300 attachments.
    400 MB .PST file is 3,500 emails and 1,200 attachments.
    600 MB .PST file is 5,500 emails and 1,600 attachments.
    A 1.00 GB .NSF file is 9,000 emails and 3,000 attachments.
    A 1.5 GB .NSF file is 13,500 emails and 4,500 attachments.

Note: Many variables will affect *all* of the actual numbers above, including especially large image and video files, and recursive files.

Bits and Bytes Sizes:
- 8 bits are equal to 1 byte (one or two words).
- 1,024 bytes are equal to 1 kilobyte (KB).
- 1,024 kilobytes (KB) are equal to 1 megabyte (MB or Meg).
- 1,024 megabytes are equal to 1 gigabyte (GB or Gig) (truck full of paper).
- 1,024 gigabytes are equal to 1 terabyte (TB) (50,000 trees of paper).
- 1,024 terabytes are equal to 1 petabyte (PB) (250 billion pgs. of text).
- 1,024 petabytes are equal to 1 exabytes (EB) (1,000,000,000,000,000,000 bytes).