UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
    *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892
    *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, No. 07-9228
    *Lyndon T. Wright v. Forest River, Inc., et al.*, No. 09-2977
    *Diana Bell et al. v. Keystone RV Company, et al.*, No. 09-2967
    *Carrie Smith v. Recreation by Design, LLC, et al.*, No. 09-3957
************************************************************************

### NOTICE OF HEARING

TO:    All Counsel of Record

    PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its Motion To Continue First Two Bellwether Trials And Revise Remaining Bellwether Trial Schedule on the 26th day of August, 2009 at 9:00 o'clock a.m., before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana 70130.

                                                      _____
                                                      JUDGE KURT D. ENGELHARDT

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

/s/   *Charles R. Penot, Jr.*
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  **T.A.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants. Copies of this pleading were sent by email and U.S. mail to:

| | |
|---|---|
| Justin Woods<br>Gerald Edward Meunier<br>Gainsburgh, Benjamin, David,<br>Meunier & Warshauer<br>Energy Centre 1100 Poydras Street<br>Suite 2800<br>New Orleans, LA 70164-2800 | Henry T. Miller<br>Adam T. Dinnell<br>Senior Trial Attorney<br>U.S. Department of Justice<br>Civil Division<br>1331 Pennsylvania Ave., NW<br>Room 8220-N<br>Washington, DC 20004 |
| Andrew D. Weinstock<br>Joseph G. Glass<br>Duplass, Zwain, Bourgeois, Morton<br>3838 N. Causeway Blvd, Suite 2900<br>Metairie, LA  70002<br><br>Pfister & Weinstock<br>Three Lakeway Center<br>3838 N. Causeway Blvd.<br>Suite 2900<br>Metairie, LA 70002<br><br>Robert C. Hilliard<br>Hilliard Munoz Guerra l.l.p.<br>719 S. Shoreline Blvd.<br>Suite 500<br>Corpus Christi, TX 78401 | M. David Kurtz<br>Baker Donelson Bearman Caldwell<br>& Berkowitz<br>201 St. Charles Avenue<br>Suite 3600<br>New Orleans, LA 70170<br><br>Mikal C. Watts<br>Watts Guerra Craft<br>4 Dominion Drive, Bldg. 3, Suite 100<br>San Antonio, TX 78257<br><br>Anthony G. Buzbee<br>The Buzbee Law Firm<br>600 Travis, Suite 7300<br>Houston, Texas 77002 |

                                                 */s/  Charles R. Penot, Jr..*

ND: 4814-4815-6163, v.  1