UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
 *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
 *Aldridge, et al. v. Gulf Stream Coach, Inc., et al., No. 07-9228*
 *Lyndon T. Wright v. Forest River, Inc., et al., No. 09-2977*
 *Diana Bell et al. v. Keystone RV Company, et al., No. 09-2967*
 *Carrie Smith v. Recreation by Design, LLC, et al., No. 09-3957*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FLUOR ENTERPRISES, INC.'S MOTION FOR EXPEDITED HEARING

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully suggests to the Court that it is necessary and appropriate under the circumstances of this litigation to expedite consideration by the Court of FEI's motion to continue the first two bellwether trials and revise remaining bellwether trial schedules, which motion is being filed herewith and, accordingly, FEI requests that its motion to continue first two bellwether trials and revise scheduling orders be set expeditiously for hearing by the Court.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

*/s/ Charles R. Penot, Jr.*

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)  T.A**.**
717 North Harwood, Suite 2400
Dallas, Texas 75201
Telephone: (214) 220-6334
Facsimile:  (214) 220-6807

*-and-*

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730

**Attorneys for Fluor Enterprises, Inc.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel to be noticed in the MDL proceedings, including primarily court-appointed liaison counsel, who are CM/ECF participants. Copies of this pleading were sent by email and U.S. mail to:

Justin Woods
Gerald Edward Meunier
Gainsburgh, Benjamin, David,
Meunier & Warshauer
Energy Centre 1100 Poydras Street
Suite 2800
New Orleans, LA 70164-2800

Andrew D. Weinstock
Joseph G. Glass
Duplass, Zwain, Bourgeois, Morton
3838 N. Causeway Blvd, Suite 2900
Metairie, LA  70002

Pfister & Weinstock
Three Lakeway Center
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

Robert C. Hilliard
Hilliard Munoz Guerra l.l.p.
719 S. Shoreline Blvd.
Suite 500
Corpus Christi, TX 78401

Henry T. Miller
Adam T. Dinnell
Senior Trial Attorney
U.S. Department of Justice
Civil Division
1331 Pennsylvania Ave., NW
Room 8220-N
Washington, DC 20004

M. David Kurtz
Baker Donelson Bearman Caldwell
& Berkowitz
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Mikal C. Watts
Watts Guerra Craft
4 Dominion Drive, Bldg. 3, Suite 100
San Antonio, TX 78257

Anthony G. Buzbee
The Buzbee Law Firm
600 Travis, Suite 7300
Houston, Texas 77002

          /s/  Charles R. Penot, Jr..

ND: 4849-7913-1140, v. 1