**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | **07-md-1873** |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | **SECTION: N(5)** |
| | | * | |
| | | * | **JUDGE: ENGELHARDT** |
| | | * | |
| | | * | **MAG: CHASEZ** |

This document is related to:

*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al., No. 07-9228*
*Lyndon T. Wright v. Forest River, Inc., et al., No. 09-2977*
*Diana Bell et al. v. Keystone RV Company, et al., No. 09-2967*
*Carrie Smith v. Recreation by Design, LLC, et al., No. 09-3957*
************************************************************************

**ORDER**

Considering the foregoing motion,

IT IS ORDERED that Fluor Enterprises, Inc.'s motion to continue first two bellwether trials and revise remaining bellwether trial schedules be set for hearing on the _____ day of _____ 2009 at _____ o'clock a.m.  All other party's responses shall be due by _____.

This _____ day of _____, 2009, New Orleans, Louisiana.

_____
JUDGE KURT D. ENGELHARDT

ND: 4819-4258-6116, v. 1