UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE          MDL
PRODUCT LIABILITY LITIGATION
                                          NUMBER:  07-1873

                                          SECTION:  "N"(5)


ORDER ON MOTION
AUGUST 3, 2009

APPEARANCES:

MOTION:

(1)  Plaintiff's Motion for Expedited Hearing on Motion to Compel
     Results and Data from the Defense's Medical Examination (Rec.
     doc. 2408).

     _____:   Continued to

     _____:   No Opposition

     _____:   Opposition

     _____:   Local Rules 37.1E, 33.2, 36.1, 7.6E


ORDERED

     _____:   Dismissed as moot.

     _____:   Dismissed for failure of counsel to appear.

     _____1_____:   Granted.  Plaintiff's Motion to Compel the Results
                    and Data from the Defense's Medical
                    Examination (rec. doc. 2406) will be
                    heard via telephone on August 12, 2009
                    at 11:00 a.m. (or as soon thereafter on
                    that date and time as the Court's motion
                    docket permits).  The Court will
                    initiate the call.

     _____:   Denied.

     _____:   Other.


_____
            ALMA L. CHASEZ

UNITED STATES MAGISTRATE JUDGE