UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE             MDL
PRODUCTS LIABILITY LITIGATION
                                              NUMBER:  07-1873

                                              SECTION:  "N"(5)


ORDER ON MOTION
AUGUST 4, 2009

APPEARANCES:

MOTION:

(1) Fleetwood's Motion for Expedited Hearing on Motion to Order the IME of Timia Dubuclet (Rec. doc. 2374).

_____ : Continued to

_____ : No Opposition

_____ : Opposition

_____ : Local Rules 37.1E, 33.2, 36.1, 7.6E


ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

\_\_\_\_1\_\_\_\_\_ : Granted.  Fleetwood's Motion to Order the IME of Timia Dubuclet (rec. doc. 2372) will be heard via telephone on August 10, 2009 at 12:30 p.m. The Court will initiate the call.  Opposition to the motion shall be filed by August 7, 2009.

_____ : Denied.

_____ : Other.


                                   _____
                                          ALMA L. CHASEZ
                                   UNITED STATES MAGISTRATE JUDGE