UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                                MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                       SECTION "N-5"

                                                   JUDGE ENGELHARDT
                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

TO:    ALL COUNSEL OF RECORD

**IT IS HEREBY ORDERED** that PSC's Motion to Compel United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA in the above-captioned matter is hereby set for hearing on the 26th day of August, 2009, at 11:00 o'clock a..m.

                    Respectfully submitted:

                    **FEMA TRAILER FORMALDEHYDE**
                    **PRODUCT LIABILITY LITIGATION**

            BY:     s/Gerald E. Meunier
                    GERALD E. MEUNIER, #9471
                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                    Gainsburgh, Benjamin, David, Meunier &
                    Warshauer, L.L.C.
                    2800 Energy Centre, 1100 Poydras Street
                    New Orleans, Louisiana 70163
                    Telephone:    504/522-2304
                    Facsimile:    504/528-9973
                    gmeunier@gainsben.com

                    s/Justin I. Woods
                    JUSTIN I. WOODS, #24713
                    **PLAINTIFFS' CO-LIAISON COUNSEL**
                    Gainsburgh, Benjamin, David, Meunier &

        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER