UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

                                                 SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

**IT IS ORDERED** that a charge conference is **SET** for **Tuesday, August 18, 2009 at 8:45 a.m.** to discuss the jury instructions and the verdict form. This conference will be held in chambers on the record. It is not necessary for all counsel of record to attend. Lead counsel for the first bellwether trial must attend. Second chairs and associates who are counsel of record in the first bellwether trial may attend if available and if lead counsel so desires. It is also optional for liaison counsel (who may not be counsel of record) to attend.

New Orleans, Louisiana, this 3rd day of August, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**