# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | **FEMA Trailer Formaldehyde** | * | **MDL No. 1873** |
| | **Products Liability Litigation** | * | |
| | | * | **Section N(5)** |
| | | * | |
| | | * | **Judge Engelhardt** |
| **This Document Relates To:** | | * | |
| *Anthony Bartel and Sherry Bartel  v.* | | * | **Magistrate Chasez** |
| *Gulf Stream Coach, Inc., et al.* | | * | |
| *Civil Action No. 09-3943* | | * | **Jury Demand** |

*****************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental and Amending Complaint on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental and Amending Complaint for Damages attached and submitted with the foregoing motion.

THIS DONE the  4th   day of    August   , 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE