UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                 MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2911

## ORDER

**IT IS ORDERED** that the **Motion to File First Amending and Supplemental Complaint (Rec. Doc. 2430)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the case caption on any future filings should comply with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5) (see above caption as example).

New Orleans, Louisiana, this 4th day of August, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**