IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION "N-5" |
| | JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*DeCarlo McGuire, et al v. Gulf Stream Coach, Inc., et al*<br>*No. 06-5659* | |

*************************************************************************

## ORDER

CONSIDERING the foregoing Consent Motion for Leave to file Second Supplemental and Amending Complaint on Plaintiffs' behalf;

IT IS SO ORDERED that the Plaintiffs be GRANTED leave to file the attached Second Supplemental and Amending Complaint for damages, and same is hereby deemed filed into the record of this matter.

New Orleans, Louisiana, this 4th day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

3