UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                      MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                        SECTION "N"  (5)


THIS DOCUMENT RELATES TO
Member Case No. 09-3629

### ORDER

**IT IS ORDERED** that the **Motion for Extension of Time (Rec. Doc. 2470)** is **GRANTED**

to the extent that Defendant Mitchell County Industries, LLC is allowed an extension of **20 days**

from the time its pleadings would otherwise be due within which to file responsive pleadings, in

accordance with Local Rule 7.9E.

      **IT IS FURTHER ORDERED** that the case caption on any future filings should comply

with Pretrial Order No. 1, Paragraph 8 (Rec. Doc. 5) (see above caption as example).

      New Orleans, Louisiana, this 4th day of August, 2009.

                                     **KURT D. ENGELHARDT**
                                     **UNITED STATES DISTRICT JUDGE**