MINUTE ENTRY
ENGELHARDT, J.
August 5, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>  FORMALDEHYDE PRODUCTS<br>  LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

    A telephone status conference was conducted on Wednesday, August 5, 2009, at 10:00 a.m.

Participating were Gerald E. Meunier, Raul R. Bencomo and Thomas W. Thagard, III.

JS10(00:45)