# Exhibit A

```
 1              UNITED STATES DISTRICT COURT
 2             EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6    IN RE:  FEMA TRAILER         MDL NO. 1873
 7    FORMALDEHYDE PRODUCTS        SECTION "N"(4)
 8    LIABILITY LITIGATION         JUDGE ENGELHARDT
 9
10                    *   *   *
11
12
13         Deposition of ELISHA A. DUBUCLET o/b/o
14    TIMIA DUBUCLET, 6046 Dorothea Street, New
15    Orleans, Louisiana 70126, taken at the Law
16    Office of Frank J. D'Amico, Jr., 622 Baronne
17    Street, New Orleans, Louisiana 70113, on
18    Wednesday, the 17th day of September, 2008.
19
20
21
22
23    REPORTED BY:
24         JAMES T. BRADLE, CCR
           PROFESSIONAL SHORTHAND REPORTERS
25         (504)529-5255
```

9/17/2008  Dubuclet, Elisha

```
 1      Q    Any reason why you didn't do that?
 2      A    Because I didn't know that FEMA
 3   was taking care of that.
 4      Q    Well, did you call anybody
 5   regarding --
 6      A    I brought them to the doctor, you
 7   know.
 8      Q    But you didn't request another
 9   trailer?
10      A    No, because I didn't know that the
11   trailer had formaldehyde.  Otherwise, I
12   would have.
13      Q    But Timia was having all of these
14   problems, and at what point did you think it
15   might have been the trailer?
16      A    Well, I figured it was the
17   trailer, because that's what we were in, and
18   I noticed we never had that problem before,
19   but as I say, I don't know if -- I just
20   thought that maybe because of the living
21   condition, that they wasn't used to all of
22   this, this was what was causing this.  But
23   never knowing that, okay, this trailer has
24   formaldehyde.
25           I mean, that would have been real
```

9/17/2008  Dubuclet, Elisha

```
1        A    Yeah.
2        Q    And those would be the maintenance
3   papers from maintenance calls that you made?
4        A    Every time they come out, yeah.
5        Q    Was there any kind of manual or
6   instruction book in the trailer that you
7   saw?
8        A    I don't remember him giving me
9   anything like that.  He gave me like a
10  little file, but it was like the basic
11  things and wanting to purchase -- you know,
12  he had mentioned all that to me, but I don't
13  remember that.
14       Q    And by "he," you mean the guy in
15  the blue pants and blue shirt that you met?
16       A    Yes, and he showed me where the
17  battery was at, the back-up battery and all
18  that type of stuff.
19       Q    You testified earlier that you
20  moved into the trailer in June of '06,
21  right?
22       A    Yes.
23       Q    Do you remember if you moved in at
24  the beginning of June of '06 or towards the
25  end of June of '06?
```

1    transcript.  What he has been typing up will
2    be put in a booklet and it will be sent to
3    you, and we ask that you read through that
4    and then sign it, verifying that everything
5    is correct.  Okay?
6         THE WITNESS:
7              Okay.
8         MR. DINNELL:
9              Thank you.
10        MR. BURG:
11             I have a few follow-ups, unless,
12   Mr. Becnel, you want to go or wait until I
13   finish.
14        MR. BECNEL:
15             I will just wait until you finish.
16   I just have one or two questions.
17        MR. BURG:
18             Sure.
19   EXAMINATION BY MR. BURG:
20        Q    The Government attorneys,
21   Ms. Dubuclet, asked you some questions about
22   some manuals that were in the trailer.  Do
23   you recall those questions?
24        A    Yes.
25        Q    Did you read any of those manuals?

9/17/2008  Dubuclet, Elisha

```
 1      A    I don't remember.  That's what I
 2   told him.
 3      Q    Okay.  So you don't know if they
 4   were in there or not?
 5      A    No, because all the guy gave me
 6   was the folder, but it was basically the
 7   papers saying that I got the keys, and like
 8   I say, I remember -- I'm not saying that it
 9   was the exact same paper, but I remember he
10   had a paper in there asking me about
11   purchasing the trailer, and basically that
12   was it.  It was a thin folder.
13      Q    And there were no manuals or
14   anything else within the trailer whatsoever?
15      A    All he did was show me where the
16   battery was in case something happened, show
17   me around where the compressor and different
18   little, you know, different things around
19   the trailer, the check-off list.  That was
20   it.
21      Q    Okay.  At any point while Timia
22   was being treated by any of these doctors,
23   while she was in the trailer, did any of
24   them ever tell you you need to get out of
25   the trailer?
```