# Exhibit B

## IMPORTANT NOTICE

Certain of our forest product suppliers have advised that urea-formaldehyde is used in the production of particle board, hardwood plywood or paneling which they supply us and which we utilize in our finished product. These suppliers have requested that we communicate this to our customers.

For your information, we are reproducing samples of statements which have been provided to us by our suppliers.

**WARNING:** THIS PRODUCT IS MANUFACTURED WITH UREA-FORMALDEHYDE RESIN. FORMALDEHYDE VAPOR MAY IN SOME PEOPLE CAUSE HEADACHES, EYE, NOSE AND THROAT IRRITATION, AND AGGRAVATION OF ALLERGIES AND RESPIRATORY PROBLEMS, SUCH AS ASTHMA. PROPER VENTILATION SHOULD REDUCE THE RISK OF SUCH PROBLEMS.

*Champion International Corporation*

**WARNING: IRRITANT:** THIS PRODUCT CONTAINS A UREA-FORMALDEHYDE RESIN AND MAY RELEASE FORMALDEHYDE VAPORS IN LOW CONCENTRATIONS. FORMALDEHYDE CAN BE IRRITATING TO THE EYES AND UPPER RESPIRATORY SYSTEM OF ESPECIALLY SUSCEPTIBLE PERSONS SUCH AS THOSE WITH ALLERGIES OR RESPIRATORY AILMENTS. USE WITH ADEQUATE VENTILATION. IF SYMPTOMS DEVELOP, CONSULT YOUR PHYSICIAN.

*Georgia-Pacific Corporation*

**WARNING:** THIS PRODUCT IS MANUFACTURED WITH A UREA-FORMALDEHYDE RESIN AND WILL RELEASE SMALL QUANTITIES OF FORMALDEHYDE. FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE AND RESPIRATORY IRRITATION, AND MAY AGGRAVATE RESPIRATORY CONDITIONS OR ALLERGIES. VENTILATION WILL REDUCE INDOOR FORMALDEHYDE LEVELS.

*Weyerhaeuser Company*

Ventilation is important in maintaining a comfortable environment and we direct your attention to the discussion of ventilation contained in your Owner's Manual.

W13-0125

FLE-00005100

Confidential



Confidential

R55300ZE1  
BRANCH: 127  
PRODUCT: 400  
BILL PAGE: 400-28-00025  

FLEETWOOD ENTERPRISES, INC.  
BILL OF MATERIALS REPORT  
AS OF: 9/18/2006  

RV Division  
TT ASSEMBLY MANUAL  
INT/EXT TAG PLACEMENT INST DETAILS  

9/28/2006  12:46:41  
Page - 1 of 2  
BILL PAGE: 400-28-00025  

| ITEM | COMPONENT PART | DESCRIPTION | U/M | QTY | NOTES | FROM | THRU |
|---|---|---|---|---|---|---|---|
| 5 | W13-0166 | TAG- EXT LPG SUPPLY OUTLET WARNING | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 7 | W13-0167 | TAG- EXT LPG SUPPLY OUTLET WARN CSA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 9 | W13-0170 | TAG-LP GAS DUAL TNK SHUTOFF WARNCSA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 10 | W13-0160 | TAG-REFUELNG DNGR/LPG TNK FILL WARN | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 12 | W13-0169 | TAG- LP GAS DUAL TANK SHUTOFF WARN | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 14 | W15-0018 | TAG- FED CERT LAZER READY II | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 15 | W12-0175 | TAG- GENERATOR ONAN4.0COMPT WARNING | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 16 | W12-0162 | TAG- GENERATOR READY | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 17 | W14-0006 | TAG- DRYER VENTING/DOA FL-085 | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 18 | M59-0603 | SCREW- SHTML #6 X 1/2 PPH PLTD | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 19 | W13-0501 | TAG- SMOKE DETECTOR | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 20 | W13-0007 | TAG- RULES FOR TOWING | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 22 | W14-0201 | TAG- UNLEADED FUEL ONLY | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 23 | W13-0125 | TAG- RESIN VAPOR WARNING *(Formaldehyde ←)* | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 24 | W15-0135 | TAG- COMBO BUNK LATCH | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 25 | W15-6011 | TAG- SHEET TT WARNING & INFO CSA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 26 | W15-6010 | TAG- SHEET TT WARNING & INFORMATION | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 28 | W13-0127 | TAG- CA PROP 65 WARNING X-PR-96 | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 30 | W15-0120 | TAG- EXT SHWR VACUUM BRKR ENG/FRN | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 33 | W15-3600 | TAG- DINETTE TABLE | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 37 | W13-3221 | TAG- CAUTION SLIDE OUT MANUAL CRANK | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 38 | W13-3224 | TAG- CAUTION SLIDE-OUT CHECKS/DG. | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 39 | W15-0020 | TAG- SLIDE-OUT TRAVEL LOCK | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 45 | W15-0180 | TAG- GALLEY TANK | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 46 | W15-0181 | TAG- GREY TANK | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 47 | W15-0182 | TAG- BLACK TANK | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 50 | W15-0007 | TAG-RVIA SILVER SEAL TRAVEL TRAILER | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 55 | W15-5007 | TAG-CRVA TRAVEL TRAILER TNDM AXLE | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 57 | W15-0005 | TAG- CANADIAN CERT - MFR CANADA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 58 | W15-0013 | TAG- CANADIAN CERT - MFR USA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 60 | W13-0159 | TAG-REFUELNG DNGR/LPG FILL WARN CSA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 65 | W12-5052 | TAG- BATTERY RATING CSA (METAL) | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 70 | W15-5011 | TAG- CSA VEH SPEC/CSA 83.9.2 | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 72 | W13-0175 | TAG- CARGO AREA COMBL MATL WARNING | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 73 | W13-0176 | TAG- CARGO AREA COMBL MATL WARN CSA | EA | 0.00 | | 1/1/2005 | 12/31/2010 |
| 75 | W15-0301 | TAG- TRAILER WEIGHT INFORMATION | EA | 0.00 | | 1/1/2005 | 12/31/2010 |