UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER       * | MDL NO. 1873 |
|     FORMALDEHYDE       * | |
|     PRODUCTS LIABILITY    * | |
|     LITIGATION       * | SECTION:  N(5) |
| * | |
| This Document Relates to:    * | |
| *Aldridge v. Fleetwood Enterprises, Inc. and*  * | |
| *Fluor Enterprises, Inc.*    * | JUDGE: ENGELHARDT |
| *Case No. 07-9228*    * | |
| * | |
| * | MAG: CHASEZ |

*****************************************************************************

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Plaintiff's Response to Defendant Fleetwood Enterprises, Inc.'s Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, PhD;

IT IS HEREBY ORDERED that Defendant Fleetwood Enterprises, Inc. is granted leave to file its Reply to Plaintiff's Response to Defendant Fleetwood Enterprises, Inc.'s Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, PhD.

THIS  _____ day of _____ 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
Judge, United States District Court,
Eastern District of Louisiana