UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AND THIRD REQUEST FOR PRODUCTION OF DOCUMENTS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), which respectfully requests that this Honorable Court grant it an additional twenty-five (25) days in which to respond to Plaintiff Alana Alexander's Second Request for Production of Documents ("Second Set") and Third Request for Production of Documents ("Third Set"). The Second Set was propounded on June 19, 2009 and responses were due on July 19, 2009. The Third Set was propounded on June 30, 2009 and responses were due on July 30, 2009. Pursuant to Federal Rule of Civil Procedure Rule 34(b)(2)(A), Gulf Stream respectfully suggests that there is good cause to allow for the extension because the parties have been heavily engaged in trial preparations, the requests are largely duplicative, and the issues identified in the requests are general in nature and not specific to the issues presented in the bellwether trial scheduled for September 14, 2009. For the foregoing reasons, which will be more fully set forth in the Memorandum in Support of Motion for Extension of Time, Gulf Stream respectfully requests that this Court issue an Order as set forth above allowing Gulf Stream until August 14, 2009 to respond to Plaintiff's Second and Third Sets of discovery. The Plaintiff's counsel was contacted on August 4, 2009, regarding this request, but does not agree to the extension of time. Therefore, Gulf Stream respectfully requests this extension from the Court.

1

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK**

s/Andrew D. Weinstock

_____

**ANDREW D. WEINSTOCK #18495**
**JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## C E R T I F I C A T E

I hereby certify that on the 5th day of August, 2009, a copy of the foregoing Motion for Extension of Time was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

_____s/Andrew D. Weinstock_____
ANDREW D. WEINSTOCK #18495
andreww@duplass.com

2