(101) Citation: ISSUE PETITION FOR DAMAGES ; W/ JURY ORDER        090618-8462-4

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

DOLORES JOSEPH
    versus                                                        Case: 674-089   Div: "G"
FOREST RIVER, INC. AND SHAW ENVIRONMENTAL,                        P 1 DOLORES JOSEPH
INC.

To: SHAW ENVIRONMENTAL INC
THRU ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BLVD.   SUITE 400B
BATON ROUGE, LA. 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR days** after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 18th day of June, 2009.

_____
Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES ; W/ JURY ORDER        090618-8462-4

Received:_____    Served:_____    Returned:_____

Service was made:
____ Personal        ____ Domiciliary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts _____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____
Completed by:_____
                Deputy Sheriff
Parish of: _____

IMAGED JUL 0 6 2009

EXHIBIT
"1"

(101) Citation: ISSUE PETITION FOR DAMAGES ; W/ JURY ORDER        090618-8461-6

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

DOLORES JOSEPH
versus
FOREST RIVER, INC. AND SHAW ENVIRONMENTAL, INC.

Case: 674-089   Div: "G"
P 1 DOLORES JOSEPH

To: FOREST RIVER INC
THRU ITS AGENT FOR SERVICE OF PROCESS;
CT CORPORATION SYSTEM
5615 CORPORATE BLVD. SUITE 400B
BATON ROUGE, LA. 70808

EBR CK # 38383

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the **PETITION FOR DAMAGES** of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within **FIFTEEN (15) CALENDAR days** after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 18th day of June, 2009.

Suzanne T Murphy, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISSUE PETITION FOR DAMAGES ; W/ JURY ORDER        090618-8461-6

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal        ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts ___ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____                    #_____
                 Deputy Sheriff
Parish of: _____

IMAGED JUL 06 2009