UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION

MDL NO. 07-1873

SECTION N(5)

JUDGE ENGELHARDT

THIS DOCUMENT RELATES TO:
*Leonard Hargrove, et al. v.*
*Gulf Stream Coach, Inc., et al.*
No. 09-4448 (E.D. La.)

MAGISTRATE CHASEZ

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**SHAW ENVIRONMENTAL, INC.'S**
**CERTIFICATION OF COMPLIANCE WITH 28 U.S.C. § 1447(b)**

**NOW  INTO  COURT**, through  undersigned  counsel,  comes  defendant,  Shaw

Environmental, Inc. ("Shaw") who respectfully submits the following certification in accordance

with 28 U.S.C. § 1447(b):

(1)     The following is a list of parties remaining in this action and their counsel of record:

1.     **Plaintiffs:**     Leonard Hargrove and Hillery Rush

Hugh P. Lambert (La. #7933)
Linda J. Nelson (La. #9938)
*Lambert & Nelson, PLC*
701 Magazine Street
New Orleans, Louisiana 70130
Telephone:  (504) 581-1750
Fax:  (504) 529-2931

**Attorneys for Plaintiffs**

2.     **Defendant**:     Shaw Environmental, Inc.

M. David Kurtz (La. #23821)
Karen Kaler Whitfield (La. #19350)
Catherine N. Thigpen (La. #30001)
*Baker Donelson Bearman Caldwell*
*& Berkowitz, PC*
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Fax:  (504) 636-4000

**Attorneys for Defendant Shaw Environmental, Inc.**

3.     **Defendant:**     Gulf Stream, Coach Inc.

Andrew D. Weinstock (La. #18495)
Joseph G**.** Glass (La. #25397)
*Duplass, Zwain, Bourgeois,*
*Pfister & Weinstock*
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: (504) 832-3700

*and*

Timothy D. Scandurro (La #18424)
Dewey M. Scandurro (La. #23291)

*Scandurro & Layrisson*
607 St. Charles Avenue
New Orleans, Louisiana 70130
Telephone:  (504) 522-7100

**Attorneys for Defendant Gulf Stream Coach, Inc.**

(2)     Copies or electronic images of all records and proceedings occurring in the 24th Judicial District Court for the Parish of Jefferson, State of Louisiana, Civil Action No. 674-087 prior to removal, then known to Shaw, were submitted to and docketed by this Court with the Notice of Removal and Exhibits (R. Doc. No. 1) as follows, arranged by filing date:

1.     Petition for Damages filed on or about June 8, 2009; and

2.     Notice of Filing of Notice of Removal filed by Shaw Environmental, Inc. on July 20, 2009.

(3)     Copies of the returns on service of process filed in state court are attached hereto as Exhibit 1.

(4)     Attorneys for Shaw certify that to the best of their knowledge, the above constitutes the entire state court record.

(5)     No motions or exceptions were pending in this case in the 24th Judicial District Court for the Parish of Jefferson before removal.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


    /s/ Catherine N. Thigpen
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


### CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of August, 2009, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system


    /s/ Catherine N. Thigpen

4