Page 1 of 1

(101) Citation: ISS PET FOR DAMAGES; JURY ORD          090626-9864-3

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LEONARD HARGROVE, HILLERY RUSH
    versus                                              Case: 674-087    Div: "K"
GULF STREAM COACH INC, SHAW ENVIRONMENTAL       P 1 LEONARD HARGROVE
INC

To: SHAW ENVIRONMENTAL INC
CT CORPORATION SYSTEM
5615 CORPORATE BLVD SUITE 400B                  CK# 38384  $29.36
BATON ROUGE LA 70808

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES
of which a true and correct copy accompanies this citation, or make an appearance either by filing a
pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court
on the 26th day of June, 2009.

Dolores G Frickey, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PET FOR DAMAGES; JURY ORD          090626-9864-3

Received:_____    Served:_____    Returned:_____

Service was made:
____ Personal          ____ Domiciliary

Unable to serve:
____ Not at this address      ____ Numerous attempts     times
____ Vacant                   ____ Received too late to serve
____ Moved                    ____ No longer works at this address
____ No such address          ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____
                Deputy Sheriff
Parish of: _____

JUL 13 2009

RECEIVED

IMAGED JUL 2 0 2009

JUL 2 7 2009

E.B.R. SHERIFF'S OFFICE

FILED FOR RECORD
09 JUL 13 PM 1:
DEPUTY CLERK
PARISH OF JEFFERSON, LA

CODED

EXHIBIT
"1"

Page 1 of 1

(101) Citation: ISS PET FOR DAMAGES; JURY ORD                    090626-9863-5

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

LEONARD HARGROVE, HILLERY RUSH                    Case: 674-087   Div: "K"
            versus                                 P 1 LEONARD HARGROVE
GULF STREAM COACH INC, SHAW ENVIRONMENTAL
INC

To:  GULF STREAM COACH INC
THRU KENNETH C BRINKLER                    ⟨THRU LA LONG ARM STATUE⟩
503 SOUTH OAKLAND
NAPANEE IN 465502                          *No long arm return filed*

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES
of which a true and correct copy accompanies this citation, or make an appearance either by filing a
pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within THIRTY CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court
on the 26th day of June, 2009.

_____
Dolores G Frickey, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS PET FOR DAMAGES; JURY ORD                    090626-9863-5

Received:_____   Served:_____   Returned:_____

Service was made:
    ____ Personal        ____ Domicilary _____

Unable to serve:
    ____ Not at this address    ____ Numerous attempts _____ times
    ____ Vacant                 ____ Received too late to serve
    ____ Moved                  ____ No longer works at this address
    ____ No such address        ____ Need apartment / building number
    ____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 06/26/2009 10:33 - Signed: Deputy Clerk of Court /s/ Dolores G Frickey