Page 1 of 1

RECEIVED
JUL 08 2009
E.B.R. SHERIFF'S OFFICE
090701-079

(101) Citation: ISS PETITION FOR DAMAGES;

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

VEDORA CARSON, HILLERY RUSH
versus
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE CO, GIBRALTAR INSURANCE CO, SHAW
ENVIRONMENTAL INC

Case: 674-679   Div: "A"
P 1 VEDORA CARSON

To: SHAW ENVIRONMENTAL INC
THROUGH ITS AGENT FOR SERVICE OF PROCESS
CT CORPORATION SYSTEM
5615 CORPORATE BLVD STE 400B
BATON ROUGE LA 70808

EBR#38515$29.36

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN (15) CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 1st day of July, 2009

Tamara V. Davis, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS PETITION FOR DAMAGES;

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal       ___ Domiciliary _____

Unable to serve:
___ Not at this address     ___ Numerous attempts
___ Vacant                  ___ Received too late to serve
___ Moved                   ___ No longer works at this address
___ No such address         ___ Need apartment / building number
___ Other _____

Service. $_____   Mileage. $_____   Total: $_____

Completed by._____
                Deputy Sheriff
Parish of:_____

IMAGED JUL 2 2 2009


EXHIBIT "1"

Page 1 of 1

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; PETITION FOR DAMAGES / JURY ORDER

090715-3276-7

### 24TH JUDICIAL DISTRICT COURT
### PARISH OF JEFFERSON
### STATE OF LOUISIANA

VEDORA CARSON, HILLERY RUSH
versus
AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE CO, GIBRALTAR INSURANCE CO, SHAW ENVIRONMENTAL INC, STARR EXCESS LIABILITY INSURANCE COMPANY, LTD.

Case: 674-679    Div: "A"
P 1 VEDORA CARSON

To: STARR EXCESS LIABILITY INSURANCE COMPANY, LTD.
THROUGH ITS CEO
175 WATER STREET, 19TH FLOOR
NEW YORK NY 10038

(LA Long Arm)

No Return filed in record

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within THIRTY 30 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 15th day of July, 2009.



Dazerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES; PETITION FOR DAMAGES / JURY ORDER

090715-3276-7

Received:_____    Served:_____    Returned:_____

Service was made:
____ Personal        ____ Domiciliary _____

Unable to serve:
____ Not at this address        ____ Numerous attempts _____ times
____ Vacant                     ____ Received too late to serve
____ Moved                      ____ No longer works at this address
____ No such address            ____ Need apartment / building number
____ Other _____

Service: $_____    Mileage: $_____    Total: $_____

Completed by:_____ # _____
                        Deputy Sheriff
Parish of: _____

Imaged 07/15/2009 11:34 - Signed: Deputy Clerk of Court /s/ Dazerra J. Washington

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION DAMAGES;   090715-3304-7
PETITION FOR DAMAGES/ JURY ORDER

## 24TH JUDICIAL DISTRICT COURT
## PARISH OF JEFFERSON
## STATE OF LOUISIANA

VEDORA CARSON, HILLERY RUSH
versus
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE CO, GIBRALTAR INSURANCE CO, SHAW
ENVIRONMENTAL INC, STARR EXCESS LIABILITY
INSURANCE COMPANY, LTD., AMERICAN
INTERNATIONAL GROUP, INC

Case: 674-679   Div: "A"
P 1 VEDORA CARSON

To: AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE CO
THROUGH SECRETARY OF STATE
STATE OF LOUISIANA
BATON ROUGE, LOUISIANA

SS# 38622 $50.00
EBR# 38623 $58.72

FILED FOR RECORD
2009 JUL 28
DEPUTY CLERK
JEFFERSON, LA
CODED

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 15th day of July, 2009.

Dezerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

---

### SERVICE INFORMATION

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION DAMAGES;   090715-3304-7
PETITION FOR DAMAGES/ JURY ORDER

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal   ___ Domiciliary _____

Unable to serve:
___ Not at this address
___ Vacant
___ Moved
___ No such address
___ Other _____

___ Numerous attempts ____ times
___ Received too late to serve
___ No longer works at this address
___ Need apartment / building number

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____
                Deputy Sheriff
Parish of:_____

IMAGED JUL 29 2009

JULIE NESBITT

Made service on the named party through the Office of the Secretary of State by tendering a copy of this document to Cayden Rogers, Baton Rouge, Louisiana

JUL 20 2009

RECEIVED JUL 17 2009 E.B.R. SHERIFF'S OFFICE

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION DAMAGES;
PETITION FOR DAMAGES/ JURY ORDER

090715-3305-4

**24TH JUDICIAL DISTRICT COURT**
**PARISH OF JEFFERSON**
**STATE OF LOUISIANA**

VEDORA CARSON, HILLERY RUSH
versus
AMERICAN INTERNATIONAL SPECIALTY LINES
INSURANCE CO, GIBRALTAR INSURANCE CO, SHAW
ENVIRONMENTAL INC, STARR EXCESS LIABILITY
INSURANCE COMPANY, LTD., AMERICAN
INTERNATIONAL GROUP, INC

Case: 674-679   Div: "A"
P 1 VEDORA CARSON

To: AMERICAN INTERNATIONAL GROUP, INC
THROUGH SECRETARY OF STATE
STATE OF LOUISIANA
BATON ROUGE LA

SS# 38622 $50.00
EBR# 38623 $58.72

PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES/ PETITION FOR DAMAGES of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of Louisiana, within FIFTEEN 15 CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney HUGH P. LAMBERT and was issued by the Clerk Of Court on the 15th day of July, 2009.

Dezerra J. Washington, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____ SERVICE INFORMATION _____

(101) Citation: ISS SUPPLEMENTAL AND AMENDING PETITION DAMAGES;
PETITION FOR DAMAGES/ JURY ORDER

090715-3305-4

Received:_____   Served:_____   Returned:_____

Service was made:
____ Personal       ____ Domiciliary _____

Unable to serve:
____ Not at this address    ____ Numerous attempts ____ times
____ Vacant                 ____ Received too late to serve
____ Moved                  ____ No longer works at this address
____ No such address        ____ Need apartment / building number
____ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____   #_____
                  Deputy Sheriff
Parish of:_____

IMAGED JUL 29 2009