UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N"  (5) |

THIS DOCUMENT RELATES TO
Member Cases 09-2892, 07-9228
09-2977, 09-2967, 09-3957

## ORDER

**IT IS ORDERED** that **Fluor Enterprises, Inc.'s Motion for Expedited Hearing (Rec. Doc. 2508)** is **GRANTED.** Any comment, opposition, or other statement of position regarding Fluor Enterprises, Inc.'s Motion to Continue First Two Bellwether Trials and Revise Remaining Bellwether Trial Schedule (Rec. Doc. 2507), or any portion of it, shall be filed **on or before Monday, August 10, 2009 at noon**, at which time the motion will be taken under advisement.

New Orleans, Louisiana, this 6th day of August, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**