⸺AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

EASTERN District of LOUISIANA

| | | | |
|---|---|---|---|
| KATIE JONES | ) | | |
| Plaintiff | ) | | **RETURN** |
| v. | ) | Civil Action No. | **09-4335** |
| CAVALIER HOME BUILDERS, LLC, ET AL | ) | | **SECT. N MAG. 5** |
| Defendant | ) | | |

## Summons in a Civil Action

To: *(Defendant's name and address)*
Cavalier Homes, Inc.
through its agent for service of process
The Corporation Company
2000 Interstate Pk. Dr., Suite 204
Montgomery, AL 36109

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

> Justin I. Woods
> Gainsburgh, Benjamin, David
> Meunier & Warshauer, L.L.C.
> 2800 Energy Centre-1100 Poydras
> New Orleans, La. 70163-2800

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

LORETTA G. WHYTE
Name of clerk of court

Date:  July 2, 2009

*Renee Radosta*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

UNITED STATES POSTAL SERVICE MONTGOMERY AL 36

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Justin I. Woods
Gainsburgh, Benjamin, David
Meunier & Warshauer, L.L.C.
2800 Energy Centre-1100 Poydras
New Orleans, La. 70163-2800

09.4335

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X The Corporation Company   ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>The Corporation Company   7/22/09<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:   ☐ No |
| 1. Article Addressed to:<br>Cavalier Homes Inc<br>℅ The Corporation Co.<br>2000 Interstate Pk. Dr.<br>Suite 204<br>Montgomery AL 36109 | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7008 0500 0001 9549 2327 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |