UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>    FORMALDEHYDE PRODUCTS<br>    LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 07-9228

## ORDER AND REASONS

Before the Court is the Fleetwood Enterprises, Inc. Motion to Exclude Plaintiffs' Testing Results (Rec. Doc. 2356). After considering the memoranda of the parties and the applicable law, the Court concludes that this motion should be denied for the reasons stated by Plaintiffs in their opposition. Specifically, the Court finds that Fleetwood's arguments go to the evidentiary weight of the test results, not to their admissibility. Fleetwood, of course, may attack Plaintiffs' expert's testing through "[v]igorous cross-examination, presentation of contrary evidence, and careful instruction on the burden of proof." See *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579, 596 (1993). Accordingly,

**IT IS ORDERED** the **Fleetwood Enterprises, Inc. Motion to Exclude Plaintiffs' Testing Results (Rec. Doc. 2356)** is **DENIED**.

New Orleans, Louisiana, this 6th day of August, 2009.

                                           **KURT D. ENGELHARDT**
                                           **UNITED STATES DISTRICT JUDGE**