UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Dubuclet v. Fleetwood Enterprises, Inc.* | * | |
| Case No. 07-9228        * | * | JUDGE: ENGELHARDT |
| | * | |
| | * | MAG: CHASEZ |

*****************************************************************************

## ORDER

Considering the parties Consent Motion to Extend Deadlines, IT IS HEREBY ORDERED that the Motion is granted, and that the June 15th Order regarding Plaintiffs' Steering Committee's Motion to Continue Bellwether Trial (Rec. Doc. 1761) be and the same hereby is amended as follows:

This following paragraph replaces and supersedes the language in Rec. Doc. 1761, which set the witness and exhibit list deadline for August 10, 2009. The new deadline is August 24, 2009, and the language is as follows:

> Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than August 24, 2009.

DONE AND SIGNED this __6th__ day of ___August___, 2009.

_____
The Honorable Kurt D. Engelhardt
Judge,
United States District Court,
Eastern District of Louisiana

THIS EXTENSION SHALL NOT AFFECT ANY OTHER DATES OR DEADLINES, INCLUDING THE TRIAL DATE.