UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION: N(5) |
| This Document Relates to: *Aldridge v. Fleetwood Enterprises, Inc. and Fluor Enterprises, Inc.* Case No. 07-9228 | * * * * * | JUDGE: ENGELHARDT |
| | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Unopposed Motion for Leave to File Reply to Plaintiff's Response to Defendant Fleetwood Enterprises, Inc.'s Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, PhD;

IT IS HEREBY ORDERED that Defendant Fleetwood Enterprises, Inc. is granted leave to file its Reply to Plaintiff's Response to Defendant Fleetwood Enterprises, Inc.'s Motion to Strike Plaintiff's Designation of Kenneth R. Laughery, PhD.

THIS ____6th____ day of _____August_____ 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
Judge, United States District Court,
Eastern District of Louisiana