UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER  MDL NO: 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION  SECTION "N-5"
  JUDGE ENGELHART
  MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

*************************************************************************

## MOTION TO COMPEL UNITED STATES TO PRODUCE "DISASTER" AND/OR INDIVIDUAL ASSISTANCE FILES MAINTAINED BY FEMA

**NOW INTO COURT**, through the undersigned counsel, come Plaintiffs herein, and moves that this Honorable Court order the defendant United States/FEMA to immediately and forthwith produce the "disaster" and/or Individual Assistance files in the possession, custody and control of FEMA. For reasons more fully set forth in the attached memorandum, Plaintiffs respectfully request that this Court issue an Order as requested above.

Respectfully Submitted,

FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

BY:  s/Gerald E. Meunier_____
  GERALD E. MEUNIER, #9471
  **PLAINTIFFS' CO-LIASON COUNSEL**
  Gainsburgh, Benjamin, David, Meunier &
  Warshauer, L.L.C.
  2800 Energy Centre, 1100 Poydras Street
  New Orleans, Louisiana 70163
  Telephone:  504/522-2304
  Facsimile:  504/528-9973
  gmeunier@gainsben.com

s/Justin I Woods_____
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIASON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:     504/522-2304
Facsimile:      504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
ROBERT BECNEL, #14072
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
DENNIS REICH, Texas #16739600
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Gerald E. Meunier
GERALD E. MEUNIER, #9471