UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

TO:　　ALL COUNSEL OF RECORD

　　　　**IT IS HEREBY ORDERED** that PSC's Motion to Compel United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA in the above-captioned matter is hereby set for hearing on the 26th day of August, 2009, at 11:00 o'clock a..m.

　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　**FEMA TRAILER FORMALDEHYDE
　　　　　　　　　　　　　　PRODUCT LIABILITY LITIGATION**

　　　　　　　　　　BY:　　s/Gerald E. Meunier
　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471
　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &
　　　　　　　　　　　　　　Warshauer, L.L.C.
　　　　　　　　　　　　　　2800 Energy Centre, 1100 Poydras Street
　　　　　　　　　　　　　　New Orleans, Louisiana 70163
　　　　　　　　　　　　　　Telephone:　　504/522-2304
　　　　　　　　　　　　　　Facsimile:　　504/528-9973
　　　　　　　　　　　　　　gmeunier@gainsben.com

　　　　　　　　　　　　　　s/Justin I. Woods
　　　　　　　　　　　　　　JUSTIN I. WOODS, #24713
　　　　　　　　　　　　　　**PLAINTIFFS' CO-LIAISON COUNSEL**
　　　　　　　　　　　　　　Gainsburgh, Benjamin, David, Meunier &

        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone:    504/522-2304
        Facsimile:    504/528-9973
        jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

### CERTIFICATE OF SERVICE

    I hereby certify that on August 5, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER