UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                    MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION

                                                         SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*Helen Albarado, et al. v. Keystone RV Comapny, et al.*
No. 09-3731

********************************************************************************
**PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES**

NOW INTO COURT, through undersigned counsel, come plaintiffs, Helen Albarado, *et al.*, who, for the reasons set forth in the memorandum attached hereto, respectfully move the Court for leave to file the Second Supplemental and Amended Complaint for Damages submitted herewith.

                                      Respectfully submitted,

                                      LAW OFFICES OF SIDNEY D. TORRES, III,
                                      *A PROFESSIONAL LAW CORPORATION*

BY: _____s/Roberta L. Burns, Esq._____
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907
8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                               s/Roberta L. Burns, Esq.
                                                             ROBERTA L. BURNS (#14945)