UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEYSTONE

(1)     **DENNIS C ARMITAGE**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **FLUOR** was located at **Pearl River, La** .

(2)     **TRINA BEN, INDIVIDUALLY AND ON BEHALF OF THE MINOR J.J.**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **CH2MHILL** was located at **Braithwaite, La 70040**.

(3)     **CLIFFORD W. JILES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

(4)     **VANESSA STEVENSON JILES**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **CH2MHILL** was located at **Braithwaite, LA 70040**.

Exhibit A

(5) **BRENNAN PETER LONGO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **FLUOR** was located at **Arabi, La 70032**.

(6) **JOSEPHINE G. OBRIEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(7) **MICHAEL THOMAS OBRIEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(8) **MICHAEL JOSEPH OBRIEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(9) **MICHAEL JOSEPH OBRIEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

Exhibit A

(10)    **SCOTT JOSEPH OBRIEN**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Chalmette, LA 70043**.

(11)    **PHILIP RAMOS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **FLUOR** was located at **Pearl River, La 70452**.

(12)    **PHILIP RAMOS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Pearl River, LA 70452**.

(13)    **RITA D RAMOS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **Pearl River, LA 70452**.

(14)    **RITA D RAMOS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **FLUOR** was located at **Pearl River, La 70452**.

**Exhibit A**

(15)    **JESSICA RUSSELL, INDIVIDUALLY AND ON BEHALF OF THE MINOR C.R.**, a resident of the full age of majority of the State of UNKNOWN, whose temporary housing unit manufactured by, or bore a model of, **KEYSTONE** and installed by **UNKNOWN** was located at **St. Bernard, LA  70085**.

Exhibit A