```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

IN RE: FEMA TRAILER                              MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                             NUMBER: 07-1873

                                                 SECTION: "N"(5)

## ORDER SETTING ORAL ARGUMENT
## VIA TELEPHONE

Oral argument on Gulf Stream's Motion for Extension of Time to Respond to Plaintiff's Second and Third Request for Production of Documents (rec. doc. 2533) will be conducted telephonically on August 26, 2009 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 6th day of August, 2009.

                                        ALMA L. CHASEZ
                                 UNITED STATES MAGISTRATE JUDGE