UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                                   MDL NO. 1873

FORMALDEHYDE PRODUCTS

LIABILITY LITIGATION
                                                                        SECTION "N" (4)

THIS DOCUMENT RELATES TO:
*JONATHAN L. UMBEHAGEN., et al. v. ALLIANCE HOMES, INC.*
*d/b/a ADRIAN HOMES, et al.*, Docket No. 09-4844

**************************************************************************

## FIRST SUPPLEMENTAL AND AMENDED COMPLAINT FOR DAMAGES

Named Plaintiffs, through undersigned counsel, respectfully supplement and amend their Original Complaint in the following respects:

1.

By supplementing **Section I.** (Parties), paragraph 2 of the Original Complaint for Damages by adding as parties plaintiff hereto the individuals who are all named in the annexed listing of all Named Plaintiffs (hereinafter, "Exhibit A-1").

**WHEREFORE**, plaintiffs respectfully supplement and amend the Original Complaint for Damages in the foregoing respects, they otherwise reiterate and re-aver all of the allegations, claims and prayers for relief contained therein.

Respectfully submitted,

LAW OFFICES OF SIDNEY D. TORRES, III,
*A PROFESSIONAL LAW CORPORATION*

BY:     s/ Roberta L. Burns
SIDNEY D. TORRES, III, La. Bar No. 12869
ROBERTA L. BURNS, La. Bar No. 14945
DAVID C. JARRELL, La. Bar No. 30907

1

8301 W. Judge Perez Drive
Suite 303
Chalmette, Louisiana 70043
Telephone: (504) 271-8421
***Counsel for plaintiffs***

**SERVICE OF PROCESS INFORMATION**

1. **The United States of America**
   Through the United States Attorney General,
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001
   And
   Through the Office of the U.S. Attorney for the Eastern District of Louisiana
   Through Jim Letten, United States Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, Louisiana 70130

2. **Federal Emergency Management Agency**
   Through the Office of the Director
   Administrator of the Federal Emergency Management Agency
   500 C Street S.W.
   Washington, D.C. 20472

3. **Alliance Homes, Inc. d/b/a Adrian Homes**
   Through its Agent for Service of Process
   Glinn H. Spann
   734 East Main Street
   Adrian, GA 31002

4. **American Camper Manufacturing, LLC d/b/a AMERI-CAMP**
   Through its Agent for Service of Process
   Peter J. Recchio
   1406 Greenleaf Blvd.
   Elkhart, IN 46514

5. **American Homestar Corporation**
   Through its Agent for Service of Process
   Craig A Reynolds
   2450 South Shore Boulevard
   Ste. 300
   League City, TX 77573

6. **American International Group**
   Through it Agent For Service of Process
   The Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, Louisiana 70809

7. **American International Specialty Lines**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

8. **Arch Specialty Insurance Company**
   Through the Louisiana Secretary of State
   Legal Services Section
   Post Office Box 94125
   Baton Rouge, Louisiana 70804-9125

9. **Athens Park Homes, L.L.C.**
   Through its Agent for Service of Process
   Norman A. Lofgren
   1601 Elm St., Ste. 4100
   Dallas, TX 75201

10. **Cavalier Home Builders, LLC**
    Through its Agent for Service of Process
    The Corporation Company
    2000 Interstate Pk Dr.
    Suite 204
    Montgomery, AL  36109

11. **Cavalier Homes Inc.**
    Through its Agent for Service of Process
    The Corporation Company
    2000 Interstate Pk Dr.
    Suite 204
    Montgomery, AL  36109

12. **Champion Enterprises, Inc.**
    Through its Agent for Service of Process
    The Corporation Company

    30600 Telegraph Road
    Ste. 2345
    Bingham Farms, MI 48025

13. **Champion Home Builders Co.**
    Through its Agent for Service of Process
    The Corporation Company

    30600 Telegraph Road
    Ste. 2345
    Bingham Farms, MI 48025

4

14. **Circle B Enterprises, Inc**.
    Through its Agent for Service of Process
    Jackie Williams
    305 E 3rd Street
    Ocilla, GA 31774

15. **Clayton Homes Of Lafayette, Inc (f/k/a Clayton Homes, Inc.)**
    Through its Agent for Service of Process
    John K. McBride
    201 Main Street
    Suite 810
    Lafayette , IN 47902

16. **Clearspring Conversions, Inc.**
    Through its Agent for Service of Process
    Sebern Combs
    5310 E 620 S
    Wolcottville, IN 46795

17. **CMH Manufacturing, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    800 S. Gay Street
    Suite 2021
    Knoxville, TN 37929

18. **Coachmen Industries, Inc**.
    Through its Agent for Service of Process
    Corporation Service Company
    251 East Ohio St.
    Suite 500
    Indianapolis, IN 46204

19. **Coachmen Recreational Vehicle Company, LLC**
    Through its Agent for Service of Process
    Corporation Service Company
    251 East Ohio Street
    Suite 500
    Indianapolis , IN 46204

20. **Coachmen Recreational Vehicles of Georgia, LLC**
    Through its Agent for Service of Process
    Corporation Service Company
    40 Technology Pkwy South, #300
    Norcross, GA 30092

21. **Crum & Forster Specialty Insurance Company**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125

22. **Del-Jen, Inc.**
    Through its Agent for Service of Process
    Corporation Service Company
    320 Somerulos Street
    Baton Rouge, Louisiana 70802-6129

23. **Destiny Industries, LLC**
    Through its Agent for Service of Process
    Lester M Castellow
    700 South Main Street
    Moultrie, GA 31768

24. **Dreams R.V. Sales, Inc.**
    Through its Agent for Service of Process
    Alice R Stanley
    1201 S Vineland Road, STE. 3121
    Winter Garden, FL 34787

25. **DS Corp.**
    Through its Agent for Service of Process
    CT Corporation System
    36 S Pennsylvania St.,  # 700
    Indianapolis, IN 46204

26. **DS Corp. d/b/a CrossRoads RV**
    c/o Denette Boswell
    P. O. Box 40
    Topeka, Indiana 46571

27. **Dutch Housing, Inc. d/b/a Champion Homes**
    Through its Agent for Service of Process
    The Corporation Company
    30600 Telegraph Road
    Ste. 2345
    Bingham Farms, MI 48025

28. **Dutchmen Manufacturing, Inc.**
    Through its Agent for Service of Process
    CT Corporation System

        251 E. Ohio Street Suite 1100
        Indianapolis, IN 46204

29. **Fairmont Homes, Inc.**
    Through its Agent for Service of Process
    Kenneth C. Brinker
    502 South Oakland
    Nappanee, IN 46550

30. **Fleetwood Canada, Ltd.**
    70 Mount Hope St
    Lindsay ON, K9V 5G4

31. **Fleetwood Enterprises, Inc.**
    Through its Agent for Service of Process
    C.T. Corporation System
    818 West Seventh St.
    Los Angeles, CA 90017

32. **Fleetwood Homes of North Carolina, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    225 Hillsborough Street
    Raleigh, NC  27603

33. **Fleetwood Homes of Georgia, Inc.**
    Through its Agent for Service of Process
    C T CORPORATION SYSTEM
    1201 Peachtree ST NE
    Atlanta, GA 30361

34. **Fleetwood Travel Trailers of Maryland, Inc.**
    Through its Agent for Service of Process
    The Corporation Trust Incorporated
    300 E. Lombard Street
    Baltimore, MD  21202

35. **Forest River, Inc.**
    Through its Agent for Service of Process
    J. Richard Ransel
    228 W. High St.
    Elkhart, IN 46516

36. **Frontier RV, Inc.**
    Through its Agent for Service of Process

Lawyer's Aid Service, Inc.
408 W. 17th Street
Suite 101
Austin, TX 78701

37. **Gibraltar Insurance Co.**
Through the Louisiana Secretary of State
Legal Services Section
Post Office Box 94125
Baton Rouge, Louisiana 70804-9125

38. **Giles Family Holdings, Inc.**
Through its Agent for Service of Process
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243

39. **Giles Industries, Inc**.
Through its Agent for Service of Process
CT Corporation System
800 Gay Street
Suite 2021
Knoxville, TN  37929

40. **Giles Industries of Tazewell, Incorporated**
Through its Agent for Service of Process
Alan C. Neely
405 S. Broad St.
New Tazewell, TN 37825-7243

41. **Golden West Homes, Inc.**
Through its Agent for Service of Process
Through its Agent for Service of Process
Dawn M. Johnson
17917 Lakeshore Dr.
Weed, CA 96094

42. **Gulf  Stream Coach, Inc.**
Through its Agent for Service of Process
Kenneth C. Brinker
503 South Oakland
Nappannee, IN 46550

43. **Heartland Recreational Vehicles, LLC**
Through its Agent for Service of Process

8

        Douglas Lantz
        1001 All Pro Drive
        Elkhart, IN 46514

44. **Homes of Merit, Inc.**
    Through its Agent for Service of Process
    755 West Big Beaver Road 1000
    Troy, MI 48084

45. **Horton Homes, Inc.**
    Through its Agent for Service of Process
    Steve M. Sinclair
    557 Milledgeville Road
    Eatonton, GA 31024

46. **Hy-Line Enterprises, Inc.**
    Through its Agent for Service of Process
    Margaret Flager, President
    21674 Beck Drive
    Elkhart, IN 46516

47. **Indiana Building Systems, LLC d/b/a Holly Park**
    Through its Agent for Service of Process
    Lisa Kuhtic
    51700 Lovejoy Dr.
    Middlebury, IN 46540

48. **Insurance Company of the State of Pennsylvania**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125

49. **Insurco, Ltd.**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125

50. **Integrity Midwest Inc. d/b/a US Adventure RV**
    Through its Agent for Service of Process
    David A Dettmann
    Lane & Waterman
    220 N. Main Street, Suite 600
    Davenport, IA 52801

51. **Jayco, Inc.**
    Through its Agent for Service of Process
    Glenn E. Killoren
    121 W Franklin St., Ste. 200
    Elkhart, IN 46516

52. **Jayco Enterprises, Inc.**
    Through its Agent for Service of Process
    Glenn E. Killoren
    121 W Franklin St., Ste. 200
    Elkhart, IN 46516

53. **Keystone Industries, Inc.**
    Through its Agent for Service of Process
    H.B. Green
    6801 Lake Plaza Drive
    Indianapolis, IN 46220

54. **Keystone RV Company**
    Through its Agent for Service of Process
    David G. Thomas
    2642 Hackberry Drive
    Goshen , IN 46526

55. **KZRV, LP**
    Through its Agent for Service of Process
    Daryl Zook
    9270 W US 20
    Shipshewana, IN 46565

56. **Lakeside Park Homes, Inc.**
    Through its Agent for Service of Process
    Ben C. Jarvis
    70 Peachstate Drive
    Adel, GA 31620

57. **Layton Homes Corp**.
    Through its Agent for Service of Process
    Linda Philippsen
    2520 By-Pass Rd.
    Elkhart, IN 46514

58. **Lexington Homes**
    Through its Agent for Service of Process
    John W. Barrett

10

        P. O. Box 987
        Lexington, MS 39095

59. **Lexington Insurance Company**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125

60. **Liberty Homes, Inc.**
    Through its Agent for Service of Process
    Edward J. Hussey
    1101 Eisenhower Dr. North
    Goshen, IN 46527

61. **Liberty Insurance Corp.**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125

62. **Liberty Mutual Insurance Corporation**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125

63. **Liberty RV & Marine, Inc.**
    Through its Agent for Service of Process
    Wayne A. Spear
    7500 NW 42 Ave Rd.
    Ocala, FL 34482

64. **Monaco Coach Corporation**
    Through its Agent for Service of Process
    Richard E. Bond
    606 Nelson's Parkway
    Wakarusa, IN 46573

65. **Morgan Buildings & Spas, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    5615 Corporate Blvd.
    Ste. 400B
    Baton Rouge, LA 70808

66. **Morgan Building Systems, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    5615 Corporate Boulevard, Suite 400B
    Baton Rouge, LA 7080

67. **Murillo Modular Group, LTD**
    1400 Bradley Lane
    Carrollton, Texas 75007-4855

68. **Northwood Manufacturing, Inc.**
    Through its Agent for Service of Process
    Sherry A. Nash
    59948 Downs Road
    La Grande, OR 97850

69. **Oak Creek Homes, L.P.**
    Through its Agent for Service of Process
    Texas Secretary of State
    2450 South Shore Boulevard
    Suite 300
    League City, TX 77573

70. **Oak Creek Homes, Inc.**
    Through its Agent for Service of Process
    Texas Secretary of State
    2450 South Shore Boulevard
    Suite 300
    League City, TX 77573

71. **Oakwood Homes, LLC**
    Through its Agent for Service of Process
    J. Marc Replogle
    1820 The Exchange
    Ste.150
    Atalanta, GA 30339

72. **Palm Harbor Homes, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    5615 Corporate Blvd.
    Ste. 400B
    Baton Rouge, LA 70808

73. **Palm Harbor Manufacturing, Inc.**

Through its Agent for Service of Process
C T Corporation System
5615 Corporate Blvd.
Ste. 400B
Baton Rouge, LA 70808

74. **Palm Harbor Albermarle, LLC**
Through its Agent for Service of Process
C T Corporation System
225 Hillsborough Street
Raleigh, NC 27603

75. **Patriot Homes, Inc.**
Through its Agent for Service of Process
Steven K. Like
307 S Main St., Suite 200
Elkhart, IN 46516

76. **Patriot Homes of Texas, L.P.**
Through its Agent for Service of Process
Will Turk
1001 West Loop 340
Waco, TX 76712

77. **Philips Products, Inc.**
Through its Agent for Service of Process
C T Corporation System
251 E. Ohio Street, Suite 1100
Indianapolis , IN 46204

78. **Pilgrim International, Inc.**
Through its Agent for Service of Process
Ronald Steve Bennett
14489 U.S. 20
Middlebury, IN 46540

79. **Play'Mor Trailers, Inc.**
Through its Agent for Service of Process
John C. Willibrand
3231 Hwy 63 South
P.O. Box 128
Westphalia, MO 65085

80. **Project Resources, Inc. Of California**
Through its Agent for Service of Process

National Registered Agents, Inc.
1011 N. Causeway Boulevard, Suite 3
Mandeville, Louisiana 70471

81. **Recreation By Design, LLC**
Through its Agent for Service of Process
Randall K. Rush
21746 Buckingham Rd.
Elkhart , IN 46516

82. **Redman Homes Inc. (f/k/a Dutch Homes)**
Through its Agent for Service of Process
C T Corporation System
251 E. Ohio Street
Suite 1100
Indianapolis , IN 46204
and
C T Corporation System
5615 Corporate Blvd.
Ste. 400B
Baton Rouge, LA 70808

83. **River Birch Homes, Inc. and/or River Birch Homes, L.L.C.**
Through its Agent for Service of Process
Delmo Payne
5400 Bexar Ave. E.
Hamilton, AL  35570

84. **R-Vision, Inc.**
Through its Agent for Service of Process
Michael Pangburn
606 Nelson's Parkway
Wakarusa, IN 46573

85. **Scotbilt Homes, Inc.**
Through its Agent for Service of Process
Sam P. Scott
2888 Fulford Road
Waycross, GA 31503

86. **Sentry Insurance**
Through the Louisiana Secretary of State
Legal Services Section
Post Office Box 94125
Baton Rouge, Louisiana 70804-9125

87. **Silver Creek Homes, Inc.**
    Through its Agent for Service of Process
    David H. Silvertooth
    PO Box 150
    Henrietta, TX 76365

88. **Skyline Corporation**
    Through its Agent for Service of Process
    Linda Philippsen
    2520 By-Pass Road
    Elkhart, IN 46514

89. **Southern Energy Homes, Inc.**
    Through its Agent for Service of Process
    C T Corporation System
    5615 Corporate Blvd.
    Ste. 400B
    Baton Rouge, LA 70808
    **And**
    Wendell Batchelor
    Highway 41 North
    Addison, AL  35540

90. **Starr Excess Liability Insurance Company, Ltd.**
    Through the Louisiana Secretary of State
    Legal Services Section
    Post Office Box 94125
    Baton Rouge, Louisiana 70804-9125
    and
    Through its Chief Executive Officer
    175 Water Street, 19th Floor
    New York, New York 10038

91. **Starcraft RV, Inc.**
    Through its Agent for Service of Process
    Glenn E. Killoren
    121 W Franklin St.
    Suite 200
    Elkhart, IN 46516

92. **Stewart Park Homes, Inc.**
    Through its Agent for Service of Process
    A. Lucas Stewart, III
    219 Industrial Blvd

        Thomasville, GA 31792

93. **Sun Valley, Inc.**
    Through its Agent for Service of Process
    Dan Morrison
    120 W Lexington Ave.
    Elkhart , IN 46516

94. **Sunline Acquisition Company Ltd. d/b/a Sunline Coach Company**
    Through its Agent for Service of Process
    245 S Muddy Creek Rd.
    Denver, PA 17517-9638

95. **Sunnybrook R V, Inc.**
    Through its Agent for Service of Process
    Elvie J. Frey Sr.
    201 14th St.
    Middlebury, IN 46540
    or
    P. O. Box 2001
    Middlebury, IN 46540

96. **Sunray RV, LLC**
    Through its Agent for Service of Process
    Alan Neely
    405 South Broad St.
    New Tazewell, TN 37825

97. **Superior Homes, LLC**
    Through its Agent for Service of Process
    James C. Roby
    816 S Broadway
    P.O. Box 1600
    Watertown, SD 57201-6600

98. **Thor California, Inc., doing business in California as Thor Manufacturing**
    Through its Agent for Service of Process
    C T Corporation System
    818 West Seventh St.
    Los Angeles, CA 90017
    and
    Through its Counsel
    John Deeds
    100 S. Main Avenue, Suite 300
    Sidney, Ohio 45365

99.   **Timberland RV Company d/b/a Adventure Manufacturing**
      Through its Agent for Service of Process
      Mark Gerber, President
      P. O. Box 1210
      Peru, IN 46970

100.  **TL Industries, Inc.**
      Through its Agent for Service of Process
      Rebecca Butler Power
      221 W. Lexington Ave.
      Elkhart, IN 46516

101.  **Townhomes, LLC**
      Through its Agent for Service of Process
      Gary C. Towns
      133 SE Newell Drive
      Lake City, FL 32025

102.  **Vanguard Industries of Michigan, Inc. (a/k/a Palomino RV)**
      Through its Agent for Service of Process
      Scott A. Day
      31450 M-86
      West Colon, MI 49040

103.  **Viking Recreational Vehicles, LLC**
      CSC-LAWYERS INCORPORATING SERVICE
      601 Abbott Road
      East Lansing, MI 48823

104.  **Waverlee Homes, Inc.**
      Through its Agent for Service of Process
      Phil Fowler
      Hwy. 278 East
      Hamilton, AL, 33570

105.  **Westchester Surplus Lines Insurance Company**
      Through the Louisiana Secretary of State
      Legal Services Section
      Post Office Box 94125
      Baton Rouge, Louisiana 70804-9125

106.  **Shaw Environmental, Inc.**
      Through its Agent for Service of Process
      C T CORPORATION SYSTEM

        5615 CORPORATE BLVD., STE. 400B
        BATON ROUGE, LA 70808
        And through its Counsel of Record
        Karen Whitfield
        Baker Donelson, Bearman, Caldwell & Berkowitz, PC
        201 St. Charles Ave.
        Suite 3600
        New Orleans, LA 70170

107. **Fluor Enterprises, Inc.**
        Through its Agent for Service of Process
        CORPORATION SERVICE COMPANY
        320 SOMERULOS ST.
        BATON ROUGE, LA 70802-6129
        And through its Counsel of Record
        Charles Penot
        Middleberg Riddle and Gianna
        KPMG Centre
        Suite 2400
        717 Harwood
        Dallas, TX 75201

108. **CH2M Hill Constructors, Inc.**
        Through its Agent for Service of Process
        C T CORPORATION SYSTEM
        5615 CORPORATE BLVD., STE. 400B
        BATON ROUGE, LA 70808
        And through its Counsel of Record
        Gerardo Barrios
        Baker Donelson, Bearman, Caldwell & Berkowitz, PC
        #3 Sanctuary Boulevard
        Suite 201
        Mandeville, LA 70471