UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


ALL MANUFACTURERS

---

(1)     **FRANCES ERATO-MCLEOD**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **UNKNOWN** and installed by **UNKNOWN** was located at **Chalmette, La  70043**.

(2)     **JOHN C. ROSS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **UNKNOWN** and installed by **UNKNOWN** was located at **Chalmette, La  70043**.

(3)     **JOSEPH E. ROSS**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **UNKNOWN** and installed by **UNKNOWN** was located at **Chalmette, La  70043**.

(4)     **RAINELL M ZITO**, a resident of the full age of majority of the State of Louisiana, whose temporary housing unit manufactured by, or bore a model of, **UNKNOWN** and installed by **UNKNOWN** was located at **Chalmette, La  70043**.


**Exhibit A**