UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER　　　　　　　　　　MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION　　　　　SECTION "N-5"

　　　　　　　　　　　　　　　　　　　　JUDGE ENGELHARDT
　　　　　　　　　　　　　　　　　　　　MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED:
*Diana Bell v. Keystone RV Company, No.* **09-2976**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

PSC UNOPPOSED MOTION FOR LEAVE
TO FILE FIRST SUPPLEMENTAL AND
AMENDED COMPLAINT FOR DAMAGES

　　　　NOW INTO COURT, through undersigned members of the Plaintiffs' Steering Committee (PSC), come plaintiffs in this matter, who respectfully represent that it is both necessary and appropriate to amend their original Complaint For Damages filed by the Named Plaintiffs in the underlying action in order to strike inapplicable allegations, contradictory references to the plaintiffs in the singular and plural, and incorrect references to "Fluor," all as more fully set forth in the memorandum attached hereto, and who further represent that opposing counsel for defendants do not oppose this motion for leave to file a First Supplemental and Amended Master Complaint for this purpose.

　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　FEMA TRAILER FORMALDEHYDE
　　　　　　　　　　　　　　　　PRODUCT LIABILITY LITIGATION

　　　　　　　　　　　　　　BY:　s/Gerald E. Meunier
　　　　　　　　　　　　　　　　　GERALD E. MEUNIER, #9471

**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:        504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:      504/522-2304
Facsimile:        504/528-9973
jwoods@gainsben.com


**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    ROBERT M. BECNEL, #14072
    RAUL BENCOMO, #2932
    FRANK D'AMICO, JR., #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    DENNIS REICH, Texas #16739600
    MIKAL C. WATTS, Texas #20981820

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Gerald E. Meunier
                                          GERALD E. MEUNIER, #9471