UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION** | **MDL NO. 1873**<br><br>**SECTION "N-5"**<br><br>**JUDGE ENGELHARDT**<br>**MAG. JUDGE CHASEZ** |

**THIS DOCUMENT IS RELATED:**
*Diana Bell v. Keystone RV Company, No.* **09-2976**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF PSC'S MOTION FOR LEAVE
TO FILE FIRST SUPPLEMENTAL AND
<u>AMENDED COMPLAINT FOR DAMAGES</u>**

MAY IT PLEASE THE COURT:

Plaintiffs Diana Bell and Raymond Bell, III, filed their original Complaint for Damages on March 2, 2009. Subsequently, on April 6, 2009, this Honorable Court chose Diana Bell as a bellwether plaintiff against Keystone RV Company and set trial for January 11, 2010. Plaintiffs now respectfully move this Court for leave to supplement and amend their original complaint for damages in the underlying action. Plaintiffs request this supplement and amendment pursuant to Fed. Rules. Civ. Proc. Rule 15 which states "[t]he court should freely give leave when justice so requires."

Plaintiffs seek to supplement and amend their original complaint for damages to remove allegations that HUD regulations apply to the plaintiffs' travel trailer manufactured by Keystone RV Company and allegations that Keystone was required by federal law to post the HUD formaldehyde warning label used in mobile homes in plaintiffs' travel trailer. Plaintiffs further seek to substitute the name of "Shaw," a defendant in the action, in place of the incorrectly

referenced "Fluor," a defendant not named in the *Bell* Complaint. Finally, Plaintiffs seek to amend and supplement their original Complaint for Damages to correct any confusing and contradictory references to the plaintiffs in the singular and/or plural forms throughout the complaint.

Counsel for Keystone RV, Shaw Environmental, and the United States have been contacted about this matter and have indicated that they do not oppose the instant motion, which seeks leave to file the First Supplemental and Amending Complaint in the underlying action.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
 PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com


s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
            ANTHONY BUZBEE, Texas # 24001820
            ROBERT M. BECNEL, #14072
            RAUL BENCOMO, #2932
            FRANK D'AMICO, JR., #17519
            MATT MORELAND, #24567
            LINDA NELSON, #9938
            DENNIS REICH, Texas #16739600
            MIKAL C. WATTS, Texas #20981820

## CERTIFICATE OF SERVICE

      I hereby certify that on August 7, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                            s/Gerald E. Meunier
                                            GERALD E. MEUNIER, #9471