UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER             MDL NO. 07-1873
   FORMALDEHYDE PRODUCTS
   LIABILITY LITIGATION
                                SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On August 7, 2009, the Court held a status conference in chambers with liaison counsel, steering committee members, and counsel for the Government. The following individuals were in attendance: Jerry Meunier, Matt Moreland, Frank D'Amico, Jr., James Percy, Stewart Tharp, Linda Nelson, Tim Scandurro, John Hainkel, Dave Kurtz, Henry Miller, Robert M. Becnel, Joe Glass, Tom Thagard, Jonathan Waldron, Raul Bencomo, Ernie Gieger, Charles Penot, Jerry Saporito, and Richard Hines. Following that conference, the Court held a general status conference in the courtroom, which was open to all counsel. As for the individuals in attendance, the Court has attached the sign in sheet from that conference.

During the conferences, the Court **ORDERED** as follows:

(1)    A telephone conference is SET for **Tuesday, August 11, 2009 at 8:30 a.m.** for liaison counsel to discuss Fluor Enterprises, Inc.'s Motion to Continue First Two Bellwether Trials and Revise Remaining Bellwether Trial Schedule (Rec. Doc. 2507). Plaintiffs' liaison counsel shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and

the Court know, beforehand, of a conference call number to dial in order to join the conference.

(2) A telephone conference is **SET** for **Wednesday, August 12, 2009 at 8:30 a.m.** for liaison counsel and bellwether trial counsel to discuss Fluor Enterprises, Inc.'s Motion to Continue First Two Bellwether Trials and Revise Remaining Bellwether Trial Schedule (Rec. Doc. 2507). Plaintiffs' liaison counsel shall initiate the conference call by either (1) getting all participating counsel on the telephone and then calling the Court, or (2) letting all participating counsel and the Court know, beforehand, of a conference call number to dial in order to join the conference.

(3) Every manufacturing defendant involved in a scheduled bellwether trial shall file an unopposed motion to sever **on or before Wednesday, August 12, 2009.**

(4) The filing deadline for dispositive motions in the first bellwether trial is **EXTENDED** to **Monday, August 17, 2009**. Such motions shall be **SET** for hearing without oral argument **on the August 26, 2009 hearing date**. Any opposition to these motions shall be filed **on or before Friday, August 21, 2009.**

New Orleans, Louisiana, this 10th day of August, 2009.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

PLAINTIFF(S)

VERSUS

Magistrate: _____

DEFENDANT(S)

# FEMA GENERAL STATUS CONFERENCE

CONFERENCE: ____ PRE-TRIAL ____ STATUS ____ SETTLEMENT

DATE: 8/7/09        TIME: 10:00 AM

## PLEASE PRINT     PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Henry Miller | USDOJ | USA |
| Jonathan Waldron | USDOJ | USA |
| Raul R. Bencomo | Bencomo & Associates | PSC |
| Linda Nelson | Lambert + Nelson PLC | PSC |
| Tony Buzbee | Buzbee | PSC |
| Charles Penot | MRG | Fluor Ent. Svc |
| Robert M. Becnel | Becnel | PSC |
| Richard K. Hines | Nelson Mullins ~~Fleetwood~~ | Fleetwood |
| Brent McGuire | Allen + boone | Heartland |
| Tara Gilbreath | Gainsburgh Benjamin | TLs |

PTD Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

_____

VERSUS

_____

Magistrate: _____

_____
DEFENDANT(S)

*****************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____  TIME: _____

## PLEASE PRINT   PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Denise Martin | Gainsburgh | B |
| Ben Mayeaux | Laborde Neuner | Hordon Homes |
| Joe Rousch | Jims Hall | " |
| Rose Huder | | " |
| Matthew Lindsay | Galloway Johnson | Pel-Jen |
| Anne Briard | Lugenbuhl | Liberty Insurance Corp. |
| Kris Wilson | " | " |
| Lamont Domingue | Voorhies & Labbe | Redman, et al |
| Doug Schur | Aube | P Aubrey (consult) |
| Jack C Benjamin Jr. | Kraft Gatz Lowe Benjamin | Silver Creek |

PTO Received: _____

Trial Set: _____

Jury/Non-Jury

CIVIL/CRIMINAL ACTION NO.: _____

_____
PLAINTIFF(S)

_____

versus

_____

Magistrate: _____

_____
DEFENDANT(S)

************************************************************

CONFERENCE: ____ PRE-TRIAL ____ STATUS ____ SETTLEMENT

DATE: _____  TIME: _____

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Stephanie Skinner | Fowler Rodriguez | Southern |
| David McMullan | Barrett | Lexington |
| Lynn Carrison | Garrison Yount | RBD, TL, + Frontier |
| Randall Mulcahy | " / " | " / " |
| G. Zimmren | Self | |
| Tom Cougle | W, F + C | Jayco & Starcraft |
| Dominic Gianna | MR+G | Fluor |
| Lawrence Centola | HLC | Plaintiffs |
| Peter Taaffe | Buzbee | π |
| David Bach | Hailey McNamara | Oak Creek Homes |

```
                                        PTO Received: _____

                                        Trial Set: _____
                                                    Jury/Non-Jury

    _____         CIVIL/CRIMINAL ACTION NO.:
           PLAINTIFF(S)
                                        _____
    VERSUS
                                        _____

    _____         Magistrate: _____
           DEFENDANT(S)

    ***********************************************************

    CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

    DATE: _____         TIME: _____
```

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Paul Lee | Hurricane Legal Center | Plaintiffs |
| Carson Strickland | Gieger Laborde | Δ |
| Reynold Pen | HMG | Plaintiffs |
| John Etter | Rodney & Etter | Plaintiffs |
| Josh Keller | Deutsch, Kerrigan + Stiles | Destiny, Lexington Townhomes |
| Robert Sheesley | McGlinchey Stafford | Skyline/Layton Homes |
| Carolyn Sinnock | Duplass Zwain | 1 |
| Clay Garside | Waltzer + Assoc | π |
| Chris Pinedo | Chris Pinedo Atty At Law | π |
| Quincy Crochet | McCranie Sistrunk | Δ |

```
                                        Trial Set: _____
                                                   Jury/Non-Jury

                                        CIVIL/CRIMINAL ACTION NO.:
    _____
          PLAINTIFF(S)          _____

    VERSUS

                                        Magistrate: _____
    _____
          DEFENDANT(S)
```

***************************************************************

CONFERENCE: _____ PRE-TRIAL _____ STATUS _____ SETTLEMENT

DATE: _____        TIME: _____

## PLEASE PRINT    PLEASE PRINT

| NAME | FIRM | REPRESENT |
|---|---|---|
| Frank D'Amico JR | SAMC | PSC |
| Dennis Reich | Reich Bastock | PSC |
| John J. Hainkel | Frilot | Bechtel |
| Dave Kurtz | Baker Donelson | Shaw/CH2M Hill |
| Amanda Vanderhoar | Leake & Andersson | Fleetwood |
| Rose Sher | McCranie Sistrunk | Δ |
| Kea Sherman | Andry Law Firm | P/tfs |
| Erzsebet Pifko | Duplass | |