**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

RE:   FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION

BEFORE ME, undersigned notary, did personally come and appear this day, RICHARD A. SPECTOR, M.D., J.D., a person whose identity is known to me. After I administered the oath to him, upon his oath he did state:

All statements contained herein are true and correct and based upon my personal knowledge, education and experience and I am a person of the full age of majority, and I am competent to execute this Affidavit.

Mr. Aaron Z. Ahlquist, Esq.
Class Action Attorney
FRANK J. D'AMICO, JR., APLC
622 Baronne Street
New Orleans, Louisiana 70113

Re:   Lyndon T. Wright

Dear Mr. Ahlquist:

I saw Mr. Wright for the first time on July 20 2009. He presented as a private patient, upon your referral, with complaints of hemoptysis (spitting up blood). This letter to you represents my preliminary report of my assessment of his medical complaints. In this report, I shall endeavor to meet U.S. District Judge Kurt D. Englehardt's order of July 17 2009, specifically addressing issues of expertise and qualifications in my first paragraphs, then describing the issues Mr. Wright presented, my methods of assessment, and any preliminary opinions in the following paragraphs. Because Mr. Wright presented so recently, I pray the Court will allow supplemental report(s) as I collect additional data.

I attach my Curriculum Vita (C.V.) in support of the following summary of my expertise and qualifications. I received my medical degree from the State University of New York at Buffalo in 1973, graduating as a member of Alpha Omega Alpha Honor Medical Society (top 10% of the graduating class). I pursued internship and residency training at Tulane University affiliated hospitals, and became board certified in my specialty, Otolaryngology, Head & Neck Surgery, in 1978. I am a Fellow in the American Academy of Otolaryngology and in the American College of Surgeons. I am a Clinical Instructor in the Department of Otolaryngology at Tulane University School of Medicine. I published medical articles in Federation Proceedings, The Laryngoscope, Pediatric Cardiology, and



LWFR - EXP 14 - 000001

Touro Infirmary Cancer Program Annual Report. I taught, or teach, voice-related topics at NOCCA, Loyola University, and the University of New Orleans. I consult in risk management for LAMMICO and teach their clinician-patient communication seminars.

In 2001, I earned a Juris Doctor from Loyola University School of Law. I am admitted to practice law in Louisiana but am inactive with the bar since shortly after Hurricane Katrina. I published health law articles in the Cumberland Law Review, Journal of the Louisiana State Medical Society, and Southern Medical Journal. I speak to audiences of attorneys and physicians about health law issues, and taught Health Law Management and Ethics in the graduate department of the School of Business at UNO.

I qualified as an expert in Otolaryngology in Louisiana Civil District courts in Orleans, Jefferson, and East Baton Rouge Parishes. I qualified as an expert in Otolaryngology in the United States District Court, Eastern District of Louisiana. I have testified for both plaintiff and defendant, about equally in my role as expert medical witness.

When Mr. Wright presented to my office July 20, I established a private physician-patient relationship with him, rendering my medical opinions regarding his health issues to him, personally, in exchange for his agreement to pay to me his deductible and co-payments, as defined by our shared contracts with his insurance company, United Healthcare. I contract separately with you, his attorney, with Mr. Wright's HIPAA compliant consent, for expert opinions regarding my findings.

During my first contact with Mr. Wright, he described his primary reason for our visit, to wit, bloody mucous present with throat clearing upon arising each morning, or after lying down for daytime rests. He expectorates this bloody mucous daily for the last three years, noting the onset of this complaint early in his occupancy of a FEMA-provided trailer post-Katrina. He resided in this trailer from March 2006 though July 2008. He saw no change in this symptom after moving from the trailer. He is very specific that the bloody mucous arises from low in his throat with throat clearing, but not with cough, nose blowing, tooth brushing, or pulling back from nose. He denied nasal symptoms, swallowing problems, pain, and voice changes.

He admits to a dry cough while residing in the trailer, but he did not produce any sputum with this cough. The cough receded upon moving from the trailer. He experienced varying degrees of enlarged glands in his neck, two to three times weekly, during his stay in the trailer. This symptom disappeared upon leaving the trailer. He observed increased symptoms of gastro-esophageal reflux (GERD), characterized as heartburn relieved with Pepcid. He feels the GERD symptoms were post-Katrina, with onset not related temporally to his sojourn in the trailer. He relates history of many prior ear surgeries, with recurrent drainage from his left ear. He believes the frequency of left ear drainage was higher than usual during his stay in the trailer, but does not relate frequency or history of treatments.

I reviewed his past medical history. For brevity, I narrate pertinent positives and negatives. Mr. Wright was exposed to chlorine gas/fumes in 1997 or 1998. He experienced chest congestions that required medical treatment. He does not remember any nasal or throat symptoms. He reports that a recent independent medical exam (IME) identified asthma, a condition of which he was unaware. In 2004 or 2005, he started thyroid medicine for bone density changes. He does not smoke. He has no

LWFR - EXP 14 - 000002

vocational or avocational exposure to wood dust. He drinks four beers daily. He wears a hearing aid in his left ear.

I summarized pertinent findings of a review of systems in the paragraphs above. His family history does not apply to his current complaints.

I examined Mr. Wright. He wears a hearing aid in the left ear. The left ear canal is free of debris. This left ear has evidence of an atticotomy. His right ear has an open mastoid and canaloplasty. The ear canal and mastoid bowl are filled with crusted debris overlying wet cholesteatoma. I cleaned most of this debris, then prescribed Floxin otic to treat underlying infection, and scheduled a follow-up office appointment to evaluate this right ear.

I examined Mr. Wright's nasal cavity, pharynx, and larynx using a flexible fiberoptic endoscope. Intranasally, I found he has a complex nasal septum deviation, predominantly to the left, but with crowding into both middle turbinates. I found mild turbinate congestion, crowded middle meati, and no evidence of dysplasia, bleeding, or infection. I note scar formation in the nasopharynx from prior adenoidectomy. Otherwise, the nasopharynx is free of abnormality. There is asymmetry of the palatal arch due to prior tonsillectomy. Teeth are repaired and I see no overt gingivitis. There is a 1.5 cm smooth, rounded, soft mass in the left tongue base. There is an omega-shaped epiglottis, normal vocal fold anatomy and function, clear pyriform sinuses, and injected cuneiform cartilages. I find no enlarged neck nodes or thyroid gland abnormality.

At the conclusion of this office visit, I am most concerned about the mass at the base of Mr. Wright's tongue. Based upon his history, the bloody mucous may arise from this mass, though I saw no fresh blood, or ulceration. To evaluate possibilities, I ordered a series of tests. I cultured his throat to evaluate chronic infection. I ordered CT scan of the paranasal sinuses to evaluate infection or neoplasia (benign or malignant growth) in the sinuses or in the nose (beyond my ability to see directly). I ordered CT scan of the soft tissue of the neck to evaluate the tongue mass and his complaint of swollen glands.

I also requested that Mr. Wright obtain information regarding his thyroid disease, specifically any thyroid scan. I requested the same study reports from Mr. Wright's current internist, Dr. Frank Cruz. I requested and received from you, copies of "prior medicals." The following paragraphs summarize my review of the prior medicals.

Mr. Wright had a thyroid echo but did not have a thyroid scan through Dr. Cruz' office. The thyroid echo is normal.

Mr. Wright saw an otolaryngologist, Dr. N. Knight Worley, October 23 and November 16 2007 for "blood in saliva in early AM." Dr. Worley reported enlarged and inflamed nasal turbinates with inflammation of the nasopharynx and sphenoid. He suspected infection and treated Mr. Wright successfully with Augmenten, Nasonex, and saline spray. He did not order X-rays.

In May 2002, Dr. Charles Fields ordered CT scan of the head for dizziness and left-sided weakness. Dr. William Armington, the radiologist at Memorial Medical Center stated, "The visualized portions of the paranasal sinuses and the orbital contents are grossly unremarkable in appearance."

On July 23 2009, I received reports of the CT scans that I ordered. I reviewed the films personally and discussed the CT findings with Dr. John Hamid, the radiologist of record. Mr. Wright has a nonenhancing 1.6 to 1.7 cm. mass at the left base of the tongue. This CT report confirms my physical examination but brings me no closer to a diagnosis. <u>Final diagnosis of this abnormality requires biopsy of this mass.</u> I discussed these findings with Mr. Wright on July 23 2009. <u>We scheduled surgical biopsy on the earliest date convenient to my schedule, the operation room, and Mr. Wright, July 29 2009.</u>

Mr. Wright also has CT evidence of sinus disease, with diffusely thickened lining in the maxillary and sphenoid sinuses. This radiographic finding does not establish underlying cause. <u>I anticipate investigating these findings further while Mr. Wright is under anaesthesia on July 29.</u>

At this time, I cannot establish diagnoses or underlying cause(s) for Mr. Wright's complaints. Biopsy reports should be available for my review by August 3 2009. I reserve the right to supplement my report, with a medical opinion regarding diagnoses, and underlying cause(s), once this additional information is available.

Yours truly,

*[signature]*

Richard A. Spector, M.D., J.D.

Further Affiant sayeth not.

Sworn and subscribed before me this 25TH day of July, 2009.

*[signature]*

HARRY R. HOLLADAY, ESQ.

Notary Public (Bar #
Commission is for life

HARRY R. HOLLADAY
NOTARY PUBLIC
STATE OF LOUISIANA
BAR ROLL NUMBER 30959
COMMISSION EXPIRES AT DEATH