UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                   MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION      SECTION N-5
                                                                  JUDGE ENGELHARDT
                                                                   MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES:
*Charlie Age, et al. v. Gulf Stream Coach, Inc.*, No. 09-2892
*Aldridge, et al. v. Gulf Stream Coach, Inc., et al.*, No. 07-9228
*Lyndon T. Wright v. Forest River, Inc., et al.* No. 09-2977
*Diana Bell, et al. v. Keystone RV Company, et al.*, No. 09-2967
*Carrie Smith v. Recreation by Design, LLC, et al.*, No. 09-3957

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S MEMORANDUM
IN RESPONSE TO FLUOR'S "MOTION TO CONTINUE FIRST TWO
BELLWETHER TRIALS AND REVISE REMAINING BELLWETHER
TRIAL SCHEDULES" [Rec. Doc. 2507]**

       Defendant United States of America ("United States") submits this response to Defendant Fluor Enterprise, Inc.'s ("Fluor") "Motion to Continue First Two Bellwether Trials and Revise Remaining Bellwether Trial Schedule" [Rec. Doc. 2507]. The United States requests that the Court alter and revise the Trial Schedule for the second bellwether trial and third bellwether trials, and in the event that the Court maintains the September 14, 2009, trial date for the first bellwether trial, requests that the Court stay discovery relating to the other bellwether cases from August 31, 2009 until the completion of the first bellwether trial.

       The current trial schedule and compressed discovery schedule has caused and continues to present substantial logistic difficulties for the United States. Currently, four Department of Justice attorneys are assigned full-time and one attorney is assigned part time to this litigation. As a general matter since mid-June 2009, for purposes of complying with the Court's bellwether

Scheduling Orders, discovery activity has involved up to five daily discovery events – depositions and inspection/testing of bellwether plaintiffs' temporary emergency housing units. Absent the Court modifying and altering the Trial Schedule for the second bellwether trial and third bellwether trials – and staying discovery relating to the bellwether cases during the first bellwether trial – Government counsel will be unable to meaningfully prepare to defend the Federal Emergency Management in the bellwether trials or participate in discovery events.

The United States believes that it can be prepared to present its defenses to plaintiffs' claims that are at issue in the first bellwether trial on September 14, 2009, if the Scheduling Orders and trial dates for the second and third bellwether trials are altered and modified, and some restrictions are placed on active discovery – depositions and written discovery – during bellwether trials. Specifically, the United States believes that the following alterations and modifications of the scheduling orders will allow it to be prepared to present its defenses to plaintiffs' claims in the first bellwether trial and maintain the September 14, 2009, trial date.

- \*\*\*   Move the trial date for the second bellwether trial from October 26, 2009 to November 30, 2009.

- \*\*\*   Move the trial date for the third bellwether trial from December 7, 2009, to March 1, 2009.

- \*\*\*   Maintain the January 11, 2009, trial date for the fourth bellwether trial.

- \*\*\*   Stay all deposition and written discovery for the second, third, fourth, fifth and sixth bellwether trials from August 31, 2009, until the conclusion of the first bellwether trial.

- \*\*\*   Impose a one track deposition discovery restriction during the second, third, and fourth bellwether trials.

## CONCLUSION

For all the reasons set forth herein, the United States' requests that for good cause shown, the Court grant in part Fluor's motion.

Dated:  August 10, 2009.

Respectfully Submitted,

| | |
|---|---|
| TONY WEST | ADAM BAIN |
| Assistant Attorney General, Civil Division | Senior Trial Counsel |
| | |
| J. PATRICK GLYNN | ADAM DINNELL |
| Director, Torts Branch, Civil Division | MICHELLE BOYLE |
| | JONATHAN WALDRON |
| DAVID S. FISHBACK | Trial Attorneys |
| Assistant Director | |
| | //S// *Henry T. Miller* |
| | HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL: | Senior Trial Counsel |
| JORDAN FRIED | United States Department of Justice |
| Associate Chief Counsel | Civil Division – Torts Branch |
| | P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES | Washington, D.C. 20004 |
| Trial Attorney | Telephone No:  (202) 616-4223 |
| FEMA/DHS | E-mail:  Henry.Miller@USDOJ.Gov |
| Department of Homeland Security | |
| Washington, D.C. 20472 | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                             //S// *Henry T. Miller*
                                             HENRY T. MILLER (D.C. Bar No. 411885)