# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION<br><br>This applies to:<br>Bell v. Keystone RV Company, et al, No. 09-2967 | MDL NO. 1873<br><br>SECTION "N" (4)<br><br>JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## KEYSTONE RV COMPANY'S MEMORANDUM IN SUPPORT OF FLUOR'S MOTION FOR CONTINUANCE

Defendant Keystone RV Company submits this memorandum in support of Fluor Corporation's Motion to Continue Trial Dates. *See* Rec. Doc. No. 2495. The above-referenced matter is presently set for trial on January 11, 2010.

For the reasons explained in Fluor's supporting memorandum, Keystone suggests to the Court that a brief continuance would not prejudice the rights of any party. Just the opposite, the continuance suggested by Fluor would allow all parties, including the contractor defendants who have been recently added to the litigation, to prepare their cases for trial.[1]

The continuance proposed by Fluor simply pushes the first four trial dates back for a short period of time within the existing schedule. Fluor's proposed

---

[1] Keystone notes that Shaw Environmental, Inc. has also filed a memo supporting Fluor's motion for continuance and proposed schedule. *See* Rec. Doc. No. 2561.

{B0603425.1}

schedule does not, however, alter the overall schedule set by the Court for bellwether trials.[2] Fluor has not proposed continuing the fifth bellwether trial date.

Keystone respectfully suggests that the short extensions of time proposed by Fluor will balance the parties' need for additional time with the Court's concerns regarding the existing schedule. Consequently, Keystone is supportive of the following schedule, which was proposed initially by Fluor:

| **Bellwether Defendant** | **Current Trial Date** | **Proposed Trial Date** |
| --- | --- | --- |
| Gulf Stream | September 14, 2009 | October 26, 2009 |
| Fleetwood | October 26, 2009 | December 7, 2010 |
| Forest River | December 7, 2009 | January 11, 2010 |
| Keystone | January 11, 2010 | March 22, 2010 |
| Recreation By Design | May 17, 2010 | May 17, 2010 |

As the Court is aware, the parties have diligently worked to conduct discovery, prepare expert reports and comply with other deadlines set by the Court. It cannot be said that any of the parties or their attorneys have been dilatory in this respect.

For these reasons, Keystone RV Company requests that the Court grant the motion for continuance filed by Fluor, and that it adjust the trial schedule for the first four bellwether trials as requested in that motion.

---

[2] Rec. Doc. No. 2495-3, p. 3.

{B0603425.1}

Respectfully submitted,

*s/Ryan E. Johnson*

_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
Four United Plaza
8555 United Plaza Boulevard
Baton Rouge, LA  70809
Telephone: (225) 248-2080
Facsimile:  (225) 248-3080

      -and-

Madeleine Fischer (La. Bar No. 5575)
Nan Roberts Eitel (La. Bar No. 19910)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 49th floor
New Orleans, LA   70170
Telephone:  (504) 582-8000
Facsimile:  (504) 589-8208

***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 10th day of August, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

        *s/Ryan E. Johnson*
      _____
        Ryan E. Johnson

{B0603425.1}