UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNOPPOSED MOTION TO SEVER
THE CLAIMS OF ALANA ALEXANDER,
INDIVIDUALLY, AND ON BEHALF OF CHRISTOPHER COOPER**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc., which, pursuant to Federal Rule of Civil Procedure Rule 21, respectfully requests that this Honorable Court issue an order severing the claims of Alana Alexander, individually and on behalf of Christopher Cooper (hereinafter "Plaintiff"), from the claims of all other plaintiffs. Further, Gulf Stream requests that Plaintiff's claims be assigned a separate docket number. Plaintiff's claims against Gulf Stream have been improperly joined, and must be severed for the reasons set forth in the

attached memorandum in support.  At the August 7, 2009 liaison conference with the Court, all counsel informed the Court that there is no opposition to this motion.

>Respectfully Submitted:
>
>**DUPLASS, ZWAIN, BOURGEOIS,
>PFISTER & WEINSTOCK**
>
>s/Andrew W. Weinstock
>_____
>**ANDREW D. WEINSTOCK #18495
>JOSEPH G. GLASS #25397**
>3838 N. Causeway Boulevard, Suite 2900
>Metairie, Louisiana 70002
>(504) 832-3700
>(504) 837-3119 (FAX)
>andreww@duplass.com
>jglass@duplass.com
>
>and
>
>**SCANDURRO & LAYRISSON
>Timothy D. Scandurro #18424
>Dewey M. Scandurro #23291**
>607 St. Charles Avenue
>New Orleans, LA 70130
>(504) 522-7100
>(504) 529-6199 (FAX)
>tim@scanlayr.com
>dewey@scanlayr.com
>**Counsel for Defendant, Gulf Stream Coach, Inc.**

### **C E R T I F I C A T E**

I hereby certify that on the 10th day of August, 2009, a copy of the foregoing Unopposed Motion to Sever the Claims of Alana Alexander, Individually, and on behalf of Christopher Cooper

was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                              s/Andrew D. Weinstock
                              _____
                              ANDREW D. WEINSTOCK #18495
                              andreww@duplass.com