UNITED STATES DISTRICT COURT
        EASTERN DISTRICT OF LOUISIANA

```
IN RE: FEMA TRAILER                       MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                      NUMBER: 07-1873

                                          SECTION: "N"(5)
```

<u>ORDER ON MOTION</u>
<u>AUGUST 7, 2009</u>

APPEARANCES:

MOTION:

(1) Fleetwood's Motion to Order the IME of Timia Dubuclet (Rec. doc. 2374).

  <u> 1 </u> :    Continued to August 19, 2009 at 11:00 a.m. via telephone (or as soon thereafter on that date and time as the Court's motion docket permits).

  <u>     </u> :    No Opposition

  <u>     </u> :    Opposition

  <u>     </u> :    Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE