UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                                MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                               NUMBER: 07-1873

                                                   SECTION: "N"(5)

**ORDER SETTING ORAL ARGUMENT
VIA TELEPHONE**

Oral argument on Plaintiffs's Motion to Compel United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA (rec. doc. 2554) will be conducted telephonically on August 26, 2009 at 11:00 a.m. or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this 10th day of August, 2009.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE