MINUTE ENTRY
CHASEZ, M.J.
AUGUST 7, 2009

```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)
```

A status conference was conducted in the above matter this date.

PRESENT: Dominic Gianna, Charles Penot, Gerald Meunier, Anthony Buzbee, Dennis Reich, Frank D'Amico, Rey Pena, Chris Pinedo, Peter Taaffe, Matt Moreland, Joe Glass, Henry T. Miller, Jonathan Waldron, Tim Scandurro, Robert Becnel

Plaintiffs' counsel presented the Court and opposing counsel with a projected list of witnesses and the time it would take to complete their direct examination at trial.

Defense counsel is to generate a similar list by Monday, August 10. A proposed joint trial schedule is to be furnished to the Court on or before August 12th.

ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE

MJSTAR(02:00)