UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO: *Lyndon Wright v. Forest River, Inc., et al.* No. 09-2977 (E.D. La.) | MAGISTRATE CHASEZ |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SHAW ENVIRONMENTAL, INC.'S
## MOTION FOR SUMMARY JUDGMENT REGARDING PRESCRIPTION

**NOW INTO COURT**, through undersigned counsel, comes defendant, Shaw Environmental, Inc. (hereinafter referred to as "Shaw"), and pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, moves for a summary judgment dismissing all claims asserted against it in this matter because plaintiff's claims against Shaw have prescribed.  Discovery has confirmed that plaintiff was on notice of his potential claims for damages allegedly caused by exposure to formaldehyde (and/or mold) more than one year prior to filing this lawsuit.  Because plaintiff did not assert his claims against Shaw within the applicable prescriptive period, plaintiff's claims are time-barred, unless he can demonstrate that prescription was suspended or interrupted.  Plaintiff cannot do so.  As such, his claims should be dismissed.

In further support of this motion, Shaw submits the attached Memorandum in Support; Statement of Uncontested Material Facts; Affidavit of Shaw representative Allison Hansen; relevant excerpts of plaintiff's deposition; and other items in the record.  For the reasons set forth in detail in the accompanying memorandum, Shaw is entitled to a judgment as a matter of law, and all claims asserted against Shaw should be dismissed with prejudice.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**


  /s/ M. David Kurtz
M. DAVID KURTZ (#23821)
KAREN KALER WHITFIELD (#19350)
CATHERINE N. THIGPEN (#30001)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana 70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000

**ATTORNEYS FOR DEFENDANT,
SHAW ENVIRONMENTAL, INC.**


## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

  /s/ M. David Kurtz