| DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**Application/Registration for Disaster Assistance** | Registration ID.<br>92-1147466 | O.M.B. No. 1660-0002<br>Expires May 31, 2010 | DR #.<br>1603 |
|---|---|---|---|

| 1. Name (Last, First, MI)<br>WRIGHT, BOBBIE R | 2. Language<br>English | 3. Social Security Number<br>XXX-XX-6110 | 4. Date of Birth<br>3/1/1940 | 5. Date of loss<br>8/29/2005 | 6. Application Date<br>9/3/2005 |
|---|---|---|---|---|---|
| 7A. Damaged phone #<br>(504) 523-4973 | 7B. Alt Damaged phone #<br>None | 7C. Current phone #<br>(281) 437-9102 | 7D. Alt Contact phone #<br>None | 7E. Email address | |

NOTE: APPS SISTER MARGAR NOTE:

| 8. Address of Damaged Property | | | | | |
|---|---|---|---|---|---|
| Street Address<br>2315 SEMINOLE LN | | City<br>NEW ORLEANS | State<br>LA | Zip+4<br>70125 -3219 | County<br>ORLEANS |
| 9. Current Mailing address<br>15406 BLUERIDGE RD | | MISSOURI CITY | TX | 77489 - | |

10. What is your current location?  Family/Friends Dwelling

11. Do you own or rent your home?    Own                        12. Is the address listed in #8 your primary residence?   Yes (Primary)
13. Type of residence:              House-Single/Duplex

14A. Was your home damaged by the disaster?   Yes                  14B. Personal property damaged?  Yes
14C. Was the access to your home restricted?   Due to Disaster      Utilities Out?
Emergency Needs? Yes            Food? Yes                     Clothing? Yes                 Shelter? Yes

15. Cause of Damages:  Flood; Hail/Rain/Wind Driven Rain

16. Other Expenses:

17. Disaster related expense? (for uninsured or underinsured)
        Medical (including medication): No         Dental: No           Funeral: No

| 18. Home/Personal Property Insurance | Company Name |
|---|---|
| No RP or PP Insurance | |

19. Vehicle Damage due to Disaster

20. Special Needs: Did you, your spouse, or any dependents have help or support doing things like walking, seeing, hearing, or taking care of yourself before the disaster and have you lost that help or support because of the disaster?

Mobility:
Cognitive/Developmental Disabilities/Mental Health:
Hearing or Speech:
Vision:
Other:

| 21. Names of all persons living in home at the time of disaster | Relationship | Social Security Number | Age | Dependent |
|---|---|---|---|---|
| WRIGHT, BOBBIE R | Registrant | XXX-XXX-6110 | 65 | Yes |
| WRIGHT, LYNDON T | Immed Family | | 35 | No |

**EXHIBIT "A"**

CERTIFIED TO BE A TRUE
COPY OF THE ORIGINAL

22. Business Damages:      Self Employment is primary income?                        No
                           Own/Represent a business or rental property affected by disaster?   No
23. Number of claimed dependents: 2       Combined family pre-disaster gross income: $ 7188        24. Electronic Funds Transfer: No
25. You have been referred to the following sources for Disaster Aid.
Emergency Assistance (ARC); Housing Assistance (Owner); Other Personal Property; Tax Assistance

If you have any questions or feel our information is incorrect, please call the Disaster Helpline at 1-800-621-FEMA, or for the speech or hearing impaired only, call 1-800-462-7585

FEMA Form 90-69 JUN 07            REPLACES ALL PREVIOUS EDITIONS

FEMA124-000001

FGC009-000012                                                                                   FGC009-000012