# U.S. DEPARTMENT OF HOMELAND SECURITY
# FEDERAL EMERGENCY MANAGEMENT AGENCY
## TEMPORARY HOUSING UNIT INSPECTION REPORT

**1. Temporary Housing Unit No.:** BC-127 7.021
**2. Serial No./VIN:** 4X4TSDH296 C008992

**3. TYPE OF INSPECTION:** Site, RFO (checked)
Transport, Dispatch, Receipt, Storage, Staging, Site, RFO, Move In, Move Out

**4. TYPE OF FACILITY:** Travel Trailer (checked)
Other, Mobile Home, Travel Trailer

**5. APPLIANCES:**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | DOMETIC | N/A | N/A |
| Range | MAGIC CHEF | | |
| Microwave | DOMETIC | | |
| Refrigerator | GE | | |
| A/C | DOMETIC | | |
| Water Heater | DOMETIC | | |

**6. UNIT INFO:**
a. Manufacturer: FOREST RIVER
b. Year: 2006
c. Size (Ft.-Ins L×W): 33
d. Number of Bedrooms: 2 BUNK BEDS
Handicap: No (checked)

**7. INSPECTIONS:** Disaster (checked)

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New  G = Good  P = Poor  D = Damaged  M = Missing

| FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE | FURNISHINGS | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Kitchen & Dining | | | | First Bedroom | | | | Bathroom | | | |
| Dinette Table | | | — | Double Bed, Complete | | | N | Commode | | | N |
| Dinette Chairs (8 for 2 BR) | | | — | Mirror | | | — | Tub/Shower | | | N |
| Range | | | N | Cabinets Storage | | | N | Lavatory | | | N |
| Range Hood & Vent Fan | | | N | Curtains & Rods | | | N | Cosmetic Cabinet | | | N |
| Refrigerator | | | N | Light Fixtures | | | N | Mirror | | | N |
| Curtains & Rods | | | N | Second Bedroom BUNKBEDS | | | | Curtains & Rods | | | N |
| Cabinets | | | N | Double Bed, Complete | | | — | Light Fixtures | | | N |
| Sink | | | N | Mirror | | | — | Exterior Condition | | | |
| Light Fixtures | | | N | Cabinet Storage | | | N | Water Heater | | | N |
| Fire Extinguisher | | | N | Curtains & Rods | | | N | Doors | | | N |
| A/C   Living Room | | | N | Light Fixtures | | | — | 2 Keys Per Door | | | N |
| Couch | | | | Third Bedroom | | | | Windows | | | N |
| Arm Chair | | | | Double Bed, Complete | | | | Screens | | | N |
| End Table | | | | Mirror | | | | Front Panels | | | N |
| Coffee Table | | | | Cabinet Storage | | | | Left-Side Panels | | | N |
| Curtains & Rods | | | N | Curtains & Rods | | | | Rear Panels | | | N |
| Light Fixtures | | | N | Light Fixtures | | | | Right Side Panels SCRATCH/DENT | | | N |
| Hall | | | | Interior Condition | | | | Roof Vents | | | N |
| Light Fixtures | | | N | Floor Covering | | | N | Towing Hitch | | | N |
| Furnace | | | N | Wall Panels | | | N | Axles & Springs | | | N |
| Smoke Detectors | | | N | Ceiling Panels | | | N | Wheels & Tires | | | N |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAM BELOW:**

RIGHT SIDE: GOOD
LEFT SIDE: 12" SCRATCH +DENT
FRONT: GOOD
REAR: GOOD

NOTE: Tail light harness furnished by: Towing Contractor

**10. COMMENTS:** IPI

**11. READY FOR OCCUPANCY:** Y
**CONTRACT W.O. No.:** 1613-0002-02 591
**INSPECTOR SIGNATURE:** MB Wellington
**DATE:** 2-12-06

**12. OCCUPANT NAME:** BOBBIE R WRIGHT
**ADDRESS:** 2515 SEMINOLE LN  New Orleans, LA. 70105
**THA No.:** 9211 47466

**13. REPRESENTATIVES ACKNOWLEDGING CONDITIONS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE AND DATE (Contractor) | SIGNATURE AND DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From Storage | | |
| Receipt To/From Storage | | |
| Dispatch To/From Site | | |
| Occupant SIGNATURE (Move In or Move Out) Bobbie R Wright | DATE 2-13-06 | FEMA REP. SIGNATURE MB Wellington  DATE 2-13-06 |

FEMA Form 90-13, JULY 06

**EXHIBIT "C"**

SHAW-WRI 00007