From: The Resource Foundation, Inc.   To: Global Solutions   Page: 1/1   Date: 3/18/2006 11:15:04 PM

## CALL CENTER MAINTENANCE REQUEST FORM

| | |
|---|---|
| Work Order # CC59348 | Operator Name: Apryl Staverton |
| Date: 03/18/2006 06:19 PM | Issue Type: Call Center - Routine Maintenance |

### CLIENT INFORMATION

| | | |
|---|---|---|
| Name: BOBBIE R WRIGHT | Site Control # 03-011544 | Community: 70125 |
| FEMA #: | Address: 2315 SEMINOLE LN | |
| Phone: (504)701-6079 | City: NEW ORLEANS | State: LA   Zip Code: 70125 |
| Phone 2: | Parish/County: | Leased In Date: 02/13/2006 |

### ISSUE DESCRIPTION

**Work Description:**

1: HVAC - FEMA Tenant reported: The furnance comes on then shuts off before warming up.

| DED | CCC | ASD | HD | HEXP | WOC | TDD | CAD | CCD | RFO | OD |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |

### FOLLOW UP RESOLUTION

| Vendor: 70125 Global Industrial Solutions | Phone: (985)507-1713 | Fax: (225)567-6586 |
|---|---|---|
| Resolved: (YES) NO | Start Date/Time: 3/14/06 12:15 AM/PM | End Date/Time: 3/14/06 2:45 AM/PM |

**Resolution / Contractor Notes:** ( If no, please specify: ) first we went inside of the trailer and checked way the trailer didn't want to stay on so we went to the exterior heater and checked to locate the trouble and then we went on the service side and checked the service stand and hrac on the trouble and we would arms it on unit should turn of in two minutes and immidiontly I went and checked the gas valve on the furnice to check it of had a leak on the valve then we didn't find any small any gas leak so I went and checked and tryed to find an easy or way to get the the furnice the trailer didn't have a compartment on the outside so in the same home was to small onto people I located a space on the bottom of the side so it took one the furnis off and mentioned and from there I issued turn on and on the furnace then alredy on the furnace with the resit of it/I ...

_Jorge Martinez Edgar Meba_     3-14-06

**Maintenance Technician Signature**    Date    Time

_Lyndon T. Wright_     3-19-06

**Occupant Signature**    Date    Time

**Follow up Technician Signature**    Date    Follow up Time In    Follow up Time Out

**EXHIBIT "E"**

SHAW-WRI 00015

Then I went inside on the trailer and checked inside underneath the sink and turned on the reset so the gas could circulate and it heated on. So know the system or the [illegible] to work then we turned cover and cover into the sink and now it works good.

SHAW-WRI 00016