UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | | MDL NO. 1873 |
| FORMALDEHYDE * | | |
| PRODUCTS LIABILITY * | | SECTION: N(5) |
| LITIGATION * | | |
| * | | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* * | | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 * | | MAG: CHASEZ |

**************************************************************************

### GULF STREAM'S STATEMENT OF UNCONTESTED MATERIAL FACTS

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Gulf Stream Coach, Inc. ("Gulf Stream"), who, in support of its Motion for Summary Judgment states the following uncontested material facts solely for the purpose of this Motion.

1.  This Multi-District Litigation is the consolidation of several state and federal toxic tort suits in which an estimated thirty thousand named plaintiffs claimed to have inhabited emergency housing units that were provided to them by the Federal Emergency Management Agency as a result of the alleged uninhabitability of their residences due to Hurricanes Katrina and Rita.

2.  The Plaintiff, Alana Alexander, resided in a travel trailer, VIN No. 1NL1GTR2551021783, after Hurricane Katrina.

3.  The Plaintiff never sought psychological treatment for her alleged mental anguish until she was instructed to do so by her attorneys, well over a year after moving out of the trailer.

4.  The Plaintiff never indicated that she wanted to see a psychologist or psychiatrist before she was told to see one by her attorneys.

5.      The only impact the Plaintiff's alleged mental anguish had on her daily life was private moments in which she would become emotional and an increased frequency of cleaning her belongings.

6.      The Plaintiff has no mental disorder of any kind and has, in fact, no diagnosable condition whatsoever.

7.      The Plaintiff has no type of ingrained emotional problem.

8.      The Plaintiff's daughter has referred to the Plaintiff's emotional wellbeing as "too jolly."

Respectfully Submitted:

**DUPLASS, ZWAIN, BOURGEOIS,
PFISTER & WEINSTOCK**

s/Andrew D. Weinstock
_____
**ANDREW D. WEINSTOCK #18495
JOSEPH G. GLASS #25397**
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
(504) 832-3700
(504) 837-3119 (FAX)
andreww@duplass.com
jglass@duplass.com

and

**SCANDURRO & LAYRISSON
Timothy D. Scandurro #18424
Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## **C E R T I F I C A T E**

I hereby certify that on the 11th day of August, 2009, a copy of the foregoing Statement of Uncontested Material Facts was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

                                                  s/Andrew D. Weinstock
                                        _____
                                      ANDREW D. WEINSTOCK #18495
                                          andreww@duplass.com