William D. Scott
June 11, 2009

                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
                        NEW ORLEANS DIVISION


IN RE: FEMA TRAILER        * MDL NO. 1873
        FORMALDEHYDE       *
        PRODUCTS LIABILITY *
        LITIGATION         * SECTION: N(5)
                           *
This Document Relates to:  * JUDGE: ENGELHARDT
Charles Age, et al, v.     *
Gulf Stream Coach, Inc.,   *
et al, Docket No. 09-2892  * MAG: CHASEZ
* * * * * * * * * * * * * * * * * * * *

         Video-Taped Deposition of WILLIAM D.
SCOTT, 1117 Wright Avenue, Gretna, Louisiana,
70056, taken in the law offices of Lambert &
Nelson, 701 Magazine Street, New Orleans,
Louisiana, 70130, on Thursday, the 11th day of
June, 2009.


APPEARANCES:


        T. CHRISTOPHER PINEDO
        ATTORNEY AT LAW
        4550 Jericho Road
        Corpus Christi, Texas  78413

              - and -

        FRANK J. D'AMICO
        ATTORNEY AT LAW
        622 Baronne Street
        New Orleans, Louisiana  70113
            (Attorneys for the Plaintiffs)


        SCANDURRO & LAYRISSON
        (By: Dewey M. Scanduro, Esquire)
        607 St Charles Ave
        New Orleans, Louisiana  70130
            (Attorneys for the Defendant,
             Gulf Stream Coach, Inc.)

William D. Scott
June 11, 2009

Page 113

1    Q.       And that note shows .05, correct?

2    A.       Yes.

3    Q.       And that's .05 parts per million?

4    A.       Correct.

5    Q.       Which is the equivalent of 50

6    parts per billion, with a B, correct?

7    A.       Correct.

8    Q.       And this obviously, this

9    handwritten note at the bottom showing 0.05

10   parts per million, those notes would have been

11   made sometime after these notes at the top of

12   the page?

13   A.       Correct.

14   Q.       Is it your understanding the

15   notes at the top of the page were made on site

16   as the trailer was being tested?

17   A.       Contemporaneously, yes.

18   Q.       These would be the most accurate

19   representations of the times and dates; is

20   that right?

21   A.       Yes.

22   Q.       I've seen some other records that

23   referred to the testing date of January 24th,

24   specifically some things that came from Assay

25   Technologies.

William D. Scott
June 11, 2009

Page 117

1    to your report, Bates stamped No. 35.

2    That is a report from Assay

3    Technologies of the test results of the

4    Alexander trailer; is that right?

5    A.        Yes.

6    Q.        And the results that are shown

7    there are .05 parts per million; is that

8    right?

9    A.        Correct.

10        MR. SCANDURRO:

11    I am going to attach that

12    attachment 4 to the deposition as William

13    Scott 8, Bates numbers 28 through 35.

14    EXAMINATION BY MR. SCANDURRO:

15    Q.        In January 2008, you didn't

16    actually do any work as part of the testing of

17    Ms. Alexander's trailer, did you?

18    A.        No.

19    Q.        When you sent in the -- when your

20    company, rather, sent in the badges, including

21    Ms. Alexander's badge, and of course when I

22    say "badge," I am referring to passive

23    dosimeters, were there any unused passive

24    dosimeters sent in with those test samples?

25    A.        Unused?

William D. Scott
June 11, 2009

Page 205

1    particular sample was received by AT labs in

2    California on what date?

3    A.        February 1.

4    Q.        And the subsequent to the receipt

5    of that on February 1, 2008, did they issue,

6    AT labs, did they issue a report providing the

7    formaldehyde level of the sample that was

8    taken from the Alexander/Cooper trailer?

9    A.        Yes.

10   Q.        I am going to show you what is

11   marked as William Scott No. 12.

12   Does that provide the

13   formaldehyde result of the sample that was

14   taken from the Alexander/Cooper trailer in

15   January 2008?

16   A.        Yes, it does.

17   Q.        And can you tell the ladies and

18   gentlemen of the jury what is the level in

19   parts per million of formaldehyde they have

20   recorded there?

21   A.        0.05 parts per million, M.

22   Q.        How does that equate to parts per

23   billion?

24   A.        50 parts per billion.

25   Q.        Do you know how it equates with

REVIEWS ON ENVIRONMENTAL HEALTH

VOLUME 13, NOS. 1–2, 1998

# Potential Health Risks from Exposure to Indoor Formaldehyde

R. Lemus, A.A. Abdelghani, T.G. Akers and W.E. Horner

*Department of Environmental Health Sciences, Tulane University School of Public Health and Tropical Medicine, 1501 Canal Street, New Orleans, LA 70112, USA*

## ABSTRACT

An indoor air quality survey was conducted in Southern Louisiana to determine levels of airborne formaldehyde. Gas chromatography analyses of 419 air samples collected from 53 houses revealed levels of formaldehyde ranging from non-detectable to 6.60 mg/m$^3$. Seventy four percent (312/419) of the samples had detectable amounts of airborne formaldehyde. Of the 312 positive samples, approximately 60% exceeded the American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) guideline of 0.123 mg/m$^3$. The highest number of samples exceeding the formaldehyde benchmark were collected in winter. It would appear that in some Southern Louisiana houses, a high level of formaldehyde could serve as a potential upper respiratory irritant.

## INTRODUCTION

Formaldehyde, one of the most widely used chemicals in the United States of America, is a flammable, colorless gas with a characteristic odor. Because formaldehyde sources are ubiquitous in modern indoor environments, exposure to formaldehyde is virtually inescapable because of the abundance of building and consumer products containing formaldehyde in the modern home. The result is that formaldehyde is an indoor-generated pollutant with sources such as building materials (hardboard, plywood, particle board, medium-density fiber-board), insulation, furniture, carpets, wallpaper, textile, combustion appliances, tobacco smoke, and various consumer products (cosmetics, deodorants, solvents, disinfectants, and fumigants) /1,2/.

Public concern and notoriety in the past has been primarily with the acute health and irritant effects of formaldehyde. More recently the concern is on chronic exposure and the potential for carcinogenicity. Airborne formaldehyde acts as an irritant to the conjunctiva and the upper and lower respiratory tract. Symptoms are temporary and, depending upon the level and the length of exposure, may range from a burning or tingling sensation in the eyes, nose, and throat to chest tightness and wheezing. Acute, severe reaction to formaldehyde vapor may be associated with hypersensitivity. Irritant effects have been associated with concentrations in the range of 0.1–3.0 ppm (0.123 to 3.69 mg/m$^3$), and concentrations as low as 0.03 ppm (0.037 mg/m$^3$) have been reported to cause effects in sensitive individuals. The World Health Organization Working Group on Assessment and Monitoring Exposure to Indoor Air Pollutants concluded that indoor formaldehyde concentrations of less than 0.05 ppm (0.062 mg/m$^3$) were of limited or of no concern, and concentrations greater than 0.10 ppm (0.123 mg/m$^3$) were of sufficient concern to call for a corrective action. It is estimated that 10% to 20% of the U.S. population, including asthmatics, may have hyper-reactive airways that may make them more susceptible to the effects of formaldehyde /1/.

## MATERIALS AND METHODS

This study included fifty-three (53) houses in South Louisiana. The houses were located primarily in New Orleans Area (n=32), Baton Rouge (n=7), Lafayette (n=5), New Iberia (n=6), and Thibodeaux

Reprint address:
Prof. A. Abdelghani, Laboratory Director
address as above
fax: +1-(504)-584-1726
email: assafa@mailhost.tcs.tulane.edu.

©Freund Publishing House Ltd., 1998

Supplied by The British Library - "The world's knowledge"

(n=3). All houses enrolled in the study were sampled indoors four times (spring, summer, fall, and winter). with sampling periods at three-months intervals (April, July, October, and January) to correspond with possible seasonal changes.

### Indoor formaldehyde sampling

Air samples were collected by means of a personal sampling pump (SKC Cat. No. 224-44 XR), equipped with a dual adjustable, low-flow tube holders (SKC Cat. No. 224-26-02), and a sorbent sample tube containing XAD-2 treated with 2-(hydroxymethyl) piperidine (2-HMP) (SKC Cat. No. 226-118). Samples were collected over a period of 120 minutes at a flow rate of 0.1 L/min. Pumps were calibrated in the laboratory and in the field, before and after each sampling. In addition, pumps were checked during sampling to determine flow rate fluctuation, if any, during the sampling period. If sampling problems precluded the accurate measurement of air volume, the sample was discarded. Samples were collected from the living room and hallway of each house. After sampling, each sample was labeled, individually packed, and transported to the laboratory for analysis.

### Formaldehyde analysis

Air samples, field blanks, laboratory blanks, and spikes were analyzed according to National Institute of Occupational Safety and Health (NIOSH) Method #2541 /3/. Analyses were performed using a gas chromatograph (HP-5890 Series II), equipped with a flame ionization detector (FID) and a HP-INNOWax, 30 m × 0.32 mm i.d., 0.5 μm film capillary column. Quality Assurance/Quality Control (QA/QC) procedures were in accordance with United States Environmental Protection Agency (U.S. EPA) SW-846 /4/.

### RESULTS

The cities of New Orleans (NO) and Baton Rouge (BR) were combined and designated as 39 urban houses, while Lafayette (LAF), New Iberia (NI), and Thibodeaux (THIB) were combined and designated as 14 rural houses. When spring, summer, fall, and winter results were combined, 312 out of 419 samples (74%) had detectable levels of indoor airborne formaldehyde. Of the these 419 samples, 75% (312/419) were collected from urban and 25% (107/419) from rural houses.



92

R. LEMUS, A.A. ABDELGHANI, T.G. AKERS, W.E. HORNER

(n=3). All houses enrolled in the study were sampled indoors four times (spring, summer, fall, and winter). with sampling periods at three-months intervals (April, July, October, and January) to correspond with possible seasonal changes.

### Indoor formaldehyde sampling

Air samples were collected by means of a personal sampling pump (SKC Cat. No. 224-44 XR), equipped with a dual adjustable, low-flow tube holders (SKC Cat. No. 224-26-02), and a sorbent sample tube containing XAD-2 treated with 2-(hydroxymethyl) piperidine (2-HMP) (SKC Cat. No. 226-118). Samples were collected over a period of 120 minutes at a flow rate of 0.1 L/min. Pumps were calibrated in the laboratory and in the field, before and after each sampling. In addition, pumps were checked during sampling to determine flow rate fluctuation, if any, during the sampling period. If sampling problems precluded the accurate measurement of air volume, the sample was discarded. Samples were collected from the living room and hallway of each house. After sampling, each sample was labeled, individually packed, and transported to the laboratory for analysis.

### Formaldehyde analysis

Air samples, field blanks, laboratory blanks, and spikes were analyzed according to National Institute of Occupational Safety and Health (NIOSH) Method #2541 /3/. Analyses were performed using a gas chromatograph (HP-5890 Series II), equipped with a flame ionization detector (FID) and a HP-INNOWax, 30 m × 0.32 mm i.d., 0.5 μm film capillary column. Quality Assurance/Quality Control (QA/QC) procedures were in accordance with United States Environmental Protection Agency (U.S. EPA) SW-846 /4/.

### RESULTS

The cities of New Orleans (NO) and Baton Rouge (BR) were combined and designated as 39 urban houses, while Lafayette (LAF), New Iberia (NI), and Thibodeaux (THIB) were combined and designated as 14 rural houses. When spring, summer, fall, and winter results were combined, 312 out of 419 samples (74%) had detectable levels of indoor airborne formaldehyde. Of the these 419 samples, 75% (312/419) were collected from urban and 25% (107/419) from rural houses.



FIGURE 1. LOUISIANA  INDOOR FORMALDEHYDE MEAN LEVELS

EXPOSURE TO INDOOR FORMALDEHYDE                                              93

Twenty six percent (107/419) of the samples had non-detectable levels and were distributed as follows: 27% (28/102) from the spring sampling, 11% (12/105) from summer sampling, 33% (35/106) from fall sampling, and 30% from winter sampling (32/106). In other words, 27% (29/107) of the rural and 25% (78/312) of the urban samples had non-detectable formaldehyde levels. For statistical purposes, those that had non-detectable levels of formaldehyde were assigned one-half of the detection limit value. Figure 1 shows the indoor formaldehyde levels found in urban and rural Louisiana houses.

The American Society of Heating, Refrigeration, and Air Conditioning Engineers (ASHRAE) exposure level of 0.123 mg/m³ for airborne formaldehyde was used to assess relative indoor levels. Twenty-nine percent of the samples (123/419) had less than 0.123 mg/m³, and approximately 71% (296/419) exceeded this level. The concentration range was from 0.002 to 0.122 mg/m³ at levels below the ASHRAE standard and from 0.123 to 6.60 mg/m³ at levels exceeding the standard. Seventy-one percent (223/312) of the urban and 68% (73/107) of the rural samples had formaldehyde levels above the ASHRAE guideline. /5/.

Differences in the indoor levels of airborne form-aldehyde were seasonal. When comparing spring and summer seasons, each yielded a similar number of samples (61 vs. 62) exceeding 0.123 mg/m³. A larger number of fall (n= 85) and winter (n= 88) season samples exceeded this standard. Table 1, Table 2, and Figure 2 depict the seasonal statistical summary for urban and rural houses that did or did not exceed the ASHRAE guideline.

Most houses surveyed had detectable airborne formaldehyde. The formaldehyde levels ranged from the non-detectable to 6.6 mg/m³. Godish /6/ noted indoor formaldehyde mean levels in the range of 0.025 to 0.086 mg/m³, with peak levels typically between 0.062 to 0.074 mg/m³. Conventional homes with particle board subflooring at 2-5 years post installation had formaldehyde levels ranging from 0.074 to 0.37 mg/m³, with peak levels of 0.25 to 0.37 mg/m³.

The Southern Louisiana formaldehyde mean was 0.46 mg/m³ with a maximum level of 6.6 mg/m³, which were within the values reported by the U.S. EPA /1/. The U.S. EPA report noted mean formaldehyde levels ranging from 0.038 to 0.63 mg/m³, with peak levels ranging from 0.048 to 9.96 mg/m³. In addition, the U.S. EPA reported median formaldehyde values ranging from 0.123 to 0.58 mg/m³, with the Louisiana median of 0.24 mg/m³ falling between these limits.

**TABLE 1**

Indoor concentration of airborne formaldehyde from southern rural Louisiana houses

| | < STD [a] | | | | > STD | | | |
|---|---|---|---|---|---|---|---|---|
| | Spring | Summer | Fall | Winter | Spring | Summer | Fall | Winter |
| n | 9 | 13 | 6 | 6 | 15 | 14 | 22 | 22 |
| Mean$_a$ | 0.08 | 0.06 | 0.08 | 0.10 | 0.35 | 0.29 | 0.50 | 0.46 |
| Mean$_g$ | 0.07 | 0.06 | 0.06 | 0.09 | 0.30 | 0.23 | 0.37 | 0.37 |
| Median | 0.06 | 0.06 | 0.10 | 0.11 | 0.27 | 0.20 | 0.66 | 0.37 |
| Min | 0.05 | 0.01 | 0.01 | 0.03 | 0.13 | 0.13 | 0.12 | 0.13 |
| Max | 0.11 | 0.10 | 0.12 | 0.12 | 0.76 | 1.42 | 1.77 | 1.54 |
| s.d. | 0.02 | 0.02 | 0.02 | 0.03 | 0.22 | 0.23 | 0.35 | 0.34 |

All concentrations in mg/m³, [a] ASHRAE guideline=0.123 mg/m³, Mean$_a$=Arithmetic Mean, Mean$_g$=Geometric Mean

94                    R. LEMUS, A.A. ABDELGHANI, T.G. AKERS, W.E. HORNER

**TABLE 2**
Indoor concentration of airborne formaldehyde from southern urban Louisiana houses

|  | < STD[a] | | | | > STD | | | |
|---|---|---|---|---|---|---|---|---|
|  | Spring | Summer | Fall | Winter | Spring | Summer | Fall | Winter |
| n | 32 | 30 | 15 | 12 | 46 | 48 | 63 | 66 |
| Mean$_a$ | 0.06 | 0.06 | 0.10 | 0.10 | 0.53 | 0.46 | 0.56 | 1.04 |
| Mean$_g$ | 0.06 | 0.05 | 0.10 | 0.09 | 0.43 | 0.41 | 0.40 | 0.64 |
| Median | 0.07 | 0.07 | 0.11 | 0.11 | 0.44 | 0.43 | 0.32 | 0.60 |
| Min | 0.03 | 0.002 | 0.04 | 0.01 | 0.13 | 0.13 | 0.13 | 0.13 |
| Max | 0.10 | 0.12 | 0.12 | 0.12 | 1.67 | 1.42 | 2.89 | 6.60 |
| s.d. | 0.01 | 0.03 | 0.03 | 0.03 | 0.35 | 0.23 | 0.54 | 1.22 |

All figures in mg/m$^3$, [a] ASHRAE guideline=0.123 mg/m$^3$, Mean$_a$=Arithmetic Mean, Mean$_g$=Geometric Mean



FIGURE 2. LOUISIANA HOUSES EXCEEDING THE FORMALDEHYDE ASHRAE GUIDELINE (0.123 mg/cubic meter)

The wide differences in indoor formaldehyde concentrations reflects the different types of houses and that at a given time, formaldehyde concentrations may depend on a variety of environmental factors, including the air-exchange rate, indoor and outdoor temperatures, and indoor and outdoor relative humidity differences /7/. After a linear model was chosen to make a possible correlation between formaldehyde levels and temperature or relative humidity, it was found that formaldehyde levels in the Louisiana houses did not appear to be dependent on temperature and relative humidity, perhaps because of the limited changes in indoor relative humidities and temperatures during the four seasons. This observation was in contrast to the results of studies on the dependency of airborne formaldehyde concentrations to temperature or relative humidity that were carried out in test chamber environments where air exchange, humidity and temperature were controlled /5/.

Supplied by The British Library - "The world's knowledge"

94                      R. LEMUS, A.A. ABDELGHANI, T.G. AKERS, W.E. HORNER

TABLE 2

Indoor concentration of airborne formaldehyde from southern urban Louisiana houses

|  | < STD[a] | | | | > STD | | | |
|---|---|---|---|---|---|---|---|---|
|  | Spring | Summer | Fall | Winter | Spring | Summer | Fall | Winter |
| n | 32 | 30 | 15 | 12 | 46 | 48 | 63 | 66 |
| Mean$_a$ | 0.06 | 0.06 | 0.10 | 0.10 | 0.53 | 0.46 | 0.56 | 1.04 |
| Mean$_g$ | 0.06 | 0.05 | 0.10 | 0.09 | 0.43 | 0.41 | 0.40 | 0.64 |
| Median | 0.07 | 0.07 | 0.11 | 0.11 | 0.44 | 0.43 | 0.32 | 0.60 |
| Min | 0.03 | 0.002 | 0.04 | 0.01 | 0.13 | 0.13 | 0.13 | 0.13 |
| Max | 0.10 | 0.12 | 0.12 | 0.12 | 1.67 | 1.42 | 2.89 | 6.60 |
| s.d. | 0.01 | 0.03 | 0.03 | 0.03 | 0.35 | 0.23 | 0.54 | 1.22 |

All figures in mg/m$^3$, [a]ASHRAE guideline=0.123 mg/m$^3$, Mean$_a$=Arithmetic Mean, Mean$_g$=Geometric Mean



FIGURE 2. LOUISIANA HOUSES EXCEEDING THE FORMALDEHYDE ASHRAE GUIDELINE (0.123 mg/cubic meter)

The wide differences in indoor formaldehyde concentrations reflects the different types of houses and that at a given time, formaldehyde concentrations may depend on a variety of environmental factors, including the air-exchange rate, indoor and outdoor temperatures, and indoor and outdoor relative humidity differences /7/. After a linear model was chosen to make a possible correlation between formaldehyde levels and temperature or relative humidity, it was found that formaldehyde levels in the Louisiana houses did not appear to be dependent on temperature and relative humidity, perhaps because of the limited changes in indoor relative humidities and temperatures during the four seasons. This observation was in contrast to the results of studies on the dependency of airborne formaldehyde concentrations to temperature or relative humidity that were carried out in test chamber environments where air exchange, humidity and temperature were controlled /5/.

Supplied by The British Library - "The world's knowledge"

Therefore, a only rough relation can be expected, because the Louisiana house sampling was carried out under "real" conditions and direct comparisons with chamber tests cannot be made.

One way ANOVA analyses indicated a difference (p=0.006) between urban and rural formaldehyde levels. Indoor urban formaldehyde levels (mean=0.51 mg/m$^3$, s.d.=0.71, min=0.002 mg/m$^3$, max=6.6 mg/m$^3$) were 1.6 times higher than for rural houses (mean=0.31 mg/m$^3$, s.d.=0.33, min=0.012 mg/m$^3$, max=1.77 mg/m$^3$). When seasonal formaldehyde levels were compared, two statistical differences were observed: (1) Summer formaldehyde levels in rural houses (mean=0.18 mg/m$^3$, s.d.=0.23 mg/m$^3$, min=0.013 mg/m$^3$, max=0.97 mg/m$^3$) were lower than (p=0.029) urban house levels (mean=0.31 mg/m$^3$, s.d.=0.27, min=0.002 mg/m$^3$, max=1.424 mg/m$^3$); and (2) Winter formaldehyde indoor levels were higher (p=0.023) in urban (mean=0.90 mg/m$^3$, s.d.=1.17, min=0.008 mg/m$^3$, max=6.6 mg/m$^3$) than in rural houses (mean=0.38 mg/m$^3$, s.d.=0.33, min=0.03 mg/m$^3$, max=1.54 mg/m$^3$).

Seasonal differences levels among houses that belonged to the same group were also observed. Among rural houses, using Scheffe's /7/ analysis it was noted that Fall formaldehyde levels (mean=0.41 mg/m$^3$, s.d.=0.42, min=0.01 mg/m$^3$, max=1.77 mg/m$^3$) were higher (p=0.07) than Summer levels (mean=0.18 mg/m$^3$, s.d.=0.23, min=0.01 mg/m$^3$, max=0.97 mg/m$^3$). Using Scheffe's method, a seasonal difference among seasonal urban levels was also observed. Winter formaldehyde levels (mean=0.9 mg/m$^3$, s.d.=1.17, min=0.01 mg/m$^3$, max=6.6 mg/m$^3$) in urban houses were higher than Spring (p < 0.001, mean=0.34 mg/m$^3$, s.d.=0.35, min=0.03 mg/m$^3$, max=1.67 mg/m$^3$), Summer (p< 0.001, mean=0.31 mg/m$^3$, s.d.=0.27, min=0.002 mg/m$^3$, max=1.42 mg/m$^3$) and Fall levels (p=0.002, mean=0.48 mg/m$^3$, s.d.=0.52, min=0.04 mg/m$^3$, max=2.89 mg/m$^3$). For Southern Louisiana houses, the formaldehyde contamination appeared to be associated with relatively low-level sources, such as furniture, paneled rooms and cabinetry.

Laboratory findings have shown that exposure to formaldehyde can cause nasal cancer in rats /8/. The question of whether the chronic exposure to low formaldehyde concentrations (generally experienced by humans) increases a person's risk of cancer has been the subject of considerable controversy. The U.S. EPA now considers formaldehyde a "possible human carcinogen". For the Louisiana houses, all detectable formaldehyde levels exceeded the formaldehyde Environmental Protection Agency Risk Based Concentration (EPA-RBC) of 0.14 μg/m$^3$ /9/. This RBC level was calculated based on a combined childhood and adult exposure, with an inhalation potency slope of 0.2 mg/Kg-day, a target cancer risk of 1x10$^{-06}$ (one excess tumor case per million persons), an averaging carcinogenic time of 25,550 days, an exposure frequency of 350 days/year, an inhalation age-adjusted factor of 11.66 m$^3$-year/Kg-d, and an inhaled carcinogenic potency slope factor of 4.55 x 10$^{-2}$ kg-day/mg.

To answer the question of what level of formaldehyde is safe is very difficult to pursue. Occupational standards cannot validly be used to determine the safety of residential exposures. Occupational standards were formulated to provide a relative 8-hr/day, 5-day week safety protection for healthy workers (18–65 years-old). Thus, occupational standards cannot be extrapolated to determine residential exposures which may involve a 14–24 hr/day, 7 days per week. In addition residential occupants include not only healthy adults but also the very young, the elderly and those confined with existing ailments /6/.

In response to this particular problem associated with formaldehyde residential exposure, ASHRAE proposed a recommended voluntary maximum standard of 0.123 mg/m$^3$ (0.1 ppm) /5/. Although a residential indoor-air quality standard of 0.123 mg/m$^3$ has the potential of significantly reduced future exposures, it is unlikely that it will protect all individuals.

The ASHRAE level of 0.123 mg/m$^3$ may also be considered low in terms of physical discomfort but high in terms of carcinogenic potentials. Thus, the analyses results and the environmental impact for airborne formaldehyde are essentially based on two different risk factors: one for physical discomfort and the other for its carcinogenic potential.

One way ANOVA analysis pointed to a significant difference (p=0.006) between urban and rural house levels that were below the ASHRAE formaldehyde recommendation of 0.123 mg/m$^3$.

Rural houses (mean=0.42 mg/m$^3$, s.d.=0.34, min=0.123 mg/m$^3$, max=1.77 mg/m$^3$) formaldehyde levels were lower than urban (mean=0.68 mg/m$^3$, s.d.=0.78, min=0.125 mg/m$^3$, max=6.6 mg/m$^3$).

Summer and Winter differences were also observed between urban and rural houses that had airborne formaldehyde levels exceeding the ASHRAE recommended level. One way ANOVA analysis revealed that Summer levels from rural houses (mean=0.29 mg/m$^3$, s.d.=0.28, min=0.128 mg/m$^3$, max=0.97 mg/m$^3$) had lower levels (p=0.025) than urban houses (mean=0.46 mg/m$^3$, s.d.=0.23, min=0.125 mg/m$^3$, max=1.42 mg/m$^3$). Also, Winter rural formaldehyde levels (mean=0.46 mg/m$^3$, s.d.=0.34, min=0.125 mg/m$^3$, max=1.54 mg/m$^3$) were lower (p=0.029) than levels in urban houses (mean=1.05 mg/m$^3$, s.d.=1.21, min=0.127 mg/m$^3$, max=6.6 mg/m$^3$).

In addition, seasonal differences were noted among formaldehyde levels in the same house groups at levels below 0.123 mg/m$^3$. Fall urban (mean=0.10 mg/m$^3$, s.d.=0.03, min=0.044 mg/m$^3$, max=0.122 mg/m$^3$) formaldehyde levels were higher than both the Spring (p < 0.001, mean=0.06, s.d.=0.01, min=0.03, max=0.10) and Summer urban levels (p < 0.001, mean=0.06 mg/m$^3$, s.d.=0.03, min=0.002 mg/m$^3$, max=0.12 mg/m$^3$). Winter urban levels (mean=0.1 mg/m$^3$, s.d.=0.03, min=0.01 mg/m$^3$, max=0.12 mg/m$^3$) that did not exceed the ASHRAE guideline were significantly different from Spring (p=0.001), and Summer formaldehyde urban levels (p=0.001).

One-way ANOVA analyses noted differences between Winter urban levels (mean=1.05 mg/m$^3$, s.d.=1.22, min=0.127 mg/m$^3$, max=6.6 mg/m$^3$) that exceeded the ASHRAE guideline, which were higher than the Spring (p=0.006, mean=0.53 mg/m$^3$, s.d.=0.35, min=0.13 mg/m$^3$, max=1.67 mg/m$^3$), Summer (p=0.001, mean=0.046 mg/m$^3$, s.d.=0.23, min=0.125 mg/m$^3$, max=1.42 mg/m$^3$), or Fall urban levels (p=0.005, mean=0.56 mg/m$^3$, s.d.=0.54, min=0.13 mg/m$^3$, max=2.89 mg/m$^3$).

In Spring, no differences were noted between the two sampling locations, living room and hallway, for urban and rural houses. During Summer, no differences were observed between samples from either location, but a statistical difference (p=0.026) was observed in hallway formaldehyde levels. Urban hallway levels (mean=0.329 mg/m$^3$, s.d.=0.30, min=0.002 mg/m$^3$, max=1.424 mg/m$^3$) were significant higher than rural (mean=0.133 mg/m$^3$, s.d.=0.088, min=0.013 mg/m$^3$, max=0.284 mg/m$^3$).

In Fall, no difference was noted between urban and rural houses, but a significant difference (p=0.02) was observed between hallway and living room samples. Hallway formaldehyde levels (mean=0.569 mg/m$^3$, s.d.=0.576, min=0.044 mg/m$^3$, max=2.89 mg/m$^3$) were higher than living room levels (mean=0.347 mg/m$^3$, s.d.=0.368, min=0.013 mg/m$^3$, max=1.69 mg/m$^3$).

Winter was the season with the greatest statistical differences between locations. Hallway urban formaldehyde levels (mean=1.246 mg/m$^3$, s.d.=1.452, min=0.202 mg/m$^3$, max=6.604 mg/m$^3$) were higher (p=0.008) than urban living-room levels (mean=0.555 mg/m$^3$, s.d.=0.644, min=0.008 mg/m$^3$, max=2.966 mg/m$^3$). Hallway samples from urban houses (mean=1.246 mg/m$^3$, s.d.=1.452, min=0.202 mg/m$^3$, max=6.604 mg/m$^3$) had higher formaldehyde levels (p=0.036) than hallway samples from rural houses (mean=0.394 mg/m$^3$, s.d.=0.37, min=0.031 mg/m$^3$, max=1.538 mg/m$^3$). In general, hallway formaldehyde levels (mean=1.02 mg/m$^3$, s.d.=1.31, min=0.031 mg/m$^3$, max=6.604 mg/m$^3$) were higher (p=0.01) than living-room levels (mean=0.505 mg/m$^3$, s.d.=0.577, min=0.009 mg/m$^3$, max=2.965 mg/m$^3$).

In addition, seasonal differences between locations were also seen. In rural houses, Summer hallway formaldehyde levels (mean=0.133 mg/m$^3$, s.d.=0.088, min=0.0127 mg/m$^3$, max=2.84 mg/m$^3$) were significantly lower (p=0.05) than Fall levels (mean=0.514 mg/m$^3$, s.d.=0.503, min=0.092 mg/m$^3$, max=1.768 mg/m$^3$). In urban houses, Winter hallway levels (mean=1.246 mg/m$^3$, s.d.=1.452, min=0.202 mg/m$^3$, max=6.604 mg/m$^3$) were statistically different than hallway levels in both Summer (p<0.001, mean=0.329 mg/m$^3$, s.d.=0.30, min=0.002 mg/m$^3$, max=1.424 mg/m$^3$) and Spring (p<0.001, mean=0.330 mg/m$^3$, s.d.=0.320, min=0.045 mg/m$^3$, max=1.158 mg/m$^3$).

In general, Winter hallway levels (mean=1.02 mg/m$^3$, s.d.=1.31, min=0.031 mg/m$^3$, max=6.604 mg/m$^3$) were higher than those in Spring (p<0.001, mean=0.310 mg/m$^3$, s.d.=0.193, min=0.045 mg/m$^3$,

max=1.158 mg/m$^3$), Summer (p<0.001, mean= 0.280 mg/m$^3$, s.d.=0.276, min=0.002 mg/m$^3$, max= 1.425 mg/m$^3$), or Fall (p=0.025, mean=0.569 mg/m$^3$, s.d.=0.576, min=0.044 mg/m$^3$, max=2.89 mg/m$^3$).

Regarding living room levels, only one significant difference (p=0.036) was found. Summer levels (mean=0.274 mg/m$^3$, s.d.=0.252, min=0.016 mg/m$^3$, max=0.966 mg/m$^3$) were lower than Winter levels (mean=0.506 mg/m$^3$, s.d.=0.577, min=0.009 mg/m$^3$, max=2.965 mg/m$^3$).

It was also observed that age of the house, the presence of an attached garage, gas range, smokers, pets, and the number of residents did not have a statistically significant impact on formaldehyde levels for urban and rural houses. Differences were observed, however, between formaldehyde levels in urban vs. rural houses. For example, formaldehyde levels in urban houses with an attached garage (n=28, mean=0.524 mg/m$^3$, s.d.=0.250, min=0.142 mg/m$^3$, max=1.314 mg/m$^3$) were higher (p=0.034) than rural houses (n=5, mean=0.246 mg/m$^3$, s.d.=0.196, min=0.122 mg/m$^3$, max=0. 593 mg/m$^3$).

Formaldehyde levels from urban houses (n=17, mean=0.524 mg/m$^3$, s.d.=0.270, min=0.183 mg/m$^3$, max=1.314 mg/m$^3$) 10 to 34 years-old were higher (p=0.0178) than those in rural houses (n=7, mean=0.260 mg/m$^3$, s.d.=0.115, min=0.153 mg/m$^3$, max=0.470 mg/m$^3$) of the same age.

Urban houses with 1–3 residents (n=24, mean=0.537 mg/m$^3$, s.d.=0.251, min=0.142 mg/m$^3$, max=1.314 mg/m$^3$) had formaldehyde levels higher (p=0.029) than rural houses with the same number of residents (n=6, mean=0.286 mg/m$^3$, s.d.=0.170, min=0.153 mg/m$^3$, max=0.593 mg/m$^3$).

In urban houses with pets, formaldehyde levels (n=15, mean=0.529 mg/m$^3$, s.d.=0.186, min=0.142 mg/m$^3$, max=0.791 mg/m$^3$) were higher (p=0.004) than those in rural houses with pets (n=6, mean=0.256 mg/m$^3$, s.d.=0.109, min=0.153 mg/m$^3$, max=0.425 mg/m$^3$).

Urban formaldehyde levels in houses with an electric range (n=21, mean=0.526 mg/m$^3$, s.d.= 0.286, min=0.1419 mg/m$^3$, max=1.314 mg/m$^3$) were higher (p=0.016) than those in rural houses with an electric range (n=8, mean=0.254 mg/m$^3$, s.d.=0.131, min=0.122 mg/m$^3$, max=0.528 mg/m$^3$).

The National Research Council Committee on Aldehydes /10/ reported the health effects that can occur at various formaldehyde exposure concentrations. Accordingly, 30% of the samples were below the concentration 0.062 mg/m$^3$ at which no health effects were reported, 60% were between the formaldehyde-odor threshold of 0.062–0.123 mg/m$^3$, 65% were between the limits at which neurophysiological damage may occur (0.062–1.23 mg/m$^3$), 74% were between the formaldehyde levels (0.012–2.46 mg/m$^3$) at which eye irritation may occur, and 71% were between the limits (0.123–30.75 mg/m$^3$) at which upper-airway irritation may occur. Only one sample had a formaldehyde level between the limits (6.15–36.9 mg/m$^3$) that can induce lower-airway and pulmonary effects. One may conclude that most of the Southern Louisiana houses evinced formalde-hyde levels that, over time, could exacerbate respiratory illnesses.

## CONCLUSIONS.

Indoor formaldehyde airborne levels were higher than the U.S. EPA benchmark for the carcinogenic risk level of 0.14 µg/m$^3$. Residents of such houses also may exhibit headaches, as well as nose and throat irritation. For Southern Louisiana houses, the formaldehyde levels appeared to be associated with low-level sources, such as furniture, paneling rooms, cabinetry, and/or low ventilation rates. Seasonal differences in the formaldehyde levels in the Louisiana houses did not appear to be temperature and relative humidity dependent, perhaps because of the small changes in indoor relative humidity and temperatures during the four seasons. A house owner may consider several options to reduce exposure to indoor formaldehyde: purchasing wood products that emit less formaldehyde, airing out new materials before they are used, using dehumidifiers and air conditioning to reduce formaldehyde emissions, and providing adequate ventilation /11/.

## ACKNOWLEDGMENTS

Funding for this project was provided by the Louisiana State Department of Natural Resources

R. LEMUS, A.A. ABDELGHANI, T.G. AKERS, W.E. HORNER

(DNR Contract No. PVE50-95-02). The authors gratefully acknowledge the cooperation of Lorenzo Heyer, Humberto Vaquera, David Pinero, Louisiana residents, the Morelos State University, and the Mexican Public Education Agency.

## REFERENCES

1. United States Environmental Protection Agency. Introduction to Indoor Air Quality. Learning Module. Washington, DC: U.S. EPA, April 1991.
2. Gammage RB, Gupta KC. Formaldehyde. in indoor air quality. Walsh PJ, Dudney CS, eds, Copenhaver: CRC Press, 1984.
3. National Institute of Occupational Safety and Health. Manual of Analytical Methods, 4th ed, Method 2541. Washington DC: United States Department of Health and Human Services, 1994a.
4. United States Environmental Protection Agency. Test methods for evaluating soil waste, SW-846.
5. Washington, DC: Office of Solid Waste and Emergency Response, 1994.
6. American Society of Heating, Refrigeration, and Air Conditioning Engineers, Atlanta, Georgia. USA, 1991.
7. Godish, T. Indoor Air Control. Chelsea, MI: Lewis Publishers, 1991.
8. Salthammer T, Fuhrmann F, Kaufhold S, Meyer B, Schwarz A. Effects of climatic parameters on formaldehyde concentrations in indoor air. 1995; Indoor Air. 5: 128–129.
9. National Cancer Institute. Formaldehyde cancer facts. CancerNet from the National Cancer Institute (ftp://ftp.fedworld.gov/pub/nci-fact/600038c), National Institutes of Health, 1994.
10. United States Environmental Protection Agency. Risk Based Concentration Table. January–June 1996. Region III. 841 Chestnut St. Philadelphia, PA 19107.
11. Turiel, I. Indoor air quality and human health. Palo Alto, CA: Stanford University Press, 1985.
12. Environmental Protection Agency. The Inside Story. A Guide to Indoor Air Quality. Washington DC: U.S. EPA, 1993.



Available online at www.sciencedirect.com



Respiratory Physiology & Neurobiology 145 (2005) 295–300



www.elsevier.com/locate/resphysiol



# Mass spectrometric profile of exhaled breath—field study by PTR-MS

Berthold Moser [a,*], Florian Bodrogi [a], Guenther Eibl [b], Matthias Lechner [a], Josef Rieder [a], Philipp Lirk [a,c]

[a] Department of Anesthesiology and Critical Care Medicine, Leopold Franzens University, Anichstr. 35, 6020 Innsbruck, Austria
[b] Department of Biostatistics, Leopold Franzens University, Schoepfstr. 41/1, 6020 Innsbruck, Austria
[c] Department of Anesthesiology, Medical College of Wisconsin, 8701 Watertown Plank Road, Milwaukee, WI 53226, USA

Accepted 3 February 2004

## Abstract

Recently, increased interest has focused on the diagnostic potential of volatile organic compounds (VOC) exhaled in human breath as this substance group has been conjectured in indoor air quality and disease screening. Proton transfer reaction-mass spectrometry (PTR-MS) has been established as a new tool for a rapid determination of exhaled air profile. However, no investigations have been carried out into the profile of exhaled air as determined by PTR-MS. Therefore, it was the aim of the present study to determine the profile of exhaled breath in a field survey enrolling 344 persons. Analysis was performed using PTR-MS. No significant correlations with age, blood pressure, and body mass index could be observed with any molecular mass. The present study delineates possible reference values for PTR-MS investigations into exhaled air profile. In conclusion, the present study was the first to delineate mass spectrometric characteristics of an average patient sample as possible reference values.
© 2004 Elsevier B.V. All rights reserved.

*Keywords:* Compounds, organic, volatile; Disease, screening, volatile organic compounds; Gas exchange, exhaled air profile; Mammals, human; Techniques, mass spectrometry, proton transfer reaction

## 1. Introduction

Over the past decade, increasing evidence has been put forward that certain patho-physiologic and metabolic processes may, in principle, be mirrored by the composition of human exhaled air. Especially over the last years, the annual number of publications dealing with diagnostic breath tests has steadily risen (Fig. 1). Among the hundreds of substances found in a human breath sample (Phillips et al., 1999b), it could be demonstrated that certain clusters of volatile organic compounds (VOC) could serve as non-invasive biomarkers of various disease states such as hyperlipidemia (Rieder et al., 2001a), lung cancer (Phillips et al., 1999a), breast cancer (Phillips et al., 2003b), and recent smoking behavior (Lindinger et al., 1998).

* Corresponding author. Tel.: +43-512-504-2400; fax: +43-512-504-2450.
  E-mail address: berthold.moser@uibk.ac.at (B. Moser).

1569-9048/$ – see front matter © 2004 Elsevier B.V. All rights reserved.
doi:10.1016/j.resp.2004.02.002

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

*B. Moser et al. / Respiratory Physiology & Neurobiology 145 (2005) 295–300*

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.



Fig. 1. Cumulative publications retrieved from a simple MEDLINE search using the keywords "volatile organic compounds" (grey) and a search for studies designated as "clinical studies" under the keyword "volatile organic compounds" (black) during 5-year intervals.

Analysis of these VOC patterns may, in principle, be achieved using combined gas chromatography–mass spectrometry (GC-MS) (Phillips, 1997) or mass spectrometry (MS) (Davies et al., 2001). Recently, Proton transfer reaction-mass spectrometry (PTR-MS) has been introduced as a new possible method for rapid screening of large collectives for risk factors, potential disease biomarkers, and ambient air (Rieder et al., 2001a; Rieder et al., 2001b). However, no studies have been conducted surveying the physiologic distribution in mass spectrometric profile as determined by PTR-MS of exhaled air in large human collectives.

Therefore, it was the aim of the present study to determine the PTR-MS profile of human in a collective of test persons attending a health fair.

## 2. Methods

Three hundred and forty-four test persons attending a public health fair were enrolled in the present study. Written and informed consent were obtained from each participant. Test persons were asked to exhale into a sample bag (Adtech, Gloucestershire, UK) as previously described (Rieder et al., 2001a). In brief, patients had to discard the first part of expired air and exhaled only the deep portion into the sample bag. A minimum of 5 min of rest before sample were obtained was mandatory. Parallel evaluation of room air was performed to unveil possible interactions with exogenous parameters able to spoil measurements like, for example, cleaning substances (Rieder et al., 2001b), medication, and hemodynamic variables (Lirk et al., 2003). To avoid baseline contamination of sample bags, these were flushed with pure nitrogen and subsequently voided three times.

### 2.1. Analysis

Analysis of samples was performed using proton transfer reaction-mass spectrometry (PTR-MS) as previously described (Hansel et al., 1995). In brief, chemical ionization is applied based on proton-transfer reactions, with $H_3O^+$ as the primary reactant ion, which is most suitable when air samples containing a wide variety of trace volatile organic compounds are to be analyzed (Hansel et al., 1995). Almost all VOCs have proton affinities larger than $H_2O$ and therefore proton transfer occurs on every collision with rate constants k that are well known, having typical values of $1.5 \times 10^{-9}\,cm^3\,s^{-1} < k < 4 \times 10^{-9}\,cm^3\,s^{-1}$. A decisive advantage of using primary $H_3O^+$ ions is that many of their proton transfer processes are non-dissociative, so that only one product ion species occurs for each neutral reactant. In cases where dissociations do occur they frequently follow a

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Table 1
Demographic data of test persons

| | |
|---|---|
| Age (mean ± S.D., years); median [25%-percentile, 75%-percentile] | 61.6; [50.9, 69.6] |
| Male/female (%) | 63.37/36.63 |
| Smoker/nonsmoker (%) | 13.95/86.05 |
| Fasted/non-fasted (%) | 9.01/90.99 |

straightforward pattern, e.g. the ejection of an $H_2O$ molecule from protonated alcohols.

Analysis was conducted with the sample bags heated to 37 °C to impede condensation of compounds on the inner bag surface. For the displayed substances, the background VOC concentration was negligible, and these VOC had a positive alveolar gradient.

### 2.2. Statistics

Descriptive statistics included the minimum, maximum, median, the 2.5%-, 25%-, 75%-, and 97.5%-percentile for continuous data, absolute and relative frequencies for categorical data. For analysis of dichotomy factors influencing the mass measurements the Mann–Whitney $U$-test was used. The correlations between the mass measurements and continuous factors were described with Spearman's correlation coefficient. Measurements for 179 different masses were made for 344 people, whose

demographics are delineated in Table 1. Statistical significance was assumed at $P < 0.05$.

### 3. Results

Detailed results with minimum, maximum, median, the 2.5%-, 25%-, 75%-, and 97.5%-percentile for the measured molecular masses in the collective of 344 persons are given in Table 2.

The correlation between mass measurements and continuous factors were small. For body mass index, age, pulse, diastolic and systolic blood pressure the highest correlation coefficient achieved with any single mass was 0.139, 0.241, 0.164, 0.137 and 0.120, respectively.

Significant differences in exhaled breath composition could be found between smokers and non-smokers in 32 out of the 179 masses, with the most significant difference in mass 42. In 10 out of 179 masses a significant difference was found between male and the female test persons with $P = 0.002$ found in mass 70. Similarly, correlation between fasted and non-fasted test persons was found in three masses with the most significant difference in mass 28 ($P = 0.015$).

The mean age of test persons was 61.6 years. No correlation could be observed between any molecular mass concentration and age. The most significant correlation on mass 24 yielded a Spearman's coefficient of $r = -0.2411$.

Table 2
Results of breath sample analysis for substances detected using PTR-MS given as parts per billion (ppbv) (Lindinger et al., 1998)

| Mass | Substance | Minimum | 2.5%-percentile | 25%-percentile | Median | 75%-percentile | 97.5%-percentile | Maximum |
|---|---|---|---|---|---|---|---|---|
| 31 | Formaldehyde | 1,230 | 1,738 | 3,104 | 4,263 | 6,332 | 39,814 | 72,729 |
| 33 | Methanol | 13,367 | 59,736 | 106,227 | 161,179 | 243,185 | 643,614 | 1536,499 |
| 35 | Hydrogen sulphide | 0,000 | 0,096 | 0,227 | 0,382 | 0,680 | 2,198 | 4,661 |
| 42 | Acetonitrile | 1,425 | 4,534 | 6,857 | 9,091 | 16,151 | 97,065 | 266,250 |
| 43 | Benzene | 29,762 | 59,092 | 100,330 | 133,070 | 186,333 | 442,401 | 1391,078 |
| 45 | Acetaldehyde | 12,466 | 24,005 | 30,719 | 37,943 | 52,488 | 130,489 | 1397,457 |
| 47 | Formic acid, ethanol | 11,583 | 13,254 | 23,100 | 34,664 | 64,240 | 549,240 | 9779,768 |
| 59 | Propanal, acetone | 12,420 | 258,431 | 413,749 | 542,340 | 778,830 | 1965,427 | 6320,508 |
| 61 | Acetic acid | 14,557 | 17,564 | 42,529 | 61,620 | 89,883 | 182,490 | 473,334 |
| 63 | Dimethyl sulphide | 0,873 | 5,025 | 7,926 | 10,847 | 20,341 | 63,140 | 87,770 |
| 69 | Isoprene | 1,944 | 14,071 | 35,816 | 51,674 | 71,357 | 143,903 | 195,279 |
| 79 | Benzene | 0,537 | 0,765 | 1,100 | 1,575 | 2,589 | 13,064 | 18,976 |
| 93 | Toluene | 1,134 | 2,860 | 6,703 | 11,212 | 18,197 | 41,056 | 150,848 |
| 94 | Phenol | 1,103 | 1,681 | 4,125 | 6,320 | 9,761 | 25,465 | 32,182 |
| 107 | Xylene | 0,695 | 1,014 | 1,796 | 2,731 | 4,090 | 8,775 | 42,701 |

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

298 *B. Moser et al. / Respiratory Physiology & Neurobiology 145 (2005) 295–300*

## 4. Discussion

The main result of the present study is the first determination of reference values for an exhaled air profile as determined by PTR-MS.

The screening of human exhaled breath for VOC characteristic for certain disease states has gained increasing attention in recent literature as shown in Fig. 1, correlation of original published manuscripts connected with diagnostic potential of breath test. This collective of hydrocarbons is present in body fluids and detectable in human breath in patterns depending upon nutrition (Lindinger et al., 1998), disease (Phillips et al., 1999a), and physical activity (Karl et al., 2001). Furthermore, exhalation rates of individual, blood-borne, VOCs in human breath are dependent upon Henry's constant and, therefore, molecular weight and hydrophobicity (Hansel et al., 1995). PTR-MS has been repeatedly described to allow for both single and real-time measurements of volatile organic compounds in exhaled air (Karl et al., 2001; Lirk et al., 2003; Rieder et al., 2001a; Summer et al., in press). One major advantage of the presented method is the high speed of measurements. Even when performing measurements for several times to monitor stability of the system, typical analysis times are in the range of 5–10 min. The entire patient collective enrolled in the present study could be analyzed within 3 days.

Several masses allow for a precise allocation to predominant breath VOC. Among the most important substances are isoprene and methanol.

Protonated mass 69 has been described as reflecting exhaled isoprene. This substance has recently been the focus of considerable interest since in vivo, isoprene could be shown to increase during haemodialysis (HD) in patients with end-stage renal disease (ESRD). This has been ascribed to oxidative stress elicited by bioincompatible membranes, metabolic changes, and physiological parameters in connection with haemodialysis. One recent study into VOC kinetics carried out by Capodicasa et al. found dramatic rises in the VOC isoprene of up to 270% in patients undergoing haemodialysis. The authors concluded that this rise could, in principle, be elicited by lipid peroxidation during HD (Capodicasa et al., 1999). The presence of higher isoprene levels following HD has been confirmed by Davies et al. (2001). Lirk et al.

aimed to investigate in detail the kinetics of isoprene in 50 patients scheduled for elective hemodialysis using PTR-MS for sample analysis. In concordance with previous literature, a highly significant elevation of breath isoprene levels following HD could be demonstrated. The mandatory resting times introduced to assure basal blood pressure and breathing rate values lead to lower values of isoprene than previously determined (Lirk et al., 2003). In comparison to the latter study, which stipulated baseline values of 39 ppbv for isoprene at rest, our findings of a mean exhaled isoprene concentration of 52 ppbv seems slightly elevated. Mandatory resting times have been described as essential for the conduct of isoprene analysis in breath samples (Lirk et al., 2003). Therefore, the higher isoprene concentrations found in studies by Taucher et al. (1997), Mendis et al. (1994), and Davies et al. (2001) are most likely caused by the breaching of resting times necessary for a sensible evaluation of breath samples for isoprene (Lirk et al., 2003).

In analogy, methanol and ethanol have been investigated using PTR-MS (Lindinger et al., 1997; Taucher et al., 1995). Whereas ethanol had been studied previously, simultaneous analysis of methanol was, until recently, virtually impossible using conventional mass spectrometric methods, since the ensuing fragmentation superposed individual molecular rudiments (Taucher et al., 1995). Methanol has been shown to be a multipotential carcinogenic agent (Lindinger et al., 1997). Therefore, additional means of elucidating its role both in colonic physiology, neoplastic disease, and liver degeneration are of significant importance (Taucher et al., 1995). It has been suggested that breath-based analysis by PTR-MS may, in principle, be employed to test inborn variations in the metabolic pathways of alcohol breakdown (Taucher et al., 1995). Previous small-scale studies stipulated the average methanol excretion in human breath to be about 150–600 ppbv. This is in full concordance with our results, which show an average concentration of 161 ppbv for mass 33, corresponding to protonated methanol (Lindinger et al., 1998), and feature a large interpersonal variability, most probably due to ingestion of foods known to elicit rises in endogenously produced methanol, such as apples (Lindinger et al., 1997).

Furthermore, the ammonium content in exhaled air has been linked to blood ammonium levels,

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

thereby possibly representing a non-invasive marker of dialysis success and quality (Narasimhan et al., 2001). Most notably, patients with lung cancer and hemato-oncologic disorders have been reported to feature distinct patterns of exhaled volatile organic compounds (VOC). Phillips et al. (2003a) and Rieder et al. (2001a) conjectured *ortho*-toluidine as a possible marker substance for neoplastic disease.

Risk factor assessment has been attempted in hyperlipidemia, in which elevations of isoprene may serve as a rapid screening marker (Rieder et al., 2001a), whereas increased levels of acetonitrile in exhaled air are indicative of recent smoking behavior (Lindinger et al., 1998).

Furthermore, PTR-MS has been applied to monitor occupational exposure to noxious agents (Summer et al., in press).

Finally, some limitations of the presented study should be discussed: PTR-MS detects the concentration of specific molecules according to their individual molecular mass. Therefore, interference of molecular species other than the specific molecule in question is a potential source of error. Whereas measurements of abundant substances such as sevoflurane and isoprene in exhaled air may be performed by PTR-MS alone (Karl et al., 2001; Summer et al., in press), analysis of molecules less abundant may need to be performed using combined methods of GC and MS. Nevertheless, PTR-MS represents an interesting tool for a fast screening of patient collectives for certain diseases or occupational exposure to noxious agents.

Furthermore, the test person collective enrolled in the present study was recruited from attendants of a health fair, and mean age was 61.6 years. Even though no significant correlation was found between concentrations of any measured molecular mass in the present study, possible age-dependency has been suggested for isoprene in a smaller collective (Hansel et al., 1995). However, it should be noted though that the present collective of older persons may be a suitable reference collective for the age group from 50 to 70 years, which is most prone to develop diseases for which breath test have been proposed (Karl et al., 2001; Phillips et al., 1999a; Rieder et al., 2001a). The influence of the factors smoking, sex and fasting on mass measurements were small. The differences in mass measurements for alpha = 0.05 for smoking, sex and fasting were significant for only 32, 10 and 3 masses, respectively.

In conclusion, taking into account the rapidly growing number of publications into the diagnostic potential of VOC (see Fig. 1), this sub-area in medical research is certain to increase in impact upon basic and clinical research. PTR-MS may represent a valuable tool in the rapid screening of large patient collectives. The present study was the first to delineate mass spectrometric characteristics of an average patient sample as possible reference values.

## References

Capodicasa, E., Trovarelli, G., De Medio, G.E., Pelli, M.A., Lippi, G., Verdura, C., Timio, M., 1999. Volatile alkanes and increased concentrations of isoprene in exhaled air during hemodialysis. Nephron 82, 331–337.

Davies, S., Spanel, P., Smith, D., 2001. A new 'online' method to measure increased exhaled isoprene in end-stage renal failure. Nephrol. Dial. Transplant. 16, 836–839.

Hansel, A., Jordan, A., Holzinger, R., Lindinger, W., 1995. Proton transfer reaction-mass spectrometry: on-line trace gas analysis at the ppb level. Int. J. Mass Spectrom. Ion Process 149–150, 609–619.

Karl, T., Prazeller, P., Mayr, D., Jordan, A., Rieder, J., Fall, R., Lindinger, W., 2001. Human breath isoprene and its relation to blood cholesterol levels: new measurements and modeling. J. Appl. Physiol. 91, 762–770.

Lindinger, W., Taucher, J., Jordan, A., Hansel, A., Vogel, W., 1997. Endogenous production of methanol after the consumption of fruit. Alcohol. Clin. Exp. Res. 21, 939–943.

Lindinger, W., Hansel, A., Jordan, A., 1998. On-line monitoring of volatile organic compounds at pptv level by means of proton transfer reaction-mass spectrometry (PTR-MS): medical applications, food control and environmental research. Int. J. Mass Spectrom. Ion Processes 173, 191–241.

Lirk, P., Bodrogi, F., Raifer, H., Greiner, K., Ulmer, H., Rieder, J., 2003. Elective haemodialysis increases exhaled isoprene. Nephrol. Dial. Transplant. 18, 937–941.

Mendis, S., Sobotka, P.A., Euler, D.E., 1994. Pentane and isoprene in expired air from humans: gas-chromatographic analysis of single breath. Clin. Chem. 40, 1485–1488.

Narasimhan, L.R., Goodman, W., Patel, C.K., 2001. Correlation of breath ammonia with blood urea nitrogen and creatinine during hemodialysis. Proc. Natl. Acad. Sci. U.S.A. 98, 4617–4621.

Phillips, M., 1997. Method for the collection and assay of volatile organic compounds in breath. Anal. Biochem. 247, 272–278.

Phillips, M., Gleeson, K., Hughes, J.M., Greenberg, J., Cataneo, R.N., Baker, L., McVay, W.P., 1999a. Volatile organic compounds in breath as markers of lung cancer: a cross-sectional study. Lancet 353, 1930–1933.

Case 2:07-md-01873-KDE-MBN   Document 2583-2   Filed 08/11/09   Page 20 of 30

The material on this page was copied from the collection of the National Library of Medicine by a third party and may be protected by U.S. Copyright law.

Phillips, M., Herrera, J., Krishnan, S., Zain, M., Greenberg, J., Cataneo, R.N., 1999b. Variation in volatile organic compounds in the breath of normal humans. J. Chromatogr. B: Biomed. Sci. Appl. 729, 75–88.

Phillips, M., Cataneo, R.N., Cummin, A.R., Gagliardi, A.J., Gleeson, K., Greenberg, J., Maxfield, R.A., Rom, W.N., 2003a. Detection of lung cancer with volatile markers in the breath. Chest 123, 2115–2123.

Phillips, M., Cataneo, R.N., Ditkoff, B.A., Fisher, P., Greenberg, J., Gunawardena, R., Kwon, C.S., Rahbari-Oskoui, F., Wong, C., 2003b. Volatile markers of breast cancer in the breath. Breast J. 9, 184–191.

Rieder, J., Lirk, P., Ebenbichler, C., Gruber, G., Prazeller, P., Lindinger, W., Amann, A., 2001a. Analysis of volatile organic compounds: possible applications in metabolic disorders and cancer screening. Wr. Klin. Wschr. 113, 181–185.

Rieder, J., Prazeller, P., Boehler, M., Lirk, P., Lindinger, W., Amann, A., 2001b. Online monitoring of air quality at the postanesthetic care unit by proton-transfer-reaction mass spectrometry. Anesth. Analg. 92, 389–392.

Summer, G., Lirk, P., Hoerauf, K., Riccabona, U., Bodrogi, F., Raifer, H., Deibl, M., Rieder, J., Schobersberger, W. Sevoflurane in exhaled air of operating room personnel. Anesth. Analg., in press.

Taucher, J., Lagg, A., Hansel, A., Vogel, W., Lindinger, W., 1995. Methanol in human breath. Alcohol. Clin. Exp. Res. 19, 1147–1150.

Taucher, J., Hansel, A., Jordan, A., Fall, R., Futrell, J., Lindinger, W., 1997. Detection of isoprene in expired air from human subjects using proton-transfer-reaction mass spectrometry. Rapid Commun. Mass Spectrom. 11, 1230–1234.

Gerald McGwin Jr.
July 27, 2009

Page 1

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION


IN RE: FEMA TRAILER        )

FORMALDEHYDE PRODUCTS      )

LIABILITY LITIGATION,      ) MDL NO. 1873

CHARLIE AGE, et al.,       ) SECTION N(5)

    Plaintiffs,        ) JUDGE: ENGELHARDT

V.                         ) MAG: CHASEZ

GULF STREAM COACH,         )

INC., et al.,              ) DOCKET NO. 09-2892

    Defendants.        )


CONCURRENT VIDEO RECORD

Deposition of GERALD McGWIN, JR. M.S. Ph.D.

July 27, 2009

9:38 a.m.

Gerald McGwin Jr.
July 27, 2009

Page 15

1     Q.  And let me state it in a different

2  way because I think Mr. Pinedo's objection is

3  well-founded.

4          When we last spoke at your first

5  deposition, the only cancer you could say more

6  probable than not you believe was associated

7  with formaldehyde exposure was nasopharyngeal

8  cancer; is that correct?

9          MR. PINEDO:  Objection to form.

10    A.  I believe what I said -- at least

11  what I wrote here was that my expert opinion

12  was that formaldehyde can cause nasopharyngeal

13  cancer and that with respect to other cancers

14  there was evidence to suggest that

15  formaldehyde played an etiologic role.

16    Q.  But you could not say more probable

17  than not that it would cause those other

18  cancers, correct?

19    A.  More probable than not.  I'm

20  struggling with the phrase more probable than

21  not.

22          I would say it would be difficult

23  at this point for me to attach a probability

24  to the evidence related to those cancers.  I

25  would have to spend more time reviewing

Gerald McGwin Jr.
July 27, 2009

Page 16

1    that -- those manuscripts to either agree or

2    disagree with your statement.

3         Q.  Let me ask you this.  I'm going to

4    show you -- I'm going to read it and then show

5    it to you.

6              My question to you last time on

7    page forty-three was, question:  What you mean

8    in your opinion that leukemia, lung,

9    pancreatic and brain cancer, there is evidence

10   to suggest formaldehyde plays an etiological

11   role.  Does that mean there's some association

12   there but not enough to say it causes it as

13   you said with nasopharyngeal?

14              Answer:  That would be accurate,

15   yes.

16              Is that your testimony today, sir?

17        A.  Yes, sir.

18        Q.  So it plays an etiological role,

19   but you couldn't say it causes leukemia, lung,

20   pancreatic, or brain cancer, correct?

21        A.   It plays an etiological role, but

22   the evidence isn't as strong for those cancers

23   as it is for nasopharyngeal.

24        Q.   And therefore, you cannot say more

25   probable than not it causes it?

Gerald McGwin Jr.
July 27, 2009

Page 17

1           A.   I'm reluctant to agree to the use

2      of the word probably than not.

3           Q.   I think you agreed to it last time,

4      but we'll look it up.

5                MR. PINEDO:   The record will

6      reflect what he said last time.

7           Q.   On page forty-five:   And based on

8      your review of these studies, you just told me

9      you couldn't say one way or another whether it

10     is more probable than not that leukemia, lung,

11     pancreatic, and brain cancer were caused by

12     exposure to formaldehyde; is that correct?

13               MR. PINEDO:   Would you show him the

14     testimony, please.

15               MR. WEINSTOCK:   Absolutely.

16          Q.   Answer:   Say that question one more

17     time.  I had it read back.  And you said:

18     That is correct, I apologize.

19               That's all the good highlighted

20     stuff.

21          A.   Yes, I believe my answer at that

22     time is consistent now.

23               You stated I couldn't say one way

24     or the other it's more probable than not.  And

25     that's what I'm saying now, because I can't

Gerald McGwin Jr.
July 27, 2009

Page 18

1    say now based on any probability.

2            MR. PINEDO:  And that's with regard

3    to leukemia, lung cancer, pancreatic cancer,

4    and brain cancer.

5            MR. WEINSTOCK:  Correct.

6        Q.  That was my question then and that

7    is my question now, correct?  That's how you

8    understood it?

9        A.  That's correct.

10       Q.  Now, Mr. Pinedo raises a valid

11   point, there are more than five cancers in the

12   world.  But those are the only ones you gave

13   opinions on in your report, correct, those

14   four and nasopharyngeal or sinonasal cancers?

15       A.  Those four and naso -- yes, sir.

16       Q.  So there may be other cancers out

17   there and they may be related to formaldehyde,

18   but you have not given those opinions?

19       A.  Yes, sir.

20       Q.  I knew we could do this quickly.

21       A.  I'm a very minimal guy.

22       Q.  If we can get to nasopharyngeal.

23   We had a long discussion, as you recall about

24   the Hauptmann paper.  I think you were sick of

25   it, and I know I was.

Gerald McGwin Jr.
July 27, 2009

Page 21

1    analyses, the one that dealt with peak

2    exposure?

3              A.   Yes, sir.

4              Q.   As opposed to some more over time

5    exposure?

6              A.   That's correct.  Yes, sir.

7              Q.   But you would agree with me that

8    according -- at least according to the

9    Hauptmann paper, to see an association between

10   formaldehyde exposure and nasopharyngeal

11   cancer, you needed to see peak exposure of

12   four thousand parts per billion?

13             A.   Based on that one paper.

14             Q.   Correct?

15             A.   Correct.

16             Q.   And speaking of that one paper, if

17   I understood your report, your -- you base

18   your association or your opinion on

19   nasopharyngeal cancer --

20             MR. PINEDO:  Which report are we

21   talking about?

22             MR. WEINSTOCK:  He only gives a

23   cancer opinion in the last fall report.

24             Q.   Let me start again.  In last

25   August's report, you based your association

Gerald McGwin Jr.
July 27, 2009

Page 131

1    are looking at are generally people who are

2    exposed to formaldehyde by their work, their

3    job title, excuse me, most likely.

4              Q.  And --

5              A.  And we don't know that it was X

6    number of parts per million, whereas the CDC

7    study tells us these are the exposure levels.

8    We just don't have those.

9              That's how I understand the

10   question.

11             Q.  Correct.  And at the levels the CDC

12   found, from three parts per billion to 590

13   parts per billion, you can't give an opinion

14   that that level is associated with

15   nasopharyngeal cancer because the epidemiology

16   just does not provide that to you?

17             A.  That's right.  None of the

18   epidemiologic studies that I'm aware of

19   actually provide formaldehyde exposure

20   levels.

21             And that doesn't mean that one

22   couldn't, through some sort of job exposure

23   matrix, link that CDC data or any exposure

24   data to those cancer cases.

25             But as the evidence exists today,

Gerald McGwin Jr.
July 27, 2009

Page 132

1    nobody has done that.

2          Q.  And you have not done that?

3          A.  I have not done that, no, sir.

4          Q.  And you have not been asked to do

5    it?

6          A.  No, not to my knowledge.

7          Q.  As we sit here today, at the levels

8    that people were exposed to in the FEMA

9    trailers, the 519 that we talked about, from

10   three parts per billion to 590 parts per

11   billion, you cannot say more probably than not

12   that would be associated with nasopharyngeal

13   cancer?

14         A.  Sitting here today, no, sir.

15   Although, again, it could be done.

16         Q.  It's possible it just has not been

17   done?

18         A.  That's correct.

19         Q.  When you said no, sir, you were

20   actually agreeing with my statement, correct?

21               Sometimes it's the way I ask

22   questions.  I tend to lead.  So the correct

23   answer is yes, but let me ask it again.

24         A.  Sure.

25         Q.  As we sit here today, at the levels

Gerald McGwin Jr.
July 27, 2009

1    where a primary outcome was asthma.

2         Q.  Did any of them involve

3    formaldehyde?

4         A.  I'm almost certain none of them

5    included formaldehyde.

6              MR. SHERBURNE:  Thank you.  I think

7    that's all the questions I have, Doctor.

8              MR. WEINSTOCK:  I'm sorry.  You

9    know how I am.

10

11              FURTHER EXAMINATION

12   BY MR. WEINSTOCK:

13        Q.  I found something I didn't ask you

14   about before.  It's on page six of your --

15        A.  Cancer?

16        Q.  Yes.  It says, Formaldehyde is

17   classified as a known carcinogen by the

18   International Association for Research on

19   Cancer, IARC, with specific reference to

20   nasopharyngeal cancer.  I asked you about that

21   before and we couldn't find it in your

22   report.

23              You may or may not know this, but

24   is it my understanding that is primarily due

25   to the Hauptmann paper?  Is that your

Gerald McGwin Jr.
July 27, 2009

Page 224

1    understanding as well?

2         A.   That is my understanding.

3              MR. WEINSTOCK:   Thank you, doctor.

4              MR. PINEDO:   A couple more

5    questions.

6

7              FURTHER EXAMINATION

8    BY MR. PINEDO:

9         Q.   Doctor, I'd like to ask you to turn

10   to your report again, page three, figure two.

11   I think previously I misstated what the parts

12   per million were for the upper levels that you

13   have reported there.  So let me ask you a

14   different question.

15              It appears to me that the highest

16   level which you have reported an odds ratio

17   and a confidence interval equates with .106

18   parts per million; is that right?

19        A.   That's correct.

20        Q.   And so the odds ratio of asthma for

21   those who have been exposed to formaldehyde at

22   .106 parts per million is 7.1; is that right?

23              MR. WEINSTOCK:   Object to the form.

24        A.   That is correct.

25        Q.   There's an objection so let me ask