UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-4"

JUDGE ENGELHARDT
MAGISTRATE JUDGE ROBY

## AFFIDAVIT OF PHILIP COLE, MD, DrPH

STATE OF ALABAMA )
)
COUNTY OF SHELBY )

    BEFORE ME, an officer duly authorized to administer oaths, came Dr. Philip Cole, who, having been duly sworn deposes and makes this affidavit in connection with, but not limited to, the opposition of the manufacturing defendants to Plaintiffs' Motion for Class Certification and says:

- 1 -

# FORMALDEHYDE AND CANCER:
# A REVIEW OF THE EPIDEMIOLOGIC EVIDENCE

## CONTENTS

| Section | Page |
|---|---|
| I. Qualifications | 3 |
| II. Formaldehyde | 3 |
| III. Formaldehyde in FEMA-supplied Temporary Housing Units | 4 |
| IV. Formaldehyde and Cancer Epidemiology: History | 5 |
| V. Formaldehyde and Cancer Epidemiology: Current Studies | 5 |
| VI. Formaldehyde and Cancer: A Meta-Analysis | 9 |
| VII. Cancer of the Nasopharynx: General Epidemiology | 10 |
| VIII. Fear of Cancer | 11 |
| IX. Screening as an approach to Cancer Control | 12 |
| X. Screening for Nasopharyngeal Cancer and Leukemia | 13 |
| XI. Opinions of Plaintiffs' Experts | 15 |
| XII. Summary and Opinions | 16 |
| XIII. Appendices | 16 |
| XIV. References | 17 |

I. Qualifications

I am a physician licensed to practice medicine in Alabama and am Board Certified in Preventive Medicine. I have committed my professional career to research and teaching in cancer epidemiology, the study of the causes of cancer in human beings.

I received my medical degree from the University of Vermont. I obtained the Master of Public Health and the Doctor of Public Health degrees in Epidemiology from Harvard University. In 1969, I joined the Department of Epidemiology of the Harvard School of Public Health and became a full Professor in 1978. In 1979, I became Professor and Chairman of the Department of Epidemiology at the School of Public Health, and Associate Director for Epidemiology at the Comprehensive Cancer Center, at the University of Alabama at Birmingham (UAB). I am now a professor *emeritus* at UAB.

I have authored or co-authored more than 200 papers, most of which are published in the peer-reviewed literature and relate to cancer epidemiology. These papers include, for example, the first report demonstrating the decline of cancer mortality in the United States (1). Another publication describes the use of epidemiology for evaluating both general and specific causation in diseases such as cancer (2). Many of my publications relate to occupational exposures and cancer. One of these is a commentary that reviews the three, recent, major studies of formaldehyde and cancer (3). I also published a paper that deals directly with another issue in this case: screening as an approach to cancer control (4). My publications are listed in the bibliography that is part of the curriculum vitae attached to this Affidavit.

Through more than 40 years of epidemiologic research, teaching and consulting I have become very familiar with all forms of epidemiologic research and with the scientifically accepted methods for reaching conclusions regarding disease causation.

II. Formaldehyde

Formaldehyde is a single-carbon, organic molecule that is a normal constituent of the cells of most life forms, including human beings. It was first synthesized in the late nineteenth century and today is one of the most widely-used commercial agents in the world. It is a common chemical feedstock and

has many applications in dozens of industries. In 2000, there were more than 21 million metric tons of formalin (an aqueous solution of formaldehyde) produced, with the USA by far the largest producer.

No recent enumeration of the total number of persons who have, or have had, occupational exposure to formaldehyde is available. However, the number is enormous as evidenced by data indicating that in the European Union in the early 1990's there were about one million persons employed in industries that produced or used formaldehyde (5).

III. Formaldehyde in FEMA-supplied Temporary Housing Units

In late 2005, the U.S. Federal Emergency Management Agency (FEMA) began to supply temporary housing to persons made homeless by hurricanes Katrina and Rita. FEMA supplied mobile homes, trailers and park homes, referred to collectively as "temporary housing units" (THUs). It is estimated that about 300,000 persons have occupied these THUs.

In 2008 the U.S. Centers for Disease Control and Prevention (CDC, a part of the U.S. Public Health Service) conducted an evaluation of formaldehyde levels in FEMA-supplied THUs. The CDC reported that the geometric mean level of formaldehyde in the air inside THUs was 77 parts-per-billion (ppb) (6). For comparison, the average level of formaldehyde in American homes is about 10-20 ppb. (In fact, Lemus *et al*. ***Rev Environ Hlth***, 13:91-98, 1998 reported the average level of formaldehyde in conventional, site-built, housing in Louisiana to be 370 ppb.)

The average levels of formaldehyde in the three major occupational settings where epidemiologic studies (described below) were conducted ranged from about 150 to more than 2000 ppb. This is 10 to 200 times higher than levels in FEMA-supplied THUs. In the study (7) with the highest formaldehyde levels, about 35% (my estimate) of the subjects were exposed at levels greater than 2000 ppb. Further, the occupational personnel studied had durations of exposure that averaged about 10 work-years (my estimate). This is about 3 to 5 times longer than the average duration of residence experienced by occupants of FEMA-supplied THUs. (An explanation of these estimates is given in Appendix A, in Section XIII of this Affidavit.)

IV. Formaldehyde and Cancer Epidemiology: History

The epidemiologic study of formaldehyde and cancer in human beings began more than 30 years ago and consists of about 40 papers. This literature has focused on occupational settings in which exposure to formaldehyde was 10 to 30 times higher than the levels in manufactured housing. There is no persuasive epidemiologic evidence that any residential exposure to formaldehyde produces cancer in human beings.

The earliest studies suggested that several occupational groups with exposure to formaldehyde had an increased risk of cancer of the central nervous system (CNS, primarily the brain). These groups included mortuary workers, anatomists, pathologists and some laboratory technicians, among others. The limitations of these studies have been recognized and the current editions of the two standard textbooks of cancer epidemiology, published in 2006 (8) and 2008 (9), do not even mention formaldehyde in connection with CNS cancer. Further, the International Agency for Research on Cancer (IARC, the cancer research arm of the World Health Organization) stated in 2006 that there was no convincing evidence of a causal link between formaldehyde and CNS cancer (5).

More recent suggestions have been made of causal relationships between formaldehyde and other malignancies, including leukemia and cancer of the pancreas, the lung, the oro-hypopharynx, the sinonasal passages and the nasopharynx. IARC's position in 2004 (originally online, later in reference (5)) was that there is sufficient evidence of a causal relationship only for nasopharyngeal cancer (NPC) in human beings (5). IARC's position on NPC is reviewed below.

V. Formaldehyde and Cancer Epidemiology: Current Studies

The table summarizes the design and major findings on cancer reported in the four recent publications (7,10-12) from the three long-term studies of cancer mortality among persons with occupational exposure to formaldehyde. Note that references (10) and (11) are from the same study – the two papers relate to different forms of cancer.

Recent Reports from Three Major Follow-up Studies of
Mortality among Occupational Groups with Exposure to Formaldehyde

| | Coggon | Hauptmann | Pinkerton |
|---|---|---|---|
| Author | | | |
| Affiliation[a] | MRC | NCI | NIOSH |
| Year Published | 2003 | 2004 | 2004 |
| Location | U.K. | U.S.A. | U.S.A. |
| No. of Facilities | 6 | 10 | 3 |
| No. of Subjects | 14,014 | 25,619 | 11,098 |
| Processes | Produce/Use | Produce/Use | Garments |
| Avg. follow-up (yrs) | >40 | 38 | 31 |
| Avg. Exposure (ppb) | >2000 | 450 | 150 |
| SMRs | | | |
| All causes | 104[b] | 96[b] | 92[b] |
| All cancer | 110[b] | 90[b] | 89[b] |
| CNS cancer | 85 | 92 | 109 |
| Leukemia/AML | 91/ND | 85/ND | 109/134 |
| Ca of nose, nasal sinuses | 89 | 119 | ND |
| NPC | 50 | 210[c] | 0 |
| Reference number | 7 | 10,11 | 12 |

[a] Medical Research Council Unit, University of Southampton,
U.S. National Cancer Institute,
U.S. National Institute of Occupational Safety and Health.
[b] Statistically significantly different from an SMR of 100 at
the 95% level of confidence.
[c] This SMR is represented as statistically significant in Table 2
of reference (10) but as not significant in a footnote to the same
table. It is not statistically significant by my calculation.

*Overall Mortality* - The table shows that formaldehyde-exposed workers have a favorable overall mortality experience with SMRs for "all causes" of death and for "all cancer" deaths near or below 100. (For an explanation of the SMR, see Appendix B in Section XIII of this Affidavit.)

*CNS Cancer* – Data are presented for this form of cancer because of historical interest in its relationship to formaldehyde. The table indicates that none of the three major studies reported any meaningful increase of CNS cancer. In fact, there were moderate deficits of CNS cancer in the two larger studies.

*Leukemia* – Data are presented for leukemia because of recent interest in its possible association with formaldehyde. Again, the SMRs from the three major studies indicate no significant excess of deaths from leukemia (all forms). There were no data on acute myelogenous leukemia (AML) in the MRC or the NCI study. However, I have elsewhere (3) estimated that both of these studies probably had a modest deficit of deaths from AML.

Nonetheless, the 2003 report of the NCI study (11) suggested a possible link between formaldehyde and AML based on limited (relative risk, not SMR) analyses. This suggestion and the formaldehyde-AML link, in general, was subjected to scrutiny in a series of papers appearing in volume 40 (2004) of Regulatory Toxicology and Pharmacology. It was considered that the available epidemiologic data, the animal data and information on formaldehyde metabolism did not support a causal relationship between formaldehyde and leukemia, including AML.

*Cancer of the Nose and Nasal Sinuses* – None of the three studies showed a meaningful or stable elevation in the SMR for these cancers. Data were sparse with only 2 such deaths observed in the MRC study and 3 in the NCI study. Data were not provided for these specific forms of cancer in the NIOSH study.

*Other Upper Airway Cancer* – (Data not shown because the studies included differing cancers in this category.) The NCI and the NIOSH study showed no excesses for these cancers (tongue, oral cavity and pharynx, other than nasopharynx). The MRC study showed a minimal, non-significantly elevated SMR of 202 for cancer of the pharynx (but not for NPC).

*Nasopharyngeal Cancer* - The table indicates that only the NCI study reported an increase of NPC with an SMR of 210. Primarily on the basis of this finding, IARC classified formaldehyde as an agent for which there is "sufficient evidence" of human carcinogenicity (5). There are, however, five considerations that call into question IARC's position:

1. The NCI study included 10 separate plants. Among the subjects exposed to formaldehyde, 8 deaths were attributed to NPC with 3.8 such deaths expected. These results equate to an SMR of 210, a finding whose statistical significance is problematic. That is so because, in the body of the table where these findings appear, statistical significance is implied by this SMR's 95% confidence interval of 105-421. However, a footnote to that table provides a confidence interval of 91-414 and does not indicate statistical significance. (See footnote "c" to the table on page 6 of this Affidavit.)

2. Since 2005 Marsh and his colleagues have reported a series of investigations (13-15) into the findings of the NCI study. This research evaluated the plant-specific origins of the NPC cases, several statistical features of the data especially their inherent variability and, most important, the likely explanation for any possible excess of NPC. Marsh and his colleagues concluded that: *i)* all of the excess cases had worked at just one of the 10 plants in the study, *ii)* the distribution of NPC cases among subjects at the other nine plants was random and not suggestive of any causal pattern, *iii)* the seeming excess of cases at the one plant may have arisen by chance but, if not, formaldehyde was unlikely to have caused it, and *iv)* if not chance, the cause of the excess cases at the one plant probably was prior employment in metal industries in the vicinity of the plant.

3. Formaldehyde levels were more than four times higher among subjects in the MRC study (>2000 ppb) than among subjects in the NCI study (450 ppb). Yet, the MRC investigators

found a slight deficit of deaths due to NPC: one death was observed, 2.0 were expected. The results of the NCI and the MRC studies relating to NPC are not consistent with one another. The MRC study group had a much higher, and probably much longer, formaldehyde exposure than did the NCI study group. For the MRC study to replicate the NPC findings of the NCI study, it would have to report 16 or more, not one, NPC deaths. This supports the opinion of Marsh and his colleagues that the excess of NPC at one of the 10 plants studied by the NCI was not due to formaldehyde.

   4. The NIOSH study (12) found no death from NPC (my estimate: about 1.2 expected). True, formaldehyde levels were relatively low (150 ppb) among the garment workers studied. Even so, they were 10 times higher than formaldehyde levels in the average American home and twice as high as levels in the FEMA-supplied THUs.

   5. None of the three studies reported a statistically significant excess of any form of cancer of the mouth and upper airways. This is difficult to reconcile with the mechanism proposed for formaldehyde carcinogenesis. That mechanism, derived primarily from animal studies, suggests that formaldehyde is a direct or "contact" carcinogen. However, if this mechanism were correct, excesses of cancers of the mouth, nose, nasal sinuses and oropharynx would be expected among formaldehyde-exposed persons. Such excesses have not been reported.

VI. Formaldehyde and Cancer: A Meta-Analysis

   A meta-analysis is a "study of studies". It assembles a large amount of research – in this instance epidemiologic research on formaldehyde and cancer – and combines the many findings.