Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

                              MDL NO. 1873

                              SECTION "N-5"

                              JUDGE ENGELHARDT

                              MAG. JUDGE CHASEZ




        ORAL AND VIDEOTAPED DEPOSITION OF

      CHRISTOPHER T. DE ROSA M.S., Ph.D.

              July 6, 2009

                9:25 a.m.

            201 17th Street

              Suite 1700

            Atlanta, Georgia


      Maureen S. Kreimer, RPR, CCR-B-1379

In Re: FEMA          Christopher De Rosa, Ph.D.          7/6/2009

Page 256

```
1        Q.    Correct.  And that's only with respect to
2    one form of cancer, which is nasopharyngeal cancer;
3    is that correct?
4        A.    That's primarily based on nasopharyngeal
5    cancers, but it also references leukemias as well.
6        Q.    With respect to leukemia, and I can quote
7    you the language, it does not declare leukemia as a
8    known human carcinogen, does it?
9        A.    Leukemia is a disease, not a carcinogen.
10        Q.    Excuse me.  Formaldehyde is not declared
11    in that 2004 press release as a known human
12    carcinogen causing leukemia; correct?
13        A.    The classification of known human
14    carcinogen is based primarily on nasopharyngeal
15    cancer; however, the weight of evidence is always
16    considered in those designations.
17            And in fact, I was as I recall, at the
18    consultation in Lyons when that was discussed, and it
19    was reclassified, if I'm not mistaken, I was at that
20    particular consultation.
21        Q.    With respect to the classification of
22    formaldehyde, insofar as nasopharyngeal cancer is
23    concerned, that IARC report is predicated primarily
24    on what paper, do you know?
25        A.    There were a number of studies,
```

In Re: FEMA              Christopher De Rosa, Ph.D.              7/6/2009

Page 257

1     occupational studies, that were conducted.

2          Q.    The NCI occupational study authored

3     primarily in 2003 by Hauptmann; correct?

4          A.    I believe that's correct, yes.

5          Q.    Have you read that paper?

6          A.    I believe I have.

7          Q.    Do you know the threshold where there was

8     an excess of the standard -- or for the standard

9     mortality ratio, an excess of deaths on which the

10    Hauptmann report concludes that it is a human

11    carcinogen?

12         A.    I believe there was a high exposure group

13    versus a low exposure group in the cohorts that were

14    studied.  I do not recall what the exposure ranges

15    were in that study.

16         Q.    Would it surprise you to know that that

17    exposure range was in excess of four parts per

18    million?

19         A.    No.  It's typically the case that because

20    of difficulty in identifying toxic effects in

21    chemicals, that high dose levels are used.  It's a

22    maximum tolerated dose.  It's a longstanding protocol

23    based on the National Toxicology Bioassay Program,

24    and also on the Bioassay Program of the Ramazzini

25    Institute in Italy that you scale back from the

In Re: FEMA          Christopher De Rosa, Ph.D.          7/6/2009

Page 258

1   maximum tolerated dose on a logarithmic basis so that

2   you have a dose stand that is more likely to

3   illustrate the shape of the dose-response function.

4       Q.    Are you aware of any exposure, chronic

5   exposure, in these FEMA trailers in excess of four

6   parts per million?

7       A.    I would have to go back and check.

8       Q.    As you sit here today, are you aware of

9   any exposure, chronic exposure, of any occupant of

10  any trailer in excess of four parts per million?

11      A.    Again, I would have to go back and check.

12      Q.    Do you remember what the arithmetic mean

13  of exposure within the travel trailers and

14  manufactured houses was in the July 2008 CDC report

15  of the 519 trailers?

16      A.    I believe it was on the order of 150 --

17  well, I'm not going to speculate.  I'm sorry.

18      Q.    If it were 0.078 ppm, would that be far

19  below four parts per million?

20          MR. REICH:  Objection.

21      A.    Yes.

22          MR. REICH:  Assumes facts not in evidence.

23  Incomplete hypothetical.

24      A.    I see values in excess of four parts per

25  million.



American Journal of Epidemiology
Copyright © 2004 by the Johns Hopkins Bloomberg School of Public Health
All rights reserved

Vol. 159, No. 12
Printed in U.S.A.
DOI: 10.1093/aje/kwh174

# Mortality from Solid Cancers among Workers in Formaldehyde Industries

Michael Hauptmann, Jay H. Lubin, Patricia A. Stewart, Richard B. Hayes, and Aaron Blair

From the Division of Cancer Epidemiology and Genetics, National Cancer Institute, Department of Health and Human Services, Bethesda, MD.

Received for publication December 1, 2003; accepted for publication March 16, 2004.

In industrial workers, formaldehyde exposure has been associated with cancer of the nasal cavities, nasopharynx, prostate, lung, and pancreas; however, these associations are inconsistent and remain controversial. Animals exposed to formaldehyde show excesses of nasal cancer. In an extended follow-up of a large cohort of formaldehyde-exposed workers, the authors evaluated mortality from solid cancers (1,921 deaths) among 25,619 workers (865,708 person-years) employed in 10 US formaldehyde-producing or -using facilities through 1994. Exposure assessment included quantitative estimates of formaldehyde exposure. Standardized mortality ratios and relative risks were calculated. Compared with that for the US population, mortality from solid cancers was significantly lower than expected among subjects exposed and nonexposed to formaldehyde (standardized mortality ratios = 0.91 and 0.78, respectively). Relative risks for nasopharyngeal cancer (nine deaths) increased with average exposure intensity, cumulative exposure, highest peak exposure, and duration of exposure to formaldehyde ($p$-trend = 0.066, 0.025, <0.001, and 0.147, respectively). Formaldehyde exposure did not appear to be associated with lung (744 deaths), pancreas (93 deaths), or brain (62 deaths) cancer. Although relative risks for prostate cancer (145 deaths) were elevated for some measures of formaldehyde exposure, the trend was inconsistent. In this cohort of formaldehyde-industry workers, some evidence was found of an exposure-response relation with mortality from nasopharyngeal cancer (based on small numbers) but not for cancers of the pancreas, brain, lung, or prostate.

carcinogens; cohort studies; formaldehyde; lung; mortality; nasopharynx; neoplasms; occupational health

Abbreviations: CI, confidence interval; SMR, standardized mortality ratio.

The flammable and colorless gas formaldehyde ($CH_2O$) is used in the production of resins, molding compounds, photographic film, decorative laminates, and plywood and as a bactericide and tissue preservative. Approximately 1.5 million workers in the United States were exposed to formaldehyde in 1981 (1). Formaldehyde irritates the eye and upper airway mucosa at concentrations exceeding 0.5–1 ppm (2). In rats and mice, inhalation exposure has caused squamous cell carcinomas of the nasal cavity (3, 4).

In 1995, the International Agency for Research on Cancer found sufficient evidence for the carcinogenicity of formaldehyde in animals but only limited evidence for carcinogenicity in humans (2). Some studies of industrial workers and embalmers, pathologists, and anatomists have associated formaldehyde exposure with cancer of the nasal cavities (5–7), nasopharynx (5, 7–14), prostate (10, 15), lung (16–18),

pancreas (19), brain (10, 15, 20–24), and lymphohematopoietic system (8, 10, 15, 17, 20, 23, 25, 26). However, these associations are inconsistent and remain controversial.

In this study, we assessed the relation between formaldehyde and selected solid cancers in an extended follow-up of the largest known cohort to date of industrial workers in formaldehyde industries. In a separate analysis of these data (27), we observed a significant association between mortality from leukemia, particularly myeloid leukemia, and peak and average exposure to formaldehyde.

## MATERIALS AND METHODS

### Cohort design and follow-up

Details of the original study design (5) and extended follow-up (27) have been described previously. In brief,

Correspondence to Dr. Michael Hauptmann, Division of Cancer Epidemiology and Genetics, National Cancer Institute, 6120 Executive Boulevard, Bethesda, MD 20892 (e-mail: hauptmann@nih.gov).

25,619 US workers employed at 10 plants prior to January 1, 1966, were enrolled in the cohort (878 workers of unknown sex or race and 64 workers who started work after January 1, 1966, were excluded). Subjects were followed from the year of initial plant identification (i.e., the year in which employment records were thought to be complete; range, 1934–1958) or first employment at a plant, whichever was later, through December 31, 1994. The Social Security Administration, the Health Care Financing Administration, the Veterans Administration, credit bureaus, motor vehicle departments, and telephone directories were used to determine vital status before 1980, and a National Death Index Plus search was used thereafter. Information on underlying cause of death was obtained for 8,486 deceased workers. For 866 subjects (3.4 percent) lost to follow-up prior to 1980, person-year accumulation ended at the last date known alive. These data were the basis for this analysis and for the evaluation of mortality from lymphohematopoietic malignancies reported separately (27), and they represent 15 years of additional mortality follow-up (resulting in a doubling of the number of deaths) compared with the previous analysis (5, 28).

On the basis of information from secondary sources other than death certificates, it was found that one of the nasopharyngeal cancer subjects had been misclassified on the death certificate and in fact had cancer of the tonsillar fossa (29). For this subject, nasopharyngeal cancer was used as the cause of death to calculate standardized mortality ratios, since population reference rates are based on death certificates, but cancer of the oropharynx, of which the tonsillar fossa is a part, was used to estimate relative risks.

### Exposure assessment

We estimated exposure to formaldehyde from work histories through 1980 based on job titles, tasks, visits to the plants by study industrial hygienists, discussions with workers and plant managers, and monitoring data. Peak exposures were defined as short-term excursions (generally less than 15 minutes) that exceeded the 8-hour, time-weighted average formaldehyde intensity. Peak exposures in the workplace occurred from routine (e.g., hourly, daily, or weekly) or nonroutine performance of high-exposure tasks or from working in areas where nonroutine, unusual upsets or events, such as spills, occurred. Since no measurements of peak exposure were available in this study, peaks and their frequency (hourly, daily, weekly, or monthly) were estimated by an industrial hygienist from knowledge of the job tasks and a comparison with the 8-hour time-weighted average. We assessed the presence of particulates to represent formaldehyde as a solid (e.g., paraformaldehyde or trioxane), formaldehyde-containing resins, molding compound particulates, or particulates onto which formaldehyde gas could be adsorbed. Exposures to 11 suspected carcinogens and other widely used chemicals in the plants were evaluated (antioxidants, asbestos, carbon black, dyes and pigments, hexamethylenetetramine, melamine, phenol, plasticizers, urea, wood dust, and benzene). We also identified workers employed as chemists or laboratory technicians because of their potential exposure to various other chemicals. The exposure assessment is described in detail elsewhere (5, 30, 31). For the extended follow-up, no information on formaldehyde exposure after 1980 was obtained.

### Statistical analysis

The following formaldehyde exposure metrics were calculated as time-dependent variables: cumulative exposure (ppm-years), average exposure intensity (ppm), duration of exposure (years), highest peak exposure category (nonexposed, >0–<0.5 ppm, 0.5–<2.0 ppm, 2.0–<4.0 ppm, ≥4.0 ppm), exposure to formaldehyde-containing particulates (ever/never), duration of exposure to each of 11 other substances (years), and duration of working as a chemist or laboratory technician (years). Workers contributed person-time to the nonexposed category until they were exposed. Then, they contributed person-time to the appropriate exposure categories depending on their levels of exposure. For each worker, we collapsed jobs in adjacent time periods of exposure for which all of the estimated exposure variables were identical. However, for the description of exposure levels in these jobs, nonadjacent periods with identical estimated exposures were counted separately.

Standardized mortality ratios and relative risks were estimated by using standard methods (32). Relative risks were based on Poisson regression models and were adjusted for calendar year, age, sex, race, and pay category (32). The low-exposure category was used as the reference to minimize the impact of any unmeasured confounding variables, since nonexposed workers may differ from exposed workers with respect to socioeconomic characteristics. However, workers in the low-exposure category were exposed to very low levels of formaldehyde. We evaluated confounding for exposure to other substances and for working as a chemist or laboratory technician. Tests of trend for categorical variables were based on the estimated slope of the corresponding continuous variable, except for peak exposure, where categorical ranks were used. Heterogeneity among risk estimates was assessed by likelihood ratio tests. Tests were two-sided at a 5 percent significance level. For details of the statistical analysis, refer to the separate report by Hauptmann et al. (27).

We calculated all exposures by using a 15-year lag interval to account for latency of solid cancers. Lag intervals from 2 to 20 years were evaluated, but no substantial differences for model fit from the 15-year lag were found for solid cancers of primary interest. The 15-year lag interval was eventually chosen because 15 years is commonly regarded as a minimum latency time for solid tumors and because it conforms to the lack of exposure information for the extension of the follow-up (1980–1994).

Since plant was correlated with exposure, we do not present relative risk estimates adjusted for plant in this paper. However, adjusting for plant did not substantially change the results.

TABLE 1.   Demographic characteristics (no. of subjects) of the cohort of workers in US formaldehyde industries analyzed regarding mortality from solid cancers

| Characteristic | Plant 1, 1943 | Plant 2, 1945 | Plant 3, 1949 | Plant 4, 1958 | Plant 5, 1957 | Plant 6, 1951 | Plant 7, 1938 | Plant 8, 1934 | Plant 9, 1956 | Plant 10, 1941 | Total† |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Race and sex | | | | | | | | | | | |
| White men | 3,663 | 781 | 1,324 | 1,606 | 564 | 3,965 | 3,574 | 1,365 | 1,516 | 2,300 | 20,658 (81) |
| Black men | 184 | 0 | 969 | 8 | 38 | 120 | 157 | 0 | 67 | 292 | 1,835 (7) |
| White women | 413 | 3 | 81 | 78 | 133 | 1,151 | 496 | 313 | 349 | 83 | 3,100 (12) |
| Black women | 1 | 0 | 1 | 0 | 9 | 12 | 1 | 1 | 1 | 0 | 26 (<1) |
| Year of entry into the cohort | | | | | | | | | | | |
| ≤1945 | 572 | 43 | 0 | 0 | 0 | 0 | 1,295 | 486 | 0 | 709 | 3,105 (12) |
| 1946–1955 | 2,339 | 522 | 774 | 0 | 0 | 3,261 | 1,961 | 795 | 0 | 1,548 | 11,200 (44) |
| 1956–1965 | 1,350 | 219 | 1,601 | 1,692 | 744 | 1,987 | 972 | 398 | 1,933 | 418 | 11,314 (44) |
| Age at entry (years) | | | | | | | | | | | |
| ≤30 | 2,657 | 532 | 1,650 | 921 | 306 | 3,358 | 3,047 | 1,052 | 1,521 | 1,833 | 16,877 (66) |
| 31–40 | 942 | 201 | 457 | 446 | 178 | 1,066 | 727 | 303 | 242 | 560 | 5,122 (20) |
| 41–50 | 473 | 48 | 216 | 284 | 172 | 549 | 336 | 206 | 111 | 198 | 2,593 (10) |
| 51–60 | 169 | 3 | 44 | 33 | 72 | 199 | 97 | 91 | 52 | 78 | 838 (3) |
| ≥61 | 20 | 0 | 8 | 8 | 16 | 76 | 21 | 27 | 7 | 6 | 189 (1) |
| Duration of follow-up (years) | | | | | | | | | | | |
| ≤30 | 1,370 | 181 | 1,076 | 490 | 188 | 1,890 | 1,119 | 562 | 676 | 721 | 8,273 (32) |
| 31–35 | 702 | 116 | 736 | 528 | 156 | 903 | 519 | 263 | 918 | 251 | 5,092 (20) |
| 36–40 | 811 | 132 | 341 | 674 | 400 | 1,035 | 616 | 148 | 339 | 613 | 5,109 (20) |
| ≥41 | 1,378 | 355 | 222 | 0 | 0 | 1,420 | 1,974 | 706 | 0 | 1,090 | 7,145 (28) |
| Vital status† | | | | | | | | | | | |
| Alive | 2,401 | 500 | 1,514 | 1,236 | 611 | 3,254 | 2,906 | 915 | 1,489 | 1,441 | 16,267 (64) |
| Deceased | 1,679 (39) | 260 (33) | 754 (32) | 437 (26) | 130 (17) | 1,821 (35) | 1,179 (28) | 706 (42) | 350 (18) | 1,170 (44) | 8,486 (33) |
| Unknown | 181 (4) | 24 (3) | 107 (5) | 19 (1) | 3 (<1) | 173 (3) | 143 (3) | 58 (3) | 94 (5) | 64 (2) | 866 (3) |
| Total | 4,261 | 784 | 2,375 | 1,692 | 744 | 5,248 | 4,228 | 1,679 | 1,933 | 2,675 | 25,619 |

* Year in which employment records were thought to be complete.

† Numbers in parentheses, percent.

## RESULTS

### Demographic description of the cohort

A total of 25,619 subjects entered the cohort between 1934 and 1966; 75 percent entered before 1960. Duration of follow-up ranged from a few days to 58 years, with a median duration of 35 years. The total number of person-years accrued was 865,708. The median ages at entry and exit were 26 and 64 years, respectively. The cohort consisted predominantly of White men (81 percent) and White women (12 percent) (table 1).

### Exposure to formaldehyde

In jobs involving formaldehyde exposure, the median 8-hour time-weighted average formaldehyde intensity was 0.45 ppm (range, 0.01–4.25 ppm), and 16.6 percent of all jobs involved no exposure to formaldehyde. Average intensity was 2 ppm or higher for 2.6 percent of the jobs; for 14.3 percent of the jobs, peak exposures were 4 ppm or higher. Among exposed workers, median values for duration of jobs involving exposure to formaldehyde, average intensity of exposure, and cumulative exposure were 2 years (range, 0–46 years), 0.3 ppm (range, 0.01–4.25 ppm), and 0.6 ppm-years (range, 0.0–107.4 ppm-years), respectively. Of all workers in the cohort, 17.5 percent were never employed in jobs involving exposure to formaldehyde, 4.7 percent were ever employed in jobs in which average intensities were 2 ppm or higher, and 22.6 percent were ever employed in jobs involving peak exposures of 4 ppm or higher. Time-weighted average estimates were generally similar to or slightly higher than those from other reports on occupational exposures in the literature (33).

### Cancer mortality and exposure to formaldehyde

Compared with that for the US population, mortality from solid cancers was significantly decreased in nonexposed

**1120** Hauptmann et al.

TABLE 2. Numbers of observed deaths and standardized mortality ratios with 95% confidence intervals for selected cancers and other major causes of death among US workers nonexposed and exposed to formaldehyde, mortality follow-up through 1994

| Cause of death (ICD-8* code(s)) | Nonexposed | | | Exposed† | | |
|---|---|---|---|---|---|---|
| | Observed (no.) | SMR* | 95% CI* | Observed (no.) | SMR | 95% CI |
| All causes (001–999) | 1,991 | 0.85 | 0.81, 0.89 | 6,495 | 0.96 | 0.94, 0.98 |
| All cancer (140–209) | 376 | 0.76 | 0.69, 0.84 | 1,723 | 0.90 | 0.86, 0.95 |
| Solid cancer (140–199) | 341 | 0.78 | 0.70, 0.86 | 1,580 | 0.91 | 0.87, 0.96 |
| Benign/unspecified neoplasms (210–239) | 6 | 0.70 | 0.31, 1.55 | 21 | 1.14 | 0.74, 1.74 |
| Circulatory system (390–458) | 815 | 0.77 | 0.72, 0.83 | 3,030 | 0.88 | 0.85, 0.91 |
| Respiratory diseases (460–519) | 84 | 0.59 | 0.48, 0.73 | 460 | 0.82 | 0.75, 0.90 |
| Cancer | | | | | | |
| Buccal cavity (140–149) | 13 | 0.99 | 0.58, 1.71 | 49 | 1.01 | 0.77, 1.34 |
| Nasopharynx (147) | 2 | 1.56 | 0.39, 6.23 | 8 | 2.10 | 1.05, 4.21‡ |
| Digestive system (150–159) | 97 | 0.74 | 0.61, 0.91 | 420 | 0.89 | 0.80, 0.97 |
| Liver (155–156) | 8 | 0.75 | 0.38, 1.51 | 23 | 0.68 | 0.45, 1.03 |
| Pancreas (157) | 14 | 0.59 | 0.35, 0.99 | 79 | 0.83 | 0.67, 1.04 |
| Respiratory system (160–163) | 110 | 0.80 | 0.66, 0.96 | 668 | 0.97 | 0.90, 1.04 |
| Nose and nasal cavity (160) | 0 | 0.00 | 0.00, 2.01 | 3 | 1.19 | 0.38, 3.68 |
| Larynx (161) | 6 | 1.05 | 0.47, 2.35 | 23 | 0.95 | 0.63, 1.43 |
| Lung (162) | 103 | 0.79 | 0.65, 0.96 | 641 | 0.97 | 0.90, 1.05 |
| Bone (170) | 0 | 0.00 | 0.00, 0.66 | 7 | 1.57 | 0.75, 3.29 |
| Skin (172–173) | 5 | 0.48 | 0.20, 1.15 | 29 | 0.82 | 0.57, 1.18 |
| Breast (174) | 16 | 0.66 | 0.41, 1.08 | 19 | 0.59 | 0.38, 0.92 |
| Female genital (180–184) | 16 | 1.00 | 0.61, 1.63 | 14 | 0.74 | 0.44, 1.25 |
| Prostate (185) | 14 | 0.59 | 0.35, 0.99 | 131 | 0.90 | 0.75, 1.06 |
| Bladder (188) | 6 | 0.56 | 0.25, 1.25 | 31 | 0.68 | 0.48, 0.97 |
| Kidney (189) | 11 | 1.00 | 0.56, 1.81 | 37 | 0.81 | 0.58, 1.11 |
| Brain and central nervous system (191–192) | 19 | 1.09 | 0.70, 1.71 | 43 | 0.92 | 0.68, 1.23 |
| Person-years | 409,074 | | | 456,634 | | |

\* ICD-8, *International Classification of Diseases*, Eighth Revision; SMR, standardized mortality ratio; CI, confidence interval.

† Exposure status was calculated by using a 15-year lag interval.

‡ The exact 95% confidence interval is 0.91, 4.14.

(standardized mortality ratio (SMR) = 0.78) and exposed (SMR = 0.91) workers (table 2). Significant deficits occurred for cancers of the digestive system, pancreas, lung, bone, and prostate in the nonexposed and for cancers of the digestive system, breast, and bladder in the exposed. Excesses among exposed workers were observed for cancers of the nasopharynx, nose and nasal cavity, and bone. On the basis of the relative risks, no consistent evidence of increasing risks was found for mortality from all solid cancers combined with any measure of formaldehyde exposure (tables 3, 4, 5, and 6).

Extension of the follow-up (1980–1994) added 466 lung cancers to the 278 cases from the original follow-up (1960–1980). On the basis of the relative risks, there was no evidence of an association between formaldehyde exposure and lung cancer mortality (tables 3, 4, 5, and 6). We found no association between lung cancer mortality and average, peak, and cumulative formaldehyde exposure within subgroups of age, pay category, or exposure to formaldehyde-containing particulates (table 7) (data for peak and cumulative exposure not shown). To evaluate risk of lung cancer by cumulative exposure in more detail, we divided the highest exposure category into additional categories: 5.5–7.9, 8.0–11.9, 12.0–15.9, and ≥16.0 ppm-years. The respective relative risks for these categories, compared with those for workers exposed to low levels (>0–<1.5

TABLE 3.   Relative risks and numbers of deaths for selected cancers and other major causes of death by average intensity of exposure to formaldehyde, United States, mortality follow-up through 1994

| Cause of death (ICD-8* code(s)) | Average intensity of exposure (ppm)† | | | | | | | | p-trend‡ | p-trend§ |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | >0–<0.5¶ | | 0.5–<1.0 | | ≥1.0 | | | |
| | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | | |
| All causes (001–999) | 1.01 | 1,991 | 1.00 | 3,640 | 1.12** | 1,405 | 1.04 | 1,450 | 0.608 | 0.733 |
| All cancer (140–209) | 0.99 | 376 | 1.00 | 953 | 1.17** | 383 | 1.10 | 387 | 0.183 | 0.217 |
| Solid cancer (140–199) | 1.01 | 341 | 1.00 | 880 | 1.15** | 349 | 1.07 | 351 | 0.432 | 0.439 |
| Benign/unspecified neoplasms (210–239) | 0.43 | 6 | 1.00 | 12 | 0.72 | 3 | 1.31 | 6 | 0.052 | 0.075 |
| Circulatory system (390–458) | 0.99 | 815 | 1.00 | 1,709 | 1.13** | 670 | 0.98 | 651 | –0.156 | –0.101 |
| Respiratory diseases (460–519) | 0.92 | 84 | 1.00 | 260 | 1.11 | 102 | 0.96 | 98 | –0.908 | –0.814 |
| Cancer | | | | | | | | | | |
| Upper respiratory tract†† (142, 144, 145, 147, 160, 161) | 1.47 | 11 | 1.00 | 18 | 1.69 | 11 | 2.21** | 15 | 0.158 | 0.122 |
| Buccal cavity (140–149) | 2.42** | 13 | 1.00 | 18 | 2.41** | 16 | 1.89 | 15 | 0.791 | 0.504 |
| Salivary gland (142) | NA* | 0 | 1.00 | 0 | NA | 4 | NA | 0 | 0.592 | 0.641 |
| Nasopharynx‡‡ (147) | 1.00§§ | 2 | NA | 0 | 0.38 | 1 | 1.67 | 6 | 0.126 | 0.066 |
| Digestive system (150–159) | 0.92 | 97 | 1.00 | 257 | 0.93 | 82 | 0.84 | 81 | –0.215 | –0.237 |
| Liver (155–156) | 1.54 | 8 | 1.00 | 12 | 0.82 | 3 | 2.05 | 8 | 0.584 | 0.219 |
| Pancreas (157) | 0.76 | 14 | 1.00 | 48 | 0.72 | 12 | 1.05 | 19 | 0.998 | –0.889 |
| Respiratory system (160–163) | 1.03 | 110 | 1.00 | 362 | 1.14 | 146 | 1.16 | 160 | 0.873 | 0.726 |
| Nose and nasal cavity (160) | NA | 0 | 1.00 | 2 | 1.48 | 1 | NA | 0 | –0.802 | –0.562 |
| Larynx (161) | 1.09 | 6 | 1.00 | 11 | 1.00 | 4 | 2.02 | 8 | 0.284 | 0.263 |
| Lung (162) | 1.04 | 103 | 1.00 | 348 | 1.15 | 141 | 1.14 | 152 | 0.760 | 0.843 |
| Bone (170) | NA | 0 | 1.00 | 2 | 2.91 | 2 | 4.37 | 3 | 0.109 | 0.189 |
| Skin (172–173) | 0.29 | 5 | 1.00 | 15 | 1.63 | 8 | 1.31 | 6 | 0.328 | 0.673 |
| Breast (174) | 1.27 | 16 | 1.00 | 14 | 0.49 | 2 | 0.65 | 3 | –0.183 | –0.492 |
| Female genital (180–184) | 1.18 | 16 | 1.00 | 8 | 1.30 | 3 | 1.21 | 3 | 0.901 | 0.804 |
| Prostate (185) | 0.67 | 14 | 1.00 | 72 | 1.27 | 31 | 1.18 | 28 | 0.031 | 0.065 |
| Bladder (188) | 1.06 | 6 | 1.00 | 14 | 1.76 | 9 | 1.42 | 8 | 0.596 | 0.634 |
| Kidney (189) | 1.39 | 11 | 1.00 | 20 | 1.48 | 10 | 0.91 | 7 | 0.992 | 0.842 |
| Brain and central nervous system (191–192) | 1.84 | 19 | 1.00 | 23 | 1.07 | 9 | 1.19 | 11 | 0.819 | 0.631 |
| Person-years | 409,074 | | 279,992 | | 88,074 | | 88,568 | | | |

\* ICD-8, *International Classification of Diseases*, Eighth Revision; NA, not applicable (a relative risk estimate for this category of exposure was not available because there was no death in this category or in the reference category).

† Exposure was calculated by using a 15-year lag interval.

‡ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for nonexposed and exposed person-years; –, negative slope estimate.

§ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for exposed person-years only; –, negative slope estimate.

¶ Reference for all categories.

# Relative risk from Poisson regression analysis stratified by calendar year, age (both in 5-year intervals), sex, and race (Black/White) and adjusted for pay category (salary/wage).

** 95% confidence interval does not include 1.00.

†† Cancer of the salivary gland, floor of the mouth, other mouth, nasopharynx, nasal cavity, larynx.

‡‡ Cause of death corrected from cancer of the nasopharynx to that of the oropharynx for one death based on information from secondary sources other than death certificates (29).

§§ Reference for this site because of no cases in the low-exposure category.

*Am J Epidemiol*  2004;159:1117–1130

**TABLE 4.** Relative risks and numbers of deaths for selected cancers and other major causes of death by peak exposure to formaldehyde, United States, mortality follow-up through 1994

| Cause of death (ICD-8* code(s)) | Peak exposure (ppm)† | | | | | | | | p-trend‡ | p-trend§ |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | >0-<2.0¶ | | 2.0-<4.0 | | ≥4.0 | | | |
| | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | | |
| All causes (001–999) | 1.05 | 1,991 | 1.00 | 2,554 | 1.21** | 1,945 | 1.07** | 1,996 | 0.013 | 0.014 |
| All cancer (140–209) | 1.04 | 376 | 1.00 | 655 | 1.28** | 534 | 1.09 | 534 | 0.078 | 0.114 |
| Solid cancer (140–199) | 1.04 | 341 | 1.00 | 612 | 1.24** | 487 | 1.04 | 481 | 0.346 | 0.372 |
| Benign/unspecified neoplasms (210–239) | 0.61 | 6 | 1.00 | 6 | 1.47 | 6 | 2.22 | 9 | 0.043 | 0.143 |
| Circulatory system (390–458) | 1.04 | 815 | 1.00 | 1,191 | 1.21** | 918 | 1.04 | 921 | 0.202 | 0.251 |
| Respiratory diseases (460–519) | 0.92 | 84 | 1.00 | 188 | 1.05 | 132 | 0.98 | 140 | 0.776 | 0.864 |
| Cancer | | | | | | | | | | |
| Upper respiratory tract†† (142, 144, 145, 147, 160, 161) | 1.32 | 11 | 1.00 | 14 | 1.24 | 12 | 1.65 | 18 | 0.302 | 0.142 |
| Buccal cavity (140–149) | 2.08 | 13 | 1.00 | 15 | 1.07 | 11 | 1.83 | 23 | 0.433 | 0.072 |
| Salivary gland (142) | NA* | 0 | NA | 0 | 1.00‡‡ | 2 | 0.97 | 2 | 0.102 | 0.125 |
| Nasopharynx§§ (147) | 1.00‡‡ | 2 | NA | 0 | NA | 0 | 1.83 | 7 | 0.044 | <0.001 |
| Digestive system (150–159) | 0.95 | 97 | 1.00 | 178 | 0.92 | 102 | 1.05 | 140 | 0.626 | 0.485 |
| Liver (155–156) | 1.94 | 8 | 1.00 | 7 | 1.54 | 6 | 2.18 | 10 | 0.481 | 0.045 |
| Pancreas (157) | 0.78 | 14 | 1.00 | 33 | 0.93 | 20 | 1.00 | 26 | 0.710 | −0.920 |
| Respiratory system (160–163) | 1.06 | 110 | 1.00 | 249 | 1.43** | 236 | 0.93 | 183 | −0.813 | −0.572 |
| Nose and nasal cavity (160) | NA | 0 | 1.00 | 1 | 1.55 | 1 | 1.47 | 1 | 0.414 | 0.779 |
| Larynx (161) | 0.86 | 6 | 1.00 | 10 | 1.19 | 8 | 0.64 | 5 | −0.645 | −0.514 |
| Lung (162) | 1.08 | 103 | 1.00 | 237 | 1.45** | 227 | 0.94 | 177 | −0.874 | −0.669 |
| Bone (170) | NA | 0 | 1.00 | 2 | 0.70 | 1 | 2.55 | 4 | 0.063 | 0.256 |
| Skin (172–173) | 0.30 | 5 | 1.00 | 10 | 1.85 | 12 | 0.96 | 7 | 0.145 | 0.924 |
| Breast (174) | 1.28 | 16 | 1.00 | 12 | 0.52 | 4 | 1.00 | 3 | −0.282 | 0.865 |
| Female genital (180–184) | 1.32 | 16 | 1.00 | 6 | 1.29 | 5 | 1.89 | 3 | 0.687 | 0.296 |
| Prostate (185) | 0.73 | 14 | 1.00 | 47 | 1.61** | 42 | 1.14 | 42 | 0.170 | 0.568 |
| Bladder (188) | 1.18 | 6 | 1.00 | 9 | 1.63 | 10 | 1.74 | 12 | 0.247 | 0.304 |
| Kidney (189) | 1.34 | 11 | 1.00 | 15 | 1.23 | 12 | 0.89 | 10 | −0.585 | −0.791 |
| Brain and central nervous system (191–192) | 1.64 | 19 | 1.00 | 18 | 1.06 | 14 | 0.74 | 11 | −0.162 | −0.405 |
| Person-years | 409,074 | | 209,815 | | 121,729 | | 125,090 | | | |

* ICD-8, *International Classification of Diseases*, Eighth Revision; NA, not applicable (a relative risk estimate for this category of exposure was not available because there was no death in this category or in the reference category).

† Exposure was calculated by using a 15-year lag interval.

‡ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for nonexposed and exposed person-years; −, negative slope estimate.

§ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for exposed person-years only; −, negative slope estimate.

¶ Reference for all categories.

# Relative risk from Poisson regression analysis stratified by calendar year, age (both in 5-year intervals), sex, and race (Black/White) and adjusted for pay category (salary/wage).

** 95% confidence interval does not include 1.00.

†† Cancer of the salivary gland, floor of the mouth, other mouth, nasopharynx, nasal cavity, larynx.

‡‡ Reference for this site because of no cases in the low-exposure category.

§§ Cause of death corrected from cancer of the nasopharynx to that of the oropharynx for one death based on information from secondary sources other than death certificates (29).

ppm-year), were 0.91, 0.99, 0.84, and 0.64. Similarly, dividing the highest exposure category for exposure intensity—1.0–1.4, 1.5–1.9, 2.0–2.4, and ≥2.5 ppm—resulted in relative risks of 1.26, 0.86, 1.42, and 0.77, respectively, compared with >0-<0.5 ppm. These results were similar when the analysis was restricted to wage workers only. No

TABLE 5.  Relative risks and numbers of deaths for selected cancers and other major causes of death by cumulative exposure to formaldehyde, United States, mortality follow-up through 1994

| Cause of death (ICD-8* code(s)) | Cumulative exposure (ppm-year)† | | | | | | | | p-trend‡ | p-trend§ |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | >0–<1.5¶ | | 1.5–<5.5 | | ≥5.5 | | | |
| | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | | |
| All causes (001–999) | 0.97 | 1,991 | 1.00 | 3,951 | 0.96 | 1,324 | 1.03 | 1,220 | −0.574 | −0.271 |
| All cancer (140–209) | 0.94 | 376 | 1.00 | 1,038 | 0.95 | 352 | 1.02 | 333 | 0.942 | −0.865 |
| Solid cancer (140–199) | 0.97 | 341 | 1.00 | 950 | 0.97 | 328 | 1.01 | 302 | −0.852 | −0.725 |
| Benign/unspecified neoplasms (210–239) | 0.40 | 6 | 1.00 | 13 | 0.63 | 3 | 1.22 | 5 | 0.808 | 0.967 |
| Circulatory system (390–458) | 0.97 | 815 | 1.00 | 1,804 | 0.98 | 640 | 1.05 | 586 | −0.496 | −0.335 |
| Respiratory diseases (460–519) | 0.89 | 84 | 1.00 | 267 | 0.93 | 96 | 0.99 | 97 | −0.631 | −0.454 |
| Cancer | | | | | | | | | | |
| Upper respiratory tract** (142, 144, 145, 147, 160, 161) | 1.24 | 11 | 1.00 | 23 | 1.92 | 15 | 0.86 | 6 | 0.744 | 0.765 |
| Buccal cavity (140–149) | 1.98 | 13 | 1.00 | 25 | 1.59 | 12 | 1.74 | 12 | 0.422 | 0.365 |
| Salivary gland (142) | NA* | 0 | 1.00 | 1 | 3.10 | 1 | 5.98 | 2 | 0.448 | 0.473 |
| Nasopharynx†† (147) | 2.40 | 2 | 1.00 | 3 | 1.19 | 1 | 4.14 | 3 | 0.029 | 0.025 |
| Digestive system (150–159) | 0.95 | 97 | 1.00 | 250 | 0.92 | 84 | 1.08 | 86 | −0.454 | −0.457 |
| Liver (155–156) | 1.43 | 8 | 1.00 | 13 | 1.04 | 5 | 1.23 | 5 | −0.664 | −0.812 |
| Pancreas (157) | 0.70 | 14 | 1.00 | 53 | 0.67 | 13 | 0.74 | 13 | −0.111 | −0.073 |
| Respiratory system (160–163) | 0.93 | 110 | 1.00 | 422 | 0.92 | 136 | 0.82 | 110 | −0.099 | −0.076 |
| Nose and nasal cavity (160) | NA | 0 | 1.00 | 2 | 1.32 | 1 | NA | 0 | −0.855 | −0.715 |
| Larynx (161) | 0.97 | 6 | 1.00 | 13 | 1.81 | 9 | 0.23 | 1 | −0.043 | −0.027 |
| Lung (162) | 0.93 | 103 | 1.00 | 407 | 0.88 | 125 | 0.84 | 109 | −0.165 | −0.138 |
| Bone (170) | NA | 0 | 1.00 | 3 | 1.91 | 2 | 2.53 | 2 | 0.024 | 0.032 |
| Skin (172–173) | 0.21 | 5 | 1.00 | 20 | 0.41 | 3 | 1.07 | 6 | 0.926 | −0.808 |
| Breast (174) | 1.45 | 16 | 1.00 | 14 | 0.90 | 4 | 0.81 | 1 | 0.892 | 0.616 |
| Female genital (180–184) | 1.33 | 16 | 1.00 | 8 | 1.80 | 4 | 2.67 | 2 | 0.511 | 0.601 |
| Prostate (185) | 0.65 | 14 | 1.00 | 66 | 0.87 | 26 | 1.31 | 39 | 0.096 | 0.146 |
| Bladder (188) | 1.18 | 6 | 1.00 | 13 | 1.98 | 10 | 1.73 | 8 | −0.922 | −0.846 |
| Kidney (189) | 1.38 | 11 | 1.00 | 22 | 1.39 | 10 | 0.81 | 5 | −0.954 | −0.913 |
| Brain and central nervous system (191–192) | 1.71 | 19 | 1.00 | 27 | 1.02 | 9 | 0.86 | 7 | −0.964 | 0.886 |
| Person-years | 409,074 | | 319,418 | | 82,630 | | 54,586 | | | |

* ICD-8, *International Classification of Diseases*, Eighth Revision; NA, not applicable (a relative risk estimate for this category of exposure was not available because there was no death in this category or in the reference category).

† Exposure was calculated by using a 15-year lag interval.

‡ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for nonexposed and exposed person-years; −, negative slope estimate.

§ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for exposed person-years only; −, negative slope estimate.

¶ Reference for all categories.

# Relative risk from Poisson regression analysis stratified by calendar year, age (both in 5-year intervals), sex, and race (Black/White) and adjusted for pay category (salary/wage). The 95% confidence intervals for the estimated relative risks shown all included 1.00.

** Cancer of the salivary gland, floor of the mouth, other mouth, nasopharynx, nasal cavity, larynx.

†† Cause of death corrected from cancer of the nasopharynx to that of the oropharynx for one death based on information from secondary sources other than death certificates (29).

association with formaldehyde exposure was observed for pneumonia, emphysema, and all benign diseases of the respiratory system.

Sites of direct contact with formaldehyde upon inhalation include the nasopharynx, mouth, salivary gland, nasal cavity, and larynx. Cancers at these sites as a group (denoted here as upper respiratory tract) exhibited increasing relative risks with increasing average intensity and peak exposure but not with cumulative exposure and duration of exposure. Relative risks for an average exposure intensity of 0.5–<1.0

1124  Hauptmann et al.

**TABLE 6.** Relative risks and numbers of deaths for selected cancers and other major causes of death by duration of exposure to formaldehyde, United States, mortality follow-up through 1994

| Cause of death (ICD-8* code(s)) | Duration of exposure (years)† | | | | | | | | p-trend‡ | p-trend§ |
| | 0 | | >0–<5¶ | | 5–<15 | | ≥15 | | | |
| | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | Relative risk# | No. of deaths | | |
|---|---|---|---|---|---|---|---|---|---|---|
| All causes (001–999) | 0.96 | 1,991 | 1.00 | 4,007 | 0.95 | 1,391 | 0.94 | 1,097 | −0.209 | −0.010 |
| All cancer (140–209) | 0.92 | 376 | 1.00 | 1,046 | 0.95 | 372 | 0.92 | 305 | −0.295 | −0.092 |
| Solid cancer (140–199) | 0.94 | 341 | 1.00 | 961 | 0.94 | 340 | 0.92 | 279 | −0.296 | −0.135 |
| Benign/unspecified neoplasms (210–239) | 0.43 | 6 | 1.00 | 13 | 1.42 | 6 | 0.40 | 2 | 0.978 | 0.575 |
| Circulatory system (390–458) | 0.97 | 815 | 1.00 | 1,807 | 0.97 | 676 | 1.01 | 547 | 0.645 | −0.809 |
| Respiratory diseases (460–519) | 0.90 | 84 | 1.00 | 263 | 1.03 | 101 | 0.91 | 96 | −0.799 | −0.385 |
| Cancer | | | | | | | | | | |
| Upper respiratory tract** (142, 144, 145, 147, 160, 161) | 0.96 | 11 | 1.00 | 29 | 1.00 | 11 | 0.46 | 4 | −0.206 | −0.159 |
| Buccal cavity (140–149) | 1.87 | 13 | 1.00 | 27 | 1.74 | 16 | 0.95 | 6 | 0.850 | 0.589 |
| Salivary gland (142) | NA* | 0 | 1.00 | 1 | 3.29 | 1 | 5.42 | 2 | 0.213 | 0.243 |
| Nasopharynx†† (147) | 1.77 | 2 | 1.00 | 4 | 0.83 | 1 | 4.18 | 2 | 0.206 | 0.147 |
| Digestive system (150–159) | 0.96 | 97 | 1.00 | 247 | 0.98 | 93 | 1.03 | 80 | 0.832 | 0.848 |
| Liver (155–156) | 1.32 | 8 | 1.00 | 14 | 0.95 | 5 | 0.87 | 4 | −0.566 | −0.618 |
| Pancreas (157) | 0.70 | 14 | 1.00 | 52 | 0.69 | 14 | 0.76 | 13 | −0.207 | −0.082 |
| Respiratory system (160–163) | 0.88 | 110 | 1.00 | 434 | 0.79‡‡ | 129 | 0.77‡‡ | 105 | −0.017 | −0.008 |
| Nose and nasal cavity (160) | NA | 0 | 1.00 | 2 | 1.08 | 1 | NA | 0 | −0.477 | −0.250 |
| Larynx (161) | 0.65 | 6 | 1.00 | 18 | 0.62 | 5 | NA | 0 | −0.008 | −0.002 |
| Lung (162) | 0.90 | 103 | 1.00 | 414 | 0.80‡‡ | 123 | 0.80 | 104 | −0.045 | −0.028 |
| Bone (170) | NA | 0 | 1.00 | 4 | 1.13 | 2 | 1.27 | 1 | 0.420 | 0.727 |
| Skin (172–173) | 0.25 | 5 | 1.00 | 17 | 0.85 | 5 | 1.47 | 7 | 0.259 | 0.719 |
| Breast (174) | 1.44 | 16 | 1.00 | 15 | 0.55 | 2 | 2.03 | 2 | 0.898 | 0.658 |
| Female genital (180–184) | 1.11 | 16 | 1.00 | 10 | 0.83 | 2 | 2.14 | 2 | −0.942 | 0.779 |
| Prostate (185) | 0.68 | 14 | 1.00 | 60 | 1.31 | 37 | 0.98 | 34 | 0.486 | 0.877 |
| Bladder (188) | 0.96 | 6 | 1.00 | 16 | 1.35 | 9 | 1.02 | 6 | 0.533 | 0.769 |
| Kidney (189) | 1.29 | 11 | 1.00 | 23 | 0.77 | 6 | 1.40 | 8 | −0.789 | −0.716 |
| Brain and central nervous system (191–192) | 1.68 | 19 | 1.00 | 28 | 1.08 | 10 | 0.61 | 5 | −0.184 | −0.368 |
| Person-years | 409,074 | | 324,912 | | 90,046 | | 41,676 | | | |

\* ICD-8, *International Classification of Diseases, Eighth Revision*; NA, not applicable (a relative risk estimate for this category of exposure was not available because there was no death in this category or in the reference category).

† Exposure was calculated by using a 15-year lag interval.

‡ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for nonexposed and exposed person-years; −, negative slope estimate.

§ Likelihood ratio test (1 df) of zero slope for continuous formaldehyde exposure for exposed person-years only; −, negative slope estimate.

¶ Reference for all categories.

# Relative risk from Poisson regression analysis stratified by calendar year, age (both in 5-year intervals), sex, and race (Black/White) and adjusted for pay category (salary/wage).

\*\* Cancer of the salivary gland, floor of the mouth, other mouth, nasopharynx, nasal cavity, larynx.

†† Cause of death corrected from cancer of the nasopharynx to that of the oropharynx for one death based on information from secondary sources other than death certificates (29).

‡‡ 95% confidence interval does not include 1.00.

and ≥1.0 versus >0–<0.5 ppm were 1.69 (95 percent confidence interval (CI): 0.80, 3.59) and 2.21 (95 percent CI: 1.10, 4.44), respectively, with a nonsignificant trend for exposed workers (p = 0.122) (table 3). Nine deaths from

nasopharyngeal cancer occurred, seven among exposed and two among nonexposed workers. Four exposed cases had cumulative exposures of <5.5 ppm-years, while the other three exposed cases had cumulative exposures of 12.5, 21.7,

and 52.3 ppm-years. All exposed cases had maximum peak exposures of ≥4.0 ppm. Three deaths were added with the extended follow-up (2.5 expected), with two deaths added to the highest cumulative exposure category. Nasopharyngeal cancer mortality was elevated compared with that in the general population (SMR = 1.56 for nonexposed, SMR = 2.10 for exposed; table 2). Among the exposed, the relative risk increased with all exposure measures except duration of exposure and was two- to fourfold for workers exposed to the highest levels of formaldehyde (tables 3, 4, 5, and 6). Specifically, relative risks for 1.5–<5.5 and ≥5.5 versus >0–<1.5 ppm-years of cumulative exposure were 1.19 (95 percent CI: 0.12, 11.50) and 4.14 (95 percent CI: 0.83, 20.70), respectively, with a significant trend for exposed workers ($p = 0.025$). Three workers died from cancer of the nose or the nasal cavity. All three were exposed to formaldehyde, with cumulative exposures and peak exposures of 5.35, 0.09, and 0.13 ppm-years and ≥4.0, ≥4.0, and >0–<2.0 ppm. The standardized mortality ratio for exposed subjects was slightly elevated (SMR = 1.19; table 2), and relative risks compared with those for subjects exposed to low levels were increased for subjects exposed to higher levels of formaldehyde, even though the 95 percent confidence interval included 1.0 (tables 3, 4, 5, and 6). For salivary gland cancer (four deaths), relative risks were threefold and five- to sixfold higher for the medium- and high-exposure categories of cumulative exposure and duration of exposure, respectively, compared with low exposure. However, the confidence intervals were wide, and no association was seen for peak exposure and average intensity (tables 3, 4, 5, and 6).

Other cancer sites of a priori interest were the pancreas, prostate, and brain. Mortality from cancer of the pancreas was not associated with any of our measures of formaldehyde exposure in the total cohort (tables 3, 4, 5, and 6). Relative risks increased with average exposure intensity only for the subgroup of older subjects (aged ≥65 years), but the trend was not statistically significant (table 7). For prostate cancer, a significantly elevated relative risk of 1.61 (95 percent CI: 1.04, 2.47) occurred for workers with peak formaldehyde exposure of 2.0–<4.0 ppm (42 deaths), but the trend with peak exposure was not statistically significant (table 4). Relative risks for categories of average exposure intensity were slightly elevated, and the trend was borderline significant ($p = 0.065$) for exposed subjects (table 3) and significant or borderline significant for the subgroups of White workers ($p = 0.053$), older workers (aged ≥65 years, $p = 0.086$), wage workers ($p = 0.067$), and workers never exposed to formaldehyde-containing particulates ($p = 0.021$) (table 7). No association was observed for mortality from malignant brain tumors (62 deaths) (tables 3, 4, 5, and 6).

Some associations were observed for cancers not of a priori interest. There were seven deaths from bone cancer among exposed workers (SMR = 1.57 among exposed) and none among nonexposed workers (2.9 expected). Relative risks increased with exposure, particularly for cumulative exposure. The relative risks for workers exposed for 1.5–<5.5 and ≥5.5 ppm-years were 1.91 (95 percent CI: 0.31, 11.64) and 2.53 (95 percent CI: 0.40, 16.03), respectively, compared with workers exposed to low levels (>0–<1.5 ppm-years) of formaldehyde, with a significant trend for

exposed workers ($p = 0.032$) (table 5). For liver cancer (31 deaths), we found an association with peak exposure. When we compared workers exposed to peak levels of 2.0–<4.0 ppm and ≥4.0 ppm with workers exposed to low peak levels of formaldehyde (>0–<2.0 ppm), the relative risks were 1.54 (95 percent CI: 0.50, 4.73) and 2.18 (95 percent CI: 0.80, 5.99), respectively, with a significant trend for exposed workers ($p = 0.045$) (table 4). However, no association was observed for other exposure measures (tables 3, 5, and 6).

## Exposure to substances other than formaldehyde

Forty-seven percent of the subjects were ever occupationally exposed to at least one of the following substances: antioxidants (22 percent), asbestos (14 percent), carbon black (11 percent), dyes and pigments (16 percent), hexamethylenetetramine (15 percent), melamine (28 percent), phenol (14 percent), plasticizers (20 percent), urea (27 percent), wood dust (10 percent), and benzene (2 percent). Relative risks for various cancers and formaldehyde exposure categories did not change substantially when adjusted for duration of exposure to these substances, except for nasopharyngeal cancer and melamine exposure. For that site, relative risks for the highest exposure categories of peak and average intensity of formaldehyde exposure declined when the analysis was adjusted for melamine exposure (data not shown). However, relative risks were still elevated for cumulative exposure and duration of exposure after adjustment for melamine exposure, and trend tests remained significant for peak ($p < 0.001$), average ($p = 0.021$), and cumulative ($p = 0.006$) exposure. We repeated the analyses for all cancers of interest by excluding the 586 subjects exposed to benzene and found no substantial differences. Only 8 percent of all workers were employed as chemists or laboratory technicians, and only 2 percent worked in such jobs for 5 or more years. Adjusting for duration of working as a chemist or laboratory technician did not substantially change the observed associations.

## DISCUSSION

When the follow-up was extended, we found no evidence that lung cancer is associated with formaldehyde exposure. This finding is consistent with results based on the initial follow-up (5, 28, 34), where workers exposed to formaldehyde had slight excesses of mortality from lung cancer, but these excesses were not consistently related to duration of or average, cumulative, or peak formaldehyde exposure levels. Other investigators reanalyzed our original data from the initial follow-up and interpreted elevated risks for exposed subjects compared with nonexposed subjects as evidence for a causal relation (35–37), or they found an association between lung cancer mortality and cumulative exposure to formaldehyde only in the presence of several coexposures (38).

Risk estimates for lung cancer from formaldehyde exposure could have been confounded by other occupational exposures and smoking. Confounding from exposure to 11 other substances is less likely since there was no evidence of an association between lung cancer mortality and these

**1126**  Hauptmann et al.

TABLE 7. Effect modification of average formaldehyde intensity for selected cancer sites, United States, mortality follow-up through 1994

| Effect modifier | Average intensity* | | | | | | | | p-trend† | p-heterogeneity‡ |
| | 0 | | >0–<0.5§ | | 0.5–<1 | | ≥1 | | | |
| | Relative risk¶ | No. of deaths | Relative risk¶ | No. of deaths | Relative risk¶ | No. of deaths | Relative risk¶ | No. of deaths | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *Pancreas (157#)* | | | | | | |
| Age (years) | | | | | | | | | | |
| <50 | 0.89 | 3 | 1.00 | 3 | 0.94 | 1 | 0.96 | 1 | –0.729 | |
| ≥50–<65 | 0.66 | 6 | 1.00 | 24 | 0.12 | 1 | 0.67 | 6 | –0.214 | |
| ≥65 | 0.85 | 5 | 1.00 | 21 | 1.38 | 10 | 1.49 | 12 | 0.423 | 0.315 |
| Pay category | | | | | | | | | | |
| Wage | 0.78 | 10 | 1.00 | 38 | 0.63 | 9 | 1.11 | 19 | 0.975 | |
| Salary | 0.33 | 2 | 1.00 | 9 | 1.17 | 3 | NA†† | 0 | –0.411 | 0.416 |
| Exposure to formaldehyde-containing particulates | | | | | | | | | | |
| Never | 0.72 | 14 | 1.00 | 20 | 0.64 | 4 | 1.34 | 5 | 0.301 | |
| Ever | NA | 0 | 1.00 | 28 | 0.78 | 8 | 1.02 | 14 | –0.320 | 0.149 |
| | | | | *Lung (162#)* | | | | | | |
| Age (years) | | | | | | | | | | |
| <50 | 1.17 | 14 | 1.00 | 22 | 1.64 | 11 | 0.76 | 5 | –0.516 | |
| ≥50–<65 | 0.91 | 51 | 1.00 | 173 | 1.12 | 69 | 0.95 | 64 | –0.296 | |
| ≥65 | 1.16 | 38 | 1.00 | 153 | 1.12 | 61 | 1.39** | 83 | 0.148 | 0.164 |
| Pay category | | | | | | | | | | |
| Wage | 1.02 | 67 | 1.00 | 293 | 1.12 | 125 | 1.12 | 145 | 0.978 | |
| Salary | 0.99 | 28 | 1.00 | 44 | 1.19 | 15 | 1.62 | 7 | 0.352 | 0.362 |
| Exposure to formaldehyde-containing particulates | | | | | | | | | | |
| Never | 0.91 | 98 | 1.00 | 145 | 1.16 | 55 | 0.81 | 22 | –0.262 | |
| Ever | 1.17 | 5 | 1.00 | 203 | 1.15 | 86 | 1.30** | 130 | 0.218 | 0.101 |

**Table continues**

exposures, and adjusting the analysis for duration of exposure to these 11 substances did not change the results. We lacked information on tobacco use for most of the cohort, but evidence suggests that smoking is not a confounder since there was no consistent excess or deficit for other tobacco-related diseases, for example, bladder cancer, emphysema, and ischemic heart disease. Information on smoking habits obtained from medical records for a small sample of workers from two plants (63 subjects with cancer and 316 age-matched controls) revealed no major differences in smoking prevalence by level of cumulative formaldehyde exposure (28). Pay category, which correlates with socioeconomic status and smoking prevalence, was included as an adjustment factor in the analysis. Our null finding for formaldehyde exposure and lung cancer is consistent with several recent studies (26, 39–41), although other studies of industrial populations have suggested increased lung cancer mortality (16–18).

The factor plant was taken into account in our analysis. We directly addressed potential confounding by plant-related factors by adjusting for 11 potentially confounding

substances. Directly adjusting for plant may result in overadjustment. However, to address the potential effect of unmeasured confounders associated with plant, we performed analyses adjusted for plant. Although some of these analyses were based on small numbers, and, as a consequence, estimates had large variances, associations observed for cancers of the upper respiratory tract, nasopharynx, salivary gland, nose or nasal cavity, and bone remained after we adjusted for plant. In the adjusted analysis, no clear association was seen for cancers of the pancreas, brain, lung, or prostate.

Inhaled formaldehyde is deposited almost entirely in the upper respiratory tract of rats (42) and is rapidly incorporated into DNA, RNA, and proteins (43). Therefore, the upper respiratory tract is the site of direct exposure for inhaled formaldehyde. Despite the small numbers of deaths from cancers of the upper respiratory tract, the positive association for this site as a group with average intensity and peak exposure in our analysis is consistent with the carcinogenicity of formaldehyde at the site of first contact. Several epidemiologic (7–12, 14, 24, 44) and animal (3, 4) studies support these results for specific sites in the upper respira-

TABLE 7.   Continued

| Effect modifier | Average intensity* | | | | | | | | p-trend† | p-heterogeneity‡ |
|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | | >0–<0.5§ | | 0.5–<1 | | ≥1 | | | |
| | Relative risk¶ | No. of deaths | Relative risk¶ | No. of deaths | Relative risk¶ | No. of deaths | Relative risk¶ | No. of deaths | | |
| *Prostate (185#)* | | | | | | | | | | |
| Race | | | | | | | | | | |
| White | 0.80 | 13 | 1.00 | 61 | 1.24 | 26 | 1.24 | 26 | 0.053 | |
| Black | 0.04 | 1 | 1.00 | 11 | 1.41 | 5 | 0.69 | 2 | −0.861 | 0.541 |
| Age (years) | | | | | | | | | | |
| <50 | 0.11 | 1 | 1.00 | 1 | NA | 0 | NA | 0 | −0.366 | |
| ≥50–<65 | 1.19 | 3 | 1.00 | 9 | 0.70 | 2 | 1.32 | 4 | 0.389 | |
| ≥65 | 0.62 | 10 | 1.00 | 62 | 1.36 | 29 | 1.18 | 24 | 0.086 | 0.580 |
| Pay category | | | | | | | | | | |
| Wage | 0.61 | 7 | 1.00 | 52 | 1.31 | 26 | 1.17 | 26 | 0.067 | |
| Salary | 0.69 | 6 | 1.00 | 16 | 1.07 | 5 | 1.51 | 2 | 0.697 | 0.975 |
| Exposure to formaldehyde-containing particulates | | | | | | | | | | |
| Never | 0.72 | 13 | 1.00 | 24 | 1.35 | 9 | 1.51 | 6 | 0.021 | |
| Ever | 0.54 | 1 | 1.00 | 48 | 1.22 | 22 | 1.09 | 22 | 0.616 | 0.133 |
| *Brain and central nervous system (191–192#)* | | | | | | | | | | |
| Age (years) | | | | | | | | | | |
| <50 | 0.53 | 8 | 1.00 | 3 | 1.93 | 2 | 2.54 | 3 | 0.717 | |
| ≥50–<65 | 4.84 | 9 | 1.00 | 10 | 1.35 | 5 | 0.99 | 4 | 0.935 | |
| ≥65 | 1.23 | 2 | 1.00 | 10 | 0.54 | 2 | 0.93 | 4 | 0.659 | 0.950 |
| Pay category | | | | | | | | | | |
| Wage | 2.00 | 15 | 1.00 | 19 | 1.26 | 9 | 1.31 | 11 | 0.621 | |
| Salary | 1.23 | 4 | 1.00 | 4 | NA | 0 | NA | 0 | −0.956 | 0.896 |
| Exposure to formaldehyde-containing particulates | | | | | | | | | | |
| Never | 2.02 | 18 | 1.00 | 7 | 0.86 | 2 | 1.52 | 2 | 0.229 | |
| Ever | 9.80** | 1 | 1.00 | 16 | 1.14 | 7 | 1.07 | 9 | −0.828 | 0.267 |

* Exposure was calculated by using a 15-year lag interval.
† Likelihood ratio test of zero slope for continuous formaldehyde intensity for exposed person-years only; −, negative slope estimate.
‡ Likelihood ratio test of heterogeneity of relative risks for intensity between levels of the effect modifier.
§ Reference for all categories.
¶ Relative risk from Poisson regression analysis stratified by calendar year, age (both in 5-year intervals), sex, and race (Black/White) and adjusted for pay category (salary/wage).
# *International Classification of Diseases*, Eighth Revision code(s).
** 95% confidence interval does not include 1.00.
†† NA, not applicable (a relative risk estimate for this category of exposure was not available because there was no death in this category or in the reference category).

tory tract, while other studies (16, 20, 26, 39, 45–47) provide little support.

Some cohort studies (10), including ours, and some case-control studies (9, 11–14) reported a positive association between formaldehyde exposure and nasopharyngeal cancer, whereas others (16, 20, 26, 39, 45–47) did not. One study found a positive association for hypopharyngeal cancer (48). The excess for nasopharyngeal cancer reported previously in this cohort persisted, although only three additional deaths occurred in the extended follow-up. We observed exposure-response patterns for nasopharyngeal cancer for average, cumulative, and peak exposure to formaldehyde. Because five of the nine deaths from nasopharyngeal cancer occurred at one plant (plant 1; table 1), we performed analyses adjusted for plant and found increasing relative risks with increasing exposure categories for all four exposure metrics. Specifically, adjusted relative risks for the categories shown in tables 3, 4, 5, and 6 were, respectively, 1.00, (not applicable), (not applicable), and 9.07 for peak exposure (p-trend among exposed = 0.008); 1.00, (not applicable), 8.51, and 23.54 for average intensity (p-trend among exposed = 0.404); 2.18, 1.00, 1.34, and 5.32 for cumulative exposure

(*p*-trend among exposed = 0.007); and 1.76, 1.00, 1.21, and 8.59 for duration of exposure (*p*-trend among exposed = 0.043). These results are consistent with increasing standardized mortality ratios with increasing cumulative exposure and duration of exposure to formaldehyde found in an independent investigation of workers at this plant (including all workers hired between 1941 and 1984 and followed through 1998) (49).

Of the nine workers who died from nasopharyngeal cancer, two were not exposed to formaldehyde and were never exposed to particulates, whereas seven workers were exposed to formaldehyde and to particulates. This complete colinearity of exposure to formaldehyde and particulates prevented us from evaluating formaldehyde exposure separately for those workers exposed and not exposed to particulates. However, nasopharyngeal cancer risk increased with formaldehyde exposure for those exposed to particulates, and formaldehyde intensities and peak exposures ranged from low to high in the jobs involving and not involving particulate exposure held by the nine workers who died from nasopharyngeal cancer. This finding provides evidence that the association seen for formaldehyde may not be entirely due to particulates.

Workers could contribute person-time and deaths to high peak exposure categories based on infrequent peaks because peaks may have occurred in jobs of short duration or occurred less often than daily or weekly, or both. We created several alternative maximum peak exposure metrics, ignoring peaks in jobs of short duration (<6 or <12 months) or rare peaks (less often than daily or weekly), and found two- to sevenfold increased risks for nasopharyngeal cancer in the highest peak exposure category (≥4.0 ppm) compared with the nonexposed category.

Wood dust is a potential confounder for formaldehyde exposure and nasal and nasopharyngeal cancer (2, 47, 50); however, none of our nasal and nasopharyngeal cancer cases had been identified as being exposed to wood dust. For nasopharyngeal cancer, some confounding was observed by duration of exposure to melamine. Exposure to melamine occurred at six plants, mainly in the manufacture of synthetic resins with formaldehyde. Although exposure to high doses of melamine produced urinary bladder and ureteral carcinomas in rats, there is inadequate evidence for the carcinogenicity of melamine in humans (51). Therefore, the observed association between melamine exposure and nasopharyngeal cancer and subsequent confounding of the formaldehyde-nasopharyngeal cancer association may be spurious. No information was available on the presence of antibodies to Epstein-Barr virus, another major risk factor for nasopharyngeal cancer (52).

Inhaled formaldehyde causes nasal cavity tumors in mice (3), and some epidemiologic studies have reported a positive association between formaldehyde exposure and cancer of the nasal cavity (44, 53, 54). A meta-analysis found an increased risk in 11 case-control studies but not in nine cohort studies of industrial workers (39), although many of the studies that did not show an association had generally low power because of small numbers of cases, uncertainties in the exposure assessment, or both. The association for cancer of the nasal cavity found in the current analysis is

consistent with an effect, but the number of deaths was too limited to enable a firm conclusion.

In a cohort of workers exposed to formaldehyde in the garment industry, Stayner et al. (55) found a significant excess of cancer of the buccal cavity (3 observed, 0.4 expected), with the three observed deaths attributed to cancer of the parotid gland, which is part of the salivary gland. Although our numbers were also small regarding cancer of the salivary gland (four deaths), we did see increasing relative risks with categories of cumulative exposure and duration of exposure. This finding is consistent with recent data from a death-certificate-based case-control study including 2,405 salivary gland cancer deaths and showing an increased risk with occupational exposure to formaldehyde (56).

Our finding of no association between formaldehyde exposure and pancreatic cancer is consistent with a recent review and meta-analysis of 14 studies; no elevated risk was found for industrial workers, although a slightly elevated risk was found for embalmers, pathologists, and anatomists (19).

The association between formaldehyde exposure and prostate cancer has been mixed, with weakly positive associations (10, 15), no associations (16, 20, 21), and protective effects (24, 45) reported. In the initial report on this cohort (5), a slight excess was confined largely to salaried workers, suggesting that the association was due to socioeconomic factors rather than occupational exposures. The moderate positive association between formaldehyde exposure and prostate cancer observed in the current analysis, especially for wage workers and older workers, is suggestive, but the absence of a clear exposure-response gradient and internal inconsistencies among wage and salaried workers do not provide much evidence for a causal relation.

Most studies of embalmers or pathologists have reported nonsignificantly elevated standardized mortality ratios for brain cancer (10, 15, 20–22). One study of anatomists found significantly elevated standardized mortality ratios that increased with duration of membership in the anatomists' association (23). For industrial workers, no association (6, 16, 26, 45, 46) or small excesses (24) have been reported. The previous analysis of this cohort (5) found no link between brain cancer and formaldehyde exposure, and we found no association after the extended follow-up.

The excess mortality from bone cancer is interesting, but, to our knowledge, this site has not been linked with formaldehyde exposure in previous experimental or epidemiologic investigations. Interpretation of the finding is problematic because of the small number of deaths (*n* = 7) and because the bone is a common site of metastases. However, the size of the relative risk and occurrence among only the exposed suggest that further consideration is warranted. As far as we know, liver cancer has not been linked to formaldehyde exposure, and the observed association may be a chance finding.

Our study has limitations. Extension of mortality follow-up from 1980 through 1994 utilized only the National Death Index Plus to determine vital status. Subjects not identified as deceased by this source were assumed to be alive. Although the National Death Index Plus is quite complete, it

is possible that there was some underascertainment of deaths. However, it is unlikely that this factor would bias relative risk estimates because missing deaths are unlikely to be related to formaldehyde exposure. Exposure misclassification is always a concern in epidemiologic investigations. The detailed quantitative assessment of time-weighted average exposure intensity in this study used monitoring data provided by the companies, monitoring in each plant by study investigators (33), visits to the plants by study industrial hygienists, and discussions with plant managers and long-time workers (30). Therefore, this process should minimize misclassification for average and cumulative exposure and duration of exposure. Assessment of peak exposure could have been more susceptible to misclassification since peak levels were estimated from job tasks and the time-weighted average exposure. However, since any misclassification of formaldehyde exposure most likely was nondifferential, the potential effect would be an attenuation of risk estimates. Therefore, exposure misclassification could explain a lack of association, but the exposure assessment procedure was sufficient to yield an exposure-response relation with nasopharyngeal cancer and leukemia (27), lending support to the null findings for lung cancer and other a priori sites.

The study also has a number of strengths. Follow-up was as long as 60 years, and there was extensive information on formaldehyde exposure. The long follow-up yielded 8,486 deaths, which provided adequate power to detect relatively small effects for common cancer sites. We had at least 80 percent power to detect a 1.3-fold lung cancer relative risk for workers exposed to high versus low levels of formaldehyde for cumulative exposure, peak exposure, and average intensity. We were able to assess formaldehyde exposure according to several measures that characterize different aspects of exposure, thereby diminishing the chances that a true association was missed because an inappropriate exposure metric was chosen. Biases from exposure misclassification, confounding, or other factors may have influenced results for one exposure measure but are less likely to have affected all measures equally (57), thus allowing for a more robust interpretation of the data. We were able to control for possible confounding from a number of other workplace chemicals. Availability of information on tobacco use for a small subset of workers indicates that smoking was not related to formaldehyde exposure and thus should not have been a confounder. In addition, we did not rely on external comparisons (SMRs), which are subject to a healthy worker bias (58), but instead focused on internal analyses comparing similar subjects.

In summary, analysis of this cohort of workers in the formaldehyde industry, which included additional years of follow-up, supports a possible causal association with mortality from cancer of the nasopharynx and possibly other upper respiratory tract sites. The association with prostate cancer could be a chance finding since there was no exposure-response gradient. Because bone is a common metastatic site, the observed excess of bone cancer is difficult to interpret. No association was seen with cancers of the pancreas, the brain, or the lung.

## ACKNOWLEDGMENTS

The authors thank Dr. Robert Hoover for his review and helpful suggestions. They shared the manuscript with participating companies and unions and appreciate their comments.

## REFERENCES

1. National occupational exposure survey (1981–1983). Cincinnati, OH: National Institute for Occupational Safety and Health, 1990.
2. Wood dust and formaldehyde. IARC monographs on the evaluation of carcinogenic risks to humans. Vol 62. Lyon, France: International Agency for Research on Cancer, 1995.
3. Kerns WD, Pavkov KL, Donofrio DJ, et al. Carcinogenicity of formaldehyde in rats and mice after long-term inhalation exposure. Cancer Res 1983;43:4382–92.
4. Sellakumar AR, Snyder CA, Solomon JJ, et al. Carcinogenicity of formaldehyde and hydrogen chloride in rats. Toxicol Appl Pharmacol 1985;81:401–6.
5. Blair A, Stewart P, O'Berg M, et al. Mortality among industrial workers exposed to formaldehyde. J Natl Cancer Inst 1986;76:1071–84.
6. Gardner MJ, Parmett B, Winter PD, et al. A cohort study of workers exposed to formaldehyde in the British chemical industry: an update. Br J Ind Med 1993;50:827–34.
7. Partanen T. Formaldehyde exposure and respiratory cancer—a meta-analysis of the epidemiologic evidence. Scand J Work Environ Health 1993;19:8–15.
8. Blair A, Saracci R, Stewart PA, et al. Epidemiologic evidence on the relationship between formaldehyde exposure and cancer. Scand J Work Environ Health 1990;16:381–93.
9. Roush GC, Walrath J, Stayner LT, et al. Nasopharyngeal cancer, sinonasal cancer, and occupations related to formaldehyde: a case-control study. J Natl Cancer Inst 1987;79:1221–4.
10. Hayes RB, Blair A, Stewart PA, et al. Mortality of U.S. embalmers and funeral directors. Am J Ind Med 1990;18:641–52.
11. West S, Hildesheim A, Dosemeci M. Non-viral risk factors for nasopharyngeal carcinoma in the Philippines: results from a case-control study. Int J Cancer 1993;55:722–7.
12. Vaughan TL, Stewart PA, Teschke K, et al. Occupational exposure to formaldehyde and wood dust and nasopharyngeal carcinoma. Occup Environ Med 2000;57:376–84.
13. Vaughan TL, Strader C, Davis S, et al. Formaldehyde and cancers of the pharynx, sinus and nasal cavity: I. Occupational exposures. Int J Cancer 1986;38:677–83.
14. Hildesheim A, Dosemeci M, Chan CC, et al. Occupational exposure to wood, formaldehyde, and solvents and risk of nasopharyngeal carcinoma. Cancer Epidemiol Biomarkers Prev 2001;10:1145–53.
15. Walrath J, Fraumeni JF Jr. Cancer and other causes of death among embalmers. Cancer Res 1984;44:4638–41.
16. Coggon D, Harris EC, Poole J, et al. Extended follow-up of a cohort of British chemical workers exposed to formaldehyde. J Natl Cancer Inst 2003;95:1608–15.
17. Bertazzi PA, Pesatori AC, Radice L, et al. Exposure to formaldehyde and cancer mortality in a cohort of workers producing resins. Scand J Work Environ Health 1986;12:461–8.
18. Stone RA, Youk AO, Marsh GM, et al. Historical cohort study of US man-made vitreous fiber production workers: IV. Quantitative exposure-response analysis of the nested case-control study of respiratory system cancer. J Occup Environ Med 2001;43:779–92.

19. Collins JJ, Esmen NA, Hall TA. A review and meta-analysis of formaldehyde exposure and pancreatic cancer. Am J Ind Med 2001;39:336–45.

20. Walrath J, Fraumeni JF Jr. Mortality patterns among embalmers. Int J Cancer 1983;31:407–11.

21. Levine RJ, Andjelkovich DA, Shaw LK. The mortality of Ontario undertakers and a review of formaldehyde-related mortality studies. J Occup Med 1984;26:740–6.

22. Harrington JM, Oakes D. Mortality study of British pathologists 1974–80. Br J Ind Med 1984;41:188–91.

23. Stroup NE, Blair A, Erikson GE. Brain cancer and other causes of death in anatomists. J Natl Cancer Inst 1986;77:1217–24.

24. Hansen J, Olsen JH. Formaldehyde and cancer morbidity among male employees in Denmark. Cancer Causes Control 1995;6:354–60.

25. Harrington JM, Shannon HS. Mortality study of pathologists and medical laboratory technicians. BMJ 1975;4:329–32.

26. Pinkerton LE, Hein MJ, Stayner LT. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup Environ Med 2004;61:193–200.

27. Hauptmann M, Lubin JH, Hayes RB, et al. Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries. J Natl Cancer Inst 2003;95:1615–23.

28. Blair A, Stewart PA, Hoover RN. Mortality from lung cancer among workers employed in formaldehyde industries. Am J Ind Med 1990;17:683–99.

29. Lucas LJ. Misclassification of nasopharyngeal cancer. J Natl Cancer Inst 1994;86:1556–8.

30. Stewart PA, Blair A, Cubit DA, et al. Estimating historical exposure to formaldehyde in a retrospective mortality study. Appl Indust Hyg 1986;1:34–41.

31. Blair A, Stewart PA. Correlation between different measures of occupational exposure to formaldehyde. Am J Epidemiol 1990; 131:510–16.

32. Breslow NE, Day NE, eds. Statistical methods in cancer research. Vol 2. The design and analysis of cohort studies. Lyon, France: International Agency for Research on Cancer, 1987. (IARC. scientific publication no. 82).

33. Stewart PA, Cubit DA, Blair A. Formaldehyde levels in seven industries. Appl Indust Hyg 1987;2:231–6.

34. Blair A, Stewart PA. Comments on the Sterling and Weinkam analysis of data from the National Cancer Institute formaldehyde study. Am J Ind Med 1994;25:603–6.

35. Sterling TD, Weinkam JJ. Reanalysis of lung cancer mortality in a National Cancer Institute study on mortality among industrial workers exposed to formaldehyde. J Occup Med 1988;30:895–901.

36. Sterling TD, Weinkam JJ. Mortality from respiratory cancers (including lung cancer) among workers employed in formaldehyde industries. Am J Ind Med 1994;25:593–602.

37. Sterling TD, Weinkam JJ. Comments on the Blair and Stewart comments on the Sterling and Weinkam analysis of data from the National Cancer Institute formaldehyde study. Am J Ind Med 1995;27:301–5.

38. Marsh GM, Stone RA, Henderson VL. A reanalysis of the National Cancer Institute study on lung cancer mortality among industrial workers exposed to formaldehyde. J Occup Med 1992;34:42–4.

39. Collins JJ, Acquavella JF, Esmen NA. An updated meta-analysis of formaldehyde exposure and upper respiratory tract cancers. J Occup Environ Med 1997;39:639–51.

40. Marsh GM, Youk AO, Stone RA, et al. Historical cohort study of US man-made vitreous fiber production workers: I. 1992 fiberglass cohort follow-up: initial findings. J Occup Environ Med 2001;43:741–56.

41. Youk AO, Marsh GM, Stone RA, et al. Historical cohort study of US. man-made vitreous fiber production workers: III. Analysis of exposure-weighted measures of respirable fibers and formaldehyde in the nested case-control study of respiratory system cancer. J Occup Environ Med 2001;43:767–78.

42. Dallas CE, Theiss JC, Harrist RB, et al. Effect of subchronic formaldehyde inhalation on minute volume and nasal deposition in Sprague-Dawley rats. J Toxicol Environ Health 1985; 16:553–64.

43. Casanova-Schmitz M, Starr TB, Heck HD. Differentiation between metabolic incorporation and covalent binding in the labeling of macromolecules in the rat nasal mucosa and bone marrow by inhaled [14C]- and [3H] formaldehyde. Toxicol Appl Pharmacol 1984;76:26–44.

44. Olsen JH, Plough Jensen S, et al. Occupational formaldehyde exposure and increased nasal cancer risk in man. Int J Cancer 1984;34:639–44.

45. Andjelkovich DA, Janszen DB, Brown MH, et al. Mortality of iron foundry workers: IV. Analysis of a subcohort exposed to formaldehyde. J Occup Environ Med 1995;37:826–37.

46. Dell L, Teta MJ. Mortality among workers at a plastics manufacturing and research and development facility: 1946–1988. Am J Ind Med 1995;28:373–84.

47. Armstrong RW, Imrey PB, Lye MS, et al. Nasopharyngeal carcinoma in Malaysian Chinese: occupational exposures to particles, formaldehyde and heat. Int J Epidemiol 2000;29:991–8.

48. Laforest L, Luce D, Goldberg P, et al. Laryngeal and hypopharyngeal cancers and occupational exposure to formaldehyde and various dusts: a case-control study in France. Occup Environ Med 2000;57:767–73.

49. Marsh GM, Youk AO, Buchanich JM, et al. Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde. Toxicol Ind Health 2002;18:257–68.

50. Demers PA, Boffetta P, Kogevinas M, et al. Pooled reanalysis of cancer mortality among five cohorts of workers in wood-related industries. Scand J Work Environ Health 1995;21:179–90.

51. Some chemicals that cause tumours of the kidney or urinary bladder in rodents, and some other substances. IARC monographs on the evaluation of carcinogenic risks to humans. Vol 73. Lyon, France: International Agency for Research on Cancer, 1999.

52. Yu MC, Henderson BE. Nasopharyngeal cancer. In: Schottenfeld D, Fraumeni JF Jr, eds. Cancer epidemiology and prevention. 2nd ed. New York, NY: Oxford University Press, 1996: 603–18.

53. Olsen JH, Asnaes S. Formaldehyde and the risk of squamous cell carcinoma of the sinonasal cavities. Br J Ind Med 1986;43: 769–74.

54. Hayes RB, Raatgever JW, de Bruyn A, et al. Cancer of the nasal cavity and paranasal sinuses, and formaldehyde exposure. Int J Cancer 1986;15:487–92.

55. Stayner L, Smith AB, Reeve G, et al. Proportionate mortality study of workers in the garment industry exposed to formaldehyde. Am J Ind Med 1985;7:229–40.

56. Wilson RT, Moore LE, Dosemeci M. Occupational exposures and salivary gland cancer mortality among African American and White workers in the United States. J Occup Environ Med 2004;46:287–97.

57. Blair A, Stewart PA. Do quantitative exposure assessments improve risk estimates in occupational studies of cancer? Am J Ind Med 1992;21:53–63.

58. Fox AJ, Collier PF. Low mortality rates in industrial cohort studies due to selection for work and survival in the industry. Br J Prev Soc Med 1976;30:225–30.

**Report of**

**Gary M. Marsh, Ph.D., F.A.C.E.**

205 Maid Marion Lane
McMurray, PA  15317

<u>Qualifications</u>

1.)     My name is Gary Marsh. I received my undergraduate degree in mathematics with honors from the University of Pittsburgh, Pittsburgh, Pennsylvania in 1973. I received my M.S. (Hyg.) and Ph.D. degrees from the University of Pittsburgh, Graduate School of Public Health, in 1974 and 1977, respectively.  I have held the positions of Assistant Professor of Biostatistics (1978-84), Associate Professor of Biostatistics (1984-1991), Professor of Biostatistics (1991-date) and Interim Chairman (2007 and again effective April 1, 2009) at the University of Pittsburgh, Graduate School of Public Health, Department of Biostatistics.  From 1988 to 1992, I served as Assistant Director of the U.S. Environmental Protection Agency-funded Center for Environmental Epidemiology at the University of Pittsburgh, Graduate School of Public Health.  In 2007, I formed and became Director of the Center for Occupational Biostatistics and Epidemiology within the Department of Biostatistics at the University of Pittsburgh, Graduate School of Public Health.

2.)     During my 35 years in the field of Public Health, I have designed and conducted or supervised more than 40 epidemiological investigations into workplace or environmental exposures, to determine whether those exposures were associated with elevated risks of disease or injury.  Many of these investigations focused on the human cancer risks associated with formaldehyde exposure, the subject of this report.  Based on that work and other investigations, I have published more than 200 peer-reviewed articles, book chapters and other technical reports in the scientific literature concerning the distribution and causes of disease in the workplace, on biostatistics, or on other public health evaluations.  I am a frequent presenter at conferences around the world on various community and workplace exposure issues.  I am also the author of the chapter *Epidemiology of Occupational Diseases* in William Rom's authoritative text <u>Environmental and Occupational Medicine, 4th Edition</u>, published by Little Brown & Company in Boston, MA and used by hundreds of colleges and graduate programs around the country.

1

3.)     I regularly serve as peer-reviewer for occupational and public health related articles for several leading national and international journals, including *Annals of Epidemiology, Lancet, Epidemiology, American Journal of Epidemiology, Journal of Occupational and Environmental Medicine, Occupational and Environmental Medicine (U.K.), Risk Analysis, Regulatory Toxicology and Pharmacology, Journal of the National Cancer Institute, American Industrial Hygiene Association Journal, Cancer Causes and Control, American Journal of Public Health, Journal of Exposure Analysis and Environmental Epidemiology, Archives of Environmental Health, Critical Reviews in Toxicology* and *Chemico-Biological Interactions.* I am also a member of the editorial boards of the *Journal of Environmental and Public Health* and *Cancer Informatics.*

4.)     I am a Fellow of the American College of Epidemiology, and an active member of the American Statistical Association, the Biometric Society, the Society for Occupational and Environmental Health, the International Society for Environmental Epidemiology, the Society for Epidemiologic Research, the International Commission on Occupational Health and the British Occupational Health Society.  I have served as a charter member of the National Institute for Occupational Safety and Health (NIOSH) Safety and Occupational Health Study Section, the National Academy of Sciences (NAS)/Institute of Medicine (IOM) Committee to Evaluate the Health Consequences of the Persian Gulf War, the International Agency for Research on Cancer (IARC) Working Group to evaluate the carcinogenicity of man-made vitreous fibers and the U.S. Environmental Protection Agency (EPA), Scientific Advisory Board, Asbestos Panel.  I also hold prominent positions on several governmental, academic and corporate scientific advisory boards and committees. More detailed information regarding my training, qualifications and experience is identified in my curriculum vitae appended to this report.

<u>Purpose of this Report</u>

5.)     On behalf of the defendants, I have been asked to review and comment on the National Cancer Institute's (NCI) cohort study of formaldehyde-exposed workers.  I have also been asked to present support for my opinion that questionable, non-robust results from the NCI study were used by the International Agency for Research on

Cancer (IARC) to make inappropriate and misleading decisions regarding human cancer risk from formaldehyde exposure.  Specifically, my opinion relates to the 2004 IARC reclassification of formaldehyde as a Group 1 (known human carcinogen), which was based heavily on findings from the 1994 follow-up of the NCI cohort study (IARC, 2006). This update of the NCI study suggested causal associations with formaldehyde and both myeloid leukemia and nasopharyngeal cancer (NPC).  However, several reanalyses of the NCI cohort data and an independent cohort study of one of the 10 NCI plants conducted by my research group at the University of Pittsburgh have cast considerable doubt on the validity of NCI's findings and IARC's reclassification. The following paragraphs of this report provide background information on the NCI study and details on our reanalyses and independent study that provide the basis of support for my opinion.

<u>The NCI Cohort Study and The University of Pittsburgh Reanalyses</u>

6.)     The NCI cohort mortality study comprises 26,651 industrial workers employed before 1966 in one or more of 10 formaldehyde-producing or -using facilities in the United States.  In 1986, NCI published the results of the original 1984 follow-up (Blair et al., 1986; 1987; 1990; Stewart et al., 1987).  This original report revealed some evidence of elevated mortality risks for NPC that were concentrated in one study plant located in Wallingford, CT (NCI Plant No. 1), but no evidence of elevated risks from leukemia or other lymphohematopoietic malignancies.  Recently, NCI published two papers on a 1994 follow-up of the cohort, one focused on mortality from lymphohematopoietic malignancies (Hauptmann et al., 2003) and one focused on NPC (Hauptmann et al., 2004). The following paragraphs provide key findings from the NCI study, the NCI authors' conclusions and results of our corresponding reanalyses of the NCI cohort data.

7.)     Key findings in the 2003 NCI report (Hauptmann et al., 2003) included an unexpected suggestion of a causal association between formaldehyde exposure and mortality from leukemia, particularly myeloid leukemia.  The suspected associations for leukemia and myeloid leukemia were based exclusively on internal mortality rate

comparisons (via relative risks (RR)) and were observed for only two of four formaldehyde exposure metrics considered, namely, highest peak formaldehyde exposure and to a lesser extent, average intensity of formaldehyde exposure (AIE). NCI's internal analyses showed no relationship of the risk of leukemia or of myeloid leukemia with cumulative formaldehyde exposure or with duration of formaldehyde exposure. The authors of the NCI report concluded, *"The exposure-response gradient observed and the consistency with other epidemiological studies in occupations with formaldehyde exposure and some experimental studies suggest a causal association between formaldehyde exposure and leukemia." (Hauptmann et al., 2003, page 1622)*.

8.)   In 2004, we performed an extensive reanalysis of the NCI cohort data file to determine whether the NCI's suggestion of causal associations between formaldehyde exposure and mortality from leukemia and myeloid leukemia were robust with respect to alternative characterizations and categorizations of formaldehyde exposure and to alternative methods of data analysis (Marsh and Youk, 2004). Using the detailed cohort data provided to us by NCI, we computed U.S. and local county rate-based standardized mortality ratios (SMRs) and internal cohort rate-based relative risks (RR) by categories of four formaldehyde exposure metrics (highest peak, average intensity (AIE), cumulative and duration), using both NCI categories and an alternative categorization based on tertiles of deaths from all leukemia among exposed subjects.

For highest peak exposure, we computed RRs by the duration of time worked in the highest peak category and the time since highest peak exposure. For AIE, we computed RRs by the duration of exposure and the time since first exposure. Our external comparisons revealed that the elevated leukemia and myeloid leukemia RRs and associated trends reported by NCI for highest peak and AIE occurred because null (or slight) to moderate mortality excesses were compared with statistically significant baseline category deficits in deaths. Our alternative categorization of AIE yielded leukemia and myeloid leukemia SMRs close to 1.00 in the highest exposure category, and revealed weaker evidence of a trend in RRs for leukemia and myeloid leukemia.

We corroborated NCI's finding of no association for cumulative and duration of formaldehyde exposure. We found no consistent evidence that leukemia or myeloid leukemia risks increased with increasing duration of time spent in a given highest peak exposure (or for AIE, duration of exposure in a given AIE category). We also found no consistent evidence that leukemia or myeloid leukemia risks were greater in the more relevant shorter (less than 20 years) versus longer (20 + years) periods of time from the first highest peak exposure (or for AIE, first exposure).

We concluded that our reanalysis of the NCI cohort data provided little evidence to support NCI's suggestion of causal associations between formaldehyde exposure and mortality from leukemia and myeloid leukemia. NCI's key findings for highest peak exposure and AIE did not adequately account for the inordinately large deficits in deaths in the categories used as the baselines for internal rate-based RRs. The NCI findings also did not adequately account for the duration of time subjects spent in the highest peak category (or for AIE, duration of exposure) or the time since their first peak exposure (or for AIE, time since first exposure). Our finding that NCI's suggestion of a causal association was not robust with respect to alternative categorizations of formaldehyde exposure and methods of data analysis cast considerable additional uncertainty regarding the validity of this suggested association (Marsh and Youk, 2004).

9.)     In the 2004 NCI cohort study report (Hauptmann et al., 2004), the authors suggested a possible causal association between formaldehyde exposure and NPC. As for leukemia, NCI based these conclusions exclusively on internal mortality rate comparisons and were observed for only two of four formaldehyde exposure metrics considered, in this case, highest peak formaldehyde exposure and cumulative formaldehyde exposure. NCI's internal analyses showed no statistically significant exposure-response relationship of the risk of NPC with average intensity of formaldehyde exposure or with duration of formaldehyde exposure. The authors of the NCI report concluded, *"In summary, analysis of this cohort of workers in the formaldehyde industry, which included additional years of follow-up, supports a possible causal association with mortality from cancer of the nasopharynx and possibly other upper respiratory tract sites." (Hauptmann et al., 2004, page 1129).*

5

10.)     In 2005, we performed an extensive reanalysis of the detailed NCI cohort data file to determine whether the NCI's suggestion of a causal association between formaldehyde exposure and mortality from NPC was robust with respect to alternative characterizations and categorizations of formaldehyde exposure and to alternative methods of data analysis (Marsh and Youk, 2005).  Using the original cohort data provided by NCI, we computed U.S. and local county (regional) rate-based standardized mortality ratios (SMRs) and internal cohort rate-based relative risks (RR) by categories of four formaldehyde exposure metrics (highest peak, average intensity, cumulative, and duration of exposure), using both NCI categories and an alternative categorization based on tertiles of all NPC deaths among exposed subjects. We computed SMRs and RRs for each of 10 study plants and by plant group (Plant 1, n=4261 vs. Plants 2–10 n=21,358).

We found that six of 10 NPC deaths observed in the NCI study occurred in only one plant (Plant 1) and the remaining four cases occurred randomly and individually in four of the other nine plants studied.  A large, statistically significant, regional rate-based NPC SMR of 10.32 (95% CI=3.79–22.47) among formaldehyde-exposed workers in Plant 1 contrasted sharply with a 35% deficit in NPC deaths (SMR=0.65, 95% CI=.08–2.33) among exposed workers in Plants 2–10 combined.

We also found that the statistically significant exposure–response relationship with formaldehyde and NPC reported in the NCI study for highest peak exposure was driven entirely by a large, statistically significant excess NPC risk in Plant 1 for the highest peak exposure category (4+ ppm). For the remaining nine plants, RRs for all non-baseline highest peak exposure categories were less than 1.0, and we observed no evidence of an exposure–response relationship.  Most of the observed NPC excesses for the non-baseline categories of the other exposure metrics (average intensity, cumulative, and duration of formaldehyde exposure) were concentrated in Plant 1, and by contrast to the NCI findings, none of the corresponding exposure–response relationships was statistically significant.  This distinct contrast in the findings for NPC in Plant 1 compared with the remaining nine plants was not recognized in the NCI report (Hauptmann, et al., 2004).

We found that our reanalysis of the NCI cohort data provided little evidence to support NCI's suggestion of a causal association between formaldehyde exposure and mortality from NPC. We concluded that our findings cast considerable additional uncertainty regarding the validity of NCI's suggested causal association with formaldehyde and NPC (Marsh and Youk, 2005).

11.) In 2007, in collaboration with our German colleague, Dr. Peter Morfeld (from the Institute for Occupational and Social Medicine, Cologne University Medical School, and the German Institute for Occupational Sciences of RAG Aktiengesellschaft in Dortmund, Germany), we performed two additional types of re-analyses of the NCI cohort data with focus on the NCI metric, "highest peak exposure" and NPC mortality (Marsh et al., 2007a). These rigorous statistical analyses were aimed at: (1) investigating whether the model specification chosen by Hauptmann et al. (2004) was appropriate (interaction assessment) and (2) exploring the degree of instability of the risk estimates for NPC in relation to highest peak exposure (sensitivity analysis).

We found that Hauptmann et al. (2004) failed to account for an important interaction structure between plant group and the exposure variable that prohibited a generalization of formaldehyde effects within the NCI cohort and, in particular, beyond the NCI cohort. In addition, our sensitivity analysis demonstrated considerable uncertainties in the risk estimates due to the small numbers of observed NPC deaths and pointed convincingly to instability problems particularly related to Plant 1. We found that even a simple sensitivity model taking only one additional death into account produced a variation of the risk estimates beyond the instability conveyed by standard confidence intervals.

We concluded that the results of our modeling-based reanalysis of the NCI study did not support NCI's suggestion of a causal association with formaldehyde exposure and NPC. Based on these findings we also concluded that the decision by the IARC working group to reclassify formaldehyde as a Group 1 substance in 2004 was clearly premature considering: (1) the missing evidence of an NPC excess from the large British (Coggan et al., 2003) and NIOSH (Pinkerton et al., 2004) cohort studies; (2) the absence of an association with formaldehyde and NPC, and the identification of an external exposure

that may explain the NPC excess in the independent and expanded University of Pittsburgh study of Plant 1 (described below); and (3) the mis-specified and non-robust internal analysis of the NCI cohort study that failed to recognize the anomalous Plant 1 findings for NPC, brought to light in our reanalyses of the NCI cohort study data (Marsh and Youk, 2005, Marsh et al., 2007a).

<u>The University of Pittsburgh's Independent Study of NCI's Plant 1</u>

12.)    Plant 1 in the NCI study has been studied independently at the University of Pittsburgh by Marsh et al. (Marsh et al.; 1994; 1996; 2002; 2007b) to investigate further the possibility that the large, anomalous nasopharyngeal cancer (NPC) mortality excess in the NCI cohort study of formaldehyde-exposed workers may be related to occupational factors external to the study plant.  We expanded the original NCI cohort definition to include 7345 workers employed at a plastics-producing plant between 1941 and 1984 (the NCI study was limited to workers hired before 1966). We determined vital status for 98% of the cohort and cause of death for 95% of 2872 identified deaths. Independently reconstructed worker exposures to formaldehyde were used to compute unlagged and lagged exposure measures, including duration or exposure, average intensity of exposure and cumulative exposure.

We computed standardized mortality ratios (SMRs) based on US and local county rates. In a nested case–control study that collected information on subjects' lifetime smoking histories and prior employment histories, we evaluated mortality risks from NPC and from all other pharyngeal cancers combined (AOPC) in relation to formaldehyde exposure while accounting for potential confounding or effect modification by smoking or external (non-Wallingford) employment.  Job applications, Connecticut commercial city directories and a previous survey were also used to assign subjects to three external job groups.

Our study found no new deaths from NPC and one additional AOPC death (pharynx unspecified) yielding, respectively, SMRs of 4.43 (7 deaths, 95% CI = 1.78–9.13) and 1.71 (16 deaths, 95% CI = 1.01–2.72). Five of seven NPC cases had worked before or

after employment in Plant 1 in silver smithing (including brass plating and other jobs related to silver or brass) or other metal work (including steel working and welding), and this type of work was relatively rare in the remaining study population (OR = 14.41, 95% CI = .08–82.1). For AOPC, we found a moderate increase in risk for other metal work (OR = 1.40, 95% CI = .31–5.1). Interaction models suggested that NPC and AOPC risks were not elevated in subjects exposed only to formaldehyde.

We concluded that the results of our independent nested case–control study suggested that the large NPC mortality excess in Plant 1 cohort may not be due to formaldehyde exposure, but rather reflects the influence of external employment in the ferrous and nonferrous metal industries of the local area that entailed possible exposures to several suspected risk factors for upper respiratory system cancer (e.g., sulfuric acid mists, mineral acid, metal dusts and heat). Our findings may also help to explain why the associations with formaldehyde and nasopharyngeal cancer reported in the 1994 update of the 10-plant NCI formaldehyde cohort study were unique to Plant 1 (Marsh et al., 2007b).

## IARC's 2004 Reclassification of Formaldehyde

13.)     In 2004, IARC relied heavily upon the 2003 and 2004 NCI reports when making their decision to reclassify formaldehyde as a Group 1 (known human carcinogen) (IARC, 2006). IARC made their decision based on "sufficient" evidence for a causal association between NPC and exposure to formaldehyde, and "strong but not sufficient" evidence for a causal association between leukemia and exposure to formaldehyde. Unfortunately, at the time of their 2004 decision to reclassify formaldehyde as a known human carcinogen, IARC did not have available the 2007 results of our latest update of Plant 1 that included six of 10 observed NPC deaths in the NCI study. As noted above, our independent and expanded cohort study of NCI's Plant 1 found little evidence that that the anomalous finding for NPC in Plant 1 was associated with formaldehyde exposure, but is more likely related to previous work in the extensive, local metal industry (Marsh et al., 2007b).  In 2004, IARC also did not have available the results of our later reanalyses of the NCI cohort that cast considerable doubt on regarding

9

the validity of the suggested associations with formaldehyde and leukemia and NPC (Marsh and Youk, 2004; 2005; Marsh et al., 2007a).

<u>The 2004 Follow-up of the NCI Cohort Study</u>

14.)    In 2009, NCI published a 2004 follow-up of the formaldehyde worker cohort that focused again on lymphohematopoietic malignancies (Beane Freeman, 2009). This update added 5465 deaths to the NCI cohort including 178 deaths from lymphohematopoietic malignancies.  The epidemiological and statistical methods used by NCI in the 2004 update were, for the most part, identical to those reported in NCI's previous mortality (through 1994) update (Hauptmann et al., 2003).  Thus, many of the criticisms concerning NCI's methodology and interpretation of findings that we noted in our 2004 reanalysis (Marsh and Youk, 2003) also apply to the current update, in particular, reliance on internal mortality comparisons and incomplete or inappropriate analyses of highest peak formaldehyde exposure.

New methods used by NCI in the 2004 follow-up included the use of a fifth formaldehyde exposure metric, "total number of peak exposures above 4.0 ppm", although no biological or other justification is given by the authors for the use of this metric. Another new method was a detailed analysis of mortality risks by annual follow-up increments and a sensitivity analysis to assess the effect of assuming zero formaldehyde exposure after 1980 (as in the 1994 follow-up, NCI did not develop estimates of worker exposure to formaldehyde after 1980).  As in the 1994 NCI update (Hauptmann et al., 2003), the methodology section of the current report neither adequately describes nor justifies the use of the highest peak formaldehyde exposure metric (or the new "total number of peaks above 4.0 ppm" metric) on biological and/or statistical grounds. This is a major methodological shortcoming, as the conclusions of the previous and current NCI updates were driven heavily by the findings for the highest peak formaldehyde exposure metric.

Compared with the 1994 follow-up, the 2004 follow-up revealed less evidence of an association between formaldehyde exposure and mortality from lymphohematopoietic

malignancies, especially for the subcategories of *a priori* interest, all leukemia and myeloid leukemia. This evidence for weakened associations included substantially attenuated exposure-response relationships for all lymphohematopoietic malignancies, all leukemias and myeloid leukemia, the disappearance of the statistically significant exposure-response relationship for all lymphohematopoietic malignancies based on average intensity of formaldehyde exposure and for myeloid leukemia based on the highest peak metric (reported in 1994 update), the absence of an association for any of the categories examined for the new total number of peaks above 4.0 ppm metric and the reduction in risks for all leukemia and myeloid leukemia following extended observation time.

Despite the weakened associations for lymphohematopoietic malignancies clearly evident in the data presented in the 2009 report, the NCI investigators again suggest a possible causal association with formaldehyde exposure.  In particular, the NCI authors concluded for myeloid leukemia, *"In the current follow-up, the overall risk of myeloid leukemia has declined from our previous report, but remains somewhat elevated. Although that time trend may suggest that the previous excess risk estimates were due to chance, the pattern is consistent with a possible causal association, with the largest risks occurring closer in time to relevant exposures."(Beane Freeman, et al., 2009, page 760).*

## Summary and Opinions

15.)    The Marsh and Youk (2004) reanalysis of the 1994 follow-up of the NCI cohort study of formaldehyde-exposed workers (Hauptmann et al., 2003) provided little evidence to support NCI's suggestion of a causal association between formaldehyde exposure and mortality from leukemia (all types combined) and myeloid leukemia.

16.)    The Marsh and Youk (2005) and Marsh et al. (2007a) reanalyses of the 1994 follow-up of the NCI cohort study of formaldehyde-exposed workers (Hauptmann et al., 2004) provided little evidence to support NCI's suggestion of a causal association between formaldehyde exposure and nasopharyngeal cancer (NPC). NCI's suggestion of a possible causal association for NPC was driven heavily by anomalous findings in one study plant (Plant 1) that were not recognized by the NCI investigators.

17.)     The results of the independent University of Pittsburgh cohort and nested case–control studies of workers in NCI's study Plant 1 suggested that the large NPC mortality excess in Plant 1 may not be due to formaldehyde exposure, but rather reflects the influence of external employment in the ferrous and nonferrous metal industries of the local area that entailed possible exposures to several suspected risk factors for upper respiratory system cancer (e.g., sulfuric acid mists, mineral acid, metal dusts and heat) (Marsh et al., 2007b).

18.)     The 1994 follow-up of the NCI cohort study of formaldehyde-exposed workers (Hauptmann et al., 2003; 2004) yielded non-robust and questionable results for lymphohematopoietic malignancies and NPC that were used by the International Agency for Research on Cancer (IARC) to make inappropriate and misleading decisions regarding human cancer risk from formaldehyde (IARC 2006).

19.)     The 2004 decision by IARC to reclassify formaldehyde as a Group 1 substance was clearly premature considering: (1) the missing evidence of an NPC excess from the large British (Coggan et al., 2003) and NIOSH (Pinkerton et al., 2004) cohort studies; (2) the failure of the NCI to recognize that their suggestion of a possible causal association with NPC and formaldehyde was driven heavily by anomalous findings from one study plant (Plant 1) (Marsh and Youk, 2005, Marsh et al., 2007a) and (3) the absence of an association with formaldehyde and NPC in the independent and expanded University of Pittsburgh study and the new evidence from this study that the large NPC excess in Plant 1 may reflect the influence of external employment in the ferrous and nonferrous metal industries of the local area that entailed possible exposures to several suspected risk factors for upper respiratory system cancer (Marsh et al., 2007b).

<u>Glossary of Key Technical Terms Used in Report</u>

**SMR**- The standardized mortality ratio or SMR is an epidemiologic measure that compares the mortality rate of in a study group of interest (for example, workers exposed to formaldehyde) to what would normally be expected in a general population having the same age, race and gender composition. For example, an SMR of 1.00 means that the study and general population had the same mortality experience. An SMR of 1.50 means that the study population had 50% more deaths than the general population.

**RR-** The relative risk or RR is an epidemiologic measure similar to the SMR described above, but with the RR, the groups being compared are all subgroups of the study group of interest (for example, workers with high levels of formaldehyde exposure compared to workers with no exposure to formaldehyde).

**OR-** The odds ratio or OR is an epidemiologic measure similar to the RR, but the OR is derived from a case-control study and not a cohort study as in the case of the SMR and RR.

**CI-** the confidence interval or CI is a statistical measure used to describe the variability or precision of an epidemiologic measure such as the SMR, RR and OR.  A wide CI indicates low precision and a narrow CI indicates high precision.

<u>References Cited</u>

Beane Freeman L, Blair A, Lubin J, Stewart P, Hayes R, Hoover R, Hauptmann M, 2009. Mortality from lymphohematopoietic malignancies among workers in formaldehyde industries : the National Cancer Institute report. J. Natl. Cancer Institute 101:751-761.

Blair, A., Stewart, P., O'Berg, M., et al., 1986.  Mortality among industrial workers exposed to formaldehyde.  J. Natl. Cancer Institute 76, 195-215.

Blair, A., Stewart, P.A., Hoover, R.N., Fraumeni Jr., J.F., 1987.  Cancers of the nasopharynx and oropharynx and formaldehyde exposure [letter].  J. Natl. Cancer Institute 78, 191.

Blair A, Saracci R, Stewart PA, et al., 1990.  Epidemiological evidence on the relationship between formaldehyde exposure and cancer. Scandinavian  Journal of  Work Environment and Health 16:381-393.

Coggon, D., Harris, E.C., Poole, J., Palmer, K.T., 2003. Extended follow-up of a cohort of british chemical workers exposed to formaldehyde. J.Natl. Cancer Inst. 95, 1608–1615.

Hauptmann, M., Lubin, J.H., Stewart, P.A., Hayes, R.B., Blair, A., 2003. Mortality from lymphohematopoietic malignancies among workers employed in formaldehyde industries. J. Natl. Cancer Inst. 95, 1615–1623.

Hauptmann, M., Lubin, J. H., Stewart, P. A., Hayes, R. B., and Blair, A., 2004.  Mortality from solid cancers among workers in formaldehyde industries.  Am. J. Epidemiol. 159, 1117-1130.

IARC, 2006.   IARC monographs on the evaluation of the carcinogenic risk to humans. Vol. 86: Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol.  Lyon: IARC Press.

Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1994.  Mortality patterns among chemical plant workers exposed to formaldehyde and other substances.  J. Natl. Cancer Institute 86, 384-385.

Marsh, G.M., Stone, R.A., Esmen, N.A., et al., 1996.  Mortality patterns among chemical workers in a factory where formaldehyde was used.  Occup. and Environ. Med. 53, 613-617.

Marsh, G.M., Youk, A.O., Buchanich, J.M., Cassidy, L.D., Lucas, L.J., Esmen, N.A., and Gathuru, I.M., 2002.  Pharyngeal cancer mortality among chemical plant workers exposed to formaldehyde. Toxicol. Ind. Health 18, 257-268.

Marsh, G.M., Youk, A.O., 2004. Reevaluation of mortality risks from leukemia in the formaldehyde cohort study of the National Cancer Institute. Regulatory Toxicology and Pharmacology 40, 113–124.

Marsh, G.M., Youk, A.O., 2005.  Reevaluation of mortality risks from nasopharyngeal cancer in the formaldehyde cohort study of the National Cancer Institute. Regul. Toxicol. Pharmacol. 42, 275-283.

Marsh, G.M., Youk, A.O., Morfeld, P., 2007a.  Mis-specified and non-robust mortality risk models for nasopharyngeal cancer in the National Cancer Institute Formaldehyde Worker Cohort Study. Regulatory Toxicology and Pharmacology 47, 59-67.

Marsh GM, Youk AO, Buchanich JM, Erdal S, Esmen NA., 2007b. Work in the Metal Industry and Nasopharyngeal Cancer Mortality among Formaldehyde-Exposed Workers. Regulatory Toxicology and Pharmacology 48:308-319.

Pinkerton, L.E., Hein, M.J., Stayner, L.T., 2004. Mortality among a cohort of garment workers exposed to formaldehyde: an update. Occup. Environ. Med. 61, 193–200.

Stewart PA, Cubit DA, Blair A, 1987. Formaldehyde exposure levels in seven industries. Applied Industrial Hygiene 2:231-236.

14

Respectively submitted,

Gary M. Marsh, Ph.D., F.A.C.E.

June 15, 2009

**AFFIDAVIT OF WILLIAM D. SCOTT, PE, CHMM**

STATE OF LOUISIANA

PARISH OF ORLEANS

BEFORE ME, the undersigned Notary, appeared on this the 18th day of May, 2009, William D. Scott, PE, CHMM, a person whose identity is known to me. After being sworn under oath, he stated as follows:

1.   My name is William D. Scott, PE, CHMM. I am over 21 years of age and am competent to give this affidavit. Unless otherwise noted, the facts contained in this affidavit are based on my personal knowledge.

2.   I am a registered professional Environmental Engineer. I am the principal of the W. D. Scott Group, Inc., a professional environmental engineering and consulting firm that, for nearly thirty years, provides hazardous materials evaluation and consulting services to the public and private sectors. These services include the management of hazardous and toxic materials and wastes, regulatory compliance programs, environmental technical direction for many hazardous/toxic materials release incidents at transportation and industrial incident sites, hazard evaluations, exposure controls, occupational safety and health, and technical and regulatory compliance training. I have more than thirty years personal and direct experience in the above mentioned areas. I have completed post-graduate courses and seminars in chemical toxicology, occupational and public environmental safety and health, chemical exposure assessment, indoor air quality, air contaminant sampling methodology, exposure recognition, and hazardous materials evaluation and control. Throughout this period, I have personally conducted and directed the use of field air sampling, laboratory report interpretation, and field investigative techniques to determine the source and origin of environmental contaminants. Further information on my background and experience is contained in my resume, Attachment 1.

3.   **Background** - The objective of the following study is to quantitatively determine the airborne concentrations of Formaldehyde in one (1) Federal Emergency Management Agency (FEMA) temporary housing unit (THU). The THU in question is identified as follows:

   A.   **THU Identity** - The THU is designated by the following information:

   | | |
   |---|---|
   | Manufacturer: | Gulf Stream Coach, Inc. |
   | Model: | Cavalier |
   | Date of Manufacture: | 12/13/04 |
   | Gulf Stream Serial Number: | 57-5-T-CVDH-21783 |
   | Vehicle Identification Number: | 1NL1GTR2551021783 |
   | FEMA Identification Number: | 1041407 |
   | THU Size: | 8' x 28' |

   B.   **Occupancy** - The THU was occupied during the period of May 27, 2006 through December 30, 2007.

*Page 1 of 10*

ALX-EXP-64-000001

C.       **Configuration** - The THU is generally configured as three (3) rooms: Master Bedroom, Bathroom, and Kitchen/Living/Bunkroom.  Floorplan drawings are contained in Attachment 2.  Photographs are contained in Attachment 3.

D.       **THU Sampling Locations -**

1.       Initial Sampling Event (January 28/29, 2008) - The THU was located at 4415 Dale Street, New Orleans, Louisiana, 70126, at the time of the initial inspection/sampling event.

2.       Second Sampling Event (May 06/07, 2009) - The THU was located at the FEMA THU Storage Facility, 5310 Old State Highway, Lottie, Louisiana, 70756, at the time of the second inspection/sampling event.

4.     **Formaldehyde** - Formaldehyde is a colorless, flammable, acrid, pungent-smelling gas.  The chemical formula for formaldehyde is HCOH and its molecular weight is 30.03 grams per mole. Formaldehyde's CAS is 50-00-0.[1]

5.     **Potential Formaldehyde Sources** - Hardwood plywood, particleboard, and medium-density fiberboard (MDF) release formaldehyde. Cabinets, countertops, shelving, doors, wall paneling, furniture, and floor underlayment are all potential formaldehyde sources.  The origin of the formaldehyde vapor is urea formaldehyde (UF) adhesive.  UF adhesive is used to bond veneers, wood particles, and wood fibers. Melamine formaldehyde adhesives are used to bond vinyl overlays and hardwood veneers to particleboard and hardwood plywood. During fabrication and curing of these materials, the majority of the formaldehyde becomes part of the adhesive matrix. A small amount of formaldehyde, however, attaches directly to the wood without reacting.  This "free" formaldehyde can be later released when ambient conditions become favorable.

---

[1] Lewis, *Sax's Dangerous Properties of Industrial Materials Tenth Edition and Hawley's Condensed Chemical Dictionary Thirteenth Edition*, Wiley, Hoboken, NJ, 2000.

*Page 2 of 10*

THU manufacturers commonly use pressed wood products such as particleboard, plywood, and MDF as building materials, finishes, and finishes. These materials are used in sub-floors, cabinetry and furniture. In addition, some formaldehyde-containing upholstery, fabrics, and carpeting are also used in the manufacture of THUs. Countertops, carpeting and the above-listed wood products are commonly installed using formaldehyde-based glues and adhesives. [2]

6. **Formaldehyde Exposure Standards** - The following formaldehyde exposure standards have been published by regulatory agencies, advisory agencies, and health and safety professional organizations.

   A. **Occupational Safety & Health Administration** (OSHA), US Department of Labor; Workplace Exposure Standard [3]

   > Permissible Exposure Limit:
   > Time-Weighted Average (TWA) (8-hours) - 0.75 parts per million (ppm)

   > Short Term Exposure Limit (workplace allowable exposure for 15 minutes followed by 1.75 hours of no exposure) - 2 ppm

   B. **American Conference of Governmental Industrial Hygienists** (ACGIH); Workplace Exposure Standard [4]

   > Threshold Limit Value - Short Term Exposure Limit (TLV-STEL) (workplace allowable exposure for 15 min. followed by 1.75 hrs. of no exposure) - 0.3 ppm

   C. **World Health Organization** (WHO), 2000, Air Quality Guidelines for Europe; General Public [5]

   > Air Quality Guideline Value (0.5 hour) - 0.08 ppm

   D. **Health Canada** (HC), Residential Indoor Air Quality Guidelines; General Public [6]

   > One (1) hour exposure limit - 0.1 ppm

   > Eight (8) hour exposure limit - 0.04 ppm

---

[2] USEPA, *Indoor Air Quality - Basic Information - Formaldehyde*, Washington DC, 2007 http://www.epa.gov/iaq/formalde.html

[3] USDOL, OSHA, *OSHA Formaldehyde Standards*, Washington DC, 2008 http://wvvw.osha.gov/SLTC/formlaldehyde/standards.html

[4] ACGIH, *Documentation of Threshold Limit Values and Biological Exposure Indices*, 2001

[5] World Health Organization, *Air Quality Guidelines for Europe - Formaldehyde*, Copenhagen, DE, 2001   http://www.euro.who.int/document/aiq/5_8formaldehyde.pdf

[6] Health Canada, *Residential Indoor Air Quality Guideline - Formaldehyde*, 2006 http://www.hc-sc.gc.calewh-selnt/alt forn1ats/hecs-sesc/pdf/pubs/air/formaldehyde-eng.pdf

*Page 3 of 10*

E.   **National Institute for Occupational Safety & Health** (NIOSH), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; Workplace Exposure Standard [7]

Recommended Exposure Limits:

TWA up to 10 hour work day/40 hour work week - 0.016 ppm

Ceiling (never exceed) - 0.1 ppm

Immediately Dangerous to Life and Health (IDLH) - 20 ppm

F.   **Agency for Toxic Substances and Disease Registry** (ATSDR), Centers for Disease Control & Prevention (CDC), US Department of Health & Human Services; General Public [8]

Minimal Risk Levels (MRL)

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

G.   **California Environmental Protection Agency** (CEPA), Office of Environmental Health Hazard Assessment; General Public [9]

As low as possible (assuming concentrations < background not achieved), or:

Recommended exposure limits (REL)

Acute REL (1 hour) - 0.076 ppm

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

In evaluating the exposure standards presented above, it is important to understand that the "Workplace Exposure Standard" is, as the name implies, based on the contaminant concentration in air for which it is believed that nearly all workers may be repeatedly exposed, day after day, without adverse effect, based on a conventional 8-hour workday and a 40-hour work week, without adverse effect. The population used to establish workplace exposure standards consists of adults generally males, in relatively good health.

---

[7] NIOSH, *NIOSH Pocket Guide to Chemical Hazards*, 2005
http://www.cdc.gov/niosh/npg/npgd0293.html

[8] ATSDR, *Minimal Risk Levels (MRLs) for Hazardous Substances,* 2007
http://www.atsdr.cdc.gov/mrls/index.html

[9] California EPA, ARB, *Indoor Air Quality Guideline - Formaldehyde in the Home*, 2004
http://www.arb.ca.gov/researchindoor/formaldgl08-04.pdf

ALX-EXP-64-000004

"General Public Exposure Standards" are generally significantly lower than Workplace Exposure Standards for two predominant reasons: 1) the General Public contains many subsets of sensitive individuals (the elderly, the very young, immuno-compromised individuals, individuals with respiratory disease, etc.; that are excluded from the workplace model and 2) the general public will have an exposure duration that far exceeds the "8-hour workday and 40-hour work week" basis of workplace standards.

For these reasons, the OSHA, NIOSH, and ACGIH formaldehyde workplace exposure standards cannot be competently applied when evaluating the general public's exposures.

7.    **Sampling Methodology** - The formaldehyde sampling methods employed in determining the concentrations in the THU are described below. The sampling methods employed comply with *Formaldehyde Sampling: Active and Passive Sampling Protocols* [10] (Sampling Protocol).

    A.    **Initial Sampling Event** (January 28/29, 2008) -

        Passive Sampling - Passive Dosimetry was employed, using an Assay Technology, Inc, ChemDisk 571 Aldehyde Monitor (Monitor). Sampling was conducted by Mr. Nathan Vallette, Project Manager, W. D. Scott Group, Inc. The Monitor was placed in the Master Bedroom near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed. The Monitor was exposed to the environment for approximately twenty-four hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis. Note that the THU is supported by at least one out of plumb support.

        Field data collection records, laboratory reports, and chain of custody documents for the Initial Sampling Event are contained in Attachment 4.

    B.    **Second Sampling Event** (May 06/07, 2009) - Sampling was conducted by the undersigned.

        1.    **Passive Sampling** –

            Passive Dosimetry was employed, using SKC UMEX 100 Passive Samplers (Monitor). Monitors were placed at the following locations within the THU:

            a.    Master Bedroom - Near the Night Stand at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.

            b.    Master Bedroom - Near the window at a height of 27" above floor level to simulate the breathing zone of a recumbent person occupying the bed.

            c.    Kitchen - Within the cabinetry beneath the Kitchen Sink at a height of 26" above floor level. The cabinet door was closed for the duration of the sampling period.

---

[10] DeVany, *Formaldehyde Sampling: Active and Passive Sampling Protocols*, 2008

ALX-EXP-64-000005

      d.     Bathroom - Suspended from the midpoint of the shower curtain rod, at a height of 60" to approximate a standing person's breathing zone.

The Monitors were exposed to the environment for approximately fourteen hours. At the completion of the sampling period, the Monitor was recovered, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

2.    **Active Sampling** –

Active sampling was conducted in accordance with *NIOSH Method 2016* [11] (Method). Active sampling was conducted by the use of a battery operated personal sampling pump, connected with flexible tubing, to an SKC 226-119 sorbent tube (Sample Tube). The sample train was placed in the Master Bedroom on the Night Stand, with the sample tube inlet at a height of 26" above floor level to simulate the breathing zone of a recumbent person occupying the bed. This sample train was calibrated immediately prior to and immediately after sampling. The sampling duration was 30 minutes. Based on the calibrated sample train flow rate and duration, the sample volume was determined.

At the completion of the sampling period, the Sample Tube was recovered, sealed, placed on ice, and shipped via overnight delivery to the Laboratory for analysis.

3.    **Interferences** -

The Active Sampling was to occur with the THU sealed. A single door opening was necessary to allow the entry of personnel and equipment to conduct the sampling. On four (4) occasions prior to and during the Active Sampling, Defense and/or FEMA personnel opened the THU access door, resulting in ventilation of the THU.

Field data collection records, laboratory reports, and chain of custody documents for the Second Sampling Event are contained in Attachment 5.

8.    **Laboratory Analysis**

A.    All samples were analyzed in accordance with *NIOSH Method 2016 (Formaldehyde)*, Issue 2, 15 March 2003 (Method). The Method employs High Performance Liquid Chromatography with Ultraviolet Detection (HPLC UV) as the analysis method.

B.    All samples were analyzed by Assay Technology, 1252 Quarry Lane, Pleasanton, California, 94566. Assay Technology is an American Industrial Hygiene Association (AIHA) Industrial Hygiene accredited laboratory, number 101728.

---

[11] NIOSH, *Method 2016 (Formaldehyde), Issue 2, NIOSH Manual of Analytical Methods (NMAM), Fourth Edition*, 2003, http://www.cdc.gov/Niosh/nmam/pdfs/2016.pdf

*Page 6 of 10*

ALX-EXP-64-000006

9.  **Results** - The following, summarized results for the Initial and Second Sampling Events are presented below.

A.  **Initial Sampling Event** (January 28/29, 2008) –

| Sample # | Sample Location | Monitor Result HCOH (ppm) |
|----------|----------------|---------------------------|
| GD2439 | MBR @ Night Stand | 0.05 |

B.  **Second Sampling Event** (May 06/07, 2009) –

| | Sample Location | Monitor Result HCOH (ppm) | Tube Result HCOH (ppm) |
|-----------|------------------|---------------------------|------------------------|
| 2917200300 | MBR @ Night Stand | N/A | 0.11 |
| 955045 | MBR @ Night Stand | 0.074 | N/A |
| 955047 | MBR @ Window | 0.059 | N/A |
| 955048 | Kitchen Cabinet under Sink | 0.099 | N/A |
| 955049 | Bathroom | 0.068 | N/A |

Laboratory reports are contained in Attachment 6.

10.  **Conclusions** -

A.  **Initial Sampling Event** (January 28/29, 2008) -

The Passive Dosimetry result was a formaldehyde concentration in air of 0.05 parts per million (ppm). The average ambient outdoor temperature for the duration of the sampling event was approximately 59° F. The average THU interior temperature was approximately 72° F. The average THU interior relative humidity was 46.6 %.

B.  **Second Sampling Event** (May 06/07, 2009) -

1.  Passive Sampling - The Passive Dosimetry results for formaldehyde concentration in air of were: 0.074 ppm, 0.059 ppm, 0.099 ppm, and 0.068 ppm. The average ambient outdoor temperature for the duration of the sampling event was 82.4° F. The average THU interior temperature was 83.8° F. The average THU interior relative humidity was 69.9 %.

2.  Active Sampling - The Active Sampling result was a formaldehyde concentration in air of 0.11 ppm. The average ambient outdoor temperature for the duration of the sampling event was 84° F. The average THU interior temperature was 91.8° F. The average THU interior relative humidity was 69.3 %.

*Page 7 of 10*

ALX-EXP-64-000007

C.    **Temperature and Humidity Effects -**

The apparent variance in results between the Initial and Second Sampling Events can be easily explained through close examination of the conditions extant during the sampling events. Both temperature and relative humidity were significantly higher during the Second Sampling Event than for the Initial Sampling Event. This is due to the seasonal variations in these parameters. The fact that formaldehyde off gassing rates from materials (and resulting formaldehyde concentrations in air in enclosed spaces) vary directly with both temperature and relative humidity is well documented.

For example, ASTM Standard E 1333 – 96 [12] indicates that a 5° F increase in temperature from 72°F to 77°F results in a 36 % correction factor (increase) to provide an accurate estimate for actual airborne formaldehyde concentrations. Thus, an increase to 77°F from the average 72°F encountered in the THU in the Initial Sampling Event results in a temperature adjusted airborne formaldehyde concentration of 0.068 ppm from the measured 0.05 ppm.

Similarly, Relative Humidity is an important factor in interpreting airborne formaldehyde concentrations. Referring to the Initial Sampling results and Standard E 1333–96 [13], adjusting the measured 0.05 ppm result for relative humidity, based on the 46.6% encountered at sampling to the relative humidity encountered during the Second Sampling Event (69.9%) results in a corrected value of 0.084 ppm.

These factors demonstrate that the results obtained by both Sampling Events are generally consistent.

D.    **Formaldehyde Concentration Variance Over Time -**

The off gassing rates of formaldehyde containing building materials over time has been well documented. The rate at which formaldehyde emission levels decrease is not constant, but decreases with time. Generally, formaldehyde emission levels decrease linearly with respect to the natural log of time. In simple terms, the rate of off gassing of formaldehyde containing building materials decreases over time.

The Initial and Second Sampling Events occurred approximately 37 and 52 months, respectively, after the THU was constructed (12/13/2004). Therefore, the formaldehyde concentrations measured in the THU occurred well after the initial peak materials formaldehyde off gassing period. This implies that the actual peak and average formaldehyde concentrations experienced by the THU's occupants significantly exceeded the concentrations observed in the Initial and Second Sampling Events.

---

[12] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

[13] ASTM, *Standard E1333-96 (2002) Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber*, West Conshohocken, PA, 2002

*Page 8 of 10*

ALX-EXP-64-000008

The same conclusion was reached by the U. S. Centers for Disease Control and Prevention (CDC) regarding their study of formaldehyde concentrations of 519 FEMA supplied occupied travel trailers, park models, and mobile homes conducted in December/January, 2008: *These measured levels probably under-represent occupant exposures in the early months of occupation and even the average exposure over time the trailers were occupied because formaldehyde levels tend to be higher in newly constructed trailers and during warm weather.* [14]

E.   **Ventilation -**

During the Initial Sampling Event, the THU's heating, ventilation, and air conditioning (HVAC) system was not in operation due to mild weather conditions and the fact the THU was unoccupied.  The doors and windows were shut.

The occupants vacated the THU in late December, 2007.  The THU was unoccupied and (presumably) neither the HVAC was operated nor the doors and windows opened.  For the Second Sampling Event, Active Sampling was performed without the HVAC system in operation and with THU openings shut (with the exception of the previously mentioned unauthorized opening of the door).  Passive sampling was performed after the THU had stood open for approximately three hours.  However, the results of these sampling events should not be regarded as tests of a "sealed unit".

Immediately subsequent to the Second Sampling Event, an ASTM E 1827 – 96 "Blower Door" test [15] was performed on the THU to determine its air tight integrity.  The results of this test indicate that, with all doors and windows shut, the THU experienced an equivalent air exchange rate of 1.65 air changes per hour (ACH).  This compares to an observed air change rate of 0.15 to 0.39 ACH in THUs examined by CDC.  This ACH rate, coupled with the multiple door openings and closings prior to Passive Sampling, prevented any "sealed" conditions for the Passive Sampling conducted.

F.   **Comparison of Second Sampling Event Results with Published Standards -**

Using only the results of Sample Number 955045 that reported 0.074 ppm formaldehyde in air, for clarity, the following comparisons are presented:

1.   The Sample Number 955045 result exceeds the Health Canada (HC), *Residential Indoor Air Quality Guidelines*; General Public; Eight (8) hour exposure limit - 0.04 ppm

2.   The Sample Number 955045 result exceeds the National Institute for Occupational Safety & Health (NIOSH), CDC; *Workplace Exposure Standard*; Recommended Exposure Limits: TWA up to 10 hour work day/40 hour work week - 0.016 ppm

---

[14] CDC, *Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes*; *Conclusions*; 2008, http://www.cdc.gov/nceh/ehhe/trailerstudy/residents.htm

[15] ASTM, *Standard E 1827 – 96 (2007) Standard Test Method for Determining Airtightness of Buildings Using an Orifice Blower Door*, West Conshohocken, PA, 2002

*Page 9 of 10*

3.   The Sample Number 955045 result exceeds the Agency for Toxic Substances and Disease Registry (ATSDR), CDC; General Public; *Minimal Risk Levels* (MRL):

Acute MRL (exposure < 14 days) - 0.04 ppm

Intermediate Duration MRL (exposure 14 days to 365 days) - 0.03 ppm

Chronic duration MRL (exposure > 1 year) - 0.008 ppm

4.   The Sample Number 955045 result exceeds the California Environmental Protection Agency (CEPA), Office of Environmental Health Hazard Assessment; General Public; *Recommended Exposure Limits* (REL):

Intermediate REL (8 hour) - 0.027 ppm

Chronic REL - 0.0024 ppm

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this 18th day of May, 2009

_____
William D. Scott, PE, CHMM
1117 Wright Avenue
Gretna, Louisiana   70056

_____
Notary Public Signature

*EDWARD D. MARBLE*
Notary Public Name

*08919*
Notary Number

*DEATH*
Commission Expires

*Page 10 of 10*

ALX-EXP-64-000010

Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 322

1      Q.   Okay.  Do you know if this is one

2    of the documents that was stuck on the

3    outside of your unit?

4      A.   I really can't say yes or no.

5      Q.   When you received whatever it was

6    that you received about formaldehyde in

7    travel trailers stuck to your unit, do you

8    remember what it told you?

9      A.   It told me basically about that

10   the irritant -- irritating eyes and

11   everything could possibly be one -- some of

12   the symptoms that you get and it's because

13   of the formaldehyde in the trailer.

14          And that the -- that if somebody

15   already had respiratory or asthmatic

16   problems, that it would either make it more

17   severe or cause them to have more problems,

18   and the fact that you could get some other

19   skin-irritating diseases from it and

20   possibly long-term effects of cancer and

21   stuff maybe.

22     Q.   Do you remember it saying anything

23   about if you have problems, go see a doctor?

24     A.   I don't remember that part.

25     Q.   Do you remember it saying anything