UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                             MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                  SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On August 11, 2009, the Court held a telephone status conference with the following counsel participating: Justin Woods, Dave Kurtz, Karen Whitfield, Henry Miller, Adam Dinnell, Andy Weinstock, Joe Glass, and Charles Penot. Pinkey Ferdinand, Court Reporter, transcribed the call. During the conference, the rescheduling of certain bellwether trials was discussed.

New Orleans, Louisiana, this 11th day of August, 2009.

                                               **KURT D. ENGELHARDT**
                                               **UNITED STATES DISTRICT JUDGE**