**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**THIS DOCUMENT IS RELATED TO:**
**AGE, et al. v. GULFSTREAM COACH, INC., et al. [Case No. 09-2892]**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S *EX PARTE* UNOPPOSED MOTION TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS THE CLAIMS OF PLAINTIFF CHRISTOPHER COOPER FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant United States of America ("United States") pursuant to Local Rules 7.3 and 7.8.1 submits this *Ex Parte* Unopposed Motion to file a Reply Memorandum in Support of its Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction. Local Rule 7.8.1 contemplates the filing of a reply memorandum in certain circumstances.

United States counsel has conferred with Liaison Counsel regarding the filing of this reply. The undersigned government counsel hereby certifies that neither Plaintiffs' Liaison Counsel nor Defense Liaison Counsel object to this motion for leave to file a reply.

Accordingly, for good cause shown, the United States requests that the Court grant this *Ex Parte* Motion and enter the attached proposed Order.

Dated: August 11, 2009                                      Respectfully Submitted,


TONY WEST                                                              HENRY T. MILLER
Assistant Attorney General, Civil Division            Senior Trial Counsel

| | |
|---|---|
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELLE BOYLE<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Adam Bain*<br>ADAM BAIN (IN Bar No. 11134-49) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>　　　　Telephone No: (202) 616-4209<br>E-mail: adam.bain@usdoj.gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

      I hereby certify that on August 11, 2009, the following documents were filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel: (1) the Defendant United States of America's Ex Parte Unopposed Motion to file a Reply Memorandum in Support of its Motion to Dismiss the Claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction; (2) a Proposed Order, (3) the Proposed Pleading, and (4) an Exhibit.

                                                          //S// *Adam Bain*
                                                          ADAM BAIN (IN Bar No. 11134-49)