DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS THE CLAIMS OF PLAINTIFF CHRISTOPHER COOPER
FOR LACK OF SUBJECT MATTER JURISDICTION

UNITED STATES EXHIBIT 7

ALANA ALEXANDER, DEPOSITION EXCERPTS

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4
 5
 6   IN RE:   FEMA TRAILER         MDL NO. 1873
 7   FORMALDEHYDE PRODUCTS         SECTION "N"(4)
 8   LIABILITY LITIGATION          JUDGE ENGELHARDT
 9
10                      *   *   *
11
12          VIDEOTAPED DEPOSITION OF ALANA
13   ALEXANDER, 1619 MIRABEAU AVENUE, NEW
14   ORLEANS, LOUISIANA 70122, TAKEN AT THE
15   OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
16   STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
17   29TH DAY OF JUNE, 2009.
18
19   REPORTED BY:
20        CATHY RENEE' POWELL, CCR
          PROFESSIONAL SHORTHAND REPORTERS
21        (504)529-5255
22   VIDEOGRAPHER:
23        MICHAEL BERGERON
          PROFESSIONAL SHORTHAND REPORTERS
24        (504)529-5255
25
```

Page 162

1 smelled or how it looked other than just
2 describing what was in it?
3    A. No, she didn't.
4    Q. Do you know if the trailer came
5 with any documentation?
6    A. I would say yes.
7    Q. Do you know if any of that
8 documentation was removed before you
9 actually got back to New Orleans?
10    A. I really don't know.
11    Q. Did your mom or dad say to you
12 that they had taken anything out of the
13 trailer?
14    A. No, they didn't take nothing out
15 of the trailer.
16    Q. When you first got back to New
17 Orleans, the trailer was already set up?
18    A. Yes.
19    Q. Okay. Did it have all of the
20 utilities already attached or hooked up?
21    A. Yes.
22    Q. So you had running water?
23    A. Yes.
24    Q. You had use of the bathroom
25 facilities?

Page 163

1    A. Yes.
2    Q. Okay. The stove was hooked up?
3    A. Yes.
4    Q. Okay. Did the trailer have an air
5 conditioner?
6    A. Yes.
7    Q. What about a heater, did it have a
8 heater?
9    A. Yes.
10    Q. When you first got to the trailer,
11 had the trailer been aired out at all?
12    A. No.
13    Q. It was still locked up?
14    A. Yes.
15    Q. Who gave you the keys to the
16 trailer?
17    A. My mom.
18    Q. Did your mom tell you that she had
19 been provided any kind of orientation by
20 anyone regarding the trailer?
21    A. No.
22    Q. Were you provided any instructions
23 concerning the trailer?
24    A. After we got in the trailer.
25    Q. Somebody came out to see you?

Page 164

1    A. Yes.
2    Q. Who came out to see you?
3    A. I'm not sure. I don't remember
4 what the lady's name was.
5    Q. Who was she with?
6    A. I think she was with Gulf Stream.
7 She said she was with the trailer people.
8    Q. Okay. What did she tell you?
9    A. She explained how to hook up the
10 propane tanks and everything. She told us
11 how to use the stove, how to use the
12 microwave and everything, and she showed us
13 around. She said the smell that we were
14 smelling was because the trailer was new and
15 had been closed up and to just air the
16 trailer out.
17      Like I say, when we first got
18 there, nobody was there. So I pointed out
19 to her that the panel in the main bedroom
20 had buckled. She told me that was because
21 it was held by tape, and because of the
22 humidity in New Orleans, that the tape had
23 come loose and to put duct tape on it.
24    Q. Did you raise any issues with her
25 about the condition of the trailer?

Page 165

1    A. Other than the buckling part, no.
2    Q. Did you notice any issues with the
3 way the doors or the windows worked in the
4 trailer?
5    A. No. After she showed us how, you
6 know, to lift it up and push it out, it was
7 simple enough.
8    Q. Did it seem like the doors and
9 windows fit appropriately?
10    A. I would say yes.
11    Q. Did you see any cracks or warps or
12 buckles, anything like that?
13    A. I would say, no, I didn't.
14    Q. Okay. What did she tell you about
15 the use of the stove?
16    A. She just said that it was hooked
17 to the propane and everything and how to --
18 because it had the automatic ignition. So
19 you would have to turn it and it would make
20 the click and then the flame would start.
21    Q. Were you told anything about other
22 things you had to do if you were going to
23 use the stove?
24    A. No, that's all I was told.
25    Q. Were you provided any