UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE | * | |
|     PRODUCTS LIABILITY | * | SECTION: N(5) |
|     LITIGATION | * | |
| | * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* | * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * | MAG: CHASEZ |

**************************************************************************

### MOTION FOR LEAVE TO FILE REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANT, GULF STREAM COACH, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**NOW INTO COURT**, comes Defendant, Gulf Stream Coach, Inc., who respectfully requests an Order from this Honorable Court granting leave to it to file its Reply to Plaintiffs' Response to Defendant, Gulf Stream Coach, Inc.'s Motion for Partial Summary Judgment.

Undersigned counsel has contacted all opposing counsel and there is no objection to the filing of this Reply.

    Respectfully Submitted:

    **DUPLASS, ZWAIN, BOURGEOIS,**
    **PFISTER & WEINSTOCK**

    s/Andrew D. Weinstock
    _____
    **ANDREW D. WEINSTOCK (#18495)**
    **JOSEPH G. GLASS (#25397)**
    3838 North Causeway Boulevard, Suite 2900
    Metairie, Louisiana 70002
    Telephone:   (504) 832-3700
    andreww@duplass.com
    jglass@duplass.com

       and

**SCANDURRO & LAYRISSON**
**Timothy D. Scandurro #18424**
**Dewey M. Scandurro #23291**
607 St. Charles Avenue
New Orleans, LA 70130
(504) 522-7100
(504) 529-6199 (FAX)
tim@scanlayr.com
dewey@scanlayr.com
**Counsel for Defendant, Gulf Stream Coach, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2009, a copy of the foregoing Motion for Leave to File Reply to Plaintiffs' Response to Defendant, Gulf Stream Coach, Inc., Motion for Partial Summary Judgment was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this file will be sent to liaison counsel by operation of the court's electronic filing system and all other counsel of record via e-mail and U.S. Mail.

      /s/ Andrew D. Weinstock
    ANDREW D. WEINSTOCK
     andreww@duplass.com