Stephen Carl Miller                                                                         July 9, 2009
Washington, DC

1

1          UNITED STATES DISTRICT COURT

2              DISTRICT OF LOUISIANA

3              NEW ORLEANS DIVISION

4    In Re:  FEMA Trailer      )

5    Formaldehyde Products     ) MDL No. 1873

6    Liability Litigation      )

7

8                              Washington, D.C.

9                              Thursday, July 9, 2009

10   Videotape Deposition of STEPHEN CARL MILLER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:18 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

Stephen Carl Miller                                                July 9, 2009
Washington, DC

                                                                          181

1   the levels being dropped.  I don't know how long, you

2   know, it would be in there relatively low, once they

3   were handed over.  I don't know that.

4            BY MR. SCANDURRO:

5       Q.   When the reference is made to a contractor

6   making the unit ready for occupancy, do you -- do you

7   have an understanding of who that contractor would

8   be?

9       A.   That would have been a -- one of the

10  contractors for one of the prime contractors that was

11  contracted with FEMA.

12      Q.   It wouldn't be a manufacturer like Gulf

13  Stream?

14      A.   No, sir.

15      Q.   I'm going to mark an email as Miller

16  number 22 and ask you to take a look at that.

17                      (Miller Exhibit No. 22

18                       was marked for

19                       identification.)

20           BY MR. SCANDURRO:

21      Q.   This is a May 11, 2006, email from Kurtis

22  Melnick to Marvin Dickerson.

182

1        And do you see you're cc'ed on that email?
2    A.  Yes, sir.
3    Q.  Who is Kurtis Melnick?
4    A.  Kurtis Melnick and I work together. He's
5 a log (phonetic) chief down in New Orleans now.
6    Q.  And what about Marvin Dickerson?
7    A.  I do not -- I don't -- do not recall
8 Mr. Dickerson.
9    Q.  Looking at the email in the third
10 paragraph, Mr. Medical is talking about the procedure
11 for removing formaldehyde odor from a temporary
12 housing unit that's been sitting in the sun.
13       Do you see that?
14   A.  Yes, sir.
15   Q.  He says the procedure for this is opening
16 the windows and possibly the door for a day or 2 or
17 until the odor is completely gone. In Louisiana,
18 this has been the job of the contractors or it has
19 occurred that someone from IA enters a trailer and
20 notices the odor, then they have also been opening
21 the windows. This should however be the
22 responsibility of the contractors.

1            Do you see that?

2       A.   Yes, sir.

3       Q.   Was that your understanding of what the
4  contractors and/or the IA personnel were doing in the
5  field when they set these trailers up?

6       A.   That is pretty much my understanding.

7       Q.   And if you look down in the last
8  paragraph, Mr. Melnick says: Our current method of
9  having the contractors who make the units RFO -- is
10 that "ready for occupancy"?

11      A.   Yes, sir.

12      Q.   -- seems to be satisfying any concerns
13 from the applicants we are housing.

14           Do you see that?

15      A.   Yes, sir.

16      Q.   Do you agree with that statement based on
17 your experience at that time?

18      A.   I think at that time during early May of
19 2006 that the number of complaints and the resolution
20 by airing it out by the contractor making it was --
21 was satisfying the applicants.

22      Q.   And again, the contractors we're talking

Stephen Carl Miller                                                      July 9, 2009
Washington, DC

184

1   about here are the contractors who are actually

2   installing the units on-site?

3        A.    That is correct.

4        Q.    It would not be a manufacturer like Gulf

5   Stream?

6        A.    No, sir.

7        Q.    When you worked the Florida hurricanes in

8   2004, did you actually go to Florida at any -- for

9   any of those 4 storms you described earlier?

10       A.    I was in Florida.

11       Q.    So you were in Florida at the end of 2004?

12       A.    Yes, sir.

13       Q.    Okay.  Were you made aware of any

14  formaldehyde claims by residents of the THUs in

15  Florida?

16       A.    I do not recall any formaldehyde claims

17  out of Florida --

18       Q.    Okay.

19       A.    -- that I'm aware of.

20       Q.    Are you aware of the fact that Gulf Stream

21  sold approximately 7,000 travel trailers to FEMA on

22  the Florida disaster?