UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                   MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2967

## ORDER

**IT IS ORDERED** that **Keystone RV Company's Motion to Strike (Rec. Doc. 2222)** is **DENIED AS MOOT** per Rec. Docs. 2587 and 2588.

New Orleans, Louisiana, this 11th day of August, 2009.

                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**