UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 SECTION N MAG. 5 |
| | JUDGE ENGELHARDT MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO: *Bauer, et al v. Liberty Homes, Inc., et al.* No. 08-5031 | JURY DEMANDED |

## RULE 7.6 CERTIFICATE

Pursuant to Local Rule 7.6, undersigned counsel for Plaintiffs certifies that opposing counsel has been contacted.

Counsel for Cavalier Home Builders, LLC, Cavalier Homes, Inc, Dutch Housing, Inc. d/b/a Champion Homes, Fleetwood Canada, Ltd., Fleetwood Enterprises, Inc., Frontier RV, Inc., Giles Family Holding, Inc., Jayco, Inc., Liberty Homes, Inc., Redman Homes, Inc. f/k/a Dutch Homes, River Birch Homes, Inc. and/or River Birch Homes, L.L.C., Southern Energy Homes, Inc., Starcraft RV, Inc., SunRay Investments, LLC and Waverlee Homes, Inc. do not object to the filing of Plaintiffs' Second Supplemental and Amended Complaint, with the reservation of all defenses.

Counsel for Coachmen Industries, Inc., Destiny Industries, L.L.C., Dutchmen Manufacturing, Inc., Forest River, Inc., Gulf Stream Coach, Inc., Keystone RV

Company, KZRV, LP, Layton Homes Corp., Monaco Coach Corporation, Morgan Building Systems, Inc., R-Vision, Inc., Recreation by Design, LLC, Skyline Corporation, Thor Industries, Inc. and Vanguard Industries of Michigan, Inc. a/k/a Palomino RV have been contacted but have been unable to respond to date.

Additionally, service upon American Camper Manufacturing, L.L.C. d/b/a Ameri-Camp, Keystone Industries, Inc. and Lakeside Park Homes, Inc. have not been effectuated nor has their counsel appeared in this case. Therefore, Plaintiffs' counsel could not obtain consent.

Additionally, Defendants Horton Homes, Inc., Oak Creek Homes, Inc. and Stewart Park Homes, Inc. have been served but have not appeared in this case. Therefore, Plaintiffs' counsel could not obtain consent.

Respectfully submitted,

/s/ Robert C. Hilliard

_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No.  5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone:  (361) 882-1612
Facsimile:  (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401

Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 11th day of August, 2009.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**

3