UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Bauer, et al v. Liberty Homes, Inc., et al.*<br>No. 08-5031 | JURY DEMANDED |

### **ORDER**

Considering the *Bauer* Plaintiffs' Motion for Leave to File Second Supplemental and Amended Original Complaint:

**IT IS ORDERED** that plaintiffs' Motion is **GRANTED**.

New Orleans, Louisiana this ___ day of _____, 2009.


_____
**JUDGE KURT D. ENGELHARDT**