UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: N(5) |
| | * | |
| This Document Relates to: | * | |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* | * | |
| | * | JUDGE: ENGELHARDT |
| Case No. 07-9228 | * | |
| | * | |
| | * | MAG: CHASEZ |

*****************************************************************************

**FLEETWOOD ENTERPRISES, INC.'S UNOPPOSED MOTION TO SEVER THE CLAIMS OF ELISHA DUBUCLET ON BEHALF OF TIMIA DUBUCLET**

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Fleetwood Enterprises, Inc. ("Fleetwood"), and, pursuant to Federal Rule of Civil Procedure Rule 42(b), respectfully requests that this Honorable Court issue an Order severing the claims of Elisha Dubuclet on behalf of Timia Dubuclet ("Timia Dubuclet") from the claims of all other plaintiffs in the above-captioned matter.  In addition, Fleetwood requests, as provided by Rule 42(b), that the Court's severance order preserve the parties' rights to a jury trial.  At the August 7, 2009 liaison conference with the Court, all counsel informed the Court that there is no opposition to this motion.

This 12th day of August, 2009.

                                          Respectfully submitted:

                                           */s/ Richard K. Hines, V*
                                          Richard K. Hines, V
                                          GA Bar No. 356300
                                          NELSON MULLINS RILEY & SCARBOROUGH, LLP

Atlantic Station
201 17th Street, NW, Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)

Jerry L. Saporito
LA Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

## C E R T I F I C A T E OF SERVICE

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )     Hand Delivery                       ( )     Prepaid U.S. Mail

( )     Facsimile                           ( )     Federal Express

(X)     CM/ECF

New Orleans, Louisiana, this 12th day of August, 2009.

/s/ Richard K. Hines, V
Richard K. Hines, V
Georgia Bar No. 356300
richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)