UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         * | | MDL NO. 1873 |
| FORMALDEHYDE         * | | |
| PRODUCTS LIABILITY         * | | |
| LITIGATION         * | | SECTION:  N(5) |
| * | | |
| This Document Relates to:         * | | |
| *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.* * | | |
| * | | JUDGE: ENGELHARDT |
| Case No. 07-9228         * | | |
| * | | |
| * | | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLEETWOOD ENTERPRISES, INC.'S MEMORANDUM OF LAW IN SUPPORT OF
ITS UNOPPOSED MOTION TO SEVER THE CLAIMS OF
ELISHA DUBUCLET ON BEHALF OF TIMIA DUBUCLET**

**May It Please The Court:**

Fleetwood Enterprises, Inc. ("Fleetwood") has moved this Court, unopposed, to sever the claims of Elisha Dubuclet on behalf of Timia Dubuclet. Fleetwood now submits this Memorandum of Law in Support of its Unopposed Motion to Sever the Claims of Elisha Dubuclet on Behalf of Timia Dubuclet and respectfully shows this Court as follows.

**I.  NATURE OF THE CASE**

As the Court is well aware, this Multi-District Litigation is the consolidation of almost five hundred state and federal toxic tort suits in which an estimated seventy thousand named Plaintiffs claim to have inhabited temporary housing units ("THUs") that were provided to them by the Federal Emergency Management Agency ("FEMA") as a result of the alleged uninhabitability of their residences due to Hurricanes Katrina and Rita. (Rec. Doc. 109, at ¶ 96). On June 15, 2009, the Court ordered that plaintiff Elisha Dubuclet on behalf of her minor

daughter, Timia Dubuclet ("Timia Dubuclet"), would serve as the bellwether plaintiff against Fleetwood in a trial now scheduled for December 7, 2009. (Rec. Doc. 1760).

Timia Dubuclet is a named plaintiff in the *Aldridge* case (*Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.*, Member Case No. 07-9228, filed November 30, 2007). Timia Dubuclet's claims are joined with the claims of 141 other plaintiffs also named in the *Aldridge* Complaint, as supplemented and amended. (Rec. Docs. 1064 and 1346). There are also 5 separate manufacturing defendants named in the *Aldridge* Complaint. Fleetwood respectfully submits that, pursuant to Fed. R. Civ. P. 42(b), the claims of Timia Dubuclet should be severed from the other 141 plaintiffs' claims in advance of the December 7, 2009 bellwether trial.[1]

## II.   LAW AND ARGUMENT

Federal Rule of Civil Procedure Rule 42(b) provides that "[f]or convenience, to avoid prejudice, or to expedite and economize, the court may order a separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims." The severance of Timia Dubuclet's claims from the remaining 141 Aldridge plaintiffs -- and their separate claims against four other manufacturing defendants -- would offer convenience to all parties and this Court in the administration of her separate claims and the ability to expedite and economize the bellwether trial of her separate claims.

## III.   CONCLUSION

**WHEREFORE,** considering the foregoing, Fleetwood respectfully requests that this Honorable Court issue an Order severing the claims of Timia Dubuclet from the claims of the

---

[1] Fleetwood notes that, in the alternative, severance of Timia Dubuclet's claims would also be appropriate under Fed. R. Civ. P. 21 for the reasons stated in Gulf Stream Coach's Inc.'s motion, Rec. Doc. 2566. Should this Court sever pursuant to Rule 21, Fleetwood respectfully requests that the claims of Timia Dubuclet be assigned a separate docket number.

remaining plaintiffs in the *Aldridge* case.  Fleetwood further requests that the parties' right to a jury trial be preserved under Fed. R. Civ. P. 42(b).

This 12th day of August, 2009.

                Respectfully submitted:

                 */s/ Richard K. Hines, V*
                Richard K. Hines, V
                GA Bar No. 356300
                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                Atlantic Station
                201 17th Street, NW, Suite 1700
                Atlanta, GA  30363
                (404) 322-6000 (phone)
                (404) 322-6050 (fax)

                Jerry L. Saporito
                LA Bar No. 11717
                LEAKE & ANDERSSON, L.L.P.
                1700 Energy Centre
                1100 Poydras St.
                New Orleans, LA 70163-1701
                (504) 585-7500 (phone)
                (504) 585- 7775 (fax)

                Counsel for Fleetwood Enterprises, Inc.

## **C E R T I F I C A T E OF SERVICE**

I hereby certify that a copy of the foregoing has this date been serves on all counsel of record in this proceeding by:

( )    Hand Delivery                    ( )    Prepaid U.S. Mail

( )    Facsimile                        ( )    Federal Express

(X)    CM/ECF

New Orleans, Louisiana, this 12th day of August, 2009.

                                      */s/ Richard K. Hines, V*
                                      Richard K. Hines, V
                                      Georgia Bar No. 356300
                                      richard.hines@nelsonmullins.com

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)