UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER         FORMALDEHYDE         PRODUCTS LIABILITY         LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Aldridge, et al. v. Fleetwood Enterprises, Inc., et al.*  Case No. 07-9228 | * * * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion to Sever the Claims of Elisha Dubuclet on behalf of Timia Dubuclet filed on behalf of Fleetwood Enterprises, Inc. is hereby **GRANTED**.

THIS _____ day of _____ 2009, New Orleans, Louisiana.

_____
HONORABLE KURT D. ENGELHARDT
Judge, United States District Court,
Eastern District of Louisiana