UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                            MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                           NUMBER: 07-1873

                                               SECTION: "N"(5)


ORDER ON MOTION
AUGUST 11, 2009

APPEARANCES:

MOTION:

(1)   Plaintiff, Lyndon Wright's, Motion to Compel the Results and
      Data from Defense's Medical Examination (Rec. doc. 2406).

_____ :   Continued to

_____ :   No Opposition

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

__1__ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

_____ :   Other.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE