Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE: FEMA TRAILER          * MDL NO. 1873
       FORMALDEHYDE          *
       PRODUCTS LIABILITY    *
       LITIGATION            * SECTION: N(5)
                             *
This Document Relates to:    * JUDGE: ENGELHARDT
Charles Age, et al, v.       *
Gulf Stream Coach, Inc.,     *
et al, Docket No. 09-2892    * MAG: CHASEZ
* * * * * * * * * * * * * * * * * * * *

        Video-Taped Deposition of WILLIAM D.
SCOTT, 1117 Wright Avenue, Gretna, Louisiana,
70056, taken in the law offices of Lambert &
Nelson, 701 Magazine Street, New Orleans,
Louisiana, 70130, on Thursday, the 11th day of
June, 2009.


APPEARANCES:


        T. CHRISTOPHER PINEDO
        ATTORNEY AT LAW
        4550 Jericho Road
        Corpus Christi, Texas  78413

              - and -

        FRANK J. D'AMICO
        ATTORNEY AT LAW
        622 Baronne Street
        New Orleans, Louisiana  70113
              (Attorneys for the Plaintiffs)


        SCANDURRO & LAYRISSON
        (By: Dewey M. Scandurro, Esquire)
        607 St Charles Ave
        New Orleans, Louisiana  70130
              (Attorneys for the Defendant,
               Gulf Stream Coach, Inc.)

William D. Scott
June 11, 2009

1   Q.      And that note shows .05, correct?

2   A.      Yes.

3   Q.      And that's .05 parts per million?

4   A.      Correct.

5   Q.      Which is the equivalent of 50

6   parts per billion, with a B, correct?

7   A.      Correct.

8   Q.      And this obviously, this

9   handwritten note at the bottom showing 0.05

10  parts per million, those notes would have been

11  made sometime after these notes at the top of

12  the page?

13  A.      Correct.

14  Q.      Is it your understanding the

15  notes at the top of the page were made on site

16  as the trailer was being tested?

17  A.      Contemporaneously, yes.

18  Q.      These would be the most accurate

19  representations of the times and dates; is

20  that right?

21  A.      Yes.

22  Q.      I've seen some other records that

23  referred to the testing date of January 24th,

24  specifically some things that came from Assay

25  Technologies.

William D. Scott
June 11, 2009

Page 117

1    to your report, Bates stamped No. 35.

2    That is a report from Assay

3    Technologies of the test results of the

4    Alexander trailer; is that right?

5    A.        Yes.

6    Q.        And the results that are shown

7    there are .05 parts per million; is that

8    right?

9    A.        Correct.

10        MR. SCANDURRO:

11    I am going to attach that

12    attachment 4 to the deposition as William

13    Scott 8, Bates numbers 28 through 35.

14    EXAMINATION BY MR. SCANDURRO:

15    Q.        In January 2008, you didn't

16    actually do any work as part of the testing of

17    Ms. Alexander's trailer, did you?

18    A.        No.

19    Q.        When you sent in the -- when your

20    company, rather, sent in the badges, including

21    Ms. Alexander's badge, and of course when I

22    say "badge," I am referring to passive

23    dosimeters, were there any unused passive

24    dosimeters sent in with those test samples?

25    A.        Unused?

William D. Scott
June 11, 2009

Page 205

1    particular sample was received by AT labs in

2    California on what date?

3    A.        February 1.

4    Q.        And the subsequent to the receipt

5    of that on February 1, 2008, did they issue,

6    AT labs, did they issue a report providing the

7    formaldehyde level of the sample that was

8    taken from the Alexander/Cooper trailer?

9    A.        Yes.

10   Q.        I am going to show you what is

11   marked as William Scott No. 12.

12   Does that provide the

13   formaldehyde result of the sample that was

14   taken from the Alexander/Cooper trailer in

15   January 2008?

16   A.        Yes, it does.

17   Q.        And can you tell the ladies and

18   gentlemen of the jury what is the level in

19   parts per million of formaldehyde they have

20   recorded there?

21   A.        0.05 parts per million, M.

22   Q.        How does that equate to parts per

23   billion?

24   A.        50 parts per billion.

25   Q.        Do you know how it equates with

Transcript of the Testimony of
# Videotaped Deposition of Judd E. Shellito, M.D.

## Date taken: September 15, 2008

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 33

1        Q     Correct.

2        A     Trauma, foreign bodies.   Probably

3  congenital lesions could do that.   Those are

4  the ones that come to mind.

5        Q     And how many different respiratory

6  irritants are there?

7        A     Oh, many.

8        Q     Hundreds?

9        A     At least, yes.

10       Q     Thousands maybe?

11       A     Yes.

12       Q     In any individual's case, if that

13  individual had nasal discharge and they were

14  exposed to formaldehyde, would you have to

15  determine whether they were exposed to

16  anything else that might have caused that

17  nasal discharge --

18       MR. D'AMICO:

19            Objection.

20  EXAMINATION BY MR. WEINSTOCK:

21       Q     -- before opining that

22  formaldehyde was the cause of that nasal

23  discharge?

24       A     Well, that would be part of the

25  history.   Correct, I agree.

Page 70

```
 1        A     You know my report better than I
 2   do.  12 and 13, correct.
 3        Q     You don't treat childhood asthma?
 4        A     I do not.
 5        Q     So your opinion in that regard is
 6   based solely on papers you've read and what
 7   you know of --
 8        A     And my --
 9        Q     -- airborne irritants?
10        A     And my training, yes.
11        Q     What other airborne irritants
12   cause childhood asthma?
13        A     Cigarette smoke.
14        Q     Any others?
15        A     Smoke from natural gas heating
16   stoves.
17        Q     Any others?
18        A     Smoke from biomass combustion,
19   which would include wood fires as well as
20   other biomass fires.
21        Q     Any others?
22        A     Not that I can recall, no.
23        Q     We said earlier there are
24   thousands of airborne irritants; is that
25   right?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Judd E. Shellito, M.D.

Page 71

1        A     I don't think we said that.

2        Q     Okay.  Hundreds?

3        A     I don't think we put a number on

4   it.

5        Q     Well, let's do that.

6        A     We said many.

7        Q     Are there more than 100 airborne

8   irritants?

9        A     I'm sure there are.

10       Q     Are there more than 1,000?

11       A     I don't know.

12       Q     What is the biological mechanism

13   of injury that allows the airborne irritants

14   you referred to to cause childhood asthma?

15       MR. D'AMICO:

16            Which ones are you talking about?

17       MR. WEINSTOCK:

18            The ones he mentioned; cigarette

19   smoke --

20       MR. D'AMICO:

21            And the other smoke?

22       MR. WEINSTOCK:

23            -- wood burning smoke,

24   formaldehyde, and a couple other smokes.

25       MR. D'AMICO:

# Transcript of the Testimony of
# **Videotaped Deposition of Alana Alexander**

## **Date taken: June 29, 2009**

## **In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

### ***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# **Professional Shorthand Reporters, Inc.**
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alana Alexander

Page 111

1       Q.    After the trailer, you felt like

2    you developed a breathing problem?

3       A.    Yeah.   This is the one on me?

4       Q.    Yes.

5       A.    Yeah.

6       MS. PETROVICH:

7             So the answer should be "yes"?

8       THE WITNESS:

9             The question says, "Have you ever

10   suffered."  I was answering --

11      MR.  HILLIARD:

12            Hold on, wait.  This is confusing.

13   Wait a minute.  Don't say anything else

14   until there's a question on the table.

15   EXAMINATION BY MR. GLASS:

16      Q.    Ma'am, if I understand correctly

17   what you're trying to convey in the

18   information requested in VI. 1. is that

19   after you started living in the FEMA

20   trailer, you developed breathing problems;

21   is that correct?

22      A.    I would have to say no.

23      Q.    Okay.  Let me ask you this way.

24   Before you lived in the FEMA trailer, when

25   you first started occupying the FEMA trailer

Page 112

1    on Dale Street, did you have any breathing

2    problems?

3         A.    Before I occupied the trailer?

4         Q.    Yes.

5         A.    No.

6         Q.    Okay.  After you occupied the

7    trailer, did you have breathing problems?

8         A.    The coughing slightly, yeah.

9         Q.    Had you ever had coughing spells

10   before you lived in the trailer?

11        A.    No.

12        Q.    Had you ever had colds before you

13   lived in the trailer?

14        A.    Well, yeah.

15        Q.    Are there any other changes on the

16   fact sheet?

17        A.    I think that was it.  Let me make

18   sure.  No, that is it.

19        Q.    As of July 22, 2008, when you

20   signed the certification, did you review

21   this Plaintiff Fact Sheet before you signed

22   it?

23        A.    Yes, I read over it.

24        Q.    Okay.  And you signed that it was

25   accurate that you had breathing problems

Page 167

1       A.   She said just open the windows and

2   the door, because there was a screen door on

3   it.  You open the windows and the door and

4   you could turn the air conditioner on and

5   let it blow out.  Especially if we was gone

6   for the day and was coming back in, to let

7   that happen for a few minutes.

8       Q.   So she said if you were out and

9   the trailer had been closed up, to make sure

10  that you opened the door and windows and

11  turned on the AC for a little while?

12      A.   Yes.

13      Q.   What smell were you talking about

14  when you said that you spoke to her about

15  the smell?

16      A.   I would say that chemical smell

17  because when you walked in, I initially got

18  a tingle in the back of the throat and a

19  little burning sensation in the nose and did

20  some sneezing.  And that was the initial --

21  and itchy eyes a bit.

22      Q.   That was the first day you moved

23  in?

24      A.   Yes.

25      Q.   Did Chris or Erika express any

Page 168

1   similar problems?

2         A.    Yes.

3         Q.    Anything else that Chris felt like

4   he had a problem with that he told you

5   about?

6         A.    Not initially.

7         Q.    Once the lady left, did you follow

8   the instructions to open the windows and

9   door and to use the AC?

10        A.    Yes.

11        Q.    Okay.  And what happened at that

12  point, did it clear out the smell?

13        A.    Yeah, it started to like dissipate

14  after about an hour of airing it out.

15        Q.    Did you continue to have sneezing

16  and itchy eyes after it had been aired out?

17        A.    No, not after it aired out.

18        Q.    Did anyone live in the trailer

19  with you besides your kids?

20        A.    No.

21        Q.    At any time that you were in the

22  trailer, did anybody stay for more than a

23  day?

24        A.    No.

25        Q.    Did you have visitors at the

Page 181

```
 1    they felt it was fun to be in the trailer.
 2    I guess after a while, it started wearing on
 3    their nerves that they were always so close
 4    together.  Especially Erika, being a girl,
 5    she wanted her privacy and everything.  And
 6    there was just no privacy at all, especially
 7    back there for them.
 8         Q.   Did Christopher express any
 9    thoughts about the sleeping arrangements,
10    whether he liked them or disliked them?
11         A.   Well, they didn't care for it.  It
12    was just so small.  Whenever they would roll
13    over, they would bump into the walls in the
14    trailer, you know, so it was pretty cramped
15    back there.  I wouldn't even get in there.
16         Q.   Did it scare Chris at all?
17         A.   No, I would say I don't think it
18    did.
19         Q.   You said the smell started
20    dissipating once you aired it out.  Did you
21    continue to have burning eyes over the first
22    couple of weeks?
23         A.   I would say the first two weeks we
24    kept with the burning eye sensation, and as
25    time went on, each of the little symptoms,
```

Page 182

1    like the scratching throat and the sneezing,

2    dissipated over time.

3        Q.   At what point, if any, did the

4    symptoms go away?

5        A.   I would say probably after two

6    months.

7        Q.   So after two months, you felt like

8    all the burning eyes, the scratchy throat

9    and all that stuff had gone away?

10       A.   Yes.  That's what it felt like,

11   yes.

12       Q.   Okay.  Did Chris say anything to

13   you about his own symptoms, if they went

14   away about the same time period?

15       A.   I would say yes, kind of like at

16   the same time, but I just noticed that he

17   started with the inhaler more.

18       Q.   When did he start with the inhaler

19   more?

20       A.   I would say around that two- or

21   three-month time period we were in the

22   trailer.  So that would have been probably

23   like in July.

24       Q.   So in July, you felt like he was

25   using the inhaler more?

Page 333

1          Q.     There was a warranty phone number

2     in the Gulf Stream manual.  Did you ever

3     call Gulf Stream?

4          A.     The only number I ever called on a

5     consistent basis was the customer service

6     and that was the only one.

7          Q.     The maintenance --

8          A.     The maintenance one, I'm sorry,

9     the maintenance one.

10         Q.     Do you remember when was the first

11    time that you told any doctor about symptoms

12    that you or Chris may have experienced while

13    living in the trailer?

14         A.     Well, when we first found

15    Dr. Barnes and I told her about the symptoms

16    that he was having, I didn't immediately

17    know that had to do with the stuff that was

18    going on in the trailer.  I just went

19    thinking it was, you know, his allergies and

20    asthma.

21         Q.     So at that time, you didn't tell

22    any doctor that you had or any of Chris's

23    doctors, that you had experienced irritation

24    while living in the unit?

25         A.     Correct.

Page 334

```
1        Q.    Did you ever visit a doctor while
2   you lived in the trailer?
3        A.    The only doctor I ever visited
4   while we lived in the trailer was the
5   dentist.
6        Q.    Was that Dr. Honoré, or something
7   like that?
8        A.    Honoré, yes.
9        Q.    You didn't visit any other doctor
10  while you lived in the trailer?
11       A.    No.
12       Q.    When you moved out into your
13  sister's house on Mirabeau Avenue, was that
14  the first time since you had been in the
15  travel trailer that you had an option to go
16  somewhere else and move out?
17       A.    I would have to say yes.
18       Q.    Has Chris ever had any kind of
19  asthmatic response to any kind of odors or
20  smells in other places other than in the
21  trailer?
22       A.    No.
23       Q.    Chris had to go to the hospital in
24  December of 2007.  Do you remember that
25  incident?
```

Page 388

1    it?

2         A.    Well, I'm on page 4.  Which one

3    did you say?

4         Q.    Paragraph 15.  I'll represent to

5    you that this is a legal paragraph that lays

6    out your claims.

7              Did you have any specific

8    recollection of input regarding what claims

9    you were making in this allegation?

10        A.    As far as this one, yes.

11        Q.    Okay.  The first subparagraph A

12   says, "Plaintiff's physical pain and

13   suffering," which "plaintiff" being you.

14        A.    Okay.

15        Q.    What pain and suffering did you

16   have as a result of living in the trailer?

17        A.    I had headaches, I had the

18   itching, watery eyes, the burning nose, the

19   burning in the back of the throat, the

20   coughing and -- yeah.  That's the physical

21   pain and everything.

22        Q.    You said that when you first came

23   into the trailer, that's when you had the

24   watery eyes, and then after a couple of

25   months, that went away?

Page 389

1        A.    Yes.

2        Q.    Was that also true for the

3   headaches, the itching and the other items

4   you just mentioned?

5        A.    The itching; the headaches stayed

6   a little longer.

7        Q.    Okay.  After they went away, when

8   did they first come back?

9        A.    After all of these symptoms went

10   away --

11        Q.    You said after a couple of months,

12   they went away, and then a little bit longer

13   for the headaches.  Did they come back later

14   on?

15        A.    No.

16        Q.    Okay.  So you had a couple of

17   months of headaches, itching and watery

18   eyes?

19        A.    Yes.

20        Q.    But the itching and the watery

21   eyes diminished over those couple of months?

22        A.    Yes.

23        Q.    When you say "diminished," are you

24   talking about in frequency or severity?

25        A.    In severity.

Page 390

1        Q.    So you had a constant headache the

2   entire time you were in the trailer for the

3   first couple of months?

4        A.    I would say a constant headache --

5        MS. PETROVICH:

6             Object to the form of the

7   question.

8        MR. HILLIARD:

9             What was your objection?

10       MS. PETROVICH:

11            Form of the question.  I don't

12  think she said she had constant headaches.

13       MR. GLASS:

14            That's what I asked her.  That was

15  the question.

16  EXAMINATION BY MR. GLASS:

17       Q.    Did you have constant headaches?

18       A.    No, it wasn't constant headaches.

19       Q.    At any time in those first couple

20  of months, did you see a doctor about your

21  complaints?

22       A.    No.

23       Q.    After those couple of months, did

24  you return to your pre-Katrina health?

25       A.    Me?

Page 391

1      Q.    Yes.

2      A.    Yeah, pretty much.

3      Q.    As we sit here today, do you have

4   any physical complaints or issues that you

5   relate to the -- and I am talking about

6   physically -- that relate to your time in

7   the trailer?

8      A.    I would say no.

9      Q.    The second subparagraph B is

10  "Regarding the physical pain and suffering

11  of her minor son, Christopher Cooper."

12            What physical pain and suffering

13  did Chris go through?

14      A.    Well, in the trailer, his eyes

15  were worse because his eyes constantly

16  stayed watery through the time that we were

17  in there.  Even after the odor dissipated,

18  he always had the watery eyes.

19      Q.    How did you treat those watery

20  eyes?

21      A.    That's when he was on the

22  Claritin, and like I said, I thought it had

23  to do with mostly allergies.

24      Q.    What other manifestations of

25  physical symptoms did Chris have in those

**Epidemiologic evaluation of the possible association between exposure to formaldehyde and the occurrence of non-malignant conditions**

## I.     INTRODUCTION

This report is regarding the case of Charlie Age, et al. (Alana Alexander and Christopher Cooper) v. Gulf Stream Coach, Inc., et al., No 09-2892.

### A.      PROCESS

The first step in preparing this report was to review the fact sheets provided by the plaintiffs in which they list their symptoms.  These symptoms are as follows:

Alana Alexander: irritation to eyes, burning of eyes, tearing of eyes, irritation to nasal membranes, headaches

Christopher Cooper: irritation to eyes, burning of eyes, tearing of eyes, irritation to nasal membranes, burning of nasal membranes, headaches, difficulty in breathing, wheezing, shortness of breath, throat irritation, asthma attacks that are recurrence of childhood asthma, allergies for the first time in your life, worsening of allergies that you had previous to living in FEMA trailer

The second step was to identify epidemiologic literature that considered the possible relationship between exposure to formaldehyde and these symptoms.  Three general categories were in included in this search: respiratory disease, neurological disease, and symptoms of irritation. This review was conducted using the PubMed search engine provided by the National Library of Medicine.  An example of a search would be "formaldehyde AND respiratory", which would identify papers that mention both of these words among their key words.

The third step was to review the papers that were identified and to consider whether or not they were relevant to the symptoms noted.  Also, the quality of each paper was considered, in that simple publication of a paper does not guarantee that the paper provides useful information. Papers that were considered to be potentially informative were briefly reviewed, and comments were made on the data presented and the conclusions reached by the authors.

The fourth step was to review and comment on a report entitled "Formaldehyde Exposure and Asthma in Children: A Systemic Review" by Gerald McGwin, Jr. M.S., PhD. dated May 18, 2009.

The fifth step was to compare the conclusions reached by Dr. McGwin to those reached by Dr. Monson.

The final step was to summarize the epidemiologic literature and to provide an evaluation of the relationship, if any, between indoor exposure to formaldehyde and respiratory conditions, neurological conditions or symptoms of irritation.

B.    CONTENTS

II.    **OVERVIEW OF EPIDEMIOLOGY**

III.    **QUALIFICATIONS**

IV.    **DESCRIPTION OF RELEVANT PUBLICATIONS**

      A.    RESPIRATORY CONDITIONS

      B.    NEUROLOGICAL CONDITIONS

      C.    SYMPTOMS OF IRRITATION

V.    **REVIEW OF "Formaldehyde Exposure and Asthma in Children: A Systemic Review" by Gerald McGwin, Jr. M.S., PhD. dated May 18, 2009**

      A.    DESCRIPTION AND CRITIQUE OF MCGWIN'S REPORT

      B.    COMPARISON OF MCGWIN'S AND MONSON'S REVIEW OF THE LITERATURE

      C.    CONCLUSIONS ON MCGWIN'S REPORT

VI.    **OVERALL SUMMARY AND CONCLUSIONS**

      A.    RESPIRATORY CONDITIONS

      B.    NEUROLOGICAL CONDITIONS

      C.    SYMPTOMS OF IRRITATION

II.      **OVERVIEW OF EPIDEMIOLOGY**

Epidemiology is the study of the distribution and determinants of disease in human populations.  Epidemiologists seek to discover factors that cause disease or that prevent disease.  Also, epidemiologists evaluate methods used to treat disease, such as drugs or surgical techniques.  The general goal of epidemiology is to assist in minimizing morbidity (the incidence of sickness in human populations) and mortality (the death rate).

As part of the study of the causes of disease, epidemiologists measure factors that are suspected of leading to the development of disease.  A basic comparison used in epidemiology is to measure the rate of a specific disease among persons <u>with</u> the exposure of interest and to measure the rate of the disease among persons who do <u>not</u> have the exposure of interest.  The epidemiologist then compares the two rates to each other to assess whether they are similar or are different.  This exercise measures the <u>association</u> between exposure and disease, which may be positive, none, or inverse.

Having assessed whether there is or is not an association between exposure and disease in the population of interest, the next task of the epidemiologist is to assess whether factors other than causality may have caused or contributed to the association.  An association does not represent a causal link between exposure and disease, but rather may be due to chance, bias, or error.  Chance can never be ruled out as one possible explanation for an association.

There are two basic strategies used in the design of an epidemiologic study:  study <u>exposed</u> persons or study <u>diseased</u> persons.  A study comparing disease rates among exposed and unexposed persons is termed a "cohort study" or a "follow-up study." A study comparing exposure percentages among persons with a disease of interest and among persons without the disease of interest is termed a "case-control" or "case-referent study."  On occasion, participants in a population are selected without initial specification of exposure or of disease.  Such a study is termed a "cross-sectional study."

After epidemiologic data have been collected and analyzed, the associations noted in the data must be interpreted.  The measures of association and of stability that have been computed have no inherent meaning; they reflect only the data that have been accumulated in the study.  It is possible that these data have resulted from bias, error, or chance and thus have no interpretive meaning.  A formal evaluation of the study design and of the methods used to collect and to analyze data is needed in order to assess the meaning of the data.

The first step in interpretation of data is to assess the methods used in the study itself. The following questions must be considered:

Is there evidence for *bias in the selection of study subjects*?
Is there evidence for *bias in obtaining information on exposure or disease*?
Is there evidence for *bias due to the confounding influence of other factors*?
Is the association between exposure and disease *stable or unstable*?
Is there evidence for *imprecision* in the measure of exposure or of disease?

The so-called "Bradford Hill criteria" are the standard criteria used to assess whether the general epidemiologic literature on some exposure or some disease provides sufficient information to judge causality. It must be emphasized that this assessment is a judgmental rather than a quantitative process. The quantitative results of any "meta-analysis" should not necessarily be weighted more than the qualitative conclusions of a literature review.

One formulation of the Bradford Hill criteria is:

*Consistency* - An association is seen in a variety of settings.

*Specificity* - The association is well-defined rather than general.

*Strength* - The association is high or low rather than close to 1.0.

*Statistical significance* - The association is stable rather than unstable.

*Dose-response* - The higher the exposure, the higher the rate of disease.

*Temporal relationship* - The exposure occurs before the disease.

*Coherence* - The association is believable based on information from other scientific disciplines.

Each of these criteria should be considered is assessing whether an association between exposure and disease can be judged to be causal. Except for temporal relationship, there need not be evidence for each of these criteria. The greater the number of criteria that are judged to be met, then the greater is the strength of the interpretation that the association is causal.

Epidemiology is a useful discipline in seeking to identify factors that cause disease in humans, but data obtained in epidemiologic studies by themselves provide no useful information. In particular, epidemiologic studies are not designed to tell us and cannot be used to tell us anything about the causation of disease in an individual. Epidemiology speaks in terms of populations only. A careful assessment is needed of the methods used to collect and analyze the data in order to be confident that the data are related to any true causal processes present in the underlying population. Data that present an erroneous picture of these processes do a disservice to the population being evaluated.

III.     **QUALIFICATIONS**

My name is Dr. Richard R. Monson.  I have a B.S. Degree in Chemistry from North
Dakota State University, an M.D. Degree from Harvard Medical School, a Master of Science
Degree in Epidemiology and Biostatistics from the Harvard School of Public Health (HSPH),
and a Doctor of Science Degree in Epidemiology and Biostatistics from HSPH.

From 1969 - 2008, I was a member of the faculty of HSPH.  I am currently a Professor of
Epidemiology *Emeritus* and a member of the Departments of Epidemiology and of
Environmental Health.  From 1982 through 1996, I was the Director of the Occupational Health
Program, a sub-department of the Department of Environmental Health.

From 1998 through 2006, I was Associate Dean for Professional Education. In this role I
had overall responsibility for the major degree-granting program of HSPH.  Each year, about 200
physicians and others with advanced degrees graduate from this one-year program.

I have published over 160 papers and book chapters in the field of epidemiology.
I am the author of the USDR (United States Death Rates) computer program that has
been used for 35 years to compare mortality or cancer morbidity in a study population to
that in a general population. To date, over 600 scientific papers have been published that
cite use of this program.  I am the author of *Occupational Epidemiology*, an advanced
text for professionals in the fields of epidemiology and occupational health. CRC Press
published the first edition in 1980 and a second edition in 1990.

I have served as a member of a number of scientific committees and as a
consultant to public and private institutions. I have served on three committees for the
National Research Council - the Committee on Amines, the Committee on Non-
occupational Health Risks of Asbestiform Fibers, and the Committee on Health Risks
From Exposure to Low Levels of Ionizing Radiation (BEIR VII Phase 2).  I was Chair of
the BEIR VII committee.  I participated as a member of the committee that evaluated
carcinogenic risks in the rubber industry for the International Agency for Research on
Cancer (IARC) and also served on an internal peer review committee for IARC.  I have
consulted with the USEPA on Love Canal, on drinking water, and on arsenic, and I
served as a member of the Environmental Health Committee of the USEPA Science
Advisory Board.  I have served the National Institute for Occupational Safety and Health
as a consultant on beryllium and on talc.  I have served the National Cancer Institute as a
peer reviewer of the Environmental Epidemiology Branch, and as a member of the
Acrylonitrile Advisory Panel and the Advisory Committee of the Long Island Breast
Cancer Study.

IV.    **DESCRIPTION OF RELEVANT PUBLICATIONS**

This is an evaluation of the epidemiologic literature relating possible exposure to formaldehyde and the occurrence of non-malignant conditions. This review is as follows:

A.    **RESPIRATORY CONDITIONS**

note: 1 ppm of formaldehyde = 1.24 mg/m$^3$ (CALOSHA)

1.    Hoey JR et al. 1984. Health risks in homes insulated with urea formaldehyde foam. Can Med Assoc J 130:115-117

This is an editorial that discusses symptoms of residents of homes insulated with urea formaldehyde foam (UFFI). The authors note that the threshold of detection in the air is about one part per million (ppm). They note that the residents frequently complain of headache, malaise, anorexia and loss of libido. Irritation of the nose, eyes and throat has been reported at concentrations of formaldehyde gas at 0.9-1.8 ppm. Thus, irritation occurs at roughly the threshold of detection. The authors state: "Although there is no good evidence that systemic symptoms and respiratory illnesses are directly attributable to UFFI, such attribution is consistent with experience with other toxic gases." There is no information to suggest that exposure to UFFI is a cause of diseases of reproduction.

*Comment. The authors emphasize that formaldehyde irritates the eyes, mucous membranes, and upper respiratory tract. They note that there is no good evidence that exposure to UFFI is a cause of respiratory illnesses.*

2.    Krzyzanowski M et al. 1990. Chronic respiratory effects of indoor formaldehyde exposure. Environ Res 52:117-125

This is a cross-sectional study in Arizona of 298 children and 613 adults on the relation between indoor exposure to formaldehyde and chronic respiratory conditions. Information on health conditions was obtained by self-administered questionnaire. Information on formaldehyde exposure was measured in several areas of the home for two 1-week periods.

Among children aged 15 years or less there were 15 (5.0%) who reported chronic bronchitis diagnosed by an MD. There were 47 (15.8%) who reported asthma diagnosed by an MD.

Among these children the lowest prevalence rates of MD-diagnosed chronic bronchitis were reported in households and in specific rooms where the level of formaldehyde was ≤40 parts per billion (ppb) (Table 3). The highest rates varied between rooms with 41-60 ppb and greater than 60 ppb. There was no consistent dose-response pattern.

Among the children the lowest prevalence rate of MD-diagnosed asthma was reported where the level of formaldehyde in the kitchen was 41-60 ppb (Table 4). The highest rate was reported where the level was above 60 ppb (5 cases). The rate below 40 ppb was intermediate between those with medium and highest exposure.

For both of these diseases there is no evidence for a monotonic increase in prevalence according to level of formaldehyde. A number of trend tests were statistically significant, but this is based upon dichotomous differences rather than on true trends. Also, for both diseases there was a statistically significant interaction with environmental tobacco smoke (ETS). The highest prevalence rates clearly occurred in rooms with ETS and formaldehyde concentration above 60 ppb.

The authors conclude that: ". . . our data suggest nonnegligible respiratory effects of prolonged exposure to formaldehyde of concentrations even below 60 ppb in children.

*Comment. The data on chronic bronchitis in children suggest an increased prevalence at levels above 40 ppb. The data on asthma in children suggest an increased prevalence at levels above 60 ppb. The final statement from the authors (above) is misleading. These associations are based on small numbers of exposed cases and do not show any consistent dose-response trend. Given that this is a cross-sectional study, it is not possible to establish a time relationship between exposure to formaldehyde and onset of asthma or bronchitis.*

3.   Liu-S et al.1991. Irritant effects of formaldehyde exposure in mobile homes.
     Env Health Perspect 94:91-94

This is a cross-sectional survey by the California Indoor Air Quality Program of over 1000 individuals who lived in mobile homes. Participants were enrolled by mail questionnaire; about 44% of those who were contacted responded either to the summer phase and/or to the winter phase. Information on exposure to formaldehyde was collected by passive monitors that were returned to the Program. Information on six chronic respiratory conditions and on 16 respiratory and other symptoms was obtained by filling out a self-administered questionnaire.

Formaldehyde concentrations varied from less than 0.01 ppm to 0.46 ppm. (The authors state that the level of detection is 0.01 ppm). The mean concentration was 0.089 ppm in the summer and 0.088 in the winter. Positive and significant associations were noted between formaldehyde level and burning eyes, burning skin, dizziness, and sleeping problems. Among persons with a chronic disease, formaldehyde level was associated with fatigue, sleeping problems, and sore throat.

The authors note that: "Irritant effects were found to be associated with formaldehyde exposure . . ."

*Comment. This study reports that formaldehyde exposure to persons living in mobile homes is associated with irritant effects.*

4.     Symington P et al. 1991. Respiratory symptoms in children at schools near a foundry. Brit J Ind Med 48:588-591

This is a study of school children living near a foundry which emitted formaldehyde, ammonia and isocyanates among other substances.  Long-term average exposure to formaldehyde was suggested to be several thousand times lower than the current occupational limit of 2.5 mg/m$^3$, although several were as high as 3 mg/m$^3$.  Prevalence of symptoms was compared to those in another town as well as according to distance of residence from the foundry.  No associations with respiratory symptoms were found.

*Comment.  This paper is of marginal relevance to evaluation of the possible effects of indoor exposure to formaldehyde.*

5.     Chia SE et al. 1992. Medical students' exposure to formaldehyde in a gross anatomy dissection laboratory. J Am Col Health 41:115-119

150 first-year medical students in Singapore who were exposed to formaldehyde were studied with respect to irritation and change in pulmonary function.  During the month before the evaluation students exposed to formaldehyde had significantly more eye and throat irritation, decreased ability to smell, and dry mouth.  However, no change was noted in tests of pulmonary function before and after exposure.  Mean air concentrations of formaldehyde was between 0.5-0.8 ppm.

*Comment.  This paper reports no changes in the pulmonary function of medical students, but an increase in symptoms of irritation.*

6.     Chiazze L Jr et al. 1992/1993. A case-control study of malignant and non-malignant respiratory disease among employees of a fibreglass manufacturing facility. Br J Ind Med 49:326-331. II. 50:717-725

This is a case-control study in two parts at the Owens-Corning Fiberglas plant in Newark, OH of workers who were employed between 1940 and 1963 and were followed through the end of 1982.  Persons identified as having developed lung cancer (n=144) or non-malignant respiratory disease (n=102) were compared to controls matched on a 2:1 ratio.  Formaldehyde was included as one of a number of other substances with possible effects on health of the workers.  Past exposure levels were estimated blindly by a committee with knowledge in industrial hygiene and plant processes.

No consistent pattern was found relating increasing formaldehyde exposure to either malignant or non-malignant respiratory disease.

*Comment.  This paper provides no information to suggest that industrial exposure to formaldehyde is associated with respiratory disease, either malignant or non-malignant.*

7.      Herbert FA et al. 1995. Pulmonary effects of simultaneous exposures to MDI
        formaldehyde and wood dust on workers in an oriented strand board plant.
        J Occup Environ Med 37:461-465

        This is a cross-sectional study in Alberta of 127 production workers in the board (OSB)
plant and of 165 oil workers.  Board workers were exposed to low levels of formaldehyde.  Tests
of respiratory function were made on the study participants and a respiratory questionnaire was
administered by trained interviewers.

        OSB workers had a significant reduction in the $FEV_1$/FVC ratio.  All respiratory
symptoms reported in the paper were more common among the OSB workers of which about
half were statistically significant.

        The authors note that levels of wood dust and formaldehyde were very low and that
exposure to heated MDI was the most likely reason for the increase in respiratory signs and
symptoms among the OSB workers.

*Comment.  This paper provides no information to suggest that industrial exposure to
formaldehyde at low levels is associated with respiratory disease.*


8.      Wantke F et al. 1996. Exposure to gaseous formaldehyde induce IgE-mediated
        sensitization to formaldehyde in school-children. Clin Exper Allergy 26:276-280

        This is a study conducted in Vienna, Austria of 62 8-year old children.  Indoor
formaldehyde concentrations were measured and assessment of specific IgE to formaldehyde
was conducted.  Initially, the children attended a school that used particleboard as a paneling.
Subsequently, they moved to a brick building.  Formaldehyde levels in the paneled school
classrooms ranged from 0.043-0.075 ppm whereas levels in the brick school ranged from 0.023-
0.026 ppm. Symptoms were evaluated before and after changing school.

        The prevalence of both subjective (headache, burning eyes) and objective symptoms
(rhinitis, cough) was higher among the children when they were attended the school with
paneling.  The occurrence of symptoms in children with exposure-dependent elevation of IgE
did not correlate with level of exposure to formaldehyde.

        The authors conclude: This study shows exposure dependent IgE-mediated sensitization
to formaldehyde and surprisingly a lack of correlation of this sensitization with clinical
complaints.

*Comment. This study reports an association between formaldehyde and IgE sensitization,
formaldehyde and symptoms, but no association between IgE sensitization and symptoms.*

9.    Platts-Mills TAE et al. 1997. Indoor allergens and asthma: Report of the Third International Workshop.  J Allergy Clin Immunol 100:S1-S24

        This workshop was conducted in an unknown location.  The allergens evaluated are primarily animal in origin.  No information on formaldehyde was noted.


10.    Smedje G et al. 1997. Asthma among secondary schoolchildren in relation to the school environment. Clin Exper Allergy 27:1270-1278

        This is a cross-sectional study in Sweden of 627 students aged 13-14 in 1993.  Asthma symptoms were reported at home on a self-administered questionnaire, and environmental exposures, including formaldehyde, were measured in the classroom.  Current asthma was reported by 40 (6.4%) of the students.  (Current asthma was defined as "Ever had asthma diagnosed by a physician plus current use of asthma medication or having recent asthmatic symptoms").  Formaldehyde levels ranged from <5 - 10 $\mu g/m^3$.  A number of schoolroom exposures were positively and significantly related to current asthma, including formaldehyde (OR = 1.1, 95% CI = 1.01-1.2).  It is not stated how this odds ratio was computed (printing error?), but it appears to be change of regression coefficient per 10 $\mu g/m^3$ as was done for "volatile organic compounds".

*Comment.  This study reports a weak association between formaldehyde in the classrooms of 13/14 year-olds and symptoms of asthma, although the method used to obtain this result is not clearly described in the paper.  Given that this is a cross-sectional study, it is not possible to establish a time relationship between exposure to formaldehyde and onset of asthma.*


11.    Garrett MH et al. 1999. Increased risk of allergy in children due to formaldehyde exposure in homes. Allergy 54: 330-337

        This is a cross-sectional study from Australia in which formaldehyde levels were measured in 80 houses. Participants were enrolled by use of newspaper ads.  148 children living in these houses were evaluated with respect to respiratory symptoms, asthma, and allergic sensitization.  There were 53 asthmatic children who had been diagnosed by a doctor and 95 who were non-asthmatic.  Formaldehyde samples were collected on four occasions over one year.  The authors note that 1 ppm of formaldehyde = 1.25 $mg/m^3$. (Actually, it is 1.23.)

        In Table 1 the authors note that the bedroom levels of formaldehyde for atopic children are slightly higher than the levels for nonatopic children (19.0 vs. 16.4, p= 0.6).  I could not determine how the authors defined "atopy".

In Table 2 the authors compare asthmatic and nonasthmatic children with respect to bedroom levels of formaldehyde (although the title of the table describes them as atopic and nonatopic). There appear to be several errors in comparing Tables 1 and 2: in Table 1 there are 88 "Atopic children" and 57 "Nonatopic children"; in Table 2 there are 57 "Asthmatic children" and 88 Nonasthmatics". Further, in Table 2 there appears to be an error in labeling the columns: for example, among those with bedroom levels of formaldehyde of 10-30 $\mu g/m^3$, the proportion of asthmatic children is presented as $36/88 = 0.59$: clearly, the numbers should be 52/88.

In Table 4 a similar labeling error is present. The table title is "Distribution of asthmatic and non-asthmatic children by formaldehyde-exposure category (highest recorded levels)." In the body of the table a comparison is made between atopic and nonatopic children. It is not clear whether this table addresses asthma or atopy.

In Figure 2 a positive trend is noted between respiratory symptom score and highest recorded formaldehyde level. Asthma is not mentioned

The authors conclude: "Low-level exposure to indoor formaldehyde may increase the risk of allergic sensitization to common aeroallergens in children."

*Comment. This is a confusing paper for two reasons: there is a lack of clear definition of the terms used and there are apparent errors in labeling data contained in the tables. Because of these errors, this paper cannot be relied upon as an authoritative source for information on exposure to formaldehyde and the occurrence of respiratory symptoms.*


12.     Pearce N et al. 1999. How much asthma is really attributable to atopy?
        Thorax 54:268-272

The authors note that both "asthma" and "atopy" are poorly defined and controversial. They conclude that: ". . . asthma is best defined in terms of the phenomena involved - that is, variable airflow obstruction - without making any restrictions based on possible aetiological considerations." "For these reasons we have focused on studies that used physician diagnoses of asthma or self-reported asthma or asthma symptoms."

""Atopy" has previously been used as a poorly defined term to refer to allergic conditions which then to cluster in families, including hay fever (allergic rhinitis), asthma, eczema, and other specific and non-specific non-allergic states." Atopy may induce specific serum IgE production, and skin prick testing provides a convenient test for atopy in epidemiological studies. "In this review we therefore focus on studies of skin prick positivity . . ." (as a definition of atopy.)

A number of reports are reviewed dealing with asthma, atopy, IgE and skin prick positivity. The authors conclude: "The available epidemiological evidence suggests that the population based proportion of asthma cases that are attributable to atopy is usually less than one half." "Moreover, standardised comparisons across populations or time periods show only a weak and inconsistent association between the prevalence of atopy."

13.   Institute of Medicine. 2000. Clearing the air. Asthma and indoor air exposures.
      NAS Press, Washington, pp 243-246

This is a report from the Institute of Medicine.  The conclusions with respect to formaldehyde are:

- "There is limited or suggestive evidence of an association between formaldehyde exposure and wheezing and other respiratory symptoms."

- "There is inadequate or insufficient evidence to determine whether or not an association exists between formaldehyde exposure and asthma development."

*Comment. This review indicates that there is inadequate evidence to determine whether formaldehyde and asthma are associated and that there is only suggestive evidence that formaldehyde is associated with wheezing and other respiratory symptoms.*

14.   Kilburn KH. 2000. Indoor air effects after building renovation and in manufactured
      homes.  Amer J Med Sci 320:249-254

This is a clinical evaluation of 10 subjects who had moved into newly manufactured homes and 10 who had been working in their offices during renovation.  No information is provided on the nature of their exposure to substances in the air.  They were compared to 22 subjects who had been exposed occupationally to formaldehyde (no details provided) and to 202 unexposed subjects who were recruited from voter registrations rolls.

There were no significant differences in productive cough, chronic bronchitis, or pulmonary function tests between the 20 indoor air subjects and the 202 unexposed subjects (Table 3).  These 20 subjects reported significantly more wheezing and shortness of breath.

The data in Table 2 compare the two "exposed" groups to the 202 control subjects with respect to 31 selected neurobehavioral tests.  "Only group scores that were statistically significantly different from predictive values are described."  The author states that the two groups had similar adverse effects. However, he notes that the size of the difference for the formaldehyde-exposed group was larger than that of the indoor air group.

*Comment.  This paper provides no useful information on possible exposure to formaldehyde in indoor air.  No information on the nature of substances in the air is presented.*

15.     <u>Smedje G, Norback D. 2001. Incidence of asthma diagnosis and self-reported allergy in relation to the school environment - a four-year follow-up study in schoolchildren. Int J Tuberc Lung Dis 5:1059-1066</u>

        This is a prospective cohort study of 1258 children initially studied by Smedje et al in 1993 (see Smedje 1997). During the four-year follow-up period there were 56 children with a new diagnosis of physician-diagnosed asthma. The odds ratio was 1.2 (0.8-1.7). The OR is based on a 10 μg increase of formaldehyde in classroom air (presumably per m$^3$.) The OR among children with atopy was 0.6 (0.3-1.3) and that among children without atopy was 1.7 (1.1-2.6). The authors conclude: "A school environment with more dust, cat allergen, formaldehyde and moulds may affect the incidence of asthma and sensitivity to furry pets in schoolchildren."

*Comment. This study in which new cases of asthma occurred after formaldehyde in the classroom was measured is sound methodologically. The authors note that the association with formaldehyde is not statistically significant, and their conclusion is tentative.*

16.     <u>Formaldehyde. 2002. OSHA FACT Sheet. USDOL</u>

        "Airborne concentrations above 0.1 ppm can cause irritation of the respiratory tract."

17.     <u>Leikauf GD. 2002. Hazardous air pollutants and asthma. Environ Health Perspect 110,s4:505-526</u>

        In this review paper, formaldehyde is listed among the 33 hazardous air pollutants of greatest concern that can exacerbate or induce asthma.

*Comment. The author concludes that formaldehyde may be a risk factor for induction or exacerbation of asthma.*

18.     <u>Rumchev KB et al. 2002. Domestic exposure to formaldehyde significantly increases the risk of asthma in young children. Eur J Epidemiol 20:403-408</u>

        This is a population-based case-control study in Australia of the relation between exposure to formaldehyde in children aged 6 months to 3 years and the occurrence of asthma. 88 cases identified from hospital discharge records were compared to 104 controls without asthma who were identified from birth records. Formaldehyde levels were measured twice in the child's bedroom and living room. Health outcomes were obtained via a respiratory questionnaire filled out by a parent.

In an analysis relating the odds ratios of asthma to four levels of formaldehyde, there was an increasing ratio of asthma above 50 $\mu g/m^3$, with the odds ratio at 60 $\mu g/m^3$ being 1.4 and statistically significant. If formaldehyde is considered as a continuous variable, the OR per 10-$\mu g/m^3$ increase is 1.03 (1.02-1.04). (The authors incorrectly state that the OR is 1.003 (1.002-1.004). The authors conclude: "The results suggest that domestic exposure to formaldehyde increases the risk of childhood asthma."

*Comment. This study suggests that domestic exposure to formaldehyde increases the risk of childhood asthma. The association noted is weak. Also, I question whether the confidence intervals were correctly computed; they are extremely narrow given the size of this study and relative to those in other studies.*

19.   Doi S et al. 2003. The prevalence of IgE sensitization to asthmatic children.
      Allergy 58:668-671

This is an evaluation of 122 asthmatic and 33 nonallergic children in Japan. Formaldehyde-specific IgE was detected in only 2 of the 155 children. The authors conclude: "Therefore, it appears unlikely that FA (formaldehyde) is of one of the major allergens causing childhood asthma."

*Conclusion. The authors conclude that formaldehyde has essentially no role in causing childhood asthma.*

20.   Liteplo RG, Meek ME. 2003. Inhaled formaldehyde: exposure estimation, hazard
      characterization, and exposure-response analysis.
      J Toxicol Environ Health, Part B, 6:85-114

On page 88 the authors note: "Sensory irritation of the eyes and respiratory tract by formaldehyde has been observed consistently in clinical studies and epidemiological (primarily cross-sectional) surveys in occupational and residential environments. The pattern of effects is consistent with increases in symptoms being reported at lowest concentrations, with the eye generally being most sensitive. At concentrations higher than those generally associated with sensory irritation, small, reversible effects on lung function have been noted, although evidence of cumulative decrement in pulmonary function is limited."

Also, "Formaldehyde is not likely to affect reproduction or development at levels of exposure lower than those associated with adverse health effects at the site of contact." "There is little convincing evidence that formaldehyde is neurotoxic in occupationally exposed occupations."

*Comment. This paper notes that the primary effects of formaldehyde on humans are irritation of the eyes and pulmonary system and likely reversible effects on lung function. It should be noted that asthma is not mentioned.*

21.   Venn AJ et al. 2003. Effects of volatile organic compounds, damp, and other
      environmental exposure in the home on wheezing illness in children. Thorax 58:955-960

      This is a case-control study in England of 193 children with persistent wheezing illness
and of 223 controls aged 9-11.  A number of substances, including formaldehyde, were measured
in the subject's homes.  Overall, there was no association between level of exposure to
formaldehyde and the odds ratios for wheezing illness (Table 3).  However, there was a positive
trend between level of formaldehyde and frequency of daytime or nighttime symptoms (Table 4).
Other volatile organic compounds (VOC) were not associated with the disease or the symptoms.

      The authors conclude:  "Domestic volatile organic compounds are not a major
determinant of risk or severity of childhood wheezing illness, although formaldehyde may
increase symptom severity."

*Comment. This study reports that formaldehyde may increase symptom severity in children with
childhood wheezing illness. The authors note that formaldehyde does not increase the risk of
asthma.*

22.   Dales R, Raizenne M. 2004. Residential exposure to volatile organic compounds and
      asthma. J Asthma 41:259-270

      This is a review paper as noted in the title.  The authors conclude: "Observational studies
have consistently found a relation between volatile organic compounds and indicators of asthma
. . . "  "In contrast, interventional studies have generally failed to find a relation between
exposure to residential levels of formaldehyde and other volatile organic compounds and
asthma."  Observational studies are epidemiologic studies of children and/or adults and are based
on a relatively large number of subjects.  Interventional studies and experimental studies of adult
volunteers are based on relatively small number of subjects.

      With respect to exposure to formaldehyde, the authors' conclusions are written in
tentative terminology, but they cite three studies of children in which formaldehyde exposure is
associated with an increase in asthma symptoms.

*Comment.  This review paper suggests that exposure of children with asthma to air-borne
formaldehyde increases the occurrence of respiratory symptoms.*

23.   Jaakola JJK et al. 2004. Asthma, wheezing, and allergies in Russian schoolchildren in
      relation to new surface materials in the home. Am J Public Health 94:560-562

      This is a cross-sectional study of 5951 Russian schoolchildren age 8-12.  Occurrence of
current asthma, wheezing, and allergy were related to recent renovations in the home, including
new linoleum flooring, new synthetic carpet, new wall covering, recent painting, new
particleboard, or new furniture.  Positive associations were noted for almost all symptoms with
each of these renovations, both during the past 12 months and earlier.  Associations with new

particleboard did not differ materially from associations with other renovations.  Formaldehyde is not mentioned.

*Comment. This paper provides no data to suggest that installation of new particleboard differs to any degree from other home renovations.*

24.    Naya M, Nakanishi J.  2005. Risk assessment of formaldehyde for the general population in Japan. Reg Toxicol and Pharmacol 43:232-248

This is a medical and toxicological literature up to 2005 of the association between exposure to formaldehyde and the possible occurrence of symptoms or illness in the population.

The authors conclude that occupational exposure to formaldehyde leads to irritation of the eyes and respiratory tract.  No information is presented that suggests formaldehyde leads to any non-malignant disease.  No information is presented on children.

*Comment.  This review notes that the primary non-malignant effect of exposure to formaldehyde is irritation of the eyes or the respiratory tract.*

25.    Pati S, Parida SN. 2005. Indoor environmental risk factors for asthma and respiratory ill health in preschool children of coastal Orissa, India. Epidemiology 16:S132-133

This is an abstract and has not been peer-reviewed.

*Comment. This report should not be relied upon in any review of the literature.*

26.    Mi Y-H et al. 2006. Current asthma and respiratory symptoms among pupils in Shanghai, China: influence of building ventilation, nitrogen dioxide, ozone, and formaldehyde in classrooms. Indoor Air 16:454-464

This is a cross-sectional study of 1414 pupils at 10 naturally ventilated schools.  A questionnaire on respiratory conditions was filled out at home, and measurements of the substances noted above were made by the authors during the winter.  44 of the children (9%) reported doctor-diagnosed asthma.  No significant associations were noted between exposure to formaldehyde and asthma-related conditions (Table 6).  The odds ratio for current asthma was 1.3 (0.72-2.32).  The indoor mean level of formaldehyde was noted to be low (9 $\mu g/m^3$) and similar to that in Sweden (6 $\mu g/m^3$).  An association was noted between level of $NO_2$ and asthma symptoms.

*Comment.  This study reports no significant association between schoolroom exposure to low levels of formaldehyde and asthma or asthma symptoms.  Given that this is a cross-sectional study, it is not possible to establish a time relationship between exposure to formaldehyde and onset of asthma.*

27.   <u>Tavernier G et al. 2006. IPEADAM study: Indoor endotoxin exposure, family status, and some housing characteristic in English children.  J Allergy Clin Immunol 117:656-662</u>

This is a case-control study in Manchester, England, of 90 children with asthma and 90 matched controls.  Measurement of a variety of factors related in indoor air was done in the children's homes.  Level of exposure to formaldehyde was defined by tertile in the living rome and in the bedroom.  Odds ratios comparing the first tertile to the second or third tertile ranged from 0.8 - 1.3, and no consistent or significant association was noted.

*Comment.  This study provides no data to suggest an association between current asthma and exposure to formaldehyde.*

28.   <u>Nielsen GD et al. 2007. Do indoor chemicals promote development of airway allergy? Indoor Air 17:236-255</u>

This is a review paper.  ". . . formaldehyde was excluded because of the size of the literature."

29.   <u>Koistinen K et al. 2008. The INDEX project: executive summary of a European Union project on indoor air pollutants. Allergy 63:810-819</u>

This was a project to determine prioritization of indoor air contaminants.  The five top compounds were: Formaldehyde, Carbon monoxide, Nitrogen dioxide, Benzene and Naphthalene.

Formaldehyde was determined to be the most important sensory irritant assessed.  The background level in rural areas is about 1 $\mu g/m^3$.  The no-observed-adverse-effect-level (NOAEL) is estimated to be 30 $\mu g/m^3$.  Mild eye irritation and odor perception would occur above this level.  The guideline level for exposure to formaldehyde was recommended to be as low as reasonably achievable (ALARA).

*Comment.  This paper notes that the NOAEL for formaldehyde is about 30 $\mu g/m^3$ (24.2 ppb) and that the guideline level for exposure is ALARA.*

30.   <u>Zhao Z et al. 2008. Asthmatic symptoms among pupils in relation to winter indoor and outdoor air pollution in schools in Taiyuan, China. Environ Health Perspect 116:90-97</u>

This is a cross-sectional study of 1993 pupils aged 11-15 at 10 junior high schools.  A questionnaire on respiratory conditions was filled out at home, and measurements of sulfur dioxide, nitrogen oxide, ozone, and formaldehyde were made by the authors during the winter. 36 of the children reported cumulative asthma (1.8%), and 24 of the children reported doctor-diagnosed asthma (1.2%).  The distinction between these methods of diagnosis is not given. The average indoor concentration of formaldehyde was 2.3 $\mu g/m^3$.  The average outdoor concentration of formaldehyde was 5.8 $\mu g/m^3$.

Significant positive associations were noted between indoor exposure to formaldehyde and wheeze or nocturnal breathlessness and between outdoor exposure to formaldehyde and wheeze or daytime breathlessness.  Also, significant associations of symptoms were noted with indoor exposure to sulfur dioxide or nitrogen dioxide.  In a hierarchal multiple regression (Table 3) an inverse association was noted between indoor exposure to formaldehyde and cumulative asthma - OR = 0.81 (0.49-1.33) and a positive association was noted with outdoor exposure - OR = 1.11 (0.59 - 2.07).  These odds ratios were for a 1 $\mu g/m^3$ increase in exposure.

The authors conclude:  "Indoor chemical air pollutants of mainly outdoor origin could be risk factors for pupils' respiratory symptoms at school, and home exposure to ETS (environmental tobacco smoke) and chemical emissions from new furniture could affect pupils' respiratory health.

*Comment. The paper reports associations of asthmatic symptoms with indoor exposure to outdoor pollutants such as $SO_2$, $NO_2$, and formaldehyde.  However, the odds ratio for a 1 $\mu g/m^3$ increase in indoor exposure to formaldehyde was 0.81, and after mutual adjustment for other pollutants the odds ratio for a 1 $\mu g/m^3$ increase in indoor exposure to formaldehyde was 1.11. Neither of these odds ratios is statistically significant.  The association between outdoor pollutants and asthmatic symptoms only exaggerates any association with indoor emissions.*

B.    NEUROLOGICAL CONDITIONS

1.    Kilburn KH. 1994. Neurobehavioral impairment and seizures from formaldehyde. Arch Environ Health 49:37-44.

This is a report of four cases with extensive occupational exposure to formaldehyde who had neurobehavioral symptoms.  The author notes that formaldehyde "has a pungent odor that is irritating and unpleasant at concentrations above 1 ppm."

*Comment.  The report of four persons with occupational exposure to formaldehyde is not relevant to indoor living areas.*

2.    Liteplo RG, Meek ME. 2003. Inhaled formaldehyde: exposure estimation, hazard characterization, and exposure-response analysis. J Toxicol Environ Health, Part B, 6:85-114

"There is little convincing evidence that formaldehyde is neurotoxic in occupationally exposed occupations."

C.   SYMPTOMS OF IRRITATION

1.   Hoey JR et al. 1984. Health risks in homes insulated with urea formaldehyde foam.
     Can Med Assoc J 130:115-117

This is an editorial that discusses symptoms of residents of homes insulated with urea formaldehyde foam (UFFI). The authors note that the threshold of detection in the air is about one part per million (ppm).  They note that the residents frequently complain of headache, malaise, anorexia and loss of libido.  Irritation of the nose, eyes and throat has been reported at concentrations of formaldehyde gas at 0.9-1.8 ppm.  Thus, irritation occurs at roughly the threshold of detection.  There is minimal information to suggest that exposure to UFFI is a cause of upper or lower respiratory tract disease.  There is no information to suggest that exposure to UFFI is a cause of diseases reproduction.

*Comment. The authors emphasize that formaldehyde irritates the eyes, mucous membranes, and upper respiratory tract.*

2.   Liu-S et al.1991. Irritant effects of formaldehyde exposure in mobile homes. Env Health
     Perspect 94:91-94

This is a survey by the California Indoor Air Quality Program of over 1000 individuals who lived in mobile homes.  Participants were enrolled by mail questionnaire; about 44% of those who were contacted responded either to the summer phase and/or to the winter phase.  Information on exposure to formaldehyde was collected by passive monitors that were returned to the Program.  Information on six chronic respiratory conditions and on 16 respiratory and other symptoms was obtained by filling out a self-administered questionnaire.

Formaldehyde concentrations varied from less than 0.01 ppm to 0.46 ppm.  The mean concentration was 0.089 ppm in the summer and 0.088 in the winter.  Positive and significant associations were noted between formaldehyde level and burning eyes, burning skin, dizziness, and sleeping problems.  Among persons with a chronic disease, formaldehyde level was associated with fatigue, sleeping problems, and sore throat.

The authors note that:  "Irritant effects were found to be associated with formaldehyde exposure . . ."

*Comment.  This study reports that formaldehyde exposure to persons living in mobile homes is associated with irritant effects.*

3.      Chia SE et al. 1992. Medical students' exposure to formaldehyde in a gross anatomy
        dissection laboratory. J Am Col Health 41:115-119

        150 first-year medical students in Singapore who were exposed to formaldehyde were
studied with respect to irritation and change in pulmonary function.  During the month before the
evaluation students exposed to formaldehyde had significantly more eye and throat irritation,
decreased ability to smell, and dry mouth.  However, no change was noted in tests of pulmonary
function before and after exposure.  Mean air concentrations of formaldehyde was between
0.5-0.8 ppm.

*Comment.  This paper reports no changes in the pulmonary function of medical students, but an
increase in symptoms of irritation.*

4.      Wantke F. et al. 1996. Exposure to gaseous formaldehyde induce IgE-mediated
        sensitization to formaldehyde in school-children. Clin Exper Allergy 26:276-280

        This is a study conducted in Vienna, Austria of 62 8-year old children.  Indoor
formaldehyde concentrations were measured and assessment of specific IgE to formaldehyde
was conducted.  Initially, the children attended a school that used particleboard as a paneling.
Subsequently, they moved to a brick building.  Formaldehyde levels in the paneled school
classrooms ranged from 0.043-0.075 ppm whereas levels in the brick school ranged from 0.023-
0.026 ppm. Symptoms were evaluated before and after changing school.

        The prevalence of both subjective (headache, burning eyes) and objective symptoms
(rhinitis, cough) was higher among the children when they were attended the school with
paneling.  The occurrence of symptoms in children with exposure-dependent elevation of IgE
did not correlate with level of exposure to formaldehyde.

        The authors conclude: This study shows exposure dependent IgE-mediated sensitization
to formaldehyde and surprisingly a lack of correlation of this sensitization with clinical
complaints.

*Comment. This study reports an association between formaldehyde and IgE sensitization,
formaldehyde and symptoms, but no association between IgE sensitization and symptoms.*

5.      Kilburn KH. 2000. Indoor air effects after building renovation and in manufactured
        homes.  Amer J Med Sci 320:249-254

        This is a clinical evaluation of 10 subjects who had moved into newly manufactured
homes and 10 who had been working in their offices during renovation.  No information is
provided on the nature of their exposure to substances in the air.  They were compared to 22
subjects who had been exposed occupationally to formaldehyde (no details provided) and to 202
unexposed subjects who were recruited from voter registrations rolls.

There were no significant differences in productive cough, chronic bronchitis, or pulmonary function tests between the 20 indoor air subjects and the 202 unexposed subjects (Table 3).  However, these 20 subjects reported significantly more wheezing and shortness of breath.

The data in Table 2 compare the two "exposed" groups to the 202 control subjects with respect to 31 selected neurobehavioral tests.  "Only group scores that were statistically significantly different from predictive values are described."  The author states that the two groups had similar adverse effects. However, he notes that the size of the difference for the formaldehyde-exposed group was larger than that of the indoor air group.

*Comment.  This paper provides no useful information on possible exposure to formaldehyde in indoor air.  No information on the nature of substances in the air is presented.*

6.    OSHA FACT Sheet. 2002. Formaldehyde. OSHA, USDOL

The permissible exposure limit (PEL) to formaldehyde in the workplace in 0.75 ppm, measured as an 8-hour time-weighted average (TWA). Airborne concentrations of formaldehyde above 0.1 ppm can cause irritation of the respiratory tract.

7.    Liteplo RG, Meek ME. 2003. Inhaled formaldehyde: exposure estimation, hazard characterization, and exposure-response analysis.
      J Toxicol Environ Health, Part B, 6:85-114

On page 88 the authors note:  "Sensory irritation of the eyes and respiratory tract by formaldehyde has been observed consistently in clinical studies and epidemiological (primarily cross-sectional) surveys in occupational and residential environments.  The pattern of effects is consistent with increases in symptoms being reported at lowest concentrations, with the eye generally being most sensitive.  At concentrations higher than those generally associated with sensory irritation, small, reversible effects on lung function have been noted, although evidence of cumulative decrement in pulmonary function is limited."

*Comment. This paper notes that the primary effects of formaldehyde on humans are irritation of the eyes and pulmonary system and likely reversible effects on lung function.  It should be noted that asthma is not mentioned.*

8.      Naya M, Nakanishi J.  2005. Risk assessment of formaldehyde for the general population in Japan. Reg Toxicol and Pharmacol 43:232-248

This is a medical and toxicological literature up to 2005 of the association between exposure to formaldehyde and the possible occurrence of symptoms or illness in the population.

The authors conclude that occupational exposure to formaldehyde leads to irritation of the eyes and respiratory tract.  No information is presented that suggests formaldehyde leads to any non-malignant disease.  No information is presented on children.

*Comment.  This review notes that the primary non-malignant effect of exposure to formaldehyde is irritation of the eyes or the respiratory tract.*

9.      Koistinen K et al. 2008. The INDEX project: executive summary of a European Union project on indoor air pollutants. Allergy 63:810-819

This was a project to determine prioritization of indoor air contaminants.  The five top compounds were: Formaldehyde, Carbon monoxide, Nitrogen dioxide, Benzene and Naphthalene.

Formaldehyde was determined to be the most important sensory irritant assessed.  The background level in rural areas is about 1 $\mu g/m^3$.  The no-observed-adverse-effect-level (NOAEL) is estimated to be 30 $\mu g/m^3$.  Mild eye irritation and odor perception would occur above this level.  The guideline level for exposure to formaldehyde was recommended to be as low as reasonably achievable (ALARA).

*Comment.  This paper notes that the NOAEL for formaldehyde is about 30 $\mu g/m^3$ and that the guideline level for exposure is ALARA.*

**V.    REVIEW OF "Formaldehyde Exposure and Asthma in Children: A Systemic Review" by Gerald McGwin, Jr. M.S., PhD. dated May 18, 2009**

**A.    DESCRIPTION AND CRITIQUE OF REVIEW**

**(1)    BACKGROUND**

". . . in order to establish the overall strength, consistency and independence of the association between formaldehyde exposure and asthma in children a systematic quantitative review of published studies was conducted."

*Critique. This is a confusing goal. The review was not quantitative, but was purportedly to identify epidemiologic studies that contained quantitative information on formaldehyde and asthma. However, not including qualitative studies may exclude studies that show no association between formaldehyde and asthma.*

*First, one should establish the presence or absence of an association. Second, if a qualitative (yes/no) association is judged to be present, an attempt should be made to provide a quantitative measure of the relationship between the exposure and the disease. Third, an assessment of the methods and results of the relevant studies should be done to judge whether or not the association is causal.*

**(2)    METHODS**

"This review was conducted using a modified version of the Meta-analysis of Observational Studies in Epidemiology (MOOSE) guidelines for the conduct of systemic review of observational studies." Searches were conducted using PubMed/MEDLINE and Google Scholar. "Studies were initially selected if they potentially contained qualitative or quantitative estimates of the association between formaldehyde and asthma in children."

*Critique. The reference to the paper that provides these guidelines is:*

> *Stroup DF et al. 2000. Meta-analysis of observational studies in epidemiology. A proposal for reporting. JAMA 283:2008-2012*

*The authors of this paper note that meta-analysis restricted to randomized clinical trials is usually preferred to meta-analyses of observational studies. However, they acknowledge that the number of meta-analyses of observational studies is increasing. They also note that the application of formal meta-analytic methods to observational studies has been controversial. This is because of potential biases in the original studies, extreme diversity of study designs and populations, and publication bias. Finally, this paper does not provide guidelines, but rather the authors ". . . developed a checklist summarizing recommendations for reporting meta-analysis of observational studies." In summary, the use of meta-analysis in combining results from observational studies is acknowledged to be controversial and is not universally accepted.*

"In total 18 articles were identified that met this criteria and following a detailed review it was determined that 10 contained suitable information for use in a systematic review." Descriptive information for these 10 studies is provided in TABLE 1.

*Critique. Minimal details are provided on the eight studies that were not included. It is not possible to judge whether they are relevant to any association between formaldehyde and asthma. Three were review papers.*

"Ultimately, for each study an odds ratio (OR) and 95% confidence interval (CI) for the association between asthma and a $10\mu g/m^3$ unit increase in formaldehyde exposure was calculated." "These estimates were pooled using both a fixed and random effects model."

*Critique. It should be noted that the OR used in this report differs from the OR typically used in epidemiologic studies. The typical OR has no units and is based on data from a four-fold table in which study subjects are classified as exposed/non-exposed and diseased/non-diseased. The use of an OR per unit increase in exposure is appropriate, but may be difficult to interpret. The OR per 10 $\mu g/m^3$ unit increase is very much larger than one based on a 10 $mg/m^3$ unit increase.*

### (3)    RESULTS

Figure 1 is titled "**Odds Ratios of Asthma per 10μg/m$^3$ unit increase in formaldehyde.**" Data are presented for seven studies, one of which provides information on indoor and outdoor air pollution separately.

*Critique. Most of the odds ratios presented in this figure are either presented in the cited paper or can be computed from the raw data. However, in most of the papers a number of odds ratios are given or can be computed, and it is not clear how McGwin selected the single OR to present in this figure. Also, I see no justification in including data presented on outdoor air pollution; this is not relevant to the issue that is being addressed.*

Figure 2 is titled "**Odds Ratios of Asthma at Specific Exposure Levels.**" These odds ratios are typical unitless numbers based on asthma yes/no at various levels of formaldehyde exposure (higher/lower). Dr. McGwin states that the data in this figure indicate a dose-response relationship between levels of exposure to formaldehyde and odds ratio of asthma.

*Critique. This figure is baffling. It is a combination of formaldehyde levels from ATSDR, NIOSH, and three exposure levels of interest. No reference is provided for the ATSDR or the NIOSH level and no indication is given as to the meaning of the exposure levels of interest.*

### (4)    SUMMARY

"The objective of this systemic review was to quantify the association between formaldehyde exposure in children and asthma." "The pooled results from seven studies provide evidence of such an association and suggest that even modest exposure levels are associated with a significant increased risk of asthma in children." As in Figure 2, McGwin refers to three tests: January 2008, May 2009 (Active), (and May 2009 Passive).

*Critique. As in Figure 2, this conclusion is confusing. One must first evaluate the epidemiologic literature to determine whether or not an association between an exposure and a disease is present. If one judges that there is sufficient evidence for an association, then it is appropriate to examine the relation between exposure level and risk of disease.*

**B.**     **COMPARISON OF MCGWIN'S AND MONSON'S REVIEW OF THE LITERATURE**

Following is a listing of the papers cited by McGwin in Table 1 together with any comments that I have relevant to Table 1. Also listed are relevant papers not cited by Dr. McGwin.

1.     <u>Comparison with McGwin's TABLE 1. Studies selected for inclusion in the meta-analysis to quantify the association between formaldehyde exposure in children and asthma.</u>

| Source | Comment |
|---|---|
| Kryzanowski (1990) | general agreement |
| Smedje (1997) | general agreement |
| Garrett (1999) | this is a confusing paper with many methodological and labeling errors - it should not be included. |
| Smedje (2001) | general agreement |
| Rumchev (2002) | I question the width of the confidence interval |
| Doi (2003) | general agreement, but not included in Figure 1 because of lack of data |
| Venn (2003) | not included by McGwin. Case-control study in England of 193 subjects with persistent wheezing illness and of 223 controls aged 9-11. Authors note that formaldehyde does not increase the risk of asthma. |
| Pati (2005) (not 2006) | this is an abstract and should not be included. |
| Mi (2006) | general agreement |
| Tavernier (2006) | general agreement; there were a total of 190 subjects |
| Zhao (2008) | general agreement with indoor exposure. disagree with inclusion of comparison with outdoor exposure |

2.    Comparison with McGwin's FIGURE 1. Odds Ratios of Studies per 10 μg/m³ Increase in
      Formaldehyde that were selected for inclusion in the quantitative assessment

| a. | Source | Odds Ratios with 95% CI | |
|---|---|---|---|
| | | McGwin | Monson[*] |
| | Kryzanowski (1990) | 1.1 (0.9-1.4) | (1.1) (0.9-1.4) with caveats - trend not monotonic; positive association with exposure to environmental tobacco smoke (ETS); inverse association with no exposure to ETS |
| | Smedje (1997) | 2.6 (1.1-6.1) | (1.1) (1.01-1.2) - units not stated in paper |
| | Garrett (1999) | 1.3 (1.0-1.7) | NA    study not interpretable |
| | Smedje (2001) | 1.2 (0.8-1.8) | 1.2 (0.8-1.8) |
| | Rumchev (2002) | 1.0 (1.0-1.0) | 1.0 (1.0-1.0); CI width questionable |
| | Doi (2003) | not included | (1.0)   tentative association based on authors' comments |
| | Venn (2003) | not included | (1.0)   tentative association based on authors' comments |
| | Pati (2005) (not 2006) | not included | NA    abstract only |
| | Mi (2006) | 1.3 (0.7-2.3) | 1.3 (0.7-2.3) |
| | Tavernier (2006) | not included | (1.1)   average of four tertile comparisons |
| | Zhao (2008) (indoor) | 0.1 (0.001-17) | (0.3)   (uncertain but wide) tentative association based on conversion from 1 μg/m³ to 10 μg/m³ and on averaging conventional and hierarchical multiple regression |
| | (outdoor) | 581 (0.2-2 x 10⁶) | NA    outdoor exposure not relevant |

*      odds ratios in parentheses are approximations; NA means paper not applicable

b.    **Summary of Odds Ratios**[*]

| | **McGwin** | **Monson**[**] |
|---|---|---|
| Kryzanowski (1990) | 1.1 | (1.1) |
| Smedje (1997) | 2.6[*] | (1.1[*]) - CI width questionable |
| Garrett (1999) | 1.3 | NA |
| Smedje (2001) | 1.2 | 1.2 |
| Rumchev (2002) | 1.0[*] | 1.0[*] |
| Doi (2003) | not included (NI) | (1.0) |
| Venn (2003) | not included | (1.0) |
| Pati (2005) (not 2006) | not included | NA |
| Mi (2006) | 1.3 | 1.3 |
| Tavernier (2006) | not included | (1.1) |
| Zhao (2008) | 0.1 | (0.3) |
| (outdoor) | 581 | NA |

**distribution of ORs**[***]

| | | |
|---|---|---|
| <0.9 | 1 | 1 |
| 0.9-1.1 | 2 | 6 |
| >1.1 | 5 | 2 |
| NI or NA | 4 | 3 |
| | 12 | 12 |
| | (2 stat sig) | (1-2 stat sig) |

\*      confidence interval does not contain 1.0 (statistically significant at 95% confidence level)
\*\*     odds ratios in parentheses are approximations; NA means paper not applicable

These summary data indicate no consistency among the 12 papers that assessed the relationship between exposure to formaldehyde and respiratory conditions.  Six of the papers estimated essentially no association and one association was inverse (less than 0.9).

C.   CONCLUSIONS ON EPIDEMIOLOGIC DATA RELATING FORMALDEHYDE EXPOSURE
     TO CHILDHOOD ASTHMA

Most of the studies in the literature are cross-sectional - that is, exposure and disease are ascertained at the same time.  This is generally agreed to be a study design that cannot contribute to definitive evaluation of the association of interest.

Most of the information on asthma in these studies is self-reported rather than based on objective medical information.  To the extent that the person providing this information is aware that the study involves evaluation of formaldehyde or even indoor air pollution, over-reporting of disease is possible.  However, most investigators rely on "doctor-diagnosed asthma", which will tend to avoid this bias.

There is considerable variation among the studies in the definition of asthma.  Even with a single study, a number of comparisons are provided for symptoms or conditions associated with asthma, e.g. wheezing, shortness of breath, current vs. past asthma, atopy, IgE sensitization or use of asthma medications.  This variation means that most papers contain a number of comparisons, and that no one number can be used to describe the association between an environmental exposure and asthma.

Finally, most of the studies done have a relatively few number of subjects, and the confidence intervals around the odds ratios are wide and include 1.0.  Because of the many other sources of variability as noted above, it is not appropriate to attempt to summarize these studies in a so-called "meta-analysis".

As noted on page 27 of this report, the weight of the evidence relating formaldehyde to childhood asthma is that there is no association.  The conclusions of Dr. McGwin in his report dated May 18, 2009 are not in accord with a complete review of the epidemiologic literature.

## VI.   OVERALL SUMMARY AND CONCLUSIONS

### A.   RESPIRATORY CONDITIONS

The threshold of detection of formaldehyde in the air has been estimated to be between 0.1 and 1.0 ppm.

There is suggestive information that exposure to low levels of formaldehyde in indoor air may be associated with the symptoms associated with childhood asthma.  The definition of "low" is about 50 ppb.  There is not sufficient epidemiologic information to conclude that this association is causal.

There are minimal epidemiologic data to suggest that exposure to low levels of formaldehyde in the workplace increases the risk of chronic respiratory disease.  The definition of "low" is about 0.5 ppm. There is not sufficient epidemiologic information to conclude that this association is causal.

### B.   NEUROLOGICAL CONDITIONS

I am not aware of epidemiologic data that suggest that exposure to low levels of formaldehyde are associated with any neurological condition.

### C.   SYMPTOMS OF IRRITATION

There is clear information that low levels of exposure to formaldehyde cause irritation to the eyes, the upper respiratory tract, probably the gastroenterological tract, and mucous membranes.  Estimates of these levels are between 0.1 and 1.0 ppm.  There is a general belief that this irritation is temporary and does not lead to any chronic illness.

/s *Richard R. Monson*

_____

Richard R. Monson, MD, SD
6/18/09