FEMA Trailer Formaldehyde Product Liability Litigation

Alana Alexander

Report of   H. James Wedner, MD, FAAAI
Professor of Medicine, Washington University School of Medicine


This report is based upon my review of the medical records and documents of Alana Alexander that I have been provided.  It is my understanding that additional medical records and/or deposition testimony may become available and I will add to or amend this report, if necessary, once I have had the opportunity to review these documents.

I.   I am a physician licensed to practice medicine in the state of Missouri.  I am currently Professor of Medicine in the Department of Medicine at Washington University School of Medicine and Chief of the Division of Allergy and Clinical Immunology in the Department of Medicine.  I also serve as the Director of the Training Program in Allergy and Immunology of the Washington University School of Medicine/Barnes-Jewish Hospital/Children's Hospital of St. Louis GME Consortium, which is supported by both the Department of Medicine and the Department of Pediatrics of Washington University Medical School.  I also serve as the Medical Director of The Asthma Center of Washington University School of Medicine.  The Asthma Center is a clinical setting located in suburban St. Louis County which specializes in the diagnosis and treatment of allergic and immunologic diseases including allergic reactions to airborne contamination.  A copy of my current curriculum vitae is appended to this document.


II.    My duties as Professor of Medicine include: patient care; teaching of Fellows in allergy and immunology, medicine and pediatric residents and interns and medical students; and clinical research dealing with the exposure of individuals with asthma, allergic rhinitis and allergic skin disease to indoor and outdoor allergens with a concentration on allergenic fungi.  As part of my clinical practice I am frequently called upon to evaluate and treat individuals who present with complaints of possible exposure to formaldehyde and/or formaldehyde containing products.

III.  Formaldehyde and the Human Immune System:  Formaldehyde (CHO) is a highly reactive single carbon moiety that has become one of the most widely used reagents in the United States and throughout the world.  The ability of this chemical to rapidly and irreversibly crosslink a wide variety of organic and non-organic macromolecules has contributed to its wide usage.  Because of the wide use of CHO and the resultant exposure of humans to this chemical there is a large body of investigative work examining the effects of CHO on humans, .as well as a number of animal model systems.   In general, these studies have demonstrated that CHO is a remarkably safe compound in the concentrations to which we are usually exposed in our daily activities.  However, as the 15th century physician Paracelsus pointed out "all things

are poisons, there is none that is not; it is dose that separates a poison from a cure" (1).

When humans are exposed to increasing concentrations of CHO they go through a series of stages which are dependant upon the ambient concentration. These are detection, irritation and finally, at very high ambient concentrations, toxicity. Formaldehyde has a very characteristic odor which can be detected by most individuals well be fore any irritation occurs. The concentrations at which the odor is detected varies from individual to individual and some, with a keen sense of smell, may be able to detect CHO at concentrations as low as 50 to 100 ppb (parts per billion) and the average individual can detect CHO at about 500 ppb. It is important to remember that these concentrations trigger the olfactory apparatus in the nose and do not result in an irritative effect. However, it is also important to note that the olfactory sensation is the only one of our senses that is not "filtered" in the brain before reaching its target area. In addition, the olfactory area sits in an area of the brain call the rhinencephalon (old brain) which also contains the areas that control our emotions. Indeed, the amygdale, thought to be the seat of the emotions sits right next to the olfactory area and receives connections from it. Thus, odors trigger emotions more than any other sense and we can remember odors longer than any other sense, such as sight or touch. (2)

Our ability to detect low concentrations of chemicals like CHO, have them lead to the so called "fright, fight or flight" response is an adaptation of vertebrates to both allow us to find food and avoid enemies. However, this would lead to chaos in our brains were it not for an equally important phenomena called adaptation. Adaptation allows us to, in essence, file away a remembered scent and not respond to the odor if it no longer requires action. Thus, an individual may enter a room with a low level of CHO and detect its characteristic odor; if the person remains in the room the odor will disappear. This does not mean that it has actually gone away, rather the individual has "gated it out" as it no longer requires action. Thus, the olfactory system is now ready for further odor detection physiologically unhampered by the conflicting odor of CHO.

At concentrations which exceed the detection level, from 100 ppb and above, CHO can become a primary irritant. A primary irritant is a compound that interacts with the small unmyelinated "c" nerve fibers in the skin and mucous membranes. These fibers are also capable of carrying pain and itch sensations and there is some controversy as to whether these a single population of "c" fibers or several populations each of which carries a singe type of sense, i.e. irritation, itch and pain. This controversy is beyond the scope of this report by the reader is referred to (4) for further reading. None the less, the primary nature of the interaction of CHO with the skin and mucous membranes is that removing the CHO removes the irritation and there are no long lasing effects of the interaction. Thus, an individual who enters a room where there may be sufficient CHO to cause irritation of the nasal mucosa for example, will get relief simply by leaving the environment and there is no worry that there will be addition adverse effects from this exposure *(vide infra)*.

Another aspect of the irritant properties of aerosolized CHO is that they are only related to the mucosa of the upper airways and the eyes. This is because the reactivity of CHO is so great that 100% of the CHO is instantaneously bound to the upper layer of the mucosa and never have a chance to penetrate any further, such as into the lower airway. Indeed, studies using rats exposed to radioactive CHO have demonstrated that at very high ambient concentrations (3000 ppb or greater) there was no penetration of the CHO into the internal organs. Indeed, in humans the only demonstration of the penetration of CHO into the lungs, for example, has been workers exposed to concentration of ambient CHO in excess of 100ppm (100,000ppb) at very high temperatures.

The irritation caused by CHO, like the odor detection of CHO is also subject to adaptation. That is individuals who enter an environment which has concentrations of CHO above the irritant level, and who remain in that environment, will note that the irritant effects will lessen and ultimately go away. They will not return as long as the individual remains in the area. More interesting, with repeated exposures to that environment or an environment with a similar CHO concentration the individual will adapt and will not only detect no odor but will not have any irritant effects. This has been demonstrated in several situations such as mortuary workers and medical students, both of whom are exposed to high CHO concentrations, in some cases 10 fold greater than the highest levels reported in the Katrina trailers.

The physiologic mechanism which underlies the adaptation to the irritant effects of CHO and other primary irritants is not well understood. In the short term, depletion of mediators from the nerve terminal endings may be one explanation,. Longer term irritant adaptation remains a mystery.

The human immune systems has evolved to protect us from foreign invasion both external and internal, while being able to recognize "self" as well as "good" microbes such as the commensul bacteria of the gut and avoid their destruction. This is an arduous task and despite the superb nature of the immune system occasionally it fails. In the pre-antibiotic era, many infections simply overwhelmed the immune system. Now when infection results in serious illness or death, it is often due to an incorrect diagnosis, because of failure of the immune system to recognize the pathogen or concomitant illness which results in immunodeficiency. On the other hand, there are times when the immune system recognizes our own tissues as foreign and disease ensues because the immune system inappropriately destroys self. This is referred to as hypersensitivity or "auto-immunity".

The Gel and Coombs classification divides the types of hypersensitivity diseases by the immune mechanism which is operative. According to this classification there are four types of autoimmune diseases: Type I or immediate hypersensitivity (allergy), Type II or cytotoxic antibodies (many drug reactions), Type III or antigen-antibody complex disease (Lupus Erythematosis for example) and Type IV or delayed type hypersensitivity (Poison Ivy).

Another major concept of immunoreactivity is that the immune system has evolved to recognized large molecules or pieces of large molecules.  For example, then MHC class I Antigen presenting system (which presents intracellular antigen) generally presents antigens that are 8 to 10 amino acids in length, while the MHC class II presenting system (which present extracellular antigens) is responsible for antigens in the 12 to 14 amino acid range.  For this reason, low molecular molecules, such as CHO cannot be seen by the immune system unless they are bound covalently to a larger macro-molecule usually a protein or glyco-protein.  In this case the small molecule is referred to as a hapten and the larger molecule as the carrier.   This type of immune response is further complicated as the actual immune response may be to the hapten itself, to the hapten only in the bound form or to the hapten-carrier complex sometimes referred to as a neo-antigen.  This concept is particularly important for CHO as will be discussed below.

Because of the extreme reactivity of CHO with tissue macro-molecules, the ability of this reagent to generate immune responses and to result in one or more of the hypersensitivity states that are noted above has been examined in great detail. Interestingly, in only one of the 4 types of hypersensitivity has CHO been demonstrated to generate an immune response in a significant number of humans. This is a type IV or delayed type hypersensitivity.

Type IV hypersensitivity is mediated by sensitized T-cells.  This type of immune response is generated when a hapten binds to proteins in the upper layers of the skin. The derivatized proteins are then recognized by specialized antigen presenting cells in the skin called Langerhans Cells and presented to helper T-cells along with appropriate signals to generate cytotoxic T-cells.  Upon a second contact with the chemical compound the cytotoxic T-cells migrate into the area of contact and begin the process which results in the characteristic maculo-papular eruption.  In the case of CHO it has been demonstrated that contact sensitivity requires direct contact with the skin and that gaseous CHO is not capable of inducing either the sensitization of the induction of the response.  The most common cause of CHO hypersensitivity appears to be its use in cosmetics as several studied have demonstrated that CHO sensitivity is higher in women than in men.  Most importantly, a longitudinal study that has been ongoing in Europe for many years has demonstrated that the percentage of individuals that are reactive to CHO has remained the same despite the increased use of this reagent in many products.  This strongly suggests that off gassing of CHO does not contribute to Type IV hypersensitivity. And with respect to the Katrina trailers would not be expected to be of any health concern either now or in the future.

With respect to Type II and Type III hypersensitivity, both of which require the production of IgG type antibodies, there is no evidence to suggest that either of these immune mechanisms are of concern.  In experimental animals it is possible to generate antibodies which are directed against the CHO-protein adduct; however, in the majority of cases thee are generated by the direct immunization of the animals with the conjugate, often in the presence of an adjuvant, a situation which would never occur in the human situation. None the less, in these experimental animals the

antibodies are not toxic to the animal.  That is, they do not result in any disease.  This is because the antibody is largely directed against the formyl group (the actual group CHO turns into when it is bound to a protein) or because a neo-antigen has been generated and antibodies to that antigen are not of concern to the animal.  It is important to remember that the vast majority of the antibodies that we produce are not bad.  In the human situation IgG antibodies to formyl-protein have been noted in the setting of direct contact of CHO with human blood or blood product as noted below.  Even in this rare situation there has been no evidence or even suggestion that the generated IgG results in an adverse health outcome.  And, with respect to the residents of the Katrina trailers there would be no immediate or long lasting adverse health effect from the production of a Type II or Type III immune response.

Type IV hypersensitivity is better know as an allergy.  It results from the production of a specific class of antibody called IgE.  Unlike other types of hypersensitivity, type IV originally evolved as a highly beneficial protective response against protozoan parasites and it is only in the past 100 or so years that the adverse effects of this type of immune response have become evident.  Indeed, our need to protect ourselves against parasites is so great that we evolved a system that is capable of incredibly rapid and profound response to minute amount of antigen.

As we have been able to rid ourselves of protozoan parasites, this part of our immune system has been left with little or no function.  Instead, the system has begun to misread antigens that would otherwise be benign as harmful and target them with the result that the host rather than the invader is affected.  In addition, other changes which we have made in our environment such as cleaner water and food, less contact with farm animals, early immunization and a greater and earlier use of antibiotics has changed our entire immune systems.  Thus, we have moved from an immune system which is poised to figt bacterial and viral infection to a system which is poised to fight an infection that is no longer present.  This is often referred to as the "hygiene hypothesis".

The ability to make an IgE response is called "atopy", and is a function of our genetic makeup and our environment.  Once IgE is made to a specific antigen this can result in a variety of disease states including: allergic rhinitis, allergic conjunctivitis, asthma, food allergy, eczema and in extreme cases an overwhelming response called anaphylaxis.  Why one individual develops asthma and another develops allergic rhinitis and a third develops food allergy is not well established, but is believed to be genetic in nature.

The development of an allergy requires the production of IgE type antibodies to a specific allergen (the term for an antigen that induces IgE).  Not respective of the type of material to which an individual may be exposed, it is implicit that that material must induce IgE production to become allergenic.  Why one protein, such as Fel d 1 from the sebaceous gland of a cat is highly allergenic and another protein such as cat definsin, also secreted in the sebum of the cat, is not allergenic at all, is not known, but is currently the subject of intense investigation.  Thus, one cannot simply look at a

protein or its structure and state that that protein will or will not be an allergen.  In addition, IgE antibodies may also be directed against low molecular weight molecules that have bound covalently to a large protein.  These haptens (as noted above) then serve as the focus for the IgE production either alone or in combination with the protein.  This is the situation with allergic reaction to drugs.  And, like other allergen, low molecular weight allergens coupled to protein do not follow a specific set of rules.  Thus to determine of a hapten –protein conjugate is an allergen must be done by experimental analysis.

The subject of the role of CHO in either inducing or augmenting allergic diseases, particularly asthma and allergic rhinoconjunctivitis, has been the subject of speculation and investigation for over 30 years.  These studies have divided themselves into two groups.  First, we can ask the can CHO by binding covalently to tissue protein and result in the production of IgE antibodies either to CHO as a hapten, to the CHO-protein adduct or to a protein whose structure has been altered by CHO sufficiently to be recognized as foreign in sufficient quantity to result in an allergic disease.  And second, we can ask if CHO without the induction of a true immune response can augment or worsen an ongoing allergic response.

Many groups have looked at the ability of CHO as a hapten to generate IgE antibodies.  These studies can be summarized by stating that exposure of man (an experimental animals) to gaseous CHO even at relatively high ambient concentrations is not capable of generating anti-formyl IgE at concentrations that might be related to a human disease state.  Most of the studies have failed to demonstrate any antiCHO-protein IgE at all, while some, such as the recent study of Doi,S., et al.  The Prevalence of IgE sensitizations to formaldehyde in asthmatic children.  Allergy 2003, 58:668) have demonstrated IgE at very low concentrations that did not correlate with the patient's disease; asthma in this case.  The reason for this failure of CHO to induce IgE is undoubtedly related to its extreme reactivity.  As will be noted below, the CHO must bind to a protein component with can be "seen", by the immune system.  Gaseous CHO binds entirely to the mucosa of the upper airway. No CHO even penetrates to the lower part of the pharynx, let alone the upper lung.  The bound CHO is then sloughed off of the mucosa and is either swallowed and destroyed or brought to the tip of the nose by ciliary action and excreted.  None of this material is ever in a position to be picked up by antigen presenting cell and sent to the immune system in such a way that it can be recognized as foreign.  Thus, it is not at all surprising that ambient CHO is neither an antigen nor an allergen.

There is one case which has been reported in which CHO can result in the production of IgE type antibodies and that is when the CHO come into direct contact with the protein of the bloodstream.  This situation has been described by Patterson and co-workers.  This study involved nurses who cleaned kidney dialyzers with 35% aqueous formaldehyde. In this case the actual antibodies were directed against the formyl-protein conjugate and neither free CHO not circulation human albumin the major protein in the serum.  Even in this unique situation, it was not clear that there was a correlation between the production of anti-formylprotein IgE and a human disease

state.

IV. Independent Medical Examination

Name: Alana Alexander

DOB: 8/12/66

Age: 42                     Sex: F                          Occupation: School Disciplinarian

This is an Independent Medical Evaluation of Alana Alexander conducted at the offices of Jefferson Pulmonary Associates, 4200 Houma Boulevard, Metairie, LA. on June 2, 2009 at 11:20 AM  The examinee was accompanied by her son.                              .

**History of the Present Illness**:

    **1. Current Medical Problems**: Her only problem is mild MVP and the only precautions that she ahs been given is to take and antibiotic when she sees the dentist.

**Medications Related to PI**: None

**Allergy History**:   No allergies to seasonal or perennial allergens

    **Medication allergy**: none

    **Food allergy**: None

    **Hymenoptera allergy**: None

**Environmental History**:

    **Abode**: House-60 years old

    **Heating**: Forced air

    **A/C**: Central

    **Basement**:   No

        **Damp/Dank**:

    **Carpets**:  No

    **Fireplace/WBS**: Not used

    **Pets**:          None

**Plants**:  A few ivy plants, none in bed room

**Specific Mold Problems**: None

**Past Medical History**:  No medical problems in the past.  When they moved into the travel trailer she had some eye burning, throat burning and some tickling in the back of the throat and this did cause some coughing; she would have a headache on and off. She had pain behind her eyes and she thought it was a sinus headache and she took Tylenol Sinus and this relieved the pain. But over a period of about 2 to 3 months these symptoms went away.  She describes the odor as almost like an acidic, metallic and "a strong chemical smell".  As soon as she opened the door for the first time the smell hit her.  Ms. Alexander says that the odor dissipated over three months, the odor was gone by the time they left the trailer 18 months later.

**Past Surgical History**: Two C-sections.  No other surgeries

**Medications**:  See HPI

**Family History**:
    **Mother**: 79, HBP controlled

    **Father**:  78, Diabetes and Cancer of the prostate on Rx

    **Siblings**: 5 brothers and 2 sisters – one brother had Cancer of prostate and one sister has diabetes which is diet controlled

    **Children**:  Daughter 14 allergies; son-see his report

      Allergies: No

      Asthma:  No

      Eczema:  Nephew and niece

      Other:  None

**Social and Occupational History**:

    **Current Occupation**: School Disciplinarian

    **Occupational Exposures**: None

**Smoking**: No

    **Now**:

    **Ever**: No       When started:       When stopped:      PKY:

**ETOH**: Occasional Beer

**Recreational drugs**: No

    Now:         If Yes-what kind:

    Ever:

**Review of Systems**:

    HEENT:  Wears glasses

    Neck:  None

    Chest:  None

    Heart:  See HPI

    Abdomen:  None

    GU: None

    Bone/Joint: None

    Extremities: None

    Neurological: None

**PHYSICAL EXAMINATION**:

    **General**: WD/WN AA female in NAD

    **Vital Signs**:

        **Pulse**:  58/min.
        **Blood Pressure**: 138/80
        **Respirations**: 14/min.

**Skin**: Clear with no rash, urticaria or angioedema

**HEENT**:
>    Head: atraumatic, normocephalic
>    Eyes Clear
>    Ears:Clear
>    Nose: just a tad boggy with no evidence of infection
>    Throat: clear

**Neck**:  supple, without adenopathy; thyroid not palpable

**Chest**:  clear to percussion and auscultation

**Heart**:  regular rate and rhythm; no murmurs, rubs or gallops

**Abdomen**: benign, no organomegally

**Bone and Joint**:  normal

**Extremities**: no cyanosis clubbing or edema

**Neurological**: non-focal


Spirometry: see appendix


V.  Discussion:  Ms Alexander is a healthy individual who presents with limited or no symptoms that she attributed to her moving into her travel trailer.  There dissipated rapidly and there were no further symptoms.  In addition there were other factors in the trailer including the small space, the problem with mice ( see my report on the patient son Christopher) and the mold.  None of these was a factor after the first three months after Ms. Alexander moved into the travel trailer.

VI. Based upon my review of the available medical records, my IME and my experience as an allergist and immunologist and to a reasonable degree of medical and scientific certainty Alana Alexander suffered no adverse health effects from any formaldehyde that might have been present in his travel trailer


Appendix A;  H. James Wedner CV

James Wedner, MD

# CURRICULUM VITAE

**NAME:** H. James Wedner, M.D.
**DATE OF BIRTH:** May 12, 1941 - Pittsburgh, Pennsylvania
**RESIDENCE:** 60 Ladue Terrace, St. Louis, Missouri 63124
**OFFICE INFORMATION:** 660 South Euclid, Campus Box 8122, St. Louis, Missouri 63110
**MISSOURI LICENSE:** R 3928
**TELEPHONE:** Office: (314) 454-7937 / Home: (314) 995-6801
**MARITAL STATUS:** Married, June 18, 1978
**PRE-MEDICAL EDUCATION:**
1959 - 1963 Cornell University, Ithaca, New York
B.A Degree, Zoology
**MEDICAL EDUCATION:**
1963 - 1967 Cornell University Medical College, New York, New York
M.D. Degree
**HOSPITAL TRAINING:**
1967 - 1968 Intern, Barnes Hospital, St. Louis, Missouri
1970 - 1971 Senior Assistant Resident, Barnes Hospital, St. Louis, Missouri
**ACADEMIC APPOINTMENTS:**
1971 - 1974 USPHS Trainee in Immunology, Washington University School of Medicine,
St. Louis, Missouri
1973 - 1974 Instructor in Medicine, Washington University School of Medicine, St. Louis,
Missouri
1974 - 1980 Assistant Professor of Medicine, Washington University School of Medicine, St.
Louis, Missouri
1979 – 1997 Director, Allergy Clinic, Barnes Hospital, St. Louis, Missouri
1980 - 1996 Associate Professor of Medicine (With Tenure), Washington University School of
Medicine, St. Louis, Missouri
1986 - 1995 Director, Training Program in Allergy and Clinical Immunology, Washington
University School of Medicine, St. Louis, Missouri
1987 - 2001 Chief, Clinical Allergy and Immunology, Department of Internal Medicine,
Washington University School of Medicine, St. Louis, Missouri
1996 - Present Professor of Medicine (With Tenure), Washington University School of
Medicine, St.
Louis, Missouri
1998 - 2001 Member, Institutional Review Board (Human Studies Committee), Washington
University School of Medicine, St. Louis, Missouri
2000 - Present Medical Director, The Asthma & Allergy Center, Washington University
School of

Medicine, St. Louis, Missouri
2001-Present Chief, Division of Allergy and Clinical Immunology, Department of Internal
Medicine, Washington University School of Medicine, St. Louis, Missouri
2001-Present Director, Allergy and Clinical Immunology Fellowship Training Program,
Washington University School of Medicine/ Barnes-Jewish Hospital/Children's
Hospital of St. Louis Graduate Medical Education Consortium, St. Louis, Missouri
2001-Present Committee Chairman, Institutional Review Board #1, Human Studies Committee,
Washington University School of Medicine, St. Louis, Missouri

**HOSPITAL APPOINTMENTS:**
1974 - 1981 Assistant Physician, Barnes Hospital, St. Louis, Missouri
1981 - 1996 Associate Physician, Barnes Hospital, St. Louis, Missouri
1991 - Present Associate Physician, Barnes West County Hospital, St. Louis, Missouri
1996 - Present Associate Physician, Barnes-Jewish Hospital, St. Louis, Missouri

**HONORS AND AWARDS:**
Clarence Coryell Prize in Medicine, Cornell University Medical College
Senior Price in Medicine, Cornell University Medical College
Senior Thesis Award, Cornell University Medical College
Bordon Prize for Research, Cornell University Medical College
Alpha Omega Alpha Honor Medical Society, Cornell University Medical College
NIAID Research Career Award Recipient, 1975-1980
Visiting Professor, American College of Allergy, at University of Arkansas, March, 1991
Visiting Professor, American College of Allergy, at Michigan State University, October, 1992
Chairman, Steering Committee, National Cooperative Inner-City Asthma Study, National Institute of
Allergy and Infectious Diseases, 1991-1995
American Lung Association Volunteer Award, 1995
Visiting Professor, SUNY-Buffalo, Children's Hospital of Buffalo and Buffalo General Hospital,
September, 1999
Nominee for Washington University's AWN Mentor Award, 2000.
Visiting Professor, Eastern Virginia Medical School, April, 2003
Visiting Professor, State University Of New York at Buffalo Medical School, May, 2004
Listed in "America's Top Doctors", Castle Connolly Medical Ltd, 2005 – present
Listed in "Best Doctors in America", affiliated with Harvard Medical School, 2005 - present
Listed in "St. Louis Best Doctors", 2005 - present

**MILITARY SERVICE:**
1968 - 1970 Senior Assistant Surgeon, USPHS, assigned to U.S. Coast Guard, Governors Island,
New York

**ACADEMIC AND PROFESSIONAL ORGANIZATIONS:**
American Academy of Allergy and Immunology – Fellow Status
American Association of Immunologists

American College of Allergy, Asthma & Immunology
Clinical Immunological Society – Chair, Communications Committee
European Academy of Allergology and Clinical Immunology
St. Louis Metropolitan Medical Society
2005 – present Member Indoor Air Quality Committee, AAAAI
1991 - Present Cori Society, Washington University School of Medicine
1996 -2006 Member Committee on Allergy and Immunology in Medical Schools,
AAAAI
2004 – 2005 Committee Chair, AAAAI Primary Care Rotations in Allergy and Pierson
Visitation Program Committee
2004-2005 Committee Member, AAAAI Urticaria and Angioedema Committee
2004-Present Representative, Division of Allergy/Immunology, American Association of
Subspecialty Professors

**EDITORSHIP(S):**
1980 - 1982 Associate Editor, The Journal of Immunology
1984 - 1997 Topic Editor, Clinical Immunology, Quarterly Survey of Immunology
Research
1974 - 1985 Volume Associate Editor, The Year in Immunology
1985 - 1986 Volume Associate Editor, The Year in Immunology
1991 - 1996 Editorial Board, Journal of Allergy and Immunology
1999-2004 Editor, Clinical Immunology Society Newsletter
2000-Present Editor, Anaphylaxis and Drug Allergy Section, Current Allergy Reports

**PUBLICATIONS**
1. Grace CM, Wedner HJ. Measles in previously immunized children. *Morbidity and Mortality*, 1969; 18:141.
2. Wedner HJ, Hoffer BJ, Battenberg E, Steiner AL, Parker CW and Bloom FE. A method for detecting cyclic AMP by immunofluorescence. *J Histochem Cytochem* 1972; 10:293.
3. Bloom FE, Hoffer BJ, Battenberg ER, Siggins GR, Steiner AL, Parker CW and Wedner HJ. Adenosine 3',5' monophosphate is localized in cerebellar neurons: Immunofluorescence evidence. *Science* 1972; 177:436.
4. Eisen SA, Wedner HJ and Parker CW. Isolation of pure human peripheral T lymphocytes on nylon columns. *Immunol Comm* 1972; 1:571.
5. Bloom FE, Wedner HJ and Parker CW. The use of antibodies of study cell structure and metabolism. *Pharmacol Rev* 1973; 25:343.
6. Parker CW, Sullivan TJ and Wedner HJ. Cyclic AMP and the immune response. In: Advances in Cyclic Nucleotide Research. Eds: GA Robison and P Greengard. Raven Press, New York, 1974, Vol. 4, pp. 1-79.
7. Pan P, Bonner J, Wedner HJ and Parker CW. Immunofluorescence evidence for the distribution of cyclic AMP in cells and cell masses of the cellular slime molds. *Proc Natl Acad Sci* 1974; 71:1625.
8. Parker CW, Snider DE, Wedner HJ. The role of cyclic nucleotides in lymphocyte activation. In: Progress in Immunology II. Eds: L Brent and J Holborow. North-Holland Publishing Co., New York, 1974. Vol. 2, pp. 85-94.

9. Wedner HJ and Parker CW. Protein phosphorylation in human peripheral lymphocytes. Stimulation by phytohemagglutinin and $N_6$ monobutyryl cyclic AMP. *Biochem Biophys Res Comm* 1975; 62:808.

10. Wedner HJ, Bloom FE and Parker CW. The role of cyclic nucleotides in lymphocyte proliferation. In: Immune Recognition. Ed: AS Rosenthal. Academic Press, New York, 1975, pp. 337-357.

11. Wedner HJ and Parker CW. Lymphocyte activation. In: Progress in Allergy. Karger Basel, 1976, Vol. 20, pp. 195-300.

12. Wedner HJ, Parker LN and Rosenfeld MG. Mechanism of cAMP control of protein synthesis. I. The preparation of a highly purified antibody and a solid-state immunoassay for porcine pancreatic alpha-amylase. *Anal Biochem* 1975; 65:175.

13. Wedner HJ, Dankner R and Parker CW. Cyclic GMP and lectin induced lymphocyte activation. *J Immunol* 1975; 115:1682.

14. Atkinson JP, Wedner HJ and Parker CW. Two novel stimuli of cyclic adenosine 3',5'-monophosphate (cAMP) in human lymphocytes. *J Immunol* 1975; 115:1023.

15. Steiner AL, Ong S and Wedner HJ. Cyclic nucleotide immunochemistry. *Adv Cyclic NucleotideRes* 1976; 7:115.

16. Lichenstein JR, Bauer EA, Hoyt R and Wedner HJ. Immunologic characterization of themembrane-bound collagen in normal human fibroblasts: Identification of a distinct membranecollagen. *J Exp Med* 1976; 114:145.

17. Atkinson JP, Udey MC, Wedner HJ and Parker CW. Studies on the stimulation of cAMP metabolism by heparin solutions containing benzyl alcohol. *J Cyclic Nucleotide Res* 1976; 2:297.

18. Wedner HJ Parker CW. Adenylate cyclase activity in lymphocyte subcellular fractions. Characterization of a nuclear adenylate cyclase. *Biochem J* 1977; 162:483.

19. Wedner HJ, Chaplin DD and Parker CW. Evidence for an early sulfhydryl reagent sensitive step during lymphocyte activation. In: Proceedings of the 11th Leukocyte Culture Conference. Academic Press, New York, 1977, p. 456.

20. Kelly JP, Wedner HJ and Parker CW. Mitogenic receptors on human peripheral blood lymphocytes: The interaction of phaseolus vulgaris (E-PHA) and ATG on the human peripheral blood lymphocyte membrane. *J Immunol* 1977; 118:2213.

21. Greene WC, Wedner HJ and Parker CW. Calcium Ionophore A23187 and lymphocyte activation. In: Leukocyte Membrane Determinants Regulating Immune Reactivity. Eds: VP Eijsvoogel, D Roos, and WP Ziijlemaker. Academic Press, New York, 1976, p. 129.

22. Buckley PJ and Wedner HJ. Variation in DNA and RNA synthetic responses during activation of lymphocytes from inbred strains of mice. *J Immunol* 1977; 119:9.

23. Chaplin DD and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by diamide and other sulfhydryl reagents. *Cell Immunol* 1978; 36:303.

24. Buckley PJ and Wedner HJ. Measurement of the DNA synthetic capacity of activated lymphocytes  Nucleotide triphosphate incorporation by permeabilized cells. *J Immunol* 1978; 120:1930.

25. Shearer WT, Wedner HJ, Strominger DB, Kissane J and Hong R. Successful transplantation of the thymus in Nezelof's syndrome. *Pediatrics* 1978; 61:619-624.

26. Pan P and Wedner HJ. Immunohistochemical localization of cyclic GMP in aggregating polysphodylium violaceum. *Differentiation* 1979; 14:113.

27. Atkinson JP, Kelly JP, Weiss A, Wedner HJ and Parker CW. Enhanced intracellular cGMP concentrations and lectin-induced lymphocyte transformation. *J Immunol* 1978; 121:2282.

28. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation and lymphocyte activation  In: Proceedings of the International Symposium on the Biological Basis for Immunodeficiency. Toronto, October, 1978. Raven Press, New York, 1980, pp. 269-281.

29. Yecies LD, Wedner HJ, Johnson SM, Jakschik BA and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. I. Conditions of generation and initial characterization. *J Immunol* 1979; 122:2083.

30. Yecies LD, Johnson SM, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated peritoneal mast cells of the normal rat. II. Evidence for a precursor role of arachidonic acid and further purification. *J Immunol* 1979; 122:2090.

31. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. I. Subcellular distribution and partial characterization of adenosine 3',5'-monophosphate-dependant protein kinase. *Biochem J* 1979; 182:525.

32. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. II. Phosphorylation of endogenous plasma membrane and cytoplasmic proteins. *Biochem J* 1979; 182:537.

33. Wedner HJ. Inhibition of lectin induced lymphocyte mitogenesis by parachloro-mercuri-benzoate linked to dextran and sephadex: Relationship to cyclic nucleotide metabolism. *Cell Immunol* 1979;92:209.

34. Wedner HJ, Chan BY, Parker CS and Parker CW. Cyclic nucleotide phosphodiesterase activity in human peripheral blood lymphocytes and monocytes. *J Immunol* 1979; 123:725.

35. Yecies LD, Wedner HJ and Parker CW. Slow reacting substance (SRS) from ionophore A23187 stimulated human leukemic basophils. I. Evidence for a precursor role of arachidonic acid and initial purification. *J Immunol* 1979; 123:2814.

36. Wedner HJ. The effect of diamide on cyclic AMP levels and cyclic nucleotide phosphodiesterase in human peripheral blood lymphocytes. *Biochim Biophys Acta* 1980; 628:407.

37. Chaplin DD, Wedner HJ and Parker CW. Protein phosphorylation in human peripheral blood lymphocytes. Mitogen-induced increases in protein phosphorylation in intact lymphocytes. *J Immunol* 1980; 124:2390.

38. Udey MD, Chaplin DD, Wedner HJ and Parker CW. Early activation events in lectin-stimulated human lymphocytes. Evidence that wheat germ agglutinin and mitogenic lectins cause similar early changes in lymphocyte metabolism. *J Immunol* 1980; 125:1544.

39. Parker CW, Fischman CM and Wedner HJ. Relationship of slow reacting substance biosynthesis to intracellular glutathione levels. *Proc Natl Acad Sci USA* 1980; 77:6870.

40. Goffstein BJ, Gordon LK, Wedner HJ and Atkinson JP. cAMP concentrations in human peripheral blood lymphocytes: Changes in association with cell purification. *J Lab Clin Med* 1980; 96:1002.

41. Wedner HJ, Simchowitz L, Stenson WF and Fischman CW. Inhibition of human polymorphonuclear leukocyte function by 2-cyclohexene-1-one: A role for glutathione in cell activation. *J Clin Invest* 1981; 68:535.

42. Sullivan TJ, Wedner HJ, Shatz GS, Yecies LD and Parker CW. Skin testing to detect penicillin allergy. *J Allergy Clin Med* 1981; 68:171.

43. Fischman CM, Udey M, Kurtz M and Wedner HJ. Inhibition of lectin-induced lymphocyte activation by 2-cyclohexene-1-one: Decreased intracellular glutathione inhibits an early event in the activation sequence. *J Immunol* 1981; 127:2257.

44. Sullivan TJ, Yecie, LR, Shatz GS, Parker CW and Wedner HJ. Desensitization of patients allergic to penicillin using orally administered P lactin antibodies. *J Allergy Clin Immunol* 1982; 69:275.

45. MacDermott RP, Bertovich MJ and Wedner HJ. Decreased intracellular glutathione inhibits cell mediated cytotoxicity. *FASEB* 1982; 41:315.

46. Shatz G, Sullivan T, Kulczycki A, Zull D, Yecies LD and Wedner HJ. Feather pillows and allergic patients. *Ann of Allergy* 1982; 48:59.

47. Wedner HJ. Cyclic AMP in the immune response. In: Handbook of Experimental Pharmacology:Cyclic Nucleotides. Eds: JW Kebabian and JA Nathanson. Springer-Verlag, Berlin, Heidelberg,New York, 1982, 58(2), pp. 764-785.

48. Wedner HJ. The role of calcium and arachidonic acid metabolism in lymphocyte activation. In:Advances in Immunopharmacology. Eds: JW Hadden, L Chedid, P Dukor, F Spreafico, and D Willoughby. Pergamon Press, New York, 1983. pp. 81-86.

49. Stenson WF, Lobos B and Wedner HJ. Glutathione depletion inhibits amylase release in guinea pig pancreatic acini. *Am J Physiol* 1983; 244:G273.

50. Bromberg-Schneider S, Erickson N, Dennis A, Halverson J and Wedner HJ. Cutaneous energy and marrow suppression as complications of gastroplasty for morbid obesity. *Surgery* 1983; 94:109.

51. Parker CW and Wedner HJ. Pneumonococcal infection in a splenectomized patient. *Amer J Med*1983; 74:129.

52. Dankner RE and Wedner HJ. Aspirin desensitization in aspirin-sensitive asthma. *Amer Rev RespirDis* 1983; 128:953.

53. Wedner HJ, Bahn G and Fischman CM. Inhibition of lectin induced lymphocyte mitogenesis by acivicin and 6-diazo-5-oxo-L-norleucine. *Int J Immunopharm* 1984; 1:16.

54. Wedner HJ, Korenblat PE. Eds: Allergy: Theory and Practice. Grune and Stratton Press, San Diego,Calif., 1984.

55. Wedner HJ and Korenblat PE. Introduction: Allergy past and future. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego, Calif., 1984, pp. 1-4.

56. Wedner HJ. Theophylline. In: Allergy: Theory and Practice. Grune and Stratton Press, San Diego,Calif., 1984, pp. 221-234.

57. Wedner HJ, Korenblat PE and White R. Systemic mastocytosis. *Amer J Med* 1984; 144:2249.58. Wedner HJ. Adverse Reactions to Drugs. In: Current Pediatric Therapy. Eds: SS Gellis and BM Kagan. WB Saunders Co., Philadelphia. 1984, pp. 643-646.

59. Lutz CT, Bell CE, Wedner HJ and Krogstad DJ. Allergy skin testing of multiple patients with a common syringe should be abandoned. *New Eng J Med* 1984; 310:1335.

60. Hamilos D and Wedner HJ. The T lymphocyte antigen receptor. *Surv Synth Path Res* 1984; 3:292.

61. Korenblat PE, Wedner HJ, Whyte MP, Frankel S and Avioli LV. Systemic mastocytosis. *Arch Int Med* 1984; 144:2249.

62. Wedner HJ. Biochemical events associated with lymphocyte activation. *Surv Immunol Res* 1984;3:295.

63. Hamilos D and Wedner HJ. Enzymatic depletion of intracellular lymphocyte glutathione by buthionine sulfoximine does not inhibit activation by mitogenic lectins. *FASEB* 1984; 43:974.

64. Wedner HJ, Bahn G, Gordon LK and Fischman CM. Inhibition of lectin-induced lymphocyteactivation by 2-cyclohexene-1-One: Analysis of DNA synthesis in individual cells by BUdR quenching of hoechst 33258. *Int J Immunopharm* 1985; 7:25.

65. Cort D, Bass G and Wedner HJ. Lectin stimulated tyrosine phosphorylation of human T lymphocyte particulate proteins. *FASEB* 1985; 44:1313.

66. Bass G, Cort D and Wedner HJ. Tyrosine phosphorylation of a 66KD soluble protein is stimulated by mitogens and growth factors in human T lymphocytes. *FASEB* 1985; 44:1527.

67. Cort D, Bass G and Wedner HJ. Tyrosine phosphorylation of particulate proteins in lectin stimulated human T lymphocytes. *J Allergy Clin Immunol* 1985; 75:181.

68. Zenger VE and Wedner HJ. Analysis of extractable oak pollen proteins. *J Allergy Clin Immuno* 1985; 75:175.

69. Hamilos DL and Wedner HJ. The role of glutathione in lymphocyte activation. I. Comparison of inhibitory effects of buthionine sulfoximine and 2-cyclohexene-1-one by nuclear size transformation. *J Immunol*. 1985; 135:2740.

70. Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology 1984-85. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland, 1985, pp. 129-135.

71. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 12. Eds: SS Gellis and BM Kagen. WB Saunders, Co., Philadelphia. 1985. pp. 640-646.

72. Wedner HJ. Recent studies in lymphocyte activation. The Year in Immunology. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland, 1986, Vol. 2, pp. 145-151.

73. MacDermott RP, Bertovich MJ, Bragdon MJ, Nash GS, Leusch MS and Wedner HJ. Inhibition of cell-mediated cytotoxicity by 2-cyclohexene-1-One: Evidence for a role for glutathione and/or glutathione-protein interactions in cytolysis. *Immunol* 1986; 57:521.

74. Wedner HJ and Bass G. Tyrosine phosphorylation of a 66,000 $M_r$ soluble protein in lectin activated human peripheral blood T lymphocytes. *J Immunol* 1986; 136:4226.

75. Wedner HJ and Bass G. Tyrosine phosphorylation of a 66KD soluble protein and augmentation of lectin induced mitogenesis by DMSO in human T lymphocytes. *FASEB* 1986; 45:2036.

76. Wedner HJ. Patterns of theophylline utilization. In: New Trends in Allergy II. Eds: J Ring and G Burg. Springer-Verlag, 1986, pp. 335-41.

77. Frankel SJ, Polmar SH, Grumet FC and Wedner HJ. Anti-IgA antibody associated reactions to intravenous gamma-globulin in a patient who tolerated intramuscular gamma globulin. *Ann Allergy* 1986; 56:436.

78. Wedner HJ. Recent advances in lymphocyte activation. In: The Year in Immunology. Vol. 2. Eds: JM Cruse, RE Lewis, Jr. Karger Basel, Switzerland, 1986, pp. 145-151.

79. Wedner HJ and Bass G. Stimulation of the phosphorylation of a 66,000 dalton soluble tyrosine phosphoprotein by agents that activate or augment activation of human peripheral blood T lymphocytes. *Cell Immunol* 1986; 104:201.

80. Wedner HJ and Bass G. Induction of the tyrosine phosphorylation of a 66 KD soluble protein by DMSO in human peripheral blood T lymphocytes. *Biochem Biophys Res Comm* 1986; 140:743.

81. Wedner HJ. Pulmonary infiltrates and eosinophilia in a young man. CPC. Eds: KM Ludmerer and JM Kissane. *Amer J Med* 1986; 81:533.

82. Wedner HJ, Zenger VE and Lewis WH. Allergic reactivity to parthenium hysterophores (Santa Maria Feverfew) pollen: An unrecognized allergen. *Int Arch Appl Immunol* 1987; 84:116.

83. Panuska JR, King TE, Korenblat PE and Wedner HJ. Hypersensitivity reaction to desipramine. *J All Clin Immunol* 1987; 80:18.

84. Loria RC, Jadidi S and Wedner HJ. Anaphylactic reaction to Ampicillin in a patient with common variable immunodeficiency syndrome desensitized to penicillin. *Ann Allergy* 1987; 59:15-16 and 34-38.

85. Wedner HJ. Allergic reactions to drugs. Update on allergy. *Primary Care* 1987; 14:523.

86. Wedner HJ, Zenger V, Lewis W. Allergic reactivity to parthenium hysterophores pollen. In: Advances in Aerobiology. *Experientia* 1987; 51:125.

87. Sternberg EM, Wedner HJ, Leung MK and Parker CW. Effect of serotonin (5-HT) and other monoamines on murine macrophages: Modulation of interferon-gamma induced phagocytosis. *J Immunol* 1987; 138:4360.

88. Hansbrough JR, Wedner HJ and Chaplin DD. Anaphylaxis to intravenous furosemide. *J Allergy andClin Immunol* 1987; 80:538.

89. Lewis WH, Dixit AB and Wedner HJ. Reproductive biology of parthenium hysterophores (Asteraceae). *J Palynology* 1988; 23-24:73-82.

90. Wedner HJ. Recent studies in T lymphocyte activation. In: Year in Immunology. Eds: JM Cruse and RE Lewis, Jr. Karger Basel, Switzerland. 1988. pp. 119-128.

91. Loria RC, Prange JO and Wedner HJ. Immunoblotting of pollen proteins: Tween 20 mediates nonspecific binding of gamma globulins to immunoblots of oak pollen proteins. *J Allergy Clin Immunol* 1988; 82:834.

92. Wedner HJ. Reintroduction of drugs in the allergic patient. In: Insights in Allergy. Ed: JA Grant. CV Mosby Co., 1988, Vol. 3, #3.

93. Loria RC, Finnerty N and Wedner HJ. Successful use of aztreonam in a patient who failed oral penicillin desensitization. *J Allergy Clin Immunol* 1989; 83:735.

94. Loria RC, Wilson P and Wedner HJ. Identification of the allergens in white oak (Quercus alba) pollen by immunoblotting. *J Allergy Clin Immunol* 1989; 84:9.

95. Loria RC and Wedner HJ. Facial swelling secondary to inhaled bronchodilator abuse: catecholamine induced sialosis. *Ann Allergy* 1989; 62:289.

96. Wedner HJ, Wilson P and Lewis WH. Allergic reactivity of parthenium hysterophores pollen: An ELISA study of 582 sera from the United States gulf coast. *J Allergy Clin Immunol* 1989; 84:263.

97. Gupta A, Hruska KA and Wedner HJ. Phytohemagglutinin rapidly lyses S49 T-lymphoma cells and the cytotoxicity is not mediated by generation of cAMP or increase in cytosolic calcium. *BiochemBiophys Res Comm* 1990; 170:1035.

98. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of herbaceous plants at Corpus Christi, Texas. *Aerobiologia* 1990; 6:141.

99. Hamilos DL, Mascali JJ and Wedner HJ. The role of glutathione in lymphocyte activation --II. Effects of buthionine sulfoximine and 2-cyclohesene-1-one on early and late activation events. *Int J Immunopharmac* 1991; 13:7

100. Lewis WH, Kennelly EJ, Bass GN, Wedner HJ, Elvin-Lewis MP and Fast WD. Ritualistic use of the holly ilex guayusa by amazonian jivaros. *J Ethnopharmacology* 1991; 33:25-30.

101. Lewis WH, Dixit AB and Wedner HJ. Asteraceae aeropollen of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:37.

102. Wedner HJ. Drug Allergy Prevention and Treatment. In: Immunology and Allergy Clinics of No.America. Ed: PP VanArsdel, Jr. WB Saunders Co., Philadelphia, PA. 1991, pp. 679-694.

103. Lewis WH, Dixit AB and Wedner HJ. Aeropollen of weeds of the Western United States Gulf Coast. *Ann Allergy* 1991; 67:47.

104. Korenblat PE and Wedner HJ, Eds. Allergy: Theory and Practice, Second Edition. WB Saunders Co., Philadelphia, PA. 1992. pp. 1-578.

105. Wedner HJ. Chapter 19. Theophylline. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 313-330.

106. Wedner HJ and Korenblat PE. Chapter 1. Allergy: Past and Future -Revisited. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 1-4.

107. Sullivan TJ and Wedner HJ. Chapter 35. Drug Allergy. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 541-559.

108. Wedner HJ, Corey J and Johnson W. Chapter 23. Anticholinergic agents in the treatment of asthma. In: Allergy: Theory and Practice, Second Edition. Eds: HJ Wedner and PE Korenblat. WB Saunders Co., Philadelphia, PA. 1992, pp. 375-383.

109. Lewis WH, Dixit AB and Wedner HJ. Grass aeropollen of the Western United States Gulf Coast. *Intern Archives of Allergy and Immunol* 1992; 98:80-88.

110. Dixit AB, Lewis WH and Wedner HJ. The allergens of Epicoccum nigrum link. I. Identification of the potential allergens by immunoblotting. *Allergy Clin Immunol* 1992; 90:11-20.

111. Wedner HJ. Cat Allergy: Nothing to sneeze at. In: Encyclopaedia Britannica, Medical and Health Annual, 1993. Chicago, Encyclopaedia Britannica, Inc., pp. 479-483, 1992.

112. Haire-Joshu D, Fisher EB, Munro J and Wedner HJ. A comparison of patient attitudes towards asthma self-management among acute and preventive care settings. *J Asthma* 1993; 30:359-371.

113. Wedner HJ. Drug Allergy. In: Basic and Clinical Immunology. 8th Edition. Eds: DP Stites, AI Terr, and TG Parslow. Appleton & Lange Medical Publishers, Norwalk, CN. 1994, pp. 371-379.

114. Straus SE, Komaroff A and Wedner HJ. Chronic Fatigue Syndrome. Point and Counterpoint. *J Inf Dis* 1994; 170:1-6.

115. Wedner HJ. Adverse reactions to drugs. In: Current Pediatric Therapy. Vol. 13. Eds: SS Gellis and BM Kagen. WB. Saunders Co., Philadelphia, PA, 1995.

116. Reiss JL, Abelson MB, George MA and Wedner HJ. Allergic Conjunctivitis. In: Ocular Infection & Immunity. Eds: JS Pepose, GN Holland and KR Wilhelmus. Mosby Year Book, 1996, pp. 345-358.

117. Munro JF, Haire-Joshu D, Fisher EB and Wedner HJ. Articulation of asthma and its care among low income emergency care recipients. *J Asthma* 1996; 33:313-325.

118. Wedner HJ. Drug Allergy. In: Medical Immunology. Ninth Edition. Eds: DP Stites, AI Terr and TG Parslow. Appleton & Lange Medical Publishers, Stamford, CN. 1997, pp. 433-443.

119. Dixit AB, Lewis WH and Wedner HJ. Indoor fungal aerospora of buildings damaged by the US Mississippi River flood of 1993. Ed: SN Agashe. In: Aerobiology, Fifth International Conference, Bangalore, Oxford & IBH Publishing Co., New Dehli, India, 1994, pp. 129-135.

120. Wade S, Weil C, Holden G, Mitchell H, Evans R III, Kruszon-Moran D, Bauman L, Crain E, Eggleston P, Kattan M, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Psychosocial characteristics of inner-city children with asthma: A description of the NCICAS psychosocial protocol. *Pediatr Pulmonol* 1997; 24:263-276.

121. Mitchell H, Senturia Y, Gergen P, Baker D, Joseph C, McNiff K, Wedner HJ, Crain E, Eggleston P, Evans R III, Kattan M, Kercsmar C, Leickly F and Malveaux F. Design and methods of the National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:237-252.

122. Kattan M, Mitchell H, Eggleston P, Gergen P, Crain E, Redline S, Weiss K, Evans R III, Kercsmar C, Leickly F, Malveaux F and Wedner HJ. Characteristics of inner-city children with asthma: The National Cooperative Inner-City Asthma Study. *Pediatr Pulmonol* 1997; 24:253-262.

123. Senturia YD, McNiff-Mortimer K, Baker D, Gergen P, Mitchell H, Joseph C and Wedner HJ. Successful techniques for retention of study participants in an inner-city population. *Control Clin Trials*, 1998; 19(6):544-54.

124. Lewis WH, Dixit AB, Wedner HJ and Crozier WA. Airborne and Allergenic Tree Pollen of the Texas Gulf Coast (USA): Current concepts in pollen-spore and biopollution research. Prof. Sunirmal Chandra 60th Birth Anniversary Felicitation Volume. Eds: NM Dutta, S Gupta-Bhattacharya, S Mandal and K Bhattacharya. Research Periodicals and Book Publishing House, Houston, TX 1998, pp. 319-336.

125. Evans R III, Gergen P, Mitchell H, Kattan M, Kercsmar C, Crain E, Anderson J, Eggleston P, Malveau F and Wedner HJ. An Intervention to Reduce Asthma Morbidity Among Inner-City Children: Results of the National Cooperative Inner-City Asthma Study (NCICAS). *J Pediatr* 1999; 135(3):332-38.

126. Dixit A, Lewis W, Baty J, Crozier W, Wedner J. Deuteromycete aerobiology and skin-reactivity patterns: A two year concurrent study in Corpus Christi, Texas, USA. *Granna* 39: 209-218, 2000.

127. Wedner HJ. Direct comparison of newer antihistamines using wheal and flare response. *Current Allergy Reports*, 1:1, 2000.

128. Grayson, M., Wedner, HJ, Korenblat, P., The Washington Manual of Ambulatory Therapeutics, ed. Tammy L. Lin, Scott W. Rypkema, Chapter 12, Allergy and Asthma, 2002 Lippincott Williams& Wilkins, pp 227

129. Mian RR, Wedner HJ. Poster Session 3406, Poster 439: Steroid Sparing Agents for the Treatment of Patients with Chronic Urticaria Requiring Daily Oral Corticosteroids and Sedating H1 Antihistaminics. AAAI Meeting, San Francisco, CA, March 2004:

130. Mian RR, Ramos MS, Wedner HJ. Eosinophilia in an Iranian Woman. *Ann of Allergy, Asthma & Immunol* 92: 1-6, 2004.

131. Jost BC, Wedner HJ, Bloomberg GR, Elective penicillin skin testing in a pediatric outpatient setting. Ann Allergy Asthma Immunol. 2006, 97:807-12

132. Wedner, HJ., There Is a Fungus Among Us—But Should We Worry?, ACP Medicine, 30: 1,2007

Appendix B: Chest x-ray report

## East Jefferson General Hospital
### 4200 Houma Boulevard
### Metairie, Louisiana 70006
### Department of Radiology

| | | | |
|---|---|---|---|
| **Patient Name:** | ALEXANDER, ALANA | **Patient Location:** | HOSPITAL |
| **Medical Record #:** | 4730748 | **Patient Status:** | O |
| **DOB:** | 08/12/1966 | **Patient Type:** | ARC |
| **Account #:** | 47307480800 | **Admit:** | 06/02/2009 07:53AM |
| **Accession:** | 1841688 | **Discharged:** | |
| **Exam:** | CHEST XRAY PA AND LATERAL | | |
| **Exam Date:** | 6/2/09  8:27 AM | | |

**Signs & Symptoms:**   SHORTNESS OF BREATH      **Requesting Provider:**   Smith, Kenneth, M.D.

**Attending Provider:**   Smith, Kenneth, M.D.

**History:**   786.05

History: Shortness of breath

Comparison: None

Findings: The cardiac size and pulmonary vascularity are normal. The lungs are clear bilaterally. There is minimal thoracic spondylosis.

Impression: Minimal thoracic spondylosis. Otherwise normal chest x-ray.

Finalized   06/02/2009 8:56 AM  By LUTTRELL, CAROL ANNE  M.D.

Appendix C:  Pulmonary Function test report

EJGH
4200 Houma Blvd.
Metairie, LA, 70006

| | | | | |
|---|---|---|---|---|
| Name: | ALEXANDER, ALANA | ID: | 4730748 | 47307480800 | Date: | 06/02/2009 |
| Tech: | TRAN RRT, CHRISTINE | Height: | 64.50 | Age: 42 | Room: OUT PT |
| Doctor: | SMITH MD, KENNETH | Weight: | 270.90 | Sex: Female | Race: Black |

Diagnosis:   SHORTNESS OF BREATH

| | | | |
|---|---|---|---|
| Dyspnea: | Cough: | | Wheeze: |
| Tbco Prod: | Yrs Smk: | Pks/Day: | Yrs Quit: |
| Medications: | | | |

Pre Test Comments:

Post Test Comments:   Good patient effort & cooperation. The results of this test meet the ATS standards for acceptability and repeatability.  DEFAULT HBG = 13.4 GM/DL USED FOR DLCO. METHACHOLINE TO FOLLOW.   NHanes III predicteds used for spirometry.  ITS predicteds used for plethysmography volumes.  GLINDMEYER  predicteds used for UNCORRECTED DLCO.   CPT

| | Pre-Bronch | | | Post-Bronch | | |
|---|---|---|---|---|---|---|
| | **Pred** | **Actual** | **%Pred** | **Actual** | **%Pred** | **%Chng** |
| ---- SPIROMETRY ---- | | | | | | |
| FVC (L) | 3.11 | 2.46 | 79 | | | |
| FEV1 (L) | 2.54 | 2.14 | 84 | | | |
| FEV1/FVC (%) | 83 | 87 | 105 | | | |
| FEV3 (L) | | 2.41 | | | | |
| FEF 25-75% (L/sec) | 2.79 | 2.86 | 102 | | | |
| FEF Max (L/sec) | 6.62 | 6.99 | 106 | | | |
| Expiratory Time (sec) | | 7.94 | | | | |
| MVV (L/min) | 103 | 93 | 91 | | | |
| ---- LUNG VOLUMES ---- | | | | | | |
| SVC (L) | 3.11 | 2.49 | 80 | | | |
| IC (L) | 2.28 | 2.35 | 103 | | | |
| ERV (L) | 0.83 | 0.14 | 17 | | | |
| TGV (L) | 2.85 | 1.77 | 62 | | | |
| RV (Pleth) (L) | 1.65 | 1.63 | 99 | | | |
| TLC (Pleth) (L) | 5.13 | 4.12 | 80 | | | |
| RV/TLC (Pleth) (%) | 32 | 40 | 124 | | | |
| Trapped Gas (L) | | | | | | |
| ---- DIFFUSION ---- | | | | | | |
| DLCOunc (ml/min/mmHg) | 71.97 | 18.76 | 26 | | | |
| DLCOcor (ml/min/mmHg) | 28.72 | | | | | |
| DL/VA (ml/min/mmHg/L) | 5.53 | 5.47 | 99 | | | |
| VA (L) | 5.13 | 3.43 | 67 | | | |

**The Report of Dr. Robert C. James**

**Re: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY**

**LITIGATION**

**MDL No. 1873**

## 1.0     Qualifications

This report is based on my education, training, and more than 30 years of experience as a research scientist and consulting toxicologist.  I received my doctorate in Pharmacology from the University of Utah in 1977.  From 1977 to 1981, I was a post-doctoral fellow and a research scientist in the Department of Clinical Pharmacology at Vanderbilt University.  Between the years of 1982-1989, I was first an Assistant Professor and then Associate Professor in the Interdisciplinary Toxicology Program in the Department of Pharmacology and Toxicology at the University of Arkansas for Medical Sciences.  From 1989 to the present, I have been an Associate Scientist in the Center for Environmental and Human Toxicology at the University of Florida.  I have also held adjunct professor/scientist positions at Florida State University and the Medical College of Wisconsin.  At these universities, I have developed and/or taught undergraduate and graduate level courses in pharmacology, toxicology, xenobiotic metabolism, and risk assessment.  I have conducted basic animal and human toxicological research; and I have consulted with the States of Florida, California and Massachusetts in the area of risk assessment and environmental regulation.  During this interval I also developed similar courses for use in continuing education programs sponsored by the USEPA, OSHA, other universities, and several private technical training institutions where I taught toxicology and/or risk assessment.

In addition to my academic career, I have been a consulting environmental toxicologist since 1979.  In the early 1980s, I was Director of Toxicology for Ecology & Environment (E&E), an environmental consulting company that provided support for the USEPA FIT and TAT teams, technical teams that responded to chemical spills/releases and identified hazardous waste sites that would require remediation.  One of my responsibilities was as a member of the medical surveillance program for USEPA and Ecology & Environment emergency response personnel who worked as subcontractors to the USEPA at chemical spills and hazardous waste sites.  Later, I was part of another medical surveillance program for hazardous waste incineration workers.  Another primary responsibility at E&E was to the USEPA for toxicology and risk assessment guidance/oversight at major hazardous waste site throughout the country.  For the last 20 or so years, I have been President of TERRA, Inc., which is an environmental consulting firm

specializing in toxicology, causation analyses, and risk assessment.  As a consulting toxicologist, I have served as an advisor to several agencies of the United States government, including the Department of Agriculture, the Environmental Protection Agency, the Department of Navy, the Department of Justice, and the Occupational Safety and Health Administration.  In addition, I have acted as an advisor to the environmental agencies of several states and have provided testimony in state hearings that have dealt with either the toxicological evaluation of chemicals or the risk assessment procedures by which that state sets environmental exposure guidelines for chemicals.

I have more than 70 peer-reviewed publications or book chapters in scientific journals and toxicology textbooks that covered toxicology, causation analysis, and risk assessment, and I have made approximately the same number of scientific presentations at professional meetings.  I am an editor of the toxicology textbook PRINCIPLES OF TOXICOLOGY: Environmental and Industrial Applications (2000) published by John-Wiley and Sons.  I am a member of the Society of Toxicology, the Society of Environmental Toxicology and Chemistry, and the Society of Risk Analysis.  I maintain my own toxicology reference library which now contains more than 75,000 publications, textbooks, and government documents dealing with toxicology and the toxicities of chemicals.  A further elaboration of my professional background and credentials is provided in the attached curriculum vita, as well a fee schedule and list of recent testimony.

## 2.0   The Fundamental Methodology for Establishing Causation

## 2.1   The Accepted Principles for Establishing General and Specific Causation

When performing a scientific evaluation of an alleged toxic exposure, two different causation analyses must be performed; i.e., a *general* and a *specific* causation analysis.  *General causation* is the scientific determination as to whether or not the chemical in question is capable of causing a particular condition in the general population at some specified dose.  It is a determination of what toxicities the chemical is known to produce in humans.  *Specific* causation

3

is a scientific determination as to whether a known or alleged chemical exposure an individual may have received caused the injuries diseases or conditions that individual has.

The objective methodology for proving *general* causation, as currently practiced*, is a process that has undergone continual refinement for approximately the last 150 years.  Probably the first effort to formalize this process occurred when scientists and physicians sought to establish the causes of diseases induced by infectious agents whose presence could not easily or readily be identified with the naked eye (Yerushalmy and Palmer, 1959; Evans, 1976).  A similar process was instituted in the 1960s as scientists began to focus on diseases induced by chemicals associated with the workplace, our environment, or lifestyle choices like smoking (USDHEW, 1964; Hill, 1965).  At the present time, a number of different criteria have been proposed by scientists as the basis of the scientific method for establishing general causation (Hill, 1965; Evans, 1976; Hackney and Linn, 1979; Doll, 1984; Gehlbach, 1988, Guidotti and Goldsmith, 1986, Susser, 1977, 1986, and 1991; Guzelian et al., 2005).  These criteria include:

A.  The original Hill Criteria –
1)  The **Strength** of the human association;
2)  The **Consistency** of the human association;
3)  The **Specificity** of the human association;
4)  **Temporality** (do biologically realistic temporal relationships exist);
5)  **Biological gradient** (i.e., the principle of dose-response where within some range of human doses the incidence of the effect increases with increasing dose);
6)  **Biological plausibility** (the response in humans is biologically reasonable as predicted from the known animal toxicology and/or mechanism(s)/mode(s) of action for that toxicity);
7)  **Coherence** (there is an internal and external consistency to all of the evidence);
8)  **Experiment** (the response decreases or increases with corresponding decreases or increases in exposure); and
9)  **Analogy** (structure-activity relationships with other chemicals may suggest the chemical is or is not capable of producing the toxicity of interest).
B.  Plus the additional suggested criterion of –
10)  **Confounders** (i.e., the elimination of alternative confounding disease or risk factors that could possibly explain the results of independent studies; this issue should be covered well in the individual epidemiology studies themselves).

Acceptance of the above criteria as a guide for the determination of general causation is now widespread among the scientific community.  For example, scientific bodies that use most

or all of these criteria in their causation analyses include the World Health Organization (WHO), the International Agency for Research on Cancer (IARC), the United States Environmental Protection Agency (USEPA), the American Conference of Governmental Industrial Hygienists (ACGIH), the U.S. Food & Drug Administration (USFDA, 2009), and the National Academy of Sciences (NAS).  Furthermore, these causation criteria are discussed in modern textbooks of epidemiology (e.g., Monson, 1980; Mausner and Kramer, 1985; Hernberg, 1992; Rothman and Greenland, 1998), toxicology (Faustman and Omenn, 1996), occupational medicine (Sacks and Schenker, 1990; Eisen and Wegman, 1995), and the Federal Judicial Center's own Reference Manual on Scientific Evidence (2000).  Thus, the consensus opinion in the scientific and medical community is that one should utilize the "Hill" or "causation criteria" as the cornerstone of the scientific method for establishing *general* causation (Guzelian et al. 2005).

In any general causation analysis, the judgment as to whether or not a causal relationship has been established for a chemical and a specific toxic effect requires two distinctly different analyses of the literature in question (Hennekens and Buring, 1987).  The first analysis involves the *internal consistency* (internal validity) of the reported association.  That is, does the scientist performing the causation analysis believe the observed association between the exposure and the reported effect is a valid one?  In this assessment, the reported association and the study are evaluated primarily for alternative explanations that arise within the study itself – that is, could *chance*, *bias*, *confounding,* or some other factor related to the design of the study account for the reported finding?  For example, studies that divide the exposed individuals into subgroups (based on age, sex, dose, latency, etc.) which then provide contradictory results regarding the potential for a chemical to be associated with the disease of interest is a clear example of a study that lacks *internal consistency*.

The second analysis involves the *external consistency* (external validity) of the reported association.  In this analysis, the scientist determines whether or not the totality of the evidence taken from various sources provides a consistent and coherent consensus opinion that would support a conclusion of causality.  When determining the external consistency of the reported association, not all studies carry equal weight in the final analysis (Glenny and Harrison, 2003). The experimental design, strength, biologic plausibility, species consistency, statistical analysis,

and external consistency with the literature are some of the factors inherent to each individual study that may cause a scientist to give one study greater or lesser weight when considering the totality of the evidence, particularly when inconsistent or conflicting results have been reported. Thus, judging whether or not the reported association is causal extends well beyond simply citing or emphasizing the reported findings of a single study or set of studies (e.g., see Guzelian et al., 2005; Reference Manual on Scientific Evidence, 2nd Edition, Federal Judicial Center, 2000). Instead, it consists of a critical review of the validity of the study as well as an evaluation of how well it reflects the remaining epidemiologic literature, and how well it satisfies an objective, evidence-based conclusion (Guzelian et al., 2005).

I noted above that not all types of epidemiology studies represent the same weight of evidence in the final causation analysis (Glenny and Harrison, 2003; Guzelian et al., 2005). As predominantly observational studies, the fundamental design of each type of epidemiology study carries with it certain advantages and disadvantages. Some observational study types (e.g., case reports or case series, cross-sectional studies, and ecological studies) provide information relevant only for generating testable hypotheses. Other, more robust study designs are necessary to test the proposed hypothesis (e.g., case-control studies, cohort studies or experimental studies like randomized clinical trials) to determine if a causal link does in fact exist. In general terms, I believe the different types of epidemiology studies should be ranked according to the relative strength of causal evidence they provide (e.g., see Sackett et al., 1985; Glenny and Harrison, 2003; see Table 8 Guzelian et al., 2005 as shown on the next page in Table 2.1).

I would note, however, that the relative strength or weakness of a particular type of study may be affected by the specific design and execution of that study, and the ability of that particular study design to evaluate a particular disease, such that the assessment of the relative strength one might ultimately choose to give a particular study regarding causal inference may be increased or decreased somewhat in the final assessment of a particular causation analysis (e.g., see Szklo, 1987; Marsh, 1992; Blair et al., 1996; Guzelian et al., 2005). For example, for relatively rare diseases, case-control studies may provide stronger evidence than cohort designs. Thus, much like the USFDA's own evidence-based approach randomized clinical trials and

cohort studies are generally considered to be the strongest forms of evidence, and are necessary for establishing general causation.

**Table 2.1**

**Relative Strengths of Epidemiology Study Types That Contribute To
An Evidence-Based Systematic Review of the Medical Literature**

| *Study type* | *Description* |
| --- | --- |
| Randomized clinical trial | Study questions of diagnosis or the effect of a therapy or a test on patients as compared to control groups (no intervention). |
| Quasi-experimental | Investigator-controlled allocation of participants to different intervention groups but the method falls short of genuine randomization and allocation concealment. |
| Cohort study, longitudinal, retrospective (historical) | Studied populations are selected or differentiated on the basis of chemical exposure and followed-up (whether prospectively or historically) for determination of excess frequency of health outcomes over a defined time interval (expressed as relative risks). |
| Nested case-control study (within a cohort study) | Cases and controls are individuals selected from a previously well defined cohort (such as a cohort incidence or mortality study). |
| Case-control study | Participants who have a specific disease (injury) are matched to referents (controls) that do not have the disease. Both are examined for exposure to possible risk factors (e.g., lifestyle factors, medication use) that differ in frequency between case and controls. |
| Proportionate mortality study | Performed by abstracting data from death certificates, and expected deaths are calculated by comparing the reference group cause-specific deaths to the total deaths in the study group; thus, unlike a cohort study, the effects of exposure and effects are not directly sampled. |
| Cross-sectional study | Attempt to relate an exposure and effect in a population at a single point in time. |
| Before and after study | Comparison of findings in study participants before and after an intervention. |
| Ecologic (community) studies | Examine relationships between exposures and adverse health effects for groups but not for individuals in the groups. |
| Case series/case reports | Descriptive studies that serve chiefly to record events, observations and activities. Generally only useful for generating hypotheses. |

Adapted from Guzelian et al. (2005)

In contrast, information suitable for generating hypotheses to test in cohort or randomized clinical trials might found in cross-sectional studies (Hennekens and Buring, 1987; Beaglehole, 1993; Greer et al., 2000; Harrison, 2000; Glenny and Harrison, 2003; Khan et al., 2003; Woodward, 2005; Guzelian et al., 2005) or ecological studies (Bang, 1996; dos Santos Silva, 1999; Greenberg et al., 2001; Beaglehole et al., 1993; Woodward, 2005; USFDA, 2009).  Cross-sectional studies are studies that are used to determine the frequency of a particular disease, exposure, or other health-related event in a population at a particular point in time.  They are hypothesis-generating in nature (e.g., Bang, 1996) and generally cannot be used to conclude causation (e.g., dos Santos Silva, 1999).  The major problem with cross-sectional studies is that one does know whether the disease occurred prior to the exposure (time-sequence of events), which can lead to the problem of *reverse causation*.  The limitations of the cross-sectional study design have been pointed out in several epidemiologic texts (dos Santos Silva, 1999; FDA, 2009; Beaglehole et al., 1993; Hennekens and Buring, 1987; Stommel and Wills, 2004), and some key limitations include:

> *Cross-sectional surveys are not, however, the appropriate study design to investigate causal relationships because they are based on prevalent rather than incident cases.*  (dos Santos Silva, 1999)

And,

> *Cross-sectional studies determine the presence (prevalence) of both exposure and disease in the subjects and do not determine the development of disease or risk of disease (incidence).  Moreover, since both exposure and disease are determined in an individual at the same point in time, it is not possible to establish the temporal relation between exposure and disease— that is, that the exposure preceded the disease, which would be necessary for drawing any causal inference.* (Reference Manual On Scientific Evidence, 2nd Edition, Federal Judicial Center, 2000; emphasis added)

And,

> *Since exposure and disease status are assessed at a single point in time, in many cases, it is not possible to determine whether the exposure preceded or resulted from the disease.  ...  This type of "chicken or egg" dilemma is common to virtually all cross-sectional data.* (Hennekens and Buring, 1987)

And,

> *Clearly, the problem of reverse causation is particularly difficult in cross-sectional studies.  Recall that on of the criteria for establishing a casual relationship is the establishment of a temporal sequence: causes occur before their effects.  This is inherently more difficult in cross-sectional studies.* (Stommel and Wills, 2004)

Ecologic studies are those studies conducted at the population or group level (rather than at the individual level). This study type is also considered to be hypothesis-generating in nature and is not reliable in assessing causation (e.g., Morgenstern, 1982; Beaglehole, 1993; Bang, 1996; Woodward, 2005; FDA, 2009). The main problem with this type of study is known as the "ecologic fallacy[1]" which can occur when one takes the conclusion from the population level and applies it at the individual level. Shortcomings of ecologic studies are well recognized, for example:

> *Ecological studies and case reports are the least reliable types of observational studies.* (FDA, 2009)

And,

> *Several major reservations exist regarding the use of ecologic studies in occupational epidemiology. In some instances, they may provide a reasonable and inexpensive way of generating hypotheses. Alternatively, ecologic studies are limited by the use of proxy data for exposure and disease and by the unavailability of data necessary to control confounding factors. The general problem of inappropriate inferences from ecologic data has been referred to as the ecologic fallacy.* (Bang, 1996; emphasis added)

And,

> *The association observed between variables at the group level does not necessarily represent the association that exists at the individual level.* (Beaglehole et al., 1993)

And,

> *The major limitation of ecologic analysis for testing etiologic hypotheses is the potential for substantial bias in effect estimation. The central problem, known as the "ecologic fallacy," results from making a causal inference about individual phenomena on the basis of observations of groups.* (Morgenstern, 1982; emphasis added; )

And,

> *Another type of bias that can occur in many types of observation studies is a reversal of the hypothesized cause and effect, i.e., the observed association is due to the direct or indirect influence of the disease on exposure status. What makes ecologic studies particularly vulnerable to this error is that it can occur with prevalence, mortality, or even incidence data.* (Morgenstern, 1982; emphasis added; )

---

[1] Defined as - *the bias that may occur because an association observed between variable on an aggregate level does not represent the association that exists at an individual level (Last, 2000).* An example from Last is that while a correlation has been found between drinking water quality and mortality rates from heart disease, it would be an ecologic fallacy to infer from this alone that exposure to water of a particular level of hardness would influence a particular individual's change of developing or dying from heart disease Last (2000).

To be able to perform a *specific* (individual) causation analysis a toxicologist must, of course, first complete a general causation analysis to establish which toxicities might be expected under specific conditions of exposure.  To address the related issue of what agent might have caused a specific individual's disease (*specific causation*), the scientist again adapts the general causation criteria to the practical investigative needs relevant to the individual.  However, not all of the criteria used to establish *general* causation are typically relevant or applicable to a specific causation analysis, and so a smaller set of criteria are more frequently analyzed.  It is my opinion that, at a minimum, to establish a cause and effect relationship for any individual's alleged health claim (specific causation), one must show that the following five scientific criteria are fully satisfied:

1. **<u>Qualitative Toxicity</u>** - the chemical in question is *known* to be capable of producing the alleged effect in humans.  This step is the *general causation* analysis.

2. **<u>Dose-Response</u>** - the individual had contact with the chemical (*exposure*), and the amount of chemical absorbed into the body (*dose*) was of sufficient magnitude and duration to be capable of producing the alleged effect.

3. **<u>Temporality</u>** - the chemical exposure must be temporally related to the onset of the individual's clinical condition; that is, the effect cannot precede the alleged exposure.

4. **<u>Confounders</u>** - all other significant causes (including exposure to other substances, lifestyle, workplace, pre-existing illness or hereditary factors) of the disease for the individual have been controlled for or ruled out.

5. **<u>Coherence</u>** - all of the evidence is consistent with the conclusion of causation.

I note that my specific causation criteria are equivalent to those proposed by Sackett for determining whether an adverse effect in an individual was induced by their medication (see following Table, 2.2).

**Table 2.2**

**Specific Causation Criteria Comparison**

| Sackett's Specific Causation Criteria for Adverse Effects of Drugs in an Individual | My Specific Causation Criteria |
|---|---|
| 1. Adverse effect well accepted as adverse (drug) reaction. | 1. **Qualitative Toxicity** (literature precedence; i.e., general causation has been established for some dose) |
| 2. Drug level provides unequivocal evidence of overdose. | 2. **Exposure/Dose-Response** |
| 3. Timing as expected for adverse reaction for this drug. | 3. **Temporality** |
| 4. No good alternative candidate (unexplained exacerbation or recurrence of underlying illness) | 4. **Elimination of confounding alternative causes** |
| 5. Adverse effect improves suitably if not re-challenged with drug.  Adverse effect unequivocally recurs or exacerbates upon re-challenge. | 5. **Coherence** (All data are consistent with the conclusion and do not contradict or detract from it; biological plausibility is considered; experiments work as predicted, etc.) |

Source: Sackett et al. (1985).

Likewise, Sullivan (1992) has published a similar set of criteria for establishing individual (*specific*) causation for occupational and environmental chemical exposures including:  1) Defining the exposure, 2) Evaluation of dose-response relationships, 3) Evaluation of the temporal relationships, 4) Evaluation of latency periods, 5) Evaluation of known chemical-disease associations, 6) Evaluation of the pathotoxicology, 7) Evaluation of confounding factors and risk modification factors, and 8) Observing the cessation of disease following termination of exposure.  It is readily apparent that the specific causation criteria these authors propose for an evaluation of individual (specific) causation analysis are adaptations of those commonly referred to as the "Hill" or "General Causation" criteria.  I have been using these *general* and *specific* causation criteria in my work as a toxicology consultant and as an expert witness in other cases for approximately two decades.  During this time, it has been my experience, and that of others, that failure to satisfy even one of the five causation criteria necessary to establish *specific* causation for the individual is usually fatal to the proposition that the alleged exposure to a specific chemical caused the observed medical condition (Guzelian et al., 2005).

11

## 3.0     The Focus of This Report

I was asked to evaluate the irritant properties of formaldehyde and to determine at what air concentrations formaldehyde would induce irritation.  The measures of irritation assessed in this report include eye, nose, and throat irritation using both objective and subjective measurements as well as pulmonary function measurements, and to consider effects on both the upper and lower respiratory tract.

I was also asked to comment briefly on the proper use of the MRL values that are provided by the ATSDR, the general regulatory risk assessment process, and on the formaldehyde level measured in the trailer used by the plaintiffs.

## 4.0     Some background Information on Formaldehyde

## 4.1     Introduction

Formaldehyde, like many other VOC compounds[2], is ubiquitous in the general environment (IARC, 2006).  As a consequence of the common occurrence of chemicals in our air, we are all exposed to formaldehyde, alcohols, other aldehydes, ketones, terpenes, aromatics and aliphatics (to name a few) on a daily basis.  These chemicals are off-gassed from many consumer or household products, construction materials, fabrics and other items that are found in residences and other indoor air environments.  Formaldehyde is endogenously produced by humans, is formed by the oxidation of hydrocarbons in the troposphere, and is formed around vegetation when compounds (terpenes) and hydroxyl radicals react (IARC, 2006).  The ATSDR (1999) identified the following sources of exposure to formaldehyde as follows:

---

[2] The term VOC may be used many times in this report.  This abbreviation stands for Volatile Organic Compound, and is generally used to represents hundreds of different VOC chemicals that comprise different specific families of chemicals under the aromatic and aliphatic classification of organic chemicals.  For example, alcohols, aldehydes, ketones, esters, carboxylic acids, ethers, and alkenes are just a few of the specific chemical classes that makeup the group of organic chemicals that comprise the inclusive grouping known as VOCs.  A number of halogenated aliphatic chemicals are also commonly measured as VOCs.

*Consumers can be exposed to formaldehyde gas through its use in construction materials, wood products, textiles, home furnishings, paper, cosmetics, and pharmaceuticals. Dermal contact with formaldehyde containing materials, including some paper products, fabrics, and cosmetics, may also lead to consumer exposure. Commuters may be exposed to formaldehyde while riding in automobiles or subways, walking, and biking (Chan et al. 1991).*

IARC (2006) similarly noted sources for indoor air exposures in the 1980s as follows:

*Release rates from pressed wood products ranged from below the limit of detection for an exterior plywood to 36,000 $\mu g/m^2$ per day for some panelling. Other release rates were 15-550 $\mu g/m^2$ per day for articles of new clothing that had not previously been washed, 52-620 $\mu g/m^2$ per day for insulation products, 75-1000 $\mu g/m^2$ per day for paper plates and cups, from below the limit of detection to 350 $\mu g/m^2$ per day for fabrics and from below the limit of detection to 65 $\mu g/m^2$ per day for carpets.*

And after manufacturing processes were changed, release rates as of 1999 were reported as (IARC, 2006):

*Release rates of formaldehyde were reported to range typically from 9 to 1,578 $\mu g/m^2/h$ for a variety of bare urea–formaldehyde wood products, from 1 to 461 $\mu g/m^2/h$ for coated urea−formaldehyde wood products, from 42 to 214 $\mu g/m^2/h$ for permanent press fabrics, from 4 to 50 $\mu g/m^2/h$ for decorative laminates, from 16 to 32 $\mu g/m^2/h$ for fibreglass products and from 4 to 9 $\mu g/m^2/h$ for bare phenol–formaldehyde wood products (Kelly et al., 1999). Paper grocery bags and towels had emission rates of < 0.5 and < 0.6 $\mu g/m^2/h$, respectively. For wet products, the emission rates were: latex paint, 326–854 $\mu g/m^2/h$; fingernail hardener, 178,000–354,000 $\mu g/m^2/h$; nail polish, 20,700 $\mu g/m^2/h$; and commercially applied urea–formaldehyde floor finish, 1,050, 000 and 421,000 $\mu g/m^2/h$ for base and topcoats, respectively (Kelly et al., 1999).*

Formaldehyde is used as a preservative and disinfectant.  So, while it is common knowledge that formaldehyde is used as in embalming solutions, it is less commonly known that formaldehyde is also used in cosmetics as an antimicrobial (IARC, 2006).  IARC noted:

*Formaldehyde is also the basis for products that are used to manufacture dyes, tanning agents, precursors of dispersion and plastics, extraction agents, crop protection agents, animal feeds, perfumes, vitamins, flavourings, and drugs (WHO, 1989; Reuss et al., 2003).*

13

Obviously then, any indoor environment in the United States may contain formaldehyde-releasing products that contribute to the concentrations identified in indoor air. In addition, similar sources of other VOC compounds contribute the total VOC load in indoor air. Each of these other chemicals at some concentrations produces acute CNS and irritant symptoms similar to those observed with formaldehyde. Thus, indoor air studies, particularly those with an ecological, cross-sectional or case series design are not particularly rigorous or useful in objectively determining what the reported symptoms may be attributed to. In this regard, actual experiments performed via chamber studies are the most informative type of study.

## 4.2     Formaldehyde in Indoor Air

That formaldehyde, other aldehydes and various types of VOCs are identified in indoor residential or work air environments is neither surprising nor unique. For example, Jarke et al. (1981) collected indoor and outdoor air samples at 36 Chicago metropolitan area homes and identified the presence of over 250 different chemicals. A number of aldehydes and ketones were present, and are noted here because the irritant properties of both aldehydes and ketones has long been considered a good warning property of these two classes of organic chemicals.

Many indoor air investigations have focused on aldehyde and VOC emissions or identified aldehydes and other VOCs as part of a broad-based indoor air scan and reported their findings in peer reviewed journal articles. For the sake of brevity only a few are mentioned here. A study of formaldehyde concentrations in homes in fifty-three located in Louisiana was performed by Lemus et al. (1998). Of these, 74% contained formaldehyde and 60% had levels exceeding the ASHRAE guideline at the time of 100 ppb (123 $\mu$g/m$^3$). The highest value identified was 6,600 $\mu$g/m$^3$ or about 5.4 parts per million (i.e., 5,400 ppb), and the mean concentration was 375 (0.375 ppm). The authors found no unusual sources of formaldehyde in the homes, noting that:

> *For Southern Louisiana houses, the formaldehyde levels appeared to be associated with low-level sources, such as furniture, paneling rooms,* [sic] *cabinetry, and/or low ventilation rates.*

An earlier study by Stock (1987) measured formaldehyde levels in 43 conventional homes in two Houston, Texas, neighborhoods. Concentrations ranged from 30 to 180 ppb, with a geometric

mean of 70 ppb.  These levels are similar to those reported earlier by Stock and Mendez (1985) for the Houston area.  In the study of Stock and Mendez (1985), a 1980 survey of 78 homes, indoor formaldehyde levels in homes were reported to range from <10 to 290 ppb, with a geometric mean of 50 ppb (arithmetic mean 70 ppb).  In this study, about 15% of homes had formaldehyde levels greater than 100 ppb.  Eight of 13 outdoor measurements resulted in detectable levels, with the average of these being 20 ppb.  Similarly, the ATSDR in their Toxicological Profile for Formaldehyde (1999) cites a study by Hare et al., 1996 recorded indoor air formaldehyde levels of 35-450 ppb for a newly constructed home, while a study by of older homes indicating levels of about 50 ppb or less.  A relatively review by Hodgson and Levin (2003) reported a mean concentration of 55 parts per billion (ppb) of formaldehyde in existing residences.  The AIHA (2006) makes the following statement about background exposures to formaldehyde in their ERPG documentation:

> D. Background Exposures
> Because of its widespread use, exposure to formaldehyde is common in indoor and ambient environments.  For example, exposure can occur in newly constructed buildings where off-gassing from modern building and insulating materials can lead to temporary formaldehyde concentrations approaching 1 ppm in the air.  In ambient air, emissions from auto exhaust, municipal incinerators, and other sources have produced levels as high as 0.12 ppm.  [120 ppb]

So, air outside homes in urban areas where traffic is present may constitute exposures to formaldehyde that are sometimes even higher than those measured in indoor environments. Again, the presence of formaldehyde is not unique and a number of other irritant aldehydes have also been detected in automobile emissions including: acetaldehyde, acrolein, propionaldehyde, crotonaldehyde, butyraldehyde, benzaldehyde, o-tolualdehyde, and m-tolualdehyde (Lipari and Swarin 1982).  The USEPA[3] has noted some of the residential sources of formaldehyde, and some indication of what levels might be found in indoor air environments:

> Sources of formaldehyde in the home include building materials, smoking, household products, and the use of un-vented, fuel-burning appliances, like gas stoves or kerosene space heaters. Formaldehyde, by itself or in combination with other chemicals, serves a number of purposes in manufactured products. For example, it is used to add permanent-press qualities to clothing and draperies, as

---

[3] http://www.epa.gov/iaq/formalde.html#Levels%20in%20Homes

15

> *a component of glues and adhesives, and as a preservative in some paints and coating products.*

And,

> *In homes, the most significant sources of formaldehyde are likely to be pressed wood products made using adhesives that contain urea-formaldehyde (UF) resins. Pressed wood products made for indoor use include: particleboard (used as sub-flooring and shelving and in cabinetry and furniture); hardwood plywood paneling (used for decorative wall covering and used in cabinets and furniture); and medium density fiberboard (used for drawer fronts, cabinets, and furniture tops). Medium density fiberboard contains a higher resin-to-wood ratio than any other UF pressed wood product and is generally recognized as being the highest formaldehyde-emitting pressed wood product.*

And:

> *Average concentrations in older homes without UFFI are generally well below 0.1 (ppm). In homes with significant amounts of new pressed wood products, levels can be greater than 0.3 ppm.*[4]

Formaldehyde is also common in other media besides indoor air that we breathe.  For smokers, formaldehyde exposure has been measured to be as high as 100 micrograms per cigarette (IARC 2006) with a median yield reported at 49.5 µg (IARC, 2004).  IARC reports a daily dose of formaldehyde for smokers as being 0.4-2.0 milligrams daily (mg/day) for a pack a day smoker (IARC, 2006).  Similarly, other aldehydes and VOCs in cigarette smoke have been reported for decades and are extensively documented (see Appendix A, and Table 4.2).  :

**Table 4.2**

**Vaporized Aldehydes and Ketones in Cigarette Smoke**

| **Aldehydes** | **Ketones** |
|---|---|
| Formaldehyde | Acetone |
| Acetaldehyde | 2-Butanone |
| Propionaldehyde | Butenone |
| Acrolein | 2,3-Butanedione |
| Isobutyraldehyde | 3-Methyl-2-butanone |
| Methacrolein | 2-Pentanone |
| Pivaldehyde | 3-Pentanone |
| Butyraldehyde | |
| Isovalderaldehyde | |
| Valderaldehyde | |
| Crotonaldehyde | |
| 2-Methylvalderaldehyde | |

Source: Newsome et al., 1965.

---

[4] http://www.epa.gov/iaq/formalde.html

### 4.3    Formaldehyde Measured in Humans

Studies have measured formaldehyde in the breath of "non exposed" individuals, and in human tissues.  This is not surprising given that humans utilize about 58,000 mg (58,000,000 µg) of formaldehyde daily through intermediary metabolic processes and via processes such as the metabolism of foods (e.g., coffee or oranges, see Waddell, 1993).  Like others, Waddell has noted:

> *Formaldehyde is absolutely essential in intermediary metabolism. It binds to tetrahydrofolate to provide active carbon which is used in the synthesis of many com pounds in the body. The concentration of free and reversibly bound formaldehyde in the blood of normal healthy humans is 2.6 ppm.  Heck et al. 1985 furthermore breathing higher concentrations in the inspired air does not raise the concentration in the blood of man or animals. The formaldehyde utilized daily from food to produce creatinine in normal adult males is estimated at 560 mg Mudd and Poole 1975 The total formaldehyde utilized in one day by an adult male in intermediary metabolism can be estimated to be 58,000 mg from the half-life and volume of distribution of formaldehyde in humans. Table 9 lists the values of total formaldehyde from intermediary metabolism, that used to produce creatinine, that in one orange, that produced from the metabolism of the caffeine in one cup of coffee, and, that which would be absorbed by the lung assuming 100 absorption at 02 ppm for 24 hr.*  (Waddell, 1993, emphasis added)

Kusch et al. (2008) recently identified formaldehyde and other volatile organics in the breath of individuals, comparing smoking to nonsmoking subjects.  The median concentration for smokers was 9.9 ppb formaldehyde in breath while for nonsmokers it was 10.4 ppb.  They also note that the data they reviewed did not indicate a significant change in values either before or after filtering for formaldehyde in expired air of humans.

### 4.4    Formaldehyde and Other Aldehyde Compounds in Foods

Formaldehyde is not uncommon in foods that we ingest either as a naturally occurring product, and according to IARC (2006) is present as a result of grain fumigation, via combustion during the cooking process, and through release from man-made tableware into foods.  Because many aldehydes have nice odors they represent the flavor or smell of a number fruits.  So, many

foods and beverages contain formaldehyde and other aldehydes, including: apples, pineapple, grapefruit, lime, banana, pear, peach, lemon, black currant, strawberry, orange, grape and raspberry, carrots, tomatoes, beer, soft drinks, coffee, and milk also contain formaldehyde (See Appendix A for the following references, and for a more detailed discussion of ambient VOC exposures.  NRC, 1981; WHO, 1989; Godish, 1989; Lawrence and Iyenger, 1983; Pickrell et al., 1983; Hayashi et al., 1986; see also Appendix A).

Dhareshwar and Stella (2008) estimate that the daily intake of formaldehyde itself (not due to the dealkylation of components in foods or methanol, etc.) as being in the range of 1.5 to 14 mg/day for adults.  Methanol from dietary sources (e.g., fresh fruits and vegetables) as well as from endogenous metabolic processes would be an additional source of formaldehyde. Dhareshwar and Stella (2008) estimate that methanol probably generates 0.11 to 0.96 g of formaldehyde per day.

## 4.5    Formaldehyde in the Body

Formaldehyde is a normal constituent of the human body and is found in the blood at concentrations of approximately 2.61 µg/g (equal to 2.6 part per million; Heck et al., 1985).  It is an essential metabolic intermediate in all cells for use in the biosynthesis of purines, thymidine, and certain amino acids (IARC, 1995).  Formaldehyde is created endogenously (in the body) via serine, glycine, methionine, and choline metabolism, and can also be released into the body by various medications such as codeine, dextromethorphan (e.g., Robitussin[®], which can release up to 6.6 mg formaldehyde per dose), venlafaxine (Effexor[®], an antidepressant, which can release 8.1-24.3 mg formaldehyde per dose) (Dhareshwar and Stella, 2008).  It has been estimated that an adult human produces and metabolizes over 50,000 mg (50,000,000 µg) of endogenous formaldehyde each day (Clary and Sullivan, 2001; Dhareshwar and Stella, 2008).  The body can metabolize about 22 mg formaldehyde directly to carbon dioxide every minute or about 1,320 mg per hour (Clary and Sullivan, 2001).  Formaldehyde, a simple one-carbon molecule, is a highly water soluble compound that reacts at the site of contact and is rapidly metabolized in respiratory tissues by enzymes there and also in red blood cells (Frank et al., 2005).  The half-life of formaldehyde in the body is about 1.5 minutes based mainly on primate data, but Clary and

Sullivan (2001) state that the available human data are consistent with a very short-half life of formaldehyde in humans.

Heck et al. (1985) reported the blood concentration of formaldehyde of humans (n=6) changed little after exposure of 1.9 ppm for 40 minutes via inhalation; as noted above, blood levels were $2.61 \pm 0.14$ μg/g prior to exposure and $2.77 \pm 0.28$ μg/g after exposure[5]. Based on the results of their study, Heck et al. (1985) concluded that inhaled formaldehyde would not be expected to act at sites (e.g., no formation of formaldehyde-DNA adducts at sites distant from inhalation site) -

> *This investigation has shown that formaldehyde exposure in rats (14.4 ppm) and in humans (1.9 ppm) does not significantly increase the $CH_2O$ concentration in blood when measured immediately after exposure. Inhaled $CH_2O$ would, therefore, not be expected to react with nucleophilic compounds at sites remote from the site of deposition. This conclusion is supported by the observation that inhalation exposure of rats to $[^{14}C]$- and $[^{3}H]CH_2O$ at concentrations as high as 15 ppm did not result in the formation of covalent adducts or cross-links of $CH_2O$ with DNA, RNA, or proteins in the bone marrow of the animals.*

And,

> *In addition, the incidence of sister chromatid exchange or chromosome breaks in peripheral blood lymphocytes was not increased in rats exposed in vivo to 15 ppm of $CH_2O$. Therefore, these findings, taken together, strongly indicate that toxicity due to $CH_2O$ exposure is unlikely to occur at distant sites.*

In discussing the experiment by Heck et al. (1985) Dhareshwar and Stella (2008) took this one step farther and stated that is one assumed that these volunteers inhaled 2.5 mg/m³ formaldehyde (which is ~2 ppm) for 24 hours rather than just 40 minutes (as they did in the experiment by Heck et al., 1985), and adult male would inhale 35 μg formaldehyde per minute[6]. Thus, the total exposure for a 24-hour exposure period would be 50.4 mg. Assuming that 91% of formaldehyde is metabolized in the respiratory tract as estimated in rats and monkeys, at most, only 9% would

---

[5] Similar findings were reported in F-344 rats by Heck et al. (1985). Rats (n=8)were exposed to $14.4 \pm 2.4$ ppm formaldehyde for 2 hours and formaldehyde levels in blood was measured. Blood in 8 rats which were unexposed to formaldehyde were used as controls. Formaldehyde concentrations in blood were $2.24 \pm 0.07$ μg/g in the control rats and $2.25 \pm 0.07$ μg/g in the exposed rats (Heck et al., 1985).
[6] Assuming a respiratory volume per minute of ~14 L/minute (0.014 m³/min), 0.014 m³/min x 2.5 mg/m³ 1,000 (correction factor) = 35 μg. 0.035 mg/min x 60 min/hr x 24 hr = 50.5 mg/24 hr period. 0.09 x 50.4 mg = 4.53 mg.

be free to be distributed to other tissues, or 4.53 mg.  Dhareshwar and Stella (2008) state that this 4.53 mg formaldehyde would be present in the total body water of the body (49 L of water), which would equate to a concentration of 0.09 mg/L or 0.003 mM (0.09 mg/L x 1/30 g/mol), which is significantly lower than the background level of formaldehyde in human blood of ~0.1 mM (about 33-fold lower in fact).  Dhareshwar and Stella (2008) further note that because formaldehyde is so quickly metabolized in blood and tissues in humans, this would reduce the concentration of free formaldehyde in total body water, and so - *inhaling formaldehyde vapors would no increase its concentration in the blood significantly.*

Due to suggestions in the epidemiologic literature of formaldehyde causing cancers distant from the site of exposure/contact, e.g., leukemia, Franks et al. (2005) developed a mathematical model for the absorption and removal of inhaled formaldehyde in the nasal tissue to predict the amount of formaldehyde that would enter the blood using a simulated formaldehyde concentration of 1.9 ppm; however, Franks et al. (2005) noted that because some workers are exposed higher and lower levels, a range of 0.1 to 10 ppm was also evaluated. Franks et al. (2005) determined that formaldehyde would enter into a steady-state profile within seconds of exposure.  Franks et al. (2005) also found that even at the highest formaldehyde concentration, the amount of formaldehyde was very small compared to levels present in the body prior to any exposure.  Franks et al. (2005) concluded -

> *In summary, the thickness of the epithelium and the diffusivities of formaldehyde in the mucus and in the epithelium are the key parameters affecting the concentration of HCOH in the blood for the ranges studied.  The sensitivity analysis performed by Georgieva et al. (2003) came to similar conclusions.  Even for the worse case scenario, the concentration of formaldehyde entering into the blood is small giving us confidence to conclude that any increases are insignificant compared with endogenous levels.*

And,

> *Accounting for the spatial distribution of the formaldehyde concentration and the metabolic activity within the mucosa the concentration of formaldehyde in the mucus the epithelium and the blood has been determined and was found to attain a steady state profile within a few seconds of exposure.  The increase of the formaldehyde concentration in the blood was predicted to be insignificant compared with the existing pre exposure levels in the body indicating that*

20

*formaldehyde is rapidly removed in the nasal tissue. The results of the model thus suggest that it is highly unlikely that following inhalation by the nose formaldehyde itself will cause toxicity at sites other than the initial site of contact in the respiratory tract .*

## 5.0    Acute Symptom Studies on Formaldehyde

In this section of my report I discuss the numerous chamber experiments that have examined the subjective symptoms, irritant responses, and pulmonary function responses of both healthy and asthmatic subjects. As these provide data from controlled, randomized, and single- or double-blinded experiments often using each subject to collect their own control values, rather than data collected via observational epidemiology studies, these chamber experiments provide the most reliable information for determining thresholds or No Observable Adverse Effects Levels.

## 5.1    Studies in Nonasthmatic Volunteers

Schachter et al. (1986)

This study tested fifteen healthy and nonsmoking adults. The exposure was double-blinded, random, and consisted of exposure to either 0 or 2 ppm formaldehyde for 40 minutes while at rest and while exercising. A subset of six available individuals was also given a methacholine challenge post-exposure to determine any increased responsiveness as a result of the formaldehyde exposure, but none was seen. Questionnaires were given upon entering the chamber, 30 minutes into exposure, and taken home to be filled out at 4, 8, and 24 hours post-exposure. Three subjects were studied for 24 hours to identify any delayed bronchoconstriction but none was observed. The results are enunciated in the discussion as follows:

*We have demonstrated in healthy subjects that a short-term controlled exposure to 2 ppm formaldehyde under conditions of rest and exercise did not cause measurable bronchoconstriction. In those three subjects studied for 24 hr, no delayed bronchoconstrictor effects were noted. Additionally, in six subjects, airway sensitivity to methacholine was not altered from the baseline study by pre-exposure to formaldehyde. Subjective symptoms were primarily related to upper airway irritation including unusual odor, taste, sore throat, and nasal discharge.*

21

*Eye irritation was the most frequent non respiratory complaint.   Subjective complaints were gone shortly after the exposure and were not accentuated by exercise.*  (Schachter et al., 1986; emphasis added)

Eye irritation, odor, nasal discharge, and taste symptom scores were highest upon chamber entry and decreased by 30 minutes into the session.   In contrast, the score for the symptom of sore throat increased during this interval.   The authors state that no symptoms were consistently reported after the exposure ceased, and none of the symptoms were increased by exercise.   The rank order of complaints was odor > eye irritation > nasal irritation > sore throat.   The severity of the symptom scores is not identifiable in my copy, but I note that none of the subjects reported eye irritation in both formaldehyde exposure sessions indicating the subjective response is unreliable or weak.   Symptom diaries of the subjects showed a lack of delayed bronchoconstriction.   The authors concluded their study failed to observe any changes in pulmonary function as a result of these exposures.

Schachter et al. (1987)

This study used the study design reported earlier, but examined 15 hospital laboratory workers routinely exposed to formaldehyde (3 were smokers).   The exposure was double-blinded, random, and consisted of either 0 or 2 ppm formaldehyde for 40 minutes while at rest and again while exercising for ten minutes.   No consistent acute or delayed changes in pulmonary function tests were observed, and the authors stated the lack of acute pulmonary responses suggests these subjects were no more responsive to formaldehyde than healthy, nonexposed individuals.

Based on the copy available to me, the reported symptom scores were as follows, and were restricted to the upper respiratory tract.   Three of fifteen subjects reported a taste was present, but two subjects did so in response to clean air as well as formaldehyde.   Nine of fifteen subjects complained of an odor that ranged from mild to severe when exposed to clean air; but the intensity of the odor reported increased in response to formaldehyde which became generally moderate to severe.   Only one subject reported a symptom of throat irritation.   This subject reported a moderate nose and throat irritation to clean air at rest but not to formaldehyde at rest. This same subject reported severe nose irritation from formaldehyde while exercising, but

reported no throat or eye symptoms when exposed to formaldehyde while exercising or at rest. Eye irritation was not reported in response to clean air, either while at rest or while exercising. However, after exposure to 2 ppm formaldehyde for 40 minutes, about half of the subjects reported mild to moderate irritation at rest and 1/15 subjects reported severe eye irritation while exercising.  Thus, the eye appeared to be more sensitive to high levels of formaldehyde exposure than did the nose or throat in this study.  This study also shows that subjects may report symptoms in response to clean air, or for a less sensitive target organ where a more sensitive organ is supposedly unaffected.

Sauder et al. (1986)

This study examined the acute pulmonary responses and symptoms of nine healthy, nonsmoking volunteers exposed for 3 hours to a formaldehyde concentration of 3 ppm.  All subjects denied having allergies, hay fever, or upper respiratory infections during the six weeks prior to the experiment.  Each subject acted as their own control by undergoing the same exposure interval and exercise regimen while exposed to clean air in the chamber.  Spirometric measurements were taken 0, 30, 60, 90, 120, 150, and 180 minutes into the exposure. Nonspecific airway reactivity was measured just after the exposure ceased by methacholine challenge.  Just two minutes prior to these measurements, each subject completed an eight minute bicycle exercise.  A symptom questionnaire was completed prior to entering the chamber and just after the three hour exposure period.

The minute volume for six exercise testes was not significantly different between the exposed and control tests.  While statistically significant declines in $FEV_1$ and $FEF_{25-75\%}$ were observed at the 30 minute interval only, these decrements were small, being 2% and 7%, respectively.  No significant differences in any other pulmonary measurement were observed including measures of airways resistance, specific airway conductance, and functional residual capacity.  Symptoms of odor, eye irritation, and nose/throat irritation were significantly higher when exposed to formaldehyde than when exposed to clean air.  Both odor and nose/throat irritation were reported in response to clean air but no eye irritation was reported during the clean air exposure.  The average score for odor and nose irritation was above 1.0 indicating both mild (not annoying) to moderate (annoying) complaints were recorded.  The odor was scored as

moderate by 4 subjects while four others perceived no odor.  The authors state that 5/9 reported moderate nose/throat irritation, indicating more than half of the subjects scored these symptoms as annoying while the remainder did not.  Only 1/9 scored their eye irritation as moderate (annoying).  Thus, like other studies, subjects who exercise report greater irritation to the nose/throat, probably because of the greater rate at which this part of the upper respiratory tract receives an applied dose of formaldehyde.  Other symptoms were either not reported (heart palpitations and cough) or only minimally reported as mild (present but not annoying) in 1/9 subjects (i.e., chest discomfort, headache, and double vision).  Heart palpitations and double vision were included in this questionnaire as sham responses.  Thus, like other studies the sham and clean air responses indicate symptoms may be reported even when irritant levels of chemical are not present.

Kulle et al. (1987)

Kulle et al. (1987) divided 19 healthy, nonsmoking volunteers into two groups (9 and 10 subjects) that randomly received five different test intervals.  Each testing interval was for a 3 hour period.  Group 1 (n = 10 subjects) was randomly exposed to formaldehyde concentrations of 0, 0.5, 1, and 2 ppm for three hours at rest as well as a 2 ppm exposure test with exercise (8 minutes of bicycling out of every 30 minutes).  Group 2 (n = 9 subjects) was randomly exposed to formaldehyde concentrations of 0, 1, 2 and 3 ppm for three hours at rest as well as to a 2 ppm exposure with exercise.  All subjects had a baseline exercise test to determine the workload necessary to increase minute ventilation to 30-40 L/minute and served as their own control.  On the exposure day, spirometry was measured prior to exposure and at time = 0, 30, 60, 90, 120, 150, and 180 minutes of the exposure interval as well as after the exposure + exercise task had been completed.  The exercise task was completed 2 minutes before the spirometry measurement.  Questionnaires were filled out at zero and 180 minutes of the exposure.

As can be seen in Table 2 (Group 2; n=9) and in Figure 1 (pooled subjects) of this study, both odor sensation and eye irritation were the two most sensitive endpoints.  This is in keeping with the expected greater sensitivity of the eye, in general, to irritant gases than is the nose or the throat.  In contrast, the nose/throat irritant responses were not only typically lower, but they were relatively flat and minor between 0.5 ppm and 3.0 ppm.  Additional observations can be gleaned

from these data that are also of interest. First, both Figure 1 (which includes all 19 subjects) and the text of this paper indicate minor symptoms were reported when subjects were exposed to just air. For example, on page 921 (emphasis added) the authors state – *With few exceptions, there were no symptoms prior to exposure*. In addition, Figure 1 of this paper indicates some subjective symptoms were reported for the 0 ppm exposure interval. In fact, the average eye and nose/throat irritant responses were slightly lower at 0.5 ppm formaldehyde than that of the control test, exposure to just plain air. Thus, like other studies discussed later, this paper demonstrates there is a low incidence of symptoms being reported even when subjects are not exposed to formaldehyde. This observation should be considered when low-response rates are reported, and when background or pre-exposure symptomology are not measured in this kind of study.

Figure 1 of this paper indicates a significant increase in odor detection occurred at 0.5 ppm, well before the most sensitive endpoint, eye irritation, was significantly increased (at 1 ppm and higher). On average eye irritation was minor at 2 ppm in this is study, with a mean subjective score still less than 1.0 for this endpoint (a score of 1.0 being a symptom that was present but not annoying), and only 2/19 subjects had reported minor nose/throat irritation at 1.0 ppm. However, some individuals began to report annoying eye irritation at levels of 1 ppm and higher, and only about half of the subjects had reported an odor at levels of 0.5-2.0 ppm. Nose and throat irritation was barely observable but not annoying at 2 ppm, and no coughs or headaches were reported in Table 1 of this paper for this exposure level, again suggesting the lower respiratory tract is unaffected by exposure to 2.0 ppm.

The exercise testing indicated that light-to-moderate physical activity does not increase the odor or eye irritation of formaldehyde; however, nose and throat irritation was significantly increased to about twice the incidence of symptom reporting. Still, the symptoms recorded were noticeable but not annoying. In addition, exposures to 0.5-3.0 ppm formaldehyde at rest, and to 2.0 ppm while exercising, produced no increase in bronchial reactivity (as measured by methacholine challenge) and no significant decrease in measured pulmonary function. Thus, the lower respiratory tract was unaffected. Nasal airway resistance did increase at 3.0 ppm, but not

after exposure to 2.0 ppm.   Furthermore, all symptoms and responses were acute and not reported in the 24 hour follow-up.

Kulle (1993)

Kulle (1993) used data derived during the 1987 Kulle et al. study to statistically explore dose-response relationships to symptomatic responses.   The symptomatic response was considered to be the difference between symptoms reported at no exposure and after 3 hours of exposure.   Responses assessed were odor sensation, eye irritation, and nose/throat irritation. Responses to odor ranged from no response to severe response, eye irritation ranged from none to moderate, and nose/throat irritation ranged from none to mild.   Thus, the only "severe" response was to odor.   [Note: *severe*= debilitating; *moderate* = annoying; *mild* = present but not annoying]   The author stated that - *All pulmonary function and airway reactivity determinations for this healthy, nonsmoking group of ten males and nine females were within normal ranges*. No significant differences were noted in symptom reporting between males and females.   The following tables show the reported responses for all subjects.

**Table 5.1A**

**Formaldehyde Eye Irritation**

| | Percentage of Subjects Reporting Eye Irritation* | | |
|---|---|---|---|
| Formaldehyde Concentration | None | Mild | Moderate |
| 0.0 ppm | 95% | 5% | |
| 0.5 ppm | 100% | 0% | |
| 1.0 ppm | 74% | 21% | 5% |
| 2.0 ppm | 47% | 32% | 21% |
| 3.0 ppm | | 56% | 44% |

* Based on responses from all 19 subjects.

**Table 5.1B**

**Formaldehyde Nose/Throat Irritation**

|  | Percentage of Subjects Reporting Nose/Throat Symptoms* | |
|---|---|---|
| Formaldehyde Concentration | None | Mild |
| 0.0 ppm | 84% | 16% |
| 0.5 ppm | 90% | 10% |
| 1.0 ppm | 95% | 5% |
| 2.0 ppm | 63% | 37% |
| 3.0 ppm | 78% | 22% |

* Based on responses from all 19 subjects.

**Table 5.1C**

**Odor Perception**

|  | Percentage of Subjects Reporting an Odor* | | | |
|---|---|---|---|---|
| Formaldehyde Concentration | None | Mild | Moderate | Severe |
| 0.0 ppm | 95% | 5% |  |  |
| 0.5 ppm | 60% | 40% |  |  |
| 1.0 ppm | 74% | 26% |  |  |
| 2.0 ppm | 42% | 42% | 16% |  |
| 3.0 ppm | 22% | 67% | 0% | 11% |

* Based on responses from all 19 subjects.

Based on these tables, I determined the formaldehyde threshold for eye irritation to be between 0.5 and 1.0 ppm, an opinion the authors concurred with. A threshold for throat and nose irritation is not suggested by this study. Even at 3 ppm, 78% of subjects still reported no irritation to throat and nose, and the 22% that did respond recorded the severity of the symptom as mild; i.e., the perceived effect was present but not annoying. In contrast, I note that the authors estimated the threshold for nose/throat irritation to be 1.0 ppm based on their data, but provide no logic or basis for this conclusion. But as noted above their own data argues against this suggestion as at 1.0 ppm only 5% of the subjects reported a nose/throat symptom and the

27

severity rating was mild (not annoying), and nose/throat irritation was never reported to be annoying by any subject at any exposure concentration. Given that 15% of the same subjects reported mild nose/throat irritation when exposed to clean air (greater than the incidence among formaldehyde-exposed subjects), the threshold for nose/throat irritation is clearly above 1.0 ppm based on the data provided by this study. I would judge the odor threshold, based on these tables, to be less than 0.5 ppm, a value also selected by the authors.

Lang et al. (2008)

This study tested 21 nonsmoking volunteers (11 females + 10 males) between the ages of 21 and 40 years of age for a 10-week period. Each subject was exposed for four hours (240 minutes) to one of ten different exposures tested randomly and in a double-blind manner. Ethyl acetate (EA) at concentrations of 12-16 ppm was used as a masking agent. Subjects were screened to eliminate those with allergies, exposure to formaldehyde at work, excessive alcohol consumption, having had recent infections or airways disease, or being pregnant. Subjects were given a medical exam to ensure they were in good health, a test for positive or negative affect, and their reaction times were measured. The ten exposure values tested were – 0 ppm, 0.15 ppm, 0.3ppm, 0.3 ppm + peak of 0.6 ppm, 0.5 ppm, 0.5 ppm + peak of 1.0 ppm, 0 ppm (EA), 0.3 ppm (EA), 0.5 ppm (EA), 0.5 ppm + peak of 1.0 ppm (EA). The peak exposure was set at 1.0 ppm formaldehyde. Each test day started with a physical examination, pulmonary function testing, the SPES questionnaire, rhinomanometry measurements, and reaction time measurements. Bicycling performance was performed at the start of the exposure and at 120 and 195 minutes into the exposure period during which conjunctival redness and blink frequency were measured. After exposure SPES questionnaire, rhinomanometry and reaction time testing were again performed. The authors combined all responses because they concluded there was no general or consistent gender influence.

Conjunctival redness was significantly increased in the 0.5 ppm + 4 peak exposures without the EA, but only at the 194 minute interval, and so, was not a consistent finding even at this exposure concentration. When EA, an irritant itself, was present this change was not observed, suggesting that this single statistical observation during exposure to formaldehyde only was not real. Blink frequency was significantly increased at 195 minutes after exposure started

for formaldehyde concentrations of 0.5 ppm + peaks to 1.0 ppm with or without EA to mask the smell.  No nasal resistance was observed that was not also seen in response to clean air, so this response was considered to be unaffected.  No pulmonary function changes were observed for any exposure.  Decision reaction times to a visual, acoustical, and a visual/acoustical stimulus were reported to be significantly increased by exposure to 0.3 ppm formaldehyde only and not at any other exposure level or chemical exposure combination; thus, the inconsistency of the data and lack of dose-response, undermine this single statistical finding after numerous associations were attempted.  Motor reaction times were not affected.

The perception of formaldehyde by smell started at 0.3 ppm.  Eye irritation was increased by EA, so comparisons have to be made as separate groups considering EA exposure versus no EA exposure.  Eye irritation was higher than that of clean air at 0.3 ppm and 0.5 ppm formaldehyde, but the responses at these two formaldehyde concentrations appears to have been the same.  The additional presence of EA increased the irritation at these two formaldehyde concentrations.  In fact, EA alone was as irritating as either of these two formaldehyde concentrations.  Furthermore, the mean subjective eye irritation rating for formaldehyde alone was less than 1.0 (slight) for both the 0.3 ppm and 0.5 ppm concentrations without peak exposures.  Thus, like other studies, the response is more about presence than annoyance.  Significantly higher ratings of nose irritation were seen only at 0.5 ppm formaldehyde.  However, the subjects did not differentiate between formaldehyde irritation and the perception of EA odor.  Olfactory perception was increased by both chemicals.  Respiratory irritation was rated between "not at all" and "hardly."  Regarding the complaints and the sense of well-being, the mean total score did not show significant differences between the various exposure conditions.  Ratings varied between "hardly" and "somewhat."

When the overall score for positive affect was considered, it was found that controlling for negative affect reduced symptom scores in all groups, and many were no longer significant.  According to Table 8 of this study, the 0.5 ppm formaldehyde concentration was significantly different for subjective symptoms when EA was present or when peak exposures occurred.  Thus, 0.5 ppm alone would be the NOEL in this study for subjective symptoms.  According to

the authors, personality factors affect low, but not higher, exposure levels.  The symptoms were apparently no longer present 16 hours after exposure (i.e., they were reversible).

The authors conclude that eye irritation was the critical effect, and a significant increase in blink frequency, an adaptive effect, was seen at 0.5 ppm with peaks to 1.0 ppm.  Conjunctival redness[7] coincided with this symptom, but apparently was induced by the peak exposures of 1.0 ppm.  The authors, after various statistical considerations and covariate analyses, concluded formaldehyde concentrations of 0.5 ppm without peaks, and to 0.3 ppm with peaks to 0.6 ppm, were the NOAEL levels.

Lang et al. (2008) comment that their results are consistent with other studies (e.g., Bender et al., 1983; Andersen and Molhave, 1983; Kulle et al., 1987; Kulle, 1993), with the level of eye irritation being minimal.  Lang et al. (2008) add that the severity of eye symptoms reported at levels of ≤1 ppm were rated between none and slight/mild and the response of 'slight/mild' was usually reported as indicative of "present but not annoying."  Lang et al. (2008) notes that Arts et al. (2006) concluded that eye irritation ratings at formaldehyde concentrations <1 ppm - *should be translated into <u>perception</u> or <u>awareness</u> rather than an annoying ocular irritation* (Lang et al., 2008, p. 33, emphasis added).  Lang et al. (2008) further state their findings are in keeping with those of Paustenbach et al. (1997), who stated that for most persons, eye irritation clearly due to formaldehyde does not occur until at least 1.0 ppm, and that moderate, to severe eye, nose, and throat irritation does not occur for most persons until airborne concentrations exceed 2.0-3.0 ppm.

Bender et al. (1983)

This study selected test subjects using earlier test results.  About half of the volunteers reported irritation in response to clean air or were nonresponsive to formaldehyde, and so, were considered unacceptable.  However, this is a common feature of other studies and eliminates the baseline response and subject variation.  Only subjects who responded to 1.3 and 2.2 ppm formaldehyde were included in this study.  Seven to 28 subjects were tested at each exposure

---

[7]  Note: On p. 34 of their study, Lang et al. (2008) comment that increased eye blinking and vasodilatation are protective/reflex mechanisms and not considered as 'adverse' but rather represent adaptive responses.

concentration.  Exposures were limited to only 6 minutes via an aluminum chamber, and the time to first response for eye irritation was used as the symptom measurement.  Table 1 of this paper shows that with increasing formaldehyde, the time to report a symptom of eye irritation was increasingly faster than to that induced by clean air.  At concentrations of 0.35 ppm and 0.56 ppm of formaldehyde the median response time was about 3.5 to 4 minutes, but apparently this was not significantly different from that of clean air (see page 464).  The initial severity score average for these two concentrations was less than 1.0 (1.0 = slight), not different from each other, and declined over the remainder of the six minute exposure interval.  At concentrations of 0.7 and 0.9 ppm, the symptom scores were again nearly the same but now the median time for reporting the symptom decreased to about 1-2 minutes.  At 1.0 ppm formaldehyde the median response time was 78 seconds, and the symptom score was between slight and moderate indicating some found this concentration bothersome.  It would appear from the author's statements that slight, but not annoying, eye irritation is not different than control air until a level of 0.7 ppm or higher, and that at 1.0 ppm the irritation is moderate for some.

Weber-Tschopp et al. (1977, as discussed in Arts et al., 2006)

This study is available only in German, but was discussed in some detail in the review article by Arts et al. (2006).  In Weber-Tschopp et al., two different experiments were conducted.  In the first study, 33 volunteers were exposed to formaldehyde at increasing levels between 0 and 3.2 ppm for 35 minutes.  Every 5 minutes, health questionnaires and eye blink frequency were measured.  In the second part of the study, 48 individuals were exposed to 0, 1, 2, 3, and 4 ppm for 1.5 minutes at each level with clean air intervals of 8 minutes in between.  In the second part of the study, only questionnaires were used (during 1 minute intervals).  Authors concluded that average eye and nasal irritation was reported at 1.2 ppm, throat irritation was reported at 2.1 ppm and annoyance (preference to leave the room) at 1.2 ppm.  An increase in eye blink was seen at 1.7 ppm.  Authors concluded that the irritation threshold was between 1 and 2 ppm.

Arts et al. (2006) state that this is the only study that objectively measured eye irritation[8]. Arts et al. (2006) notes the potential importance of using objective measurements in the setting of irritation thresholds:

> *Because in humans sensory irritation can strongly be influenced by subjective feelings and interpretations, in many instances caused by the odour of the compound, it is a difficult job to set occupation exposure limits for odourous, irritating compounds.  Like with acetone (Arts et al., 2002), the odour, or the perception of the odour intensity, of formaldehyde may have confounded the report of irritation thresholds and health symptoms as several volunteers reported detection of formaldehyde odour at the 0-ppm condition (Sauder et al., 1986; Schachter et al., 1987; Witek et al., 1987).  It would, therefore, seem to be better to base the sensory irritation threshold on objective measurements.* (Arts et al., 2006)

## Day et al. (1984)

These authors evaluated responses to formaldehyde among 18 subjects.  Nine of the 18 subjects had previously complained of various symptoms reportedly stemming from the urea formaldehyde foam insulation (UFFI) placed in their homes.  Pulmonary function was measured before and 8 hours after exposure to 1.0 ppm formaldehyde for 90 minutes in the laboratory as well as following exposure to UFFI offgassing 1.2 ppm formaldehyde for 30 minutes in a fume hood.  Subjects breathed room air for 30 minutes prior to the experiment beginning (baseline values).  Exposed subjects also recorded their symptoms every 15 minutes.  Each subject received 5 methacholine inhalations of 5 mg/ml given via a dosimeter.  Skin patch testing was also performed using a 2% formaldehyde solution but failed to induce any response in persons exposed or not exposed to UFFI while at home.

No significant differences were seen in any of the pulmonary function measures (FVC, $FEV_1$, or $FEF_{25\%-75\%}$) immediately following exposure or 8 hours after exposure (see their Table 2).  These authors reported that following the methacholine challenge, the mean change in $FEV_1$ for the group originally complaining of UFFI symptoms was a negative 3.2% while those without prior symptoms experienced a positive 0.04% change.  The group comparisons identified

---

[8] A later study by Lang et al. (2008) also used blink frequency as well as conjunctival redness as objective measures of eye irritation.  That study reported a significant increase in blink frequency, an adaptive effect, was seen at 0.5 ppm with peaks to 1.0 ppm.

no individuals that responded to the methacholine challenge with a 10% decrement in $FEV_1$. Patch testing with formalin showed no positive results in either test group. Table 1 lists the reported symptoms by these subjects. Unfortunately this study reports only the number of symptoms reported and not the severity score for the symptom, and so is relatively uninformative. The table 1 shows that subjects reported eye irritation and tearing equally in both groups, and that 15/18 reported eye irritation. Nasal congestion and throat clearing were reported at a much lower rate (about 1/3 of the respondents in each group for both). Cough or chest tightness was reported by only three subjects. However, the authors stated that most subjects rapidly became tolerant of the eye, nose, and throat irritation, and after considering all of the data concluded - *There was no evidence that either formaldehyde or UFFI off-gas operates as a lower airway allergen or important bronchospastic irritant in this heterogeneous population.* And - *The frequency and subjectively reported severity of the symptoms of irritation were also unrelated to changes in FVC, $FEV_1$ or $FEF_{25\%-75\%}$.* Finally, the authors' note that 50 other compounds have been isolated from UFFI under different conditions and while concentrating on formaldehyde they may be overlooking other aspects of UFFI deterioration.

Andersen and Molhave (1983)

These authors exposed 16 healthy volunteers (5 females and 11 males; 5 smokers) to 0.3, 0.5, 1 or 2 $mg/m^3$ formaldehyde (0.24, 0.41, 0.81, 1.63 ppm) for 5 hours per day on four consecutive days. There appeared to be no control day (0 $mg/m^3$ exposure), but each day did begin with 2 hour exposure to clean air, and some measurements were taken together prior to the first day (day 0) as control values. Subjects were asked to express their degree of discomfort throughout the exposure (on a scale of 1 to 100), at the end of the exposure, and the day after exposure. Performance tests, nasal mucous flow, and airway resistance was also measured. The voting scale used was as follows:

(1) no discomfort: 0;

(2) slight discomfort: 1-33;

(3) discomfort: 34-66;

(4) strong discomfort: 67-99; and

(5) intolerable discomfort: 100.

During the first two hours, the average subjective score for either the 0.3 or 0.5 mg/m$^3$ exposure concentration was less than that experienced with clean air on some test days (see figure below).  During the last two hours of this exposure, the symptom rating increased minimally and was still at the low end of the ranking scale for "slight discomfort".  While the numerical score for 0.3 mg/m$^3$ was somewhat higher than that for 0.5 mg/m$^3$ by the end of the exposure period (score of 8 versus 4 out 1-33 for slight discomfort); fewer individuals reported a response (3 versus 5).  Given the obvious day-to-day variations in clean air responses, and number of individuals affected, no meaningful difference can be attached these small numerical variances.  At the two higher exposure levels, discomfort was reported during the first hour and increased for the next two hours (see figure below) but by the end of the exposure interval was not substantially different from the score for 0.3 mg/m$^3$.  In the 2 mg/m$^3$ (1.63 ppm) group, the discomfort level increased to a level of 18 between hours 2 and 3; or, about half-way through the "slight discomfort' zone.  That the subjective score decreased after that suggests some acclimatization to the exposure.  The authors stated that the average discomfort level never exceeded 18 scale units even at the highest concentration (which is in the middle of the "slight discomfort" range).  Subjects complained mostly of conjunctival irritation and nose or throat dryness.  Following exposure to 0.3, 0.5, 1 and 2 mg/m$^3$ (0.24, 0.41, 0.81, 1.63 ppm), 3, 5, 15, and 15 subjects, respectively, had recorded some symptom.  On the following morning after exposure, no subjects had any complaints.  Note also that the following figure indicates some symptoms are routinely reported in response to the clean air exposure as has been seen in a number of other studies.



It was reported that there were no significant changes observed in the rhinomanometric parameters or in measurements of pulmonary resistance (Vital capacity, $FEF_{25\%-75\%}$, or $FEV_1$). Additionally no effect on mental performance as measured by the ability to perform addition or multiplication was seen in the subjects.

## 5.2     Studies of Asthmatic Volunteers

Sauder et al. (1987)

Sauder et al. (1987) studied nine nonsmoking asthmatic subjects aged 27-40 (females n = 5, males n = 4) using an environmentally controlled chamber.  Each exposed subject served as their own control by being exposed to purified air for a three hour period one week prior to their formaldehyde exposure.  All subjects had a history of hayfever, three had chronic rhinitis, and three had nasal polyps.  Subjects were examined prior to being exposed to both purified air and formaldehyde.   Nonspecific airway reactivity was assessed by methacholine challenge.  Spirometry was performed at t = 0, 15, 30, 60, 120 and 180 minutes.  Symptom questionnaires (completed at t = 0, 2, 15, 30, 60, 120 and 180 minutes) were administered that asked for subjective answers as to the presence and severity of the response.  The authors reported no significant changes in pulmonary function or in airway reactivity amongst the nine subjects at 3.0 ppm exposure.

35

> *We conclude that individuals with asthma are unlikely to experience significant bronchoconstriction or increased airway hyperreactivity when exposed at rest to 3 ppm HCHO for 3-h; however, most will experience eye and upper respiratory tract irritation.*

The authors indicate their study is consistent with two prior studies of asthmatics (Sheppard, 1984; Frigas, 1984) in showing that 3 ppm up to 3 hours of exposure causes no significant bronchoconstriction.

Table 3 of this paper indicates mild (present, but not annoying) eye irritation was reported at 2 minutes of exposure, and in some had become moderate (annoying) after 30 minutes of exposure.  Nose/throat irritation began at 30 minutes (but was not significant at 60, 120, or 180 minutes).  The symptoms scoring for cough[9], chest discomfort, tingling in hands or face, or heart palpitations were unaffected by exposure to 3 ppm formaldehyde.

Reed and Frigas (1984)/Frigas et al. (1984)

In this study, Reed and Frigas (1984) evaluated 11 women and 2 men (aged 15 to 70 years; all of whom had been chronically exposed to formaldehyde at levels ranging from 0.1 to 1.2 ppm either at work or home[10]).  Subjects reported symptoms such as nasal congestion, eye irritation, headache, chest tightness, coughing, or wheezing that they attributed to exposure to formaldehyde, symptoms which they say got better or disappeared when they were away from the site of exposure.  All subjects, except two, had been healthy prior to their exposures (although the authors reported that two subjects had a history of mild asthma that required occasional bronchodilator treatment that worsened after their formaldehyde exposure, cases #5 and #7).  Five subjects were being treated with bronchodilators at the time of their evaluation (cases #5, 7, 9, 12, and 13).  Five were smokers (but three had stopped smoking after they became symptomatic).  The rest of the patients had not required treatment for their symptoms but a few were using nonprescription antihistamines.  Eleven of the patients were still living or working in the environment that was suspected of causing their symptomatology.  Six of the

---

[9] There actually was a significantly higher *clean air score* at 180 minutes for cough due to two subjects in the clean air group who had an increase in cough and two subjects in the formaldehyde exposure group who had a decrease in cough.

[10] Subjects reported exposure from paneling in home, UFFI in home, particleboard in mobile home, or from occupation (pathology technician, cosmetologist, teacher, or foundry worker).

individuals had begun or were thinking about initiating a lawsuit.  Baseline pulmonary function tests and bronchial challenge testing was done prior to exposure.  The authors tested only one formaldehyde level (0.1, 1 or 3 ppm) or placebo for a 20 minute exposure period each day. Pulmonary function tests were administered before the challenge, immediately after, and 15 minutes, 30 minutes and 1, 3, 6, and 24 hours after the challenge.  The study was double-blind and randomized for three patients and for the rest it was single-blind.

Only one patient (subject #7) showed a 20%+ decrease in $FEV_1$ (considered to be a positive response) following exposure to formaldehyde (subject #7 had a -25.7% after formaldehyde exposure); however, in this individual, the placebo challenge caused the same decrease in $FEV_1$ (subject #7 had a -24.3% decrease following placebo exposure).  Given this, the response seen when formaldehyde was present cannot be attributed to formaldehyde, and either that individual was responding to something in the air supplied by the Dynacalibrator or the change was induced by some stressor response when the patient believed she was being exposed to a chemical.

Several subjects reported subjective symptoms such as irritation of the eyes, nose, and throat, and tightness of the throat, but these were seen as frequently in the placebo as with the formaldehyde challenges.   Three patients underwent methacholine challenge.   Two were negative (#1 and #3), while one (#13) was positive.   Eight patients were not tested with methacholine (#4, #5, #6, #7, #9, #10, #11, and #12) because they had either unequivocal or convincing histories of asthma.   Authors discuss the final diagnoses of their subjects:

- Case #1 - habitual cough,
- Cases #4, 6, 9, and 10 - possible asthma, now inactive and unrelated to formaldehyde;
- Case #11 - history of mild exercise-induced asthma, unrelated to exposure;
- Cases #5, 7, 12, and 13 - mild to moderate asthma of the nonallergic variety, unrelated to formaldehyde;
- Cases #2, 3, and 8 - No respiratory diagnosis;
- Cases #4, 5, 6, 7, 8 and 13 - Secondary diagnosis of vasomotor rhinitis and nasal polyps; and
- Cases #4 and 5 - Hyperplastic sinusitis.

The authors concluded that their study did appear to evoke asthma at levels up to 3 ppm formaldehyde - *In conclusion, testing with a formaldehyde bronchial challenge did not provoke asthma in 13 selected patients with symptoms of asthma and a history of exposure of formaldehyde gas.  If formaldehyde causes asthma, it **does so rarely.***

Krakowiak et al. (1998)

These authors studied 10 subjects purported to have formaldehyde-induced rhinitis and asthma.  Four of the subjects were occasionally exposed to pure gaseous formaldehyde, and had been admitted to the Department of Occupational Diseases at the Norfer Institute of Occupational Medicine with an initial diagnosis of bronchial asthma probably due to formaldehyde.  Ten exposed subjects and 10 controls were exposed to a 0.5 mg/m$^3$ (0.41 ppm) concentration of formaldehyde for over two hours.  Stage I was a simultaneous evaluation of symptoms from the upper and lower respiratory tract and an evaluation of morphological and biochemical changes in nasal washings after placebo (air).  Formaldehyde-specific serum IgE antibodies were measured and cellular, biochemical, and mediator changes were assessed in nasal lavage before, and immediately after, provocation at 4 hours and 24 hours later.  During stage II of this study all analyses were repeated after formaldehyde inhalation as well as spirometry measurements at rest and following bronchial provocation with histamine.  One-week intervals were set between Stages I and II.

Provocation with formaldehyde caused only transient symptoms of rhinitis in both groups, which was most noticeable immediately after inhalation.  None of the subjects supposed to have occupational asthma developed clinical symptoms of bronchial irritation.  There was no significant change in FEV$_1$, PEF, and histamines challenge values at all times after provocation with formaldehyde in asthmatic and healthy subjects.   No specific IgE antibodies to formaldehyde were detected in the asthmatic subjects.  In short, formaldehyde at a level as low as 0.5 mg/m$^3$ (0.41 ppm) did not induce immediate, late, or dual specific allergic responses in either the upper or lower respiratory tract.  There was no difference in the nasal response to formaldehyde between asthmatics or healthy volunteers.

Ezratty et al. (2007)

Twelve non-smoking subjects with intermittent asthma and allergy (grass pollen) were exposed in a double-blind crossover study to either 0.5 mg/m$^3$ (0.41 ppm) formaldehyde or purified air for 60 minutes on two separate days.  The order of exposures was randomized, and exposures were separated by two weeks.  Lung function was measured via spirometry, and measurements were taken immediately before, during, and 8 hours after the end of the allergen challenge.  $FEV_1$ and PEF were measured with a portable combined spirometer every 15 minutes during the exposure to formaldehyde or air-only in the chamber, and every hour until the methacholine provocation test.  An allergen inhalation challenge was administered after each exposure.  This challenge involved an automatic nebulizer with the same standard extract of 5 grass pollen allergens as for the skin test.  The concentration was doubled every 15 min, the $FEV_1$ was measured after each doubling, and again 10 minutes after inhalations.  A questionnaire regarding each subject's perception of odor, eye irritation, nose/throat irritation, chest discomfort/tightness, coughing, shortness of breath, nausea, headache, fatigue, dizziness or other discomfort was also administered.

Only four subjects reported minor complaints during exposure to both air-only and formaldehyde.  No major clinical adverse reaction was noted in these subjects.  The authors stated that exposing allergic asthmatic persons at rest to 500 μg/m$^3$ (0.41 ppm) formaldehyde for 1 hour had no direct effect on respiratory function either during, or immediately after the exposure session, and that this exposure had no significant deleterious effect on airway allergen responsiveness of patients with intermittent asthma; in fact, if anything they found a slight trend toward a protective effect.

Uba et al (1989)

This is a study of pulmonary function and respiratory symptoms among 103 medical students exposed to formaldehyde over a seven month period during their gross anatomy laboratory studies to determine the incidence of bronchoconstriction and respiratory systems as acute or long-term responses.  Two questionnaires were administered, one concerning their prior medical and exposure histories and one concerning the symptoms they experienced while exposed.  Pulmonary function testing was performed before their lab studies began, after two weeks of lab studies, and after 7 months of lab studies.  Twelve subjects with a history of asthma

were evaluated separately from those who did not have asthma.  Daily time-weighted average (TWA) formaldehyde exposures ranged from below the lower limit of detection (0.05 ppm) to 0.93 ppm.  Monthly TWAs ranged between 0.1 ppm to 0.8 ppm.  While students were dissecting, or observing dissection, exposures ranged higher with lower levels being 0.1/0.2 ppm, respectively, the peak exposures were 5 and 2 ppm, and mean values were 1.9 and 1.2 ppm.

The number of individuals reporting some type of subjective symptom in responses to formaldehyde exposure was greater than that reported during the control lab experience (see their Table 2).  However, the increase in symptoms was limited to those of the upper respiratory tract, and the authors state the small differences in lower respiratory tract symptoms were not statistically different.  None of the asthmatics reported lower respiratory tract symptoms during their formaldehyde exposure (i.e., cough, chest tightness, wheezing, or dyspnea).  Unexpectedly, other than the upper respiratory tract symptoms of burning eyes or watery eyes, which were significantly higher with formaldehyde exposure, asthmatics reported all other acute symptoms less than did the non-asthmatic students.  In general, the number of subjects reporting a persistent symptom was much lower at the end of the year than at the beginning of the school year (see their Table 3).  The persistent symptoms that decreased after the long exposure include: wheezing, wheezing with dyspnea, chest tightness, chronic bronchitis, and phlegm.  Only the symptom of cough was higher at the end of the exposure.  Asthmatics did not differ significantly than the other students in development of respiratory symptoms over the course of the year.  No pulmonary function measurement showed greater decrement among asthmatics than non-asthmatics on exposed days.  None of the asthmatics developed clinically significant immediate bronchoconstriction in response to exposure, or symptoms that suggested a late response to exposure.  These findings were stated to be consistent with previous case reports that indicate exposure to formaldehyde vapor at levels commonly encountered in occupational and residential settings  (2.0-3.0 ppm) do not commonly cause significant bronchoconstriction, even among subjects with preexisting asthma.

Harving et al (1990)

In this study, 15 asthmatic persons with documented bronchial hyperresponsiveness were exposed for 90 minutes in a climate chamber to clean air containing formaldehyde vapor at levels of 0.008 mg/m$^3$ (0.007 ppm), 0.12 mg/m$^3$ (0.1 ppm), and 0.85 mg/m$^3$ (0.69 ppm).  All but

one of those tested required bronchodilator therapy regularly. No bronchodilators were used on the day of exposure, or 4 hours preceding exposure. All experiments were carried out in double-blind fashion. The $FEV_1$ was measured at intervals of 30 minutes before and during the exposure. Each participant was asked to rate their asthmatic symptoms (none, light, moderate, severe) every 15 minutes on an analog scale not visible to other subjects before and during exposure. A histamine challenge was performed right after exposure (aerosol ranging from 0.03-2.0 mg/mL for 2 min) until a fall in PEF of 20% or more from baseline was achieved (criterion for hyper-reactivity: 4-8 mg/ml).

These investigators observed no significant changes in $FEV_1$, airway resistance, specific airway resistance, or flow-volume curve measurements during formaldehyde exposure. Similarly, the histamine challenge testing found no evidence of change in bronchial reactivity, and no late reactions were seen in the 14-16 hours following exposure. Thus, the authors concluded that their results indicate residential levels of formaldehyde are of minor importance in the emergence of pulmonary symptoms.

Green et al. (1987)

This study examined 22 healthy normal subjects engaged in intermittent heavy exercise and 16 asthmatic subjects engaged in intermittent moderate exercise who were exposed to 3 ppm formaldehyde for 60 minutes. The symptom questionnaire assessed both the presence and severity of odor, nose/throat irritation, eye irritation, chest discomfort/tightness, cough, and headache. Symptoms were classified as 0 = none, 1 = mild, 2 = mild-moderate, 3 = moderate, 4 = moderate-severe, 5 = severe. Symptoms and pulmonary function were assessed during exposure, and non-specific airway reactivity was assessed by histamine challenge after exposure.

Both groups exhibited similar, significant ($p<0.01$) increases in perceived odor, nose/throat irritation, and eye irritation throughout exposure. While individual scores ranged from none to severe in response to formaldehyde exposure, the incidence of symptoms was similar for both groups, with 19-32% scoring nose/throat irritation and eye irritation as moderate. Still, clean air was apparently scored as a minor objection for both eye and nose/throat irritation. While it is noted that differences between the two groups were reported, the change from the

exposed group's own baseline value in response to formaldehyde exposure is the only important comparison to make. The mean $FEV_1$ value for the exposed group <u>did not change at all</u> from time 0 (4.15 ± 0.13) to time 55 minutes (4.15 ± 0.13), and so, formaldehyde had no effect on their pulmonary function tests. While this paper reports their 55 minute value as being significantly different from the control group, this statistical finding stemmed from an increase in the control groups' mean $FEV_1$ after 55 minutes of exposure to clean air. Thus, this difference reported between these two groups is a spurious finding, and one not observed in another studies (i.e., chamber exposure to clean air is not known to increase or improves one's $FEV_1$ value; no changed is the expected response). Similarly, the asthmatic group had no significant decrements in pulmonary function in response to formaldehyde exposure. Whether this difference was repeatable cannot be determined from this study, but is certainly not expected. The authors reported no change in the group mean specific conductance of non-specific airway reactivity between control and exposure days for either the normal group or the asthmatic group. They noted that 13% of their study population had an $FEV_1$ change of 10% or greater although a 20% change is the typical response of concern.

<u>Sheppard et al. 1984</u>

This study consisted of 7 nonsmoking asthmatics requiring bronchodilator therapy. Each subject was exposed to air or 1.0 ppm formaldehyde for 10 minutes. When the investigators observed no bronchoconstriction in resting asthmatics after exposure to formaldehyde, they investigated the effect of exercise with exposure to 1.0 or 3.0 ppm formaldehyde on the subjects. The authors stated in their abstract:

> *It is concluded that brief exposure to these concentrations of formaldehyde, even in association with moderate exercise, is unlikely by itself to cause significant bronchoconstriction in most subjects with mild asthma.*

<u>Pazdrak et al. (1993)</u>

This study examined two groups. A group of nine occupationally exposed individuals who had confirmed skin hypersensitization to formaldehyde but were negative to common allergens. None of these subjects suffered rhinitis, but all had complained of eye irritation while working. The second group consisted of 11 healthy male subjects with no history of allergic

diseases, and who had normal IgE levels and were negative to formaldehyde when patch tested. This study was single blinded and consisted of two stages. In Stage-1, symptoms and changes in nasal washings were recorded after exposure to either air or formaldehyde. The formaldehyde exposure was for two hours to a 0.5 mg/m$^3$ (0.41 ppm) concentration. Then 4 and 18 hours later nasal lavage was performed. The second stage compared the nasal mucosa response in those subjects who had experienced allergic skin sensitization to formaldehyde.

The baseline measurements of nasal washings were not different between the two groups. Exposure to clean air did not change the measured nasal washing parameters from baseline, but formaldehyde exposure did. Exposure to formaldehyde caused a transient rhinitis and changes in the protein and cell makeup of the nasal washings. Increases were seen in albumin, total protein, percentage albumin relative to total protein, eosinophil count, epithelial cell count, and percentage of eosinophils and mononuclear cells. However, no significant differences were observed between the sensitized and normal subjects, and so, the responses could be generalized to all exposed subjects. Irritative symptoms were reported, but the severity was apparently not recorded as it was not discussed. The authors conclude that their study confirmed the irritant effects of formaldehyde and indicate a nonspecific pro-inflammatory response was observed. Still, the authors conclude that the lack of evidence of any mast cell degranulation, the unchanged number of basophils, and the similarity of responses observed in sensitized and unsensitized individuals indicate the responses they observed were of a nonspecific, nonallergic inflammatory process.

Witeck et al. (1987)

In this study, 15 asthmatics were exposed to either room or formaldehyde air in an environmental chamber in a double-blind, random study. It was reported that none of the subjects had an upper respiratory infection during this study. Pre-exposure values were obtained in a separate lab. In four days, four sessions were reported. During the first 2 sessions, there was exposure in a chamber to formaldehyde at rest. Room air was used as the baseline placebo, and exposure to formaldehyde 2.0 ppm was given for 40 minutes. The other 2 parts of the process were the same exposure repeated during moderate exercise for 10 minutes. Pulmonary function tests were conducted 5, 15, 25, and 40 minutes after being in the chamber, with post-

exposure studies performed 10 and 30 minutes after leaving the chamber.  Comparison to the baseline methacholine inhalation challenge test (MIC) on the screening day was also done.  In addition, the study subjects completed a diary rating to assess any symptoms of irritation, ranging from 0=none to 4=incapacitating.  The symptoms included: nausea, eye irritation, headache, unusual odor, dizziness, cough, chest soreness, fatigue, muscle soreness, nasal discharge/congestion, shortness of breath, wheezing, and unusual taste.  These were done on entering the room, 30 minutes after exposure, then taken home and recorded 4-8 hours, and 24 hours post-exposure.  On another day, 12 of the subjects returned for a 40 minute formaldehyde exposure followed by a repeat methacholine challenge test.

Baseline values were the mean of the 1st and 2nd pre-exposure tests; no day-to-day differences were noted.  While a few drops in lung function were seen, especially for $MEF_{50\%}$, these occurred randomly on both the control and formaldehyde exposure day.  This finding more likely than not represents the airway lability in asthmatics as the authors reported that none of the changes exceeded the Bonferonni-adjusted p-value.   Eight of the 12 asthma subjects showed a lower threshold to methacholine inhalation challenge after exposure to 2.0 ppm formaldehyde exposure; however, the mean and median decrements of threshold in methacholine concentration were not significant.

Flow-volume parameters measured no significant airway obstruction or airway resistance during or immediately after exposure.  No delayed bronchoconstriction was shown with serial measurements of PEF.  Following exposure, sequential measurements of peak flow for 24 hours showed no delayed airway response.  This was evident from the PEFR recordings, and matched the diaries.

The symptoms of subjects exposed to formaldehyde were generally in the mild-moderate range but were reported by only a few of the subjects.  Rarely, a report was severe, but none were incapacitating.  Unusual odor was the most commonly reported complaint to room air, and the mean odor score was higher with formaldehyde exposure.  Lower respiratory symptoms (e.g., excess sputum, breathlessness, wheezing, and chest tightness) were absent or mild for both

groups.  Common complaints during exposure to formaldehyde were bad odor, sore throat, and eye irritation.  Symptoms afterward were infrequent.  The authors note their lack of findings:

> *In mild asthmatics short-term exposure to 2.0 ppm HCHO under controlled environmental conditions does not induce acute airway obstruction.  Subjective complaints of asthma results from exposure to HCHO were absent.  As in healthy subjects, complaints were irritation of the eyes, nose, and throat which disappeared following exposure.  No delayed bronchoconstriction was detected with serial measurements of peak expiratory flow.*

## 5.3    Conclusions Regarding the Chamber Experiments

A number of different experiments have been performed using controlled chamber environments to evaluate the subjective symptoms and objective measures of irritation and pulmonary functioning in both asthmatic and healthy subjects exposed to various formaldehyde concentrations while at rest or while exercising.  A consistent findings of these studies is that formaldehyde exposures as high as 3.0 ppm, for exposure durations up to 5 hours, had no consistent or reproducible effect on any measurement of pulmonary function studied in either healthy or asthmatic individuals while at rest or exercising (Weber-Tschopp et al., 1977; Bender et al, 1983; Andersen and Molhave, 1983; Frigas et al., 1984; Sheppard et al., 1984; Schachter et al., 1986; Sauder et al., 1986; Sauder et al., 1987; Kulle et al., 1987; Green et al., 1987; Witek et al., 1987; Uba et al., 1989; Harving et al., 1990; Pazdrak et al., 1993; Day et al., 1994; Krakowiak et al., 1998; Ezratty et al., 2007; Lang et al., 2008).  Pulmonary parameters that were not significantly affected by formaldehyde exposure in these studies included a variety of different spirometry measurements including: bronchoconstriction, increased methacholine or histamine responsiveness, decreases in $FEV_1$, changes in $FEF_{25-75}$, changes in specific airway conductance, decreases in functional residual capacity, or changes in minute volume or minute ventilation.  Skin patch testing with a 2% formalin solution showed no positive results in persons previously exposed or not exposed to UFFI (Day et al., 1994).

Various symptoms of odor or upper and lower respiratory tract symptoms were recorded in these studies.   The only consistent finding was that of subjective upper respiratory tract

irritation, which corresponds well with the lack of pulmonary function changes, also was measured in these studies.  In general, the rank order of symptoms experienced by test subjects was odor > eye irritation > nasal irritation > throat irritation.  Again, a consistent finding in the studies reviewed was that asthmatics were not more susceptible to the irritant properties of formaldehyde as measured by the incidence and severity of symptoms recorded.  Importantly, these studies also demonstrated that test subjects have baseline symptom reporting rates for odor and irritative symptoms even when exposed only to clean air (Bender et al., 1983; Schachter et al., 1987; Sauder et al., 1986; Sauder et al., 1987; Andersen and Molhave, 1983; Green et al., 1987).  One study that controlled for the positive mental affect of the individuals also found a negative personality produced a greater negative interpretation of their environment (Lang et al., 2008).  Another example of this potential confounder was observed in Frigas et al. (1984) where an individual incurred significant pulmonary changes of the same magnitude when exposed to either air or formaldehyde.  Other scientists have made similar observations, and have cautioned against the potential misinterpretation of subjective symptomology as the mere presence of an odor may be a subjectively recorded as representing some level of irritation in certain subjects (Dalton and Wysocki, 1996; Dalton et al., 1997; Dalton, 1996, Dalton, 1999, Dalton, 2001a,b; Arts et al., 2008).

There is also some evidence to suggest that there may be day-to-day variations in the severity ranking an individual might subjectively score a particular environment at lower formaldehyde concentrations (Andersen and Molhave, 1983, Schachter et al. 1986; Schachter et al., 1987).  Thus, at lower formaldehyde test concentrations, i.e., 0.5 ppm or lower, the potential for confounding influences such as the incidence/severity of the background clean air symptom reporting rate by that individual, or the mood or affect of the individual on a particular day should factored into the analysis.  Those studies that based their statistical analysis on symptom scores, after correcting for these possible confounders, present the strongest experimental design and evidence.

Based on a review of the chamber studies discussed above, I have determined the No Observable Adverse Effect Levels (NOAEL) to be 0.5 ppm for eye irritation (Lang et al., 2008; Kulle et al., 1983; Kulle, 1993; Andersen and Molhave, 1983).  Lang et al. (2008) examined eye

irritation using objective, physiologic measurements of eye irritation by blink frequency and conjunctival redness. No significant change was seen at exposures levels of 0.5-0.6 ppm, while 1.0 ppm peak exposures did induce changes in these objective measurements. In this study, the symptom of eye irritation at 0.5 ppm was not higher than that of clean air after controlling for impact of negative affect. The severity of the responses reported at 0.5 ppm was mild and not annoying, and so, as in other studies was not considered an adverse response. Other studies are supportive of 0.5 ppm as being either a NOEL or NOAEL for eye irritation (e.g., Kulle et al., 1983; Kulle 1993; Andersen and Molhave, 1983), and none of the studies reviewed provided any evidence that eye irritation was induced at lower concentrations, as measured objectively or by an intolerable severity of reported symptoms.

The eye is the most sensitive endpoint for irritation, and the threshold for eye irritation should be protective of the entire upper airway tract. The studies reviewed clearly indicate much higher levels of formaldehyde are required to induce nose or throat irritation. The studies indicate the NOAEL for meaningful symptomatic (intolerable or annoying) nose or throat irritation requires levels above 1.0 ppm (e.g., Kulle, 1993; Lange et al., 2008). Given the observed tolerance to initial exposure levels of formaldehyde, and the fact that it is so rapidly metabolized and cleared from the body, it is my opinion that the identified threshold is applicable to chronic exposure situations as well.

## 6.0     Additional Considerations

### 6.1     Other Reviews Discussing the Irritant Properties of Formaldehyde

Information from the following review articles is provide here because it illustrates other scientists reviewing the data have reached conclusions or opinions similar to those I have reached in the preceding section of this report.

The OECD (2002) reviewed the toxicity of formaldehyde and has concluded: 1) that reversible eye irritation is the most sensitive endpoint , and 2) that the chamber studies represent the best available data for identifying NOAELs and effects levels for formaldehyde exposure:

> Regarding the chamber experiments this review states – - *provide the highest quality data for determining the presence of eye, nose, or throat irritation at a known level of formaldehyde*

And,

> *It is difficult to differentiate reported irritation in exposed persons from background, especially at levels below 1 ppm, as a 20 to 30% response rate is common in controls (Sauder et al., 1987, Schachter et al., 1987, Witek, 1987, Harving et al., 1990).*

The OECD also notes that eye irritation response does not become significant until approximately 1 ppm and quickly subsides. The OECD (2002), based on its review of the formaldehyde literature, found that moderate to severe eye, nose, and throat irritation does not occur until 2 to 3 ppm.

The USEPA (2008), in its document for the AEGLs for formaldehyde states:

> *The discomfort of sensory irritation is difficult to measure with certainty. Studies with controlled human exposures indicate that short-term exposure to 1 to 3 ppm induces eye, nose, and throat irritation that is generally described as slight to mild/moderate by most subjects (Weber-Tschopp et al. 1977; Andersen and Molhave 1983; Bender et al. 1983; Day et al. 1984; Witek et al. 1986; Kulle et al. 1987; ATSDR 1999). Sensory irritation below 1 ppm is difficult to distinguish from the control situation (Bender et al. 1983; 2002). At the upper end of the 1-3 ppm range, a greater number of subjects experience mild irritation, i.e., at 3 ppm most subjects rated eye, nose, or throat irritation mild. The multi-dose clinical studies (Weber-Tschopp et al., 1977; Andersen and Molhave 1983; Bender et al. 1983) show that minimal to no discomfort is observed at levels up to 1 ppm; at 1 ppm and above some subjects show definite signs of discomfort.* (USEPA, 2008; pp. 28-29)

And,

> *There were no changes in pulmonary parameters at concentrations between 0.41 and 3 ppm in healthy subjects, asthmatics, or subjects with dermal sensitivity to formaldehyde (Andersen and Molhave 1983; Day et al. 1984; Frigas et al. 1984; Sheppard et al. 1984; Harving et al. 1986; 1990; Witek et al. 1986; 1987; Pross et al. 1987; Sauder et al. 1987). Furthermore, there were no biologically significant differences in pulmonary parameters or symptoms greater than*

*moderate irritation in exercising healthy subjects (Witek et al. 1986; Green et al. 1987; Kulle et al. 1987), asthmatics at rest (Frigas et al., 984; Sheppard et al. 1984), or exercising asthmatics (Sheppard et al. 1984; Witek et al. 1986; Green et al. 1987) exposed to 2 or 3 ppm for up to 3 hours.  In all studies, symptoms were related to eye and upper respiratory tract irritation. There was no evidence of these low concentrations having an effect on the lower respiratory tract.* (USEPA, 2008; p. 29)*

And,

*Below 1 ppm many studies show no dose-response relationship. Above 1 ppm, definite symptoms of discomfort are reported. However, even at 3 ppm, the majority of subjects reported only mild-moderate eye and upper respiratory tract irritation (Green et al. 1987; 1989; Kulle et al. 1987; Sauder et al. 1986; 1987; Weber-Tschopp et al. 1977).  Of the 180 subjects tested in these latter studies, only one reported severe eye irritation at 3 ppm (Sauder et al. 1987).* (USEPA, 2008; p. 47)

Similarly, the Worker's Compensation Board of British Columbia has a WorkSafe OEL (Occupational Exposure Limit) TWA for formaldehyde of 0.3 ppm (300 ppb) and a Ceiling Limit of 1 ppm (1,000 ppb) (WorkSafe, 2007).  Relevant findings of the Worker's Compensation Board of British Columbia are as follows -

*Experimental evidence shows that exposure of asthmatic individuals to formaldehyde does not change the nature or status of the asthmatic condition.* (WorkSafeBC, 2007; p. 5)

And,

*WorkSafeBC's current Ceiling Limit of 1.0 is at the subjective eye irritation level and below the objective eye irritation level of 1.7 ppm for humans.  The current TWA of 0.3 ppm is significantly lower than both the subjective and objective eye irritation levels and below the nasal irritation levels based on the most current experimental information.* (WorkSafeBC, 2007; p. 6)

And,

*Several reference agencies, including the German MAK Commission and the Working Group on Action to Control Chemicals ("WATCH") Committee of the UK Health and Safety Executive, make the following observations:*

- *Eye irritation - which can be measured and quantified experimentally - unlike nasal irritation, is considered the most appropriate indicator of the irritative nature of formaldehyde and a more objective determinant of an appropriately assigned exposure limit.*

*In another very recently published report, Arts et al. 2006 re-evaluated eye and nasal irritation data and concluded that when minimal/mild/slight irritation is taken as a cut off level, eye and nasal irritation were found at formaldehyde levels*

*of greater than or equal to (>) 1 ppm and > 2 ppm, respectively.* (WorkSafeBC, 2007; pp. 9-10)

And,

- *According to a majority of expert panels, BC's current Ceiling Limit of 1.0 ppm is protective from the irritative properties of formaldehyde, providing an acceptable margin of safety;*
- *WorkSafeBC's current Ceiling Limit of 1.0 ppm is at the subjective eye irritation level and below the objective eye irritation level of 1.7 ppm for humans. The current 8-hour TWA of 0.3 ppm is significantly lower than both subjective and objective eye irritation and below nasal irritation levels based on the most current experimental information.* (WorkSafeBC, 2007; pp. 9-10)

Noisel et al. (2007)

Investigators in Quebec, Canada have recently reviewed the current 2 ppm ceiling value for formaldehyde versus lowering the value to 0.3, 0.75 or 1 ppm based on a request from the Commission for Occupational Safety and Health (Noisel et al., 2007). The authors reviewed a pooled analysis of published controlled human studies[11] that examined effects from acute formaldehyde exposure (e.g., eye, nose, and throat irritation) and applied this data to current formaldehyde exposure in various industrial sectors within Quebec. Authors used a quadratic regression model to predict the theoretical percentage of subjects likely show moderate or severe eye, nose, and throat irritation for the different targeted concentrations for the different OELs. It was determined that the greatest gain would be gained by keeping the OEL at its current level, with any additional gain being negligible below 0.75 ppm. Noisel et al. (2007) concluded that 0.75 ppm level was safe and protected essentially all workers.

> *The experimental data show that there was <u>no difference in the proportion of individuals experiencing effects between the control group without occupational exposure and groups exposed to formaldehyde concentrations under 0.75 ppm</u>. For this reason, the theoretical percentage of response attributable to formaldehyde exposure was considered to be zero for the moderate effects on the eyes, nose and throat for all the concentrations below 0.75 ppm. For the severe effects on the eyes, the response percentage appeared also negligible until 1 ppm. According to our analysis of the defined exposure–response relationship, <u>at</u>*

---

[11] Noisel et al. (2007) point out the importance of using formaldehyde-only experiments in an analysis such as theirs - *However, the analysis was conducted by considering formaldehyde exposure only, not mixed-exposure. In occupational settings where formaldehyde is used, other chemical substances and dusts (such as wood dust) are concomitantly present and can produce or exacerbate the irritating effects.*

*concentrations below 0.75 ppm, there is thus little probability for formaldehyde-induced irritation to occur.*  (Noisel et al., 2007; emphasis added)

<u>Australia Government Department of Health and Ageing (2006)</u>

*Furthermore, although asthmatics are thought to be more sensitive to irritants, studies by Green et al. (1987), Sauder et al. (1986; 1987) and Witek et al. (1987) have demonstrated that at concentrations of 2-3 ppm (2.4 - 3.6 mg/m³) for up to 3 hours, <u>asthmatics were no more sensitive to formaldehyde than nonasthmatics</u>.*  (NICNAS, 2006; emphasis added)

And,

*The available human and animal data indicate gaseous formaldehyde is unlikely to induce respiratory sensitisation.  Lung function tests suggest that asthmatics are no more sensitive to formaldehyde than healthy subjects.* (NICNAS, 2006)

Various investigators were asked to review the formaldehyde literature to derive an occupational limit based on limitation for the Industrial Health Foundation (Paustenbach et al., 1997, including scientists such as Yves Alarie and Tom Kulle.  These investigators examined and critiqued 150 articles on formaldehyde.  The panel, based on their evaluation, concluded that for most individuals, eye irritation does not occur until at least 1.0 ppm, and that based on data from controlled studies using volunteers, moderate to severe eye, nose, and throat irritation does not appear until levels exceed 2 to 3 ppm.  Further, below 1.0 ppm, if irritation is seen, it quickly subsides due to 'accommodation.'  Paustenbach et al. (1997) reported that the panel found that individuals exposed to 0.3 ppm reported eye irritation at a rate that was no different than individuals exposed to clean air, and that at exposures of 0.5 ppm (8-hr TWA), eye irritation was not seen in a majority of workers (about 80%).  Based on their findings, the Panel recommended an OEL of 0.3 ppm 8-hr TWA, with a ceiling value of 1.0 ppm for irritation.  The Panel felt the ACGIH's ceiling value of 0.3 ppm was - *unnecessarily restrictive and that this value may have been based on the TLV Committee's interpretation of the significance of studies involving self-reported responses at concentrations less than 0.5 ppm.*  Findings of the Panel are as follows -

*The panel could not identify a group of persons who were hypersensitive, nor was there evidence that anyone could be sensitized (develop an allergy) following inhalation exposure to formaldehyde.   The panel concluded that there was sufficient evidence to show that persons with asthma respond no differently than*

51

*health individuals following exposure to concentrations up to 3.0 ppm.* (Paustenbach et al., 1997)

And,

*Third, the panel concluded that based on the weight of the evidence from this analysis, that that of others who have evaluated eye irritation, reports of irritation below 0.3-0.5 ppm formaldehyde were too unreliable to attribute the irritation solely to formaldehyde. The basis for this statement is that there were no data from well-controlled studies that indicate that continuous exposure for 0.5, 3 or 6 h to 0.3 ppm can produce irritation. The panel found support for its view that responses in this range are not reliable since in several studies respondents complained of irritation when exposed to 0.3 ppm at the same frequency as when they were exposed to clean air. These response rates were not unusual compared to data from 3 of the 11 controlled human studies (Kulle, 1993; Sauder et al., 1987; Witek et 1l., 1987) in which irritation was reported at 0 ppm formaldehyde.* (Paustenbach et al., 1997)

And,

*Seventh, the panel concluded that in chamber studies, and probably in other study conditions, some of the irritant responses reported by volunteers exposed to concentrations of 0.3 ppm or less were just as likely to occur during exposure to clean air. This may well explain the bulk of the differences between the panel's interpretation of the published data and that of the TLV Committee. The panel was convinced that results of studies involving formaldehyde, as well as the results of numerous other studies of eye and nose irritants, clearly show that response rates below 20% are very near background level of eye and nasal irritation reported among those in the general population. Consequently, results from volunteer studies at this level of response cannot be attributed to exposure to a specific contaminant. Numerous other studies of other chemical irritants confirm this view.* (Paustenbach et al., 1997)

And,

*Based on the weight of the evidence from chamber studies (Figure 1), the panel concluded that approximately 50% of workers will report eye irritation attributable to formaldehyde at 2.0 ppm, 25% at 1 ppm, and few, if any, will report eye irritation at 0.5 ppm if exposed for periods of 3-8 h.* (Paustenbach et al., 1997)

## 6.2   ATSDR MRLs and Other Regulatory Risk Assessment Based Exposure Guidelines

The primary objective of the current regulatory risk assessment policy is to provide the regulatory decision-maker with a "conservative or health protective" quantitative or numerical estimate of the potential risks associated with a site-specific exposure. While quantitative estimates of the relative noncancer hazards or cancer risks posed by the exposure in question are generated, it is well-recognized within the scientific community that such risk estimates and the

agency exposure guidelines based on them (e.g., MRLs, MCLs) are generated using conservative (protective) assumptions that are likely to cause the actual, or true human risk to be overstated, often by as much as several orders of magnitude (see Appendix B for more details). That the USEPA and ATSDR risk assessment methodology is, by design, conservative has long been recognized in the scientific community. In addition, the protective nature of this risk assessment methodology, which inflates an equation value in the face of uncertainty, renders them useless for predicting the actual risk of disease an individual might experience from an exposure. All one can reasonably state about such risk calculations is that the true human risk is lower than the numerical estimate they provide, and again, may in fact be as low as zero. This in turn means that the exposure guidelines based on this methodology are of no use in determining whether or not a concentration that exceeds one of these agency exposure guidelines has induced any harm. In fact, the USEPA, an agency with longer and greater regulatory risk assessment experience than ATSDR, has clearly stated that while the toxicity constants (i.e., reference doses, cancer slope factors) it publishes on its Integrated Risk Information System (IRIS) are to be used in USEPA risk assessments, these values cannot be used to predict the true incidence of human disease (this advice has been available to risk assessors for more than 10 years without changing.):

> *In general IRIS values cannot be validly used to accurately predict the incidence of human disease or the type of effects that chemical exposures have on humans. This is due to the numerous uncertainties involved in risk assessment, including those associated with extrapolations from animal data to humans and from high experimental doses to lower environmental exposure. The organs affected and the type of adverse effect resulting from chemical exposure may differ between study animals and humans.* In addition, many factors besides exposures to a chemical influence the occurrence and extent of human disease. (USEPA IRIS, 1998a; USEPA IRIS, 2006; USEPA IRIS, 2008; emphasis added).

And,

> *'[t]he RfD and RfC can be used to estimate a level of environmental exposure at or below which no adverse effect is expected to occur,' but that '[i]n general IRIS values cannot be validly used to accurately predict the incidence of human disease or the type of effects that chemical exposures have on humans'* (emphasis added) (http://www.epa.gov/iris/limits.htm).

And,

> *Any alteration to an RfD, RfC, slope factor or unit risk as they appear in IRIS (for example, the use of more or fewer uncertainty factors than were applied to arrive at an RfD) invalidates and distorts their application in estimating the potential*

*health risk posed by chemical exposure.*   (USEPA IRIS, 2006; USEPA IRIS, 2008)

As the ATSDR MRLs are based on, and adapted from, the same methodology used by the USEPA, it is scientifically incorrect to suggest or presume that merely because someone's exposure exceeded an MRL that that exposure has induced some harm in the exposed person. On this subject the ATSDR has stated the following (ATSDR.  2009.  Minimal Risk Levels (MRLs) for Hazardous Substances http://www.atsdr.cdc.gov/mrls/index.html; emphasis added):

> ***ATSDR uses a conservative (i.e., protective) approach to address these uncertainties consistent with the public health principle of prevention****. Although human data are preferred, MRLs often must be based on animal studies because relevant human studies are lacking. In the absence of evidence to the contrary, ATSDR assumes that humans are more sensitive than animals to the effects of hazardous substances that certain persons may be particularly sensitive. Thus the resulting MRL may be as much as a hundredfold below levels shown to be nontoxic in laboratory animals.*
>
> And,
>
> *MRLs are intended to serve as a screening tool to help public health professionals decide where to look more closely.*
>
> And,
>
> ***Exposure to a level above the MRL does not mean that adverse health effects will occur.***

## 7.0     Information Specific to the Plaintiffs

I have reviewed summaries of what medical records were available for the plaintiffs, Christopher Cooper and Alana Alexander, including the report by Dr. Karin Pacheco.  I am aware of that an air sample was taken in January of 2008 from the trailer they lived in between May of 2006 until December of 2007.  The trailer had closed tight prior to the sampling, and the level of formaldehyde was found to 0.05 ppm (50 ppb).  This level is 10-times lower than the threshold level for eye irritation that I have identified from experimental epidemiologic studies. This level of formaldehyde in indoor air individuals would not experience any irritation of the eyes, nose or throat and likely would not perceive an identifiable odor as the measured value.

## References

AIHA (American Industrial Hygiene Association). 2001. Emergency Response Planning Guidelines. AIHA (American Industrial Hygiene Association), Fairfax, VA.

AIHA. 2006. Emergency Response Planning Guidelines: 2006 update set. American Industrial Hygiene Association, Fairfax, Va.

Andersen, I. and L. Molhave. 1983. Controlled human studies with formaldehyde. In: Formaldehyde Toxicity. Gibson, J.E. (Ed.); Hemisphere Publishing Corporation. Washington, DC. pp. 154-165.

Arts, J.H., M.A. Rennen and C. de Heer. 2006. Inhaled formaldehyde: Evaluation of sensory irritation in relation to carcinogenicity. Regul. Toxicol. Pharmacol. 44:144-160.

ATSDR. 1999. Toxicological Profile for Formaldehyde. Final. USDHHS. ATSDR, Atlanta, GA. http://www.atsdr.cdc.gov/toxprofiles/tp111.html.

Bender, J.R., L.S. Mullin, G.J. Graepel and W.E. Wilson. 1983. Eye irritation response of humans to formaldehyde. Am. Ind. Hyg. Assoc. J. 44:463-465.

Chan, C.-C., J.D. Spengler, H. Oezkaynak and M. Lefkopoulou. 1991. Commuter exposures to VOCs in Boston, Massachusetts. J. Air Waste Manage. Assoc. 41:1594-1600.

Clary, J.J. and J.B. Sullivan. 2001. Formaldehyde. In: Clinical Environmental Health and Toxic Exposures. Second Edition. Sullivan, Jr., J.B. and G.R. Krieger (Eds.); Lippincott Williams & Wilkins. Philadelphia, PA. pp. 1006-1014.

Dalton, P. 1996. Odor perception and beliefs about risk. Chem. Senses 21:447-458.

Dalton, P. 1999. Cognitive influences on health symptoms from acute chemical exposure. Health Psychol. 18:579-590.

Dalton, P. 2001a. Evaluating the human response to sensory irritation: Implications for setting occupational exposure limits. AIHAJ 62:723-729.

Dalton, P. 2001b. Psychophysical methods in the study of olfaction and respiratory tract irritation. Am. Ind. Hyg. Assoc. J. 62:705-710.

Dalton, P. 2003. Upper airway irritation, odor perception and health risk due to airborne chemicals. Toxicol. Lett. 140:239-248.

Dalton, P. and C.J. Wysocki. 1996. The nature and duration of adaptation following long-term odor exposure. Percept. Psychophys. 58:781-792.

Dalton, P., C.J. Wysocki, M.J. Brody and H.J. Lawley. 1997. Perceived odor, irritation and health symptoms following short-term exposure to acetone. Am. J. Ind. Med. 31:558-569.

Day, J.H., R.E. Lees, R.H. Clark and P.L. Pattee. 1984. Respiratory response to formaldehyde and off-gas of urea formaldehyde foam insulation. Can. Med. Assoc. J. 131:1061-1065.

Dhareshwar, S.S. and V.J. Stella. 2008. Your prodrug releases formaldehyde: Should you be concerned? No!. J. Pharm. Sci. 97:4184-4193.

Ezratty, V., M. Bonay, C. Neukirch, G. Orset-Guillossou, M. Dehoux, S. Koscienly, P.-A. Cabanes, J. Lambrozo and M. Aubier. 2007. Effect of formaldehyde on asthmatic response to inhaled allergen challenge. Environ. Health Persp. 115:210-214.

Franks, S.J.. 2005. A mathematical model for the absorption and metabolism of formaldehyde vapour by humans. Toxicol. Appl. Pharmacol. 206:309-320.

Frigas, E., W.V. Filley and C.E. Reed. 1984. Bronchial challenge with formaldehyde gas: Lack of bronchoconstriction in 13 patients suspected of having formaldehyde-induced asthma. Mayo Clin. Proc. 59:295-299.

Godish, T. 1989. Formaldehyde exposures from tobacco smoke: A review. Am. J. Public Health 79:1044-1045.

Green, D.J., L.R. Sauder, T.J. Kulle and R. Bascom. 1987. Acute response to 3.0 ppm formaldehyde in exercising healthy nonsmokers and asthmatics. Am. Rev. Respir. Dis 135:1261-1266.

Guerin, M.R., R.A. Jenkins and B.A. Tomkins. 1992. Properties and measures of environmental tobacco smoke. In: The Chemistry of Environmental Tobacco Smoke: Composition and Measurement. Lewis Publishers. Boca Raton, FL. pp. 63-85.

Harving, H., J. Korsgaard, O.F. Pedersen, L. Molhave and R. Dahl. 1990. Pulmonary function and bronchial reactivity in asthmatics during low-level formaldehyde exposure. Lung 168:15-21.

Hayashi, T., C.A. Reece and T. Shibamoto. 1986. Gas chromatographic determination of formaldehyde in coffee via thiazolidine derivative. J. Assoc. Off. Anal. Chem. 69:101-105.

Heck, H.D., M. Casanova-Schmitz, P.B. Dodd, E.N. Schachter, T.J. Witek and T. Tosun. 1985. Formaldehyde (CH2O) concentrations in the blood of humans and Fischer-344 rats exposed to CH2O under controlled conditions. Am. Ind. Hyg. Assoc. J. 46:1-3.

Hodgson, A.T. and H. Levin. 2003. Volatile Organic Compounds in Indoor Air; A review of concentrations Measured in North America Since 1990. Lawrence Berkeley National Laboratory, Berkeley, CA. LBNL-51715.

IARC (International Agency for Research on Cancer). 2004. Tobacco Smoke and Involuntary Smoking. IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Vol. 83. World Health Organazaition. International Agency for Research on Cancer, Lyon, France.

IARC (International Agency for Research on Cancer). 2006. Formaldehyde. In: IARC Monographs on the Evaluation of Carcinogenic Risks to Humans. Volume 88, Formaldehyde, 2-Butoxyethanol and 1-tert-Butoxypropan-2-ol. World Health Organization. International Agency for Research on Cancer. Lyon, France. pp. 39-325.

Jarke, F.H., A. Dravnieks and S.M. Gordon. 1981. Organic contaminants in indoor air and their relation to outdoor contaminants. ASHRAE Trans. 87:153-166.

Krakowiak, A., P. Gorski, K. Pandrak and U. Ruta. 1998. Airway response to formaldehyde inhalation in asthmatic subjects with suspected respiratory formaldehyde sensitization. Am. J. Ind. Med. 33:274-281.

Kulle, T.J. 1993. Acute odor and irritation response in health nonsmokers to formaldehyde exposure. Inhal. Toxicol. 5:323-332.

Kulle, T.J., L.R. Sauder, R. Hebel, D.J. Green and M.D. Chatham. 1987. Formaldehyde dose-response in healthy nonsmokers. J. Air Pollut. Control Assoc. 37:919-924.

Kushch, I., K. Schwarz, L. Schwentner, B. Baumann, A. Dzien, A. Schmid, K. Unterkofler, G. Gastl, P. Span, D. Smith and A. Amann. 2008. Compounds enhanced in a mass spectrometric profile of smokers' exhaledbreath versus non-smokers as determined in a pilot study using PTR-MS. J. Breath Res. 2.

Lang, I., T. Bruckner and G. Triebig. 2008. Formaldehyde and chemosensory irritation in humans: A controlled human exposure study. Regul. Toxicol. Pharmacol. 50:23-36.

Lawrence, J.F. and J.R. Iyengar. 1983. The determination of formaldehyde in beer and soft drinks by high performance liquid chromatography of the 2,4-dinitrophenylhydrazone dertivative. Int. J. Environ. Anal. Chem. 15:47-52.

Lemus, R., A.A. Abdelghani, T.G. Akers and W.E. Horner. 1998. Potential health risks from exposure to indoor formaldehyde. Rev. Environ. Health 13:91-98.

Lipari, F. and S.J. Swarin. 1982. Determination of formaldehyde and other aldehydes in automobile exhaust with an improved 2,4-dinitrophenylhydrazine method. J. Chromatogr. 247:297-306.

Moser, B., F. Bodrogi, G. Eibl, M. Lechner, J. Rieder and P. Lirk. 2005. Mass spectrometric profile of exhaled breath--field study by PTR-MS. Respir. Physiol. Neurobiol. 145:295-300.

Newsome, J.R., V. Norman and C.H. Keith. 1965. Vapor phase analysis of tobacco smoke. Tobacco Sci.(9):102-110.

Noisel, N., M. Bouchard and G. Carrier. 2007. Evaluation of the health impact of lowering the formaldehyde occupational exposure limit for Quebec workers. Regul. Toxicol. Pharmacol. 48:118-127.

NRC (National Research Council. Committee on Aldehydes). 1981. Formaldehyde and Other Aldehydes. National Academy Press, Washington, DC.

OECD (Organisation for Economic Co-Operation and Development). 2002. Formaldehyde. CAS No: 500-00-0. SIDS Initial Assessment Report for SIAM 14. UNEP (United Nations Environment Programme), Paris, France.

Paustenbach, D., Y. Alarie, T. Kulle, N. Schachter, R. Smith, J. Swenberg, H. Witschi and S.B. Horowitz. 1997. A recommended occupational exposure limit for formaldehyde based on irritation. J. Toxicol. Environ. Health 50:217-263.

Pazdrak, K., P. Gorski, A. Krakowiak and U. Ruta. 1993. Changes in nasal lavage fluid due to formaldehyde inhalation. Int. Arch. Occup. Environ. Health 64:515-519.

Pickrell, J.A., B.V. Mokler, L.C. Griffis, C.H. Hobbs and A. Bathija. 1983. Formaldehyde release rate coefficients from selected concumer products. Environ. Sci. Technol. 17:753-757.

Reed CE, Frigas E. 1984. Does formaldehyde cause allergic respiratory disease? In: Gammage RB, Kaye SV, Jacobs VA, ed. Indoor air and human health. Chelsea, MI: Lewis Publishers, Inc., 379-386.

Sauder, L.R., D.J. Green, M. D. Chatham and T.J. Kulle. 1987. Acute pulmonary response of asthmatics to 3.0 ppm formaldehyde. Toxicol. Ind. Health 3:569-578.

Sauder, L.R., M.D. Chatham, D.J. Green and T.J. Kulle. 1986. Acute pulmonary response to formaldehyde exposure in healthy nonsmokers. J. Occup. Med. 28:420-424.

Schachter, E.N., T.J. Witek, D.J. Brody, T. Tosun , G.J. Beck and B.P. Leaderer. 1987. A study of respiratory effects from exposure to 2.0 ppm formaldehyde in occupationally exposed workers. Environ. Res. 44:188-205.

Schachter, E.N., T.J. Witek, T. Tosun, B.P. Leaderer and G.J. Beck. 1986. A study of respiratory effects from exposure to 2 ppm formaldehyde in healthy subjects. Arch. Environ. Health 41:229-239.

Sheldon, L.S., R.W. Handy, T.D. Hartwell, R.W. Whitmore, H.S. Zelon, and E.D. Pellizzari. 1988a. Indoor Air Quality in Public Buildings. Volume I. EPA 600/6-88/009a. August 1988. USEPA. Office of Acid Deposition, Monitoring and Quality Assurance.

Sheldon, L., H. Zelon, J. Sickles, C. Eaton, and T. Hartwell. 1988b. Indoor Air Quality in Public Buildings. Volume I. EPA 600/6-88/009b. August 1988. USEPA. Office of Acid Deposition, Monitoring and Quality Assurance.

Sheppard, D., W.L. Eschenbacher and J. Epstein. 1984. Lack of bronchomotor response to up to 3 ppm formaldehyde in subjects with asthma. Environ. Res. 35:133-139.

Stock, T.H. 1987. Formaldehyde concentrations inside conventional housing. J. Air Pollut. Control Assoc. 37:913-918.

Stock, T.H. and S.R. Mendez. 1985. A survey of typical exposures to formaldehyde in Houston area residences. Am. Ind. Hyg. Assoc. J. 46:313-317.

Uba, G., D. Pachorek, J. Bernstein, et al. 1989. Prospective study of respiratory effects of formaldehyde among healthy and asthmatic medical students. Am. J. Ind. Med. 15:91-102.

Waddell, W.J. 1993. The science of toxicology and its relevance to MCS. Regul. Toxicol. Pharmacol. 18:13-22.

Witek, T.J., E.N. Schachter, T. Tosun, G.J. Beck and B.P. Leaderer. 1987. An evaluation of respiratory effects following exposure to 2.0 ppm formaldehyde in asthmatics: Lung function, symptoms, and airway reactivity. Arch. Environ. Health 42:230-237.

World Health Organization. International Agency for Research on Cancer. 1995. Wood Dust and Formaldehyde. IARC Monographs on the Evaluation of Carcinogenic Risk to Humans. Vol. 62. International Agency for Research on Cancer, Lyon, France. http://monographs.iarc.fr/ENG/Monographs/vol62/index.php.

World Health Organization. International Agency for Research on Cancer. 2004. Tobacco Smoke and Involuntary Smoking. IARC Monographs on the Evaluation of Carcinogenic Risk to Humans. Vol. 83. International Agency for Research on Cancer, Lyon, France. http://monographs.iarc.fr/ENG/Monographs/vol83/index.php.

World Health Organization. International Programme on Chemcial Safety. 1989. Formaldehyde. Environmental Health Criteria 89. World Health Organization, Geneva, Switzerland. http://www.inchem.org/documents/ehc/ehc/ehc89.htm.

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION


IN RE:  FEMA TRAILER
FORMALDEHYDE PRODUCT
LIABILITY LITIGATION

                              MDL NO. 1873

          vs.
                              SECTION "N-5"

                              JUDGE ENGELHARDT

                              MAG. JUDGE CHASEZ




ORAL AND VIDEOTAPED DEPOSITION OF

JOSEPH D. LITTLE

June 23, 2009

9:25 a.m.

201 17th Street

Suite 1700

Atlanta, Georgia


Maureen S. Kreimer, RPR, CCR-B-1379

Page 120

1       A.      To some extent.

2       Q.      Now, if we can get to the section on

3  formaldehyde toxicity.  The task you were charged

4  with was to tie the results that were found by EPA to

5  the known toxicological literature on formaldehyde;

6  correct?

7       A.      Yes, I needed to compare it to that.

8       Q.      It looks like the first thing you

9  reference is the fact that the odor threshold for

10 formaldehyde is from .5 ppm to 1.0 ppm?

11      A.      Yes.

12      Q.      And then that the irritant effects occur

13 from .4 to 3.0 ppm?

14      A.      Yes.

15      Q.      .4 is 400 parts-per-billion?

16      A.      Yes.

17      Q.      And 3.0 is 3,000 parts-per-billion?

18      A.      Yes.

19      Q.      And that's where they found irritant

20 effects?

21      A.      Yes.

22      Q.      You say on -- I'm sorry.  And those levels

23 you also reported were applicable for headache and

24 runny nose; is that correct?

25      A.      Yeah, other symptoms besides irritation,

Page 121

1    headache and runny nose.

2          Q.    You then talk about certain people who are

3    more -- who are sensitized to formaldehyde?

4          A.    Yes.

5          Q.    What exactly does that mean?

6          A.    It's usually a person that's been exposed

7    to a high level, either occupationally or in a lab, a

8    biology lab working with the material, and that high

9    level exposure creates the ability for an allergic

10   reaction at a later time.

11         Q.    But to achieve that, you need to hit some

12   pretty high levels of formaldehyde?

13         A.    It's usually in occupational work, usually

14   with people that are working with a lot of

15   formaldehyde.

16         Q.    Well, let's talk about that for a minute.

17   OSHA has a standard for formaldehyde; correct?

18         A.    Yes.

19         Q.    And the levels of formaldehyde you would

20   expect to see in occupational workers are much higher

21   than you would expect to see in a normal -- in normal

22   environments in a normal site-built home?

23         A.    Yes.

24         Q.    For example, lab workers, people joke

25   about they almost swim in the stuff, is that -- did

Page 123

1        A.      Yes, this was -- I believe this was from

2    the tox profile.

3        Q.      Now, if we can go to the next paragraph.

4    Bronchial narrowing may begin -- I'm sorry.  Some

5    sensitive individuals may experience asthma-like

6    symptoms and dermatitis even at low -- very low

7    doses; correct?

8        A.      Yes.

9        Q.      Previously sensitized individuals can

10   develop severe narrowing of the bronchi at very low

11   concentrations such as .3 ppm?

12       A.      Yes.

13       Q.      And that was your definition, I mean,

14   that's what you saw as a very low level, .3 ppm?

15       A.      Yes.

16       Q.      Or 300 parts-per-million?

17       A.      300 parts-per-billion.

18       Q.      Per-billion.  I'm sorry.

19   50 parts-per-billion would be ridiculously low?

20       A.      It's much lower.

21       Q.      You then go on to state that the threshold

22   limit value short-term exposure limit recommended by

23   the American Conference of Government Industrial

24   Hygienists is also .3 ppm?

25       A.      Yes.  I believe they looked at -- may have

Page 124

1    looked at the same study.

2         Q.    What is a threshold limit value?

3         A.    It's the lowest level of a real effect.

4         Q.    Say that one out loud again?

5         A.    It's a threshold that's the lowest level

6    of a chemical that's been shown to produce effect.

7         Q.    You used another word before also I kind

8    of liked:  Real effect.  It's the lowest level where

9    we see -- where we could possibly see a real effect;

10   is that right?

11        A.    Yes.

12        Q.    Who is the ACGIH?

13        A.    It stands for the American Conference of

14   Government Industrial Hygienists.

15        Q.    And you have familiarity with what they do

16   and how they go about setting TLVs?

17        A.    I'm familiar with the TLVs.  I'm not

18   familiar about their process.

19        Q.    Okay.  Moving onto paragraph 3 in the

20   middle:  Studies involving asthmatics have been

21   somewhat conflicting, but generally indicate that

22   formaldehyde does not induce airway hyperreactivity

23   at concentrations less than 3 parts-per-million; is

24   that correct?

25        A.    Yes, that's -- I believe that was from the

Page 127

1    effect level associated with narrowing of the bronchi

2    in sensitive individuals?

3         A.    Yes, the allergic response.

4         Q.    And we talked earlier about irritant

5    response is at a higher level?

6         A.    Yes.

7         Q.    So you were comfortable setting this as

8    the level of concern?

9         A.    Yes.  It was the lowest actual effect

10   level I found in the literature.

11        Q.    The lowest actual effect level you found

12   in the literature.  We're talking about the

13   toxicological literature?

14        A.    Yes.

15        Q.    To put it mildly, you've been put through

16   the wringer for reaching that conclusion, haven't

17   you?

18        A.    Yes.

19        Q.    But as we sit here today, you still have

20   the same conclusion, don't you?

21        A.    Yes.

22        Q.    Regardless of who sued who, or who got

23   dragged before Congress, you still believe what you

24   wrote in February 2007 and signed it off with

25   Mr. Little; correct?  With Mr. Wright.  You are