# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to:  Bell v. Keystone, Suit No. 09-2967 ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## UNOPPOSED *EX PARTE* MOTION TO SEVER CLAIMS OF BELLWETHER PLAINTIFF

Pursuant to Rules 21 and 42(b) of the Federal Rules of Civil Procedure, defendant Keystone RV Company ("Keystone") moves the Court to enter an order severing the claims of Diana Bell from the other plaintiffs in the action referenced above. The Court has selected Ms. Bell as a bellwether plaintiff and, at present, her claims are set for trial on January 11, 2010. Keystone has submitted a proposed order in connection with this motion.

Therefore, defendant Keystone RV Company requests that the Court enter an order severing the claims of Ms. Diana Bell from the claims of the other plaintiffs in the action referenced above, and preserving the jury trial rights of all parties.

Respectfully submitted,

*s/Ryan E. Johnson*
_____
James C. Percy (La. Bar No. 10413)
Ryan E. Johnson (La. Bar No. 26352)
**JONES, WALKER, WAECHTER, POITEVENT,**

{B0604003.1}

                    **CARRERE & DENEGRE, LLP**
                    Four United Plaza
                    8555 United Plaza Boulevard
                    Baton Rouge, LA  70809
                    Telephone: (225) 248-2080
                    Facsimile:  (225) 248-3080

                            -and-

                    Madeleine Fischer (La. Bar No. 5575)
                    Nan Roberts Eitel (La. Bar No. 19910)
                    Jones, Walker, Waechter, Poitevent,
                    Carrère & Denègre, L.L.P.
                    201 St. Charles Avenue, 49th floor
                    New Orleans, LA   70170
                    Telephone:  (504) 582-8000
                    Facsimile:  (504) 589-8208

                    ***Counsel for Keystone RV Company***

## CERTIFICATE OF SERVICE

      I hereby certify that on this 12th day of August, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system.  Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system.  I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

                    *s/Ryan E. Johnson*
                    _____
                    Ryan E. Johnson

{B0604003.1}