## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 1873<br><br>SECTION "N" (4) |
| This applies to:  Bell v. Keystone, Suit No. 09-2967 ) ) | JUDGE ENGELHARDT<br><br>MAGISTRATE CHASEZ |

## KEYSTONE RV COMPANY'S MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO SEVER

Defendant Keystone RV Company ("Keystone") submits this memorandum in support of its unopposed motion to sever pursuant to Rule 21 and Rule 42(b) of the Federal Rules of Civil Procedure.[1]  In its motion, Keystone seeks an order from the Court severing the claims of Diana Bell from the other plaintiffs in the action referenced above and ordering that Ms. Bell's claims be tried separately.   The Court has selected Ms. Bell as a bellwether plaintiff and, at present, her claims are set for trial on January 11, 2010.

---

[1] In an abundance of caution, Keystone brings its motion under both rules. The Court has broad discretion to order separate trials on the basis of the circumstances of the litigation.  *See* Wright and Miller, Federal Practice and Procedure, §2388, p. 114.  See also *Laitram Corp v. Hewlett Packard Co.*, 791 F. Supp. 113 (E.D. La. 1992).  Keystone states that severance under Rule 21 would be appropriate for the reasons stated in Gulf Stream Coach's motion for severance, Rec. Doc. No. 2566.

{B0604293.1}

The purpose of this motion is to formally sever Ms. Bell's claims for purpose of trial, from those claims brought by the other plaintiffs in this matter. The result of the Court's severance order will be a separate trial and judgment as to Ms. Bell's claims against the defendants. In addition, in connection with this motion, Keystone requests that the Court's order preserve the parties' rights to a jury trial.

Therefore, for the reasons explained above and set out in its motion, Keystone requests that the Court grant its motion to sever and enter the proposed order presented in connection with this motion.

        Respectfully submitted,

        *s/Ryan E. Johnson*
        _____
        James C. Percy (La. Bar No. 10413)
        Ryan E. Johnson (La. Bar No. 26352)
        **JONES, WALKER, WAECHTER, POITEVENT, CARRERE & DENEGRE, LLP**
        Four United Plaza
        8555 United Plaza Boulevard
        Baton Rouge, LA  70809
        Telephone: (225) 248-2080
        Facsimile:  (225) 248-3080

        -and-

        Madeleine Fischer (La. Bar No. 5575)
        Nan Roberts Eitel (La. Bar No. 19910)
        Jones, Walker, Waechter, Poitevent,
        Carrère & Denègre, L.L.P.
        201 St. Charles Avenue, 49th floor
        New Orleans, LA   70170
        Telephone:  (504) 582-8000
        Facsimile:  (504) 589-8208

        **Counsel for Keystone RV Company**

{B0604293.1}

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of August, 2009, a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that I have mailed a copy of this filing to any non-CM/ECF participants by U.S. Mail, postage prepaid and properly addressed.

                              *s/Ryan E. Johnson*
                          _____
                              Ryan E. Johnson

{B0604293.1}