# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER | MDL NO. 1873 |
|      FORMALDEHYDE PRODUCTS   ) | |
|      LIABILITY LITIGATION   ) | SECTION "N" (4) |
|        ) | |
| This applies to:  Bell v. Keystone,   ) | JUDGE ENGELHARDT |
| Suit No. 09-2967   ) | |
| | MAGISTRATE CHASEZ |

## ORDER

Considering the Unopposed *Ex Parte* Motion to Sever Claims of Bellwether Plaintiff filed by defendant Keystone RV Company,

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that the claims of the plaintiff, Diana Bell, asserted against the defendants in the action referenced above, are hereby severed from the claims of the other plaintiffs in that action, and that Ms. Bell's claims shall be tried separately.

**IT IS FURTHER ORDERED** that the jury trial rights of Diana Bell and the other parties in the above-referenced action, to the extent those rights exist, are hereby preserved and shall not be affected by this order.

New Orleans, Louisiana, this ____ day of August, 2009.

_____
United States District Judge