UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER * | MDL NO. 1873 |
| FORMALDEHYDE * | |
| PRODUCTS LIABILITY * | SECTION: N(5) |
| LITIGATION * | |
| * | JUDGE: ENGELHARDT |
| This Document Relates to: *Charlie Age, et al. v.* * | |
| *Gulf Stream Coach Inc., et al*, Docket No. 09-2892 * | MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing Motion for Leave to File Reply Memorandum Regarding Plaintiff's Opposition to Gulf Stream Coach, Inc.'s Motion *in Limine* to Limit Expert Testimony of Stephen Smulski, Ph.D.;

**IT IS HEREBY ORDERED** that Gulf Stream Coach, Inc. is hereby granted leave to file its Reply Memorandum Regarding Plaintiff's Opposition to Gulf Stream Coach, Inc.'s Motion *in Limine* to Limit Expert Testimony of Stephen Smulski, Ph.D.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
J U D G E