**PRELIMINARY AFFIDAVIT OF STEPHEN SMULSKI, Ph.D.**

**COMMONWEALTH OF MASSACHUSETTS**

**COUNTY OF FRANKLIN**

BEFORE ME, the undersigned notary, appeared on this the 27th day of July, 2009, Stephen Smulski, Ph.D., a person whose identity is known to me. After being sworn under oath, he stated as follows:

1. All statements contained herein are true and correct and based upon my personal knowledge, education and experience, and I am a person of the full age of majority, competent to execute this affidavit.

2. This preliminary affidavit is incomplete. It will be amended based on the results of an inspection of the travel trailer referenced herein that I will personally conduct on/about August 7, 2009, as well as on the results of others who will be performing other tests on the trailer during this time.

I, Stephen Smulski, Ph.D., aver as follows:

1. I am a consulting wood scientist and the President of Wood Science Specialists Inc., 453 Wendell Road, Shutesbury, Massachusetts, 01072.

2. I am an expert in wood science and technology, specifically the anatomical, mechanical, physical, and chemical properties of wood and wood-based materials as well as the manufacture, use, and in-service performance of wood and wood-based products in residential, commercial, and industrial wood-frame construction.

3. I hold a B.S degree in Wood Science and Technology from the University of Massachusetts at Amherst, an M.S. degree in Environmental and Resource Engineering from the State University of New York at Syracuse, and a Ph.D. degree in Wood Science and Forest Products from Virginia Tech at Blacksburg. I have published numerous articles on wood and wood-based products and have given many invited lectures on the same. A true and correct copy of my curriculum vitae is attached hereto and marked "Exhibit A".

4. A list of depositions and testimony in arbitration hearings and courtrooms that I have given since July 29, 2005, is attached hereto and marked "Exhibit B".

LWFR-EXP 13-000001

4. A list of depositions and testimony in arbitration hearings and courtrooms that I have given since July 29, 2005, is attached hereto and marked "Exhibit B".

5. I am familiar with the manufacture, properties, use, and in-service performance of wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood. For thirteen years, while on the faculty of the Building Materials and Wood Science program at the University of Massachusetts at Amherst, I taught a course entitled Wood Adhesives Technology that covered all aspects of these and other glued wood products.

6. I am familiar with the propensity of wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood to release formaldehyde gas after being placed in service because of the formaldehyde-containing adhesives (also referred to as resins) used in their manufacture and that exposure to formaldehyde gas can cause adverse health effects. I taught this to my students from 1985 to 2001 while at the University of Massachusetts. In 1987, I published an article entitled "Formaldehyde Indoors" that summarized the then-current knowledge about the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood used in site-built houses and in factory-built manufactured houses and the adverse health effects that exposure to formaldehyde gas can cause. In 1989, I gave an invited lecture at the Northeast Solar Energy Association Advanced Residential Construction Conference entitled "Health Aspects of Building Products: Wood Products" in which I spoke about the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood and the adverse health effects that exposure to formaldehyde gas can cause. I am familiar with the Material Safety Data Sheets that the makers of wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood make available to the users of their products that state that these products contain and release formaldehyde gas.

7. I am aware that the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood is greatest in newly-manufactured products and that, after being placed in service, the release of and concentration of formaldehyde gas in the air inside buildings or structures containing these products depends on the age and number of sources, the volume of air inside the building or

LWFR-EXP 13-000002

structure, and on the air temperature, relative humidity and air exchange rate (i.e., ventilation). The release of formaldehyde gas from these products increases as temperature and relative humidity increase. The concentration of formaldehyde gas inside a building or structure containing these products also increases as the number of sources increases and as the volume of the building or structure and the air exchange rate (i.e., ventilation) decrease.

8. I am familiar with the methods for reducing the release of formaldehyde gas from particleboard and medium density fiberboard recommended by the Composite Panel Association (formerly the National Particleboard Association) in its publications "From Start To Finish Particleboard" and "From Start To Finish Medium Density Fiberboard" which were first published in 1986 and periodically since. Many of these same methods for reducing the release of formaldehyde gas from particleboard and medium density fiberboard are directly applicable to other wood composite panels including hardwood plywood.

9. I am aware that decorative overlays applied to wood-based composite panel products such as particleboard, medium density fiberboard, and hardwood plywood retard, but do not prevent, the release of formaldehyde gas through the surface over which they are applied. The efficacy of an overlay in retarding the release of formaldehyde gas from particleboard, medium density fiberboard, and hardwood plywood varies widely and depends on the type and properties of the overlay.

10. I am aware that FEMA supplied a Forest River, Inc. SMT32BHLE model travel trailer (VIN 4X4TSMH296C008992, FEMA trailer 1277021) to Mr. Lyndon Wright who lost his home in the wake of hurricane Katrina that hit the Gulf Coast on August 29, 2005. The trailer was manufactured in fall 2005. It is my understanding that the trailer was then sent to and installed at 2315 Seminole Lane, New Orleans, Louisiana. Mr. Wright lived in the trailer from on/about March 2006 to on/about July 2008.

11. On/about August 7, 2009, I will visually examine the trailer. Based on my education, experience, inspection of two other FEMA-supplied travel trailers, and Forest River, Inc. travel trailer plans and drawings,  I anticipate that most of the interior of the trailer including the walls, ceiling, doors, cabinets, countertops, built-in seating and other furniture, and bed support will have been constructed from the wood-based composite panel products

LWFR-EXP 13-000003

particleboard, medium density fiberboard, and hardwood plywood that are known to release formaldehyde gas after being placed in service. A list of the items anticipated to be constructed from these formaldehyde-emitting products is attached hereto and marked "Exhibit C".

12. The trailer was installed in New Orleans, Louisiana, a location whose climate for much of the year is hot and humid. These are the exact conditions that increase the release of formaldehyde gas from wood-based composite panels including particleboard, medium density fiberboard, and hardwood plywood.

13. The volume of air inside the trailer is small and its air exchange rate (i.e., ventilation) is low. These are the exact conditions that increase the concentration of formaldehyde gas inside the trailer.

14. I have reviewed the 2006 Forest River Recreational Vehicle Owner's Manual Travel Trailers and Fifth Wheels. On page 77 it states:

### STATEMENT OF FORMALDEHYDE
### FROM BUILDING MATERIALS

*Certain building products such as particleboard, fiberboard, and hardwood plywood are manufactured with an adhesive containing urea-formaldehyde. These products emit a small quantity of formaldehyde into the air.*

*Other products contain formaldehyde or urea-formaldehyde resins, such as some carpets, draperies, upholstery, fabrics, deodorizers, cosmetics, and permanent-press fabrics. Formaldehyde is also a by-product of combustion and is produced by cigarettes and gas appliances.*

*The concentration of formaldehyde in the indoor air depends on the quantity and emission rates of all emission rates of all emitting products in the structure compared to the volume of indoor air and the fresh air ventilation rate. As with other indoor pollutants, ventilation should reduce formaldehyde levels.*

**WARNING:  FORMALDEHYDE LEVELS IN THE INDOOR AIR CAN CAUSE TEMPORARY EYE AND REPSIRATORY IRRITATION AND MAY AGGRAVATE RESPIRATORY CONDITIONS OR ALLERGIES.**

15. I am aware that the trailer was installed by inserting multiple supports beneath its frame. It is my understanding that during the process of installation that the frame and exterior shell can

LWFR-EXP 13-000004

bend and twist, causing sealed joints in the walls, roof, ceiling, and floor to open. This can allow formaldehyde gas inside the wall, ceiling, and floor cavities to more easily enter the living space and increase the concentration of formaldehyde gas inside the trailer. It can also allow hot, humid air and rain to enter into the wall, ceiling, and floor cavities, causing the relative humidity inside the cavities to rise.

16. Even in the absence of installation-caused damage to the trailer, formaldehyde gas will escape from the exposed raw wood on the back and edges of the wall and ceiling panels and accumulate inside the wall and ceiling cavities. The formaldehyde gas will then naturally enter the living space, with differences in temperature, vapor pressure, and air pressure across the trailer's walls and ceiling providing the driving force for moving the air-borne gas through joints and penetrations in the walls and ceiling (e.g., switch plates, electric receptacles, air-conditioning grilles, ceiling light fixtures, seams between panels). In addition, formaldehyde gas will naturally escape through the overlay on these panels' faces (much more slowly, of course) as well as from the products that are fully inside the trailer (e.g., cabinets, bed support, built-in seating and furniture).

17. On October 1-2, 2008, three years after the trailer was manufactured and lived in, the W. D. Scott Group, Inc. measured the formaldehyde level inside the trailer in the bedroom by the passive badge dosimeter method and reported it to be 48 parts per billion (ppb) or 0.048 parts per million (ppm). The temperature and relative humidity inside the trailer were 82-88°F and 28-38%, respectively.

18. An advisory on page 4 of the 2006 Forest River Recreational Vehicle Owner's Manual Travel Trailers and Fifth Wheels states that the trailer supplied by FEMA to Mr. Wright is intended to be used for short-term recreational use:

*This recreational vehicle has been designed for short term and recreational use. It was not designed to be used as a permanent dwelling.*

As such, it is reasonable to assume that the trailer would normally be used temporarily by occupants for perhaps a few weeks while on vacation. During this time they would be subjected to acute exposure to formaldehyde gas. When the trailer was installed on a foundation and hard-wired and hard-plumbed, however, it was converted from short-term recreational use to long-term housing. As a consequence, Mr. Wright was subjected to chronic exposure to

LWFR-EXP 13-000005

formaldehyde gas. The use of this trailer by Mr. Wright as long-term housing was a reasonably anticipated use given that this trailer was sold to FEMA for the purpose of housing persons displaced by natural disasters like hurricane Katrina.

19. A warning on page 63 of the 2006 Forest River Recreational Vehicle Owner's Manual Travel Trailers and Fifth Wheels states that:

    **!WARNING:**
    *(2) Unlike homes, the amount of oxygen supply is limited due to the size of the recreational vehicle, and proper ventilation when using the cooking appliance(s) will avoid dangers of asphyxiation.*

    The accompanying text advises that ventilation can be provided by turning on an exhaust fan, and by opening an overhead vent and a window. Although the text in the 2006 Owner's Manual explicitly addresses ventilation when using cooking appliance(s), the underlying principles apply to all gases in the air inside the trailer including formaldehyde gas. River Forest, Inc. could have reduced the concentration of formaldehyde gas inside the trailer by reducing the number of formaldehyde-emitting wood composite products it used to construct the trailer and by increasing the ventilation with a built-in mechanical system.

20. I have reviewed reports regarding the levels of formaldehyde measured inside all types of FEMA-supplied emergency housing units including An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006 by the U.S. Department of Health and Human Services dated October 2007; Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses by the Centers for Disease Control and Prevention dated July 2, 2008; and Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report by the Environmental Energy Technologies Division Lawrence Berkeley National Laboratory dated November 2008. The formaldehyde levels measured inside many of the emergency housing units, some two or more years after being placed in service, equal or exceed the 100 ppb threshold that the Centers for Disease Control and Prevention (CDC) identifies in its July 2, 2008, report as *"the level at which health effects have been described in sensitive persons"*. The formaldehyde levels measured inside many of the emergency housing units, some two or more years after being placed in service, equal or exceed ATSDR's chronic minimal risk level of 8 ppb for an

LWFR-EXP 13-000006

exposure period of 365 days or longer, ATSDR's intermediate minimal risk level of 30 ppb for an exposure period of 15 to 364 days, and ATSDR's acute minimal risk level of 40 ppb for an exposure period of up to 14 days.

21. In December 2007 and January 2008 the CDC measured formaldehyde levels inside thirty-six Forest River, Inc. FEMA-supplied travel trailers installed in Louisiana and Mississippi. All trailers were occupied; some were two or more years old. In its Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Houses dated July 2, 2008, the CDC reported that the average formaldehyde level inside the Forest River, Inc. trailers was 82 ppb with a range of 17-510 ppb. The formaldehyde level in forty-two percent of the Forest River, Inc. trailers was equal to or greater than 100 ppb. In six percent of the Forest River, Inc. trailers the formaldehyde level was equal to or greater than 300 ppb.

22. In summary, five factors affect the release of and concentration of formaldehyde gas in the air inside a travel trailer: i) the age and number of formaldehyde-emitting wood composite products used to construct the trailer; ii) the volume of air inside the trailer; iii) the trailer's air exchange rate (i.e., ventilation); iv) the temperature inside the trailer; and v) the relative humidity inside the trailer. The release of formaldehyde gas inside a trailer is greatest in newly-manufactured products and increases as temperature and relative humidity increase. The concentration of formaldehyde gas inside a trailer increases as the number of sources increases and as the volume of air inside the trailer and the air exchange rate (i.e., ventilation) decrease. All five of these factors were acting individually and in concert to increase the release of and concentration of formaldehyde gas inside the Forest River, Inc. SMT32BHLE model travel trailer FEMA supplied to Mr. Wright.

23. Three of the five factors that affect the release of and concentration of formaldehyde gas inside the trailer are largely beyond the control of manufacturer Forest River, Inc.—the volume of air inside the trailer (factor ii), temperature (factor iv), and relative humidity (factor v). The other two factors—the number of formaldehyde-emitting wood composite products used to construct the trailer (factor i) and the air exchange rate (i.e., ventilation) (factor iii) were determined by Forest River, Inc.

LWFR-EXP 13-000007

24. In November 2007 the Lawrence Berkeley National Laboratory measured formaldehyde gas levels inside four never-occupied FEMA travel trailers. (No Forest River, Inc. travel trailer was among those examined by the LBNL.) In its Aldehyde and Other Volatile Organic Chemical Emissions in Four FEMA Temporary Housing Units—Final Report dated November 2008, the LBNL reported that *"We conclude that whole trailer formaldehyde emission factors are high, but the materials may be within those commonly found in the building industry"*.

In other words, the concentration of formaldehyde gas inside the trailers is high even though the wood composite products used to construct them meet the formaldehyde gas emission limits of HUD Standard 24 CFR Chapter XX Part 3280 Manufactured Home Construction and Safety Standards. The HUD Standard requires that wood composite products be tested under the specific conditions set forth in ASTM E 1333 Standard Test Method for Determining Formaldehyde Concentrations in Air and Emission Rates from Wood Products Using a Large Chamber. Under the HUD Standard the maximum amount of formaldehyde gas that can be released is 200 ppb for hardwood plywood and 300 ppb for particleboard. Wood composite products that meet the HUD standard are referred to as low formaldehyde emission or LFE. The LFE designation means only that a wood composite product did not emit more than the specified maximum amount of formaldehyde gas when tested under the specific conditions set forth in ASTM E 1333. The LFE designation is not a predictor of what the actual concentration of formaldehyde gas will be inside a travel trailer (or any other kind of building or structure) constructed with LFE wood composite products. This is because the release of and concentration of formaldehyde gas in the air inside a travel trailer depends upon the interaction of: i) the age and number of formaldehyde-emitting wood composite products used to construct the trailer; ii) the volume of air inside the trailer; iii) the trailer's air exchange rate (i.e., ventilation); iv) the temperature inside the trailer; and v) the relative humidity inside the trailer.

The LBNL reported that *"This indicates a difference in the construction/design* [which is determined by Forest River, Inc.] *that may lead to elevated concentrations and whole trailer emission rates. Three features of material application in the THUs differ from most other dwellings: 1) the extensive use of lightweight composite wood products* [factor i]*, 2) very high surface loading of composite wood products* [factor i] *and 3) low fresh air per unit surface area*

LWFR-EXP 13-000008

*of composite wood products in the THUs* [factor iii]. The LBNL concluded that *"The high loading factor (material surface area divided by THU volume) of composite wood products in the THUs* [factor i] *and the low fresh air exchange relative to the material surface area* [factor iii] *may be responsible for the excessive concentrations observed for some of the VOCs and formaldehyde."*

25. The current formaldehyde gas problem in the FEMA-supplied travel trailers could have been prevented had Forest River, Inc. (and FEMA) employed the mitigation techniques detailed in the extensive body of literature documenting an identical formaldehyde gas problem that plagued HUD-Code manufactured houses in the 1970s and early 1980s for identical reasons. At that time the subfloor, walls, ceiling, doors, and cabinets in HUD-Code manufactured houses were constructed from particleboard, medium density fiberboard, and hardwood plywood that released formaldehyde gas after being placed in service. The HUD-Code manufactured houses of that time were small in volume and had a low air exchange rate (i.e., ventilation); complaints about formaldehyde gas were common. The problem was investigated, its causes identified, solutions put in place, and by the late 1980s formaldehyde gas inside HUD-Code manufactured houses ceased to be a problem.

26. Forest River, Inc. could have reduced the number of formaldehyde-emitting products inside the trailer by using wood composite products that either do not emit formaldehyde (hardwood plywood, medium density fiberboard, and particleboard are also made with adhesives that do not contain formaldehyde) or emit so little formaldehyde that they are exempt from the HUD standard (hardboard for walls and ceilings instead of hardwood plywood). At the time this trailer was manufactured, Forest River, Inc. had available to it alternative materials that, if used, would have emitted little or no formaldehyde gas.

27. In handwritten notes dated November 1, 2006, and November 15, 2006, Forest River, Inc. discussed using LFE wood composite products in its travel trailers beginning on/about January 2007.

28. The HUD Standard for LFE wood composite products was recently superseded by the California Air Resources Board (CARB) Standard to further reduce the amount of formaldehyde gas to which the users of products made with wood composite products,

LWFR-EXP 13-000009

including travel trailers, are exposed. The CARB Standard Phase One became effective January 1, 2009. Under the CARB Standard Phase One, the maximum amount of formaldehyde gas that can be released from wood composite products when tested under ASTM E 1333 is: i) less than 80 ppb for hardwood plywood; ii) less than 180 ppb for particleboard; and iii) less than 210 ppb for medium density fiberboard. The maximum formaldehyde gas emission levels will be even lower under the CARB Standard Phase Two that takes effect in 2010 and 2011. The Recreational Vehicle Industry Association (RVIA), of which Forest River, Inc. is a member, recently adopted the CARB Standard. As a condition of membership in the RVIA, companies that manufacture recreational vehicles including travel trailers must use only wood composite products that meet the CARB Standard also beginning January 1, 2009. In November 2008, FEMA released a new specification for travel trailers to be used as temporary housing following natural disasters. The specification requires that *"Once constructed, the unit's formaldehyde emission level shall be less than 0.016 ppm* [16 ppb] *during initial testing period prior to delivery from the manufacturing plant. No Luan* [sic]*, MDF, vinyl gypsum, or products which contain urea-formaldehyde will be allowed."*

29. Forest River, Inc. could have increased the trailer's air exchange rate (i.e., ventilation) by equipping it with a mechanical system that blows contaminated indoor air outside and draws fresh outdoor air inside as has been required in HUD-Code manufactured houses since 1984. If Forest River, Inc. had utilized such a mechanical system, it would have reduced the level of formaldehyde gas inside the trailer.

I reserve the right to submit further affidavits if so deemed necessary.

FURTHER AFFIANT SAYETH NOT.

Thus, signed and sworn on this the 27th day of July, 2009.

_____
Stephen Smulski, Ph.D.   453 Wendell Road   Shutesbury, MA 01072

_____        Wendy-Anne Campbell
Notary Public Signature                      Notary Public Name

_____        10/26/2012
Notary Number                              Commission Expires

LWFR-EXP 13-000010

**EXHIBIT A**

**Curriculum Vitae**
## Stephen John Smulski
453 Wendell Road   Shutesbury, MA 01072   413 259-1661   woodsci@crocker.com

### Education
Ph.D. Wood Science and Forest Products, Virginia Tech at Blacksburg, 1985

M.S. Environmental and Resource Engineering, State University of New York at Syracuse, 1980

B.S. Wood Science and Technology, University of Massachusetts at Amherst, 1977

### Expertise
Anatomical, mechanical, physical and chemical properties of wood and wood-based materials; manufacture, use and in-service performance characteristics of wood and wood-based products in residential, commercial and industrial wood-frame construction.

### Services
Evaluation/resolution of in-service performance problems including water infiltration and decay in buildings; exterior finish failures; wood construction technology; wood product failure analysis; wood property testing; wood identification; litigation support and expert witness testimony; technical seminars and reports.

### Employment
President, Wood Science Specialists Inc., Shutesbury, MA, 6/92-present

Quality assurance inspector, Truss Plate Institute, Madison, Wisconsin, 10/93-12/04

Adjunct Associate Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 10/01-5/02

Adjunct Assistant Professor of Building Materials and Wood Technology, University of Massachusetts at Amherst, 6/92-9/01

Assistant Professor of Wood Science and Technology, University of Massachusetts at Amherst, 9/87-5/92

Visiting Lecturer of Wood Science and Technology, University of Massachusetts at Amherst, 1/85-8/87

Teaching and Research Assistant, Forest Products Department, Virginia Tech at Blacksburg, 9/81-12/84

Teaching Assistant, Wood Science and Technology, University of Massachusetts at  Amherst, 9/79-12/79

Research Fellow, Wood Products Engineering Department, State University of New York at Syracuse, 9/77-8/79

Research Intern, Scott Paper Company, Philadelphia, PA, 6/77-8/77

### Membership in Professional and Honor Societies
Forest Products Society   International Association of Wood Anatomists
Society of Wood Science and Technology   Phi Kappa Phi   Xi Sigma Pi   Sigma Xi

July 2009

LWFR-EXP 13-000011

## Professional Service

Member Board of Directors Society of Wood Science and Technology, 2000-2002
Editor, *Wood Design Focus A Journal of Contemporary Wood Engineering*, 1995-2000
Member Forest Products Society Publication Identification and Preparation Task Group, 1997-99
Member FPS Long Range Planning Committee, 1995-96
Member FPS Executive Board FPS, 1991-94
Chair FPS Ad Hoc Publications Review Committee, 1992-93
Chair Northeast Section FPS, 1990-92
Vice Chair and Program Chair NE Section FPS, 1989-90
Secretary NE Section FPS, 1988-89
Elected Trustee NE Section FPS, 1986-88
Appointed Trustee NE Section FPS, 1985-86
Member Society of Wood Science and Technology Critical Issues Committee, 1990-91
Co-Chair National Planning Committee on Forest Products Research, 1990
Member National Planning Committee on Forest Products Research, 1987-90
Member USDA Competitive Grants Wood Utilization Program Proposal Review Panel, Washington, D. C., 1990

## Honors

Marquis Who's Who in Science and Engineering, 1994-1995
Who's Who in Massachusetts, 1993
First Place Wood Award, Forest Products Society, 1986

## Publications

Smulski, S. 2006. A humid relationship. Weatherwise. 59(3):38-42.

Smulski, S. 2005. Avoiding problems with wood and bamboo flooring in commercial applications. The NABIE Examiner. 15(2):2.

Smulski, S. 2004. Structural Use of Wood. Pages 1318-1327 *in* Encyclopedia of Forest Science. J. Burley, ed. Elsevier Ltd. Oxford, England.

Smulski, S. 2003. Builder blunders. Journal of Light Construction. 22(3):56-60.

Smulski, S. 2003. The great equalizer: moisture in New England houses. ArchitectureBoston. 6(3):32-34.

Smulski, S. 2002. Living with a tight house. Smart Homeowner. 6:34-39.

Smulski, S. 2001. Moisture-caused problems in energy-efficient houses. Pages 11-17 *in* Proceedings of the 2nd Annual Conference on Durability and Disaster Mitigation in Wood-Frame Housing. Forest Products Society. Madison, WI.

Smulski, S. 2001. A call for targeted technology transfer. Wood and Fiber Science. 33(1):1-2.

Smulski, S. 2000. Ensuring the durability of energy-efficient houses. Fine Homebuilding. 131:72-77.

Smulski, S. 2000. Controlling indoor moisture in energy-efficient houses. Architectural Record. 4:167-168.

Smulski, S. 2000. Durability of energy-efficient wood-frame houses. Rural Builder. 34(1):30-39.

Smulski, S. 1999. Durability of energy-efficient wood-frame houses. Forest Products Journal. 49(5):8-15.

Smulski, S. 1999. Preventing wood degradation. Pages 3.1-3.44 *in* Timber Construction for Architects and Builders. E. Goldstein. McGraw-Hill. New York, New York.

LWFR-EXP 13-000012

Smulski, S. 1998. Wood science and technology in civil litigation. Wood Design Focus. 9(4):8-9.

Smulski, S. 1997. Controlling indoor moisture sources in wood-frame houses. Wood Design Focus. 8(4):19-24.

Smulski, S. 1997. Premature failure of paints and solid color stains on energy-efficient homes. Paint & Coatings Industry. 13(4):68, 70.

Smulski, S. (editor). 1997. Engineered Wood Products A Guide for Specifiers, Designers and Users. PFS Research Foundation. Madison, Wisconsin. 294 p.

Smulski, S. 1996. Lumber grade stamps. Fine Homebuilding. 103:70-73.

Smulski, S. 1994. Construction adhesives. Journal of Light Construction. 12(12):43-49.

Smulski, S. 1994. Energy conservation backlash: mildew, mold, decay and insects in wood-frame construction. Pages A123-A132 in Proceedings of the 12th Annual International Energy Efficient Building Association Conference and Exposition. Energy Efficient Building Association. Wausau, WI.

Smulski, S. 1994. Water in the walls: three case studies. Journal of Light Construction. 12(11):58-60.

Smulski, S. 1994. All about roof trusses. Fine Homebuilding. 89:40-45.

Smulski, S. 1993. Flat truss failure. Journal of Light Construction. 12(1):34-35.

Smulski, S. 1993. Wood fungi causes and cures. Journal of Light Construction. 11(8):22-28.

Smulski, S. 1993. Detailing for wood shrinkage. Fine Homebuilding. 81:54-59.

Smulski, S. 1992. How well do you know wood? Journal of Light Construction. 11(1):78.

Smulski, S. 1992. Wood-destroying insects. Journal of Light Construction. 10(12):35-39.

Smulski, S. 1991. Deck lumber made to last. Pages 26-33 in The Cottage Book. F. Edwards, ed. Hedgehog Productions Inc. Ontario, Canada.

Smulski, S. 1991. Preservative treated wood in light-frame construction. In Proceedings Third Annual "What's Happening in Housing Research?" Symposium. W. Rose, ed. National Association of Home Builders 1991 Annual Convention. Atlanta, GA.

Smulski, S. 1991. Glue-laminated timbers. Fine Homebuilding. 71:55-59.

Smulski, S. et al. 1991. Forest products research at U.S. universities in 1988-89. Wood and Fiber Science. 23(4):597-606.

Smulski, S. 1991. Relationship of stress wave- and static bending-determined properties of four northeastern hardwoods. Wood and Fiber Science. 23(1):44-57.

Smulski, S. 1990. Preservative treated wood. Fine Homebuilding. 63:61-65.

Smulski, S. 1990. Construction adhesives. Fine Homebuilding. 58:72-75.

Smulski, S. 1989. Improving the environment through forest products research. Proceedings of the 1989 Forest Products Research Conference. USDA Forest Products Laboratory. Madison, WI. 16 p.

LWFR-EXP 13-000013

Smulski, S. 1989. The dollars and sense of regulatory issues. Proceedings of the NE Section FPRS 1989 Spring Meeting. 6 p.

Smulski, S. and T. Smith. 1989. Preservative treated wood for greenhouses. UMass Cooperative Extension Floral Notes. 1(6):2-5.

Smulski, S. 1989. Creep functions for wood composite materials. Wood and Fiber Science. 21(1):45-54.

Smulski, S. 1988. Fine points of construction adhesives. Custom Builder. 3(9):33-34.

Jackowski, J. and S. Smulski. 1988. Isocyanate adhesive as a binder for red maple flakeboard. Forest Products Journal. 38(2):49-50.

Smulski, S. and G. Ifju. 1987. Creep of glass fiber reinforced hardboard. Wood and Fiber Science. 19(4):430-438.

Smulski, S. and G. Ifju. 1987. Flexural behavior of glass fiber reinforced hardboard. Wood and Fiber Science. 19(3):313-327.

Smulski, S. 1987. Formaldehyde indoors. Progressive Builder. 12(4):9-11.

Smulski, S. 1986. All about glues and gluing. Scale Woodcraft. 4:44-48.

Smulski, S. and W. Cote. 1984. Penetration of wood by a water-borne alkyd resin. Wood Science and Technology. 18:57-75.

Smulski, S. 1980. A close look. Fine Woodworking. 21:52-53.

## Presentations

"Avoiding Problems with Wood and Bamboo Flooring." 2009. American Floor Covering, Inc. Manchester, CT.

"Inside Wood" and "Wood Science in the Coutroom." 2009. 17th Annual Meeting National Academy of Building Inspection Engineers. Savannah, GA.

"Inside Wood." 2008. Connecticut Tree Protective Association. Plantsville, Connecticut.

"Engineered Wood Flooring."  2007. Hoboken Floors. Pompton Plains, New Jersey.

"History, Geology and Forensic Stability Survey of New-Gate Prison and Copper Mine." 2007. Western Massachusetts Branch Boston Society of Civil Engineers. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2007. Viking Lumber.Samoset Resort, Rockport, ME.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2007. Steffian Bradley Architects. Boston, MA.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2006. Boston Society of Architects 22nd Annual Build Boston Trade Show and Convention. Boston, MA.

"Timber Foundation Piles." 2006. Civil and Environmental Engineering Department. University of Massachusetts at Amherst.

LWFR-EXP 13-000014

"The Weatherstick." 2005. Interview on Nippon Television *Mystery Solved*. Tokyo, Japan.

"Avoiding Moisture-Caused Problems With Wood and Bamboo Flooring." 2005. Boston Society of Architects 21st Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems with Coatings on Exterior Wood." 2005. Samuel Cabot Inc. National Sales Meeting. Durham, NH.

"Moisture-Caused Problems in Energy-Efficient Wood-Frame Houses" keynote address and "Preventing Moisture Problems in Wood Siding: The Rain-Screen Principle." 2005. Federation of Societies for Coatings Technology Advancements in Coatings Series. Charlotte, NC.

"Moisture and Mold: Causes and Prevention." 2005. JLC Live Residential Construction Show. Chicago, IL.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2005. Mid-Cape Home Center. Hyannis, MA.

"Forensic Application of Wood Science and Technology." 2005. The Essex Club. Haverhill, MA.

"The Nature of Wood", "Wood-Water Relationships" and "Moisture-Caused Problems with Wood Flooring." 2005. 13th Annual Meeting National Academy of Building Inspection Engineers. Newark, NJ.

"Mildew, Mold and Wood-Rotting Fungi", "Wood-Destroying Insects" and "Recognizing MoistureProblems in Wood-Frame Buildings." Long Island Chapter American Society of Home Inspectors 5th Annual Educational Seminar and Exam Prep Class. Carle Place, NY. 2005.

"Avoiding Moisture-Caused Problems With Wood Flooring." 2004. Janos Spitzer Flooring Company. New York, NY.

"Assessment of Structural Wood Framing in Historic Buildings." 2004. Hudson Valley Chapter American Society of Home Inspectors Historic Homes Educational Seminar. Kingston, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Western Massachusetts Chapter American Institute of Architects. Hadley, MA.

"Moisture and Mold: Causes and Prevention." 2004. Construction Design & Trades Conference. State of Connecticut Department of Public Safety. Cromwell, CT.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2004. Boston Chapter of the Construction Specifications Institute. Cambridge, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Boston Society of Architects 19th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Columbus, OH.

"Mold in Residential Construction." 2003. Southeastern Massachusetts Building Officials Association, Inc. Taunton, MA.

LWFR-EXP 13-000015

"Inspection and Evaluation of Timber Foundation Piles." 2003. GEI Consultants, Inc. Winchester, MA.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Milwaukee, WI.

"Avoiding Moisture Problems in Residential Construction." 2003. Morningside Builders. Londonderry, NH.

"Moisture and Mold: Causes and Prevention." 2003. JLC Live Residential Construction Show. Providence, RI.

"Opportunities and Pitfalls in Construction Detailing." 2003. Northeast Sustainable Energy Association 28th Annual Conference. Boston, MA.

"Moisture Problems in Energy-Efficient Houses." 2003. Interview on KZUM Radio Community Home Show. Lincoln, NB.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Falmouth Lumber Design Center. Falmouth, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2003. Merritt & Harris, Inc. New York, NY.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2002. Boston Society of Architects 18th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Residential Structures: How and Why." 2002. New England Municipal Building Officials Seminar. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2002. Presented at Purdue University, West Lafayette, Indiana, under Society of Wood Science and Technology Visiting Scientist Program.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Home Builders & Remodelers Association of Southwestern New Hampshire. Keene, NH.

"Forensic Application of Wood Science and Technology." 2002. Department of Natural Resource Conservation. University of Massachusetts. Amherst, MA.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2002. Nashua Area Home Builders and Remodelers Association. Nashua, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2001. Boston Society of Architects 17th Annual Build Boston Trade Show and Convention. Boston, MA.

"Mold in Energy-Efficient Houses." 2001. Marsh Risk Consulting Seminar. Hartford, CT.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Greater Manchester Home Builders' Association. Manchester, NH.

"Siding and Flooring—What Went Wrong?" 2001. Forest Products Society Annual Meeting. Baltimore, MD.

"Avoiding Moisture Problems in Energy-Efficient Houses." 2001. Construction Business and Technology Conference. Providence, RI.

LWFR-EXP 13-000016

"Wood and Water: Problems and Solutions in Light-Frame Construction." 2001. New England Chapter American Society of Home Inspectors Training Course. Somerville, MA.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Boston Society of Architects 16th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in Energy-Efficient Houses." 2000. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Durability of Energy-Efficient Wood-Frame Houses." 2000. World Conference on Timber Engineering. Whistler, British Columbia.

"Wood Science and Technology in the Courtroom." 2000. Forest Products Society Annual Meeting. South Lake Tahoe, NV.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Providence, RI.

"Diagnosing and Curing Moisture Problems." 2000. Construction Business and Technology Conference. Baltimore, MD.

"Durability of Energy-Efficient Wood-Frame Houses" and "Forensic Application of Wood Science and Technology." 2000. Presented at University of Maine at Orono under Society of Wood Science and Technology Visiting Scientist Program.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Northeast Section Forest Products Society. Amherst, MA.

"Moisture Problems in Energy-Efficient Wood-Frame Houses." 2000. Southern New Hampshire Home Builders & Remodelers Association. Derry, NH.

"Avoiding Moisture Problems in Energy-Efficient Wood-Frame Houses." and "Preventing Wood Degradation." 1999. Boston Society of Architects 15th Annual Build Boston Trade Show and Convention. Boston, MA.

"Moisture-Caused Problems in New Wood-Frame Houses." 1999. New Hampshire Building Officials Association. Meredith, NH.

"New Products: Promise and Peril." 1999. Durability and Disaster Mitigation in Wood-Frame Housing. PATH Consortium for Wood-Frame Housing. Madison, WI.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles" and "Forensic Application of Wood Science and Technology." 1999. Presented at North Carolina State University at Raleigh and Virginia Tech at Blacksburg under Society of Wood Science and Technology Visiting Scientist Program.

"Designing Durable Wood-Frame Houses." 1999. Donham & Sweeney Architects. Boston, MA.

"Diagnosing and Curing Moisture Problems." 1999. Construction Business and Technology Conference. Baltimore, MD.

"Preventing Wood Degradation." 1998. Boston Society of Architects 14th Annual Build Boston Trade Show and Convention. Boston, MA.

LWFR-EXP 13-000017

"Wood Deterioration: Decay, Insects and Weathering." 1998. 2nd International Preservation Trades Workshop. Gaithersburg, MD.

"Energy-Efficient Wood-Frame Houses: New Materials, New Techniques, New Troubles." 1998. Forest Products Research Conference. Madison, WI.

"Diagnosing and Curing Moisture Problems." 1998. Construction Business and Technology Conference. Providence, RI.

"Moisture-Related Problems in Wood-Frame Buildings." 1998. National Academy of Building Inspection Engineers. Alexandria, VA.

"Moisture-Related Problems in Newly-Built Homes." 1997. New England Municipal Building Officials Seminar. Amherst, MA.

"Preventing Interior Moisture Sources in Buildings." 1997. International Union of Forestry Research Organizations All Division 5 Conference. Pullman, WA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1997. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Moisture-Related Problems in Newly-Built Homes." 1997. Construction Business and Technology Conference. Providence, RI.

"Premature Failure of Paints and Solid Color Stains on Energy-Efficient Homes." 1996. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water." 1996. Maple Flooring Manufacturers Association. Palm Springs, CA.

"Field Inspection of Roof and Floor Trusses." 1995. New England Municipal Building Officials Seminar. Amherst, MA.

"In-Service Performance of Wood Products." 1995. Roger Williams Hoo-Hoo Club, Newport, RI.

"The Nature and Behavior of Wood." 1995. Connecticut Chapter Piano Technicians Guild. Hartford, CT.

"Wood-Destroying Insects" and "Mildew, Mold and Wood-Destroying Fungi." 1995. Massachusetts Cooperative Extension Service Training Workshop for Pest Control Professionals. Waltham, MA.

"Moisture Problems and Solutions: Case Studies." 1995. Construction Business and Technology Conference. Boston, MA.

"Panel Products in Residential Construction." 1995. Northeast Retail Lumber Association Sales and Product Training School. Northampton, MA.

"Recognizing and Solving Moisture Problems in Light-Frame Construction." 1994. New England Municipal Building Officials Seminar. Amherst, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1994. New England Chapter American Society of Home Inspectors Training Course. Needham, MA.

"Quality Assurance in Truss Manufacture." 1994. New England Chapter Wood Truss Council of America. Worcester, MA.

LWFR-EXP 13-000018

"Energy Conservation Backlash: Mildew, Mold, Decay and Insects in Wood-Frame Construction." 1994. Energy Efficient Building Association Conference. Dallas, TX.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America Western Regional Conference. Whitefish, MT.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1993. New England Municipal Building Officials Seminar. Amherst, MA.

"Behavior of Wood in Buildings." 1993. Timber Framers Guild of North America International Conference. Rindge, NH.

"Detecting and Preventing Moisture, Fungal, and Insect Damage in Wood-Frame Buildings." 1993. Workshop for Municipal Building Officials. Storrs, CT.

"Wood as a Substrate for Coatings" and "Solving Exterior Wood Finishing Problems." 1993. New England Society for Coatings Technology. Worcester, MA.

"Wood Properties Affecting Machining." 1993. Northeast Section Forest Products Society Spring Meeting. Westminster, MA.

"Moisture-Related Problems in Wood Products Manufacturing." keynote address. 1993. New England Wood Products Exposition. Springfield, MA.

"Moisture-Caused Truss Plate Withdrawal." 1993. Energy Efficient Building Association Conference. Boston, MA.

"Solving Moisture Problems in Light-Frame Construction." 1993. George Torello Consulting Engineers. Essex, CT.

"Solving Moisture Problems in Light-Frame Construction." 1992. Remodelors Council of Greater Springfield. Springfield, MA.

"Wood and Water: Problems and Solutions in Light-Frame Construction." 1992. New England Municipal Building Officials Seminar. Amherst, MA.

"The Nature of Wood," "Basic Wood Identification," "Wood/Water Relationships," "Deterioration of Wood" and "Recognizing Moisture Problems in Wood Buildings." 1991. National Park Service Wood Conservation Training Course. Boston, MA.

"Insect and Fungal Damage in Wood-Frame Construction." 1991. New England Municipal Building Officials Seminar. Amherst, MA.

"Two-Species Oriented Flakeboard Layered by Wood Density." 1991. Forest Products Society Annual Meeting. New Orleans, LA.

"Preservative Treated Wood in Light-Frame Construction." 1991. National Association of Home Builders Annual Conference. Atlanta, GA.

"Wood Decay in Residential Construction." 1991. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

LWFR-EXP 13-000019

"Wood Properties Affecting Gluing." 1990. Northeast Section Forest Products Society Spring Meeting. Poughkeepsie, NY.

"Preventing Decay in Exterior Wood Construction" and "Preservative Treated Wood." 1990. National Recreation and Parks Association New England Training Institute. Bedford, NH.

"Construction Adhesives." 1990. Northeast Solar Energy Association Advanced Residential Construction Conference. Leominster, MA.

"Stress Wave Nondestructive Evaluation of Hardwood MOE and MOR." 1989. Seventh International Symposium on Nondestructive Testing of Wood. Madison, WI.

"Health Aspects of Building Products: Wood Products." 1989. Northeast Solar Energy Association Advanced Residential Construction Conference. Sturbridge, MA.

"Construction Practice and Wood Decay." 1989. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Wood, Water and Decay." 1989. Massachusetts Cooperative Extension Service Workshop on Making the Most of Pressure Treated Wood. Amherst, MA.

"Consumer Adhesives." 1988. Northeast Retail Lumber Association Sales and Product Development Institute. Northampton, MA.

"Linearization of Creep Curves." 1987. Forest Products Society Annual Meeting. Louisville, KY.

"Elastic Behavior of Glass Fiber Reinforced Hardboard." 1986. Forest Products Society Annual Meeting. Spokane, WA.

"Glass Fiber Reinforced Hardboard." 1986. Forest Products Research Conference. Madison, WI.

"Dowel Pins as Connectors for Wood Composite Panels." 1986. Saunders Brothers. Westbrook, ME.

LWFR-EXP 13-000020

**Exhibit B**

List of depositions and testimony in arbitration hearings or courtrooms given by Stephen Smulski since July 29, 2005:

Date/Activity: June 10, 2009/deposition
Client: Atty. T. Christopher Pinedo, Corpus Christi, Texas, representing plaintiff
Case: Docket No. 09-2892 Charles Age, et al. v. Gulf Stream Coach, Inc. et al. FEMA Trailer Formaldehyde Products Liability Litigation

Date/Activity: September 19, 2008/deposition
Client: Atty. Frank D'Amico Jr., Law Offices of Frank D'Amico, Jr., New Orleans, Louisiana, representing plaintiff
Case: FEMA Trailer Formaldehyde Products Liability Litigation

Date/Activity: August 11, 2008/courtroom testimony
Client: Atty. Ronald Harding, Weston, Patrick, Willard & Redding, Boston, Massachusetts, representing defendant
Case: No. 06-535 Ciampa v. USAA Property and Casualty Insurance Co.

Date/Activity: January 28, 2008/deposition
Client: Atty. Philip Thompson, Thompson & Henry, P.A., Conway, South Carolina, representing plaintiff
Case: No. 03-CP-26-7169 Riverwalk at Arrowhead Country Club Property Owners' Association, Inc. v. Heritage Communities, Inc., et al.

Date/Activity: November 29, 2007/courtroom testimony
Client: Full Spectrum of New York, L.L.C., defendant, represented by Atty. Matthew Gordon
Case: William Sylvester v. Full Spectrum of New York (case caption and number not known)

Date/Activity: May 8, 2007/deposition
Client: Atty. Barry Nakell, Chapel Hill, North Carolina, representing plaintiff
Case: No. 02-CVS-2041 Joseph Kintz v. Amerlink, Ltd. and Richard Spoor

Date/Activity: November 8, 2006/deposition
Client: Atty. Philip Thompson, Thompson & Henry, P.A., Conway, South Carolina, representing plaintiff
Case: No. 2005-CP-26-0044 Magnolia North Property Owners' Association, Inc. v. Heritage Communities, Inc., et al.

Date/Activity: June 19, 2006/deposition
Client: Atty. John Bishop, Massachusetts Water Resources Authority, Boston, Massachusetts, representing defendant
Case: No. 0-5756 A Charles Dumbaugh v. Metropolitan District Commission, et al.

Date/Activity: December 20, 2005/arbitration testimony
Client: Alan Rossilli, Luxury Floors, Inc., Newark, New Jersey, represented by Atty. Ron Tobia
Case: The Gym, LLC. v. Luxury Floors, Inc. (case caption and number not known)

LWFR-EXP 13-000021

**Exhibit C**

Anticipated formaldehyde-emitting wood composite products inside Forest River, Inc. SMT32BHLE model travel trailer occupied by Mr. Lyndon Wright (based on floor plan shown in FOREST-0003377).

| location | item | anticipated formaldehyde-emitting wood composite product |
|---|---|---|
| | subfloor | particleboard or OSB* |
| | walls | hardwood plywood |
| | ceilings | hardwood plywood |
| bedroom | platform bed with storage compartment below | hardwood plywood or OSB* mattress support; hardwood plywood left and right side panels, foot panel |
| | shirt closet | medium density fiberboard or particleboard door panel; particleboard face frame; hardwood plywood side panels |
| | nightstand | medium density fiberboard or particleboard door panel; hardwood plywood side panels; medium density fiberboard or particleboard countertop |
| | sliding door | hardwood plywood door skins; medium density fiberboard rails and stiles |
| | upper cabinet | medium density fiberboard or particleboard door and side panels; particleboard face frame; hardwood plywood shelves |
| living area | pull-out sofa with storage compartment below | hardwood plywood front panel |
| dinette | bench seats | hardwood plywood seat back, cushion support and side panels; medium density fiberboard or particleboard face frame or trim |
| | table | medium density fiberboard or particleboard tabletop |
| kitchen | upper cabinets | medium density fiberboard or particleboard door and side panels; particleboard face frame; hardwood plywood shelves |
| | lower cabinets | medium density fiberboard or particleboard door panels; particleboard face frame; hardwood plywood front and side panels and shelves |
| | drawers | medium density fiberboard or particleboard front; hardwood plywood or particleboard bottom; hardwood plywood sides and rear |
| | countertop | medium density fiberboard or particleboard |
| bunk beds with storage compartment below | | hardwood plywood or OSB* mattress support; hardwood plywood storage compartment front panel |
| bathroom | door | hardwood plywood skins; medium density fiberboard rails and stiles |
| | wardrobe | medium density fiberboard or particleboard door panel; particleboard face frame; hardwood plywood sides and shelves |
| | vanity | medium density fiberboard or particleboard countertop; medium density fiberboard or particleboard door panel; particleboard face frame; hardwood plywood sides and shelves |

*Exempt from HUD formaldehyde emission standards.

LWFR-EXP 13-000022