UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                             MDL  NO. 07-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION
                                                                SECTION "N" (5)
THIS DOCUMENT RELATES TO
ALL CASES

PRETRIAL ORDER NO. 43

**IT IS ORDERED** that **Fluor Enterprises, Inc.'s Motion to Continue First Two Bellwether Trials and Revise Remaining Bellwether Trial Schedule (Rec. Doc. 2507)** is **GRANTED IN PART and DENIED IN PART** to the following extent:

(1) The Fleetwood bellwether trial, currently set to begin on Monday, October 26, 2009 is **CONTINUED** to begin on **Monday, December 7, 2009 at 8:30 a.m.** The pre-trial conference for the Fleetwood trial, currently set for Thursday, October 15, 2009 is **CONTINUED** to **Thursday, November 19, 2009 at 10:30 a.m.** On or before **Friday, August 14, 2009 at 5:00 p.m.**, the parties shall submit to the Court an unopposed proposed scheduling order pertaining to this new trial date. However, it should be noted that any expert report deadlines currently pending shall be maintained if Plaintiffs have already provided their expert reports.

(2) The Forest River bellwether trial, currently set to begin on Monday, December 7, 2009 is **CONTINUED** to begin on **Monday, March 15, 2010, at 8:30 a.m.** The pre-trial conference for the Forest River trial, currently set for November 19, 2009 is **CONTINUED** to **Thursday, February 25, 2010 at 9:30 a.m.** On or before **Friday, August 14, 2009 at 5:00 p.m.**, the parties shall submit to the Court an unopposed proposed scheduling order

pertaining to this new trial date. However, to the extent that Plaintiffs have already provided some expert reports in connection with any existing deadlines, Defendants shall provide corresponding expert reports under the current expert report deadlines.

(3) The date for the Gulf Stream bellwether trial, set to begin on September 14, 2009, and all pre-trial dates relating thereto, remain unchanged.

(4) The date for the Keystone bellwether trial, set to begin on January 11, 2010, remains unchanged; however the pre-trial conference, currently set for Thursday, December 17, 2009 is **CHANGED** to **Thursday, December 3, 2009 at 9:30 a.m.**

(5) The date for the Recreation By Design bellwether trial, set to begin on Monday, May 17, 2010, and all pre-trial dates relating thereto, remain unchanged.

NEW ORLEANS, LOUISIANA, this 12th day of August, 2009.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE