UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873<br>SECTION N MAG. 5 |
| | JUDGE ENGELHARDT<br>MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO:<br>*Bauer, et al v. Liberty Homes, Inc., et al.*<br>No. 08-5031 | JURY DEMANDED |

### MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL AND AMENDING COMPLAINT

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, who respectfully move this Court for leave to amend their Original Complaint filed on December 1, 2008. Plaintiffs request the amendment pursuant to FRCP 15 which states "leave shall be freely given when justice so requires." In the

Second Supplemental and Amending Complaint, Plaintiffs raise allegations against additional Defendants, as Listed in Exhibit "B" attached hereto and incorporated herein by reference for all purposes.

Additionally, Plaintiffs wish to properly align the parties from those originally listed on Exhibit "A" attached to Plaintiffs' Original Complaint filed on December 1, 2008 by attaching an amended **Exhibit "A"** hereto and stating as follows:

(a) Pursuant to the Preservation of Defenses filed on February 26, 2009, Rec. Doc. 1127, Plaintiffs add the name "Morgan Buildings & Spas, Inc." wherever the name "Morgan Building Systems, Inc." appears.

(b) Pursuant to the Preservation of Defenses filed on February 23, 2009, Rec. Doc. 1117, Plaintiffs substitute the name "Vanguard, LLC" wherever the name "Vanguard Industries of Michigan, Inc., (aka Palomino RV)" appears.

(c) Pursuant to the Preservation of Defenses filed on March 12, 2009, Rec. Doc. 1165, Plaintiffs substitute the name "Keystone RV Company" wherever the name "Keystone Industries, Inc." appears, which is a defunct entity pursuant to Doc. 1165.

(d) Plaintiffs, Gladys and Lewis Tillman were voluntarily dismissed from this action by Order dated February 27, 2009 (Rec. Doc. 1130).

(e) Plaintiff, Anthony Dixon was voluntarily dismissed from this action by Order dated April 8, 2009 (Rec. Doc. 1165).

(f) Plaintiffs Mark Bates, Muriel Crowley, Darryl Kimble, Joan Kimble and Joshua Spinks recently were voluntarily dismissed from this action by Order dated May 20, 2009 (Rec. Doc. 1555).

(g) Plaintiff Caroline Bailey was voluntarily dismissed from this action on July 30, 2009 (Rec. Doc. 2405).

(h)  By substituting the name "SunRay Investments, LLC" for the name SunRay RV, LLC, wherever the latter is named as Defendant in the Original Complaint as referenced in Plaintiff's First Supplemental and Amended Original Complaint filed on June 16, 2009 (Rec. Doc. 1773).

(i) Allegations against Defendant Integrity Midwest Inc., d/b/a US Adventure RV were voluntarily dismissed on May 28, 2009 (Rec. Doc. 1621). Plaintiffs substitute the name "Timberland RV Company d/b/a Adventure Manufacturing" wherever the name "Integrity Midwest Inc., d/b/a US Adventure RV appears.

(j) Pursuant to the Preservation of Defense filed on May 22, 2009, Rec. Doc. 1568, Plaintiffs substitute the name "Champion Home Builders Co." wherever the name "Champion Homes" appears.

(k) Pursuant to the Preservation of Defense filed on February 26, 2009, Rec. Doc. 1129, Plaintiffs substitute the name "Redman Homes, Inc., f/k/a Dutch Homes, Inc., wherever the name "Redman Homes, Inc., f/k/a Dutch Homes" appears.

(l) Plaintiff Shannon Larter was inadvertently listed twice on Exhibit "A" to Plaintiff's Original Complaint. Therefore, the duplication of Shannon Larter has been omitted on the Exhibit "A" attached hereto.

(m) Plaintiff Theresa Long McKay was inadvertently listed twice on Exhibit "A" to Plaintiff's Original Complaint. Therefore, the duplication of Theresa Long McKay has been omitted on the Exhibit "A" attached hereto.

As such, Plaintiffs respectfully pray that this Honorable Court grant their Motion for Leave to File Second Supplemental and Amending Complaint.

Respectfully submitted,

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**
**Trial Attorney in Charge for Plaintiffs**
Texas State Bar No. 09677700
Southern District of TX Federal ID No. 5912
Kevin W. Grillo, Of Counsel
Texas State Bar No. 08493500
Southern District of TX Federal ID No. 4647
ROBERT C. HILLIARD, L.L.P.
719 S. Shoreline Boulevard, Suite 500
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015

**MIKAL C. WATTS**
Texas State Bar No. 20981820
Southern District of TX Federal ID No. 12419
MIKAL C. WATTS, P.C.
2506 N. Port Ave.
Corpus Christi, Texas 78401
Telephone: (800) 994-0019
Facsimile: (361) 882-1261

**RICHARD P. IEYOUB**
Louisiana State Bar and
Eastern District of Louisiana Federal ID No. 2217
CARLETON DUNLAP OLINDE & MOORE, LLC
One American Place, Suite 900
Baton Rouge, LA 70825
Phone 225-282-0600
Fax 225-282-0650

**DANIEL D. WARE**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 10847
**CARROLL LOUIS CLIFFORD IV**
Mississippi State Bar and
Southern District of Mississippi Federal ID No. 99545
WARE CLIFFORD LAW FIRM PLLC
2625 Ridgewood Rd., Ste 100
Jackson, MS 39216
Phone 601-368-9310
Fax 601-368-9958
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading was served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 12th day of August, 2009.

/s/ Robert C. Hilliard
_____
**ROBERT C. HILLIARD**