# Exhibit A

839

**Plaintiff** Belinda Bauer (200026)                    **Address** P.O. Box 1207  Chalmette, LA 70004

**Defendants**
      Liberty Homes Inc.
      Liberty RV & Marine, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Mae Aaron, as Next Friend of Jarell          **Address** 517 Martin Luther King  Poplarville, MS 39470
Aaron, a minor (216264)

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Mae Aaron (216263)                    **Address** 517 Martin Luther King  Poplarville, MS 39470

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Cynthia Abney (200192)                    **Address** P. O. Box 81  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Cynthia Abney, as Next Friend of Eric          **Address** P. O. Box 81  Gautier, MS 39553
Abney, a minor (200193)

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Larry Abney (200194)                    **Address** P. O. Box 81  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Michael Abney (200195)                    **Address** P. O. Box 81  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Seternea Harris, as Next Friend of      **Address** 10435 Ramsey Rd.  Grand Bay , AL 36541
Cheyanne  Abston, a minor (200196)

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Frank Abston (200197)      **Address** 10435 Ramsey Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Angel Acker (209470)      **Address** P.O. Box 307  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Augusta Acker (205114)      **Address** 231 Citizen Street  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Brent Acker (209471)      **Address** P.O. Box 744  Pearlington, MS 39572

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

## Exhibit A

**Plaintiff** Shirley Acker, as Next Friend of
Cassandra Acker, a minor (208867)
    **Address** P.O. Box 915  Pearlington, MS 39572

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Charles Acker (210940)
    **Address** P.O. Box  307  Pearlington, MS 39572

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Chiquita Acker (211064)
    **Address** 5344 Hwy 604  Pearlington, MS 39572

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Clarence Acker (208862)
    **Address** P.O. BOX 915  Pearlington, MS 39572

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Debra Acker (208873)
    **Address** P.O. Box 742  Pearlington, MS 39572

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Donald Acker (205115)          **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Eartha Acker (210701)          **Address** P.O. Box 4052  Bay St. Louis, MS 39521

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Susan Necaise, as Next Friend of          **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520
Falisha Acker, a minor (205116)

**Defendants**

Dutchmen Manufacturing, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jasmine Acker (205117)          **Address** 646 Union Street  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Rene Acker (205119)          **Address** 646 Union Street  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Larry Acker (209474)          **Address** 6253 9th Avenue  Pearlington, MS 39572

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Margaret Acker (210939)          **Address** P.O. Box  307  Pearlington, MS 39572

**Defendants**
> Fleetwood Canada, Ltd.
> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Rose Acker (208855)          **Address** P.O. Box 384  Pearlington, MS 39572

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Shirley Acker (208866)          **Address** P.O. Box 915  Pearlington, MS 39572

**Defendants**
> Fleetwood Canada, Ltd.
> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Rene Acker (205122)          **Address** 646 Union Street  Bay St. Louis, MS 39520

**Defendants**
> Forest River, Inc.
> CH2M Hill Construction, Inc

**Plaintiff** Walter Acker (208857)          **Address** P.O Box 384  Pearlington, MS 39572

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Exhibit A

**Plaintiff** Sylvia Acker (209422)                    **Address** 6253 9th Avenue  Pearlington, MS 39572

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Willie Acker (211354)                    **Address** 512 Washington Street  Bay St. Louis, MS 39520

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Larry Adam (200199)                    **Address** 1409 Hwy. 90  Lot #127 Gautier, MS 39553

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Margaret Calogero, as Next Friend of           **Address** 1409 Hwy. 90  Lot 127 Gautier, MS 39553
Michael  Adam, a minor (200259)

**Defendants**

    Waverlee Homes, Inc.

---

**Plaintiff** Rosie Blackmon, as Next Friend of           **Address** 4507 Glass Avenue  Moss Point, MS 39563
Samuel Adams, a minor (200204)

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Thawonda McCall, as Next Friend of           **Address** 15228 Lemoyne Blvd. Lot 5 Biloxi, MS 39532
Jelisia  Adams, a minor (200205)

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Thawanda  McCall, as Next Friend of
Samira  Adams, a minor (200209)          **Address**  15228 Lemoyne Blvd.  Lot 5 Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Thomas Adams (214704)          **Address**  P.O. Box  7344  Gulfport, MS 39506

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Nina Addison (200211)          **Address**  3270 Desaix Blvd.  New Orleans, LA 70119

**Defendants**
Morgan Building Systems, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Larry Adkison (200212)          **Address**  3879 Hwy. 188  Coden, AL 36523

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Stefanie
 Adkison (200213)          **Address**  8001 Easyway Street  Ervington, AL 36544

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Clifford Akpotosevwe (200216)         **Address** 5814 Chicopee Trace  Ocean Springs, MS 39564

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Jeanne Alexander, as Next Friend of     **Address** 323 Saucier Avenue  Pass Christian, MS 39571
Jabriel Alexander-Grace, a minor
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Crystal Alexander (214712)         **Address** 4503 Cauley Lane  Pascagoula, MS 39567

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Janet Alexander (209429)         **Address** P.O. Box  136  Carriere, MS 39426

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Jeanne Alexander (203280)         **Address** 323 Saucier Avenue  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Cleo Washington, as Next Friend of     **Address** 2220 Eastmere  Harvey, LA 70058
Michael Alexander, a minor (211922)
**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Phillip Alexander (214713)          **Address** 4503 Cauley Lane  Pascagoula, MS 39567

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Raymond Alexander (203279)          **Address** 323 Saucier Avenue  Pass Christian, MS 39571

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Cleo Washington, as Next Friend of          **Address** 2220 Eastmere   Harvey, LA 70058
          Xavier Alexander, a minor (211921)
**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Construction, Inc

---

**Plaintiff** Daryl Alford (209431)          **Address** 3700 Capital Circle, S.E. Apt. 212 Tallahassee,
                                                                          FL 32311
**Defendants**

          Pilgrim International, Inc.
          CH2M Hill Construction, Inc
          Crum & Forster Specialty Ins Co

---

**Plaintiff** Karen Alford (209434)          **Address** 105 Narsussus Street  Carriere, MS 39426

**Defendants**

          Forest River, Inc.
          Bechtel National, Inc

---

**Plaintiff** Olivia Alford, as Next Friend of Kristin          **Address** 113 Lynn Circle  Pass Christian, MS 39571
          Alford, a minor (206924)
**Defendants**

          Dutchmen Manufacturing, Inc.
          Bechtel National, Inc

---

**Plaintiff** Olivia Alford (206925)          **Address** 113 Lynn Circle  Pass Christian, MS 39571

**Defendants**

          Dutchmen Manufacturing, Inc.
          Bechtel National, Inc

# Exhibit A

**Plaintiff** Amanda Allen (200224)                    **Address** 2119 Hopper Road  Lucedale, MS 39452

**Defendants**

  Coachmen Recreational Vehicle Company, LLC
  Bechtel National, Inc

---

**Plaintiff** Carolyn Allen (200225)                    **Address** 2909 Chamberlain Road  Gautier, MS 39553

**Defendants**

  Coachmen Industries, Inc.
  Coachmen Recreational Vehicle Company, LLC
  Bechtel National, Inc

---

**Plaintiff** Shirley Allen (212576)                    **Address** 316 Hargett Street  Waveland, MS 39576

**Defendants**

  Dutchmen Manufacturing, Inc.
  Bechtel National, Inc

---

**Plaintiff** Amanda Allen, as Next Friend of
Summer  Allen, a minor (200233)                    **Address** 2119 Hopper Road  Lucedale, MS 39452

**Defendants**
  Coachmen Industries, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Darlene Robinson, as Next Friend of
Trevion Allen, a minor (212720)                    **Address** P.O. Box  2814  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Beverly Almond (214717)                    **Address** 797 Webb St.  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Construction, Inc
  Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Jaunell Dedeaux, as Representative of the Estate of Dorothy Ambrose, | **Address** | 212 Lynn Circle  Pass Christian, MS 39571 |

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Connie Bosarge, as Next Friend of Paul Amey, a minor (211924) | **Address** | 26300 Hwy 63 S  Lucedale, MS 39452 |

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Crystal Anderson (202904) | **Address** | 509 Gladstone  Waveland, MS 39576 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Dwayne Anderson (200247) | **Address** | 13054 Quick Blvd.  # 341 Hammond, LA 70401 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | | | |
|---|---|---|---|
| **Plaintiff** | Frances Anderson (200248) | **Address** | 13054 Quick Blvd.  # 341 Hammond, LA 70401 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Jocelyn Anderson (200250)

**Address** 8760 West Alba Street  Bayou La Batre, AL 36509

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Phillip Anderson  (200252)

**Address** P.O. Box  495  Irvington , AL 36544

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Lainie Anderson (200253)

**Address** 13054 Quick Blvd. # 341 Hammond, LA 70401

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Jocelyn Anderson, as Next Friend of Tyler  Anderson, a minor (200257)

**Address** 8760 West Alba Street  Bayou La Batre, AL 36509

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Cecil Andrews (200081)

**Address** P.O. Box 456  Dauphin Island, AL 36528

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Mark  Andrews (200082)                    **Address** 2014 N. Rochebleve  New Orleans, LA 70119

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

---

**Plaintiff** Catherine Arceneaux (206871)                    **Address** 8035 Clarke Street  Bay St. Louis, MS 39520

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Louis Arceneaux (206872)                    **Address** 8035 Clarke Street  Bay St. Louis, MS 39520

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Shan Arkle (216280)                    **Address** 1801 Hwy 11 South Lot 13  Picayune, MS 39466

**Defendants**

>    Forest River, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff** Ann Garrison, as Next Friend of
Rebekah Armstrong, a minor (214740)                    **Address** 1714 Williams St.  Pascagoula, MS 39567
**Defendants**
>    Dutchmen Manufacturing, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Robert Arnold (214744)                    **Address** 112 Spanish Cove  Waveland, MS 39576

**Defendants**

>    Forest River, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Lillian Arnold, as Representative of the
Estate of Jack Arnold, deceased                    **Address** 1104 Waveland Avenue  Waveland, MS 39576
**Defendants**

>    Keystone Industries, Inc.
>    Keystone RV Company
>    Bechtel National, Inc

## Exhibit A

**Plaintiff** Gerald Gex, as Representative of the Estate of William Arnold, deceased   **Address** P.O. Box 2325  Bay St. Louis , MS 39521

**Defendants**

Heartland Recreational Vehicles, L.L.C.
Bechtel National, Inc

---

**Plaintiff** Tera Autmon (216284)   **Address** 61170 Trabona Lane  Amite, LA 70422

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Irven Baker (200118)   **Address** 379 Grayson Avenue  Pass Christian, MS 39571

**Defendants**

Heartland Recreational Vehicles, L.L.C.
Bechtel National, Inc

---

**Plaintiff** Alexandria Barnes, as Next Friend of Kiara Baker, a minor (209451)   **Address** P.O. Box 8555  Moss Point , MS 39563

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Rose Baker (200121)   **Address** 379 Grayson Avenue  Pass Christian, MS 39571

**Defendants**

Heartland Recreational Vehicles, L.L.C.
Bechtel National, Inc

---

**Plaintiff** Nadine Baldwin (202825)   **Address** 2601 Calle De Feliz  Gautier, MS 39553

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Samantha Balkcom (215398)          **Address** 1070 West Union Rd.  Carriere, MS 39426

**Defendants**

      Indiana Building Systems, LLC d/b/a Holly Park
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Richard Balkcom (215399)          **Address** 1070 West Union Rd.  Carriere, MS 39426

**Defendants**

      Indiana Building Systems, LLC d/b/a Holly Park
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Karen Balog (202826)          **Address** 9267 Caundet  # 1 Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Cory Banks (200132)          **Address** P.O. Box 833   Bayou La Batre, AL 36509

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Katherine Banks, as Next Friend of          **Address** 8461 Lucky Way  Bayou La Batre, AL 36509
DeAndre  Banks , a minor (200133)
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Kent Banks (211837)              **Address** 8630 Bart Allen Street  Bayou La Butre, AL
                                                              36509

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Linda Banks (200144)            **Address** 8630 E. Alba Street  Bayou La Batre, AL 36509

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Lo Wonder Banks (200145)        **Address** P.O. Box 833   Bayou  La Batre, AL 36509

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Nakia Banks (200146)            **Address** P.O. Box 71226  New Orleans, LA 70172

**Defendants**
     Gulf Stream Coach, Inc.
     Fluor Enterprises, Inc

---

**Plaintiff** Patrick Banks (200148)          **Address** P.O. Box 222   Bayou la Batre, AL 36509

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

## Exhibit A

| **Plaintiff** | Rafael Banks (200149) | **Address** | 8555 Alba Street  Bayou La Batre, AL 36509 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| **Plaintiff** | Seymourn Banks (200150) | **Address** | 8380 E. Alba Street  Bayou La Batre, AL 36509 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| **Plaintiff** | Lowonder Banks, as Representative of the Estate of Willie Banks, deceased | **Address** | 8555 East Alba Street  Bayou La Batre, AL 36509 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| **Plaintiff** | Chris Baquet (200155) | **Address** | 3756 Evangeline St.  Baton Rouge, LA 70805 |

**Defendants**

Cavalier Home Builders, LLC
Shaw Environmental, Inc

| **Plaintiff** | Karen Barbour, as Representative of the Estate of Tommy Barbour, deceased | **Address** | P.O. Box 421  Coden, AL 36523 |

**Defendants**
Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Tracy Westbrook, as Next Friend of Je'an Barletter, a minor (214761)    **Address** 23100 Rd. 262  Picayune, MS 39466

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Alexanderia Barnes (209455)    **Address** P.O. Box  8555  Moss Point, MS 39563

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Alexandria Barnes, as Next Friend of Arbrian Barnes, a minor (209456)    **Address** P.O. Box 8555  Moss Point, MS 39563

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Carla Barnes (200169)    **Address** 2107 Springwood Road  Gautier, MS 39553

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Chanell Barnes (205064)    **Address** 101 Pilmlico St. Apt 36 Long Beach, MS 39560

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

| | | |
|---|---|---|
| **Plaintiff** | Debra Barnes (199992) | **Address** 13935 Sprinkle Avenue  Bayou La Batre, AL 36509 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Evelyn Barnes, as Next Friend of Derrick  Barnes, a minor (199993) | **Address** 110 Elm Court  Gulfport, MS 39501 |

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

| | | |
|---|---|---|
| **Plaintiff** | Carla Barnes, as Next Friend of Jamal Barnes, a minor (199996) | **Address** 2107 Springwood Road  Gautier, MS 39553 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Jeanell Barnes (203291) | **Address** P.O. Box 256  Pass Christian, MS 39571 |

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Jesse Barnes (203293) | **Address** P.O. Box 256  Pass Christian, MS 39571 |

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

| **Plaintiff** | Alexanderia Barnes, as Next Friend of Brian Barnes, a minor (209458) | **Address** | P.O. Box  8555  Moss Point, MS 39563 |

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| **Plaintiff** | Linda Barnes (210466) | **Address** | 217 Post St.  Killona, LA 70057 |

**Defendants**

Fleetwood Canada, Ltd.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| **Plaintiff** | Sandra Barnes (203292) | **Address** | 4115 Michigan Avenue  Gulfport, MS 39501 |

**Defendants**

Waverlee Homes, Inc.
Bechtel National, Inc

| **Plaintiff** | Sean Barron (200007) | **Address** | 880 Cedar Lake Rd Lot 3 198  Biloxi, MS 39530 |

**Defendants**

Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| **Plaintiff** | Marvin Barrow (220023) | **Address** | 4009 Grand Bature Rd.  Moss Point, MS 39562 |

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

| **Plaintiff** | LaQueenasavakia Bass (200012) | **Address** | 10479 Rolling Heights Drive  Lot 246 D'Iberville, MS 39540 |

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

## Exhibit A

**Plaintiff** Sanchez Bass (200013)                    **Address** 10479 Rolling Heights Drive  Lot 246 D'Iberville, MS 39540

**Defendants**
    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Derek Bateman (200015)                    **Address** 16024 Mabry rd.  New Goden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Josette Bateman, as Next Friend of Dillon  Bateman, a minor (200017)                    **Address** 8430 Hwy 188  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Josette Bateman (200018)                    **Address** 8430 Hwy. 188  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Lindsey  Bateman (200020)                    **Address** 16024 B Marbry Rd.  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Bernadette Bates (200021)                    **Address** 273 Magee Hill Rd.  Tylertown, MS 39667

**Defendants**
    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Jennifer Bates (214765)        **Address** 9015 Orange St.  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Jonas Bates (215406)        **Address** 1221 Baylous Street  Picayune, MS 39466

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Sandra Bates (200024)        **Address** 1409 Hwy. 90  Lot 92 Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Charles Bates (215407)        **Address** 1221 Baylous St.  Picayune, MS 39466

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Palmer  Bates, as Representative of the        **Address** 1221 Baylous Street  Picayune, MS 39466
Estate of Jonas Bates, deceased

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Stephen Bates (214766)        **Address** 9015 Orange St.  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Demond Batiste (211848)        **Address** P.O. Box 1130  Boutte, LA 70039

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Janice Batiste (211849)          **Address** P.O. Box 1385  Luling, LA 70070

**Defendants**

       Coachmen Recreational Vehicle Company, LLC
       CH2M Hill Construction, Inc

---

**Plaintiff** Rondell Batiste (211850)          **Address** P.O. Box 1385  Luling, LA 70070

**Defendants**
       Coachmen Industries, Inc.
       Coachmen Recreational Vehicle Company, LLC
       CH2M Hill Construction, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc

---

**Plaintiff** Leah Baudean (206033)          **Address** 5191 Jacksonville Drive  Pearlington, MS 39572

**Defendants**

       Cavalier Home Builders, LLC
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Lori Baudean (206037)          **Address** 5191 Jacksonville Drive  Pearlington, MS 39572

**Defendants**

       Cavalier Home Builders, LLC
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Donna Baughman (206881)          **Address** 7607 Lower Bay  Road  Bay St. Louis, MS 39520

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Martha Bean (211851)          **Address** 1912 Parsley Ave.  Pascagoula, MS 39567

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Exhibit A

**Plaintiff** Marilyn Beard (202840)                    **Address** 502 Hickory Drive  Long Beach, MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Denyer Garrett, as Next Friend of        **Address** 3707 Avenue H  # RV8 Nederland, TX 77627
Donovan  Beauford, a minor (200038)

**Defendants**

    Palm Harbor Homes, Inc.
    Palm Harbor Manufacturing, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Denyer Garrett, as Next Friend of        **Address** 3707 Avenue H  # RV8 Nederland, TX 77627
Harley  Beauford, a minor (200039)

**Defendants**

    Palm Harbor Homes, Inc.
    Palm Harbor Manufacturing, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Aaron Bell (203300)                      **Address** 2906 West Park Drive  Gautier, MS 39553

**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Arie Bell (216311)                       **Address** 136 Lilac Dr.  Picayune, MS 39466

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Martha Bell, as Next Friend of Asiah      **Address** 2906 West Park Drive  Gautier, MS 39553
Bell, a minor (203298)

**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dominique Bell (203302)                   **Address** 2906 West Park Drive  Gautier, MS 39553

**Defendants**
    Starcraft RV, Inc.
    Bechtel National, Inc

## Exhibit A

| | |
|---|---|
| **Plaintiff** Martha Bell, as Next Friend of Isaiah Bell, a minor (203299) | **Address** 2906 West Park Drive  Gautier, MS 39553 |

**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Tameka Ward, as Next Friend of Jahlani Bell, a minor (203303) | **Address** 19541 Saucier Lizana Road  Saucier, MS 39574 |

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Tameka Ward, as Next Friend of Joseph Bell, a minor (203306) | **Address** 19541 Saucier Lizana Road  Saucier, MS 39574 |

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Judy Bell (200041) | **Address** 3000 Touro St.  New Orleans, LA 70112 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Larry Bell (203305) | **Address** 2906 West Park Drive  Gautier, MS 39553 |

**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Mai Bell (200042) | **Address** 3601 Boone Street  Mosspoint, MS 39563 |

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

| | |
|---|---|
| **Plaintiff** Martha Bell (203301) | **Address** 2906 West Park Drive  Gautier, MS 39553 |

**Defendants**
Starcraft RV, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Daphane Bello-Pike (211138)          **Address** P.O. Box  247  Pearlington, MS 39572

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Stevie Bello, as Next Friend of Hayden          **Address** 6136 Eleventh Ave.  Pearlington, MS 39572
Bello, a minor (209467)

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Bechtel National, Inc

---

**Plaintiff** Claude Bello (211142)          **Address** P.O. Box 220  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Frank Bello (211115)          **Address** 6136 Eleventh Ave  Pearlington, MS 39572

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Bechtel National, Inc

---

**Plaintiff** Claude Bello (211141)          **Address** P.O. Box  452  Pearlington, MS 39572

**Defendants**

      Homes of Merit, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Stevie Bello (209469)          **Address** 6136 Eleventh Ave  Pearlington, MS 39572

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Carolin Belmares (208017)          **Address** 23960 Black Gum Circle  Pass Christian, MS 39571

**Defendants**

      Southern Energy Homes, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Francis Belmares (208016)          **Address** 23960 Black Gum Circle  Pass Christian, MS 39571

**Defendants**

      Southern Energy Homes, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Judy Belyeu (206892)          **Address** 8508 Birch Avenue  Ocean Springs, MS 39564

**Defendants**
      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Michael Belyeu (206893)          **Address** 8508 Birch Avenue  Ocean Springs, MS 39564

**Defendants**
      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Tracy Bennett, as Next Friend of Harleigh Bennett, a minor (208985)          **Address** PO Box 494  Pearlington, MS 39572

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Jennie Bennett (200043)          **Address** 46713 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**
      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Pamela Bennett (209949)          **Address** 17111 Birch Dr.  Pearlington, MS 39572

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tanya Bennett (209954)          **Address** P.O. Box  956  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Thomas Bennett (200046)          **Address** 46713 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Tracy Bennett (208983)          **Address** PO Box 494  Pearlington, MS 39572

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Tracy Bennett, as Next Friend of Tyler          **Address** PO Box 494  Pearlington, MS 39572
Bennett, a minor (208984)

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Brittany Bentley (209956)          **Address** P.O. BOX 152  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jeffrey Bentley (209957)          **Address** P.O. Box 152  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Jethro Bentley (209958)          **Address** P.O. Box 152  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Linda Bentley (209959)          **Address** P.O. Box 152  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Laconya Laneaux, as Next Friend of          **Address** 112 31st Street  Gulfport, MS 39507
Larry Burks, a minor (209137)

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Lillie Bermond (209960)          **Address** 441 Ballentine  St.  Bay St. Louis, MS 39520

**Defendants**

      R-Vision, Inc.
      Bechtel National, Inc
      Liberty Insurance Corp

---

**Plaintiff** Anita Bernard (209260)          **Address** 6148 E. Jackson Street  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Barbara Bernard (200049)          **Address** 8930 Morrison Rd.  New Orleans, LA 70127

**Defendants**
>   Layton Homes Corp.
>   Shaw Environmental, Inc
>   Fluor Enterprises, Inc
>   CH2M Hill Construction, Inc
>   Bechtel National, Inc

**Plaintiff** Stanley Berniard (209962)          **Address** 312 Holmes Dr.  Slidell, LA 70460

**Defendants**

>   Gulf Stream Coach, Inc.
>   Fluor Enterprises, Inc

**Plaintiff** Christian Berry (220035)          **Address** 8295 Leak St.  Bay St. Louis, MS 39520

**Defendants**
>   Gulf Stream Coach, Inc.
>   Bechtel National, Inc
>   CH2M Hill Construction, Inc
>   Bechtel National, Inc

**Plaintiff** Christina Berry (220036)          **Address** 8295 Leak St.  Bay St. Louis, MS 39520

**Defendants**
>   Gulf Stream Coach, Inc.
>   Bechtel National, Inc
>   CH2M Hill Construction, Inc
>   Bechtel National, Inc

**Plaintiff** Elwood Berry (211457)          **Address** 3717 Jo Beth Terrace  Gautier, MS 39553

**Defendants**
>   Forest River, Inc.
>   Bechtel National, Inc

**Plaintiff** Hilda Berry (211458)          **Address** 3717 Jo Beth Terrace  Gautier, MS 39553

**Defendants**
>   Forest River, Inc.
>   Bechtel National, Inc

## Exhibit A

**Plaintiff** Jennifer Berry (203307)                    **Address** 222 E. North Street  Pass Christian, MS 39571

**Defendants**

       Gulf Stream Coach, Inc.
       CH2M Hill Construction, Inc

---

**Plaintiff** John Berry (208194)                    **Address** P.O. Box 2766  Bay St. Louis, MS 39521

**Defendants**

       Lakeside Park Homes, Inc.
       Bechtel National, Inc

---

**Plaintiff** Shirley Biagas (202855)                    **Address** P.o. Box 556  Pass Christian, MS 39571

**Defendants**

       Stewart Park Homes, Inc.
       Bechtel National, Inc

---

**Plaintiff** Rebecca Bickett (216320)                    **Address** 11318 Texas Street  Bay St Louis, MS 39520

**Defendants**
       Fleetwood Canada, Ltd.
       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Bechtel National, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

---

**Plaintiff** Shelia Bickham (202856)                    **Address** 1824 Williamburg Dr.  Laplace, LA 70086

**Defendants**

       Cavalier Home Builders, LLC
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc

---

**Plaintiff** Shaun Billiot (215434)                    **Address** 7058 Walthall Street  Bay St Louis, MS 39520

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

## Exhibit A

**Plaintiff** Elizabeth Bingham (202857)          **Address** 25544 Elmer Ladner Rd.   Pass Christian , MS 39571

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Priscilla Bivens (215435)          **Address** 7058 Walthall St.  Bay St. Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Robert Bivens (215436)          **Address** 7058 Walthall Street  Bay St Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Joseph  Black (215369)          **Address** PO BOX 5362  Moss Point, MS 39563

**Defendants**
> Morgan Building Systems, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Rosie Blackmon (200059)          **Address** 4507 Glass Avenue  Moss Point, MS 39563

**Defendants**

> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

# Exhibit A

**Plaintiff** Kimberly Hudson (Blanchard), as Next Friend of Katelin Blanchard, a minor    **Address** 8142 Clermont Avenue  Bay St Louis, MS 39520

**Defendants**

KZRV, LP
Bechtel National, Inc

---

**Plaintiff** Alita Bodry (205952)    **Address** 19061 Hwy. 53  Lot 127 Gulfport, MS 39503

**Defendants**

Dutch Housing, Inc. d/b/a Champion Homes
CH2M Hill Construction, Inc

---

**Plaintiff** Britney Bogan (216324)    **Address** 1506 E Canal Street  Picayune, MS 39466

**Defendants**

Thor Industries, Inc.
Thor California, Inc.
Bechtel National, Inc

---

**Plaintiff** Charles Bolden (202861)    **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Lindsey Bolden (209970)    **Address** P.O. Box 294  Pearlington, MS 39572

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

**Plaintiff** Cecila Booker (200070)    **Address** P.O. Box 1583  Lucedale, MS 39452

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

| | |
|---|---|
| **Plaintiff** Cecila Booker, as Next Friend of Cecily Booker, a minor (200071) | **Address** P.O. Box 1583  Lucedale, MS 39452 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | |
|---|---|
| **Plaintiff** Orlanda Booker (203320) | **Address** P.O. Box 144  Pass Christian , MS 39571 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Chianti Booth (210624) | **Address** 515 Easterbrook Street  Bay St. Louis, MS 39520 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Alisa Deeks, as Next Friend of Jenna Bordages, a minor (215440) | **Address** 808 Kyle Circle  Waveland, MS 39576 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Angela Bosarge (215450) | **Address** 611 Herrick Ave.  Pascagoula, MS 39567 |

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | |
|---|---|
| **Plaintiff** Charles Bosarge (211865) | **Address** 26300 Hwy. 63 S.  Lucedale, MS 39452 |

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

## Exhibit A

**Plaintiff** Connie Bosarge (211866)                    **Address** 26300 Hwy 63 S  Lucedale, MS 39452

**Defendants**
    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Manuel Bosarge (215451)                    **Address** 611 Herrick Ave.  Pascagoula, MS 39567

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Jasmine Bosarge (200079)                    **Address** 14281 Christian Acres Road  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Russell Bosarge (210897)                    **Address** 2211 Tucker Ave.  Pascagoula, MS 39567

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Lamar Bosarge (199902)                    **Address** 14329 Shell Belt Road West  Coden, AL 36523

**Defendants**
    Keystone Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Lois Bosarge (199904)                **Address** 12152 Shine Rd  Irvington , AL 36544

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

**Plaintiff** Loyal Bosarge (199905)               **Address** 12152 Shine Rd  Irvington, AL 36544

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

**Plaintiff** Mena Bosarge (199908)                **Address** 8590 Peachtree Street  Coden, AL 36523

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

**Plaintiff** Tracey Boston (215453)               **Address** 2314 Walker Street  Picayune, MS 39466

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Melissa Boughton, as Next Friend of      **Address** P.O. Box 263  Pearlington, MS 39573
Brooke Boughton, a minor (209977)
**Defendants**
>        Fleetwood Canada, Ltd.
>        Fleetwood Enterprises, Inc.
>        Fleetwood Homes of North Carolina, Inc.
>        Bechtel National, Inc
>        American International Specialty Lines
>        Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Melissa Boughton, as Next Friend of Cameron Boughton, a minor (209978)   **Address** PO Box 263  Pearlington , MS 39572

**Defendants**
Fleetwood Canada, Ltd.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Frank Broughton (211487)   **Address** P.O. Box 472  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Louis Boughton (209980)   **Address** P.O. Box 263  Pearlington, MS 39572

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Melissa Boughton (209981)   **Address** P.O. Box 263  Pearlington, MS 39572

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Flora Boulton (205822)   **Address** 104 Cheney Lane  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

# Exhibit A

| | |
|---|---|
| **Plaintiff** Glenda Bounds, as Next Friend of Devin Bounds, a minor (206899) | **Address** 4464 34th Street  Bay St. Louis, MS 39520 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Glenda Bounds (206900) | **Address** 4464 34th Street  Bay St. Louis, MS 39520 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Linda Bourg (211869) | **Address** 2214 Hudson St.  Waveland, MS 39576 |

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Travis Bourg (211870) | **Address** 115 Santiago Lane  Waveland, MS 39576 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Chris Bourgeois, as Next Friend of Christina  Bourgeois, a minor (199915) | **Address** 1122 Bank St.  Lake Charles, LA 70601 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Colin Bourgeois (209984) | **Address** 497 Felicity St  Bay St.Louis, MS 39520 |

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

## Exhibit A

**Plaintiff** Karen Bourgeois (209985)          **Address** 497 Felicity St  Bay St.Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Melissa Young, as Representative of          **Address** 1214 Edna St  Waveland, MS 39576
the Estate of Linda Bourgeois, deceased

**Defendants**
      Fleetwood Canada, Ltd.
      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Margaret Bourgeois (209986)          **Address** 320 Victoria Street  Bay St. Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Owen Bourgeois (209988)          **Address** 497 Felicity St  Bay St. Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Karen Bourgeois, as Next Friend of          **Address** 497 Felicity St  Bay St.Louis, MS 39520
Taylor Bourgeois, a minor (209989)

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Timothy Bourgeois (210947)                  **Address** 7015 W. Neshoba  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Leonisa Davis, as Next Friend of       **Address** 136 Espana Park  Waveland, MS 39576
Joshua Bourn, a minor (215457)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Neil Bourn (215458)                       **Address** 136 Espana Park  Waveland, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** James Bowie (211985)                       **Address** Royal St. Apt 107 Waveland , MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

**Plaintiff** Bo Boyd (216334)                       **Address** 276 Lavelle Odom Rd.   Poplarville, MS 39470

**Defendants**

      Alliance Homes, Inc., d/b/a Adrian Homes
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Gregory Boyd (199917)                       **Address** 340 Mercier Avenue  Pass Christian, MS 39571

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Yvonne Bradford (199920)          **Address** 120 Flint Creek Road Lot 48 Wiggins, MS 39577

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Billy Bradley (212749)          **Address** 4117 Hwy 26 W  Lucedale, MS 39452

**Defendants**

Southern Energy Homes, Inc.
Bechtel National, Inc

---

**Plaintiff** Lekeshia Bradley, as Next Friend of          **Address** 10720 Kinneil Rd.  New Orleans, LA 70127
DeJuan Bradley, a minor (202876)

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Mattie Bradley, as Representative of          **Address** 17264 Excalibur Circle  Gulfport, MS 39503
the Estate of Gene Bradley, deceased

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Gloria Bradley (212752)          **Address** 4117 Hwy 26 W  Lucedale, MS 39452

**Defendants**

Southern Energy Homes, Inc.
Bechtel National, Inc

---

**Plaintiff** Lekeshia Bradley (202875)          **Address** 10940 Roger Dr.  New Orleans, LA 70127

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Mattie Bradley (209039)           **Address** 17264 Excalibur Circle  Gulfport, MS 39503

**Defendants**
Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Tommy Bradshaw (199927)           **Address** 1116 43rd Avenue  Apt. A Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Michele Branning (203327)           **Address** 14204 Countryside Dr.  Northport, AL 35475

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Oliver Branning (203326)           **Address** 14204 Countryside Dr.  Northport , AL 35475

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Deirdre Breland, as Next Friend of
Ashlyn Breland, a minor (209354)           **Address** 3705 Oak Ave  Gulfport, MS 39507

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Cynthia Breland (206906)           **Address** 506 Esplanade Avenue  Bay St. Louis, MS 39520

**Defendants**
Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

# Exhibit A

**Plaintiff** Deirdre Breland (209029)　　　**Address** 3705 Oak Ave  Gulfport, MS 39507

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Deirdre Breland, as Next Friend of　　　**Address** 3705 Oak Ave  Gulfport, MS 39507
Hayden Breland, a minor (209353)

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jeremy Breland (208967)　　　**Address** 3705 Oak Avenue  Gulfport, MS 39507

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Norvell Breland (215463)　　　**Address** 112 Greenview Drive  Picayune, MS 39466

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

---

**Plaintiff** Barbara Shavers (209032)　　　**Address** 4305 Idywood Drive  Moss Point, MS 39562

**Defendants**

      Champion Home Builders Co.
      Bechtel National, Inc

---

**Plaintiff** Candice Brent (209879)　　　**Address** 4305 Idywood Drive  Moss Point, MS 39562

**Defendants**

      Champion Home Builders Co.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Sherika Brent (209031)          **Address** 4305 Idywood Drive  Moss Point, MS 39562

**Defendants**

    Champion Home Builders Co.
    Bechtel National, Inc

---

**Plaintiff** Cindy Pritchett, as Next Friend of          **Address** 258 Mount Pleasant Road  Lucedale, MS 39452
    Laniyia Bridges, a minor (223532)

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Catherine Blaize-Briggs (209967)          **Address** 258 Burgetown Road  Carriere, MS 39426

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Charmese Broach (202883)          **Address** 226 E. North Street  Pass Christian, MS 39571

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Walter Broach (202884)          **Address** 226 E. North Street  Pass Christian, MS 39571

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Regina Broach (202882)          **Address** 226 E. North Street  Pass Christian, MS 39571

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Brymon Brocks (202885)                **Address** 6301 Kuebel Dr.  # D New Orleans, LA 70126

**Defendants**
  Morgan Building Systems, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Lethan Broughton (199946)              **Address** 223 Keller Avenue  Biloxi, MS 39530

**Defendants**

  Dutchmen Manufacturing, Inc.
  Bechtel National, Inc

---

**Plaintiff** Raynika Broussard (211768)             **Address** 2500 Shallowford Rd. # 5315  Atlanta, GA 30345

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Joey Brou (207720)                     **Address** 893 Webb Street  Bay St. Louis, MS 39520

**Defendants**

  Keystone Industries, Inc.
  Keystone RV Company

---

**Plaintiff** Kiasha Brou (207721)                   **Address** 893 Webb Street  Bay St. Louis, MS 39520

**Defendants**

  Keystone Industries, Inc.
  Keystone RV Company

---

**Plaintiff** Tina Brown, as Next Friend of          **Address** P. O. Box 432  Gautier, MS 39553
  Aalieyah Brown, a minor (211770)

**Defendants**

  Cavalier Home Builders, LLC
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Bria Brown (210401)                    **Address** 4630 General McArthur  Moss Point, MS 39563

**Defendants**
KZRV, LP
Bechtel National, Inc

---

**Plaintiff** Henry Brown (199966)                    **Address** 3653 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Jennifer Brown (215470)                    **Address** 621 Palm Street  Picayune, MS 39466

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Aviance Brown, as Next Friend of            **Address** 3124 Guerra Dr.  Violet, LA 70092
Jermine Brown, a minor (199975)
**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Joel Brown (215471)                    **Address** 621 Palm St.  Picayune, MS 39466

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Shaterra Paschall, as Next Friend of        **Address** 260 Hiern Avenue  Pass Christian, MS 39571
Leonard Brown, a minor (202891)
**Defendants**

Forest River, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Kevin Brown (199979)                **Address** 3653 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Larry Brown (206912)                **Address** 8505 Vidalia Road  Pass Christian, MS 39571

**Defendants**

  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

---

**Plaintiff** Linda Brown (199986)                **Address** 3653 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc

---

**Plaintiff** Alison Burton, as Next Friend of      **Address** 335 Davis Avenue  Pass Christian, MS 39571
Madison  Brown, a minor (199988)
**Defendants**

  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

---

**Plaintiff** Mary Brown (206913)                 **Address** 8505 ViDalia Rd.  Pass Christian, MS 39571

**Defendants**

  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

---

**Plaintiff** Maxine Brown (203339)               **Address** 196 Alexander Avenue  Biloxi, MS 39530

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

# Exhibit A

| **Plaintiff** | Shaterra Paschall, as Next Friend of Monae Brown, a minor (202890) | **Address** | 260 Hiern Avenue  Pass Christian, MS 39571 |

**Defendants**

Forest River, Inc.
CH2M Hill Construction, Inc

---

| **Plaintiff** | Natalie Brown (202889) | **Address** | Hwy 98 P.O. Box 109   New Augusta, MS 39462 |

**Defendants**

Forest River, Inc.
CH2M Hill Construction, Inc

---

| **Plaintiff** | Nicole Brown (202887) | **Address** | 25544 Elmer Ladner Rd.  Pass Christian , MS 39571 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

| **Plaintiff** | Orry Brown (199813) | **Address** | 707 East North St.  Apt. 1306 Pass Christian, MS 39571 |

**Defendants**

Pilgrim International, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

| **Plaintiff** | Quintin Brown (199814) | **Address** | 335 Davis Avenue  Pass Christian, MS 39571 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

| **Plaintiff** | Reginald Brown (199815) | **Address** | 3653 W. Loyola Dr.  Kenner, LA 70065 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Exhibit A

**Plaintiff** Maxine Brown, as Next Friend of Semaj Brown, a minor (203338)    **Address** 196 Alexander Avenue  Biloxi, MS 39530

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Joseph Brown (203340)    **Address** 19541 Saucier Lizana Road  Saucier, MS 39574

**Defendants**

Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff** Leonard Brown (202892)    **Address** 260 Hiern Avenue  Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** David Bruce (199821)    **Address** 14191 South Wintzell Avenue  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Ellen Bruce (199822)    **Address** 14191 South Wintzell Avenue  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jackie Bryan, as Next Friend of Allen Bryan, a minor (206915)    **Address** 6251 Carco Road  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Anthony Bryan (210311)          **Address** 6251 Carco st.  Bay st. Louis, MS 39520

**Defendants**
Coachmen Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Michael Bryan (206929)          **Address** 6251 Carco Road  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Shajuan Buckley (206932)          **Address** 539 Esters Blvd  Biloxi, MS 39530

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Stanley Buckley, as Next Friend of Shulay Buckley, a minor (206933)          **Address** 539 Esters Blvd  Biloxi, MS 39530

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Ste-von Buckley (206935)          **Address** 539 Esters Blvd.  Biloxi, MS 39530

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Kristy Budovec (211785)          **Address** PO Box 2904  Bay St. Louis, MS 39521

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Carmel Bufkin (211335)          **Address** 525 B St. John Street  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tim Bui (220055)          **Address** 518 Division Street  Unit E Biloxi, MS 39530

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kathy Bullock (214828)          **Address** 10402 Derry Lane  Ocean Springs, MS 39564

**Defendants**

      Homes of Merit, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Kathy Bullock, as Next Friend of          **Address** 10402 Derry Lane  Ocean Springs, MS 39564
Robert Bullock, a minor (214829)

**Defendants**

      Homes of Merit, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Carolyn Buras (216365)          **Address** PO Box 213  Picayune, MS 39466

**Defendants**

      Vanguard, LLC
      Bechtel National, Inc

---

**Plaintiff** Casimir Buras (216367)          **Address** 4 Cheetah Lane  Picayune, MS 39466

**Defendants**

      Vanguard, LLC
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Dale Buras (208182)          **Address** 7051George St.  Bay St. Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Elizabeth Buras (216366)          **Address** PO Box  Picayune, MS 39466

**Defendants**

> Vanguard, LLC
> Bechtel National, Inc

---

**Plaintiff** James Moore, as Next Friend of Haley          **Address** PO Box 213  Picayune, MS 39466
Buras, a minor (216368)

**Defendants**

> Vanguard, LLC
> Bechtel National, Inc

---

**Plaintiff** Melissa Buras (208183)          **Address** 7051 George St.  Bay St. Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** James Moore, as Next Friend of Selena          **Address** 4 Cheetah Lane  Picayuen, MS 39466
Buras, a minor (216369)

**Defendants**

> Vanguard, LLC
> Bechtel National, Inc

---

**Plaintiff** Richard Burge (207913)          **Address** 14126 Pecan Grove Drive  Kiln, MS 39556

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Patricia Burge (207914)          **Address** 14126 Pecan Grove Drive  Kiln, MS 39556

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mahala Burkett (215479)          **Address** 304 Jarrell St.  Picayune, MS 39466

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Alison Burton (199855)          **Address** 335 Davis Avenue  Pass Christian, MS 39571

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Deedra Burton, as Next Friend of          **Address** 16271 Whites Rd  Pearlington, MS 39572
    Daiquiri Burton, a minor (208976)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Deedra Burton, as Next Friend of          **Address** 16271 Whites Rd  Pearlington, MS 39572
    Dajuanya Burton, a minor (208975)
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Deedra Burton (209320)          **Address** 16271 Whites Rd  Pearlington, MS 39572

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jasmine Burton (209901)          **Address** P.O. Box 43  Pearlington, MS 39572

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Linda Burton (205101)          **Address** 338 Hunter Avenue  Pass Christian, MS 39571

**Defendants**

>     Forest River, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Larry Busby (202893)          **Address** 2936 General Ogden St.  New Orleans, LA 70118

**Defendants**
>     Gulf Stream Coach, Inc.
>     Shaw Environmental, Inc

---

**Plaintiff** Jordan Bush (212779)          **Address** 637 Union Street  Bay St. Louis, MS 39520

**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Shildon Bush (212780)          **Address** 637 Union Street  Bay St. Louis, MS 39520

**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Tiffany Busha, as Next Friend of          **Address** 29 Braxton Lee Road  Popularville, MS 39470
Amber Busha, a minor (209232)

**Defendants**

>     Waverlee Homes, Inc.
>     CH2M Hill Construction, Inc

---

**Plaintiff** Tiffany Busha, as Next Friend of          **Address** 35 Braxton Lee Road  Popularville, MS 39470
Kimberly Busha, a minor (209119)

**Defendants**

>     Waverlee Homes, Inc.
>     CH2M Hill Construction, Inc

---

**Plaintiff** Tiffany Busha (209231)          **Address** 35 Braxton Lee Road  Popularville, MS 39470

**Defendants**
>     Golden West Homes
>     CH2M Hill Construction, Inc
>     Bechtel National, Inc

## Exhibit A

**Plaintiff** Cheryl Hubbard, as Next Friend of Christopher  Byers, a minor (199860)   **Address** 14281 Christian Acres Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Cheryl Hubbard, as Next Friend of Jessica  Byers, a minor (199861)   **Address** 14281 Christian Acres Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Tamara  Byers (199862)   **Address** 14281 Christian Acres Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Thurman Byers (199863)   **Address** 14281 Christian Acres Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Samantha Fortner, as Next Friend of Kerina Byington, a minor (202894)   **Address** 1250 Faye St.  Kingsport, TN 37660

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Johnny Byrd (199865)            **Address** P.O. Box 1286  E. Baton Rouge, LA 70821

**Defendants**

      Cavalier Home Builders, LLC
      Shaw Environmental, Inc

**Plaintiff** Angel Lebeuf, as Next Friend of Nora            **Address** 3303 Lone Oak Drive Apt. # C103 Baton Rouge,
Byrd, a minor (199866)                         LA 70814

**Defendants**

      Cavalier Home Builders, LLC
      Shaw Environmental, Inc

**Plaintiff** James Cage (199871)            **Address** 7301 Northgate Dr.  New Orleans, LA 70128

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Darlene Cagle (213974)            **Address** P.O. Box  414  Kiln, MS 39556

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Jessica Cagle (213970)            **Address** 10752 Lilinoe Way  Diamondhead, MS 39525

**Defendants**

      Skyline Corporation
      Bechtel National, Inc

**Plaintiff** Catherine Cain (199872)            **Address** 9800 Hurricane Blvd.  Irvington, AL 36544

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Stephanie Cain, as Next Friend of Gavin Cain, a minor (199873)

**Address** 13525 N. Seaman Avenue  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Vance Cain  (199876)

**Address** 13525 N. Seaman Avenue  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Lavana Cain (199878)

**Address** 8430 Gray Drive  Irvington, AL 36544

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Stephanie Cain, as Next Friend of Leigha Cain, a minor (199879)

**Address** 13525 N. Seaman Avenue  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Norwood Cain (199880)

**Address** P.O. Box 874  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** Phyllis Cain (199881)  **Address** P.O. Box 874  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Stephanie Cain (199882)  **Address** 13525 N. Seaman Avenue  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Lavana Cain, as Next Friend of Tyler Cain, a minor (199883)  **Address** 8430 Gray Drive  Irvington, AL 36544

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Elizabeth Smith, as Representative of the Estate of Lisa Callie Smith,  **Address** 4211 Yeoman Court  Pascagoula, MS 39567

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Margaret Calogero (199887)  **Address** 1409 Hwy. 90  Lot 127 Gautier, MS 39553

**Defendants**

    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff**  Kolbi Cameron (211225)            **Address**  752 C Washington St  Bay St. Louis, MS 39521

**Defendants**

      Recreation By Design, LLC
      Bechtel National, Inc

---

**Plaintiff**  Craig Cameron (211796)            **Address**  316 Hargett St.  Waveland, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff**  Kolbi  Cameron , as Next Friend of            **Address**  752 C Washington St.  Bay St. Louis, MS 39521
      Ja'Kobe Cameron, a minor (211226)

**Defendants**

      Recreation By Design, LLC
      Bechtel National, Inc

---

**Plaintiff**  Kree Cameron (211992)            **Address**  752 C Washington St.  Bay St. Louis, MS 39520

**Defendants**

      Recreation By Design, LLC
      Bechtel National, Inc

---

**Plaintiff**  Rickey Cameron (211937)            **Address**  752 C Washington St.  Bay St. Louis, MS 39520

**Defendants**

      Recreation By Design, LLC
      Bechtel National, Inc

---

**Plaintiff**  Yumika Watts, as Next Friend of            **Address**  27 South Pine Street  Lucedale, MS 39452
      Justice  Campbell, a minor (199888)
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** James Cannette (212783)                **Address** 12513 Hudson Krohn Road  Biloxi, MS 39532

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Tiffenie  Cannette, as Next Friend of      **Address** 12513 Hudson Krohn Road  Biloxi, MS 39532
James Cannette, a minor (212784)

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Terry Cannette (212785)                **Address** 4460 Unicorn Lane  D'Iberville, MS 39540

**Defendants**

  Forest River, Inc.
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Valarie Cannon (203345)                **Address** 8212 Sunflower Avenue  Ocean Springs, MS
                                                                    39564
**Defendants**

  Pilgrim International, Inc.
  Bechtel National, Inc
  Crum & Forster Specialty Ins Co

**Plaintiff** Bruce Cantu (205103)                **Address** 6004 W. Lamar Street  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Allen Capps (199894)                **Address** 3921-C Johnson Road  Coden, AL 36523

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Brandis Capps (199895)　　　　**Address** 3921-C Johnson Road  Coden, AL 36523

**Defendants**
>　Gulf Stream Coach, Inc.
>　Shaw Environmental, Inc
>　Fluor Enterprises, Inc
>　CH2M Hill Construction, Inc
>　Bechtel National, Inc

---

**Plaintiff** Carla Capps (207696)　　　　**Address** 6086 E Grenada St  Bay St Louis, MS 39520

**Defendants**
>　Gulf Stream Coach, Inc.
>　Shaw Environmental, Inc
>　Fluor Enterprises, Inc
>　CH2M Hill Construction, Inc
>　Bechtel National, Inc

---

**Plaintiff** Herbert Capps (207698)　　　　**Address** 6086 E Grenada St  Bay St Louis, MS 39520

**Defendants**
>　Gulf Stream Coach, Inc.
>　Bechtel National, Inc

---

**Plaintiff** Carla Capps, as Next Friend of Katherine Capps, a minor (207697)　　　　**Address** 6086 E Grenada St  Bay St Louis, MS 39520

**Defendants**
>　Gulf Stream Coach, Inc.
>　Shaw Environmental, Inc
>　Fluor Enterprises, Inc
>　CH2M Hill Construction, Inc
>　Bechtel National, Inc

---

**Plaintiff** Ingrid Carambat, as Next Friend of Elizabeth Carambat, a minor (220062)　　　　**Address** 418 Waveland  Waveland, MS 39576

**Defendants**
>　Forest River, Inc.
>　Bechtel National, Inc

---

**Plaintiff** Ingrid Carambat (220063)　　　　**Address** 418 Waveland Ave  Waveland, MS 39576

**Defendants**
>　Forest River, Inc.
>　Bechtel National, Inc

## Exhibit A

**Plaintiff** Gwen Cardreon (203348)          **Address** 214 E. North Street  Pass Christian, MS 39571

**Defendants**

       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Fleetwood Canada, Ltd.
       Bechtel National, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Rudolph Cardreon (203347)          **Address** 214 E. North Street  Pass Christian, MS 39571

**Defendants**

       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Fleetwood Canada, Ltd.
       Bechtel National, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Jeremy Carlisle (211799)          **Address** 9525 Laala Way  Diamondhead, MS 39525

**Defendants**

       Dutchmen Manufacturing, Inc.
       Bechtel National, Inc

**Plaintiff** Jessica Carlisle (211800)          **Address** 9525 Laala Way  Diamondhead, MS 39525

**Defendants**

       Dutchmen Manufacturing, Inc.
       Bechtel National, Inc

**Plaintiff** Kyle Carlisle (211801)          **Address** 9525 Laala Way  Diamondhead, MS 39525

**Defendants**

       Dutchmen Manufacturing, Inc.
       Bechtel National, Inc

# Exhibit A

**Plaintiff** Byron Carr, as Next Friend of Byron Carr , a minor (199898)    **Address** 101 Yolanda Court  Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Byron Carr  (199900)    **Address** 101 Yolanda Court  Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Tracey Carreras (215493)    **Address** 326 Ulman Avenue  Bay St. Louis, MS 39520

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Melissa Holston, as Next Friend of Jestin Carroll, a minor (209229)    **Address** 29 Braxton Lee Road  Popularville, MS 39470

**Defendants**

Waverlee Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Theresa Carswell (205820)    **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Courtney Carter-Williams (205105)    **Address** 1006 South Spruce St.   Hammond, LA 70403

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Beverly Carter (211805)                **Address** P.O. Box 56  St. Elmo, AL 36568

**Defendants**
>            Giles Family Holdings, Inc.
>            Shaw Environmental, Inc
>            Fluor Enterprises, Inc
>            CH2M Hill Construction, Inc
>            Bechtel National, Inc

**Plaintiff** Brandy Carter (211806)                **Address** P.O. Box 56  St. Elmo, AL 36568

**Defendants**
>            Giles Family Holdings, Inc.
>            Shaw Environmental, Inc
>            Fluor Enterprises, Inc
>            CH2M Hill Construction, Inc
>            Bechtel National, Inc

**Plaintiff** Lillie Riley, as Next Friend of Joan       **Address** 2019 Springwood Drive  Gautier, MS 39553
             Carter, a minor (202235)
**Defendants**
>            Gulf Stream Coach, Inc.
>            Shaw Environmental, Inc
>            Fluor Enterprises, Inc
>            CH2M Hill Construction, Inc
>            Bechtel National, Inc

**Plaintiff** Krystal Carter (211808)                **Address** P.O. Box 56  St. Elmo, AL 36568

**Defendants**
>            Gulf Stream Coach, Inc.
>            Shaw Environmental, Inc
>            Fluor Enterprises, Inc
>            CH2M Hill Construction, Inc
>            Bechtel National, Inc

**Plaintiff** Louise Carter (211809)                **Address** P.O. Box 56  St. Elmo, AL 36568

**Defendants**
>            Giles Family Holdings, Inc.
>            Shaw Environmental, Inc
>            Fluor Enterprises, Inc
>            CH2M Hill Construction, Inc
>            Bechtel National, Inc

## Exhibit A

**Plaintiff** Roger Carter (214849)          **Address** 5316 Cronier Ave.  Longbeach, MS 39560

**Defendants**

>  Pilgrim International, Inc.
>  Bechtel National, Inc
>  Crum & Forster Specialty Ins Co

**Plaintiff** Sarah Carter (202921)          **Address** 19150 Carter Lane  Hammond, LA 70403

**Defendants**

>  Recreation By Design, LLC
>  Shaw Environmental, Inc
>  Fluor Enterprises, Inc
>  CH2M Hill Construction, Inc

**Plaintiff** Terence Carter (202919)          **Address** 2800 19th Avenue  Lot 51 Gulfport, MS 39501

**Defendants**

>  Cavalier Home Builders, LLC
>  Bechtel National, Inc

**Plaintiff** Evelyn Carver (209928)          **Address** 6400 Dawsey LN  P.O. Box 512  Pearlington, MS 39572

**Defendants**

>  Forest River, Inc.
>  CH2M Hill Construction, Inc
>  Bechtel National, Inc

**Plaintiff** John Carver (209929)          **Address** 6400 Dawsey LN  P.O. Box 512  Pearlington, MS 39572

**Defendants**

>  Forest River, Inc.
>  CH2M Hill Construction, Inc
>  Bechtel National, Inc

**Plaintiff** Kendal  Casey (202240)          **Address** P.O. Box 355  Pass Christian, MS 39571

**Defendants**

>  Vanguard, LLC
>  Bechtel National, Inc

## Exhibit A

**Plaintiff** Melvin Cash (202243)                    **Address** 13570 Slater Avenue  Bayou La Batre, AL 36509

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Mavis Cash (202244)                    **Address** 13570 Slater Avenue  Bayou La Batre, AL 36509

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Mandy Caspolich (205108)                    **Address** P.O. Box 676  Kiln, MS 39576

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Construction, Inc

**Plaintiff** Wendy Caspolich (205109)                    **Address** 6221 West Forrest  Bay St. Louis, MS 39520

**Defendants**

> Monaco Coach Corporation
> CH2M Hill Construction, Inc
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co
> Insurance Company of the State of PA

**Plaintiff** Patricia Causey (210766)                    **Address** 4116 Lac Bienville #B Harvey, LA 70058

**Defendants**
> Recreation By Design, LLC
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Tanya  Cecil (202250)                **Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Defendants**

    DS Corp. d/b/a CrossRoads RV, Inc.
    Bechtel National, Inc

**Plaintiff** Betty Celino (214856)                **Address** 6105 E. Desoto  Bay St. Louis, MS 39520

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Christian Celino (214857)                **Address** 6105 E. Desoto  Bay St. Louis, MS 39520

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Colin Celino (214858)                **Address** 9015 Orange St.  Bay St. Louis, MS 39520

**Defendants**

    R-Vision, Inc.
    Bechtel National, Inc
    Liberty Insurance Corp

**Plaintiff** Christian Celino, as Next Friend of            **Address** 6105 E. Desoto  Bay St. Louis, MS 39520
Heather Celino, a minor (214859)

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Christian Celino, as Next Friend of        **Address** 6105 E. Desoto  Bay St. Louis, MS 39520
Nicholas Celino, a minor (214860)
**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Mary Scott, as Next Friend of Emerald        **Address** 12110 Barimba Place  Gulfport, MS 39503
Cenales, a minor (202251)
**Defendants**

    Cavalier Home Builders, LLC
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** James Cenales (202252)        **Address** 15373 St. Charles St.  D 3 Gulfport, MS 39503

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Kevin Cenales (202253)        **Address** 15373 St. Charles St.  D3 Gulfport, MS 39503

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Nida Cenales (202254)        **Address** 12110 Barimba Place  Gulfport, MS 39503

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

| | |
|---|---|
| **Plaintiff** Victoria Cenales, as Next Friend of Sabrina  Cenales, a minor (202255) | **Address** 2826 55Th Ave  Gulfport, MS 39501 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Mary Scott, as Next Friend of Shantell Cenales, a minor (202256) | **Address** 12110 Barimba Place  Gulfport, MS 39503 |

**Defendants**

Cavalier Home Builders, LLC
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Victoria Cenales (202257) | **Address** 2826 55th Ave.  Gulfport, MS 39501 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Willie Cenales (202258) | **Address** 15373 St. Charles St. D 3 Gulfport, MS 39503 |

**Defendants**

Jayco, Inc.
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Kenneth Chapman (202262) | **Address** 8100 Seaman Rd APT 225 Ocean Springs, MS 39565 |

**Defendants**

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

| | |
|---|---|
| **Plaintiff** Alfreda Charles (211820) | **Address** 2777 Fairfield Road  Chesnee, SC 29323 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Gerald Charles (211821)          **Address** 2777 Fairfield Road  Chesnee, SC 29323

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Gladys Charlot (202265)          **Address** 322 Seal Avenue  Pass Christian, MS 39571

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** David Chasez (211822)          **Address** 10013 Yazoo St.  Bay St. Louis, MS 39520

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Leslie Chasez (211709)          **Address** 409 Cadillac Drive  Bay St. Louis, MS 39520

**Defendants**

> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Conrad Chatman (202266)          **Address** 421 Pier Pont Avenue  Savanah, GA 31401

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Marie Cheney (205956)                **Address** 643 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Peggy Cheney (205957)                **Address** 643 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Kerrie Cherry (209314)                **Address** 2171 Castle Point  Winter Haven, FL 33880

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Tony Childress (209822)                **Address** 3514 Olga Dr  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** James Childs (216390)                **Address** 6142 E. Itawamba  Bay St. Louis, MS 39520

**Defendants**

Jayco, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Vita Christophe (202276)                **Address** 176 Dorries Street  Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff**  Ashley Clark (209827)                    **Address**  10 Bay Parkway Apt 174  Bay St. Louis, MS
                                                                     39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Ashley Clark, as Next Friend of Jaden    **Address**  10 Bay Parkway Apt 174  Bay St. Louis, MS
    Clark, a minor (209828)                             39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff**  Joseph Clark (216182)                    **Address**  3407 Pineview Drive  Pascagoula, MS 39581

**Defendants**
    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff**  Cynthia Derbigny, as Next Friend of      **Address**  308 Bruce St.  Picayune, MS 39466
    Taliyah Clark, a minor (215519)

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff**  Andrea Claude (214869)                   **Address**  2770 10th Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Albert Claude (214840)                   **Address**  2770 10th Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Jaime Clay (220077)                **Address** 3013 Dantzler Street  Moss Point, MS 39563

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** James Clay (220078)                **Address** 3013 Dantzler Street  Moss Point, MS 39563

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Linda Clay (220079)                **Address** 3013 Dantzler Street  Moss Point, MS 39563

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Sylvia Clayter (211939)                **Address** 4825 Fordham Drive  Gautier, MS 39553

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Augusta Clemons (205355)                **Address** 235 Citizens Street  Bay St. Louis, MS 39520

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Michelle Clemons (205356)                **Address** 235 Citizens Street  Bay St. Louis, MS 39520

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Odis Clemons (205357)                **Address** 235 Citizens Street  Bay St. Louis, MS 39520

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Calvin Cleveland (211724)          **Address** 10050 C Boe Rd  St Elmo, AL 36568

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Martha Cleveland, as Next Friend of          **Address** P.O. Box 246  St. Elmo, AL 36568
Javante Cleveland, a minor (211725)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Randall Cleveland (216392)          **Address** 156 Donley Burks Road  Carriere, MS 39426

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

**Plaintiff** Doris Clifford (202926)          **Address** 2624 Blackfoot Road  Vancleave, MS 39565

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

**Plaintiff** Shanna Clinton (214650)          **Address** 103 Sundance Pass  Waveland, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Kimberlee Necaise, as Next Friend of Ashton Clolinger, a minor (206944)  **Address** 23020 Valine Ladner Road  Kiln, MS 39556

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Barbara Floyd, as Next Friend of Selena Coate, a minor (206945)  **Address** 10930 Lakeside Dr.  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Jerry Cobb (202292)  **Address** 9589 Oak Farms Drive  Irvington, AL 36544

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Joan Cobb (202293)  **Address** P.O. Box 495  Irvington, AL 36544

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Paula Coffey (209303)  **Address** 11240 Texas St  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Ellen Colbert (208096)  **Address** 769 Webb  Bay St. Louis, MS 39520

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc

## Exhibit A

**Plaintiff** Thomas Colbert (208095)  **Address** 769 Webb  Bay St. Louis, MS 39520

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc

**Plaintiff** LaQuetta Cole (202930)  **Address** P.o Box 224  Chalmette, LA 70044

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Kassaundra Coleman, as Next Friend of  **Address** P.O. Box 1130  Boutte, LA 70039
Kalen Coleman, a minor (211736)
**Defendants**
Coachmen Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Kassaundra Coleman (211737)  **Address** P.O. Box 1130  Boutte, LA 70039

**Defendants**
Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
CH2M Hill Construction, Inc

**Plaintiff** Kimberly Collier, as Next Friend of  **Address** 3643 Azalea Street  Moss Point, MS 39563
Brianna Collier, a minor (209050)
**Defendants**
Jayco, Inc.
Bechtel National, Inc

**Plaintiff** Darrisha Collier, as Next Friend of  **Address** P.O. BOX 834  Irvington , AL 36544
Chandler  Collier, a minor (202142)
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Darrisha Collier (202144)          **Address** P.O. Box 834  Irvington, AL 36544

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Martha Collier, as Next Friend of John     **Address** 4151 Heron Bay Loop Road  Coden, AL 36523
Collier , a minor (202150)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Darrisha Collier, as Next Friend of     **Address** P.O. BOX 834  IRVINGTON, AL 36544
Kaylee  Collier, a minor (202152)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Kimberly Collier (209397)          **Address** 3643 Azalea Street  Moss Point, MS 39563

**Defendants**
> Jayco, Inc.
> Bechtel National, Inc

**Plaintiff** Martha Collier (202155)          **Address** 4151 Heron Bay Loop Road  Coden, AL 36523

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

# Exhibit A

**Plaintiff** Pheland Collier (202156)          **Address** 4151 Heron Bay Loop Road  Coden, AL 36523

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Robert Collier (202157)          **Address** 4151 Heron Bay Loop Road  Coden, AL 36523

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Kimberly Collier, as Next Friend of          **Address** 3643 Azalea Street  Moss Point, MS 39563
Shekinah Collier, a minor (209049)

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Denitra Collins (214659)          **Address** 57484 Ramona Road  Slidell, LA 70461

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Denitra Collins, as Next Friend of          **Address** 57484 Ramona Road  Slidell, LA 70461
Jasmine Collins, a minor (214661)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Denitra Collins, as Next Friend of          **Address** 57484 Ramona Road  Slidell, LA 70461
Jordan Collins, a minor (214662)

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Marshall Collins (209830)          **Address** P.O. Box  511  Pearlington, MS 39572

**Defendants**

Starcraft RV, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Marvin Collins (210682)          **Address** P.O. Box 1431  Gautier, MS 39553

**Defendants**

      Cavalier Home Builders, LLC
      Bechtel National, Inc

---

**Plaintiff** Marshall Collins (209831)          **Address** P.O. Box 511  Pearlington, MS 39572

**Defendants**

      Starcraft RV, Inc.
      Bechtel National, Inc

---

**Plaintiff** Una Colville (211745)          **Address** 5919 Orange GR Road  Moss Point, MS 39563

**Defendants**
      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Gregory Conn (214669)          **Address** 140 Leopold St.  Bay St. Louis, MS 39520

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lisa Conn (214670)          **Address** 140 Leopold St.  Bay St. Louis, MS 39520

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Gregory Conn (214671)          **Address** 140 Leopold St.  Bay St. Louis, MS 39520

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Sequina Cook, as Next Friend of          **Address** 33 Joe Dillon Rd.  Tylertown, MS 39667
Jakyious Cook, a minor (220082)
**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Sequina Cook (220083)                    **Address** 33 Joe Dillon Rd.  Tylertown, MS 39667

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** James Coon (214673)                    **Address** 903 Williams St.  Pascagoula, MS 39567

**Defendants**
      Coachmen Industries, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Vermel Coon (202168)                    **Address** 261 Stangi Ave.  Biloxi, MS 39530

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Denna Cooper (209837)                    **Address** P.O. Box 545 6065 4th ave. Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Nikeland Cooper (202169)                    **Address** 4700 Welch Avenue  Moss Point, MS 39563

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tonya Cooper (215542)                    **Address** 4479 Robinhood Drive  Moss Point, MS 39563

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Dinah Copeland (206020)          **Address** 717 24th Street  Gulfport, MS 39501

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Randolph Copeland (206013)          **Address** 717 24th Street  Gulfport, MS 39501

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lundy Copenhaver (211754)          **Address** 2597 Arnold St.  Bay St. Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jody Courteaux (216412)          **Address** 241 Gulfside Street  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Jody Courteaux, as Next Friend of
Perry Courteaux, a minor (216410)          **Address** 241 Gulfside Street  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Perry Courteaux (216409)          **Address** 241 Gulfside Street  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Belinda Cousin, as Next Friend of       **Address** 5511 Holley Ln.  New Orleans, LA 70126
Anthonesha Cousin, a minor (210751)

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Belinda  Cousin (210750)       **Address** 5511 Holley Ln.  New Orleans, LA 70126

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Karen Gazzier, as Next Friend of Jay       **Address** 9860 Beverly Road  Irvington, AL 36544
Cee  Cowan, a minor (202183)

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Johnny Cowan (202184)       **Address** 9860B Beverly Road  Irvington, AL 36544

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Clifton Cowans (220086)       **Address** 4185 Pacific St.  Bay St. Louis, MS 39520

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Lydia Cowans (220087)       **Address** 4185 Pacific St.  Bay St. Louis, MS 39520

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Debrah Cowart, as Next Friend of Allen Cowart, a minor (210976) | **Address** | 1107 Oliver st.  Pascagoula, MS 39567 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Debrah Cowart, as Next Friend of Brittany Cowart, a minor (210977) | **Address** | 1107 Oliver St.  Pascagouloa, MS 39567 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Debrah Cowart (210974) | **Address** | 1107 Oliver Street  Pascagoula, MS 39567 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Debrah Cowart, as Next Friend of Kayla Cowart, a minor (210975) | **Address** | 1107 Oliver St.  Pascagoula, MS 39567 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kelly Cowart (210863) | **Address** | 1107 Oliver St.  Pascagoula, MS 39567 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Charles Cox (211755) | **Address** | P.O. Box  3184  Bay St. Louis, MS 39520 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Patricia Cox (211758)                    **Address** P.O. Box  3184  Bay St. Louis, MS 39521

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Terry Cox (205360)                    **Address** 6069 West Lincoln  Bay St. Louis, MS 39520

**Defendants**

        DS Corp. d/b/a CrossRoads RV, Inc.
        Bechtel National, Inc

**Plaintiff** Clara Morris, as Representative of the        **Address** P.O. Box 402  Pearlington, MS 39572
        Estate of Victoria Cox, deceased
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Johnny Craine (206014)                    **Address** 717 24th Street  Gulfport, MS 39501

**Defendants**

        Dutchmen Manufacturing, Inc.
        Bechtel National, Inc

**Plaintiff** Dominic  Crawford (206951)                **Address** 113 Lynn Circle  Pass Christian, MS 39571

**Defendants**

        Dutchmen Manufacturing, Inc.
        Bechtel National, Inc

**Plaintiff** Charletta Crawford (202190)            **Address** P.O. Box 43  Bayou La Batre, AL 36509

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

# Exhibit A

**Plaintiff** Gussie Crawford (209843)          **Address** P.O. Box  274  Pearlington, MS 39572

**Defendants**

Frontier RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Gwendolyn Crawford (209844)          **Address** P.O. Box 414  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Gwendolyn Creagh (202191)          **Address** 361 A Auguste Ct.  Biloxi, MS 39530

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Patricia Riley, as Next Friend of          **Address** 4900 Cambridge Dr.   Pascagoula, MS 39581
Shauntrice Crear, a minor (211759)
**Defendants**
Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Arther Creer (211760)          **Address** 4206 W. Bayou Avenue  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Rosie Creer (211762)          **Address** 4206 W. Bayou Avenue  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Sheena Creer (211763)                    **Address** 2945 Layfair #624   Flowood, MS 39232

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Mary Cronier (214700)                    **Address** P.O. Box 368  Escatawpa, MS 39552

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

---

**Plaintiff** Ormond Cronier (214588)                    **Address** P.O. Box 368  Escatawpa, MS 39552

**Defendants**
        Forest River, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

---

**Plaintiff** April Crosby (209259)                    **Address** 10217 Road 556  Bay St. Louis, MS 39520

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Goldie Cross (202193)                    **Address** 8165 Plank Rd Apt 121 # 37 Baton Rouge, LA 70811

**Defendants**

        Lakeside Park Homes, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** Romal   Cross (202194)                    **Address** 8165 Plank Rd Apt 121 Baton Rouge, LA 70811

**Defendants**

        Lakeside Park Homes, Inc.
        CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Melissa Crowe (211941)                    **Address** P.O. Box 3057  Bay St. Louis, MS 39520

**Defendants**

      R-Vision, Inc.
      Bechtel National, Inc
      Liberty Insurance Corp

---

**Plaintiff** Eliezer Cruz  (202195)                    **Address** 1506 Cambridge Drive  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Quentin  Cruz  (202196)                    **Address** 5106 Cambridge Drive  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Wanda Cruz (202197)                    **Address** 1506 Cambridge Drive  Pascagoula, MS 39581

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Brendia Cuevas (207799)                    **Address** 8295 Mystic Circle  Pass Christian, MS 39571

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Elvin Cuevas (207798)                    **Address** 8295 Mystic Circle  Pass Christian, MS 39571

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Ethel Cuevas (202200)          **Address** 914 Park Circle  Pass Christian, MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Huey Cuevas (209089)          **Address** 8873 Kiln Delisle Road  Pass Christian, MS 39571

**Defendants**

      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Judy Cuevas (202203)          **Address** 914 Park Circle  Pass Christian, MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Kerry Cuevas (214593)          **Address** 25143 Albert Cuevas Road  Kiln, MS 39556

**Defendants**

      R-Vision, Inc.
      Bechtel National, Inc
      Liberty Insurance Corp

---

**Plaintiff** Shelia Cuevas (209061)          **Address** 8873 Kiln Delisle Road  Pass Christian, MS 39571

**Defendants**

      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** David Cunningham (208100)        **Address** 4035 43rd Street  Bay St. Louis, MS 39520

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Karen Cunningham (208101)        **Address** 4035 43rd Street  Bay St. Louis, MS 39520

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Wendy Caspolich, as Next Friend of        **Address** 6221 West Forrest  Bay St. Louis, MS 39520
Xarina Cupit, a minor (205367)

**Defendants**

    Monaco Coach Corporation
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurance Company of the State of PA

---

**Plaintiff** Amanda Mitchell, as Next Friend of        **Address** 22241 Pineville Road  Pass Christian, MS 39571
Lilly Currie, a minor (202944)

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lazanna Dahl (205372)        **Address** 6211 West Forrest  Bay St. Louis, MS 39520

**Defendants**

    Champion Home Builders Co.
    CH2M Hill Construction, Inc

---

**Plaintiff** Daniel Daigrepont (202212)        **Address** P.O. Box 561  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** David Dailey (207714)                    **Address** 511 Morris Street  Waveland, MS 39576

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** David Dailey, as Representative of the    **Address** 511 Morris Street  Waveland, MS 39576
Estate of Leonie Dailey, deceased
**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Regina Dailey (202217)                   **Address** 322 Seal Avenue  Pass Christian, MS 39571

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Shalena Dailey (202218)                  **Address** 322 Seal Avenue  Pass Christian, MS 39571

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

**Plaintiff** Jawan Dallas (202041)                    **Address** 1428 Canal Road  Mobile, AL 36605

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Christine Dallas, as Next Friend of      **Address** 7610 Marie Rd Lot 10 Theodore, AL 36582
Keana  Dallas, a minor (202042)
**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Christine Dallas, as Next Friend of Kiara  Dallas, a minor (202043)  **Address** 1428 Canal Road  Mobile, AL 36605

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Christine Dallas, as Next Friend of Malaysia  Dallas, a minor (202044)  **Address** 1428 Canal Road  Mobile, AL 36605

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Christine Dallas, as Next Friend of Maria  Dallas, a minor (202045)  **Address** 7610 Marie Rd Lot 10 A Theodore, AL 36582

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Christine Dallas, as Next Friend of Vakeria Dallas, a minor (202046)  **Address** 1428 Canal Road  Mobile, AL 36605

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Vernita Dallas (202047)  **Address** 3250 Dogwood Rd  Mobile , AL 36005

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** Lisa Beard, as Next Friend of Alicia Dandrea, a minor (202048)
**Address** 5346 Cronier Avenue  Long Beach, MS 39560

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Lisa Beard, as Next Friend of Brandon Dandrea, a minor (202049)
**Address** 5346 Cronier Avenue  Long Beach, MS 39560

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Charmaine Daniels-Roles (202056)
**Address** 372 Grayson Avenue  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Brandy Hill, as Next Friend of Jaiye Daniels, a minor (203374)
**Address** P.O. Box 2825  Bay St. Louis, MS 39521

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Charmaine Daniels-Roles, as Next Friend of Marckeise  Daniels, a minor
**Address** 372 Grayson Avenue  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Charmaine Daniels-Roles, as Next Friend of Ne'Jeal Daniels, a minor | **Address** | 372 Grayson Avenue  Pass Christian, MS 39571 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Brandy Fricke, as Next Friend of Joseph Danos, a minor (206958) | **Address** | 116 Grass Street  Waveland, MS 39576 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Christopher Darby (202057) | **Address** | 8760 West Alba Street  Bayou La Batre, AL 36509 |

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Jocelyn Anderson, as Next Friend of Troy Darby, a minor (202058) | **Address** | 8760 West Alba Street  Bayou La Batre, AL 36509 |

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Michelle Dardar (214608) | **Address** | 27261 Bull Creek Dr.  Perkinston, MS 39573 |

**Defendants**

Cavalier Home Builders, LLC
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Nickolas Dardar (205375)          **Address** 6184 West Forrest Street  Bay St. Louis, MS 39520

**Defendants**

    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Walter Dardar (214609)          **Address** 27261 Bull Creek Dr.  Perkinston, MS 39573

**Defendants**

    KZRV, LP
    Bechtel National, Inc

---

**Plaintiff** Irby Darensbourg (207512)          **Address** 2832 Carver St.  New Orleans, LA 70131

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Kevin Darensbourg (207513)          **Address** 2832 Carver St.  New Orleans, LA 70131

**Defendants**

    Thor Industries, Inc.
    Thor California, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Sadana Darwin (205376)          **Address** 6126 West Desoto St.  Bay St. Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Tiffany Johnson, as Next Friend of Asia Daughtry , a minor (202059)          **Address** 4514 Old Mobile Hwy  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Shelia Daughtry-Jenkins, as Next Friend of Christopher  Daughtry , a
**Address** P.O. Box 362  Bayou La Batre, AL 36509

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Tiffany Johnson, as Next Friend of Deric  Daughtry , a minor (202062)
**Address** 4514 Old Mobile Hwy  Pascagoula, MS 39581

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Ruby Daughtry, as Representative of the Estate of Elbert Daughtry, deceased
**Address** 9480 Moores Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Tiffany Johnson, as Next Friend of India  Daughtry , a minor (202064)
**Address** 4514 Old Mobile Hwy  Pascagoula, MS 39581

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Kevin Daughtry (202066)
**Address** 5451 Drexel Drive  Theodore, AL 36582

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Ruby Daughtry, as Next Friend of Kiron  Daughtry , a minor (202067)    **Address** 9480 Moores Road  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Nekylah Daughtry (202069)    **Address** 10718 Raymond Dr  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Ramone Daughtry (202070)    **Address** 9480 Moores Road  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Ruby Daughtry (202071)    **Address** 9480 Moores Road  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Ashley Davidson (205377)    **Address** 6026 Baccich St.  New Orleans, LA 70122

**Defendants**

Gulf Stream Coach, Inc.

Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Martha Cleveland, as Next Friend of Lakeith Davison, a minor (211683)  **Address** P. O. Box 412  St Elmo, AL 36568

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Dorthy Davillier (214610)  **Address** 63538 Bolden Rd.  Pearl River, LA 70452

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Evelyn Viverette, as Next Friend of Adam Davis, a minor (210872)  **Address** 5442 Frederick Avenue    Moss Point , MS 39563

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Evelyn Viverette, as Next Friend of Ashley Davis, a minor (210871)  **Address** 5442 Fredrick St.  Moss Point, MS 39563

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Bessie Davis (216443)  **Address** 5537 Shingle Mill Landing Road  Moss Point, MS 39562

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Beverly Davis (205959)                **Address** 7241 Lakeshore Road  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Bobby Davis (210606)                **Address** 252 Bay Oaks Drive  Bay St. Louis, MS 39520

**Defendants**

  Vanguard, LLC
  Bechtel National, Inc

**Plaintiff** Shirley Kendrick, as Next Friend of     **Address** 913 Canal Street  Pascagoula, MS 39567
Brooke  Davis, a minor (202077)
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Charles Davis (206961)                **Address** 7241 Lakeshore Road  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Donald Davis (220097)                **Address** P.O. Box 8453  Moss Point, MS 39562

**Defendants**
  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

**Plaintiff** Shirley Kendrick, as Next Friend of     **Address** 913 Canal Street  Pascagoula, MS 39567
Drew  Davis, a minor (202081)
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Shirley Kendrick, as Next Friend of Gavin  Davis, a minor (202082)   **Address** 913 Canal Street  Pascagoula, MS 39567

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

**Plaintiff** Gerald Davis (202956)   **Address** 4800 Kendall Dr.  New Orleans, LA 70126

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Construction, Inc
   Bechtel National, Inc

**Plaintiff** Glenn Davis (202084)   **Address** 302 Neil St.  New Orleans, LA 70131

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** Julia Davis (211355)   **Address** 252 Bay Oaks Drive  Bay St. Louis, MS 39520

**Defendants**
   Vanguard, LLC
   Bechtel National, Inc

**Plaintiff** Lenard Davis (202091)   **Address** 268 Nixon St.  Biloxi, MS 39530

**Defendants**

   R-Vision, Inc.
   CH2M Hill Construction, Inc
   Liberty Insurance Corp

**Plaintiff** Mary Davis (220099)   **Address** P.O. Box 8453  Moss Point, MS 39562

**Defendants**
   Keystone Industries, Inc.
   Keystone RV Company
   Bechtel National, Inc

## Exhibit A

**Plaintiff** Oscar Davis (215554)                **Address** 141 Eloise Street  Picayune, MS 39466

**Defendants**

> Pilgrim International, Inc.
> Bechtel National, Inc
> Crum & Forster Specialty Ins Co

**Plaintiff** Randy Davis (202099)                **Address** 46239 Hwy. 38  Franklington, LA 70438

**Defendants**
> Fleetwood Enterprises, Inc.
> Fleetwood Canada, Ltd.
> Fleetwood Homes of North Carolina, Inc.
> Fluor Enterprises, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Rodney Davis (205378)                **Address** 268 Nixon Street  Biloxi, MS 39530

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Sophie Davis (202105)                **Address** 1950 Sebasterpol Lane  St. Bernard, LA 70085

**Defendants**
> Lakeside Park Homes, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Shirley Kendrick, as Next Friend of     **Address** 913 Canal Street  Pascagoula, MS 39567
Tristan  Davis, a minor (202109)
**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** LaKeith Davison (211689)          **Address** P.O. Box 412  St. Elmo, AL 36568

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Holly Dawsey (209858)          **Address** P.O. Box 512  Pearlington, MS 39572

**Defendants**

      Forest River, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Mary Dawsey (209860)          **Address** P.O. Box 512  Pearlington, MS 39572

**Defendants**

      Forest River, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Elizabeth De Jesus (203377)          **Address** P.O. Box 1896  Gulfport, MS 39502

**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** John Deadeaux (202957)          **Address** 850 Clark Avenue  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Amy Deakle (202116)                    **Address** 7950 Shrimp Lane  Irvington, AL 36544

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

---

**Plaintiff** Evan Deakle (202119)                    **Address** 7950 Shrimp Lane  Irvington, AL 36544

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

---

**Plaintiff** Amy Deakle, as Next Friend of Jessie    **Address** 7950 Shrimp Lane  Irvington, AL 36544
Deakle, a minor (202121)

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

---

**Plaintiff** Samantha DeArman (214612)                **Address** P.O. Box 281  Longbeach, MS 39560

**Defendants**
>    Dutchmen Manufacturing, Inc.
>    Bechtel National, Inc

---

**Plaintiff** William DeArman (214613)                 **Address** P.O. Box 281  Longbeach, MS 39560

**Defendants**
>    Dutchmen Manufacturing, Inc.
>    Bechtel National, Inc

# Exhibit A

**Plaintiff** Alan Dedeaux (208900)          **Address** 22770 Fenton Dedeaux Rd.  Kiln, MS 39556

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        CH2M Hill Construction, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Tayna Necaise, as Next Friend of          **Address** 10 Bay Park Way Apt.33  Bay St. Louis, MS
De'Andre Dedeaux, a minor (208953)          39520

**Defendants**

        Gulf Stream Coach, Inc.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Earlyne Dedeaux (208899)          **Address** 22770 Fenton Dedeaux  Kiln, MS 39556

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        CH2M Hill Construction, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Heather Dedeaux (208901)          **Address** 22770 Fenton Dedeaux  Kiln, MS 39556

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        CH2M Hill Construction, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

## Exhibit A

**Plaintiff** David Dedeaux  (202125)                    **Address** 306 Morton Avenue  Pass Christian, MS 39571

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Tiarra Dedeaux, as Next Friend of        **Address** 2027 Sunshine Drive  Long Beach, MS 39560
Ka'Dem  Dedeaux , a minor (202126)

**Defendants**

        Monaco Coach Corporation
        Bechtel National, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff** Marion Hamilton, as Next Friend of       **Address** 614 East North Street  Pass Christian, MS 39571
Kiarra  Dedeaux , a minor (202127)

**Defendants**

        Monaco Coach Corporation
        Bechtel National, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff** Mable Dedeaux (205379)                   **Address** 23649 Bells Ferry Road  Pass Christian, MS
                                                           39571

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Madeline Dedeaux (203387)                **Address** 616 East North Street  Pass Christian, MS 39571

**Defendants**

        Coachmen Industries, Inc.
        Coachmen Recreational Vehicle Company, LLC
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Margie Dedeaux (203382)          **Address** 338 Mercier Avenue  Pass Christian, MS 39571

**Defendants**

> Pilgrim International, Inc.
> Bechtel National, Inc
> Crum & Forster Specialty Ins Co

**Plaintiff** Richelle Dedeaux (203378)          **Address** 19563 Saucier Lizana Road  Saucier, MS 39574

**Defendants**

> DS Corp. d/b/a CrossRoads RV, Inc.
> Bechtel National, Inc

**Plaintiff** Randolph Dedeaux (203390)          **Address** 23649 Bells Ferry Road  Pass Christian, MS 39571

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Tiarra Dedeaux (202129)          **Address** 2027 Sunshine Drive  Long Beach, MS 39560

**Defendants**

> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff** Judy James, as Next Friend of Tyranni Dedeaux, a minor (202958)          **Address** 212 Lynn Circle  Pass Christian, MS 39571

**Defendants**

> DS Corp. d/b/a CrossRoads RV, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Alisa Deeks (215562)          **Address** 808 Kyle Circle  Waveland, MS 39576

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Catherinr Degrasse (216453)          **Address** P.O. Box 638  Chalmette, LA 70044

**Defendants**
      Destiny Industries, LLC
      Fluor Enterprises, Inc

---

**Plaintiff** Ralph Degrasse (216452)          **Address** P.O. Box 638  Chalmette, LA 70044

**Defendants**
      Destiny Industries, LLC
      Fluor Enterprises, Inc

---

**Plaintiff** Veronica Mcinnis, as Next Friend of          **Address** 4457 Popps Ferry Road Lot 213  Biloxi, MS
Zykeria Deleneye, a minor (202960)          39540

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

---

**Plaintiff** Terri Delmore (210507)          **Address** 9127 Central Project St.  Convent, LA 70723

**Defendants**

      Champion Home Builders Co.
      Fluor Enterprises, Inc

---

**Plaintiff** Deborah Deloach (207747)          **Address** 340 Menge Ave.  Pass Christian, MS 39571

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff** Grace Demolle (201952)          **Address** P.O. Box 134  Port Sulphur, LA 70083

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Debra Denning (214615)          **Address** 406 Old Spanish Trail  Waveland, MS 39576

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Patsy Deogracias (209070)          **Address** 367 Chapman Road  Bay St. Louis, MS 39520

**Defendants**

    DS Corp. d/b/a CrossRoads RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Cynthia Derbigny (215565)          **Address** 308 Bruce St.  Picayune, MS 39466

**Defendants**

    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Jacqueline Derby (201962)          **Address** 2112 Springwood Circle  Gautier, MS 39553

**Defendants**

    Heartland Recreational Vehicles, L.L.C.
    Bechtel National, Inc

---

**Plaintiff** Wendy Caspolich, as Next Friend of Shaylynn Deroche, a minor (205382)          **Address** 6221 West Forrest  Bay St. Louis, MS 39520

**Defendants**

    Monaco Coach Corporation
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Exhibit A

**Plaintiff** Mercedes Devilliers (220102)          **Address** 6405 Red Creek Rd  Long Beach, MS 39560

**Defendants**

>    Cavalier Home Builders, LLC
>    Bechtel National, Inc

---

**Plaintiff** Kriket Diaz (211598)          **Address** P.O. Box 623  Pearlington, MS 39572

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Cynthia Diaz, as Representative of the          **Address** P.O. Box 623  Pearlington, MS 39572
Estate of Raymond Diaz, deceased
**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

---

**Plaintiff** Brian DiBenedetto (210692)          **Address** 233 Gulfside Street  Waveland, MS 39576

**Defendants**
>    Keystone Industries, Inc.
>    Keystone RV Company
>    Bechtel National, Inc

---

**Plaintiff** Margie DiBenedetto (211392)          **Address** 233 Gulfside Street  Waveland, MS 39576

**Defendants**
>    Keystone Industries, Inc.
>    Keystone RV Company
>    Bechtel National, Inc

---

**Plaintiff** Michelle Dickerson, as Next Friend of          **Address** 628 15th St.  Franklinton, LA 70438
Antoine  Dickerson, a minor (201976)
**Defendants**
>    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
>    Fluor Enterprises, Inc

---

**Plaintiff** Michelle Dickerson, as Next Friend of          **Address** 628 15th St.  Franklinton, LA 70438
Brionne  Dickerson, a minor (201977)
**Defendants**
>    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
>    Fluor Enterprises, Inc

# Exhibit A

**Plaintiff** Michelle Dickerson, as Next Friend of Irionne Dickerson, a minor (201978)  **Address** 628 15th St. Franklinton, LA 70438

**Defendants**

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Michelle Dickerson, as Next Friend of Jeremy Dickerson, a minor (201979)  **Address** 628 15th St. Franklinton, LA 70438

**Defendants**

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

Fluor Enterprises, Inc

---

**Plaintiff** Curtis Dickerson (201980)  **Address** 5620 Vermillion Blvd. New Orleans, LA 70122

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

---

**Plaintiff** Danisha Dillion (213959)  **Address** 6201 E. Jackson Street Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.

Bechtel National, Inc

Crum & Forster Specialty Ins Co

---

**Plaintiff** Cotrina Dillon, as Next Friend of Ariel Dillon, a minor (201986)  **Address** 1016 Honeysuckle Tr. Summit, MS 39666

**Defendants**

Fleetwood Enterprises, Inc.

Fleetwood Canada, Ltd.

Fleetwood Homes of North Carolina, Inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

American International Specialty Lines

Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Beverly Dillon (201987)                 **Address** 27 Q. D. Dillon Rd.  Tylertown, MS 39667

**Defendants**
    Thor Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Girlean Dillon (220103)                 **Address** 31 Joe Dillon Rd.  Tylertown, MS 39667

**Defendants**
    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** James Dillon (220104)                 **Address** 31 Joe Dillon Rd.  Tylertown, MS 39667

**Defendants**
    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Marcus Dillon (201992)                 **Address** 27 Q. D. Dillon Rd.  Tylertown, MS 39667

**Defendants**
    Thor Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Quinmichael  Dillon (201996)                 **Address** 1016 Honeysuckle Tr.  Summit, MS 39666

**Defendants**
    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Kathlean Smith, as Next Friend of
Santana Dillon, a minor (220105)        **Address** 03 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Sylvia Dimitry (202968)        **Address** 6724 Neshoba Street  Biloxi, MS 39532

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Thomas Dimitry (202967)        **Address** 49 Ramsey Rd.  Saucier , MS 39574

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Richard Dinon (220107)        **Address** 8142 Clermont Ave.  Bay St. Louis, MS 39520

**Defendants**

Jayco, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Kimberly  Hudson-Blanchard, as
Representative of the Estate of        **Address** 8142 Clermont Ave.  Bay St. Louis, MS 39520

**Defendants**

Jayco, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Steve Ditta (201999)        **Address** 694 Opona Street  Diamondhead, MS 39535

**Defendants**

Vanguard, LLC
Bechtel National, Inc

## Exhibit A

**Plaintiff** Elbert Dixon (202001)                    **Address** 9480 Moores Road  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Heidi Flood, as Next Friend of Gregory    **Address** 14930 Fort Lake Road  Grand Bay, AL 36541
Dixon, a minor (202003)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Heidi Flood, as Next Friend of Isaiha    **Address** 14930 Fort Lake Road  Grand Bay, AL 36541
Dixon, a minor (202004)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Murry Dixon  (202005)                    **Address** 10571 Hwy. 188  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Heidi Flood, as Next Friend of Nadia    **Address** 14930 Fort Lake Road  Grand Bay, AL 36541
Dixon, a minor (202006)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Sarah Dixon (202008)                     **Address** 10571 Hwy. 188  Grand Bay, AL 36541

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Heidi Flood, as Next Friend of Tamia Dixon, a minor (202009)                     **Address** 14930 Fort Lake Road  Grand Bay, AL 36541

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Heidi Flood, as Next Friend of Zi'Kea Dixon, a minor (202010)                     **Address** 14930 Fort Lake Road  Grand Bay, AL 36541

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Lonnie Dominique (211602)                     **Address** 4034 Ocean Street  Bay St. Louis, MS 39520

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Larry Domino (209872)                     **Address** 5131 4th Ave.  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Reco Domio (214624)                     **Address** 8143 Georgia Ave.  Gulfport, MS 39501

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Robert Domke, as Next Friend of Cody Domke, a minor (207927)

**Address** 9011 Hibiscus Dr  Bay St Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Stephanie Zanders, as Next Friend of Megan Donston, a minor (203392)

**Address** 394 Huriter Ave  Pass Christian, MS 39571

**Defendants**

Dutchmen Manufacturing, Inc.

Bechtel National, Inc

---

**Plaintiff** Vivian Dorsett (205389)

**Address** 15058 Sagewood St.  Gulfport, MS 39503

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Danny Dorsey (214629)

**Address** 10 Bay Parkway Apt 168  Bay St. Louis, MS 39520

**Defendants**

Coachmen Industries, Inc.

Coachmen Recreational Vehicle Company, LLC

Bechtel National, Inc

---

**Plaintiff** Elaine Dorsey (214630)

**Address** 10 Bay Parkway Apt 168  Bay St. Louis, MS 39520

**Defendants**

Coachmen Industries, Inc.

Coachmen Recreational Vehicle Company, LLC

Bechtel National, Inc

---

**Plaintiff** Quiana Dorsey (214631)

**Address** 2224 Jay St.  Slidell, LA 70460

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

# Exhibit A

**Plaintiff** Arie Downing (202015)          **Address** 8178 Texas Avenue  Gulfport, MS 39501

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Gwendolyn Doyle (213506)          **Address** 57313 Mitchell Road  Slidell, LA 70461

**Defendants**

        Monaco Coach Corporation
        Fluor Enterprises, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

---

**Plaintiff** Cherie' Drawdy (220114)          **Address** 316 Baltic Street  Waveland, MS 39576

**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

---

**Plaintiff** Jeffery Drawdy (220115)          **Address** 316 Baltic Street  Waveland, MS 39576

**Defendants**

        Jayco, Inc.
        Bechtel National, Inc

---

**Plaintiff** Crystal Peterson  (206970)          **Address** 5409 Tuxachanie Drive  Biloxi, MS 39532

**Defendants**

        Coachmen Industries, Inc.
        Coachmen Recreational Vehicle Company, LLC
        Bechtel National, Inc

---

**Plaintiff** Earnestine Druey (202018)          **Address** 1409 Hwy. 90  Lot 35 Gautier, MS 39553

**Defendants**

        Southern Energy Homes, Inc.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Tiffany Druey, as Next Friend of Jacent Druey, a minor (202019)     **Address** 1409 Hwy. 90  Lot 35 Gautier, MS 39553

**Defendants**

Southern Energy Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Tiffany Druey (202020)     **Address** 1409 Hwy 90 Lot 35  Gautier, MS 39553

**Defendants**

Southern Energy Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Rodney Dubose (216469)     **Address** 131 Village Circle  Poplarville, MS 39470

**Defendants**

Redman Homes Inc. (f/k/a Dutch Homes)
CH2M Hill Construction, Inc

---

**Plaintiff** Kathleen Ducote (211140)     **Address** P.O. Box  452  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Beverly Duffy (202024)     **Address** 1403 Convent Avenue  Pascagoula, MS 39567

**Defendants**

Pilgrim International, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Emmaria Duffy (202025)          **Address** 1403 Convent Avenue  Pascagoula, MS 39567

**Defendants**

Pilgrim International, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
Crum & Forster Specialty Ins Co

**Plaintiff** Gerald Duffy  (202026)          **Address** 1403 Convent Avenue  Pascagoula, MS 39567

**Defendants**

Pilgrim International, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
Crum & Forster Specialty Ins Co

**Plaintiff** Beverly Duffy, as Next Friend of          **Address** 1403 Convent Avenue  Pascagoula, MS 39567
Treasure  Duffy, a minor (202027)

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Gregory Dufrene (220120)          **Address** 7801 Hancock Dr.  Bay St. Louis, MS 39520

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Tammy Hunt, as Next Friend of Dallas          **Address** P.O. Box 127  Franklinton, LA 70438
Dugas, a minor (202028)

**Defendants**
River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Fluor Enterprises, Inc

**Plaintiff** Tammy Hunt, as Next Friend of Tiffany          **Address** P.O. BOX 127  Franklinton, LA 70438
Dugas, a minor (202029)

**Defendants**
River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Peter Dulworth (205392)          **Address** 6065 West Desoto  Bay St. Louis, MS 39520

**Defendants**

      Pilgrim International, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Herman Dunklin (207806)          **Address** 313 South Necaise Avenue  Bay St. Louis, MS 39520

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Bernadette Duplesis (213650)          **Address** 2029 Maple Ln  Slidell, LA 70461

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Fluor Enterprises, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Carolyn Dupre (207985)          **Address** 4235 Catalina Street  Bay St. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Evelyn Dupree (202034)          **Address** P.O. Box 583  Gautier, MS 39553

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Exhibit A

**Plaintiff**  Jerry Dupree (202035)          **Address**  P.O. Box 583  Gautier, MS 39553

**Defendants**

> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

**Plaintiff**  George Duval (206973)          **Address**  6313 West Clay Street  Bay St. Louis, MS 39520

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff**  Janet Duval (206974)          **Address**  6313 West Clay Street  Bay St. Louis, MS 39520

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff**  Dianne Frederick, as Next Friend of          **Address**  515 Easterbrook Street  Bay St. Louis, MS 39520
Candance Duvernay, a minor (211370)

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff**  Yvonne Dyson (205598)          **Address**  69317 Charles McDaniels Rd.  Kentwood, LA 70444

**Defendants**

> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff**  Randolph Eason (214535)          **Address**  192 Pat Harrison St.  Biloxi, MS 39530

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff**  Kimberly Eaton (215578)          **Address**  8081 Hancock Dr.  Bay St. Louis, MS 39520

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff**  Terrell Edwards (202971)          **Address**  1116 Cinclair Loop  Laplace, LA 70068

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff**  Tina Edgerton (201874)          **Address**  420 Audrey Avenue  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff**  Erica Edwards (209766)          **Address**  P.O. Box 261  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** James Edwards (206975)                  **Address** 5725 Lowerbay Road  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Irvin  Edwards, as Representative of the          **Address** P.O. Box  261 Whites Road  Pearlington, MS
Estate of Patricia Edwards, deceased                          39572
**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kimberlana Elkins (211610)                  **Address** 207 Corinth Drive  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Robert Elkins (211611)                  **Address** 207 Corinth Drive  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Meleta Jack, as Next Friend of Allegra          **Address** 2119 Hopper Road Lot #11A  Lucedale, MS
Ellis, a minor (212842)                                       39452
**Defendants**

    Dutchmen Manufacturing, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Anthony Ellis (201879)                  **Address** 423 Wittman Avenue  Pass Christian, MS 39571

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Freddie Ellis (212844)                  **Address** 2119 Hopper Road Lot 11A Lucedale, MS 39452

**Defendants**

    Dutchmen Manufacturing, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Jennifer Emmons (209771)          **Address** 5213 Pearl Ave.  Pearlington, MS 39572

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      Fluor Enterprises, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Barry Emmons (209772)          **Address** P.O. Box  465  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Aaron Encalade (201884)          **Address** 43200 N Baham Lane Lot 55 Hammond, LA 70403

**Defendants**

      Cavalier Homes Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Marian Epperson (205818)          **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Dallas Erwin (209005)          **Address** 1809 Acacia  Pascagoula, MS 39581

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** James Erwin (209118)              **Address** 1809 Acacia  Pascagoula, MS 39581

**Defendants**
          Keystone Industries, Inc.
          Keystone RV Company
          Bechtel National, Inc

**Plaintiff** Shirley Erwin (209369)              **Address** 1809 Acacia  Pascagoula, MS 39581

**Defendants**
          Keystone Industries, Inc.
          Keystone RV Company
          Bechtel National, Inc

**Plaintiff** Jayne Evans (210921)              **Address** 16463 Hwy. 90  Pearlington, MS 39572

**Defendants**

          Forest River, Inc.
          Bechtel National, Inc

**Plaintiff** Kendrick Evans (216478)              **Address** 4317 Lexington St.  Garner, NC 27529

**Defendants**
          Gulf Stream Coach, Inc.
          CH2M Hill Construction, Inc

**Plaintiff** Mark Evans (211389)              **Address** 16463 Hwy. 90  Pearlington, MS 39572

**Defendants**

          Forest River, Inc.
          Bechtel National, Inc

**Plaintiff** Rosie Evans (201903)              **Address** 7633 E. St. Bernard Hwy.  Violet, LA 70092

**Defendants**
          Fleetwood Enterprises, Inc.
          Fleetwood Canada, Ltd.
          Fleetwood Homes of North Carolina, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Construction, Inc
          American International Specialty Lines
          Gibraltor Insurance Co

## Exhibit A

**Plaintiff** William Evans (216477)          **Address** 1409 Live Oak  Pascagoula, MS 39581

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Construction, Inc

---

**Plaintiff** Darlene Faciane (213750)          **Address** 35484 Laurent Road  Slidell, LA 70460

**Defendants**

  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Kenneth Faciane (213655)          **Address** 35484 Laurent Road  Slidell, LA 70460

**Defendants**

  Forest River, Inc.
  Fluor Enterprises, Inc

---

**Plaintiff** Roma Fagan (201909)          **Address** 222 Magee Hill Rd.  Tylertown, MS 39667

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Construction, Inc

---

**Plaintiff** Albert Fairley (215585)          **Address** 109 S. Howard Avenue  Picayune, MS 39466

**Defendants**
  Forest River, Inc.
  Bechtel National, Inc

---

**Plaintiff** Petula Fairley, as Next Friend of Faith Fairley, a minor (201911)          **Address** 178 William Estate Road  Lucedale, MS 39452

**Defendants**
  Cavalier Homes Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Petula Fairley, as Next Friend of Frederick  Fairley, a minor (201912)          **Address** 178 William Estate Road  Lucedale, MS 39452

**Defendants**

  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Mark Fairley (208894)                    **Address** 14521 Cemetery Road  Gulfport, MS 39503

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Patricia Fairley (209782)                **Address** P.O. Box 548  Pearlington, MS 39572

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Penny Fairley (208891)                   **Address** 14521 Cemetery Road  Gulfport, MS 39503

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Paula Farve, as Next Friend of Carley    **Address** 4037 Atlantic Street  Bay St. Louis, MS 39520
Farve, a minor (212858)
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jessie Faulk (211416)                    **Address** 2621 Dolphin Drive  Gautier, MS 39553

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Samuel Faulk (211350)                    **Address** 2621 Dolphin Dr  Gautier, MS 39553

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Bevalie Favre (211620)                   **Address** P.O. Box 2492  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Crystal Favre (209263)               **Address** 5032 Sixth Street  Bay St. Louis, MS 39520

**Defendants**

>     Fleetwood Enterprises, Inc.
>     Fleetwood Homes of North Carolina, Inc.
>     Fleetwood Canada, Ltd.
>     Bechtel National, Inc
>     American International Specialty Lines
>     Gibraltor Insurance Co

---

**Plaintiff** Agnes Feigel (208845)               **Address** 3013 4th Street  Bay St. Louis, MS 39520

**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Charles Feigel (208853)               **Address** 3013 4th Street  Bay St. Louis, MS 39520

**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Jack Feigel (208943)               **Address** 11240 Texas Street  Bay St. Louis, MS 39520

**Defendants**

>     Pilgrim International, Inc.
>     Bechtel National, Inc
>     Crum & Forster Specialty Ins Co

---

**Plaintiff** Dustin Ferguson, as Next Friend of        **Address** P.O. Box 2492  Bay St. Louis, MS 39520
         Madison Ferguson, a minor (211628)
**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Dustin Ferguson, as Next Friend of        **Address** P.O. Box 2492  Bay St. Louis, MS 39520
         Mallory Ferguson, a minor (211629)
**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

---

**Plaintiff** Charlene Ferrill (205412)               **Address** 537 Commagere Blvd.  Bay St. Louis, MS 39520

**Defendants**
>     Gulf Stream Coach, Inc.
>     Bechtel National, Inc

## Exhibit A

**Plaintiff** Richard Ferrill (205413)          **Address** 537 Commagere Blvd.  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Victoria Ferrill (205415)          **Address** 537 Commagere Blvd.  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Anthony Fiffie (215587)          **Address** P.O. Box 70  Hahnville, LA 70057

**Defendants**
  Gulf Stream Coach, Inc.
  CH2M Hill Construction, Inc

**Plaintiff** Carolyn Fikes (201916)          **Address** 806 Lafayette Avenue  Pascagoula, MS 39567

**Defendants**

  Dutchmen Manufacturing, Inc.
  Bechtel National, Inc

**Plaintiff** Carmen Fisher (201918)          **Address** 4068 Paige Janette Dr.  Harvey, LA 70058

**Defendants**
  Lakeside Park Homes, Inc.
  Shaw Environmental, Inc
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc

**Plaintiff** Erica Fleming, as Next Friend of          **Address** 4282 Maple Dr.  Baton Rouge, LA 70805
Bre'Niyah Fleming, a minor (206978)
**Defendants**
  Cavalier Homes Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

# Exhibit A

**Plaintiff** Erica Fleming (206979)          **Address** 2742 Hollywood St.   Baton Rouge, LA 70805

**Defendants**
  Cavalier Homes Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Mott Fleming (201922)          **Address** 2112 Bayou Rd.  St. Bernard, LA 70085

**Defendants**

  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Christopher Flood (201924)          **Address** 8470 Debra Lane  Irvington, AL 36544

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Diane Flood (201925)          **Address** 8470 Debra Lane  Irvington, AL 35544

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Heidi Flood (201929)          **Address** 14930 Fort Lake Road  Grand Bay, AL 36541

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Barbara Floyd (206983)          **Address** 1708 Monroe Street  Pascagoula, MS 39581

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Jerry Floyd (206984)                **Address** 10930 Lakeside Circle  Grand Bay, AL 36541

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Jennifer Fontana (206986)           **Address** 7260 Lakeshore Road  Bay St. Louis, MS 39520

**Defendants**

     Cavalier Home Builders, LLC
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Michelle Ford (201938)              **Address** 703 Rita Lane  Long Beach, MS 39560

**Defendants**

     Fleetwood Enterprises, Inc.
     Fleetwood Homes of North Carolina, Inc.
     Fleetwood Canada, Ltd.
     Bechtel National, Inc
     American International Specialty Lines
     Gibraltor Insurance Co

---

**Plaintiff** Jennifer Forrester (209792)         **Address** 17085 Cedar Drive  Pearlington, MS 39572

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Allen Forrester (209793)            **Address** 17085 Cedar Drive  Pearlington, MS 39572

**Defendants**

     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Nercile Fortenberry (201947)        **Address** 70 Joe Bullock Rd.  Tylertown, MS 39667

**Defendants**
     KZRV, LP
     CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Brittany Fortner (209794)          **Address** 2119 Hopper Road Lot 25A Lucedale, MS 39452

**Defendants**
     Jayco, Inc.
     CH2M Hill Construction, Inc

---

**Plaintiff** Samantha Fortner, as Next Friend of      **Address** 1250 Faye St.   Kingsport, TN 37660
Destin Fortner, a minor (202983)

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Krishonna Fortner, as Next Friend of      **Address** 2119 Hopper Road  Lot 25A Lucedale, MS 39452
Emilie Fortner, a minor (209795)

**Defendants**
     Jayco, Inc.
     CH2M Hill Construction, Inc

---

**Plaintiff** Gordon Fortner (201949)          **Address** 1250 Faye St.   Kingsport, TN 37660

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Krishonna Fortner (209796)          **Address** 2119 Hopper Road 25-A  Lucedale, MS 39452

**Defendants**
     Jayco, Inc.
     CH2M Hill Construction, Inc

---

**Plaintiff** Christopher  Foy (210358)          **Address** PO BOX 934  Pascagoula, MS 39568

**Defendants**
     Thor Industries, Inc.
     Thor California, Inc.
     Bechtel National, Inc

# Exhibit A

**Plaintiff** Teresa Foy (214570)                    **Address** P.O. Box 92  Saucier, MS 39574

**Defendants**

      Homes of Merit, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Kathy Franklin, as Next Friend of      **Address** 10175 N. Summit Court Lot 31  Grand Bay, AL
Aleisha  Franklin , a minor (201784)                            36541
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Kathy Franklin, as Next Friend of      **Address** 10175 N. Summit Court Lot 31  Grand Bay, AL
Henton  Franklin , a minor (201786)                             36541
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Shoshone Norris, as Next Friend of     **Address** 8405 Bayou Cumbest Rd  Moss Point, MS 39452
Linsee  Franklin , a minor (201791)
**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Paula Franklin (210648)                **Address** 4308 Knowlcrest Dr  Moss Point, MS 39562

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Kathy Franklin, as Next Friend of
Quenton  Franklin , a minor (201792)

**Address** 10175 N. Summit Court Lot 31  Grand Bay, AL
36541

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Robert Franklin (201793)

**Address** 8405 Bayou Cumbest Rd.  Moss Point, MS 39452

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Jennifer Frazier (201796)

**Address** 220 Crawford Street  Biloxi, MS 39530

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Billy Frederick (208230)

**Address** P.O. Box 527  Nicholson, MS 39463

**Defendants**

Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff** Carrie Frederick (208272)

**Address** P.O. Box 527  Nicholson, MS 39463

**Defendants**

Cavalier Home Builders, LLC
Bechtel National, Inc

## Exhibit A

**Plaintiff** Carrie Frederick, as Next Friend of
Dash Frederick, a minor (208273)

**Address** P.O. Box 527  Nicholason, MS 39463

**Defendants**

Cavalier Homes Inc.
Bechtel National, Inc

---

**Plaintiff** Carrie Frederick, as Next Friend of
Emma Frederick, a minor (208274)

**Address** P.O. Box 527  Nicholason, MS 39463

**Defendants**

Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff** Carrie Frederick, as Next Friend of
Madison Frederick, a minor (208218)

**Address** P.O. Box 527  Nicholson, MS 39463

**Defendants**

Cavalier Home Builders, LLC
Bechtel National, Inc
Bechtel National, Inc

---

**Plaintiff** Carrie Frederick, as Next Friend of
Wylie Frederick, a minor (208275)

**Address** P.O. Box 527  Nicholson, MS 39463

**Defendants**

Cavalier Home Builders, LLC
Bechtel National, Inc

---

**Plaintiff** Priscilla  Freeman, as Next Friend of
Hunter Freeman, a minor (211301)

**Address** 1360 Firetower Rd.  Kiln , MS 39556

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Priscilla Freeman, as Next Friend of
Olivia Freeman, a minor (211300)

**Address** 1360 Firetower Rd.  Kiln, MS 39556

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Priscilla Freeman (211947)

**Address** 1360 Firetower Road  Kiln, MS 39556

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Stephen Freeman (211299)          **Address** 1360 Firetower Rd  Kiln, MS 39556

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Brandy Fricke, as Next Friend of Chloe Fricke, a minor (206988)          **Address** 116 Grass Street  Waveland, MS 39576

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Brandy Fricke, as Next Friend of Christopher Fricke, a minor (206989)          **Address** 116 Grass Street  Waveland, MS 39576

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Virginia  Fricke , as Representative of the Estate of Floyd Fricke, deceased          **Address** 5048 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltar Insurance Co

---

**Plaintiff** Kristin Fricke (205286)          **Address** 8042 Hancock Drive  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Ruth Fricke (205287)          **Address** 8042 Hancock Drive  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Virginia Fricke (205288)          **Address** 5048 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Barry Frye (201802)          **Address** 26102 Cunningham Road  Pass Christian, MS 39571

**Defendants**

      KZRV, LP
      Bechtel National, Inc

**Plaintiff** Cynthia Fuller (212568)          **Address** 7095  Tamborella st  Bay St. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Cynthia Fuller, as Next Friend of Drennin Fuller, a minor (212569)          **Address** 7095 Tamborella  Bay st. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Glenn Fuller (211636)          **Address** 7095 Tamborella St.  Bay St. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Robert Fulton (208856)          **Address** P.O. Box 742  Pearlington, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Ehorkenkerkewarn Funchess (201807)   **Address** 10479 Rolling Heights Drive  Lot 246 D'Iberville, MS 39540

**Defendants**

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Mary Funchess (201808)   **Address** 10479 Rolling Heights Drive  Lot 246 D'Iberville, MS 39540

**Defendants**

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Una Colville, as Next Friend of Emily Gaffney, a minor (211637)   **Address** 10030 Johnson Rd S.  Mobile, AL 36695

**Defendants**

Fleetwood Canada, Ltd.

Fleetwood Enterprises, Inc.

Fleetwood Homes of North Carolina, Inc.

Bechtel National, Inc

American International Specialty Lines

Gibraltor Insurance Co

---

**Plaintiff** Cynthia Galle (201811)   **Address** 4807 Plantation Road  Saucier, MS 39574

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Charles Galloway (211642)   **Address** 286 New Home Church Rd  Jayess, MS 39641

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Construction, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** Clara Galloway (209152)          **Address** 106 Cambridge Drive  Waveland, MS 39576

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Paisley Gant (210505)          **Address** 9127  Central  Project St.  Convent, LA 70723

**Defendants**

    Champion Home Builders Co.
    Fluor Enterprises, Inc

**Plaintiff** Christine Garcia (211644)          **Address** 1031 Hubbard Street  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Deanna Garcia (211645)          **Address** 1031 Hubbard Street  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** Eugene Garcia (205298)          **Address** P.O. Box 992  Lake Shore , MS 39558

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Joshua Garcia (211646)          **Address** 1031 Hubbard Street  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Lillie Garcia (208854)                    **Address** P.O. Box 3604  Bay St. Louis, MS 39520

**Defendants**

      Stewart Park Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Lucretia Garcia (201815)                    **Address** 1120 Grove Street  Waveland, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Marilyn Garcia (209261)                    **Address** P.O. Box 134  Clermont Harbor, MS 39558

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Tiffany Garcia (211190)                    **Address** P.O. Box  3604  Bay St. Louis, MS 39521

**Defendants**

      Stewart Park Homes, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Dorothy Gardner (202996)                    **Address** 3629 W. Loyola Dr.  Kenner, LA 70065

**Defendants**

      Pilgrim International, Inc.
      Shaw Environmental, Inc
      Crum & Forster Specialty Ins Co

# Exhibit A

**Plaintiff** Jennifer Montgomery, as Next Friend      **Address** 717 Watkins Avenue  Gulfport, MS 39507
of Tyree  Gardner, a minor (201817)
**Defendants**

    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Jeanne Gareser (207936)      **Address** 5163 Forrest Ave  Bay St Louis, MS 39520

**Defendants**

    Forest River, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Denyer Garrett, as Next Friend of      **Address** 3707 Avenue H # Rv8  Nederland, TX 77627
Christian  Garrett, a minor (201819)
**Defendants**

    Palm Harbor Homes, Inc.
    Palm Harbor Manufacturing, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Deanne Garrett (201820)      **Address** P.O.Box 608  Geismar, LA 70734

**Defendants**

    Palm Harbor Homes, Inc.
    Palm Harbor Manufacturing, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Denyer Garrett, as Next Friend of      **Address** 3707 Avenue H # Rv8  Nederland, TX 77627
Joshua  Garrett, a minor (201821)
**Defendants**

    Palm Harbor Homes, Inc.
    Palm Harbor Manufacturing, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Denyer  Garrett (201822)      **Address** P.O. Box 608  Geismar, LA 70734

**Defendants**

    Palm Harbor Homes, Inc.
    Palm Harbor Manufacturing, Inc.
    Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Kelly Garriga, as Next Friend of Cameron  Garriga, a minor (201823)          **Address** 826 Arbor Station Drive  Long Beach, MS 39560

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Kelly Garriga, as Next Friend of Klain Garriga, a minor (201825)          **Address** 826 Arbor Station Drive  Long Beach, MS 39560

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Lisa Garriga (212884)          **Address** P.O. Box  10381  Gulfport, MS 39505

**Defendants**

Horton Homes, inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Ann Garrison, as Next Friend of Chance Garrison, a minor (214585)          **Address** 1714 Williams St.  Pascagoula, MS 39567

**Defendants**

Dutchmen Manufacturing, Inc.

Bechtel National, Inc

---

**Plaintiff** Kanita Garry (203423)          **Address** 5212 Rue St. Denise  Gautier, MS 39553

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Eunice Gary (201829)          **Address** 110 Elm Court  Gulfport, MS 39501

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** Richard Gates (216504)          **Address** 6115 E Benton Street  Bay St Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Russell Gatlin (220155)          **Address** 2815 S. Oakland Ave.  Lackland, FL 33803

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Tamara Gauthreaux (211021)          **Address** P.O. Box  2965  Bay St. Louis, MS 39521

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

**Plaintiff** Vick Gauthreaux (210959)          **Address** P.O. Box 2965  Bay St. Louis, MS 39521

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

**Plaintiff** Chris Gelpi (207009)          **Address** P.O. Box 365  Lakeshore, MS 39576

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Ronald Gerald (215604)          **Address** P.O. Box 2651  Bay St. Louis, MS 39521

**Defendants**
      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

**Plaintiff** Patrice Gholar, as Next Friend of Amer          **Address** 1520 Rich Ave.  Gulfport, MS 39501
Gholar, a minor (216506)
**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Patrice Gholar (216505)　　　　**Address** 1520 Rich Ave.  Gulfport, MS 39501

**Defendants**

　　　　River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
　　　　Bechtel National, Inc

---

**Plaintiff** Anthony Giavotella (214478)　　　　**Address** 22138 Rd. 374  Kiln, MS 39556

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Michele Giavotella (214480)　　　　**Address** 22138 Rd. 374  Kiln, MS 39556

**Defendants**
　　　　Forest River, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** James Gilbert (216507)　　　　**Address** P.O. Box 224  Picayune, MS 39466

**Defendants**

　　　　Pilgrim International, Inc.
　　　　Bechtel National, Inc
　　　　Crum & Forster Specialty Ins Co

---

**Plaintiff** Pearlene Gildersleeve (211542)　　　　**Address** 2114 Resca De La Palma St.  Pascagoula, MS 39581

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Gilbert Gildersleeve (211543)　　　　**Address** 2114 Resca De La Palma St.  Pascagoula, MS 39567

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Joan Gill, as Next Friend of Alexander Gill, a minor (214481)　　　　**Address** 229 Sandy St  Waveland, MS 39576

**Defendants**

　　　　Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
　　　　CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** David Gill (214482)                    **Address** 229 Sandy St  Waveland, MS 39576

**Defendants**

　　　　Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
　　　　CH2M Hill Construction, Inc

**Plaintiff** Joan Gill, as Next Friend of Gabrielle   **Address** 229 Sandy St  Waveland, MS 39576
　　　　　Gill, a minor (214483)
**Defendants**

　　　　Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
　　　　CH2M Hill Construction, Inc

**Plaintiff** Gregory Gill (214484)                   **Address** 229 Sandy St  Waveland, MS 39576

**Defendants**

　　　　Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
　　　　CH2M Hill Construction, Inc

**Plaintiff** Joan Gill, as Next Friend of Gregory    **Address** 229 Sandy St  Waveland, MS 39576
　　　　　Gill, a minor (214486)
**Defendants**

　　　　Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
　　　　CH2M Hill Construction, Inc

**Plaintiff** Tiwana Gillispie (220156)               **Address** P.O. Box  593  Pearlington, MS 39572

**Defendants**

　　　　Dutch Housing, Inc. d/b/a Champion Homes
　　　　CH2M Hill Construction, Inc

**Plaintiff** Diane Grimnich (213679)                 **Address** 3261 Reine Avenue  Slidell, LA 70458

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

## Exhibit A

**Plaintiff** Frances Gines (201850)                    **Address** 629 Division Street  Biloxi, MS 39530

**Defendants**

     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Cherry Giveans (209255)                    **Address** 8071 Sunflower Street  Bay St. Louis, MS 39520

**Defendants**

     Jayco, Inc.
     Bechtel National, Inc

---

**Plaintiff** Cleveland Glaude (214494)                    **Address** 3416 Chicot St. Apt #27  Pascagoula, MS 39581

**Defendants**

     Skyline Corporation
     Bechtel National, Inc

---

**Plaintiff** Anthony Glover (201853)                    **Address** 4309 Scovel Road  Apt. # 4 Pascagoula, MS 39581

**Defendants**

     Fleetwood Enterprises, Inc.
     Fleetwood Homes of North Carolina, Inc.
     Fleetwood Canada, Ltd.
     CH2M Hill Construction, Inc
     American International Specialty Lines
     Gibraltor Insurance Co

---

**Plaintiff** Cartina Glover (203000)                    **Address** 2754 Briarwod Circle  Moss Point, MS 39563

**Defendants**

     Coachmen Industries, Inc.
     Coachmen Recreational Vehicle Company, LLC
     Bechtel National, Inc

---

**Plaintiff** Jeanine Glover (209811)                    **Address** P. O. Box  896  Pearlington, MS 39572

**Defendants**

     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

## Exhibit A

**Plaintiff** Cartina Glover, as Next Friend of Nacara Glover, a minor (203002)   **Address** 2754 Briarwod Circle  Moss Point, MS 39563

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Cartina Glover, as Next Friend of Najada Glover, a minor (203001)   **Address** 2754 Briarwod Circle  Moss Point, MS 39563

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Stephen Glover (209812)   **Address** P.O. Box 896  Pearlington, MS 39572

**Defendants**

    Morgan Building Systems, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** William Glover (209813)   **Address** 17053 Cherry Drive  Pearlington, MS 39572

**Defendants**

    Morgan Building Systems, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Alfred Godfrey (212885)   **Address** 16111 VFW Road  Kiln, MS 39556

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Melissa Goertzen, as Next Friend of Justin Goertzen, a minor (220157)   **Address** 5615 Hoda Rd.  Kiln, MS 39556

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Melissa Goertzen (220158)          **Address** 5615 Hoda Rd.  Kiln, MS 39556

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** Ruth Fricke, as Next Friend of Emily          **Address** 8042 Hancock Drive  Bay St. Louis, MS 39520
Goetz, a minor (205312)

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Richard Goetz (205313)          **Address** 8042 Hancock Drive  Bay St. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Christopher Goff (215606)          **Address** P.O. Box  953  Picayune, MS 39466

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Demetrous Goff (220160)          **Address** 1763 LaPine Drive  Mobile, AL 36618

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Justin Goff (201857)          **Address** P.O. Box 5495  Moss Point, MS 39563

**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Luctrecia Goff, as Next Friend of          **Address** P.O. Box  953  Picayune, MS 39466
Khalil Goff, a minor (215612)

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Luctrecia Goff, as Next Friend of Kylah Goff, a minor (215613)

**Address** 107 Placid Lane  Carriere, MS 39426

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Luctrecia Goff (215614)

**Address** 107 Placid Lane  Carriere, MS 39426

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Denise Gollott, as Next Friend of Chad Gollott, a minor (203008)

**Address** 10022 Pringle Avenue  Diberville, MS 39540

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Denise Gollott (203007)

**Address** 10022 Pringle Avenue  Diberville, MS 39540

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Francis Gollott (203009)

**Address** 10022 Pringle Avenue  Diberville, MS 39540

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Gregory Gollott (203010)

**Address** 10022 Pringle Avenue  Diberville, MS 39540

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Carlos Goudy (201692)

**Address** 253 Laurel Court  Biloxi, MS 39530

**Defendants**

Coachmen Industries, Inc.

Coachmen Recreational Vehicle Company, LLC

CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Fryer Goudy (201693)               **Address** 16261 Missour Street  Gulfport, MS 39507

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Lance Goudy (201694)               **Address** 7400 Gorenflo Road  Diberville, MS 39540

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Rebecca Goudy, as Next Friend of      **Address** 253 Laurel Crt.   Biloxi, MS 39530
Lativia Goudy, a minor (201695)
**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
CH2M Hill Construction, Inc

**Plaintiff** Rebecca Goudy (201696)              **Address** 253 Laurel Ct.  Biloxi, MS 39530

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
CH2M Hill Construction, Inc

**Plaintiff** Robert Goudy (201697)              **Address** 1667 Irish Hill Dr.  Apt. G129 Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Velma Goudy (201698)　　　　　**Address** 16261 Missouri Street  Gulfport, MS 39507

**Defendants**

      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

**Plaintiff** Yasha Goudy (201699)　　　　　**Address** 16261 Missouri st  Gulf Port, MS 39501

**Defendants**

      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

**Plaintiff** Yolanda Gould (201709)　　　　　**Address** 33 Bruces Loop  Donaldsonville, LA 70346

**Defendants**
      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Robert Gouldin (209252)　　　　　**Address** 6535 Lakeshore Road  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Michael Gourgues (209250)　　　　　**Address** 249 Timber Ridge  Slidell, LA 70460

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Eric Grace (215618)                    **Address** 2817 Fairview Dr.  Gautier, MS 39553

**Defendants**

  Fleetwood Enterprises, Inc.
  Fleetwood Homes of North Carolina, Inc.
  Fleetwood Canada, Ltd.
  CH2M Hill Construction, Inc
  Bechtel National, Inc
  American International Specialty Lines
  Gibraltor Insurance Co

**Plaintiff** Cecil Graham (220168)                    **Address** 9211 Queensland St.  Bay St. Louis, MS 39520

**Defendants**

  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Elizabeth Stewart, as Next Friend of        **Address** 1105 Brookdale Drive  Picayune, MS 39466
Marcus Graham, a minor (215621)

**Defendants**

  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Kimberly Marion, as Next Friend of        **Address** P.O. Box  329  Escatawpa, MS 39552
Ka'Darius Grant, a minor (214503)

**Defendants**

  Forest River, Inc.
  Bechtel National, Inc

**Plaintiff** Ct Green (203023)                    **Address** P.o Box 1901  Kenner, LA 70063

**Defendants**

  Fleetwood Enterprises, Inc.
  Fleetwood Canada, Ltd.
  Fleetwood Homes of North Carolina, Inc.
  Shaw Environmental, Inc
  American International Specialty Lines
  Gibraltor Insurance Co

**Plaintiff** Savannah Grass (210946)                    **Address** 8180 Maple Street  Bay St Louis, MS 39520

**Defendants**

  Gulf Stream Coach, Inc.
  CH2M Hill Construction, Inc
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Allicia Graves (215625)                **Address** P.O. Box  8809  Moss Point, MS 39563

**Defendants**

      Champion Home Builders Co.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Jason Gray (203426)                **Address** 3007 Doby Street  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Keesha McInnis, as Next Friend of        **Address** 3007 Doby Street  Pascagoula, MS 39581
Kanya Gray, a minor (203427)
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Robert Gray (205317)                **Address** 1550 East 2nd St.  Apt. P89 Pass Christian, MS
                                             39571

**Defendants**

      American Camper Manufacturing, LLC d/b/a AMERI-CAMP
      Bechtel National, Inc

---

**Plaintiff** Amy Grayam (208995)                **Address** 14489 Cemetery Road  Gulfport, MS 39503

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Alex Green (209015)                **Address** 520 Vine Dr. Apt. 6G  Flowood, MS 39232

**Defendants**

      DS Corp. d/b/a CrossRoads RV, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Donnie Green (203021)          **Address** P.O. Box 772  Wiggins , MS 39577

**Defendants**
>  Gulf Stream Coach, Inc.
>  Shaw Environmental, Inc
>  Fluor Enterprises, Inc
>  CH2M Hill Construction, Inc
>  Bechtel National, Inc

---

**Plaintiff** Jamie Green (212890)          **Address** 4275 39th Street  Bay St. Louis, MS 39520

**Defendants**

>  Monaco Coach Corporation
>  Bechtel National, Inc
>  American International Specialty Lines
>  Insurance Company of the State of PA
>  Lexington Insurance Company

---

**Plaintiff** Myranda Green, as Next Friend of Glover Green, a minor (211570)          **Address** 6114 E. Issaquena  Bay Saint Louis, MS 39520

**Defendants**

>  Gulf Stream Coach, Inc.
>  Bechtel National, Inc

---

**Plaintiff** Darlene Faciane, as Next Friend of Kersten Green, a minor (213752)          **Address** 35484 Laurent Road  Slidell, LA 70460

**Defendants**

>  Forest River, Inc.
>  Fluor Enterprises, Inc

---

**Plaintiff** Charlette White, as Next Friend of Lavante Green, a minor (203026)          **Address** 1116 Cinclair Loop  Laplace, LA 70068

**Defendants**
>  Gulf Stream Coach, Inc.
>  Shaw Environmental, Inc

---

**Plaintiff** Marie Green (211566)          **Address** 6100 E. Pike   Bay St. Louis, MS 39520

**Defendants**

>  Forest River, Inc.
>  Bechtel National, Inc

## Exhibit A

**Plaintiff** Laconya Leneaux, as Next Friend of       **Address** 112 31st Street  Gulfport, MS 39507
Montez Green, a minor (209138)

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Myranda Green (211567)       **Address** 224 Keller St.  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Patrick Green (205320)       **Address** P. O. Box 701  Lakeshore, MS 39558

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Ronald Green (209037)       **Address** 520 Vine Drive Apt. 6G  Flowood, MS 39232

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff** Sharon Green (201727)       **Address** 6831 Holley Ave.  Lot 65 Moss Point, MS 39563

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

**Plaintiff** Shelia Green (209714)       **Address** P.O. Box 535  Pearlington, MS 39572

**Defendants**

TL Industries, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Wanda Green (203020)                    **Address** P.o. Box 772  Wiggins, MS 39577

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Louis Grey (216534)                    **Address** 24975 Hwy 603  Kiln, MS 39566

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Robert Grey (216533)                    **Address** 24975 Hwy 603  Kiln, MS 39566

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Ashley Griffin (211342)                    **Address** 117 Belle Terre Court  Long Beach, MS 39560

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Kenneth Griffin (220176)                    **Address** 2204 Martin Street  Pascagoula, MS 39581

**Defendants**
> Coachmen Industries, Inc.
> Coachmen Recreational Vehicle Company, LLC
> Bechtel National, Inc

**Plaintiff** Nicole Griffin (205322)                    **Address** 13383 Warren Drive  Gulfport, MS 39503

**Defendants**

> River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
> CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Robert Griffin (214507)                    **Address** 1837 Perk-Silverrunn Rd.  Perkington, MS 39573

**Defendants**

>       Coachmen Industries, Inc.
>       Coachmen Recreational Vehicle Company, LLC
>       Bechtel National, Inc

---

**Plaintiff** Rosie Griffin (220177)                     **Address** 2204 Martin Street  Pascagoula, MS 39581

**Defendants**

>       Coachmen Industries, Inc.
>       Coachmen Recreational Vehicle Company, LLC
>       Bechtel National, Inc

---

**Plaintiff** George Griffith (203027)                   **Address** 4457 Popps Ferry Road  Lot 188 Diberville, MS 39540

**Defendants**

>       Monaco Coach Corporation
>       Bechtel National, Inc
>       American International Specialty Lines
>       Insurance Company of the State of PA
>       Lexington Insurance Company

---

**Plaintiff** Kimberly Grimes (211031)                   **Address** 21047 Robinson Road  Gulfport, MS 39503

**Defendants**

>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Joseph Grimm (211337)                      **Address** 6011 E. Adams Street  Bay St. Louis, MS 39520

**Defendants**

>       Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Teresa Foy, as Next Friend of Deryck       **Address** P.O. Box 92  Saucier, MS 39574
Grissom, a minor (214512)

**Defendants**

>       Homes of Merit, Inc.
>       CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Teresa Foy, as Next Friend of Emma Grissom, a minor (214513)

**Address** P.O. Box 92  Saucier, MS 39574

**Defendants**

Homes of Merit, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Charlene Gross (201734)

**Address** 7 Holly Circle  Gulfport, MS 39501

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Marcus Gross (201736)

**Address** 7 Holly Circle  Gulfport, MS 39501

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Carol Hutchison, as Next Friend of Brittney Gurley, a minor (220181)

**Address** 7229 Hancock Dr.  Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

**Plaintiff** Patrina Guy (214521)

**Address** 2436 Beach Blvd. N-9 Biloxi, MS 39531

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Patrina Guy, as Next Friend of Shayla Guy, a minor (214522)

**Address** 2436 Beach Blvd. N-9 Biloxi, MS 39531

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Willie Gwin (201747)                    **Address** 1709 Martin Bluff Road  Apt. 49 Gautier, MS
                                                                  39553
**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Charlie Haas (203029)                    **Address** 2519 Sixth Avenue  Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Anna Habisreitinger (207919)             **Address** 8045 Maple St.  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Damien Hooker, as Next Friend of         **Address** 707 East North St.   Apt. 1502 Pass Christian, MS
Dakala Hall, a minor (203428)                                     39571
**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Dorothy Hall (207805)                    **Address** 313 South Necaise Avenue  Bay St. Louis, MS
                                                                  39520
**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Levor Hall (205326)                      **Address** 97 Francis Lane  Greensburg, LA 70441

**Defendants**

      Cavalier Home Builders, LLC
      Fluor Enterprises, Inc

---

**Plaintiff** Wanda Hall (207017)                      **Address** P.O.Box 729  Rogers, TX 76569

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Derek Halton (201761)                    **Address** P.O. Box 173  Pass Christian, MS 39571

**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Emma Halton (201762)                    **Address** P.O. Box 173  Pass Christian, MS 39571

**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Perry Halton (201763)                    **Address** P.O. Box 173  Pass Christian, MS 39571

**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Lisa Hamada, as Next Friend of Dustin       **Address** 16 Crockett Lane  Poplarville, MS 39470
Hamada, a minor (220193)

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Lisa Hamada (220194)                    **Address** 16 Crockett Lane  Poplarville, MS 39470

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Megan Hamada (220195)                    **Address** 16 Crockett Lane  Poplarville, MS 39470

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Linda Hamilton (201767)　　　　**Address** 339 Mccaughan Ave.  Apt. D Long Beach, MS 39560

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Marion Hamilton (201768)　　　　**Address** 614 East North Street  Pass Christian, MS 39571

**Defendants**

    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Randy Hamilton (201769)　　　　**Address** 707 E. North St.  Apt. 1207 Pass Christian, MS 39571

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

**Plaintiff** Robert Hamilton (201771)　　　　**Address** 614 East North Street  Pass Christian, MS 39571

**Defendants**

    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

**Plaintiff** Sarah Hamilton (201596)　　　　**Address** 436 Audrey Ave.  Pass Christian, MS 39571

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Sharonda Hamilton (201597)          **Address** 337 Mccaughan  Apt A Long Beach, MS 39560

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Vicky Hammett, as Next Friend of          **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503
Andrew Hammett, a minor (216540)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Vicky Hammett (216539)          **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Victor Hammett (216542)          **Address** 15254 Northrup Cuevas Rd.  Gulfport, MS 39503

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Jolanda Hammond (207018)          **Address** 4032 43rd Street  Bay St. Louis, MS 39520

**Defendants**

    Sunnybrook R.V., Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff**  Cynthia Vanpeski, as Next Friend of          **Address**  6142 E. Itawamba  Bay St. Louis, MS 39520
                Haley Hampton, a minor (216543)

**Defendants**

    Jayco, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff**  Jennie Bennett, as Next Friend of          **Address**  46713 EMMA HART RD.  FRANKLINTON, LA
                Christopher  Handy, a minor (201601)                    70438

**Defendants**
    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff**  Shantell Handy (201605)                     **Address**  46713 Emma Hart Rd.  Franklinton, LA 70438

**Defendants**
    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff**  Timothy  Haney , as Next Friend of          **Address**  PP Box 3057  Bay St. Louis , MS 39521
                Hevyn Haney, a minor (211297)

**Defendants**
    Cavalier Home Builders, LLC
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff**  Timothy Haney (211296)                      **Address**  P.O. Box 3057  Bay St. Louis, MS 39521

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Timothy Haney , as Next Friend of Liberty Haney, a minor (211298)    **Address** PP Box 3057  Bay St. Louis , MS 39521

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Nina Hannah-Wansley (201609)    **Address** 3724 McCall Street  Moss Point, MS 39563

**Defendants**

Coachmen Industries, Inc.

Coachmen Recreational Vehicle Company, LLC

Bechtel National, Inc

---

**Plaintiff** Charles Hansen (215649)    **Address** 1707 Williams St.  Pascagoula, MS 39567

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Ashley Stringfellow, as Next Friend of Justin  Harbison , a minor (201614)    **Address** 7955 East Quail Ridge Lane  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Construction, Inc

---

**Plaintiff** Justin Harbison (201615)    **Address** 7955 East Quail Ridge Lane  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Construction, Inc

---

**Plaintiff** Michael Hardy (216544)    **Address** 236 Wisteria Lane  Biloxi, MS 39530

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Lora Knott, as Next Friend of Jessica Hargrove, a minor (211582)    **Address** 409 Cadillac Drive  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

## Exhibit A

**Plaintiff** Shan Arkle, as Next Friend of Carter Harley, a minor (216545)  **Address** 1801 Hwy 11 South  Lot 13 Picayune, MS 39466

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Alycia Harper (205332)  **Address** 6077 E. Kemper  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Alycia Harper, as Next Friend of Amber Harper, a minor (205333)  **Address** 6077 E. Kemper  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Beth Harper (201618)  **Address** P.O.Box 4735  Biloxi, MS 39531

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Alycia Harper, as Next Friend of Jasmine Harper, a minor (205334)  **Address** 6077 E. Kemper  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Kamara Harper (201619)  **Address** 176 Dorries Street  Biloxi, MS 39530

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Matthew Harper (205989)                **Address** 6077 E. Kemper  Bay St. Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Charlotte Keener, as Next Friend of       **Address** 10920 Douglas Road  Grand Bay, AL 36541
Morgan Harper, a minor (210690)

**Defendants**
      Cavalier Home Builders, LLC
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Ronnie Harper (201620)                **Address** 1860 Beach Blvd.  Lot 114 Biloxi, MS 39531

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Drake  Harris (201624)                **Address** 5293 Courtenay Avenue  Pass Christian, MS
                                                                 39571

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jerome Harris (201626)                **Address** 5293 Courtenay Avenue  Pass Christian, MS
                                                                 39571

**Defendants**
      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff** Michelle Harris, as Next Friend of       **Address** 6197 S Railroad Avenue  Bay St Louis, MS 39520
Matthew Harris, a minor (220198)

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Michelle Harris (220199)                **Address** 6197 S Railroad Avenue  Bay St Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Seternea Harris (201632)          **Address** 5954 Sperry Road  Apt. Q-3 Theodore, AL 36582

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Tammy Harris (201634)          **Address** 5293 Courtenay Avenue  Pass Christian, MS 39571

**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Tammy Harris, as Next Friend of          **Address** 5293 Courtenay Avenue  Pass Christian, MS
Taydra  Harris, a minor (201635)                             39571
**Defendants**
Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** William Harris (220202)          **Address** 6197 S Railroad Avenue  Bay St Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Marilyn Harrison-Jackson (209724)          **Address** 3916 Hollygrove St.  New Orleans, LA 70118

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Patrina Guy, as Next Friend of          **Address** 2436 Beach Blvd N-9  Biloxi, MS 39531
Jeremiah Harrison, a minor (214434)
**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Staci Harrison (209725)                **Address** 3916 HollyGrove St.  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Traci Harrison (209726)                **Address** 3916 Holly Grove St.  New Orleans, LA 70118

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Brittany Hart (216551)                **Address** 904 S. Mcgeehee Street Lot 6 Poplarville, MS 39470

**Defendants**

>    Fleetwood Enterprises, Inc.
>    Fleetwood Homes of North Carolina, Inc.
>    Fleetwood Canada, Ltd.
>    CH2M Hill Construction, Inc
>    American International Specialty Lines
>    Gibraltor Insurance Co

**Plaintiff** Daniel Hart (215651)                **Address** 210 Weems Street  Picayune, MS 39466

**Defendants**

>    Forest River, Inc.
>    Bechtel National, Inc

**Plaintiff** Justin Hart (215652)                **Address** 210 Weems Street  Picayune, MS 39466

**Defendants**

>    Forest River, Inc.
>    Bechtel National, Inc

## Exhibit A

**Plaintiff** Katrina Hart (209218)          **Address** 9109 Malabur Street  Bay St. Louis, MS 39520

**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Construction, Inc
          Bechtel National, Inc

**Plaintiff** Ruby Hart (215653)          **Address** 210 Weems St.  Picayune, MS 39466

**Defendants**

          Forest River, Inc.
          Bechtel National, Inc

**Plaintiff** Samantha Hart (215654)          **Address** 1221 Baylous St.  Picayune, MS 39466

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

**Plaintiff** Vivian Wells, as Next Friend of Donald          **Address** 12150 Shine Rd  Irvington , AL 36544
Hartfield , a minor (201640)
**Defendants**
          Gulf Stream Coach, Inc.
          Shaw Environmental, Inc
          Fluor Enterprises, Inc
          CH2M Hill Construction, Inc
          Bechtel National, Inc

**Plaintiff** Eunice Hartley, as Next Friend of          **Address** 310 Clearwood Drive  Slidell, LA 70458
Christopher Hartley, a minor (214437)
**Defendants**

          Fleetwood Enterprises, Inc.
          Fleetwood Homes of North Carolina, Inc.
          Fleetwood Canada, Ltd.
          Fluor Enterprises, Inc
          American International Specialty Lines
          Gibraltor Insurance Co

# Exhibit A

**Plaintiff** Eunice Hartley (214438)          **Address** 310 Clearwood Drive  Slidell, LA 70458

**Defendants**

       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Fleetwood Canada, Ltd.
       Fluor Enterprises, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Fonterris Hartley (201641)          **Address** 15228 Lemoyne Blvd.  Lot # 17 Biloxi, MS 39532

**Defendants**

       Fleetwood Enterprises, Inc.
       Fleetwood Canada, Ltd.
       Fleetwood Homes of North Carolina, Inc.
       CH2M Hill Construction, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Danette  Petitt-Smith, as Representative of the Estate of Randall Hartman,          **Address** 6611 Neshoba Street  Biloxi, MS 39532

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

**Plaintiff** Devin Harwell (220205)          **Address** 316 Baltic Street  Waveland, MS 39576

**Defendants**
       Jayco, Inc.
       Bechtel National, Inc

**Plaintiff** Donnah Hawkins (205336)          **Address** 44158 Booker Road #2 Hammond, LA 70403

**Defendants**
       Gulf Stream Coach, Inc.
       Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Mary Hawkins (208239)                    **Address** 1801 Hwy 11 South Lot 102  Picayune, MS 39466

**Defendants**
> Cavalier Home Builders, LLC
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Ronal Hawkins (208241)                   **Address** 1801 Hwy 11 South Lot 102  Picayune, MS 39466

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Willis Hawkins (205345)                  **Address** 19151 Hawkins Lane  Hammond, LA 70403

**Defendants**
> Lakeside Park Homes, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc

**Plaintiff** Zineki Hawkins (205346)                  **Address** 44158 Booker Rd. #2 Hammond, LA 70403

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Tara Spriggs, as Next Friend of Eugene   **Address** 820 East Canal St.  Picayune, MS 39466
Haynes, a minor (216563)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Kirby Haynes (209728)                    **Address** # 10 Bay Parkway  Apt 107 Bay St.Louis, MS
39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Mayola Haynes (209729)                    **Address** 706 Morris St  Waveland, MS 39576

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc
>Fluor Enterprises, Inc
>CH2M Hill Construction, Inc
>Bechtel National, Inc

**Plaintiff** Loretta Hearndon (220210)                  **Address** P.O. Box 4312  Bay St Louis, MS 39520

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc
>Fluor Enterprises, Inc
>CH2M Hill Construction, Inc
>Bechtel National, Inc

**Plaintiff** Dorothy Heidelberg (216567)                 **Address** 1151 Sekul Avenue Apt 166  Biloxi, MS 39530

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc
>Fluor Enterprises, Inc
>CH2M Hill Construction, Inc
>Bechtel National, Inc

**Plaintiff** Anne Henderson (211592)                     **Address** 312 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**

>Forest River, Inc.
>Bechtel National, Inc

**Plaintiff** Barbara Henderson (203052)                  **Address** 385 Clark Avenue  Pass Christian, MS 39571

**Defendants**

>Forest River, Inc.
>Bechtel National, Inc

**Plaintiff** David Henderson (203053)                    **Address** 385 Clark Avenue  Pass Christian, MS 39571

**Defendants**

>Forest River, Inc.
>Bechtel National, Inc

## Exhibit A

**Plaintiff** Tamika Santiago, as Next Friend of
Eric Henderson, a minor (203056)

**Address** P.o Box 224  Chalmette, LA 70044

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Willie Acker, as Next Friend of
Darriance Henderson, a minor (210605)

**Address** 512 Washington Street  Bay St. Louis, MS 39520

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Joseph  Henderson (201661)

**Address** 252 Della Lane  Avondale, LA 70094

**Defendants**

Monaco Coach Corporation
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Stuart Henderson (212456)

**Address** 312 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** David Henderson, as Next Friend of
Tyler Henderson, a minor (203054)

**Address** 385 Clark Avenue  Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Willie Acker, as Next Friend of Zaryah
Henderson, a minor (210604)

**Address** P.O. Box 4052  Bay St. Louis, MS 39521

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Sheena Henry, as Next Friend of A' Niyah Henry, a minor (203058) | **Address** | 313 Grayson Avenue  Pass Christian, MS 39571 |

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Alrobert Henry (216570) | **Address** | 131 Village Circle  Poplarville, MS 39470 |

**Defendants**

    Redman Homes Inc. (f/k/a Dutch Homes)
    CH2M Hill Construction, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Elizabeth Henry (215660) | **Address** | 353 Peters Road  Poplarville, MS 39470 |

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Stephanie Washington, as Next Friend of Michael Henry, a minor (215662) | **Address** | 583 Carroll St.  Apt. A Picayune, MS 39466 |

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Dorothy Henson (201666) | **Address** | 3715 Delaware Avenue  Coden, AL 36523 |

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Edward Henson (201667) | **Address** | 3715 Delaware Avenue  Coden, AL 36523 |

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Edward Henson, as Next Friend of Lucinda  Henson, a minor (201668)   **Address** 3715 Delaware Avenue  Coden, AL 36523

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Lisa Herbert (201672)   **Address** 650 Avenue A  Marrero, LA 70072

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Patsy Herrell (215664)   **Address** P.O.Box 399  Nicholson, MS 39463

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Kimberly Herrera, as Next Friend of Darrell  Herrera, a minor (201673)   **Address** 12/131 Safe Harbor Cr  Irvington, AL 36544

**Defendants**
Keystone Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Kimberly Herrera (201674)   **Address** P. O. Box 361  Coden, AL 36523

**Defendants**
Keystone Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Kimberly Herrera, as Next Friend of Maria  Herrera, a minor (201675)   **Address** 12131 Safe Harbor Cire  Irvington , AL 36544

**Defendants**
Keystone Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

| | |
|---|---|
| **Plaintiff** Kimberly Herrera, as Next Friend of Susana  Herrera, a minor (201676) | **Address** 12131 Safe Harbor Circle  Irvington, AL 36544 |

**Defendants**

Keystone Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Pearlie Herrien (203060) | **Address** 73 East Avery Road  Wiggins, MS 39577 |

**Defendants**

Liberty Homes Inc.
Liberty RV & Marine, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Audrey Herring (212458) | **Address** 307 Dunbar Avenue  Apt.  F Bay St. Louis, MS 39520 |

**Defendants**

Fleetwood Canada, Ltd.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Brandon Hess (214460) | **Address** P.O. Box  3721  Bay St. Louis, MS 39521 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Carol Hess (214461) | **Address** P.O. Box  4041  Bay St. Louis, MS 39520 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Donna Hess, as Next Friend of Dillon Hess, a minor (214462) | **Address** P.O. Box  3721  Bay St. Louis, MS 39521 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

# Exhibit A

**Plaintiff** Donna Hess (214463)           **Address** P.O. Box  3721  Bay St. Louis, MS 39521

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ramanda Hicks, as Next Friend of           **Address** 5034 Gem Street  Bay St. Louis, MS 39520
Jonathan Hicks, a minor (220216)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Ramanda Hicks (220219)           **Address** 5034 Gem Street  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Barbara Higgins (201678)           **Address** 20215  A Robinson Rd  Gulfport , MS 39531

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Connie Bosarge, as Next Friend of Alex           **Address** 26300 Hwy 63 S  Lucedale, MS 39452
Hill, a minor (212463)

**Defendants**
    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Brandy Hill (203447)           **Address** P.O. Box 2825  Bay St. Louis, MS 39521

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Carolyn Hill (201680)　　　　　　**Address** 6831 Holley Ave.  Lot 65 Moss Point, MS 39563

**Defendants**

> Pilgrim International, Inc.
> Bechtel National, Inc
> Crum & Forster Specialty Ins Co

---

**Plaintiff** Charles Hill (220222)　　　　　　**Address** 21502 Dye Road  Saucier, MS 39574

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

---

**Plaintiff** Daniel Hill (216581)　　　　　　**Address** P.O. Box 4363  Bay St Louis, MS 39520

**Defendants**

> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Dawn Hill (205981)　　　　　　**Address** 6116 East Marion  Bay St. Louis, MS 39520

**Defendants**

> Liberty Homes Inc.
> Liberty RV & Marine, Inc.
> CH2M Hill Construction, Inc

---

**Plaintiff** LaTanya Ford, as Next Friend of　　**Address** 2418 Northridge Dr  Gautier, MS 39553
Dontrayal Hill, a minor (209735)

**Defendants**

> Coachmen Recreational Vehicle Company, LLC
> Bechtel National, Inc

---

**Plaintiff** Donzell Hill (210639)　　　　　　**Address** 2418 Northridge Dr  Gautier, MS 39553

**Defendants**

> Coachmen Recreational Vehicle Company, LLC
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Gloria Hill (214464)                    **Address** 709 Dewey St.  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Jimmy Hill (201681)                    **Address** 6831 Holley Ave.  Lot 65 Moss Point, MS 39563

**Defendants**

  Pilgrim International, Inc.
  Bechtel National, Inc
  Crum & Forster Specialty Ins Co

**Plaintiff** Joan Hill (205200)                    **Address** 6116 East Marion  Bay St. Louis, MS 39520

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Kevin Hill (212648)                    **Address** P.O. Box 14  Pearlington, MS 39572

**Defendants**

  Starcraft RV, Inc.
  Bechtel National, Inc

**Plaintiff** Marguerite Jiles, as Next Friend of    **Address** 23180 Jones Road  Pass Christian, MS 39571
         Mallery Hill, a minor (203446)
**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

**Plaintiff** Ronald Hill (214466)                    **Address** 709 Dewey Street  Slidell, LA 70458

**Defendants**
  Gulf Stream Coach, Inc.
  Fluor Enterprises, Inc

**Plaintiff** Syble Hill (216580)                    **Address** 8012 Hwy. 90 Lot #1  Bay St. Louis, MS 39520

**Defendants**

  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Frederick Hilliard (208044)           **Address** 5113 Sage St  Bay St Louis, MS 39520

**Defendants**

     Forest River, Inc.
     CH2M Hill Construction, Inc

**Plaintiff** Jessica Mitchell, as Next Friend of     **Address** 22241 Pineville Road  Pass Christian, MS 39571
     Alexis Hillman, a minor (203064)
**Defendants**

     Forest River, Inc.
     Bechtel National, Inc

**Plaintiff** Sally Hobbs (214363)           **Address** 1714 Williams St.  Pascagoula, MS 39567

**Defendants**

     Gulf Stream Coach, Inc.
     Bechtel National, Inc

**Plaintiff** Ada Hodges (209741)           **Address** 100 Auderer Apt E-10,  Waveland, MS 39576

**Defendants**

     Frontier RV, Inc.
     CH2M Hill Construction, Inc
     Bechtel National, Inc

**Plaintiff** Elizabeth Hoffman (205205)           **Address** P. O. Box 676  Kiln, MS 39576

**Defendants**

     Gulf Stream Coach, Inc.
     CH2M Hill Construction, Inc

**Plaintiff** Jo Holden (203067)           **Address** P.o Box 578  Natalbany, LA 70451

**Defendants**

     Cavalier Homes Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

**Plaintiff** Latonya Lett, as Next Friend of Wynter     **Address** 5706 Bay Avenue  Moss Point, MS 39563
     Hollins, a minor (216586)
**Defendants**

     Forest River, Inc.
     Bechtel National, Inc

## Exhibit A

**Plaintiff** Darick Holloway (215671)          **Address** 1103 Brook Dale Dr.  Picayune, MS 39466

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Rayshun Holloway (216588)          **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff** Shana Holloway (215672)          **Address** 1103 Brook Dale Dr.  Picayune, MS 39466

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Melissa Holston, as Next Friend of          **Address** 29 Braxton Lee Road  Popularville, MS 39470
Erica Holston, a minor (209230)

**Defendants**

      Waverlee Homes, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Christopher Hooker (214365)          **Address** 1917 39th Ave.  Gulfport, MS 39501

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Damien Hooker (203452)          **Address** 707 East North  Apt. 1502 Pass Christian, MS
39571

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Dorothy Hopkins (203070)          **Address** 120 South Island View Avenue  Long Beach, MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Dorothy Hopkins, as Next Friend of          **Address** 108a North Island View Avenue  Long Beach, Keith Hopkins, a minor (203071)          MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lakisha Hopkins (214369)          **Address** 58180 W Street  Slidell, LA 70460

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Terence Horne  (201529)          **Address** P.O. Box 955  Theodore , AL 36590

**Defendants**

    Pilgrim International, Inc.
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

---

**Plaintiff** Charles Horton (207035)          **Address** 11410 Turnberry Avenue  Gulfport, MS 39503

**Defendants**

    Townhomes, L.L.C.
    CH2M Hill Construction, Inc

---

**Plaintiff** Jewel Horton, as Next Friend of Jaleel          **Address** 880 Cedar Lake Road Lot 181 Biloxi, MS 39531 Horton, a minor (203075)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jewel Horton (203074)          **Address** 880 Cedar Lake Road  Lot 181 Biloxi, MS 39531

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Celestine Houston (203076)          **Address** 6100 Gregory Street  Moss Point, MS 39563

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Deborah  Howard (216205)          **Address** 719 Herrick Ave  Pascagoula, MS 39567

**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff** Joan Howard (215674)          **Address** 15003 Ponotoc Dr.  Kiln, MS 39556

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Earnestine  Druey, as Next Friend of          **Address** 1409 Hwy 90 Lot 35  Gautier, MS 39553
Johathan  Havard, a minor (201538)
**Defendants**

        Southern Energy Homes, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc

**Plaintiff** Juliette Howard (201540)          **Address** 23204 Enchanted Avenue  Pass Christian, MS
39571
**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Mitchell Havard (201542)          **Address** 1409 Hwy. 90  Lot 35 Gautier, MS 39553

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Robert Howard (215675)          **Address** 15003 Ponotoc Dr.  Kiln, MS 39556

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Stephen  Howard (216204)          **Address** 719 Herrick Ave  Pascagoula, MS 39567

**Defendants**
       Jayco, Inc.
       Bechtel National, Inc

---

**Plaintiff** Cheryl Hubbard (201545)          **Address** 14281 Christian Acres Road  Grand Bay, AL
                                                   36541

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc

---

**Plaintiff** Lydia Hubbard (213778)          **Address** 25521 Standard Dedeaux  Kiln, MS 39556

**Defendants**
       Fleetwood Canada, Ltd.
       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Bechtel National, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

---

**Plaintiff** Okema Henderson, as Next Friend of          **Address** 139 Greenview Drive  Picayune, MS 39466
Deonta Huderson, a minor (216589)

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Okema Huderson (216590)          **Address** 11 Jaguar Ln.  Picayune, MS 39466

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

## Exhibit A

**Plaintiff** Thomas Hudnall (201546)　　　　　**Address** 13054 Quick Blvd. Apt.313  Hammond, LA 70401

**Defendants**
Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Kimberly Hudson (Blanchard) (220227)　　　　　**Address** 8142 Clermont Avenue  Bay St Louis, MS 39520

**Defendants**

KZRV, LP
Bechtel National, Inc

**Plaintiff** Gerald Hudson (211273)　　　　　**Address** 26008 old Americus Rd.  Lucedale, MS 39452

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

**Plaintiff** Jennifer Hudson (210397)　　　　　**Address** 26008 Old Americus Road  Lucedale, MS 39452

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

**Plaintiff** Jennifer Hudson, as Next Friend of John-Tyler Hudson, a minor (210399)　　　　　**Address** 26008 Old Americus Road  Lucedale, MS 39452

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

**Plaintiff** Charles Hudson (220229)　　　　　**Address** 8142 Clermont Ave.  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Jennifer Hudson, as Next Friend of Kasey Hudson, a minor (210398)　　　　　**Address** 26008 Old Americus Road  Lucedale, MS 39452

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Kathy Hudson (212921)          **Address** 10110 Edwin Ladner Road  Pass Christian, MS 39571

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jimmy Huggins (201549)          **Address** 4116 Oak Ave.  Gulfport, MS 39570

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Lynda Huggins (201551)          **Address** 4116 Oak Ave.  Gulfport, MS 39570

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Natasha Huggins (201552)          **Address** 20371 West Lake Court  Saucier, MS 39574

**Defendants**

      Scotbilt Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Brittany Hughes (214380)          **Address** 27261 BullCreek Dr.  Perkinston, MS 39573

**Defendants**

      Cavalier Home Builders, LLC
      CH2M Hill Construction, Inc
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Howard Hughes (216591)          **Address** 24975 Hwy 603  Kiln, MS 39556

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Angel Hunt (201556)          **Address** P.O. Box 127  Franklinton, LA 70438

**Defendants**
  River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
  Fluor Enterprises, Inc

**Plaintiff** Brandon Hunt (201557)          **Address** 12313 Marlowe place  Ocean Springs, MS 39564

**Defendants**

  Coachmen Industries, Inc.
  Coachmen Recreational Vehicle Company, LLC
  Bechtel National, Inc

**Plaintiff** Daniel Hunt (201558)          **Address** P.O. Box 127  Franklinton, LA 70438

**Defendants**
  River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
  Fluor Enterprises, Inc

**Plaintiff** Hamp Hunt (212479)          **Address** P.O. Box 238  Bayou La Batre, AL 36509

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Daniel Hunt, as Next Friend of          **Address** P.O. BOX 127  Franklinton, LA 70438
Anthony  Hunt, a minor (201560)
**Defendants**
  River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
  Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Lydia Hunt (212480)                    **Address** P.O. Box 238  Bayou La Batre, AL 36509

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

---

**Plaintiff** Steven Hupp (216592)                    **Address** 7177 Warren St.  Bay St. Louis, MS 39520

**Defendants**

>    Coachmen Industries, Inc.
>    Coachmen Recreational Vehicle Company, LLC
>    Bechtel National, Inc

---

**Plaintiff** Amber Musser, as Next Friend of         **Address** 4083 2nd St.  Bay St. Louis, MS 39520
Brandie Hust, a minor (213956)

**Defendants**

>    Monaco Coach Corporation
>    Bechtel National, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

---

**Plaintiff** Amber Hust, as Next Friend of Brayden   **Address** 4120 Shark Street  Bay St. Louis, MS 39520
Hust, a minor (213957)

**Defendants**

>    Monaco Coach Corporation
>    Bechtel National, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

---

**Plaintiff** Amber Musser, as Next Friend of         **Address** 4120 Shark Street  Bay St. Louis, MS 39520
Breanne Hust, a minor (213954)

**Defendants**

>    Monaco Coach Corporation
>    Bechtel National, Inc
>    American International Specialty Lines
>    Insurance Company of the State of PA
>    Lexington Insurance Company

## Exhibit A

**Plaintiff** Amber Musser, as Next Friend of Brittany Hust, a minor (213955)   **Address** 4120 Shark Street  Bay St. Louis, MS 39520

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Carol Hutchison (220230)   **Address** 7229 Hancock Dr.  Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

**Plaintiff** Amanda Hyatt (220231)   **Address** 1404 Belair Street #15  Pascagoula, MS 39567

**Defendants**

Stewart Park Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Annie Hyde (201569)   **Address** 6512 Moss Point Avenue  Moss Point, MS 39563

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff** Rickey Hyde (201570)   **Address** 6512 Moss Point Avenue  Moss Point, MS 39563

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc

---

**Plaintiff** Neptonya Loper, as Next Friend of Damain  Ingram, a minor (201571)   **Address** 5906 Marvin Avenue  Moss Point, MS 39563

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Darnell Ingram (215676)                **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Jamien Isaac (210431)                **Address** 122 Killona Drive  Killona, LA 70057

**Defendants**
    Fleetwood Enterprises, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Meleta Jack, as Next Friend of Calvin                **Address** 2119 Hopper Road  Lot #11A Lucedale, MS
Jack, a minor (212926)                                             39452

**Defendants**

    Dutchmen Manufacturing, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Meleta Jack, as Next Friend of Galvin                **Address** 31 Wood St.  Lucedale, MS 39452
Jack, a minor (212927)

**Defendants**

    Dutchmen Manufacturing, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Meleta Jack (212930)                **Address** 2119 Hopper Road  Lot #11A Lucedale, MS
                                                   39452

**Defendants**

    Dutchmen Manufacturing, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Alberta Lanaux, as Next Friend of                **Address** 502 Easterbrook Street  Bay St. Louis, MS 39520
Austin Jackson, a minor (214352)

**Defendants**

    Viking Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** C. H. Jackson (211375)                **Address** 6063 Nineth Avenue  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Clara Jackson (215679)                    **Address** 243 Peters Road  Poplarville, MS 39470

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Deatrice Jackson (215680)                 **Address** P.O. Box 2735  Slidell, LA 70458

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Construction, Inc

**Plaintiff** Nakita  Jackson, as Next Friend of          **Address** 18125 Hwy 26 #31 Lucedale, MS 39452
 Jamar Jackson, a minor (212933)
**Defendants**

 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** James Jackson (211042)                     **Address** P.O. Box  401  Pearlington, MS 39572

**Defendants**
 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Nakita Jackson, as Next Friend of          **Address** 18125 Hwy 26 #31 Lucedale, MS 39452
 Jonavan Jackson, a minor (212937)
**Defendants**

 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Joyce Jackson (212938)                     **Address** 18125 Hwy 26 Lot 31  Lucedale, MS 39452

**Defendants**

 Gulf Stream Coach, Inc.
 Bechtel National, Inc

---

**Plaintiff** Harold Jackson (209244)                    **Address** 8071 Sunflower Street  Bay St. Louis, MS 39520

**Defendants**

 Jayco, Inc.
 Bechtel National, Inc

## Exhibit A

**Plaintiff** Louise Jackson (211043)                    **Address** P.O. Box  401  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Marion Jackson (201418)                    **Address** 501 S. Genois St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Nakita Jackson (212940)                    **Address** 18125 Hwy 26 #31 Lucedale, MS 39452

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Phillip Jackson (201420)                    **Address** 503 Genois St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Rosland Jackson (215681)                    **Address** P.O. Box 2735  Slidell, LA 70458

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff** Tenesa Jackson (211046)                    **Address** P.O. Box  276  Pearlington, MS 39572

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff**  Lisa Gates, as Next Friend of Thomas  **Address**  P.O. Box 4081  Bay St. Louis, MS 39520
    Jackson, a minor (212654)
**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Wanda Jackson (211379)    **Address**  P.O. Box 8979  Moss Point, MS 39562

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Carolyn Ladner, as Next Friend of  **Address**  P.O. Box 1047  Lakeshore, MS 39558
    Ethan Jacob, a minor (207824)
**Defendants**

   Keystone Industries, Inc.
   Keystone RV Company
   Bechtel National, Inc

---

**Plaintiff**  Sharon Jacobi (209307)    **Address**  832 Chiniche St  Bay St. Louis, MS 39520

**Defendants**

   Coachmen Industries, Inc.
   Coachmen Recreational Vehicle Company, LLC
   Bechtel National, Inc

---

**Plaintiff**  Anita Jacobs (206026)    **Address**  221 Eisenhower Dr.  # 142 Biloxi, MS 39531

**Defendants**

   Forest River, Inc.
   Bechtel National, Inc

---

**Plaintiff**  Christopher Jacobs (206027)   **Address**  221 Eisenhower Dr. #142 Biloxi, MS 39531

**Defendants**

   Forest River, Inc.
   Bechtel National, Inc

## Exhibit A

**Plaintiff** Pamela Jacobs (203460)                    **Address** 25141 Cavas Delise Road  Pass Christian, MS 39571

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

---

**Plaintiff** Peggy Jacobson (209664)                    **Address** 441 Ballentine St  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Audrey James (201428)                    **Address** 387 Grayson Avenue  Pass Christian, MS 39571

**Defendants**

      Recreation By Design, LLC
      Bechtel National, Inc

---

**Plaintiff** Josephine James (201432)                    **Address** P.O. Box 54221  Baton Rouge, LA 70812

**Defendants**

      Waverlee Homes, Inc.
      Shaw Environmental, Inc

---

**Plaintiff** Judy James (203089)                    **Address** 212 Lynn Circle  Pass Christian, MS 39571

**Defendants**

      DS Corp. d/b/a CrossRoads RV, Inc.
      Bechtel National, Inc

---

**Plaintiff** Krystle James (203090)                    **Address** 212 Lynn Circle  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Cecilia Rogers, as Next Friend of
Michael Jaynes, a minor (214408)  **Address** 24184 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Willie James (203091)  **Address** 389 Grayson Avenue  Pass Christian, MS 39571

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

**Plaintiff** Daniel Talley, as Next Friend of Jasper
Jaynes, a minor (214409)  **Address** 24184 Standard Dedeaux Road  Kiln, MS 39556

**Defendants**

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Bechtel National, Inc

**Plaintiff** Kimberly Jaynes (214410)  **Address** 24184 Standard Dedeaux Road  Kiln, MS 39556

**Defendants**

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Bechtel National, Inc

**Plaintiff** Daniel Talley, as Next Friend of
Leviathan Jaynes, a minor (214411)  **Address** 24184 Standard Dedeaux Road  Kiln, MS 39556

**Defendants**

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Bechtel National, Inc

**Plaintiff** Janet Jean (209669)  **Address** P.O. Box  186  Pearlington, MS 39572

**Defendants**

Jayco, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Monique Morris, as Next Friend of Crachelle Jefferson, a minor (201439)    **Address** 302 Neil St.  New Orleans, LA 70131

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** La'Teki Jefferson (210748)    **Address** P.O. Box 442  Carriere, MS 39426

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

**Plaintiff** Palma Jefferson (201440)    **Address** 2237 Mazant St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Paul Jefferson (201441)    **Address** 2237 Mazant St.  New Orleans, LA 70117

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Andrea Jeffries, as Next Friend of Alyssa Jeffries, a minor (203464)    **Address** 627 Howard Avenue  Gulfport, MS 39507

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Andrea Jeffries (203463)    **Address** 4545 Engram Dr #6334 Gulfport , MS 39501

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Henry Jenkins (209671)    **Address** 3910 Riverview 3rd Street  Kenner, LA 70123

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Exhibit A

**Plaintiff** Jerry Jenkins (215687)          **Address** 210 Weems St.  Picayune, MS 39466

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lisa Jenkins (201443)          **Address** 3047 Big Ridge Road  Biloxi, MS 39540

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Roy Jenkins (209673)          **Address** 3910 Rivrview 3rd Street  Kenner, LA 70123

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Troy Jenkins (209674)          **Address** 3910 Riverview 3rd Street  Kenner, LA 70123

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Marguerite Jiles (203465)          **Address** 23180 Jones Road  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Carrie Jimerson (211248)          **Address** P.O. Box 613  Beaumont, MS 39423

**Defendants**

    Liberty Homes Inc.
    Liberty RV & Marine, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Shabazz Johns (209676)          **Address** 1222 Pinewood Drive  Picayune, MS 39466

**Defendants**

    Skyline Corporation
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Tammy Johnson-Hunt (201504)   **Address** 39568 Canaan Rd.  Franklinton, LA 70438

**Defendants**

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Fluor Enterprises, Inc

---

**Plaintiff** Alma Johnson (207053)   **Address** 5007 Amazon Street  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Althea Johnson (201446)   **Address** 227 Seal Avenue  Pass Christian, MS 39571

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Anthony Johnson (212564)   **Address** 9008 PO Street  Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

**Plaintiff** Lisa Gates, as Next Friend of Austin
Johnson, a minor (212652)   **Address** P.O. Box 4081  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Shaterra Paschall, as Representative of
the Estate of Barbara Johnson, deceased   **Address** 271 Hiern Avenue  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Betty Johnson (201448)                    **Address** 802 Dupoint Avenue  Pascagoula, MS 39567

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Bobby Johnson (201450)                    **Address** 4325 Haron Bay Loop  Coden, AL 36523

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Casey Johnson (207054)                    **Address** 5007 Amazon Street  Bay St. Louis, MS 39520

**Defendants**

      Timberland RV Company d/b/a/ Adventure Manufacturing
      Bechtel National, Inc

---

**Plaintiff** Chermane Johnson (203097)                    **Address** 316 Lorianne  Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Connie Johnson (201455)                    **Address** 8580 E. Davenport Street  Bayou La Batre, AL 36544

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Dan Johnson (200188)                    **Address** 3485 Maida Rd.  Bermount, TX 77708

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Heather Cumberland, as Next Friend of
Elijah Johnson, a minor (207055)

**Address** 5007 Amazon Street  Bay St. Louis, MS 39520

**Defendants**

Timberland RV Company d/b/a/ Adventure Manufacturing
Bechtel National, Inc

---

**Plaintiff** Eric Johnson (211068)

**Address** 6110 Maple Drive  Pearlington, MS 39572

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Eugene Johnson (207056)

**Address** 5007 Amazon Street  Bay St. Louis, MS 39520

**Defendants**

Timberland RV Company d/b/a/ Adventure Manufacturing
Bechtel National, Inc

---

**Plaintiff** Fay Johnson (209083)

**Address** 422 Herlihy Street  Waveland, MS 39576

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Jacquelyn Johnson (201466)

**Address** 1950 Sebasterol Lane  St. Bernard, LA 70085

**Defendants**

Lakeside Park Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jean Johnson (211420)

**Address** 1220 Oliver Street  Pascagoula, MS 39567

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Jessica Johnson (212582)                **Address** 5107 Kraft St  Moss Point, MS 39563

**Defendants**
    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** JoeAnn Johnson (201469)                **Address** 1025 Honeysuckle Tr.  Summit, MS 39666

**Defendants**
    Coachmen Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Joseph Johnson (207057)                **Address** 5007 Amazon Street  Bay St. Louis, MS 39520

**Defendants**

    Timberland RV Company d/b/a/ Adventure Manufacturing
    Bechtel National, Inc

---

**Plaintiff** William Johnson  (201473)                **Address** 16024 B Mabry Rd  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Lee Ann Sylvas, as Next Friend of        **Address** 2947 Harris Street  Slidell, LA 70458
Julius Johnson, a minor (215695)

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Kathy Johnson (205222)                **Address** PO BOX 564  Independence, LA 70443

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Gloria Bradley, as Next Friend of L'Mia Johnson, a minor (212949)  **Address** 4117 Hwy 26 W  Lucedale, MS 39452

**Defendants**

Southern Energy Homes, Inc.
Bechtel National, Inc

---

**Plaintiff** Laura Johnson (211069)  **Address** 6110 Maple Drive  Pearlington, MS 39572

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Lester Johnson (210839)  **Address** P.O.Box 895  Hahnville, LA 70057

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Levera Johnson (201474)  **Address** 4325 Heron Bay Loop Rd. S.   Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Marvin Johnson (201479)  **Address** 8860 Little River Road  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Michael Johnson (203095)  **Address** 316 Lorianne  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Paul Johnson (201488)                    **Address** P.O. Box 483  Coden, AL 36523

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Pearl Johnson (207058)                    **Address** 5007 Amazon Street  Bay St. Louis, MS 39520

**Defendants**

      Timberland RV Company d/b/a/ Adventure Manufacturing
      Bechtel National, Inc

---

**Plaintiff** Quillis Johnson (205227)                    **Address** 602 David Martin St.  Wiggins , MS 39577

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Rudolph  Johnson (210307)                    **Address** 610 Adam St.   Killona, LA 70052

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Samuel Johnson (201494)                    **Address** 1950 Sebasterol Lane  St.Bernard, LA 70085

**Defendants**
      Lakeside Park Homes, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Lee Ann Sylvas, as Next Friend of                    **Address** 2947 Harris Street  Slidell, LA 70458
Savadra Johnson, a minor (215699)
**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Tiffany Johnson (201499)          **Address** 4514 Old Mobile Hwy.  Pascagoula, MS 39581

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Walter Johnson (207829)          **Address** 422 Herlihy  Waveland, MS 39576

**Defendants**

      Sunnybrook R.V., Inc.
      Bechtel National, Inc

**Plaintiff** Betty Johnston (215701)          **Address** 8081 Hancock Drive  Bay St Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Cecil Johnston (207059)          **Address** 303 Vallentine Street  Bay St. Louis, MS 39520

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Raymond Johnston (207984)          **Address** 4235 Catalina Street  Bay St. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Wayne Johnston (207060)          **Address** 1001 Cedar Hill Drive  Clinton, MS 39506

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Carolyn Jones- Galloway (220244)     **Address** 4554 Desire Dr.  New Orleans, LA 70126

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Fluor Enterprises, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Mary Jones-Thornton (205233)       **Address** P.O. Box 1013 Kiln, MS 39556

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

**Plaintiff** Carolyn Jones (209279)           **Address** 4360 Thirty Fifth Street  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Cleopatra Jones (201505)         **Address** P.O. Box 1105  Grand Bay, AL 36541

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff**  Samantha Jones, as Next Friend of        **Address**  2224 Pass Road  Apt 311 Biloxi, MS 39531
              Dejanique Jones, a minor (201331)
**Defendants**
              Gulf Stream Coach, Inc.
              Bechtel National, Inc

---

**Plaintiff**  Eileen Jones (220245)                      **Address**  415 Sycamore Street  Bay St Louis, MS 39520

**Defendants**

              Fleetwood Enterprises, Inc.
              Fleetwood Homes of North Carolina, Inc.
              Fleetwood Canada, Ltd.
              CH2M Hill Construction, Inc
              American International Specialty Lines
              Gibraltor Insurance Co

---

**Plaintiff**  Elizabeth Jones (216631)                   **Address**  1801 Hwy 11 South Lot 69  Picayune, MS 39466

**Defendants**

              Liberty Homes Inc.
              Liberty RV & Marine, Inc.
              CH2M Hill Construction, Inc
              Bechtel National, Inc

---

**Plaintiff**  Felicia Jones (201335)                     **Address**  P.O. Box 846  Irvington, AL 36544

**Defendants**
              Gulf Stream Coach, Inc.
              Shaw Environmental, Inc
              Fluor Enterprises, Inc
              CH2M Hill Construction, Inc
              Bechtel National, Inc

---

**Plaintiff**  Haley Jones (220247)                       **Address**  18 Crooked Lane  Carriere, MS 39426

**Defendants**
              Forest River, Inc.
              Bechtel National, Inc

## Exhibit A

**Plaintiff** Helen Jones (201337)                    **Address** 15962 Heron Bay Loop  Coden, AL 36523

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

**Plaintiff** James Jones (207063)                    **Address** P.O. Box 4154  Bay St. Louis, MS 39521

**Defendants**

       Coachmen Industries, Inc.
       Coachmen Recreational Vehicle Company, LLC
       CH2M Hill Construction, Inc
       Bechtel National, Inc

**Plaintiff** Janine Jones (214313)                    **Address** 60075 Javery Road  Slidell, LA 70460

**Defendants**
       Fleetwood Canada, Ltd.
       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Fluor Enterprises, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Joann Jones (215704)                    **Address** 141 Eloise Street  Picayune, MS 39466

**Defendants**

       Pilgrim International, Inc.
       Bechtel National, Inc
       Crum & Forster Specialty Ins Co

**Plaintiff** Juanita Jones (201341)                    **Address** P.O. Box 1105  Grand Bay, AL 36541

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

## Exhibit A

**Plaintiff** Kenny Jones (216632)                    **Address** 1801 Hwy 11 South Lot 69  Picayune, MS 39466

**Defendants**

> Liberty Homes Inc.
> Liberty RV & Marine, Inc.
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Latoya Jones (201342)                    **Address** 1409 Hwy. 90  Lot 24 Gautier, MS 39553

**Defendants**
> Southern Energy Homes, Inc.
> CH2M Hill Construction, Inc
> CH2M Hill Construction, Inc

---

**Plaintiff** Natalie Jones (210731)                   **Address** P.O. Box 402  Pearlington, MS 39572

**Defendants**

> SunRay Investments, LLC
> Bechtel National, Inc

---

**Plaintiff** Pearl Jones (209683)                     **Address** 8932 Birch St.   New Orleans, LA 70118

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Samantha Jones (201350)                  **Address** 11630 Sherwood Hollow Court  Baton Rouge, LA 70810

**Defendants**

> Cavalier Home Builders, LLC
> Shaw Environmental, Inc

---

**Plaintiff** Shawn Jones (220250)                     **Address** 18 Crooked Lane  Carriere, MS 39426

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Tammara Jones (205958)          **Address** 643 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**

    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Toni Jones (210400)          **Address** 4630 General McArthur  Moss Point, MS 39563

**Defendants**

    KZRV, LP
    Bechtel National, Inc

**Plaintiff** Toni Jones, as Next Friend of Tyjah          **Address** 4630 General McArthur  Moss Point, MS 39563
Jones, a minor (210402)

**Defendants**

    KZRV, LP
    Bechtel National, Inc

**Plaintiff** Valerie Jones (201353)          **Address** 12120 Safe Harbor Circle North  Irvington, AL
36544

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Craig Jordan (201355)          **Address** 1210 Barimba Place  Gulfport, MS 39503

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Louis Jordan (203105)          **Address** 271 Hiem Ave.  Pass Christian, MS 39571

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

| | | |
|---|---|---|
| **Plaintiff** | Melissa Joseph, as Next Friend of Jordon Joseph, a minor (207067) | **Address** 3049 Utah St.  Kenner, LA 70065 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Melissa Joseph (207068) | **Address** 3049 Utah St.  Kenner, LA 70065 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Samantha Kassab (205110) | **Address** P.O. Box 676  Kiln, MS 39576 |

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Kelly Keel (201361) | **Address** 363 Morton Avenue  Pass Christian, MS 39571 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Charlotte Keener (210689) | **Address** 10920 Douglas Road  Grand Bay, AL 36541 |

**Defendants**

Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | | |
|---|---|---|
| **Plaintiff** | Charlotte Keener, as Next Friend of David Keener, a minor (210577) | **Address** 10920 Douglas Road  Grand Bay, AL 36541 |

**Defendants**

Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** David Keener (210578)                    **Address** 10920 Douglas Road  Grand Bay, AL 36541

**Defendants**
> Cavalier Home Builders, LLC
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Charlotte Keener, as Next Friend of        **Address** 10920 Douglas Road  Grand Bay, AL 36541
Dawson Keener, a minor (211408)

**Defendants**
> Cavalier Home Builders, LLC
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Sharon Jones, as Next Friend of          **Address** P.o. Box 245  Pass Christian, MS 39571
Amourai Keller, a minor (203108)

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Veronica Keller (203107)                 **Address** P.o. Box 245  Pass Christian, MS 39571

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Latanya Ford, as Next Friend of           **Address** 2418 Northridge Dr  Gautier, MS 39553
LaNaiza Kelly, a minor (209695)

**Defendants**

> Coachmen Recreational Vehicle Company, LLC
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Patrice Cannon, as Next Friend of Maliyah Kemp, a minor (207573)     **Address** P.O. Box 604  Luling, LA 70070

**Defendants**

Coachmen Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Shirley Kendrick (201375)     **Address** 913 Canal Street  Pascagoula, MS 39567

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Jessica Kennedy, as Next Friend of Isabella Kennedy, a minor (209697)     **Address** 7097 W. Marion St  Bay St.Louis, MS 39520

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Jessica Kennedy (209699)     **Address** 7097 W. Marion St  Bay St.Louis, MS 39520

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Kristen Kennedy (213839)     **Address** 6100 E. Benton Street  Bay St. Louis, MS 39520

**Defendants**

Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Rudolph Kennedy (201379)               **Address** 215 Seal Avenue  Pass Christian, MS 39571

**Defendants**

      DS Corp. d/b/a CrossRoads RV, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Timothy Kennedy (209702)               **Address** 7097 W.Marison St.  Bay St.Louis, MS 39520

**Defendants**
      Cavalier Home Builders, LLC
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Doris Kenney (201380)               **Address** 7225 Chef Menteur Hwy APt E1  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc

---

**Plaintiff** Ann Kern (201381)               **Address** P.O. Box 1333  Irvington, AL 36544

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Tammy Kern, as Next Friend of Jordan Kern, a minor (209098)               **Address** P.O. Box 152  Lakeshore, MS 39558

**Defendants**
      Fleetwood Canada, Ltd.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Chester Kern  (201382)                    **Address** P.O. Box 1333  Irvington, AL 36544

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Melissa  Kern (201383)                    **Address** P.O. BOX 1333  Irvington , AL 36544

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Tammy Kern (209096)                    **Address** 6040 First Street  Bay St. Louis, MS 39520

**Defendants**
>    Fleetwood Canada, Ltd.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Joan Cobb, as Next Friend of Wesley    **Address** P.O. Box 1333  Irvington, AL
Kern, a minor (201384)                                         36544
**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Cherie Kerner (210989)                    **Address** 123 Royal St.  Waveland , MS 39576

**Defendants**

>    Recreation By Design, LLC
>    Bechtel National, Inc

# Exhibit A

| | |
|---|---|
| **Plaintiff** Thomas Kerner (210988) | **Address** 123 Royal St.   Wadeland, MS 39576 |

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Joseph Keys (209590) | **Address** 6094 11th Avenue  Pearlington, MS 39572 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Shannon Khadaroo, as Next Friend of Delilah Khadaroo, a minor (214322) | **Address** 1132 Pecan Ridge  Waveland, MS 39576 |

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Donald Kidd (201388) | **Address** P.O. Box 275  Irvinglou, AL 36544 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Brian Kientz (201389) | **Address** 1107 Spruce Street  Waveland, MS 39576 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Joy Kimble (214328) | **Address** 4102 Emerson St.  Pascagoula, MS 39581 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Delois King (213500) | **Address** 308 Ruella Ave. Lot 3  Bay St. Louis, MS 39520 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Frederick King (209591)                    **Address** 3824 Louisa St.  New Orleans, LA 70126

**Defendants**

      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

**Plaintiff** LaTeki Jefferson, as Next Friend of     **Address** P.O. Box 442  Carriere, MS 39426
      Hannah King, a minor (211388)

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

**Plaintiff** LaTeki Jefferson, as Next Friend of     **Address** P.O. Box 442  Carriere, MS 39426
      Holden King, a minor (211387)

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

**Plaintiff** LaTeki Jefferson, as Next Friend of     **Address** P.O. Box 442  Carriere, MS 39426
      Hunter King, a minor (211386)

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

**Plaintiff** Jennifer Montgomery, as Next Friend    **Address** 717 Watkins Avenue  Gulfport, MS 39507
      of Jada  King , a minor (201394)

**Defendants**

      Waverlee Homes, Inc.
      CH2M Hill Construction, Inc

**Plaintiff**  John King (205856)                      **Address** 4032 43rd Street  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

## Exhibit A

| | | |
|---|---|---|
| **Plaintiff** Margie King (205855) | **Address** | 4032 43rd Street  Bay St. Louis, MS 39520 |

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Construction, Inc

| | | |
|---|---|---|
| **Plaintiff** Marilyn King (201399) | **Address** | 12975 Moreland Rod  Grand Bay, AL 36541 |

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

| | | |
|---|---|---|
| **Plaintiff** John King (205857) | **Address** | 4032 43rd Street  Bay St. Louis, MS 39520 |

**Defendants**
> Gulf Stream Coach, Inc.
> CH2M Hill Construction, Inc

| | | |
|---|---|---|
| **Plaintiff** Phillip Kinney (201403) | **Address** | P.O. Box 1333  Irvington, AL 36544 |

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

| | | |
|---|---|---|
| **Plaintiff** Adrian  Kirkland  (201405) | **Address** | P.O. Box 1045  Gautier, MS 39553 |

**Defendants**

> Dutchmen Manufacturing, Inc.
> CH2M Hill Construction, Inc
> Bechtel National, Inc

| | | |
|---|---|---|
| **Plaintiff** Toni Jones, as Next Friend of Azairia Kirkland, a minor (210403) | **Address** | 4630 General McArthur  Moss Point, MS 39563 |

**Defendants**
> KZRV, LP
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Brenda Kirkland (212429)          **Address** 9116 Orange Lake Road  Moss Point, MS 39562

**Defendants**
>        Jayco, Inc.
>        Bechtel National, Inc

**Plaintiff** Dinekia Kirkland-Fairley, as Next          **Address** P.O. Box 312  Gautier, MS 39553
Friend of Dimarco  Kirkland , a minor
**Defendants**
>        Stewart Park Homes, Inc.
>        CH2M Hill Construction, Inc

**Plaintiff** Jeremy Kirkland (214334)          **Address** P.O. Box  8225  Moss Point, MS 39562

**Defendants**
>        Keystone Industries, Inc.
>        Keystone RV Company
>        Bechtel National, Inc

**Plaintiff** Toni Jones, as Next Friend of          **Address** 4630 General McArthur  Moss Point, MS 39563
KeDayton Kirkland, a minor (210404)
**Defendants**
>        KZRV, LP
>        Bechtel National, Inc

**Plaintiff** Marco Kirkland (201415)          **Address** P.O. Box 312  Gautier, MS 39553

**Defendants**
>        Stewart Park Homes, Inc.
>        CH2M Hill Construction, Inc

**Plaintiff** Dinekia Kirkland-Fairley, as Next          **Address** P.O. Box 312  Gautier, MS 39553
Friend of Marcus  Kirkland , a minor
**Defendants**
>        Stewart Park Homes, Inc.
>        CH2M Hill Construction, Inc

**Plaintiff** Kimberly Marion, as Next Friend of          **Address** P.O. Box  329  Escatawpa, MS 39552
Ny'Keria Kirkland, a minor (214335)
**Defendants**
>        Forest River, Inc.
>        Bechtel National, Inc

## Exhibit A

**Plaintiff** Regner Kirkland (211133)           **Address** 3702 Lindon Shire  Pascagoula, MS 39581

**Defendants**

Stewart Park Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Dinekia Kirland-Fairley (201242)        **Address** P.O. Box 312  Gautier, MS 39553

**Defendants**

Stewart Park Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Crystal Dronet, as Next Friend of        **Address** 5409 Tuxachanie Drive  Biloxi, MS 39532
Malayna Knapp, a minor (207074)

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** David Knight (209216)           **Address** 222 Iris Street  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Michele Knight (203490)           **Address** 101 Northwood Drive  Slidell, LA 70458

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Michelle Knight, as Next Friend of        **Address** 101 Northwood Drive  Slidell, LA 70458
Shan'yeka Knight, a minor (203489)

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Patti Kost (215715)           **Address** 10087 Bancroft Street  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Paul Kost (215716)                    **Address** 10087 Bancroft Street  Bay St. Louis, MS 39520

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tara Kreps (201251)                    **Address** 26215 Cunningham Road  Pass Christian, MS 39571

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Davis Kring, as Next Friend of Andrew Kring, a minor (207846)   **Address** 301 St Joseph St  Waveland, MS 39576

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Cheryl Kring (207847)                    **Address** 301 St Joseph St  Waveland, MS 39576

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Davis Kring (207844)                    **Address** 301 St Joseph St  Waveland, MS 39576

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Davis Kring, as Next Friend of Peter Kring, a minor (207845)   **Address** 301 St Joseph St  Waveland, MS 39576

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Shanion Kyzar (203109)                    **Address** P.o. Box 98  Biloxi, MS 39532

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Monique LaBauve (212437)          **Address** 17392 Hwy 603  Kiln, MS 39556

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Murphy Labauve (212438)          **Address** 17392 Hwy 603  Kiln, MS 39556

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jeremiah LaBrosse (210941)          **Address** 705 Cedar Street  Waveland, MS 39572

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tina Lachney, as Next Friend of Sierra          **Address** 5005 Hwy 90  Bay St. Louis, MS 39520
Lachney, a minor (207079)

**Defendants**

      Starcraft RV, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tina Lachney (207080)          **Address** 5005 Hwy 90  Bay St. Louis, MS 39520

**Defendants**

      Starcraft RV, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tina Lachney, as Next Friend of          **Address** 5005 Hwy 90  Bay St. Louis, MS 39520
Zachery Lachney, a minor (207081)

**Defendants**

      Starcraft RV, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Tracy Westbrook, as Next Friend of
Kimberly Lacoste, a minor (214338)

**Address** 23100 Rd. 262  Picayune, MS 39466

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Mark Lacoste (214339)

**Address** 23100 Rd. 262  Picayune, MS 39466

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** George Ladanne (215717)

**Address** 38215 Oak Street  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc

**Plaintiff** Alice Ladner (209078)

**Address** 25006 Rd. 270  Perkinston, MS 39573

**Defendants**

      Homes of Merit, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Anne Ladner (212439)

**Address** 23031 Bear Rd.  Kiln, MS 39556

**Defendants**

      SunRay Investments, LLC
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff**  Charlotte Ladner, as Representative of the Estate of Arnold Ladner, deceased

**Address**  6355 Windell Ladner Road  Perkinston, MS 39573

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff**  Ashley Ladner (207083)

**Address**  506 Esplanade Avenue  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff**  Betty Ladner (209239)

**Address**  P.O. Box 4684  Bay St. Louis, MS 39521

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Gerald Ladner, as Next Friend of Bradley Ladner, a minor (203111)

**Address**  22221 Pineville Road  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Brennan Ladner (210365)

**Address**  1308 Sharon Street  Waveland, MS 39576

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff**  Brian Ladner (208990)

**Address**  7152 Happy Trails  Kiln, MS 39556

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Bridgette Ladner (209290)          **Address** 7152 Happy Trails  Kiln, MS 39556

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Brittany Ladner (209273)          **Address** P.O. Box 180  Lakeshore, MS 39558

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Bronwin Ladner (206031)          **Address** 5191 Jacksonville Drive  Pearlington, MS 39572

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Brooke Ladner (208992)          **Address** 7152 Happy Trails  Kiln, MS 39556

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Carlos Ladner (208081)          **Address** P.O. Box 1047  LakeShore, MS 39558

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Carolyn Ladner (207823)          **Address** P.O. Box 1047  Lakeshore, MS 39558

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Desi Ladner (207898)          **Address** 6330 Wendell Ladner Rd.  Perkinston, MS 39573

**Defendants**

Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Felicia Ladner (215720)          **Address** 3507 Rockyhill Dedeaux Road  Kiln, MS 39556

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Glenda Ladner (212980)          **Address** 3504 Rockyhill Dedeaux Road  Kiln, MS 39556

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Gwendolyn Ladner (209215)          **Address** 11039 August Ladner Road  Bay St. Louis, MS 39520

**Defendants**

R-Vision, Inc.
Bechtel National, Inc
Liberty Insurance Corp

---

**Plaintiff** Horace Ladner (207087)          **Address** 25000  Road 270  Perkinston, MS 39573

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Horace Ladner (209091)          **Address** 25006 Road 270  Perkinston, MS 39573

**Defendants**

Homes of Merit, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

## Exhibit A

**Plaintiff** James Ladner (212981)

**Address** 10110 Edwin Ladner Road  Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Viola Ladner, as Next Friend of Jazmyn Ladner, a minor (207896)

**Address** 6330 Wendell Ladner Rd.  Perkinston, MS 39573

**Defendants**

Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Joshua Ladner (208991)

**Address** 7152 Happy Trails  Kiln, MS 39556

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jacob Ladner (207659)

**Address** 7017 Jack Ladner Road  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Thomas Ladner (209270)

**Address** P.O. Box 180  Lakeshore, MS 39558

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Glenda Ladner, as Next Friend of Kaitlin Ladner, a minor (212982)

**Address** 3504 Rockyhill Dedeaux Road  Kiln, MS 39556

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Linda Ladner (203110)                  **Address** 22221 Pineville Road  Pass Christian, MS 39571

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lisa Ladner (207662)                  **Address** 7017 Jack Ladner Road  Bay St. Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lois Ladner (207089)                  **Address** 11021 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

    Destiny Industries, LLC
    CH2M Hill Construction, Inc

---

**Plaintiff** Mary Ladner (210957)                  **Address** 525 St. John Street Apt. A Bay St. Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ramona Ladner, as Next Friend of Morgan Ladner, a minor (209123)                  **Address** 6140 Wendell Ladner Road  Perkinston, MS 39573

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Neal Ladner (212445)                  **Address** 23031 Bear Rd.  Kiln, MS 39556

**Defendants**

    SunRay Investments, LLC
    CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Patricia Ladner (209272)                    **Address** P.O. Box 180  Lakeshore, MS 39558

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Ramona Ladner (209122)                    **Address** 6140 Wendell Ladner Road  Perkinston, MS
                                                                     39573

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

---

**Plaintiff** Richie Ladner (213777)                    **Address** 25521 Standard Dedeaux  Kiln, MS 39556

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Rosalie Ladner (207093)                    **Address** 11052 August Ladner Road  Bay St. Louis, MS
                                                                     39520

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Rosemary Ladner (209400)                    **Address** 21649 Fenton Dedeaux  Kiln, MS 39556

**Defendants**

> Recreation By Design, LLC
> Bechtel National, Inc

---

**Plaintiff** Shanie Ladner (214350)                    **Address** P.O. Box 464  Kiln, MS 39556

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Ramona Ladner, as Next Friend of Shelby Ladner, a minor (209124)   **Address** 6140 Wendell Ladner Road  Perkinston, MS 39573

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Gerald Ladner (203113)   **Address** 22221 Pineville Road  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Tammy Ladner (205847)   **Address** P.O. Box 126  Lakeshore, MS 39558

**Defendants**

Dutchmen Manufacturing, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Theresa Ladner (215725)   **Address** 3507 Rockyhill Dedeaux Road  Kiln, MS 39556

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Thomas Ladner (209271)   **Address** P.O. Box 180  Lakeshore, MS 39558

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Tres Ladner (207897)          **Address** 6330 Wendell Ladner Rd.  Perkinston, MS 39573

**Defendants**

    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Viola Ladner (207895)          **Address** 6330 Wendell Ladner Rd.  Perkinston, MS 39573

**Defendants**

    Starcraft RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Willie Ladner (209142)          **Address** 11021 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Gernes Ladnier (201258)          **Address** 14329 Shell Belt Road West  Coden, AL 36523

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc

---

**Plaintiff** Gernes Ladnier, as Representative of          **Address** 14329 Shell Belt Road West  Coden, AL 36523
the Estate of Kenneth Ladnier,

**Defendants**

    Keystone Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Petey Ladnier (201262)        **Address** P.O. Box 361  Coden, AL 36523

**Defendants**
>        Keystone Industries, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

---

**Plaintiff** Robert Ladnier (201263)        **Address** 13935 Harding Avenue  Bayou La Batre, AL 36509

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc

---

**Plaintiff** Kimberly Herrera, as Next Friend of Sheadain  Ladnier, a minor (201264)        **Address** 72131 Safe Harbor Cr. East  Irvington, AL 36544

**Defendants**
>        Keystone Industries, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

---

**Plaintiff** Lawrence Laffargue (216669)        **Address** 2006 Chalone Lane 2B  Chalmette, LA 70043

**Defendants**
>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

---

**Plaintiff** Shane LaFleur (201266)        **Address** 3316 Fourteenth Street  Gulfport, MS 39501

**Defendants**

>        Forest River, Inc.
>        Bechtel National, Inc

---

**Plaintiff** Cornelius Lafontaine (209280)        **Address** P.O. Box 1026  Lakeshore, MS 39558

**Defendants**

>        Monaco Coach Corporation
>        Bechtel National, Inc
>        American International Specialty Lines
>        Insurance Company of the State of PA
>        Lexington Insurance Company

## Exhibit A

**Plaintiff** Tiffany Lafontaine (209095)          **Address** P.O. Box 152  LakeShore, MS 39558

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Tammy  Kern, as Next Friend of Tonya          **Address** 6040 First STreet  Bay St. Louis, MS 39520
LaFontaine, a minor (210313)

**Defendants**
>    Fleetwood Canada, Ltd.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Barbara Floyd, as Next Friend of          **Address** 1708 15420 Highland Dr.  Foley, AL 36535
Makayla Lambert, a minor (207097)

**Defendants**
>    Gulf Stream Coach, Inc.
>    Bechtel National, Inc

**Plaintiff** Sierra Lambert (201276)          **Address** 3411 Fern St.  New Orleans, LA 70125

**Defendants**
>    Gulf Stream Coach, Inc.
>    Shaw Environmental, Inc
>    Fluor Enterprises, Inc
>    CH2M Hill Construction, Inc
>    Bechtel National, Inc

**Plaintiff** Alberta Lanaux (214351)          **Address** 502 Easterbrook Street  Bay St. Louis, MS 39520

**Defendants**

>    Viking Recreational Vehicle Company, LLC
>    Bechtel National, Inc

**Plaintiff** Blair Landry (201279)          **Address** 13780 Vidalin Rd.  Pass Christian, MS 39571

**Defendants**

>    Forest River, Inc.
>    Bechtel National, Inc

## Exhibit A

**Plaintiff** Edriner Landry (203491)                    **Address** 877 Northaven Dr.   Memphis, TN 38127

**Defendants**

        Monaco Coach Corporation
        Bechtel National, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff** Kenyetta Lands (209606)                    **Address** 6033 Wales St.  New Orleans, LA 70126

**Defendants**
        Cavalier Homes Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Tabitha Wiley, as Next Friend of          **Address** 3042 15th Street  Bay St. Louis, MS 39520
Braylon Laneaux, a minor (207098)

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Irene Laneaux (209238)                    **Address** 629 Keller Street  Bay St. Louis, MS 39520

**Defendants**

        Pilgrim International, Inc.
        CH2M Hill Construction, Inc
        Bechtel National, Inc
        Crum & Forster Specialty Ins Co

**Plaintiff** Laconya Laneaux (210305)                  **Address** 112 31st Street  Gulfport, MS 39507

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Laconya Laneaux, as Next Friend of Lashown Laneaux, a minor (209136)  **Address** 112 31st Street  Gulfport, MS 39507

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Theresa McKay, as Next Friend of Vincent Lang, a minor (214356)  **Address** 300 St Francis Street  Bay St Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** William LaPrine (208040)  **Address** 203 Terrace St.  Waveland, MS 39576

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Shannon Larter, as Next Friend of Brittany Larter, a minor (216678)  **Address** 8133 Magnolia  P.O. Box 2702 Bay St. Louis, MS 39520

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

**Plaintiff** Shannon Larter (216676)  **Address** P.O. Box  2702  Bay St. Louis, MS 39520

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Shannon  Larter, as Next Friend of Yolanda Larter, a minor (216677) | **Address** | 8133 Magnolia Drive  Bay St. Louis, MS 39520 |

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Charles Lassiter (201287) | **Address** | 6891 Old Pascagoula Road  Theodore, AL 36582 |

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Charles Lassiter, as Next Friend of Zachary  Lassiter, a minor (201289) | **Address** | 6891 Old Pascagoula Road  Theodore, AL 36582 |

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Florence Lauland (210997) | **Address** | 4279 Mediterranean Street  Bay St. Louis, MS 39520 |

**Defendants**

    Lakeside Park Homes, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Bertie Lavalais (215739) | **Address** | 315 Bruce Street  Picayune, MS 39466 |

**Defendants**
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Melissa Lawler (215741)          **Address** 83171 Lola Drive  Diamondhead, MS 39525

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Brandi Richards, as Next Friend of Courtney Lawrence, a minor (212998)          **Address** 194 High Hopes Lane  Lucedale, MS 39452

**Defendants**
  Dutchmen Manufacturing, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Brandi Richards, as Next Friend of Stacy Lawrence, a minor (213002)          **Address** 194 High Hopes Lane  Lucedale, MS 39452

**Defendants**
  Dutchmen Manufacturing, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Janet  Lazanra (201294)          **Address** 420 Audrey Avenue  Pass Christian, MS 39571

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

**Plaintiff** Tina Edgerton, as Next Friend of Yusef Lazanra, a minor (201295)          **Address** 420 Audrey Avenue  Pass Christian, MS 39571

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Angel Lebeuf (201300)                    **Address** 3303 Lone Oak Drive Apt. A-202 Baton Rouge, LA 70812

**Defendants**

    Cavalier Home Builders, LLC
    Shaw Environmental, Inc

---

**Plaintiff** LaTosha LeBlanc (216680)                    **Address** 2012 10th Street  Bay St Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Brittany Lee (206813)                    **Address** 201 Broad Street  Waveland, MS 39576

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Danyelle Lee (209617)                    **Address** P.O. Box 475  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Nelda Lee, as Next Friend of Dillon Lee, a minor (209121)                    **Address** 29 Braxton Lee Road  Popularville, MS 39470

**Defendants**

    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Fay Lee (214259)                    **Address** 1402 Kings Row Street  Slidell, LA 70461

**Defendants**

    Monaco Coach Corporation
    Fluor Enterprises, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

# Exhibit A

**Plaintiff** Freddie Lee (209621)          **Address** 6041 10th Ave.  Pearlington, MS 39572

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Hershell Lee (203132)          **Address** 3668 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Jeremy Lee (209626)          **Address** P.O. Box 475  Pearlington, MS 39572

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

**Plaintiff** John Lee (213541)          **Address** 1514 Hillary Drive  Slidell, LA 70458

**Defendants**

      Forest River, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Lionel Lee (209627)          **Address** P.O. Box 545  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

**Plaintiff** Lisa Lee (203126)          **Address** 419 Will Lee Road  Lumberton, MS 39455

**Defendants**
      R-Vision, Inc.
      Bechtel National, Inc
      Liberty Insurance Corp

## Exhibit A

**Plaintiff** Maxine Lee (201311)                 **Address** P.O. Box 31  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Nelda Lee (209120)                 **Address** 29 Braxton Lee Road  Popularville, MS 39470

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Yvette Lee (209235)                 **Address** 100 Auderer #E9 Waveland, MS 39576

**Defendants**

    R-Vision, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    Liberty Insurance Corp

---

**Plaintiff** Elizabeth Leitz (211376)                 **Address** 6322 W. Adams Street  Bay St. Louis, MS 39520

**Defendants**

    Starcraft RV, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Elizabeth Leitz, as Next Friend of
Joseph Leitz, a minor (211378)                 **Address** 6322 W. Adams Street  Bay St. Louis, MS 39520

**Defendants**

    Starcraft RV, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Joseph Leitz (210631)                 **Address** 6322 W. Adams Street  Bay St. Louis, MS 39520

**Defendants**

    Starcraft RV, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Elizabeth Leitz, as Next Friend of Lori Leitz, a minor (211377)  **Address** 6322 W. Adams Street  Bay St. Louis, MS 39520

**Defendants**

Starcraft RV, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Robyn Leitz (205256)  **Address** P.O. Box 1355  Kiln, MS 39556

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Daphane Bello-Pike, as Representative of the Estate of Margaret Lemoine,  **Address** P.O. Box  247  Pearlington, MS 39572

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Melissa Lemoine (201315)  **Address** 137800 Vidalia Rd.   Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Jennifer Lett, as Next Friend of Antoinette Lett, a minor (214268)  **Address** 7220 Barnes Road  Moss Point, MS 39563

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Latonya Lett, as Next Friend of JaAsia Lett, a minor (216688)  **Address** 5706 Bay Avenue  Moss Point, MS 39563

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Jennifer Lett (214269)  **Address** 7220 Barnes Road  Moss Point, MS 39562

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

## Exhibit A

**Plaintiff** Jennifer Lett, as Next Friend of Jontavious Lett, a minor (214270)

**Address** 7220 Barnes Road  Moss Point, MS 39562

**Defendants**

Keystone Industries, Inc.

Keystone RV Company

Bechtel National, Inc

---

**Plaintiff** Latonya Lett, as Next Friend of Kimora Lett, a minor (216689)

**Address** 5706 Bay Avenue  Moss Point, MS 39563

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Latonya Lett (216687)

**Address** 5706 Bay Avenue  Moss Point, MS 39563

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Gloria Bradley, as Next Friend of Jaleen Leverett, a minor (213009)

**Address** 4117 Hwy 26 W  Lucedale, MS 39452

**Defendants**

Southern Energy Homes, Inc.

Bechtel National, Inc

---

**Plaintiff** Angela Patterson, as Next Friend of Jalen  Leverette, a minor (201325)

**Address** P.O. Box 1045  Gautier, MS 39553

**Defendants**

Dutchmen Manufacturing, Inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Darlene Lewis, as Next Friend of Brandon  Lewis, a minor (201328)

**Address** 2932 Monterey Ste 159  Baton Rouge, LA 70814

**Defendants**

Stewart Park Homes, Inc.

Shaw Environmental, Inc

---

**Plaintiff** Charlotte Garrett-Lewis, as Next Friend of Charionda Lewis, a minor (209635)

**Address** 540 Easterbrook St  Bay St.Louis, MS 39520

**Defendants**

Sunnybrook R.V., Inc.

Bechtel National, Inc

# Exhibit A

**Plaintiff** Charlotte Lewis (209636)          **Address** 540 Easterbrook St  Bay St.Louis, MS 39520

**Defendants**

    Sunnybrook R.V., Inc.
    Bechtel National, Inc

---

**Plaintiff** Connie Lewis (201149)          **Address** 6841 E. Coronet Ct.  # A New Orleans, LA 70126

**Defendants**

    Jayco, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc

---

**Plaintiff** Rose Lewis, as Next Friend of D'Quan          **Address** 235 Sycamore Steet  Bay St. Louis, MS 39521
Lewis, a minor (211224)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Darlene Lewis (201150)          **Address** 2932 Monterey Dr.  # 159 Baton Rouge, LA
70814

**Defendants**
    Stewart Park Homes, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** Ginger Lewis (205261)          **Address** 6026 Baccich St.  New Orleans, LA 70122

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Lashanda Lewis, as Next Friend of          **Address** 2513 Honduras Drive  Gautier, MS 39553
Johnathan Lewis, a minor (209643)

**Defendants**

    Homes of Merit, Inc.
    CH2M Hill Construction, Inc

---

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Charlotte Garret-Lewis, as Next Friend of Kelonda Lewis, a minor (209644) | **Address** | 540 Easterbrook St  Bay St.Louis, MS 39520 |

**Defendants**

Sunnybrook R.V., Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kenneth Lewis (209646) | **Address** | P.O. Box 744  Pearlington, MS 39572 |

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Lashanda Lewis (209647) | **Address** | 2513 Honduras Drive  Gautier, MS 39553 |

**Defendants**

Homes of Merit, Inc.
CH2M Hill Construction, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Orlanda Lewis (201157) | **Address** | 4028 N. Miro St.  New Orleans, LA 70117 |

**Defendants**

Jayco, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Natasha Mays (201111) | **Address** | 104 Gary St.  Gulfport, MS 39503 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Renard Lewis (205263) | **Address** | 6026 Baccich St.  New Orleans, LA 70122 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Rosie Lewis (203134)                    **Address** P. O. Box 7034  Diberville, MS 39540

**Defendants**

>       Recreation By Design, LLC
>       Bechtel National, Inc

---

**Plaintiff** Freddie Lewis (211960)                  **Address** 752 C Washington St.  Bay St. Louis, MS 39520

**Defendants**

>       Recreation By Design, LLC
>       Bechtel National, Inc

---

**Plaintiff** Taishana Lewis (201158)                 **Address** 6841 E. Coronet Ct.  New Orleans, LA 70127

**Defendants**

>       Jayco, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc

---

**Plaintiff** Vera Lewis (201159)                     **Address** 4028 N. Miro St.  New Orleans, LA 70117

**Defendants**

>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc

---

**Plaintiff** Wayne Lewis (209537)                    **Address** 540 Easterbrook St  Bay St.Louis, MS 39520

**Defendants**

>       Sunnybrook R.V., Inc.
>       Bechtel National, Inc

---

**Plaintiff** Whitney Lewis (209538)                  **Address** P.O. Box 744  Pearlington, MS 39572

**Defendants**

>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

## Exhibit A

**Plaintiff** Xuan Nguyen, as Next Friend of Xaden Lewis, a minor (211110)    **Address** 1611 McLaurin St.  Waveland, MS 39576

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Kayla Lichtenstein (206821)    **Address** 4032 43rd Street  Bay St. Louis, MS 39520

**Defendants**

Sunnybrook R.V., Inc.
Bechtel National, Inc

---

**Plaintiff** Louis Light (205264)    **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Barbara Lilley (201160)    **Address** 3879 Hwy. 188  Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Fred Lincoln (212367)    **Address** 244 Henley Pl.  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Trudy Lincoln (212366)    **Address** 244 Henley Pl.  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Jean Marie Lindberg (214281)          **Address** 6185 West Adams  Bay St. Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** John Lindberg (214282)          **Address** 6185 West Adams  Bay St. Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Kermit Lindsey (201162)          **Address** 302 Neil St.  New Orleans, LA 70131

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Bernice Chissell, as Representative of          **Address** 717 S Blanks Avenue  Picayune, MS 39466
the Estate of Elsie Lloyd, deceased
**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

**Plaintiff** Dawn Parker-Lockhart, as Next Friend          **Address** 26219 Cunningham Road  Pass Christian, MS
of Breyer  Lockhart, a minor (201167)          39571
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Edward Lockhart (201168)                **Address** 26219 Cunningham Road  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Francis Lombardo (210573)                **Address** 2211 Hudson Street  Waveland, MS 39576

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Betty Longmire (201179)                **Address** 15373 St. Charles St.  D 3 Gulfport, MS 39503

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Melissa Buras, as Next Friend of                **Address** 1801 Hwy 11 South Lot 103 Picayune, MS 39466
Keegan Looney, a minor (208184)

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Neptonya Loper, as Next Friend of                **Address** 5906 Marvin Avenue  Moss Point, MS 39563
Christopher  Loper, a minor (201181)

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Kimberly Loper (205909)                **Address** 6033 Marie E. Lane  Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Neptonya Loper, as Next Friend of Madison Loper, a minor (201182)      **Address** 5906 Marvin Avenue  Moss Point, MS 39563

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** John Lose (201184)      **Address** 12189 Heritage Lane  Irvington, AL 36544

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Patti Lose (201185)      **Address** 12189 Heritage Lane  Irvington, AL 36504

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Iris Willis, as Next Friend of Jahari Louis, a minor (212377)      **Address** 1001 Edna Street  Waveland, MS 39576

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Iris Willis, as Next Friend of Jalaya Louis, a minor (212378)      **Address** 1001 Edna Street  Waveland, MS 39576

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lori Luck (213951)      **Address** 4120 Shark Street  Bay St. Louis, MS 39520

**Defendants**

    Starcraft RV, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Keitha Ludgood (201196)          **Address** 1215 Basin Refuge Road  Lucedale, MS 39452

**Defendants**

     Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
     CH2M Hill Construction, Inc

---

**Plaintiff** Rickey Lumpkin (207711)          **Address** 710 Waveland Avenue  Waveland, MS 39576

**Defendants**

     Fleetwood Enterprises, Inc.
     Fleetwood Homes of North Carolina, Inc.
     Fleetwood Canada, Ltd.
     Bechtel National, Inc
     American International Specialty Lines
     Gibraltor Insurance Co

---

**Plaintiff** Hoa Luong (215760)          **Address** 15204 Freemont Dr.  Biloxi, MS 39532

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Ngan Luong (215761)          **Address** 15204 Freemont Dr.  Biloxi, MS 39532

**Defendants**
     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Jeanne Lynn (210415)          **Address** 1304 12th Street  Pascagoula, MS 39567

**Defendants**
     Fleetwood Canada, Ltd.
     Fleetwood Enterprises, Inc.
     Fleetwood Homes of North Carolina, Inc.
     Bechtel National, Inc
     American International Specialty Lines
     Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Robert Lynn (210414)                    **Address** 1304 12th Street  Pascagoula, MS 39567

**Defendants**
      Fleetwood Canada, Ltd.
      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Clint Lusich (206824)                    **Address** 6451 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

      TL Industries, Inc.
      Bechtel National, Inc

**Plaintiff** Jeanette Lysich (206825)                 **Address** 6451 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

      TL Industries, Inc.
      Bechtel National, Inc

**Plaintiff** Dale Lusich (206826)                     **Address** 6451 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

      TL Industries, Inc.
      Bechtel National, Inc

**Plaintiff** Glenn Mack (201205)                      **Address** 438 Woody Circle  Ocean Springs, MS 39564

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

**Plaintiff** Melinda Mack, as Next Friend of          **Address** 264 Stennis Drive No. 139 Biloxi, MS 39531
Madilyn  Mack, a minor (201207)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Melinda Mack (201208)                **Address** 264 Stennis Drive  No. 139 Biloxi, MS 39531

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff** Melinda Mack, as Next Friend of        **Address** 264 Stennis Drive No. 139 Biloxi, MS 39531
      Mikyah Mack, a minor (201209)
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Patricia Mackles (216698)              **Address** 1801 Hwy 11 South lot 67  Picayune, MS 39466

**Defendants**

      Cavalier Home Builders, LLC
      Bechtel National, Inc

---

**Plaintiff** Vernita Macon (205656)                 **Address** P.O. Box 6581  New Orleans, LA 70174

**Defendants**
      Dutchmen Manufacturing, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Jamilah Madyun (212385)                **Address** 917 E. Gulf Terra Drive  Mobile, AL 36605

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Artherine Magee (215764)               **Address** 1734 McArthur Drive  Slidell, LA 70460

**Defendants**

      R-Vision, Inc.
      Fluor Enterprises, Inc
      Liberty Insurance Corp

## Exhibit A

**Plaintiff** Cassandra Magee (201218)          **Address** P.O. Box 99  Franklinton, LA 70438

**Defendants**

       Cavalier Home Builders, LLC
       Fluor Enterprises, Inc

**Plaintiff** Conseka Magee, as Next Friend of          **Address** 2117 Trotter St.  Picayune, MS 39466
DeReonte` Magee, a minor (215766)

**Defendants**

       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Fleetwood Canada, Ltd.
       Bechtel National, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Elizabeth Magee (205966)          **Address** 590 Easterbrook Apt 5  Bay St. Louis, MS 39520

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Construction, Inc
       Bechtel National, Inc

**Plaintiff** Howard Magee (216700)          **Address** 106 Carver Dr.  Picayune, MS 39466

**Defendants**
       Coachmen Industries, Inc.
       Coachmen Recreational Vehicle Company, LLC
       Bechtel National, Inc

**Plaintiff** Katrica Magee (201226)          **Address** 30285 Robertson Rd.  Franklinton, LA 70438

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

## Exhibit A

**Plaintiff** Cassandra Magee, as Next Friend of Labryan Magee, a minor (201227)   **Address** P.O BOX 99  Franklinton, LA 70438

**Defendants**

Cavalier Homes Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Mamie Magee, as Next Friend of Olivia Magee, a minor (201229)   **Address** 3900 Park Blvd  Gulfport, MS 39501

**Defendants**

Skyline Corporation
Bechtel National, Inc

**Plaintiff** Rozalind Magee (216699)   **Address** 106 Carver Dr.  Picayune, MS 39466

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

**Plaintiff** Rhonda West, as Next Friend of Raygan Malley, a minor (212386)   **Address** 16360 Lizana School Road  Gulfport, MS 39503

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Shawn Malley (215774)   **Address** 3507 Rockyhill Dedeaux Road  Kiln, MS 39556

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Frederick Mallini (209087)   **Address** 4230 Menge Avenue  Pass Christian, MS 39571

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Thomas Mallini (209088)          **Address** 4230 Menge Avenue  Pass Christian, MS 39571

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Thomas Mallini (209399)          **Address** 4230 Menge Avenue  Pass Christian, MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Katherine Mallini (209398)          **Address** 4230 Menge Avenue  Pass Christian, MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Alicia Malone (205765)          **Address** 610 Barlow Street  Waveland, MS 39576

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Christopher Marek (205988)          **Address** P.O. Box 543  Waveland, MS 39576

**Defendants**

      Forest River, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Ruth Marek (205127)          **Address** P.O. Box 543  Waveland, MS 39576

**Defendants**

>Forest River, Inc.
>CH2M Hill Construction, Inc
>Bechtel National, Inc

---

**Plaintiff** Amber Marine (201239)          **Address** 1950 N. Rocheblave St.  New Orleans, LA 70119

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc
>Fluor Enterprises, Inc
>CH2M Hill Construction, Inc
>Bechtel National, Inc

---

**Plaintiff** Kimberly Marion (214194)          **Address** P.O. Box  329  Escatawpa, MS 39552

**Defendants**
>Forest River, Inc.
>Bechtel National, Inc

---

**Plaintiff** Theresa Markum (213546)          **Address** 515 Third Street, Apt 5A  Bay St. Louis, MS 39520

**Defendants**

>Monaco Coach Corporation
>Bechtel National, Inc
>American International Specialty Lines
>Insurance Company of the State of PA
>Lexington Insurance Company

---

**Plaintiff** Adrian Marsalis (201061)          **Address** 3612 Rollins Street  Moss Point, MS 39563

**Defendants**
>Gulf Stream Coach, Inc.
>Bechtel National, Inc

---

**Plaintiff** Alice Marsalis (201062)          **Address** 3612 Rollins Street  Moss Point, MS 39563

**Defendants**
>Gulf Stream Coach, Inc.
>Bechtel National, Inc

## Exhibit A

**Plaintiff** Carlos Marsalis (201063)          **Address** 3612 Rollins Street  Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kayla Marshall (201068)          **Address** P.O. Box 611  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Sarah Marshall, as Next Friend of          **Address** 8570 E. Davenport Street  Bayou La Batre, AL
Nicholas  Marshall, a minor (201070)          36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Orealia Marshall (209550)          **Address** P.O. Box 854  Pearlington, MS 39572

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Sarah Marshall (201071)          **Address** 8570 E. Davenport Street  Bayou La Batre, AL
36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Angela Martin (211036)          **Address** 6090 E. Perry  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Dorothy Martin (215779)                    **Address** 408 South Blank  Picayune, MS 39466

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Chrystal  Martin , as Next Friend of      **Address** 108 Oxford Place  Waveland , MS 39576
       Thomas Martin, a minor (211305)

**Defendants**

       Forest River, Inc.
       Bechtel National, Inc

---

**Plaintiff** Christine Dallas, as Next Friend of       **Address** 1428 Canal Road  Mobile, AL 36605
       Jabralyn  Martin, a minor (201076)

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Christine Dallas, as Next Friend of       **Address** 7610  Marie Rd  Theodore, AL 36582
       Jeremiah  Martin, a minor (201077)

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Paul Martin (205132)                      **Address** 6126 West Desoto  Bay St. Louis, MS 39520

**Defendants**
       Gulf Stream Coach, Inc.
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Linda Martin (209551)                     **Address** P.O. Box  191  Pearlington, MS 39572

**Defendants**
       Gulf Stream Coach, Inc.
       Bechtel National, Inc

## Exhibit A

**Plaintiff** Lucille Martin (211372)                 **Address** 24071 Placide Rd  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Patricia Martin (201081)                 **Address** 13535 N. Seaman Avenue  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Jeanell Hill, as Next Friend of Anton Mason, a minor (203151)   **Address** 2800 19th Avenue Lot 56  Gulfport, MS 39501

**Defendants**
    Fleetwood Enterprises, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Charles Pohlmann, as Next Friend of Bobby Mason, a minor (207707)   **Address** 5094 Bud Ladner Road  Bay St. Louis, MS 39520

**Defendants**
    Fleetwood Canada, Ltd.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Rosa Mason (201096)                 **Address** 503 S. Genois St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Louis Matranga (211360)          **Address** 5126 Ioor Street  Bay St. Louis, MS 39576

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Joseph Mauldin, as Representative of          **Address** 176 Connecticut Ave  Munford, TN 38058
the Estate of Agnes Mauldin, deceased

**Defendants**

    Stewart Park Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Ginger Maurigi (201103)          **Address** 1120 Grove Street  Waveland, MS 39571

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Johnny Maxwell (203152)          **Address** 1477 Old Hwy. 49  Brooklyn, MS 39425

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Dianne Frederick, as Next Friend of          **Address** 515 Easterbrook Street  Bay St. Louis, MS 39520
Akera May, a minor (210626)

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Dianne Frederick, as Next Friend of **Address** 515 Easterbrook Street  Bay St. Louis, MS 39520
Amanie May, a minor (210627)
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Betty May (214201)  **Address** 1107 14th St.  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

**Plaintiff** John May (214202)  **Address** 1107 14th St.  Pascagoula, MS 39567

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

**Plaintiff** Cheryl Mayne (212285)  **Address** 16081 Magnolia Street  Kiln, MS 39556

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Cheryl Mayne, as Next Friend of **Address** 16081 Magnolia Street  Kiln, MS 39556
Thomas Mayne, a minor (212291)
**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** John Mayne (212287)  **Address** 28179 W. Malley Road  Pass Christian, MS 39571

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

**Plaintiff** Veronica Mayne, as Next Friend of **Address** 28179 W. Malley Rd.  Pass Christian, MS 39571
Christopher Mayne, a minor (212293)
**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Cheryl Mayne, as Next Friend of Trevor Mayne, a minor (212289)

**Address** 16081 Magnolia Street  Kiln, MS 39556

**Defendants**

Forest River, Inc.

Bechtel National, Inc

---

**Plaintiff** Alesha Mccall, as Next Friend of Jonathan  McCall, a minor (201115)

**Address** 4900 Old Mobile Highway Apt P113 Pascagoula, MS 39581

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** James McCall (201116)

**Address** 15228 Lemoyne Blvd. Lot 5 Biloxi, MS 39532

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Judith McCall (201117)

**Address** 9941 Hwy. 188  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Alesha Mccall, as Next Friend of Maya McCall, a minor (201118)

**Address** 4900 Old Mobile Road Apt N-100 Pascagoula, MS 39581

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** Thawonda McCall (200210)          **Address** 15228 Lemoyne Blvd.  Lot 5 Biloxi, MS 39532

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Construction, Inc
 Bechtel National, Inc

**Plaintiff** Joshua Miller, as Next Friend of Aidan McCann, a minor (206849)          **Address** 1808 Prospect Ave.  Pascagoula , MS 39567

**Defendants**
 Forest River, Inc.
 CH2M Hill Construction, Inc

**Plaintiff** Vanessa Ware, as Next Friend of Shakeidra Mccants, a minor (203154)          **Address** 4305 Benson Drive  Mobile, AL 36618

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Construction, Inc
 Bechtel National, Inc

**Plaintiff** Welford McCarty (213051)          **Address** 13185 Hwy 613   Lucedale, MS 39452

**Defendants**

 Cavalier Home Builders, LLC
 Bechtel National, Inc

**Plaintiff** Wyvonia McClain (201125)          **Address** P.O. Box 99  Franklinton , LA 70438

**Defendants**

 Cavalier Home Builders, LLC
 Fluor Enterprises, Inc

**Plaintiff** Tammy McClantoc, as Next Friend of Kayla  McClantoc, a minor (201126)          **Address** 8460 East Rabbi Street  Bayou La Batre, AL 36509

**Defendants**
 Gulf Stream Coach, Inc.
 Shaw Environmental, Inc
 Fluor Enterprises, Inc
 CH2M Hill Construction, Inc
 Bechtel National, Inc

## Exhibit A

**Plaintiff** Michael McClantoc (201127)          **Address** 8460 East Rabbi Street  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Tammy McClantoc (201129)          **Address** 8460 East Rabby Street  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Robin McClendon (201134)          **Address** 3718 Virgil  New Orleans, LA 70122

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

**Plaintiff** Jeanne McCollister (209559)          **Address** P.O. Box 4135  Bay St. Louis, MS 39521

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Jeanne McCollister, as Next Friend of Taylor McCollister, a minor (209560)          **Address** P.O. Box 4135  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Alvin McCovery (201141)                    **Address** 10175 N. Summit Ct.  Lot 31 Grand Bay, AL 36541

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Rosa McKoy, as Next Friend of Derwin McKoy , a minor (201142)                    **Address** 2101 Springwood Road  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Shannon McCullom (200977)                    **Address** 2711 E. Steven Circle  Gulfport, MS 39503

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Susan McCurdy (212656)                    **Address** P.O. Box 3104  Bay St. Louis, MS 39521

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Laquinndalinn McDaniel (211404)                    **Address** P.O. Box 1431  Gautier, MS 39553

**Defendants**

      Cavalier Home Builders, LLC
      Bechtel National, Inc

---

**Plaintiff** Stevie Bello, as Next Friend of Alexander McDonald, a minor                    **Address** 6136 Eleventh Ave.  Pearlington, MS 39572

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Juslus McDonald (215790)          **Address** 141 Eloise Street  Picayune, MS 39466

**Defendants**

      Pilgrim International, Inc.
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Rick McDonald (200987)          **Address** 158 Walnut Court  Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Sonia McDonald (200989)          **Address** 423 Wittman Ave.  Pass Christian, MS 39571

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Maxine Mcdowell (203156)          **Address** 433 Betsy Ave.  Pass Christian, MS 39571

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

---

**Plaintiff** Myrtle McDowell (220306)          **Address** 620 Jeff Davis  Waveland, MS 39576

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

---

**Plaintiff** Michael McGee (211971)          **Address** 22414 Fenton Deadeaux  Kiln, MS 39556

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Audroy McGowan (215807)                    **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Deborah McGowan (209377)                    **Address** 5301 Trailwood Drive  Pascagoula, MS 39581

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Audroy McGowan, as Next Friend of          **Address** 1103 Brookdale Drive  Picayune, MS 39466
JaQuantay McGowan, a minor
**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Timothy McGowan (215809)                    **Address** 1103 Brook Dale Dr.  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Keesha McInnis (203512)                    **Address** 3007 Doby Street  Pascagoula, MS 39581

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Veronica McInnis (203158)                    **Address** P.o. Box 8268  Moss Point, MS 39562

**Defendants**

    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Exhibit A

**Plaintiff** Roy Mcintyre (200992)                    **Address** 6170 Boykin Road Lot 7 Theodore, AL 36582

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Sean McIntyre (208077)                    **Address** P.O. Box 374  Bush, LA 70431

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Theresa McKay (214229)                    **Address** 300 St Francis  Bay St Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Thomas Mckay (203159)                    **Address** P.o. Box 313  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Daniel McKee (214230)                    **Address** 1304 Loraine Street  Ocean Springs, MS 39564

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** David McKee (214231)                    **Address** 1304 Loraine Street  Ocean Springs, MS 39564

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff**  Heather Ladner, as Representative of the Estate of Harold McKee, deceased

**Address**  85 Luke Lane  Picayune, MS 39466

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff**  Hubert McKinney (200998)

**Address**  3681 Oregan Avenue  Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff**  Margaret Mclain (209073)

**Address**  6005 East Perry  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Sandra  McLeod, as Representative of the Estate of Marvin McLeod, deceased

**Address**  3537 Ling Dr.  Gautier, MS 39553

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Sandra McLeod (211466)

**Address**  3537 Ling Dr.  Gautier, MS 39553

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  Derrick McNair (201011)

**Address**  P.O. Box 8212  Moss Point, MS 39562

**Defendants**

Forest River, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Maggie McNair (201012)                     **Address** P.O. Box 2122  Gulfport, MS 39505

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Imogene McNeely (209577)                     **Address** 217 Olivari Street  Waveland, MS 39576

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ludrich McNiar (206022)                     **Address** 704 24th Street  Gulfport, MS 39501

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** James Mcphearson (211338)                     **Address** 503 Ulman Street  Waveland, MS 39576

**Defendants**

    DS Corp. d/b/a CrossRoads RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sharon Mcphearson (211339)                     **Address** 503 Ulman Street  Waveland, MS 39576

**Defendants**

    DS Corp. d/b/a CrossRoads RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** Rebecca McWilliams (209580)                     **Address** 128 Melody Lane  Bay St. Louis, MS 39520

**Defendants**

    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

## Exhibit A

**Plaintiff** Rita McWilliams (209581)          **Address** 128 Melody Lane  Bay St. Louis, MS 39520

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Clara Mecum (201016)          **Address** P.O. Box 355  Pass Christian, MS 39571

**Defendants**

      Vanguard, LLC
      Bechtel National, Inc

**Plaintiff** Anthony Menotti (201017)          **Address** 8001 Easyway Street  Irvington, AL 36544

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Stefonie Adkison, as Next Friend of          **Address** 8001 Easyway Street  Irvington, AL 36544
Destiny  Menotti, a minor (201018)
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Jessica Meshell (216737)          **Address** 3024 3rd St.  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Emily Michel (205971)          **Address** 3063 Longfellow Street  Bay St. Louis, MS 39520

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Robert Middleton (205859)          **Address** 6906 Gregory Street  Moss Point, MS 39563

**Defendants**

    Superior Homes, LLC
    Bechtel National, Inc

---

**Plaintiff** Emelda Miles (215813)          **Address** 6637 Lakeshore Road  Bay St Louis, MS 39520

**Defendants**

    R-Vision, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    Liberty Insurance Corp

---

**Plaintiff** Tammy Miley (214239)          **Address** 806 Kyle Circle  Waveland, MS 39576

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Matthew Millard (208851)          **Address** 207 E. Vermilaya  Bloomington, IN 47401

**Defendants**

    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Richard Millard (208850)                **Address** 8361 Harrison St.   Bay St. Louis , MS 39520

**Defendants**
> Forest River, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc

---

**Plaintiff** Joshua Miller, as Next Friend of        **Address** 1808 Prospect Avenue  Pascagoula, MS 39567
Caysen Miller, a minor (206854)
**Defendants**
> Forest River, Inc.
> CH2M Hill Construction, Inc

---

**Plaintiff** Christine Miller (209584)               **Address** 4215 Ingalls Ave.  Pascagoula, MS 39581

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Derek Miller (206855)                   **Address** P.O. Box 168  Lakeshore, MS 39558

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

---

**Plaintiff** Elizabeth Miller (214240)               **Address** 37246 Browns Village Rd.  Slidell, LA 70460

**Defendants**

> Pilgrim International, Inc.
> Fluor Enterprises, Inc
> Crum & Forster Specialty Ins Co

---

**Plaintiff** Herman Miller (210693)                  **Address** 60047 Javery Road  Slidell, LA 70460

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Herman Miller (210694)          **Address** 60047 Javery Road  Slidell, LA 70460

**Defendants**
>   Gulf Stream Coach, Inc.
>   Fluor Enterprises, Inc

---

**Plaintiff** Laura Miller, as Next Friend of Jani're          **Address** 563 Beechwood Drive  Slidell, LA 70460
Miller, a minor (214242)

**Defendants**

>   R-Vision, Inc.
>   Fluor Enterprises, Inc
>   Liberty Insurance Corp

---

**Plaintiff** Wilbert Miller (214244)          **Address** 37246 Browns Village Rd  Slidell, LA 70460

**Defendants**

>   Pilgrim International, Inc.
>   Fluor Enterprises, Inc
>   Crum & Forster Specialty Ins Co

---

**Plaintiff** Laura Miller, as Next Friend of Kendall          **Address** 563 Beechwood Drive  Slidell, LA 70460
Miller, a minor (214245)

**Defendants**

>   R-Vision, Inc.
>   Fluor Enterprises, Inc
>   Liberty Insurance Corp

---

**Plaintiff** Laura Miller (214247)          **Address** 563 Beechwood Drive  Slidell, LA 70460

**Defendants**

>   R-Vision, Inc.
>   Fluor Enterprises, Inc
>   Liberty Insurance Corp

---

**Plaintiff** Yumika Watts, as Next Friend of          **Address** 27 South Pine Street  Lucedale, MS 39452
Leisha  Miller, a minor (201031)

**Defendants**
>   Gulf Stream Coach, Inc.
>   Shaw Environmental, Inc
>   Fluor Enterprises, Inc
>   CH2M Hill Construction, Inc
>   Bechtel National, Inc

# Exhibit A

**Plaintiff** Laura Miller, as Next Friend of Martin Miller, a minor (214136)

**Address** 563 Beechwood Drive  Slidell, LA 70460

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Nellie Miller (201032)

**Address** P.O. Box 214  St. Elmo, AL 36568

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Catina Roscoe, as Next Friend of Robrid Miller, a minor (214143)

**Address** 38201 Coast Blvd  Slidell, LA 70460

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Duffie Mills (201038)

**Address** 7450 Northgate Dr.  New Orleans, LA 70128

**Defendants**

TL Industries, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Howard Mills (214147)

**Address** P.O. Box 92  Saucier, MS 39574

**Defendants**

Homes of Merit, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** LaTanya Mills (201039)

**Address** 3506 Warwick Street  Pascagoula, MS 39581

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Latanya Mills, as Next Friend of Shawn Mills, a minor (201040)   **Address** 3506 Warwick Street  Pascagoula, MS 39581

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Wallace Mills (209150)   **Address** 2911 W. R. Mills Road  Perkinston, MS 39573

**Defendants**

Gulf Stream Coach, Inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Ray Melton (201042)   **Address** 2712 M Seventh St.  Ocean Springs, MS 39564

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Rosa Mistich (212310)   **Address** PO Box 212  Irvington, AL 36544

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Amanda Mitchell (203171)   **Address** 22241 Pineville Road  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Andrew Mitchell (207738)   **Address** 8400 W. Oaklawn Dr. Lot #61  Biloxi, MS 39532

**Defendants**

Skyline Corporation

Bechtel National, Inc

## Exhibit A

**Plaintiff**  Audrey Mitchell (209481)          **Address**  P.O.Box 1050  Hahnville, LA 70057

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff**  Darlene Mitchell (207718)          **Address**  499 Mike Lumpkin Road  Carriere, MS 39426

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company

**Plaintiff**  Jules Pierna, as Next Friend of Dominic          **Address**  329 Davis Avenue  Pass Christian, MS 39571
Mitchell, a minor (201046)

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

**Plaintiff**  Giovanna Mitchell (213059)          **Address**  100 David Ct.  Luling, LA 70070

**Defendants**

      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

**Plaintiff**  Audrey Mitchell, as Next Friend of          **Address**  P.O.Box 1050  Hahnville, LA 70057
Jeremiah Mitchell, a minor (209484)

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

# Exhibit A

**Plaintiff** Jessica Mitchell (203170)          **Address** 22241 Pineville Road  Pass Christian, MS 39571

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Robert Mitchell (215824)          **Address** 6107 Scott Street  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Lisa Mitchell (213066)          **Address** 3015 Metropolitan Street  New Orleans, LA 70126

**Defendants**

      R-Vision, Inc.
      CH2M Hill Construction, Inc
      Liberty Insurance Corp

---

**Plaintiff** Tracy Mitchell (203169)          **Address** 22241 Pineville Road  Pass Christian, MS 39571

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Queen Mixon (216759)          **Address** 301 Roy Street  Poplarville, MS 39470

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      CH2M Hill Construction, Inc

---

**Plaintiff** Jason Moak (210572)          **Address** 18024 Bert St. Apt. E Long Beach, MS 39560

**Defendants**

      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Olivia Alford, as Next Friend of
Alexandria Moffett, a minor (206865)

**Address** 113 Lynn Circle  Pass Christian, MS 39571

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Ariel Moffett (206866)

**Address** 113 Lynn Circle  Pass Christian, MS 39571

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Doyle Moffett (206868)

**Address** 337 Menge Avenue  Pass Christian, MS 39571

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Kevin Moffett (207748)

**Address** 340 Menge Ave.  Pass Christian, MS 39571

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Francisco Molina (203525)

**Address** P.O. Box 405  Pass Christian, MS 39571

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Soledad Molina (203524)

**Address** P.O. Box 405  Pass Christian, MS 39571

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Mandy  Mollohan, as Next Friend of     **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520
Ethan Mollohan, a minor (207788)
**Defendants**

　　　Monaco Coach Corporation
　　　Bechtel National, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** James Mollohan (207791)     **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520

**Defendants**

　　　Monaco Coach Corporation
　　　Bechtel National, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** Mandy Mollohan (207787)     **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520

**Defendants**

　　　Monaco Coach Corporation
　　　Bechtel National, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** Mandy  Mollohan, as Next Friend of     **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520
Zachary Mollohan, a minor (207790)
**Defendants**

　　　Monaco Coach Corporation
　　　Bechtel National, Inc
　　　American International Specialty Lines
　　　Insurance Company of the State of PA
　　　Lexington Insurance Company

**Plaintiff** Mary Scott, as Next Friend of James     **Address** 12110 Barimba Place  Gulfport, MS 39503
Montgomery, a minor (201060)
**Defendants**

　　　Cavalier Home Builders, LLC
　　　CH2M Hill Construction, Inc
　　　Bechtel National, Inc

## Exhibit A

**Plaintiff** Jennifer Montgomery (200885)         **Address** 717 Watkins Avenue  Gulfport, MS 39507

**Defendants**

    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Rashad  Montgomery (200887)         **Address** 335 Davis Avenue  Pass Christian, MS 39571

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Vera Montgomery (200888)         **Address** 717 Watkin Avenue  Gulfport, MS 39507

**Defendants**

    Waverlee Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Latessa Moody, as Next Friend of         **Address** 8860 Little River Road  Bayou La Batre, AL
Brandy  Moody, a minor (200889)                                     36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Latessa Moody, as Next Friend of Jesse         **Address** 8860 Little River Road  Bayou La Batre, AL
Moody, a minor (200890)                                     36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Latessa Moody (200891)         **Address** 8860 Little River Road  Bayou La Batre, AL
36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Latessa Moody, as Next Friend of Rena Moody, a minor (200892)  **Address** 8860 Little River Road  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Shirley Smith, as Next Friend of DeAalijah  Moore, a minor (200894)  **Address** P.O. Box 1825  Gulfport, MS 39502

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Dennis Moore (203181)  **Address** 7001 Lawrenece Rd. Apt. 138 New Orleans, LA 70126

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** James Moore (216772)  **Address** PO Box 213  Picayune, MS 39466

**Defendants**

Vanguard, LLC
Bechtel National, Inc

---

**Plaintiff** JoEllen Moore (216768)  **Address** PO Box 213  Picayune, MS 39466

**Defendants**

Vanguard, LLC
Bechtel National, Inc

---

**Plaintiff** Ernest Moore (210623)  **Address** P.O. Box 4645  Bay St. Louis, MS 39520

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltar Insurance Co

## Exhibit A

**Plaintiff** Phyllis Peyton, as Next Friend of Kadishia Moore, a minor (206756)          **Address** 10045 Fernland Road  Grand Bay, AL 36541

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Phillippe Moore (203180)          **Address** 850 Clark Avenue  Pass Christian, MS 39571

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Terri Moore (214172)          **Address** 3108 Snapper Road  Gautier, MS 39553

**Defendants**
> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

**Plaintiff** Timothy Moore (214173)          **Address** 3108 Snapper Road  Gautier, MS 39553

**Defendants**
> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

**Plaintiff** Lolita Morales (206757)          **Address** 376 Chapman Road  Bay St. Louis, MS 39520

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> CH2M Hill Construction, Inc
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Bryan Moran (205834)                    **Address** 4055 Ocean Street  Bay St. Louis, MS 39520

**Defendants**

     Starcraft RV, Inc.
     Bechtel National, Inc

---

**Plaintiff** Edward Moran (205832)                   **Address** 4055 Ocean Street  Bay St. Louis, MS 39520

**Defendants**

     Starcraft RV, Inc.
     Bechtel National, Inc

---

**Plaintiff** Hellon Moran (209492)                   **Address** 9210 Henry Shubert Road  Bay St. Louis, MS 39520

**Defendants**

     Gulf Stream Coach, Inc.
     Bechtel National, Inc

---

**Plaintiff** Kathleen Moran (205833)                 **Address** 4055 Ocean Street  Bay St. Louis, MS 39520

**Defendants**

     Starcraft RV, Inc.
     Bechtel National, Inc

---

**Plaintiff** Melissa Moran (209498)                  **Address** 9200 Henry Shubert Road  Bay St. Louis, MS 39520

**Defendants**

     Forest River, Inc.
     Bechtel National, Inc

---

**Plaintiff** Sherri Moran (212324)                   **Address** 206 Hartfield Rd  #3 Hattiesburg, MS 39402

**Defendants**

     Keystone Industries, Inc.
     Keystone RV Company
     Bechtel National, Inc

## Exhibit A

**Plaintiff** Arthur Morgan (203527)                    **Address** 367 Hunter Avenue  Pass Christian, MS 39571

**Defendants**

    Jayco, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Alice Smith, as Next Friend of Breanna    **Address** 385 Seal Avenue  Pass Christian, MS 39571
Morgan, a minor (200897)

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Desiree Morgan (203192)                   **Address** 1663-65 St. Denis St.  New Orleans, LA 70122

**Defendants**

    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Jaxene Morgan (212335)                    **Address** 6201 S. RailRoad Ave.  Bay St. Louis, MS 39520

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jeffrey Morgan (212336)                   **Address** 6201 S. RailRoad Ave.  Bay St. Louis, MS 39520

**Defendants**

    Jayco, Inc.
    Bechtel National, Inc

---

**Plaintiff** John Morgan, as Next Friend of John       **Address** 12870 Paradise Lane  Biloxi, MS 39532
Morgan, a minor (203194)

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Mary Morgan (203191)          **Address** 12876 Paradise Lane  Biloxi, MS 39532

**Defendants**
> Gulf Stream Coach, Inc.
> Bechtel National, Inc

---

**Plaintiff** Patricia Morgan - Williams (203193)          **Address** 1663-65 St. Denise St.  New Orleans, LA 70122

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Jennifer Morreale (200901)          **Address** 5340 Courtney Avenue  Pass Christian, MS 39571

**Defendants**

> Dutchmen Manufacturing, Inc.
> Bechtel National, Inc

---

**Plaintiff** Adrian Morris (200902)          **Address** 4935 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Fluor Enterprises, Inc

---

**Plaintiff** Lisa  Morris, as Representative of the          **Address** 3107 Carondelet St.  New Orleans, LA 70115
Estate of Broderick    Morris, deceased
**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff** Celeste Morris (205865)          **Address** 4031 Second Street  Moss Point, MS 39563

**Defendants**

> KZRV, LP
> Bechtel National, Inc

---

**Plaintiff** Claudette Morris (220327)          **Address** 119 Old Superior Ave.  Bogalusa, LA 70427

**Defendants**
> Cavalier Home Builders, LLC
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

# Exhibit A

**Plaintiff** Elbert Morris (200907)                    **Address** 4935 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Celeste Morris, as Next Friend of        **Address** 4031 Second Street  Moss Point, MS 39563
Kharisma Morris, a minor (205867)
**Defendants**

    KZRV, LP
    Bechtel National, Inc

---

**Plaintiff** Kinard Morris (205869)                   **Address** 4031 Second Street  Moss Point, MS 39563

**Defendants**

    KZRV, LP
    Bechtel National, Inc

---

**Plaintiff** Melania Morris (200911)                  **Address** 2902 Cumberland Dr.  Missouri City, TX 77459

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc

---

**Plaintiff** Monique Morris (200912)                  **Address** 302 Neil St.  New Orleans, LA 70131

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Rozelia Morris (200913)                  **Address** 4935 Metroploitan Dr.  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Victor Morris (210730)                   **Address** P.O. Box 402  Pearlington, MS 39572

**Defendants**

    SunRay Investments, LLC
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Audrey Morrison (200914)          **Address** 4325 Haron Bay Loop  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Jason  Morrison (200915)          **Address** 4325 Haron Bay Loop  Coden, AL 36523

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Travis Morrissette (200916)          **Address** 2901 54 Avenue Apt. A Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Oscar Morton (210761)          **Address** 5511 Holley Lane  New Orleans, LA 70126

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Lillian Morvant (200917)          **Address** 14329 Shell Belt Road West  Coden, AL 36523

**Defendants**
    Keystone Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Marcia Tassinari, as Next Friend of Gunner Mosca, a minor (216781) | **Address** | 5094 Birch Dr.  Bay St. Louis, MS 39520 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Eunice Hartley, as Representative of the Estate of Clarence Mosely, | **Address** | 310 Clearwood Drive  Slidell, LA 70458 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | | | |
|---|---|---|---|
| **Plaintiff** | Rebecca Moss (205146) | **Address** | 10950 Jefferson Hwy. , #V-12  Riverridge, LA 70123 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kellie Murphy (210943) | **Address** | 41 Trailwood Circle  Petal , MS 39465 |

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Marcus Murphy (214181) | **Address** | 1302 Williams St.  Pascagoula, MS 39567 |

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | June Murray (200920) | **Address** | 2300 Heritage Drive  Gautier, MS 39553 |

**Defendants**

Pilgrim International, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Louis Murry (203199)                    **Address** 4422 America St.  New Orleans, LA 70126

**Defendants**

    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** Yashika Martin, as Next Friend of    **Address** 3007 Robert St.  New Orleans, LA 70125
Corey  Muse, a minor (200922)

**Defendants**

    Pilgrim International, Inc.
    Shaw Environmental, Inc
    Crum & Forster Specialty Ins Co

---

**Plaintiff** Amber Musser-Hust (213953)          **Address** 4120 Shark Street  Bay St. Louis, MS 39520

**Defendants**

    Monaco Coach Corporation
    Bechtel National, Inc
    American International Specialty Lines
    Insurance Company of the State of PA
    Lexington Insurance Company

---

**Plaintiff** Yvonne Jones (200925)                  **Address** 7001 Bundy Rd Apt. L-22 New Orleans, LA
70127

**Defendants**

    Patriot Homes, Inc.
    Patriot Manufacturing, Inc.
    Shaw Environmental, Inc

---

**Plaintiff** James Myers (209513)                    **Address** 16061 6th St  Pearlington, MS 39572

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Michael Navarette (210666)            **Address** 4222 Edna Av  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Renata Navarre (214187)          **Address** 58154 West St.  Slidell, LA 70460

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Fluor Enterprises, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Danna Necaise (205155)          **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

**Plaintiff** Sherry Necaise, as Next Friend of Faith Necaise, a minor (211009)          **Address** 16034 Apia Road  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Jimmy Necaise (215838)          **Address** 83171 Lola Drive  Diamondhead, MS 39525

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Danna Necaise, as Next Friend of Lashea Necaise, a minor (205158)          **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

**Plaintiff** Loretta Necaise (208931)          **Address** 520 Vine Drive Apt. 6G  Flowood, MS 39232

**Defendants**

      DS Corp. d/b/a CrossRoads RV, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Margie Necaise (207674)          **Address** 315 Old Spanish Trail  Waveland, MS 39576

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

**Plaintiff** Mary Necaise (209520)          **Address** 9220 Henry Shubert Road  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Susan Necaise, as Next Friend of Molley Necaise, a minor (205160)          **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**

      Dutchmen Manufacturing, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Nicholas Necaise (209379)          **Address** 520 Vine Drive Apt. 6G  Flowood, MS 39232

**Defendants**

      DS Corp. d/b/a CrossRoads RV, Inc.
      Bechtel National, Inc

**Plaintiff** Nicole Necaise (212657)          **Address** P.O. Box 3104  Bay St. Louis, MS 39521

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Sherry Necaise, as Next Friend of Paige Necaise, a minor (211010)     **Address** 16034 Apia Road  Pearlington, MS 39572

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Raymond Necaise (213913)     **Address** 6192 Road 35  Bay Saint Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Susan Necaise (205161)     **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**

    Dutchmen Manufacturing, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Tayna Necaise (209079)     **Address** 10 Bay Park Way Apt 33  Bay St. Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Bertha Newell (205164)     **Address** 12601 Joe Batt Rd.  Ocean Springs , MS 39565

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Latorea Newell (205918)     **Address** 14269 County Farm Rd. Lot 95 Gulfport, MS 39503

**Defendants**

    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Tamara Newell (205916)   **Address** 14269 County Farm Rd. Lot 95 Gulfport, MS 39503

**Defendants**

Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Reid Newman, as Next Friend of Alexis Newman, a minor (215839)   **Address** 18221 Longwood Dr. Saucier, MS 39574

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Reid Newman, as Next Friend of Austin Newman, a minor (215840)   **Address** 18221 Longwood Dr. Saucier, MS 39574

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Elizabeth Newman (215841)   **Address** 18221 Longwood Dr. Saucier, MS 39574

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Gilbert Newman (216783)   **Address** 1104 Waveland Ave. Waveland, MS 39576

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Herbert Newman (205853)   **Address** 7001 Meadowdale Street Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Pamela Newman (205850)                **Address** 7001 Meadowdale Street  Bay St. Louis, MS 39520

**Defendants**

    Pilgrim International, Inc.
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

---

**Plaintiff** Reid Newman (215842)                **Address** 18221 Longwood Dr.  Saucier, MS 39574

**Defendants**
    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Chung Nguyen (214090)                **Address** 338 Haise St.  Biloxi, MS 39530

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Cui Nguyen (214091)                **Address** 364 Fayard Street  Biloxi, MS 39530

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Duc Nguyen (212242)                **Address** P. O. Box 11  Lakeshore, MS 39556

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Hang Nguyen (214112)                **Address** 364 Fayard Street  Biloxi, MS 39530

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** John Nguyen (214126)                **Address** 364 Fayard Street  Biloxi, MS 39530

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Khoa Nguyen (214130)                    **Address** 338 Haise St.  Biloxi, MS 39530

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Hang Nguyen, as Next Friend of Nancy       **Address** 364 Fayard Street  Biloxi, MS 39530
Nguyen, a minor (214034)
**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Nhan Nguyen (210950)                    **Address** 7985 W. Amite Street  Bay St. Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tuyet Nguyen (215846)                    **Address** 178 Rosetti St.  Biloxi, MS 39530

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Nhan Nguyen, as Next Friend of           **Address** 7985 W. Amite Street  Bay St. Louis , MS 39520
Valyna Nguyen, a minor (210952)
**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Van Nguyen (210949)                    **Address** 7985 W. Amite Street  Bay St. Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Vinh Nguyen (214871)                    **Address** 338 Haise St.  Biloxi, MS 39530

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Diniah Nicholson (208872)          **Address** P.O. Box 821  Pearlington, MS 39572

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Dana Nicholson (212257)          **Address** 9119 Orange Lake Road  Moss Point, MS 39562

**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff** James Nicholson (208859)          **Address** P.O. Box 821  Pearlington, MS 39573

**Defendants**
        Fleetwood Enterprises, Inc.
        Fleetwood Canada, Ltd.
        Fleetwood Homes of North Carolina, Inc.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** James Nicholson (208868)          **Address** P.O. Box 821  Pearlington, MS 39572

**Defendants**

        Keystone Industries, Inc.
        Keystone RV Company
        Bechtel National, Inc

**Plaintiff** Robert Nicholson (212259)          **Address** 9119 Orange Lake Road  Moss Point, MS 39562

**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

**Plaintiff** Dana Nicholson, as Next Friend of          **Address** 9119 Orange Lake Road  Moss Point, MS 39562
Shanna Nicholson, a minor (212258)
**Defendants**
        Jayco, Inc.
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Nina Hannah-Wansley, as Next Friend of Dexter Nix, a minor (200954)   **Address** 3724 Mccall Street  Moss Point, MS 39563

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Moira Nix (208928)   **Address** 520 Vine Drive Apt.6G  Flowood, MS 39232

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Charlene Nixon, as Next Friend of Darnetia Nixon, a minor (215856)   **Address** 408 South Blank Ave.  Picayune, MS 39466

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Charlene Nixon, as Next Friend of Dimitri Dauphin, a minor (215857)   **Address** 408 South Blank Ave.  Picayune, MS 39466

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Joshua Nixon (215859)   **Address** 722 Weems Street  Picayune, MS 39466

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Justin Nixon (215862)   **Address** 722 Weems St.  Picayune, MS 39466

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

# Exhibit A

**Plaintiff** Mahala Burkett, as Next Friend of
Malcolm Nixon, a minor (215863)

**Address** 304 Jarrell St.  Picayune, MS 39466

**Defendants**

Fleetwood Canada, Ltd.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Melvin Nixon (215869)

**Address** 408 South Blank Ave.  Picayune, MS 39466

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Rosemary Nixon (215865)

**Address** 803 Weems St.  Picayune, MS 39466

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Schawanda Nixon (215867)

**Address** 3199 Jackson Landing Rd. Apt. D-30  Picayune,
MS 39466

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Christopher Nixon (215868)

**Address** 423 South Blanks Avenue  Picayune, MS 39466

**Defendants**

Dutchmen Manufacturing, Inc.
CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Tajuana Nixon (215870)              **Address** 722 Weems St.  Picayune, MS 39466

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Jacqueline Derby, as Next Friend of      **Address** 2112 Springwood Circle  Gautier, MS 39553
Christaga Noble, a minor (200955)

**Defendants**

      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Jacqueline Derby, as Next Friend of      **Address** 2112 Springwood Circle  Gautier, MS 39553
Chrystal  Noble, a minor (200957)

**Defendants**

      Heartland Recreational Vehicles, L.L.C.
      Bechtel National, Inc

---

**Plaintiff** Kassaundra  Coleman, as Next Friend      **Address** P.O. Box 1130  Boutte, LA 70039
of Allen Noel, a minor (212262)

**Defendants**
      Thor Industries, Inc.
      Thor California, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Kassaundra  Coleman, as Next Friend      **Address** P.O. Box 1130  Boutte, LA 70039
of Niya Noel, a minor (212261)

**Defendants**
      Thor Industries, Inc.
      Thor California, Inc.
      CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Shoshone Norris, as Next Friend of          **Address** 8405 Bayou Cumbest Rd  Moss Point, MS 39452
Jailynn  Norris, a minor (200960)

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Shoshone Norris (200962)                    **Address** 8405 Bayou Cumbest Rd.  Moss Point, MS 39562

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Robbie Norvel (200967)                      **Address** 620 Magnolia Tree Drive  Gautier, MS 39553

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Berenice Nunez (203546)                     **Address** P.O. Box 1896  Gulfport, MS 39502

**Defendants**

      River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
      Bechtel National, Inc

**Plaintiff** Kim O'Brien (212267)                        **Address** 315 Baltic Street  Waveland, MS 39576

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Loretta Fortenberry, as Next Friend of Ricky  Oatis, a minor (200972)

**Address** 15228 Lemoyne Blvd Lot 17 Biloxi, MS 39532

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Kimberly Morgan, as Next Friend of Tiara Odom, a minor (210245)

**Address** 2214 Columbus St.  New Orleans, LA 70119

**Defendants**

Frontier RV, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Jimmie Oglesby (216789)

**Address** 7076 Pine St.  Bay St. Louis, MS 39520

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Beth Goetz, as Next Friend of Jessica Ohern, a minor (220358)

**Address** 201 Broad Street  Waveland, MS 39576

**Defendants**

Timberland RV Company d/b/a/ Adventure Manufacturing
Bechtel National, Inc

**Plaintiff** Isiah Oliver (210248)

**Address** 11663  White Road  Pearlington, MS 39572

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

# Exhibit A

**Plaintiff** Kimberly Oliver (210250)                **Address** P.O. Box  12  Kiln, MS 39556

**Defendants**

>       Heartland Recreational Vehicles, L.L.C.
>       CH2M Hill Construction, Inc

---

**Plaintiff** Patricia Oliver (212272)                **Address** 5093 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

---

**Plaintiff** Tracy Oliver (210251)                **Address** 355 Easterbrook St.  Bay St. Louis, MS 39521

**Defendants**

>       Heartland Recreational Vehicles, L.L.C.
>       CH2M Hill Construction, Inc

---

**Plaintiff** Wayne Oliver (212273)                **Address** 5093 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

---

**Plaintiff** June Olsen (215877)                **Address** 2613 Gladys Watkins Rd.  Moss Point, MS 39562

**Defendants**
>       Gulf Stream Coach, Inc.
>       Bechtel National, Inc

---

**Plaintiff** Cynthia Orr (200805)                **Address** 10835 Webb Road  Grand Bay, AL 36541

**Defendants**
>       Gulf Stream Coach, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

# Exhibit A

**Plaintiff** Nathan Orr (206775)                    **Address** 5954 Sperry Raod  Apt. E6 Theodore, AL 36582

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Rose Ortego (215880)                    **Address** 118 Ivy Street  Carriere, MS 39426

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Ammie Osborne (211244)                    **Address** 117 Maci Ln.  Lucedale, MS 39452

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Ammie Osborne, as Next Friend of              **Address** 117 Maci Lane  Lucedale, MS 39452
Arianna Osborne, a minor (211977)

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Ammie Osborne, as Next Friend of              **Address** 117 Maci Lane  Lucedale, MS 39452
Tre'Vaughn Osbourne, a minor

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Thomas Overby (214893)                    **Address** 806 Kyle Circle  Waveland, MS 39576

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

## Exhibit A

**Plaintiff** Antonio Owens (203210)          **Address** 2800 19th Avenue  Lot 56 Gulfport, MS 39501

**Defendants**
Fleetwood Enterprises, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Tristian Pace (213915)          **Address** P.O. Box 11  Lakeshore, MS 39558

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Anthony Page (212274)          **Address** P.O. Box 3081  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Herbert Palode (200819)          **Address** P.O. Box 634  Pass Christian, MS 39571

**Defendants**

Cavalier Home Builders, LLC
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Dawn Parker-Lockhart (200825)          **Address** 26219 Cunningham Road  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Betty Clarke, as Representative of the Estate of Anthony Parker, deceased | **Address** | 1017 River Road  Picayune, MS 39466 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | | | |
|---|---|---|---|
| **Plaintiff** | Dianna Parker (220360) | **Address** | 2200 Hudson Street  Waveland, MS 39576 |

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | | | |
|---|---|---|---|
| **Plaintiff** | Jeffrey Parker (200820) | **Address** | 4401 Old Spanish Trail  Gautier, MS 39553 |

**Defendants**

Forest River, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Jonathan Parker (210268) | **Address** | 1558 Conti St. Apt L New Orleans, LA 70112 |

**Defendants**

Cavalier Homes Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kristan Parker, as Next Friend of Kambran Parker, a minor (210270) | **Address** | 1548 Conti St. #C  New  Orleans , LA 70112 |

**Defendants**

Pilgrim International, Inc.
Fluor Enterprises, Inc
Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Kristan Parker (210271)          **Address** 1548 Conti St.#C  New Orleans, LA 70112

**Defendants**

      Pilgrim International, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Crum & Forster Specialty Ins Co

**Plaintiff** Lelar Parker (210732)          **Address** P.O. Box 64  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Paul Parker (200822)          **Address** 4401 Old Spanish Trail  Gautier, MS 39553

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Stanley Parker (200824)          **Address** 7601 Oakland Drive  Biloxi, MS 39532

**Defendants**
      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Wanda Parker (210274)          **Address** 1558 Conti St.#L  New Orleans, LA 70112

**Defendants**

      Pilgrim International, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Crum & Forster Specialty Ins Co

**Plaintiff** Aaron Parks (212276)          **Address** 9062 Fricke Road  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Stacey Parks (212277)          **Address** 9062 Fricke Road  Bay St. Louis, MS 39520

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Debbie Kennedy, as Representative of   **Address** 1103 Sycamore St.  Waveland, MS 39576
          the Estate of Raymond Parrish,
**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Paula Parson (200828)          **Address** 1520 Willowbend Drive  Gautier, MS 39553

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Rudolph Parson (200829)          **Address** 1520 Willowbend Drive  Gautier, MS 39553

**Defendants**
          Gulf Stream Coach, Inc.
          Bechtel National, Inc

---

**Plaintiff** Destiny Paschall (203223)          **Address** 260 Hiern Avenue  Pass Christian, MS 39571

**Defendants**

          Keystone Industries, Inc.
          Keystone RV Company
          Bechtel National, Inc

---

**Plaintiff** Shaterra Paschall (203222)          **Address** 260 Hiern Avenue  Pass Christian, MS 39571

**Defendants**

          Forest River, Inc.
          CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Briggitte Patmon (208863)                    **Address** P.O. Box 821  Pearlington, MS 39572

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Deirdl Patrick, as Next Friend of      **Address** 202 Ginntown  Tylertown, MS 39667
Gabriel  Patrick, a minor (200832)

**Defendants**

        Champion Home Builders Co.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Deirdl Patrick, as Next Friend of      **Address** 202 Ginntown  Tylertown, MS 39667
Gabrielle  Patrick, a minor (200833)

**Defendants**

        Champion Home Builders Co.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Jerome  Patrick (200834)                    **Address** 202 Ginntown  Tylertown, MS 39667

**Defendants**

        Champion Home Builders Co.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Jerome  Patrick (200835)                    **Address** 202 Ginntown Rd.  Tylertown, MS 39667

**Defendants**

        Champion Home Builders Co.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Angela Patterson (200837)          **Address** P.O. Box 1045  Gautier, MS 39553

**Defendants**

      Dutchmen Manufacturing, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Belinda Pavolini (209166)          **Address** 3133 Firetower Road  Kiln, MS 39556

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Belinda Pavolini, as Next Friend of          **Address** 3133 Firetower Road  Kiln, MS 39556
Braleigh Pavolini, a minor (209167)

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      CH2M Hill Construction, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Jessica Pavolini (205176)          **Address** P.O. Box 274  Pearlington, MS 39572

**Defendants**

      Starcraft RV, Inc.
      Bechtel National, Inc

---

**Plaintiff** Martin Pavolini  (200844)          **Address** 6263 Wittman Road  Pass Christian, MS 39571

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Larry Pavolini (209168)                    **Address** 3133 Firetower Road  Kiln, MS 39556

**Defendants**

       Fleetwood Enterprises, Inc.
       Fleetwood Homes of North Carolina, Inc.
       Fleetwood Canada, Ltd.
       CH2M Hill Construction, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Opal Pearson (210909)                    **Address** 3408 Sea Bass Road  Gautier, MS 39553

**Defendants**
       Fleetwood Enterprises, Inc.
       Fleetwood Canada, Ltd.
       Fleetwood Homes of North Carolina, Inc.
       Bechtel National, Inc
       American International Specialty Lines
       Gibraltor Insurance Co

**Plaintiff** Loretta Hearndon, as Next Friend of        **Address** P.O. Box 4312  Bay St Louis, MS 39520
Sean Peneguy, a minor (220375)
**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

**Plaintiff** Shawna Peneguy (220376)                    **Address** P.O. Box 4312  Bay St Louis, MS 39520

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

**Plaintiff** Loretta Hearndon, as Next Friend of        **Address** P.O. Box 4312  Bay St Louis, MS 39520
Shelby Peneguy, a minor (220377)
**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

## Exhibit A

**Plaintiff** John Young, as Next Friend of Emilyanne Pertuit, a minor (213837)   **Address** 9962 Kahana Street  Diamondhead, MS 39525

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Tiwana Gillispie, as Next Friend of Ahmad Peter, a minor (220382)   **Address** P.O. Box  593  Pearlington, MS 39572

**Defendants**

Dutch Housing, Inc. d/b/a Champion Homes
CH2M Hill Construction, Inc

**Plaintiff** Jacqueline Peters (216810)   **Address** P.O. Box 849  Poplarville, MS 39470

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** James Peters (210288)   **Address** P.O. Box  486  Pearlington, MS 39572

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Danna Necaise, as Next Friend of Christopher Peters, a minor (205181)   **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Jamie  William, as Next Friend of Biana Peterson, a minor (205962)   **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Byron Peterson (209169)          **Address** 11235 Bud Lee Road  Picayune, MS 39466

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Chad Peterson (206788)          **Address** 5409 Tuxachanie Drive  Biloxi, MS 39532

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

**Plaintiff** Christopher Peterson (214918)          **Address** P.O. Box 464  Kiln, MS 39556

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Lawrence Peterson (210314)          **Address** 042 Old Gainsville st.   Bay st. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
Crum & Forster Specialty Ins Co

**Plaintiff** Jamie Williams, as Next Friend of John          **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520
Peterson, a minor (205963)

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

**Plaintiff** John Peterson (208018)          **Address** 9048 Niagra St  Bay St Louis, MS 39520

**Defendants**

Starcraft RV, Inc.
Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Crystal Dronet, as Next Friend of Kylie Peterson, a minor (206790) | **Address** | 5409 Tuxachanie Drive  Biloxi, MS 39532 |

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Lawrence Peterson (209072) | **Address** | 5042 Old Gainsville Road  Bay St. Louis, MS 39520 |

**Defendants**

    Pilgrim International, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Miles Peterson (209071) | **Address** | 5042 Old Gainsville Street  Bay St. Louis, MS 39520 |

**Defendants**

    Pilgrim International, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Sonya Peterson, as Next Friend of Morgan Peterson, a minor (209060) | **Address** | 11235 Bud Lee Road  Picayune, MS 39466 |

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

| | | | |
|---|---|---|---|
| **Plaintiff** | Peggy Peterson (213583) | **Address** | 16481 Bell Creek Road  Pass Christian, MS 39571 |

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Sonya Peterson (209059)          **Address** 11235 Bud Lee Road  Picayune, MS 39466

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Clayton Peterson (213580)          **Address** 16481 Bell Creek Road  Pass Christian, MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Juanita Pettit (208839)          **Address** 8361 W. Harrison Drive  Bay St. Louis, MS 39520

**Defendants**

      Waverlee Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Patrick Pettit (208947)          **Address** 8361 W. Harrison Drive  Bay St. Louis, MS 39520

**Defendants**

      Waverlee Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Michael Petty (200871)          **Address** 1458 Janice Avenue  # B Nashville, TN 37216

**Defendants**

      Southern Energy Homes, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Shawanda Petty (203239)　　　　**Address** 850 Clark Avenue  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Dominique Peyton (200872)　　　　**Address** 10045 Fernland Road  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Phyllis Peyton (206795)　　　　**Address** 10045 Fernland Road  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Reginald Peyton (206796)　　　　**Address** 10045 Fernland Road  Grand Bay, AL 36541

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Nong Pham (212173)　　　　**Address** 13621 Virginia Street  Vancleave, MS 39565

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Wayne Spiers, as Next Friend of
Patrick Phelan, a minor (213700)　　　　**Address** 9030 Harbor Drive  Bay St. Louis, MS 39520
**Defendants**
    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Danh Hoang, as Next Friend of Phan     **Address** 334 Hunter Avenue  Pass Christian, MS 39571
Phuong, a minor (213927)

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Jules Piernas (200712)     **Address** 329 Davis Avenue  Pass Christian, MS 39571

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

**Plaintiff** Athalia Piernas (205187)     **Address** 259 Ladiner Street  Pass Christian, MS 39571

**Defendants**

    Pilgrim International, Inc.
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

**Plaintiff** Henry Piernas (205188)     **Address** 259 Ladiner Street  Pass Christian, MS 39571

**Defendants**

    Pilgrim International, Inc.
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

**Plaintiff** Sharon Jones, as Next Friend of Kurstin     **Address** P.o. Box 245  Pass Christian, MS 39571
Piernas, a minor (203243)

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Aisha Pierre (215895)                    **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Chris Pierre (210803)                    **Address** 257 Post St.  Killona, LA 70057

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Aisha Pierre, as Next Friend of Dai'    **Address** 605 Kinler St.  Luling, LA 70070
Vione Pierre, a minor (215896)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Raymond Pierre, III, as Next Friend of   **Address** 605 Kinler St.  Luling, LA 70070
Raymond Pierre, a minor (216818)

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Raymond Pierre (215898)                 **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Theresa Pierre (215899)                 **Address** 605 Kinler St.  Luling, LA 70070

**Defendants**
    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Whitney Pinkney (205652)                **Address** 3013 General Odgen St.  New Orleans, LA 70118

**Defendants**
    Cavalier Home Builders, LLC
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

# Exhibit A

**Plaintiff** Ethelean Pittman, as Next Friend of
DeAngelo Pittman, a minor (220389)          **Address** 05 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**
  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

---

**Plaintiff** Ethelean Pittman (220390)          **Address** 05 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**
  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

---

**Plaintiff** Ricky Pittman (220391)          **Address** 05 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**
  Keystone Industries, Inc.
  Keystone RV Company
  Bechtel National, Inc

---

**Plaintiff** Sade Pitts (206805)          **Address** P.O.Box 729  Rogers, TX 76567

**Defendants**
  Gulf Stream Coach, Inc.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Willie Plummer (215900)          **Address** 704 N. Buren Ave.  Picayune, MS 39466

**Defendants**
  Fleetwood Canada, Ltd.
  Shaw Environmental, Inc
  Fluor Enterprises, Inc
  CH2M Hill Construction, Inc
  Bechtel National, Inc

---

**Plaintiff** Maurice Plustache (212188)          **Address** P.O. Box 316  Pearlington, MS 39572

**Defendants**
  Gulf Stream Coach, Inc.
  Bechtel National, Inc

## Exhibit A

**Plaintiff** Charles Pohlmann (207706)          **Address** 5094 Bud Ladner Road  Bay St. Louis, MS 39520

**Defendants**
Fleetwood Canada, Ltd.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Christine Poillion (206808)          **Address** P.O. Box 107   Waveland , MS 39576

**Defendants**

R-Vision, Inc.
Bechtel National, Inc
Liberty Insurance Corp

---

**Plaintiff** Patrick Poiroux (213680)          **Address** 3261 Reine Avenue  Slidell, LA 70458

**Defendants**

R-Vision, Inc.
Fluor Enterprises, Inc
Liberty Insurance Corp

---

**Plaintiff** Rebecca Poiroux, as Next Friend of          **Address** 3261 Reine Avenue  Slidell, LA 70458
Ronnie Poiroux, a minor (213682)
**Defendants**

R-Vision, Inc.
Fluor Enterprises, Inc
Liberty Insurance Corp

---

**Plaintiff** Nicole Pollock, as Next Friend of          **Address** 4325 Heron Bay Loop Rd  Coden, AL 36523
Clarisa  Pollock, a minor (200732)
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** David Pollock (200733)　　　　　　**Address** 4203 Johnson  Coden, AL 36523

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

**Plaintiff** Elena Pollock (200734)　　　　　　**Address** 4263 Johnson Rd  Coden, AL 36523

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

**Plaintiff** Matthew Pollock (200735)　　　　　　**Address** 7931 Trout Ln  Irungton, AL 36544

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

**Plaintiff** Nicole Pollock (200736)　　　　　　**Address** 4325 Heron Bay Loop Rd.  Coden, AL 36523

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

**Plaintiff** Cynthia Pope (213138)　　　　　　**Address** 2624 North 6th St.  Ocean Springs, MS 39564

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

**Plaintiff** William Pope (213139)　　　　　　**Address** 2624 Norh 6th St.  Ocean Springs, MS 39564

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

## Exhibit A

**Plaintiff** Cynthia Poston (212579)          **Address** 7536 County rd.  Coden, AL 36523

**Defendants**

    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    Bechtel National, Inc

**Plaintiff** Helen Powell (200755)          **Address** 4509 Dunham Street  Pascagoula, MS 39567

**Defendants**

    R-Vision, Inc.
    Bechtel National, Inc
    Liberty Insurance Corp

**Plaintiff** Ethel Presley (200758)          **Address** P.O. Box 275  Irvington, AL 36544

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Cindy Pritchett (224076)          **Address** 258 Mt. Pleasant Road  Lucedale, MS 39452

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Cynthia Pritchett (224077)          **Address** 258 Mt. Pleasant Rd  Lucedale, MS 39452

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Cynthia Pritchett, as Next Friend of Winston Pritchett, a minor (224257)     **Address** 258 Mt. Pleasant Rd  Lucedale, MS 39452

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Leatha Pritchett (224079)     **Address** 258 Mt. Pleasant Road  Lucedale, MS 39452

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Cynthia Pritchett, as Next Friend of Mona Pritchett, a minor (224258)     **Address** 258 Mt Pleasant Rd  Lucedale, MS 39452

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Sarah Pritchett (200765)     **Address** 9470 Moores Road  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Dawn Parker-Lockhart, as Next Friend of Bobby  Pruitt, a minor (200767)     **Address** 26219 Cunningham Road  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Donald Pullman (212647)          **Address** P.O. Box 4648  Bay St. Louis, MS 39521

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company

---

**Plaintiff** Lorri Quatroy (211193)          **Address** 9035 St. Teresa Dr.  Bay St. Louis, MS 39520

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Michael Quatroy (211192)          **Address** 9035 St. Teresa  Bay St. Louis, MS 39520

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Delores Radich (200777)          **Address** 14413 Lemoyne Blvd.   Biloxi, MS 39532

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** John Radich (200778)          **Address** 14413 Lemoyne Blvd.  Biloxi, MS 39532

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Marc Radich (200779)                    **Address** 14413 Lemoyne Blvd.  Biloxi, MS 39532

**Defendants**

> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

**Plaintiff** Angela Raine (215906)                    **Address** 803 Weems Street  Picayune, MS 39466

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Rosemary Nixon, as Next Friend of     **Address** 803 Weems St.  Picayune, MS 39466
Josiah Raine, a minor (215910)

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Rosemary Nixon, as Next Friend of     **Address** 803 Weems St.  Picayune, MS 39466
Miesha Raine, a minor (215911)

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

**Plaintiff** Amy Ramond (209183)                    **Address** 1045 Lower Bay Road  Bay St. Louis, MS 39520

**Defendants**

> Dutchmen Manufacturing, Inc.
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Sammie Randall (210198)          **Address** 6033 Wales St.  New Orleans, LA 70126

**Defendants**
> Cavalier Homes Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Joann Jones, as Representative of the     **Address** 141 Eloise Stret  Picayune, MS 39466
Estate of Lillie Ratcliff, deceased

**Defendants**

> Pilgrim International, Inc.
> Bechtel National, Inc
> Crum & Forster Specialty Ins Co

**Plaintiff** Wilma Rattleff (211467)          **Address** 2107 Cleveland Ave  Pascagoula, MS 39567

**Defendants**
> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Ezell Randle (210204)          **Address** 1417 Devonshire Drive  Slidell, LA 70461

**Defendants**

> Jayco, Inc.
> Fluor Enterprises, Inc

**Plaintiff** Marcus Rayford (215921)          **Address** 304 Jarrell St.  Picayune, MS 39466

**Defendants**

> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

**Plaintiff** Nicole Raymond (213146)          **Address** 298 Post St.  Killona, LA 70057

**Defendants**
> Keystone Industries, Inc.
> Keystone RV Company
> CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Deirdl Patrick, as Next Friend of Malik Reed, a minor (200622)

**Address** 202 Ginntown  Tylertown, MS 39667

**Defendants**

Champion Home Builders Co.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Valerie Thomas, as Next Friend of Jeremy  Reese, a minor (200630)

**Address** 4700 General Ike St  Moss Point, MS 39563

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Mary Regan (209208)

**Address** 1133 Boyton Ave.  Westfield, NJ 07090

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Elizabeth Reich (205192)

**Address** 6126 West Desoto  Bay St. Louis, MS 39520

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Dorothy Reilly (220402)

**Address** 8150 Leak St.  Bay  St. Louis, MS 39520

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jeffery Reilly (213149)

**Address** 4037 Atlantic Street  Bay St. Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Jeffery Reilly (220404)          **Address** 8150 Leak St.  Bay St. Louis, MS 39520

**Defendants**

      Lakeside Park Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Maurice Rendon (200639)          **Address** P.O. Box 507  Baker, LA 70714

**Defendants**

      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Channing Reynolds (214974)          **Address** 103 Sundance Pass  Waveland, MS 39576

**Defendants**

      Cavalier Homes Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Harlan Reynolds (215929)          **Address** 808 Kyle Circle  Waveland, MS 39576

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Alisa Deeks, as Next Friend of Trinity Reynolds, a minor (215932)          **Address** 808 Kyle Circle  Waveland, MS 39576

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Tina Rhodes-Hansen (215933)          **Address** 1707 Williams St  Pascagoula, MS 39567

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff**  Tina Rhodes-Hansen, as Next Friend of
Randall Rhodes, a minor (215934)

**Address**  1707 Williams St.  Pascagoula, MS 39567

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff**  Patrice Cannon, as Next Friend of
Antwan Rhodes, a minor (207572)

**Address**  P.O.Box 604  Luling, LA 70070

**Defendants**

Coachmen Industries, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff**  Pam Ricca (212202)

**Address**  102 Philip  Waveland, MS 39576

**Defendants**

SunRay Investments, LLC

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff**  Lillian Morvant, as Next Friend of Seth
Rice, a minor (200650)

**Address**  14329 Shell Belt Road West  Coden, AL 36523

**Defendants**

Keystone Industries, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff**  Brandi Richards (213150)

**Address**  194 High Hopes Lane  Lucedale, MS 39452

**Defendants**

Dutchmen Manufacturing, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff**  Judy Richards (213152)

**Address**  194 High Hopes Lane  Lucedale, MS 39452

**Defendants**

Dutchmen Manufacturing, Inc.

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** James Richards (213153)          **Address** 194 High Hopes Lane  Lucedale, MS 39452

**Defendants**
Dutchmen Manufacturing, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Annie Richardson (203253)          **Address** P.o Box 578  Natalbany, LA 70451

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Chinikki Richardson (200651)          **Address** 5954 Sperry Road  Apt. Q-3 Theodore, AL 36582

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Seternea Harris, as Next Friend of          **Address** 5954 Sperry Road Apt Q-3  Theodore, AL 36582
Devonte  Richardson, a minor (200652)
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Annie Richardson, as Next Friend of          **Address** P.o Box 578  Natalbany, LA 70451
Giovante Richardson, a minor (203254)
**Defendants**
Cavalier Homes Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Jamell Richardson (200654)          **Address** 10571 Hwy. 188  Grand Bay, AL 36541

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** James Richardson (220408)          **Address** 125 Race Track Lane  Greensburg, LA 70441

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Mellisa  Richardson, as Next Friend of          **Address** P.O. Box 204  Poplarville, MS 39470
Kaynia Richardson, a minor (216859)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Sarah Dixon, as Next Friend of Titiana          **Address** 10571 Hwy 188  Grand Bay, AL 36541
Richardson, a minor (200655)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Winchell Richardson (200656)          **Address** 10571 Hwy. 188  Grand Bay, AL 36541

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Mona Theriot, as Next Friend of
Destiny  Richey, a minor (200658)

**Address** 9901 Foxshire Drive  Moss Point, MS 39562

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Mona Theriot, as Next Friend of
Edward Richey, a minor (200659)

**Address** 9901 Foxshire Drive  Moss Point, MS 39562

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

---

**Plaintiff** Jessica Gilbert, as Next Friend of
Jaeden Ridgeway, a minor (212583)

**Address** 5107 Kraft St  Moss Point, MS 39563

**Defendants**

Keystone Industries, Inc.

Keystone RV Company

Bechtel National, Inc

---

**Plaintiff** John Rigney (213157)

**Address** 13185 Hwy 613  Lucedale, MS 39452

**Defendants**

Cavalier Home Builders, LLC

Bechtel National, Inc

---

**Plaintiff** Lillie Riley, as Next Friend of Aaron
Riley, a minor (200665)

**Address** 2019 Springwood Drive  Gautier, MS 39553

**Defendants**

Gulf Stream Coach, Inc.

Shaw Environmental, Inc

Fluor Enterprises, Inc

CH2M Hill Construction, Inc

Bechtel National, Inc

## Exhibit A

**Plaintiff** Zatasha Smith, as Next Friend of Ashanta Riley, a minor (213158)     **Address** 119 Moye Boulton Lane  Lucedale, MS 39452

**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Charles Riley (200667)     **Address** 2019 Springwood Drive  Gautier, MS 39553

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Brandy Bridenbaker, as Next Friend of Destiny Riley, a minor (215356)     **Address** 2101 Ladner Rd Lot 58  Gautier , MS 39553

**Defendants**
Dutch Housing, Inc. d/b/a Champion Homes
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Georgette Riley (211245)     **Address** 24 Love St.  Lucedale, MS 39452

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Patricia Riley, as Next Friend of Ollie Riley, a minor (212212)     **Address** P. O. Box 8225   Moss Point, MS 39562

**Defendants**
Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Latasha Smith, as Next Friend of Tyrone Riley, a minor (213161)     **Address** 119 Moye Boulton Lane  Lucedale, MS 39452

**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

# Exhibit A

**Plaintiff** Lillie Riley (200675)                    **Address** 2019 Springwood Drive  Gautier, MS 39553

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Patricia Riley (212210)                    **Address** P. O. Box 8225   Moss Point, MS 39562

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Georgette Riley, as Next Friend of          **Address** 24 Love St.  Lucedale, MS 39452
Ta'lauree Riley, a minor (211887)
**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** John Riser (203256)                    **Address** P.o. Box 1334  Long Beach, MS 39560

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Virginia Riser (203257)                    **Address** P.o. Box 1334  Long Beach, MS 39560

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Joseph  Ritchie, as Next Friend of          **Address** 7219 W. Union Street  Bay St. Louis, MS 39520
Abeni Ritchie, a minor (209288)
**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Joseph Ritchie (209287)                    **Address** 7219 W. Union Street  Bay St. Louis, MS 39520

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Rita Riviere (214981)                    **Address** 6100 Pollocks Ferry Rd.  Moss Point, MS 39562

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Bechtel National, Inc

---

**Plaintiff** Brad Robbins (200680)                    **Address** P.O. Box 371  Bayou La Batre, AL 36509

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

---

**Plaintiff** Michael Robbins (200684)                    **Address** P.O. Box 202  Bayou La Batre, AL 36509

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

---

**Plaintiff** Daisy Roberson (200688)                    **Address** 12035 Safe Harbor Dr.  Irvington, AL 36544

**Defendants**
　　　　Gulf Stream Coach, Inc.
　　　　Shaw Environmental, Inc
　　　　Fluor Enterprises, Inc
　　　　CH2M Hill Construction, Inc
　　　　Bechtel National, Inc

---

**Plaintiff** Louise Roberson (212214)                    **Address** 413 Cadillac Dr.  Bay St. Louis, MS 39520

**Defendants**
　　　　Fleetwood Canada, Ltd.
　　　　Fleetwood Enterprises, Inc.
　　　　Fleetwood Homes of North Carolina, Inc.
　　　　Bechtel National, Inc
　　　　American International Specialty Lines
　　　　Gibraltor Insurance Co

# Exhibit A

**Plaintiff**  Audroy McGowan, as Next Friend of Shakira Roberts, a minor (215941)  **Address**  1103 Brookdale Drive  Picayune, MS 39466

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff**  Holly Roberts, as Next Friend of William Roberts, a minor (206723)  **Address**  8115 Harrison Street  Bay St. Louis, MS 39520

**Defendants**

Dutch Housing, Inc. d/b/a Champion Homes

---

**Plaintiff**  Earl Robertson (216861)  **Address**  5706 Bay Avenue  Moss Point, MS 39563

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff**  John Robertson (210760)  **Address**  5511 Holley Dr.  New OrleansA, LA 70126

**Defendants**

Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff**  Rejean Robertson (200540)  **Address**  2927 Spain St.  New Orleans, LA 70122

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff**  Elizabeth Magee, as Next Friend of Qumeka Robinson, a minor (205967)  **Address**  590 Easterbrook Apt. # 5 Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Re'iona Robinson (210225)                    **Address** 9101 Claiborne Ave.  New Orleans, LA 70118

**Defendants**
      Cavalier Homes Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Charlotte Roche' (216867)                    **Address** 501 East 2nd St.  Picayune, MS 39466

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jessica Roddy (214993)                    **Address** 1521 Nicholson Avenue Apt. D  Waveland, MS 39576

**Defendants**

      Pilgrim International, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Jessica Roddy, as Next Friend of           **Address** 1521 Apt. D Nicholson Avenue  Waveland, MS
Kayleigh Roddy, a minor (214994)                          39576

**Defendants**

      Pilgrim International, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc
      Crum & Forster Specialty Ins Co

---

**Plaintiff** Alejandro Rodriquez (216868)                **Address** P.O. Box  2702  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Ashley Ward, as Next Friend of Gerald       **Address** 12975 Moreland Drive  Grand Bay, AL 36541
Rogers, a minor (200555)

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Cecilia Rogers, as Next Friend of
Adarion Rogers, a minor (214995)

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Address** 24184 Standard Dedeaux Rd.  Kiln, MS 39556

---

**Plaintiff** Cecilia Rogers (214996)

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Address** 24184 Standard Dedeaux Rd.  Kiln, MS 39556

---

**Plaintiff** Heather  Rogers, as Next Friend of
Selena Rogers, a minor (214998)

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Address** P.O. Box 397  Kiln, MS 39556

---

**Plaintiff** Cecil Rogers, as Next Friend of Jason
Rogers, a minor (215000)

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Address** 24184 Standard Dedeaux Rd.  Kiln, MS 39556

---

**Plaintiff** Heather Rogers, as Next Friend of
Buddy Rogers, a minor (215001)

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Address** P.O. Box 397  Kiln, MS 39556

---

**Plaintiff** Beverly Carter, as Next Friend of Kobe
Rogers, a minor (212217)

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Address** 8750 University Rd Apt C2 Bayou La Batre, AL
36505

## Exhibit A

**Plaintiff** Loretta Rogers (200559)　　　　　**Address** P.O. Box 483  Grand Bay, AL 36541

**Defendants**

　　　Gulf Stream Coach, Inc.
　　　Shaw Environmental, Inc
　　　Fluor Enterprises, Inc
　　　CH2M Hill Construction, Inc
　　　Bechtel National, Inc

---

**Plaintiff** Cecil Rogers, as Next Friend of
Michael Rogers, a minor (215002)　　**Address** 24184 Standard Dedeaux Rd.  Gulfport, MS
　　　　　　　　　　　　　　　　　　　　　　　　39501

**Defendants**

　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Shirley Rogers (215004)　　　　　**Address** 24184 Standard Dedeaux Rd.  Kiln, MS 39556

**Defendants**

　　　Forest River, Inc.
　　　Bechtel National, Inc

---

**Plaintiff** Rose Roles (200562)　　　　　　**Address** 372 Grayson Avenue  Pass Christian, MS 39571

**Defendants**

　　　Forest River, Inc.
　　　CH2M Hill Construction, Inc

---

**Plaintiff** Sandra Rood (210236)　　　　　**Address** 198 Auderer Blvd. Apt.40  Waveland, MS 39576

**Defendants**

　　　Fleetwood Enterprises, Inc.
　　　Fleetwood Homes of North Carolina, Inc.
　　　Fleetwood Canada, Ltd.
　　　CH2M Hill Construction, Inc
　　　Bechtel National, Inc
　　　American International Specialty Lines
　　　Gibraltor Insurance Co

---

**Plaintiff** Catina Roscoe (215008)　　　　　**Address** 38201 Coast Blvd  Slidell, LA 70460

**Defendants**

　　　Gulf Stream Coach, Inc.
　　　Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Joan Cobb, as Next Friend of Lacey          **Address** 9589 Oak Farms Drive  Irvington, AL 36544
Rosendale, a minor (200564)
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Joan Cobb, as Next Friend of Misty          **Address** P.O. Box 495  Irvington, AL 36544
Rosendale, a minor (200565)
**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Ethel Ross (200567)          **Address** 3633 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
        Fleetwood Enterprises, Inc.
        Fleetwood Canada, Ltd.
        Fleetwood Homes of North Carolina, Inc.
        Shaw Environmental, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Gwyn Ross (205769)          **Address** 7040 Dogwood Street  Bay St. Louis, MS 39520

**Defendants**

        Dutchmen Manufacturing, Inc.
        Bechtel National, Inc

**Plaintiff** Mary Ross (205427)          **Address** 3000 Jasper St.  Kenner, LA 70065

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Ethel Ross, as Next Friend of Randell Ross, a minor (200568) | **Address** | 3633 W. Loyola Dr.  Kenner, LA 70065 |

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Shaw Environmental, Inc
American International Specialty Lines
Gibraltor Insurance Co

| | | | |
|---|---|---|---|
| **Plaintiff** | Rebecca Roush (220580) | **Address** | 4710 Legare  Pascagoula, MS 39581 |

**Defendants**

Jayco, Inc.
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Alyson Ruhr (209191) | **Address** | 10329 Thirteenth Street  Bay St. Louis, MS 39520 |

**Defendants**

R-Vision, Inc.
Bechtel National, Inc
Liberty Insurance Corp

| | | | |
|---|---|---|---|
| **Plaintiff** | Chad Ruhr (209192) | **Address** | 10329 Thirteenth Street  Bay St. Louis, MS 39520 |

**Defendants**

R-Vision, Inc.
Bechtel National, Inc
Liberty Insurance Corp

| | | | |
|---|---|---|---|
| **Plaintiff** | Sandra Rupple (205428) | **Address** | 9331 28th Street  Long Beach, MS 39560 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Patricia Rush, as Next Friend of Kristi Rush, a minor (206730) | **Address** | 7260 Lakeshore Road  Bay St. Louis, MS 39520 |

**Defendants**

Cavalier Home Builders, LLC
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Mary Rush (212222)                    **Address** 28220 Yellowstone Road  Pass Christian, MS
                                                                39571

**Defendants**

    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Patricia Rush (206731)                **Address** 7260 Lakeshore Road  Bay St. Louis, MS 39520

**Defendants**

    Cavalier Home Builders, LLC
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Samuel Rush (220418)                  **Address** P.O. Box  2612  Bay St. Louis, MS 39520

**Defendants**

    Forest River, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Dwayne Rush (216884)                  **Address** 1801 Hwy 11 South Lot 67 Picayune, MS 39466

**Defendants**

    Cavalier Home Builders, LLC
    Bechtel National, Inc

---

**Plaintiff** Ronnie Ryan (211019)                  **Address** 21047 Robinson Road  Gulfport, MS 39503

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Leah Sachs (209298)                   **Address** 202 Hickey st  Waveland, MS 39576

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Brittany Sams (208870)                **Address** P.O. Box 821  Pearlington, MS 39572

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Ida Sander (216886)                **Address** P.O. Box 519  Carriere, MS 39426

**Defendants**

    Recreation By Design, LLC
    Bechtel National, Inc

---

**Plaintiff** Andrea Sanders (216889)                **Address** 11318 Texas Street  Bay St Louis, MS 39520

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Betty Sanders (205433)                **Address** 9331 28th Street  Long Beach, MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Dennis Sanders (212223)                **Address** P. O. Box 985  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Janet Sanders (200589)                **Address** 4240 Reese Drive  Lot 11 D'Iberville, MS 39540

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Mary Sanders (216890)                    **Address** 5094 Birch Drive  Bay St. Louis, MS 39520

**Defendants**

   Fleetwood Enterprises, Inc.
   Fleetwood Homes of North Carolina, Inc.
   Fleetwood Canada, Ltd.
   CH2M Hill Construction, Inc
   American International Specialty Lines
   Gibraltor Insurance Co

**Plaintiff** Paul Sanders (216891)                    **Address** 5094 Birch Dr.  Bay St. Louis, MS 39520

**Defendants**

   Fleetwood Enterprises, Inc.
   Fleetwood Homes of North Carolina, Inc.
   Fleetwood Canada, Ltd.
   CH2M Hill Construction, Inc
   American International Specialty Lines
   Gibraltor Insurance Co

**Plaintiff** William Sanders (205434)                    **Address** 9331 28th Street  Long Beach, MS 39560

**Defendants**
   Gulf Stream Coach, Inc.
   Shaw Environmental, Inc
   Fluor Enterprises, Inc
   CH2M Hill Construction, Inc
   Bechtel National, Inc

**Plaintiff** Michael Santalla (220422)                    **Address** 7229 Hancock Dr.  Bay St. Louis, MS 39520

**Defendants**

   Pilgrim International, Inc.
   Bechtel National, Inc
   Crum & Forster Specialty Ins Co

**Plaintiff** Lynn Santhuff (211287)                    **Address** P.O. Box 2965  Bay St. Louis, MS 39521

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

# Exhibit A

**Plaintiff** Laquetta Cole, as Next Friend of Brandon Santiago, a minor (202766)  
**Address** P.o Box 224  Chalmette, LA 70044

**Defendants**

Fleetwood Enterprises, Inc.  
Fleetwood Canada, Ltd.  
Fleetwood Homes of North Carolina, Inc.  
Fluor Enterprises, Inc  
American International Specialty Lines  
Gibraltor Insurance Co

**Plaintiff** Bernard Santiago (202767)  
**Address** P.o Box 224  Chalmette, LA 70044

**Defendants**

Fleetwood Enterprises, Inc.  
Shaw Environmental, Inc  
Fluor Enterprises, Inc  
CH2M Hill Construction, Inc  
Bechtel National, Inc

**Plaintiff** Tamika Santiago (202765)  
**Address** P.o Box 224  Chalmette, LA 70044

**Defendants**

Gulf Stream Coach, Inc.  
Fluor Enterprises, Inc

**Plaintiff** Brenda Sargent (203594)  
**Address** 12506 John Williams Road  Moss Point, MS 39562

**Defendants**

Gulf Stream Coach, Inc.  
Shaw Environmental, Inc  
Fluor Enterprises, Inc  
CH2M Hill Construction, Inc  
Bechtel National, Inc

**Plaintiff** Edward Sargent (203593)  
**Address** 12506 John Williams Road  Moss Point, MS 39562

**Defendants**

Gulf Stream Coach, Inc.  
Shaw Environmental, Inc  
Fluor Enterprises, Inc  
CH2M Hill Construction, Inc  
Bechtel National, Inc

## Exhibit A

**Plaintiff** Brenda Sartin (200598)           **Address** 40118 La Rochelle Rd.  Prairieville, LA 70769

**Defendants**

Cavalier Home Builders, LLC
Fluor Enterprises, Inc

---

**Plaintiff** Brenda Sartin, as Next Friend of
Candice  Sartin, a minor (200599)           **Address** 40118 La Rochelle Rd.  Prairieville, LA 70769

**Defendants**

Cavalier Homes Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Brenda Sartin, as Next Friend of
Christopher  Sartin, a minor (200600)           **Address** 40118 La Rochelle Rd.  Prairieville, LA 70769

**Defendants**

Cavalier Homes Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Frank  Sartin (200601)           **Address** 40118 La Rochelle Rd.  Prairieville, LA 70769

**Defendants**

Cavalier Homes Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Angela Saucier (200602)           **Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Ann Saucier (203600)           **Address** 22 Royal Circle  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Clara Saucier (203597)                    **Address** 24 Royal Circle  Pass Christian, MS 39571

**Defendants**

> Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
> CH2M Hill Construction, Inc

---

**Plaintiff** Lisa Saucier, as Next Friend of Collyn        **Address** 8314 Amoka Drive  Diamondhead, MS 39525
Saucier, a minor (212571)

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Lisa Saucier, as Next Friend of Conner       **Address** 8314 Amoka Drive  Diamondhead, MS 39525
Saucier, a minor (212572)

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Dawn Saucier (200604)                     **Address** 26215 Cunningham Road  Pass Christian, MS
39571

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

---

**Plaintiff** Clara Saucier, as Next Friend of             **Address** 24 Royal Circle  Pass Christian, MS 39571
Derrick Saucier, a minor (203598)

**Defendants**

> Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
> CH2M Hill Construction, Inc

---

**Plaintiff** Earl Saucier (200605)                      **Address** 5319 Courtney Avenue  Pass Christian, MS 39571

**Defendants**

> DS Corp. d/b/a CrossRoads RV, Inc.
> Bechtel National, Inc

## Exhibit A

| **Plaintiff** | Terri Saucier, as Next Friend of Nick Saucier, a minor (203603) | **Address** | 160 Michael Drive  Bay St. Louis, MS 39520 |

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

| **Plaintiff** | Stephanie Shiyou, as Next Friend of Donald Saucier, a minor (208952) | **Address** | 3163 Firetower Road  Kiln, MS 39556 |

**Defendants**

Dutchmen Manufacturing, Inc.
CH2M Hill Construction, Inc

---

| **Plaintiff** | Nick Saucier (203604) | **Address** | 160 Michael Drive  Bay St. Louis, MS 39520 |

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

| **Plaintiff** | Kelly Saucier (200606) | **Address** | 5319 Courtney Avenue  Pass Christian, MS 39571 |

**Defendants**

DS Corp. d/b/a CrossRoads RV, Inc.
Bechtel National, Inc

---

| **Plaintiff** | Kince Saucier (200607) | **Address** | 2625 Cunningham Road  Pass Christian, MS 39571 |

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

| **Plaintiff** | Kristen Saucier (208951) | **Address** | 3163 Firetower Road  Kiln, MS 39556 |

**Defendants**

Dutchmen Manufacturing, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Lisa Saucier (212570)          **Address** 8314 Amoka Drive  Diamondhead, MS 39525

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

---

**Plaintiff** Alycia Harper, as Next Friend of Lynn          **Address** 6077 E. Kemper  Bay St. Louis, MS 39520
Saucier, a minor (205436)

**Defendants**

> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

---

**Plaintiff** Nacole Saucier (203601)          **Address** 206 Sycamore Street  Bay St. Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Natasha Saucier (203602)          **Address** 160 Michael Drive  Bay St. Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Terri Saucier (203599)          **Address** 160 Michael Drive  Bay St. Louis, MS 39520

**Defendants**
> Monaco Coach Corporation
> Bechtel National, Inc
> American International Specialty Lines
> Insurance Company of the State of PA
> Lexington Insurance Company

## Exhibit A

**Plaintiff** Audroy McGowan, as Next Friend of Shania Saunder, a minor (215950)  **Address** 1103 Brookdale Drive  Picayune, MS 39466

**Defendants**
Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Ivy Sanders-Watson, as Representative of the Estate of Elmer Saunders,  **Address** P.O. Box  543  Pearlington, MS 39572

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Joyce Scarclif (200613)  **Address** P.O. Box 456  Dauphin Island, AL 36528

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Adam Schneider (216902)  **Address** 6070 W Quitman Street  Bay St Louis, MS 39520

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Bryan Schneider (216903)  **Address** 6070 W Quitman Street  Bay St Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Cleyton Schoenecker (215027)  **Address** 806 Kyle Circle  Waveland, MS 39576

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

# Exhibit A

**Plaintiff** Frank Schoonmaker (215029)          **Address** 800 Old Spanish Trail  Waveland, MS 39576

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Rebecca Schrills (213175)          **Address** 9040 Yazoo Street  Bay St. Louis, MS 39520

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

**Plaintiff** Crystal Schultz, as Next Friend of          **Address** 7030 Lora Drive  Long Beach, MS 39560
Ashleigh Schultz, a minor (205437)

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Crystal Schultz (205438)          **Address** 7030 Lora Drive  Long Beach, MS 39560

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Jeffery Schultz (215952)          **Address** P.O. Box  164  Lakeshore, MS 39558

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Harry Schwab (215031)          **Address** 4811 Seminole Dr.  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Rebecca Schwab (215032)          **Address** 4811 Seminole Dr.  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Herbert Schwartz (208190)          **Address** 7463 Hancock Dr  Lakeshore, MS 39558

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Justin Schwartz (213178)          **Address** 402 Citizen Street  Bay St. Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Kathleen Schwartz (208192)          **Address** 7463 Hancock Dr  Lakeshore, MS 39558

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tina Schwartz (213180)          **Address** 402 Citizen Street  Bay St. Louis, MS 39520

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Darrick Scott (200444)          **Address** 12110 Barimba Place  Gulfport, MS 39503

**Defendants**

    Cavalier Home Builders, LLC
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Mary Scott, as Next Friend of Demarccus  Scott, a minor (200446)          **Address** 12110 Barimba Place  Gulfport, MS 39503

**Defendants**

Cavalier Home Builders, LLC
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Dionne Scott (210503)          **Address** 9127 Central Project Street  Convent, LA 70723

**Defendants**

Champion Home Builders Co.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff** Kimberly Holloway, as Next Friend of Earl  Scott, a minor (200447)          **Address** 1750 Staples Rd  Mobile, AL 36605

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Daphne Viverette, as Next Friend of Jalynn Scott, a minor (212125)          **Address** 5406 Winona Drive  Moss Point, MS 39563

**Defendants**

Monaco Coach Corporation
CH2M Hill Construction, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Mary Scott (200452)          **Address** 10088 Fournier Avenue  D'Iberville, MS 39540

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Mary Scott (200453)                    **Address** 12110 Barimba Place  Gulfport, MS 39503

**Defendants**

      Cavalier Home Builders, LLC
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** William Scott (200456)                 **Address** 9125 Daiseyvestery Road  Biloxi, MS 39532

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Jayme Scroggins (200457)               **Address** 13780 Vidilla Road  # 87 Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Marlyene Scroggins (200458)            **Address** 13780 Vidilla Road # 87 Pass Christian, MS 39571

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Brandy Jones, as Next Friend of Elishia   **Address** 1801 Hwy 11 S Lot #69  Picayune, MS 39466
Scroggs, a minor (216905)

**Defendants**

      Liberty Homes Inc.
      Liberty RV & Marine, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Ray Seal (206745)                    **Address** 26070 Creek Cove  Perkinston, MS 39573

**Defendants**
> R-Vision, Inc.
> Bechtel National, Inc
> Liberty Insurance Corp

---

**Plaintiff** Shawanda Petty, as Next Friend of     **Address** 850 Clark Avenue  Pass Christian, MS 39571
Washanda Seales, a minor (202772)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Ralph Seals (209057)                  **Address** 21460 Fenton Dedeaux Road  Kiln, MS 39556

**Defendants**

> Coachmen Industries, Inc.
> Coachmen Recreational Vehicle Company, LLC
> Bechtel National, Inc

---

**Plaintiff** Lauren Seals (208032)                 **Address** 21460 Fenton Dedeaux Rd  Kiln, MS 39556

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Canada, Ltd.
> Fleetwood Homes of North Carolina, Inc.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

---

**Plaintiff** Kristy  Wells-Seaman, as Next Friend   **Address** P.O. Box 662  Coden, AL 36523
of Ashton  Seaman, a minor (200460)

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

## Exhibit A

| | | | |
|---|---|---|---|
| **Plaintiff** | Kristy Wells-Seaman, as Next Friend of Cameron Seaman, a minor (200461) | **Address** | PO Box 662  Coden, AL 36523 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kristy Wells-Seaman, as Next Friend of Mattie Seaman, a minor (200467) | **Address** | P.O. Box 662  Coden, AL 36523 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Kristy  Wells-Seaman, as Next Friend of Shan  Seaman, a minor (200468) | **Address** | P.O. Box 662  Coden, AL 36523 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Tammy McClantoc, as Next Friend of Brandon  Self, a minor (200470) | **Address** | 8460 East Rabbi Street  Bayou La Batre, AL 36509 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

| | | | |
|---|---|---|---|
| **Plaintiff** | Robert Sellier, as Next Friend of Baylor Sellier, a minor (207487) | **Address** | 7068 Meadowdale St.  Bay St. Louis, MS 39520 |

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Robert Sellier (207671)                    **Address** 7068 Meadowdale Street  Bay St.Louis, MS
                                                                    39520
**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lora Serpas (210741)                       **Address** 3789 Firetower Road  Kiln, MS 39556

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lora Serpas, as Next Friend of Tanner      **Address** 3789 Firetower Road  Kiln, MS 39556
            Serpas, a minor (210743)
**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Lora Serpas, as Next Friend of Trever      **Address** 3789 Firetower Road  Kiln, MS 39556
            Serpas, a minor (210742)
**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Frank Seymour (212127)                     **Address** 5725 Dead River Road  Gautier , MS 39553

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Jimmy Shavers (210145)                     **Address** 4305 Idywood Drive  Moss Point, MS 39562

**Defendants**

    Champion Home Builders Co.
    Bechtel National, Inc

---

**Plaintiff** Elliott Simpson, as Next Friend of         **Address** 658 Seymore Street  Bay St. Louis, MS 39520
            Aaron Sheck, a minor (203609)
**Defendants**

    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Elliott Simpson, as Next Friend of Eric Sheck, a minor (203608)   **Address** 658 Seymore Street  Bay St. Louis, MS 39520

**Defendants**

  Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
  CH2M Hill Construction, Inc

---

**Plaintiff** Dorothy Shelby (209024)   **Address** 233 Elmer Street  Biloxi, MS 39530

**Defendants**
  SunRay Investments, LLC
  Bechtel National, Inc

---

**Plaintiff** Michael Shepherd (215047)   **Address** P.O. Box 963  Gautier, MS 39553

**Defendants**

  Fleetwood Enterprises, Inc.
  Fleetwood Homes of North Carolina, Inc.
  Fleetwood Canada, Ltd.
  Bechtel National, Inc
  American International Specialty Lines
  Gibraltor Insurance Co

---

**Plaintiff** Carlos Shiyou (208949)   **Address** 3163 Firetower Road  Kiln, MS 39556

**Defendants**

  Dutchmen Manufacturing, Inc.
  CH2M Hill Construction, Inc

---

**Plaintiff** Ollie Shiyou (209058)   **Address** 3097 Firetower Road  Kiln, MS 39556

**Defendants**

  Fleetwood Enterprises, Inc.
  Fleetwood Homes of North Carolina, Inc.
  Fleetwood Canada, Ltd.
  CH2M Hill Construction, Inc
  American International Specialty Lines
  Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Joan Cobb, as Next Friend of Austin
Shoemaker, a minor (200483)

**Address** P.O. Box 495  Irvington , AL 36544

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jennifer Shoemaker (200484)

**Address** P.O. Box 495  Irvington, AL 36544

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jimmy Shoemaker (221616)

**Address** 23443 Jones Road  Pass Christian, MS 39571

**Defendants**
Cavalier Homes Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Joan Cobb, as Next Friend of Joshua
Shoemaker, a minor (200485)

**Address** P.O. Box 495  Irvington, AL 36544

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Betty Sias (200486)

**Address** 13444 Old Baton Rouge Hwy. # 230 Hammond,
LA 70403

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Fluor Enterprises, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Evelyn Barnes, as Next Friend of Akyra Simmon, a minor (200489)

**Address** 110 Elm Court  Gulfport, MS 39501

**Defendants**

Monaco Coach Corporation
Bechtel National, Inc
American International Specialty Lines
Insurance Company of the State of PA
Lexington Insurance Company

---

**Plaintiff** Bethany Simmons (202782)

**Address** 11205 Hendry Road  Gulfport, MS 39503

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

---

**Plaintiff** Charlette White, as Next Friend of Dajana Simmons, a minor (202783)

**Address** 1116 Cinclair Loop  Laplace, LA 70068

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Amber Simolke (207866)

**Address** 6177 Wiley Road  Bay St. Louis, MS 39520

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Jennifer Sims, as Next Friend of Mathieux Sims, a minor (215074)

**Address** 702 Edna Street  Waveland, MS 39576

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Rosa McKoy, as Next Friend of Shaquille Sims, a minor (200500)

**Address** 2101 Springwood Road  Gautier, MS 39553

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Deborah Singletary (206754)

**Address** 8013 Clarke Street  Bay St. Louis, MS 39520

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc

## Exhibit A

**Plaintiff** Chainte Singleton (210854)          **Address** 12384 Jackson Dr. Apt. A Hammond , LA 70401

**Defendants**
> Recreation By Design, LLC
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Danielle Singleton (207802)          **Address** 301 St. Francis  Bay St. Louis, MS 39520

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Gerald Singleton (200504)          **Address** 9696 Hayne Blvd . Apt. # M15 New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

**Plaintiff** Gerineka Singleton (200505)          **Address** 9696 Hayne Blvd . Apt. # M15 New Orleans, LA 70127

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Marcel Singleton (209149)          **Address** 659 Keller Street  Bay St. Louis, MS 39520

**Defendants**
> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

**Plaintiff** Chakita Singleton, as Next Friend of DaShaun Singleton, a minor (205445)          **Address** 112 Lynn Circle  Pass Christian, MS 39571

**Defendants**
> Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
> CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Dominique Skipper (200512)          **Address** 663 Bradford Street  Apt. B Biloxi, MS 39532

**Defendants**
Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Lawanicka Smith, as Next Friend of          **Address** 667 Hwy 583 North  Tylertown, MS 39667
Alexis  Smith, a minor (200519)

**Defendants**
Waverlee Homes, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Angela Smith (211162)          **Address** P.O. Box  651  Pascagoula, MS 39568

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Arthur Smith (205451)          **Address** P.O. Box 274  Pearlington, MS 39572

**Defendants**

Starcraft RV, Inc.
Bechtel National, Inc

---

**Plaintiff** Charlene Smith (200529)          **Address** 450 Church Avenue  Pass Christian, MS 39571

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Christopher Smith (202788)          **Address** 25544 Elmer Ladner Rd.   Pass Christian , MS
39571

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Kathlean Smith, as Next Friend of
Corrine Smith, a minor (220440)

**Address** 03 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**
    Keystone Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Damien Smith (200354)

**Address** 273 Magee Hill Rd.  Tylertown, MS 39667

**Defendants**
    Waverlee Homes, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Dana Smith (211334)

**Address** 6063 9th Avenue  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Danette Smith (202791)

**Address** 6611 Neshoba Street  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Derek Smith (202790)

**Address** 6611 Neshoba Street  Biloxi, MS 39532

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Elizabeth Smith (203615)          **Address** 4211 Yeoman Court  Pascagoula, MS 39567

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

**Plaintiff** Gloria Smith (200359)          **Address** 503 S. Genois St.  New Orleans, LA 70119

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Jeffrey Smith (200363)          **Address** 450 Church Avenue  Pass Christian, MS 39571

**Defendants**

Gulf Stream Coach, Inc.
Bechtel National, Inc

**Plaintiff** Joseph Smith (210938)          **Address** 41 Trailwood Circle   Petal , MS 39465

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Joshua Smith (200365)          **Address** 4306 Greenwood  Pasacagoula, MS 39581

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Michael Smith (202793)          **Address** 25544 Elmer Ladner Rd.   Pass Christian , MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Kathlean Smith (220443)          **Address** 03 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

**Plaintiff** Kevin Smith (202787)          **Address** 25544 Elmer Ladner Rd.   Pass Christian , MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** LaTasha Smith (213189)          **Address** 119 Moye Boulton Lane  Lucedale, MS 39452

**Defendants**
      Cavalier Home Builders, LLC
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Laura Smith (223425)          **Address** 3756 Erangeline St.   Baton Rouge, LA 70805

**Defendants**

      Cavalier Home Builders, LLC
      Shaw Environmental, Inc

# Exhibit A

**Plaintiff** Leanna Smith (210161)                    **Address** P.O. Box 945  Pearlington, MS 39572

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Lillian Smith (203622)                    **Address** 12506 John Williams Road  Moss Point, MS
      39562

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Lonnie Smith (220445)                    **Address** 803 Weems Street  Picayune, MS 39466

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Lutricia Smith (216930)                    **Address** 212 S. Woodward St.  Poplarville, MS 39470

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Lawanicka  Smith, as Next Friend of          **Address** 667 Hwy 583 North  Tylertown, MS 39667
      Markez Smith , a minor (200369)

**Defendants**
      Waverlee Homes, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Michael Smith (202786)          **Address** 25544 Elmer Ladner Rd.   Pass Christian , MS 39571

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Canada, Ltd.
      Fleetwood Homes of North Carolina, Inc.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Michael Smith (209094)          **Address** P.O. Box 152  LakeShore, MS 39558

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Michael Smith (215978)          **Address** 6637 Lakeshore Road  Bay St Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Michael Smith (220448)          **Address** 03 Smith Pittman Rd.  Tylertown, MS 39667

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

**Plaintiff** Nathaniel Smith (215979)          **Address** 803 Weems Street  Picayune, MS 39466

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Nicole Brown, as Next Friend of
Sameul Smith, a minor (202784)

**Address** 25544 Elmer Ladner Rd.  Pass Christian , MS
39571

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Samuel Smith (200374)

**Address** 4306 Greenwood  Pascagoula, MS 39581

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Sandra Smith (210164)

**Address** 312 State Street  Bay St. Louis, MS 39520

**Defendants**

Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** Shanika Smith (200375)

**Address** PO Box 1825  Gulfport, MS 39502

**Defendants**

Jayco, Inc.
Bechtel National, Inc

---

**Plaintiff** Susan Smith (202785)

**Address** 25544 Elmer Ladner Rd.  Pass Christian , MS
39571

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Lillian Smith, as Next Friend of Tegan Smith, a minor (203616)

**Address** 12506 John Williams Road  Moss Point, MS 39562

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Teri Smith (212153)

**Address** 128 E. St. Peters St.  Belle Chasse, LA 70037

**Defendants**
Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Woodrow Smith (200384)

**Address** 503 S. Genois St.  New Orleans, LA 70119

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Julia Davis, as Next Friend of Dominique Snow, a minor (211356)

**Address** 252 Bay Oaks Drive  Bay St. Louis, MS 39520

**Defendants**
Vanguard, LLC
Bechtel National, Inc

---

**Plaintiff** Herman Southall (200386)

**Address** 12035 Safe Harbor DR  Irvington, AL 36544

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Charles Spano, as Representative of the Estate of Cecelia Spano, deceased

**Address** 3545 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
Fleetwood Enterprises, Inc.
Fleetwood Canada, Ltd.
Fleetwood Homes of North Carolina, Inc.
Shaw Environmental, Inc
American International Specialty Lines
Gibraltor Insurance Co

# Exhibit A

**Plaintiff** Daniel Spaulding (211390)          **Address** 16063 Orlando Drive  Pearlington, MS 39572

**Defendants**

Jayco, Inc.
Bechtel National, Inc

**Plaintiff** Willie Spears (206646)          **Address** 7233 Boston Dr.  New Orleans, LA 70127

**Defendants**
Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

**Plaintiff** Brenda Spiers (213591)          **Address** 9030 Harbor Drive  Bay St. Louis, MS 39520

**Defendants**
Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

**Plaintiff** Wayne Spiers (213486)          **Address** 9030 Harbor Drive  Bay St. Louis, MS 39520

**Defendants**
Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

**Plaintiff** James Spurlock (210967)          **Address** 5101 King James Dr.  Pascagoula, MS 39581

**Defendants**
Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

**Plaintiff** Demond Square (202798)          **Address** 19150 Carter Lane  Hammond, LA 70043

**Defendants**
Recreation By Design, LLC
Bechtel National, Inc

## Exhibit A

**Plaintiff** Joyce Square (213654)　　　　　**Address** 2619 10th Street  Slidell, LA 70458

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Fluor Enterprises, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

**Plaintiff** Jennifer Stahl -Sims (215085)　　　　　**Address** 702 Edna Street  Waveland, MS 39576

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Annie Stallworth (200395)　　　　　**Address** 2401 West Park  Gautier, MS 39553

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Issac Stallworth (200396)　　　　　**Address** 2401 West Park Drive  Gautier, MS 39553

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

**Plaintiff** Lemuel Stallworth (200397)　　　　　**Address** 10130 Fernland Road  Grand Bay, AL 36541

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Maxine Stallworth (200398)　　　　　**Address** 10130 Fernland Road  Grand Bay, AL 36541

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Susan Starita (207675)          **Address** 1535 Margie St  Waveland, MS 39576

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Stephanie Steele (215089)          **Address** 6037 W. Forrest Street  Bay St. Louis, MS 39520

**Defendants**

      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Cammie Steiner (215090)          **Address** 25143 Albert & Cuevas Road  Kiln, MS 39556

**Defendants**

      R-Vision, Inc.
      Bechtel National, Inc
      Liberty Insurance Corp

---

**Plaintiff** Cammie Steiner, as Next Friend of          **Address** 25143 Albert & Cuevas Road  Kiln, MS 39556
Cassidy Steiner, a minor (215091)

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Cammie Steiner, as Next Friend of Jace          **Address** 25143 Albert & Curvaas Rd  Kiln, MS 39556
Steiner, a minor (215092)

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Cherrie Steptoe (200406)                **Address** 1458 Janie Ave. Apt. B Nashville, TN 37216

**Defendants**

>       Fleetwood Enterprises, Inc.
>       Fleetwood Canada, Ltd.
>       Fleetwood Homes of North Carolina, Inc.
>       Fluor Enterprises, Inc
>       American International Specialty Lines
>       Gibraltor Insurance Co

**Plaintiff** Cherrie Steptoe, as Next Friend of       **Address** 1458 Janie Ave # B  Nashville, TN 37216
Girah Steptoe, a minor (200407)

**Defendants**
>       Morgan Building Systems, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

**Plaintiff** Shawana Steptoe, as Next Friend of      **Address** 1458 Janice Ave #B Nashville, TN 37216
Jarvis  Steptoe, a minor (200408)

**Defendants**
>       Morgan Building Systems, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

**Plaintiff** Shawana Steptoe (200409)                **Address** 1458 Janie Avenue Apt. B Nashville, TN 37216

**Defendants**

>       Fleetwood Enterprises, Inc.
>       Fleetwood Canada, Ltd.
>       Fleetwood Homes of North Carolina, Inc.
>       Fluor Enterprises, Inc
>       American International Specialty Lines
>       Gibraltor Insurance Co

**Plaintiff** Shawana Steptoe, as Next Friend of      **Address** 1458 Janice Ave # B  Nashville, TN 37216
Tatyana  Steptoe, a minor (200410)

**Defendants**
>       Morgan Building Systems, Inc.
>       Shaw Environmental, Inc
>       Fluor Enterprises, Inc
>       CH2M Hill Construction, Inc
>       Bechtel National, Inc

## Exhibit A

**Plaintiff** Charlotte Sterling (216954)          **Address** 28199 Cascades Road  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Larry Sterling (216953)          **Address** 28199 Cascades Road  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Joan Stevens (200411)          **Address** 808 Klondike Road  Long Beach, MS 39560

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Rhonda Stevens (200412)          **Address** 808 Klondike Road  Long Beach, MS 39560

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Sandra Stevens (215998)          **Address** 1105 Brookdale Drive  Picayune, MS 39466

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Elizabeth Stewart, as Next Friend of          **Address** 1105 Brookdale Drive  Picayune, MS 39466
Terrell Stevens, a minor (215999)
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Elizabeth Stewart, as Representative of          **Address** 1105 Brookdale Drive  Picayune, MS 39466
the Estate of Robert Stewart, deceased
**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Elizabeth Stewart (216000)          **Address** 1105 Brookdale Drive  Picayune, MS 39466

**Defendants**
      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Garland Stewart (203633)          **Address** 101 Northwood Drive  Slidell, LA 70458

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Janice Stewart (203629)          **Address** 2800 19th Avenue  Lot 75 Gulfport, MS 39501

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Cornelious Stewart (203634)          **Address** 2800 19th Avenue  Lot 91 Gulfport, MS 39501

**Defendants**
      Morgan Building Systems, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Dionne Scott, as Next Friend of          **Address** 9127 Central Project Street  Convent, LA 70723
Markquell Stewart, a minor (210504)

**Defendants**
      Redman Homes Inc. (f/k/a Dutch Homes)
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Sharon  Stiger, as Next Friend of
Christopher  Stiger , a minor (208276)

**Address** 5620 Ahoni St   Diamondhead , MS 39525

**Defendants**

Gulf Stream Coach, Inc.

Bechtel National, Inc

---

**Plaintiff** Diann Stiglet, as Next Friend of
Bethany Stiglet, a minor (211382)

**Address** 15729 Cemetary Road  Gulfport, MS 39503

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Diann Stiglet, as Next Friend of Chris
Stiglet, a minor (211383)

**Address** 15729 Cemetary Road  Gulfport, MS 39503

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Diann Stiglet (210747)

**Address** 15729 Cemetary Road  Gulfport, MS 39503

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Christopher Stiglet (210746)

**Address** 15729 Cemetary Road  Gulfport, MS 39503

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Maggie Stockfleth (210180)          **Address** 10078 River Dr.  Bay St.Louis, MS 39521

**Defendants**

    Skyline Corporation
    Bechtel National, Inc

---

**Plaintiff** Thomas Stockfleth (210181)          **Address** 10078 River Dr.  Bay St.Louis, MS 39521

**Defendants**

    Skyline Corporation
    Bechtel National, Inc

---

**Plaintiff** Karen Stocki (200423)          **Address** P.O. Box 945  Long Beach, MS 39560

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alicia Stojic (220460)          **Address** 7801 Hancock Dr.  Bay St. Louis, MS 39520

**Defendants**
    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sharunda Stokes, as Next Friend of          **Address** 4607 Mill Street  Moss Point, MS 39563
Ameria  Stokes, a minor (200424)
**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Phylenghia Stokes (200425)          **Address** 4607 Mill Street  Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Sharunda Stokes (200426)          **Address** 4607 Mill Street  Moss Point, MS 39563

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Kimberly Stone, as Next Friend of Cody Stone, a minor (213205)

**Address** 7123 Pine Street  Bay St. Louis, MS 39520

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Kimberly Stone, as Next Friend of Curstyn Stone, a minor (213206)

**Address** 7123 Pine Street  Bay St. Louis, MS 39520

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Kimberly Stone (213208)

**Address** 7123 Pine Street  Bay St. Louis, MS 39520

**Defendants**

Lakeside Park Homes, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** John Storey (208914)

**Address** 9020 Alcay Cuevas Road  Pass Christian, MS 39571

**Defendants**

Timberland RV Company d/b/a/ Adventure Manufacturing
Bechtel National, Inc

---

**Plaintiff** Deanne Storey, as Next Friend of Sean Storey, a minor (208913)

**Address** 9020 Alcay Cuevas Rd.  Pass Christian, MS 39571

**Defendants**

Timberland RV Company d/b/a/ Adventure Manufacturing
Bechtel National, Inc

---

**Plaintiff** Brian Stork (213209)

**Address** 3313 Lanier Ave.  Pascagoula, MS 39581

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Phillip Stork, as Next Friend of Haley Stork, a minor (220461)

**Address** 2303 Cleveland Ave.  Pascagoula, MS 39567

**Defendants**

Stewart Park Homes, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Karen Stork, as Next Friend of Jonathan Stork, a minor (213210)   **Address** 3313 Lanier Ave.  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Karen Stork (213211)   **Address** 3313 Lanier Ave.  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Karen Stork, as Next Friend of Madison Stork, a minor (213212)   **Address** 3313 Lanier Ave.  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Karen Stork, as Next Friend of Megan Stork, a minor (213213)   **Address** 3313 Lanier Ave.  Pascagoula, MS 39581

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Peggy Stork (220462)   **Address** 2303 Cleveland Avenue  Pascagoula, MS 39567

**Defendants**

    Stewart Park Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Phillip Stork (220463)   **Address** 2303 Cleveland Avenue  Pascagoula, MS 39567

**Defendants**

    Stewart Park Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Charles Story (205953)   **Address** 19061 Hwy. 53  Lot 127 Gulfport, MS 39503

**Defendants**

    Dutch Housing, Inc. d/b/a Champion Homes
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Nicole Strahan (202808)                **Address** 1607 Sunshine Ct.  Misouri, TX 77459

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

---

**Plaintiff** Cheryl Strang (215103)                **Address** 1106 Margie Street  Waveland, MS 39576

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

---

**Plaintiff** Dale Strang (215104)                **Address** 1106 Margie Street  Waveland , MS 39576

**Defendants**

> Fleetwood Enterprises, Inc.
> Fleetwood Homes of North Carolina, Inc.
> Fleetwood Canada, Ltd.
> Bechtel National, Inc
> American International Specialty Lines
> Gibraltor Insurance Co

---

**Plaintiff** Michelle Straub (208996)                **Address** 14489 Cemetery Road  Gulfport, MS 39503

**Defendants**

> Keystone Industries, Inc.
> Keystone RV Company
> Bechtel National, Inc

---

**Plaintiff** Edward Strauder (202810)                **Address** 3 Chinkapin Dr.  Natchez, MS 39120

**Defendants**
> Fleetwood Enterprises, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Ashley Stringfellow (200267)          **Address** 7955 East Quail Ridge Lane  Grand Bay, AL 36541

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

---

**Plaintiff** Orville Stuart (200272)          **Address** 8850 Midway Street  Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Victoria Stuart (200273)          **Address** 8850 Midway Street  Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Cynthia Derbigny, as Next Friend of          **Address** 308 Bruce St.  Picayune, MS 39466
Jalen Stubbs, a minor (216012)

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Curley Summers (212164)          **Address** 20180 Lewis Lane  Picayune , MS 39466

**Defendants**

Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Debra Swain (202811)                    **Address** 312 Oak Park Drive  Pass Christian, MS 39571

**Defendants**

>      Frontier RV, Inc.
>      CH2M Hill Construction, Inc
>      Bechtel National, Inc

---

**Plaintiff** Debra Swain, as Next Friend of Tyler    **Address** 312 Oak Park Drive  Pass Christian, MS 39571
Swain, a minor (202812)

**Defendants**

>      Frontier RV, Inc.
>      CH2M Hill Construction, Inc
>      Bechtel National, Inc

---

**Plaintiff** Latasha Bradley, as Next Friend of      **Address** 11072 Julie Drive  Pass Christian, MS 39571
Alisa Swanier, a minor (206664)

**Defendants**

>      Pilgrim International, Inc.
>      Bechtel National, Inc
>      Crum & Forster Specialty Ins Co

---

**Plaintiff** Alisha Swanier (206665)                 **Address** 370 Rafferty Drive  Pass Christian, MS 39571

**Defendants**

>      Dutchmen Manufacturing, Inc.
>      Bechtel National, Inc

---

**Plaintiff** Alisha Swanier, as Next Friend of       **Address** 370 Rafferty Drive  Pass Christian, MS 39571
Deonte Swanier, a minor (206666)

**Defendants**

>      Dutchmen Manufacturing, Inc.
>      Bechtel National, Inc

---

**Plaintiff** Margaret Walker, as Representative of    **Address** 370 Rafferty Street  Pass Christian, MS 39571
the Estate of Emma Swanier, deceased

**Defendants**

>      Dutchmen Manufacturing, Inc.
>      Bechtel National, Inc

## Exhibit A

**Plaintiff** Hilton Swanier (205457)                **Address** 101 Pilmlico St. Apt. 36 Long Beach, MS 39560

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Mitchell Swanier (206668)                **Address** 370 Rafferty Drive  Pass Christian, MS 39571

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Alisha Swanier, as Next Friend of        **Address** 370 Rafferty Drive  Pass Christian, MS 39571
Reonte Swanier, a minor (206669)

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Alisha Swanier, as Next Friend of        **Address** 370 Rafferty Drive  Pass Christian, MS 39571
Taliah Swanier, a minor (206670)

**Defendants**

    Dutchmen Manufacturing, Inc.
    Bechtel National, Inc

---

**Plaintiff** Johnny Swiney (203639)                **Address** 1501 Popps Ferry Road  Lot X1 Biloxi, MS 39530

**Defendants**

    Cavalier Home Builders, LLC
    CH2M Hill Construction, Inc

---

**Plaintiff** Edna Sylvas (216019)                **Address** 2947 Harris Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Keesha Mcinnis, as Next Friend of Kieosha Tait, a minor (203641)    **Address** 3007 Doby Street  Pascagoula, MS 39581

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jessica Cagle, as Next Friend of Paul Tamborella, a minor (213971)    **Address** 10752 Lilinoe Way  Diamondhead, MS 39525

**Defendants**

Skyline Corporation
Bechtel National, Inc

---

**Plaintiff** Paul Tamborella (213972)    **Address** 10752 Lilinoe Way  Diamondhead, MS 39525

**Defendants**

Skyline Corporation
Bechtel National, Inc

---

**Plaintiff** Tamara Tanner, as Next Friend of Jerome Tanner, a minor (205605)    **Address** 8131 Fig St.  New Orleans, LA 70118

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Tamara Tanner (205602)    **Address** 8131 Fig St.  New Orleans, LA 70118

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Tamara Tanner, as Next Friend of Tatyana Tanner, a minor (205603)    **Address** 8131 Fig St.  New Orleans, LA 70118

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Exhibit A

**Plaintiff** Agatha Taylor (203642)               **Address** 420 Beechwood St.  Pass Christian, MS 39571

**Defendants**

      Starcraft RV, Inc.
      Bechtel National, Inc

---

**Plaintiff** Edna Taylor (216975)               **Address** 124 RaceTrack Lane  Greensburg, LA 70441

**Defendants**
      Gulf Stream Coach, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** Gerald Taylor (210076)               **Address** 9192 Henry Shubert Road  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Herbert Taylor (211029)               **Address** P.O. Box 336  Saucier, MS 39574

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

---

**Plaintiff** James Taylor (216977)               **Address** 7821 Crestwood Dr.  Raleigh, NC 27603

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Joan Taylor (209064)               **Address** 8145 Lowndes Street  Bay St. Louis, MS 39520

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

## Exhibit A

**Plaintiff** Katheryn Taylor (200317)          **Address** 1208 Faye St.  Kingsport, TN 37660

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Lashanda Taylor (220468)          **Address** 125 Race Track Lane  Greensburg, LA 70441

**Defendants**

      Monaco Coach Corporation
      Bechtel National, Inc
      American International Specialty Lines
      Insurance Company of the State of PA
      Lexington Insurance Company

---

**Plaintiff** Marilyn Taylor (220469)          **Address** 7109 Knollwood Drive  Biloxi, MS 39532

**Defendants**
      SunRay Investments, LLC
      Bechtel National, Inc

---

**Plaintiff** Martina Taylor (210077)          **Address** 6035 E. Lincoln St  Bay St.Louis, MS 39521

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Phillip Taylor (216022)          **Address** 1001 Paul Fredrick St.  Luling, LA 70070

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc

---

**Plaintiff** Robert Taylor (211438)          **Address** 2223 Cleveland Avenue  Pascagoula, MS 39567

**Defendants**
      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Sandra Taylor (211439)          **Address** 2223 Cleveland Avenue  Pascagoula, MS 39567

**Defendants**
          Keystone Industries, Inc.
          Keystone RV Company
          Bechtel National, Inc

---

**Plaintiff** Hilton  Taylor (200321)          **Address** 45691 Anthony Rd.  Franklinton, LA 70438

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** Vikki Taylor (200324)          **Address** 45691 Anthony Rd.  Franklinton, LA 70438

**Defendants**
          Gulf Stream Coach, Inc.
          Fluor Enterprises, Inc

---

**Plaintiff** William Taylor (209063)          **Address** 8145 Lowndes Street  Bay St. Louis, MS 39520

**Defendants**

          Monaco Coach Corporation
          Bechtel National, Inc
          American International Specialty Lines
          Insurance Company of the State of PA
          Lexington Insurance Company

---

**Plaintiff** Theresa Teaff (210672)          **Address** 1919 Daniels Street  Picayune, MS 39466

**Defendants**
          Forest River, Inc.
          Bechtel National, Inc

---

**Plaintiff** Sharlotte Thacker (203643)          **Address** 9280 Canal Road  Lot 72 Gulfport, MS 39503

**Defendants**
          Oak Creek Homes, Inc.
          Oak Creek Homes, L.P.
          CH2M Hill Construction, Inc
          Bechtel National, Inc

## Exhibit A

**Plaintiff** Latoya Thames (212064)          **Address** P.O. Box  432  Gautier, MS 39553

**Defendants**

      Cavalier Home Builders, LLC
      Bechtel National, Inc

---

**Plaintiff** Melissa Theriot (209197)          **Address** P.O. Box 1113  LakeShore, MS 39558

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Mona Theriot (200327)          **Address** 9901 Foxshire Drive  Moss Point, MS 39562

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Troy Theriot (209198)          **Address** P.O. Box 1113  LakeShore, MS 39558

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Calvin Thigpen (205458)          **Address** 500 3rd Street  Bay St. Louis, MS 39520

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

---

**Plaintiff** Calvin Thigpen, as Representative of          **Address** 500 3rd Street  Bay St. Louis, MS 39520
the Estate of Rhonda Thigpen, deceased

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Allen Thomas (208927)               **Address** 198 Waveland Ave. Apt. 19  Waveland, MS 39576

**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Doris Thomas, as Next Friend of        **Address** P.O. Box  217  Pascagoula, MS 39568
Brittney Thomas, a minor (220473)

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Charles Thomas (215126)            **Address** 502 Easterbrook Street  Bay St. Louis, MS 39520

**Defendants**

    Viking Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Felicia Thomas (210695)            **Address** 503 Ulman Street  Waveland, MS 39576

**Defendants**

    DS Corp. d/b/a CrossRoads RV, Inc.
    Bechtel National, Inc

---

**Plaintiff** James Thomas (215129)             **Address** 711 1/2 N. 7th St.  Lumberton, MS 39455

**Defendants**

    Recreation By Design, LLC
    Bechtel National, Inc

---

**Plaintiff** Michael  Thomas (200348)          **Address** 1625 Martin Bluff Road #60  Gautier, MS 39553

**Defendants**

    Southern Energy Homes, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Paulette Thomas (216029)          **Address** P.O. Box 183  Hahnville, LA 70057

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Wallace Thomas (202313)          **Address** 4018 Briggs Street  Moss Point, MS 39563

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Barber Thompson (217145)          **Address** 11870 Old Pascagoula Rd.   Grandbay, AL 36541

**Defendants**
> Fleetwood Canada, Ltd.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Chauncey Thompson (215132)          **Address** 1333 Coates Bluff, Apt 124  Shreveport, LA 71104

**Defendants**
> Skyline Corporation
> Bechtel National, Inc

**Plaintiff** Susan Necaise, as Next Friend of James Thompson, a minor (205463)          **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**
> Dutchmen Manufacturing, Inc.
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** James Thompson (208916)          **Address** 6344 Davis Road  Long Beach, MS 39560

**Defendants**

> Forest River, Inc.
> Bechtel National, Inc

**Plaintiff** Jonathan Thompson (206673)          **Address** 3049 Utah St.  Kenner, LA 70065

**Defendants**

> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc

## Exhibit A

**Plaintiff** Judy Thompson (202319)          **Address** 4507 Orchard Avenue  Pascagoula, MS 39581

**Defendants**

    Timberland RV Company d/b/a/ Adventure Manufacturing
    Bechtel National, Inc

---

**Plaintiff** Larry Thompson (202320)          **Address** 10068 Fournier Avenue  D'Iberville, MS 39540

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Donna Robinson, as Next Friend of      **Address** 4700 General Ike  Moss Point, MS 39563
Lemarques  Thompson, a minor

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Larry Thompson  (202328)          **Address** 4240 Reece Drive Lot 24 Diberville, MS 39540

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Tiwana Gillispie, as Next Friend of      **Address** P.O. Box  593  Pearlington, MS 39572
Tiderrick Thompson, a minor (220479)

**Defendants**

    Dutch Housing, Inc. d/b/a Champion Homes
    CH2M Hill Construction, Inc

---

**Plaintiff** Tommy Thompson (203653)          **Address** 8212 Sunflower Avenue  Ocean Springs, MS
39564

**Defendants**

    Pilgrim International, Inc.
    Bechtel National, Inc
    Crum & Forster Specialty Ins Co

## Exhibit A

**Plaintiff** Vernelious Thompson (216033)          **Address** 16271 Whites Road  Pearlington, MS 39572

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

---

**Plaintiff** Bruce Thornton (205465)          **Address** P.O. Box 1013  Kiln, MS 39556

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

---

**Plaintiff** Becky Tibbs, as Next Friend of Destry Tibbs, a minor (203654)          **Address** 12506 John Williams Road  Moss Point, MS 39562

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Peggy Tillman-Young (210675)          **Address** 4630 Allemand Street  Moss Point, MS 39563

**Defendants**

    Gulf Stream Coach, Inc.
    CH2M Hill Construction, Inc

---

**Plaintiff** Lewis Tillman (212559)          **Address** 627 Honeysuckle Lane  Bay St. Louis, MS 39520

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Charlotte Tillman, as Next Friend of Sean Tillman, a minor (202662)          **Address** 9533 Creekside Drive Lot 45  Irvington, AL 36544

**Defendants**

    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Stephen Tillman (202665)                **Address** 9533 Creekside Drive  Lot 45 Irvington, AL 36544

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Amber Timmons (202337)                **Address** 12789 John Ross Road  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Barbara Tims (202338)                **Address** 173 Holly Circle  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Barbara Tims, as Next Friend of Destiny  Tims, a minor (202339)                **Address** 173 Holly Circle  Gulfport, MS 39501

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Douglas Tims (202340)                **Address** 173 Holly Circle  Gulfport, MS 39501

**Defendants**

    Keystone Industries, Inc.
    Keystone RV Company
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Barbara Tims, as Next Friend of
Douglas  Tims, a minor (202341)

**Address** 173 Holly Circle  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Barbara Tims, as Next Friend of Kia
Tims, a minor (202343)

**Address** 173 Holly Circle  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Cheryl Todd (210587)

**Address** 109 Kohlers Drive  Lucedale, MS 39452

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Cheryl Todd, as Next Friend of Dalton
Todd, a minor (210589)

**Address** 109 Kohlers Drive  Lucedale, MS 39452

**Defendants**
Jayco, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Joey Todd (210074)

**Address** 109 Kohlers Drive  Lucedale, MS 39452

**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Mary Tolbert (202348)                    **Address** 10435 Ramsey Road  Grand Bay, AL 36541

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

**Plaintiff** Kathleen  Schwartz, as Next Friend of      **Address** 7463 Hancock Dr  Lakeshore, MS 39558
        Nicholas Tomack, a minor (208193)
**Defendants**

        Dutchmen Manufacturing, Inc.
        Bechtel National, Inc

**Plaintiff** Anthelia Tomasich (205467)                **Address** 5046 Ganges Street  Bay St. Louis, MS 39520

**Defendants**

        Monaco Coach Corporation
        Bechtel National, Inc
        American International Specialty Lines
        Insurance Company of the State of PA
        Lexington Insurance Company

**Plaintiff** Paula Tomasich (205468)                   **Address** 5046 Ganges Street  Bay St. Louis, MS 39520

**Defendants**

        Forest River, Inc.
        Bechtel National, Inc

**Plaintiff** Gerald Tondreau (202349)                  **Address** P.O. Box 12  Coden, AL 36523

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Rhonda Tondreau (202350)          **Address** P.O. Box 12  Coden, AL 36523

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Jasmine Bosarge, as Next Friend of          **Address** 14281 Christian Acres Road  Grand Bay, AL
Jaelyn  Toomer, a minor (202351)                          36541
**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Thelma Torregano (215140)          **Address** 40497 Hwy 190 E  Slidell, LA 70461

**Defendants**

      Coachmen Industries, Inc.
      Coachmen Recreational Vehicle Company, LLC
      Fluor Enterprises, Inc

**Plaintiff** Julia Townson (211176)          **Address** 13865 Oak Haven Drive  Moss Point, MS 39562

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

**Plaintiff** Kenneth Townson (211177)          **Address** 13865 Oak Haven Drive  Moss Point, MS 39562

**Defendants**

      Dutchmen Manufacturing, Inc.
      Bechtel National, Inc

**Plaintiff** Thao Tran, as Next Friend of Andrew          **Address** 6736 Natchez Street  Biloxi, MS 39532
Tran, a minor (202671)
**Defendants**

      Scotbilt Homes, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Thao Tran, as Next Friend of Caroline Tran, a minor (202672)   **Address** 6736 Natchez Street  Biloxi, MS 39532

**Defendants**

Scotbilt Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Kathy Tran (213233)   **Address** 377 Lee Street  Biloxi, MS 39530

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Lien Tran (216129)   **Address** 15204 Freemont Dr.   Biloxi, MS 39532

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Thao Tran (202670)   **Address** 6736 Natchez Street  Biloxi, MS 39532

**Defendants**

Scotbilt Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Salisa Travis, as Next Friend of Joshua Travis, a minor (211895)   **Address** 4402 Old Mobile Hwy  Pascagoula, MS 39581

**Defendants**
Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Salisa Travis (211151)   **Address** 4402 Old Mobile Hwy  Pascagoula, MS 39581

**Defendants**
Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

## Exhibit A

**Plaintiff** Lisa Treadaway (202673)          **Address** 303 Market Street  Pass Christian, MS 39571

**Defendants**
        Gulf Stream Coach, Inc.
        Bechtel National, Inc

---

**Plaintiff** Anjene' Treaudo (206679)          **Address** 9019 Dixon St.  New Orleans, LA 70118

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Canada, Ltd.
        Fleetwood Homes of North Carolina, Inc.
        Shaw Environmental, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

---

**Plaintiff** Cheryl Treaudo (206680)          **Address** 7231 Boston Dr.  New Orleans, LA 70127

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

---

**Plaintiff** Cheryl Treaudo, as Next Friend of          **Address** 7231 Boston Dr.  New Orleans, LA 70127
Christian Treaudo, a minor (206681)

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

---

**Plaintiff** Gennive Treaudo (206682)          **Address** 9019 Dixon St.  New Orleans, LA 70125

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

---

**Plaintiff** Ora Treaudo (210756)          **Address** 9017 Dixon  St.  New Orleans, LA 70118

**Defendants**

        Stewart Park Homes, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Phillip Treaudo (207609)                    **Address** 9019 Dixon St.  New Orleans, LA 70118

**Defendants**

       Stewart Park Homes, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc

**Plaintiff** Regina Treaudo (207607)                    **Address** 3920 Hollygrove St.  New Orleans, LA 70118

**Defendants**

       Stewart Park Homes, Inc.
       Shaw Environmental, Inc

**Plaintiff** Sybil Treaudo (206683)                    **Address** 9019 Dixon St.  New Orleans, LA 70118

**Defendants**

       Stewart Park Homes, Inc.
       Shaw Environmental, Inc

**Plaintiff** Wayne Treaudo (206685)                    **Address** 7231 Boston Dr.  New Orleans, LA 70127

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc

**Plaintiff** Linda Triche (210097)                    **Address** 414 Royal Oak Drive  Pass Christian, MS 39571

**Defendants**

       Dutchmen Manufacturing, Inc.
       Bechtel National, Inc

**Plaintiff** Willie Triplett (210337)                    **Address** 2106 Buena Vista St  Pasagoula, MS 39567

**Defendants**
       Forest River, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

## Exhibit A

**Plaintiff**  Tiffany Druey, as Next Friend of
Kayden  Tripplett, a minor (202362)                    **Address**  1409 Hwy. 90  Lot 35 Gautier, MS 39553

**Defendants**

    Southern Energy Homes, Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff**  Jessica Peterson, as Next Friend of
Kiley Trosclair, a minor (210100)                      **Address**  7097 W. Marion St  Bay St.Louis, MS 39520

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff**  Jessica Kennedy, as Next Friend of
Raegan Trosclair, a minor (210101)                     **Address**  7097 W. Marion St  Bay St.Louis, MS 39520

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    CH2M Hill Construction, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff**  Beverly Dillon, as Next Friend of
Mickey  Trotter, a minor (202363)                      **Address**  27 Q.D. Dillon Rd.  Tylertown, MS 39667

**Defendants**

    Thor Industries, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff**  Victoria Troulliet (206029)                          **Address**  5191 Jacksonville Dr.  Pearlington, MS 39572

**Defendants**

    American Camper Manufacturing, LLC d/b/a AMERI-CAMP
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Amanda Truong (210699)          **Address** 900 Dicks Street  Waveland, MS 39576

**Defendants**

Skyline Corporation
Bechtel National, Inc

---

**Plaintiff** Elizabeth Truong (210700)          **Address** 900 Dicks Street  Waveland, MS 39576

**Defendants**

Skyline Corporation
Bechtel National, Inc

---

**Plaintiff** Vu Truong (212081)          **Address** P.O. Box 11  Lakeshore, MS 39558

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Caffie Turberville (202374)          **Address** 9070 Midway Road  Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jane Tureaud (217009)          **Address** 1746 Beach Blvd rm 149 Biloxi, MS 39531

**Defendants**

Gulf Stream Coach, Inc.
Fluor Enterprises, Inc

---

**Plaintiff** Brenda Turner (217010)          **Address** 307 Holly St.  Biloxi, MS 39530

**Defendants**

Forest River, Inc.
Bechtel National, Inc

# Exhibit A

**Plaintiff** James Turner (217011)                **Address** 307 Holly St.  Biloxi, MS 39530

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jerome McDonald (202381)             **Address** 158 Walnut Court  Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Arthur Turner  (202383)              **Address** 158 Walnut Court  Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Reginald Turner (202387)             **Address** 158 Walnut Court  Gulfport, MS 39501

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Shawn Turner (205854)                **Address** P.O. Box 4303  Bay St. Louis, MS 39520

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

---

**Plaintiff** Shineta Turner (206687)              **Address** 104 Oak Moss  LaPlace, LA 70068

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc

## Exhibit A

**Plaintiff** Tiffinie Barnes, as Next Friend of Sydney Turner, a minor (203660)  **Address** P.O. Box 102  Gulfport, MS 39502

**Defendants**

Waverlee Homes, Inc.
Bechtel National, Inc

**Plaintiff** Debra Tyler, as Next Friend of Breanna Tyler, a minor (212616)  **Address** 287 Aphillips Rd  Lucedale, MS 39452

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Debra Tyler (212615)  **Address** 287 Aphillips Rd.  Lucedale, MS 39452

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** John Tyler (212554)  **Address** 287 Aphillips Rd.  Lucedale, MS 39452

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Debra Tyler, as Next Friend of Michael Tyler, a minor (212617)  **Address** 287 A Phillips Rd.  Lucedale, MS 39452

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Terrell Tyler (217012)  **Address** 1102 Brooksdale Dr.  Picayune, MS 39466

**Defendants**

Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Mary Upton (202397)  **Address** 3529 W. Loyola Dr.  Kenner, LA 70065

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Willie  Upton (202398)                **Address** 3529 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** David Valdez (202400)                **Address** 1217 Seventh Street  Long Beach, MS 39560

**Defendants**
      Gulf Stream Coach, Inc.
      Bechtel National, Inc

**Plaintiff** Gloria Valley (202401)                **Address** 3818 Allendale St.  Pascagoula, MS 39581

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Lennox Valley (202402)                **Address** 3818 Allendale St.  Pascagoula, MS 39581

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Cynthia Vanpeski (217022)                **Address** 6142 E. Itawamba St.  Bay St. Louis, MS 39520

**Defendants**

      Jayco, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

# Exhibit A

**Plaintiff** Kevin Vanpeski (217023)                    **Address** 6142 E. Itawamba St.  Bay St. Louis, MS 39520

**Defendants**

      Jayco, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Rita Veara (210412)                    **Address** 4218 Kreole Avenue  Moss Point, MS 39563

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Brandon Vegas (216058)                    **Address** 7030 Shad Lane  Perkinston, MS 39573

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

---

**Plaintiff** Jesse-Lee Vuong (212580)                    **Address** 7536 County Road  Coden, AL 36523

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Bechtel National, Inc

---

**Plaintiff** Senicka Waddell, as Next Friend of
Dylan Waddell, a minor (213247)                    **Address** 2310 Hester Street  Pascagoula, MS 39581

**Defendants**

      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

---

**Plaintiff** John Waddell (213248)                    **Address** 2310 Hester Street  Pascagoula, MS 39581

**Defendants**

      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

---

**Plaintiff** Senicka Waddell, as Next Friend of
Madeline Waddell, a minor (213249)                    **Address** 2310 Hester Street  Pascagoula, MS 39581

**Defendants**

      Coachmen Recreational Vehicle Company, LLC
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Senicka Waddell (213250)          **Address** 2310 Hester Street  Pascagoula, MS 39581

**Defendants**

     Coachmen Recreational Vehicle Company, LLC
     Bechtel National, Inc

---

**Plaintiff** Senicka Waddell, as Next Friend of          **Address** 2310 Hester Street  Pascagoula, MS 39581
Thomas-Luke Waddell, a minor
**Defendants**
     Coachmen Industries, Inc.
     Coachmen Recreational Vehicle Company, LLC
     Bechtel National, Inc

---

**Plaintiff** Carletta Wadkins (210114)          **Address** 104 Post Oak Path #142  Georgetown, KY 40324

**Defendants**
     Gulf Stream Coach, Inc.
     Shaw Environmental, Inc
     Fluor Enterprises, Inc
     CH2M Hill Construction, Inc
     Bechtel National, Inc

---

**Plaintiff** Lakayshia Walker (203663)          **Address** 707 East North  Apt. # 1502 Pass Christian, MS 39571

**Defendants**

     Pilgrim International, Inc.
     Bechtel National, Inc
     Crum & Forster Specialty Ins Co

---

**Plaintiff** Margaret Walker (206696)          **Address** 370 Rafferty Drive  Pass Christian, MS 39571

**Defendants**

     Dutchmen Manufacturing, Inc.
     Bechtel National, Inc

---

**Plaintiff** Cheryl Walsh (205477)          **Address** 6184 West Forrest Street  Bay St. Louis, MS 39520

**Defendants**

     Waverlee Homes, Inc.
     CH2M Hill Construction, Inc
     Bechtel National, Inc

## Exhibit A

**Plaintiff** Todd Walsh (205478)

**Address** 6184 West Forrest Street  Bay St. Louis, MS 39520

**Defendants**

Waverlee Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Randy Walters (215234)

**Address** 1034 Del Norte Circle  Pascagoula, MS 39581

**Defendants**
Keystone Industries, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Barbara Walton (216064)

**Address** 109 S. Howard Ave.  Picayune, MS 39466

**Defendants**
Forest River, Inc.
Bechtel National, Inc

---

**Plaintiff** James Wansley (202437)

**Address** 3724 McCall Street  Moss Point, MS 39563

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

**Plaintiff** Ashley Ward (202438)

**Address** 12975 Moreland Drive  Grand Bay, AL 36541

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Bethany Simmons, as Next Friend of Cecily Ward, a minor (202686)

**Address** 11205 Hendry Road  Gulfport, MS 39503

**Defendants**

Dutchmen Manufacturing, Inc.
Bechtel National, Inc

## Exhibit A

**Plaintiff** Cynthia Ward (202439)                      **Address** 12975 Moreland Drive  Grand Bay, AL 36541

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Patricia Ward (215237)                      **Address** 4148 Caspain Street  Bay St. Louis, MS 39520

**Defendants**

      DS Corp. d/b/a CrossRoads RV, Inc.
      Bechtel National, Inc

**Plaintiff** Tameka Ward (203671)                      **Address** 19541 Saucier Lizana Road  Saucier, MS 39574

**Defendants**

      Jayco, Inc.
      Bechtel National, Inc

**Plaintiff** Brittany Ware (202690)                      **Address** 3105 Dauphin St.  Apt. C-11 Mobile, AL 36606

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Lekedric Ware (202688)                      **Address** 4305 Benson Drive  Mobile, AL 36618

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Cathy Warf (215238)                      **Address** 5316 Cronier Ave.  Longbeach, MS 39560

**Defendants**

      Keystone Industries, Inc.
      Keystone RV Company
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Beverly Warren (213512)          **Address** 116 Shamrock Rd.  Slidell, LA 70461

**Defendants**
      Fleetwood Canada, Ltd.
      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fluor Enterprises, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Elizabeth Warren (211004)          **Address** 5025 Pine Street  Pearlington, MS 39572

**Defendants**

      Vanguard, LLC
      Bechtel National, Inc

**Plaintiff** Bernita Washington (202700)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Bernita Washington (202701)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Brittany Washington (202696)          **Address** 2800 19th Avenue  Lot 51 Gulfport, MS 39501

**Defendants**

      Cavalier Home Builders, LLC
      Bechtel National, Inc

**Plaintiff** Chemekia Washington (216070)          **Address** 1223 Kingsway Dr. Apt. B-12  Picayune, MS 39466

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc
      Bechtel National, Inc

## Exhibit A

**Plaintiff** Joshua Washington (202699)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Kevin Washington (202698)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Mary Washington (209194)          **Address** 216 McDonald Drive  Pass Christian, MS 39571

**Defendants**

> SunRay Investments, LLC
> Bechtel National, Inc

**Plaintiff** Kevin Washington (202697)          **Address** 4953 Metropolitan Dr.  New Orleans, LA 70126

**Defendants**
> Gulf Stream Coach, Inc.
> Shaw Environmental, Inc
> Fluor Enterprises, Inc
> CH2M Hill Construction, Inc
> Bechtel National, Inc

**Plaintiff** Willie Washington (209195)          **Address** 216 McDonald Drive  Pass Christian, MS 39571

**Defendants**

> SunRay Investments, LLC
> Bechtel National, Inc

## Exhibit A

**Plaintiff** Stephanie Washington (216074)          **Address** 583 Carroll St. Apt. A  Picayune, MS 39466

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Tonya Washington (205482)          **Address** P.O. Box 1151  Greensburg, LA 70441

**Defendants**

      Palm Harbor Homes, Inc.
      Palm Harbor Manufacturing, Inc.
      Fluor Enterprises, Inc

**Plaintiff** Ashley Waters (202461)          **Address** P.O. Box 171  Bayou La Batre, AL 36509

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Clarence Waters  (202462)          **Address** P.O. Box 261  Bayou La Batre, AL 36509

**Defendants**

      Gulf Stream Coach, Inc.
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

**Plaintiff** Martha Watjus (210678)          **Address** 4713 Forrest Street  Moss Point, MS 39563

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

## Exhibit A

| | |
|---|---|
| **Plaintiff** Yumika Watts, as Next Friend of Jimisha  Watts, a minor (202468) | **Address** 27 South Pine Street  Lucedale, MS 39452 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Albert Webb (206596) | **Address** 16495 Delia Drive  Biloxi, MS 39532 |

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Kathy Webb (206597) | **Address** 16495 Delia Drive  Biloxi, MS 39532 |

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Nelda Wells (202503) | **Address** P.O. Box 662  Coden, AL 36523 |

**Defendants**

Forest River, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

| | |
|---|---|
| **Plaintiff** Vivian Wells (202505) | **Address** 12150 Shine Rd  Irvington, AL 36544 |

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Tracy Westbrook (215258)          **Address** 23100 Rd. 262  Picayune, MS 39466

**Defendants**

    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fleetwood Canada, Ltd.
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

**Plaintiff** Linda Wester (202506)          **Address** 3533 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc

**Plaintiff** James Wheat (210036)          **Address** P.O. Box 845  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Mildred Wheat (210037)          **Address** P.O. Box 845  Pearlington, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Michael Wheat (210038)          **Address** P.O. Box 596  Pearlington, MS 39572

**Defendants**

    Forest River, Inc.
    Bechtel National, Inc

**Plaintiff** A.d White (202709)          **Address** 3531 E. Louisiana State Dr.  Kenner, LA 70065

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Rieshelda White, as Next Friend of Brushion  White, a minor (202510)

**Address** 1319 Pinecrest Ave  Gulfport, MS 39501

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Charlette White (202710)

**Address** 1116 Cinclair Loop  Laplace, LA 70068

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

---

**Plaintiff** Gwendolyn Creagh, as Next Friend of Delmost White, a minor (202512)

**Address** 361 A Auguste Ct  Biloxi, MS 39530

**Defendants**

Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
Fleetwood Canada, Ltd.
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

**Plaintiff** Dovana White (202513)

**Address** 2312 West Park Dr.  Gautier, MS 39553

**Defendants**

River Birch Homes, Inc. and/or River Birch Homes, L.L.C.
Bechtel National, Inc

---

**Plaintiff** Seternea Harris, as Next Friend of Iriyan  White, a minor (202516)

**Address** 5954 Sperry Road Apt Q-3  Theodore, AL 36582

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

# Exhibit A

**Plaintiff** Jasmin White (203690)                   **Address** 3728 Gen. Pershing St.  New Orleans, LA 70125

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc
        Fluor Enterprises, Inc
        CH2M Hill Construction, Inc
        Bechtel National, Inc

---

**Plaintiff** Lanettie White (202518)                  **Address** 3728 Gen. Pershing St.  New Orleans, LA 70125

**Defendants**
        Gulf Stream Coach, Inc.
        Shaw Environmental, Inc

---

**Plaintiff** Patricia White (203691)                  **Address** 55 Hurricane Circle  Pass Christian, MS 39571

**Defendants**

        Fleetwood Enterprises, Inc.
        Fleetwood Homes of North Carolina, Inc.
        Fleetwood Canada, Ltd.
        Bechtel National, Inc
        American International Specialty Lines
        Gibraltor Insurance Co

---

**Plaintiff** Regenia White (205774)                   **Address** 515 3rd Street  # 4 Bay St. Louis, MS 39520

**Defendants**
        Gulf Stream Coach, Inc.
        CH2M Hill Construction, Inc
        Bechtel National, Inc

---

**Plaintiff** Rieshelda White (202524)                 **Address** 1319 Pinecrest Ave  Gulfport, MS 39501

**Defendants**

        Liberty Homes Inc.
        Liberty RV & Marine, Inc.
        CH2M Hill Construction, Inc

---

**Plaintiff** Ethelene Whitfield, as Next Friend of    **Address** 2800 19th Avenue Lot 51  Gulfport, MS 39501
         Bianca Whitfield, a minor (202712)
**Defendants**

        Cavalier Home Builders, LLC
        Bechtel National, Inc

## Exhibit A

**Plaintiff** Ethelene Whitfield, as Next Friend of
Bridgette Whitfield, a minor (202713)

**Address** 2800 19th Avenue Lot 51  Gulfport, MS 39501

**Defendants**

    Cavalier Home Builders, LLC
    Bechtel National, Inc

---

**Plaintiff** Ethelene Whitfield (202711)

**Address** 2800 19th Avenue  Lot 51 Gulfport, MS 39501

**Defendants**

    Cavalier Home Builders, LLC
    Bechtel National, Inc

---

**Plaintiff** Derec Whiting (215262)

**Address** 60075 Javery Road  Slidell, LA 70460

**Defendants**
    Fleetwood Canada, Ltd.
    Fleetwood Enterprises, Inc.
    Fleetwood Homes of North Carolina, Inc.
    Fluor Enterprises, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Geraldine Whitney (213273)

**Address** 302 Dunbar Ave  Bay St. Louis, MS 39520

**Defendants**

    Cavalier Homes Inc.
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Wendy Whitney (213281)

**Address** 302 Dunbar St  Bay St. Louis, MS 39520

**Defendants**

    Cavalier Home Builders, LLC
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Chakita Singleton, as Next Friend of
Trenton Whitworth, a minor (205492)

**Address** 112 Lynn Circle  Pass Christian, MS 39571

**Defendants**

    Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
    CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Joyce Jackson, as Next Friend of          **Address** 18125 Hwy 26  Lot 31 Lucedale, MS 39452
Rashad Wiggians, a minor (213282)
**Defendants**

       Gulf Stream Coach, Inc.
       Bechtel National, Inc

---

**Plaintiff** Lamar Wiggins (202529)          **Address** 20215 A. Robinson Rd.  Gulfport, MS 39503

**Defendants**
       Gulf Stream Coach, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc
       Bechtel National, Inc

---

**Plaintiff** Brittany Lee, as Next Friend of          **Address** 201 Broad Street  Waveland, MS 39576
Brendan Wiley, a minor (206622)
**Defendants**

       Keystone Industries, Inc.
       Keystone RV Company
       Bechtel National, Inc

---

**Plaintiff** Brigitte Wiley (205494)          **Address** 6065 Wiley Road  Bay St. Louis, MS 39520

**Defendants**

       Thor Industries, Inc.
       Thor California, Inc.
       Bechtel National, Inc

---

**Plaintiff** Tabitha Wiley (206623)          **Address** 3042 15th Street  Bay St. Louis, MS 39520a

**Defendants**

       Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
       Shaw Environmental, Inc
       Fluor Enterprises, Inc
       CH2M Hill Construction, Inc

---

**Plaintiff** Brigitte Wiley, as Next Friend of          **Address** 6065 Wiley Road  Bay St. Louis, MS 39520
Tristin Wiley, a minor (205495)
**Defendants**

       Thor Industries, Inc.
       Thor California, Inc.
       Bechtel National, Inc

## Exhibit A

**Plaintiff** William Wiley (205496)                    **Address** 6065 Wiley Road  Bay St. Louis, MS 39520

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** James Wilkerson (202533)                 **Address** 13940 South Sprinkle Ave.  Bayou LaBatre, AL
    36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Mary Wilkerson, as Next Friend of        **Address** 14111 Railroad Street  Bayou La Batre, AL 36509
    Kayla  Wilkerson , a minor (202537)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Kenndra Wilkerson (210051)               **Address** P.O. Box 4696  Bay St. Louis, MS 39572

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Jocelyn Anderson, as Next Friend of      **Address** 8760 West Alba Street  Bayou La Batre, AL
    Mallory  Wilkerson , a minor (202538)                      36509

**Defendants**
    Forest River, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Mary Wilkerson (202539)                  **Address** 13940 S. Sprinkle Ave.  Bayou La Batre, AL
    36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Deirdl Patrick, as Next Friend of Adam       **Address** 202 Ginntown  Tylertown, MS 39667
Wilkes, a minor (202540)

**Defendants**

Champion Home Builders Co.
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Harvey Wilkins, as Next Friend of        **Address** P.O. Box 1243  Lacombe, LA 70445
Devin Wilkins, a minor (220523)

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Fluor Enterprises, Inc

---

**Plaintiff** Harvey Wilkins (220524)        **Address** P.O. Box 1243  Lacombe, LA 70445

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Fluor Enterprises, Inc

---

**Plaintiff** Harvey Wilkins, as Next Friend of        **Address** P.O. Box 1243  Lacombe, LA 70445
Kenny Wilkins, a minor (220525)

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Fluor Enterprises, Inc

---

**Plaintiff** Harvey Wilkins, as Next Friend of        **Address** P.O. Box 1243  Lacombe, LA 70445
Latrell Wilkins, a minor (220526)

**Defendants**

Coachmen Industries, Inc.
Coachmen Recreational Vehicle Company, LLC
Fluor Enterprises, Inc

---

**Plaintiff** Jamie Williams, as Next Friend of        **Address** 701 Carroll Avenue  Bay St. Louis, MS 39520
Conner William, a minor (205964)

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Althea Williams (202543)              **Address** P.O. Box 7763  Metairie, LA 70010

**Defendants**
    Monaco Coach Corporation
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Courtney Carter-Williams, as Next        **Address** P.O. Box 1882  Hammond, LA 70404
Friend of camera Williams, a minor
**Defendants**
    Fleetwood Canada, Ltd.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Carrie Williams (207792)              **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520

**Defendants**

    Monaco Coach Corporation
    CH2M Hill Construction, Inc
    Bechtel National, Inc
    American International Specialty Lines
    Gibraltor Insurance Co
    Insurance Company of the State of PA

**Plaintiff** Craig Williams (208097)              **Address** 648 Worchester  Aurora, CO 80012

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

**Plaintiff** Georgette Riley, as Next Friend of        **Address** 24 Love St.  Lucedale, MS 39452
D'Wan Williams, a minor (211905)
**Defendants**

    Gulf Stream Coach, Inc.
    Bechtel National, Inc

## Exhibit A

**Plaintiff** Victoria Cenales, as Next Friend of Dave  Williams, a minor (202549)  **Address** 2826 55Th Ave  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** David Williams (202550)  **Address** 8255 Florida Avenue  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Dustin Williams (208099)  **Address** 648 S. Worchester St.  Aurora, CO 80012

**Defendants**
Gulf Stream Coach, Inc.
Bechtel National, Inc

---

**Plaintiff** Elaine Williams (216086)  **Address** 1708 45th Ave.  Gulfport, MS 39501

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** Jessica Williams, as Next Friend of Hunter Williams, a minor (212018)  **Address** 2407 12th Street  Pascagoula, MS 39567

**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

**Plaintiff** James Williams (205500)  **Address** 12345 I-10 Service Rd Apt 614 New Orleans, LA 70128

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc

## Exhibit A

**Plaintiff** James Williams (212019)          **Address** 2407 12th Street  Pascagoula, MS 39567

**Defendants**
    Cavalier Home Builders, LLC
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Victoria Cenales, as Next Friend of          **Address** 2826 55Th Ave  Gulfport, MS 39501
Jeniyya  Williams, a minor (202560)

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Jessica Williams (212020)          **Address** 2407 12th Street  Pascagoula, MS 39567

**Defendants**
    Cavalier Home Builders, LLC
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Joanne Williams (202561)          **Address** P.O. Box 634  Pass Christian, MS 39571

**Defendants**

    Cavalier Home Builders, LLC
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Rudolph  Williams (202567)          **Address** P.O. Box 224  Chalmatte, LA 70044

**Defendants**

    Forest River, Inc.
    Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Jessica Williams, as Next Friend of       **Address** 2407 12th Street  Pascagoula, MS 39567
Kaleigh Williams, a minor (212021)
**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Carrie Williams, as Next Friend of       **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520
LaShae Williams, a minor (207794)
**Defendants**

Monaco Coach Corporation
CH2M Hill Construction, Inc
Bechtel National, Inc
American International Specialty Lines
Gibraltor Insurance Co
Insurance Company of the State of PA

**Plaintiff** LaTisha Williams (203700)       **Address** P.O. Box 1333  Wiggins, MS 39577

**Defendants**
Forest River, Inc.
Bechtel National, Inc

**Plaintiff** Jessica Williams, as Next Friend of       **Address** 2407 12th Street  Pascagoula, MS 39567
Mallory Williams, a minor (212022)
**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Robert Williams (202579)       **Address** 2418 Camino Garnde  Gautier, MS 39553

**Defendants**
Monaco Coach Corporation
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

## Exhibit A

**Plaintiff** Robert Williams (216099)                **Address** 1708 45th Ave.  Gulfport, MS 39501

**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc
>Fluor Enterprises, Inc
>CH2M Hill Construction, Inc
>Bechtel National, Inc

---

**Plaintiff** Victoria Cenales, as Next Friend of        **Address** 2826 55Th Ave  Gulfport, MS 39501
Toia  Williams, a minor (202586)
**Defendants**
>Gulf Stream Coach, Inc.
>Shaw Environmental, Inc
>Fluor Enterprises, Inc
>CH2M Hill Construction, Inc
>Bechtel National, Inc

---

**Plaintiff** Tonia Williams (205503)                **Address** 43398 Willow Villa Rd.  Hammond, LA 70403

**Defendants**
>Fleetwood Enterprises, Inc.
>Fleetwood Canada, Ltd.
>Fleetwood Homes of North Carolina, Inc.
>Fluor Enterprises, Inc
>American International Specialty Lines
>Gibraltor Insurance Co

---

**Plaintiff** Carrie Williams, as Next Friend of        **Address** 6234 W. Lamar Street  Bay St. Louis, MS 39520
Whitney Williams, a minor (207793)
**Defendants**

>Monaco Coach Corporation
>CH2M Hill Construction, Inc
>Bechtel National, Inc
>American International Specialty Lines
>Gibraltor Insurance Co
>Insurance Company of the State of PA

---

**Plaintiff** Willie Williams (205505)                **Address** P.O. Box 1882  Hammond, LA 70404

**Defendants**
>Fleetwood Enterprises, Inc.
>Fleetwood Canada, Ltd.
>Fleetwood Homes of North Carolina, Inc.
>Fluor Enterprises, Inc
>American International Specialty Lines
>Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Geraldine Willilams (220529)          **Address** P.O. Box 483  St Elmo, AL 36568

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

**Plaintiff** Deidre Willis (210068)          **Address** 3824 Louisa St.  New Orleans, LA 70126

**Defendants**

>        Gulf Stream Coach, Inc.
>        Fluor Enterprises, Inc

**Plaintiff** Iris Willis (212025)          **Address** 1001 Edna Street  Waveland, MS 39576

**Defendants**
>        Gulf Stream Coach, Inc.
>        Bechtel National, Inc

**Plaintiff** Salisa Travis, as Next Friend of John          **Address** 4402 Old Mobile Hwy  Pascagoula, MS 39581
Willis, a minor (211906)

**Defendants**
>        Keystone Industries, Inc.
>        Keystone RV Company
>        Bechtel National, Inc

**Plaintiff** Phillip Willis (209084)          **Address** 422 Herlihy Street  Waveland, MS 39576

**Defendants**

>        DS Corp. d/b/a CrossRoads RV, Inc.
>        Bechtel National, Inc

**Plaintiff** Thomas Willliams (220530)          **Address** P.O. Box 483  St Elmo, AL 36568

**Defendants**
>        Gulf Stream Coach, Inc.
>        Shaw Environmental, Inc
>        Fluor Enterprises, Inc
>        CH2M Hill Construction, Inc
>        Bechtel National, Inc

## Exhibit A

**Plaintiff** Pamela  Faulkner , as Next Friend of    **Address** 1706 13th St.   Pascagoula , MS 39567
Cynia Wilson, a minor (211474)

**Defendants**
    Gulf Stream Coach, Inc.
    Bechtel National, Inc

---

**Plaintiff** Felicia Wilson (210458)    **Address** 2524 Bell St.  New Orleans, LA 70119

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

---

**Plaintiff** Joann Wilson (215284)    **Address** 1127 Cousin Street  Slidell, LA 70458

**Defendants**
    Gulf Stream Coach, Inc.
    Fluor Enterprises, Inc

---

**Plaintiff** La Dorothy Wilson (206628)    **Address** 3633 W. Loyola Dr.  Kenner, LA 70065

**Defendants**
    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    Shaw Environmental, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

---

**Plaintiff** Lenell Wilson (205507)    **Address** 2057 Waveland Ave. Apt. # 128 Waveland, MS
39576

**Defendants**

    Coachmen Industries, Inc.
    Coachmen Recreational Vehicle Company, LLC
    Bechtel National, Inc

---

**Plaintiff** Steve Wilson (202607)    **Address** 14621 Kimbark St.  Dalton, IL 60419

**Defendants**
    Fleetwood Enterprises, Inc.
    Fleetwood Canada, Ltd.
    Fleetwood Homes of North Carolina, Inc.
    Shaw Environmental, Inc
    American International Specialty Lines
    Gibraltor Insurance Co

## Exhibit A

**Plaintiff** Danna Necaise, as Next Friend of Thomas Wilson, a minor (205508)   **Address** 6007 W. Desoto Street  Bay St. Louis, MS 39520

**Defendants**

Keystone Industries, Inc.
Keystone RV Company
Bechtel National, Inc

---

**Plaintiff** Danisha Dillion, as Next Friend of Trinity Wilson, a minor (213960)   **Address** 6201 E. Jackson Street  Bay St. Louis, MS 39520

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

---

**Plaintiff** Franklin Wimberly (212031)   **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff** Irene Wimberly (212032)   **Address** 4652 America St.  New Orleans, LA 70126

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc

---

**Plaintiff** Carl Windmon (202610)   **Address** 3270 Desaix Blvd.  New Orleans, LA 70119

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc

# Exhibit A

**Plaintiff** Danny Winkles (208968)            **Address** P.O. Box 775  Lashore, MS 39558

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** David Winkles (209085)            **Address** P.O. Box 775  Lashore, MS 39558

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Susan Winkles, as Next Friend of     **Address** P.O. Box 775  Lakeshore, MS 39558
Summer Winkles, a minor (208973)

**Defendants**

      Fleetwood Enterprises, Inc.
      Fleetwood Homes of North Carolina, Inc.
      Fleetwood Canada, Ltd.
      Bechtel National, Inc
      American International Specialty Lines
      Gibraltor Insurance Co

**Plaintiff** Benny Winningham (206025)         **Address** 6162 East Kemper  Bay St. Louis, MS 39520

**Defendants**

      Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
      Bechtel National, Inc

**Plaintiff** Amanda Winslow (215290)          **Address** 4155 Caspian Street  Bay St. Louis, MS 39520

**Defendants**
      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Brandon Winslow (215291)          **Address** 4155 Caspian Street  Bay St. Louis, MS 39520

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** Amanda Winslow, as Next Friend of
Sarah Winslow, a minor (215292)          **Address** 4155 Caspian Street  Bay St. Louis, MS 39520

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** Timothy Winslow (215293)          **Address** 4148 Caspain Street  Bay St. Louis, MS 39520

**Defendants**

   DS Corp. d/b/a CrossRoads RV, Inc.
   Bechtel National, Inc

**Plaintiff** Christy Winston (217080)          **Address** 821 Delta Dr. # C  Garner, NC 27529

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** John Winters (217082)          **Address** 4317 Lexington St.  Garner, NC 27529

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** Mary Winters (217083)          **Address** 4317 Lexington St.  Garner, NC 27529

**Defendants**
   Gulf Stream Coach, Inc.
   CH2M Hill Construction, Inc

**Plaintiff** Mildred Winters (202612)          **Address** 45702 Anthony Rd.  Franklinton, LA 70438

**Defendants**
   Gulf Stream Coach, Inc.
   Fluor Enterprises, Inc

**Plaintiff** Frances Wittmann (209077)          **Address** 18220 Old Joe Moran Road  Kiln, MS 39556

**Defendants**
   Gulf Stream Coach, Inc.
   Bechtel National, Inc

# Exhibit A

**Plaintiff** Kentrick  Woods (202616)  **Address** 8630 E. Alba Street  Bayou La Batre, AL 36509

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Celestine Woods (202617)  **Address** P.O. Box 232  Coden, AL 36523

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** John Woods (209994)  **Address** P.O. Box 294  Pearlington, MS 39572

**Defendants**

Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** John Woods, as Next Friend of Johna  **Address** P.O. Box 294  Pearlington, MS 39572
Woods, a minor (209995)

**Defendants**

Pilgrim International, Inc.
Bechtel National, Inc
Crum & Forster Specialty Ins Co

**Plaintiff** Kanisha Woods (217084)  **Address** 11201 Olympia Dr. # 2412  Houston, TX 77042

**Defendants**

Gulf Stream Coach, Inc.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Maurice Woods (202621)　　　　　**Address** P.O. Box 232  Coden, AL 36523

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Linda Banks, as Next Friend of Shada　**Address** 8630 E. Alba Street  Bayou La Batre, AL 36509
Woods, a minor (202622)
**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Lester Wroten (202625)　　　　　**Address** 10479 Rolling Heights Drive  Lot 246 D'Iberville,
MS 39540
**Defendants**
Clayton Homes of Lafayette, Inc (f/k/a Clayton Homes, Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Lisa Woulard (202629)　　　　　**Address** P.O. Box 7562  D'Iberville, MS 39540

**Defendants**

Cavalier Homes Inc.
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Lisa Woulard, as Next Friend of　　**Address** P.O. Box 7562  D'Iberville, MS 39540
Rodarius  Woulard, a minor (202630)
**Defendants**
Cavalier Home Builders, LLC
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

**Plaintiff** Tammy Woulard (206634)　　　　　**Address** 11410 Turnberry Avenue  Gulfport, MS 39503

**Defendants**

Townhomes, L.L.C.
CH2M Hill Construction, Inc

## Exhibit A

**Plaintiff** Angela Wright (202632)          **Address** 1824 Popps Ferry Road Lot 134 Biloxi, MS 39532

**Defendants**
    Destiny Industries, LLC
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Bryan Wright (206636)          **Address** 2742 Hollywood Street  Baton Rouge, LA 70805

**Defendants**
    Cavalier Homes Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Seymourn Banks, as Next Friend of Edward  Wright, a minor (202635)          **Address** 8380 E. Alba Street  Bayou La Batre, AL 36509

**Defendants**
    Gulf Stream Coach, Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Bryan Wright, as Next Friend of Jaheim Wright, a minor (206637)          **Address** 2742 Hollywood Dr.  Baton Rouge, LA 70815

**Defendants**
    Cavalier Homes Inc.
    Shaw Environmental, Inc
    Fluor Enterprises, Inc
    CH2M Hill Construction, Inc
    Bechtel National, Inc

**Plaintiff** Anthony Young (217093)          **Address** 1418 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**

    Forest River, Inc.
    Fluor Enterprises, Inc

## Exhibit A

**Plaintiff** Charles Young (213834)          **Address** 5481 Lancaster Lane  Pass Christian, MS 39571

**Defendants**

      Cavalier Home Builders, LLC
      Shaw Environmental, Inc
      Fluor Enterprises, Inc
      CH2M Hill Construction, Inc
      Bechtel National, Inc

---

**Plaintiff** Erin Young (217095)          **Address** 1418 Admiral Nelson Dr.  Slidell, LA 70461

**Defendants**

      Forest River, Inc.
      Fluor Enterprises, Inc

---

**Plaintiff** John Young (213836)          **Address** 9962 Kahana Street  Diamondhead, MS 39525

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** John Young, as Next Friend of Charles          **Address** 9962 Kahana St.  Diamondhead, MS 39525
Young, a minor (213835)

**Defendants**

      Gulf Stream Coach, Inc.
      Bechtel National, Inc

---

**Plaintiff** Kenneth Young (210676)          **Address** 4630 Allemand Street  Moss Point, MS 39563

**Defendants**

      Gulf Stream Coach, Inc.
      CH2M Hill Construction, Inc

---

**Plaintiff** Linda Young (202647)          **Address** 4207 Earl Blvd.  Moss Point, MS 39563

**Defendants**

      Forest River, Inc.
      Bechtel National, Inc

## Exhibit A

| | |
|---|---|
| **Plaintiff** Kimberly Collier, as Representative of the Estate of Mary Young, deceased | **Address** 3643 Azalea Street Moss Point, MS 39563 |

**Defendants**
Jayco, Inc.
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Melissa Young (215305) | **Address** 1214 Edna St. Waveland, MS 39576 |

**Defendants**
Fleetwood Canada, Ltd.
Fleetwood Enterprises, Inc.
Fleetwood Homes of North Carolina, Inc.
CH2M Hill Construction, Inc
American International Specialty Lines
Gibraltor Insurance Co

---

| | |
|---|---|
| **Plaintiff** Ashley Zimmerman, as Next Friend of Leigha Zimmerman, a minor (210698) | **Address** 117 Belle Terre Court Long Beach, MS 39560 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Russell Zirlott (202649) | **Address** 4820 A Hwy. 188 Coden, AL 36523 |

**Defendants**
Gulf Stream Coach, Inc.
Shaw Environmental, Inc
Fluor Enterprises, Inc
CH2M Hill Construction, Inc
Bechtel National, Inc

---

| | |
|---|---|
| **Plaintiff** Shirlen Zoerner (211198) | **Address** 8147 Harrison Street Bay St. Louis, MS 39520 |

**Defendants**

Recreation By Design, LLC
Bechtel National, Inc