UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE | * | |
| PRODUCT LIABILITY LITIGATION | * | SECTION "N-5" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT IS RELATED TO | * | |
| ALL CASES | | MAG. JUDGE CHASEZ |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT REPORT NO. 12 OF LIAISON AND GOVERNMENT COUNSEL

Plaintiffs' Liaison Counsel ("PLC"), Manufacturing Defendants' Liaison Counsel ("MDLC"), Individual Assistance/Technical Assistance Contractor Defendants' Liaison Counsel ("IALC") subject to a full reservation of rights and defenses, and U.S. Government Counsel ("GC") respectfully submit this Joint Report No. 12.

**I.    REPORT OF CLAIMS AND CASE INVENTORY:**

PLC and MDLC report that a total of 443 actions now have been filed, or transferred into, this MDL. The following complaints were filed or transferred into the MDL since the last Joint Report:

**LOUISIANA:**

*Sheila Robinson, et al v. ABC Manufacturer, Inc., et al,* filed on June 25, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4149.

*Prentissa Rodrigue, et al v. Sunline Acquisition Company Ltd., et al,* filed on June 25, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4177.

*Betty LeBlan, et al v. Keysotne RV Company, et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4216.

*Betty Jean Allen, et al v. Jayco Enterprises, Inc., et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4217.

*Tracy Martin v. Sunray RV, LLC, et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4218.

*Annie Bell, et al v. Cavalier Homes Builders, LLC, et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4219.

*Josephine Seaton v. Recreation By Design, LLC, et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4220.

*Angela Thompson, et al v. Crum & Forster Specialty Insurance Company, et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4221.

*Carol Blazio v. Thor California, Inc., et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4222.

*Emile George v. Sunnybrook RV, Inc., et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4223.

*Kimberly C. Harris, et al v. Liberty Insurance Company, et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4224.

*Vanessa Roche v. Insurco, Ltd., et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4225.

*Jacqueline Caldwell, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4226.

*Dustin Bryant, et al v. Gulf Stream Coach, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4227.

*Scott Bernice, et al v. Gulf Stream Coach, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4228.

*Bobbie Powell, et al v. American International Specialty Lines, et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4229.

*Beverly Bonner, et al v. Coachmen Industries, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4230.

*Gwendolyn Duplessis, et al v. Frontier RV, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4231.

*Rodenno Dixon, et al v. Dutchmen Manufacturing, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4232.

*Eric M. Oldenburg, et al v. Fleetwood Enterprises, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4233.

*Gregory Bradley, et al v. Forest River, Inc., et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4234.

*Bryan Bournes, et al v. DS Corp, et al,* filed on July 1, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4235.

*Keisha Boyd, et al v. Forest River, Inc., et al,* filed on July 6, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4265.

*Ina Slie v. Coachmen Industries, Inc., et al,* filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4326.

*Sheila Bonney, e tal v. Jayco Enterprises, Inc., et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4327.

*Alice Murthil, et al v. Forest River, Inc., et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4328.

*Yvonne Perrette, et al v. Timberland RV Company, et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4329.

*Arecia Martinez, et al v. Skyline Corporation, et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4331.

*Denise Carter v. Sunray RV, LLC, et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4332.

*Yvonne Mitchell v. Jayco Enterprises, Inc., et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4333.

*Roger Isadore, et al v. Recreation By design, LLC, et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4334.

*Katie Jones v. Cavalier Home Builders, LLC, et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4335.

*Dionne Boone, e tal v. Waverlee Homes, Inc., et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4336.

*Wade Andrews, et al v. Gulf Stream Coach, Inc., et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4337.

*Louise Doley, et al v. Timberland RV Company, et al*, filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4338.

*Shannon Davenport, et al v. River Birch Homes, Inc., et al,* filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4339.

*Gabrielle Batiste, et al v. Gulf Stream Coach, Inc., et al,* filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4340.

*Charlene Blunt, et al v. Lakeside Park Homes, Inc., et al,* filed on July 8, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4341.

*Jean Adams, et al v. Fleetwood Canada, Ltd., et al,* filed on July 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4371.

*Tina A. Ladner, et al v. Fleetwood Canada, Ltd., et al,* filed on July 10, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4372.

*Ruth Carter, et al v. Gulf Stream Coach, Inc., et al,* filed on July 17, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4438.

*Elizabeth Melton, et al v. Clearspring Conversions Inc., et al,* filed on July 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4446.

*Leonard Hargrove, et al v. Gulf Stream Coach, Inc., et al,* filed on July 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4448.

*Dolores Joseph v. Forest River, Inc., et al,* filed on July 20, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4449.

*Bridget Scott v. Lakeside Park Homes, Inc., et al,* filed on July 21, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4455.

*Brion Scieneaux, et al v. Frontier RV, Inc., et al,* filed on July 22, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4462.

*Vedora Carson, et al v. American International Specialty Lines Insurance Company, et al*, filed on July 24, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4496.

*James W. Thompson v. Crum & Forster Specialty Insurance Company, et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4518.

*Angela Sullivan v. Gulf Stream Coach, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4519.

*Gloira Jackson, et al v. Frontier RV, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4522.

*Emmanuel Alexander, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4523.

*Curtis August, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4527.

*Patricia Amos, et al v. Fleetwood Enterprises, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4528.

*Roderick Sullivan, Sr. v. Gulf Stream Coach, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4529.

*Ronald Cravinas, II v. Keystone Industries, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4530.

*Tyesha Arnolie, et al v. Dutchman Manufacturing, Inc., et al*, filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4531.

*David Trahan v. Dutchman Manufacturing, Inc., et al,* filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4532.

*Calvin M. Alexander, et al v. Dutchman Manufacturing, Inc., et al,* filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4533.

*Debra Fitte v. Morgan Buildings & Spas, Inc., et al,* filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4534.

*Vanessa Magee v. Forest River Industries, et al,* filed on July 28, 2009 in the United States District Court for the Eastern District of Louisiana, Docket No. 09-4535.

The PLC is aware of a total of 50 actions that have been filed in various state courts in Louisiana. The various actions are identified on Exhibit "A" of this report. Several of the actions have been removed to this Court based upon the federal officer removal statute. Plaintiffs' counsel in those matters will seek remand back to perspective state courts.

## II.     PLAINTIFF FACT SHEETS (PFS)

The PSC still operates a central claims office located at 4731 Canal Street, New Orleans, Louisiana. PLC advises that it has delivered 5256 completed PFS to the Defendants to date.

The PSC to date has cured 1447 deficiencies cited by Defendants pursuant to PreTrial Order No. 2 (Doc No. 87). Pre-Trial Order No. 32 (Rec Doc. 1180) was entered on March 18, 2009 amending specific instructions and deadlines as found in Pre-Trial Order No. 2 (Rec. Doc. 87).

## III.    MOTION PRACTICE

The following Motions are pending:

Document No. 1545   USA's Motion to Dismiss Plaintiffs' Remaining FTCA Claims for Lack of Subject Matter Jurisdiction.

7

| | |
|---|---|
| Doc. No. 1613 | USA's Motion for A Protective Order to Prevent Plaintiffs' Depositions of Patrick Preston and Mary Martinet |
| Doc. No. 1756 | USA's Motion for a Protective Order to Prevent Plaintiffs' Deposition of Harvey E. Johnson, Jr., Former FEMA Deputy Administrator and Chief Operating Officer |
| Doc. No. 2221 | Keystone's Motion to Dismiss in *Bell* |
| Doc. No. 2222 | Keystone's Motion to Strike in *Bell* |
| Doc. No. 2260 | Gulf Stream's Motion for Partial Summary Judgment in *Age* |
| Doc. No. 2271 | Gulf Stream's Motion in Limine to Exclude Testimony of Marco Kaltofen in *Age* |
| Doc. No. 2317 | USA's Motion to Dismiss the Claims of Christopher Cooper for Lack of Subject Matter Jurisdiction in *Age* |
| Doc. No. 2348 | Fleetwood's Motion to Strike Plaintiffs' Designation of Kenneth R. Laughery in *Aldridge* |
| Doc. No. 2349 | Gulf Stream's Motion to Limit Testimony of Stephen Smulski in *Age* |
| Doc. No. 2406 | Plaintiffs' Motion to Compel the Results and Data from Defense's Medical Examination in *Wright* |
| Doc. No. 2410 | Gulf Stream's Motion for Summary Judgment in *Age* |
| Doc. No. 2411 | Plaintiffs' Motion for Leave First Supplemental and Amending Complaint for Damages in *Robert James, Jr.* |
| Doc. No. 2413 | Plaintiffs' Motion for Extension of Time to Amend Complaint in *Huckabee* |
| Doc. No. 2419 | Plaintiffs' Motion for Leave First Supplemental and Amending Complaint for Damages in *Damien Dillon* |
| Doc. No. 2424 | Plaintiffs' Motion for Leave to File Third Supplemental and Amending Complaint for Damages in *Joseph Pujol* |
| Doc. No. 2425 | Plaintiffs' Motion for Leave to File First Supplemental and Amending Complaint for Damages in *Leslie Kujawa* |
| Doc. No. 2431 | Shaw's Motion for Reconsideration in *Wright* |

| | |
|---|---|
| Doc. No. 2507 | Fluor's Motion to Continue First Two Bellwether Trials and Revise Remaining Bellwether Trial Schedule |
| Doc. No. 2505 | Plaintiffs' Motion to Compel United States to Produce Disaster and/or Individual Assistance Files Maintained by FEMA |
| Doc. No. 2538 | Fleetwood Enterprises, Inc.'s Memorandum of Law in Support of its Joinder in Fluor Enterprises, Inc.'s Motion to Continue First Two Bellwether Trials and to Revised Remaining Bellwether Trial Schedule |

## IV.  MOBILE HOUSING UNIT MANUFACTURERS SEPARATE "TRACK"

On August 5, 2009 the Court entered an Order (Doc. 2530) extending the non-litigation track for a period of sixty days. Under the Order, the parties must agree on a bellwether plaintiff on or before January 19, 2010 for a sixth bellwether trial to begin on October 18, 2010. The Order requires that the agreed upon bellwether plaintiff be matched to a specific manufactured home defendant and to have a FEMA-ripe claim. Finally, the Order requires the parties to submit a jointly proposed scheduling order for the sixth bellwether trial on or before February 1, 2010.

## V.  MATCHING PLAINTIFF TO DEFENDANT MANUFACTURER AND FEMA CONTRACTOR

The PSC has issued written discovery requesting that the United States disclose the vehicle identification numbers of the emergency housing units ("EHUs") provided to these Plaintiffs by FEMA. PLC has instructed all Plaintiffs' counsel that, in order to have their clients matched, the request for matching should: (1) be submitted in groups of approximately 500 claimants (or a lesser amount if the plaintiff counsel represents less than 500 persons); (2) include a list containing necessary search information in an Excel and PDF spreadsheet format; and (3) for each family of occupants, provide only the name of the head of household or adult family members – no children or other minors should be included. Information that the

9

Plaintiffs' counsel should provide to the United States is the claimant's (a) full name; (b) FEMA ID Number; (c) social security number; (d) date of birth; (e) and address/State where EHU was installed. If a claimant resided in more than one EHU that should be noted and claimant should provide the address/State where each EHU they occupied was located. To the extent Plaintiffs are aware of the bar code number assigned to their issued unit, this information also should be provided to FEMA.

The United States has continued to process matching requests upon receipt and has issued responses to the matching requests within the time authorized by Federal Rules of Civil Procedure. The PLC continues to provide amendments to the initial request for matching as information on new plaintiffs is received from their counsel.

## VI. BELLWETHER TRIALS

A. A total of five Bellwether cases are set for trial, as follows:

1. *Alana Alexander and Christopher Cooper v. Gulf Stream Coach, Inc., (Fluor and United States)* is scheduled for September 14, 2009.

2. PSC voluntarily dismissed *Shalahn Jenkins and Craig Jenkins, Sr. o/b/o Craig Jenkins, Jr. v. Fleetwood, Fluor and FEMA* and the Court has ordered the case of *Elisha Dubuclet on behalf of Timia Dubuclet v. Fleetwood Enterprises, Inc., et al* is substituted [Docket No. 1760] and scheduled for trial on December 7, 2009.

3. *Diana Bell v. Keystone, Shaw and United States* is scheduled for January 11, 2010.

4. *Lyndon Wright v. Forest River, Shaw and United States* is scheduled for March 15, 2010.

       5.    *Carrie M. Smith's v. Recreation by Design, LLC, Shaw and United States* is scheduled for May 17, 2010.

B.    The PSC has filed amending complaints in two of the five bellwether plaintiffs' cases, in order to set forth allegations specific to the selected bellwether plaintiffs in these cases, and will file amending complaints for the remaining three bellwether cases in the near future.

## VII. SEVERANCE OF BELLWETHER PLAINTIFFS UNDER FRCP RULE 21

A.    Defendants in all bellwether plaintiff cases request the Court sever the individual bellwether claims from their existing Petitions.

## VIII. RECENT BANKRUPTCY ISSUES

With respect to the Chapter 11 bankruptcy proceedings of Fleetwood Enterprises, Inc. and its various subsidiaries, and in accordance with the order of the bankruptcy court that has previously been provided to the Court and to Plaintiffs' liaison counsel, all parties and their counsel are reminded that the claims bar date for all claims to be filed against Fleetwood is 5:00 p.m. PST on August 28, 2009.

## IX. MASTER DISCOVERY

A.    General Discovery

       1.    PSC has served master discovery on Gulf Stream, Fleetwood, Forest River and Keystone. Written responses have been provided. Magistrate Chasez held a hearing on July 1, 2009 and subsequently ordered Gulf Stream to produce electronic discovery (Doc. No. 2035).

       2.      The United States has responded to PSC's initial written discovery and is continuing to respond to requests from PSC for matching information within the time allowed under the Federal Rules of Civil Procedure. PSC served the United States with additional requests for IA/Disaster files on June 5, 2009. The U.S. refused such request, therefore PSC filed its Motion to Compel (Doc. No. 2517).

       3.      PSC has served written discovery on some of the Bellwether IA/TAC contractors.

B.      Insurance Discovery

Primarily through 30(b)(6) depositions, the PSC will conduct discovery of the defendants' relevant information concerning insurance coverage for the matters at issue in this litigation. The PSC contemplates that such discovery will proceed as a separate "Insurance Coverage Discovery Track" simultaneously with the General Discovery Track.

C.      Gulf Stream Coach, Inc. Bellwether Trial

       1.      The written reports of all parties' experts now have been issued and disclosed pursuant to Fed. R. Civ .P. 26, and the parties are currently working to complete expert depositions. It is expected that all expert depositions should be completed by August 7, 2009.

       2.      The parties are working on respective versions of a Trial Plan and will confer with the Magistrate in order to address differences that may exist among these versions. Plaintiffs are to submit their version of the Trial Plan to the Magistrate on August 7, 2009. Defendants are to submit their

version of the Trial Plan to the Magistrate on August 10, 2009. On August 12, 2009 the parties will submit a joint Trial Plan to the court.

3. Discovery is scheduled to be completed on August 7, 2009. However, although parties have exercised due diligence, because of tight scheduling deadlines and difficulty scheduling dates for experts' depositions, as well as belated disclosure of Fluor Enterprises, Inc.'s experts, the parties may continue to take depositions by agreement or under the direction of the Magistrate.

D. Discovery Other Bellwether Trials

1. The parties have commenced discovery in second, third and fourth Bellwether cases.

2. PSC has completed their inspection and testing of the unit at issue in the Fleetwood Bellwether trial, and Defendants are scheduled to conduct their testing during the week of August 10, 2009.

3. PSC commenced its inspection/testing of the Forest River Bellwether unit on August 3, 2009. Testing of this unit is expected to take approximately five (5) weeks. .

4. PSC conducted the Rule 30(b)(6) deposition of Fleetwood Enterprises, Inc. on Thursday, June 25, 2009, in Riverside, CA, and follow-up and completion of that deposition is tentatively set for August 18, 2009. Defendants will commence depositions of PSC's experts in the Fleetwood Bellwether case on August 6, 2009, and those depositions will continue until completed.

      5.      Defendants in the Forest River Bellwether action have deposed the plaintiff, and PSC and Defendants have tentatively scheduled depositions beginning the week of August 31, 2009.

      6.      The Keystone Bellwether presented herself to defense medical experts for purposes of allowing an independent medical examination

**X.    MISCELLANEOUS**

    A.    To reduce burden on Clerk of Court and reduce number of filings, Liaison and Government counsel have conferred and it is expected that the parties will submit a proposed Order that will allow an open-ended extension of time to file responsive pleadings while also setting forth proposed rule 9 and 12 defenses.

    B.    Procedures need to be put in place by Liaison Counsel to ensure that all counsel of record are receiving notices of all filings, pleadings and other documents.

    C.    The United States recently provided to Liaison Counsel a searchable list of excess emergency temporary housing units that FEMA will dispose of on or before August 29, 2009. In addition, the United States also filed a Notice of FEMA's Intent to Dispose of Selected Temporary Emergency Housing Units at 16 Storage Facilities [Dkt. No. 2315]. Liaison Counsel should provide to the United States on or before Friday, August, 7, 2009, a single list identifying any of the units that they want to inspect/test by Location, Barcode and Vehicle Identification Number, and make arrangements to inspect and/or test those units on or before Friday, August 30, 2009. It is the United States' intention to hold any EHUs that Liaison Counsel identifies on or before August 7, 2009, until August 30, 2009, to allow Liaison Counsel an opportunity to inspect and test selected units.

D. All persons seeking to access a FEMA storage facility to inspect and/or test an EHU must coordinate such a visit through their Liaison Counsel. The United States urges all parties who may seek to inspect or test an EHU at a FEMA facility that they must comply with the agreed to Inspection/Testing Protocol. Failure to abide by the requirements set forth in the Protocol may result in confiscation of equipment and removal from the facility. Further, all persons prior to being allowed entry to a FEMA facility must sign the agreed to an indemnity and hold harmless agreement.

E. The Court entered Pretrial Order No. 42 ordering that all counsel filing complaints which lists numerous plaintiffs who have not yet been matched to a particular manufacturing defendant to add the following language in the case caption in bold capital letters: **PLAINTIFFS UNMATCHED WITH A SPECIFIC MANUFACTURING DEFENDANT**, and further ordering that pursuant to Pretrial Order No. 40, counsel in those cases have 45 days from the date of filing in this Court to match those plaintiffs to a specific manufacturer and file amended complaints each naming only one manufacturing defendant.

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**

Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
jwoods@gainsben.com

s/Andrew D. Weinstock
ANDREW D. WEINSTOCK, #18495
**DEFENDANTS' LIAISON COUNSEL**
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
3838 N. Causeway Boulevard, Suite 2900
Metairie, Louisiana 70002
Telephone: 504/832-3700
Facsimile: 504/837-3119
andreww@duplass.com


s/ Henry T. Miller
HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel
ADAM M. DINNELL
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
**ATTORNEYS FOR THE UNITED STATES OF AMERICA**
United States Department of Justice
Civil Division - Torts Branch
1331 Penn. Ave., NW, Rm. 8203-N
Washington, D.C. 20004
Telephone: 202/616-4449
Henry.Miller@usdoj.gov
Adam.Dinnell@usdoj.gov
Jonathan.Waldron@usdoj.gov

s/David Kurtz
DAVID KURTZ
**CONTRACTOR LIAISON COUNSEL**
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
201 St. Charles Ave., Ste. 3600
New Orleans, LA 70170

Telephone: 566-5259
Facsimile: 636-5259
dkurtz@bakerdonelson.com

## STATE COURT FORMALDEHYDE CASES

| PLAINTIFFS | DEFENDANTS | CASE # | DIV./SEC. |
|---|---|---|---|
| **14TH JDC** | | | |
| Jeanette Shepherd, et al | Gulf Stream Coach, et al | | |
| | | | |
| **16TH JDC** | | | |
| Bradley Henderson, et al | American Int. Group, Inc., et al | | |
| | | | |
| **19TH JDC** | | | |
| Rahneisha Bartholomew, et al | Keystone RV Co., et al | 580881 | 28 |
| Nelson Boudin, et al | Gulf Stream Coach, et al | | |
| Gregory Campbell | American Int. Group, Inc., et al | 580883 | 26 |
| Bessie Falls, et al | Lakeside Park Homes, Inc., et al | | |
| Lionel Fields | American Int. Specialty Lines, et al | 580905 | 26 |
| Glenda Jefferson, et al | American Int. Group, Inc. et al | 580878 | 27 |
| Patricia Johnson, et al | Forest River, Inc., et al | 580880 | 22 |
| Warneshia Williams, et al | Vanguard Industries of Michigan, Inc., et al | 580879 | D |
| Willie Wilson | Gulf Stream Coach, Inc. | 580882 | 22 |
| Bowser | Lakeside and Shaw | | |
| Alvis, et al | Unmatched Claim | | |
| | | | |
| **22ND JDC** | | | |
| James Cheek, et al | Gulf Stream Coach, Inc., et al | | |
| Donna Reppel | Gulf Stream Coach, Inc., et al | | |
| | | | |
| **24TH JDC** | | | |
| Christina Bean, et al | Gulf Stream Coach, Inc., et al | | |
| Mary Braggs | Recreation by Design, LLC, et al | | |

| | | | |
|---|---|---|---|
| Isreal Brown, et al | Heartland Recreational Vehicles, LLC, et al | | |
| Dwanyetta Buckley, et al | Gulf Stream Coach, Inc., et al | | |
| Don Mansion, et al | Forest River, Inc., et al | | |
| Pearlie Ratliff | American Int. Group, Inc., et al | | |
| Ruby Roman, et al | Crum & Forster Specialty Ins. Co., et al | | |
| Kim Siverio, | Cruiser RV, LLC, et al | | |
| Hargrove, et al | GSC and Shaw | | |
| Joseph | FR and Shaw | | |
| Carson | FW Ins. and Shaw | | |
| Samuels | Lakeside Park, Monaco, Shaw, et al | | |
| | | | |
| **25TH JDC** | | | |
| Theresa Barthelemy | Crum & Forster Specialty Ins. Co., et al | | |
| Jill DeMolle, et al | Dutchmen Manufacturing, Inc., et al | | |
| | | | |
| **34TH JDC** | | | |
| Andrew Sylvester | Cavalier Home Builders, LLC, et al | | |
| | | | |
| **CIVIL DISTRICT COURT** | | | |
| Herbert Bartholomew, et al | Coachmen Industries, Inc., et al | 09-7982 | |
| Seebell Carter, et al | Forest River, Inc., et al | 09-7979 | |
| Brenda Caston, et al | Recreation by Design, LLC, et al | 09-7990 | B-15 |
| Peter Daunoy, III | Layton Homes, Corp., et al | 09-7988 | K-5 |
| Linda Ebarb, et al | Gulf Stream Coach, Inc., et al | 09-7983 | L-6 |
| Bessie Falls, et al | Lakeside Park Homes, Inc., et al | 09-7986 | I-14 |
| Robin Fennidy, et al | American Int. Group, Inc., et al | 09-7980 | E-7 |

2

| Donald Jarreau, et al | American Int. Group, Inc., et al | 09-7989 | N-8 |
|---|---|---|---|
| Yolanda Johnson, et al | Gulf Stream Coach, Inc., et al | 09-7978 | N-8 |
| Charles LaRose | Gulf Stream Coach, Inc., et al | 09-7991 | K-5 |
| James Lewis, III, et al | Gulf Stream Coach, Inc., et al | 09-7974 | N-8 |
| Clifford Pembrick, et al | Liberty Mutual Ins. Corp., et al | 09-7987 | I-14 |
| Ora Roberson, et al | Coachmen Rec. Vehicle Co., LLC et al | 09-7992 | E-7 |
| Deborah Ruffin, et al | Forest River, Inc., et al | 09-7985 | H-12 |
| Lionel Simmons | Keystone RV Company, et al | 09-7984 | N-8 |
| Florence Wilson, et al | Frontier RV, Inc., et al | 09-7981 | K-5 |
| Barbara Word, et al | Gulf Stream Coach, Inc., et al | 09-7976 | C-10 |
| Carter, et al | Gulf Stream Coach and Shaw | | |
| Scieneaux, et al | Frontier, CH2M & TKTMJ | | |
| Scott, et al | Lakeside, CH2M & Razz | | |
| | | | |