UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 1873 SECTION: N(5) |
| This Document Relates to: *Charlie Age, et al. v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * * * * | JUDGE: ENGELHARDT MAG: CHASEZ |

## ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that the Unopposed Motion to Sever the Claims of Alana Alexander, Individually and on Behalf of Christopher Cooper filed on behalf of the Gulf Stream Coach, Inc. is hereby **GRANTED**.

New Orleans, Louisiana  8/11/09

_____
UNITED STATES DISTRICT JUDGE