Fleetwood Enterprises, Inc.                                      June 25, 2009

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE       MDL NO 1873
PRODUCTS LIABILITY LITIGATION
                                       SECTION "N" (5)
                                       JUDGE ENGELHARDT
                                       MAGISTRATE CHASEZ

THIS DOCUMENT IS RELATED TO

Elisha Dubuclet on behalf of
Timia Dubuclet vs. Fleetwood

VIDEOTAPED DEPOSITION OF
FLEETWOOD ENTERPRISES INC

June 25, 2009
10:07 a.m.

3649 Mission Inn Avenue
Riverside California

Reported by Gail Nesson CSR No 7010

## Page 2

1  APPEARANCES OF COUNSEL
2
3  For Plaintiff's Steering Committee:
4  BENCOMO & ASSOCIATES
   RAUL R. BENCOMO, ESQ
5  639 Loyola Avenue, Suite 2110
   New Orleans, Louisiana 70113
6  504 529 2929
   504 529.2018 Fax
7  ben_law@bellsouth.net
8
   For Fleetwood Enterprises Inc:
9
   NELSON, MULLINS RILEY & SCARBOROUGH LLP
10 RICHARD K. HINES V, ESQ.
   201 17th Street NW, Suite 1700
11 Atlanta, Georgia 30363
   404.322 6154
12 404.322.6050 Fax
   richard.hines@nelsonmullins.com
13    -and-
   LEAKE & ANDERSON LLP
14 JERRY L. SAPORITO, ESQ.
   1100 Poydras Street, Suite 1700
15 New Orleans, Louisiana 70163-1701
   504 585 7500
16 504.585.7775 Fax
   jsaporito@leakeanderson.com
17
18 For Fluor Enterprises, Inc.
19 MIDDLEBERG, RIDDLE & GIANNA
   CHARLES R. PENOT, JR., ESQ
20 717 North Harwood, Suite 2400
   Dallas, Texas 75201
21 214 220.6334
   214.220.6640 Fax
22 cpenot@midrid.com

## Page 3

1  APPEARANCES
2
3  For CH2M Hill Constructors Inc and Shaw Environmental
   Inc.:
4
   BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ PC
5  GERARDO R. BARRIOS, ESQ.
   3 Sanctuary Boulevard, Suite 201
6  Mandeville, Louisiana 70471
   985.819.8416
7  985.819.6716 Fax
   gbarrios@bakerdonelson.com
8
9  For Morgan Building and Spas:
10 MCGLINCHEY STAFFORD PLLC
   DAN E. WEST, ESQ.
11 301 Main Street, 14th Floor, One American Place
   Baton Rouge, Louisiana 70825
12 225 383 9000
   225.343.3076 Fax
13 dwest@mcglinchey.com
14
   For The United States:
15
   U.S. DEPARTMENT OF JUSTICE
16 CIVIL DIVISION
   MICHELE S. GREIF, ESQ.
17 1331 Pennsylvania Avenue NW
   Room 8022S, Nat'l Place
18 Washington, DC 20004
   202 353 2492
19 202.616.4473 Fax
   michele.greif@usdoj.gov

## Page 4

1  APPEARANCES
2
3  For Keystone RV Company, Thor California, Thor
   Industries, Dutchmen Manufacturing DS Corp (d/b/a
4  CrossRoads RV) and KZ RV, LP:
5  JONES, WALKER WAECHTER POITEVENT CARRERE &
   DENEGRE, L.L.P
6  RYAN JOHNSON ESQ.
   (A.M. participation via telephone)
7  REGINA HAMILTON, ESQ.
   (P.M. participation via telephone)
8  8555 United Plaza Boulevard, 5th Floor
   Baton Rouge, Louisiana 70809
9  225 248 2088
   225.248.3088 Fax
10 rhamilton@joneswalker.com
11
   For Bechtel National Inc :
12
   FRILOT L.L.C.
13 PETER R. TAFARO, ESQ.
   (Participation via telephone)
14 1100 Poydras Street, Suite 3700
   New Orleans, Louisiana 70163-3700
15 504 599 8060
   504.599.8152 Fax
16 PTafaro@frilot.com
17
   For Jayco Inc and Starcraft RV Inc.:
18
   WILLINGHAM FULTZ AND COUGILL
19 THOMAS COUGILL, ESQ.
   (Participation via telephone)
20 808 Travis, Suite 1608
   Houston Texas 77070
21 713.333.7600
   tomc@willingham-law.com



Toll Free: 800.300.1214
Facsimile: 951.784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

Fleetwood Enterprises, Inc.                                              June 25, 2009

## Page 5

```
 1              APPEARANCES
 2
 3   For Gulf Stream Coach, Inc.:
 4       DUPLASS, ZWAIN, BOURGEOIS, PFISTER & WEINSTOCK
         PHILIP WATSON, ESQ.
 5       (Participation via telephone)
         3838 North Causeway Boulevard, Suite 2900
 6       Metairie, Louisiana 70002
         504.832.3700
 7       504.837.3119 Fax
         pwatson@duplass.com
 8
 9   For Heartland Recreational Vehicles, LLC:
10       ALLEN & GOOCH
         LORI A. DAIGLE, ESQ.
11       (Participation via telephone)
         One Lakeway
12       3900 North Causeway Boulevard, Suite 1450
         Metairie, Louisiana 70002
13       504.836.5216
         504.836.5219 Fax
14       LoriDaigle@AllenGooch.com
15
     Also present:
16
         MARIO KYPRIANOU, VIDEOGRAPHER
17       ROBERT WOZNIAK
         FORREST THEOBALD
18       CRAIG BIAZO
19   For Recreation by Design, LLC, TL Industries Inc
         Frontier RV, Inc., PlayMor Trailers, Inc.:
20       GARRISON, YOUNT, FORTE & MULCAHY LLC
21       RANDALL C. MULCAHY, ESQ
22       (Participation via telephone)
         909 Poydras Street, Suite 1800
23       New Orleans, Louisiana 70112
         504.527.0680
24       504.527.0686 Fax
25       RMulcahy@GarrisonYount.com
```

## Page 6

```
 1              INDEX OF EXAMINATION
 2
 3   WITNESS: ROBERT WOZNIAK
 4   EXAMINATION                              PAGE
 5   By Mr Bencomo                     11  115  215
 6   By Ms Greif                              210
 7
 8   WITNESS: FORREST THEOBALD
 9   EXAMINATION
10   By Mr Bencomo                 41  94  133  223
11                                       246  249
12   By Ms Greif                              199
13   By Mr Hines                          235  248
14
15   WITNESS: CRAIG BIAZO
16   EXAMINATION
17   By Mr Bencomo                       73, 141  221
18   By Ms Greif                              147
19   By Mr Penot                              163
20
21       SECTION OF TRANSCRIPT REQUESTED TO BE MARKED
22            Page    Line
23             67     18
24
25
```

## Page 7

```
 1              INDEX TO EXHIBITS
 2
 3   Exhibit      Description                     Page
 4    1    FEMA Unit Specifications                250
 5         32FSH/32DFSH
 6
 7    2    Diagram                                 250
 8
 9    3    Pioneer 2006 Owner's Manual             250
10
11    4    Material Safety Data Sheet Urea         250
12         Formaldehyde Bonded Panel Products
13    5    Material Safety Data Sheet              250
14    6    Material Safety Data Sheet              250
15    7    Material Safety Data Sheet              250
16    8    Panel Products document                 250
17    9    FEMA Unit Specifications                250
18         32F/32FD
19
20   10    FEMA Unit Specifications                250
         32FSH/32DFSH
21   11    Limited One-Year Warranty document      250
22   12    Warranty document                       250
23   13    Important Notices and Warning           250
         document
24
     14    Warning document                        250
25
     15    Propane System document                 250
```

## Page 8

```
 1
      16   Document from Jim Croxton               250
 2
      17   RADCO Test Series 107                   250
 3
      18   RADCO Test document                     250
 4
      19   RADCO Test document                     250
 5
 6   Exhibit    Description                    Page
 7
 8    20   RADCO Fact Finding Report               250
           Formaldehyde Evaluation
 9
      21   RADCO Test document                     250
10
      22   RADCO Test document                     250
11
      23   RADCO Test Report Formaldehyde          250
12         Levels in New Homes Before, During
           and After Treatment with Ammonia
13
      24   RADCO Test Report, Large Scale          250
14         Test Method for Determining
           Formaldehyde Emissions by the
15         Large Chamber Method FTM 2-1983
16    25   RADCO Test document                     250
17    26   Number chart                            250
18    27   Number chart                            250
19    28   Fleetwood Memorandum dated August       250
           20 2004
20
21    29   FEMA Model Travel Trailer               250
           Procurement Specifications
22    30   Important Notice document               250
      31   FEMA Procedure Storage Site Manual      250
23         Fall 2005
24
25    32   Exhibit 8                               250
```



ESQUIRE
an Alexander Gallo Company

Toll Free: 800 300 1214
Facsimile: 951 784 9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

Fleetwood Enterprises, Inc.                                June 25, 2009

### 9

1  DEPOSITION OF FLEETWOOD ENTERPRISES, INC.
2  June 25 2009
3
4  THE VIDEOGRAPHER: We are now going on the video
5  record
6  Today is 10:07 a m.
7  Can we do a test? Can you say something?
8  THE WITNESS: Good morning
9  THE VIDEOGRAPHER: Thank you  Sorry about that.
10 Going on the record at 10:07 a m.
11 This is Aldridge versus Gulf Stream Coach
12 What's the case, please?
13 MR SAPORITO: That is on the deposition notice
14 Have you got something?
15 MR BENCOMO: Obviously not. That should be
16 Aldridge versus Fleetwood Enterprises
17 THE VIDEOGRAPHER: Off the record
18 (Discussion off the record)
19 THE VIDEOGRAPHER: Okay
20 We are going on the video record at 10:10 a m
21 The case is Dubuclet versus Fleetwood Inc. MDL
22 No 1873, Section N Magistrate 5 in re FEMA Trailer
23 Formaldehyde Products Liability Litigation
24 The witness is Robert Wozniak
25 The location of the deposition is 3649 Mission

### 10

1  Avenue Mission Inn Hotel
2  Would everybody present please identify
3  themselves for the record
4  MR. BENCOMO: My name is Raul Bencomo on behalf
5  of the Plaintiffs Elisha Dubuclet on the behalf Timia
6  Dubuclet
7  MS GREIF: Michele Greif with the
8  United States
9  MR WEST: Dan West with Morgan Building and
10 Spas.
11 MR. BARRIOS: Gerry Barrios for CH2M Hill
12 Constructors Inc and Shaw Environmental
13 MR PENOT: Charles Penot representing Fluor
14 Enterprises Inc
15 MR SAPORITO: Jerry Saporito representing
16 Fleetwood.
17 MR HINES: Richard Hines representing Fleetwood
18 in its various capacities
19 Also for the record while you did say that
20 Mr Wozniak was the witness, really, the witness is
21 Fleetwood and there will be a number of speaking
22 witnesses since Fleetwood in its corporate capacity
23 cannot actually speak
24 THE WITNESS: And I m Robert Wozniak.
25 THE VIDEOGRAPHER: The witness may now be sworn

### 11

1  in.
2  ROBERT WOZNIAK,
3  having been first duly sworn testifies as follows:
4  EXAMINATION
5  BY MR BENCOMO:
6  Q  Would you please state your name for the record
7  sir
8  A  Robert Wozniak
9  Q  What is your home address?
10 A  16463 Rancho Escondido Drive, Riverside
11 California.
12 MR PENOT: Raul I m sorry  I thought we were
13 going to put some procedural matters on the record first
14 MR BENCOMO: Go ahead
15 MR PENOT: I don t want to waste a lot of time
16 for you  but I do want to note on the record an objection
17 on behalf of Fluor Enterprises, Inc and reserve -- to
18 the deposition going forward today and reserve the right
19 to seek -- to continue the deposition or seek further
20 questioning of Fleetwood witnesses if necessary for the
21 following reason
22 No reflection whatsoever on any counsel in the
23 case, whether plaintiff or defendant or Fleetwood or
24 Fleetwood corporation. I think everybody has
25 demonstrated that they're working in absolute good faith

### 12

1  to try to get things done  but the reality is with
2  respect to the court this is an incredibly compressed
3  schedule and as a result 30(b)(6) categories I don t
4  believe were provided to Fleetwood until only days
5  before this deposition
6  Fluor did not get to see those and have input
7  into any cross designations in time.
8  More than 10 000 pages I think of documents
9  have been produced by Fleetwood who may be -- I may have
10 this wrong but possibly through May late May more than
11 10,000 pages of documents have been produced by
12 Fleetwood but just within the past 48 hours another
13 3,800 pages of documents have been produced some as late
14 as 6:00 o'clock last night by e-mail
15 Again that's not a reflection on any counsel or
16 any party They're trying to do their best
17 It's just not possible to digest that volume of
18 information to do justice for my client in those time
19 periods
20 If necessary I reserve the right to go to the
21 court to try to demonstrate good cause for a continuation
22 of this deposition.
23 MR BARRIOS: CH2M Hill joins in that objection.
24 MS GREIF: So does the United States
25 MR. BENCOMO: We, obviously, as plaintiffs also



ESQUIRE
an Alexander Gallo Company

Toll Free: 800 300 1214
Facsimile: 951 784 9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www esquiresolutions com

Fleetwood Enterprises, Inc.                                     June 25, 2009

### 21

1  THE WITNESS: It's my understanding that FEMA
2  trailers were a specific design that met the
3  specifications put out by FEMA.
4  BY MR BENCOMO:
5  Q  Did you review the specifications provided by
6  FEMA and compare or contrast them to the specifications
7  of other travel trailers produced by Fleetwood?
8  MR HINES: Let me object to form and
9  foundation. Clarify. We did not get specifications
10 directly from FEMA. We got specifications sent to us
11 through Morgan.
12 THE WITNESS: Can I have the question again
13 please.
14 MR BENCOMO: Would you please read the question
15 back Ms Court Reporter
16 (Record read)
17 THE WITNESS: No I did not.
18 BY MR BENCOMO:
19 Q  I'm going to show you a document and ask you if
20 you can identify this particular document for the record
21 A  The document looks familiar yes
22 Q  What does that document represent, if you know?
23 A  There's a Bates number in the corner that is
24 FLE-00006492 It's dated November 17th 2005 and it
25 looks like some type of a summary of what the FEMA unit

### 22

1  specifications would have been
2  Q  Did you ever have the opportunity to review
3  those FEMA unit specifications in connection with your
4  role at Fleetwood?
5  A  In preparation for this deposition I did, yes
6  Q  What about while the trailers were either being
7  built or before they were built?
8  A  I did not get involved with that at that point
9  Q  Who would have been involved with that?
10 A  The travel trailer product development group
11 Q  Who headed that group at the time?
12 A  I'm not really sure who that was at that time
13 Q  What type of trailer is that particular
14 specification? Do you know?
15 A  What do you mean by "type," sir?
16 Q  It says "FEMA Unit Specifications"; is that
17 correct?
18 A  Yes
19 Q  What is that unit called?
20 A  On this, it's designated as a model 32FSH or a
21 model 32DFSH
22 Q  Do you know what that particular model is?
23 A  To my understanding from preparation for this
24 deposition, it's conventional travel trailers
25 MR. BARRIOS: Is this Exhibit 1?

### 23

1  MR BENCOMO: Not yet.
2  Q  When you say that you first saw it in
3  preparation for this deposition who presented that
4  document to you?
5  A  Counsel.
6  Q  Which counsel are you referring to?
7  A  Right here
8  Q  Mr. Hines
9  Now I'm going to show you another document
10 which is a diagram of a travel trailer, and ask if you
11 can tell us what type of travel trailer that is
12 MR PENOT: Could we have the Bates numbers
13 THE WITNESS: Yes The document I was given is
14 Bates No FLE-00006494.
15 And this is a floor plan of what research has
16 indicated to be a 32FSH trailer.
17 BY MR BENCOMO:
18 Q  Does the No 32 mean anything?
19 A  No
20 Q  So it doesn't stand for, like, 32-foot trailer?
21 A  I'd have to look at the specifications, but
22 that's a model designation
23 Q  Those particular trailers they contain I'm
24 assuming, a bedroom area, a kitchen area and so on and
25 so forth; is that correct?

### 24

1  A  That's correct
2  Q  Before a trailer like that is delivered to the
3  ultimate consumer by Fleetwood you know that that
4  trailer is going to be used as something for someone to
5  live in; is that correct?
6  A  Fleetwood does not deliver anything directly to
7  consumers We always have somebody between us and the
8  consumer So the dealer typically makes the delivery to
9  the consumer
10 Q  Other than the fact that you don't deliver
11 directly to the consumers are you aware that that
12 trailer is going to be used as a habitation?
13 A  Yes
14 Q  Now I'm going to ask you to refer to the
15 owner's manual if you will
16 I have some questions I want to go through with
17 you If you would be kind enough to identify that entire
18 document with the Bates number the initial Bates number
19 and if you'll notice right in the center there is a
20 Bates number
21 A  The document I have in front of me is a Pioneer
22 FEMA Owner's Manual, 2006 version with a Bates number on
23 it on the top page of PSC021468.
24 MR HINES: Let me just also add that there's a
25 concomitant Fleetwood Bates number which inclusively runs



ESQUIRE
an Alexander Gallo Company

Toll Free: 800.300.1214
Facsimile: 951 784 9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

Fleetwood Enterprises, Inc.                                    June 25, 2009

### 29

1  the FEMA trailers.
2  Q  My question though is: Is there any
3  documentation or information that you have you being
4  Fleetwood, that would suggest that this trailer when
5  inhabited by Ms. Dubuclet and her family was not
6  subjected to normal use?
7      MR. HINES: Let me just object to that
8  particular question because it's not a category covered
9  by the 30(b)(6)  He certainly was not prepared on that
10 particular subject matter in that question
11     He can certainly answer questions with respect
12 to the warranty manual.
13     With respect to that question, he just found
14 that the Dubuclet unit itself is an issue in this case
15 seven days ago  eight days ago  I think it's premature
16 to ask.
17     I also think it is beyond the scope of the
18 30(b)(6) notice
19     MR. BENCOMO: Richard, if I may  one of the
20 things is if we're going to keep it open for all of these
21 things we're going to have to come back yet again for
22 other issues. You have two other gentlemen here, and the
23 question is going to be asked of them also.
24     The question is really very simple  Are there
25 any records that I could look at that would suggest that

### 30

1  this trailer  Dubuclet trailer, was not subjected to
2  normal use?  Either there are or there aren't.
3      MR. HINES: I don't know whether there are. We
4  haven't looked for any
5      THE WITNESS: I don't know  As an engineering
6  function, I would not know that.
7  BY MR. BENCOMO:
8  Q  Who that is in this room would know the answer
9  to that question?  Would it be Mr. Theobald, or would it
10 be Mr. Biazo?
11 A  I don't know what they know
12     MR. HINES: I'll say that no one does. They
13 haven't been designated to look for that
14 BY MR. BENCOMO:
15 Q  Let me then  be general as opposed to specific
16    Does Fleetwood keep a file on each travel
17 trailer that it sells?
18 A  To my understanding, yes.
19 Q  Now  does that file contain any information
20 about whether or not a particular trailer has been
21 subjected to normal use by the inhabitants of that
22 trailer?
23 A  It's my understanding that what I will call a
24 unit file contains all the information related to that
25 travel trailer that has been received by Fleetwood. It's

### 31

1  my belief that typically includes the paperwork that goes
2  to the dealer and any other subsequent correspondence or
3  contacts related to that unit. As such  each unit file
4  is unique to itself
5      MR. BENCOMO: And I believe, then  that that is
6  one of the files that was just located
7      Is that correct, Mr. Hines?
8      MR. HINES: Right. We've got the original here
9  for you to look at if you want to look at it.
10     MR. BENCOMO: Obviously we don't have time to
11 look at it now
12     MR. HINES: It's six pages long  I will say
13 this  The file is here in its original format  The only
14 thing -- you're free to look at it  The only thing the
15 file contains is a build checklist for the build of the
16 unit  There are no subsequent data, information, slips
17 of paper  otherwise indicating anything beyond the
18 shipment date of 3/28/06
19 BY MR. BENCOMO:
20 Q  Now  look at the same document --
21     MR. HINES: 4/28 -- 3/28.
22 BY MR. BENCOMO:
23 Q  -- of the right-hand column where it reads  Any
24 implied warranties.
25     Do you see that?

### 32

1  A  I do.
2  Q  Would you mind reading that particular paragraph
3  into the record
4  A  It says "Any implied warranties, including  but
5  not limited to, the implied warranties of workmanlike
6  construction  habitability, merchantability and fitness
7  for a particular use are limited in duration to the
8  duration of this one-year warranty "
9  Q  Now, do you know what the warranty of
10 habitability is?
11 A  I cannot define that
12 Q  Do you know -- or how do you define the word
13 'habitability"?
14 A  I just said I don't know how to define it.
15 Q  My question was "How do you define the warranty
16 of habitability, to which you responded, "I don't know
17 how to answer that or how to define that "
18     Then if I asked you a more specific question
19 which has to do not with warranty  but it has to do with
20 the word "habitability," how would you, an engineer
21 define 'habitability"?
22 A  That the user of the recreational vehicle would
23 be able to eat and sleep in the unit
24 Q  Have you ever looked up the definition of the
25 word "habitability' in any dictionary?



Toll Free: 800 300 1214
Facsimile: 951 784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com

Fleetwood Enterprises, Inc.      June 25, 2009

### 37

1. to work with Fleetwood; is that correct?
2.   A  It could have been during my education someplace
3. even too, yes
4.   Q  How far back do we go when you last had your
5. education? How many years back would that be?
6.   A  I graduated from college in 1974
7.   Q  Now the second sentence of that paragraph reads
8. and you just read quote 'The companies that supply us
9. with these materials have asked that we tell you about
10. urea formaldehyde with the statements on this page '
11. Did you ever have any conversation with any of
12. the suppliers of your components where they asked you
13. that you tell the consumers about urea formaldehyde?
14.   A  I did not have those conversations
15.   Q  Do you know of anyone at Fleetwood who had those
16. conversations?
17.   A  It's my belief that those conversations were
18. held even before I got there.
19.     MR HINES: Let me also put on the record, as
20. you know he has not been offered as a corporate witness
21. on that subject
22. You can certainly ask him some of these personal
23. questions about him and formaldehyde The 30(b)(6)
24. witness on formaldehyde is Mr Theobald not Mr Wozniak
25.     MR. BENCOMO: That's why I also broke it down to

### 38

1. ask him if he personally --
2.     MR HINES: I understand I understand
3. BY MR BENCOMO:
4.   Q  Who was responsible for this language that is
5. contained that you just read about 'The companies that
6. supply us with these materials ask that we tell you about
7. urea formaldehyde ?
8.   A  I do not know
9.     MR HINES: Mr Theobald would know
10.     THE WITNESS: That would be an assumption
11.     MR HINES: That's my statement for the record
12.     MR. BENCOMO: <u>Richard, I would appreciate it if
13. you would just not keep injecting.</u>
14.     MR HINES: We're here for a 30(b)(6) not a
15. personal deposition I m just trying to keep moving in
16. the right direction
17.     MR. BENCOMO: I understand We're going to
18. move believe me. We'll move exactly as I'm trying to
19. move
20.   Q  Did you ever tell any consumer that you
21. Fleetwood, had conducted tests pertaining to urea
22. formaldehyde as early as the late 1970s?
23.     MR HINES: Let me object to your asking this
24. witness that question because he's not being offered as a
25. 30(b)(6) witness.

### 39

1. If you want to ask him personally then,
2. otherwise we're going to run into an issue of his saying
3. perhaps one thing and then Mr Theobald who knows the
4. answers to these questions will address that very
5. subject matter
6. I can't tell whether you're asking a personal
7. question or a corporate 30(b)(6) question
8. When you say 'you' you're talking about the
9. corporation. He can answer on his behalf
10.     MR BENCOMO: It would be interesting if they
11. both had different answers. Based on what you just said
12. he might say one thing and Mr Theobald might say
13. another
14.     MR HINES: He may say he personally had no
15. conversation He may say the corporation did for
16. example
17.     MR BENCOMO: We're going to get that from
18. Theobald He's listening
19. I'll tell you what Why don't we then, for the
20. time being why don t we get Mr Theobald sworn in so
21. that he can maybe answer some of these questions
22.     MR. HINES: Sure That s fine
23.     THE VIDEOGRAPHER: Off the record at 10:20 a m
24. (Recess taken)
25. (On written record only)

### 40

1.     MR BENCOMO: We're on the record
2. Richard as you and I have discussed I think
3. on a number of occasions Mr Theobald you represented
4. to me, is the general counsel of Fleetwood and you are
5. actually offering him as the individual who has the
6. knowledge pertaining to issues surrounding formaldehyde
7. and possibly other issues
8. Along those lines you are not going to be
9. interposing objections about privileges because of his
10. role as counsel; is that correct?
11.     MR HINES: Well, yeah I think as a very
12. general statement that s correct just as if he were a
13. nonlawyer and you were asking him questions There may
14. be a question that would be covered by the
15. attorney-client privilege because of that particular
16. communication I'm going to be very liberal because we
17. have offered him as a fact witness.
18. He will certainly be -- we have discussed he
19. will talk to you about anything that is of a public
20. record, public filing public position taken by
21. Fleetwood
22. If there is some particular area that I feel
23. that would be subject to the attorney-client
24. privilege -- I'm not going to sit here and waive it in
25. advance. I will assert it at that point, but I'm going



ESQUIRE
an Alexander Gallo Company

Toll Free: 800 300.1214
Facsimile: 951 784.9520

Suite 640
3801 University Avenue
Riverside, CA 92501
www.esquiresolutions.com