UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| THIS DOCUMENT RELATES TO | * | |
| CIVIL ACTION NO. 2:07-cv-9228 | * | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | * | |
| *(Elisha Dubuclet obo Timia Dubuclet v.* | * | MAGISTRATE JUDGE CHASEZ |
| *Fleetwood Fluor Enterprises, Inc. and FEMA)* | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF
## PLAINTIFFS' MOTION FOR PROTECTIVE ORDER

Plaintiffs, Elisha Dubuclet and her minor child, Timia Dubuclet, respectfully request that this Court enter a protective order prohibiting the parties and their attorneys from making "speaking objections" at depositions in this matter.

In *Breaux*, Magistrate Roby explained that "speaking objections," which "suggest an answer to the witness," are "prohibited during depositions":

> The Court ... notes that it is "common to refer to objections that are argumentative or which suggest an answer to the witness as 'speaking objections.'" In Re Stratosphere Corp. Sec. Litig., 182 F.R.D. 614, 617 (D.Nev.1998). **These "speaking objections" are prohibited during depositions.** Wilson v. Sundstrand Corp., CIV.A.99-6944, 2003 WL 21961359 (N.D.Ill. Aug.18, 2003). Under this Rule "[c]ounsel's statements when making objections should be succinct and verbally economical, stating the basis of the objection and nothing more." Damaj v. Farmers Ins. Co., 164 F.R.D. 559, 561 (N.D.Okla.1995).

*Breaux v. Haliburton Energy Services*, No. 04-1636, 05-0896, 05-0897, 2006 WL 2460748 (E.D. La. Aug. 22, 2006) (Roby, M.J.) (emphasis added).

At the June 25, 2009 corporate deposition of Fleetwood Enterprises, Inc., counsel for Fleetwood, Mr. Hines, made numerous comments and "speaking objections" which suggested answers to the witnesses present. *See* Exhibit 1, Deposition of Fleetwood Enterprises, Inc., June 25, 2009, at 38, 57-58, 63, 64, 65-66, 77-78, 84-85, 91-92, 103-104, 123-124, 229, 230.

Undersigned counsel objected on the record seven times, requesting that opposing counsel refrain from such speaking objections:

- "Richard, I would appreciate it if you would just not keep injecting" (Exhibit 1 at 38);

- "Also that was a speaking objection. I'm going to ask you to please refrain from speaking objections.... Richard, please. That's a speaking objection. Just object, and then he can answer the question subject to the objection." (Exhibit 1 at 78);

- "Richard, please, it's a speaking objection. You can't keep having speaking objections." (Exhibit 1 at 91);

- "It's not right for you to mention it came after a certain case. You're giving him information that he may not have had prior to your statement." (Exhibit 1 at 91-92);

- "I'm asking you because, really, this is--none of the other depositions have gone like this .... You keep having speaking objections, which I object to." (Exhibit 1 at 92);

- "Richard, please just object and don't give the rationale behind the objection. Just give the technical basis." (Exhibit 1 at 104);

- "I would appreciate the objection and not the speaking objection." (Exhibit 1 at 124).

Nevertheless, opposing counsel continued to make improper speaking objections. Plaintiffs respectfully request that this Court order *all* parties and all counsel to refrain from such improper objections.

## CONCLUSION

Plaintiffs pray for that this Court enter an order prohibiting all counsel from making "speaking objections," i.e., objections which are argumentative or which suggest an answer to the witness, at the upcoming continuation of the deposition of Fleetwood Enterprises, Inc., scheduled to resume on Tuesday, August 18, 2009, and at all future depositions.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

_/s/ Raúl R. Bencomo_
RAÚL R. BENCOMO, La. Bar No. 2932
**PLAINTIFFS' CO-LIAISON COUNSEL**
BENCOMO & ASSOCIATES
639 Loyola Avenue, Suite 2110
New Orleans, LA 70113
Telephone: (504) 529-2929
Facsimile: (504) 529-2018
E-mail: ben_law@bellsouth.net

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
GERALD E. MEUNIER (LA Bar #9471)
JUSTIN I. WOODS (LA Bar #24713)
LINDA J. NELSON (LA Bar #9938)
FRANK J. D'AMICO JR. (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail (CM/ECF) addressed this 12th day of August, 2009.

                                                */s/ Raúl R. Bencomo*
                                             RAÚL R. BENCOMO