UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| THIS DOCUMENT RELATES TO | * | |
| CIVIL ACTION NO. 2:07-cv-9228 | * | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | * | |
| *(Elisha Dubuclet obo Timia Dubuclet v.* | * | MAGISTRATE JUDGE CHASEZ |
| *Fleetwood Fluor Enterprises, Inc. and FEMA)* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT *Plaintiffs' Motion for Protective Order*, filed by Plaintiffs, Elisha Dubuclet and her minor child, Timia Dubuclet, is set for hearing before Magistrate Judge Chasez on September 2, 2009, at 11:00 a.m.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

_/s/ Raúl R. Bencomo_
RAÚL R. BENCOMO, La. Bar No. 2932
**PLAINTIFFS' CO-LIAISON COUNSEL**
BENCOMO & ASSOCIATES
639 Loyola Avenue, Suite 2110
New Orleans, LA  70113
Telephone:  (504) 529-2929
Facsimile:   (504) 529-2018
E-mail:     ben_law@bellsouth.net

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
GERALD E. MEUNIER (LA Bar #9471)
JUSTIN I. WOODS (LA Bar #24713)
LINDA J. NELSON (LA Bar #9938)
FRANK J. D'AMICO JR. (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail (CM/ECF) addressed this 12th day of August, 2009.

                                            */s/ Raúl R. Bencomo*
                                            RAÚL R. BENCOMO