UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE | * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: N (5) |
| THIS DOCUMENT RELATES TO | * | |
| CIVIL ACTION NO. 2:07-cv-9228 | * | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.* | * | |
| *(Elisha Dubuclet obo Timia Dubuclet v.* | * | MAGISTRATE JUDGE CHASEZ |
| *Fleetwood Fluor Enterprises, Inc. and FEMA)* | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Plaintiffs' Motion for Protective Order:

IT IS ORDERED that Plaintiffs' Motion for Protective Order is GRANTED;

IT IS FURTHER ORDERED all counsel are prohibited from making "speaking objections," i.e., objections which are argumentative or which suggest an answer to the witness, at the upcoming continuation of the deposition of Fleetwood Enterprises, Inc., scheduled to resume on Tuesday, August 18, 2009, and at all future depositions.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
UNITED STATES MAGISTRATE JUDGE