UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE * | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION * | |
| * | SECTION: N (5) |
| THIS DOCUMENT RELATES TO * | |
| CIVIL ACTION NO. 2:07-cv-9228 * | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.** | |
| *(Elisha Dubuclet obo Timia Dubuclet v.* * | MAGISTRATE JUDGE CHASEZ |
| *Fleetwood Fluor Enterprises, Inc. and FEMA)* * | |
| * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' MOTION, AND INCORPORATED MEMORANDUM, FOR
EXPEDITED CONSIDERATION OF
MOTION FOR PROTECTIVE ORDER**

NOW COME Plaintiffs, Elisha Dubuclet and her minor child, Timia Dubuclet, through undersigned counsel, who respectfully request that this Honorable Court grant expedited consideration to *Plaintiffs' Motion for Protective Order* for the following reasons:

1. Plaintiffs seek a protective order to prohibit all counsel from engaging in "speaking objections," i.e., objections which are argumentative or which suggest an answer to the witness, at the continuation of the deposition of Fleetwood Enterprises, Inc., which is scheduled to resume on **Tuesday, August 18, 2009**.

2. Plaintiffs believe that it is necessary for this Court to rule on this motion before the beginning of the deposition, to prevent unnecessary delays during the deposition, and in the interests of justice, and respectfully request expedited consideration of their motion before Tuesday, August 18, 2009.

WHEREFORE, Plaintiffs pray for expedited consideration of their *Plaintiffs' Motion for Protective Order* before Tuesday, August 18, 2009.

Respectfully submitted,

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

*/s/ Raúl R. Bencomo*
RAÚL R. BENCOMO, La. Bar No. 2932
**PLAINTIFFS' CO-LIAISON COUNSEL**
BENCOMO & ASSOCIATES
639 Loyola Avenue, Suite 2110
New Orleans, LA   70113
Telephone:  (504) 529-2929
Facsimile:   (504) 529-2018
E-mail:      ben_law@bellsouth.net

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
GERALD E. MEUNIER (LA Bar #9471)
JUSTIN I. WOODS (LA Bar #24713)
LINDA J. NELSON (LA Bar #9938)
FRANK J. D'AMICO JR. (LA Bar #17519)
MATT MORELAND (LA Bar #24567)
ROBERT M. BECNEL (LA Bar #14072)
ANTHONY BUZBEE (TX #24001820)
MIKAL WATTS (TX #20981820)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon counsel for all parties by electronic mail (CM/ECF) addressed this 12th day of August, 2009.

*/s/ Raúl R. Bencomo*
RAÚL R. BENCOMO