UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE FEMA TRAILER FORMALDEHYDE * | | MDL NO. 07-1873 |
| PRODUCTS LIABILITY LITIGATION * | | |
| * | | SECTION: N (5) |
| THIS DOCUMENT RELATES TO * | | |
| CIVIL ACTION NO. 2:07-cv-9228 * | | JUDGE ENGELHARDT |
| *Aldridge, et al. v. Gulf Stream Coach, Inc., et al.** | | |
| *(Elisha Dubuclet obo Timia Dubuclet v.* * | | MAGISTRATE JUDGE CHASEZ |
| *Fleetwood Fluor Enterprises, Inc. and FEMA)* * | | |
| * | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing *Plaintiffs' Motion, and Incorporated Memorandum, for Expedited Consideration of Motion for Protective Order* filed by Plaintiffs, Elisha Dubuclet and her minor child, Timia Dubuclet;

IT IS ORDERED that Plaintiffs' motion is GRANTED and *Plaintiffs' Motion for Protective Order* is set for hearing on August _____, 2009, at _____ o'clock.

New Orleans, Louisiana, this _____ day of August, 2009.

_____
UNITED STATES MAGISTRATE JUDGE