( ITATION

ANGELA SULLIVAN, ON BEHALF OF HER
MINOR SON, JUDE DIAZ



2936   Case: **113-908**

Division: **D**

Versus

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

GULF STREAM COACH, INC.,
FLUOR ENTERPRISES, INC.,
SHAW ENVIRONMENTAL, INC., and
CH2M HILL CONSTRUCTORS, INC.

TO: CH2M HILL CONSTRUCTORS, INC.
THRU ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA 70808

**FILED**

JUL 20 2009

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **COMPLAINT FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 1ST day of JULY, 2009.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

LLB/A. SULLIVAN
www.stbclerk.com

/S/Lisa L. Borden

*I made service on the named party through the CT Corporation by tendering a copy of this document — JUL 13 2009 — LISA AUTRICH, Deputy Sheriff, Baton Rouge, Louisiana*

DOMICILIARY
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile, _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____.

Sheriff

PERSONAL
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.

Sheriff

**EXHIBIT "1"**

# CITATION

ANGELA SULLIVAN, ON BEHALF OF HER
MINOR SON, JUDE DIAZ



27.22

Case: **113-908**

Division: **D**

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

Versus

GULF STREAM COACH, INC.,
FLUOR ENTERPRISES, INC.,
SHAW ENVIRONMENTAL, INC., and
CH2M HILL CONSTRUCTORS, INC.

TO: SHAW ENVIRONMENTAL, INC.,
THRU ITS AGENT FOR SERVICE OF PROCESS:
CT CORPORATION SYSTEM
5615 CORPORATE BOULEVARD, SUITE 400B
BATON ROUGE, LA

**FILED**

JUL 20 2009

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **COMPLAINT FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 1ST day of JULY, 2009.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

LLB/A. SULLIVAN
www.stbclerk.com

/S/Lisa L. Border

*I made service on the named party by tendering a copy of this document to CT Corporation, Baton Rouge, Louisiana JUL 13 2009 /s/ LISA AUTTECH Deputy Sheriff*

**DOMICILIARY**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard _____, ____.

_____
Sheriff

**PERSONAL**
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.

_____
Sheriff

# CITATION

ANGELA SULLIVAN, ON BEHALF OF HER
MINOR SON, JUDE DIAZ



29.36

Case: 113-908

Division: D

Versus

34th Judicial District Court
Parish of St. Bernard
State of Louisiana

GULF STREAM COACH, INC.,
FLUOR ENTERPRISES, INC.,
SHAW ENVIRONMENTAL, INC., and
CH2M HILL CONSTRUCTORS, INC.

TO: FLUOR ENTERPRISES, INC.
THRU ITS AGENT FOR SERVICE OF PROCESS:
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA

**FILED**

JUL 15 2009

CLERK OF COURT
ST. BERNARD PARISH

YOU HAVE BEEN SUED. Attached to this Citation is a certified copy of **COMPLAINT FOR DAMAGES**. The Petition tells you what you are being sued for.

You must either DO WHAT THE PETITION ASKS, OR WITHIN FIFTEEN (15) DAYS after you have received these documents, you must file an answer or other legal pleadings in the office of the Clerk of Court at the St. Bernard Parish Courthouse, 1100 W. St. Bernard Hwy, Chalmette, LA 70043.

If you do not do what the Petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) DAYS, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for St. Bernard Parish, Louisiana on the 1ST day of JULY, 2009.

Lena R. Torres
Clerk of Court
Parish of St. Bernard

By: _____
Deputy Clerk

LLB/A. SULLIVAN
www.stbclerk.com

/S/Lisa L. Borden

I made service on the named party
by tendering a copy of this document to
JEANNINE
JUL 13 2009
Corporation Services

DOMICILIARY
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ by leaving the same at _____ domicile _____ this Parish in the hands of _____ a person apparently over the age of 14 years living and residing in said domicile, whose name and other facts, connected with this service I learned by interrogating the same _____ the said _____ being absent from _____ domicile at the time of said service.
Returned Parish of St. Bernard_____, ____.

_____
Sheriff

PERSONAL
Received Parish of St. Bernard on the ____ day of _____, ____ and on the ____ day of _____, ____, I served a copy of the within _____ on _____ on _____ at _____ this Parish his usual place of domicile, in the Parish of St. Bernard, by handling and delivering the same to in
Returned Parish of St. Bernard _____, ____.

_____
Sheriff