## CITATION

**JAMES W THOMPSON**

Versus

**CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ET AL**



Case: 099261
Division: 1
22nd Judicial District Court
Parish of Washington
State of Louisiana

To: SHAW ENVIRONMENTAL
CT CORPORATION SYSTEM
5615 COPORATE BLVD
SUITE 400 B
BATON ROUGE, LA

Parish of Washington

You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof.

Herein fail not or judgment will be rendered against you by default.

Witness the Honorable WILLIAM J BURRIS, Judge of said Court, this 1ST day of JULY, 2009.

_____
Deputy Clerk of Court for
Johnny D. Crain, Clerk of Court

Attorney:
PENTON

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of
_____, 20____ served the above named party as follows:

**Personal Service** on the party herein named _____
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____

Service     $ _____
Mileage     $ _____
Total       $ _____

made service by tendering a copy of this document to CT Corporation through the named party LISA UTTECH
JUL 13 2009
Deputy Sheriff
Parish of East Baton Rouge, Louisiana

RECEIVED JUL 10 2009 E.B.R. SHERIFF'S OFFICE

[ FILED COPY ]

**EXHIBIT "1"**

## CITATION

**JAMES W THOMPSON**

Versus

**CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ET AL**

Case: 099261
Division: I
22nd Judicial District Court
Parish of Washington
State of Louisiana

To: FLUOR ENTERPRISES, INC.
CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA

Parish of Washington

You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof.

Herein fail not or judgment will be rendered against you by default.

Witness the Honorable WILLIAM J BURRIS, Judge of said Court, this 1ST day of JULY, 2009.

*M Chauvin*

Deputy Clerk of Court for
Johnny D. Crain, Clerk of Court

Attorney:
PENTON

---

### Service Information

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of __RECEIVED__, 20____

Service    $_____            JUL 0 9 2009
Mileage    $_____            E.B.R. SHERIFF'S OFFICE
Total      $_____

By: *Deputy Sheriff*

I made service by tendering a copy of this Corporation on the head of this Corporation Services of this document to JEANNINE SCHUTTE High of East Baton Rouge, Louisiana

[ FILED COPY ]

# CITATION

JAMES W THOMPSON

Versus

CRUM & FORSTER SPECIALTY INSURANCE COMPANY, ET AL

Case: 099261
Division: J
22nd Judicial District Court
Parish of Washington
State of Louisiana

To: CH2M HILL CONSTRUCTORS, INC
5615 CORPORATE BLVD
SUITE 400 B
BATON ROUGE, LA

Parish of Washington

You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof.

Herein fail not or judgment will be rendered against you by default.

Witness the Honorable WILLIAM J BURRIS, Judge of said Court, this 1ST day of JULY, 2009.

M. Chauvin

Deputy Clerk of Court for
Johnny D. Crain, Clerk of Court

Attorney:
PENTON

## Service Information

Received on the _____ day of _____, 20 ____ and on the _____ day of _____, 20 ____ served the above named party as follows:

Personal Service on the party herein named _____
Domiciliary Service on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____

Service     $ _____
Mileage     $ _____
Total       $ _____

I made service on the named party this ____ day of JUL 13 2009 by tendering a copy of this document to CT Corporation, through the Deputy Sheriff, Parish of East Baton Rouge, Louisiana

SAUTTECH

[ FILED COPY ]