UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT DEVLIN, LUCA DEVLIN, AND JOHNNIE SPEER | * | CIVIL ACTION NO.: 07-7018 CONSOLIDATED WITH MDL NO. 1873 |
| | * | |
| Plaintiffs | | SECTION: " N " |
| | * | |
| | | JUDGE: ENGELHARDT |
| VS. | * | |
| | | |
| FLEETWOOD ENTERPRISES, INC., ET AL | * | |
| | | MAGISTRATE: CHASEZ |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*

**The Devlin and Speer Plaintiffs' Motion for Leave to File
a Second Amended Complaint**

**NOW INTO COURT**, through undersigned counsel, comes the Devlin and Speer plaintiff's who respectfully request that a leave of court be granted to file a Second Amended Complaint.

**WHEREFORE,** for the reasons set forth in this motion and attached memorandum, the plaintiff's, respectfully request this Honorable Court grant a leave of court to file Plaintiffs' Second Amended Complaint.

-1-

RESPECTFULLY SUBMITTED:

**WILLIAMS LAW OFFICE, LLC**

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr. #26773
3021 35TH St., Ste. B
Metairie, Louisiana 70001
Telephone:(504) 832-9898
Facsimile: (504) 832-9838
eric@toxictortlaw.net
**Lead Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that a copy of the foregoing pleading has been served upon all known counsel of record, by electronic filing.

/s/ L. Eric Williams, Jr.
L. Eric Williams, Jr.