**Exhibit "A"**

| Date | Activity | Subject-Matter | Mode | PSC | GSC | Fluor | US Time Alloted | Time |
|---|---|---|---|---|---|---|---|---|
| **Day One** | | | | | | | | |
| | **Voir Dire/Seating Jury** | | **Live** | | | | | 2:00 |
| | **Opening Statements** | | **Live** | **0:45** | **0:45** | 0:45 | 0:45 | 3:00 |
| | **Reading of Stipulations** | | **Live** | | | | | |
| | **Admission Exh.** | | **Live** | | | | | |
| | **Scott, Jeremiah** | **Chris Cooper's Coach** | **Live** | **0:15** | **0:20** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Davis, Alan** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Freiberger, Don** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Jacquez, Frank** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Freiberger, Karen** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Urbanski, Mike** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Dhaeze, Ron** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Shaffer, Don** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **McCreary, Patrick** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Hoover, Michelle** | **Former GSC E/E** | **Live** | **0:15** | **0:30** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |
| | **Abbott, Ed** | **GSC Engineering Manager** | **Video** | **0:15** | **0:15** | 0:05-0:15 | 00:05 to 00:15 (?) | |
| | **Esparza, Linda** | **Former GSC E/E** | **Video** | **0:15** | **0:20** | 0:05-0:15 (?) | 00:05 to 00:15 (?) | |

**Exhibit "A"**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Sloan, Terry | Former GSC E/E | Video | 0:15 | 0:20 | 0:05-0:15 (?) | 00:05 to 00:15 (?) |
| Day 2 | Keel, Burl | GSC Plant Manager | Video | 0:20 | 0:20 | 0:10-0:20 | 00:05 to 00:15 (?) |
| | Shea, Dan | President Motor Unit GSC | Video | 0:20 | 0:30 | 0:05-0:15 | 00:05 to 00:20 (?) |
| | Zumbrum, Jeff | Purchasing Manager GSC | Video | 0:20 | 0:30 | 0:05-0:15 (?) | ? |
| | Brown, James R. | Head Receiver GSC | Video | 0:20 | 0:20 | 0:05-0:15 (?) | ? |
| | Timmins, Kyle | Receiver GSC | Video | 0:20 | 0:20 | 0:05-0:15 (?) | ? |
| | Pullin, Scott | VP Operations GSC | Video | 0:20 | 0:20 | 0:10-0:20 | 00:05 to 00:15 (?) |
| | Baily, Scott | E/E Adorn Supplier GSC | Video | 0:20 | 0:20 | 0:05-0:15 (?) | ? |
| | GSC Corp. Rep. | Subject? | Video | 1:00 | 1:00 | 0:15-0:30 | 0:15 to 1:00 (?) |
| | Smulski, Stephen | PSC Expert Wood Science | Live | 0:25 | 0:50 | 0:05-0:30 (?) | ? |
| | Shea, Jim | CEO GSC | Video | 0:30 | 0:30 | 0:05-0:15 | 00:05 to 00:30 (?) |
| Day 3 | Alexander, Shirley | Mother/Grandmother | Live | 0:20 | 0:20 | 0:05-0:20 (?) | ? |
| | Ritter, Ervin | PSC Expert Heat/AC | Live | 0:25 | 0:50 | 0:05-0:15 (?) | 00:05 to 00:25 (?) |
| | Moore, Charles David | PSC Expert Test/Trailer Frame Bent | Live | 0:30 | 0:15 | 0:15-0:30 (?) | 00:05 to 00:30 (?) |
| | Baksh, Angela | Inspected Unit/SOP Inspect | Video(?) | 0:20 | 0:20 | 0:10- 0:30 | 00:05 to 00:20 (?) |
| | Fluor Corp. Rep. | Subject? | Live (?) | 1:00 | 0:20 | 1:00??? | 00:05 to 00:30 (?) |
| | Duckworth, Robert | Fluor Safety Manager | Live (?) | 0:20 | 0:15 | 0:30 | 00:05 to 00:20 (?) |
| | Blanchard, Terry | Fluor Sub-Contractor | Video | 0:20 | 0:10 | 0:20 | 00:05 to 00:20 (?) |

**Exhibit "A"**

|  | Name | Affiliation | Type | | | | |
|---|---|---|---|---|---|---|---|
|  | Allen, Heath | Fluor Sub-Contractor | Video | 0:20 | 0:10 | 0:20 | 00:05 to 00:20 (?) |
|  | Allen Travis | Fluor Sub-Contractor | Video | 0:20 | 0:15 | 0:20 | 00:05 to 00:20 (?) |
|  | Whitaker, Al | Fluor E/E | Video | 0:20 | 0:10 | 1:00 - 1:20 | 00:05 to 00:20 (?) |
|  | Linares, Hugo | Fluor E/E | Video | 0:20 | 0:10 | 0:15-0:30 | ? |
|  | Methot, Dave | Fluor E/E | Video | 0:20 | 0:10 | 0:30 | ? |
|  | Sober, Richard | Fluor E/E | Video | 0:20 | 0:10 | 00:05 to 00:20 (?) | ? |
|  | Gurney, Jerry | Fluor E/E | Video | 0:20 | 0:10 | 00:05 to 00:20 (?) | ? |
|  | Mallet, AL | PSC Expert Trailer Constr. | Live | 0:45 | 2:00 | 0:30-0:45 | 0:05 to 0:45 (?) |
|  | Durham, Dwight | Fluor E/E | Video | 0:10 | 0:10 | 00:05 to 00:20 (?) | ? |
|  | Berger, Chuck | Fluor | Video | 0:10 |  | 0:20 |  |
| Day 4 | DeRosa, Chris | Former CDC/ATSDR | Video | 0:30 | 0:30 | 0:05-0:15(?) | 0:05-0:15 (?) |
|  | Little, Joseph | Former CDC/ATSDR | Video | 0:20 | 0:20 | 0:05-0:15 (?) | 0:30 to 0:45 (?) |
|  | Garratt, David | FEMA | Video | 0:20 | 0:20 | 0:05-0:15 (?) | 0:05 |
|  | Miller, Stephen | FEMA | Video | 0:20 | 0:20 | 0:10(?) | 0:05 |
|  | Souza, Kevin | FEMA | Video | 0:20 | 0:10 | 0:10 (?) | 0:05 |
|  | Lapinski, Michael | FEMA | Video | 0:20 | 0:10 | 0:10(?) | 0:05 |
|  | Bonano, Guy | FEMA | Video | 0:10 |  | 0:05-0:15 (?) | 0:05 |

**Exhibit "A"**

|  | Name | Role | Type | | | | |
|---|---|---|---|---|---|---|---|
|  | Larsen, Stanley | FEMA | Video | 0:10 | | 0:05-0:15 (?) | 0:05 |
|  | Harder, Michael | FEMA | Video | 0:10 | | 0:05-0:15 (?) | 0:05 |
|  | Johnson, Harvey | FEMA | Video | 0:20 | 0:10 | 0:05 (?) | 0:05 |
|  | Lindell, Michael | US Expert Disaster Response | Video | 0:20 | 0:05 | 0:05-0:15 (?) | 00:05 to 00:20 (?) |
| Day 5 | McGwin, Gerald | PSC Expert -- Epidemiology | Live | 0:30 | 1:00 | 0:05-0:15 (?) | 0:05 to 0:45 (?) |
|  | Monson, Richard | US Expert -- Epidemiology | Video | 0:15 | 0:30:00 | 0:05-0:15 (?) | 00:05 to 00:20 (?) |
|  | Alexander, Erica | Sister/Aunt of plaintiffs | Live | 0:15 | 0:20 | 0:05-0:15 (?) | 00:05 to 00:30 (?) |
|  | Barnes, Janet | PSC Expert/Treating Doctor | Live | 0:30 | 1:00 | 0:05-0:45 (?) | 0:05 to 0:45 (?) |
|  | DeVany, Mary | PSC Expert Testing/Liability | Live | 1:00 | 2:00 | 0:15-0:30 (?) | 1:30 |
|  | Hewett, Paul | PSC Expert Statistics | Live | 0:30 | 1:00 | 0:05-0:15 (?) | 0:05 to 0:45 (?) |
|  | Scott, Williams | PSC Expert Tested Unit | Live | 0:10 | 20:00 | 0:05-0:15 (?) | 00:05 to 00:20 (?) |
|  | Kaltofen, Marco | PSC Expert Testing Database | Live | 0:30 | 1:00 | 0:30-1:00(?) | 0:5 to 1:30 (?) |
|  | Alexander, Alana | Plaintiff | Live | 0:30 | 2:30 | 1:00-1:30 (?) | 2:00 |
|  | Williams, Patricia | PSC Expert Toxicology | Live | 1:00 | 2:00 | 0:05-1:30 (?) | 0:5 to 1:30 (?) |
|  | Kornberg, Jim | PSC Expert Med. Monitoring | Live | 1:00 | 2:00 | 0:05-1:30 (?) | 0:5 to 1:30 (?) |

**Exhibit "A"**

| US Case | Witness | Subject Matter | Media | PSC | GSC | Fluor | USA |
|---|---|---|---|---|---|---|---|
| | Mayor, Tom | PSC Expert Economist | Live | 0:25 | 0:15 | 0:05-0:20 (?) | 0:5 to 1:30 (?) |
| | Shwery, Ed | PSC Expert Psycologist | Live | 0:30 | 0;30 | 0:15-0:30(?) | 0:5 to 1:30 (?) |
| | Cooper, Chris | Plaintiff Minor 12 years Old | Live | 0:20 | 0:40 | 0:05-0:30 (?) | 00:05 to 00:30 (?) |
| US Case | US Witnesses | Subject Matter | Media | PSC | GSC | Fluor | USA |
| | Herzstein, Jessica | US Expert -- Med. Monitoring | Live | # | 0:10 | 0:10-0:30 (?) | 1:15 |
| | James, Robert | US Expert -- Toxicology | Live | # | 0:20 | 0:10-0:30 (?) | 1:15 |
| | Lindell, Michael | US Expert -- Disaster Resp. | Live | # | 0:05 | 0:10-0:30 (?) | 2:00 |
| | Monson, Richard | US Expert -- Epidemiology | Live | # | 0:30 | 0:10-0:30 (?) | 1:15 |
| | Polk, Mark | US Expert -- Trailers | Live | # | 0:10 | 0:10-0:30 (?) | 0:30 |
| | Robbins, Coreen | US Expert -- Industrial Hyg. | Live | # | 0:10 | 0:10-0:30 (?) | 1:15 |
| | Clyde Payne | OSHA -- Fact Witness | Live | # | 0:20 | 0:05-0:20 (?) | 0:30 to 0:45 (?) |
| | Brown, Bronson | FEMA -- Fact Witness | Live | # | 0:10 | 0:05 (?) | 0:30 to 0:45 (?) |
| | Stephen Miller | FEMA -- Fact Witness | Live | # | 0:15 | 0:10(?) | 1:00 |
| | Kenneth J. Melchiorre | CH2M Hill, Inc. | Video | # | 0:05 | 0:10-0:30 (?) | 0:30 |
| | David Garratt | FEMA -- Fact Witness | Live | # | 0:10 | 0:10(?) | 1:00 |
| | Kevin Souza | FEMA -- Fact Witness | Live | # | 0:15 | 0:10(?) | 1:30 |

**Exhibit "A"**

| Name | Role | Type | | Col1 | Col2 | Col3 | |
|---|---|---|---|---|---|---|---|
| Martin McNeese | FEMA -- Fact Witness | Live | # | 0:10 | 0:05(?) | 1:00 | |
| Faye Green | FEMA -- Fact Witness | Live | # | 0:10 | 0:05(?) | 0:30 | |
| Stanley Larson | FEMA -- Fact Witness | Live | # | 0:10 | 0:05(?) | 0:30 | |
| Guy Bonamo | FEMA -- Fact Witness | Live | # | 0:10 | 0:05(?) | 0:30 | |
| Michael Harder | FEMA -- Fact Witness | Live | # | 0:10 | 0:05(?) | 0:30 | |
| Kevin Hutchinson | FEMA -- Fact Witness | Live | # | 0:10 | 0:05(?) | 0:30 | |
| Jack Hume | Bechtel, Inc. | Video | # | 0:10 | 0:10-0:30(?) | 0:20 | |
| Abbott, Ed | GSC Engineering Manager | Video | # | see above | see above | 00:15 (?) | |
| Esparza, Linda | Former GSC E/E | Video | # | 0;20 | see above | 00:15 (?) | |
| Sloan, Terry | Former GSC E/E | Video | # | 0:20 | see above | 00:15 (?) | |
| Keel, Burl | Manager GSC Plant/Responded | Video | # | see above | see above | 00:15 (?) | |
| Shea, Dan | President Motor Unit GSC | Video | # | see above | see above | 00:20 (?) | |
| Pullen, Scott | VP Operations GSC | Video | # | see above | see above | 00:15 (?) | |
| GSC Corp. Rep. | Subject? | Video | # | see above | see above | 1:00 (?) | |
| Shea, Jim | CEO GSC | Video | # | see above | see above | 00:30 (?) | |
| Baksh, Angela | Inspected Unit/SOP Inspect Unit | Video(?) | # | see above | see above | 00:20 (?) | |
| Fluor Corp. Rep. | Subject? | Live (?) | # | see above | see above | 00:30 (?) | |

**Exhibit "A"**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Duckworth, Robert | Fluor Safety Manager | Live (?) | # | see above | see above | 00:20 (?) | |
| | Allen, Heath | Fluor Sub-Contractor | Video | # | see above | see above | 00:20 (?) | |
| | Allen Travis | Fluor Sub-Contractor | Video | # | see above | see above | 00:20 (?) | |
| | Whitaker, Al | Fluor E/E | Video | # | see above | see above | 0:30 (?) | |
| | Alexander, Alana | Plaintiff | Live | # | see above | see above | 2:00 | |
| | Cooper, Chris | Plaintiff Minor 12 years Old | Live | # | see above | see above | 0:15 (?) | |
| | Pacheco, Karin | PSC Expert Asthma/Immuno | Video | # | 1:00 | 0:10-0:30 | 0:45 | |
| **Fluor Case** | | | | | | | | |
| | Whitaker, Al | FEI Employee | Live | # | see above | 1:00-1:20 | 00:20 (?) | |
| | Methot, Dave | FEI Employee | Live | # | see above | 0:30 | 00:05 to 00:20 (?) | |
| | Repasky, Tom | FEI employee | Live | # | | 0:20-0:30 | 00:05 to 00:20 (?) | |
| | Gay, Cam | FEI Employee | Live | # | | 0:20-0:30 | 00:05 to 00:20 (?) | |
| | Gurney, Richard | FEI Employee | Live | # | | 0:20-0:30 | 00:05 to 00:20 (?) | |
| | Sober, Richard | FEI Employee | Live | # | | 0:20 | 00:05 to 00:20 (?) | |
| | Ulm, Billy | MLU-Subcontractor of FEI | Live | # | | 0:30 | 00:05 to 00:20 (?) | |
| | Lemieux, Dan | Subcontractor of FEI | Live/Vid | # | | 0:30 | 00:05 to 00:20 (?) | |
| | Lemieux, Daren | Subcontractor of FEI | Live/Vid | # | | 0:30 | 00:05 to 00:20 (?) | |

**Exhibit "A"**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Linares, Hugo** | **FEI Employee** | **Live** | **#** | | **0:30** | **00:05 to 00:20 (?)** | |
| | **Baksh, Angela** | **Former P2S employee** | **Live** | **#** | **see above** | **0:20** | **See above** | |
| | **P2S employee who inspected the trailer w/ Baksh?** | | **Live or Video** | **#** | | **0:20-0:30** | **00:05 to 00:20 (?)** | |
| | **Medina, Raul** | **P2S Employee/Inspector** | **Live/Vid** | **#** | | **0:20-0:30** | **00:05 to 00:20 (?)** | |
| | **Hodge, Van** | **FEI** | **Live/Vid** | **#** | | **0:30** | **00:05 to 00:20 (?)** | |
| | **Morton, Gloria** | **Former FEI employee/inspect** | **Live/Vid** | **#** | | **0:20-0:30** | **00:05 to 00:20 (?)** | |
| | **Leonard Quick** | **Expert** | **Live** | **#** | | **0:30** | **00:05 to 00:20 (?)** | |
| | **Rammell, Jim** | **Former FEI Employee** | **Live/Vid** | **#** | | **0:30** | **00:05 to 00:20 (?)** | |
| | **Duckworth, Robert** | **FEI Employee** | **Live** | **#** | **see above** | **0:45** | **See above** | |
| | **Berger, Chuck** | **FEI Employee** | **Live/Vid** | **#** | | **0:20** | **00:05 to 00:20 (?)** | |
| | **Bukowski, Robert** | **Former FEI Employee** | **Live/Vid** | **#** | | **0:20** | **00:05 to 00:20 (?)** | |
| | **Belote, Richard** | **FEI Employee** | **Live** | **#** | | **0:45** | **00:05 to 00:20 (?)** | |

**Exhibit "A"**

| Notes: | ? By Fluor indicates that the time needed for cross examination may vary depending on other parties' questioning of the witness; | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | If Plaintiffs or U.S. call certain Fluor witnesses in their case in chief, and if they are present to testify live at that time, Fluor may present its direct at that time. | | | | | | | |
| | Fluor reserves the right to call any one listed by any other party in its case in chief | | | | | | | |
| | | | | | | | | |
| GS Case | Gulf Stream Witnesses | Subject Matter | | Media | PSC | GSC | Fluor | USA |
| | Scott Pullin | Fact | | Live/Video* | # | 0:20 | 0:05-0:15(?) | 00:05 to 00:15 (?) |
| | Joseph Cleland | Fact | | Video | # | 0:10 | 0:05-0:15 (?) | 00:05 to 00:15 (?) |
| | William Dudek | Fact | | Video* | # | 0:15 | 0:05-0:15 (?) | 00:05 to 00:15 (?) |
| | Karen Pacheco | Expert | | Video* | # | 0:20 | 0:05-0:15 (?) | See above |
| | James Wedner | Expert | | Live | # | 1:00 | 0:05-0:20(?) | 0:05(?) |

**Exhibit "A"**

| Name | Type | Mode | | Time | | |
|---|---|---|---|---|---|---|
| William Dyson | Expert | Live | # | 1:00 | 0:05-0:20?(?) | **00:05 to 00:15 (?)** |
| Damien Serauskas | Expert | Live | # | 0:45 | 0:05-0:20(?) | **00:05 to 00:25 (?)** |
| Michael Ginevan | Expert | Live* | # | 0:35 | 0:05-0:20(?) | **0:05(?)** |
| James Cole | Expert | Live* | # | 0:45 | 0:05-0:20(?) | **0:05(?)** |
| Gary Marsh | Expert | Live* | # | 0:45 | 0:05-0:20(?) | **0:05(?)** |
| Graham Allen | Expert | Live* | # | 0:45 | 0:05-0:20(?) | **0:05(?)** |
| Megan Ciota | Expert | Live | # | 0:40 | 0:05-0:15 (?) | **0:05(?)** |
| Jeff Zumbrun | Fact | Live | # | 0:25 | 0:05-0:15 (?) | **00:05 to 00:15 (?)** |
| Phillip Sarvari | Fact | Live | # | 0:20 | 0:05-0:15(?) | **00:05 to 00:25 (?)** |
| Todd Lentych | Fact | Video/live* | # | 0:25 | 0:05-0:15 (?) | **00:05 to 00:15 (?)** |

# If the Court limits the trial of this matter to ten days or sixty hours and Plaintiffs are allowed 60% for 36 hours of trial time, Plaintiffs propose completing their case in chief in 27 hours and 30 minutes and reserving 8 hours and 30 minutes for total for cross examination of defense witnesses and redirect of Plaintiff's witnesses.