UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT IS RELATED TO:
AGE, et al. v. GULFSTREAM COACH, INC., et al. [Case No. 09-2892]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Considering Defendant United States of America's Unopposed *Ex Parte* Motion for permission to file a Reply Memorandum in Support of its Motion to Dismiss the claims of Plaintiff Christopher Cooper for Lack of Subject Matter Jurisdiction,

**IT IS HEREBY ORDERED** that the Motion is granted, and that the Defendant United States of America may file the Reply Memorandum.

**DONE AND SIGNED** this  12th   day of      August       , 2009.

_____
HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA