1

1            UNITED STATES DISTRICT COURT

2              DISTRICT OF LOUISIANA

3              NEW ORLEANS DIVISION

4    In Re:   FEMA Trailer     )

5    Formaldehyde Products   ) MDL No. 1873

6    Liability Litigation     )

7

8                              Washington, D.C.

9                              Thursday, July 9, 2009

10   Videotape Deposition of STEPHEN CARL MILLER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:18 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

Stephen Carl Miller                                                                July 9, 2009
                                    Washington, DC

                                                                                          181

1     the levels being dropped.  I don't know how long, you

2     know, it would be in there relatively low, once they

3     were handed over.  I don't know that.

4                   BY MR. SCANDURRO:

5          Q.     When the reference is made to a contractor

6     making the unit ready for occupancy, do you -- do you

7     have an understanding of who that contractor would

8     be?

9          A.     That would have been a -- one of the

10    contractors for one of the prime contractors that was

11    contracted with FEMA.

12         Q.     It wouldn't be a manufacturer like Gulf

13    Stream?

14         A.     No, sir.

15         Q.     I'm going to mark an email as Miller

16    number 22 and ask you to take a look at that.

17                                  (Miller Exhibit No. 22

18                                  was marked for

19                                  identification.)

20                  BY MR. SCANDURRO:

21         Q.     This is a May 11, 2006, email from Kurtis

22    Melnick to Marvin Dickerson.

Stephen Carl Miller                                                          July 9, 2009
                            Washington, DC

                                                                                182

 1              And do you see you're cc'ed on that email?

 2      A.      Yes, sir.

 3      Q.      Who is Kurtis Melnick?

 4      A.      Kurtis Melnick and I work together.  He's

 5      a log (phonetic) chief down in New Orleans now.

 6      Q.      And what about Marvin Dickerson?

 7      A.      I do not -- I don't -- do not recall

 8      Mr. Dickerson.

 9      Q.      Looking at the email in the third

10      paragraph, Mr. Medical is talking about the procedure

11      for removing formaldehyde odor from a temporary

12      housing unit that's been sitting in the sun.

13              Do you see that?

14      A.      Yes, sir.

15      Q.      He says the procedure for this is opening

16      the windows and possibly the door for a day or 2 or

17      until the odor is completely gone.  In Louisiana,

18      this has been the job of the contractors or it has

19      occurred that someone from IA enters a trailer and

20      notices the odor, then they have also been opening

21      the windows.  This should however be the

22      responsibility of the contractors.

Stephen Carl Miller                                                    July 9, 2009
                        Washington, DC

                                                                           183

1                      Do you see that?

2          A.     Yes, sir.

3          Q.     Was that your understanding of what the

4    contractors and/or the IA personnel were doing in the

5    field when they set these trailers up?

6          A.     That is pretty much my understanding.

7          Q.     And if you look down in the last

8    paragraph, Mr. Melnick says:  Our current method of

9    having the contractors who make the units RFO -- is

10   that "ready for occupancy"?

11         A.     Yes, sir.

12         Q.     -- seems to be satisfying any concerns

13   from the applicants we are housing.

14                Do you see that?

15         A.     Yes, sir.

16         Q.     Do you agree with that statement based on

17   your experience at that time?

18         A.     I think at that time during early May of

19   2006 that the number of complaints and the resolution

20   by airing it out by the contractor making it was --

21   was satisfying the applicants.

22         Q.     And again, the contractors we're talking

Stephen Carl Miller                                                    July 9, 2009
Washington, DC

184

1    about here are the contractors who are actually

2    installing the units on-site?

3          A.    That is correct.

4          Q.    It would not be a manufacturer like Gulf

5    Stream?

6          A.    No, sir.

7          Q.    When you worked the Florida hurricanes in

8    2004, did you actually go to Florida at any -- for

9    any of those 4 storms you described earlier?

10         A.    I was in Florida.

11         Q.    So you were in Florida at the end of 2004?

12         A.    Yes, sir.

13         Q.    Okay.  Were you made aware of any

14   formaldehyde claims by residents of the THUs in

15   Florida?

16         A.    I do not recall any formaldehyde claims

17   out of Florida --

18         Q.    Okay.

19         A.    -- that I'm aware of.

20         Q.    Are you aware of the fact that Gulf Stream

21   sold approximately 7,000 travel trailers to FEMA on

22   the Florida disaster?