UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER     FORMALDEHYDE     PRODUCTS LIABILITY     LITIGATION | * * * * * | MDL NO. 1873  SECTION: N(5) |
| This Document Relates to: *Dubuclet v. Fleetwood Enterprises, Inc.* *Case No. 07-9228* | * * * * * * | JUDGE: ENGELHARDT  MAG: CHASEZ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT FLEETWOODENTERPRISES, INC. 'S RESPONSE TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER REGARDING "SPEAKING OBJECTIONS"**

Defendant Fleetwood Enterprises, Inc. (hereinafter "Fleetwood") denies that "speaking objections" were made, or that any objections were improperly made, by its counsel at depositions taken in this matter, however, Fleetwood's counsel, as always, understands that they – as are all counsel – are to be governed by applicable Federal Rules with respect to the making of objections during discovery and the trial in this case.[1]

This 13th day of August 2009.

                                                */s/ Richard K. Hines, V*
                                                Richard K. Hines, V
                                                Georgia Bar No. 356300
                                                NELSON MULLINS RILEY & SCARBOROUGH, LLP
                                                Atlantic Station
                                                201 17th Street, NW,  Suite 1700
                                                Atlanta, GA  30363
                                                (404) 322-6000 (phone)
                                                (404) 322-6050 (fax)

---

[1] Fleetwood Counsel will be delighted to discuss the necessity of the objections we made during these 30(b)(6) depositions if the Magistrate is so inclined.

Jerry L. Saporito
Louisiana Bar No. 11717
LEAKE & ANDERSSON, L.L.P.
1700 Energy Centre
1100 Poydras St.
New Orleans, LA 70163-1701
(504) 585-7500 (phone)
(504) 585- 7775 (fax)

Counsel for Fleetwood Enterprises, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has this date been served on all counsel of record in this proceeding by:

( )   Hand Delivery          ( )   Prepaid U.S. Mail

( )   Facsimile              ( )   Federal Express

( )   CM/ECF                 ( )   E-Mail

This 13th day of August 2009.

                                              */s/ Richard K. Hines, V*
                                              Richard K. Hines, V
                                              Georgia Bar No. 356300

NELSON MULLINS RILEY & SCARBOROUGH LLP
Atlantic Station
201 17th Street, NW
Suite 1700
Atlanta, GA  30363
(404) 322-6000 (phone)
(404) 322-6050 (fax)