UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| RELATES TO CIVIL ACTION NO. 09-2892 | * | MAG. JUDGE CHASEZ |
| Age, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| *(Alana Alexander, individually and on behalf of* | * | |
| *her minor child, Christopher Cooper)* | * | |

******************************************************************************

## MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL WITNESS LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Alana Alexander, individually and on behalf of her minor child, Christopher Cooper (hereinafter, "Plaintiffs"), who respectfully move this Court for leave to supplement their Preliminary Witness List as it relates to the above captioned matter. Plaintiffs request the supplement pursuant to Fed. Rule Civ. Proc. Rule 26 (a)(3) which states "that a party must disclose the name of each witness it may or will call thirty (30) days before trial."

Plaintiffs seeks to supplement their Preliminary Witness List which was filed on July 24, 2009 (Doc. No. 2303 ) to add additional witnesses.

Additional witnesses are:

    <u>Gulf Stream Coach, Inc.:</u>

    1.    Don Freiberger;
    2.    Karen Freiberger; and
    3.    Don Shaffer.

Fluor Enterprises, Inc.:

1. Robert Duckworth;
2. Richard Sober;
3. Jerry Gurney; and
4. Chuck Berger.

Government/FEMA:

1. Steven Larsen; and
2. Michael Harder.

Plaintiffs assert that it is necessary, appropriate and just to supplement the preliminary witness list to add additional witnesses that were unknown at the time of Plaintiffs' Preliminary Witness List was submitted.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:   s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:   504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'**
**STEERING COMMITTEE**
    ANTHONY BUZBEE, Texas # 24001820
    RAUL BENCOMO, #2932
    FRANK D'AMICO, #17519
    MATT MORELAND, #24567
    LINDA NELSON, #9938
    MIKAL WATTS, Texas # 20981820
    DENNIS REICH, Texas # 16739600
    ROBERT BECNEL, #14072

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleadings were served on all counsel of record through electronic notification pursuant to the electronic filing in the United States District Court for the Eastern District of Louisiana this 13th day of August, 2009.

    /s/Gerald E. Meunier, Esq.
    GERALD E. MEUNIER, ESQ.