# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER  *  | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS  * | |
|     LIABILITY LITIGATION  * | SECTION "N" (5) |
| * | |
| * | JUDGE ENGELHARDT |
| RELATES TO CIVIL ACTION NO. 09-2892  * | MAG. JUDGE CHASEZ |
| Age, et al. vs. Gulf Stream Coach, Inc., et al.  * | |
| *(Alana Alexander, individually and on behalf of*  * | |
| *her minor child, Christopher Cooper)*  * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' FIRST SUPPLEMENTAL WITNESS LIST

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Alana Alexander, individually and on behalf of her minor child, Christopher Cooper, pursuant to this Honorable Court's Trial I Scheduling Order dated April 8, 2009 (Doc. No. 1305), who hereby submit the following First Supplemental Witness List in connection with the above captioned matter:

| | Category: | Witness: | Type of Witness: | May/ Will Call: |
|---|---|---|---|---|
| | **Gulf Stream Coach, Inc.** | | | |
| 1. | | Don Freiberger<br>Gulf Stream Coach, Inc. | Fact | |
| 2. | | Karen Freiberger<br>Gulf Stream Coach, Inc. | Fact | |
| 3. | | Don Shaffer<br>Gulf Stream Coach, Inc. | Fact | |
| | **Fluor Enterprises, Inc.** | | | |
| 4. | | Robert Duckworth<br>Fluor Enterprises, Inc. | Fact | |

| 5. |  | Richard Sober<br>Fluor Enterprises, Inc. | Fact |  |
|---|---|---|---|---|
| 6. |  | Jerry Gurney<br>Fluor Enterprises, Inc. | Fact |  |
| 7. |  | Chuck Berger<br>Fluor Enterprises, Inc. | Fact |  |
|  | **Government/FEMA** |  |  |  |
| 8. |  | Steven Larsen<br>FEMA | Fact |  |
| 9. |  | Michael Harder<br>FEMA | Fact |  |

Plaintiffs supplement their Preliminary Witness List in the foregoing respects, and otherwise reiterate and adopt all witnesses and designations contained therein.

Respectfully submitted:

**FORMALDEHYDE TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
       GERALD E. MEUNIER, #9471
       **PLAINTIFFS' CO-LIAISON COUNSEL**
       Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
       2800 Energy Centre, 1100 Poydras Street
       New Orleans, Louisiana 70163
       Telephone:   504/522-2304
       Facsimile:    504/528-9973
       gmeunier@gainsben.com

        s/Justin I. Woods
        JUSTIN I. WOODS, #24713
        **PLAINTIFFS' CO-LIAISON COUNSEL**
        Gainsburgh, Benjamin, David, Meunier &
        Warshauer, L.L.C.
        2800 Energy Centre, 1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: 504/522-2304
        Facsimile: 504/528-9973
        jwoods@gainsben.com

        **COURT-APPOINTED PLAINTIFFS'**
        **STEERING COMMITTEE**
         ANTHONY BUZBEE, Texas # 24001820
         RAUL BENCOMO, #2932
         FRANK D'AMICO, #17519
         MATT MORELAND, #24567
         LINDA NELSON, #9938
         MIKAL WATTS, Texas # 20981820
         DENNIS REICH, Texas # 16739600
         ROBERT BECNEL, #14072

## CERTIFICATE OF SERVICE

 I hereby certify that on __August 13__, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I electronically mailed the foregoing document to all counsel of record who are non-CM/ECF participants.

        s/Gerald E. Meunier
        GERALD E. MEUNIER, #9471