UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: FEMA TRAILER | * | MDL NO. 1873 |
|     FORMALDEHYDE PRODUCTS | * | |
|     LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| RELATES TO CIVIL ACTION NO. 09-2892 | * | MAG. JUDGE CHASEZ |
| Age, et al. vs. Gulf Stream Coach, Inc., et al. | * | |
| *(Alana Alexander, individually and on behalf of* | * | |
| *her minor child, Christopher Cooper)* | * | |

******************************************************************************

## ORDER

Considering the foregoing Motion for Leave to File First Supplemental Exhibit List on Plaintiffs' behalf:

**IT IS SO ORDERED** that the Plaintiffs be GRANTED leave to file their First Supplemental Exhibit List attached and submitted with the foregoing motion.

THIS DONE the _____ day of _____, 2009 in New Orleans, Louisiana.

_____
UNITED STATES DISTRICT COURT JUDGE