# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT
A

1   A.   Yes.
2   Q.   Okay.  The stove was hooked up?
3   A.   Yes.
4   Q.   Okay.  Did the trailer have an air
5   conditioner?
6   A.   Yes.
7   Q.   What about a heater, did it have a
8   heater?
9   A.   Yes.
10   Q.   When you first got to the trailer,
11   had the trailer been aired out at all?
12   A.   No.
13   Q.   It was still locked up?
14   A.   Yes.
15   Q.   Who gave you the keys to the
16   trailer?
17   A.   My mom.
18   Q.   Did your mom tell you that she had
19   been provided any kind of orientation by
20   anyone regarding the trailer?
21   A.   No.
22   Q.   Were you provided any instructions
23   concerning the trailer?
24   A.   After we got in the trailer.
25   Q.   Somebody came out to see you?

1    A.    Yes.

2    Q.    Who came out to see you?

3    A.    I'm not sure. I don't remember
4    what the lady's name was.

5    Q.    Who was she with?

6    A.    I think she was with Gulf Stream.
7    She said she was with the trailer people.

8    Q.    Okay. What did she tell you?

9    A.    She explained how to hook up the
10   propane tanks and everything. She told us
11   how to use the stove, how to use the
12   microwave and everything, and she showed us
13   around. She said the smell that we were
14   smelling was because the trailer was new and
15   had been closed up and to just air the
16   trailer out.

17              Like I say, when we first got
18   there, nobody was there. So I pointed out
19   to her that the panel in the main bedroom
20   had buckled. She told me that was because
21   it was held by tape, and because of the
22   humidity in New Orleans, that the tape had
23   come loose and to put duct tape on it.

24   Q.    Did you raise any issues with her
25   about the condition of the trailer?

1    A.    Other than the buckling part, no.
2    Q.    Did you notice any issues with the
3    way the doors or the windows worked in the
4    trailer?
5    A.    No.  After she showed us how, you
6    know, to lift it up and push it out, it was
7    simple enough.
8    Q.    Did it seem like the doors and
9    windows fit appropriately?
10   A.    I would say yes.
11   Q.    Did you see any cracks or warps or
12   buckles, anything like that?
13   A.    I would say, no, I didn't.
14   Q.    Okay.  What did she tell you about
15   the use of the stove?
16   A.    She just said that it was hooked
17   to the propane and everything and how to --
18   because it had the automatic ignition.  So
19   you would have to turn it and it would make
20   the click and then the flame would start.
21   Q.    Were you told anything about other
22   things you had to do if you were going to
23   use the stove?
24   A.    No, that's all I was told.
25   Q.    Were you provided any

```
 1   documentation when this lady gave you this
 2   orientation?
 3       A.   Yes, she gave us the book.
 4       Q.   Okay.  What book are you referring
 5   to?
 6       A.   It was like an owner's manual book
 7   and it had --
 8       Q.   One owner's manual for the
 9   trailer?
10       A.   Yes, it was the owner's manual for
11   the trailer, and how to use the stove and
12   the refrigerator.
13       Q.   Did you read the owner's manual?
14       A.   Yes.
15       Q.   When did you read the owner's
16   manual?
17       A.   I would say -- I can't say as soon
18   as she gave it to me, but I would say within
19   the next few days after she gave it to me.
20       Q.   Do you remember any information
21   specifically that was provided in that
22   owner's manual that stood out in your mind?
23       A.   Not really, nothing in particular.
24       Q.   What did she tell you about airing
25   the trailer out?
```

1   about that.
2       Q.   Where was the leak?
3       A.   Right over the bed in the room.
4       Q.   Water would actually come in the
5   room when it rained?
6       A.   Oh, yes.  Dripped right on my
7   forehead.
8       Q.   Who did you contact about that?
9       A.   The trailer people.
10      Q.   Do you remember who those trailer
11  people were?
12      A.   I'm assuming the Gulf Stream
13  people.
14      Q.   What did they tell you?
15      A.   Well, they came out in -- again, I
16  wasn't there, but my momma saw them.  They
17  went on the roof and they put caulking on
18  the light fixture on the outside of the
19  trailer.
20      Q.   Did that fix the leak?
21      A.   Temporarily.
22      Q.   It started leaking again?
23      A.   Yes, it did.
24      Q.   Did mold grow because of the leak?
25      A.   I don't know if it was because of

1    since then?
2         Q.   Is this based on information that
3    you obtained from your lawyers or did you
4    rely on your lawyers to make these
5    allegations?
6         A.   I would have to say I relied on my
7    lawyers to make this representation.
8         Q.   Under paragraph 102, "The defects
9    in Gulf Stream's housing units are the
10   result of but not limited to the following:
11   Failure to design their respective product
12   so as not to emit dangerous levels of
13   formaldehyde."
14            You've already indicated that you
15   do not know what the levels of formaldehyde
16   were in your unit, correct?
17        A.   Correct.
18        Q.   Under subparagraph 4 of 102, it
19   says, "In providing housing units which do
20   not conform to the express warranties made
21   by Gulf Stream regarding their fitness for
22   use as reasonably anticipated."
23            You testified that the only person
24   you spoke to that you thought was with Gulf
25   Stream was the original person who walked

Case 2:07-md-01873-KDE-MBN   Document 2629-2   Filed 08/13/09   Page 8 of 8

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alana Alexander

Page 385

1  you through the trailer.
2      A.   Correct.
3      Q.   Okay.  Did you ever contact a Gulf
4  Stream Coach hotline or a number provided in
5  any manual, anything like that?
6      A.   I was given a Gulf Stream manual,
7  but I was under the impression that the
8  customer service number that I was calling
9  was Gulf Stream.
10     Q.   Okay.  When you say, "customer
11 service," you're talking about the
12 maintenance hotline?
13     A.   Maintenance.  I keep saying
14 "customer service," but the maintenance
15 hotline.
16     Q.   If it's shown that that was not
17 Gulf Stream, then you never made a call to
18 another number in the manual, the Gulf
19 Stream manual?
20     A.   I would have to say not -- no.  I
21 would say no, I don't think so.
22     Q.   And you have no basis other than
23 just your assumption that the first person
24 was a Gulf Stream Coach employee?
25     A.   Yes.

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                      (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport