# Transcript of the Testimony of

# BURL B. KEEL, III

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.


PLAINTIFF'S EXHIBIT
B

```
 1   Q   Okay.  Did you ever have any contact with that
 2       customer again?
 3   A   Not that I am aware of, sir.
 4   Q   Okay.  Have you had any contact with any of the
 5       other FEMA customers?  Let me make clear, the folks
 6       living in FEMA trailers in Louisiana or
 7       Mississippi, have you went to other trailers?
 8   A   Yes, sir, I have.
 9   Q   Tell me about that.  I mean, is that what you did
10       for all those months that you were down there?
11   A   No, that is not what I did.  But when I was called
12       and asked to help out our contractor -- or FEMA's
13       contractor in assisting in repairs or teaching them
14       how to fix ACs and that kind of stuff, then, yes, I
15       did go to customers' houses to show them how to do
16       it.
17   Q   Okay.  How many times did you smell formaldehyde
18       when you were in those houses?
19   A   Almost none.
20   Q   Almost none but sometimes?
21   A   Maybe once.  I don't recall exactly how many, sir.
22   Q   Okay.  How many different homes -- if you can
23       remember, in that time frame you told us about when
24       you were down there, how many different homes or
25       trailers did you go inside?
```