# Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT
C

```
 1      traveling.  And I volunteered to assist him, take
 2      some of the long trips off his back, and basically
 3      I've been doing that for the last couple years.
 4   Q  Okay.  And what's your education?
 5   A  Twelfth grade.  I had one semester of college,
 6      thought I was going to be a state cop, changed my
 7      mind, and got started early in the RV industry, in
 8      1971 right out of high school.
 9   Q  Okay.  When did this formaldehyde issue, in your
10      experience, first arise?  And what I mean by that
11      is people that were living in your trailers started
12      complaining about air quality issues.
13   A  The first I learned was from Dan in the March
14      timeline.
15   Q  That was the genesis or the reason, that and the
16      press report, for you to go do your testing?
17   A  We just wanted to see what was going on and how the
18      trailers were being used and what was the
19      situation, try to get a feel for what was
20      happening.
21   Q  And what was your feel for what was happening once
22      you did your testing?
23   A  Well, I saw a lot of variety of people obviously.
24      Some people used it for temporary housing.  Some
25      people used it permanently as they reconstructed
```

1   their lives and tried to put their houses back
2   together.
3       The folks that I spoke with were extremely
4   happy with the trailers. I would get an occasional
5   complaint about them being too small or a cabinet
6   door coming off or a water heater that wouldn't
7   light or possibly an air conditioner that didn't
8   work.
9       We had people in Louisiana at that time as a
10  support group, and I would make arrangements to get
11  one of our technicians out to take care of those
12  issues instead of going back through a contractor.
13 Q Remember -- the press report and the screening, you
14  were just trying to get a feel of what was
15  happening? What was your feel?
16 A How they were being used. We didn't have a clue
17  really how the trailers were being set up or how
18  they were being used or -- you know, we just had
19  been extremely busy trying to build the requested
20  volume of trailers. And once they started getting
21  established and the news media brought this to the
22  forefront, we wanted to get an idea what was going
23  on.
24 Q And what idea -- I mean, what conclusions did you
25  draw specifically with --