**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  FEMA TRAILER               *      **MDL NO. 1873**
     **FORMALDEHYDE PRODUCTS**     *
     **LIABILITY LITIGATION**       *      **SECTION "N" (5)**
                                   *
                                   *      **JUDGE ENGELHARDT**
                                   *      **MAGISTRATE CHASEZ**
                                   *
**THIS DOCUMENT IS RELATED TO**    *
                                   *
*Charlie Age, et al v. Gulf Stream Coach*   *
*Inc., et al*, Docket No. 09-2892;    *
Alana Alexander, individually and on behalf of   *
Christopher Cooper                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiff's Motion for Leave to File Sur-Reply in Opposition to

Gulf Stream's Motion for Partial Summary Judgment (Docket Entry No 2260):

**IT IS HEREBY ORDERED** that said Motion is granted and that the Sur-Reply Brief is

deemed filed.

New Orleans, Louisiana, this _____ day of _____, 2009.


_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**