OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF L

2009 AUG -7  PM 12: 28

LORE    A    WHYTE
CLERK

Date:   August 7, 2009

**AIMEE LEE BARRILLEAUX, et al.**

vs.

**COACHMEN INDUSTRIES, INC., et al.**

Case No. **09-3726** Section **N(4)**

Dear Sir:

Please (**ISSUE**) (re-issue) summons on the (complaint) (amended complaint) (**FIRST  SUPPLEMENTAL AND AMENDED COMPLAINTS FOR DAMAGES** (third party complaint) (other :   __   ) to the following:

1.  The United States of America, through
    the United States Attorney General:
    Hon. Eric H. Holder, Jr.
    U.S. Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530-0001

2.  The United States of America, through the
    Office of U.S. Attorney for the EDLA, through:
    Jim Letten, U.S. Attorney
    Hale Boggs Federal Building
    500 Poydras Street, Suite B-210
    New Orleans, LA 70130

3.  Federal Emergency Management Agency
    Through the Office of the Director
    Administrator of FEMA
    500 C Street S.W.
    Washington, D.C.  20472

Very truly yours,

Roberta L. Burns (LSB #14945)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422/ FAX: (504) 271-1961
Email: rburns@torres-law.com

doc# 3305

____ Fee____
__V__ Process 6103 Sms
__X__ Dktd____
____ CtRmDep____
____ Doc. No.____