OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date:   August 7, 2009

**JUDY DOUGLAS, et al.**

vs.

**OAK CREEK HOMES, L.P., et al.**

Case No. **09-3740**, Section **N(4)**

Dear Sir:

Please (**ISSUE**) (re-issue) summons on the (complaint) (amended complaint) (**FIRST SUPPLEMENTAL AND AMENDED COMPLAINTS FOR DAMAGES** (third party complaint) (other : ___ ) to the following:

1. The United States of America, through
   the United States Attorney General:
   Hon. Eric H. Holder, Jr.
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. The United States of America, through the
   Office of U.S. Attorney for the EDLA, through:
   Jim Letten, U.S. Attorney
   Hale Boggs Federal Building
   500 Poydras Street, Suite B-210
   New Orleans, LA 70130

3. Federal Emergency Management Agency
   Through the Office of the Director
   Administrator of FEMA
   500 C Street S.W.
   Washington, D.C. 20472

Very truly yours,

Roberta L. Burns (LSB #14945)
Attorney for Plaintiffs
Law Offices of Sidney D. Torres, III
8301 West Judge Perez Drive, Suite 303
Chalmette, LA 70043
Telephone: (504) 271-8422/ FAX: (504) 271-1961
Email: rburns@torres-law.com