UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                  SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 07-7018

## ORDER

**IT IS ORDERED** that the **Devlin and Speer Plaintiffs' Motion for Leave to File a Second Amended Complaint** (**Rec. Doc. 2612**) is **GRANTED**. However, the Court notes that this is actually the ***THIRD*** amended complaint. (See Rec. Docs. 2268, 2486, and 2487).

**IT IS FURTHER ORDERED** that **THE CASE CAPTION ON ANY FUTURE FILINGS SHOULD COMPLY WITH PRETRIAL ORDER NO. 1, PARAGRAPH 8** (Rec. Doc. 5). The Court notes that this is the *second* time it has given these particular plaintiffs this specific instruction. (See Rec. Doc. 2486).

New Orleans, Louisiana, this 13th day of August, 2009.

                                               **KURT D. ENGELHARDT**
                                               **UNITED STATES DISTRICT JUDGE**