UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER                          *       MDL NO. 1873
      FORMALDEHYDE PRODUCTS         *
      LIABILITY LITIGATION              *       SECTION "N" (5)
                                 *
                                 *       JUDGE ENGELHARDT
                                 *       MAGISTRATE CHASEZ
                                 *
THIS DOCUMENT IS RELATED TO            *
                                 *
*Charlie Age, et al v. Gulf Stream Coach*      *
*Inc., et al*, Docket No. 09-2892;              *
Alana Alexander, individually and on behalf of   *
Christopher Cooper                              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

      Considering the foregoing Plaintiff's Motion for Leave to File Sur-Reply in Opposition to

Gulf Stream's Motion for Partial Summary Judgment (Docket Entry No 2260):

      **IT IS HEREBY ORDERED** that said Motion is granted and that the Sur-Reply Brief is

deemed filed.

      New Orleans, Louisiana, this ____14th____ day of _____August_____, 2009.

                                             _____

                                             **KURT D. ENGELHARDT**

                                             **UNITED STATES DISTRICT JUDGE**