# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***Note***

All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT A

1    A.   Yes.

2    Q.   Okay.  The stove was hooked up?

3    A.   Yes.

4    Q.   Okay.  Did the trailer have an air
5 conditioner?

6    A.   Yes.

7    Q.   What about a heater, did it have a
8 heater?

9    A.   Yes.

10   Q.   When you first got to the trailer,
11 had the trailer been aired out at all?

12   A.   No.

13   Q.   It was still locked up?

14   A.   Yes.

15   Q.   Who gave you the keys to the
16 trailer?

17   A.   My mom.

18   Q.   Did your mom tell you that she had
19 been provided any kind of orientation by
20 anyone regarding the trailer?

21   A.   No.

22   Q.   Were you provided any instructions
23 concerning the trailer?

24   A.   After we got in the trailer.

25   Q.   Somebody came out to see you?

1      A.    Yes.

2      Q.    Who came out to see you?

3      A.    I'm not sure.  I don't remember what the lady's name was.

5      Q.    Who was she with?

6      A.    I think she was with Gulf Stream. She said she was with the trailer people.

8      Q.    Okay.  What did she tell you?

9      A.    She explained how to hook up the propane tanks and everything.  She told us how to use the stove, how to use the microwave and everything, and she showed us around.  She said the smell that we were smelling was because the trailer was new and had been closed up and to just air the trailer out.

17           Like I say, when we first got there, nobody was there.  So I pointed out to her that the panel in the main bedroom had buckled.  She told me that was because it was held by tape, and because of the humidity in New Orleans, that the tape had come loose and to put duct tape on it.

24     Q.    Did you raise any issues with her about the condition of the trailer?

1   A.   Other than the buckling part, no.
2   Q.   Did you notice any issues with the
3   way the doors or the windows worked in the
4   trailer?
5   A.   No.  After she showed us how, you
6   know, to lift it up and push it out, it was
7   simple enough.
8   Q.   Did it seem like the doors and
9   windows fit appropriately?
10  A.   I would say yes.
11  Q.   Did you see any cracks or warps or
12  buckles, anything like that?
13  A.   I would say, no, I didn't.
14  Q.   Okay.  What did she tell you about
15  the use of the stove?
16  A.   She just said that it was hooked
17  to the propane and everything and how to --
18  because it had the automatic ignition.  So
19  you would have to turn it and it would make
20  the click and then the flame would start.
21  Q.   Were you told anything about other
22  things you had to do if you were going to
23  use the stove?
24  A.   No, that's all I was told.
25  Q.   Were you provided any

1   documentation when this lady gave you this
2   orientation?
3       A.  Yes, she gave us the book.
4       Q.  Okay. What book are you referring
5   to?
6       A.  It was like an owner's manual book
7   and it had --
8       Q.  One owner's manual for the
9   trailer?
10      A.  Yes, it was the owner's manual for
11  the trailer, and how to use the stove and
12  the refrigerator.
13      Q.  Did you read the owner's manual?
14      A.  Yes.
15      Q.  When did you read the owner's
16  manual?
17      A.  I would say -- I can't say as soon
18  as she gave it to me, but I would say within
19  the next few days after she gave it to me.
20      Q.  Do you remember any information
21  specifically that was provided in that
22  owner's manual that stood out in your mind?
23      A.  Not really, nothing in particular.
24      Q.  What did she tell you about airing
25  the trailer out?

Page 187

1   about that.
2       Q.   Where was the leak?
3       A.   Right over the bed in the room.
4       Q.   Water would actually come in the
5   room when it rained?
6       A.   Oh, yes.  Dripped right on my
7   forehead.
8       Q.   Who did you contact about that?
9       A.   The trailer people.
10      Q.   Do you remember who those trailer
11  people were?
12      A.   I'm assuming the Gulf Stream
13  people.
14      Q.   What did they tell you?
15      A.   Well, they came out in -- again, I
16  wasn't there, but my momma saw them.  They
17  went on the roof and they put caulking on
18  the light fixture on the outside of the
19  trailer.
20      Q.   Did that fix the leak?
21      A.   Temporarily.
22      Q.   It started leaking again?
23      A.   Yes, it did.
24      Q.   Did mold grow because of the leak?
25      A.   I don't know if it was because of

1  since then?

2      Q.   Is this based on information that
3  you obtained from your lawyers or did you
4  rely on your lawyers to make these
5  allegations?

6      A.   I would have to say I relied on my
7  lawyers to make this representation.

8      Q.   Under paragraph 102, "The defects
9  in Gulf Stream's housing units are the
10 result of but not limited to the following:
11 Failure to design their respective product
12 so as not to emit dangerous levels of
13 formaldehyde."

14          You've already indicated that you
15 do not know what the levels of formaldehyde
16 were in your unit, correct?

17     A.   Correct.

18     Q.   Under subparagraph 4 of 102, it
19 says, "In providing housing units which do
20 not conform to the express warranties made
21 by Gulf Stream regarding their fitness for
22 use as reasonably anticipated."

23          You testified that the only person
24 you spoke to that you thought was with Gulf
25 Stream was the original person who walked

1    you through the trailer.

2        A.   Correct.

3        Q.   Okay.  Did you ever contact a Gulf
4    Stream Coach hotline or a number provided in
5    any manual, anything like that?

6        A.   I was given a Gulf Stream manual,
7    but I was under the impression that the
8    customer service number that I was calling
9    was Gulf Stream.

10       Q.   Okay.  When you say, "customer
11   service," you're talking about the
12   maintenance hotline?

13       A.   Maintenance.  I keep saying
14   "customer service," but the maintenance
15   hotline.

16       Q.   If it's shown that that was not
17   Gulf Stream, then you never made a call to
18   another number in the manual, the Gulf
19   Stream manual?

20       A.   I would have to say not -- no.  I
21   would say no, I don't think so.

22       Q.   And you have no basis other than
23   just your assumption that the first person
24   was a Gulf Stream Coach employee?

25       A.   Yes.