Transcript of the Testimony of

# BURL B. KEEL, III

### Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S
EXHIBIT
B

1    Q   Okay.  Did you ever have any contact with that

2        customer again?

3    A   Not that I am aware of, sir.

4    Q   Okay.  Have you had any contact with any of the

5        other FEMA customers?  Let me make clear, the folks

6        living in FEMA trailers in Louisiana or

7        Mississippi, have you went to other trailers?

8    A   Yes, sir, I have.

9    Q   Tell me about that.  I mean, is that what you did

10       for all those months that you were down there?

11   A   No, that is not what I did.  But when I was called

12       and asked to help out our contractor -- or FEMA's

13       contractor in assisting in repairs or teaching them

14       how to fix ACs and that kind of stuff, then, yes, I

15       did go to customers' houses to show them how to do

16       it.

17   Q   Okay.  How many times did you smell formaldehyde

18       when you were in those houses?

19   A   Almost none.

20   Q   Almost none but sometimes?

21   A   Maybe once.  I don't recall exactly how many, sir.

22   Q   Okay.  How many different homes -- if you can

23       remember, in that time frame you told us about when

24       you were down there, how many different homes or

25       trailers did you go inside?