Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S
EXHIBIT

tabbies

1    traveling.  And I volunteered to assist him, take

2    some of the long trips off his back, and basically

3    I've been doing that for the last couple years.

4  Q  Okay.  And what's your education?

5  A  Twelfth grade.  I had one semester of college,

6    thought I was going to be a state cop, changed my

7    mind, and got started early in the RV industry, in

8    1971 right out of high school.

9  Q  Okay.  When did this formaldehyde issue, in your

10   experience, first arise?  And what I mean by that

11   is people that were living in your trailers started

12   complaining about air quality issues.

13 A  The first I learned was from Dan in the March

14   timeline.

15 Q  That was the genesis or the reason, that and the

16   press report, for you to go do your testing?

17 A  We just wanted to see what was going on and how the

18   trailers were being used and what was the

19   situation, try to get a feel for what was

20   happening.

21 Q  And what was your feel for what was happening once

22   you did your testing?

23 A  Well, I saw a lot of variety of people obviously.

24   Some people used it for temporary housing.  Some

25   people used it permanently as they reconstructed

1    their lives and tried to put their houses back

2    together.

3        The folks that I spoke with were extremely

4    happy with the trailers.  I would get an occasional

5    complaint about them being too small or a cabinet

6    door coming off or a water heater that wouldn't

7    light or possibly an air conditioner that didn't

8    work.

9        We had people in Louisiana at that time as a

10   support group, and I would make arrangements to get

11   one of our technicians out to take care of those

12   issues instead of going back through a contractor.

13 Q Remember -- the press report and the screening, you

14   were just trying to get a feel of what was

15   happening?  What was your feel?

16 A How they were being used.  We didn't have a clue

17   really how the trailers were being set up or how

18   they were being used or -- you know, we just had

19   been extremely busy trying to build the requested

20   volume of trailers.  And once they started getting

21   established and the news media brought this to the

22   forefront, we wanted to get an idea what was going

23   on.

24 Q And what idea -- I mean, what conclusions did you

25   draw specifically with --