UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                                             SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Case No. 09-2892

## ORDER

      **IT IS ORDERED** that the following two motions will be heard on an expedited basis (as they both relate to the impending September 14, 2009 Gulf Stream trial): (1) Plaintiffs' Motion for Leave to File First Supplemental Witness List (Rec. Doc. 2626); and (2) Plaintiffs' Motion for Leave to File First Supplemental Exhibit List  (Rec. Doc. 2627).   Any oppositions to these motions shall be filed by **Wednesday, August 19, 2009, at noon**, at which time both motions will be taken under advisement.

      New Orleans, Louisiana, this 14th day of August, 2009.

                                                               **KURT D. ENGELHARDT**
                                                               **UNITED STATES DISTRICT JUDGE**