A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Aug 14, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 AUG 14 AM 11:36

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jul 29, 2009

FILED
CLERK'S OFFICE

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-8)**

On October 24, 2007, the Panel transferred one civil action to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1350 (J.P.M.L. 2007). Since that time, 24 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Kurt D. Engelhardt.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Engelhardt.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of October 24, 2007, and, with the consent of that court, assigned to the Honorable Kurt D. Engelhardt.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 14, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                    MDL No. 1873

### SCHEDULE CTO-8 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|---|---|
| **LOUISIANA MIDDLE** | | | | |
| LAM | 3 | 09-376 | Joseph H. Turner v. Crum & Forster Specialty Insurance Co., et al. | 09-5519 |
| LAM | 3 | 09-419 | Ada Holmes, et al. v. Fleetwood Canada, Ltd. | 09-5520 |
| LAM | 3 | 09-420 | Alan Therence, et al. v. Fluor Enterprises, Inc. | 09-5521 |
| LAM | 3 | 09-421 | Brenda Coleman Davis, et al. v. Gulf Stream Coach, Inc. | 09-5522 |
| LAM | 3 | 09-422 | Deborah Marsh, et al. v. Stewart Park Homes, Inc. | 09-5523 |
| LAM | 3 | 09-423 | Diane Washington, et al. v. Stewart Park Homes, Inc., et al. | 09-5524 |
| LAM | 3 | 09-425 | Gregory Lassair, et al. v. Waverlee Homes, Inc. | 09-5525 |
| LAM | 3 | 09-426 | Kimberly Lambert-Manuel, et al. v. Jayco, Inc. | 09-5526 |
| LAM | 3 | 09-427 | Leona Tate v. Forest River, Inc., et al. | 09-5527 |
| LAM | 3 | 09-428 | Leonard Joseph Parquet v. Jayco, Inc., et al. | 09-5528 |
| LAM | 3 | 09-429 | Dorothy Vollentine, et al. v. Recreation By Design, LLC, et al. | 09-5529 |
| LAM | 3 | 09-431 | Warren Williams, Jr., et al. v. Thor Industries, Inc., et al. | 09-5530 |
| LAM | 3 | 09-433 | Gloria Joseph, et al. v. Gulf Stream Coach, Inc., et al. | 09-5531 |
| LAM | 3 | 09-434 | Carla Powell, et al. v. Champion Home Builders, Co., et al. | 09-5532 |
| LAM | 3 | 09-435 | Sherita Bartholemew, et al. v. Cavalier Home Builders, LLC, et al. | 09-5533 |
| LAM | 3 | 09-436 | Patricia V. Johnson, et al. v. Alliance Homes, Inc., et al. | 09-5534 |
| LAM | 3 | 09-437 | Mildred Etienne, et al. v. Alliance Homes, Inc., et al. | 09-5535 |
| **LOUISIANA WESTERN** | | | | |
| LAW | 5 | 09-780 | Tandra Evans v. Timberland RV Co., et al. | 09-5536 |
| LAW | 5 | 09-783 | Bertha Chapman, et al. v. Timberland RV Co., et al. | 09-5537 |
| **MISSISSIPPI SOUTHERN** | | | | |
| MSS | 1 | 09-395 | Eric Jones, et al. v. SunnyBrook RV, Inc., et al. | 09-5538 |
| MSS | 1 | 09-396 | Dorothy Hutchins, et al. v. Bechtel National, Inc., et al. | 09-5539 |
| MSS | 1 | 09-397 | Angie Goar, et al. v. Jayco Enterprises, Inc., et al. | 09-5540 |
| MSS | 1 | 09-398 | Angelo Ash, et al. v. Fleetwood Enterprises, Inc., et al. | 09-5541 |
| MSS | 1 | 09-399 | Jerry Jones, et al. v. Sunray RV, LLC, et al. | 09-5542 |
| MSS | 1 | 09-400 | Charissa Denson, et al. v. Gulf Stream Coach, Inc., et al. | 09-5543 |
| MSS | 1 | 09-401 | Tammy Haley, et al. v. Bechtel National, Inc., et al. | 09-5544 |
| MSS | 1 | 09-402 | Clarissa H. Anderson, et al. v. Bechtel National, Inc., et al. | 09-5545 |
| MSS | 1 | 09-403 | Anither G. Rigsby, et al. v. Starcraft RV, Inc., et al. | 09-5546 |
| MSS | 1 | 09-404 | Danny Chasley, et al. v. Thor California, Inc., et al. | 09-5547 |
| MSS | 1 | 09-405 | Albert Croon, et al. v. Morgan Building & Spas, Inc., et al. | 09-5548 |
| MSS | 1 | 09-406 | Charles Maynard v. Gulf Stream Coach, Inc., et al. | 09-5549 |

**MDL No. 1873 - Schedule CTO-8 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.N/5 |
|---|---|---|
| MISSISSIPPI SOUTHERN | | |
| MSS 1 09-407 | Darrell M. Allen, Jr., et al. v. Keystone RV Co., et al. | 09-5550 |
| MSS 1 09-408 | Alexis Crosby, et al. v. Coachmen Industries, Inc., et al. | 09-5551 |
| MSS 1 09-409 | Kemberly Ladner, et al. v. Forest River, Inc., et al. | 09-5552 |
| MSS 1 09-410 | Danny H. Chasley, et al. v. Dutchmen Manufacturing, Inc., et al. | 09-5553 |
| MSS 1 09-411 | Melvin Davison, et al. v. KZRV LP, et al. | 09-5554 |
| MSS 1 09-412 | Ethel Mitchell, et al. v. Heartland Recreational Vehicles, LLC, et al. | 09-5555 |
| MSS 1 09-413 | Hattie Joseph, et al. v. Cavalier Home Builders, LLC, et al. | 09-5556 |
| MSS 1 09-414 | Elijah Keys, et al. v. River Birch Homes, Inc., et al. | 09-5557 |
| MSS 1 09-415 | Beulah Miller, et al. v. Recreation By Design, LLC, et al. | 09-5558 |
| MSS 1 09-416 | Darrell M. Allen, Jr., et al. v. DS Corp., et al. | 09-5559 |
| MSS 1 09-417 | LaRhonda Galloway, et al. v. Champion Homes Builders Co., et al. | 09-5560 |
| MSS 1 09-418 | Natley Mitchell, etc. v. Destiny Industries, LLC, et al. | 09-5561 |
| MSS 1 09-419 | Beverly Bonner, et al. v. Coachmen Industries, Inc., et al. | 09-5562 |
| MSS 1 09-429 | Judith Rochelle Stubbs v. Timberland RV Co., et al. | 09-5563 |
| MSS 1 09-430 | Brandy Michelle Bridenbaker, et al. v. Dutch Housing, Inc., et al. | 09-5564 |
| MSS 1 09-431 | Carl W. Beaugez, Jr., et al. v. Rvit, Inc., et al. | 09-5565 |
| MSS 1 09-432 | Linda Maldonado-West v. Palm Harbor Homes, Inc., et al. | 09-5566 |
| MSS 1 09-433 | Tina Charlene Chandler, et al. v. Layton Homes Corp., et al. | 09-5567 |
| MSS 1 09-434 | Estella Adkins, et al. v. Pilgrim International, Inc., et al. | 09-5568 |
| MSS 1 09-435 | Ernest Bradley, Jr., et al. v. Monaco Coach Corp., et al. | 09-5569 |
| MSS 1 09-436 | Earnestine Collins, et al. v. CH2M Hill Constructors, Inc., et al. | 09-5570 |
| MSS 1 09-437 | Arthur Charles Penton, Jr., et al. v. Townhomes, LLC, et al. | 09-5571 |
| MSS 1 09-438 | Amber Lynn Franklin, et al. v. Scotbilt Homes, Inc., et al. | 09-5572 |
| MSS 1 09-439 | Andrayl James Clark, et al. v. Stewart Park Homes, Inc., et al. | 09-5573 |
| MSS 1 09-440 | Sandra Armstrong, et al. v. American Camper Manufacturing, LLC, et al. | 09-5574 |
| MSS 1 09-441 | Estella Akins, et al. v. Morgan Buildings & Spas, Inc., et al. | 09-5575 |
| MSS 1 09-442 | Marvin Matthew Ballow, et al. v. Alliance Homes, Inc., et al. | 09-5576 |
| MSS 1 09-443 | Amanda Attia, et al. v. Cavalier Home Builders, LLC, et al. | 09-5577 |
| MSS 1 09-444 | Dorothy Marie Domino, et al. v. Silver Creek Homes, Inc., et al. | 09-5578 |
| MSS 1 09-445 | Darron Levery Allen, et al. v. River Birch Homes, Inc., et al. | 09-5579 |
| MSS 1 09-446 | Letisha Biggs, et al. v. Jayco, Inc., et al. | 09-5580 |
| MSS 1 09-447 | Gloria Hall v. Skyline Corp., et al. | 09-5581 |
| MSS 1 09-448 | Allison Shree Barnes, et al. v. Coachmen Industries, Inc., et al. | 09-5582 |
| MSS 1 09-449 | Sabrina Booker, et al. v. Southern Energy Homes, Inc., et al. | 09-5583 |
| MSS 1 09-450 | Charles Edward Bailey, Sr., et al. v. Heartland Recreational Vehicles, LLC, et al. | 09-5584 |
| MSS 1 09-451 | Charlie M. Levy, et al. v. Gulf Stream Coach, Inc., et al. | 09-5585 |

**MDL No. 1873 - Schedule CTO-8 Tag-Along Actions (Continued)**

EDLA
SEC.N/5

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|

MISSISSIPPI SOUTHERN

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA |
|---|---|---|---|---|
| MSS | 1 | 09-452 | Ruby Lee Beamer, et al. v. Patriot Homes of Texas, LP, et al. | 09-5586 |
| MSS | 1 | 09-453 | Carolyn Bolden, et al. v. Northwood Manufacturing, Inc., et al. | 09-5587 |
| MSS | 1 | 09-454 | LaShaundra Denise Cook, et al. v. Lexington Homes, Inc., et al. | 09-5588 |
| MSS | 1 | 09-455 | Eric Bond, et al. v. Thor California, Inc., et al. | 09-5589 |
| MSS | 1 | 09-456 | Beth Renee Bernius, et al. v. CMH Manufacturing, Inc., et al. | 09-5590 |
| MSS | 1 | 09-457 | Pamela Tillman Dunston, etc. v. FRH, Inc., et al. | 09-5591 |
| MSS | 1 | 09-458 | Jack Douglas, et al. v. TL Industries, Inc., et al. | 09-5592 |
| MSS | 1 | 09-459 | John G. Allen, et al. v. Starcraft RV, Inc., et al. | 09-5593 |
| MSS | 1 | 09-460 | Kenneth Ray Bardwell, Jr., et al. v. Redman Homes, Inc., et al. | 09-5594 |
| MSS | 1 | 09-461 | Rose Barnes, et al. v. Recreation By Design, LLC, et al. | 09-5595 |
| MSS | 1 | 09-462 | Willie Louis Ragsdale, et al. v. Sun Valley, Inc., et al. | 09-5596 |
| MSS | 1 | 09-463 | Stephanie Yvonne Ables, et al. v. Gulf Stream Coach, Inc., et al. | 09-5597 |
| MSS | 1 | 09-464 | Deanna Marie Barnes, et al. v. Sunnybrook RV, Inc., et al. | 09-5598 |
| MSS | 1 | 09-465 | Sylvia Hortense Payton, et al. v. Vanguard Industries of Michigan, Inc., et al. | 09-5599 |
| MSS | 1 | 09-466 | Floyd D. Abercrombie, et al. v. Forest River, Inc., et al. | 09-5600 |
| MSS | 1 | 09-467 | James Brandon Ahern, et al. v. Keystone Industries, Inc., et al. | 09-5601 |
| MSS | 1 | 09-468 | Mary S. Adams, et al. v. DS Corp., et al. | 09-5602 |
| MSS | 1 | 09-469 | Angela Suzette Ashford, et al. v. Homes of Merit, Inc., et al. | 09-5603 |
| MSS | 1 | 09-470 | Johann E. Clark, et al. v. Liberty Homes, Inc., et al. | 09-5604 |
| MSS | 1 | 09-471 | Barbara Chase, et al. v. KZRV LP, et al. | 09-5605 |
| MSS | 1 | 09-472 | Estella Adkins, et al. v. Waverlee Homes, Inc., et al. | 09-5606 |
| MSS | 1 | 09-473 | Lelama Alexander, et al. v. Destiny Industries, LLC, et al. | 09-5607 |
| MSS | 1 | 09-474 | James Brandon Ahern, et al. v. Champion Home Builders Co., et al. | 09-5608 |
| MSS | 1 | 09-475 | James Sidney Adams, et al. v. Fleetwood Canada, Ltd., et al. | 09-5609 |
| MSS | 1 | 09-476 | Demario Dominiqu Coleman, et al. v. Frontier RV, Inc., et al. | 09-5610 |
| MSS | 1 | 09-477 | Cherie Greenwell, et al. v. Dutchmen Manufacturing, Inc., et al. | 09-5611 |
| MSS | 2 | 09-112 | Regina Morales, et al. v. Alliance Homes, Inc., et al. | 09-5612 |
| MSS | 2 | 09-114 | Regina Morales, et al. v. Alliance Homes, Inc., et al. | 09-5613 |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | | Telephone: [202] 502-2800<br>Fax:          [202] 502-2888<br>http://www.jpml.uscourts.gov |

August 14, 2009

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 1873 -- IN RE: FEMA Trailer Formaldehyde Products Liability Litigation

(See Attached CTO-8)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy a conditional transfer order filed by the Panel in the above-captioned matter on July 29, 2009. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Tarrell L. Littleton_
Tarrell L. Littleton
Deputy Clerk

Attachments

cc:     Transferee Judge:     Judge Kurt D. Engelhardt

JPML Form 36C

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                                               MDL No. 1873

## INVOLVED COUNSEL LIST (CTO-8)

Michael F. Cavanaugh
P.O. Drawer 1911
Biloxi, MS 39533-1911

Lawrence J. Centola, Jr.
HURRICANE LEGAL CENTER LLC
600 Carondelet Street
Suite 602
New Orleans, LA 70130

William B. Gill, III
GILL LADNER & PRIEST PLLC
403 S. State Street
Jackson, MS 39201-5020

Michael David Kurtz
BAKER DONELSON BEARMAN CALDWELL & BERKOWTIZ
201 St. Charles Avenue
Suite 3600
New Orleans, LA 70170

Hugh Palmer Lambert
LAMBERT & NELSON PLC
701 Magazine Street
New Orleans, LA 70130

Gerald Edward Meunier
GAINSBURGH BENJAMIN DAVID MEUNIER & WARSHAUER
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

MaryAnna Penton
PENTON LAW FIRM
209 Hoppen Place
Bogalusa, LA 70427

Andrew D. Weinstock
DUPLASS ZWAIN BOURGEOIS PFISTER & WEINSTOCK
3838 N. Causeway Blvd.
Suite 2900
Metairie, LA 70002

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION                           MDL No. 1873

## INVOLVED JUDGES LIST (CTO-8)

Hon. James J. Brady
U.S. District Judge
369 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801

Hon. S. Maurice Hicks, Jr.
U.S. District Judge
5101 United States Courthouse
300 Fannin Street
Shreveport, LA 71101

Hon. Sul Ozerden
U.S. District Judge
United States District Court
714 Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street
Gulfport, MS 39501

Hon. John V. Parker
Senior U.S. District Judge
355 Russell B. Long Federal Bldg.
777 Florida Street
Baton Rouge, LA 70801-1712

Hon. Tom Stagg
Senior U.S. District Judge
4100 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3091

Hon. Ralph E. Tyson
Chief Judge, U.S. District Court
301 Russell B. Long Fed. Bldg.
777 Florida Street
Baton Rouge, LA 70801

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL No. 1873

## INVOLVED CLERKS LIST (CTO-8)

Nicholas Joseph Lorio, Clerk
139 Russell B. Long Federal Building
777 Florida Street
Baton Rouge, LA 70801

Tony R. Moore, Clerk
1167 U.S. Courthouse
300 Fannin Street
Shreveport, LA 71101-3083

J.T. Noblin, Clerk
U.S. District Court
672 Judge Dan M. Russell, Jr. U.S. Courthouse
2010 15th Street, Suite 403
Gulfport, MS 39501

J.T. Noblin, Clerk
200 U.S. Courthouse & Federal Building
701 North Main Street
Hattiesburg, MS 39401