UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL WITH
RESPECT TO GULF STREAM COACH, INC.**

MAY IT PLEASE THE COURT:

Plaintiff, Alana Alexander, individually and on behalf of Christopher Cooper ("Plaintiff" or "Ms. Alexander") respectfully requests this Court to issue an order compelling Defendant Gulf Stream Coach, Inc. ("Gulf Stream") to produce electronic data and, in support, would show the following:

**BACKGROUND**

This case is one of thousands of cases filed in this Multi District Litigation involving travel trailers provided to victims of Hurricanes Katrina and Rita.

The case of *Age, et al v. Gulf Stream Coach, Inc., et al* (of which Ms. Alexander is a Plaintiff) was filed on February 27, 2009. On April 6, 2009, the Court selected Ms. Alexander as the first trial plaintiff. On April 8, 2009, the Court issued a scheduling order for this case, setting trial to begin on September 14, 2009.

On April 10, 2009, the Plaintiffs' Steering Committee ("PSC") sent Gulf Stream a Master

Set of Requests for Production of Documents. These Requests sought documents which are generally applicable to all Gulf Stream cases in the MDL.

On May 5, 2009, Plaintiff sent Gulf Stream a First Request for Production of Documents, relating to Ms. Alexander's case only.

Gulf Stream responded to the discovery requests and produced hard copy documents, but Gulf Stream refused to search for or produce electronic discovery.

Plaintiff moved to compel Gulf Stream to do so and, on July 1, 2009, the Court ordered Gulf Stream to search for and produce responsive electronic data.[1] (Docket Entry No. 2035).

On August 4, 2009, Gulf Stream's counsel indicated that they would begin a "rolling production" of electronic data on August 12, 2009. Gulf Stream's counsel did not indicate when the "rolling production" would conclude. Recently, Plaintiff's counsel has asked Gulf Stream's counsel to confirm when this rolling production would begin and end, but Gulf Stream's counsel has not responded, making this motion necessary.

## ARGUMENT AND AUTHORITIES

The subject discovery was sent more than three months ago. The Court ordered Gulf Stream to produce electronic documents 44 days ago. Trial begins in a month. It appears that Gulf Stream is ignoring the Court Order in hopes that trial will pass before it produces these electronic data.

The Court should enter another order compelling Gulf Stream to produce electronic data immediately, and complete its production by August 21, 2009.

---

[1] The Order reads, "Gulf Stream is to conduct another search of its electronic data for documents containing the four or five search terms proposed by plaintiffs plus the search terms it had previously discussed with plaintiffs as being appropriate and is to thereafter produce the results of same. The Court declines to order any cost-shifting for the exercise at this time."

**CONCLUSION AND PRAYER**

Plaintiff respectfully requests that the Court grant her Motion, and order Gulf Stream to produce electronic documents immediately.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:     504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 15, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                          s/Gerald E. Meunier
                                          GERALD E. MEUNIER, #9471