UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| THIS DOCUMENT IS RELATED TO | * | |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; Alana Alexander, individually and on behalf of Christopher Cooper | * | |

## ORDER

Plaintiff's Opposed Motion to Compel is GRANTED.

Defendant Gulf Stream Coach, Inc. is ORDERED to produce to Plaintiff all electronic data that it was compelled to produce in the July 1, 2009 Court Order, Docket Number 2035, on or before August 19, 2009.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**ALMA CHASEZ**
**UNITED STATES MAGISTRATE JUDGE**