**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
|       FORMALDEHYDE PRODUCTS | * | |
|       LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Expedited Hearing on Plaintiff's Motion to Compel with Respect to Gulf Stream Coach, Inc.,

**IT IS HEREBY ORDERED** that said Motion is granted and that the Motion to Compel with Respect to Gulf Stream Coach, Inc. be and is hereby set for hearing on the ___ day of _____, 2009, at ___a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
**ALMA CHASEZ**
**UNITED STATES MAGISTRATE JUDGE**