Gulf Stream Coach Privilege Log

| No. | Date | Author | Recipient | CC | Description | Basis |
|---|---|---|---|---|---|---|
| 1. | 10/3/2005 | J. Shea | File | | Handwritten notes from conversation with counsel D. McIntosh pertaining to FEMA contract issues (non-formaldehyde) | AC |
| 2. | 10/6/2005 | J. Shea | File | | Handwritten notes from conversation with counsel D. McIntosh pertaining to FEMA contract/potential meeting (non-formaldehyde) | AC |
| 3. | 10/7/2005 | J. Shea | File | | Handwritten notes from conversation with counsel D. McIntosh and M. Madsen pertaining to FEMA contract clauses/issues (non-formaldehyde) | AC |
| 4. | 10/12/2005 | J. Shea | File | | Handwritten notes from conversation with counsel D. McIntosh and M. Madsen pertaining to FEMA contract clauses (non-formaldehyde) | AC |
| 5. | 10/17/2005 | J. Shea | File | | Handwritten notes from conversation with counsel M. Madsen pertaining to FEMA contract issues (non-formaldehyde) | AC |
| 6. | 10/31/2005 | J. Shea | File | | Handwritten notes from conversation with counsel M. Madsen pertaining to FEMA contract clauses, shipping charges, issues (non-formaldehyde) | AC |
| 7. | 10/25/2005 | J. Shea | File | | Draft discussion points from counsel M. Madsen pertaining to FEMA contract issues (non-formaldehyde) | AC |
| 8. | 11/3/2005 | M. Madsen | J. Shea | D. McIntosh | E-mail regarding advice with respect to multiple clauses in FEMA contracts (non-formaldehyde) | AC |
| 9. | 2/21/2006 | J. Shea | File | | Handwritten notes from conversation with counsel M. Madsen(non-formaldehyde) | AC |
| 10. | 3/21/2006 | D. Woody | D. Shea | N/A | E-mail transmittal of draft letter to Brian McCreary based on discussions with counsel M. Madsen regarding formaldehyde | AC, WP, AL |
| 11. | 3/24/2006 | T. Brandt | B. Hoffer | K. Brinker | E-mail with attachments regarding ASTM test method | AC, WP, AL |
| 12. | 3/27/2006 | J. Shea | D. Shea | N/A | E-mail forwarding recommendations regarding formaldehyde expert consultants | WP, AL |
| 13. | 3/29/2006 | D. Woody | D. Shea | N/A | E-mail transmittal of attached draft press release and draft letter text regarding formaldehyde | WP, AL |



PLAINTIFF'S EXHIBIT A

| # | Date | From | To | | Description | |
|---|---|---|---|---|---|---|
| 14. | 3/30/2006 | T. Brandt | C. Zercher | K. Brinker | E-mail with attachments regarding ASTM test method and potential panel test | AC, WP, AL |
| 15. | 3/31/2006 | C. Zercher | K. Brinker | | Draft letter from counsel re panel test of luaun (with transmittal fax) | AC, WP, AL |
| 16. | Late April or Early May 2006 | J. Shea | File | N/A | Handwritten notes from conversation with consultant regarding anticipated litigation | AC, WP, AL |
| 17. | 4/6/2006 | D. Woody | D. Shea | N/A | E-mail transmittal of attached draft press release | AC, WP, AL |
| 18. | 4/19/2006 | D. Woody (for Jim & Dan Shea) | M. Madsen | N/A | Email transmittal regarding possible responses regarding news stories and FEMA, and requesting review and comment | AC, WP, AL |
| 19. | 4/19/2006 | D. Shea | J. Shea | N/A | E-mail forwarding information sent to counsel M. Madsen regarding possible responses to news stories and FEMA, for review and comment | AC, WP, AL |
| 20. | 4/19/2006 | R. Golden | J. Shea | N/A | E-mail from consultant regarding press release and OSHA PEL | WP, AL |
| 21. | 4/19/2006 | D. Shea | J. Shea | N/A | Duplicate of document contained in No. 19 above | AC, AL |
| 22. | 4/20/2006 | S. Pullin | File | N/A | Handwritten notes re screening of trailers | WP, AL |
| 23. | 4/21/2006 | S. Pullin | File | N/A | Record of screening of unoccupied trailer (Baton Rouge storage area) | WP, AL |
| 24. | 4/21/2006 | S. Pullin | D. Shea | | E-mail regarding attached blank screening form | WP, AL |
| 25. | 4/06 | S. Pullin | File | N/A | Records of screening of unoccupied trailers (with handwritten notes)(Baton Rouge storage area, including non-Gulf Stream units) | WP, AL |
| 26. | 4/24/2006 | M. Madsen | D. Shea, J. Shea | | E-mail attaching publication regarding formaldehyde | AC, WP, AL |
| 27. | 4/24/2006 | B. Vining | D. Shea, S. Pullin | | Transmittal of screening records of unoccupied trailers in Baton Rouge and occupied St. Bernard trailers | WP, AL |
| 28. | 4/24/06, 5/2/06 | M. Madsen | D. Shea; D. Shea/J. Shea | | E-mails regarding conference call to be held with counsel and CNN story | AC, AL |
| 29. | 4/24/2006 | D. Woody | D. Shea | N/A | E-mail regarding meeting with FEMA (attaching 4/21/2006 email from M. Madsen to D. Woody) | AC, WP, AL |
| 30. | 4/27/06 | G. Weeden | Kindig & Sloat | | Measurement of component using two hour desiccator test; | WP, AL |

2

| | | | | | |
|---|---|---|---|---|---|
| | | | | | transmitted to Kindig & Sloat on 5/9/06 |
| 31. | 4/27/2006 | D. Shea | M. Madsen | N/A | E-mail requesting call to discuss issues related to HUD and seeking advice regarding a statement | AC, AL |
| 32. | 5/2/2006 | D. Woody | M. Madsen | J. Shea | E-mail attaching information related to formaldehyde, seeking advice and comment | AC, WP, AL |
| 33. | 5/2/2006 | L. Levasseur | D. Shea; J. Shea | M. Madsen | E-mail with attachment (draft document) and addressing call to discuss FEMA information | AC, AL |
| 34. | 5/2/2006 | D. Shea | M. Madsen | N/A | E-mail regarding advice re information to be provided to FEMA and a call to discuss same | AC, AL |
| 35. | 5/3/2006 | L. Levasseur | D. Shea; J. Shea | N/A | E-mail regarding FEMA information provided by counsel, CNN story, and call with counsel | AC, WP, AL |
| 36. | 5/4/2006 | M. Madsen | D. Shea; J. Shea | L. Levasseur | E-mail attaching draft letter and notice to FEMA | AC, WP, AL |
| 37. | 5/4/2006 (approx) | J. Shea | | N/A | Handwritten notes generated in conversations with counsel M. Madsen regarding a draft letter | AC, WP, AL |
| 38. | 5/4/2006 | J. Shea | R. Golden | B. Hoffer, D. Shea | E-mail responding to consultant email and requesting that consultant speak with counsel | WP, AL |
| 39. | 5/5/2006 | B. Hoffer & K. Brinker | D. McCarthy | | Facsimile with attachment regarding formaldehyde and seeking comment and advice (with handwritten notes) | WP, AL |
| 40. | 5/8/2006 | B. Hoffer | K. Brinker | | Research with respect to formaldehyde (with marginalia) | WP, AL |
| 41. | 5/8/2006 | B. Hoffer | K. Brinker | | Research with respect to formaldehyde (with marginalia) | WP, AL |
| 42. | 5/10/2006 | D. McCarthy | K. Brinker | B. Hoffer | E-mail with attachments regarding research with respect to formaldehyde | AC, WP, AL |
| 43. | 5/10/2006 | B. Hoffer | K. Brinker | | E-mail with attached draft letter to FEMA | AC, WP, AL |
| 44. | 5/11/2006 | D. McCarthy | K. Brinker | B. Hoffer | E-mail with attached memorandum regarding Indiana law | AC, WP, AL |
| 45. | 5/11/2006 | D. McCarthy | K. Brinker | | E-mail regarding draft FEMA Letter | AC, AL |
| 46. | 5/11/2006 | D. McCarthy | K. Brinker | | E-mail with attachment and analysis regarding retention of consultant in anticipation of litigation | WP, AL |

| 47. | 5/11/2006 | Various counsel | B. Hoffer & D. Shea | Draft letter to FEMA regarding Cavalier travel trailers with attached Information and Health Notice (and handwritten notes) | AC, AL |
| 48. | 5/11/2006 | L. Levasseur | J. Shea, D. Shea | N/A | E-mail regarding letter to FEMA | AC, AL |
| 49. | 5/11/2006 | L. Levasseur | J. Shea, D. Shea | M. Madsen | E-mail regarding letter to FEMA | AC, AL |
| 50. | 5/12/2006 | D. McCarthy | K. Brinker | B. Hoffer | E-mail regarding potential consultant considered for assistance in anticipated litigation | AC, WP, AL |
| 51. | 5/12/2006 | G. Marsh | J. Shea | N/A | E-mail regarding formaldehyde from consultant | WP, AL |

Key: "WP" – Protected from disclosure by the work-product doctrine.
"AC" – Attorney-Client Communication
"AL" – Anticipation of litigation

Gulf Stream objects to producing any privilege log relating to post-suit communications and documents generated or received in connection with the defense of the litigation or advice relating thereto, on the grounds that such would be voluminous, overbroad, burdensome, and harassing.

Abbreviations: "Madsen" is attorney Marcia Madsen with the firm of Mayer Brown Rowe in Washington, D.C. "Levasseur" is attorney Luke Levasseur with the firm of Mayer Brown Rowe in Washington, D. C. "McIntosh" is attorney David McIntosh with the firm of Mayer Brown Rowe in Washington, D.C. "Hoffer" and "Zercher" are attorneys Brian Hoffer and Charles Zercher, respectively, with the firm of Kindig & Sloat in Nappanee, Indiana. "McCarthy" is attorney Daniel McCarthy with the firm of Mellon McCarthy in Troy, Michigan. "Brinker" is in-house attorney Kenneth Brinker. "Marsh" and "Golden" are outside expert consultants. "Woody" and "Vining" are in-house administrative assistants. "Weeden" and "Brandt" are consulting expert engineers with the firm of Progressive Engineering, Inc. in Goshen, Indiana.