Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S
EXHIBIT
B

Page 8

1       MR. WEINSTOCK:  Andy Weinstock for Gulf Stream

2   Coach.

3       THE VIDEOGRAPHER:  Would the court reporter

4   please swear the witness.

5                    SCOTT PULLIN

6   having been first duly sworn to tell the truth, the

7   whole truth, and nothing but the truth was examined

8   and testified as follows:

9   DIRECT EXAMINATION

10  QUESTIONS BY MR. BUZBEE:

11  Q  What is your name, sir?

12  A  Scott Pullin.

13  Q  Who told you to go down to Louisiana and test

14     trailers?

15  A  Mr. Shea.

16  Q  What did he tell you to do?

17  A  Take some screening samples.

18  Q  He called it screenings from the very beginning, or

19     did he call it testing?

20  A  I don't recall it being called testing.  It was

21     screening.

22  Q  It was called a screening?

23  A  Uh-huh.

24  Q  So your testimony is, the day that he called you up

25     and said, Scott, go to Baton Rouge and do some --