# Transcript of the Testimony of

# SCOTT PULLIN

Date: June 2, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.


PLAINTIFF'S EXHIBIT C

1       he used the word "screening"?
2    A  As I recall, yes.
3    Q  And you're sure about that?
4    A  Yes, sir.
5    Q  Okay.  And why did he tell you, if you know, to go
6       down to Louisiana and do some screening?
7    A  The news had surfaced about some concerns, and we
8       just wanted to get down and see what was going on,
9       get some samples and see what the conditions were.
10   Q  And what did you do to prepare yourself?  Do you
11      remember when he told you to go down and do some
12      screening?
13   A  I believe it was towards the end of March or the
14      beginning of April.
15   Q  Okay.
16          MR. WEINSTOCK:  Tony, before you ask the next
17      question, if we can have an agreement there will be
18      no additional waiver of privilege.
19          MR. BUZBEE:  We'll have the same one we've had
20      for each time we've talked about this screening.
21          MR. WEINSTOCK:  Thank you very much and
22      proceed.
23          MR. BUZBEE:  Thank you.
24   Q  Just so I'm clear, the first conversation you had
25      with Jim -- was it Jim Shea that told you to do it