# Transcript of the Testimony of

# DANIEL SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT
E

1  A  We had -- number one, we didn't feel that they were
2     scientific. It was trying to gather as much
3     information as we could about formaldehyde.
4        We did offer the results of our informal work
5     that Scott Pullin had done, which would have
6     included not only screening but also the reports of
7     whatever else his conversations were with
8     residents, and we did make that offer in May of
9     2006 to FEMA, but they didn't request it from us.
10 Q  Let me get this right. Was Mr. Pullin screening,
11    testing, whatever we want to call it; was this
12    being done at the instruction of Gulf Stream
13    Coach's counsel or at the request of yourself or
14    some other person or entity at Gulf Stream Coach?
15 A  Scott was working for me at the time, and I had
16    been talking to counsel since --
17    MR. WEINSTOCK: Okay, that's enough.
18 Q  That's fine. I just want to know whether he was
19    doing this screening/testing pursuant to
20    instructions from counsel, in other words, if this
21    was work product, actual work product; or whether
22    or not this was something that was just being done
23    for informational purposes at your request.
24    MR. WEINSTOCK: Why don't you ask it this way.
25    Ask whether it was done at his request as opposed

1      to --

2   Q  Was it done at your request?

3   A  Yes.

4   Q  Do you consider that information --

5          Well, Counsel, do you consider this

6      information of those test results privileged and

7      work product?

8          MR. WEINSTOCK:  I do.

9   Q  Now, in addition, if you refer to that same

10     document, page 14, Section D, the last paragraph

11     there, it says "Mr. Pullin's notes show that some

12     Gulf Stream travel trailer occupants indicated

13     there were no problems with the trailer, never any

14     problems with eye; nothing other than new smell,

15     while other occupants mentioned burning and no

16     problems at first."

17         Do you recall Mr. Pullin reporting to you that

18     some occupants had reported burning?

19  A  No.  My recollection was that he said that the

20     people that he had met there in St. Bernard didn't

21     have any complaints, and there may have been one --

22     I'm not sure if it was one of that group or

23     somebody else that he talked to that said that they

24     noticed something the first day or two that they

25     were in the trailer, but then it went away, my