# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



1   A   They assisted us in our relations with the press,
2       including public statements.
3   Q   Very, very important that whatever statement was
4       provided to the public be absolutely truthful;
5       isn't that right?
6   A   That's true.
7   Q   Tell me about the firm that you retained to do
8       destructive testing, Progressive Engineering.
9   A   I don't think -- Progressive Engineering is a
10      engineering testing inspection firm in Goshen,
11      Indiana.
12  Q   And what did you retain them to do?
13  A   I don't know that we retained them exactly.  We
14      gave them a sample of material to --
15  Q   You paid them, didn't you?
16  A   I think we did pay them, yeah.
17  Q   They didn't do it for free, did they?
18  A   No.
19  Q   Okay.
20  A   But retaining means something other than -- to me,
21      retaining is something different.  Retaining is you
22      can pay money or you agree to pay money even if you
23      don't get services, which is something that's done
24      in the legal profession.  But I don't think of that
25      relative to PEI.