# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT G

1  Q  Okay. You hired them to do some work for you?
2  A  Right. Okay.
3  Q  All right. I've got to be very careful which words
4     I use.
5        All right. When you hired Progressive
6     Engineering to do some work for your company, what
7     did you hire them to do?
8  A  We had some material, some Adorn material, and we
9     asked them to submit it to the kind of testing that
10    would be required by the HUD standard.
11 Q  So you had them test some interior decorative --
12    the stuff that's used on the walls?
13 A  Correct.
14 Q  Did you have them test anything else other than
15    the --
16 A  No.
17 Q  Just the wall --
18 A  It was interior wall panel.
19 Q  Okay. And when did that happen?
20 A  It happened between -- when did it happen? When
21    did we give the material to them?
22 Q  Yes.
23 A  I think we gave the material to them in early
24    April, as I recall.
25 Q  Of '06?

1  A  Yes.

2  Q  And when did they give you their response?

3       MR. WEINSTOCK: I'm sorry, I just need to

4  check something with counsel. Stop the clock.

5       THE VIDEOGRAPHER: Please stand by. We're off

6  the video at 13:13:33.

7       (At this time a short break in the proceedings

8  was had.)

9       THE VIDEOGRAPHER: We are now back on the

10  video record at the time of 13:14:01.

11       MR. WEINSTOCK: I'm going to object to you

12  asking questions about Progressive Engineering in

13  that we did not produce these documents. We

14  maintain a privilege to them. It's my

15  understanding you did get some of these documents

16  through Mr. Waxman's committee.

17       And if you will agree that by asking these

18  questions I'm not waiving anything that has not

19  already been waived, I will let him answer these

20  questions. But if you contend by my letting him

21  answer it I am further waiving a privilege, I will

22  not let him answer these questions.

23       MR. BUZBEE: I contend that it's already been

24  waived, but in response to your request, I will not

25  contend that continuing to answer these questions