Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S
EXHIBIT

1     waives something that wasn't already waived.

2        MR. WEINSTOCK:  Go on with your questions

3     then.

4        MR. BUZBEE:  Thank you.

5   Q  All right.  You --

6        MR. DINNELL:  Same for me because I'm going to

7     ask him that.

8   Q  Okay.  You guys hired Progressive Engineering and

9     sent to them some of this interior decorative wall

10    covering?

11   A  Correct.

12   Q  From Adorn?

13   A  Well, we asked our attorney to hire them.

14   Q  Don't tell me anything that you said to your

15    attorney.

16       MR. WEINSTOCK:  That one, there's no question

17    we haven't waived that.

18   Q  I'm not even interested in knowing.  I'm sure that

19    you said a lot of mean stuff about me, probably all

20    of it unfair and untrue.

21       But let's just talk about what Progressive

22    Engineering did and what they told you and what you

23    learned.

24   A  Progressive Engineering subjected the material to a

25    testing protocol and ultimately gave us some