Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT

1  A  No.

2  Q  Okay. Let me ask you --

3  A  I'm just being forthright.

4  Q  Right. I can tell. Let me ask you again. Did you

5     receive a written report from Progressive

6     Engineering?

7  A  There was a written report that had values and

8     numbers on it, yes.

9  Q  Did you read it?

10 A  I remember reading the report, yes.

11 Q  Did you consult with any other scientists or

12    engineers other than the people from Progressive

13    Engineering when you were perusing and reading the

14    report?

15 A  I -- you know, we had various conversations with

16    scientists during that time period that we were

17    trying to educate ourselves on the whole issue.

18    I'm sure I had other conversations with other

19    scientists during that period.

20 Q  Who?

21 A  Well, I know Robert Golden was one of the people

22    that we were talking to.

23 Q  Who else?

24 A  It's just a little bit hard for me to remember. We

25    spoke to various scientists over the course of this