Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

### Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S
EXHIBIT

J

1   Q   Okay.  You hired them to do some work for you?

2   A   Right.  Okay.

3   Q   All right.  I've got to be very careful which words

4       I use.

5           All right.  When you hired Progressive

6       Engineering to do some work for your company, what

7       did you hire them to do?

8   A   We had some material, some Adorn material, and we

9       asked them to submit it to the kind of testing that

10      would be required by the HUD standard.

11  Q   So you had them test some interior decorative --

12      the stuff that's used on the walls?

13  A   Correct.

14  Q   Did you have them test anything else other than

15      the --

16  A   No.

17  Q   Just the wall --

18  A   It was interior wall panel.

19  Q   Okay.  And when did that happen?

20  A   It happened between -- when did it happen?  When

21      did we give the material to them?

22  Q   Yes.

23  A   I think we gave the material to them in early

24      April, as I recall.

25  Q   Of '06?