# Transcript of the Testimony of

# DANIEL SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



Page 154

1    single day?  The smell won't go away?
2  A  I don't -- as far as these occupants here that he
3    had visited, I don't recall him telling me that.
4  Q  Didn't tell you.  If he had told you that, what
5    would you have done?
6  A  I would have said, Hey, is there something we can
7    do to assist this occupant.
8  Q  At the same time this testing, or informal testing
9    was being done by Scott, were you also doing some
10    testing of some of your component parts, or
11    component woods, for instance, from Adorn?
12  A  Our attorneys, in Indiana, were looking into the --
13    some material that we had received from -- from
14    Adorn.
15  Q  Why did you choose Adorn?  Adorn only provided you
16    15 percent of your woods, but you chose Adorn for
17    some reason.  Explain why.
18  A  Well, it was the idea that we had found this
19    material that was designated as REG, and the fact
20    that it may or may not have complied to the --
21        MR. WEINSTOCK:  I'm sorry.  What was the
22    question?  I apologize.
23        MR. BUZBEE:  Why did you choose Adorn to have
24    the product tested.  He was telling me that, well,
25    we -- we're walking through the facts.