# Transcript of the Testimony of

# DANIEL SHEA

Date: June 1, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.

PLAINTIFF'S EXHIBIT

1    your two contracts.
2  A  That was already done by the time -- by the time
3     this activity was going on, from my understanding.
4  Q  Thank goodness.
5         MR. WEINSTOCK:  Object to the commentary.
6     Next question.
7  Q  You, at the same time -- I mean, your company paid
8     for Progressive Engineering, isn't that right?  For
9     the testing?
10 A  You know, I don't know.  I don't know.  I believe
11    it was something that our legal counsel had done.
12 Q  And was that information shared with anyone, this
13    Progressive Engineering testing?
14 A  I believe it was shared with -- I believe it --
15    well, it was something that Congress ultimately
16    obtained.
17 Q  Okay.  So it was shared with members of Congress.
18 A  I don't know if shared; I think they -- I'm not
19    sure what the --
20 Q  I'm not a wordsmith like your brother.  I just mean
21    you provided it to Congress.  Right?
22 A  They had worked with our legal counsel and obtained
23    it.
24 Q  Okay.  You provided that information to other third
25    parties, for instance, experts, wood experts, did