# Transcript of the Testimony of

# JAMES F. SHEA - GULF STREAM COACH 30(b)(6)

Date: May 28, 2009

FEMA Trailer Formaldehyde Products Liability Litigation
v.



PLAINTIFF'S EXHIBIT
M

```
 1     trailers and what you would run into using travel
 2     trailers in the field for that purpose, FEMA had
 3     the most expertise.
 4  Q  FEMA had more expertise than Gulf Stream with
 5     regard to the use of the travel trailers?
 6  A  As temporary housing for disaster relief, the pure
 7     use of the unit, what went on out in the field.
 8  Q  Last time we talked about when you anticipated
 9     litigation.  You told me that was in March of '06;
10     is that right?
11  A  Certainly when this occurred, because of my
12     background in the '80s in manufactured housing, we
13     discussed the situation with our counsel.
14  Q  You said "when this occurred."  I think, if I'm not
15     mistaken, that's a pronoun.  What are you talking
16     about, "when this occurred"?
17  A  The beginning circumstance of this formaldehyde
18     issue in March of 2006.
19  Q  Okay.  So --
20  A  We at that time certainly began to discuss the
21     situation with our legal counsel.
22  Q  So just so we're clear, because it's important when
23     you actually anticipated litigation, your testimony
24     is that after the first complaint in March of 2006,
25     which would have been March 10th, I believe, that's
```

Page 262

```
 1     when you anticipated litigation?
 2  A  I think we certainly understood potential for
 3     litigation and certainly because of our experiences
 4     in the '80s -- or my experience in the '80s in
 5     manufactured housing.
 6  Q  So March 10, 2006?
 7  A  Well, proximate to that time, yes.
 8  Q  Okay.  And you told me previously you anticipated
 9     litigation with residents living in the trailers.
10  A  Well, you know, I think there is a variety of
11     litigation that we recognize could have transpired,
12     and one of them would have been on behalf of
13     residents.
14  Q  You anticipated litigation regarding the trailers
15     before Miss Alexander and her family ever moved
16     into one of your trailers; isn't that right?
17  A  Well, I'm not exactly sure when Mrs. Alexander
18     moved in, but I've told you that we did speak to
19     our counsel relative to this matter proximate to
20     that mid-March time period.
21  Q  Let's assume -- and I think we finally agreed on
22     this; at least me and Mr. Weinstock have -- that
23     Miss Alexander moved into her FEMA-provided Gulf
24     Stream trailer either May 26th or 27th, 2006.  All
25     right?
```