UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  FEMA TRAILER | * | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "N" (5) |
| | * | |
| | * | JUDGE ENGELHARDT |
| | * | MAGISTRATE CHASEZ |
| | * | |
| THIS DOCUMENT IS RELATED TO | * | |
| | * | |
| *Charlie Age, et al v. Gulf Stream Coach* | * | |
| *Inc., et al*, Docket No. 09-2892; | * | |
| Alana Alexander, individually and on behalf of | * | |
| Christopher Cooper | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Plaintiff's Second Motion to Compel with Respect to Gulf Stream Coach, Inc. (privilege claims),

**IT IS HEREBY ORDERED** that said Motion is GRANTED and Gulf Stream Coach, Inc. is ORDERED to immediately produce the referenced documents withheld under claim of privilege or work product doctrine, including all documents relating to the testing discussed in Plaintiff's Second Motion to Compel with Respect to Gulf Stream Coach, Inc.

New Orleans, Louisiana, this _____ day of _____, 2009.

_____
ALMA CHASEZ
UNITED STATES MAGISTRATE JUDGE