UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER      MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION     SECTION N-5
    JUDGE ENGELHARDT
    MAG. JUDGE CHASEZ

**This Document Relates to:**
*Age, et. al. v. Gulf Stream Coach, Inc., et al.* No. 09-2892
*Alana Alexander, individually and OBO minor Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE
TO GULF STREAM COACH, INC., "MOTION FOR PARTIAL SUMMARY
JUDGEMENT" (Doc. Rec. 2583)**

Defendant United States of America hereby adopts and joins in Defendant Gulf Stream Coach, Inc.'s " Motion for Partial Summary Judgement" (Doc. Rec. 2583). The Court should grant that Motion for all the reasons set forth in Defendant Gulf Stream Coach, Inc.'s Memorandum filed in support thereof.

| | |
|---|---|
| Dated:  August 16, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*//S// Henry T. Miller*
HENRY T. MILLER (D.C. Bar No. 411885)