```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
```

IN RE: FEMA TRAILER                         MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                        NUMBER: 07-1873

                                            SECTION: "N"(5)


<u>ORDER ON MOTION</u>
<u>AUGUST 14, 2009</u>

APPEARANCES:

MOTION:

(1) Plaintiffs' Motion for Expedited Hearing on Motion for Protective Order (Rec. doc. 2608).

  _____ :    Continued to

  _____ :    No Opposition

  _____ :    Opposition

  _____ :    Local Rules 37.1E, 33.2, 36.1, 7.6E

<u>ORDERED</u>

_____ :  Dismissed as moot.

_____ :  Dismissed for failure of counsel to appear.

_____ :  Granted.

_____ :  Denied.

___1___ :  Other. Withdrawn at movants' request.

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE