OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA  70130

Date: 8-6-09

Alice Murthil

vs.

Forest River, Inc.

Case No. 09-4328   Section N

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) Shaw Environmental, Inc thru CT Corp.
   (address) 5615 Corporat Blvo. Suit 400 B Baton Rouge, LA 70808

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

Jon R Senn
"Signature"

Attorney for  Plaintiffs

Address  1100 Poydras St. Ste 2800
         New Orleans, LA 70163