UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION "N" (5) |

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

# TRIAL SCHEDULING ORDER
*Lyndon Wright v. Forest River, Inc.*

A Preliminary Conference was held on August 11, 2009 with Liaison Counsel. Pursuant to Pretrial Order No. 43 (Rec. Doc. 2602), trial counsel in the Forest River bellwether trial conferred and jointly submit the following Scheduling Order. Participating were:

**For Plaintiff:**

Frank J. D'Amico, Jr.
Aaron Z. Ahlquist

**For Forest River, Inc.:**

Ernest P. Gieger, Jr.
Jason D. Bone
Carson W. Strickland

**For United States of America/FEMA:**

Henry T. Miller
Michele Greif

**For Shaw Environmental, Inc.:**

M. David Kurtz
Karen K. Whitfield

All pre-trial motions, including dispositive motions, shall be filed no later than **January 29, 2010.** (**45** days prior to Trial Date).

All motions in limine and Daubert motions shall be filed not later than the day the pre-trial

order is due: **February 19, 2010** (**6** days prior to Final Pre-trial Conference Date).

Requests for oral argument shall be submitted and handled in accordance with Local Rule 78.1E.

Counsel shall complete all disclosure of information as follows:

All parties have stipulated that initial disclosures pursuant to Fed. R.Civ. P. 26(a)(1) will not be conducted in this case.

Depositions for use at trial use shall be taken and all discovery shall be completed no later than **January 29, 2010** (**45** days prior to the Trial Date).

Amendments to pleadings, third-party actions, cross- claims and counterclaims shall be filed no later than **September 25, 2009** (**45** days from the date of the Preliminary Conference).

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for plaintiff fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for defendant as soon as possible, but in no event later than **October 2, 2009.**

Written reports of experts, as defined by Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for defendant fully setting forth all matters about which they will testify and the basis therefor shall be obtained and delivered to counsel for plaintiff as soon as possible, but in no event later than **November 2, 2009.**

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial, and all exhibits that may or will be used at trial no later than **November 30, 2009.**

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Minute Entry as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Settlement possibilities were discussed. A further settlement conference will be scheduled at any time at the request of any party.

This case **does** involve extensive documentary evidence, depositions or other discovery.

A final pre-trial conference will be held before the District Judge on **February 25, 2010 at 9:30 a.m.** Counsel will be prepared in accordance with the final Pre-Trial Notice attached.

**THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED, PAGINATED, AND SIGNED BY ALL COUNSEL.**

Trial will commence during the week beginning **March 15, 2010 at 8:30 a.m.** before the District Judge **with** a jury. Attorneys are instructed to report for trial no later than 30 minutes prior to this time. The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling. Trial is estimated to last fourteen day(s).

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with the Plan and Local Rules and upon a showing of good cause. Trial will not be continued, even on joint motion, absent good cause or compelling reason. If, however, a continuance is granted, deadlines and cut off dates will not be extended automatically, unless otherwise ordered by the Court.

It shall be assumed that all attorneys listed as counsel of record are, at all times, informed and conversant about the case, and have authority to discuss this matter with the Court.

**No cell phones, pagers, beepers, or other audible communication devices are allowed in Section "N" courtroom and chambers. Any audible electronic communication devices brought in to the Section "N" courtroom or chambers are subject to permanent confiscation, and/or sanction of the violator of this policy.** You may turn such devices in to Susan Adams, judicial assistant in Section "N," upon arriving, and pick them up when you have completed business in Section "N."

**All communication with Court staff is equivalent to communication directly with the undersigned, and shall be courteous and professional. Any conduct toward Court staff in deviation of this standard shall be promptly reported to the undersigned.**

<u>**COUNSEL ARE INSTRUCTED TO INCLUDE THEIR FAX NUMBERS AND EMAIL ADDRESSES ON ANY DOCUMENTS THAT ARE FILED WITH THIS COURT.**</u>

New Orleans, Louisiana, this 17th day of August, 2009.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**