UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES:
*Age, et. al. v. Gulf Stream Coach, Inc., et al.* No. 09-2892
*Alana Alexander, individually and OBO minor Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS ALANA ALEXANDER AND CHRIS COOPER'S REMAINING FTCA CLAIMS FOR LACK OF SUBJECT MATTER JURISDICTION

Defendant United States of America hereby moves, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), or in the alternative, pursuant to Fed. R. Civ. P. 56, to dismiss Plaintiff Alana Alexander's remaining individual Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b)(1), 2671-80, claims, and the remaining FTCA claims that she has brought on behalf of minor Chris Cooper for lack of subject matter jurisdiction because they are barred by the discretionary function exception. As the Government demonstrates through its Memorandum, Statement of Facts, and Exhibits filed in support of this Motion, the Court lacks subject matter jurisdiction over Ms. Alexander's remaining FTCA claims because they are barred by the discretionary function exception to the FTCA waiver of sovereign immunity. Accordingly, the Court pursuant to Fed. R. Civ. P. 12(b)(1) and 12(h)(3), or alternatively, Fed. R. Civ. P. 56, should dismiss Ms. Alexander's remaining FTCA.

| | |
|---|---|
| Dated:  August 17, 2009. | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

//S// Henry T. Miller
HENRY T. MILLER (D.C. Bar No. 411885)