| FEDERAL EMERGENCY MANAGEMENT AGENCY<br>UNIT INSPECTION REPORT | BARCODE NO.<br>1041407<br>ARRIVAL TIME<br>1200 | 1. MH SERIAL NO. / TT VIN NO.<br>1NL1GTR255 1021783<br>DATE<br>12/15/04 | ORIGIN |
|---|---|---|---|

### 2. TYPE OF INSPECTION

|  | Dispatch | Receipt |
|---|---|---|
| Vendor | ☐ | ☑ |
| Staging | ☐ | ☐ |
| Site | ☐ | ☐ |

### 3. TYPE OF UNIT
Check as many as apply
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Park Model
- ☑ FEMA Owned
- ☐ FEMA Leased
- ☐ Slide Out
- ☐ ADA Compliant
- ☐ ADA Compatible

### 4. APPLIANCES

| Type | Manufacturer | Model |
|---|---|---|
| Furnace | ✓ | |
| Water Heater | ✓ | |
| Washer/Dryer | NO | |
| Range | ✓ | |
| Refrigerator | ✓ | |
| Microwave | ✓ | |
| TV/DVD | NO | |
| Stereo | NO | |

### 5. UNIT INFORMATION
a. Manufacturer: Bell Stream
b. Vendor: Best Buy
c. Model: Cavalier
d. Year: 2004
e. Size: 34
f. Sleeping Capacity:

### 6. INSPECTING
☑ Staging Area  ☐ Site

### 7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS<br>Kitchen & Dining | DIS | REC | FURNISHINGS<br>First Bedroom | DIS | REC | FURNISHINGS<br>Bathroom | DIS | REC |
|---|---|---|---|---|---|---|---|---|
| Dinette Table | | N | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs (6 for 3 BR) | | — | Mirror | | — | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | Second Bedroom | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | — | Light Fixture | | N |
| Sink | | N | Mirror | | | Exterior Condition | | |
| Light Fixture | | N | Cabinet Storage | | | Water Heater | | N |
| Fire Extinguisher | | N | Curtains & Rods | | | Doors | | N |
| Living Room | | | Light Fixture | | | 2 Keys per Door | | N |
| Couch | | N | Third Bedroom | | | Windows | | N |
| Arm Chair | | — | Double Bed, Complete | | | Screens | | N |
| End Table | | — | Mirror | | | Front/Rear Panels | | N |
| Coffee Table | | — | Cabinet Storage | | | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | | Battery (For Slide Out Unit Only) | | — |
| Light Fixture | | N | Light Fixture | | | Propane Tanks | | N |
| Surround Sound Speaker | | N | | | | Awning | | — |
| Hall | | | Interior Condition | | | Roof & Vents | | N |
| Furnace | | N | Floor Covering | | N | Towing Hitch | | N |
| Smoke Detectors | | N | Wall Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | Ceiling Panels | | N | Wheels & Tires | | N |

### 8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:

RIGHT SIDE   LEFT SIDE   FRONT   REAR

### 9. COMMENTS (if more space is needed, see attached sheet)

10. DRIVER DAMAGE ☐ Yes   ☑ No
INSPECTOR INITIAL: _____   DRIVER INITIALS: DWS

| 11. READY FOR OCCUPANCY CERTIFICATION | Contract W.O. No. | Inspector Signature | DATE |
|---|---|---|---|

| 12. OCCUPANT NAME | | ADDRESS | THA No. |
|---|---|---|---|

### 13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Receipt To/From (Print): DAVID E VARNER | [signature] | [signature] 12/15/04 |
| Dispatch To/From (Print): JOE RUSE | [signature] 2/16/05 | [signature] 2/16/05 |
| Receipt To/From Site (Print): | | [signature] 2-17-05  0730 |
| OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE   DATE |

DR 1539 FORM 90-13 (TEST) NOVEMBER 04

EXHIBIT 1

FEMA154-000051