0901-02~

This shipment may only be diverted by obtaining permission from Rocky Loewner (202-645-3715 or Per 1-800-759-8838 pin 1242515) OR Bruce Barnett (540-542-2372 or Per 1-800-759-8838 pin 1204427). Diversion WITHOUT the above's APPROVAL MAY result in non-payment of additional charges.

| UNIFORM STRAIGHT BILL OF LADING  ORIGINAL--NOT Negotiable--Domestic | Shipper's # | Katrina- |
|---|---|---|
| THIS STRAIGHT BILL OF LADING IS BEING USED IN LIEU OF HAVING THE GOVERNMENT BILL OF LADING AT TIME OF SHIPMENT AND WILL BE REPLACED AND/OR CONVERTED TO A GOVERNMENT BILL OF LADING FOR BILLING PURPOSES. | Agent's No. | |

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading

At   1-Sep   2005   from   Logistics Center-Atlanta 4552 N 2nd. St. Fort Gillem

Consigned to: Harahan Depot
2695 N Sherwood Forest
Destination: Baton Rouge LA 70814
POC: Colonel "Bud" Scott
Routing: Phone: 202-404-6834

State of Delivering Carrier: Bennett
Zip Code
Vehicle or Car Initial No.: 917940

ORIGIN and DESTINATION:
If GBL is not available at time of shipment PLEASE complete the following and fax to: 202-645-4592.

Information needed to verify carrier performance and service per 'contract' / GBL.

THANKS
ALC TMS's

**ORIGIN**
Arrival Date & Time

FEMA LOG OK / APO Signature
9/6/05  10:55pm
Departure Date & Time

Melissa B Griffin
FEMA LOG OK / APO Signature

**DESTINATION**
090705 0425
Arrival Date & Time

| No PALLETS | Description of Articles, Special Marks, and Exceptions | Weight (sub to Cor.) | Class or Rate | Check Column |
|---|---|---|---|---|
| | | (EST) | | |
| 1 | | | | |
| 2 | 30 FT. Travel Trailer | | | |
| 3 | BC #: 104-1407 - 1100698 | | | |
| 4 | VIN #: 1NL1GTR2551021783 | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| | TOTAL | 0 | | |

FEMA LOGISTIC CENTER ATL Shipper, Per _____   Agent, Per X _____

Bill of Lading

No Driver Damage

PRINT  Phillip Riley
Phillip Riley  770-625-0566

EXHIBIT 2

FEMA154-000004