UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: FEMA TRAILER            *      CIVIL ACTION 2:07-MD-1873
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION           *
                                      JUDGE ENGLEHARDT -DIV. N
                               *
                                      MAG. JUDGE CHASEZ - MAG. 5

*******************************************************************

## DECLARATION OF STANLEY LARSON

I, Stanley Larson, state and declare as follows:

1.  I am employed by the Federal Emergency Management Agency (FEMA), a component agency of the Department of Homeland Security (DHS), in the Individual Assistance Division, as a Disaster Assistance Employee. I served as a Direct Housing Operations (DHOPS) Management Specialist during the summer of 2007 in New Orleans, Louisiana. My duties included developing databases to facilitate distribution of materials to trailer occupants. I was assigned primary responsibility for developing a database to facilitate and track the distribution of formaldehyde flyers in July 2007 to individuals residing in FEMA temporary housing units (THUs) in the State of Louisiana.

2.  In July 2007, I was asked to create a database to facilitate the delivery of a FEMA formaldehyde flyer titled, "Important Formaldehyde Information for FEMA Housing Occupants" (2007 Formaldehyde Flyer) to all THU occupants in Louisiana. This project was a high priority assignment. The goal of this project was to document FEMA's delivery of the 2007 Formaldehyde Flyer to occupied THUs in the State of Louisiana.



EXHIBIT 7

3. As part of my work on this project, I reviewed and am familiar with the 2007 Formaldehyde Flyer. The document marked as "Exhibit A. Alexander 27" and assigned identification number FEMA08-000015 is a true and accurate copy of the 2007 Formaldehyde Flyer that was distributed to occupied THUs in July 2007.

4. To create the database I used information obtained from FEMA's FRRATS database to identify occupied THUs in the State of Louisiana. This information was then added to my database and used to coordinate the distribution of the flyer to each of the seven area offices' and the Transitional Recovery Office that encompassed the State of Louisiana. A list of occupied THUs was sent to each of the seven Louisiana area offices and the TRO and it provided information to assist in locating and delivering the flyers to each occupied THU.

5. This project was known as "Operation Impact" and lasted from July 21, 2007, to July 25, 2007, when the Louisiana area offices and the TRO reported that the flyer had been delivered to all occupied THUs in their area of responsibility that could be located. As reflected by the records maintained in my database, by July 25, 2007, FEMA had delivered more than 48,000 flyers.

6. I personally created the Operation Impact Access database from information obtained from FEMA's FRRATS database in order to track delivery of the flyers and I updated the database based on information I obtained from each of Louisiana's area offices at or near the time the flyers were distributed. I created and kept the Access database in the normal course of my regularly conducted activities, which was a regular practice in my position at that time.

7. I have reviewed the documents assigned identification numbers FEMA162-000001 to FEMA162-000015 and FEMA162-000016 to FEMA162-00916. Although these documents have been partially redacted, I recognize them to be a true and accurate printout of the Excel spreadsheets that I created from the data contained in my Operation Impact Access database. I have been

responsible for the maintenance of this database since I created it in the normal course of my duties and I have verified that these spreadsheets, marked FEMA162-00001 to FEMA162-000916, truly and accurately depict the contents of the database once it was completed in late July 2007. The document marked FEMA162-000001 to FEMA162-000015 tracks distribution of the 2007 Formaldehyde Flyer to group sites while the document marked FEMA162-000016 to FEMA162-00916 tracks distribution of the same flyer to private sites. Private sites are sites where the THUs were set up on private property as opposed to a commercial location or trailer park.

8. One of the pages from the private site spreadsheet, marked as FEMA162-000388, reflects that on July 21, 2007, Mike Harder of the Harahan DHOPS office delivered a 2007 Formaldehyde Flyer to the THU located at 4415 Dale Street, New Orleans, LA, with a barcode of 1041407 and INLIGTR2551021783. This means that the spreadsheet I sent to the Harahan DHOPS office was returned to me by that office and reflected that Mike Harder delivered the 2007 Formaldehyde Flyer to the THU located at 4415 Dale Street, New Orleans, Louisiana on or about July 21, 2007.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this _14_ day of _August_, 2009.

Stanley Larson
DHS / FEMA
Beaumont, Texas