UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * | CIVIL ACTION 2:07-MD-1873 |
| | * | |
| | | JUDGE ENGLEHARDT -DIV. N |
| | * | |
| | | MAG. JUDGE CHASEZ - MAG. 5 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DECLARATION OF MICHAEL HARDER

I, Michael Harder, state and declare as follows:

1.      I am employed by the Federal Emergency Management Agency (FEMA), a

component agency of the Department of Homeland Security (DHS), in the Individual Assistance

Branch. During the response to hurricanes Katrina and Rita I served as a Recertification

Advisor. As a Recertification Advisor, I was assigned responsibility for delivery of

formaldehyde brochures in the summer of 2007 to individuals residing in FEMA temporary

emergency housing units ("EHUs") in New Orleans and surrounding areas.

2.      In July 2007, I participated in the delivery of a FEMA formaldehyde flyer titled,

"Important Formaldehyde Information for FEMA Housing Occupants" ("2007 Formaldehyde

Flyer") to individuals living in EHUs. I was given boxes of the 2007 Formaldehyde Flyer, which

I personally handed to EHU residents. If a resident was not home, I would tape the flyer to the

door of the travel trailer. After each delivery, I recorded the date that I had delivered the 2007

Formaldehyde Flyer to each address.

3.      I have no independent recollection of having delivered the 2007 Formaldehyde

Flyer to the resident of the EHU located at 4415 Dale Street, New Orleans, LA with a barcode of

EXHIBIT
8

1041407 and a vehicle identification number of 1NLIGTR2551021783. I know that I would have, however, made a record of having delivered the 2007 Formaldehyde Flyer if I had delivered the flyer to this address. That record would indicate the address of the EHU, the Barcode/VIN Number of the EHU, my name, and the date the flyer was delivered.

4.      Having reviewed the spreadsheet page attached to this declaration as Harder Exhibit No. 1 and bates labeled FEMA162-000388, I believe that this document accurately reflects that I delivered a 2007 Formaldehyde Flyer to the resident located at 4415 Dale Street, New Orleans, LA on July 21, 2007. In addition, I have reviewed the document attached as Harder Exhibit No. 2 and bates labeled FEMA08-000015. This is the formaldehyde brochure that I remember delivering to residents of EHUs in the New Orleans area in July 2007.

5.      To the best of my knowledge, information, and belief, on July 21, 2007, I personally delivered a copy of the 2007 Formaldehyde Flyer to the EHU resident located at 4415 Dale Street, New Orleans, LA, either by handing a copy to the resident or posting the flyer on the door of the travel trailer located at that address.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on this _5_ day of *August 2009*

*Michael C Harder*

MICHAEL HARDER
DHS / FEMA
Beaumont, Texas

SP_Formaldehyde_PS_Post

| SPSFORM PostID | UnitId | Barcode | VIN | OXAStatus | ManuDate | UnitTypeName | UnitType | Address SID | SiteN ame | SiteType Name | Street | City | State | County | Zip Code | GeoLong Geocoding | Local L-1st | OneMin Grid Codes | OneMin Grid | FifteenSi xthGrid | SevenMin ma | SevenMinGrid | SevenMinN Grid | SevenMin Code | BrdAddr ress | ElecInspector | PHOBSITel icOffice | Inspection Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16878 | 32056 | 1290509 | 1NL1GTR2561037452 | Occupied | 2/23/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Fritz | Harahan | 7/21/2007 |
| 16879 | 21361 | 1113062 | 1NL1GTR2461014678 | Occupied | 9/12/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Clifford C | Harahan | 7/23/2007 |
| 16880 | 7712 | 1295882 | 1NL1GTR2X61052724 | Occupied | 3/14/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Brenda Lukinvoich | Harahan | 7/21/2007 |
| 16881 | 87493 | 1298995 | 1NL1GTR2061003581 | Occupied | 5/23/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Lester | Harahan | 7/22/2007 |
| 16882 | 115511 | 1354878 | 1NL1VTR2361064607 | Occupied | 8/9/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Robert Gordon III | Harahan | 7/23/2007 |
| 16883 | 9586 | 1248731 | 5L4TF332X63020248 | Occupied | 11/4/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Sue Jacobson | Harahan | 7/23/2007 |
| 16884 | 99576 | 1112732 | 1NL1GTR2861030690 | Occupied | 9/16/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Chris P | Harahan | 7/22/2007 |
| 16885 | 27821 | 119646 | 1EB1F322252971496 | Occupied | 7/21/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Matt S | Harahan | 7/22/2007 |
| 16886 | 95689 | 281150 | 1UJBJ02P361JN0428 | Occupied | 2/16/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Kimberly C | Harahan | 7/23/2007 |
| 16887 | 99657 | 1348924 | 1NL1VTR2461064003 | Occupied | 3/17/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Wilfred | Harahan | 7/23/2007 |
| 16888 | 52983 | 1345784 | 4YDT260256N132076 | Occupied | 9/20/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Robert Taylor | Harahan | 7/23/2007 |
| 16889 | 36795 | 1292655 | 1NL1GTR2061017772 | Occupied | 3/28/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Kimberly C | Harahan | 7/24/2007 |
| 16890 | 118002 | 127262 | 1NL1GTR2X61025782 | Occupied | 12/22/2005 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | | Harahan | 7/24/2007 |
| 16891 | 32071 | 1127812 | 1NL1GTR2761051658 | Occupied | 12/22/2005 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Brady | Harahan | 7/23/2007 |
| 16892 | 139567 | 1228958 | 4X4TCKP216P101070 | Occupied | 11/10/2005 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Furnace Smith | Harahan | 7/21/2007 |
| 16893 | 106276 | 1348273 | 1NL1GTR2761053300 | Occupied | 4/21/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Jonathan T | Harahan | 7/23/2007 |
| 16894 | 136780 | 1347746 | 1NL1GTR2061027741 | Occupied | 3/7/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Sharon S | Harahan | 7/22/2007 |
| 16895 | 142806 | 1356243 | 1NL1GTR2761028767 | Occupied | 5/23/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Felipe | Harahan | 7/22/2007 |
| 16896 | 91775 | 119933 | 4X4TCKH295P094104 | RFI | 6/20/2007 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Mike Harder | Harahan | 7/21/2007 |
| 16897 | 141819 | 1255936 | 5L4TF332663021381 | Occupied | 6/6/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Errol | Harahan | 7/22/2007 |
| 16898 | 126128 | 1349915 | 1NL1GTR2861028129 | Occupied | 7/11/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Lester | Harahan | 7/22/2007 |
| 16899 | 100191 | 1293929 | 1NL1GTR2561047270 | Occupied | 5/27/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Wilfred | Harahan | 7/23/2007 |
| 16900 | 77495 | 1348138 | 1NL1GTR2161034743 | Occupied | 6/24/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Michelle Stacy | Harahan | 7/22/2007 |
| 16901 | 3398 | 1281574 | 4UBAS0R2061D71971 | Occupied | 7/22/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Charlotte | Harahan | 7/22/2007 |
| 16902 | 22906 | 1146810 | 1UJBJ02R651EL1240 | Occupied | 9/13/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Mike Harder | Harahan | 7/21/2007 |
| 16903 | 93731 | 1041407 | 1NL1GTR2551021783 | Vacant Not Ready | 7/9/2007 | Travel Trailer | 163207 | | | 4415 DALE ST | NEW ORLEANS | LA | Orlean | 7012 | | 602413 0000 | | A2 | | 9030-602413 0000 | | Spanish Fort | 30090 A1 | | Clifford C | Harahan | 7/23/2007 |
| 16904 | 140759 | 1276515 | S0200R2061119329 | RFO | 12/6/2006 | Travel Trailer | | | | | s | 6 | LA | | | -90 00996 | 30 | | | | | | | | | Robert Taylor | Harahan | 7/22/2007 |
| 16905 | 3773 | 1346002 | 1S9BV35226TSPH824 | Occupied | 8/7/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Ariana P | Harahan | 7/23/2007 |
| 16906 | 43257 | 1306184 | 1UJBJ02P061EN1192 | Occupied | 4/13/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | | Harahan | 7/24/2007 |
| 16907 | 48915 | 1351966 | 1NL1GTR2261019040 | Occupied | 6/1/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Lester V | Harahan | 7/23/2007 |
| 16908 | 120222 | 1315433 | 4CJ1F32216534826 | Occupied | 3/14/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Kimberly C | Harahan | 7/23/2007 |
| 16909 | 86151 | 1355958 | 1NL1VTR2861084853 | Occupied | 5/25/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Regina | Harahan | 7/22/2007 |
| 16910 | 31240 | 1304796 | 1KB131L226W163176 | Occupied | 2/20/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Felipe | Harahan | 7/22/2007 |
| 16911 | 9713 | 1314593 | 5CH200R2861144418 | Occupied | 4/13/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Anya M | Harahan | 7/23/2007 |
| 16912 | 139181 | 1294483 | 1NL1GTR2861018281 | Occupied | 3/14/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Errol | Harahan | 7/22/2007 |
| 16913 | 75366 | 1173932 | 1TC2B969261308291 | Occupied | 1/20/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Travis | Harahan | 7/22/2007 |
| 16914 | 45749 | 1111403 | 1NL1GTR2561001809 | Occupied | 4/2/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Mike Harder | Harahan | 7/21/2007 |
| 16915 | 6725 | 1288635 | 47CTA2P266L117845 | Occupied | 5/31/2007 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Mike Harder | Harahan | 7/21/2007 |
| 16916 | 108729 | 1352985 | 1NL1VTR2961060223 | Occupied | 6/28/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Yvette | Harahan | 7/22/2007 |
| 16917 | 83243 | 1354608 | 1NL1VTR2461053874 | Occupied | 5/31/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Walterine French | Harahan | 7/22/2007 |
| 16918 | 99981 | 1173898 | 1TC2B969061308290 | Occupied | 5/25/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Audry M | Harahan | 7/21/2007 |
| 16919 | 54402 | 1282376 | 1S9BV35236TSPH060 | Occupied | 5/27/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Kimberly C | Harahan | 7/23/2007 |
| 16920 | 18445 | 1353243 | 1NL1GTR2761028266 | Occupied | 3/29/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Regina | Harahan | 7/23/2007 |
| 16921 | 75805 | 1356204 | 1NL1GTR2161084378 | RFI | 5/22/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | | Harahan | 7/24/2007 |
| 16922 | 125645 | 1373087 | 4CJ1F32256150 6294 | Occupied | 6/6/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Travis | Harahan | 7/22/2007 |
| 16923 | 105005 | 1344200 | 1S9BV35246TSPH789 | Occupied | 5/11/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Furnace Smith | Harahan | 7/21/2007 |
| 16924 | 92211 | 1353448 | 1NL1GTR2361060301 | RFO | 12/15/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Lester | Harahan | 7/22/2007 |
| 16925 | 132678 | 1374281 | 4CJ1F32236013929 | Occupied | 6/1/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Patrick | Harahan | 7/23/2007 |
| 16926 | 17033 | 1354445 | 1NL1VTR2461060419 | Occupied | 3/30/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Sue Jacobson | Harahan | 7/22/2007 |
| 16927 | 79080 | 1121987 | 1NL1GTR2461082494 | Occupied | 8/17/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Patrick | Harahan | 7/23/2007 |
| 16928 | 69024 | 1359161 | 1NL1VTR2461090391 | Occupied | 6/22/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Kimberly C | Harahan | 7/23/2007 |
| 16929 | 28995 | 1300307 | 1NL1GTR2561028578 | Occupied | 2/15/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Ivan Rios | Harahan | 7/23/2007 |
| 16930 | 116771 | 1345100 | 1UJBJ02PX61EP1112 | RFI | 5/19/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Walterine French | Harahan | 7/22/2007 |
| 16931 | 110344 | 1351700 | 1NL1VTR2661048224 | Occupied | 7/11/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Chris Perez | Harahan | 7/23/2007 |
| 16932 | 18470 | 1355884 | 1NL1VTR2361054112 | Occupied | 7/29/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Chris P | Harahan | 7/22/2007 |
| 16933 | 128385 | 1280584 | 4YDT31F215E314962 | Occupied | 12/3/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Jude Collins | Harahan | 7/23/2007 |
| 16934 | 59244 | 1355261 | 1NL1GTR2X61084708 | RFI | 3/21/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Sue Jacobson | Harahan | 7/23/2007 |
| 16935 | 89636 | 1360001 | 1NL1VTR2861065235 | Occupied | 6/2/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Phyllis | Harahan | 7/22/2007 |
| 16936 | 111121 | 1375508 | 4CJ1F32246290 0024 | Occupied | 6/22/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Phyllis | Harahan | 7/27/2007 |
| 16937 | 141564 | 1113053 | 1NL1GTR2761014688 | Occupied | 9/25/2006 | Travel Trailer | | | | | | | LA | | | | | | | | | | | | Travis M | Harahan | 7/21/2007 |

FEMA162-000388