## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA
## NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                          MDL NO. 1873
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION                 SECTION "N-5"
                                             JUDGE ENGELHARDT
                                             MAG. JUDGE CHASEZ

THIS DOCUMENT RELATES:
*Age, et. al. v. Gulf Stream Coach, Inc., et al.* No. 09-2892
Alana Alexander, individually and OBO minor Christopher Cooper

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * ** * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Defendant United States of America's Motion To

Dismiss Alana Alexander and Chris Cooper's Remaining Federal Tort Claims Act, 28 U.S.C.

§§1346(b)(1), 2671-80, Claims For Lack of Subject Matter Jurisdiction, pursuant to Court Order

(Rec. Dec. 2560), is set for hearing before the Honorable Kurt Engelhardt, Judge, United States

District Court, Eastern District of Louisiana, at the United States District Courthouse for the

Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without

oral argument on, the 26th day of August 2009 at 9:30 a.m.

**DONE AND SIGNED** this _____ day of _____, 2008.

_____
**HONORABLE KURT D. ENGELHARDT
JUDGE, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

1

Dated:  August 17, 2009.                      Respectfully Submitted,

TONY WEST                                     ADAM BAIN
Assistant Attorney General, Civil Division    Senior Trial Counsel

J. PATRICK GLYNN                              ADAM DINNELL
Director, Torts Branch, Civil Division        MICHELE GREIF
                                              JONATHAN WALDRON
DAVID S. FISHBACK                             Trial Attorneys
Assistant Director

                                              //S// *Henry T. Miller*
                                              HENRY T. MILLER (D.C. Bar No. 411885)
OF COUNSEL:                                   Senior Trial Counsel
JORDAN FRIED                                  United States Department of Justice
Associate Chief Counsel                       Civil Division – Torts Branch
                                              P.O. Box 340, Ben Franklin Station
JANICE WILLIAM-JONES                          Washington, D.C. 20004
Trial Attorney                                Telephone No:  (202) 616-4223
FEMA/DHS                                      E-mail:  Henry.Miller@USDOJ.Gov
Department of Homeland Security
Washington, D.C. 20472                        Attorneys for the United States of America

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                              //S// Henry T. Miller
                              HENRY T. MILLER (D.C. Bar No. 411885)