

P.O. Box 1005 • Nappanee, IN 46550 • (574) 773-7761 • Fax (574) 773-5761

May 19, 2006

**SENT VIA FEDERAL EXPRESS OVERNIGHT**

Mr. David Porter, Program Specialist
Federal Emergency Management Agency
500 C Street, SW
Washington, D.C. 20472

Dear Mr. Porter:

I wanted to confirm your direction in our telephone conversation yesterday afternoon, May 17, 2006, regarding the handling of any complaints by occupants of Cavalier travel trailers sold to FEMA by Gulf Stream. Specifically, I spoke to you concerning Gulf Stream's willingness to be involved in addressing any complaints relating to those trailers.

You directed that Gulf Stream is not to address any complaints we may receive from Cavalier trailer occupants or, make future contact with the occupants who made those complaints. Rather, you directed that Gulf Stream should refer all complaints to FEMA for future handling. In view of your direction, we will immediately refer any complaint to FEMA which we may receive. Nonetheless, we remain ready, willing, and able to work with FEMA with regard to any complaint, including sending representatives within 24 hours to work with your contractors to inspect, test, or do whatever is reasonably necessary to address any complaint. If the above is not in conformance with your direction, please notify me immediately.

Sincerely yours,

GULF STREAM COACH, INC.

Daniel G. Shea
President, Towable Operations

Gulf0004478