1

```
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF LOUISIANA

 3                     NEW ORLEANS DIVISION

 4    In Re:   FEMA Trailer      )

 5    Formaldehyde Products   ) MDL No. 1873

 6    Liability Litigation    )

 7

 8                              Washington, D.C.

 9                              Thursday, July 9, 2009

10    Videotape Deposition of STEPHEN CARL MILLER, called

11    for examination by counsel for Plaintiffs in the

12    above-entitled matter, the witness being duly sworn

13    by CHERYL A. LORD, a Notary Public in and for the

14    District of Columbia, taken at the offices of NELSON

15    MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16    Avenue N.W., Suite 900, Washington, D.C., at

17    9:18 a.m., and the proceedings being taken down by

18    Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

Stephen Carl Miller                                                July 9, 2009
Washington, DC

184

1   about here are the contractors who are actually

2   installing the units on-site?

3        A.    That is correct.

4        Q.    It would not be a manufacturer like Gulf

5   Stream?

6        A.    No, sir.

7        Q.    When you worked the Florida hurricanes in

8   2004, did you actually go to Florida at any -- for

9   any of those 4 storms you described earlier?

10       A.    I was in Florida.

11       Q.    So you were in Florida at the end of 2004?

12       A.    Yes, sir.

13       Q.    Okay.  Were you made aware of any

14  formaldehyde claims by residents of the THUs in

15  Florida?

16       A.    I do not recall any formaldehyde claims

17  out of Florida --

18       Q.    Okay.

19       A.    -- that I'm aware of.

20       Q.    Are you aware of the fact that Gulf Stream

21  sold approximately 7,000 travel trailers to FEMA on

22  the Florida disaster?