```
                                                          Page 1
 1                UNITED STATES DISTRICT COURT

 2                   DISTRICT OF LOUISIANA

 3                     NEW ORLEANS DIVISION

 4   In Re:  FEMA Trailer    )

 5   Formaldehyde Products   ) MDL No. 1873

 6   Liability Litigation    )

 7

 8                                    Washington, D.C.

 9                                    Tuesday, July 7, 2009

10   Videotape Deposition of DAVID EDWARD GARRATT, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at 9:07

17   a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22
```

David Edward Garratt                                            July 7, 2009
Washington, DC

Page 178

1    2007, firstly an email from you to Mary Margaret

2    Walker.

3              Who is that?

4       A.    She's a member of our external affairs

5    staff.

6       Q.    I'm sorry.

7              At the bottom, Mary Margaret Walker had

8    sent a timeline that she wanted you to look at.

9              Correct?

10      A.    Correct.

11      Q.    And then at the top, Gil Jamieson emails

12   you June 4, and Mary Margaret Walker, expressing some

13   concerns about the timeline.

14             True?

15      A.    Correct.

16      Q.    And the concern that Gil Jamieson

17   expresses about the timeline -- and I'm sorry.  I

18   don't have the actual timeline here, but he refers to

19   the first paragraph referring to, quote, initial

20   applicant complaint, close quote.

21             He wants that deleted he says, because it

22   sounds like the first time we ever heard of the

1  problem was on March 16, 2006.  This issue has been
2  around a long time, and as I recall, surfaced in
3  previous disasters.  Has anyone researched this.
4           Now, did you know what Gil Jamieson was
5  referring to there?
6      A.   No.
7      Q.   Did you research it or have anyone else
8  research it?
9      A.   Yes.
10     Q.   And what was the result of the research?
11     A.   Inconclusive, anecdotal, no one was able
12 to provide any written documentation that there were
13 prior formaldehyde issues.
14     Q.   From prior disaster responses --
15     A.   Correct.
16     Q.   -- in particular.
17     A.   Gil was one individual who raised this
18 issue in this email.  I'm also aware and I don't
19 remember who the individual was, but somebody from
20 our logistics organization, had also suggested that
21 they had recalled dealing with formaldehyde problems
22 or a formaldehyde issue in a previous disaster, and I

Page 180

1   asked staff to look into that and find out what the

2   background was on that, but came back and no one

3   could find anything, and all they were able to

4   identify were these anecdotal beliefs of some people

5   that this existed.

6           Don't have anything more on that.

7      Q.   So there was nothing in the re- -- in the

8   research of that issue to indicate that prior to

9   choosing travel trailers to use for example in

10  connection with this disaster that FEMA, the federal

11  government had any experience from prior disasters

12  suggesting that that would be a formaldehyde problem?

13     A.   Well, I can only speak for myself, and

14  that is that -- and let's keep in my mind, I'd been

15  in this particular job for about 5 months, so it's

16  not like I had a lot of corporate experience with

17  direct housing missions prior to that point.  There's

18  certainly other people in the agency who do.

19           I have no prior knowledge of that.  As I

20  indicated, asked folks to look into it.  I cannot

21  tell you what kind of a job was done in terms of

22  looking into that, how thorough, how comprehensive,

Page 181

1   who was talked to.
2            All I know at the end result of that was
3   that weren't -- was unable to validate that there was
4   any systemic issue that existed prior to this.
5       Q.   In the final paragraph of this email to
6   you of June 4, '07, Jamieson says he remains
7   concerned that we seem to be putting ourselves at the
8   tip of the spear on this issue.  We are, quote,
9   consumer of these products, close quote.  The
10  messaging in my view should emphasize our
11  understanding, compassion, and extensive efforts to
12  find ways to mitigate but shift the issue to
13  standards-making groups and the industry.
14           I'm not sure that's a complete sentence.
15           But did you agree with Jamieson's apparent
16  suggestion that FEMA indeed ought to be viewed as the
17  consumer of these products?
18      A.   Well, I think he's technically correct.
19  We are a consumer of those products in that we
20  purchase those from the commercial sector to deliver
21  to end-users, but that doesn't mean that we don't
22  have a responsibility, certainly an inherent

```
                                                          Page 204
 1      Q.    Okay.  And certainly some of those natural
 2  disasters were hurricanes.
 3            Correct?
 4      A.    Correct.
 5      Q.    And some of those hurricanes hit -- maybe
 6  a lot of them hit on the Gulf Coast in the hot and
 7  humid area where a lot of us live.
 8            Fair?
 9      A.    Fair.
10      Q.    Okay.  I believe you -- you testified
11  earlier that you undertook an investigation to try to
12  determine whether or not there had been any systemic
13  formaldehyde problem prior to Hurricane Katrina with
14  FEMA travel trailers.
15            Right?
16      A.    I think "investigation" is probably too
17  strong a word.
18            I became aware that there was anec- --
19  anecdotally suggestions that this was a problem that
20  existed prior or that people were aware that we'd had
21  formaldehyde issues prior to this.  I was aware of
22  that from at least 2 sources, one being Gil Jamieson
```

```
                                                      Page 205
 1   and one somebody from our logistic staff who I just
 2   don't remember who it was.
 3              I had asked our staff to go and see if
 4   there was -- what was behind this, look into this,
 5   come back and tell me, were there in fact instances
 6   or formaldehyde problems prior to this.  And the
 7   staff was unable to validate that, so --
 8       Q.     You turned up nothing concrete in the way
 9   of an actual person who had made a formaldehyde claim
10   to FEMA prior to Hurricane Katrina?
11       A.     To be -- again, to characterize this
12   absolutely correctly, asked staff at some point, what
13   was the status of your looking into these prior
14   reports of formaldehyde problems.  And the answer
15   was, we've gone all over the place, we have not been
16   able to find that there have been any -- we have not
17   been able to validate these anecdotal reports of
18   formaldehyde issues.  Had people talk about it that
19   they've heard about it, but we've been unable to find
20   that there are actual formaldehyde-related issues
21   prior to this.
22              So I'm not saying that there were not.
```

Page 206

1  I'm saying that whatever research was done by my
2  staff into this, they were unable to uncover anything
3  that would prove that that was the case.
4      Q.   Okay.  You're not personally aware today
5  of any claims against FEMA based on pre-Hurricane --
6      A.   I'm not.
7      Q.   -- Katrina formaldehyde claims.
8           (Discussion off the record.)
9           BY MR. SCANDURRO:
10     Q.   As we sit here today, based on whatever
11 investigation that you're aware of that FEMA has
12 done, you're not aware of any single formaldehyde
13 claim presented to FEMA based on travel trailers put
14 out into the public prior to Hurricane Katrina?
15     A.   I have no direct knowledge of that.
16          Again, there is anecdotal reports of that.
17 Nothing that has been confirmed that I'm aware of.
18     Q.   As of September the 1st, 2005, when you
19 walked into the Katrina situation, did you have any
20 reason to believe that travel trailers were going to
21 be a problem?
22     A.   From a formaldehyde --