1

1                UNITED STATES DISTRICT COURT

2                   DISTRICT OF LOUISIANA

3                    NEW ORLEANS DIVISION

4    In Re:   FEMA Trailer      )

5    Formaldehyde Products      ) MDL No. 1873

6    Liability Litigation       )

7

8                              Washington, D.C.

9                              Thursday, July 9, 2009

10   Videotape Deposition of STEPHEN CARL MILLER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:18 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

184

1  about here are the contractors who are actually

2  installing the units on-site?

3      A.    That is correct.

4      Q.    It would not be a manufacturer like Gulf

5  Stream?

6      A.    No, sir.

7      Q.    When you worked the Florida hurricanes in

8  2004, did you actually go to Florida at any -- for

9  any of those 4 storms you described earlier?

10     A.    I was in Florida.

11     Q.    So you were in Florida at the end of 2004?

12     A.    Yes, sir.

13     Q.    Okay.  Were you made aware of any

14 formaldehyde claims by residents of the THUs in

15 Florida?

16     A.    I do not recall any formaldehyde claims

17 out of Florida --

18     Q.    Okay.

19     A.    -- that I'm aware of.

20     Q.    Are you aware of the fact that Gulf Stream

21 sold approximately 7,000 travel trailers to FEMA on

22 the Florida disaster?