David Lawrence Porter                                       July 8, 2009
                          Washington, DC

                                                                       1

1                 UNITED STATES DISTRICT COURT

2                    DISTRICT OF LOUISIANA

3                     NEW ORLEANS DIVISION

4    In Re:   FEMA Trailer      )

5    Formaldehyde Products      ) MDL No. 1873

6    Liability Litigation       )

7

8                                    Washington, D.C.

9                                    Wednesday, July 8, 2009

10   Videotape Deposition of DAVID LAWRENCE PORTER, called

11   for examination by counsel for Plaintiffs in the

12   above-entitled matter, the witness being duly sworn

13   by CHERYL A. LORD, a Notary Public in and for the

14   District of Columbia, taken at the offices of NELSON

15   MULLINS RILEY & SCARBOROUGH LLP, 101 Constitution

16   Avenue N.W., Suite 900, Washington, D.C., at

17   9:17 a.m., and the proceedings being taken down by

18   Stenotype by CHERYL A. LORD, RPR, CRR.

19

20

21

22

David Lawrence Porter
Washington, DC
July 8, 2009

76

1  whoever you saw, you asked them how they were doing
2  and that kind of thing?
3       A.    Yeah, yeah.
4       Q.    You didn't go door to door, do any kind of
5  formal survey of the people?
6       A.    No, no, I didn't do that.
7       Q.    Just whoever you happened to see, you
8  would ask them how they were doing?
9       A.    Yeah.
10      Q.    In this visit of just a couple days to
11 Baton Rouge in dealing with Miller, DeBlasio, trailer
12 occupants, anyone, did the subject of formaldehyde
13 levels in the units ever come up?
14      A.    Not that I remember.
15      Q.    Were you aware at the time of that visit
16 that there had been concerns expressed about
17 formaldehyde levels in the housing units?
18      A.    No.
19      Q.    All right.  Then you said you made a
20 second field visit to New Orleans.
21      A.    Yes.
22      Q.    Where in New Orleans did you go?

David Lawrence Porter                                              July 8, 2009
Washington, DC

77

```
 1      A.    There was a joint field office with the
 2    ships.  The cruise ships were close by, so I don't
 3    know where that is.
 4      Q.    All right.  That was in the city of New
 5    Orleans, on the river?
 6      A.    Yeah, on the river.
 7      Q.    Okay.  And who at that field office did
 8    you see or meet with?
 9      A.    I don't -- I don't remember the names.
10    They were -- I was just going to encourage people, so
11    I don't remember their names.
12      Q.    When you say, encourage people, are you
13    talking about FEMA staff?
14      A.    You have FEMA staff, state staff --
15      Q.    Okay.
16      A.    -- you know.
17      Q.    Okay.  Did you go anywhere else besides
18    the field office in New Orleans?
19      A.    No, I didn't go for no visits there.
20      Q.    How long was your visit to New Orleans?
21      A.    A couple days.
22      Q.    Couple days.
```

David Lawrence Porter                                                July 8, 2009
Washington, DC

```
                                                                         78
 1              In that visit, do you remember the subject
 2   of formaldehyde in the travel trailers coming up in
 3   any way?
 4        A.   I don't remember that coming up.
 5        Q.   Were you aware at the time of that visit
 6   that concerns had been raised about formaldehyde in
 7   the units?
 8        A.   No.
 9        Q.   Do I take it from your testimony that on
10   neither one of these followup field visits that you
11   made, first to Baton Rouge, then to New Orleans, did
12   you have any interaction or dealing with vendors or
13   contractors?
14              Is that true?
15        A.   Did I see them and say hello or --
16        Q.   Communicate with them, talk to them, meet
17   with them, anything like that.
18        A.   I probably did say hello, you know, be
19   cordial.
20        Q.   Okay.  But no discussion that you can
21   remember with contractors about problems with the
22   units or formaldehyde in the units or anything like
```