UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE       MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:

Anthony Bartel v. Gulf Stream Coach, Inc., et al.
and
Leslie Kujawa, et al. v. Keystone RV Company and Bechtel National, Inc.

..............................................................................

## NOTICE OF HEARING

IT IS ORDERED that Bechtel National, Inc.'s Rule 12(b)(6) Motion to Dismiss is set for hearing, without oral argument, before The Honorable Kurt D. Engelhardt, Judge, United States District Court, Eastern District of Louisiana, 500 Camp Street, Room C-351, New Orleans, Louisiana, on the 26th day of August, 2009 at 9:30 a.m.

_____
THE HONORABLE KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT JUDGE

1

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing pleading was filed electronically using the CM/ECF system. Notice of this filing will be forwarded to all known counsel by operation of the court's electronic filing system. I also certify that I have emailed a copy of this filing to any non-CM/ECF participants on this the 17th day of August, 2009.

/s/     John J. Hainkel, III
JOHN J. HAINKEL, III