UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE   MDL NO. 1873
PRODUCTS LIABILITY LITIGATION

SECTION N(5)

JUDGE ENGELHARDT

MAGISTRATE CHASEZ

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al,
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

------------------------------------------------------------------------------

# BECHTEL NATIONAL, INC.'S
# RULE 12(b)(6) MOTION TO DISMISS

# EXHIBIT 8

# KUJAWA INSPECTION PACKAGE

FEDERAL EMERGENCY MANAGEMENT AGENCY     1240872
**READY FOR OCCUPANCY CERTIFICATION**
MOBILE HOME NUMBER  4YDT31B266E320568

**FEDERAL EMERGENCY MANAGEMENT AGENCY**     ☐ MH     CONTRACT WO NUMBER  MS-B-JA-09518-02
(Disaster Temporary Housing Program)     ☒ TT     SITE CONTROL NUMBER _____

APPLICANT NAME  KUJAWA, LESLIE     T.H. NO.  931113221

ADDRESS  932 SAINT ANN ST  GAUTIER, MS

## I. INSPECTION (To be completed by Mobile Home Operations)

INSTALLATION ON THE MOBILE HOME IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked                ☒ Sewer Connected
☒ Steps                  ☒ Electricity Connected
☒ Water Connected        ☒ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

INSPECTOR  M. Green                    DATE  12/04/05

* HAS A SMALL Hole AT STEPS Need steps OR BackFill ← completed 12/4/05

## II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a mobile home provided by the Federal Emergency Management Agency without:

☐ Water Connection       ☐ Electricity Connection
☐ Sewer Connection       ☐ Gas Connection

as a temporary measure until such time as it is possible for FEMA to make these connections.

APPLICANT _____ DATE _____ FEMA REPRESENTATIVE _____

## TO:  MOBILE HOME OPERATIONS

Applicant will not occupy mobile home until the following utilities are connected:

☐ Sewer                  ☐ Eelctricity
☐ Water                  ☐ Gas

Please notify Applicant Assistant Staff when these utilities are connected.

APPLICANT ASSISTANT SPECIALIST _____ DATE _____

25151-003-GSH-GCX- 35394

FEMA Form 90-24 (34/80)

PAGE 1

V.I.N 4VDT318266E320568

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**READY FOR OCCUPANCY CERTIFICATION**

MOBILE HOME NUMBER 124087L

FEDERAL EMERGENCY MANAGEMENT AGENCY ☐ MH    CONTRACT WO NUMBER _____
(Disaster Temporary Housing Program)       ☑ TT    SITE CONTROL NUMBER _____

APPLICANT NAME  Leslie Kujawa    T.H. NO. 9311/13221
ADDRESS 932 Saint Ann St, Gautier, MS

---

**I. INSPECTION** (To be completed by Mobile Home Operations)

INSTALLATION ON THE MOBILE HOME IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

- ☑ Blocked
- ☑ Steps
- ☑ Water Connected
- ☑ Sewer Connected
- ☑ Electricity Connected
- ☐ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

INSPECTOR  Terry Wingo    DATE  8 Dec 05

---

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a mobile home provided by the Federal Emergency Management Agency without:

- ☐ Water Connection
- ☐ Sewer Connection
- ☐ Electricity Connection
- ☐ Gas Connection

as a temporary measure until such time as it is possible for FEMA to make these connections.

APPLICANT _____ DATE _____ FEMA REPRESENTATIVE _____

---

TO: MOBILE HOME OPERATIONS

Applicant will not occupy mobile home until the following utilities are connected:

- ☐ Sewer
- ☐ Water
- ☐ Eelctricity
- ☐ Gas

Please notify Applicant Assistant Staff when these utilities are connected.

APPLICANT ASSISTANT SPECIALIST _____ DATE _____

FEMA Form 90-24 (3/80)

Need Keys

MS-B-JA-09518-02

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**TEMPORARY HOUSING UNIT INSPECTION REPORT**

| 1. Temporary Housing Unit No. | 2. Serial No./VIN |
|---|---|
| 1240872 | 4YDT31B266E320568 |

### 3. Type of Inspection
- Transport ☐  Dispatch ☐  Receipt ☐
- Storage ☐ ☐
- Staging ☐ ☐
- Site ☐ ☐
- RFO ☑
- Move In ☑
- Move Out ☐

### 4. Type of Facility
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ Other

### 5. Appliances

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | Suburban | | |
| Range | Atwood | | |
| Microwave | Dometic | | |
| Refrigerator | Norcold | | |
| A/C | Colman | | |
| Water Heater | Atwood | | |

### 6. Unit Info.
- a. Manufacturer: Keystone
- b. Year: 5
- c. Size (ft. inc towing hitch): 31
- d. Number of Bedrooms: 2

### 7. Inspections
☑ Disaster  ☐ Storage

### 8. Condition of Furnishings, Interior and Exterior
N=New  G=Good  P=Poor  D=Damaged  M=Missing

Handicap ☐ Yes ☑ No

| Furnishings | Sto | DIS | RE | Furnishings | Sto | DIS | RE | Furnishings | Sto | DIS | RE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kitchen and Dining** | | Condition | | **First Bedroom** | | Condition | | **Bathroom** | | Condition | |
| Dinette Table | | N | | Double Bed, Complete | | N | | Commode | | N | |
| Dinette Chairs (6 for 3BR) | | | | Mirror | | — | | Tub/Shower | | | |
| Range | | | | Cabinets Storage | | | | Lavatory | | | |
| Range Hood and Vent Fan | | | | Curtains and Rods | | | | Cosmetic Cabinet | | | |
| Refrigerator | | | | Light Fixtures | | | | Mirror | | | |
| Curtains and Rods | | | | **Second Bedroom** | | | | Curtains and Rods | | | |
| Cabinets | | | | Double Bed, Complete | | | | Light Fixtures | | | |
| Sink | | | | Mirror | | — | | Exterior Condition | | | |
| Light Fixtures | | | | Cabinets Storage | | | | Water Heater | | | |
| Fire Extinguisher | | | | Curtains and Rods | | · | | Doors | | | |
| A/C Living Room | | | | Light Fixtures | | | | 2 Keys per Door  No Key | | | |
| Couch | | | | **Third Bedroom** | | | | Windows | ✕ | | |
| Armchair | | — | | Double Bed, Complete | | | | Screens | | | |
| End Table | | — | | Mirror | | | | Front Panels | | | |
| Coffee Table | | — | | Cabinets Storage | | | | Left Side Panels | | | |
| Curtains and Rods | | | | Curtains and Rods | | | | Rear Panels | | | |
| Light Fixtures | | | | Light Fixtures | | | | Right Side Panels | | | |
| Hall | | | | Interior Condition | | | | Roof Vents | | | |
| Furnace | | | | Floor Covering | | | | Towing Hitch | | | |
| Smoke Detectors | | | | Wall Panels | | | | Axles and Springs | | | |
| Light Fixtures | | | | Ceiling Panels | | | | Wheels and Tires | | | |

### 9. Mark Location of Exterior Damage on Diagram Below:

RIGHT SIDE: OK    LEFT SIDE: OK    FRONT: OK    REAR: OK

Note: Tail light harness furnished by: ☐ Towing Contractor

**10. Comments** (If more space is needed, continue on reverse): Thompson/Hardin 1:15 PM Key ET-301 Problems on Back →

| 11. Ready for Occupancy | Contract WO No. MS-B-JA-09518-02 | Inspector Signature | Date 12-01-05 |
|---|---|---|---|
| 12. Occupant Name KUJAWA, LESLIE | | Address 932 SAINT ANN ST GAUTIER, MS | THA No. (FEMA No.) 931113221 |

### 13. Representatives Acknowledging Conditions Described Above:

| Name (Contractor) | Signature and Date (Contractor) | Signature and Date (FEMA Rep.) |
|---|---|---|
| Dispatch to/from Storage | | |
| Dispatch to/from Storage | | |
| Dispatch to/from Storage | | |

| Occupant Signature (Move in or Move out) | Date 12/04/05 | FEMA Rep. Signature | Date 12-01-05 |
|---|---|---|---|

FEMA Form 90-13, JULY 05

9518   VIN 4YDT31B266E320568

# FEDERAL EMERGENCY MANAGEMENT AGENCY
## MOBILE HOME INSPECTION REPORT

1. MOBILE HOME NO.
2. MOBILE HOME SERIAL NO.: 1240872

**3. TYPE OF INSPECTION**

|  | Transport | Dispatch | Receipt |
|---|---|---|---|
| SSC | ☐ | ☐ | ☐ |
| Staging | ☐ | ☐ | ☐ |
| Site | ☐ | ☐ | ☐ |
| RFO | | | ☑ |
| Move In | | | ☑ |
| Move Out | | | ☐ |

**4. TYPE OF FACILITY**
- ☐ Mobile Home
- ☑ Travel Trailer
- ☐ FEMA Owned
- ☐ FEMA Leased

**5. APPLIANCES**

| Type | Manufacturer | Model | Serial No. |
|---|---|---|---|
| Furnace | ✓ | | |
| Range | ✓ | | |
| Refrigerator | ✓ | | |
| Water Heater | ✓ | | |

**6. MOBILE HOME**
a. Manufacturer: FABRIQUE
b. Year: 10/2005
c. Size (ft. - incl towing hitch):
d. Number Bedrooms:

**7. INSPECTING**
☐ DFO  ☐ SSC

**8. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR**
N = New   G = Good   P = Poor   D = Damaged   M = Missing

| FURNISHINGS Kitchen & Dining | DIS | REC Condition | FURNISHINGS First Bedroom | DIS | REC Condition | FURNISHINGS Bathroom | DIS | REC Condition |
|---|---|---|---|---|---|---|---|---|
| Dinette Table | | N | Double Bed, Complete | | N | Commode | | N |
| Dinette Chairs (6 for 3 BR) | | M | Mirror | | N | Tub/Shower | | N |
| Range | | ✓ | Cabinet Storage | | N | Lavatory | | N |
| Range Hood & Vent Fan | | ✓ | Curtains & Rods | | N | Cosmetic Cabinet | | N |
| Refrigerator | | ✓ | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | ✓ | Second Bedroom 4 Bunks | | | Curtains & Rods | | N |
| Cabinets | | ✓ | Double Bed, Complete 4 Bunks | | N | Light Fixture | | N |
| Sink | | ✓ | Mirror | | N | **Exterior Condition** | | |
| Light Fixtures | | ✓ | Cabinet Storage | | N | Water Heater | | ✓ |
| Fire Extinguisher | | ✓ | Curtains & Rods | | N | Doors | | ✓ |
| **Living Room** | | | Light Fixture | | N | 2 Keys per Door | | ✓ |
| Couch | | ✓ | **Third Bedroom** | | | Windows | | ✓ |
| Arm Chair | | M | Double Bed, Complete | | | Screens | | ✓ |
| End Table | | M | Mirror | | | Front Panels | | ✓ |
| Coffee Table | | M | Cabinet Storage | | | Left Side Panels | | ✓ |
| Curtains & Rods | | ✓ | Curtains & Rods | | | Rear Panels | | ✓ |
| Light Fixture | | ✓ | Light Fixture | | | Right Side Panels | | ✓ |
| **Hall** | | | **Interior Condition** | | | Roof & Vents | | ✓ |
| Furnace | | | Floor Covering | | N | Towing Hitch | | ✓ |
| Smoke Detectors | | | Wall Panels | | N | Axles & Springs | | ✓ |
| Light Fixture | | | Ceiling Panels | | N | Wheels & Tires | | ✓ |

**9. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:**

RIGHT SIDE: OK
LEFT SIDE: OK
FRONT: OK
REAR: OK

NOTE: Tail light harness furnished by: ☐ FEMA  ☐ Towing Contractor

Completed 12-4-05

**10. COMMENTS** (If more space is needed, continue on reverse)
1. H₂O htr works on 120C only
2. GFCI CKT inop
3. Microwave inop
4. Refer yellow light continues to glow — Pts CK
5. Install B/R towel holder — Cleanout plug missing (sewer)

**11. READY FOR OCCUPANCY CERTIFICATION**
Contract W.O. No.: 9518
Inspector Signature: [signed]
DATE: 8 DEC 5

**12. OCCUPANT NAME:** Leslie Kujawa
ADDRESS: 932 Saint Ann Gautier MS
THA No.: 93111 3221

**13. REPRESENTATIVES ACKNOWLEDGING CONDITION AS DESCRIBED ABOVE:**

| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep.) |
|---|---|---|
| Dispatch To/From SSC | | |
| Receipt To/From SSC | | |
| Dispatch To/From Site | | |

OCCUPANT SIGNATURE (Move In or Move Out): [signed]   DATE:
FEMA REP. SIGNATURE: [signed]   DATE: 19 DEC 05

FEMA Form 90-13, MAY 87   REPLACES EDITION OF NOV 85, WHICH IS OBSOLETE.

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**EMERGENCY SHELTER – AGREEMENT TO RULES OF OCCUPANCY**

EX 3.01

| FEMA DR # | Location # | Lot # |
|---|---|---|
| 931113221 | 932 SAINT ANN ST GAUTIER, M | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.
(2) Must not commit or allow crimes to occur in the unit or in the vicinity.
(3) Must not allow anyone, other than the individuals listed below, to live in the unit.
(4) Must accept other housing options, when they become available.
(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.
(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| KUJAWA, LESLIE | [signature] | 12/04/05 |

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| Richard Kujawa | 23 | M |
| Leslie Kujawa | 24 | F |
| Devin Kujawa | 4 mos | M |

| Site Control # | Unit Bar Code # | Unit VIN# |
|---|---|---|
| MS-B-JA-09518-02 | 1240872 | 4YDT31B266E320568 |

| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
|---|---|---|
| Aaron Thompson | [signature] | 12-01-05 |

ORIGINAL

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY**

9518

| FEMA DR # | Location # | Lot # |
|---|---|---|
| 93111322/ | 932 SAINT ANN. ST GAUTIER, MS | |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1) Must keep the unit and the surrounding area clean.
(2) Must not commit or allow crimes to occur in the unit or in the vicinity.
(3) Must not allow anyone, other than the individuals listed below, to live in the unit.
(4) Must accept other housing options, when they become available.
(5) Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.
(6) Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Leslie Kujawa | X Leslie M Kujawa | 8 Dec 05 |

*(To be Completed by Person Assigning the Shelter Unit)*

**Family Composition - Occupant Information**

| Name | Age | Sex |
|---|---|---|
| Leslie Kujawa | 24 | F |
| ~~Richard Kujawa~~ | 23 | M |
| NEWBORN BABY Deven | 4 mo | |

| Site Control # | Unit Bar Code # | Unit VIN # | |
|---|---|---|---|
| MS-B-JA-09518-02 | 1240872 | 4YDT31B266E320 | |
| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | | Date |
| Terry G. Wingo | | | 5 6B |

283-K                         MS-B-JA-09518-02

| FEDERAL EMERGENCY MANAGEMENT AGENCY **LANDOWNER'S AUTHORIZATION INGRESS-EGRESS AGREEMENT** | 1. T.H. APPLICATION NO. 931113221 | See Reverse side for instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |
|---|---|---|---|
| **2. LANDOWNER'S INFORMATION** | | **3. APPLICANT SITE INFORMATION** | |
| NAME: SAME | | NAME: KUJAWA, LESLIE | |
| ADDRESS (House No. and Street name): SAME | | SITE ADDRESS (House No. and Street name): 932 SAINT ANN ST | |
| CITY AND STATE (Include Zip Code): SAME | | CITY AND STATE (Include Zip Code): GAUTIER, MS | |
| PHONE NO. (Include area Code) (228)2380297 | | NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY | |

4. In consideration of the President's Disaster Proclamation of  AUG. 29, 2005      1604     and the furnishings of a temporary
                                                                  (date of declaration)    (DR#)
housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

  a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the Untied States Government.

  b. The Landowner agrees that no indebtness of his/hers will become a lien on the said housing unit, and that he/she will not attempt to restrain the owner of the unit from removing it from the subject property.

  c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and removing the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and unusual connecting, parking, placing, hitching, or removing of the temporary housing unit.

  d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

  e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc.). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one)  ☐ the applicant;  ☒ landowner;  ☐ other (specify)
   Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay ____Ø____ /month rental for use of the property. (Mark "None" if no rental is to be charged).

| 8. SIGNATURES | DATES |
|---|---|
| a. OWNER/AGENT  [signature] | 2-8-06 |
| b. APPLICANT  Same | |
| c. WITNESS  [signature] | 2-08-06 |

FEMA Form 90-31, OCT 02       REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-41, May 91)



# Federal Emergency Management Agency

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I, the undersigned, authorize the Federal Emergency Management Agency (FEMA), the State of Mississippi and appropriate agencies of the State of Mississippi responsible for providing disaster assistance to release information relating to my eligibility for monetary or other forms of assistance arising from the major disaster declared on August 29, 2005 (designated FEMA-1604-DR-MS, Hurricane Katrina) to those agencies that provide disaster-related assistance. This authorization permits the release of information that is deemed confidential under Federal and State Privacy Acts.

This authorization is given to obtain and/or provide assistance I need as a result of this federal disaster to insure that benefits are not duplicated. It includes the sharing of information about my application in FEMA's possession or under FEMA's control.

This authorization includes only information necessary to allow the appropriate agency or organizations to determine if I am eligible for assistance from that agency or organization. This information is not to be used for any other purpose.

I also understand and acknowledge that signing this does not guarantee that I will get assistance from Voluntary Agencies and/or appropriate Federal, Tribal and State agencies. However, without my permission, my information ca be shared with other agencies or organizations for consideration. I understand that should I choose not to sign this document, I will still receive all FEMA assistance for which I am eligible.

This authorization is submitted pursuant to 28 U.S.C. § 1746 under penalty of perjury.

OPTIONAL - I chose to exclude the following agencies from access to this information:
_____

**I understand that it is my choice to sign this Release.**

Leslie Kutauza                                   19 Dec 05
Name (Printed)                                   Date

_[signature]_
Signature

Pre-Disaster Address: 932 Saint Ann St Gautier MS

Current Address: 932 Saint Ann St Gautier MS

Phone or Message #: (228) 238-0297          FEMA Registration #: 93111322/

September 2, 2005

PAGE 8

Work Order - 9518   401

| U.S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY UNIT INSTALLATION WORK ORDER | 1. Site Control No. MS-B-JA-09518-02 | 2. Work... |
|---|---|---|
| 3. Applicant/Site Information | | 4. Contract Work Order |

| Name (Last, First, Middle Initial) KUJAWA, LESLIE | THA No. 931113221 | | Contractor | Inspect... |
|---|---|---|---|---|
| Site Address (House No. and Street Name, or Pad No.) 932 SAINT ANN ST | (228)2380297 2282380297 | Date Work Issued 11/15/2005 | Issued by | Date Sch. Compl. |
| City and State GAUTIER | County Jackson | 5. Site Type Private | 6. Unit Type TT | 7. Unit No. |

8. Installation

| Item No. | Items to Furnish and Install | Unit | Quantity | Unit $ | Total $ |
|---|---|---|---|---|---|
| | Basic Setup | Each | | | |
| | 4" Sewer Line, Buried | Foot | | | |
| | 6" Sewer Line, Buried | Foot | | | |
| | 8" Sewer Line, Buried | Foot | | | |
| | Municipal Sewer | Actual | | | |
| | ¾" Water Line Extension, Buried | Foot | | | |
| | 2" Water Line Extension, Buried | Foot | | | |
| | Municipal Water | Actual | | | |
| | Power Pole and Meter Loop    AMP | Each | | | |
| | Additional Towing Outside    Mile Radius | Mile | | | |
| | Heavy Equipment to Spot | Each | | | |
| | Winterize Water Line Installation | Foot | | | |
| | Direct Wiring of    AMP Service, Over 50' | Foot | | | |
| | Direct Wiring of Well Pump | Each | | | |
| | 30-AMP Well Pump Switch | Each | | | |
| | Ramp (per Entrance) | Each | | | |
| | LP Gas System and 100-Gallon LP | Each | | | |
| | Natural Gas Hookup | Foot | | Setup | |
| | Gas Line Extension, Underground | Each | | Dennis Heath | |
| | Skirting | Each | | | |
| | Permits | Actual | | Mike McNeal | |
| | Steps (per Entrance) | Each | | Contractor | |
| | Entrance Ramp for Handicap | Each | | | |

Electric Case 1 Overhead                                       Work Order Total:

9. Pilot Plan/Directions/Comments: (If more space is needed, use blank sheet and attach)

# of occupants ? 3
sewer clean out ?
pipe exposed

EF301

work order   9518
Vin   4YDT31B266E320568
Bar Code   1240872/301

[sketch of site with Borcomb St, St Ann St, driveway, T.T.]

# In Household:

10. Certification and Signatures – The above described work has been completed, inspected and complies with contract specifications

| Signature of Inspector  *Jim Butler*   Date 2-13-06 | Signature of Contractor | Date |
|---|---|---|