UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 |
| | SECTION N(5) |
| | JUDGE ENGELHARDT |
| | MAGISTRATE CHASEZ |

THIS DOCUMENT RELATES TO:
Anthony Bartel v. Gulf Stream Coach, Inc, et al,
and
Leslie Kujawa, et al v. Keystone RV Company and Bechtel National, Inc.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## BECHTEL NATIONAL, INC.'S
## RULE 12(b)(6) MOTION TO DISMISS

### EXHIBIT 13

EXHIBIT 16 TO DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS FOR LACK
OF SUBJECT MATTER JURISDICTION (REC. DOC. 1545-22)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION "N-5"<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT UNITED STATES OF AMERICA'S MOTION
TO DISMISS PLAINTIFFS' REMAINING FTCA CLAIMS
FOR LACK OF SUBJECT MATTER JURISDICTION**

U.S. EXHIBIT NO. 16

**From:** Payne, Clyde - OSHA
**Sent:** Wednesday, March 18, 2009 3:26 PM
**To:** Payne, Clyde - OSHA
**Subject:** FW: Air sampling in new travel trailers

---

**From:** Smith, Christopher [mailto:chsmith@bechtel.com]
**Sent:** Wednesday, October 05, 2005 3:24 PM
**To:** Payne, Clyde - OSHA
**Cc:** Overton, Steven; Sims, John
**Subject:** Air sampling in new travel trailers

Mr. Payne,

Per our discussion this morning, there is a concern about material off-gasing (possibly formaldehyde) in newly delivered travel trailers. The location is:

RV at the A-1 RV park exit 24 I-10. The contact there would be Steve Overton at A-1 (865-607-5048). The alternate contact is John Sims (865-368-7820).

Your assistance is greatly appreciated in checking this out.

Chris

*Christopher H. Smith*
*Project Environmental Lead*
*Bechtel Corporation*
*FEMA – TAC Project*
*Jackson, MS*
*Tel 865.368.2083*
*Fax 301.360.0298*
*e-mail chsmith@bechtel.com*