MINUTE ENTRY
ENGELHARDT, J.
August 7, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION
                                        SECTION "N"  (4)

THIS DOCUMENT RELATES TO ALL CASES

     A status conference was conducted on Friday, August 7, 2009, at 8:45 a.m.  Participating were Gerald E. Meunier, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Raul R. Bencomo, Jerry L. Saporito, Richard K. Hines, Ernest P. Gieger, Jr., Charles R. Penot, Jr., Thomas W. Thagard, III and Jonathan R. Waldron.

JS10(0:70)