MINUTE ENTRY
ENGELHARDT, J.
August 7, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                 MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

A general status conference was conducted on Friday, August 7, 2009, at 10:00 a.m. Participating were Gerald E. Meunier, Joe Glass, Matthew B. Moreland, Frank D'Amico, Jr., Linda J. Nelson, Timothy D. Scandurro, James C. Percy, John Stewart Tharp, John J. Hainkel, M. David Kurtz, Robert M. Becnel, Henry T. Miller, Raul R. Bencomo, Jerry L. Saporito, Richard K. Hines, Ernest P. Gieger, Jr., Charles R. Penot, Jr., Thomas W. Thagard, III and Jonathan R. Waldron.

A complete list of attendees is attached as a supplement to the Court's Order dated August 10, 2009 (Rec. Doc. No. 2560).

JS10(0:60)