MINUTE ENTRY
ENGELHARDT, J.
August 11, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER         FORMALDEHYDE PRODUCTS         LIABILITY LITIGATION | MDL NO. 07-1873  SECTION "N"  (4) |

THIS DOCUMENT RELATES TO ALL CASES

     A telephone status conference was conducted on Tuesday, August 11, 2009, at 8:30 a.m. Participating were Justin I. Woods, M. David Kurtz, Henry T. Miller, Karen K. Whitfield, Adam Dinnell, Andrew D. Weinstock, Joe Glass and Charles R. Penot, Jr.

     Court Reporter Pinkey Ferdinand was also present.

JS10(00:35)