UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGLEHARDT

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

MAGISTRATE CHASEZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## FIRST *EX PARTE* MOTION AND ORDER FOR
## EXTENSION OF TIME IN WHICH TO PLEAD

**NOW COMES** defendant, Northfield Insurance Company ("Northfield") through

undersigned counsel, and moves this Court for an Order granting an extension of twenty (20) day

from the original deadline, or until Thursday, September 10, 2009, in which to answer or

otherwise plead pursuant to Local Rule 7.9E upon a showing that Northfield has not previously

requested an extension of time from this Court and opposing counsel has not filed an objection to

any extension of time into the record.

**WHEREFORE**, Northfield prays that this Court enter an Order granting it an extension of twenty (20) days in which to answer or otherwise plead.

Respectfully submitted,

RALPH S. HUBBARD III, T.A., La. Bar # 7040
TINA L. KAPPEN, La. Bar #29579
LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990

**Attorneys for Northfield  Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of August, 2009, a copy of this pleading was filed electronically with the Clerk of Court using the CM/ECF system and notice of this filing was sent to all know counsel of record by operation of the court's electronic filing system.