# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION

MDL NO: 1873

SECTION N(5)

JUDGE ENGLEHARDT

THIS DOCUMENT IS RELATED TO:
*North American Catastrophe Service, Inc. v. Northfield Ins. Co.*
*No. 09-3818*

MAGISTRATE CHASEZ

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Upon considering the foregoing First *Ex Parte* Motion and Order for Extension of Time in Which to Plead, filed by Northfield Insurance Company:

**IT IS HEREBY ORDERED** that Northfield Insurance Company be and hereby is granted an extension of twenty (20) days from the original deadline, or until September 10, 2009 in which to answer or otherwise plead.

New Orleans, Louisiana, this ___ day of _____, 2009.

_____
**UNITED STATES DISTRICT JUDGE**