# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

### Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT
A

1   home with you guys?
2       A.   Shortly thereafter, Debra moved
3   into the home too.
4       Q.   With her two kids?
5       A.   No, by that time, her son, Jared,
6   had gotten a scholarship to Iowa State and
7   he went off to college.  Matthew went back
8   to New Orleans and lived in the dorms at
9   UNO.
10      Q.   What was the reason for moving
11  from Dwayne's house in May of '06?
12      A.   Because I was ready to come back
13  home.
14      Q.   Did you have a place to stay?
15      A.   The FEMA trailer was there by the
16  time we got back.
17      Q.   What kind of house did Dwayne
18  have?
19      A.   Two-story house.  It had four
20  bedrooms -- five bedrooms.
21      Q.   What was it made out of?
22      A.   It was a wooden house.
23      Q.   Were there wood floors?
24      A.   Yes.
25      Q.   Did you ever have any health