# Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

## Date taken: June 29, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



PLAINTIFF'S EXHIBIT
B

1    A.    Houston, Texas.

2    Q.    Were you ever married?

3    A.    No.

4    Q.    And not just to Mr. Clanton; at
5  any time, were you married?

6    A.    No.

7    Q.    Who is Christopher Cooper's
8  father?

9    A.    Darren Cooper.

10   Q.    Where is Mr. Cooper?

11   A.    Last time I heard, he was in
12 Atlanta, Georgia.

13   Q.    Did you live with Mr. Cooper?

14   A.    No.

15   Q.    Was Mr. Cooper ever involved in
16 Chris's life?

17   A.    No.

18   Q.    Has he ever provided any kind of
19 child support, anything like that?

20   A.    No.

21   Q.    Does he send birthday cards,
22 anything like that?

23   A.    No.

24   Q.    Has Chris ever spoken with
25 Mr. Cooper?

1    A.   Yes.

2    Q.   When is the last time he spoke
3    with Mr. Cooper?

4    A.   I would say '07.

5    Q.   What was the occasion that he
6    spoke to Mr. Cooper?

7    A.   He came in town to see his
8    daughters and he stopped by our house or our
9    trailer and he spoke to Christopher briefly.

10   Q.   When you say the "trailer," you're
11   talking about the Gulf Stream trailer that
12   was placed on Dale Street?

13   A.   Yes.

14   Q.   How long of a visit was that in
15   '07?

16   A.   About ten minutes.

17   Q.   Do you have a cordial relationship
18   with Mr. Cooper?

19   A.   We don't argue or anything like
20   that.  I don't bother him and I choose not
21   to be bothered.

22   Q.   So you don't have any kind of
23   ongoing relationship with Mr. Cooper?

24   A.   No.

25   Q.   I'm talking about even telephone

1    conversations, anything like that?
2        A.   No.
3        Q.   Before the visit in 2007, when was
4    the last time that you had spoken with
5    Mr. Cooper?
6        A.   I would say when Christopher was
7    about a year.
8        Q.   Was that also the last time that
9    Christopher saw his father?
10       A.   Yes.
11       Q.   You have sole custody of both
12   Erika and Christopher?
13       A.   Yes.
14       Q.   Is there any kind of court order
15   regarding the custody arrangement with your
16   kids?
17       A.   No.
18       Q.   Okay.  Mr. Cooper ever tried to
19   assert any parental rights regarding
20   visitation or anything like that?
21       A.   No.
22       Q.   Who are your parents?
23       A.   Louis Alexander and Shirley
24   Alexander.
25       Q.   Do you have brothers or sisters?