UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER         * <br> FORMALDEHYDE PRODUCTS  * <br> LIABILITY LITIGATION        * <br>                                                * <br>                                                * <br>                                                * <br>                                                * <br> THIS DOCUMENT IS RELATED TO * <br>                                                * <br> *Charlie Age, et al v. Gulf Stream Coach*    * <br> *Inc., et al*, Docket No. 09-2892;            * <br> Alana Alexander, individually and on behalf of * <br> Christopher Cooper                            * | MDL NO. 1873 <br><br> SECTION "N" (5) <br><br> JUDGE ENGELHARDT <br> MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S STATEMENT OF THE MATERIAL FACTS AS TO WHICH THERE
EXISTS A GENUINE ISSUE TO BE TRIED**

Pursuant to Local Rule 56.1, Plaintiff Alana Alexander, individually and on behalf of her son, Christopher Cooper, sets forth the following statement of the material facts as to which the moving party contends there is no genuine issue to be tried:

1. The first putative class action against Gulf Stream and others was filed on May 18, 2006.

2. Plaintiff moved into her trailer in May 2006.

3. The Court denied the Plaintiff's Motion for Class Certification on December 29, 2008 (Docket Entry No. 1014).

4. Plaintiff filed her lawsuit against Gulf Stream on February 27, 2009.

5. Christopher Cooper's natural father, Daron Cooper, lives in Atlanta, Georgia, has never been involved in Christopher's life, has never provided support for Christopher, has only seen Christopher once (for about ten minutes) since Christopher was ten, and has never asserted any parental rights over Christopher.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY:    s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH, Texas # 16739600

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 17, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                   s/Gerald E. Meunier  
                                                   GERALD E. MEUNIER, #9471