UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON PRESCRIPTION

# FLUOR EXHIBIT 1

```
1:1             UNITED STATES DISTRICT COURT
  2             EASTERN DISTRICT OF LOUISIANA
  3
  4
  5
  6    IN RE:  FEMA TRAILER      MDL NO. 1873
  7    FORMALDEHYDE PRODUCTS     SECTION "N"(4)
  8    LIABILITY LITIGATION      JUDGE ENGELHARDT
  9
 10                   *  *  *
 11
 12          VIDEOTAPED DEPOSITION OF ALANA
 13    ALEXANDER, 1619 MIRABEAU AVENUE, NEW
 14    ORLEANS, LOUISIANA 70122, TAKEN AT THE
 15    OFFICES OF LAMBERT & NELSON, 701 MAGAZINE
 16    STREET, NEW ORLEANS, LOUISIANA 70130, ON THE
 17    29TH DAY OF JUNE, 2009.
 18
 19    REPORTED BY:
 20        CATHY RENEE' POWELL, CCR PROFESSIONAL SHORTHAND REPORTERS
 21        (504)529-5255
 22    VIDEOGRAPHER:
 23        MICHAEL BERGERON PROFESSIONAL SHORTHAND REPORTERS
 24        (504)529-5255
 25
```


EXHIBIT 2

```
114:1   questions about A. Alexander 1.
    2            How did you come to fill out that
    3   Plaintiff Fact Sheet?
    4       A.   When I went to the lawyer.  The
    5   lawyers.
    6       Q.   Which lawyer did you go to?
    7       A.   I went to Justin Woods.
    8       Q.   When did you first go to Justin
    9   Woods?
   10       A.   I would say probably early '08, I
   11   want to say.
   12       Q.   What prompted you to go see
   13   Mr. Woods?
   14       A.   They were speaking about the
   15   trailers and the possibility of having
   16   formaldehyde.  And his mom goes to my church
   17   and he came to the church.
   18       Q.   Mr. Woods came to the church?
   19       A.   Yes.  He spoke to a lot of the
   20   people, the parishioners at the church.
   21       Q.   It was like a meeting?
   22       A.   Yes.
   23       Q.   Do you remember when that meeting
   24   occurred?
   25       A.   I don't exactly remember the date.
```

```
115:1      Q.   Was there any advertisement or
    2   notification posted regarding the meeting?
    3      A.   No.  I would say his mom and my
    4   momma are good friends and she told my momma
    5   and my momma told me.
    6      Q.   Said that "My son is coming to
    7   speak at the church about formaldehyde and
    8   FEMA trailers"?
    9      A.   Yes.
   10      Q.   Okay.  Had you heard anything
   11   about that topic prior to Justin Woods's mom
   12   telling you?
   13      A.   The only time I heard any mention
   14   about the trailers and formaldehyde was in
   15   December.  December -- that would have been
   16   in '07.
   17      Q.   What did you hear about trailers
   18   in December of '07?
   19      A.   The news was reporting that they
   20   had found that the trailers had possible
   21   formaldehyde in them.
   22      Q.   Did you hear any news reports
   23   prior to December '07?
   24      A.   No.
   25      Q.   What news reports were
```

```
116:1   broadcasting this information?
    2       A.  I always look at Channel 6 News,
    3   WDSU, so it had to be that channel.
    4       Q.  Is that the same channel that you
    5   watched the whole time after the hurricane?
    6       A.  Well, what you mean, when I came
    7   back home?
    8       Q.  Yes.
    9       A.  Pretty much.  Well, I look at all
   10   of them, actually.
   11       Q.  Do you watch the news every day?
   12       A.  I would say yes.
   13       Q.  Do you watch any particular
   14   broadcast?
   15       A.  Channel 6.
   16       Q.  What time?
   17       A.  Either 6 or 10, depending on what
   18   time I got home that day.
   19       Q.  Do you read the newspaper?
   20       A.  No, not really.
   21       Q.  Okay.  When you say "not really,"
   22   do you --
   23       A.  I don't read the newspaper.
   24       Q.  Do you subscribe to the newspaper?
   25       A.  No.
```

```
117:1          Q.   Do you sometimes buy it on the
    2    weekends?
    3          A.   No.
    4          Q.   Other than watching Channel
    5    6 news, do you get news information from any
    6    other source?
    7          A.   No, not really.
    8          Q.   Internet?
    9          A.   Very seldom.
   10          Q.   Is it typical for you to watch
   11    news reports every day at either 6:00 or
   12    10:00?
   13          A.   Either one, yeah.
   14          Q.   Following the hurricane, did you
   15    continue in this pattern when you watched
   16    the news?
   17          A.   You mean before I came back or
   18    what?
   19          Q.   Okay.  When you came back in --
   20    well, when did you come back?
   21          A.   I came back in May of '06.
   22          Q.   When you came back in May of '06,
   23    did you watch Channel 6 news regularly?
   24          A.   Yes.
   25          Q.   Do you watch any national news
```

```
123:1      A.   Yes.
    2      Q.   Did it smell like anything from
    3   the dry cleaner?
    4      A.   Not really, no.
    5      Q.   In relation to Mr. Woods speaking
    6   at the church, how much time passed before
    7   you filled out the fact sheet, A. Alexander
    8   1?
    9      A.   This one, I would say some months.
   10      Q.   You filled out a sheet with some
   11   information on it --
   12      A.   What are you --
   13      Q.   -- and gave it to Mr. Woods?
   14      A.   Yeah.  It was, like basically my
   15   name, their names.  I think they had asked
   16   for Social Security numbers, stuff like
   17   that.
   18      Q.   When you -- how did you know to go
   19   fill out a Plaintiff Fact Sheet?
   20      A.   What you mean, one of these?
   21      Q.   Yes.
   22      A.   After the whole process, the
   23   lawyer said we needed to fill one of these
   24   out.
   25      Q.   When you filled out this fact
```

```
190:1   leak initially happened, when I called them,
    2   they were out the next day.
    3       Q.   How many times did you have to
    4   call them regarding the leak?
    5       A.   I called them -- you talking about
    6   the first time?
    7       Q.   No, in --
    8       A.   All?  Probably twice.
    9       Q.   Why didn't you call if it was
   10   still leaking?
   11       A.   Because initially when they put
   12   the caulking up there, it did stop the leak.
   13   Because when he put it up, he told my momma,
   14   it will probably leak again.
   15            And I would say by the time it
   16   started leaking again, I called and I don't
   17   remember if they came out the second time.
   18   Because that was around close to the time
   19   when we were actually about to move out.
   20       Q.   When did you move out?
   21       A.   We moved out in December of 2007.
   22       Q.   Why did you move out?
   23       A.   Because I had started hearing
   24   about the effects that -- I found out that
   25   the odor we were initially smelling was
```

```
191:1   formaldehyde and how it affected people with
   2    respiratory and asthma problems.  And like,
   3    it was time for us to go.
   4         Q.   Did you tell anybody that's why
   5    you were moving out?
   6         A.   Yeah, I told my family that's why
   7    we were moving out.
   8         Q.   Did you tell anybody else who
   9    wasn't a family member?
  10         A.   Donna, uh-huh.
  11         Q.   Did you tell anyone a different
  12    reason for moving out?
  13         A.   No.
  14         Q.   And the reason that you said you
  15    moved out -- did you start thinking about
  16    the reason to move out in December?
  17         A.   Yes, in December, but -- yeah.  In
  18    December.  Yeah.
  19         Q.   So sometime in December is when
  20    you first heard about potentially a problem
  21    with the FEMA trailers regarding
  22    formaldehyde?
  23         A.   Yes.  Around December.  Late
  24    November, early December.
  25         Q.   Did you ever tell anybody that you
```