UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | 07-md-1873 |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT
BASED ON PRESCRIPTION**</u>

# FLUOR EXHIBIT 2

```
1:1              UNITED STATES DISTRICT COURT
  2              EASTERN DISTRICT OF LOUISIANA
  3
  4
  5
  6    IN RE:  FEMA TRAILER       MDL NO. 1873
  7    FORMALDEHYDE PRODUCTS      SECTION "N"(5)
  8    LIABILITY LITIGATION       JUDGE ENGELHARDT
  9                               MAGISTRATE CHASEZ
 10                  *   *   *
 11
 12
 13         Videotaped Deposition of MEGAN A.
 14    CIOTA, Ph.D., taken at the offices of the
 15    Jefferson Neurobehavioral Group, 3939 Houma
 16    Boulevard, Suite 223, Metairie, Louisiana
 17    70006, on Thursday, the 16th day of July,
 18    2009.
 19
 20    REPORTED BY:
 21         JAMES T. BRADLE, CCR PROFESSIONAL SHORTHAND REPORTERS
 22         (504)529-5255
 23    VIDEOGRAPHER:
 24         MICHAEL BERGERON PROFESSIONAL SHORTHAND REPORTERS
 25         (504)529-5255
```


EXHIBIT 2

```
71:1   true that his and his mother's perception is
   2   what matters from a psychological standpoint
   3   of what caused the impact?
   4        MR. GLASS:
   5              Object to the form.
   6   EXAMINATION BY MR. LAMBERT:
   7        Q    The psychological?
   8        MR. GLASS:
   9              Object to the form of the
  10   question.
  11        THE WITNESS:
  12              Yes, I agree that their perception
  13   of what happened is important.
  14   EXAMINATION BY MR. LAMBERT:
  15        Q    Okay.  So if you're going to
  16   analyze whether or not from a medical
  17   standpoint the exacerbation of the physical
  18   condition was caused by formaldehyde, you
  19   might go hunting around in all of these
  20   records and putting down the exact dates of
  21   when they occurred and when they didn't, and
  22   that would matter from a causation, a
  23   medical causation standpoint as far as the
  24   asthma is concerned, maybe, if it's
  25   accurate.  That might matter.  But from a
```

```
72:1   psychological impact, it doesn't really
   2   matter, does it?
   3        MR. GLASS:
   4             Object to the form of the
   5   question.
   6        THE WITNESS:
   7             What doesn't matter?
   8   EXAMINATION BY MR. LAMBERT:
   9        Q    The dates.
  10        A    No, but -- No, they present as
  11   believing that when they found out in 2007,
  12   I believe they told me it was December, that
  13   there was something going awry in the
  14   trailer and that they moved out a month
  15   later.
  16        Q    Right.
  17        A    Right.  So that's what they
  18   presented as their belief.
  19        Q    And that was their accurate --
  20   They had a perception, they acted on it, you
  21   believed they were truthful about
  22   everything, and you're here not to testify
  23   about whether or not there's a causation,
  24   reality issue, you know, a causation/effect,
  25   cause/effect, with regard to formaldehyde
```

```
88:1   point in time and that's not in the same
   2   time frame that they lived in the trailer
   3   with regard to his treatment, correct?
   4       MR. GLASS:
   5            Object to the form.
   6   EXAMINATION BY MR. LAMBERT:
   7       Q    You didn't analyze what symptoms
   8   he complained of or what conditions were
   9   actually observed by the clinician, did you?
  10       A    I just read the medical records
  11   and reported what was in the medical
  12   records.
  13       Q    Were you asked to do that?
  14       A    I always do that.
  15       Q    You always report about what?
  16       A    I review all of the medical
  17   records.
  18       Q    All right.  These people moved out
  19   of the travel trailer within a few weeks or
  20   a month or so after they found out that
  21   there was or after they perceived that there
  22   was unacceptable levels of formaldehyde in
  23   their travel trailer, correct?
  24       MR. GLASS:
  25            Object to the form of the
```

```
89:1   question.
   2         THE WITNESS:
   3              Yeah, I was told that they moved
   4   out within about a month after they learned
   5   of the risk.
   6   EXAMINATION BY MR. LAMBERT:
   7        Q    Now, you said you didn't believe
   8   that Christopher had an anxiety disorder?
   9        A    Yes.
  10        Q    What do you think he had?
  11        A    At the time I saw him, I don't
  12   think he had any mental disorder.
  13        Q    And when you say "mental
  14   disorder," do you mean psychological
  15   imbalance?
  16        A    Right, no psychological diagnosis,
  17   no mental disorder.
  18        Q    One of the things you said is that
  19   if he had one, it would be -- one of the
  20   criteria would be that it interfered with
  21   his daily living?
  22        A    Right.
  23        Q    And you didn't see anything that
  24   did that?
  25        A    No.
```

```
105:1   13-page report comment from time to time
    2   about pre-travel trailer experiences as
    3   being stressors -- And I call them rocks in
    4   a satchel that you carry around with you.
    5   Okay?
    6        A    Okay.
    7        Q    -- for some reason, you feel like
    8   in the future this one will be left out for
    9   some reason?
   10        MR. GLASS:
   11             Object to the form.  Objection.
   12   It also mischaracterizes the testimony.
   13   EXAMINATION BY MR. LAMBERT:
   14        Q    Do you understand my question?
   15        A    Well, yes, and I think, yeah,
   16   you're misunderstanding what I'm saying.
   17   I'm saying in the future -- At the time, in
   18   December, 2007, when they were -- the family
   19   was told that there might be a risk of
   20   formaldehyde exposure in their trailer, they
   21   had several stressors going on, and you
   22   asked me is that perception a stressor, and
   23   I said yes, it was.
   24             I think since they have left that
   25   situation, you don't necessarily carry
```