UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | **FEMA TRAILER** | * | 07-md-1873 |
| | **FORMALDEHYDE** | * | |
| | **PRODUCTS LIABILITY** | * | |
| | **LITIGATION** | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

*************************************************************************

# FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON PRESCRIPTION

# FLUOR EXHIBIT 3

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

NEW ORLEANS DIVISION


IN RE: FEMA TRAILER         *   MDL NO. 1873
FORMALDEHYDE PRODUCTS       *
LIABILITY LITIGATION        *   SECTION:  N(5)
                            *
This Document Relates       *   JUDGE: ENGELHARDT
to:  Charle AGe, et         *
al. v. Gulf Stream          *   MAG: CHASEZ
Coach Inc., et al,          *
Docket No. 09-2892          *
************************


     Videotaped deposition of JANET DUNCAN
BARNES, M.D., M.B.A., 3600 Prytania Street,
Suite 50, New Orleans, Louisiana 70128,
taken at the offices of Lambert & Nelson,
701 Magazine Street, New Orleans, Louisiana
70130, on Thursday, the 4th, of June, 2009.


APPEARANCES:


     CHRIS PINEDO
     ATTORNEY AT LAW
     4550 Jericho
     Corpus Christi, Texas  78413
         (Representing the Plaintiffs)


     BUZBEE LAW FIRM
     (BY:  Peter K. Taaffe, Esquire)
     600 Travis, Suite 7300
     Houston, Texas  77002
         (Representing the Plaintiffs)

EXHIBIT 3

1  A. And so when you say that this
2  was longstanding, made him wheeze from when
3  he was two or three years old, I'll say
4  this: And I'm a great grand doctor. So
5  when I say "great grand doctor," I have
6  grandmothers who are my patients, okay?
7       Families who have asthma and
8  they have been under my care as a patient or
9  a parent who improved remarkably by the age
10 of six or seven, didn't see them as much,
11 maybe saw them once a year, twice a year,
12 and by the time they were teenagers, really
13 didn't see them much. Maybe they came to
14 get an albuterol inhaler or came to get
15 their Singulairs for the period that I
16 usually designate it. So it would have.
17      My prediction for Chris would
18 have been that he would have gotten better
19 and that by the fact that he had to come
20 and -- and reload his medicines and for his
21 mother, I'm sure having to go back to the
22 emergency room, something that she hadn't
23 really done since Chris was less than eight
24 years old or less than six years old prior,
25 was not a nightmare but a reminder of -- of

Page 49

1  what he could have -- what could happen to
2  him, including pneumonias and asthma attacks
3  and hospitalizations and repetitive visits
4  to my office, repetitive visits to the
5  emergency room; that if a friend or a
6  colleague of someone told her that something
7  like an irritant like formaldehyde is now
8  been said to cause -- or to make an
9  asthmatic worse that she would do what she
10 needed, as a mother, to get him out of that
11 environment.
12              You have a mother here who read
13 the black box warning on a medicine, also
14 that the doctor wanted to give him Advair;
15 and once she read it, she was very
16 concerned, and she stopped it.  So the fear
17 of something happening to him and making it
18 worse I'm sure reminded her of when he was
19 real sick as -- as a young asthmatic, and so
20 she tried to remove him from that.
21              But to say that all of that led
22 back from -- from when he was little, no.
23 He should have gotten better.  He shouldn't
24 be getting worse.  He should be getting
25 better.  So something had to trigger it.