UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT BASED ON PRESCRIPTION**

# FLUOR EXHIBIT 4

*From the Desk of......*

## Janet Duncan Barnes, MD, MBA

*3600 Prytania St Suite 50 * New Orleans, LA 70115*
*(504) 891-1800 Office * (504) 891-1805 Fax*

May 15, 2009

WATTS/GUERRA/CRAFT LLP
Four Dominion Drive
Building Three, Suite 100
San Antonio, Texas 78257

Attn: Mikal Watts

     Re: Christopher J. Cooper
     Date of Birth: December 18, 1996

Enclosed is the narrative report for Chris Cooper, son of Alana Alexander, concerning Formaldehyde Exposure and its Effect on Chris' Asthma and Allergy-Related Illnesses.

For any more information or clarification, please feel free to call me at the above location, my cell (504) 451-4929, or email address: duncan600@bellsouth.net.

Yours truly,

*Janet Barnes MD*

Janet Duncan Barnes, MD

ALX-EXP-4-000001

EXHIBIT 4

His lungs were clear and his heart had a regular rate and rhythm without murmur. His diagnoses included Sinusitis, Atopic Dermatitis, Asthma, and Overweight for Age. His medicines included Clarinex D-12 for sinus; Albuterol Inhaler and Flovent Inhaler for Asthma control, Singulair 10mg for Asthma and Sinusitis, and Elocon Ointment for his Atopic Dermatitis. He was sent to Quest Diagnostics for annual blood work.

On October 18, 2007, Christopher, along with his mother, returned for lab results. His total cholesterol was elevated as well as his LDL cholesterol. He was given diet counseling and encouraged to participate in more physical activity.

On December 4, 2007, Chris was seen in Children's Hospital emergency room for an uncontrolled Asthma attack after repeatedly using his Albuterol Inhaler. He received several aerosol treatments and was given Prednisone 50 mg in the emergency room. He continued his Albuterol Inhaler treatments every 8 hours along with Prednisone at home. Ms Alexander became aware of the possibility of FEMA trailer formaldehyde toxin exposure and moved the family out of the trailer within a month. His attacks of shortness of breath and wheezing progressively decreased. He continued to have attacks but there was significant improvement in frequency and severity.

On April 17, 2008, Christopher returned with a complaint of "itchy eyes." He was given Benadryl with some improvements. He did not have anymore Clarinex D-12. His physical exam revealed nasal stuffiness with boggy nasal turbinates; his sclerae were mildly irritated; and his lower eyelids were dark. He was diagnosed with Allergic Conjunctivitis. Patanol Eye Drops were given for the allergy eyes; Clarinex D-12 for sinusitis; and Benadryl for any possible allergic reactions.

On April 24, 2009, a physical examination revealed nasal congestion, boggy nasal turbinates, "glassy eyes" with irritated sclerae, a productive cough with a small amount of postnasal drip, red pharynx, and lungs, heart, and skin within normal limits. He received refills on Albuterol Inhaler, Flovent Inhaler 110, Singulair 10mg, Clarinex D-12, and Patanol Eye Drops. Labs ordered but have not returned are Hypersensitivity Pneumonitis Panel, Serum Protein Electrophoresis, CBC with differential, and Immunoglobin Electrophoresis. Allergy testing was also recommended to the mother.

Assessment:
Christopher lived in a small travel trailer, which was built with formaldehyde treated particle board and insulation for approximately 20 months. As a small child he had frequent acute asthma attacks which improved with age, as evidenced by his minimal use of his emergency asthma medicines, trips to the doctor, no hospitalizations, or upper and lower respiratory infections while in Florida. This is the normal progression of the disease, often with none to minimal attacks in

ALX-EXP-4-000003