UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

************************************************************************

## NOTICE OF HEARING

TO:   All Counsel of Record

   PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its Motion For Summary Judgment Based On Prescription on the **26th day** of **August, 2009** at **9:30 o'clock a.m**., pursuant to Court Order (Rec. Dec. 2560) ,before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana 70130.

   _____
   JUDGE KURT D. ENGELHARDT

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:       */s/ Sarah A. Lowman.*
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

*-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

       */s/Sarah A. Lowman.*
       **SARAH A. LOWMAN**

ND: 4837-7248-7940, v. 1