

# Report of Michael E. Ginevan, Ph.D. in the case of Charlie Age vs. Gulf Stream Coach.

1

ALX-GINE-000001

1.      I am a biostatistician with more than 30 years experience in the application of statistics and computer modeling to problems in public health and the environment, and in the conduct of environmental, epidemiologic, exposure assessment, and risk assessment studies. I am the author of "Statistical Tools for Environmental Quality Measurement," and over 50 other publications in the areas of statistics, exposure modeling, epidemiology, and environmental studies. In addition to my training in statistics and modeling, I have had extensive training and research experience in the biological sciences, including epidemiology, ecology, and genetics.

I have served as a principal expert in biostatistics and epidemiology at the U.S. Nuclear Regulatory Commission as well as at several major science consulting firms (Environ; the Risk Focus Division of Versar Inc.; Blasland, Bouck, and Lee; Exponent). I am a past Deputy Director of the Office of Epidemiology and Health Surveillance at the U.S. Department of Energy (DOE), where I developed and managed the Occupational Health Surveillance System for the 300,000 member DOE workforce.

A copy of my full curriculum vitae is attached as Appendix A.

2.      I have been asked to provide a report concerning issues raised be plaintiffs expert reports in the case of Charlie Age vs. Gulf Stream Coach. Specifically, I was asked to review the statistical basis of the plaintiff's expert reports regarding sampling for and estimates of formaldehyde contamination in FEMA trailers and in particular, the basis for estimates of formaldehyde contamination in the 28-foot Cavalier travel trailer manufactured by Gulf Stream Coach, Inc., which was occupied by Alana Alexander and Her Son, Christopher Cooper for the period from May 27, 2006 through the last week of December 2007. I will also comment on the quantitative modeling of formaldehyde levels in indoor environments and on the likely conservatism of regulatory limits for human exposure to toxic materials like formaldehyde.

In this effort I reviewed the reports and affidavits submitted by four plaintiff experts: Paul Hewett, William D. Scott, Mary C. DeVany, and Marco Kaltofen. I also reviewed reports on formaldehyde levels in FEMA trailers produced by CDC and ATSDR. In addition I relied on my own expertise, and experience. A list of the affidavits and other documents I reviewed is attached as Appendix B.

3.      **CDC and ATSDR studies.**

These two investigations were focused on the same trailer population that the plaintiffs' experts focus on, but consider aspects of the issue that the plaintiffs' experts have overlooked. The CDC study considered a total of 519 trailers, chosen by a stratified random sampling scheme. In terms of characteristics, 408 trailers were located in Louisiana, while 111 were located in Mississippi; 360 were the smallest in size (travel trailers), 90 were medium sized (park model), and 59 were in the largest size category (mobile homes).

Formaldehyde sample collection was described as follows (page 8):

"Investigators and FEMA field workers were present for each scheduled sampling appointment. Investigators collected a 1-hour sample of air in each participating trailer using the NIOSH Manual of Analytical Methods Method 2016 using Supelco S10 LpDNPH cartridges (St. Louis, MO)

ALX-GINE-000002

(http://www.cdc.gov/niosh/nmam/pdfs/2016.pdf). Staff also measured indoor temperature and RH [relative humidity]. In an attempt to standardize living conditions between trailers, residents were asked to configure doors and windows as they would have them while they slept. No cooking or smoking was allowed in the travel trailers or mobile homes during the 1-hour sample collection period because these activities could affect formaldehyde levels. Samples were collected using standard industrial hygiene pumps. Samples were drawn at a flow rate of 500±50 mL per minute for 1 hour at a height of 4 feet, which is comparable to a person's breathing zone while sitting. An investigator observed sample collection at all times."

All of the trailers sampled were occupied units. In addition to sampling for formaldehyde, the trailer occupants were questioned about their activities, including smoking behavior, cooling and heating practices, cooking practices, and issues with the trailer such as water leaks and mold. The condition of the trailer was also assessed by a visual inspection by the investigators and indoor temperature and humidity were measured at the time of sampling. One particular finding of interest, which is discussed below, was that in 19% of the trailers smoking had occurred within 3 hours of the sampling event.

This study showed that formaldehyde levels varied markedly by trailer type, with travel trailers having the highest level (Geometric Mean (GM)=81parts per billion (ppb) ) followed by mobile homes (GM=57ppb), and park models (GM=44ppb). I note that these levels are well above the 8 ppb level of which seems to be the focus of the plaintiffs' experts, but below the 400 ppb level referenced by HUD and below the 100 ppb level of potential concern referenced in the CDC report. Multivariate analyses conducted by CDC suggested that many factors, including trailer type, trailer manufacturer, average temperature, relative humidity, ventilation, and presence of mold in the trailers can affect formaldehyde. The report also notes that cigarette smoking, though not statistically significant in the analyses, is important because it is both a source of formaldehyde and "a wide range of other toxic and irritating compounds associated with increased health risk that can worsen air quality in the trailers."

The ATSDR report was based on experimental studies of 96 new, unoccupied trailers similar to those distributed by FEMA. Formaldehyde in these trailers was measured under 3 sets of conditions during a 19 day period:

1. Air sampling in all 96 trailers with each trailer sampled once on days 1 through 4. Sampling was done with all trailer doors and windows shut and with no indoor ventilation. (Baseline Scenario)
2. Air sampling in half (48) of the trailers with air conditioning running and set to approximately 72° Fahrenheit on days 6 through19. All doors and windows were shut, and bathroom static vents were open but the exhaust fans were not running. (Air Conditioning Scenario )
3. Air sampling in half (48) of the trailers with all windows open on days 6 through 19. Static vents and exhaust vents were open but the exhaust fans were not running. No air conditioning was operated. (Windows Open Scenario)

The report notes "The objective was to characterize baseline formaldehyde levels in closed, unventilated trailers, and to determine the effects of two ventilation interventions. The scenarios were not intended to represent those that people living in trailers would experience." The report offers the further caveat that it "does not address whether health problems are associated with formaldehyde or with other exposures in trailers, such as from other volatile organic compounds, mold, cleaning products, tobacco smoke, and carbon monoxide. A health study that examines exposures and health outcomes would be needed to address this set of questions."

ALX-GINE-000003

The report also notes that "Other information collected during each sampling event included: ambient (outdoor) temperature, humidity, barometric pressure, wind direction and speed, and general meteorological conditions. Indoor air temperature and relative humidity also were measured."

A key finding of the ATSDR study is that, compared to the mean of the 96 "Baseline" formaldehyde measurements, the 852 "Air Conditioning" measurements had a mean formaldehyde about 63% lower than "Baseline, and the 863 "Windows Open" measurements had a mean formaldehyde level about 91% lower than "Baseline." Thus, the study demonstrates that there are major differences between sealed trailers and those with varying amounts of ventilation.

## 2.       Decline in emission levels with time.

All of the plaintiff experts note that formaldehyde levels in trailers will decline after manufacture. They also note that most rapid decline in levels occurs early in the life of the trailer. For a uniform material such as a sheet of particle board, one might expect that the material will lose a constant percentage of the material present for some fixed time interval such as a month. By way of illustration, if a piece of material loses 10% of its initial formaldehyde per month, the fraction of material lost after 6 months ($F_6$) would be:

$$F_6 = 1 - 0.9^6 = 0.47$$

That is, slightly less than half the material would be lost, but loss per unit time declines from 10 per cent in the first month to about 6% in the 6th month. Mr. Kaltofen correctly points out that, for fixed temperature and humidity, concentration is a function of air exchange rate and emission rate. Thus, if air exchange rates remain fixed, air concentrations over time will fall in proportion to changes in emission rate.

However, a travel trailer is in effect a mixture of materials which are likely to emit formaldehyde at different rates. Because of this, trailers will tend to show formaldehyde levels that drop very rapidly at first and then slower thereafter. This phenomenon is illustrated by Figure 1 that shows emission rates for a hypothetical two compartment system (say wallboard and carpeting) which begins with equal quantities of a hypothetical Agent X in each compartment. In one compartment emission is 1% per time period, and in the other the emission rate is 10% per time period. The compartment with the 10% emission rate is initially responsible for almost all emissions, but by period 40, most emission is from the 1% compartment. Note also that the drop in emissions is very rapid for the first 25 periods or so. I note that this example, while hypothetical, is hardly unrealistic. That is, a constant percentage loss per unit time, which is better known by the term "exponential decline" is routinely observed in such diverse situations as pesticide residue decline, loss of volatiles like formaldehyde from building materials, and elimination of toxic materials from the human body. Moreover so called biphasic or log-log decline curves like that shown in Figure 1 are seen for situations like decline of pesticide levels in buildings. (Ginevan and Splitstone, 2003, Chapter 4).

I stress that we have no data on critical factors such as formaldehyde emission rates and air temperatures over time for the plaintiffs' trailer and thus can make no estimates of likely formaldehyde levels over time. However, the preceding examples do show the general patterns

4

ALX-GINE-000004

in emission rates over time that one would expect. The point is that the plaintiffs moved into their trailer on May 27, 2006, but the unit was sold on December 13, 2004. Thus, for the first 18 months of its existence, when formaldehyde emission rates and thus formaldehyde levels would be expected to be at their highest, the unit was unoccupied. I also note that when the unit was sold it was shipped to FEMA in Punta Gorda Florida. Presumably it was stored outdoors, in Florida, for the summer of 2005.



Figure 1.

## 3.    Air Exchange Rates

As Mr. Kaltofen correctly observes in his affidavit, all else being equal, formaldehyde levels in any indoor environment are directly proportional to formaldehyde emission rates and air exchange rates. That is, if we hold the emission rate fixed and double air exchange rates, we halve the formaldehyde concentration in indoor air. I also note that the ATSDR report discussed earlier showed that when they went from a "windows shut and with no indoor ventilation" scenario to a "windows open" scenario, formaldehyde concentrations dropped by roughly an order of magnitude.

Moreover, in her report (page 16) Ms. Devany states "New Orleans is well known for being hot and humid. However, with their limited income, air conditioning was a luxury the Alexanders would not allow themselves, except during very high temperatures conditions." The intention of

5

ALX-GINE-000005

this section was to show that there was high temperature and humidity in the trailer, which are factors that do tend to increase formaldehyde emission rates, but it also suggests that air exchange rates were very high because windows (and possibly doors as well) would be open to facilitate cooling. In this regard I note that the reports of sampling in the plaintiffs former trailer showed that when doors and windows were closed even the empty trailer tended to be warmer inside than the outside air (Scott affidavit, page 7), and this is without the thermal additions of two people and such additional heat sources as lighting and cooking. It does not seem credible that the plaintiffs would not have made every attempt to ventilate the trailer, which in turn suggests very high air exchange rates (multiple air exchanges per hour).

I also note that in Section E of Ms. Devany's report titled "Indoor Air Volume to Wood Surface Area" she notes that because travel trailers have a low interior volume, and relatively large surface areas of possibly formaldehyde emitting surfaces such as wood cabinets, they are "at risk" for developing high formaldehyde levels. This is sensible as far as it goes, but ignores the fact that because of the relatively low air volume in such a trailer, occasionally opening windows and the door and perhaps running a fan for ventilation will have an inordinately large effect on air exchange rates.

From Mr. Scott's report, we have an estimate of the air exchange rate in the trailer at the time of testing, which is a rather high 1.65 air exchanges per hour. As noted by Mr. Scott, such values are more typically 0.4 or fewer air exchanges per hour. In fact, according to the report of a defense expert, Mr. Damien W. Serauskas, the reason that such a high air exchange rate was obtained is that the person doing the measurement did his calculations wrong. The correct number, based on plaintiff measurements, is 0.5065 air exchanges per hour. This is still on the high side of what is normally observed, but the plaintiffs experts also failed to account for the fact that water and sewerage lines had been disconnected for months and provided a combined an open pathway for air exchange. To put this into perspective an empty toilet drain alone provides a 3" diameter opening for air exchange. Thus, contrary to the claims of plaintiff's experts, the sealed trailer represents an extremely low ventilation scenario compared to the trailer as used by the plaintiffs..

4.      Hewett Report.

        Dr. Hewett's report is largely focused on estimating the average formaldehyde level in sample of trailers that are either all units manufactured by Gulfstream (1185) or the more focused set of 876 Gulfstream Cavalier Travel Trailers. He also presents analyses to support the points that formaldehyde levels decline in trailers with time since manufacture. The other plaintiff experts restate his discussion about the average formaldehyde levels in trailers being considerably higher than various regulatory standards. The problem here is that when one looks at actual formaldehyde measurements from individual Cavalier trailers the level varies from .0023ppm to 3.2ppm, which is a 1,390 fold difference. So if one lived in a Cavalier travel trailer we can say with assurance that their exposure was somewhere between almost nothing and a whole lot. Of course, some of this extreme variability is that sampling circumstances, such as whether or not the trailer was sealed or sampled as occupied, how formaldehyde measurements were made, and who collected and analyzed the data (6 different groups were involved) varied across measurements. The larger question is why would one offer an analysis of such a diverse group of trailers when the question at hand is what was the likely level of formaldehyde in the plaintiffs' trailer at the time they occupied it. My view is that the number of trailers that need to

6

ALX-GINE-000006

be sampled to estimate exposure for a given individual is *one*; the trailer that they lived in. Moreover the extreme variability shown across trailers suggests that an average level for a group of trailers is not helpful in assessing exposure to a specific individual.

## 5.      Formaldehyde Exposure Standards

All of the experts whose reports I have reviewed offer the opinion that, because the formaldehyde levels measured in the plaintiffs' trailer, and indeed the levels in other trailers that the plaintiffs did not occupy, exceed various exposure standards, they are de facto "dangerous." In fact, such standards are highly conservative in the sense that the levels are below any that might cause harm.  To illustrate the likely conservatism of the 8 ppb standard I note that, far form being an exotic pollutant rarely encountered by living organisms, formaldehyde is produced naturally by the human body.  Moreover, the median formaldehyde level in exhaled breath from healthy people is between 4 and 5 ppb and that health people can as much as 70 ppb of formaldehyde in their exhaled breath (http://formaldehydefacts.blogspot.com/2008/10/formaldehyde-in-breath-untold-story-why.html).   Thus the standard is not much more than what humans typically exhale and is, in fact, well within the normal range of concentrations in human breath.

## 6.      Conclusions

One main thread of their arguments is that levels must have been higher when the plaintiffs occupied the trailer, but all of these arguments studiously avoid discussing ventilation levels of occupied trailers, and omit the fact that the trailer in question was unoccupied for 18 months and quite likely spent an entire summer in the Florida sun before it was occupied by the plaintiffs.  I think that most of the formaldehyde was probably gone by the time the plaintiffs moved in, and that while formaldehyde emission rates may have been somewhat higher when the plaintiffs were in residence than when sampling occurred, it is almost certain that ventilation rates were far higher when the plaintiffs were in residence.  Thus I would argue that, when the plaintiffs occupied the trailer, the actual formaldehyde levels were lower than those levels later measured.

Dr. Hewett spends a lot of time and analysis to show that levels in Cavalier travel trailers were greater than 0.08 ppm, but in the process shows that there was enormous variability in levels and makes no connection between the group levels and the levels of formaldehyde present in the plaintiffs' trailer when they were in residence.  Indeed, such a connection cannot be made because the only way to ascertain formaldehyde exposure levels in a given trailer is to measure levels in that trailer under conditions that mimic, as closely as possible, the trailer as occupied.

Finally there is the matter of exposure standards and safety.  As I noted earlier exposure standards are set at levels that essentially guarantee safety, and cannot be taken as levels at which harm is likely to occur.  Moreover, the 0.008 ppm standard which seems to be the favorite of the plaintiffs' experts, is within the range of formaldehyde levels exhaled by healthy humans.  A more useful exercise would be to identify levels that clearly suggest possible health risks.  While I have not made a detailed study the formaldehyde epidemiology and toxicology data, it seems clear that something like the 0.3ppm level defined by ATSDR as "the effect level for previously sensitized individuals" might be a more appropriate starting point.   I have seen no data which

7

ALX-GINE-000007

would lead me to believe that the plaintiffs were exposed at anything close to 0.3 ppm of formaldehyde while residing in their trailer.

ALX-GINE-000008

*Appendix B:  Documents Reviewed to Support Ginevan Affidavit.*

ATSDR.  October 2007.  An Update and Revision of ATSDR's February 2007 Health Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers Baton Rouge, Louisiana, September-October, 2006.

CDC.  2008.  Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park Models, and Mobile Homes.

Mary C. DeVany, MS, CSP, CHMM.  Overview of the Formaldehyde Exposure to Christopher Cooper and Alana Alexander in Their FEMA-Issued Gulfstream Cavalier: A Review of the Formaldehyde Exposure Standards; Toxicological Effects; Airborne Formaldehyde Sampling and Methodology; Air Sampling Results; Case Findings and Conclusions.

Ginevan, M.E., and D.E. Splitstone. 2003.  Statistical Tools for Environmental Quality Measurement. Chapman & Hall / CRC.  Chapter 4, pages 81-87.

Paul Hewett, PhD, CIH.  Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure Dataset

Affidavit of Marco Kaltofen, PE (Civil. Mass.)

Damien W. Serauskas, P.E.
Technical Report Concerning Alexander, et al vs. Gulfstream Coach, Inc, et al.
FEMA Travel Trailer No. 1041407 YIN INLIGTR2551021783
Trailer Located at FEMA Travel Trailer Storage Facility
5310 Old State Highway, Lottie, LA 70756

Affidavit of William D. Scott, PE, CHMM

ALX-GINE-000009

*Appendix A.*
## Michael E. Ginevan, Ph.D.
**Principal Scientist**

M.E. Ginevan & Associates
307 Hamilton Ave
Silver Spring, MD 20901

Phone: 301-585-4951
Cell: 202-441-6484
E-mail: michael@ginevan.com
Web Site: www.ginevan.com

**Professional Profile**

Dr. Michael E. Ginevan is the proprietor of M.E. Ginevan and Associates. Dr. Ginevan has more than 30 years experience in the application of statistics and computer modeling to problems in public health and the environment, and in the conduct of environmental, epidemiologic, and risk assessment studies. He is the author of "Statistical Tools for Environmental Quality Measurement," and over 50 other publications in the areas of statistics, computer modeling, epidemiology, and environmental studies.

In addition to his broad statistical background, he has had extensive training and research experience in the biological sciences, including epidemiology, ecology, and genetics. He has also been an effective interdisciplinary project leader and manager in academia, government, and private industry, and in a diversity of problem areas, including biostatistics, epidemiology, toxicology, risk assessment, and environmental monitoring. Dr Ginevan is adept at making intricate statistical analyses understandable to persons with relatively little mathematical knowledge, and is effective in communicating complex scientific issues to lay audiences.

Dr. Ginevan is a founder and past Secretary of the American Statistical Association (ASA) Section on Statistics and the Environment, a recipient of the Section's Distinguished Achievement Medal, a past Program Chair of the ASA Conference on Radiation and Health and a Charter Member of the Society for Risk Analysis. He has served on numerous review and program committees for ASA, the U.S. Department of Energy, The U.S. Nuclear Regulatory Commission, the National Institute for Occupational Safety and Health, the National Cancer Institute, and the U.S. Environmental Protection Agency. He also served as a member of the National Academy of Sciences Committee on Health Risks of the Ground Wave Emergency Network.

**Credentials and Professional Honors**

Ph.D., Mathematical Biology, University of Kansas, 1976
M.S., Zoology, University of Massachusetts at Amherst, 1971
B.S., Biology, State University of New York at Albany, 1968

Distinguished Achievement Medal, American Statistical Association Section on Statistics and the Environment, 1993; Sigma Xi, 1978; University of Kansas Dissertation Fellowship, 1975 Hungerford Memorial Fellowship, 1974

9

ALX-GINE-000010

**Prior Experience**

Principal Scientist, The Sapphire Group, 2006
Principal Scientist, Exponent, 2004-2006
Vice President and Principal Scientist, Blasland Bouck and Lee Inc, 2002–2004
Principal, M.E. Ginevan & Associates, 1991–2002
    Deputy Director, Office of Epidemiology and Health Surveillance,     United States
    Department of Energy, 1991–1993

Principal Scientist, Biostatistics and Epidemiology, RiskFocus Division, Versar Inc., 1990–1991
Senior Scientist, Biostatistics and Epidemiology, RiskFocus Division, Versar Inc., 1988–1990
Senior Science Advisor, Biostatistics, Environ Corporation, 1987–1988
Biostatistician, United States Nuclear Regulatory Commission, 1982–1986
    Assistant Statistician and Group Leader, Division of Biological and Medical Research,
    Argonne National Laboratory, 1978–1982

Research Associate, Environmental Research Laboratory, Center for Research Inc., University of
    Kansas, 1976–1978

**Professional Affiliations**

- American Association for the Advancement of Science, (member, 1975–present)
- American Statistical Association, (member, 1976–present)
- Biometrics Society, (member, 1975–present)
- International Environmetrics Society, (member, 1997–present)
- Sigma Xi, (member, 1975–present)
- Society for Epidemiologic Research, (member, 1983–present)
- Society for Risk Analysis, (Charter Member)
- Society for Toxicology and Applied Pharmacology, (member, 2000-present)

*Consulting and Advisory Appointments*

- Peer Reviewer, EPA Superfund Preliminary Remediation Goals for Radionuclides in Outdoor Surfaces (SPRG) Electronic Calculator.(2008)
- Peer Reviewer, EPA draft guidance document entitled: "Guidance for choosing a sampling design for Environmental Data Collection (EPA QA/G-5S)," (2001)
- Program Chair Elect/Program Chair: American Statistical Association Section on Risk Analysis (1999–2001)
- Member, Strategic Planning Committee, ASA Section on Statistics and the Environment (1994–1995)
- Member, Planning Committee, 11th ASA Conference on Radiation and Health (1993–1994)

10

ALX-GINE-000011

- Member, Steering Committee, ASA/NSF Ethics and Statistical Experts Project (1993–1995)
- Councilor, Washington Area Chapter, Society for Risk Analysis (1990–1992)
- Secretary, ASA Section on Statistics and the Environment. (1990)
- Member, Planning Committee, 9th ASA Conference on Radiation and Health (1989–1990)
- Chairman, 8th ASA Conference on Radiation and Health (1987–1989)
- Vice Chairman, ASA Committee on Statistics and the Environment. (1987-1989)
- Member, ASA Committee on Nuclear Regulatory Research, (1985–1990)
- Vice Chairman, 7th ASA Conference on Radiation and Health, (1986–1987)
- Member (representing the Society for Risk Analysis), Planning Committee for the 9th Symposium on Statistics, Law, and the Environment (1986)
- Consultant, Tabershaw Occupational Medicine Associates, Study design: occupational health study of workers exposed to low level electromagnetic fields, (1981)
- Member, Peer Oversight Committee, U.S. Environmental Protection Agency Terrestrial Biomonitoring Program, 1978–1981
- Planning Group, U.S. Environmental Protection Agency Terrestrial Biomonitoring Program, (1977)
- Consultant, Kansas State Attorney General's Office, Furnished advice and testimony on quantitative and ecological aspects of environmental litigation (1977–1978)

**Science Advisory Boards/Panels**

- *Member, National Research Council Committee on Health Risks of the Ground Wave Emergency Network, (1990–1993)*
- *Consultant, U.S. Environmental Protection Agency, Science Advisory Board, Radiation Advisory Committee. Review of the Multi-Agency Radiological Laboratory Analytical Protocols Manual (MARLAP) (2002–2003)*
- *Consultant, U.S. Environmental Protection Agency, Science Advisory Board, Radiation Advisory Committee. Review of the Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM) (1996–1998)*
- *Member, Radon Mitigation Subcommittee, U.S. Environmental Protection Agency, Science Advisory Board, Radiation Advisory Committee (1987–1989)*

**Editorships and Editorial Review Boards**

- Editorial Board, *Regulatory Toxicology and Pharmacology* (1996–present)
- Associate Editor, *Environmental and Ecological Statistics* (1994–1998)

ALX-GINE-000012

**Peer Reviewer**

- *Regulatory Toxicology and Pharmacology*
- *Environmental and Ecological Statistics*
- **Environmetrics**
- *Science*
- *American Statistician*
- *Risk Analysis*
- *Environmental Science and Technology*
- *American Journal of Epidemiology*
- *Photogrametric Engineering and Remote Sensing*

## Experience Summaries

*Statistical Research*

Developed procedures based on log-ratio statistics for evaluation of the likely sources of environmental contaminants.

Developed modeling tools for prediction of the risks of less-than-lifetime and intermittent exposures to asbestos, radiation, and other carcinogens.

Formulated new statistical methods for estimation of benchmark doses for cholinesterase inhibitors to aid regulatory decision making on organophosphorous pesticides.

Proposed new methods for exploratory analysis of time-series based epidemiology data, for use in estimating the health effects of air pollution.

Defined advanced bootstrap methods for confidence intervals and hypothesis tests involving non-normal distributions for environmental contamination and human exposure data, and has developed analytic tools for the planning of Monte Carlo simulation studies.

Other work has produced procedures for evaluating environmental data when large numbers of observations are non-detects, risk-based methods for planning the sampling of hazardous waste sites, improved graphical methods for the display of the results of complex modeling studies, and modeling methodology for the prediction of toxicological equivalence factors for PCB's and dioxins.

Developed robust regression methods for use in cross-sectional epidemiologic studies, procedures for the comparison of death rates, original software for the analysis of case-control epidemiologic data, statistical techniques for the evaluation of environmental radiation survey data, procedures for the reconstruction of nuclear worker dosimetry, and life table techniques for the evaluation of the relative contributions of cigarette smoking and radon exposure to subsequent lung cancer risk.

ALX-GINE-000013

*Exposure Assessment*

Evaluating methods proposed for assessing exposure of Allied troops to Agent Orange and dioxin as a result of defoliation missions conducted during the Vietnam War. Evaluated the radiation exposures resulting from cleaning drill pipe used in the oil industry, and possible carcinogen exposures to workers in two manufacturing facilities.

Extensive work in pesticide exposure assessment. For the Agricultural Reentry Task Force, analyzed exposure data for agricultural workers and developed predictive models for worker exposure. Assisted two other major pesticide industry task forces in developing models for residential exposure resulting from pesticide use. These investigations included analysis of patterns of pesticide deposition in indoor environments, and development of Monte Carlo methods for prediction of the distribution of pesticide use events over time. This work was also presented as part of a workshop on Monte Carlo methods for predicting exposure over time at the 1998 Society for Risk Analysis Annual Meeting. Another aspect of work with the pesticide industry, involved development statistical protocols for chamber based exposure experiments. These experiments were designed to provide data for predictive models of human exposure resulting from contacts with indoor surfaces.

Worked with the Center for Indoor Air Research to develop improved exposure models for indoor air pollution resulting from environmental tobacco smoke (ETS). This effort included analysis of a large 16-city study database, collected by Oak Ridge National Laboratory, of exposure to ETS in both the work and home environment. These analyses were focused on developing markers of exposure and on describing personal characteristics that influence exposure levels. In the second part of the study Dr. Ginevan developed Monte Carlo models for ETS exposure in both the home and work environments.

Extensive experience in exposure assessment. At the United States Department of Energy, started the Radiation Dosimetry Working Group to develop comparable dosimetric paradigms across the various radiation worker cohorts, and worked with the industrial hygiene departments at a number of national labs to develop chemical exposure metrics for DOE workers. At the Risk Focus Division of Versar Inc., analyzed industrial hygiene data from a major chemical company to develop exposure estimates for hazardous chemicals and to identify high risk groups within the workforce, worked with the Federal Aviation Administration to develop exposure models for tobacco smoke and other pollutants aboard airliners, and worked with the Chemical Manufacturers Association on a major project to develop Monte Carlo methods for exposure assessment for chemicals in the environment. At the United States Nuclear Regulatory Commission, evaluated dosimetry data from civilian nuclear power plant workers, and analyzed historical uranium miner data to reevaluate dosimetry estimates in these workers. At Argonne National Laboratory, worked with the staff of the Center for Human Radiobiology to develop models for radon exposure in radium dial painters, and developed large-scale models to predict population exposure to particulate air pollution.

13

ALX-GINE-000014

*Epidemiology*

Involved in the review of epidemiologic studies of Vietnam veterans to determine the extent to which adverse health effects are associated with herbicide exposure. Reviewed the alleged association between intrauterine phthalate exposure and reduced ano-genital distance in human male infants. Reviewed the epidemiologic literature on the association between the use of the Cox-2 inhibitors Celebrex and Bextra and heart attacks, and the literature on asbestos exposure and subsequent risks of lung cancer and mesothelioma.

Reviewed a variety of epidemiologic topics, including the effects of pesticide exposure on human health, cancer risks of electric field exposure, and studies of the cancer risk associated with water chlorination. Performed epidemiologic investigations of the possible association between particulate air pollution and human health, and of cancer clusters in occupational exposure settings. Provided a comprehensive review of an occupational epidemiology study of cancer and exposure to radiation and chemicals conducted at the Rocketdyne Division of Boeing North American and assisted Boeing in presenting the results of this review to their workers.

Dr. Ginevan is a past Deputy Director of the Office of Epidemiology and Health Surveillance at the U. S. Department of Energy (DOE), and has served as the principal expert in epidemiology at the U.S. Nuclear Regulatory Commission (NRC), and at two large consulting firms, ENVIRON, and RiskFocus, a Division of Versar Inc. In these positions he has reviewed numerous epidemiologic issues, including the health risks of environmental tobacco smoke (for the Federal Aviation Administration), both occupational and residential radon exposure, and exposure to ionizing radiation (including claims of cancer clusters alleged to have been caused by nuclear power plants). He has also reviewed epidemiology studies to better evaluate occupational risks for benzene, asbestos, vinyl chloride, and coke oven emissions, and environmental risks of exposures to chemicals in groundwater, lead in soil, and formaldehyde in building materials. He has conducted statistical evaluations of case-control studies of leukemia and diagnostic X-rays, and led a cross-sectional study of environmental pollution and human birth weights. As an author of the National Research Council Report, "Assessment of the Possible Health Effects of Ground Wave Emergency Network," he provided a complete review of the epidemiology literature on the effects of electromagnetic fields on human health.

Led an effort to develop a Health Surveillance System for all DOE workers, and participated in "rapid response studies" of alleged cancer clusters and alleged sick building syndrome at DOE facilities. At RiskFocus, assisted Occidental Chemical Corporation in upgrading the quality of their worker health surveillance program and in an investigation of alleged sick building syndrome associated with a lawsuit against a homebuilder. At the United States Nuclear Regulatory Commission, developed plans for epidemiology studies of nuclear power plant workers and, using data from uranium miners, modeled the risks of lung cancer caused by exposure to radon daughters (radioactive materials) and cigarette smoking. As a consultant to Tabershaw Occupational Medicine Associates, planned studies of electric utility workers, aimed at evaluating the reproductive health effects of exposure to electric fields and possible confounding factors. At Argonne National Laboratory, conducted investigations of possible associations between diagnostic x-rays and leukemia risk, and of geographic trends in human

ALX-GINE-000015

birth weights as indicators of environmental stress and performed statistical analyses of data from the radium dial painters study.

*Risk Analysis and Probability of Causation Evaluations*

Recently completed an extensive risk assessment of the relationship between the presence soft drink vending machines in schools and the risk of obesity in the student population.  This work was published in the journal Risk Analysis.

Extensive involvement in the analysis of toxicological data sets and in cancer risk modeling for toxic materials.  Served as an expert witness in risk assessment in two toxic tort litigations.  The first involved risks of PCB's from a hazardous waste site, while the other involved probability of causation calculations to support the defense of an alleged defective product.  Conducted large ecological risk assessment studies for pesticides.  In one, developed statistical analyses and Monte Carlo models to predict the risks that a pesticide might pose to the reproductive success of birds.  Conducted analyses of data from both mesocosm and fish life cycle studies to determine the environmental risks posed by an herbicide.

Broadly involved in the analysis of rodent bioassay data, provided risk assessments for toxic materials and hazardous waste sites, modeled the risks of indoor air pollution and radiation exposure to airliner passengers, and performed probability of causation calculations in support of litigations defending alleged radiation injury.  Provided cancer risk modeling for less-than-lifetime exposures, and probability of causation calculations in support of two toxic tort litigations.  Led risk studies of the risks of electric field exposure in office buildings, and directed two large risk assessments, one for coal gasification and the other for advanced battery technologies.

*Environmental Characterization and Monitoring*

Dr. Ginevan's recent book "Statistical tools for environmental quality measurement" deals with the statistical bases of environmental characterization studies.  Recent projects include statistical analysis of chemical concentrations in dust samples from buildings adjacent to the World Trade Center (WTC) Site to evaluate whether or not there is a consistent chemical "signature" in this dust, evaluations of PCB and dioxin congener profile data to determine the likely source of contamination, and a comprehensive evaluation of the National Antimicrobial Monitoring System (NARMS) designed to assess its value in critical decision making.

Designed monitoring programs for environmental residues of pesticides, developed survey designs for pesticide residues in food products, developed statistical designs for indoor air monitoring studies, and has provided reviews of the adequacy of the environmental sampling programs at several hazardous waste sites. Provided reviews of guidance on the Data Quality Objectives / Data Quality Assessment Process (DQO/DQA) and, acting as a consultant to EPA's Science Advisory Board, providing reviews of the Multi-Agency Radiological Laboratory Analytical Protocols Manual (MARLAP) and the Multi-Agency Radiation Survey and Site Investigation Manual (MARSSIM).

ALX-GINE-000016

Developed and critiqued sampling plans for hazardous waste sites, planned air monitoring programs to verify incinerator performance, evaluated environmental surveys of poly-aromatic hydrocarbons, and helped plan a large air quality survey for Valdez, Alaska. Provided statistical advice to the EPA in the areas of monitoring ambient air quality and, as a member of a Science Advisory Board subcommittee, indoor radon. Participated in the planning and oversight of the EPA's terrestrial biomonitoring program, and consulted with the Kansas State Attorney General's Office in the area of environmental monitoring.

*Databases and Data Quality Objectives*

Assisted in the development of a number of large databases. Most recently he has been involved in evaluation of historical databases of herbicide use, troop locations, and military action during the Vietnam War and has helped translate these data into a modern relational database. He has also assisted the pesticide industry in development of a large pesticide use database and has worked with the Agricultural Reentry Taskforce in developing a large database of worker exposure information.

As part of an ecological risk assessment study, played a central role in the development of the pesticide residue database used in this study, and was also responsible for the development and implementation of both analytic and graphical statistical procedures for data exploration and quality assurance. The actual database included more than 20,000 pesticide residue measurements.

At DOE, managed development of the CEDR system from 1991 to 1993. The CEDR database system was developed by the U.S. Department of Energy (DOE) to make all of the data collected by the DOE epidemiologic studies available to the scientific community. These data include 12 distinct studies, and more than 30,000 individual records. Dr. Ginevan played a major role in defining the information necessary to make CEDR a "user friendly" system, and in defining data quality assurance criteria for these data. Today, CEDR is complete and is available through the Internet.

At the United States Nuclear Regulatory Commission, planned development of a dosimetry database for nuclear power plant workers, and developed statistical methods that might be used to better estimate worker exposure from the resulting data.

16

ALX-GINE-000017

## Michael E. Ginevan: Bibliography

Ginevan, M.E., D.K. Watkins, J.H.Ross and RA. O'Boyle. 2009. Assessing exposure to allied ground troops in the Vietnam War: A quantitative evaluation of the Stellman Exposure Opportunity Index model. Chemosphere 75, 1512–1518

Ginevan, M.E., J.H. Ross and D.K. Watkins. 2009. Assessing Exposure to Allied Ground Troops in the Vietnam War: A Comparison of AgDRIFT and Exposure Opportunity Index Models. Journal of Exposure Science and Environmental Epidemiology: 19, 187-200.

Barraj, L.M., N.L. Tran, M. Goodman and M.E. Ginevan. 2008. Perspective: Risk Apportionment and Disease Intervention Strategies. Risk Analysis 28: 477-486.

Ginevan, M. E. 2008. Radon. In: Encyclopedia of Quantitative Risk Assessment and Analysis, Melnick, E., and Everitt, B. (eds). John Wiley & Sons Ltd, Chichester, UK, pp 1409-1411.

Ginevan, M.E. 2007. Statistical Tools for Ratio Data. In: Introduction to Environmental Forensics. B. Murphy and R.D. Morrison Eds. pp 185-206.

Ginevan, M.E. 2006. Bootstrap Estimators for the Distribution of the Arithmetic Mean of Multiply Left-Censored Data. Invited paper 2006 International Environmetrics Society Annual Meeting, Kalmar Sweden. +

Ginevan, M.E. and D.W. Watkins. 2006. Dose-response errors and detection of biological thresholds. American Statistical Association 2006 Annual Meeting Abstracts. pg 275. +

Tardiff, R.G., M.L. Carson, and M.E. Ginevan. 2006. Updated Weight of Evidence for an Association Between Adverse Reproductive and Developmental Effects and Exposure to Disinfection Byproducts. J. Regul. Tox. Pharm. 45(2): 185-205.

Ginevan, ME. 2005. Using log-ratio-log plots to assess the association between chemical species in environmental samples. Proceedings of the 2005 American Statistical Association Annual Meeting: 2473-2476.

Forshee RA, Storey, ML, and Ginevan ME. 2005. A Risk Analysis Model of the Relationship Between Beverage Consumption from School Vending Machines and Risk of Adolescent Overweight. Risk Analysis 25: 1121-1135.

Whitmyre GK, Ross JH, Ginevan ME, and Eberhart D. 2005. Risk-based restricted entry intervals. In: Occupational and Residential Exposure Assessment for Pesticides. pp. 45–69, C.A. Franklin and J.P. Worgan (eds.), John Wiley, NY.

Karch, N.J., Watkins, D.K., Young, A.L., and Ginevan, M.E. (2004). Environmental fate of TCDD and agent orange and bioavailability to troops in Vietnam. Organohalogen Compounds 66: 3689-3694.

17

ALX-GINE-000018

Splitstone DE and Ginevan ME. 2004. A Bayesian approach to determining the "paternity" of environmental contamination. Proceedings of the 15th Annual Conference of TIES, The International Environmetrics Society, Portland, Maine, June 28–July 1, 2004. +

Ginevan ME. Soft drinks and obesity. Journal of Pediatrics 2004. 144(4): 555–556.
Lamb, J.C, B.H. Neal, M.E. Ginevan, J.S. Bus, and W.M. Mahlburg. 2003. Herbicide Effects on Embryo Implantation and Litter Size. Environmental Health Perspectives 111. A450.

Ginevan, M.E. 2003. Bootstrap-Monte Carlo Hybrid Upper Confidence Bounds For Right Skewed Data. Proceedings of the 2003 American Statistical Association Annual Meeting. 1609-1612

Ginevan, M.E., and D.E. Splitstone. 2003. Statistical Tools for Environmental Quality Measurement. Chapman & Hall / CRC. 352 PP.

Ginevan, M.E. 2002. Assessment of the National Antimicrobial Monitiring System (NARMS) and its value in critical decision making. International Journal of Infectious Diseases 6: 3S8-3S15.

Ginevan, M.E. and D.E. Splitstone, 2002. Bootstrap upper bounds for the arithmetic mean of right-skewed data, and the use of censored data. Environmetrics 13: 443-464.

Ginevan, M.E. 2001. *Radon.* In: Encyclopedia of Environmetrics. John Wiley, NY.

Price, P, M. Ginevan, and T. Barry. 2001. Qualitative and Quantitative Uncertainty Analysis. In: Residential Exposure Assessment: A Source Book. S.R. Baker, J. Driver, and D. McCallum. Eds. pp 313-330. Kluwer Academic/Plenum. NY.

Ginevan, 2001. Using Statistics in Health and Environmental Risk Assessments. In: *A Practical Guide to Understanding, Managing, and Reviewing Environmental Risk Assessment Reports*. S.L. Benjamin and D.A. Belluck eds. pp 389-411. Lewis Publishers, New York.

Graves, C.G., M.E. Ginevan, R.A. Jenkins, and R.G. Tardiff. 2000. Doses and lung burdens of environmental tobacco smoke constituents in nonsmoking workplaces. Journal of Exposure Analysis and Environmental Epidemiology 10: 365-377.

LaKind, J.S., R.A. Jenkins, D.Q. Naiman, M.E. Ginevan, C.G. Graves, and R.G. Tardiff. 1999. Use of Environmental Tobacco Smoke Constituents as Markers for Exposure. Risk Analysis 19: 359-373.

LaKind, J.S., M.E. Ginevan, D.Q. Naiman, A.C. James, R.A. Jenkins, M.L. Dourson, S.P. Felter, C.G. Graves, and R.G. Tardiff. 1999. Distribution of Exposure Concentrations and Doses for Constituents of Environmental Tobacco Smoke. Risk Analysis 19: 375-390.

ALX-GINE-000019

LaKind, J.S., C.G. Graves, M.E. Ginevan, R.A. Jenkins, D.Q. Naiman, and R.G. Tardiff. 1999. Exposure to Environmental Tobacco Smoke in the Workplace and the Impact of Away-From-Work-Exposure. Risk Analysis 19: 349-358.

Ginevan, M.E. and Driver, J. H. 1998. Modeling Event Distributions in Time: The Case of Correlated Occurrences. Workshop on Probabilistic Methods in Risk Assessment. Society for Risk Analysis Annual Meeting.

Wilkinson, C.F., J.H. Driver, J.H., G.K. Whitmyre, G.K. and M.E. Ginevan. 1998. Encyclopedia of Toxicology (contributing authors). National Library of Medicine, Bethesda, MD.

Ginevan, M.E. and D.E. Splitstone, 1997. Improving remediation decisions at hazardous waste sites with risk-based geostatistical analysis. Environmental Science and Technology. 31: 92A-96A.

Ginevan, M.E. 1997. The Fallacy of Distributional Fitting In Monte Carlo Modeling. Workshop on Probabilistic Methods in Risk Assessment. Society for Risk Analysis Annual Meeting.

Driver, J. H., M. E. Ginevan, and G. K. Whitmyre. 1996. Estimation of potential human health risks associated with dietary exposure to pesticide residues in agricultural commodities: A case study illustrating methods of distributional analysis. Risk Analysis. 16: 763-771.

Ginevan, M.E. and C.G. Graves. 1996. Why linearized multistage confidence limits from Global 86 and Global 92 cannot be used to calculate the LED10, the point of departure in the proposed cancer guidelines. Society for Risk Analysis Annual Meeting Program Abstracts. 102.+

Ginevan, M.E. and D.E. Splitstone, 1995. Risk-based geostatistical analysis of hazardous waste sites: A tool for improving remediation decisions. In: Proceedings of "Challenges and Innovations in the management of hazardous waste." Air and Waste Management Association. Pittsburgh, PA. VIP-52. 540-546.

Ginevan, M.E. 1995. Suspended particulates and daily mortality in Santa Clara County: An exploratory approach. Inhalation Toxicology 7: 803. Also in: Colloquium on Particulate Air Pollution and Human Mortality and Morbidity. University of California Irvine, Air Pollution Health Effects Laboratory. Report 94-02. P1.4.+

Curry, K.K., D.J. Brookman, G.W. Whitmyre, J.H. Driver, R.J. Hackman, P.J. Hakkinen, and, M.E. Ginevan. 1994. Personal Exposures to toluene during use of nail lacquers in residences: results of a preliminary study. Journal of Exposure Analysis and Environmental Epidemiology 4: 443-456.

Ginevan, M.E. 1994. Monte Carlo Simulation: How Many Replications Are Enough? Society for Risk Analysis Annual Meeting Program Abstracts. 88.+

ALX-GINE-000020

Putzrath, R.M. and M.E. Ginevan, 1994. Improving toxic equivalence factors for PCB's. Proceedings of the Superfund XV Conference, 1457-1463. Hazardous Materials Control Resources Institute, Washington, D.C.

Ginevan, M.E. and R.M. Putzrath. 1994. The Health Risk Assessment Process: Implications for Site Sampling. In: Proceedings of "Cost-efficient acquisition and utilization of data in the management of hazardous waste sites." Air and Waste Management Association. Pittsburgh, PA. VIP-36. 259-267.

Ginevan, M.E. 1993. Bounding the mean concentration for environmental contaminants when all observations are below the limit of detection. American Statistical Association 1993 Proceedings of the Section on Statistics and the Environment. 123-128.

Tenforde, T.S., C.J. Conti, H.K. Florig, O.P. Gandi, M.E. Ginevan, G.H. Harrison, M.M. Henderson, J.R. McDonald, R.M. Santella, J.A.J. Stolwijk, H. Wachtell. 1993. Assessment of the Possible Health Effects of Ground Wave Emergency Network. National Academy Press. Washington, DC. 166+xiii pp.

Whitmyre, G.K, J.H. Driver, M.E. Ginevan, R.G. Tardiff, and S.R. Baker. 1992. Human exposure assessment I: Understanding the uncertainties. Toxicology and Industrial Health 8: 297-320.

Whitmyre, G.K, J.H. Driver, M.E. Ginevan, R.G. Tardiff, and S.R. Baker. 1992. Human exposure assessment II: Quantifying and reducing the uncertainties. Toxicology and Industrial Health 8: 321-342.

Putzrath, R.M. and M.E. Ginevan. 1991. Meta-Analysis: Methods for combining data to improve quantitative risk assessment. Regulatory Toxicology and Pharmacology 14: 178-188.

Clevenger, M.A., Putzrath, R.M., Ginevan, M.E., Brown, S.L., DeRosa, C.M., and Muntaz, M.M. Risk Assessment of Mixtures: A Model Based on Mechanisms of Action and Interaction. in Risk Analysis: Prospects and Opportunities. pp. 293-303, C. Zervos, K. Knox, L. Abramson, and R. Coppock (eds.), Plenum Press, New York, c. 1991.

Ginevan, M.E. 1990. Discussion of Occupational Studies. Radiation Research 124: 352-353.

Ginevan, M.E. 1990. Electric Fields: Discussion and Summary. In: ASA Conference on Radiation and Health: Health Effects of Electric and Magnetic Fields: Statistical Support for Research Strategies. Chair: M.E. Ginevan. American Statistical Association, Alexandria, VA. pp 119-125.

Ginevan, M.E., and R.G. Tardiff. 1990. Risk assessment for groundwater contaminants: reducing the uncertainty with improved analytic techniques. Presented to the Edison Electric Institute, Washington, DC, July 19, 1990.

ALX-GINE-000021

Wilkinson, C.W., M.E. Ginevan, and P. Roney. 1989. A Critical Review of the Natural Resources Defense Council's Report, "Intolerable Risk: Pesticides in Our Children's Food." National Agricultural Chemicals Association, Washington, DC. 66+ix pp.

Nagda, N.L, R.C. Fortman, M.D. Koontz, S.R. Baker, and M.E. Ginevan. 1989. Airliner Cabin Environment: Contaminant Measurements, Health Risks, and Mitigation Options. Report No. DOT-P-15-89-5. U.S. Department of Transportation, Washington, DC.

Ginevan, M.E. 1989. Environmental Statistics in the 90's: Coping with the information revolution. In: Challenges for the 90's. B.A. Bailar and F.C. Leone eds. American Statistical Association, Alexandria VA. pp 48-49.

Ginevan, M.E. 1988. Radon as an indoor air pollutant. Statistical Science 3: 371-373.

Ginevan, M.E. 1987. Uncertainty Analysis in Risk Calculation. Environmetrics 87 Program Abstracts. pg. 16.+

Ginevan, M.E. and R.M. Putzrath. 1987. Risk Assessment: A Meta-analytic View of Toxicology. Environmetrics 87 Program Abstracts. pg. 15-16.+

Brown, S.L., J.E. Rossi, and M.E. Ginevan 1987. A Mathematical Model for Dermal Absorbtion from Water. Environmetrics 87 Program Abstracts. pg. 34.+

Miller, D., M.E. Ginevan, and Y. Sternberg. 1987. Assessing Contamination in Ground Water: What is Background? Environmetrics 87 Program Abstracts. pg. 10.+

Ginevan, M.E. and J.R. Viren. 1986. The Role of Uncertainty in Probability of Causation Calculations. Society for Risk Analysis Annual Meeting Program Abstracts. pg. 1. +

Ginevan, M.E. and W.A. Mills. 1986. Assessing the risks of radon exposure: The influence of cigarette smoking. Health Physics 51: 163-174.

Ginevan, M.E. and A. Brodsky. 1985. Definition of minimal dectectable amount for Poisson distributed data. Health Physics 49:170.+

Ginevan, M.E. 1985. A flexible computer model for radon daughter health risk assessment. Proceedings of the International Conference on Radiation Safety in Mining, Vol. 2. Canadian Nuclear Association, Toronto. pp 595-603.

Ginevan, M.E. 1984. A computer code for general analysis of radon risks. U.S. Nuclear Regulatory Commission Report NUREG 1029. 84 + viii pp.

Ginevan, M.E. 1984. Lifetable methodology for radon risk assessment. Final Report - ASA Conference on Radiation and Health: Coolfont IV. pp 43-48.

ALX-GINE-000022

Ginevan, M.E., W.A. Mills, and J.S. Puskin. 1984. Radiation exposure standards for radon based on lung cancer rates in nonsmokers. Proceedings of the 6th International Congress of IRPA. International Radiation Protection Association, Fachverband Für Stralenschutz e.V. pub. West Berlin. pp.1257-1260.

Ginevan, M.E. and W.A. Mills. 1983. Estimation of radon daughters related lung cancer risk. Health Physics 45: 241-242.+

Ginevan, M.E. and J.S. Puskin. 1983. Delayed effects of A-bomb radiation. Journal of Epidemiology and Community Health 37:85-86.

Carnes, B.A. and M.E. Ginevan. 1983. Estimation of the ridge constant: An approach based on the condition index. Program Abstracts, 1983 Joint Statistical Meetings, Toronto, Canada. p 69.+

Ginevan, M.E. and B.A. Carnes. 1983. A pictorial approach to some concepts in multiple regression analysis. Program Abstracts, 1983 Joint Statistical Meetings, Toronto, Canada. p 81.+

Ginevan, M.E., C.D. Brown, J.J. Bromenshenk, K.C. Chun, N.A. Devine, D. Fingleton, C.A. Reilly, P. Rice, and K. Wilzbach. 1982. Health and Environmental Effects Document on a High BTU Coal Gasification Industry - 1981. ANL/ES-124.

Ginevan, M.E. and B.A. Carnes. 1982. Approaches to problems of collinearity and dimensionality in studies of disease-environment association. 1981 D.O.E. Statistical Symposium: Proceedings. Brookhaven National Laboratory Report BNL51535. pp 119-124.

Curtiss, J.R.B., M.E. Ginevan, and C.D. Brown. 1982. Spatio-temporal analysis of human birthweight: An indicator of subtle environmental stress?. Proceedings, International Symposium on Health Impacts of Different Sources of Energy (IAEA SM 254). pp 33-50.

Ginevan, M.E. 1981. Reply to Bertell. Health Physics 41:422-424.

Ginevan, M.E. 1981. A Poisson trials approach to interpopulation comparisons of cause of death data. Environmental Research 25:147-159.

Collins, J.J., M.E. Ginevan, and R.T. Lundy. 1981. The use of a demographic model for health risk assessments. Environmetrics'81: Summaries of Conference Presentations: 220-221. *

Curtiss, J.R.B., M.E. Ginevan, and C.D. Brown. 1981. Human birthweight patterns as an indicator of environmental health: Comparison of similiar counties in Upstate New York. Environmetrics'81: Summaries of Conference Presentations: 222-223. *

Carnes, B.A., M.E. Ginevan, and J.J. Collins. 1981. Multivariate methods for assessing disease /environment association. Environmetrics' 81: Summaries of Conference Presentations: 212-213. *

ALX-GINE-000023

Ginevan, M.E., J.R.B. Curtiss, and D. Grahn. 1981. Adult leukemia risk diagnostic x-rays: A reanalysis of the Tri-state leukemia survey data. Nuclear Regulatory Commission Publication NUREG/CR2234. 75+iii pp.

Collins, J.J., B.A. Carnes, and M.E. Ginevan. 1980. Methods of assessing regional versus national patterns in county level health/environmental data.  National County Level Data Users Workshop: Reston, VA. 10-16-80.+

Ginevan, M.E., D.D. Lane, and L. Greenburg. 1980. Ambient air concentration of sulfur dioxide affects flight activity in bees. Proceedings of the National Academy of Sciences 77: 5631-5633.

Ginevan, M.E. and D.D. Lane. 1980. A gas exposure system for insects. Journal of Economic Entomology 73:46-48.

Ginevan, M.E. 1980. Non-lymphatic leukemias and diagnostic x-rays: The evidence reconsidered. Health Physics 38:129-138.

Ginevan, M.E. 1979. An inequality involving the binomial distribution with an application to maximizing the power of certain binomial tests. American Statistical Association Meeting Abstracts. p93.+

Ginevan, M.E. 1979. Testing land use map accuracy: Another look. Photogrametric Engineering and Remote Sensing 45:1371-1377.

Ginevan, M.E. and D.D. Lane. 1978. Effects of sulfur dioxide in air on the fruit fly, *Drosophila melanogaster* . Environmental Science and Technology 12: 828-831.

Ginevan, M.E. 1977. Effects of low level sulfur dioxide exposure on the fruit fly, Drosophila melanogaster: Contributed paper 107; AAAS National Meeting, Denver 2-21-77. (AAAS Publication 77-2).+

Ginevan, M.E. 1976. The potential impact of sulfur dioxide air pollution on insects: An experimental study of Drosophila melanogaster. University of Kansas Technical Report ERL-7602. 98 pp.

Ginevan, M.E. 1976. A gas exposure system for *Drosophila* and other small insects. Drosophila Information Service 57: 177-178.

Hedrick, P.W., M.E. Ginevan, and E.P. Ewing. 1976. Genetic polymorphism in heterogeneous environments. Annual Review of Ecology and Systematics 7: 1- 32.

Ginevan, M.E. 1971. Genetic control of melanism in *Panthea furcilla* (Packard) (Lepidoptera: Noctuidae). Journal of the New York Entomological Society 79: 195-200.

+Abstract        *Published by the Society for Industrial and Applied Mathematics

ALX-GINE-000024

*Appendix B:  Documents Reviewed to Support Ginevan Affidavit.*

ATSDR.  October 2007.  An Update and Revision of ATSDR's February 2007 Health
Consultation: Formaldehyde Sampling of FEMA Temporary-Housing Trailers
Baton Rouge, Louisiana, September-October, 2006.

CDC.  2008.  Final Report on Formaldehyde Levels in FEMA-Supplied Travel Trailers, Park
Models, and Mobile Homes.

Mary C. DeVany, MS, CSP, CHMM.  Overview of the Formaldehyde Exposure to
Christopher Cooper and Alana Alexander in Their FEMA-Issued Gulfstream Cavalier:
A Review of the Formaldehyde Exposure Standards; Toxicological Effects; Airborne
Formaldehyde Sampling and Methodology; Air Sampling Results; Case Findings and
Conclusions.

Ginevan, M.E., and D.E. Splitstone. 2003.  Statistical Tools for Environmental Quality
Measurement. Chapman & Hall / CRC.  Chapter 4, pages 81-87.

Paul Hewett, PhD, CIH.  Analysis of the Gulf Stream Coach Inc. Formaldehyde Exposure
Dataset

Affidavit of Marco Kaltofen, PE (Civil. Mass.)

Damien W. Serauskas, P.E.
Technical Report Concerning Alexander, et al vs. Gulfstream Coach, Inc, et al.
FEMA Travel Trailer No. 1041407 YIN INLIGTR2551021783
Trailer Located at FEMA Travel Trailer Storage Facility
5310 Old State Highway, Lottie, LA 70756

Affidavit of William D. Scott, PE, CHMM

## M.E. Ginevan Testimony and Deposition

1.  INVITROGEN CORPORATION, Plaintiff vs. BIOCREST MANUFACTURING, L.P., STRATAGENE HOLDING CORP., and STRATAGENE, Defendants/Counterclaim Plaintiffs.  A patent validity case involving biotechnology.  UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION.  Case No. A01-CA-167-SS.  I gave both deposition and testimony.  Testimony was July 18 of 2006.

2.  FEMA Trailer Formaldehyde Products Liability Litigation.  Deposition – Deposition October 24, 2008.

ALX-GINE-000025

## FEE SCHEDULE FOR MICHAEL GINEVAN

Rate schedule is easy $330 per hour plus expenses

ALX-GINE-000026