ALX-GINE-000089

# Formaldehyde Facts

News and notes from the Formaldehyde Council, Inc. (FCI)

**WEDNESDAY, OCTOBER 8, 2008**

## Formaldehyde in Breath: The Untold Story & Why it Matters

Over the past week since we started publishing Formaldehyde Facts, I've had the opportunity to correspond with a number of industry professionals. One of those professionals, Dr. Robert Golden, has submitted an article which I'm posting below.

Dr. Golden received his B.A. in Biology from the University of Michigan in 1964, an M.S.in Physiology and Pharmacology from Wayne State University in 1966 and a Ph.D. in Environmental Toxicology from the University of Michigan in 1975. From 1975 to 1982, he directed several committees at the National Academy of Sciences concerned with the evaluation of the adverse health effects that may result from the presence in drinking water of inorganic, organic, microbiological, radiological, and particulate contaminants. These evaluations were published by the National Academy Press in the first five volumes of the series, Drinking Water and Health.

From 1982 to 1993, Dr. Golden was vice-president of Karch & Associates, a consulting firm specializing in toxicology, epidemiology and risk assessment. From 1994 to 1998 Dr. Golden was a principal at Environmental Risk Sciences, another consulting firm specializing in the analysis of complex environmental issues. He currently is president of ToxLogic, a consulting firm which addresses numerous issues concerning toxicology and human health.

**Formaldehyde in Breath: The Untold Story & Why it Matters**

Formaldehyde has been in the news lately mostly in conjunction with the FEMA trailer issue with the implication that people have been exposed to formaldehyde levels that might pose health risks. Before this can be addressed in the context of formaldehyde levels in the breath, a few basic facts about the biology of formaldehyde based on the enormous amount of data we have on this chemical is necessary.

ALX-GINE-000090



Unlike many chemicals that we are exposed to and for which there is also some concern for potential adverse health effects, formaldehyde occurs naturally in every living organism (even house pets like dogs and cats) including humans. The reason for this is that being a one carbon compound, formaldehyde is an essential building block for the body to make larger and more complicated molecules. It is also the smallest molecule that can be formed as the body breaks down larger molecules (metabolism) into smaller ones as our bodies go about their normal functions. Because formaldehyde is normally present in the body there are known amounts of formaldehyde in our blood and every organ in the body is constantly bathed in formaldehyde at these normal levels.

A reasonable question is what happens to normal formaldehyde blood levels when someone is exposed to formaldehyde? The answer is straightforward and has to do with the extraordinary capability of our bodies to break down formaldehyde before it can enter the blood to change the normal levels always present. In fact, when rats, monkeys or humans have been exposed by inhalation to formaldehyde the levels in the blood before and after exposure are identical[1].

In other words, the ability of the body, particularly in the upper respiratory tract,

ALX-GINE-000091

to detoxify formaldehyde is so efficient that none enters the body. This means that internal organs are for all practical purposes protected from the effects of inhaled formaldehyde. Since formaldehyde is a key building block for making more complicated molecules it is constantly being formed, used and excreted in the urine in order for the body to maintain normal levels.

Because formaldehyde, like alcohol, has a tendency to diffuse from the blood into exhaled breath, there are measurable amounts in everybody's breath all the time. These breath levels are the result of the naturally occurring amounts of formaldehyde present in the blood as a part of normal metabolic processes. In the same way that the amount of alcohol in the breath is an indicator of blood alcohol levels, it is the same with formaldehyde.

In a study published in 2005[2], scientists measured the amount of formaldehyde in the breath of 344 healthy men and women. The median level of formaldehyde in human breath was 4.3 parts per billion (ppb) with levels of 6.3 ppb, 40 ppb and 73 ppb for the 75th, 97.5th and maximum, respectively (i.e., 0.0043, 0.0063, 0.04 and 0.073 ppm). It should be noted that because humans differ from one another with respect to normal formaldehyde blood levels, this likely accounts for the range of formaldehyde breath levels reported.

A more recent study[3] confirms a median level of formaldehyde in exhaled breath of 4.9 ppb. The wide range in formaldehyde breath levels is also reflected in a similarly wide range of formaldehyde measured in the urine. This was shown in 21 normal urine samples which had measured values ranging from 18 to 776 μM (micromolar) with an average of 228 μM. This is remarkably similar to the ranges shown in breath with the minimum level in both approximately 2 % of the maximum value.

Given the above biological data, it is somewhat surprising that a number of the so-called "safe levels" for formaldehyde vapor exposure established by various U.S. government agencies fall into the range of the normal levels of formaldehyde exhaled in human breath. For example, the Agency for Toxic Substances and Disease Registry (ATSDR 1999) has established a Minimum Risk Level (MRL) for chronic exposure to formaldehyde of 8 ppb (0.008 ppm).

ALX-GINE-000092

With a substantial number of people exhaling more than this level in their breath, it is confusing, illogical and misleading to claim that 8 ppb is a realistic "safe" level of exposure to formaldehyde with the implication that if levels exceed this value that health might be compromised. The Centers for Disease Control (CDC) recently reported that the median level of formaldehyde found in FEMA trailers was approximately 77 ppb which is almost identical to the maximum level of formaldehyde found in human breath. It is difficult to imagine a scenario where levels in this range might pose a health risk.

Finally, in the midst of the frenzy of media reports surrounding the test results of indoor air levels of formaldehyde in FEMA trailers, a government scientist stated that there is no safe level of exposure to formaldehyde with the implication that chronic exposure to any level found can be linked to an increased risk of cancer. A strange kind of logic is required to state with conviction that there is no safe level of exposure when everyone breaths out formaldehyde with every breath with many people exhaling formaldehyde in the range of 10-20 ppb. Given such data, it is difficult to reconcile the establishment of so-called "safe" levels in this range with the implication that exceeding such levels would be associated with increased risk of any formaldehyde-related effects.

If this were correct, it would imply that simply living with or even talking to someone who exhaled formaldehyde at any level other than the median level would pose a health risk. It is time that some of the implausibly low formaldehyde levels that have been established as health-based benchmarks be re-evaluated in light of the normal levels now known to be exhaled in human breath.

**Footnotes**

1. Heck, H., Casanova-Schmitz, M., Dodd, P., Schachter, E., Witek, T., Tosun, T., 1985. Formaldehyde (CH2O) concentrations in the blood of humans and Fischer 344 rats exposed to CH2O under controlled conditions. Am. Ind. Hyg. Assoc. J. 46 (1):1–3 and Casanova, M., Heck, Hd'A., and Everitt, J.I. 1988. Formaldehyde concentrations in the blood of Rhesus monkeys after inhalation exposure. Food Chem. Toxicol. 26:715-716.

2. Moser, B., Bodrogi, F., Eibl, G., Lechner, M., Rieder, J., and Lirk, P. 2005. Mass

ALX-GINE-000093

spectrometric profile of exhaled breath--field study by PTR-MS. Respir. Physiol. Neurobiol. 145(2-3):295-300.

3. Kushch, I., Schwarz, K., Schwentner, L., Baumann, B., Dzien, A., Schmid, A., Unterkofler, K., Gastl, G., Špan, P., Smith, D. and Amann, A. 2008. Compounds enhanced in a mass spectrometric profile of smokers' exhaledbreath versus non-smokers as determined in a pilot study using PTR-MS. J. Breath Res. 026002 (26pp) doi:10.1088/1752-7155/2/2/026002.

Posted by Eric McErlain at 2:27 PM

Labels: Biochemistry, Biology, CDC, Chemistry, Emissions, FEMA Trailers, Formaldehyde

## 0 comments:

Post a Comment

Newer Post   Older Post   Home

Subscribe to: Post Comments (Atom)

## Contributors

- Sarah Macedo
- Betsy Natz
- Eric McErlain



## Blog Archive

- ▼ 2009 (36)
  - ▼ June (1)
    - FCI Video Response to to JNCI Study on Formaldehyd...
  - ► May (1)
    - FCI Responds to JNCI Study on Formaldehyde and Occ...
  - ► April (12)
    - An Open Letter to the News Media on Errors and Dis...