UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
  *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION OF FLUOR ENTERPRISES, INC.
A MEMORANDUM IN EXCESS OF LOCAL PAGE LIMIT**

Defendant, Fluor Enterprises, Inc. (**FEI**), respectfully requests that it be allowed to file a Memorandum in Support of its Motion for Summary Judgment on the Government Contractor Defense in excess of the limit imposed by the Local Rule 7.8.1E.

**MIDDLEBERG, RIDDLE & GIANNA**

BY:     */s/Sarah A. Lowman*
  Dominic J. Gianna, La. Bar No. 6063
  Sarah A. Lowman, La. Bar No. 18311
  201 St. Charles Avenue, Suite 3100
  New Orleans, Louisiana 70170
  Telephone: (504) 525-7200
  Facsimile: (504) 581-5983
  dgianna@midrid.com
  slowman@midrid.com

*-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

*-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

    */s/Sarah A. Lowman*
    SARAH A. LOWMAN

ND: 4845-0616-0644, v. 1