UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

************************************************************************

### ORDER

Considering the foregoing Ex Parte Motion of Defendant, Fluor Enterprises, Inc. (**FEI**) to file its Memorandum in Support of its Motion for Summary Judgment Based on the Government Contractor Defense in excess of the limit imposed by the Local Rule Page Limit;

**IT IS HEREBY ORDERED** that Defendant, Fluor Enterprises, Inc.'s Motion is **GRANTED** and FEI may file its Memorandum in Support of its Motion for Summary Judgment Based on the Government Contractor Defense in excess of the limit imposed by Local rule 7.8.1E.

_____
KUR D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

ND: 4853-1153-2548, v. 1