**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

IN RE:      **FEMA TRAILER**                  *        **07-md-1873**
               **FORMALDEHYDE**          *
               **PRODUCTS LIABILITY**     *
               **LITIGATION**                *        **SECTION: N(5)**
                                           *
                                           *        **JUDGE: ENGELHARDT**
                                           *
                                           *        **MAG: CHASEZ**

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT**
**BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**

# FLUOR EXHIBIT 2

| VIN | Bar Code | Manufacturer | Fluor - Stage Inspector | Fluor - Date Inspected | Fluor - Date Left Staging | Fluor - Haul Cor |
|---|---|---|---|---|---|---|
| 1NL1GTP25510231783 | 104407 | | DINA STEVENSON | 1/12/2006 | 2/17/2006 MLU Service |



EXHIBIT

2

FL-FCA-004623