# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA
# NEW ORLEANS DIVISION

**IN RE: FEMA TRAILER**                              **MDL NO. 07-1873**
**FORMALDEHYDE PRODUCTS**
**LIABILITY LITIGATION**                             **SECTION "N" (5)**
                                                     **JUDGE ENGELHARDT**
                                                     **MAG. JUDGE CHASEZ**

**THIS DOCUMENT RELATES TO:**
*Age, et. al. v. Gulf Stream Coach, Inc., et al.,* **No. 09-2892**
*Alana Alexander, individually and OBO minor Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT UNITED STATES' MOTION TO DISMISS
## FOR LACK OF SUBJECT-MATTER JURISDICTION BASED
## UPON NO ANALOGOUS PRIVATE LIABILITY

Defendant, the United States of America, hereby moves, pursuant to Fed. R. Civ. P.

12(b)(1) and 12(h)(3), or in the alternative, pursuant to Fed. R. Civ. P. 56, to dismiss Plaintiffs'

Federal Tort Claims Act ("FTCA"), 28 U.S.C. §1346(b)(1), 2671-80, claims for lack of subject-

matter jurisdiction based upon no analogous private liability.  As the United States shows

through the Memorandum, Statement of Facts, and Exhibits filed herewith, the Court lacks

subject-matter jurisdiction over Plaintiffs' remaining FTCA claims because there is no analogous

private liability under applicable Louisiana law.  Accordingly, the Court, pursuant to Fed. R.

Civ. P. 12(b)(1) and 12(h)(3), or alternatively, Fed. R. Civ. P. 56, should dismiss Plaintiffs'

remaining FTCA claims against the United States.

Dated:  August 17, 2009.                    Respectfully Submitted,

                                            TONY WEST
                                            Assistant Attorney General, Civil Division

                                            J. PATRICK GLYNN
                                            Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone:  (202) 616-4211
E-mail: Adam.Dinnell@usdoj.gov

Attorneys for Defendant United States

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)

2