UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| **IN RE: FEMA TRAILER** | **MDL NO. 07-1873** |
| **FORMALDEHYDE PRODUCTS** | |
| **LIABILITY LITIGATION** | **SECTION "N" (5)** |
| | **JUDGE ENGELHARDT** |
| | **MAG. JUDGE CHASEZ** |
| **THIS DOCUMENT RELATES:** | |
| *Age, et. al. v. Gulf Stream Coach, Inc., et al.,* No. 09-2892 | |
| **Alana Alexander, individually and OBO minor Christopher Cooper** | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that defendant United States of America's Motion to Dismiss For Lack Of Subject-Matter Jurisdiction Based Upon No Analogous Private Liability, pursuant to Court Order [Doc. No. 2560], is set for hearing before the Honorable Kurt Engelhardt, Judge, United States District Court, Eastern District of Louisiana, at the United States District Courthouse for the Eastern District of Louisiana, 500 Poydras Street, Room C-351, New Orleans, Louisiana, without oral argument on, the 26th day of August 2009, at 9:30 a.m.

**DONE AND SIGNED** this _____ day of _____, 2008.

_____
**HONORABLE KURT D. ENGELHARDT**
**JUDGE, UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

Dated: August 17, 2009

Respectfully Submitted,

TONY WEST
Assistant Attorney General, Civil Division

J. PATRICK GLYNN
Director, Torts Branch, Civil Division

DAVID S. FISHBACK
Assistant Director

HENRY T. MILLER
ADAM BAIN
Senior Trial Counsel

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)
MICHELE GREIF
JONATHAN WALDRON
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004
Telephone: (202) 616-4211
E-mail: Adam.Dinnell@usdoj.gov

Attorneys for Defendant United States

**CERTIFICATE OF SERVICE**

I hereby certify that on August 17, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

*s/ Adam M. Dinnell*
ADAM M. DINNELL (TX No. 24055405)

2