**STATE OF LOUISIANA**
**DEPARTMENT OF ENVIRONMENTAL QUALITY**

IN THE MATTER OF                                         AGENCY INTEREST NO. 130534
HURRICANE KATRINA
AND ITS AFTERMATH

### 4th EXTENSION OF TWELFTH AMENDED DECLARATION OF EMERGENCY
### AND ADMINISTRATIVE ORDER

#### ORDER

The parishes of Orleans, Jefferson, St. Bernard, Plaquemines, and St. Tammany have provided information on emergency hurricane recovery work that is ongoing in those parishes, including schedules for house demolition and debris removal.  Jefferson and St. Bernard Parishes recently received lists of residential properties that will be transferred to those parishes from the Louisiana Land Trust.  Most of those properties include hurricane-damaged homes that will be demolished.  The lists provided to-date are not complete; lists of additional properties are expected to be provided by the Louisiana Land Trust to all five of the above-mentioned parishes.  None of these parishes has had adequate time to assess the soon-to-be acquired properties to determine which of them will be eligible for FEMA-funded demolition, or which of them contain regulated asbestos-containing material.  Experience indicates that most of these homes contain furniture and/or carpet, the removal of which prior to demolition would greatly increase the cost and duration of the demolitions and the overall recovery effort.

The Federal Emergency Management Agency has determined that demolition and debris removal work in those parishes is eligible for reimbursement as "emergency work" until March 31, 2009, under FEMA's legal authority.  In addition, the Louisiana Recovery Authority has requested that the Department extend this declaration.

Based upon the information described above, as well as all other relevant facts and circumstances known to me, I hereby find that the emergency conditions set forth in the



EXHIBIT
8

"Twelfth Amended Declaration of Emergency and Administrative Order," as extended by this agency on November 29, 2007, January 28, 2008, and February 29, 2008, will continue to exist until at least March 31, 2009 in the above-named parishes. Therefore, pursuant to the authority granted to me by Louisiana Revised Statutes 30:2001 *et seq.*, and particularly La. R.S. 30:2033 and 2011(D)(6), I hereby further extend until March 31, 2009 said declaration of emergency and administrative order, all provisions of which will apply to the five parishes listed above. This includes, without limitation, the expanded list of "construction and demolition debris" (found in Section 2.b and Appendix A of the "Twelfth Amended Declaration of Emergency and Administrative Order").

**DONE AND ORDERED** on this 28th day of August , 2008 in Baton Rouge, Louisiana.

Harold Leggett, Ph.D.
Secretary

2