**ENROLLED**

Regular Session, 1999

HOUSE BILL NO. 1838

BY REPRESENTATIVES DOWNER, DEWITT, MCMAINS, DIEZ, AND CRANE AND SENATORS DARDENNE, EWING, HAINKEL, BARHAM, AND SCHEDLER

AN ACT

To amend and reenact R.S. 29:733(C)(Art. 5) and to enact R.S. 29:733.1, relative to emergency preparedness; to provide for limitation of liability of emergency personnel and owners and operators of facilities used for shelter in emergencies; and to provide for related matters.

Be it enacted by the Legislature of Louisiana:

Section 1. R.S. 29:733(C)(Art. 5) is hereby amended and reenacted and R.S. 29:733.1 is hereby enacted to read as follows:

§733. Interstate Emergency Preparedness and Disaster Compact

\*    \*    \*

C. The contracting states solemnly agree:

\*    \*    \*

Article 5. No party state or its officers or employees rendering aid in another state <u>or in its own state</u> pursuant to this compact shall be liable on account of any act or omission in good faith on the part of such forces while so engaged, or on account of the maintenance or use of any equipment or supplies in connection therewith.

\*    \*    \*

<u>§733.1. Limitation of liability of owner or operator of facilities</u>

<u>Any person or organization, public or private, owning or operating immovable property or other premises who voluntarily and</u>

Page 1 of 2

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.



H.B. NO. 1838 **ENROLLED**

<u>without compensation grants a license or privilege or otherwise permits the designation by the state or local emergency management agency or use of the whole or any part of the immovable property or premises for the purpose of sheltering persons during an actual, impending, mock, or practice emergency, together with his successor in interest, if any, shall not be liable for the death of, or injury to, any person on or about such immovable property or premises during the actual, impending, mock, or practice emergency, or for loss of, or damage to, the property of such person, solely by reason or as a result of the license, privilege, designation, or use, unless the gross negligence or the willful and wanton misconduct of the person owning or operating the immovable property or premises or his successor in interest is the proximate cause of the death, injury, loss, or damage occurring during the sheltering period.</u>

_____
SPEAKER OF THE HOUSE OF REPRESENTATIVES

_____
PRESIDENT OF THE SENATE

_____
GOVERNOR OF THE STATE OF LOUISIANA

APPROVED: _____

CODING: Words in ~~struck through~~ type are deletions from existing law; words <u>underscored</u> are additions.