Transcript of the Testimony of
# Videotaped Deposition of Gerald Paul Blanchard II

## Date taken: August 6, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.

Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT
15

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Gerald Paul Blanchard II

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION N(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT

* * *

VIDEOTAPED DEPOSITION OF GERALD
PAUL BLANCHARD II, 1032 HIGHWAY 952,
JACKSON, LOUISIANA 70748, TAKEN AT THE
OFFICES OF MIDDLEBERG, RIDDLE & GIANNA, 450
LAUREL STREET, SUITE 1101, BATON ROUGE,
LOUISIANA 70801, ON THE 6TH DAY OF AUGUST,
2009.

REPORTED BY:
    CATHY RENEE´ POWELL, CCR
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255
VIDEOGRAPHER:
    MICHAEL BERGERON
    PROFESSIONAL SHORTHAND REPORTERS
    (504)529-5255

Page 1

---

1   APPEARANCES:
2
3       HILLIARD MUÑOZ GUERRA
        (BY: REYNALDO PEÑA, ESQUIRE)
        1100 POYDRAS STREET - 28TH FLOOR
4       NEW ORLEANS, LOUISIANA 70163
5           (ATTORNEYS FOR THE PLAINTIFFS)
6
        DUPLASS, ZWAIN, BOURGEOIS,
7       PFISTER & WEINSTOCK
        (BY: KEVIN DERHAM, ESQUIRE
8       3838 NORTH CAUSEWAY BOULEVARD
        III LAKEWAY CENTER - SUITE 2900
9       METAIRIE, LOUISIANA 70002
10          (ATTORNEYS FOR DEFENDANTS
            GULF STREAM COACH, INC.)
11
12      U.S. DEPARTMENT OF JUSTICE
        (BY: ADAM M. DINNELL, ESQUIRE)
13      500 C STREET, SW
        WASHINGTON, D.C. 20472
14
            (ATTORNEYS FOR DEFENDANTS UNITED
15          STATES AND FEMA)
16
17      JONES, WALKER, WAECHTER, POITEVENT,
        CARRERE & DENEGRE
18      (BY: RYAN JOHNSON, ESQUIRE)
        8555 UNITED PLAZA BOULEVARD
19      BATON ROUGE, LOUISIANA 70809
            (Attended via telephone)
20
            (ATTORNEYS FOR DEFENDANTS PILGRIM,
21          CALIFORNIA, KZRV, DS/
            CROSSROADS AND DUTCHMEN)
22
23
24
25

Page 2

---

1   APPEARANCES CONTINUED:
2
        LEAKE & ANDERSSON
3       (BY: JERRY L. SAPORITO, ESQUIRE)
        1700 ENERGY CENTRE
4       1100 POYDRAS STREET
        NEW ORLEANS, LOUISIANA 70163
5           (Attended via telephone)
6       (ATTORNEYS FOR DEFENDANTS
            FLEETWOOD ENTERPRISES, INC.,
7           ET AL.)
8
        BAKER DONELSON
9       (BY: DAVID KURTZ, ESQUIRE)
        201 ST. CHARLES AVENUE
10      SUITE 3600
        NEW ORLEANS, LOUISIANA 70170
11          (Attended via telephone)
12          ATTORNEYS FOR DEFENDANTS,
            CH2M HILL CONSTRUCTORS, INC. AND
13          SHAW ENVIRONMENTAL, INC.
14
15      WILLINGHAM, FULTZ & COUGILL
        (BY: MARC B. JOHNSON, ESQUIRE)
16      NIELS ESPERSON BUILDING
        808 TRAVIS, SUITE 1608
17      HOUSTON, TEXAS 77002
            (Attended via telephone)
18
19          (ATTORNEYS FOR DEFENDANTS
20          JAYCO AND STARCRAFT)
21      MIDDLEBERG, RIDDLE & GIANNA
        (BY: SONIA MALLETT, ESQUIRE)
        450 LAUREL STREET
22      SUITE 1101
        BATON ROUGE, LOUISIANA 70801
23
24          (ATTORNEYS FOR FLUOR ENTERPRISES,
25          INC.)

Page 3

---

1   APPEARANCES CONTINUED:
2
        LOBMAN, CARNAHAN
3       (BY: HEATHER CHEESBRO, ESQUIRE)
        400 POYDRAS STREET
4       TEXACO CENTER - SUITE 2300
        NEW ORLEANS, LOUISIANA 70130
5           (Attended via telephone)
6           (ATTORNEYS FOR CRUM & FORSTER)
7
        GARRISON, YOUNT, LORMAND, FORTE &
8       MULCAHY
        (BY: SEAN RASTANIS, ESQUIRE)
9       909 POYDRAS STREET
        SUITE 1800
10      NEW ORLEANS, LOUISIANA 70112
            (Attended via telephone)
11
12          (ATTORNEYS FOR DEFENDANTS
            RECREATION BY DESIGN, LLC, TL
13          INDUSTRIES, INC., AND FRONTIER
            HOMES, INC.)
14      FRILOT, LLC
        (BY: PETER TAFARO, ESQUIRE)
15      3600 ENERGY CENTRE
        1100 POYDRAS STREET
16      NEW ORLEANS, LOUISIANA 70163
            (Attended via telephone)
17
18          (ATTORNEYS FOR BECHTEL NATIONAL, INC.)
19
        ALLEN & GOOCH
20      (BY: BRENT MAGGIO, ESQUIRE)
        1015 ST. JOHN STREET
21      LAFAYETTE, LOUISIANA 70502-3768
22          (ATTORNEYS FOR HEARTLAND
            RECREATIONAL VEHICLES, LLC)
23
24
25

Page 4

---

1 (Pages 1 to 4)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Gerald Paul Blanchard II

1  APPEARANCES CONTINUED:
2     DEGAN, BLANCHARD & NASH
       (BY:  DREW BERNARD, ESQUIRE)
3     6421 PERKINS ROAD
       BUILDING C, SUITE B
4     BATON ROUGE, LOUISIANA  70808
5       (ATTORNEYS FOR TKTMJ, INC.)
6              *  *  *
7          EXAMINATION INDEX

8  EXAMINATION BY MS. MALLETT: .............9
9  EXAMINATION BY MR. DINNELL: ...........106
10 EXAMINATION BY MR. MAGGIO: ...........153
11 EXAMINATION BY MR. DERHAM: ...........164
12 EXAMINATION BY MR. BERNARD: ..........199
13 EXAMINATION BY MR. PEÑA: .............199
14 EXAMINATION BY MS. MALLETT: ..........227
15 EXAMINATION BY MR. DINNELL: ..........237
16 EXAMINATION BY MR. PEÑA: .............240
17
18
19
20
21
22
23
24
25
                                          Page 5

1              S T I P U L A T I O N
2
3         It is stipulated and agreed by and
4  between counsel for the parties hereto that
5  the deposition of the aforementioned witness
6  is hereby being taken for all purposes
7  allowed under the Federal Rules of Civil
8  Procedure, in accordance with law, pursuant
9  to notice;
10        That the formalities of reading and
11 signing are specifically waived;
12        That the formalities of filing,
13 sealing, and certification are specifically
14 waived;
15        That all objections, save those as to
16 the form of the question and the
17 responsiveness of the answer, are hereby
18 reserved until such time as this deposition,
19 or any part thereof, may be used or sought
20 to be used in evidence.
21              *  *  *
22        CATHY RENEE' POWELL, CCR, Certified
23 Court Reporter, officiated in administering
24 the oath to the witness.
25
                                          Page 7

1              *  *  *
2          INDEX OF EXHIBITS

3  Exhibit No. 2 ..........................26
4  2005 and 2006 1099s issued to
5  Gerald Paul Blanchard II by Kedo
6  Properties, LLC.
7  Exhibit No. 1 ..........................27
8  Notice of Deposition with
9  attachment Exhibit A.
10 Exhibit No. 3 ..........................33
11 Discharge instructions for Gerald
12 Paul Blanchard II from
13 LakeAfterHours dated 12-14-07.
14 Exhibit No. 4 ..........................56
15 Five pages, printouts re:
16 medications prescribed to Paul
17 Blanchard by Dr. Jon Traxler.
18 Exhibit No. 5 ..........................56
19 Copy of prescription orders for
20 Paul Blanchard from Dr. J. Scott
21 Wharton dated 8-28-09.
22
23
24
25
                                          Page 6

1  THE VIDEOGRAPHER:
2         We're on the record.  The time is
3  approximately 9:22 a.m.  Today's date is
4  August 6, 2009.  This is the videotaped
5  deposition of Mr. Gerald Blanchard II, taken
6  at the offices of Middleberg, Riddle &
7  Gianna, located at 450 Laurel Street, Baton
8  Rouge, Louisiana, in the case entitled "FEMA
9  Trailer Formaldehyde Products Liability
10 Litigation."
11        Would counsel please identify
12 themselves and which parties they represent.
13 MS. MALLETT:
14        Sonia Mallett on behalf of Fluor
15 Enterprises, Inc.
16 MR. DINNELL:
17        Adam Dinnell for defendant United
18 States.
19 MR. MAGGIO:
20        Brent Maggio for Heartland
21 Recreational Vehicles.
22 MR. BERNARD:
23        Drew Bernard on behalf of TKTMJ,
24 Inc.
25 MR. DERHAM:
                                          Page 8

                                    2  (Pages 5 to 8)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                     Videotaped Deposition of Gerald Paul Blanchard II

1        Kevin Durham for Gulf Stream.
2    MR. PEÑA:
3        Reynaldo Peña for the plaintiffs.
4        GERALD PAUL BLANCHARD II,
5    having been first duly sworn as a witness,
6    was examined and testified as follows:
7    EXAMINATION BY MS. MALLETT:
8        Q.  Mr. Blanchard, can you give us
9    your full name and address for the record?
10       A.  Gerald Paul Blanchard II, 1032
11   Highway 952, Jackson, Louisiana 70748.
12       Q.  Just to make the record clear,
13   yesterday the name Gator Blanchard came up a
14   number of times, and I am assuming that your
15   nickname is Gator, correct?
16       A.  Yes, yes.
17       Q.  Now, this morning what we're going
18   to do is I'm basically going to be asking
19   you a lot of questions, okay?  As I ask the
20   question, I need for you to wait to answer
21   the question until I'm finished asking the
22   question.
23       A.  Yes, ma'am.
24       Q.  You need to make sure that you
25   give a verbal response to the question so
                                          Page 9

1    Joseph Blanchard.
2        Q.  Who is your current employer?
3        A.  State of Louisiana.
4        Q.  And do you work for a particular
5    agency?
6        A.  Secretary of State's office.
7        Q.  What do you do for the Secretary
8    of State?
9        A.  In run the elections for the
10   state.
11       Q.  And when you say you "run the
12   elections for the state," what does that
13   mean?
14       A.  We program, we test, we set up the
15   election for individual parishes.  On
16   election night, or election morning, we make
17   sure the polls open correctly.  We officiate
18   everything that happens that day in that
19   parish.
20           We make sure the polls close at an
21   appropriate time.
22       Q.  When you say "that parish," is it
23   one particular parish or are you talking
24   about the parishes statewide?
25       A.  Statewide.
                                          Page 11

1    that the court reporter can get everything
2    down that we're saying.  Okay?
3        A.  Yes, ma'am.
4        Q.  If you don't understand the
5    question, ask me to repeat the question or
6    to rephrase the question, whichever the case
7    may be.  Okay?
8        A.  Yes, ma'am.
9        Q.  How old are you?
10       A.  I will be -- I will be 30 on the
11   28th of this month.
12       Q.  And are you married?
13       A.  Yes, ma'am.
14       Q.  And who are you married to?
15       A.  Julie Kay Bidener-Blanchard.
16       Q.  And do you have any children?
17       A.  Yes, ma'am.
18       Q.  How many?
19       A.  One.
20       Q.  And how old is your child?
21       A.  Two and a half.
22       Q.  A boy or a girl?
23       A.  Boy.
24       Q.  Name?
25       A.  William Blanchard, or William
                                         Page 10

1        Q.  So you work for the elections
2    commissioner Angie -- what's Angie's last
3    name?
4        A.  Laplace?
5        Q.  Laplace.  Is that who you work
6    for?
7        A.  Yes, ma'am.
8        Q.  So tell me what your actual title
9    is.
10       A.  I am an IT Tech Specialist II.  I
11   think it is actually changing now that the
12   state has reallocated, so it's Elections
13   Programs Specialist II, I think.
14       Q.  So it's a civil service position
15   that you have?
16       A.  Yes, ma'am.
17       Q.  And how long have you been working
18   at the Secretary of State's office?
19       A.  Four years.
20       Q.  And when you started there, were
21   you working as an IT Tech Specialist when
22   you started?
23       A.  I think I was an elections
24   specialist, which is right below an IT tech.
25       Q.  So basically performing the same
                                         Page 12

                                    3  (Pages 9 to 12)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation    Videotaped Deposition of Gerald Paul Blanchard II

1  type of job?
2     A.  Same exact job, it is just a
3  different title.
4     Q.  Where did you graduate from high
5  school and when?
6     A.  Centerville Academy in
7  Centerville, Mississippi, 2008.
8        No.  1998, I'm sorry. It's been a
9  while. I'm sorry.
10     Q.  And from Centerville Academy, did
11  you go to any school after that?
12     A.  Yes, ma'am.
13     Q.  And where?
14     A.  Louisiana State University here in
15  Baton Rouge.
16     Q.  Did you graduate from LSU?
17     A.  Yes, ma'am.
18     Q.  In what?
19     A.  General studies.  Did all my
20  pre-med, all my pre-law.  Three minors.
21     Q.  And opted for the general studies
22  to get out?
23     A.  Yes, ma'am.
24     Q.  We need you to speak louder.  They
25  are probably going to have a hard time
                                    Page 13

1  hearing you on the telephone, okay?
2     A.  Yes, ma'am.
3     Q.  So how many years were you at LSU?
4     A.  2008[sic] to 2004.  Six years.
5     Q.  And were you a full-time student
6  the entire time?
7     A.  Yes, ma'am.
8     Q.  And where did you live while you
9  were going to LSU?
10     A.  An apartment off campus, working
11  full-time.
12     Q.  Who were you working for full-time
13  then?
14     A.  I think it was American Golf
15  Corporation.  We were building and
16  remodeling golf courses.
17     Q.  So what golf courses did you work
18  on when you were working for American?
19     A.  Briarwood Country Club.
20     Q.  And that is on Airline Highway?
21     A.  Airline Highway, yes.  And the LSU
22  golf course.
23     Q.  So you were a part of the building
24  of the new golf course at LSU or what?
25     A.  I came in as we were laying turf
                                    Page 14

1  toward the end.
2     Q.  So what were you -- what did you
3  do for that company?
4     A.  Basically just a lot of
5  construction dirt work and groundskeeping
6  work after we finished the whole
7  construction part.  Irrigation plumbing,
8  that kind of thing.
9     Q.  So what did you actually do within
10  this whole process?
11     A.  I was just a -- I was a
12  maintenance man.  General maintenance.
13     Q.  And how did you learn to do the
14  job that you were doing for American golf?
15     A.  Kind of hands-on.
16     Q.  It is my understanding that you
17  worked hauling trailer -- travel trailers
18  after Hurricanes Katrina and Rita; is that
19  correct?
20     A.  No, ma'am.  I didn't haul travel
21  trailers.  We set travel trailers up.  I did
22  pick them up from the travel trailer yard
23  and delivered them to the residents, but it
24  was a max of maybe 10, 15 miles max.
25     Q.  Okay.  So tell me -- but you did
                                    Page 15

1  work in the New Orleans area after Hurricane
2  Katrina?
3     A.  Yes, ma'am.
4     Q.  Okay.  Tell me who you were
5  working for.
6     A.  It was LLC -- Kedo Properties,
7  LLC.
8     Q.  And how did you come to hear about
9  this job with Kedo Properties, LLC?
10     A.  It was a word of mouth through a
11  friend that happened to talk to somebody or
12  one of those type deals.
13     Q.  So who was the person that you
14  were working for with Kedo Properties?
15     A.  To be honest with you, I can't
16  remember his first name, but his last name
17  was Kilcrest.  I didn't really meet him.  I
18  mean it was more of a -- you know, "Go down
19  there and talk to this guy and he will set
20  you up and give you the paperwork."
21     Q.  So you never spoke to
22  Mr. Kilcrest?
23     A.  Not at first.  I mean, I have -- I
24  did meet him while I was there, maybe twice.
25  But as far as that goes, he had another
                                    Page 16

                        4  (Pages 13 to 16)

1  company in Baton Rouge, supposedly, that he
2  had to run that I knew nothing about.  He
3  had the contract --
4      Q.  Who did he have a contract with?
5      A.  I guess it was with Fluor, from my
6  understanding.
7      Q.  And this is something that was
8  told to you or this is just something you
9  have surmised?
10     A.  That was something that was kind
11 of told to me by other crews that were
12 working with us.
13     Q.  So you were just one of the crews
14 that was working for Kedo Properties.  Is
15 that correct?
16     A.  Yes, yes.
17     Q.  You did not have a contract with
18 anyone concerning the services you were
19 performing in New Orleans after Hurricane
20 Katrina?
21     A.  No.
22     Q.  When did you start working for
23 Kedo Properties?
24     A.  I think it was around the middle
25 to the end of November of -- what was that,

Page 17

1  2005, maybe, 2004 or 2005.  Whatever year --
2  right after -- the November after the
3  hurricane.
4      Q.  And how long did you work for Kedo
5  Properties?
6      A.  Until around the -- I would say
7  probably, I think, the 10th of March.
8      Q.  Of 2006?
9      A.  Yes, ma'am.
10     Q.  Did you work for any other company
11 or individual doing this work down in the
12 New Orleans area?
13     A.  No, ma'am.
14     Q.  So in November of 2005, how did
15 you know where to show up?
16     A.  It was word of mouth.  A friend of
17 mine met this guy at a party and he said he
18 needed people to work.  So if you wanted a
19 job, meet such and such guy on this yard and
20 he will give you a job.
21     Q.  And where was the yard that you
22 went to?
23     A.  It was off of -- is it Chef
24 Ventura Highway?  Menteur, in New Orleans?
25 I'm not really sure what the area is called

Page 18

1  but it was east of the 610 loop.  Or the
2  Chalmette Highway, the one -- the bridge
3  that goes over the canal.
4      Q.  And so you showed up one day in
5  November of 2005 and then what did you do?
6      A.  I met the guy that I was supposed
7  to find, and he kind of sent me out on a job
8  with some other guys to learn what I needed
9  to do.
10     Q.  So do you recall what this man's
11 name is that you met up with?
12     A.  I want to say it was Kilcrest's
13 son.
14     Q.  So you don't recall his first
15 name?
16     A.  No, I really don't.
17     Q.  Do you know that his last name was
18 Kilcrest?
19     A.  I'm not positive on that.
20 Somebody had told me that it was his son but
21 I never was really formally introduced to
22 the man.
23     Q.  And did he put you working with
24 another crew at that time, or did he staff
25 you up with a crew?

Page 19

1      A.  No.  He put me with another crew
2  at that time.
3      Q.  So what was your role with this
4  other crew?
5      A.  Basically, tag along and learn how
6  to do this job, so I could go off on my own
7  and do this after I have learned.
8      Q.  What were the names of the -- and
9  I assume they were gentleman, men, in this
10 other crew.  Do you know the names of them?
11     A.  I have no clue.  They -- I know
12 there was one guy from Florida, he was the
13 little head of the crew.  But as far as
14 names go, it was kind of a first-name basis
15 and I don't remember them.  It's been so
16 long.  I wasn't with them but a day and a
17 half, maybe.
18     Q.  How many man crew was it?
19     A.  I think he had three with him.
20     Q.  So you were the fourth member of
21 the crew?
22     A.  Yes, ma'am.
23     Q.  Did you fill out any kind of
24 paperwork when you showed up at the yard
25 that first day?

Page 20

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1      A.  No, ma'am.  It was more of a come-
2  down-and-see-what-you-think type day.
3  Because there was no electricity, no water.
4  I mean, it was -- it was bad.
5      Q.  So you drove in from the St.
6  Francisville area that day?
7      A.  Yes, ma'am.
8      Q.  And did you stay in the New
9  Orleans area, or were you driving back and
10  forth to St. Francisville?
11      A.  Drove back and forth.
12      Q.  Where were you living at the time?
13      A.  Jackson, Louisiana.  Well,
14  actually, I was living at the time in Lake
15  Rosemound, Louisiana, which is just above
16  St. Francisville.
17      Q.  And you were living at your
18  parents' house?
19      A.  Yes, ma'am.
20      Q.  And what is their address?
21      A.  It's slipped my mind right now.
22  10587 Goldilocks Lane, St. Francisville,
23  Louisiana 70775.
24      Q.  So as you were working with this
25  crew, what were you doing?

Page 21

1  you did haul a trailer?
2      A.  It was probably three or four
3  days, four or five days after that.  After I
4  had been with that crew for a few days and
5  saw what was going on and how they were
6  doing things.
7      Q.  Did you hire some guys to work on
8  your crew or did they give you some other
9  guys?
10      A.  No.  I hired two guys -- or I
11  hired one guy, Heath Michael Allen of St.
12  Francisville, and then his little brother
13  was a tagalong for a few, you know, for a
14  few weeks with me.  And I think he came up
15  sick and had to stay home, and then later on
16  he went back down there, but not with me.
17      Q.  Do you know what the other crew
18  was that Travis worked with?
19      A.  I think it was his brother and
20  some guys that he met up with after I left
21  the New Orleans area.  I'm not sure who it
22  was.
23      Q.  Now, how were you paid by
24  Kilcrest's company?
25      A.  Check.  It was -- really didn't

Page 23

1      A.  We were blocking a trailer.  We
2  were setting up a travel trailer as you
3  would a house trailer.  You would block it.
4  You would level it.  You would strap it down
5  like you would a house trailer.  You would
6  tie in the sewer lines and the water lines.
7  Kind of go in and make sure everything ran
8  through the water lines without any leaks.
9  Made sure the commodes worked, the showers
10  worked, stove.
11      Q.  So what was your role in the
12  beginning with this other crew?
13      A.  Just training.  They were showing
14  me how everything was to be done.
15      Q.  Do you have a license as a mobile
16  home hauler in Louisiana?
17      A.  No, ma'am.  Is there a license for
18  a mobile home hauler in Louisiana?
19      Q.  I'm asking if you have one.
20      A.  No, ma'am.
21      Q.  Did you actually haul one of the
22  travel trailers when you started working
23  with this crew?
24      A.  No, ma'am.  Not with that crew.
25      Q.  So when was the first time that

Page 22

1  have a stub on the check.  It was just a
2  check that said Kedo Properties.  Every
3  Friday or every other Friday.
4          Sometimes it was cash, because a
5  lot of the guys that were working were
6  living down there, too, and there were no
7  banks open so he would bring them cash.
8  Just kind of depended on the circumstances
9  for the week, I guess.
10      Q.  So were you paid basically a set,
11  salaried amount or were you paid a --
12  depending upon the amount of work that you
13  did?
14      A.  Depending on the amount of work we
15  did.
16      Q.  And can you tell me how that was
17  -- was decided?
18      A.  The number of trailers you
19  completed and had signed off on in a week.
20      Q.  And how much did you receive per
21  trailer?
22      A.  At first, it was about $500 and
23  then it maybe was $600 toward the end.
24      Q.  And you paid Heath Allen out of
25  the $500 that you received per trailer?

Page 24

6  (Pages 21 to 24)

1  type of job?
2      A.  Same exact job, it is just a
3  different title.
4      Q.  Where did you graduate from high
5  school and when?
6      A.  Centerville Academy in
7  Centerville, Mississippi, 2008.
8          No.  1998, I'm sorry. It's been a
9  while.  I'm sorry.
10     Q.  And from Centerville Academy, did
11 you go to any school after that?
12     A.  Yes, ma'am.
13     Q.  And where?
14     A.  Louisiana State University here in
15 Baton Rouge.
16     Q.  Did you graduate from LSU?
17     A.  Yes, ma'am.
18     Q.  In what?
19     A.  General studies.  Did all my
20 pre-med, all my pre-law.  Three minors.
21     Q.  And opted for the general studies
22 to get out?
23     A.  Yes, ma'am.
24     Q.  We need you to speak louder.  They
25 are probably going to have a hard time

Page 13

1  toward the end.
2      Q.  So what were you -- what did you
3  do for that company?
4      A.  Basically just a lot of
5  construction dirt work and groundskeeping
6  work after we finished the whole
7  construction part.  Irrigation plumbing,
8  that kind of thing.
9      Q.  So what did you actually do within
10 this whole process?
11     A.  I was just a -- I was a
12 maintenance man.  General maintenance.
13     Q.  And how did you learn to do the
14 job that you were doing for American golf?
15     A.  Kind of hands-on.
16     Q.  It is my understanding that you
17 worked hauling trailer -- travel trailers
18 after Hurricanes Katrina and Rita; is that
19 correct?
20     A.  No, ma'am.  I didn't haul travel
21 trailers.  We set travel trailers up.  I did
22 pick them up from the travel trailer yard
23 and delivered them to the residents, but it
24 was a max of maybe 10, 15 miles max.
25     Q.  Okay.  So tell me -- but you did

Page 15

1  hearing you on the telephone, okay?
2      A.  Yes, ma'am.
3      Q.  So how many years were you at LSU?
4      A.  2008[sic] to 2004.  Six years.
5      Q.  And were you a full-time student
6  the entire time?
7      A.  Yes, ma'am.
8      Q.  And where did you live while you
9  were going to LSU?
10     A.  An apartment off campus, working
11 full-time.
12     Q.  Who were you working for full-time
13 then?
14     A.  I think it was American Golf
15 Corporation.  We were building and
16 remodeling golf courses.
17     Q.  So what golf courses did you work
18 on when you were working for American?
19     A.  Briarwood Country Club.
20     Q.  And that is on Airline Highway?
21     A.  Airline Highway, yes.  And the LSU
22 golf course.
23     Q.  So you were a part of the building
24 of the new golf course at LSU or what?
25     A.  I came in as we were laying turf

Page 14

1  work in the New Orleans area after Hurricane
2  Katrina?
3      A.  Yes, ma'am.
4      Q.  Okay.  Tell me who you were
5  working for.
6      A.  It was LLC -- Kedo Properties,
7  LLC.
8      Q.  And how did you come to hear about
9  this job with Kedo Properties, LLC?
10     A.  It was a word of mouth through a
11 friend that happened to talk to somebody or
12 one of those type deals.
13     Q.  So who was the person that you
14 were working for with Kedo Properties?
15     A.  To be honest with you, I can't
16 remember his first name, but his last name
17 was Kilcrest.  I didn't really meet him.  I
18 mean it was more of a -- you know, "Go down
19 there and talk to this guy and he will set
20 you up and give you the paperwork."
21     Q.  So you never spoke to
22 Mr. Kilcrest?
23     A.  Not at first.  I mean, I have -- I
24 did meet him while I was there, maybe twice.
25 But as far as that goes, he had another

Page 16

4  (Pages 13 to 16)

1  company in Baton Rouge, supposedly, that he
2  had to run that I knew nothing about.  He
3  had the contract --
4      Q.  Who did he have a contract with?
5      A.  I guess it was with Fluor, from my
6  understanding.
7      Q.  And this is something that was
8  told to you or this is just something you
9  have surmised?
10     A.  That was something that was kind
11  of told to me by other crews that were
12  working with us.
13     Q.  So you were just one of the crews
14  that was working for Kedo Properties.  Is
15  that correct?
16     A.  Yes, yes.
17     Q.  You did not have a contract with
18  anyone concerning the services you were
19  performing in New Orleans after Hurricane
20  Katrina?
21     A.  No.
22     Q.  When did you start working for
23  Kedo Properties?
24     A.  I think it was around the middle
25  to the end of November of -- what was that,
                                        Page 17

1  but it was east of the 610 loop.  Or the
2  Chalmette Highway, the one -- the bridge
3  that goes over the canal.
4      Q.  And so you showed up one day in
5  November of 2005 and then what did you do?
6      A.  I met the guy that I was supposed
7  to find, and he kind of sent me out on a job
8  with some other guys to learn what I needed
9  to do.
10     Q.  So do you recall what this man's
11  name is that you met up with?
12     A.  I want to say it was Kilcrest's
13  son.
14     Q.  So you don't recall his first
15  name?
16     A.  No, I really don't.
17     Q.  Do you know that his last name was
18  Kilcrest?
19     A.  I'm not positive on that.
20  Somebody had told me that it was his son but
21  I never was really formally introduced to
22  the man.
23     Q.  And did he put you working with
24  another crew at that time, or did he staff
25  you up with a crew?
                                        Page 19

1  2005, maybe, 2004 or 2005.  Whatever year --
2  right after -- the November after the
3  hurricane.
4      Q.  And how long did you work for Kedo
5  Properties?
6      A.  Until around the -- I would say
7  probably, I think, the 10th of March.
8      Q.  Of 2006?
9      A.  Yes, ma'am.
10     Q.  Did you work for any other company
11  or individual doing this work down in the
12  New Orleans area?
13     A.  No, ma'am.
14     Q.  So in November of 2005, how did
15  you know where to show up?
16     A.  It was word of mouth.  A friend of
17  mine met this guy at a party and he said he
18  needed people to work.  So if you wanted a
19  job, meet such and such guy on this yard and
20  he will give you a job.
21     Q.  And where was the yard that you
22  went to?
23     A.  It was off of -- is it Chef
24  Ventura Highway?  Menteur, in New Orleans?
25  I'm not really sure what the area is called
                                        Page 18

1      A.  No.  He put me with another crew
2  at that time.
3      Q.  So what was your role with this
4  other crew?
5      A.  Basically, tag along and learn how
6  to do this job, so I could go off on my own
7  and do this after I have learned.
8      Q.  What were the names of the -- and
9  I assume they were gentleman, men, in this
10  other crew.  Do you know the names of them?
11     A.  I have no clue.  They -- I know
12  there was one guy from Florida, he was the
13  little head of the crew.  But as far as
14  names go, it was kind of a first-name basis
15  and I don't remember them.  It's been so
16  long.  I wasn't with them but a day and a
17  half, maybe.
18     Q.  How many man crew was it?
19     A.  I think he had three with him.
20     Q.  So you were the fourth member of
21  the crew?
22     A.  Yes, ma'am.
23     Q.  Did you fill out any kind of
24  paperwork when you showed up at the yard
25  that first day?
                                        Page 20

5 (Pages 17 to 20)

1    A.   No, ma'am.  It was more of a come-
2  down-and-see-what-you-think type day.
3  Because there was no electricity, no water.
4  I mean, it was -- it was bad.
5    Q.   So you drove in from the St.
6  Francisville area that day?
7    A.   Yes, ma'am.
8    Q.   And did you stay in the New
9  Orleans area, or were you driving back and
10  forth to St. Francisville?
11    A.   Drove back and forth.
12    Q.   Where were you living at the time?
13    A.   Jackson, Louisiana.  Well,
14  actually, I was living at the time in Lake
15  Rosemound, Louisiana, which is just above
16  St. Francisville.
17    Q.   And you were living at your
18  parents' house?
19    A.   Yes, ma'am.
20    Q.   And what is their address?
21    A.   It's slipped my mind right now.
22  10587 Goldilocks Lane, St. Francisville,
23  Louisiana 70775.
24    Q.   So as you were working with this
25  crew, what were you doing?

Page 21

1  you did haul a trailer?
2    A.   It was probably three or four
3  days, four or five days after that.  After I
4  had been with that crew for a few days and
5  saw what was going on and how they were
6  doing things.
7    Q.   Did you hire some guys to work on
8  your crew or did they give you some other
9  guys?
10    A.   No.  I hired two guys -- or I
11  hired one guy, Heath Michael Allen of St.
12  Francisville, and then his little brother
13  was a tagalong for a few, you know, for a
14  few weeks with me.  And I think he came up
15  sick and had to stay home, and then later on
16  he went back down there, but not with me.
17    Q.   Do you know what the other crew
18  was that Travis worked with?
19    A.   I think it was his brother and
20  some guys that he met up with after I left
21  the New Orleans area.  I'm not sure who it
22  was.
23    Q.   Now, how were you paid by
24  Kilcrest's company?
25    A.   Check.  It was -- really didn't

Page 23

1    A.   We were blocking a trailer.  We
2  were setting up a travel trailer as you
3  would a house trailer.  You would block it.
4  You would level it.  You would strap it down
5  like you would a house trailer.  You would
6  tie in the sewer lines and the water lines.
7  Kind of go in and make sure everything ran
8  through the water lines without any leaks.
9  Made sure the commodes worked, the showers
10  worked, stove.
11    Q.   So what was your role in the
12  beginning with this other crew?
13    A.   Just training.  They were showing
14  me how everything was to be done.
15    Q.   Do you have a license as a mobile
16  home hauler in Louisiana?
17    A.   No, ma'am.  Is there a license for
18  a mobile home hauler in Louisiana?
19    Q.   I'm asking if you have one.
20    A.   No, ma'am.
21    Q.   Did you actually haul one of the
22  travel trailers when you started working
23  with this crew?
24    A.   No, ma'am.  Not with that crew.
25    Q.   So when was the first time that

Page 22

1  have a stub on the check.  It was just a
2  check that said Kedo Properties.  Every
3  Friday or every other Friday.
4    Sometimes it was cash, because a
5  lot of the guys that were working were
6  living down there, too, and there were no
7  banks open so he would bring them cash.
8  Just kind of depended on the circumstances
9  for the week, I guess.
10    Q.   So were you paid basically a set,
11  salaried amount or were you paid a --
12  depending upon the amount of work that you
13  did?
14    A.   Depending on the amount of work we
15  did.
16    Q.   And can you tell me how that was
17  -- was decided?
18    A.   The number of trailers you
19  completed and had signed off on in a week.
20    Q.   And how much did you receive per
21  trailer?
22    A.   At first, it was about $500 and
23  then it maybe was $600 toward the end.
24    Q.   And you paid Heath Allen out of
25  the $500 that you received per trailer?

Page 24

6  (Pages 21 to 24)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

| | |
|---|---|
| 1    Q.   Put in brand-new? | 1        First you would level off the |
| 2    A.   Yes, ma'am. | 2    ground and put down a plastic -- I don't |
| 3    Q.   Does the house have a septic | 3    know what the name of it is.  It's like a |
| 4  system or is it tied into city sewer? | 4    plastic pad that they level house trailers |
| 5    A.   City sewer. | 5    with. |
| 6    Q.   Does it have a well or is it tied | 6        Q.   Is this like a big black pad?  I |
| 7  into city water? | 7    think a couple guys -- |
| 8    A.   City water. | 8        A.   Yeah, plastic. |
| 9    Q.   What year was this house built? | 9        Q.   Okay. |
| 10   A.   1835. | 10       A.   Make sure it's level and start |
| 11   Q.   Was it a family home? | 11   blocking.  Your final set of blocks had to |
| 12   A.   Yes, ma'am. | 12   be perpendicular to the frame of the |
| 13   Q.   And whose was it? | 13   trailer. |
| 14   A.   My grandparents.  The house was | 14       You're looking at three sets per |
| 15 bought by them in probably the 1930s, | 15   side so six sets of blocks on each trailer. |
| 16 probably. | 16       Q.   So, like, six columns? |
| 17   Q.   And you did all the work yourself? | 17       A.   Yes. |
| 18   A.   Me, and I had another contractor | 18       Q.   And were all of these cinder |
| 19 come in and help me out a little bit here | 19   blocks hollow or were some of them solid |
| 20 and there and friends and family and -- | 20   blocks? |
| 21   Q.   Do your parents own a farm? | 21       A.   The larger cinder blocks were |
| 22   A.   No, ma'am. | 22   hollow.  There were what you call cap blocks |
| 23   Q.   What does your father do? | 23   that you would put on the top.  They were |
| 24   A.   He's retired. | 24   solid but they were -- smaller.  They were |
| 25   Q.   And where was he working? | 25   only maybe 3 or 4 inches thick, but it was a |
| Page 61 | Page 63 |
| 1    A.   He worked for a plant here in | 1    solid block. |
| 2  Baton Rouge. | 2        Q.   Did you actually set the frame of |
| 3    Q.   What plant? | 3    the trailer on these cinder blocks? |
| 4    A.   To be honest with you, I think the | 4        A.   No, ma'am.  The frame of the |
| 5  name -- it was a Reynolds Metals | 5    trailer sat on top of the cinder blocks on |
| 6  Corporation, then it was an Alcoa | 6    some kind of wood piece.  It was actually |
| 7  Corporation, and then it was a Big Lakes | 7    just a piece of a board that they would give |
| 8  Carbon.  It changed names two or three times | 8    you to set it on to give it a little |
| 9  before he retired. | 9    cushion. |
| 10   Q.   Did you ever work with him there? | 10       On top of the board, you would put |
| 11   A.   No. | 11   two wedges, wooden wedges, that were kind of |
| 12   Q.   Did you ever set the blocks on the | 12   aiding in the support and leveling of the |
| 13 trailers when you were working in the New | 13   trailer. |
| 14 Orleans area in 2005? | 14       Q.   And how did you jack the trailer? |
| 15   A.   Yes, ma'am. | 15       A.   You could either use the jacks |
| 16   Q.   And tell me how you would set the | 16   that were on the trailer.  They were very -- |
| 17 blocks. | 17   they wasn't very well made, so sometimes |
| 18   A.   We would jack the trailer up, | 18   when leaving the yard or in transportation |
| 19 level it all off.  You would have to use | 19   somewhere, they would get bent so they |
| 20 cinder blocks.  First set of blocks would be | 20   wouldn't be usable. |
| 21 perpendicular to the frame or parallel, I | 21       If not, you would use a jack that |
| 22 can't remember.  Might have been parallel. | 22   you would have with you, a bottle jack, |
| 23       The final set that actually | 23   hydraulic bottle jacks. |
| 24 touched the frame had to be perpendicular to | 24       Q.   Did you have any of the hydraulic |
| 25 the frame to support the weight. | 25   bottle jacks? |
| Page 62 | Page 64 |

16  (Pages 61 to 64)

1      A.  Yes, ma'am.
2      Q.  How many did you have?
3      A.  I have got about ten.
4      Q.  And can you tell me what weight
5  these bottle jacks --
6      A.  Anywhere from --
7      Q.  -- would hold?
8      A.  Anywhere from half a ton to --
9  I've got a 30-ton one.
10     Q.  And did you have all of these at
11 the time you were -- were doing this work
12 back in 2005 and 2006?
13     A.  No, ma'am.  I think the ones we
14 were using down there were probably, I don't
15 know, they were medium-sized, so you are
16 looking 2-ton, maybe 3-ton.  I don't know.
17     Q.  Did you buy those 2 to 3-ton jacks
18 specifically for this job or did you already
19 have them?
20     A.  I already had them.
21     Q.  The house that you were telling me
22 that you gutted and redid, did you have to
23 -- is that house on piers?
24     A.  Yes, ma'am.
25     Q.  Did you have to jack that house
                                      Page 65

1      A.  I don't know, maybe 8 inches, or a
2  cinder block or two.
3      Q.  Did you have a set method?  Like,
4  you would start at one particular corner
5  each time or did it vary?
6      A.  It just depended on the lay of the
7  lot.  If one lot was -- if one corner was 4
8  foot off the ground and the other one was 2
9  foot off the ground because of the way the
10 lot was sitting, you know, I might do the
11 one that's higher off the ground first.
12         It was kind of a stability kind of
13 call.  What's the safest way to do it
14 without it having to fall off the blocks
15 while I'm in the middle of working on it.
16     Q.  And were you typically doing the
17 jacking and blocking by yourself?
18     A.  No.  The jacking and the blocking
19 was a two-person job.
20     Q.  And who would typically help you
21 with the jacking and the blocking?
22     A.  Allen, Heath Allen.
23     Q.  And what was Travis Allen doing
24 while you and Heath were jacking and
25 blocking?
                                      Page 67

1  and rebuild the piers?
2      A.  No, ma'am.
3      Q.  Tell me how you would go about
4  jacking the trailers.  What was your
5  process?  What did you do?
6      A.  First thing we would do is we
7  would clear out and level the pad.  Then you
8  would create another a little pad beside
9  that pad for your jack.  Make sure
10 everything was sound before you started
11 jacking it so it wouldn't fall or, you know,
12 fall off the jack.
13         Then jack it up a little at a
14 time.  Build your piers on -- I wouldn't go
15 up too high at first.  You'd just build this
16 one up, and then you'd go to the next one
17 and build it up, and then go to the next
18 one, build it up and then build the other
19 side up.
20         I wouldn't get too out of hand
21 with it because, I mean, if I picked this
22 side up 3 foot and the other side is still
23 on the ground, then it's kind of a hazard.
24     Q.  So how many inches would you go up
25 at each time?
                                      Page 66

1      A.  He was probably unloading blocks
2  out of the truck.
3      Q.  At what point in the transporting
4  of the trailer would you pick up the blocks
5  and anything else that you were going to
6  need for the trailer setup?
7      A.  I would pick that up first.  When
8  I would get my work order, I would make sure
9  I had all the stuff I needed before I left.
10         Either go pick up the trailer if I
11 had all the stuff in the back of my truck,
12 or if I had it on another trailer, I would
13 go drop the trailer off at the residence
14 with Heath or with somebody and then go pick
15 the trailer up.
16     Q.  Did you ever have anyone working
17 with you on your crew besides Heath or
18 Travis Allen?
19     A.  Not that I can recall unless
20 somebody was a tagalong, kind of learning
21 day or something.  If they stuck -- somebody
22 said, "Look, go with them a few days and see
23 if you're interested in doing this kind of
24 work," maybe.  I can only think of one
25 person and I don't even know who he was.  He
                                      Page 68

17  (Pages 65 to 68)

1  just kind of tagged along.
2      Q.  And did you show this person how
3  to do the particular jobs that you were
4  doing, like the jacking and the making of
5  the blocks?
6      A.  Yes, ma'am.
7      Q.  Not the making of the blocks --
8  the making of the piers?
9      A.  The piers.  I didn't see that
10  person ever again afterwards.  So I figured,
11  you know, he wasn't that interested and he
12  just went on about his business.
13      Q.  Tell me about the anchoring
14  process of the trailer.
15      A.  The anchors were typically a
16  screw-type anchor or an auger-type head used
17  to anchor down house trailers.  It's just a
18  generic anchor.
19      On the top of it, it had like a
20  U-shape with two bolt holes for the strap
21  bolts, and the bolts -- they were
22  self-locking.  So you would push the anchor
23  in the ground or turn the anchor in the
24  ground to a certain point, strap your
25  trailer however they wanted it that week --

Page 69

1  inspector of that lot decided he wanted to
2  write concrete driveway on there, you would
3  know it was concrete.
4      I just kept both with me in case
5  of the situation.
6      Q.  So tell me about the -- I believe
7  you testified that there were two to three
8  pages or three to four pages of paperwork
9  that were given to you each day concerning a
10  particular trailer?
11      A.  Yes.
12      Q.  How many pages was it again?
13      A.  Two to four.
14      Q.  Okay.  Tell me what those -- what
15  was contained on those particular pieces of
16  paper?
17      A.  If I can remember correctly, the
18  first page was maybe the address and some
19  information about where the trailer was
20  going, the residence, or any special needs
21  you might have to find out about.  Maybe it
22  was a handicapped trailer or, you know,
23  maybe it was some special situation on it.
24  I don't know.
25      Q.  Now, was the person's name

Page 71

1  one week, they would want it wrapped once;
2  one week, they would want it wrapped twice;
3  just depended on the inspector you had.
4  Make sure you get your straps real tight
5  with your wrenches.
6      If it was on concrete, we had
7  special concrete bolts.  You had to drill a
8  hole in the concrete and anchor it to the
9  concrete with the bolts.  It was a different
10  kind of head that went on that bolt.
11      Basically the same setup, but it
12  was for that bolt.
13      Q.  So how would you know what you
14  needed for the particular site?
15      A.  If it was on concrete, you needed
16  a concrete head.  If it was in dirt, you
17  needed a dirt -- the auger-type anchor.
18      Q.  Would you know what you needed
19  only upon getting to the site?  Or would
20  someone tell you beforehand or did you visit
21  the site before you picked up the trailer?
22      A.  It just -- it depends.  Sometimes
23  they -- in your paperwork, you would have a
24  drawing of where the trailer was.  If it
25  said "concrete driveway," because maybe that

Page 70

1  included on the paperwork?
2      A.  No, I don't recall the resident's
3  name ever being included.
4      Q.  But the address was included?
5      A.  The address was.  It might have
6  been there, I'm not sure.  I didn't -- I
7  mean, I read it, but it has been, what,
8  three or four years so --
9      Q.  Did you ever deal with any of the
10  residents?
11      A.  No, no.  If they were there, they
12  might come out and be curious of what you
13  were doing in their front yard and you would
14  have interaction with them that way.  But as
15  far as me going in there and telling them,
16  "Look, here I am," no, ma'am.
17      Q.  How did you know where to put the
18  trailer when you got to the residence?
19      A.  In the paperwork, it had one sheet
20  that was a drawing, a rough drawing of
21  "Okay, here's the house, here's the front
22  yard," kind of where they wanted the trailer
23  to go.
24      They would kind of diagram where
25  they thought maybe the sewer tie-in would be

Page 72

18  (Pages 69 to 72)

1   and where the water tie-in would be.
2       When you get to the yard, they
3   would have a -- kind of painted off with
4   turf paint. Like, "here's the back of the
5   trailer and here's the front of the
6   trailer."
7       Q.  So it was labeled so that you
8   would know where to place the trailer?
9       A.  Yes.
10      Q.  Do you know who it was that
11  painted the ground?
12      A.  Fluor inspectors prior to us
13  getting there.
14      Q.  That's what you were told or you
15  did you see Fluor people actually painting?
16      A.  I talked to Fluor inspectors and
17  they told me that that's who was doing the
18  inspections and drawing the paint. Or doing
19  the painting.
20      Q.  Now, you were responsible for the
21  paperwork concerning all of the trailers
22  that were hauled by you and your crew?
23      A.  Yes.
24      Q.  That's correct?
25      A.  Yes.
                                    Page 73

1   Q.  Okay. Tell me what else was
2   included in the paperwork.
3       A.  The final page was, like, a check
4   sheet or an inspection sheet for the Fluor
5   inspector. After we got done, we had to
6   call him in and he went in and -- we had a
7   contact number for him, or contact name. So
8   we would call him and it might be one of
9   probably 50 different inspectors they had
10  down there.
11      He would come in and he would make
12  sure everything that we needed to do was
13  done correctly. And if there were any
14  changes, he would tell me, "Look, I need you
15  to," you know, "restrap this because I don't
16  want it wrapped twice, I want it wrapped
17  once," or something along those lines.
18      Q.  So how did you know which
19  inspector you were going to call?
20      A.  It would be on the final page with
21  a contact name and number.
22      Q.  So would you typically call this
23  contact person while you were still setting
24  the trailer up, or would you call him once
25  you had completely finished setting it up?
                                    Page 74

1   A.  I would call him when I first got
2   there and tell him, "Look, this is the one
3   I'm working on and your name is on it, if
4   you want to stop by, if you have any special
5   needs you want to address while I'm here,"
6   or I would -- and I would call him when I'm
7   done, you know, "Come over and inspect it so
8   you can sign off on my paperwork."
9       Q.  How long did it typically take you
10  to set up a trailer?
11      A.  Anywhere from an hour and a half
12  to three hours, probably, depending on the
13  situation.
14      Q.  And what would be entailed for the
15  one that would only take you one and a half
16  hours to set up?
17      A.  Concrete driveway. Level,
18  concrete driveway where it's not very hard
19  to jack and level. Or, you know, easy
20  tie-in to sewer, easy tie-in to water.
21      Q.  Now, who is it that would tie into
22  the sewer system on the trailer?
23      A.  At first it was us and then --
24      Q.  And when you say "us," who would
25  actually perform the task?
                                    Page 75

1   A.  Either me or Heath.
2       Q.  And then at what point did you
3   stop tying into the city sewer?
4       A.  When I was threatened by city
5   officials that they were going to put me in
6   jail if I tied into another one.
7       Q.  And so at that point, who was
8   tying it into the city sewer, or do you
9   know?
10      A.  At that point, for about one or
11  two trailers, I didn't tie -- I didn't tie
12  it in. And they were -- the Fluor
13  inspectors were signing off on it saying
14  that they had licensed plumbers that they
15  were going to bring in to do that job.
16      I'm not sure if it ever got tied
17  in or not. My job was done according to
18  them so I didn't worry about it.
19      Then maybe the last few days I was
20  down there, they told us that I needed to
21  hire a licensed plumber to do it. And it
22  was going to cost me more money than I was
23  making to hire a licensed plumber to do the
24  job, so that's about the time I said I had
25  had enough and I just kind of left.
                                    Page 76

1    Q.  And who was it that told you you
2  needed to hire a licensed plumber?
3    A.  It was either Fluor inspectors or
4  it was MLU -- contractor, I guess.
5    Q.  So did you actually put the pipes
6  there for the sewer and just not tie it in
7  on those last few trailers?
8    A.  Yes.  On the last few.  I would
9  pipe it within 2 foot of the tie-in.  I was
10  not allowed to touch the city sewer at all,
11  but they still wanted us to actually pipe
12  it.
13    Q.  And "they" meaning who?
14    A.  Fluor.
15    Q.  And this came to you from the
16  inspector or from whom?
17    A.  From the inspector.
18    Q.  I believe you said that you put
19  down six piers for each of the trailers,
20  correct?
21    A.  Yes, ma'am.
22    Q.  How many anchors did you put down
23  for each trailer?
24    A.  Four.  Or, no, five.  There was
25  four on the trailer and one anchor on the

Page 77

1    Q.  And the supply yard was the --
2    A.  MLU.
3    Q.  Were you ever shown an example
4  trailer of "this is how you -- the trailer
5  needs to look when you're finished blocking
6  and anchoring it"?
7    A.  There was an example trailer at
8  the Fluor yard, or Fluor office
9  headquarters, or wherever it was.  I can't
10  remember which street it was on.  I could
11  drive to it right now, though.
12    It was basically, "Y'all need" --
13  one morning they said, "You need to ride by
14  here and look at it before you go back out."
15    I went there that morning and
16  walked around and it looked like every one
17  that I had ever set up.  So, okay, you know.
18  I didn't worry too much about studying it.
19    We walked around it for about 20
20  minutes looking at everything, and it was
21  basically what we had always been told.  And
22  we were told that any changes would be made
23  to that trailer in accordance to changes in
24  the plans that they wanted.
25    Q.  And was this -- the changes to the

Page 79

1  set of steps to stabilize those.
2    Q.  And did you have to build steps
3  for the trailers?
4    A.  At one point, yes, ma'am, and at
5  another point, they were having them built.
6  At one point, they were giving us kits to
7  put it together, with, like, wrought iron
8  steps that looked like somebody had made,
9  with little bolts and -- I don't know.
10    And then they had the metal ones
11  that another contractor had already built
12  for FEMA or Fluor, whoever it was.  I'm not
13  sure.
14    And then they -- at one time they
15  would give us a bunch of wood and tell us to
16  build a set of steps.  Kind of give us a
17  little drawing of what they wanted it to
18  look like.
19    Q.  And was that drawing a part of the
20  3 or 4-page paperwork that you would receive
21  on each trailer?
22    A.  No, I think that was a drawing
23  that "here's your wood and here's the
24  drawing of what it's supposed to look like
25  when you're done."  In the supply yard.

Page 78

1  plan, was this included within the packet
2  for each of trailers that you received?
3    A.  No, ma'am.
4    Q.  Did you ever see any -- this set
5  of plans?
6    A.  No, ma'am.
7    Q.  And who told you this?
8    A.  There was a guy standing outside
9  that trailer who had a Fluor badge on and he
10  said, "This is the way we want it."
11    That was late -- mid -- the first
12  part of February to mid-February, so we had
13  been down there a few months already before
14  we were introduced to the sample trailer.
15    Q.  But that sample trailer, like you
16  said, looked pretty much like the ones you
17  had already been setting up?
18    A.  Yes, ma'am.
19    Q.  Did you ever see a trailer that
20  had a bent frame when you were down there?
21    A.  No, ma'am.
22    Q.  When you were setting up some of
23  these trailers on their piers and anchoring
24  them down, did you ever bend a frame?
25    A.  No, ma'am.

Page 80

20  (Pages 77 to 80)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Gerald Paul Blanchard II

1   or something and he wanted the -- the
2   inspector wanted me to move the trailer to
3   the driveway so his father could have better
4   access to his front yard or something.
5        So he's not going to sign off on
6   my paperwork unless I do it, so I did it.
7        Q.   Okay.  And these are the only two
8   occasions that you recall having to rebuild
9   piers?
10       A.   There was one more.  It was off of
11  another area.  It was more toward downtown
12  New Orleans.  I'm trying to think of the --
13  the Elysian Fields area.  We built it in a
14  front yard that was mostly sand.
15       And it was one of those where --
16  it was right around the time where we didn't
17  know if we were supposed to tie into the
18  sewer or not.  And I couldn't get an
19  inspector to inspect it that day until he
20  talked to his supervisor to find out about
21  the sewer.
22       So the next morning, we went back
23  and we had to reblock one because it was off
24  level.  It had settled from the night
25  before.

                                        Page 85

1        Q.   And did you put it back in the
2   same place or did you move the trailer?
3        A.   I just releveled it in the same
4   place.  But to relevel it, I had to rejack
5   it and reset blocks.
6        Q.   Did you ever have any of the
7   trailers that you set up fail inspection?
8        A.   No, ma'am.  Because mainly, I
9   would -- I didn't leave the trailer until it
10  was signed off on.  So if they had any --
11  any complaints or any, you know, anything to
12  change, we would change it on-site.
13       Q.   Did you ever have to go back to a
14  trailer to do anything to it once your
15  paperwork had been signed off on by the
16  inspector?
17       A.   No, ma'am.  Once it was signed off
18  on, I was done with it.
19       Q.   And did you turn the paperwork
20  over to the inspector at that point, or did
21  you have to bring it somewhere else?
22       A.   I brought it back to the guy who
23  would hand it out that morning from -- what
24  are they, ML, MLU, or if it was a Kedo
25  Properties -- I don't know who he worked

                                        Page 86

1   for.
2        Q.   And what did you do with the keys
3   to the trailer?
4        A.   If I called the inspector, the
5   inspector took it over from there.  I never
6   had to use the keys because when we picked
7   them up, the trailer was unlocked anyway.
8        Q.   But you were given the keys to
9   each trailer?
10       A.   I think they were taped inside the
11  sink or inside the refrigerator or something
12  of the trailer, if I am recalling.
13       Q.   When you would go to leave after
14  the inspector was there, you would leave the
15  keys with him or were the keys just still on
16  the inside?
17       A.   He was there when I would leave,
18  so he would take over full responsibility
19  for it once he signed off.
20       In the instance of the one that I
21  had to go back to the next day, I actually
22  took the keys with me because I was still
23  responsible for that trailer.  And I met him
24  the next morning at that site and when he
25  signed off on my paperwork, I gave him the

                                        Page 87

1   keys.
2        Q.   And tell me what did that mean to
3   you, you had responsibility of the trailer?
4        A.   Well, it was still under my
5   responsibility to have it approved in that
6   yard or set up in that yard.
7        And he wasn't going to sign my
8   paperwork until I got it done.  So I didn't
9   want anybody going in and doing anything
10  with the job I had already done.
11       Q.   Tell me what else you had to do to
12  the trailers on the outside, other than
13  blocking, anchoring and setting up the --
14       A.   Plumbing.
15       Q.   -- the sewer system.  What else
16  did you do?
17       A.   Water.
18       Q.   What did you do concerning water?
19       A.   It was basically tying into the --
20  it was a water hose pretty much.  Tie it
21  into the house water or the resident's
22  water, if they had water.  If they didn't
23  have water, then that was out of my control
24  and the inspector would see it that way and
25  sign off on my job.

                                        Page 88

                              22  (Pages 85 to 88)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Videotaped Deposition of Gerald Paul Blanchard II

1    And the responsibility of getting
2 water to the house is not mine.  That was a
3 city deal, so --
4    Q.  So -- go ahead.  I'm sorry.
5    A.  Then we had the steps.  We had to
6 build the steps, or put the steps on, or
7 level the steps, however you want to say it.
8    Propane bottles.
9    Q.  What did you do with the propane
10 bottles?
11    A.  At first, we would put them on
12 there.  We would actually go in and light
13 the stove.  And then they had a trailer
14 around -- somewhere in January, I think,
15 explode, so then that changed that whole
16 requirement.
17    Q.  So originally, what would you --
18 would you actually put the propane bottles
19 on the trailer?
20    A.  Yes.
21    Q.  So you didn't pick it up with the
22 propane bottles already on the trailer?
23    A.  No.
24    Q.  So you would pick the propane
25 bottles up at the yard?

Page 89

1    Turn all the water on and let it
2 bleed out the lines that were in the
3 trailer, all the air and whatever was in the
4 lines.
5    Made sure the hot water heater
6 worked.  We would do that with the
7 inspector.  The inspector had a generator.
8 He would plug the trailer in.
9    I wasn't responsible for tying it
10 into electricity or anything.  That was
11 later.  That was a different contractor.
12    Q.  So the only way to test any of the
13 electrical things within the trailer was if
14 a generator was -- was brought to you?
15    A.  Yes.
16    Q.  You did not have a generator?
17    A.  I had a generator, but I was -- it
18 was not my responsibility to hook my
19 generator up to the trailer and I didn't
20 want to be liable, so I didn't.
21    Q.  And on each of the trailers,
22 before it was finished being inspected,
23 would the inspector hook up electricity via
24 generator to each of the trailers?
25    A.  Yes, ma'am.

Page 91

1    A.  At the supply yard.
2    Q.  Supply yard.  Okay.
3    And then you would go inside and
4 check the stove?
5    A.  Make sure it worked, bleed the gas
6 lines of all the air, light the stove, make
7 sure it worked.
8    Then we would unhook the bottles,
9 put them inside the trailer for the
10 residents when they got there.
11    Q.  And what else -- was there
12 anything else you had to do on the exterior
13 of the trailers?
14    A.  I do not recall anything else.
15    Q.  What did you do on the interior of
16 the trailers?
17    A.  Pulled all the wrapping off all
18 the little, I guess, it was garbage cans.
19 They had a little care package that they
20 gave them.  We would pull all that kind of
21 stuff out and set it out for them.
22    Go through the stove and pull all
23 the styrofoam and all the little tape off of
24 it.  Pull all the little tape off of the
25 refrigerator from hauling it.

Page 90

1    Q.  And were you with the inspector
2 the entire time that he was at the unit?
3    A.  No, ma'am.  Once he signed off on
4 my paperwork agreeing that my job was done,
5 then I was done.  I would go on to the next
6 job or --
7    Q.  When he was going through the
8 checklist of the things that you had done,
9 were you with him when he was performing
10 that check?
11    A.  Yes, ma'am.
12    Q.  Was there any other trailer that
13 you ever removed the jacks that were
14 provided on the trailer, or was that the
15 only one that you have talked to us about
16 already?
17    A.  I don't recall removing any more.
18    Q.  And the only reason you removed
19 that was because the inspector told you to?
20    A.  Yes, ma'am.
21    Q.  Do you know when Kedo Properties'
22 jobs started after the hurricanes?
23    A.  I have no clue.
24    Q.  The point when you started opening
25 up the doors and the roof vent and windows,

Page 92

23   (Pages 89 to 92)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

Videotaped Deposition of Gerald Paul Blanchard II

| | |
|---|---|
| 1 a U.S. Government FEMA employee? | 1 U.S. Government FEMA employees at the |
| 2     A.  No. | 2 Jazzland staging area? |
| 3     Q.  And you didn't see anyone at the | 3     A.  I was under the assumption that |
| 4 MLU yard that had any kind of FEMA uniform | 4 most of the people working there was working |
| 5 or insignia, either on their person or on | 5 for FEMA. |
| 6 their vehicle? | 6     Q.  Why did you make that assumption? |
| 7     A.  No. | 7     A.  Because they didn't have Fluor |
| 8     Q.  Now, from the MLU yard, I believe | 8 vehicles.  They didn't have Fluor badges. |
| 9 you said that you would then go to one of | 9 They -- most of the security for -- had |
| 10 these two trailer staging areas, right? | 10 badges and I think I remember something to |
| 11     A.  Yes. | 11 do with FEMA on them.  I'm not sure. |
| 12     Q.  And the only two trailer staging | 12     Q.  Do you ever remember anybody at |
| 13 areas that I think you talked about were at | 13 the Jazzland staging facility telling you |
| 14 Jazzland, the amusement park -- | 14 that they were with the U.S. Government or |
| 15     A.  Yes. | 15 FEMA? |
| 16     Q.  -- that's east of the city, right? | 16     A.  No. |
| 17     A.  Uh-huh. | 17     Q.  Do you ever remember seeing |
| 18     Q.  And the other one was at the | 18 anybody with "FEMA" on their clothing or on |
| 19 Lakefront Airport? | 19 their vehicle at that Jazzland facility? |
| 20     A.  Yes. | 20     A.  Not that I recall. |
| 21     Q.  And that's also east of the city, | 21     Q.  So you just assumed that FEMA had |
| 22 northeast, right? | 22 something to do with the Jazzland facility, |
| 23     A.  Uh-huh. | 23 right? |
| 24     Q.  And were those the only two | 24     A.  Well, they were distributing FEMA |
| 25 locations that you remember going to to pick | 25 trailers, so yeah. |
| Page 117 | Page 119 |
| 1 up trailer units? | 1     Q.  If I said that Jazzland was a |
| 2     A.  Yes. | 2 Fluor staging area, would you have any |
| 3     Q.  We will talk about Jazzland first. | 3 reason to dispute that with what you |
| 4        When you would go to Jazzland, you | 4 remember? |
| 5 would pull up in your own truck, right? | 5     A.  No. |
| 6     A.  Yes. | 6     Q.  What about -- was the Lakefront |
| 7     Q.  And you would already have picked | 7 Airport a similar deal to the Jazzland |
| 8 up the blocks and the other materials that | 8 staging facility? |
| 9 you were going to need for that day's work? | 9     A.  Yes. Yes. |
| 10     A.  Yes. | 10     Q.  Same deal, you would see some |
| 11     Q.  Once you showed up at Jazzland, | 11 contractor personnel picking up their |
| 12 that's when you would hook up and grab one | 12 trailers? |
| 13 of these trailers to take it out to whatever | 13     A.  Yes. |
| 14 homesite it was to be placed; is that right? | 14     Q.  But even at the Lakefront Airport |
| 15     A.  Yes. | 15 site, do you remember speaking with anyone |
| 16     Q.  At Jazzland, I assume you would | 16 that identified themselves as a U.S. |
| 17 see other subcontractors and workers like | 17 Government FEMA employee? |
| 18 yourself that were actually picking up and | 18     A.  No. |
| 19 then going out to install these trailers, | 19     Q.  And you didn't see anybody at that |
| 20 correct? | 20 site that had FEMA insignia or FEMA written |
| 21     A.  Yes. | 21 on their clothing or on their vehicle? |
| 22     Q.  Would you see any Fluor employees | 22     A.  Not that I recall. |
| 23 at the Jazzland staging area? | 23     Q.  I think you said that before you'd |
| 24     A.  I do not recall. | 24 leave these staging areas, they would throw |
| 25     Q.  Would you specifically see any | 25 a care package into the unit? |
| Page 118 | Page 120 |

30  (Pages 117 to 120)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Gerald Paul Blanchard II

1     A.  Yes.
2     Q.  What was in those packages?
3     A.  It was a garbage can that had
4  maybe like a coffee pot and a few dishes, a
5  pillow, some linens, and maybe a broom and a
6  mop.
7     Q.  Why were they throwing that stuff
8  in there?
9     A.  I guess for the residents to have
10  something.  Beyond that, I don't know.
11     Q.  When you would go out and install
12  these units at the homesites, I believe you
13  said that you would use six piers to block
14  up the unit and raise it, right?
15     A.  Yes.
16     Q.  And the unit would rest on these
17  six piers?
18     A.  Yes.
19     Q.  In your time installing units from
20  December of 2005 until February of 2006, did
21  you ever install a unit by using any number
22  of piers other than six?
23     A.  No.
24     Q.  You would always use the six
25  piers?

Page 121

1  of the stuff you saw when you were
2  installing these units.
3     My understanding from what you
4  said earlier was that when you would arrive
5  at an actual homesite to install the unit,
6  the space that you were to place the unit
7  itself had already been marked out for you,
8  right?
9     A.  Yes.
10     Q.  So you didn't personally have to
11  clear any debris at the actual homesite?
12     A.  Yes, we had to clear debris
13  certain times.
14     Q.  When would that happen?
15     A.  Maybe they had marked it and the
16  people had cleaned out their refrigerator or
17  whatever, brought all that out in the yard.
18  There may be one occasion like that.
19     There was one occasion where there
20  was a car that was parked in the driveway,
21  and they just painted the marks around the
22  car.  So we had to -- we had to move the car
23  out of the driveway before we set the
24  trailer.
25     Q.  Would you ever have to clear

Page 123

1     A.  Yes.
2     Q.  And at least until you said there
3  were issues with the city, so from December
4  of 2005 until February of 2006, when you
5  would install these units, there was also a
6  plumbing component to that installation,
7  right?
8     A.  Yes.
9     Q.  And that would require basically
10  hard-line connecting the trailer unit that
11  you had just installed to the city plumbing
12  system, correct?
13     A.  Yes.
14     Q.  And to properly plumb these units,
15  is it correct that the unit had to be
16  blocked up to a certain height so that you
17  would get the right amount of fall in those
18  plumbing lines?
19     A.  Yes.
20     Q.  And you couldn't get that fall
21  that you needed with the plumbing line
22  unless the unit was raised up to a certain
23  height off the ground.  Is that correct?
24     A.  Yes.
25     Q.  Let's talk for a minute about some

Page 122

1  debris off of city roads to get back to
2  where you needed to install the trailer?
3     A.  No.
4     Q.  That was always cleared out for
5  you?
6     A.  Yes.
7     Q.  Now, when you would go and install
8  the trailer, am I correct in assuming that
9  there would still be debris everywhere
10  around where you were installing the actual
11  trailer at a lot of these house sites?
12     A.  Yeah.
13     Q.  And most of these houses where you
14  were -- or most of these homesites where you
15  were installing the trailers had destroyed
16  houses on them at that point in time, right?
17     A.  Yes.
18     Q.  Would you ever see mold growing
19  everywhere?
20     A.  Yes.
21     Q.  Both on debris and near some of
22  these houses?
23     A.  Yes.
24     Q.  Would you ever see any other kind
25  of debris, like mud, tree branches, other

Page 124

31  (Pages 121 to 124)

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Gerald Paul Blanchard II

1   said earlier that you had a shellfish
2   allergy, right?
3       A.  Uh-huh.
4       Q.  Do you remember any other
5   allergies that they told you about?
6       A.  No.
7       Q.  Did they tell you one way or
8   another whether or not you were allergic to
9   mold of some sort?
10      A.  I don't recall.  The focus of the
11  study was shellfish so --
12      Q.  Understood.
13          And you don't remember one way or
14  another whether or not somebody has ever
15  tested you for allergies to different
16  grasses and trees?
17      A.  Not that I recall.
18      Q.  Or different types of molds?
19      A.  No.
20      Q.  That a -- you said there was a
21  pinkish-orange chemical that would be in the
22  water systems of these trailers when you
23  would first turn on the water system; is
24  that right?
25      A.  Yes.

Page 137

1       A.  Yes.
2       Q.  That's right?
3       A.  Yes.
4       Q.  And I believe you said that you
5   didn't start going through that process of
6   opening the doors, windows and the vents
7   until it started to get warmer outside,
8   correct?
9       A.  Yes.
10      Q.  By getting warmer outside, did it
11  ever get up to 90 degrees outside, even
12  during the months when you were installing
13  these trailers?
14      A.  I can remember a few days when it
15  was pretty warm and humid, but I don't know
16  exactly what the temperature was.
17      Q.  Would it be much hotter inside of
18  one of these sealed-up units than it would
19  be just in the air outside?
20      A.  Yes.
21      Q.  The units would get a lot hotter
22  on the inside?
23      A.  Yes.
24      Q.  And that is because, until you
25  opened up the door, that unit had been

Page 139

1       Q.  And would you find that in all the
2   trailers that you worked in?
3       A.  Mainly the -- the FEMA trailers,
4   the Cavaliers, or whatever they call them.
5       Q.  And by "FEMA trailers," am I
6   correct in saying that you mean the
7   bare-bones-on-the-outside units, the white
8   -- the pure white trailer units, rather than
9   units that would have slide-outs or decals
10  on the side?
11      A.  Yes.
12      Q.  So by "FEMA unit," we mean the
13  just all white unit?
14      A.  The white, generic,
15  three-windowed, one-door unit.
16      Q.  All right.  You talked earlier,
17  briefly, about how at some point, you
18  started opening doors, windows and the vents
19  inside of these trailer units when you would
20  go in them?
21      A.  Yes.
22      Q.  And that you would do that before
23  you put the unit up on blocks, and then
24  you'd put the unit up on blocks, and then
25  you would go inside of the unit.  Correct?

Page 138

1   sitting there sealed up?
2       A.  Yes.
3       Q.  And I believe you said you'd never
4   run the AC in any of these units, right?
5       A.  Not that I can recall.
6       Q.  And most -- they would not be
7   installed to the electricity at the point
8   when you were actually working with the
9   unit?
10      A.  No.
11      Q.  And you said that -- well, let me
12  ask you this question.  When you were going
13  out and installing these units, other than
14  the guy throwing in the care package at the
15  staging area, would you often be the first
16  person that would step foot inside a lot of
17  these travel trailer units when you'd get to
18  the home installation site?
19      A.  When we would be at the yard, we
20  would hook up and there would be somebody
21  who would walk through the trailer, either
22  with us or in our presence, and make sure
23  everything was -- like the toilet wasn't off
24  the floor, you know, everything was there.
25          There wasn't, like, an air

Page 140

35  (Pages 137 to 140)

PROFESSIONAL SHORTHAND REPORTERS, INC    (800) 536-5255
New Orleans * Baton Rouge * Covington * Shreveport                                              (504) 529-5255

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Gerald Paul Blanchard II

1  conditioner or something missing maybe.  I
2  don't know.  Just make sure everything was
3  nice.  Nothing broken.
4      Q.   Make sure it had what it was
5  supposed to have?
6      A.   Yes.
7      Q.   But other than that person, you'd
8  be the first person to go inside one of
9  these units once it was being made ready for
10 installation?
11     A.   As far as I'm aware of.
12     Q.   And you said that you noticed a
13 smell inside some of these units?
14     A.   Yes.
15     Q.   And that the smell would be worse
16 as it got warmer outside?
17     A.   Yes.
18     Q.   Is that why you started the
19 process of opening the doors and the windows
20 and the vents inside the units?
21     A.   Yes.
22     Q.   Because as it became hotter
23 outside, the smell increased and because the
24 smell increased, you wanted to air out and
25 vent the units?

Page 141

1      A.   Yes.
2      Q.   It would bother your -- what?  You
3  tell me.
4      A.   Eyes would burn, nose would burn.
5      Q.   Would your eyes burn and your nose
6  burn when it was cool outside and you were
7  working with these units?
8      A.   Not as bad.
9      Q.   The eyes would burn and the nose
10 would burn when it was hot outside and the
11 units were hot on the inside?
12     A.   Yes.
13     Q.   When you would air out the units
14 by opening the doors and the vents and the
15 windows, would that make the eye burning go
16 away and nose burning go away?
17     A.   No, it would make it more
18 tolerable.
19     Q.   It would make it better?
20     A.   Yes.
21     Q.   Your eyes would burn less and your
22 nose would burn less?
23     A.   Yes.
24     Q.   Did you ever go inside one of
25 these units once it had already been

Page 143

1      A.   Yes.
2      Q.   Did anyone have to instruct you to
3  do that or teach you how to do that?
4      A.   No.
5      Q.   Was it just common sense that, if
6  it smells inside of a unit, that you would
7  want to air it out?
8      A.   Yes.
9      Q.   Go ahead.
10     A.   There might be somebody -- I think
11 maybe when I mentioned it to, like, one of
12 the inspectors, they was like, "Well, yeah,
13 just air it out and it will be all right."
14     Q.   Would opening the doors, windows
15 and the vent make the smell go away over
16 time?
17     A.   It would make it tolerable.
18     Q.   And it would make the smell less
19 inside the unit?
20     A.   It would make the fumes less, I
21 guess you would say, where you could
22 tolerate them to go in.
23     Q.   Did the smell bother you?
24     A.   Yes.
25     Q.   Physically?

Page 142

1  occupied by a person?
2      A.   No.
3      Q.   Did you ever go inside one of
4  these travel trailer units once it already
5  had the air-conditioning running and was
6  occupied by a person?
7      A.   No.
8      Q.   Can you recall ever damaging a
9  unit while you were trying to jack it up and
10 put it on blocks?
11     A.   No.
12     Q.   You didn't ever damage a unit
13 while you were jacking it?
14     A.   No.
15     Q.   One of the items that you brought
16 with you here today is a transcript of a
17 statement that was given on May 5, 2009, in
18 Baton Rouge, Louisiana.  Is that right?
19     A.   Yes.
20     Q.   And did you have a chance to read
21 that statement prior to today's deposition?
22     A.   Yes.
23     Q.   When you gave this statement,
24 there was a court reporter there and video
25 person there; is that right?

Page 144

36  (Pages 141 to 144)