# Transcript of the Testimony of
# Videotaped Deposition of Paul J. LaGrange

### Date taken: July 1, 2009

In Re: FEMA Trailer Formaldehyde Products Liability Litigation

***Note***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com



EXHIBIT 17

## Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER          MDL NO. 1873
FORMALDEHYDE PRODUCTS         SECTION "N"(4)
LIABILITY LITIGATION          JUDGE ENGELHARDT

* * *

Videotaped Deposition of PAUL J. LaGRANGE, 256 Calumet Drive, Madisonville, Louisiana 70447, taken at the offices of Lambert & Nelson, 701 Magazine Street, New Orleans, Louisiana 70130, on Wednesday, the 1st day of July, 2009.

REPORTED BY:
   JAMES T. BRADLE, CCR
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255
VIDEOGRAPHER:
   MICHAEL BERGERON
   PROFESSIONAL SHORTHAND REPORTERS
   (504)529-5255

## Page 2

1  APPEARANCES:
2      T. CHRISTOPHER PINEDO
       ATTORNEY AT LAW
3      4550 JERICHO ROAD
       CORPUS CHRISTI, TEXAS 78413
4
       THE LAW OFFICES OF FRANK
5      J. D'AMICO, JR.
       (BY: FRANK J. D'AMICO, JR., ESQUIRE)
6      622 BARONNE STREET
       NEW ORLEANS, LOUISIANA 70113
7
           ATTORNEY FOR THE PLAINTIFFS
8
       MIDDLEBERG, RIDDLE & GIANNA
9      (BY: RICHARD A. SHERBURNE, JR., ESQ.)
       450 LAUREL STREET, SUITE 1101
10     BATON ROUGE, LOUISIANA 70801
11         ATTORNEYS FOR FLUOR ENTERPRISES,
           INC.
12
       DUPLASS, ZWAIN, BOURGEOIS,
13      PFISTER & WEINSTOCK
       (BY: KEVIN R. DERHAM, ESQUIRE)
14     3838 NORTH CAUSEWAY BOULEVARD
       SUITE 2900
15     METAIRIE, LOUISIANA 70002
16         ATTORNEYS FOR DEFENDANT,
           GULF STREAM COACH, INC.
17
       U.S. DEPARTMENT OF JUSTICE
18     (BY: ADAM M. DINNELL, ESQUIRE)
       CIVIL DIVISION
19     1331 PENNSYLVANIA AVENUE, N.W.
       ROOM 8210-N
20     WASHINGTON, D.C. 20004
21         ATTORNEYS FOR DEFENDANT, UNITED
           STATES OF AMERICA

## Page 3

1  APPEARANCES CONTINUED:
2      NELSON MULLINS
       (BY: AMANDA N. SHELTON, ESQUIRE -
3           VIA TELEPHONE)
       201 17TH STREET NW, SUITE 1700
4      ATLANTA, GEORGIA 30363
5          ATTORNEYS FOR DEFENDANT,
           FLEETWOOD ENTERPRISES, INC.
6
       ALLEN & GOOCH
7      (BY: LORI A. DAIGLE, ESQUIRE)
       3900 N. CAUSEWAY BOULEVARD
8      SUITE 1450
       METAIRIE, LOUISIANA 70002
9
           ATTORNEYS FOR DEFENDANT,
10         HEARTLAND RECREATIONAL VEHICLES,
           LLC
11
       FRILOT LLC
12     (BY: A.J. KROUSE, ESQUIRE)
       1100 POYDRAS STREET
13     3700 ENERGY CENTRE
       NEW ORLEANS, LOUISIANA 70163
14
           ATTORNEYS FOR DEFENDANT,
15         BECHTEL NATIONAL, INC.
16     BAKER DONELSON
       (BY: GERARDO R. BARRIOS, ESQUIRE)
17     3 SANCTUARY BOULEVARD, SUITE 201
       MANDEVILLE, LOUISIANA 70471
18
           ATTORNEYS FOR DEFENDANTS,
19         CH2M HILL CONSTRUCTORS, INC. AND
           SHAW ENVIRONMENTAL, INC.
20
       WILLINGHAM, FULTZ & COUGILL
21     (BY: THOMAS L. COUGILL, ESQUIRE -
            VIA TELEPHONE)
22     NIELS ESPERSON BUILDING
       808 TRAVIS, SUITE 1608
23     HOUSTON, TEXAS 77002
24         ATTORNEYS FOR DEFENDANTS,
           JAYCO, INC. AND STARCRAFT
25         RV, INC.

## Page 4

1  APPEARANCES CONTINUED:
2      GIEGER, LABORDE & LAPEROUSE, LLC
       (BY: CARSON STRICKLAND, ESQUIRE -
3           VIA TELEPHONE)
       701 POYDRAS STREET
4      SUITE 4800
       NEW ORLEANS, LOUISIANA 70139
5
           ATTORNEYS FOR DEFENDANT, FOREST
6          RIVER, INC.
7      GARRISON, YOUNT, FORTE &
       MULCAHY, L.L.C.
8      (BY: RANDALL C. MULCAHY, ESQUIRE -
            VIA TELEPHONE)
9      909 POYDRAS STREET
       SUITE 1800
10     NEW ORLEANS, LOUISIANA 70112
11         ATTORNEYS FOR DEFENDANTS,
           RECREATION BY DESIGN, LLC, TL
12         INDUSTRIES, INC., FRONTIER
           RV, INC. AND PLAY'MOR TRAILERS,
13         INC.
14     JONES, WALKER, WAECHTER, POITEVENT,
       CARRERE & DENEGRE, LLP
15     (BY: RYAN E. JOHNSON, ESQUIRE -
            VIA TELEPHONE)
16     FOUR UNITED PLAZA
       8555 UNITED PLAZA BOULEVARD
17     BATON ROUGE, LOUISIANA 70809
18         ATTORNEYS FOR DEFENDANTS,
           KEYSTONE RV COMPANY, THOR
19         CALIFORNIA, THOR INDUSTRIES,
           DUTCHMEN MANUFACTURING, DS CORP
20         (d/b/a CROSSROADS RV) AND KZ RV,
           LP

\* \* \*

EXAMINATION INDEX

Page

EXAMINATION BY MR. DERHAM .............9
EXAMINATION BY MR. DINNELL ..........174
EXAMINATION BY MR. SHERBURNE ........208
EXAMINATION BY MR. DERHAM ...........227
EXAMINATION BY MR. SHERBURNE ........300
EXAMINATION BY MR. DERHAM ...........301
EXAMINATION BY MR. DINNELL ..........313
EXAMINATION BY MR. PINEDO ...........318

\* \* \*

INDEX OF EXHIBITS

Page

Exhibit No. 1 .........................9
Notice of Video-Taped Deposition of Paul LaGrange

Exhibit No. 2 ........................17
Document provided by Mr. LaGrange at the deposition labeled "Appendix C"

Exhibit No. 3 ........................20
Mr. LaGrange's handwritten time log and invoice

Exhibit No. 4 ........................28
Curriculum Vitae of Paul LaGrange

Exhibit No. 5 ........................28
Mr. LaGrange's History of Depositions & Trials

Exhibit No. 6 ........................29
Inspection Report prepared by LaGrange Consulting, LLC for Al Mallet, Jr.

Exhibit No. 7 .......................125
ASTM E1827, Standard Test Methods for Determining Airtightness of Buildings Using an Orifice Blower Door (ALX-EXP-36-000018 through 000029)

Exhibit No. 8 .......................221
Snapshot of a software program called Rembrandt (ALX-EXP-36-000065)

Exhibit No. 9 .......................224
Copy of web page of Build It Solar, The Renewable Energy site for Do-It-Yourselfers

Exhibit No. 10 ......................290
Copy of photo

Exhibit No. 11 ......................300
Copy of photograph (LAGRANGE-000001 and XPL001-000001)

Page 5

Page 6

S T I P U L A T I O N

It is stipulated and agreed by and between counsel for the parties hereto that the deposition of the aforementioned witness is hereby being taken for all purposes allowed under the Federal Rules of Civil Procedure, in accordance with law, pursuant to notice;

That the formalities of reading and signing are specifically not waived;

That the formalities of filing, sealing, and certification are specifically waived;

That all objections, save those as to the form of the question and the responsiveness of the answer, are hereby reserved until such time as this deposition, or any part thereof, may be used or sought to be used in evidence.

\* \* \*

JAMES T. BRADLE, CCR, Certified Court Reporter, officiated in administering the oath to the witness.

Page 7

THE VIDEOGRAPHER:

We're on the record. The time is approximately 9:14. Today is the 1st day of July, 2009. This is the videotaped deposition of Mr. Paul LaGrange taken at the offices of Lambert & Nelson located at 701 Magazine Street, New Orleans, Louisiana, for the case entitled "FEMA Trailer Formaldehyde Products Liability Litigation."

Would counsel please identify themselves and which party they represent.

MR. PINEDO:

Chris Pinedo for the plaintiffs.

MR. DERHAM:

Kevin Derham or behalf of Gulf Stream.

MR. DINNELL:

Adam Dinnell for defendant, United States.

MR. SHERBURNE:

Richard Sherburne for Fluor Enterprises, Inc.

MR. KROUSE:

A.J. Krouse on behalf of Bechtel National.

Page 8

2 (Pages 5 to 8)

PROFESSIONAL SHORTHAND REPORTERS, INC   (800) 536-5255                                                (504) 529-5255
New Orleans \* Baton Rouge \* Covington \* Shreveport

1  examination differently than you would in a
2  house built on a foundation?
3     A   No, sir, the calculations are the
4  same.
5     Q   And the same question with regard
6  to a U-value examination, have you ever
7  heard somebody say that you ought to do a
8  U-value examination, such as you did, in a
9  different fashion in a travel trailer as you
10 would in a house that's built on a
11 foundation?
12    A   No, sir.  The steps are the same.
13    Q   Can you think of any scientific
14 basis by which you would do a blower door
15 test differently on a travel trailer as
16 opposed to a house that is built on a
17 foundation?
18    MR. SHERBURNE:
19       Objection.
20    MR. DINNELL:
21       Objection.
22    MR. DERHAM:
23       Objection.
24    THE WITNESS:
25       I cannot, no, sir.
                                    Page 297

1     MR. BARRIOS:
2        I join in the objection.
3  EXAMINATION BY MR. PINEDO:
4     Q   Let me ask you, as an energy
5  engineering expert, can you think of any
6  rational reason to do a blower door test
7  differently on a travel trailer than a house
8  that's built on a foundation?
9     MR. DERHAM:
10       Object to form.
11    MR. SHERBURNE:
12       Objection.
13    MR. BARRIOS:
14       Objection to form.
15    THE WITNESS:
16       As an energy efficiency
17 consultant, the answer is no, I can't think
18 of any reason why I would do it differently.
19 EXAMINATION BY MR. PINEDO:
20    Q   There were some objections.  Let
21 me ask you a different question.
22       As an energy efficiency consultant
23 and expert, can you think of any reason to
24 do a blower door test differently on a
25 travel trailer than you would on a house
                                    Page 298

1  that was built on a foundation?
2     MR. DERHAM:
3        Object to form.
4     MR. BARRIOS:
5        Object.
6     THE WITNESS:
7        No, sir.
8  EXAMINATION BY MR. PINEDO:
9     Q   The site of the travel trailer as
10 we see in LaGrange Exhibit No. 10, is that
11 consistent with the way you recollect it
12 when you observed it on May 7th when you
13 conducted your blower door test?
14    A   Yes, sir, it is.
15    MR. PINEDO:
16       I pass the witness.
17    THE WITNESS:
18       Can we take a real quick bathroom
19 break?
20    MR. DERHAM:
21       That's what I was just going to
22 say.
23    THE VIDEOGRAPHER:
24       We're off the record.  It's 4:19.
25 (Discussion off the record.)
                                    Page 299

1     THE VIDEOGRAPHER:
2        Back on the record.  It's 4:26.
3  EXAMINATION BY MR. SHERBURNE:
4     Q   Mr. LaGrange, I'm going to show
5  you what I have marked as Exhibit 11, and
6  ask you to look at the object in that
7  picture and tell me if you recognize it?
8     A   Yes, sir.  That's the trailer we
9  tested at the Lottie site.
10    Q   Would you hold it up where the
11 camera can zoom in on it, please, like you
12 have been doing for Mr. Pinedo?
13    A   (Indicating).
14    Q   Is that a building, sir?
15    A   Sure.
16    Q   You have been a contractor for 20
17 years?
18    A   Yes.
19    Q   Have you ever built anything like
20 this?
21    A   I built metal sheds, yes.
22    Q   Have you ever built a travel
23 trailer?
24    A   No, sir, I have not.
25    Q   Other than this travel trailer,
                                    Page 300

75 (Pages 297 to 300)

```
 1  have you ever tested for duct leakage or
 2  overall leakage any other travel trailer of
 3  less than 250 square feet?
 4      A   No, sir, I have not.
 5      MR. SHERBURNE:
 6          Thank you.  That's all the
 7  questions I have.
 8      EXAMINATION BY MR. DERHAM:
 9      Q   Mr. LaGrange, just a couple more
10  questions to follow up on your testimony you
11  just gave.
12          You were mentioning a Department
13  of Energy regulation pertaining to allowable
14  leakage of six cubic feet per minute, per
15  100 square feet?
16      A   That's correct.
17      Q   Do you recall answering those
18  questions?
19      A   Duct leakage to the outside.
20      Q   Okay.  What is that regulation?
21      A   That is a regulation, the
22  Department of Energy and EPA through the
23  performance programs such as Energy Star,
24  Builders Challenge, Build America programs,
25  that is a standard they have put in place
                                        Page 301
```

```
 1  for allowable duct leakage to the outside
 2  for the heating/cooling system.
 3      Q   That regulation, that reference
 4  doesn't show up anywhere in your report,
 5  does it?
 6      A   No, sir, it does not.
 7      Q   Okay.  And you gave an opinion
 8  about how the duct leakage -- I mean, the
 9  air leakage findings that you determined
10  existed at the Alexanders' trailer unit in
11  May of 2009, you gave an opinion as to how
12  that compared with the Department of Energy
13  standard, didn't you?
14      A   Yes, sir, I did.
15      Q   Okay.  That comparison opinion is
16  nowhere in your report, is it?
17      A   No, sir, it's not.
18      Q   You referenced a standard, an ACH,
19  air changes per hour natural of .35 for
20  long-term occupied structures.  Do you
21  recall giving that testimony?
22      A   For homes, yes.
23      Q   Okay.  For homes?
24      A   Yes.
25      Q   Okay.  What is that standard and
                                        Page 302
```

```
 1  where is that from?
 2      A   Again, it was developed through
 3  the building science community and it's been
 4  accepted and adopted by the Build America
 5  program, Energy Star, Builders Challenge.
 6  It's also referenced in the 2003
 7  International Energy Conservation Code.
 8      Q   That standard and those references
 9  don't show up anywhere in your report, do
10  they?
11      A   No, sir, they do not.
12      Q   And you also gave a comparison of
13  the data you measured at the Alexander
14  trailer unit in May of 2009 of 1.658 natural
15  air changes per hour and how that compared
16  to the .35 number; did you not?
17      A   Yes, sir, I did.
18      Q   And that comparison and that
19  opinion shows up nowhere in your report,
20  correct?
21      A   That is correct, it doesn't show
22  up in my report.
23      Q   I believe you were also asked
24  about a Btu gain standard?
25      A   No, sir.
                                        Page 303
```

```
 1      Q   Okay.  I apologize.  I thought I
 2  heard you say that.  You don't have any data
 3  in your report reflecting what, if any,
 4  total air leakage was determined for the
 5  Alexander trailer unit in May of 2009 that
 6  is actually measured minus three to minus
 7  five pressure state, do you?
 8      A   I'm sorry.  Say that again,
 9  please.
10      Q   You don't have any data in your
11  report that reflects what the air leakage,
12  if any, was in the Alexander trailer unit in
13  May of 2009 at the time you actually
14  measured the pressure differential to be a
15  negative three to negative five Pascal
16  situation?
17      A   It's not in my report, no, sir.
18      Q   Okay.  It would be less than
19  246 cubic feet per minute, wouldn't it,
20  because that's what it was at minus 50
21  Pascals?
22      A   Yes, sir, it would be less.
23      Q   I think you were asked about the
24  ASTM standard on the blower door test in
25  taking the wind speed and temperature
                                        Page 304
```

76 (Pages 301 to 304)