# Transcript of the Testimony of
# Videotaped Deposition of Charles David Moore, PE, PLS

**Date taken: June 30, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

**\*\*Note\*\***
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

EXHIBIT 18

## Page 1

```
           UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA


IN RE:  FEMA TRAILER        MDL NO. 1873
FORMALDEHYDE PRODUCTS       SECTION "N"(4)
LIABILITY LITIGATION        JUDGE ENGELHARDT

                * * *

     Videotaped Deposition of CHARLES DAVID
MOORE, PE, PLS, 1833 East Main Street, New
Iberia, Louisiana 70560, taken at the
offices of Lambert & Nelson, 701 Magazine
Street, New Orleans, Louisiana 70130, on
Tuesday, the 30th day of June, 2009.

REPORTED BY:
     JAMES T. BRADLE, CCR
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
VIDEOGRAPHER:
     MICHAEL BERGERON
     PROFESSIONAL SHORTHAND REPORTERS
     (504)529-5255
```

## Page 2

```
 1  APPEARANCES:
 2     T. CHRISTOPHER PINEDO
        ATTORNEY AT LAW
 3      4550 JERICHO ROAD
        CORPUS CHRISTI, TEXAS 78413
 4
          ATTORNEY FOR THE PLAINTIFFS
 5
        MIDDLEBERG, RIDDLE & GIANNA
 6      (BY: CHARLES R. PENOT, JR., ESQ.)
        717 NORTH HARWOOD, SUITE 2400
 7      DALLAS, TEXAS 75201
 8        ATTORNEYS FOR FLUOR ENTERPRISES,
          INC.
 9
        DUPLASS, ZWAIN, BOURGEOIS,
10      PFISTER & WEINSTOCK
        (BY: KEVIN R. DERHAM, ESQUIRE
11       AND PHILIP G. WATSON, ESQUIRE)
        3838 NORTH CAUSEWAY BOULEVARD
12      SUITE 2900
        METAIRIE, LOUISIANA 70002
13
          ATTORNEYS FOR DEFENDANT,
14        GULF STREAM COACH, INC.
15      U.S. DEPARTMENT OF JUSTICE
        (BY: ADAM M. DINNELL, ESQUIRE)
16      CIVIL DIVISION
        1331 PENNSYLVANIA AVENUE, N.W.
17      ROOM 8210-N
        WASHINGTON, D.C. 20004
18
          ATTORNEYS FOR DEFENDANT, UNITED
19        STATES OF AMERICA
20      NELSON MULLINS
        (BY: AMANDA N. SHELTON, ESQUIRE -
21       VIA TELEPHONE)
        201 17TH STREET NW, SUITE 1700
22      ATLANTA, GEORGIA 30363
23        ATTORNEYS FOR DEFENDANT,
          FLEETWOOD ENTERPRISES, INC.
24
25
```

## Page 3

```
 1  APPEARANCES CONTINUED:
 2     ALLEN & GOOCH
       (BY: BRENT M. MAGGIO, ESQUIRE)
 3     3900 N. CAUSEWAY BOULEVARD
       SUITE 1450
 4     METAIRIE, LOUISIANA 70002
 5       ATTORNEYS FOR DEFENDANT,
         HEARTLAND RECREATIONAL VEHICLES,
 6       LLC
 7     FRILOT LLC
       (BY: PETER R. TAFARO, ESQUIRE)
 8     1100 POYDRAS STREET
       3700 ENERGY CENTRE
 9     NEW ORLEANS, LOUISIANA 70163
10       ATTORNEYS FOR DEFENDANT,
         BECHTEL NATIONAL, INC.
11
       BAKER DONELSON
12     (BY: WADE M. BASS, ESQUIRE)
       3 SANCTUARY BOULEVARD, SUITE 201
13     MANDEVILLE, LOUISIANA 70471
14       ATTORNEYS FOR DEFENDANTS,
         CH2M HILL CONSTRUCTORS, INC. AND
15       SHAW ENVIRONMENTAL, INC.
16     WILLINGHAM, FULTZ & COUGILL
       (BY: THOMAS L. COUGILL, ESQUIRE -
17      VIA TELEPHONE)
       NIELS ESPERSON BUILDING
18     808 TRAVIS, SUITE 1608
       HOUSTON, TEXAS  77002
19
         ATTORNEYS FOR DEFENDANTS,
20       JAYCO, INC. AND STARCRAFT
         RV, INC.
21
22
23
24
25
```

## Page 4

```
 1  APPEARANCES CONTINUED:
 2     GARRISON, YOUNT, FORTE &
       MULCAHY, L.L.C.
 3     (BY: RANDALL C. MULCAHY, ESQUIRE -
        VIA TELEPHONE)
 4     909 POYDRAS STREET
       SUITE 1800
 5     NEW ORLEANS, LOUISIANA 70112
 6       ATTORNEYS FOR DEFENDANTS,
         RECREATION BY DESIGN, LLC, TL
 7       INDUSTRIES, INC., FRONTIER
         RV, INC. AND PLAY'MOR TRAILERS,
 8       INC.
 9     JONES, WALKER, WAECHTER, POITEVENT,
       CARRERE & DENEGRE, LLP
10     (BY: JAMES C. PERCY, ESQUIRE -
        VIA TELEPHONE)
11     FOUR UNITED PLAZA
       8555 UNITED PLAZA BOULEVARD
12     BATON ROUGE, LOUISIANA 70809
13       ATTORNEYS FOR DEFENDANTS,
         KEYSTONE RV COMPANY, THOR
14       CALIFORNIA, THOR INDUSTRIES,
         DUTCHMEN MANUFACTURING, DS CORP
15       (d/b/a CROSSROADS RV) AND KZ RV,
         LP
16
17
18  ALSO PRESENT:
19     LEONARD C. QUICK, P.E.
20
21
22
23
24
25
```

```
 1  this case?
 2      A   Probably, yes.
 3      Q   In Paragraph 3.3, and I think we
 4  have been over this, The Manual of Steel
 5  Construction, The Timber Construction
 6  Manual, and ASCE 7-05, Minimum Design Loads
 7  for Buildings and Other Structures, and HUD,
 8  Part 3280, you are not saying that any of
 9  those are applicable by their own terms to
10  travel trailers, are you?
11      A   Not directly to travel trailers.
12  The Manual of Steel Construction would go
13  directly to the design of the steel
14  framework and to determine proper loading
15  and those kinds of things.
16          The Timber Construction Manual,
17  the same kind of thing, is that they don't
18  directly relate to travel trailers
19  specifically, but just to the design of
20  timber members and wood members in general.
21          ASCE 7-05, again, is the standard
22  that we would normally use for buildings and
23  other structures to determine what kind of
24  loads are applicable to everything from
25  warehouses and commercial buildings down to
                                        Page 189
```

```
 1  residences.
 2      Q   By the way, you used the edition
 3  7-05, correct?
 4      A   Yes.
 5      Q   And does that "05" mean that's the
 6  2005 edition?
 7      A   That is correct.  Yes.  Right.
 8      Q   And this trailer was built in
 9  December of 2004; is that right?
10      A   That's correct.
11      Q   So why is this the applicable
12  edition of the ASCE --
13      A   It's the most current that I
14  have --
15      Q   Let me finish.
16      A   Okay.
17      Q   -- ASCE 7-05?
18      A   Okay.  ASCE 7 is the general
19  terminology for that.  That was the edition
20  that I have handy on my computer, is the
21  7-05.  I just happen to know that there's
22  not a huge difference in the documents from
23  7-02, I believe it is, which was the
24  previous version of that, so I just used
25  that one because it was the most handy.
                                        Page 190
```

```
 1      Q   And can you cite me to any
 2  building code that says that ASCE 7 is
 3  applicable to travel trailers?
 4      A   No.
 5      Q   By the way, what -- Hold on a
 6  second.  I'm sorry.  What governing local or
 7  municipal building code was in effect when
 8  this Alexander travel trailer was first
 9  installed in February of '06; do you know?
10      A   The building code, I don't really
11  know what New Orleans has.  I don't do a lot
12  of work in New Orleans specifically for
13  buildings and for any other thing, for that
14  matter.
15          New Orleans is known as a quirky
16  place all the way around, because they have
17  their own set of rules for just about
18  everything.
19          I would suspect that it's the
20  International Building Code 2002 or 2003.  I
21  forget which version was applicable at that
22  time.  But I would suspect it's the
23  International Building Code would be their
24  governing building code.
25      Q   And do you know if their governing
                                        Page 191
```

```
 1  building code would have applied to the
 2  installation of this travel trailer?
 3      A   I think that's probably an item
 4  that does not get directly referenced in any
 5  building code.  I would think that the
 6  building code authorities here would apply,
 7  at least some portions of that building code
 8  to these travel trailers, knowing that they
 9  were being used for a quasi-permanent
10  residential unit.  But that would be, again,
11  that would be a guess on my part.
12      Q   You didn't know what position they
13  were taking as of February, '06, in the wake
14  of Katrina?
15      A   I do not know that, no.
16      Q   I got a question for you on the
17  top of Page 4, Paragraph 4.2.1, but you
18  might need to just look at it in context by
19  reading the whole paragraph.  It's 4.2.1 of
20  Moore 1.
21          Your report says just some general
22  descriptions, and then you say it's -- When
23  you're looking at the trailer, when you're
24  first seeing the trailer, correct, is that
25  what that paragraph is about?
                                        Page 192
```