EXHIBIT 7
TRAVEL TRAILER INSTALLATION

# 1. GENERAL

All work performed shall be in accordance with all applicable federal, state and local codes and regulations. The provisions herein and typical details shall not be construed as lowering standards established by local laws, ordinances or regulations

The contractor must be, or have employed, registered/licensed technicians (Plumbers, electricians' etc.) to conform to State and local requirements for installing and/or hooking up systems or repairing defects involving their particular trade. It is the contractor's responsibility to obtain all proper licenses and permits to set-up the units. Locally required permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance.

All trenches shall be back filled, tamped, or rolled to the maximum practical density to avoid settlement damage to sewer, water, or gas lines. All construction debris, waste and excess material shall be cleaned and removed from all waste sites. Contractor shall be available for move-in inspection.

The following installation items represent minimum requirements. Requests for exceptions or substitutions must be approved by FEMA in writing prior to performing the work. Approval will be on an individual basis based on availability of materials or conditions peculiar to the intent of installation or work.

The contractor shall position the travel trailer on the lot as staked. In the absence of staking, the contractor shall position the travel trailer in a manner to utilize the most practical direct path from the utility connections. (Sewer line, electric, water, etc.)

# 2. BASIC TRAVEL TRAILER SET-UP

### 2.1.1 Delivery of Travel Trailer:

Towing shall be from the staging area to designated sites as identified. The travel trailer shall be properly placed, position, and aligned on the site. The towing operator shall be properly licensed and insured to protect the Government's interest.

### 2.1.2 Blocking and Leveling

The Contractor shall clean away all grass roots, loose dirt, rocks or debris where at the base of the piers. Travel trailers shall be set-up on concrete piers and after the weigh of the travel trailer is transferred to the piers, if the unit is not leveled properly the contractor will reinstall the unit at no additional cost to the government. The travel trailer set-up will also include a minimum of six piers (three on each side) evenly spaced. The end piers should not be directly on the end of the unit, but approximately six inches off the edge of the unit. The Contractor shall provide a base for each pier. The base will be ¾"x 24" x 24" exterior grade plywood. The piers will have at a minimum two solid cap blocks on the base and two solid cap blocks at the top of the piers.

Exhibit 7– Page 1

FL-FCA-000113

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The space between the top of the pier's solid cap blocks and the bottom of the travel trailer I-beam frame shall not exceed seven inches (7"). Up to four inches (4") of this space may be filled with a solid concrete block laid parallel to the travel trailer steel I-beam frame. Up to three inches (3") of this space may be filled with blocking timber and wedges laid perpendicular to the travel trailer steel I-beam. No more than one inch (1") of this area shall be shimmed with wedges.

After the weight of the travel trailer is transferred to the concrete piers, the piers must be vertically aligned and tightly shimmed with wooden wedges. If the piers are not vertical at the time of final inspection, they shall be removed and reinstalled by the Contractor at no additional cost. The Contractor will be responsible for all necessary re-leveling and re-blocking of the travel trailer for a period of 90 days after final inspection.

## 2.1.3 Anchoring and Straps

The contractor shall install two (2) anchors per side (total 4). All anchors must be placed, driven, or augured so that the individual anchor will withstand a withdrawal pull with no more than two (2) inch vertical displacements (FEMA will direct the contractor to anchor and strap the unit if the travel trailer is located within a flood zone A). If the above methods of anchoring do not pass the displacement tests for an anchor, the contractor shall notify the COTR and shall provide an equivalent alternate anchorage system for approval. The location of the straps shall be two on the tongue of the unit, and two on the back bumper of the unit. Each strap shall extend from one turnbuckle on the anchor head, and wrap one time around the tongue or the back bumper, respectively, before being attached to the other turnbuckle on the anchor head.

The strap shall be 1.25" X .035" cold rolled galvanized steel, as per Federal Specification QQ-S-781 G for Type 1 Class B, Grade 1 strapping. The anchor straps shall be snug and in a near vertical position.

## 2.1.4 Sewer Line Installation to Travel Trailer above Ground

Sewer line installation from the sewer riser and connection to the travel trailer is to be provided by use of 3" hard ABC or PVC, Schedule 40.

The line shall be of the shortest practical. At sites with a sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser, up to 50 feet. If a sewer riser is not in place, a clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

The nominal inside diameter of the unit sewer connection shall not be less than three inches (3"). The slope shall be continuous and at least one-quarter inch (1/4") per foot and no more than one-half inch (1/2") per foot. Overhead (hanging) sewer straps shall be placed at four-foot (4') intervals (maximum) to prevent any deflections.

Exhibit 7– Page 2

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The fitting between the travel trailer sewer line and sewer riser (placed above ground) will be one of the following:

(1) An approved 4" x 3" adapter, or (2) the lower end of the travel trailer sewer line shall extend at least four inches (4") below the rim of the riser with an air tight connection provided by the use of a rubber ring. Pipe shall be rigid PVC sewer pipe ASTM D-2727; or Schedule 40 ASTM D-2261. The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection. Sewer piping shall be installed in accordance with local codes and the Uniform Plumbing Code. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no addition cost. The above ground line shall be properly sealed where it connects to sewer riser. The above ground sewer line shall be strapped and secured properly every 4 feet. This Line Item includes up to 50 linear feet of above ground 3" sewer.

## 2.1.5   Water Line Installation to Travel Trailer above Ground

Water line installation from the existing service connection to the travel trailer service pipe is to be provided by use of approved RV water hose, up to 50 feet. For sites with water service riser already installed; the Contractor will make the connection between the travel trailer connecting point and the riser. A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection). The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost.

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection. Water piping shall be installed in accordance with local codes and the Uniform Plumbing Code. All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. RV hose shall be capable of withstanding constant exposure to weather elements (i.e. heat and sunlight). A pressure regulator valve is required on the supply inlet. This Line Item includes up to 50 feet of potable water hose, anti-siphon valve, and any required pressure reducing device.

Exhibit 7– Page 3

FL-FCA-000115

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

### 2.1.6 Direct Wiring of Travel Trailer

The Contractor shall provide connection of service from the electrical assembly to the travel trailer weatherproof electrical disconnect pedestal (box) up to 50 feet. The Power supply cable shall be furnished with the travel trailer. Whenever possible the contractor shall provide above ground electrical service from the applicant's panel box to RV disconnect. The weatherproof disconnect box or RV receptacle box will be provided and installed, by the contractor, at a point near the travel trailer to permit connection of existing power cord. The weatherproof disconnect box will be equipped with the appropriate breaker to provide an approved 30 Amp service and mounted on a treated 4"X4" post or the equivalent. The bottom of weatherproof disconnect box will be a minimum of 10" above ground level. Installation of electrical service will meet all federal, state, and local codes and requirements. This Line Item includes up to 50 feet of above ground direct wiring.

Note: Travel trailers that are all electric models will require a 50 AMP service and circuit breaker. The requirements are as above, amended to 50 AMP service and circuit breaker. The increased cost of the 50 AMP service and circuit breaker shall be offset by the lack of a LP gas requirement for the unit.

### 2.1.7 Fill Propane Tanks.

Fill both tanks and inspect connections.

### 2.1.8 Steps

If required, the Contractor shall install steps at each travel trailer entrance. All wooden steps shall be made of exterior grade framing lumber. The Contractor shall prepare the grade and construct a level step, such that the step is centered on the door and safely beneath with the doorsill in a manner that does not represent a trip or safety hazard. The step must not impede the opening or closing of the door or restrict occupant entrance or exit. The steps will be constructed of wood thirty-six inches (36") wide. Handrails constructed with 2" x 4" safety edge lumber shall be provided on all steps and installed on both sides of the steps. If steps are needed a handrail will be installed in a manner to assist the occupant exiting or entering the platform. The platform and steps shall have a stable and secure foundation, be level in both directions and anchored. All handrails shall be sanded and painted with one coat of white paint. The contractor shall provide all supplies and materials.

### 2.1.9 Make Travel Trailer Ready For Occupancy (RFO).

i) **Assemble Accessories and Arrange for Use:**
 (a) Arrange all furniture for occupancy;
 (b) Clean and mount storm window panels;
 (c) Install drawers;
 (d) Remove window clips; travel blocking and protective taping;
 (e) Hang fire extinguisher (report low charge to FEMA inspector);
 (f) Mount exterior light fixtures, and install bulbs;
 (g) Install interior light globes and covers;

Exhibit 7– Page 4

FL-FCA-000116

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

 (h) Install screens;
 (i) Re-install any fallen curtains;
 (j) Install cabinet door panels and other knockout panels;
 (k) Install commode tank lid; and
 (l) Repair, if necessary, cabinet/door/drawer hardware.
ii) **Activate Utility Systems and Make Minor Repairs: (All parts changed must be of same quality.)**
 (a) Test water system and make minor repairs (i.e., tighten, adjust, or replace fittings, flare nuts, faucet washers, ball cocks, shower diverters, faucet sets, etc.);
 (b) Verify hot/cold water lines, reverse if required;
 (c) Tighten or replace loose drain line connections (traps, strainer assemblies, etc.);
 (d) Replace commode wax ring and tank gaskets, as needed;
 (e) Tighten loose connections in electrical system; and
 (f) Test electrical circuits and replace bulbs, breakers, switches, or receptacles, as needed.
iii) **Test Appliances and Appurtenances:**
 (a) Activate, test and make any necessary minor repairs to the refrigerator, range, furnace, air conditioner, and water heater for proper operations. Adjust pilots and burners, change orifices, water heater elements, etc., as needed;
 (b) Test smoke detector and replace if faulty. Defective smoke detectors provided by FEMA or manufacturer upon receipt of damaged one; and
 (c) Test exhaust fans for proper operation, repair as needed.
iv) **Final Clean-Up and Readiness:**
 (a) Clean floors, counters, kitchen equipment, bath fixtures, and windows as needed;
 (b) Perform any other minor work required to prepare the unit for occupancy (i.e., door adjustments, refasten moulding and panels, etc.);
 (c) Remove unit packing debris and excess set-up material from premises; and
 (d) Report major discrepancies or missing items to FEMA inspector.

## 2.1.10 Sewer Line, Buried

The Contractor shall run necessary sewer line and sewer riser from the sewer tap (at City sewer line, house lateral or septic tank) to the travel trailer. At sites with sewer riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If a sewer riser is not in place, the Contractor will make an appropriate sewer tap on the sewer collection line and install the necessary piping and riser connection.

A clean-out fitting will be installed in an accessible location to facilitate snaking-out a clogged up line from the connection point, through the riser and into the main or service line. The pipefitting that attaches the sewer connection to the drain outlet of the travel trailer shall be threaded and screwed or installed with a removable adapter for the drain outlet.

Exhibit 7– Page 5

FL-FCA-000117

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The line shall be of the shortest practical length and include a clean-out wye. The Contractor shall test the sewer line for leakage, and any leaks shall be repaired at no additional cost.

All sewer piping and installation shall be installed in accordance and compliance with State and local codes and the Uniform Plumbing Code. This also includes placement in a trench separate from the water line and at a distance from the water line, burial below the surface of ground, and securing the installation to reduce deflections. *Backfill material will be free of rocks and other debris and will include a bed of compacted sand six inches (6") above and six inches (6") below the sewer line.* If the travel trailer has multiple sewer drop points, they will be interconnected to a single unit drop point.

### 2.1.11 Municipal Sewer Tap- Install sewer tap

If a municipal sewer tap is required, the Contractor shall excavate, install the tap, and connect to the sewer line from the travel trailer and backfill, according to local requirements. The sewer tap shall be made in accordance with local regulations regarding sewer tap installations. The sewer tap shall utilize a device such as a saddle. A connection of one pipe into another and projecting beyond inner wall is prohibited due to the resulting restriction to free flow. All piping shall be connected to assure free flow. If required by local regulations, the trench shall not be backfilled until the sewer tap has been inspected and approved by the sewer authority. In the event the governing entity has a predetermined fee for sewer taps, such fee shall be paid by the Contractor and reimbursed at actual expense (individual receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

### 2.1.12 Water Line, Buried

The Contractor shall extend water service from the supply source (City main, house service line or well, etc.), to the travel trailer pad. At sites with water service riser already installed, the Contractor will make the connection between the travel trailer connecting point and the riser. If the water service riser is not in place, the Contractor will make an appropriate tap on the water service line and install the necessary piping and riser connection

Service line is to be laid a minimum of six inches (6") below the frost line and not less than twenty-four inches (24") below the surface of the ground with a three-quarter inch (3/4") shut-off valve installed in the water line, or three-quarter inch (3/4") shut-off valve with pet-cock must be installed in the water line. The service line must be placed in a trench separate from the sewer line and at a distance that is in compliance with State and local codes.

A cut-off valve and a hose bibb with anti-siphon valve shall be located adjacent to the unit connecting point (must be in convenient location to facilitate shut-off of water to unit and make a watering hose connection).

Exhibit 7– Page 6

FL-FCA-000118

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The Contractor shall test the service line for leakage, and any leaks shall be repaired at no additional cost. A back flow preventer valve will be properly installed. Backfill materials shall be free of rocks and other debris and shall include a bed of compacted sand six inches (6") above and below the water line

Where local water pressure is in excess of the manufacturer's recommended maximum psi the contractor shall install an approved water pressure-reducing device to safeguard the unit's plumbing system.

All service line beneath the travel trailer shall be installed clear of the ground, made with the minimum number of joints, be of the shortest practical length, and be supported by metal straps at four foot (4') intervals (maximum).

All water piping and installation, which includes the water line and any required pressure reducing device, shall be installed in accordance with local codes and the Uniform Plumbing Code. Where pavement must be removed and replaced, the Contractor shall contact the FEMA COTR for instructions.

## 2.1.13 Municipal Water Tap (Install Water Tap)

If a municipal water tap is required, the Contractor shall excavate, install the tap, and connect to the water line from the travel trailer and backfill, according to local requirements. The installation of the water tap (if required) will be accomplished in conjunction with, and according to the regulations of the local Water Company. If required by local regulations, the trench shall not be backfilled until the water tap has been inspected and approved by the water department. In the event the governing entity has a predetermined fee for water taps, such a fee shall be paid by the Contractor and reimbursed at actual expense (receipt required). In the event the governing entity makes the tap at no cost; the Contractor shall not be paid for this line item.

## 2.1.14 TT Power Pole w/ Meter. Furnish and install 50 AMP travel trailer electric power pole and meter loop)

The Contractor shall install an overhead electric assembly. The assembly shall be at least 50 AMP (120/240-volt service) with a weatherproof, rain-tight meter box containing a 50 AMP circuit breaker. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections on the meter pole must be watertight. Pole shall meet all code requirements.

## 2.1.15 Water Line Winterization

When specified, the Contractor shall install freeze protection heating tapes and insulation to water supply piping and shut-off valves to prevent freeze-up of the system (piping exterior of the travel trailer). Minimum requirements include:

Exhibit 7– Page 7

FL-FCA-000119

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

The heat cable shall be UL listed, Commercial Pipe Heating Cable and rated at a minimum of 3 watts per foot at 120 volts and have provisions for grounding. The heat cable shall be of a type that will not damage PVC or other non-metallic water pipe under the heat cable installation procedures required therein.

The heat cable shall be installed in compliance with the cable manufacturer's instructions and the following additional details:

The sealed end of the heat cable will be securely fastened to the unit water pipe at a point that is above grade and installed approximately eighteen inches (18") down the riser pipe and then wrapped up the riser. The heat cable shall be applied to the outside of the bend at elbows and securely fastened with tape. Wrapping of the water line with the heat cable shall be 3 turns per linear foot (1 wrap every 4 inches). Cable shall be fastened every twelve inches (12") with tape to the riser.

Preformed insulation and weatherproof covering shall be placed on the pipe and fastened with a continuous strap of weather resistant tape. The insulation, covering and tape shall extend into the water riser sleeve and water heater compartment approximately 12 inches (12") with the sealed end of the heat cable covered, if possible. Riser shall be filled with the appropriate insulation and top of riser shall be sealed with an appropriate cover.

## 2.1.16 Handicap Ramp

The Contractor shall prepare the grade and construct a wooden ramp with level platform such that the platform is centered on the door of principal entry into the travel trailer and flush with the doorsill. Contractor shall coordinate ramp design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform and runway surface, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall length of the ramp and platform shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The ramp pitch shall be one-inch (1") slope for each twelve inches (12") in length (maximum).The ramp shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The ramp and the platform shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

## 2.1.17 Direct Wiring To Well Pump Switch

The Contractor shall provide and install a 30 Amp well pump switch. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

Exhibit 7– Page 8

FL-FCA-000120

EXHIBIT 7
TRAVEL TRAILER INSTALLATION

### 2.1.18 Aboveground Electrical Excess

The Contractor shall provide and install aboveground electrical connection in excess of the basic set-up. All components shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements.

### 2.1.19 Obtain State and Local Permits

The contractor shall be responsible for obtaining necessary permits associated with placing and installing the unit and utility installation. Permits shall be applied for within 3 working days of work order issuance. Unit shall be ready to occupy within 3 days of permit issuance. FEMA will reimburse the contractor the actual permit fees. Receipt required.

### 2.1.20 Provide additional 25' Potable Water Hose

### 2.1.21 Provide and Install 5KW Generator

### 2.1.22 Direct Burial of 50 Amp Service

At sites with electrical service drop (meter box or other service connection point) already installed, the Contractor shall provide underground service (in compliance with all codes and regulations) from the electrical assembly to the unit. All cable shall be appropriately buried and shall be installed in accordance with the National Electric Code (NEC) and local codes. All conduit connections must be watertight and meet all code requirements. The conduit shall be securely attached to the electrical boxes in accordance with accepted methods and standards. Sweeps shall be used at the unit and meter loop assembly. If an electrical service drop is not in place, the Contractor shall install an electrical assembly for utility company connection.

### 2.1.23 Refill Both Propane Tanks

Refill both tanks and inspect connections.

### 2.1.24 Miscellaneous for TT Installation

The contractor shall complete miscellaneous tasks assigned by the FEMA COTR or designee, which are not addressed by the above descriptions and line items.

The contractor will be compensated for time and materials or actual cost. A receipt for materials must be submitted along with the time the task required. If the task was performed by others, a receipt for the actual cost of the task will be submitted to FEMA for reimbursement.

### 2.1.25 Handicap Platform Steps

The Contractor shall prepare the grade and construct a wooden series of level platforms such that the level platform is centered on the door of principal entry into the travel trailer

Exhibit 7– Page 9

FL-FCA-000121

## EXHIBIT 7
## TRAVEL TRAILER INSTALLATION

and flush with the doorsill. Contractor shall coordinate platform design with local authorities to ensure compliance with the current American Disability Act, and State, and local requirements.

All wood shall be treated, exterior grade framing lumber and shall be used throughout, except for the platform surfaces, which shall be exterior plywood. The handrail shall be 2" x 4" safety-edge lumber, sanded and painted with one coat of white paint. Nails shall be coated and sized consistent with industry standards.

The overall number of platforms shall be fixed by the height above the grade of the travel trailer sill and the distance to either a point abreast of the unit, or to a suitable, firm surface, approach to the ramp. The platform heights shall be between seven and one half-inch (7 1/2") and eight inches (8") maximum. The platforms shall be firmly supported on grade, with mud seals added where necessary because of soil conditions. The platforms shall have a non-skid surface using materials that are FEMA/Industrial approved (sand added to paint is unacceptable).

Exhibit 7-- Page 10

FL-FCA-000122