VIN  1NL1GTP2551021783

Bar Code  1041407

Manufacturer

Fluor Stage Inspector  DINA STEVENSON

Fluor Date Inspect  1/12/2006

Fluor Date Left Staging  2/17/2006

Fluor Haul Co  MLU Service

FL-FCA-004623

| Fluor - Date Received At Fluor Staging | Work Order Received | Unit Occupied | Fluor - Staging Area |
|---|---|---|---|
| 1/12/2006 | 2/17/2006 | 3/20/2006 | Six Flags, LA |

FL-FCA-004625

| Lease Date | Leased In By | Head of Household | Family Member 1 | Family Member 2 |
|---|---|---|---|---|
| 3/20/2006 | Gloria Morton | Alana Alexander | Erika Alexander | Christopher Cooper |

FL-FCA-004626

| Flag - Site Cont | Flag - RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|---|
| SC-03-077802 | 939360133A | RAUL MEDINA, | FLUOR |

FL-FCA-004627



| WONUM | LONGDESCRIPTION |
|---|---|
| 273212 | NEW\nALANA ALEXANDRA\n4415 DALE STREET\n\nNEW ORLEANS LA\n70126\nPH 504-577-0737\n\nB/C 104140\n\nTENANT STATES THE AIR DOES NOT COME ON \n\nAPPROVED BY MARVA, REC'D @ 4:59PM, DISPATCHED TO MARY @ 5:29PM DR\n\n5/31/06: DISPATCHED TO DAVID T. AT 5:55 PM/MD\n\nDAVID IN PROGRESS @ 10:05PM. JP\n\nDAVID COMPLETE 10:15PM JP\n6/1/06 COMPLETED BY DAVID AND MICHAEL 20-AMP BREAKER TRIPPED. THERMISTOR HOOKE TO COILS/SM". |

FL-FCA-004628

STATS Record    47576

Site Control #    SC-03-077802
RGSN ID    939360133A

Site Type    Private

Name    Alexander, Alana M

Site Name
Address    4415 Dale St
City    New Orleans
Parish/ County    Orleans
State    LA
ZIP    70126
District    3a

Unit Type    TT
Work Order #    1603-001-061241-INP

Bar Code    1041407

VIN    1NLIGTR2551021783

RFO Date:    2/17/2006

FL-FCA-004629

MLU-01-01831

## PRIVATE SITE INSTALLATION WORK ORDER

### Work Order Information

| | | |
|---|---|---|
| Work Order #: 1603-001-061241-INP | Contractor: Fluor | Issue Date: 2/8/2006 |
| Site Type: Private | Unit Type: TT - Regular | Issued By: RJOHNS30 | RFO Date: |

### Applicant Information

Reg. ID: 93-9360133A
Name: ALEXANDER, ALANA M.
Current Phone: (504)577-0737
Alternate Phone: ()
DD Phone: (504)577-0737
DD Alt. Phone: ()

| P-Code | Number of Units Needed | |
|---|---|---|
| P-4TTP | MH's 0 | TT's 1 |

| Number Housed | 0 |
|---|---|
| BR Required | |

### Household Composition

| Name | Relationship | Age |
|---|---|---|
| ALEXANDER, ALANA M | Registrant | 39 |
| ALEXANDER, ERIKA M | Friend | 11 |

02-15-06 P12:53 OUT

### Special Needs

APP REQ TT. TY 12/16/05

### Site Information

| | | |
|---|---|---|
| Site Control#: SC-03-077802 | Address: 4415 DALE ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1: | Lot #2: |

Directions to Site: EXPEDITED PPI

V# INLIGtn 25 5162173 3
Unit 21753
BL 1041487

### Unit Information

| | | |
|---|---|---|
| Unit #1: | Serial #1: | GPS Longitude: |
| Unit #2: | Serial #2: | GPS Latitude: |

### Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

Daren Lemieux
524-7RC FL
L520-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-OFL
mLU 850-251-2451

RECEIVED BY:

FEB 1 4 2006

DDM DISTRICT 3

### Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector: | | R. Chavi, 9:45 | 2-17-06 | |
| Contractor: | Fluor | | | Driver License Number |
| Monitor: | | | | |

FL-FCA-004630

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH  ☐ TT  ☐ OTHER | RGSN ID NUMBER 93-9360133A | CONTRACT WO NUMBER 061241 INP | SITE CONTROL NUMBER 03-077802 |
|---|---|---|---|
| APPLICANT NAME Alexander, Alona | T.H. No. BARCODE 1041407 | ADDRESS 4415 Dale St. New Orleans, La 70126 | |
| INSPECTOR (Please Print) Raul Medina | VEHICLE IDENTIFICATION NUMBER INL1 GTR 255102/783 | | |

### 1. INSPECTION (To be completed by Direct UNIT (DHOPS)

**INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:**

☑ Blocked                      ☑ Sewer Connected
☑ Steps/Ramp metal             ☑ Electric Connected
☑ Water Connected              ☑ Gas Connected

**COMMENTS - INSTALLATION OR SITE CONDITIONS:**

DATA & DOCUMENT MGT

| INSPECTOR SIGNATURE | DATE 2·12·06 |
|---|---|

### II. TEMPORARY WAIVER OF UTILITY INSTALLATION

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection     ☐ Electricity Connection     ☐ Sewer Connection     ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

**TO:       DIRECT HOUSING OPERATIONS (DHOPS)**

Applicant will not occupy until the following utilities are connected:

☐ Sewer     ☐ Electricity     ☐ Permits (ele)     ☐ Water     ☐ Gas     ☐ Permits (meh)     ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 05

FL-FCA-004631

| U. S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY UNIT INSTALLATION WORK ORDER | 1. SITE CONTROL NO. | 2. WORK ORDER NO. LA 091005-044 |
|---|---|---|

**3. APPLICANT/SITE INFORMATION**

NAME (Last, First, Middle Initial): DOW-RIVER PARISH MAINT.

THA NO.

**4. CONTRACT WORK ORDER INFORMATION**

CONTRACTOR: FLUOR     INSPECTOR

SITE ADDRESS (House No. and Street Name, or Pad No.): 110179 River Rd (HWY18)  4

DATE WORK ISSUED: 9-10-05

ISSUED BY: Julie Blone

DATE SCH. COMPL.

CITY AND STATE: HAHNVILLE, LA    COUNTY: ST. CHARLES

5. SITE TYPE: ☒ Comm. ☐ Private ☐ Group ☐ EGS

6. UNIT TYPE: ☐ MH ☒ TT ☐ Other

7. UNIT NO. 1041407

**8. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop _____ AMP | Each | | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | | | | | |
| ☐ | | | | | |

WORK ORDER TOTAL:

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|
| | | | |

FEMA Form 90-26, JUL 05

9/10  17:15  CPC TT

FL-FCA-004634

## TRANSFER OF CUSTODY

2 of 3

| Name: Dow Chemical | | Contact Person: MORTY OWENS | |
|---|---|---|---|
| Location: | | Phone #: | |
| Address: | | No. Units Needed: | |
| City/State: ST. Rose LA | | No. Units Delivered: | |
| **Unit Number** | | **Unit number** | |
| 195429 | ✓ | 4YDT295266A233200 | |
| 681363 | ✓ | 1CD1D322454283971 | |
| 1NL1GTR7610733395 | ✓ | 1PAT64Z266P005933 | |
| 681753 | ✓ | 1UJBJ02R151EL1274 | |
| 1039703 | ✓ | 1SABS02P331DU1627 | |
| 681368 | ✓ | 1UJBJ02P251JN0497 | |
| 681175 | ✓ | 1057463 | |
| 1041907 | ✓ | 06031048307010715674 | |
| 681140 | ✓ | 1160072 | |
| 1NL1GTR2561013801 | ✓ | 1160074 | |
| 1155040 | | 1CC1B262355339343 | |
| 1155044 | | 1160079 ✓ | |
| 47CTD9N205M419548 | | 4YDT2562X5N122742 | |
| 1155052 | | 1160008 | |
| 1UJBJ02N951EF3015 | | 1NL1GTM2B51071679 | |
| 1155041 | | 1160077 | |
| 1155050 ✓ | | 06031048297010715684.3 | |
| 1155037 | | 1160087 | |
| 1155053 | | 1160131 | |
| 1155045 | | 47CTBAP235L114230 | |
| 1155047 | | 4KD1AIF74EF156C.RA | |
| 4X47SMC206R394125 | | 4YITT771120.J01. | |
| Signature (OWENS) | | Date 10/14/05 | |