UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

*****************************************************************************

## EX PARTE MOTION FOR LEAVE TO AMEND
## MOTION FOR SUMMAY JUDGMENT 2732

Defendant, Fluor Enterprises, Inc. (FEI), respectfully requests the Court for leave to allow FEI to amend its Motion For Summary Judgment based on Government Contractor Defense (Doc. 2732), filed on August 17, 2009 to allow the filing of an additional exhibit referenced in FEI's memorandum in support. FEI filed its motion and memorandum timely; however, could not file Exhibit 1A as an attachment electronically due to its size. FEI respectfully resubmits Exhibit 1A (in two documents hereinafter referred to as 1A and 1A second half). FEI respectfully submits that this submission will not prejudice any party in this matter, as it has been previously produced in discovery.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY: _____
Dominic J. Gianna, La. Bar No. 6063

        Sarah A. Lowman, La. Bar No. 18311
        201 St. Charles Avenue, Suite 3100
        New Orleans, Louisiana 70170
        Telephone: (504) 525-7200
        Facsimile: (504) 581-5983
        dgianna@midrid.com
        slowman@midrid.com

        Charles R. Penot, Jr. (La. Bar No. 1530 &
        Tx. Bar No. 24062455)
        717 North Harwood, Suite 2400
        Dallas, Texas 75201
        Tel: (214) 220-6334; Fax: (214) 220-6807
        cpenot@midrid.com

           *-and-*

        Richard A. Sherburne, Jr., La. Bar No. 2106
        450 Laurel Street, Suite 1101
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7700
        Facsimile: (225) 381-7730
        rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

    I hereby certify that on August 17, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

ND: 4848-0927-1812, v. 1