**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
        *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Ex Parte Motion for Leave to Amend Motion for Summary Judgment on the government contractor defense (Doc. 2732) of Defendant, Fluor Enterprises, Inc. (**FEI**) to include an additional exhibit;

        **IT IS HEREBY ORDERED** that Defendant, Fluor Enterprises, Inc.'s Ex Parte Motion for Leave to Amend Motion for Summary Judgment (Doc. 2732) is **GRANTED**.

_____
KURK  D. ENGELHARDT
UNITED STATES DISTRICT JUDGE

ND: 4827-4580-5316, v. 1