**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**NEW ORLEANS DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
   *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**FLUOR ENTERPRISES, INC.'S MOTION FOR SUMMARY JUDGMENT**</u>
<u>**BASED ON THE GOVERNMENT CONTRACTOR DEFENSE**</u>

# FLUOR EXHIBIT 1 (A)

**Federal Emergency Management Agency (FEMA)**

**Individual Assistance-Technical Assistance (IA-TAC) Contract**
**Contract No. HSFEHQ-05-D-0471**

### TASK ORDER MODIFICATION AND SCOPE OF WORK DOCUMENTS

**TASK ORDER NUMBER**
**HSFEHQ-06-J-0011 (05-J-0020 ORIGINAL)**
**STAGING SUPPORT, HAUL ONLY, HAUL & INSTALL, INSTALLATION CONSTRUCTION**
**ACTIVITIES, MAINTENANCE, DEACTIVATION AND REMOVAL**



FL-FCA-000207

Federal Emergency Management Agency (FEMA)                     February 1, 2007
Individual Assistance-Technical Assistance (IA-TAC)             Page 1 of 6
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

# FLUOR.

## Task Order Modification and SOW Revision History

| Date | Type of Modification | Description | POP / NTE Amount |
|---|---|---|---|
| Sept 10, 2005 | Pre-Authorization Notice (PAN) | First task order Pre-Authorization Notice (PAN) issued prior to task order award, for the haul and install of 10 TTs in the State of Louisiana. | 9/9/05-9/23/05 Redacted |
| Sept 23, 2005 | Pre-Authorization Notice (PAN) | Previously issued Task Orders 05-J-0021, 0022, 0025, 0029, 0032, 0033, 0035, 0036 (Florida), and 0037 are combined into this task order. New task order NTE value and POP extension. | 9/5/05- 10/4/05 Redacted |
| Sept 26, 2005 | Issuance of Statement of Work (SOW) | SOW for providing TT and MH staging support, haul/install, install, construction activities, maintenance and deactivation. The breakdown of units is as follows: Task ID 1 Staging: 3,500 units / Task ID 2 Haul Only: 3,500 units / Task ID 3 H&I TTs: 3,000 units / Task ID 4 H&I MHs: 1,550 units / Total H&I Units: 8,500 units | ------ |
| Sept 28, 2005 | Pre-Authorization Notice (PAN) | Clarify combination of task orders issued under 9/23/05 PAN; Task Order 0036 (Florida) is no longer combined under this task order; also new task order NTE value is issued. | 9/5/05-10/15/05 Redacted |
| Oct 5, 2005 | Pre-Authorization Notice (PAN) | New task order NTE value and POP extension. | 9/5/05-10/18/05 Redacted |
| Oct 9, 2005 | Request for Proposal and SOW Revision #1 | Required to submit written technical and business proposal for services listed within the revised SOW. The revised SOW re-arranges distribution of units and increase the total base quantity to 14,550 units: Task ID 1 Staging: 3,500 units / Task ID 2 Haul Only: 8,000 units / Task ID 3 H&I TTs: 5, 000 units / Task ID 4 H&I MHs: 1,550 units / Total H&I Units: 14,550 units | ------ |
| Oct 21, 2005 | Pre-Authorization Notice (PAN) | New task order NTE value, and POP extension. | 9/5/05-10/31/05 Redacted |
| Nov 10, 2005 | Task Order Award | Undefinitized task order award for haul and install, minor installation and construction activities, maintenance, deactivation, and removal of TTs and MHs. Task order to be definitized on or before 11/30/05. | 9/9/05-1/15/06 Redacted |

FL-FCA-000208

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 2 of 6

# FLUOR.

| Date | Type of Modification | Description | POP / NTE Amount |
|---|---|---|---|
| Dec 7, 2005 | Modification P0001 | Upward adjustment of the undefinitized task order award in the amount of $23,845,062. | Redacted |
| Dec 12, 2005 | Modification P0002 | Modification issued to correct typing error on Mod P0001, and to extend the task order definitization date to on or before 1/14/06. | —— |
| March 2, 2006 | Modification P0003 | Upward adjustment of the undefinitized task order award in the amount of $170,814,779, and to extend the task order definitization date to be on or before 3/30/06. | Redacted |
| March 10, 2006 | Modification P0004 including SOW Revision #6 | SOW revision increasing the trailer quantities, and requirement to prepare and submit a cost proposal for the additional quantities: | 9/9/05-3/31/06 (no $$ increase) |
| | | Task ID 1   Staging:   6 staging sites<br>Task ID 2   Haul Only:   5,700 units<br>Task ID 3   H&I TTs:   34,650 units and 2,250 optional units<br>Task ID 4   H&I MHs:   4,250 units and 750 optional units<br>Total H&I Units:   44,800 units and 3,000 optional units<br><br>Modification also served as a stop work order for Propane Refueling Services, with Fluor entitled to costs incurred for Propane Refueling service provided through 3/15/06. | |
| March 15, 2006 | Modification P0005 | Exercise first one (1) month maintenance option period. | 4/1/06-4/30/06 (maint. option period) |
| March 15, 2006 | Modification P0006 including SOW Revision #7 | Correction of typing error in revised SOW #6 issued 3/10/05. Task ID 4 corrected from 4,250 units to 4,650 units, Task ID 6, strikethrough added, and paragraph 5.2 restated to add clarification to requirement. | —— |
| | | Task ID 1   Staging:   6 staging sites<br>Task ID 2   Haul Only:   5,700 units<br>Task ID 3   H&I TTs:   34,650 units and 2,250 optional units<br>Task ID 4   H&I MHs:   4,650 units and 750 optional units<br>Total H&I Units:   45,000 units and 3,000 optional units | |
| March 24, 2006 | Modification P0007 | Increase the optional quantities of travel trailers indicated in Task ID 3 of the SOW: Option 1 – 750 TTs. | —— |

FL-FCA-000209

Federal Emergency Management Agency (FEMA)                                    February 1, 2007
Individual Assistance-Technical Assistance (IA-TAC)                              Page 3 of 6
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

# FLUOR.

| Date | Type of Modification | Description | POP / NTE Amount |
|------|---------------------|-------------|------------------|
| March 24, 2006 | Modification P0008 | Increase the optional quantities of travel trailers indicated in Task ID 3 of the SOW: Option 2 -- 750 TTs. | ---- |
| March 31, 2006 | Modification P0009 | Increase the optional quantities of travel trailers indicated in Task ID 3 of the SOW: Option 3 -- 750 TTs. | ---- |
| March 31, 2006 | Modification P0010 | Upward adjustment of the undefinitized task order award in the amount of $192,710,167, and to extend the task order definitization date to be on or before 4/30/06. | Redacted |
| April 6, 2006 | Modification P0011 including SOW Revision #8 | Correction of undefinitized task order total specified in Mod P00010, and increase existing trailer quantity by 5,000. Correct undefinitized task order total is $121,174,981. | ---- |

| Task ID 1 | Staging: | 6 staging sites |
| Task ID 2 | Haul Only: | 5,700 units |
| Task ID 3 | H & I TTs: | 41,900 units |
| Task ID 4 | H&I MHs: | 5,400 units |
| | Total H&I Units: | 53,000 units |

| Date | Type of Modification | Description | POP / NTE Amount |
|------|---------------------|-------------|------------------|
| April 13, 2006 | Modification P0012 | Exercise second one (1) month maintenance option period. | 5/1/06-5/31/06 (maint. option period) |
| May 8, 2006 | Modification P0013 | Upward adjustment of $130,843,208. to total undefinitized task order value. Funding constraints limit the government's obligations to $89,300,004.of the $130,843,208, leaving $41,543,204 left to be obligated when funding becomes available. | Redacted |
| May 16, 2006 | Modification P0014 | Obligate remaining $41,543,204 of the $130,843,208. The maximum value of the task order remains at $494,368,154. | Redacted |
| May 26, 2006 | Modification P0015 | Exercise third one (1) month maintenance and phase out option period. | 6/1/06-6/30/06 (maint. option period) |
| May 30, 2006 | Revised SOW #9 | Revised SOW shifting unit quantities within the Task ID's 2-4. | ---- |

| Task ID 1 | Staging: | 6 staging sites |
| Task ID 2 | Haul Only: | 4,700 units |
| Task ID 3 | H & I TTs: | 43,450 units |
| Task ID 4 | H&I MHs: | 4,850 units |
| | Total H&I Units: | 53,000 units |

| Date | Type of Modification | Description | POP / NTE Amount |
|------|---------------------|-------------|------------------|
| June 21, 2006 | Modification P0016 | Upward adjustment of the undefinitized task order award in the amount of $195,631,846. | Redacted |

FL-FCA-000210

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 4 of 6

# FLUOR.

| Date | Type of Modification | Description | POP / NTE Amount |
|------|----------------------|-------------|------------------|
| June 28, 2006 | Modification P0017 (includes partial SOW revisions) | Issuance of partial SOW revisions (full SOW revision not issued) increasing unit quantities, extending H&I and maintenance POP, and requesting revised cost proposal that incorporates revised SOW. | 9/9/05-9/30/06 8/31/06-10/31/06 (maint. option period) (no $$ increase) |
| | | Task ID 1    Staging:    6 staging sites<br>Task ID 2    Haul Only:    3,650 units<br>Task ID 3    H&I TTs:    44,500 units and 4,500 option units<br>Task ID 4    H&I MHs:    4,850 units<br>Total H&I Units:    57,500 units (including option units) | |
| June 30, 2006 | Modification P0018 (includes partial SOW revisions) | Cancellation of Modification P00017 in its entirety (issued 6/28/06), and issuance of partial SOW revisions (full SOW revision not issued) increasing unit quantities, extending H&I and maintenance POP, and requesting revised cost proposal that incorporates revised | 9/9/05-9/30/06 8/31/06-10/31/06 (maint. option period) (no $$ increase) |
| | | Task ID 1    Staging:    6 staging sites<br>Task ID 2    Haul Only:    4,650 units<br>Task ID 3    H&I TTs:    45,450 units and 2,000 option units<br>Task ID 4    H&I MHs:    5,400 units<br>Total H&I Units:    57,500 units (including option units) | |
| July 17, 2006 | Modification P0019 | Extension of Task ID 8, unit deactivation and removal POP through 7/31/06. | —— |
| Aug 30, 2006 | Modification P0020 | Definitize and increase task order funding by $70,913,447. | Redacted |
| Aug 30, 2006 | Modification P0021 | Exercise group site maintenance option 1 period of performance. | 9/1/06-9/30/06 (group site maint. option period) |
| Sept 6, 2006 | Modification P0022 | Cancellation of Modification P0020 in its entirety (issued 8/30/06); and definitization and increase of task order funding by $107,383,988. | Redacted |

FL-FCA-000211

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 5 of 6

# FLUOR.

| Date | Type of Modification | Description | POP / NTE Amount |
|---|---|---|---|
| Sept 22, 2006 | Modification P0023 (Includes partial SOW revisions) | Definitize and increase task order funding by $77,724,871, and issue partial SOW revisions (full SOW revision not issued) as shown within the table below. | Redacted |

| Task ID | Task Title | Quantity | Remarks | POP |
|---|---|---|---|---|
| Task ID 1 | Staging: | 6 staging sites | | |
| Task ID 2 | Haul Only: | 4,650 units | Haul TT/MH/TS to their intended destination(s) [Industrial Restart, PA Program, etc] as required. | |
| Task ID 3 | H&I TTs: | 44,800 units and 1,600 option units | Haul/install TTs on sites in the State of Louisiana. All units shall be winterized. | Base POP through 9/30/06. Option 1 POP 10/1-10/30/06. Option 2 POP 11/1 -11/30/06. |
| Task ID 4 | H&I MHs: | 5,400 units | Haul/install MHs on sites in the State of Louisiana. All units shall be winterized. | POP through 9/30/06. |
| | Total H&I Units: (includes option units) | 56,450 units | | |
| Task ID 7 | Group Site Infrastructure & Grounds Maintenance | 5,000 units | Provide maintenance services for trailers on Group Sites to include infrastructure and grounds maintenance. | POP through 8/31/06 Option 1 POP 9/1 – 9/30/06 Option 2 POP 10/1 – 10/31/06 |
| Task ID 8 | Unit Deactivation | 4,000 units | | POP through 7/31/06. |
| Oct 4, 2006 | Modification P0024 | Extend POP at no additional cost for task order completion and closeout activities. | 9/9/05-10/31/06 |

FL-FCA-000212

Federal Emergency Management Agency (FEMA)
Individual Assistance-Technical Assistance (IA-TAC)
HSFEHQ-05-D-0471 / Task Order HSFEHQ-06-J-0011 (05-J-0020 Original)

February 1, 2007
Page 6 of 6

# FLUOR.

Where the files are located on the project network directory:



FL-FCA-000213

*Pre-Authorization (PAN)*
*09/10/2005*

FL-FCA-000214

U.S. Department of Homeland Security
Washington, DC 20472



September 10, 2005

**RECEIVED** SEP 2 8 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-05-J-0020

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order No. HSFEHQ-05-J-0020 under pending contract HSFEHQ-05-D-0471 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed Redacte· for the period September 9, 2005 through September 23, 2005, for Haul and Install 10 Trailers (DR-1603-LA). During this period, contract no. HSFEHQ-05-D-0471 will be awarded and Task Order No. HSFEHQ-05-J-0020 will be issued for your services.

Fluor shall be entitled to reimbursement of costs incurred in an amount not-to-exceed Redacted which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms. Nancy Costello at (202) 646- 4373, although I can be reached at (202) 646-1381.

Sincerely,

Marcus Tikotsky
Contract Specialist

cc: Amy Scullie

FL-FCA-000215

*Pre-Authorization (PAN)*
*09/23/2005*

FL-FCA-000216

U.S. Department of Homeland Security
Washington, DC 20472

 FEMA

September 23, 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference: Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-05-J-0020
          Pre Authorization Notice (PAN)

This letter is a revision to the Pre Authorization Notice (PAN) dated September 23, 2005
for subject task order.  Task Orders 0021, 0022, 0025, 0029, 0032, 0033, 0035, 0036,
0037 have been combined into one task order (0020).  In consideration of this the
following paragraphs have are revised to reflect the combined total pre authorization costs
and earliest PAN start date.

Revision: This office has determined that it is in the best interests of the Government to
authorize pre-award costs not to exceed Redacted for the period September 5, 2005
through October 4, 2005, for Travel Trailer and Manufactured Homes Staging Support,
Haul/Install, Installation, Construction Activities, Maintenance and Deactivation (DR-
1603-LA, 1604 MS and 1595 FL).  During this period, contract no. HSFEHQ-05-D-0471
will be awarded and Task Order No. HSFEHQ-05-J-0020 will be issued for your services.

Revision: Fluor shall be entitled to reimbursement of costs incurred in an amount not-to-
exceed Redacted, which if incurred after the task order had been issued would have
been reimbursable under the provisions of the task order.

Should you have any questions or comments, the primary Contracting Officer is Ms.
Nancy Costello at (202) 646- 4373, although I can be reached at (202) 646-1381.

                              Sincerely,

                              Marcus Tikotsky
                              Contract Specialist

www.fema.gov

FL-FCA-000217

*Original Scope of Work*
*09/26/05*

FL-FCA-000218

Contract HSFEHQ-05-R-0471                    Task Order HSFEHQ-05-J-0020

_____ STATEMENT OF WORK _____

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

## General Provisions

## 1. Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Housing Area Command
                MMR Construction
                15961 Airline Hwy
                Baton Rouge, LA 70817


JFO Point of Contact:  David Porter, COTR
Phone:                 202-438-1294
Email:                 david.porter@dhs.gov

Counties:  State of Louisiana.


## 2. Operational Objective:  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

## 3. Identified Tasks: The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits. .

### 3.1  Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.

FL-FCA-000219

Contract HSFEHQ-05-R-0471                          Task Order HSFEHQ-05-J-0020

## STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

Note: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|-----------------|---------|
| 1 | Staging | 3500   Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications.

FL-FCA-000220

Contract HSFEHQ-05-R-0471                     Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 3500 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul/Installation-TT | 3000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units must be winterized. |
| Task ID | Task Title | Projected Qty | Remarks |
| 4 | Haul/Installation-MH | 1550 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units must be winterized. |

### 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

3 of 4

FL-FCA-000221

STATEMENT OF WORK
Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log will include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 5 | Occupancy Maintenance | 8000 Estimated | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor as identified by FEMA for up to 18 months or FEMA determines maintenance is no longer needed. |
| 6 | Deactivation/Removal | 5000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

### 4. Period of Performance: The period of performance is the start date indicated in the Pre Authorization Letter through April 01, 2007 (includes 18 months of Operations and Maintenance).

4 of 4

FL-FCA-000222

*Pre-Authorization (PAN)*
*09/28/2005*

FL-FCA-000223

U.S. Department of Homeland Security
Washington, DC 20472

 **FEMA**

September 28, 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference: Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-05-J-0020

In order to increase the amount and extend the period of time authorized, and clarify the combination of task orders, this letter supersedes and replaces the pre-award incurrence of cost authorization dated September 14, 2005.

The letter reflects the combination of task orders 21, 22, 25, 29, 32, 33, 35, and 37 into task order 20.  Task Order 36, for Florida, and is no longer combined under 20.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0020 under contract HSFEHQ-05-D-0471 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed Redacted for the period September 5, 2005 through October 15, 2005, for Travel Trailer and Manufactured Homes Staging Support, Haul/Install, Construction, Maintenance and Deactivation (DR-1603-LA) services. During this period, Task Order no. HSFEHQ-05-J-0020 will be issued for your services.

Fluor shall be entitled to reimbursement of costs incurred in an amount not-to-exceed Redacted which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

FL-FCA-000224

*Pre-Authorization (PAN)*
*10/05/2005*

FL-FCA-000225

U.S. Department of Homeland Security
Washington, DC 20472



FEMA

October 5, 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference: Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-05-J-0020

In order to increase the amount and extend the period of time authorized, and clarify the
combination of task orders, this letter supersedes and replaces the pre-award incurrence of
cost authorization dated September 28, 2005.

The letter reflects the combination of task orders 21, 22, 25, 29, 32, 33, 35, and 37 into
task order 20. Task Order 36, for Florida, and is no longer combined under 20.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your
company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0020
under contract HSFEHQ-05-D-0471 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize
pre-award costs not to exceed Redacted for the period September 5, 2005 through
October 18, 2005, for Travel Trailer and Manufactured Homes Staging Support,
Haul/Install, Construction, Maintenance and Deactivation (DR-1603-LA) services.
During this period, Task Order no. HSFEHQ-05-J-0020 will be issued for your services.

Fluor shall be entitled to reimbursement of costs incurred in an amount not-to-exceed
Redacted which if incurred after the task order had been issued would have been
reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on
(202)646-6539.

Sincerely,

Marcus Tikotsky
Contracting Officer

www.fema.gov

FL-FCA-000226

*Request for Proposal (RFP) and SOW Rev 1*
*10/09/2005*

FL-FCA-000227





U.S. Department of Homeland Security
Washington, DC 20472

**COPY**

OCT 1 7 tus

October 9, 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference Contract HSFEHQ-05-D-0471, Revision to Task Order HSFEHQ-05-J-0020.

Pursuant to referenced contract, clause G.8, Task Order Procedures, you are hereby requested to submit a written technical and business proposal for services required in the attached <u>revised</u> Statement of Work. The period of performance is from receipt of the Pre Authorization Notice through April 1, 2007.

The technical proposal is to be in the form of a Work Plan. It must specify the contractor's proposed technical approach to performing the specific task required within the timeframe specified, identify the names of key personnel who will be performing the work, specify deliverables and due dates. The Work Plan should demonstrate your clear understanding of the government's requirement. The Work Plan is subject to negotiations and approval by the COTR.

The business proposal must identify labor categories, hours per labor category, materials and other direct costs. You should include an itemization of all estimated costs i.e. labor categories, hours, labor rates, extended totals by labor category, other direct costs, subcontract costs and indirect costs, proposed for the entire effort. Submit adequate supporting documentation with your proposal. All costs including profit/fee are negotiable.

Your response is due within 15 days from the date of this letter. In order to expedite this process please submit your proposal by e-mail to: marcus.tikotsky@dhs.gov. Should you have any questions or comments I can be reached at (202) 314-5539.

Sincerely,

Marcus Tikotsky
Contract Specialist

cc: David Porter, COTR

www.fema.gov

FL-FCA-000228

Contract HSFEHQ-05-R-0471    Revision 1 10/09/05    Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

## General Provisions

## 1. Disaster Information

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:    Housing Area Command
MMR Construction
15961 Airline Hwy
Baton Rouge, LA 70817

JFO Point of Contact:  Kevin McCarthy, COTR
Phone:          202-367-2834
Email:          Kevin.mccarthy@dhs.gov

Counties:  State of Louisiana.

## 2. Operational Objective: Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina.

## 3. Identified Tasks: The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1 Staging Subtask #1

The contractor shall, when required, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.

1 of 4    Attachment I

FL-FCA-000229

Contract HSFEHQ-05-R-0471          Revision 1 10/09/05          Task Order HSFEHQ-05-J-0020

### STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation
(Fluor-Task Order 0020)

Note: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 3,500    Estimated | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

## 3.2 Haul and/or Haul/Installation Subtask #2

The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1 Haul travel trailers/mobile homes/temporary structures to their intended destination(s) for installation.

3.2.2 Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3 Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4 Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5 Establish procedures to monitor, and track progress and compliance with specifications.

FL-FCA-000230

Contract HSFEHQ-05-R-0471          Task Order HSFEHQ-05-J-0020

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation, (Fluor-Task Order 0020)

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 8,000 Estimated | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) |
| Task ID | Task Title | Projected Qty | Remarks |
| 3 | Haul/Installation-TT | 5,000 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units must be winterized. |
| Task ID | Task Title | Projected Qty | Remarks |
| 4 | Haul/Installation-MH | 1,550 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units must be winterized. |

### 3.3 Maintenance/Deactivation/Removal Subtask #3

The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

### 3.3.1. User Maintenance Contact Phone Number

The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

### 3.3.2 Timely Maintenance Remedies

The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

Combined PDF Page 25 of 140

FL-FCA-000231

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance, Deactivation,
(Fluor-Task Order 0020)

### 3.3.3 Maintenance Records

The contractor shall establish and maintain maintenance records for all structures installed. The
contractor shall provide FEMA a maintenance log upon request. This log will include all
maintenance calls, and status of remedy. Records shall be in accordance with the contract
requirements.

### 3.3.4 Deactivation and Removal Subtask #4

The contractor shall deactivate and provide transportation services of mobile structures from
facilities/locations designated by FEMA to other locations as designated by FEMA

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 5 | Occupancy Maintenance | 8,000 Estimated | The contractor will provide maintenance services for travel trailers and manufactured homes installed by the contractor as identified by FEMA for up to 18 months or FEMA determines maintenance is no longer needed. |
| 6 | Deactivation/Removal | 5,000 Estimated | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA |

### 3.5 Additional Activities

Additional activities for short/long term housing solutions (as directed by FEMA) may include
refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life
safety protection/equipment, signage, property/facilities management, portable restrooms/
showers, additional rigging for temporary mobile structures.

### 4. Period of Performance: The period of performance is the start date indicated in the Pre
Authorization Letter through April 01, 2007 (includes 18 months of Operations and Maintenance).

4 of 4

FL-FCA-000232

*Pre-Authorization (PAN)*
*[Task Order consolidations]*
*10/21/2005*

FL-FCA-000233



U.S. Department of Homeland Security
Washington, DC 20472

**RECEIVED** OCT 2 4 2005



# FEMA

October 21, 2005

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference: Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-05-J-0020

In order to increase the amount and extend the period of time authorized, and clarify the combination of task orders, this letter supersedes and replaces the pre-award incurrence of cost authorization dated October 5, 2005.

The letter reflects the combination of task orders 21, 22, 25, 29, 32, 33, 35, and 37 into task order 20. Task Order 36, for Florida, and is no longer combined under 20.

The purpose of this letter is to authorize the incurrence of pre-award costs so that your company may incur costs prior to the issuance of Task Order no. HSFEHQ-05-J-0020 under contract HSFEHQ-05-D-0471 for Individual Assistance.

This office has determined that it is in the best interests of the Government to authorize pre-award costs not to exceed Redacted for the period September 5, 2005 through October 31, 2005, for Travel Trailer and Manufactured Homes Staging Support, Haul/Install, Construction, Maintenance and Deactivation (DR-1603-LA) services. During this period, Task Order no. HSFEHQ-05-J-0020 will be issued for your services.

Fluor shall be entitled to reimbursement of costs incurred in an amount not-to-exceed Redacted which if incurred after the task order had been issued would have been reimbursable under the provisions of the task order.

Should you have any questions or comments, please do not hesitate to contact me on (202)646-4373.

Sincerely,

Nancy A. Costello
Contracting Officer

www.fema.gov

FL-FCA-000234

*Task Order Award*
*11/10/2005*

FL-FCA-000235

## FEDERAL EMERGENCY MANAGEMENT AGENCY
### TASK ORDER

| | |
|---|---|
| **1. NAME AND ADDRESS OF CONTRACTOR** | **2. CONTRACT NUMBER**  HSFEHQ-05-D-0471 |

*TC_40*

| 1. NAME AND ADDRESS OF CONTRACTOR | 2. CONTRACT NUMBER | 4. REQUISITION NUMBER |
|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222093311 | HSFEHQ-05-D-0471 | TN00126Y2206T |
| | **3. TASK ORDER NUMBER** HSFEHQ-06-J-0011 | **5. ORGANIZATION** Recovery |

| 6. NAME OF PROJECT OFFICER | 7. NAME OF PROJECT MONITOR |
|---|---|
| David Porter | |

**8. ACCOUNTING AND APPROPRIATION DATA**

See continuation Sheet

**9. WORK DETAILS**

This is an unpriced (Letter Contract) task order.  See continuation pages for terms and conditions.

10. THIS TASK ORDER IS ISSUED PURSUANT TO THE PROVISION OF SECTION ___G.8___ OF THE SUBJECT CONTRACT.

| TYPED NAME OF ORDERING/CONTRACTING OFFICER: Marcus Tikotsky | SIGNATURE OF ORDERING/CONTRACTING OFFICER: | DATE: 10 Nov 05 |
|---|---|---|

FEMA Form 40-20, JUN 97                Combined PDF Page 30 of 140              REPLACES ALL PREVIOUS EDITIONS

FL-FCA-000236

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.00 | Lot | Redacted | |

Haul and install, minor installation
construction activities, maintenance
deactivation and removal of trailers
and/or manufactured homes for Disaster
Area 1604 Louisiana.
FUNDING/REQ NO:    1:$47,690,124.00   TN00126Y2006T

GRAND TOTAL ---          Redacted

ACCOUNTING AND APPROPRIATION DATA:

| ACRN APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 2006-06-1603DR-9064- | -2591-D | TN00126Y2006T | P | Redacted |

FL-FCA-000237

TASK ORDER TERMS AND CONDITIONS _____

NOT SPECIFIED IN THE CONTRACT _____

1. The contractor shall provide all necessary personnel, materials, services, equipement and facilities and otherwise do all things necessary to provide the services described in the Statement of Work attached.

2. This is a task order for essential services as described in the attached Statement of Work for the period beginning September 9, 2005 through January 15, 2006. Pre-Authorization to incur costs prior to the date of task order was given by pre-authorization letters dated September 10,12,16,18,20,21,23,28 of 2005 and October 5 and 21 of 2005 for the period September 9, 2005 through Januiary 15, 2005. The amount of pre-authorization through October 21, 2005 is ⸬Redacted⸬ for pre-award costs. Pre-authorized funds are included in the total value of the unpriced order.

3. It is anticipated that a Cost-Plus-Fixed-Fee (CPFF) type task order will be negotiated.

4. Deliverables and work products required under this task order are listed in the Statement of Work, attached.

5. The period of performance of this task order is September 9, 2005 through January 15, 2006.

6. The not-to-exceed Cost-Plus-Fixed-Fee value of this order is $104,906,818, which includes estimated cost of ⸬Redacted⸬and fixed fee of ⸬Redacted⸬

7. The amount obligated to this order in accordance with the Limitation of Government Liability clause FAR 52.216-24 is ⸬Redacted⸬

8. In addition to the clauses under the basic contract, the following clauses are incorporated into this task order until definitization of the order occurs.

52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984)

(a) In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding ⸬Redacted⸬

(b) The maximum amount for which the Government shall be liable if this contract is terminated is ⸬Redacted⸬

52.216-25, CONTRACT DEFINITIZATION (OCT 1997)

(a) A Cost-Plus-Fixed-Fee definitive task order is contemplated. The Contractor agrees to begin promptly negotiating with the Contracting Officer the terms of a definitive contract that will include (1) all clauses required by the Federal Acquisition Regulation (FAR) on the date of execution of the letter contract, (2) all clauses required by law on the date of execution of the definitive contract, and (3) any other mutually agreeable clauses, terms, and conditions. The Contractor agrees to submit a proposal and cost or pricing data supporting its proposal.

(b) The schedule for definitizing this contract is:

(1) Negotiations on or before November 30, 2005;

(2) Definitization within 5 days of agreement;

Page 3

FL-FCA-000238

(c) If agreement on a definitive IDIQ contract to supersede this letter contract is not reached by the target date in paragraph (b) above, or within any extension of it granted by the Contracting Officer, the Contracting Officer may, with the approval of the head of the contracting activity, determine a reasonable price or fee in accordance with Subpart 15.8 and Part 31 of the FAR, subject to Contractor appeal as provided in the Disputes clause. In any event, the Contractor shall proceed with completion of the contract, subject only to the Limitation of Government Liability clause.

(1) After the Contracting Officer's determination of price or fee, the contract shall be governed by--

(i) All clauses required by the FAR on the date of execution of this letter contract for either fixed-price or cost-reimbursement contracts, as determined by the Contracting Officer under this paragraph (c);

(ii) All clauses required by law as of the date of the Contracting Officer's determination; and

(iii) Any other clauses, terms, and conditions mutually agreed upon.

(2) To the extent consistent with subparagraph (c)(1) above, all clauses, terms, and conditions included in this letter contract shall continue in effect, except those that by their nature apply only to a letter contract.

52.216-26 PAYMENTS OF ALLOWABLE COSTS BEFORE DEFINITIZATION  (DEC 2002)

(a) Reimbursement rate.  Pending the placing of the definitive contract referred to in this letter contract, the Government will promptly reimburse the Contractor for all allowable costs under this contract at the following rates:

(1) One hundred percent of approved costs representing financing payments to subcontractors under fixed-price subcontracts, provided that the Government's payments to the Contractor will not exceed 80 percent of the allowable costs of those subcontractors.

(2) One hundred percent of approved costs representing cost-reimbursement subcontracts; provided, that the Government's payments to the Contractor shall not exceed 85 percent of the allowable costs of those subcontractors.

(3) Eighty-five percent of all other approved costs.

(b) Limitation of reimbursement.  To determine the amounts payable to the Contractor under this letter contract, the Contracting Officer shall determine allowable costs in accordance with the applicable cost principles in Part 31 of the Federal Acquisition Regulation (FAR).  The total reimbursement made under this paragraph shall not exceed 85 percent of the maximum amount of the Government's liability, as stated in this contract.

(c) Invoicing.  Payments shall be made promptly to the Contractor when requested as work progresses, but (except for small business concerns) not more often than every 2 weeks, in amounts approved by the Contracting Officer.  The Contractor may submit to an authorized representative of the Contracting Officer, in such form and reasonable detail as the representative may require, an invoice or voucher supported by a statement of the claimed allowable cost incurred by the Contractor in the performance of this contract.

(d) Allowable costs.  For the purpose of determining allowable costs, the term "costs" includes--

(1) Those recorded costs that result, at the time of the request for reimbursement, from payment by cash, check, or other form of actual payment for items or services purchased directly for the contract;

(2) When the Contractor is not delinquent in payment of costs of contract performance in the ordinary course of business, costs incurred, but not necessarily paid, for-

(i) Supplies and services purchased directly for the contract and associated financing payments to subcontractors, provided payments determined due will be made-

(A) In accordance with the terms and conditions of a subcontract or invoice; and

(B) Ordinarily within 30 days of the submission of the Contractor's payment request to the Government;

(ii) Materials issued from the Contractor's stores inventory and placed in the production process for use on the contract;

(iii) Direct labor;

(iv) Direct travel;

(v) Other direct in-house costs; and

(vi) Properly allocable and allowable indirect costs as shown on the records maintained by the Contractor for purposes of obtaining reimbursement under Government contracts; and

(3) The amount of financing payments that the Contractor has paid by cash, check, or other forms of payment to subcontractors.

(e) Small business concerns. A small business concern may receive more frequent payments than every 2 weeks.

(f) Audit. At any time before final payment, the Contracting Officer may have the Contractor's invoices or vouchers and statements of costs audited. Any payment may be (1) reduced by any amounts found by the Contracting Officer not to constitute allowable costs or (2) adjusted for overpayments or underpayments made on preceding invoices or vouchers.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF TERMS AND CONDITIONS\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FL-FCA-000240

*FEMA & Fluor Scope of Work Revision Discussions*
*11/19/2005*

FL-FCA-000241

*Task Order Modification P0001*
*12/07/2005*

FL-FCA-000242

DEC 2 0 2005

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO P00002 | 3. EFFECTIVE DATE 12/12/2005 | 4. REQUISITION/PURCHASE REQ. NO. IN00126Y2006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

6. ISSUED BY                                      CODE

FEDERAL EMERGENCY MGNT AGENCY REGION IX
ATTN: FRED SANCHEZ (510) 627-7130
1111 BROADWAY
SUITE 1200
OAKLAND CA 94607-4052

7. ADMINISTERED BY (If other than Item 6)                    CODE

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | (X) | 9A. AMENDMENT OF SOLICITATION NO |
|---|---|---|---|
| FLUOR ENTERPRISES, INC | | | 9B. DATED (SEE ITEM 11) |
| 1101 WILSON BLVD STE 1900 | | | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| ARLINGTON VA 222092211 | | | 10B. DATED (SEE ITEM 13) |
| CODE | FACILITY CODE | X | 11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor   ☒ is not,   ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to correct a typing error and extend the schedule of definitization.

(1) Paragraph 2. on page 3 of 5, second sentence, the date January 15, 2005 is changed to read January 15, 2006.

(2) Paragraph 8.(b) on page 3 of 5 FAR Clause 52.216-25 Contract Definitization (OCT 1997), subparagraph (b)(1) is changed to read: Negotiations on or before January 14, 2005.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Marcus Tikotsky | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Marcus Tikotsky_ (Signature of Contracting Officer) | 16C. DATE SIGNED 12-12-2005 |
| (Signature of person authorized to sign) | | | |

STANDARD FORM 30   (REV. 10-83)

**ORIGINAL**

FL-FCA-000243

*Task Order Modification P0003*
*03/02/2006*

FL-FCA-000244

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | RPA NO | * CONTRACT ID CODE | | PAGE 1 | OF PAG 2 |
|---|---|---|---|---|---|

| 2 AMENDMENT/MODIFIC ATION NO<br>P00003 | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |

| 6 ISSUED BY                      CODE | 7 ADMINISTERED BY (If other than Item 6)      CODE |
|---|---|
| FEDERAL EMERGENCY MGMT AGENCY<br>Financial & Acquisition Management Div<br>500 C Street S.W., Room 350<br>Washington D.C.<br>20472 | |

| 8 NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|
| FLUOR ENTERPRISES, INC<br><br>1101 WILSON BLVD STE 1500<br><br>ARLINGTON VA 222092211 | | |
| | | 9B DATED (SEE ITEM 11) |
| | | 10A MODIFICATION OF CONTRACT/ORDER NO<br>HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| CODE | FACILITY CODE | X | 10B DATED (SEE ITEM 13)<br>11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended. ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12 ACCOUNTING AND APPROPRIATION DATA   (If required)      See continuation page |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc) SET FORTH IN ITEM 14 PURSUANT TO THE AUTHORITY OF FAR 43 103(b) | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF | |
| | D OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor ☒ is not. ☐ is required to sign this document and return _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION  (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to make an upward adjustment to the value of the undefinitize task order as outlined on the continuation page 2 of 2.

b. This modification also changes the task order clause 52.216-25 Contract Definitization, subparagraph (b)(1) to read as follows: Negotiations on or before March 30, 2006.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A NAME AND TITLE OF SIGNER   (Type or print) | 16A NAME AND TITLE OF CONTRACTING OFFICER   (Type or print)<br>MARCUS TIKOTSKY<br>CONTRACTING OFFICER |
|---|---|
| 15B CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA<br>BY *Marcus Tikotsky*<br>(Signature of Contracting Officer) | 16C DATE SIGNED<br>2 Mar 06 |

Combined PDF Page 43 of 140                                         STANDARD FORM 30  (REV 10-83)

FL-FCA-000245

CONTINUATION OF BLOCK 14.

c. Task Order paragraph A.1 Price/Cost Schedule: The total Unit Price and Amount for Item 001, is changed From: Redacted

d. The following changes are made to the associated paragraphs under page 3 of the task order.

(1) Paragraph 6 is changed to read: The estimated Cost-Plus-Fixed-Fee value of this order is Redacted which includes an estimated cost of Redacted

(2) Paragraph 7 is changed to read: The amount obligated under this order is in accordance with the Limitation of Government Liability clause FAR 52.216-24 and is Redacted

(3) 52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984), subparagraphs (a) and (b) are changed to read as follows:

Paragraph (a): In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding Redacted

Paragraph (b): The maximum amount for which the Government shall be liable if this contract is terminated is Redacted

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES. | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 | | 1.00 | LOT | Redacted | |
| | BOC 2591 Provide Technical Assistance for Individu | | | | |
| | FUNDING/REQ NO: | 1:170,814,779.00 | WN00929Y2006T | | |

GRAND TOTAL --- Redacted

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| 1 | 2006-06-1603DR-9064- | -2591-D | WN00929Y2006T | P | Redacted |

FL-FCA-000246

FL-FCA-000247

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00004 | 3 EFFECTIVE DATE 10 March 2006 | 4. REQUISITION/PURCHASE REQ. NO. TNU0126Y2006F | 5 PROJECT NO. (If applicable) |
|---|---|---|---|

6. ISSUED BY  CODE

FEDERAL EMERGENCY MGMT AGENCY
Financial & Acquisition Management Div
500 C Street S.W., Room 350
Washington D.C.
20472

7. ADMINISTERED BY (If other than Item 6)  CODE

8. NAME AND ADDRESS OF CONTRACTOR (No. street county, State and ZIP Code)

FLUOR ENTERPRISES, INC

1101 WILSON BLVD STE 1900

ARLINGTON VA 222092211

CODE  FACILITY CODE

(X)  9A. AMENDMENT OF SOLICITATION NO.

9B DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
HSFEHQ-05-D-0471 HSFEHQ-06-J-0011

10B. DATED (SEE ITEM 13)
X  11-10-2005

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)  N/A

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

(X) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.
X | FAR 52.243-2 CHANGES -- COST REIMBURSEMENT ALT. I
| B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b).
| C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF:
| D. OTHER (Specify type of modification and authority)

E. IMPORTANT:  Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to make changes to the task order Statment of Work by increasing trailer quantities as indicated in the attached revised Statement of Work, Revision 6, Dated 3/9/06. The contractor shall continue to perform delivery and maintenance services and shall prepare and submit a cost proposal for the additional quantities.

b. This modification also serves a a stop work order for Propane Refueling Services as outlined under the Statmnt of Work, paragraph 3.3.6. Propane Refueling Services are hereby cancelled, the contractor will be entitled to costs incurred for Propane Refueling services provided through March 15, 2006.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 16A. NAME AND TITLE OF SIGNER (Type or print) | | 15A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) MARCUS TYKOTSKY CONTRACTING OFFICER | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY *Marcus Tykotsky* | 16C. DATE SIGNED 10 Mar 06 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

STANDARD FORM 30 (REV. 10-83)

Combined PDF Page 46 of 140

FL-FCA-000248

Contract HSFEHQ-05-D-0471        Revision 6 - 3/9/06        Task Order HSFEHQ-06-J-0011
                                                            (Previously-Task Order HSFEHQ05-J-0020)

_____ STATEMENT OF WORK _____

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

# General Provisions

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:        Joint Field Office DR-1603
                Housing Management Group
                415 North 15th Street
                Baton Rouge, LA 70802

JFO Point of Contact: Tom Nadsady, COTR
Phone:                916-212-4164
Email:                tom.nadsady@associates.dhs.gov

Alternate POC:

Parishes: State of Louisiana.

## 2. Operational Objective. Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1 Staging Subtask #1. The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas. The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

Note 1: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

FL-FCA-000249

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                                (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s).  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

**3.2 Haul and/or Haul/Installation Subtask #2.** The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1  Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2  Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3  Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4  Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5  Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

FL-FCA-000250

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                                 (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 5,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation- Travel Trailers (TT) | 34,650 Estimated Option 1: 750 Option 2: 750 Option 3: 750 | The contractor shall haul/install travel trailers on sites in the State of Louisiana.  All units shall be winterized. Note: See paragraph 5.4 below Optional trailer Quantities |
| 4 | Haul/Installation- Manufactured Homes (MH) | 4,250 Estimated Option 1: 250 Option 2: 250 Option 3: 250 | The contractor shall haul/install manufactured homes on sites in the State of Louisiana.  All units shall be winterized. Note: See paragraph 5.4 below Optional trailer Quantities |

**3.3 Maintenance Subtask #3.**    The contractor shall resolve maintenance issues relating to the structures.  The contractor shall make all necessary repairs to systems specified in this task order.  If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1  Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006.  The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006.  Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems.  The toll free number must be available and operational when the first unit is ready to occupy

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

FL-FCA-000251

Contract HSFEHQ-05-D-0471        Revision 6 - 3/9/06        Task Order HSFEHQ-06-J-0011
                                                              (Previously-Task Order HSFEHQ05-J-0020)

---

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

### 3.3.4  Maintenance Records.

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.5  Major Material Item Repair or Replacement.

PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

### 3.3.6  Propane Refueling Services.

~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Occupancy Maintenance for Private Sites | 34,650 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | Propane Refueling Service | 5,000 Estimated (no change) | The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (no change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

FL-FCA-000252

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                        (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.4  Additional Activities.** Additional activities for short/long term housing solutions (as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|------------|---------------|-------------------|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

**4. Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out Plan no later than **April 15, 2006** for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## 5. Base Period of Performance:

5.1  The Base Period of Performance is the start date indicated in the Pre Authorization Letter through 31 March 2006.

5.2  Option Periods:  Three 1-month options may be exercised after March 31. The options shall be for grounds and infrastructure maintenance only. All trailer maintenance is expected to be transitioned on or after March 31, 2006. A separate 30 day option period for phase-out may be exercised at any time after March 31, 2005. The Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.3  The Government may exercise one or all options. The contracting officer will exercise the option periods by written notice to the contractor within 15 days prior to termination of that current period of performance.

FL-FCA-000253

Contract HSFEHQ-05-D-0471          Revision 6 - 3/9/06          Task Order HSFEHQ-06-J-0011
                                                               (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

5.4   Optional Trailer Quantities:  Exercise of option quantities will be based on the contractor's notification to FEMA of reaching within 50% of units delivered.  The Government will make every reasonable effort to exercise additional option quantities so as not to create a break in service.   Note: The contractor shall price separately the optional quantities and will reflect this in their cost proposal

FL-FCA-000254

*Task Order Modification P0005*
*03/15/2006*

FL-FCA-000255

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00005 | 3. EFFECTIVE DATE 15 Mar 2006 | 4. REQUISITION/PURCHASE REQ. NO. TN00126Y2006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY                          CODE | 7. ADMINISTERED BY (If other than Item 6)          CODE |
|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div.<br>500 C. Street, S.W. Room 350<br>Washington D.C.   20472 | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC<br><br>1101 WILSON BLVD STE 1900<br>ARLINGTON VA 222092211 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| | X | 10B. DATED (SEE ITEM 13)<br>11-08-2005 |
| CODE | FACILITY CODE | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required)      N/A |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to Exercise the first of three one month maintenance Options.  The contractor shall perform continued maintenacne services in accordance with the Task Order Statement of Work, Revison 06, dated 03/09/06.
b. The maintenance option period is 1-30 April 2006.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Marcus Tikotsky<br>Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY (Signature of Contracting Officer) | 16C. DATE SIGNED<br>15 Mar 06 |

STANDARD FORM 30 (REV. 10-83)

FL-FCA-000256

*Task Order Modification P0006 and SOW Revision #7*
*03/15/2006*

FL-FCA-000257

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00006 | 3. EFFECTIVE DATE 03/15/06 | 4. REQUISITION/PURCHASE REQ. NO. TN00126Y2006T | | 5. PROJECT NO. (if applicable) | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div 500 C. Street, S.W., Room 350 Washington D.C.   20472 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222092211 | | | | |
| | | | | 9B. DATED (SEE ITEM 11) |
| | | | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| CODE | | FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 11-10-2005 |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (if required) | N/A |
|---|---|

**13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor ☒ is not, ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to correct a typing error in the Statement of Work, in particular Task ID 4, Projected Quantity, Task ID 6, Strikethrough added, and paragraph 5.2 restated to add clarification to the requirement.

b. See the attached Statment of Work, Revision 7, dated 3/15/06.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Marcus Tikotsky Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY   (Signature of Contracting Officer) | 16C. DATE SIGNED 15 Mar 06 |

STANDARD FORM 30   (REV. 10-83)

Combined PDF Page 56 of 140

FL-FCA-000258

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
                                                                 (Previously-Task Order HSFEHQ05-J-0020)

_____ STATEMENT OF WORK _____

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

## General Provisions

## 1. Disaster Information.

> Disaster: 1603
> State: Louisiana

> **Joint Field Office Information:**

> Address:      Joint Field Office DR-1603
>               Housing Management Group
>               415 North 15th Street
>               Baton Rouge, LA 70802

> JFO Point of Contact: Tom Nadsady, COTR
> Phone:               916-212-4164
> Email:               tom.nadsady@associates.dhs.gov

> Alternate POC:

> Parishes: State of Louisiana.

## 2. Operational Objective.  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1 Staging Subtask #1. The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas.  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination.  The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

Note 1: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

FL-FCA-000259

Contract HSFEHQ-05-D-0471          **Revision 7 - 3/15/06**          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

_____ STATEMENT OF WORK _____

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

3.2 Haul and/or Haul/Installation Subtask #2. The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

   3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

   3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

   3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

   3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

   3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

FL-FCA-000260

Contract HSFEHQ-05-D-0471          **Revision 7 - 3/15/06**          Task Order HSFEHQ-06-J-0011
                                                        (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 5,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| | | | |
| 3 | Haul/Installation- Travel Trailers (TT) | 34,650 Estimated Option 1: 750 Option 2: 750 Option 3: 750 | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. <u>Note</u>: See paragraph 5.4 below Optional trailer Quantities |
| | | | |
| 4 | Haul/Installation- Manufactured Homes (MH) | 4,650 Estimated Option 1: 250 Option 2: 250 Option 3: 250 | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. <u>Note</u>: See paragraph 5.4 below Optional trailer Quantities |

**3.3 Maintenance Subtask #3.**  The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1  Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006. The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

FL-FCA-000261

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
                                                                (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

### 3.3.4 Maintenance Records.

The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.5 Major Material Item Repair or Replacement.

PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

### 3.3.6 Propane Refueling Services.

~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use BGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---|---|---|---|
| 5 | Occupancy Maintenance for Private Sites | 34,650 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | ~~Propane Refueling Service~~ | ~~5,000 Estimated (no change)~~ | ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use BGS and Group sites.~~ |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (no change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

FL-FCA-000262

Contract HSFEHQ-05-D-0471          Revision 7 - 3/15/06          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.4 Additional Activities.** Additional activities for short/long term housing solutions (as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

## 4. Phase Out:
The contractor shall deliver to the COTR for Government approval a Phase-out Plan no Later Than April 15, 2006 for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter through 31 March 2006.

5.2   Option Periods:  Three 1-month options may be exercised after March 31.  The options may be exercised for trailer and grounds or for just grounds and infrastructure maintenance.  All trailer maintenance is expected to be transitioned on or after March 31, 2006.  A 30 day option period for phase-out/maintenance may be exercised at any time after March 31, 2005.  The Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

5.3   The Government may exercise one or all options. The contracting officer will exercise the option periods by written notice to the contractor within 15 days prior to termination of that current period of performance.

FL-FCA-000263

Contract HSFEHQ-05-D-0471         Revision 7 - 3/15/06         Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

5.4   Optional Trailer Quantities:  Exercise of option quantities will be based on the contractor's notification to FEMA of reaching within 50% of units delivered.  The Government will make every reasonable effort to exercise additional option quantities so as not to create a break in service.  Note: The contractor shall price separately the optional quantities and will reflect this in their cost proposal

FL-FCA-000264

FL-FCA-000265

EL_FCA-000266

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | | PAGE | OF PAGES |
|---|---|---|---|
| | | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| P00007 | 03/24/06 | TN00125627006T | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than Item 6) | CODE | |
|---|---|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>500 C. Street, S.W., Room 350<br>Washington D.C. 20472 | | | | | |

8A. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

FLOOR ENTERPRISES, INC
1101 WILSON BLVD STE 1900
ARLINGTON VA 222092211

| | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|
| | |
| | 9B. DATED (SEE ITEM 11) |
| | |
| X | 10A. MODIFICATION OF CONTRACT/ORDER NO. |
| | HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| | 10B. DATED (SEE ITEM 13) |
| | 11-10-2005 |

CODE _____ FACILITY CODE _____

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| | |
|---|---|
| ( ) | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor [ ] is not, [ X ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is increase the following optional quantities as indicated in the statement of Work: Task ID# is option 1 - 750 travel trailers. The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) |
|---|---|
| | Marcus Tlkotsky<br>Contracting Officer |

| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
|---|---|---|---|
| _____<br>(Signature of person authorized to sign) | | BY _____<br>(Signature of Contracting Officer) | 03-24-2006 |

STANDARD FORM 30 (REV. 10-83)

*Task Order Modification P0008*
*03/24/2006*

FL-FCA-000267

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00008 | 3. EFFECTIVE DATE 03/24/06 | 4. REQUISITION/PURCHASE REQ. NO. TN00126Y2006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|

6. ISSUED BY
Federal Emergency Management Agency
Financial & Acquisition Management Div
500 C. Street, S.W., Room 350
Washington D.C.   20472

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|

FLUOR ENTERPRISES, INC

1101 WILSON BLVD STE 1900

ARLINGTON VA 222092211

| | 9B. DATED (SEE ITEM 11) |
|---|---|
| | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| X | 10B. DATED (SEE ITEM 13) 11-10-2005 |

CODE                    FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended. [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGEMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)          N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor [X] is not. [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is increase the following optional quantities as indicated in the Statement of Work: Task ID# 3: Option 2 - 750 Travel Trailers.  The contractor shall haul/install travel trailers on sites in the State of Louisiana.  All units shall be winterized.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Marcus Tikotsky Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Marcus Tikotsky_ (Signature of Contracting Officer) | 16C. DATE SIGNED 03-24-2006 |

STANDARD FORM 30   (REV. 10-83)

Combined PDF Page 66 of 140

FL-FCA-000268

*Task Order Modification P0009*
*03/31/2006*

FL-FCA-000269

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|
| 2. AMENDMENT/MODIFICATION NO. P00009 | 3. EFFECTIVE DATE 03/31/06 | 4. REQUISITION/PURCHASE REQ. NO TH00126Y2006T | | 5. PROJECT NO (if applicable) | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (if other than item 6) | CODE | |
|---|---|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div 500 C. Street, S.W., Room 350 Washington D.C.  20472 | | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR     (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222092211 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| | X | 10B. DATED (SEE ITEM 13) 11-10-2005 |

| CODE | FACILITY CODE |
|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA    (if required) | N/A |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES    (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b) |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**   Contractor [X] is not,  [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION    (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is increase the following optional quantities as indicated in the Statement of Work: Task ID# 3: Option 3 - 750 Travel Trailers.  The contractor shall haul/install travel trailers on sites in the State of Louisiana.  All units shall be winterized.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER    (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER    (Type or print) Marcus Tikotsky Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _Marcus Tikotsky_ (Signature of Contracting Officer) | 16C. DATE SIGNED 03-31-2006 |

STANDARD FORM 30   (REV. 10-83)

Combined PDF Page 68 of 140

FL-FCA-000270

*Task Order Modification P0010*
*03/31/2006*

Combined PDF Page 69 of 140

FL-FCA-000271

## AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | |
|---|---|---|
| 1 CONTRACT ID CODE | PAGE | OF PAGES |

| 2 AMENDMENT/MODIFICATION NO. | 3 EFFECTIVE DATE | 4 REQUISITION/PURCHASE REQ NO | 5 PROJECT NO (If applicable) |
|---|---|---|---|
| P00010 | MAR 31 2006 | TN0013672G087 | |

| 6 ISSUED BY | CODE | | 7 ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|---|
| FEDERAL EMERGENCY MGMT AGENCY Financial & Acquisition Management Div 500 C Street S.W., Room 350 Washington D.C. 20472 | | | | |

| 8 NAME AND ADDRESS OF CONTRACTOR (No, street, county, State and ZIP Code) | | (X) | 9A AMENDMENT OF SOLICITATION NO |
|---|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222090211 | | | 9B DATED (SEE ITEM 11) |
| | | | 10A MODIFICATION OF CONTRACT/ORDER NO HSFEHQ-05-J-0011 HSFEHQ-06-J-0011 |
| | | X | 10B DATED (SEE ITEM 13) 11-10 2005 |

| CODE | | FACILITY CODE | |
|---|---|---|---|

### 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12 ACCOUNTING AND APPROPRIATION DATA (If required) | See continuation page |
|---|---|

### 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A THIS CHANGE ORDER IS ISSUED PURSUANT TO (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO IN ITEM 10A |
| X | B THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF |
| | D OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14 DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

a. The purpose of this modification is to make an upward adjustment to the value of the undefinitized task order as outlined on the continuation page 2 of 2.

b. This modification also changes the task order clause 52.216-25 Contract Definitization, subparagraph (b)(1) to read as follows: Negotiations on or before April 30, 2006.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A NAME AND TITLE OF SIGNER (Type or print) | | 16A NAME AND TITLE OF CONTRACTING OFFICER (Type or print) Marcus Pikotsky Contracting Officer |
|---|---|---|
| 15B CONTRACTOR/OFFEROR | 15C DATE SIGNED | 16B UNITED STATES OF AMERICA | 16C DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 03 31 2006 |

Combined PDF Page 70 of 140

STANDARD FORM 30 (REV 10-83)

CONTINUATION OF BLOCK 14.

c. Task Order paragraph A.1 Price/Cost Schedule: The total Unit Price and Amount for Item 001, is changed From: Redacted

d. The following changes are made to the associated paragraphs under page 3 of the task order.

(1) Paragraph 6 is changed to read: The estimated Cost-Plus-Fixed-Fee value of this order is Redacted which includes an estimated cost of Redacted

(2) Paragraph 7 is changed to read: The amount obligated to this order is accordance with the Limitation of Government Liability clause FAR 52.216-24 Redacted

(3) 52.216-24, LIMITATION OF GOVERNMENT LIABILITY (APR 1984), subparagraphs (a) and (b) are changed to read as follows:

Paragraph (a): In performing this contract, the Contractor is not authorized to make expenditures or incur obligations exceeding Redacted

Paragraph (b): The maximum amount for which the Government shall be liable if this contract is terminated is Redacted

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 001 | The contractor will provide technical assistance s | 1.00 | LOT | Redacted | |
| | FUNDING/REQ NO: | Redacte Redacted | | TN00126Y2006T | |
| | | | GRAND TOTAL --- | | Redacted |

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|---|
| : | 2006-06-1603DR-9064- | -2591-D | TN00126Y2006T | P | Redacted |

FL-FCA-000273

FL-FCA-000274

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE 1 | OF PAGES 3 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00011 | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. TN00126Y2006T | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | (x) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC<br><br>1101 WILSON BLVD STE 1900<br><br>ARLINGTON VA 222092211 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| CODE | FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>11-10-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (If required) | See attached continuation sheet for Appropriation Data |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS,
IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| X | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.<br>Pursuant to FAR 52.243-2 Changes - Cost Reimbursement ALT 1 | |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor [X] is not. ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to correct the undefinitized task order total on P00010 and increase trailer quantities.  See continuation of modification on pages 2 and 3.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Tina Burnette<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br><br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>4/1/06 |

STANDARD FORM 30 (REV. 10-83)

FL-FCA-000275

HSFEHQ-05-D-0471   HSFEHQ-06-J-0011   P00011

## CONTINUATION PAGE

The purpose of this modification is to correct the undefinitized task order total, as specified in P00010, and increase the existing trailer quantity

Accordingly:

a.  Decrease the amount that increased the undefinitized task order total, on Modification P00010, by [Redacted] from [Redacted] to read [Redacted]

b.  Increase the existing trailer quantity by 5,000 additional travel trailers.

Modification P00004, dated 10 Mar 06 revised the original Statement of Work on this task order and apply to this modification as well.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Page 3

FL-FCA-000276

U.S. Department of Homeland Security
Washington, DC 20472

 FEMA

April 10, 2006

Mark Ashby
Fluor
100 Fluor Daniel Dr., C302E
Greenville, SC 29607

Dear Mr. Ashby:

Reference Contract HSFEHQ-05-D-0471, Task Order HSFEHQ-06-J-0011.

The purpose of this letter is to document the increase in the Travel Trailer of an additional 5,000 units. Subject increase modifies the total trailer quantity from 48,000 to 53,000. This notice also continues to authorize the incurrence of pre-award costs prior to the issuance of Task Order No. HSFEHQ-06-J-0011 under contract HSFEHQ-05-D-0471 for Haul and Install of trailer homes.

This office has determined that it is in the best interests of the Government to continue to authorize the undefinitized task order total amount as specified in modification P00010 and as further corrected via P00011. It is anticipated negotiations will be commence on or around April 30, 2006. Task Order No. HSFEHQ-06-J-0011 should be finalized and issued during that period of time, for subject services.

Revision number 8, to the original Statement of Work (SOW), will be utilized in completing the requirements of subject task order. Fluor is instructed to revise their proposal to reflect the trailer quantity increases and provide said revised proposal no later than 19 Apr 06.

Should you have any questions or comments, I may be reached at (202) 646-3523.

Sincerely,

Michael E. White
Contract Specialist

FL-FCA-000277

Contract HSFEHQ-05-D-0471          **Revision 8 - 4/10/06**          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ-05-J-0020)

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

# General Provisions

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:     Joint Field Office DR-1603
             Housing Management Group
             415 North 15th Street
             Baton Rouge, LA 70802

JFO Point of Contact: Tom Nadsady, COTR
Phone:                916-212-4164
Email:                tom.nadsady@associates.dhs.gov

Alternate Point of Contact:   John D Ward, COTR
Phone:                        281-638-4517
Email                         john.wardjr@dhs.gov

Parishes:  State of Louisiana.

## 2. Operational Objective.  Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below.  Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

### 3.1 Staging Subtask #1. The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas.  The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

<u>Note 1</u>: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

FL-FCA-000278

Contract HSFEHQ-05-D-0471          **Revision 8 - 4/10/06**          Task Order HSFEHQ-06-J-0011
                                                            (Previously-Task Order HSFEHQ05-J-0020)

<u>STATEMENT OF WORK</u>

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

**3.2 Haul and/or Haul/Installation Subtask #2.** The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

<u>Note 2</u>: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

FL-FCA-000279

Contract HSFEHQ-05-D-0471          Revision 8 - 4/10/06          Task Order HSFEHQ-06-J-0011
                                                                 (Previously-Task Order HSFEHQ05-J-0020)

## STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 5,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 41,900 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 5,400 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. |

**3.3 Maintenance Subtask #3.** The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

**3.3.1 Optional maintenance.** The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006. The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

**3.3.2. User Maintenance Contact Phone Number.** The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy.

**3.3.3 Timely Maintenance Remedies.** The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

**3.3.4 Maintenance Records.** The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log

FL-FCA-000280

Contract HSFEHQ-05-D-0471          Revision 8 - 4/10/06          Task Order HSFEHQ-06-J-0011
(Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

### 3.3.5 Major Material Item Repair or Replacement. PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

### 3.3.6 Propane Refueling Services. ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 5 | Occupancy Maintenance for Private Sites | 37,150 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | ~~Propane Refueling Service~~ | ~~5,000 Estimated (no change)~~ | ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites.~~ |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

FL-FCA-000281

Contract HSFEHQ-05-D-0471          **Revision 8 - 4/10/06**          Task Order HSFEHQ-06-J-0011
                                                                     (Previously-Task Order HSFEHQ05-J-0020)

STATEMENT OF WORK

Staging Support, Haul/Install, Installation Construction Activities, Maintenance and Deactivation

**3.4  Additional Activities.** Additional activities for short/long term housing solutions
(as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal,
lighting illumination, fences/barriers, fire and life safety protection/equipment, signage,
property/facilities management, portable restrooms/ showers, additional rigging for
temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---------|-----------|---------------|-------------------|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

**4. Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out
Plan no Later Than **April 15, 2006** for the transfer of operation and maintenance responsibilities for
the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor.
The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the
Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The
Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition
of Maintenance activities, including maintenance records and data. The Plan shall address how
ongoing work will be maintained and handed-over, the Phase-Out management organization, and a
schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

## 5. Base Period of Performance:

5.1  The Base Period of Performance is the start date indicated in the Pre Authorization Letter
through 31 March 2006.

5.2  Option Periods: Three 1-month options may be exercised after March 31. The options
may be exercised for trailer and grounds or for grounds and infrastructure maintenance. All
trailer maintenance is expected to be transitioned on or after March 31, 2006. A 30 day option
period for phase-out/maintenance may be exercised at any time after March 31, 2006. The
Contractor shall be responsible for supporting the orderly transfer of responsibility for work,
records, and Government-furnished parts, equipment, supplies and materials to any contractor so
identified by FEMA as having taken over maintenance responsibilities.

5.3  The Government may exercise one or all options. The contracting officer will exercise the
option periods by written notice to the contractor within 15 days prior to termination of that
current period of performance.

FL-FCA-000282

FL-FCA-000283

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO | 1 CONTRACT ID CODE | PAGE 1 | OF PAGES 1 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00012 | 3. EFFECTIVE DATE 13 Apr 2006 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) | |
|---|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than Item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency Financial & Acquisition Management Div. 500 C. Street, S.W. Room 350 Washington D.C.   20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC 1101 WILSON BLVD STE 1900 ARLINGTON VA 222092211 | | 9B. DATED (SEE ITEM 11) |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| CODE                        FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 11-08-2005 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

| | The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers | | is extended, | | is not extended. |
|---|---|---|---|---|---|

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA   (If required) | N/A |
|---|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:   (Specify authority)   THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

| E. IMPORTANT:   Contractor | X | is not, | | is required to sign this document and return _____ copies to the issuing office. |
|---|---|---|---|---|

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to Exercise the second (one) month maintenance Option for subject Task Order.

a.  The contractor shall perform maintenance services in accordance with the current revision of the Task Order Statement of Work.

b.  The maintenance period of performance is May 1 - 31 2006.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Michael E. White Contracting Officer | |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR _____ (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY _____ (Signature of Contracting Officer) | 16C. DATE SIGNED 13 Apr 06 |

STANDARD FORM 30 (REV. 10-83)

FL-FCA-000284

*Task Order Modification P0013*
*05/08/2006*

FL-FCA-000285

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | BPA NO. | | 1. CONTRACT ID CODE | PAGE 1 | OF PAGE 3 |
|---|---|---|---|---|---|

| 2. AMENDMENT/MODIFICATION NO. P00013 | 3. EFFECTIVE DATE 05-08-2006 | 4. REQUISITION/PURCHASE REQ. NO. See Page 2 | 5. PROJECT NO. (If applicable) |
|---|---|---|---|

| 6. ISSUED BY | CODE | 7. ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div<br>Readiness, Response & IT Branch<br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | | | |
|---|---|---|---|
| FLUOR ENTERPRISES, INC<br><br>1101 WILSON BLVD STE 1900<br><br>ARLINGTON VA 222092211 | (X) | 9A. AMENDMENT OF SOLICITATION NO. | |
| | | 9B. DATED (SEE ITEM 11) | |
| | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 | |
| CODE                    FACILITY CODE | X | 10B. DATED (SEE ITEM 13) 11-10-2005 | |

**11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS**

[ ] The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers [ ] is extended, [ ] is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA  (If required)      See Continuation Page 2 |
|---|

**13. THIS ITEM ONLY APPLIES TO MODIFICATIONS OF CONTRACTS/ORDERS.**
**IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.**

| (X) | | |
|---|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. | |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). | |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: | |
| | D. OTHER (Specify type of modification and authority) | |

E. IMPORTANT:   Contractor [X] is not, [ ] is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modifcation is to adjust the total value amount of the undefinitized Task Order.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print)<br>Michael E. White<br>Contracting Officer |
|---|---|
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY _____<br>(Signature of Contracting Officer) | 16C. DATE SIGNED |

STANDARD FORM 30  (REV. 10-83)

FL-FCA-000286

P00013

## CONTINUATION PAGE

The purpose of this modification is to adjust the total value amount of the undefinitized Task Order.

A. The total amount that will be increased on the undefinitized Task Order total is Redacted from Redacted to read Redacted

B. Due to Funding constraints this modification only obligates Redacted of the Redacted at this time. Leaving a total of Redacted left to be obligated when additional funding becomes available.

C. The funding amount of Redacted will be obligated using the following Three Fund Cites:

WN00929Y2006T (2006-06-1603DR-9064-XXXX-2591-D)
For Redacted

TN01148Y2006T (2006-06-1603DR-9064-XXXX-2591-D)
For Redacted

TN01147Y2006T (2006-06-1603DR-9064-XXXX-2591-D)
For Redacted

D. The maximum amount, once all funds have been obligated, the Government shall be liable for if the contract is terminated is Redacted

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

FL-FCA-000287

HSFEHQ-05-D-0471  HSFEHQ-06-J-0011  P00013

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|
| 1 | | 1.00 | lot | | Redacted |
| | BOC 2591 Provide Technical Assistance for Individu | | | | |
| | FUNDING/REQ NO:    3: Redacted    WN00929Y2006T | | | | |
| 1 | | 1.00 | | | Redacted |
| | BOC 2591  CONTRACTOR - FLUOR  PROVIDE TECHNICAL AS | | | | |
| | FUNDING/REQ NO:    2: Redacted    TN01148Y2006T | | | | |
| 1 | | 1.00 | | | Redacted |
| | BOC 2591  CONTRACTOR - FLUOR  PROVIDE TECHNICAL AS | | | | |
| | FUNDING/REQ NO:    1: Redacted    TN01147Y2006T | | | | |

GRAND TOTAL --- Redacted

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|---|---|---|---|---|
| 1 | 2006-06-1603DR-9064--2591-D | TN01147Y2006T | P | |
| 2 | 2006-06-1603DR-9064--2591-D | TN01148Y2006T | P | Redacted |
| 3 | 2006-06-1603DR-9064--2591-D | WN00929Y2006T | P | |

## A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|---|---|---|
| 1 | 1.00 | |
| 1 | 1.00 | |
| 1 | 1.00 | |

Page 3

FL-FCA-000288

*Task Order Modification P0014*
*05/16/2006*

Combined PDF Page 91 of 140

FL-FCA-000289

05/15/2006 22:04 FAX 703 605 1187     FEMA RM 503                                    ☑002

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|---|---|---|
| | | | | | 3 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (If applicable) |
|---|---|---|---|---|
| P00014 | | TN00126Y2006T | | |

| 6. ISSUED BY | CODE | | 7. ADMINISTERED BY (If other than item 6) | CODE |
|---|---|---|---|---|
| Federal Emergency Management Agency<br>Financial & Acquisition Management Div.<br><br>500 C Street, S.W., Room 350<br>Washington DC 20472 | | | | |

| 8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code) | | | | DO | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|---|---|---|
| FLUOR ENTERPRISES, INC<br><br>1101 WILSON BLVD STE 1900<br>ARLINGTON VA 222092211 | | | | | 9B. DATED (SEE ITEM 11) |
| | | | | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| CODE | | FACILITY CODE | | | 10B. DATED (SEE ITEM 13) |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers    ☐ is extended.  ☐ is not extended.
Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

| 12. ACCOUNTING AND APPROPRIATION DATA (if required)    See Continuation Page 2 |
|---|

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| DO | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
|---|---|
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation data, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT:   Contractor  ☒ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to obligate the remaining ┊┄┄┄┄┄┄┄┄Redacted┄┄┄┄┄┄┄┄┊
authorized on Modification P00013, which increased the total value amount of the undefinitized Task Order.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Michael E. White<br>Contracting Officer |
|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | BY (Signature of Contracting Officer) | 16 May 06 |

STANDARD FORM 30  (REV. 10-83)

FL-FCA-000290

HSFEHQ-05-D-0471                                                        Page 2 of 3
Modification P00014

The purpose of this modification is to obligate the remaining ⌜Redacted⌟ of the ⌜Redacted⌟ authorized on
Modification P00013, which increased the total value amount of the undefinitized Task Order.

  A. Modification 13 obligated ⌜Redacted⌟ out of the total authorized amount of ⌜Redacted⌟ This
  modification obligates the remaining ⌜Redacted⌟ via the following Fund Cites:

    TN00126Y2006T (2006-06-1603DR-9064-XXXX-2591-D)
    For ⌜Redacted⌟

    TN00513Y2006T (2006-06-1603DR-9064-XXXX-2591-D)
    For ⌜Redacted⌟

  B. The maximum amount, once all funds have been obligated, the Government is liable for if the contract is
  terminated still remain at ⌜Redacted⌟

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

FL-FCA-000291

05/15/2006 22:04 FAX 703 805 1187          FEMA RM 503                                    004

**HSFEHQ-05-D-0471  HSFEHQ-06-J-0011  P00014**

## A.1 PRICE/COST SCHEDULE

| ITEM NO. | DESCRIPTION OF SUPPLIES/SERVICES | QTY | UNIT | UNIT PRICE | AMOUNT |
|----------|----------------------------------|-----|------|-----------|--------|
| 001 | The contractor will provide technical assistance s | 1.00 | Lot | Redacted | |
| | FUNDING/REQ NO: | 1: Redacted | | TN00126Y2006T | |
| 002 | The contractor will provide technical assistance s | 1.00 | Lot | Redacted | |
| | FUNDING/REQ NO: | Redacted | | TN00513Y2006T | |

GRAND TOTAL ---          Redacted

ACCOUNTING AND APPROPRIATION DATA:

| ACRN | APPROPRIATION | REQUISITION NUMBER | | AMOUNT |
|------|---------------|--------------------|--|--------|
| 1 | 2006-06-1603DR-9064--2591-D | TN00126Y2006T | P | Redacted |
| 2 | 2006-06-1603DR-9064--2591-D | TN00513Y2006T | P | |

## A.2 DELIVERY SCHEDULE

| ITEM NUMBER | QUANTITY | DATE OF DELIVERY |
|-------------|----------|------------------|
| 001 | 1.00 | |
| 002 | 1.00 | |

**Page 3**

FL-FCA-000292

*Task Order Modification P0015*
*05/26/2006*

FL-FCA-000293

| AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT | | BPA NO. | 1 CONTRACT ID CODE | | PAGE 1 | OF PAG 1 |
|---|---|---|---|---|---|---|
| 2 AMENDMENT/MODIFICATION NO. P00015 | | 3. EFFECTIVE DATE See Block 16 | 4. REQUISITION/PURCHASE REQ. NO. | | 5. PROJECT NO. (if applicable) | |

**6. ISSUED BY**   CODE

Federal Emergency Management Agency
Financial & Acquisition Management Div.
500 C. Street, S.W. Room 350
Washington D.C.   20472

**7. ADMINISTERED BY** (if other than Item 6)   CODE

| 8. NAME AND ADDRESS OF CONTRACTOR   (No., street, county, State and ZIP Code) | (X) | 9A. AMENDMENT OF SOLICITATION NO. |
|---|---|---|
| FLUOR ENTERPRISES, INC | | 9B. DATED (SEE ITEM 11) |
| 1101 WILSON BLVD STE 1900 | | 10A. MODIFICATION OF CONTRACT/ORDER NO. HSFEHQ-05-D-0471 HSFEHQ-06-J-0011 |
| ARLINGTON VA 222092211 | X | 10B. DATED (SEE ITEM 13) 11-08-2005 |
| CODE      FACILITY CODE | | |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers  ☐ is extended,  ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a) By completing Items 8 and 15, and returning _____ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR AC-KNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPRIATION DATA (if required)   N/A

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (X) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO:  (Specify authority)  THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| X | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES   (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

**E. IMPORTANT:**  Contractor  ☒ is not,  ☐ is required to sign this document and return _____ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION   (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

The purpose of this modification is to exercise Option 3 (Trailer Maintenance and Phase Out).

a.     The contractor shall perform continued maintenance and phase out services in accordance with the Statement of specified in the Task Order as well as Transition Services agreed to by both parties.

b.    The contractor  hereby agrees there will be no additional costs associated with these services beyond the current Task Order award value except by written direction via contarct modifcation by the Contracting Officer. The Option Period is 1 -30 June 2006.

Except as provided herein all other terms and conditions remain unchanged and in full force and effect.

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER   (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER   (Type or print) Michael E. White Contracting Officer | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA BY | 16C. DATE SIGNED 26 May 86 |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | |

STANDARD FORM 30  (REV. 10-83)

Combined PDF Page 96 of 140

FL-FCA-000294

*Scope of Work Revision #9*
*05/30/2006*

FL-FCA-000295

## General Provisions

## 1. Disaster Information.

Disaster: 1603
State: Louisiana

**Joint Field Office Information:**

Address:     Joint Field Office DR-1603
             Housing Management Group
             415 North 15th Street
             Baton Rouge, LA 70802

JFO Point of Contact: Tom Nadsady, COTR
Phone:               916-212-4164
Email:               tom.nadsady@associates.dhs.gov

Alternate POC:

Parishes: State of Louisiana.

## 2. Operational Objective. Identify and provide temporary housing solutions for all people displaced because of Hurricane Katrina and Rita.

## 3. Identified Tasks. The contractor shall perform the tasks identified below. Contractor shall execute these tasks to the requirements and specifications identified in this task order, in accordance with the Performance Work Statements and applicable Exhibits.

**3.1 Staging Subtask #1.** The contractor shall, when required, operate and manage staging area(s) and/or Fluor forward staging areas. The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. The contractor shall utilize forward staging areas to support and expedite unit installations and reduce unnecessary travel times to intended destinations.

Note 1: All site identification and associated Assessment Support for this effort shall be executed under Task Order 0009 (Strike Teams).

| Task ID | Task Title | Projected Qty | Remarks |
|---------|------------|---------------|---------|
| 1 | Staging | 6 staging sites estimated (no change) | The contractor shall, when necessary, construct, operate and manage staging area(s). The staging area(s) shall be used to receive units from FEMA Logistics and coordinate the dispatching of all IA assets to their intended destination. |

FL-FCA-000296

**3.2 Haul and/or Haul/Installation Subtask #2.** The contractor shall haul and/or haul/install travel trailers or mobile homes in accordance with the contract Performance Work Statements following notification by individual Work Order. The Contractor shall:

3.2.1   Haul travel trailers/mobile homes/temporary structures from FEMA staging areas, or contractor forward staging areas, to their intended destination(s) for installation.

3.2.2   Install the units in accordance with the manufacturer's installation specifications, and other appropriate requirements to include State and local requirement. The contractor shall obtain all necessary permits.

3.2.3   Perform additional (minor) construction and other site preparation/restoration activities to include materials as necessary, for proper installation of the units.

3.2.4   Establish procedures to ensure that the quality of the work performed complies with generally accepted practices with the trade.

3.2.5   Establish procedures to monitor, and track progress and compliance with specifications and supplemental COTR Technical Direction.

Note 2: From March to June, 2006 the Government's supply of Travel Trailers is assumed to be in excess of 250 per day and Mobile Homes are assumed to be in excess of 20 per day. The 800 Alternative Temporary Housing Structures (MS) are in stock in logistics at the present time.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
| 2 | Haul Trailers only | 4,700 Estimated (no change) | Haul travel trailers/mobile homes/temporary structures to their intended destination(s) [Industrial Restart, PA Program, etc.] as required. |
| 3 | Haul/Installation-Travel Trailers (TT) | 43,450 Estimated | The contractor shall haul/install travel trailers on sites in the State of Louisiana. All units shall be winterized. |
| 4 | Haul/Installation-Manufactured Homes (MH) | 4,850 Estimated | The contractor shall haul/install manufactured homes on sites in the State of Louisiana. All units shall be winterized. |

**3.3 Maintenance Subtask #3.** The contractor shall resolve maintenance issues relating to the structures. The contractor shall make all necessary repairs to systems specified in this task

FL-FCA-000297

order. If multiple sites are clustered together it is permissible, with FEMA approval, to share specialized maintenance personnel among clustered facilities.

3.3.1 Optional maintenance. The contractor may be required to provide an additional two one month option periods for maintenance and a one month maintenance transition period (option) after March 31, 2006. The Government expects to have new follow-on contracts in place for maintenance "only" of trailers as of April 1, 2006. Due to the uncertainty of the follow-on contract awards the contractor may be required under the optional periods to perform 100% maintenance of units, grounds and infrastructure. Although it is intended that the contractor should only perform grounds and infrastructure maintenance during the option periods the contractor shall be prepared to perform under either of the two situations.

3.3.2. User Maintenance Contact Phone Number. The Contractor shall establish and operate a toll free maintenance number for occupants of structures to call and report maintenance problems. The toll free number must be available and operational when the first unit is ready to occupy.

3.3.3 Timely Maintenance Remedies. The contractor shall provide a remedy to any maintenance issues within the contract's established time frames.

3.3.4 Maintenance Records. The contractor shall establish and maintain maintenance records for all structures installed. The contractor shall provide FEMA a maintenance log upon request. This log shall include all maintenance calls, and status of remedy. Records shall be in accordance with the contract requirements.

3.3.5 Major Material Item Repair or Replacement. PWS Exhibit 10 - Maintenance Temporary Housing Units, paragraph 3.4 and Exhibit 13 - Site Maintenance, paragraph 3. The contractor shall in accordance with the above exhibits include in their cost proposal a separate cost for anticipated major item repairs based on current historical experience. This cost will reflect anticipated cost for materials only, labor shall not be included. The contractor shall explain in their Work Plan how they arrived at the estimated delta and rationale thereof. The contractor shall list and price separately in their cost proposal the anticipated replacement items and quantities. The contractor shall follow exhibit requirements and shall be allowed to bill against a separate line item for Major Item Repairs under the task order only after the proper documentation has been signed and received by the COTR or other designated FEMA representative. The purpose of this requirement is to provide a means by which the contractor and government may replace or repair major items in the most expeditious manner causing the least amount of interruption to tenants.

3.3.6 Propane Refueling Services. ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites. Travel trailers are typically equipped with two 30 gallon propane tanks. The contractor will develop an efficient means of refilling the propane tanks on a regular basis. Propane tank refills will need to occur approximately every 2 weeks. This service is expected to continue through March 31, 2006.~~ Note: Propane refueling services are cancelled, the contractor will be entitled to reimbursement of cost incurred through March 15, 2006.

| Task ID | Task Title | Projected Qty | Remarks |
|---------|-----------|---------------|---------|
|         |           |               |         |

FL-FCA-000298

| 5 | Occupancy Maintenance for Private Sites | 37,150 Estimated | The contractor shall provide maintenance services for travel trailers, manufactured homes and alternative housing structures as identified by FEMA through 31 March 2006. After this date, FEMA may elect to utilize up to 2 one month option periods and one 30 day phase out/in period to transfer maintenance activities to other contractors as identified by FEMA. |
| 6 | ~~Propane Refueling Service~~ | ~~5,000 Estimated (no change)~~ | ~~The contractor shall provide propane tank refilling for travel trailers in non-exclusive use EGS and Group sites.~~ |
| 7 | Group Site Infrastructure and Grounds Maintenance | 5,000 Estimated (No Change) | The contractor shall provide maintenance services for trailers on Group Sites to include Infrastructure and Grounds Maintenance. |

**3.4   Additional Activities.** Additional activities for short/long term housing solutions (as directed by FEMA) may include deactivation, refuse/waste disposal and debris removal, lighting illumination, fences/barriers, fire and life safety protection/equipment, signage, property/facilities management, portable restrooms/ showers, additional rigging for temporary mobile structures.

| Task ID | Task Title | Projected Qty | Projected Funding |
|---|---|---|---|
| 8 | Deactivation/ Removal | 4,000 Estimated (no change) | The contractor shall deactivate and provide transportation services of mobile structures from facilities/locations designated by FEMA to other locations as designated by FEMA. The contractor shall clean and make ready the units for re-issuance. The period of performance is through 30 June 2006. |

**4.  Phase Out:** The contractor shall deliver to the COTR for Government approval a Phase-out Plan no Later Than **April 15, 2006** for the transfer of operation and maintenance responsibilities for the Travel Trailers, Mobile Homes and Alternative Housing Structures to a follow-on contractor. The Contractor shall provide, maintain and implement a Phase-out Plan to transition all the Maintenance of TT/MH activities from the IA-TAC Contractor to follow-on contractor(s). The Phase-out Plan shall establish cost effective mechanisms to ensure the smooth and orderly transition of Maintenance activities, including maintenance records and data. The Plan shall address how ongoing work will be maintained and handed-over, the Phase-Out management organization, and a schedule with key milestones, checklists, status reporting, and orientation of successor personnel.

# 5. Base Period of Performance:

5.1   The Base Period of Performance is the start date indicated in the Pre Authorization Letter through 31 March 2006.

5.2   Option Periods: Three 1-month options may be exercised after March 31. The options may be exercised for trailer and grounds or for grounds and infrastructure maintenance. All trailer maintenance is expected to be transitioned on or after March 31, 2006. A 30 day option period for phase-out/maintenance may be exercised at any time after March 31, 2006. The Contractor shall be responsible for supporting the orderly transfer of responsibility for work, records, and Government-furnished parts, equipment, supplies and materials to any contractor so identified by FEMA as having taken over maintenance responsibilities.

FL-FCA-000299

5.3   The Government may exercise one or all options. The contracting officer will exercise the option periods by written notice to the contractor within 15 days prior to termination of that current period of performance.

FL-FCA-000300