UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER
FORMALDEHYDE
PRODUCT LIABILITY LITIGATION

MDL NO. 1873

SECTION "N-5"

JUDGE ENGELHARDT
MAG. JUDGE CHASEZ

THIS DOCUMENT IS RELATED TO:
*Lyndon T. Wright v. Forest River, Inc., et al.*
*No. 09-2977*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S SECOND MOTION FOR LEAVE TO FILE FIRST AND SUPPLEMENTAL COMPLAINT

**MAY IT PLEASE THE COURT:**

Plaintiff submits his Second Motion for Leave to File because he inadvertently failed to attach a Notice of Hearing to his Motion for Leave to File a Supplemental and Amending Complaint (MDL Doc. 1862). As such, this Second Motion for Leave to File merely reiterates and restates the Plaintiff's reasons for Amending his complaint in the instant litigation. For the edification of the Honorable Court, the original Memorandum in Support is repeated verbatim herein and as follows:

The Court previously has been advised that the individual plaintiff, Lyndon T. Wright, selected for trial in this MDL, proposes to file supplemental and amended complaints to clarify the damages set forth in the original Complaint and to provide a more specific and accurate trial suit as more information became available. The object of such amended pleadings is to assert claims of liability, causes of action, or claims for damages not previously articulated in the

1

original Complaint. It will also supply the Court with a more detailed description of the complaints set forth in the original Complaint and will afford the parties and the Court an appropriate "pleadings vehicle" for any required motion practice, etc. specific to Lyndon's case in advance of trial, and to create in this regard an appropriate record for appellate purposes.

The proposed First Supplemental and Amended Complaint which is submitted herewith purports to accomplish this with respect to the plaintiff, Lyndon Wright. New information became available after the filing of the original Complaint which is pertinent to further explain Lyndon's allegations with respect to the negligence of Shaw in their duty to maintain and repair his Travel Trailer, and also the accompanying mental depression Lyndon experienced as a result of their neglect of him.

Accordingly, Lyndon requests that the Court grant him leave to file the First Supplemental and Amended Complaint on his behalf. Further, supplemental and amended pleadings have been allowed in the Gulfstream, Fleetwood and Keystone trials and Lyndon should be afforded the same right.

Pursuant to Fed. R. Civ. P. (a)(1), a party may amend its pleading once either before being served with a responsive pleading, or within 20 days after serving the pleading if a responsive pleading is not allowed and the action is not yet on the trial calendar. Lyndon has not yet received a responsive pleading and he should be allowed to amend and supplement his original Complaint. Further, the new information that was not previously available is critical to Lyndon's case and to providing a complete account of his allegations. There is no reason why Lyndon should not be allowed to amend and supplement his complaint, as it was allowed in previous trials and is also allowed pursuant to Federal Rules.

Accordingly, Plaintiff respectfully requests that the Court enter the attached Order, granting leave to file the First Supplemental and Amended Complaint on behalf of Lyndon T. Wright.

Respectfully submitted,

s/ Frank J. D'Amico, Jr.
FRANK J. D'AMICO, JR., T.A. (#17519)
AARON Z. AHLQUIST (#29063)
**FRANK J. D'AMICO, JR., APLC**
622 Baronne Street
New Orleans, LA 70113
Telephone:   (504) 525-7272
Fax:              (504) 525-9522

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

s/Frank J. D'Amico Jr.
FRANK J. D'AMICO JR. #17519