1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
2

3    ************************************************************

4    IN RE:  FEMA TRAILER
     FORMALDEHYDE PRODUCTS
5    LIABILITY LITIGATION
                              DOCKET MDL NO. 1873 "N"
6                             NEW ORLEANS, LOUISIANA
                              FRIDAY, AUGUST 7, 2009, 10:00 A.M.
7

8    ************************************************************

9

          TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
10      HEARD BEFORE THE HONORABLE KURT D. ENGELHARDT
               UNITED STATES DISTRICT JUDGE
11

12
     APPEARANCES:
13

14   FOR THE PLAINTIFFS:      GAINSBURGH BENJAMIN DAVID
                              MEUNIER AND WARSHAUER
15                            BY:  GERALD E. MEUNIER, ESQUIRE
                              2800 ENERGY CENTRE
16                            1100 POYDRAS STREET, SUITE 2800
                              NEW ORLEANS LA  70163
17

18                            LAMBERT & NELSON
                              BY:  LINDA J. NELSON, ESQUIRE
19                            701 MAGAZINE STREET
                              NEW ORLEANS LA  70130
20

21                            LAW OFFICES OF FRANK J. D'AMICO, JR.
                              BY:  FRANK JACOB D'AMICO, JR., ESQUIRE
22                            622 BARONNE ST.
                              NEW ORLEANS, LA 70113
23

24                            THE BUZBEE LAW FIRM
                              BY:  ANTHONY G. BUZBEE
25                            1910 ICE COLD STORAGE BUILDING
                              GALVESTON, TEXAS 77550

1   APPEARANCES CONTINUED:

2                              BENCOMO & ASSOCIATES
                             BY:  RAUL R. BENCOMO, ESQUIRE
3                            639 LOYOLA AVENUE, SUITE 2110
                             NEW ORLEANS LA  70113
4

5                              REICH & BINSTOCK
                             BY:  DENNIS C. REICH, ESQUIRE
6                            4265 SAN FELIPE, SUITE 1000
                             HOUSTON TX  77027
7
                             LAW OFFICE OF DANIEL E. BECNEL, JR.
8                            BY:  ROBERT BECNEL, ESQUIRE
                                  MATTHEW B. MORELAND, ESQUIRE
9                            106 SEVENTH STREET
                             RESERVE LA  70084
10

11
    FOR THE DEFENDANTS:      DUPLASS ZWAIN BOURGEOIS MORTON
12                           PFISTER & WEINSTOCK
                             BY:  JOSEPH G. GLASS, ESQUIRE
13                           THREE LAKEWAY CENTER
                             3838 N. CAUSEWAY BOULEVARD, SUITE 2900
14                           METAIRIE LA  70002

15
                             UNITED STATES DEPARTMENT OF JUSTICE
16                           CIVIL DIVISION -- TORTS BRANCH
                             BY:  HENRY T. MILLER, ESQUIRE
17                           P.O. BOX 340, BEN FRANKLIN STATION
                             WASHINGTON DC  20004
18

19                             U.S. DEPARTMENT OF JUSTICE
                             BY:  JONATHAN R. WALDRON, ESQUIRE
20                           1331 PENNSYLVANIA AVENUE NW
                             WASHINGTON DC 20004
21

22                             SAPORITO & HAYES
                             BY:  JERRY L. SAPORITO, ESQUIRE
23                           639 LOYOLA AVENUE, SUITE 2100
                             NEW ORLEANS LA  70113
24

25

```
 1   APPEARANCES CONTINUED:

 2                        NELSON MULLINS
                         BY:  RICHARD K. HINES, V, ESQUIRE
 3                        201 17TH STREET NW, SUITE 1700
                         ATLANTA GA  30363
 4

 5                        GIEGER, LABORDE & LAPEROUSE
                         BY:  ERNEST P. GIEGER, JR., ESQUIRE
 6                             JASON D. BONE, ESQUIRE
                         701 POYDRAS STREET, SUITE 4800
 7                        NEW ORLEANS, LA 70139

 8
                         BAKER DONELSON BEARMAN
 9                        CALDWELL & BERKOWITZ
                         BY:  MICHAEL D. KURTZ, ESQUIRE
10                        201 ST. CHARLES AVENUE, SUITE 3600
                         NEW ORLEANS LA  70170
11

12   ALSO PRESENT:       CHARLES PENOT, ESQUIRE
                         BRENT MAGGIO, ESQUIRE
13                        TARA GILBREATH, ESQUIRE

14
                         BEN MAYEAUX, ESQUIRE
15                        JOE RAUSCH, ESQUIRE
                         ROSE HURDER, ESQUIRE
16

17                        MATTHEW LINDSAY, ESQUIRE
                         ANNE BRIARD, ESQUIRE
18                        KRIS WILSON, ESQUIRE

19
                         LAMONT DOMINGUE, ESQUIRE
20                        JACK BENJAMIN JR., ESQUIRE
                         STEPHANIE SKINNER, ESQUIRE
21

22                        DAVID McMILLAN, ESQUIRE
                         LYNN GARRISON, ESQUIRE
23                        ROSE SHER, ESQUIRE

24
                         DOMINIC GIANNA, ESQUIRE
25                        TOM COUGIL, ESQUIRE
                         LAWRENCE CENTOLA, ESQUIRE
```

```
1  APPEARANCES CONTINUED:

2                          PETER TOAFFE, ESQUIRE
                           DAVID BACH, ESQUIRE
3                          PAUL LEE, ESQUIRE

4
                           CARSON STRICKLAND, ESQUIRE
5                          JOHN EFFER, ESQUIRE
                           JOSH KELLER, ESQUIRE
6

7                          ROBERT SHEESLEY, ESQUIRE
                           CAROLYN SINNOCK, ESQUIRE
8                          CLAY GARSIDE, ESQUIRE

9
                           CHRIS PRUEDO, ESQUIRE
10                         QUINCEY CROCHET, ESQUIRE
                           DENNIS REID, ESQUIRE
11

12                         JOHN HAINKEL, ESQUIRE
                           AMANDA VANDERHAEN, ESQUIRE
13                         KEA SHERMAN, ESQUIRE
                           G. ZIMMER

14

15

16  OFFICIAL COURT REPORTER:     CATHY PEPPER, CCR, RMR, CRR
                                 500 POYDRAS STREET, ROOM B406
17                               NEW ORLEANS LA  70130
                                 (504) 589-7779
18
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
19  PRODUCED BY COMPUTER.

20

21

22

23

24

25
```

1                    **P-R-O-C-E-E-D-I-N-G-S**

2                        MORNING SESSION

3                    FRIDAY, AUGUST 5, 2009

4                    (COURT CALLED TO ORDER)

5

6

7          THE DEPUTY CLERK:  All rise.

8          THE COURT:  Good morning.  This is the status conference

9    for the MDL-1873, *In Re: FEMA Trailer Formaldehyde Product*

10   *Liability Litigation*.

11              Before we begin with the reporting from liaison

12   counsel, I want to thank all of you for the change in schedule.

13   When we were last here, we had agreed that we were going to have

14   this conference on July 31st, and I had a conflict on my

15   calendar, so I apologize for changing the date, and I appreciate

16   your indulgence in that regard.

17              Let me start with a few housekeeping matters first,

18   and I know counsel is going to touch on some of these things.

19   First of all, Pretrial Order Number 40, and for those of you who

20   are not familiar with them by number, it is the order that sets

21   forth the procedure for filing new complaints, including multiple

22   plaintiffs, hopefully matched to a particular manufacturing

23   defendant.  If you haven't looked at Pretrial Order Number 40,

24   whether you're a plaintiff or defendant, you need to look at

25   Pretrial Order Number 40.  It applies to all actions, not just to

1  those that precipitated the entry of that particular order.  It
2  applies to all actions, so you need to be very familiar with
3  that.  And it sets forth a procedure for filing new claims and/or
4  if they are not matched already to a defendant at the time of
5  filing, for that process to take place on a hopefully expedited
6  basis.
7          Also, on the plaintiff side, if you are filing a
8  complaint for a plaintiff who has not been matched to a
9  particular manufacturer on or a group of plaintiffs that are not
10 matched to a particular manufacturer, you need to state clearly
11 in boldface capital letters underneath the case heading, you need
12 to state, **"PLAINTIFFS UNMATCHED TO MANUFACTURER DEFENDANTS."**
13 That appears in Pretrial Order Number 42 in the record, so you
14 really need Numbers 40 and 42.  If you have not read those two,
15 you need to get copies of them and abide by them.
16          On unmatched plaintiffs, we are not going to
17 prepare and issue summons for those defendants.  If you're filing
18 a complaint for a plaintiff or plaintiffs and you are having to
19 undergo the matching process, after you file the complaint, we
20 will not be issuing summons to all of the defendants that you
21 have named because as we appreciate the circumstance, you have
22 named certain defendants out of an abundance of caution who are
23 not truly going to be defendants in your case.  So rather than
24 undergo the expense on both your part as well as the defendants'
25 part of having to respond to an action that that particular

1  defendant does not belong in, we will not issue summons in those

2  cases until you have made that match pursuant to Pretrial Order

3  Number 40.  So, again, the key numbers here are 40 and 42; look

4  at them and that will be the process that we follow.

5          Okay.  We do have the Joint Report Number 12, which

6  has not yet been entered into the record.  I've reviewed it with

7  counsel earlier this morning.  There are some changes that need

8  to be made to it before it's entered, but we'll go through its

9  provisions with you at this time.  If you have questions as we go

10  through, please feel free to ask either me or the appropriate

11  counsel.

12          Which one of you wants to begin?  Mr. Glass.

13      MR. GLASS:  Joe Glass on behalf manufacturing Liaison

14  counsel.

15          Before we start, I think it was appropriate, as

16  Your Honor pointed out, many of us knew that Mr. Jim Carroll, a

17  colleague, had a heart attack a couple days ago, and

18  unfortunately the Court informed us today that he passed away.

19  So he is a friend and a colleague to all of us in this room, and

20  we should keep his family and him in our thoughts and prayers.

21      MR. MEUNIER:  Yes, all plaintiffs' counsel want to join

22  in, Judge.  Jim was a friend, and for many years appeared on the

23  opposite side for a long time in maritime cases and then later in

24  other cases.  And it would be hard to come up with the name of a

25  guy who was just a finer man and a truer professional.  And our

1    thoughts and prayers go out to his family at this time.

2        THE COURT:  I appreciate your bringing that up.  For

3    those of you who did not know or practice with Jim Carroll, he'll

4    be sorely missed.  He's a fine lawyer.  He was very active in

5    this case in many respects and there is actually an obituary in

6    the paper this morning.  If you want to take a look at it, I'm

7    sure his family would appreciate it.

8            And on a professional level, I know he's certainly

9    going to be missed.  He's a very ethical and professional lawyer

10   who is going to be missed in the legal community here and also in

11   this particular case.  I know several counsel were relying on him

12   and working with him very closely, so he'll be missed in this

13   case for sure.

14       MR. GLASS:  With that sobering news, we'll start with

15   Joint Report Number 12.  The report of the claims in the case

16   inventory.  As we report to the Court, there are 443 actions now

17   filed or transferred into this MDL.

18           Since the last joint report on pages 1 through 7,

19   we've listed out that inventory.  Plaintiffs' liaison counsel has

20   also notified us of the fact that there were about 50 actions

21   that have been filed in various state courts throughout

22   Louisiana.  These actions were added as an Exhibit A, listed out

23   in that Exhibit A.

24           And we've also been informed that since the

25   government, certain of the defendants have filed removals in

1    those cases based on the government contractor defense.

2            The plaintiffs' counsel has informed us that

3    individual counsel will remand or attempt to remand some of those

4    cases back to the respective state courts.

5        THE COURT:  We have in Exhibit 1 or Exhibit A, however

6    it's designated here, we have suits that have come in from the

7    14th JDC, the 16th, the 19th, the 22nd, 24th, 25th, and 34th,

8    along with Civil District Court for the Parish of Orleans.

9            If you would, when you do get this Joint Pretrial

10   Submission Number 12, you might want to double check to make

11   certain that the action that you are involved in is listed on

12   here.  Or if it is an action that was instituted in federal

13   court, that it's listed on pages 1 through 7 of the joint report.

14       MR. GLASS:  It's my understanding that there are going

15   to be continually a number of filings that will be coming in, so

16   you probably will not see some of yours in the most recent

17   filings.  But please go through liaison counsel, notify them if

18   they have been filed, and notify the appropriate parties so that

19   we can try to keep track of all of these filings.

20       THE COURT:  Okay.

21       MR. MEUNIER:  Let me just add, Judge, the PSC is

22   prepared now with nearly 500 lawsuits filed, including those in

23   state court, to prepare a census and a spreadsheet for the Court

24   and for opposing counsel that will name plaintiffs who have filed

25   suit, line them up in all match cases with a manufacturer as well

1    as a contractor as well as the government and give the civil

2    action number a case number.  And we will publish, when that is

3    prepared, we'll publish that to all plaintiffs' counsel.  It's an

4    important informational profile of a case that we think will help

5    all of us going forward, and I'm pleased to say that

6    Matt Moreland of the PSC has agreed to take the lead on that

7    project.

8              THE COURT:  Good.  That will be helpful, I'm sure.

9              All right.  The next part of the report relates to

10   plaintiff fact sheets.  Mr. Meunier, do you want update us on

11   that.

12        MR. MEUNIER:  Yes, Your Honor.  We have now delivered

13   5,256 plaintiff fact sheets to the defendants.  We've cured 1,447

14   deficiencies which were cited by the defendants.

15             I want to remind plaintiffs' counsel that

16   particularly with the recent increase in filings, that in turn

17   means, pursuant to this Court's previous orders, that deadlines

18   are in place for the completion of plaintiff fact sheets.  Once

19   you have named yourself as a plaintiff in a lawsuit, you are

20   obliged by the orders of this Court's MDL procedure to complete a

21   fact sheet within a certain period of time.

22             I want to reiterate that the PSC stands ready

23   through its claims office to make available to any plaintiff's

24   counsel appropriate training and guidance on the completion of

25   fact sheets.  We're not in a position to do the fact sheets for

1    every plaintiff lawyer, but we're in the position to show them

2    how it's done.  And with the deadlines looming, it's important

3    that they take advantage of that as soon as possible.

4         THE COURT:  I think I've said this every time we've had

5    one of these conferences, and I'll take say it again, even though

6    you may be tired of hearing it:  It's critical on the plaintiffs'

7    side that you have a completed fact sheet.  You'll be helping

8    yourself and your client tremendously if you can get that done on

9    the front end and get all of that information.  You'll really be

10   expediting things and make it a lot easier on everybody else in

11   the case in order those things handled.

12        When I mentioned Pretrial Order Number 40 at the

13   outset, that delay for matching, when you, if you haven't read

14   it, when you read it, you'll see what I'm talking about, the

15   delay period for you to make a match starts when that case

16   arrives here in the Eastern District.  Although you should do it

17   as soon as possible, preferably before you file, if you can find

18   out, if you can make that match, that would be great.

19        But once the case hits the Eastern District and

20   gets lodged in the MDL, that is when the time delay for matching

21   begins as opposed to when you file it, if you're filing in state

22   court or in other another district.  But please don't wait until

23   it gets here and then assume that then you're on the clock.  You

24   really should do it as soon as possible.

25        So the two things I think so far we've talked about

1   is as always the plaintiff fact sheet, which is critical, and the

2   matching to the extent that that is over and above what the fact

3   sheet calls for.  You really need to try to get those two things

4   done posthaste.

5           Let's talk about motion practice.  I have earlier

6   this morning spoken with counsel to try to update the listing

7   that they've given me.  The Court has disposed of certain matters

8   within the last few days, and so they are going to update it.  We

9   still have an arm full of motions that are still pending, and

10  we'll get to those as promptly as we can.

11          Mr. Glass.

12      MR. GLASS:  Yes, Your Honor.  Just to emphasize one

13  particular point that will greatly assist the Court:  Whenever

14  motions are filed, please identify whether they are opposed or

15  unopposed.  It short circuits the Court having to track down and

16  determine that information and will allow for the more quickly,

17  the disposal of those particular motions.

18          It's also my understanding that they're more

19  relevant to the first bellwether trial but the motion for summary

20  judgment deadline that was currently set for Monday has now been

21  pushed back to Friday for the parties with the understanding that

22  the parties are going to speak to each other and kind of give a

23  heads-up as to what's coming so that the plaintiffs don't get

24  jammed in that particular case.

25      THE COURT:  Did it get pushed back to Friday or the

1    following Monday?

2              MR. MILLER:  The following Monday.

3              MR. GLASS:  The 17th, I believe.

4              THE COURT:  For the first bellwether trial, the motion

5    deadline was this coming Monday, the 10th, and I've conferred

6    with counsel and we've agreed to extend that by one week, to the

7    17th.

8              MR. MEUNIER:  Your Honor, I would just mention for those

9    here, plaintiffs' counsel in particular, who are tracking

10   activity in the case, there are over 20 motions listed as

11   pending.  But what plaintiff counsel should understand is that

12   the vast majority are particular to cases, particularly

13   bellwether cases.

14             On the other hand, there are some motions which by

15   title you can readily discern are common issue motions.  And as

16   we discussed with you this morning, with the arrival of now the

17   *Alexander* case as the first case, it turns out that there are

18   going to be some motions and issues raised that are going to by

19   nature be common issue motions that are going to affect other

20   cases.

21             So I just want to urge plaintiff counsel not to

22   assume that because a motion may have the *Alana Alexander* caption

23   that it only pertains to something you need for the case.  That's

24   not necessarily true.  So any plaintiff lawyer should be alert to

25   all of the motions that are filed, even those that are particular

 1   to a case.

 2         THE COURT:  By way of example, the Court currently has

 3   under advisement the government's motion pursuant to 12(b)(1)

 4   and 56, on the discretionary function issue, I understand that a

 5   week from Monday or hopefully sooner there will be some motion

 6   practice to be filed by the third-party contractors relative to

 7   the government contractor defense.  And I think what Mr. Meunier

 8   is referring to is a ruling on those motions, even though it may

 9   be in the context or attached to a bellwether case, might well be

10   and likely logically will be applicable to the issue as it's

11   raised in other cases.

12         Anything else on the pending motions?  Let's move

13   on then to the mobile housing unit track.

14         MR. MEUNIER:  As the Court knows, there is a non-led

15   track established with respect to the manufacturers of mobile

16   housing units which are subject to HUD regulation.  And through a

17   recent decision by Your Honor at the request of the parties, that

18   track has been extended.  There is contemplated the selection of

19   a bellwether plaintiff in the trial on the merits.  As to that

20   group of defendants, however, the Court has agreed with us

21   requesting that that be deferred.

22         I just also need to make mention, even though it's

23   not expressed in the report, that there is an important appeal

24   issue with respect to this part of the case.  This Court has

25   ruled that the plaintiffs' tort cases are preempted with respect

1    to certain HUD regulations applicable to manufactured housing.

2           The plaintiffs have asked the Fifth Circuit to

3    review that on an interlocutory basis.  We are awaiting word as

4    to whether the Fifth Circuit will agree to do that.

5           Certainly any plaintiff attorney who is either

6    filing those cases, are already involved with those cases, needs

7    to be aware of the pendency of that appeal, as well as the fact

8    that we have now extended the time to go forward on the merits in

9    this MDL.

10          THE COURT:  Okay.

11          MR. MEUNIER:  I think the next section, Judge, you've

12   already alluded to, which is matching and the importance of

13   matching.  I want to encourage all plaintiff counsel to be

14   mindful of the requirements for information needed in order to

15   conduct a successful matching process.  The government does need

16   to have certain information.  That information is to be

17   channelled to the government through the PSC and through liaison

18   counsel.

19          As this Court has already said more than once

20   today, and it's important to emphasize, when a suit is filed

21   naming a plaintiff, there now is triggered, particularly in

22   unmatched plaintiff cases, a deadline by which to complete the

23   matching process.  So if counsel, out of an abundance of caution

24   have filed unmatched plaintiff cases, they need to be aware that

25   there is certain information that we need to match and they've

1   got a deadline in place by which to match or else those cases are

2   subject to dismissal consistent with the Court's earlier analysis

3   on the lack of standing when you don't match a plaintiff.

4           THE COURT:  And to be specific, according to this

5   report, plaintiffs' counsel should provide to the United States

6   the claimant's full name, the FEMA ID number, which would be

7   very, very helpful if you have that, Social Security number, date

8   of birth, and address or state where the trailer unit was

9   installed, the FEMA unit was installed.

10          If you have a client who lived in more than one

11  unit, you should provide as much information as possible as to

12  both.  And as Mr. Meunier just indicated, submit that through

13  liaison counsel so that we don't have information flooding in to

14  those with the government who are assisting in this task.  It

15  will all come through a single avenue.

16          Mr. Miller?

17          MR. MILLER:  Thank you, Your Honor.  I would point out

18  to all of the plaintiffs' counsel who have claimants and are

19  seeking to match, that we have been doing this in a timely manner

20  except for two which we had a week delay on; but we're turning

21  this around within 30 days.  We are throwing a substantial amount

22  of government resources to achieve this so that you'll get this

23  information.  But it is imperative that you get this in as soon

24  as possible because hurricane season is upon us, and once that

25  happens, these FEMA resources are going to have to be rededicated

1  to disaster response and there is a substantial chance that there

2  is going to be extended delays, possibly, in providing this

3  information.  So please get this information in as quickly as

4  possible.  You're also running up on a statute of limitations

5  deadline, so you need this information.

6          THE COURT:  Thank you, Mr. Miller.  Mr. Glass.

7          MR. GLASS:  The next item in the report is the

8  bellwether trials, and of course we all know that there are five

9  sets.  They are listed out.  Subsection B of that section

10 indicates that there have been amendments in several of the

11 bellwether cases to incorporate the specific allegations.  I

12 don't think there is anything that really needs to be added to

13 that.

14         THE COURT:  Yes, there have been amended complaints or

15 will be filed amendment complaints relative to each of the

16 bellwethers in order to segregate out the particularities of the

17 allegations, vis-à-vis each manufacturer in each of those

18 bellwethers and each third-party contractor.

19              Those bellwether trial dates are currently

20 September 14th in the *Alexander* matter, October 26th in the

21 *Dubuclet* matter or what we have been calling the *Dubuclet* matter,

22 December 7th in the *Wright* matter and January 11th in the *Bell*

23 matter.

24              There has been a fifth one that has been calendared

25 for May 17th, *Carrie Smith versus Recreation By Design, L.L.C.*

1        Those are presently the bellwether trial dates.  I

2   have urged counsel and we will continue to work very, very hard

3   at getting each of these cases tried within a two-week span, a

4   five-day trial week; so in other words, ten trial days starting

5   on those dates I just gave.

6        My goal is to have the case tried in a two-week

7   span, and counsel have been working hard to try to whittle the

8   cases down such that they could fit and be exposed to the jury

9   during that window.

10        There is a motion pending that suggests that some

11   alteration of this schedule might be in order, and I've spoken to

12   counsel about that; however, we have not made any decisions with

13   regard to that.  I think it's unlikely that the first bellwether

14   trial on September 14th will be continued or in any way altered.

15        The others create some scheduling issues which I've

16   talked to counsel about this morning and will certainly keep you

17   apprised of any changes in that schedule.  But as of right now,

18   they are set on the dates that I just said, and those will appear

19   under Roman numeral VI of the joint report that's going to be

20   filed.

21        MR. MEUNIER:  Judge, may I point something out on the

22   amendments.  We talked about this in chambers and I think it's

23   important for plaintiff's counsel to be aware.  Pursuant to a

24   ruling that you made consistent with federal law, it's not

25   possible in a pending case to, by amendment assert for the first

1    time claims against FEMA.  For example, you can't by amendment

2    add plaintiffs to an existing case and say, These plaintiffs now

3    want to go forward against FEMA because their case has become

4    ripe.  It's logical, it's practical, unfortunately it's not

5    doable legally.  And that's consistent with a ruling this Court

6    has made in one of the bellwethers, the *Dubuclet* case.

7                Mr. Miller has made it known to us this morning,

8    and to you, that he's finding that there are amendments to

9    existing cases being presented which seek to do that, and I just

10   want to urge all plaintiff counsel to be aware of the Court's

11   legal ruling in *Dubuclet*, the consequence of which is that if a

12   plaintiffs' FEMA case becomes ripe, it is necessary for that

13   plaintiff to file a new independent complaint rather than to

14   amend that plaintiff by name into an existing complaint.

15               And I hope that plaintiffs' counsel are aware of

16   that so we don't go through the unnecessary part of an amendment

17   that doesn't have effect and then you've not pursued your remedy

18   under the FDCA.

19               THE COURT:  Does anybody have any questions about that?

20   It's an important point and it may sound like a legal

21   technicality, but my appreciation of it is that it is

22   jurisdictional in nature.  The government raised the motion.

23   I've ruled on it.  And it's an important point, although as

24   Mr. Meunier just suggested it, it might seem illogical to you or

25   counterintuitive based upon common practice.  I think it's an

1    important point that you really need to be familiar with.

2         MR. SCHMIDT:  I'm Douglas Schmidt.  I have a question

3    and I guess you could answer this.  Mr. Miller could help.  In

4    the State of Mississippi, there is a two-year statute of

5    limitation.  In Louisiana there is one.  Now, it's my

6    understanding with FEMA that they have a two-year window to

7    notify the I-95 or some statutory period.

8              If you pick up a client, let's say, in November of

9    this year and his case is ripe because there is a two-year

10   statute against the manufacturers, does he lose his right to go

11   against FEMA because of the I-95 issue?

12        THE COURT:  Mr. Miller, would you like to state the

13   government's position on that.

14        MR. MILLER:  Certainly, Your Honor.

15        THE COURT:  I'm not going to issue an advisory ruling.

16   It's a good question, though.  But I'll go ahead and let the

17   government weigh in on what the argument might be one way or the

18   other.

19        MR. MILLER:  There are several law review journal

20   articles that you can look up on this, but the statute of

21   limitations for the government is not controlled by any state

22   law.  The statute of limitations for the government is that you

23   have to file an administrative claim within two years of the

24   accrual of your action, which is controlled all by federal law,

25   not state law.

1        After your claim is denied, you can then file suit

2  after you've filed your administrative claim, which is a standard

3  Form 95.  You can complete the standard Form 95.

4        Six months after you file that, you can file a

5  lawsuit or institute an action, commence an action.

6        After the government issues a denial letter, you

7  have to file your suit within six months, and if you do not file

8  within six months, you'll be forever barred.

9        So there are essentially two statute of limitations

10  provisions related to the FDCA:  One, filing your administrative

11  claim within two years of the accrual of the claim, and once a

12  denial letter is issued, filing or commencing your action within

13  six months of that issuance of the denial letter.

14        THE COURT:  Does that answer your question?

15        MR. SCHMIDT:  Mostly.  I do have a follow-up.

16        THE COURT:  Okay.

17        MR. SCHMIDT:  Now, he said two years is accrual of the

18  action.  Now, are we talking about when the plaintiff learned of

19  the action or are we talking about when Katrina hit?  And

20  that's --

21        THE COURT:  That sounds like --

22        MR. MILLER:  We're not talking about when Katrina hit.

23  I can answer that.

24        There is a pending motion relating to Christopher

25  Cooper.  It addresses the legal standard and I suggest,

 1   Mr. Schmidt, you read that motion.

 2         MR. MEUNIER:  In fact, the opposition brief for the

 3   plaintiffs is due today.  So we're very much aware of this legal

 4   matter, and the Court will be asked to rule.

 5         THE COURT:  So liaison counsel will give us guidance on

 6   that.

 7         MR. MEUNIER:  I can tell you what the --

 8         THE COURT:  Give him a docket number and he can

 9   certainly check the docket and read the arguments that are made

10   in there.  Of course, something filed later today doesn't yet

11   have a number but you can read the motion.

12         MR. MEUNIER:  The defendants' motion is document number

13   2317.

14         THE COURT:  2317 in the record.

15         MR. SCHMIDT:  That's almost a towed car article.

16         MR. GLASS:  Mr. Miller is going to be filing his

17   intervention for a contingency fee contract, too.

18            The next section is section 7, severance and

19   bellwether plaintiffs under Rule 21.  And it's my understanding

20   that the Court has requested that all the defense counsel in the

21   bellwether trials issue or file a motion by next week to have the

22   claims of the individual plaintiffs in those suits severed from

23   the vehicle that they are currently in.

24         THE COURT:  Counsel for each of the manufacturing

25   defendants in each of the bellwethers shall file a Motion to

1    Sever, which will be unopposed and the Court will enter promptly.

2    My appreciation of that is to make certain that those cases are

3    in the proper procedural posture in order to go forward as a

4    bellwether trial.

5              MR. MEUNIER:  Your Honor, the next section of the report

6    deals with bankruptcy and in particular the bankruptcy of

7    Fleetwood, and the reason we pinpoint that one is that there are

8    other bankruptcy filings by certain manufacturers, but in the

9    case of Fleetwood there is now an announced bankruptcy claim

10   deadline of August 28th.  The bankruptcy case is proceeding in

11   California in bankruptcy court there.  The PSC has bankruptcy

12   counsel engaged, and we are working with our counsel to determine

13   exactly what the nature of the responsibility is for information

14   to be put in the bankruptcy claim form.

15             Our hope is that in many cases, the claimants'

16   information has already been gathered for purposes of either a

17   Form 95 for the FTCA case against FEMA or the plaintiff fact

18   sheet.  So it may simply be a transfer of information to a new

19   form.

20             I don't want to make it sound easier than it is,

21   but I do want to confirm that we are going to be publishing to

22   all plaintiff counsel some educational information about that,

23   and if you have a Fleetwood client, it's important that you not

24   let the August 28th deadline go without that client filing the

25   bankruptcy claim form that's required.

1          We are not, as a PSC, assuming responsibility for

2    completing or submitting the bankruptcy claim forms of Fleetwood

3    claimants, but we are going to provide education as to how that's

4    done.

5          THE COURT:  That's very, very important for those of you

6    who have plaintiffs who resided in Fleetwood-manufactured units.

7    Since we were just talking about time delays and time barred and

8    that type of issue, August 28th, which is a few short weeks away,

9    what, three weeks from today, is the deadline with regard to the

10   bankruptcy proceedings.  So you absolutely have to give that your

11   immediate attention.

12         All right.  Master discovery?

13         MR. GLASS:  Your Honor, as laid out in the report,

14   obviously discovery is in full swing.  General discovery, there

15   have been some issues on the electronic discovery that Magistrate

16   Chasez has been dealing with.

17         The United States has also responded to the

18   plaintiffs' steering committee's initial written discovery.  And

19   they will respond within the time allowed by the rules.

20         Additional requests for files have been filed at

21   the IA/TAC disaster files for each of the certain plaintiffs.  I

22   think the number is about 5,000, if I'm not mistaken.  The

23   government has filed an opposition to that request.  It's

24   already, been, I think, discussed a little bit.  Did you want to

25   add anything to that?

1          MR. MILLER:  It's, the plaintiffs have filed written

2     discovery for 5,000 IA files.  The United States responded to

3     that discovery request, which was not an answer that the

4     plaintiffs' steering committee wanted, and they filed a Motion to

5     Compel.  The initial motion was struck as deficient, but I

6     believe they filed one, either last night or early this morning.

7          THE COURT:  Okay.

8          MR. GLASS:  There is also carryover from some earlier

9     reports on insurance discovery.  There has been some insurance

10    discovery in each of the individual bellwether plaintiffs' cases

11    and a lot it was completed early on.  But that is still, there is

12    still a discovery track available for that discovery.

13          And, of course, Gulf Stream Coaches, bellwether

14    trial number 1, all of the written reports for the experts have

15    been exchanged.  It's my understanding that we've completed all

16    of the expert depositions.  We're working on a trial plan with

17    the magistrate after this conference, which we hope to be able to

18    submit to the Court by the middle of next week.

19          Discovery is scheduled to be completed as of today,

20    but the parties have agreed to continue with depositions as

21    agreed upon by the parties as ordered by the Court.

22          THE COURT:  Okay.  Anything to add relevant to the

23    discovery?

24          MR. MEUNIER:  No, Your Honor.

25          MR. GLASS:  Additionally, obviously, as we talked about

1   earlier, the bellwether discovery or the discovery in the other

2   bellwether trials is continuing and the parties are working

3   closely to try and avoid conflicts on those issues.

4           THE COURT:  Okay.

5           MR. GLASS:  As far as miscellaneous?

6           MR. MEUNIER:  Judge, in the miscellaneous category of

7   the report, and specifically at page 15, it's paragraph C,

8   reference is made to the United States having now announced its

9   intention to dispose of or sell certain temporary emergency

10  housing units that were involved in the post-Katrina/post-Rita

11  response.  And pursuant to our request and to this Court's

12  earlier ruling, the government is obliged to first announce and

13  publish the identity of the units to be sold.  That then triggers

14  a deadline by which we are to furnish information as to those

15  units that we wish to test, and then there is a deadline for the

16  testing.

17          I want all plaintiffs' counsel to be alert to the

18  fact that on Monday, July 27th, at 10:12 a.m., they got an e-mail

19  from our office, and that e-mail carried with it the government's

20  list, which is document number 2315.  If you haven't looked at

21  that e-mail and that list, do so now, because today, in fact, we

22  are obliged to advise the government of the identities of the

23  units on that list that we wish to test.

24          We already know about some and there will be a list

25  given to the government today.  But any plaintiff counsel that

1   has not paid attention to this needs to do so before this

2   afternoon so we can include on the list of units to be tested,

3   assuming that's the desire of counsel, that information.  The

4   government is holding these units.  They've been put in the queue

5   to be disposed of.  We're told that it's imperative that we tell

6   them now and we intend to do that, tell them which ones need to

7   be tested.

8              And then there is a pretty short fuse for the

9   testing, so we need to jump on that, too.  The deadline for

10  testing these units is August 30th.

11             THE COURT:  This relates back to something that came up

12  last year and I think we discussed in our general status

13  conference, that as of Labor Day of last year, and of course now

14  we're over 11 months down the road here, but the government had

15  expressed a desire to begin to dispose of trailer units, mobile

16  home units that are costing taxpayer dollars to store.  And the

17  government has now indicated an intent or has designated certain

18  units which they would like to dispose of promptly.  And they

19  have filed into the record a notice, and that's what Mr. Meunier

20  is talking about, that certain of the units will be destroyed

21  absent some further request from the plaintiffs, which would have

22  to be today insofar as the government has indicated that

23  particular units are now on the chopping block here.

24             Mr. Miller?

25             MR. MILLER:  Yes.  For all counsel, the docket number to

1    look at is docket number 2315.  That is the official notice that

2    the government filed.  I would note that about a week to 10 days

3    before that I provided to liaison counsel an Excel spreadsheet

4    version of that document, and that spreadsheet will allow you to

5    search by VIN number or barcode number and it will identify the

6    location of the facility where those units are located to assist

7    you in your searches for those documents.

8             I would further note that this applies to both the

9    defense counsel, defendant manufacturers IA/TACs, as well as the

10   plaintiffs' counsel and would request that when the plaintiffs'

11   liaison counsel provide me with a list they provide it to the

12   IA/TAC liaison counsel and the defense manufacturing liaison

13   counsel.  So if you're going to test, you can mutually agree on

14   when the testing, and you can monitor each other's testing if you

15   believe it's necessary or appropriate.

16            FEMA will be taking generally the lead in making

17   the units available, and Jan Jones from FEMA, a trial counsel

18   from FEMA, will primarily be in charge of arranging that since

19   the Department of Justice counsel is primarily dealing with the

20   trials that are going to be going on very shortly.

21            THE COURT:  All right.

22            MR. MILLER:  Also, all of the plaintiffs' and defense

23   counsel should be aware that there is an indemnity hold harmless

24   agreement that all persons who enter a FEMA facility must sign

25   and execute in advance.

1              Secondly, as a result of various dealings with

2    these inspections, we have developed certain requirements and

3    rules that all parties must comply with when they are in FEMA

4    facilities.  I urge everyone who goes onto the FEMA facility to

5    read these very closely.  FEMA security guards are big, they are

6    armed, and they will escort you off the facility if you violate

7    these.  It's very clear and you have to comply with it, so I

8    encourage you that you do so.

9              THE COURT:  This has come up in the context of testing

10   for the bellwethers, so I think some of the attorneys that are

11   involved in the bellwether trials are very familiar with these

12   provisions.  Some of them have been controversial and the Court

13   has been made aware of certain of them.  But I think that now we

14   have established a protocol that everyone would be expected to

15   follow, so you need to be familiar with that if any of you intend

16   to participate in that process.

17             Mr. Glass?

18             MR. GLASS:  The last two miscellaneous provisions that

19   we haven't talked about, just to keep everybody in the loop, with

20   the influx of filings, we're working on a possibility of some

21   kind of open-ended extension to deal with getting the appropriate

22   responsibilities and preservation defenses for the amount of

23   filings and in light of the other time concerns that are

24   occurring right now.

25             Secondly, due to some issues that came up with some

1  witnesses who also happen to be plaintiffs in other suits, we're

2  trying to work on making sure there is a procedure in place so

3  that liaison counsel ensures all counsel of record are receiving

4  all notices, filings, pleadings and other documents.

5          THE COURT:  Mr. Meunier, do you want to add anything?

6          MR. MEUNIER:  No, Your Honor.

7          THE COURT:  Let me point out by way of a general

8  announcement, the Court has determined that the bellwether trials

9  will utilize nine jurors in those trials, in hopes that all nine

10  will deliberate.  But if we do lose a juror or two, which I think

11  is unlikely, we would be able to continue the trial with less

12  than nine and more than six.

13          But the choice has been made to go with nine jurors

14  and the challenges have been divided.  Perhaps counsel has

15  disclosed that to you, the challenges have also been divided.

16          The Court has issued and has now collected

17  completed questionnaires for all persons in the jury pool.  We

18  have almost 200 prospective jurors who have filled out

19  questionnaires and another 20-something that have yet to do so,

20  but will hopefully do so shortly.

21          I will have the completed jury questionnaires

22  provided to counsel involved in each of the bellwethers so that

23  we can begin to familiarize ourselves with not only the potential

24  jurors but any particular cause issues or challenges for cause

25  that the Court can resolve prior to the date of the trial.

1           So that process is well underway.  We will continue

2    to do that.  We will also have a preliminary jury charge

3    conference with regard to the first bellwether on Tuesday,

4    August 18th.  That will involve those counsel who are going to be

5    trying that particular bellwether case along with liaison

6    counsel.

7           So things are well underway with regard to all of

8    them, but the first bellwether we're getting close on.  In that

9    regard, I discussed with counsel this morning when we could have

10   our next status conference.  And obviously, given that it's

11   August 7th and the first bellwether is on September 14th, and

12   assuming that we do start on the 14th, it will be very difficult

13   to have another conference between now and then.  Moreover, if we

14   do have another conference between now and then, I'm not sure

15   that there will be anything that's particularly newsworthy that

16   would cause us to want to gather here again.

17          Having said that, I'm very sensitive to those of

18   you who are not on committees that you do need to stay in the

19   loop and you want to stay in the loop and you need information.

20   I think liaison counsel and the committees have been doing a

21   pretty good job of making information available, but my

22   preference would be to meet sooner or more frequently rather than

23   less frequently, but given that we have a bellwether starting on

24   the 14th, we will probably have to schedule the next meeting, and

25   rather than me pick a date today, I'll confer with counsel and it

 1    will probably be sometime in the first half of October the next

 2    time we convene here.

 3              If you have questions or you feel as though you

 4    need some information in the meantime, of course, feel free to

 5    contact liaison counsel and get updated.  If we do run into a

 6    problem where we have to have another status conference, a

 7    general status conference, then I certainly intend to do that if

 8    it looks like it would be productive.  But it's going to be

 9    difficult to have one between now and September 14th.

10              We'll get the date to you as soon as we pick it,

11    and it will be the same format where we start at 8:45 with the

12    committees.  We will have our conference at 10:00 a.m. here.

13              Before we break, out of all that we've covered

14    today, are there any questions about anything we have talked

15    about?

16              Mr. Schmidt?

17         MR. SCHMIDT:  Yes, Your Honor, I have a question in

18    regards to the August 28th deadline for bankruptcy court.  You

19    know, we filed these unmatched plaintiff lawsuits, and Mr. Miller

20    is going to cooperate with us, obviously.  He said within 30 days

21    or sooner, to get us the information.  But, that's going to give

22    us a problem with the August 28th federal court, what if some of

23    those are delinquent?

24         THE COURT:  That is definitely a problem.  I'm not going

25    to order that the bankruptcy court extend the date.  The problem

1    is that it's an uncertain date here.  I mean, we have people who

2    will be filing actions through the fall, perhaps.  And perhaps

3    even longer than that.  That's why I have been saying every time

4    we've had a conference here since day one, I have been saying you

5    have got to get your plaintiffs matched to a defendant.  Because

6    we all knew that either through bankruptcy court or through my

7    pen or through the laws of prescription or statute of

8    limitations, the day would come when a claim is no longer going

9    to be a valid claim due to the fact that it's legally stale.

10            The first date to come up, unfortunately, is this

11   August 28th date.  The bankruptcy court has to have a bar date

12   and that's the date that's been selected.  So if you haven't

13   matched and you still have some concerns, I mean, I'm not going

14   to tell you what is the prudent course of action because that's

15   for you to decide.  Perhaps you want to take the issue up with

16   liaison counsel, and he may have some advice for you, but you're

17   very perceptive to identify that as a problem.

18            MR. MEUNIER:  I don't practice bankruptcy law and I

19   don't have the answer, but I've got to believe our bankruptcy

20   counsel will have some ideas on perhaps requesting that that

21   bankruptcy judge acknowledge that if someone comes along after

22   August 28th and can truly demonstrate that there was no way

23   through whatever diligence could be exercised that they could

24   have known they were in a Fleetwood unit before August 28th and

25   only found out later that a later filing would be permitted.  But

1   we will have to check with our counsel.

2        MR. SCHMIDT:  One other thing.  I had a lawyer ask me

3   for a continuance for 30 days or something like that on the

4   August 28th, September 30th, but Mr. Miller already said in

5   30 days he is going have it to us.  So why can't we do a motion

6   to --

7        THE COURT:  Let me back up a little bit because I want

8   to be clear and certainly any counsel here can correct me on

9   this.  The bar date that was set in the bankruptcy court is one

10  that is commonly set for any of you that have been involved in

11  bankruptcy law.  There is a bar date for claims against the

12  debtor, and it's one that the bankruptcy court is going to

13  choose, and in this case, it's August 28th.  Can it be extended?

14  That's for you all to research and seek an extension.

15            But to be clear, the commencement period for you to

16  match doesn't start when you file the lawsuit.  So don't tell the

17  bankruptcy judge in California that, Well, Judge Engelhardt and

18  Mr. Miller put on this show way back on August 7th, and I

19  couldn't have even matched until after I filed suit and then

20  Mr. Miller promised me, I'm not picking on you and I'm not

21  paraphrasing you, but I could see someone making the argument

22  that with, Well, gee whiz, because you're going to have some

23  people who aren't going to file these actions, as I said, until

24  the fall.  And then they are going to say, Well, my 30 days

25  started, Bankruptcy Judge, how could you bar my claim because I

1    didn't find out who my defendant was until 30 days after I filed.

2    I didn't file them until October.

3              So that's not going to be the argument because I

4    think that judge will probably first ask why did you not attempt

5    to make a match until you were butted up against the August 28th

6    date?  The presumption is going to be that a match could have

7    been made earlier and perhaps much earlier, and perhaps, and I

8    know what you all are dealing with, but in California, the judge

9    may say, Well, why did you not know who the manufacturer was if

10   you had a claim?  They may not be as sensitive to the

11   circumstances of Katrina and the assignment of units and this

12   whole exercise that we have been conducting here.  So understand

13   that they set a date and that's the date that you're going to

14   have to deal with in that court.

15             Mr. Miller?

16        MR. MILLER:  Your Honor, just to make it very clear, the

17   United States has offered to match up claimants with units since

18   April of 2008.

19             THE COURT:  Right.

20        MR. MILLER:  This has been ongoing.  The fact of the

21   matter is is that no request was submitted for matching until

22   January of 2009.  And so this is not, there is a whole bunch of

23   issues here.  And so this is not, as you're identifying,

24   Mr. Schmidt, if you put a request in now, we get it, we will

25   respond to that generally within 30 days.  There has been a

```
 1    couple of instances where it took a little bit longer.  But
 2    generally within 30 days we'll provide you with that information
 3    to the extent it's in our database.  That's all I'm saying we'll
 4    match up.  We're not promising to match everybody up if they
 5    haven't submitted a request for it by August 28th.
 6            THE COURT:  Thank you.  Anything else about what we've
 7    covered?  I'm going to take any more questions you have about
 8    what we've covered and then we'll open the floor to anything else
 9    that you might want to discuss.  Does anybody else on any of the
10    topics that we have talked about that you haven't had the
11    opportunity to ask?  All right.
12            Does anybody else have any other issue that they
13    would like to raise at this time for either me or for counsel?
14            Thank you all again for your indulgence on today
15    and for all of your attention here this morning.  Could I see
16    liaison counsel real quick.
17            (WHEREUPON, the proceedings at 11:04 a.m. were
18    concluded.)
19                           *    *    *
20
21
22
23
24
25
```

1                        REPORTER'S CERTIFICATE

2

3        I, Cathy Pepper, Certified Realtime Reporter, Registered

4    Merit Reporter, Registered Professional Reporter, Certified Court

5    Reporter, Official Court Reporter for the United States District

6    Court, Eastern District of Louisiana, do hereby certify that the

7    foregoing is a true and correct transcript, to the best of my

8    ability and understanding, from the record of the proceedings in

9    the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*_____

13                              Cathy Pepper, CRR, RMR, CCR

14                              Official Court Reporter

15                              United States District Court

16

17

18

19

20

21

22

23

24

25

1

## 1

**1** [4] - 8:18, 9:5, 9:13, 25:14
**1,447** [1] - 10:13
**10** [1] - 28:2
**1000** [1] - 2:6
**106** [1] - 2:9
**10:00** [2] - 1:6, 32:12
**10:12** [1] - 26:18
**10th** [1] - 13:5
**11** [1] - 27:14
**1100** [1] - 1:16
**11:04** [1] - 36:17
**11th** [1] - 17:22
**12** [3] - 7:5, 8:15, 9:10
**12(b)(1** [1] - 14:3
**1331** [1] - 2:20
**14th** [7] - 9:7, 17:20, 18:14, 31:11, 31:12, 31:24, 32:9
**15** [1] - 26:7
**16th** [1] - 9:7
**1700** [1] - 3:3
**17th** [3] - 13:3, 13:7, 17:25
**17TH** [1] - 3:3
**1873** [1] - 1:5
**18th** [1] - 31:4
**1910** [1] - 1:25
**19th** [1] - 9:7

## 2

**20** [1] - 13:10
**20-something** [1] - 30:19
**200** [1] - 30:18
**20004** [2] - 2:17, 2:20
**2008** [1] - 35:18
**2009** [3] - 1:6, 5:3, 35:22
**201** [2] - 3:3, 3:10
**21** [1] - 22:19
**2100** [1] - 2:23
**2110** [1] - 2:3
**22nd** [1] - 9:7
**2315** [2] - 26:20, 28:1
**2317** [2] - 22:13, 22:14
**24th** [1] - 9:7
**25th** [1] - 9:7
**26th** [1] - 17:20
**27th** [1] - 26:18
**2800** [2] - 1:15, 1:16
**28th** [12] - 23:10, 23:24, 24:8, 32:18, 32:22, 33:11, 33:22, 33:24, 34:4, 34:13,

35:5, 36:5
**2900** [1] - 2:13

## 3

**30** [8] - 16:21, 32:20, 34:3, 34:5, 34:24, 35:1, 35:25, 36:2
**30363** [1] - 3:3
**30th** [2] - 27:10, 34:4
**31st** [1] - 5:14
**340** [1] - 2:17
**34th** [1] - 9:7
**3600** [1] - 3:10
**3838** [1] - 2:13

## 4

**40** [7] - 5:19, 5:23, 5:25, 6:14, 7:3, 11:12
**42** [3] - 6:13, 6:14, 7:3
**4265** [1] - 2:6
**443** [1] - 8:16
**4800** [1] - 3:6

## 5

**5** [1] - 5:3
**5,000** [2] - 24:22, 25:2
**5,256** [1] - 10:13
**50** [1] - 8:20
**500** [2] - 4:16, 9:22
**504** [1] - 4:17
**56** [1] - 14:4
**589-7779** [1] - 4:17

## 6

**622** [1] - 1:22
**639** [2] - 2:3, 2:23

## 7

**7** [4] - 1:6, 8:18, 9:13, 22:18
**70002** [1] - 2:14
**70084** [1] - 2:9
**701** [2] - 1:19, 3:6
**70113** [3] - 1:22, 2:3, 2:23
**70130** [2] - 1:19, 4:17
**70139** [1] - 3:7
**70163** [1] - 1:16
**70170** [1] - 3:10
**77027** [1] - 2:6

**77550** [1] - 1:25
**7th** [3] - 17:22, 31:11, 34:18

## 8

**8:45** [1] - 32:11

## 9

**95** [3] - 21:3, 23:17

## A

**a.m** [3] - 26:18, 32:12, 36:17
**A.M** [1] - 1:6
**abide** [1] - 6:15
**ability** [1] - 37:8
**able** [2] - 25:17, 30:11
**above-entitled** [1] - 37:9
**absent** [1] - 27:21
**absolutely** [1] - 24:10
**abundance** [2] - 6:22, 15:23
**according** [1] - 16:4
**accrual** [3] - 20:24, 21:11, 21:17
**achieve** [1] - 16:22
**acknowledge** [1] - 33:21
**action** [11] - 6:25, 9:11, 9:12, 10:2, 20:24, 21:5, 21:12, 21:18, 21:19, 33:14
**actions** [7] - 5:25, 6:2, 8:16, 8:20, 8:22, 33:2, 34:23
**active** [1] - 8:4
**activity** [1] - 13:10
**add** [5] - 9:21, 19:2, 24:25, 25:22, 30:5
**added** [2] - 8:22, 17:12
**additional** [1] - 24:20
**additionally** [1] - 25:25
**address** [1] - 16:8
**addresses** [1] - 21:25
**administrative** [3] - 20:23, 21:2, 21:10
**advance** [1] - 28:25
**advantage** [1] - 11:3
**advice** [1] - 33:16
**advise** [1] - 26:22
**advisement** [1] - 14:3
**advisory** [1] - 20:15

**affect** [1] - 13:19
**afternoon** [1] - 27:2
**ago** [1] - 7:17
**agree** [2] - 15:4, 28:13
**agreed** [6] - 5:13, 10:6, 13:6, 14:20, 25:20, 25:21
**agreement** [1] - 28:24
**ahead** [1] - 20:16
**Alana** [1] - 13:22
**alert** [2] - 13:24, 26:17
**Alexander** [3] - 13:17, 13:22, 17:20
**allegations** [2] - 17:11, 17:17
**allow** [2] - 12:16, 28:4
**allowed** [1] - 24:19
**alluded** [1] - 15:12
**almost** [2] - 22:15, 30:18
**ALSO** [1] - 3:12
**alteration** [1] - 18:11
**altered** [1] - 18:14
**AMANDA** [1] - 4:12
**amend** [1] - 19:14
**amended** [1] - 17:14
**amendment** [4] - 17:15, 18:25, 19:1, 19:16
**amendments** [3] - 17:10, 18:22, 19:8
**amount** [2] - 16:21, 29:22
**analysis** [1] - 16:2
**AND** [1] - 1:14
**ANNE** [1] - 3:17
**announce** [1] - 26:12
**announced** [2] - 23:9, 26:8
**announcement** [1] - 30:8
**answer** [5] - 20:3, 21:14, 21:23, 25:3, 33:19
**ANTHONY** [1] - 1:24
**apologize** [1] - 5:15
**appeal** [2] - 14:23, 15:7
**appear** [1] - 18:18
**APPEARANCES** [4] - 1:12, 2:1, 3:1, 4:1
**appeared** [1] - 7:22
**applicable** [2] - 14:10, 15:1
**applies** [3] - 5:25, 6:2, 28:8
**appreciate** [4] - 5:15, 6:21, 8:2, 8:7
**appreciation** [2] -

19:21, 23:2
**apprised** [1] - 18:17
**appropriate** [6] - 7:10, 7:15, 9:18, 10:24, 28:15, 29:21
**April** [1] - 35:18
**argument** [3] - 20:17, 34:21, 35:3
**arguments** [1] - 22:9
**arm** [1] - 12:9
**armed** [1] - 29:6
**arranging** [1] - 28:18
**arrival** [1] - 13:16
**arrives** [1] - 11:16
**article** [1] - 22:15
**articles** [1] - 20:20
**assert** [1] - 18:25
**assignment** [1] - 35:11
**assist** [2] - 12:13, 28:6
**assisting** [1] - 16:14
**ASSOCIATES** [1] - 2:2
**assume** [2] - 11:23, 13:22
**assuming** [3] - 24:1, 27:3, 31:12
**ATLANTA** [1] - 3:3
**attached** [1] - 14:9
**attack** [1] - 7:17
**attempt** [2] - 9:3, 35:4
**attention** [3] - 24:11, 27:1, 36:15
**attorney** [1] - 15:5
**attorneys** [1] - 29:10
**August** [16] - 23:10, 23:24, 24:8, 27:10, 31:4, 31:11, 32:18, 32:22, 33:11, 33:22, 33:24, 34:4, 34:13, 34:18, 35:5, 36:5
**AUGUST** [2] - 1:6, 5:3
**available** [4] - 10:23, 25:12, 28:17, 31:21
**avenue** [1] - 16:15
**AVENUE** [4] - 2:3, 2:20, 2:23, 3:10
**avoid** [1] - 26:3
**awaiting** [1] - 15:3
**aware** [8] - 15:7, 15:24, 18:23, 19:10, 19:15, 22:3, 28:23, 29:13

## B

**B406** [1] - 4:16
**BACH** [1] - 4:2
**BAKER** [1] - 3:8
**Bankruptcy** [1] -

2

34:25
**bankruptcy** [22] - 23:6, 23:8, 23:9, 23:10, 23:11, 23:14, 23:25, 24:2, 24:10, 32:18, 32:25, 33:6, 33:11, 33:18, 33:19, 33:21, 34:9, 34:11, 34:12, 34:17
**bar** [4] - 33:11, 34:9, 34:11, 34:25
**barcode** [1] - 28:5
**BARONNE** [1] - 1:22
**barred** [2] - 21:8, 24:7
**based** [2] - 9:1, 19:25
**basis** [2] - 6:6, 15:3
**BEARMAN** [1] - 3:8
**BECNEL** [2] - 2:7, 2:8
**become** [1] - 19:3
**becomes** [1] - 19:12
**BEFORE** [1] - 1:10
**begin** [4] - 5:11, 7:12, 27:15, 30:23
**begins** [1] - 11:21
**behalf** [1] - 7:13
**Bell** [1] - 17:22
**bellwether** [24] - 12:19, 13:4, 13:13, 14:9, 14:19, 17:8, 17:11, 17:19, 18:1, 18:13, 22:19, 22:21, 23:4, 25:10, 25:13, 26:1, 26:2, 29:11, 30:8, 31:3, 31:5, 31:8, 31:11, 31:23
**bellwethers** [6] - 17:16, 17:18, 19:6, 22:25, 29:10, 30:22
**belong** [1] - 7:1
**BEN** [2] - 2:17, 3:14
**BENCOMO** [2] - 2:2, 2:2
**BENJAMIN** [2] - 1:14, 3:20
**BERKOWITZ** [1] - 3:9
**best** [1] - 37:7
**between** [3] - 31:13, 31:14, 32:9
**big** [1] - 29:5
**BINSTOCK** [1] - 2:5
**birth** [1] - 16:8
**bit** [3] - 24:24, 34:7, 36:1
**block** [1] - 27:23
**boldface** [1] - 6:11
**BONE** [1] - 3:6
**BOULEVARD** [1] - 2:13
**BOURGEOIS** [1] - 2:11

**BOX** [1] - 2:17
**BRANCH** [1] - 2:16
**break** [1] - 32:13
**BRENT** [1] - 3:12
**BRIARD** [1] - 3:17
**brief** [1] - 22:2
**bringing** [1] - 8:2
**BUILDING** [1] - 1:25
**bunch** [1] - 35:22
**butted** [1] - 35:5
**BUZBEE** [2] - 1:24, 1:24
**BY** [16] - 1:15, 1:18, 1:21, 1:24, 2:2, 2:5, 2:8, 2:12, 2:16, 2:19, 2:22, 3:2, 3:5, 3:9, 4:18, 4:19

## C

**CALDWELL** [1] - 3:9
**calendar** [1] - 5:15
**calendared** [1] - 17:24
**California** [3] - 23:11, 34:17, 35:8
**CALLED** [1] - 5:4
**capital** [1] - 6:11
**caption** [1] - 13:22
**car** [1] - 22:15
**CAROLYN** [1] - 4:7
**Carrie** [1] - 17:25
**carried** [1] - 26:19
**Carroll** [2] - 7:16, 8:3
**carryover** [1] - 25:8
**CARSON** [1] - 4:4
**case** [31] - 6:11, 6:23, 8:5, 8:11, 8:13, 8:15, 10:2, 10:4, 11:11, 11:15, 11:19, 12:24, 13:10, 13:17, 13:23, 14:1, 14:9, 14:24, 18:6, 18:25, 19:2, 19:3, 19:6, 19:12, 20:9, 23:9, 23:10, 23:17, 31:5, 34:13
**cases** [23] - 7:2, 7:23, 7:24, 9:1, 9:4, 9:25, 13:12, 13:13, 13:20, 14:11, 14:25, 15:6, 15:22, 15:24, 16:1, 17:11, 18:3, 18:8, 19:9, 23:2, 23:15, 25:10
**category** [1] - 26:6
**Cathy** [2] - 37:3, 37:13
**CATHY** [1] - 4:16
**CAUSEWAY** [1] - 2:13
**caution** [2] - 6:22, 15:23

**CCR** [2] - 4:16, 37:13
**census** [1] - 9:23
**CENTER** [1] - 2:13
**CENTOLA** [1] - 3:25
**CENTRE** [1] - 1:15
**certain** [16] - 6:22, 8:25, 9:11, 10:21, 12:7, 15:1, 15:16, 15:25, 23:2, 23:8, 24:21, 26:9, 27:17, 27:20, 29:2, 29:13
**certainly** [7] - 8:8, 15:5, 18:16, 20:14, 22:9, 32:7, 34:8
**CERTIFICATE** [1] - 37:1
**Certified** [2] - 37:3, 37:4
**certify** [1] - 37:6
**challenges** [3] - 30:14, 30:15, 30:24
**chambers** [1] - 18:22
**chance** [1] - 17:1
**change** [1] - 5:12
**changes** [2] - 7:7, 18:17
**changing** [1] - 5:15
**channelled** [1] - 15:17
**charge** [2] - 28:18, 31:2
**CHARLES** [2] - 3:10, 3:12
**Chasez** [1] - 24:16
**check** [3] - 9:10, 22:9, 34:1
**choice** [1] - 30:13
**choose** [1] - 34:13
**chopping** [1] - 27:23
**CHRIS** [1] - 4:9
**Christopher** [1] - 21:24
**Circuit** [2] - 15:2, 15:4
**circuits** [1] - 12:15
**circumstance** [1] - 6:21
**circumstances** [1] - 35:11
**cited** [1] - 10:14
**CIVIL** [1] - 2:16
**Civil** [1] - 9:8
**civil** [1] - 10:1
**claim** [13] - 20:23, 21:1, 21:2, 21:11, 23:9, 23:14, 23:25, 24:2, 33:8, 33:9, 34:25, 35:10
**claimant's** [1] - 16:6
**claimants** [3] - 16:18, 24:3, 35:17
**claimants'** [1] - 23:15

**claims** [6] - 6:3, 8:15, 10:23, 19:1, 22:22, 34:11
**CLAY** [1] - 4:8
**clear** [4] - 29:7, 34:8, 34:15, 35:16
**clearly** [1] - 6:10
**CLERK** [1] - 5:7
**client** [5] - 11:8, 16:10, 20:8, 23:23, 23:24
**clock** [1] - 11:23
**close** [1] - 31:8
**closely** [3] - 8:12, 26:3, 29:5
**Coaches** [1] - 25:13
**COLD** [1] - 1:25
**colleague** [2] - 7:17, 7:19
**collected** [1] - 30:16
**coming** [3] - 9:15, 12:23, 13:5
**commence** [1] - 21:5
**commencement** [1] - 34:15
**commencing** [1] - 21:12
**committee** [1] - 25:4
**committee's** [1] - 24:18
**committees** [3] - 31:18, 31:20, 32:12
**common** [3] - 13:15, 13:19, 19:25
**commonly** [1] - 34:10
**community** [1] - 8:10
**Compel** [1] - 25:5
**complaint** [5] - 6:8, 6:18, 6:19, 19:13, 19:14
**complaints** [3] - 5:21, 17:14, 17:15
**complete** [3] - 10:20, 15:22, 21:3
**completed** [6] - 11:7, 25:11, 25:15, 25:19, 30:17, 30:21
**completing** [1] - 24:2
**completion** [2] - 10:18, 10:24
**comply** [2] - 29:3, 29:7
**COMPUTER** [1] - 4:19
**concerns** [2] - 29:23, 33:13
**concluded** [1] - 36:18
**conduct** [1] - 15:15
**conducting** [1] - 35:12
**confer** [1] - 31:25
**conference** [12] - 5:8, 5:14, 25:17, 27:13, 31:3, 31:10, 31:13,

31:14, 32:6, 32:7, 32:12, 33:4
**CONFERENCE** [1] - 1:9
**conferences** [1] - 11:5
**conferred** [1] - 13:5
**confirm** [1] - 23:21
**conflict** [1] - 5:14
**conflicts** [1] - 26:3
**consequence** [1] - 19:11
**consistent** [3] - 16:2, 18:24, 19:5
**contact** [1] - 32:5
**contemplated** [1] - 14:18
**context** [2] - 14:9, 29:9
**contingency** [1] - 22:17
**continually** [1] - 9:15
**continuance** [1] - 34:3
**continue** [4] - 18:2, 25:20, 30:11, 31:1
**CONTINUED** [3] - 2:1, 3:1, 4:1
**continued** [1] - 18:14
**continuing** [1] - 26:2
**contract** [1] - 22:17
**contractor** [4] - 9:1, 10:1, 14:7, 17:18
**contractors** [1] - 14:6
**controlled** [2] - 20:21, 20:24
**controversial** [1] - 29:12
**convene** [1] - 32:2
**Cooper** [1] - 21:25
**cooperate** [1] - 32:20
**copies** [1] - 6:15
**correct** [2] - 34:8, 37:7
**costing** [1] - 27:16
**COUGIL** [1] - 3:25
**counsel** [68] - 5:12, 5:18, 7:7, 7:11, 7:14, 7:21, 8:11, 8:19, 9:2, 9:3, 9:17, 9:24, 10:3, 10:15, 10:24, 12:6, 13:6, 13:9, 13:11, 13:21, 15:13, 15:18, 15:23, 16:5, 16:13, 16:18, 18:2, 18:7, 18:12, 18:16, 18:23, 19:10, 19:15, 22:5, 22:20, 22:24, 23:12, 23:22, 26:17, 26:25, 27:3, 27:25, 28:3, 28:9, 28:10, 28:11, 28:12, 28:13, 28:17, 28:19, 28:23, 30:3,

30:14, 30:22, 31:4,
31:6, 31:9, 31:20,
31:25, 32:5, 33:16,
33:20, 34:1, 34:8,
36:13, 36:16
**counterintuitive** [1] -
19:25
**couple** [2] - 7:17, 36:1
**course** [6] - 17:8,
22:10, 25:13, 27:13,
32:4, 33:14
**COURT** [39] - 1:1,
4:16, 5:4, 5:8, 8:2,
9:5, 9:20, 10:8, 11:4,
12:25, 13:4, 14:2,
15:10, 16:4, 17:6,
17:14, 19:19, 20:12,
20:15, 21:14, 21:16,
21:21, 22:5, 22:8,
22:14, 22:24, 24:5,
25:7, 25:22, 26:4,
27:11, 28:21, 29:9,
30:5, 30:7, 32:24,
34:7, 35:19, 36:6
**Court** [27] - 7:18, 8:16,
9:8, 9:23, 12:7,
12:13, 12:15, 14:2,
14:14, 14:20, 14:24,
15:19, 19:5, 22:4,
22:20, 23:1, 25:18,
25:21, 29:12, 30:8,
30:16, 30:25, 37:4,
37:5, 37:6, 37:14,
37:15
**court** [12] - 9:13, 9:23,
11:22, 23:11, 32:18,
32:22, 32:25, 33:6,
33:11, 34:9, 34:12,
35:14
**Court's** [5] - 10:17,
10:20, 16:2, 19:10,
26:11
**courts** [2] - 8:21, 9:4
**covered** [3] - 32:13,
36:7, 36:8
**create** [1] - 18:15
**critical** [2] - 11:6, 12:1
**CROCHET** [1] - 4:10
**CRR** [2] - 4:16, 37:13
**cured** [1] - 10:13

## D

**D'AMICO** [2] - 1:21,
1:21
**DANIEL** [1] - 2:7
**database** [1] - 36:3
**date** [16] - 5:15, 16:7,
30:25, 31:25, 32:10,

32:25, 33:1, 33:10,
33:11, 33:12, 34:9,
34:11, 35:6, 35:13
**dates** [4] - 17:19, 18:1,
18:5, 18:18
**DAVID** [3] - 1:14, 3:22,
4:2
**days** [12] - 7:17, 12:8,
16:21, 18:4, 28:2,
32:20, 34:3, 34:5,
34:24, 35:1, 35:25,
36:2
**DC** [2] - 2:17, 2:20
**deadline** [12] - 12:20,
13:5, 15:22, 16:1,
17:5, 23:10, 23:24,
24:9, 26:14, 26:15,
27:9, 32:18
**deadlines** [2] - 10:17,
11:2
**deal** [2] - 29:21, 35:14
**dealing** [3] - 24:16,
28:19, 35:8
**dealings** [1] - 29:1
**deals** [1] - 23:6
**debtor** [1] - 34:12
**December** [1] - 17:22
**decide** [1] - 33:15
**decision** [1] - 14:17
**decisions** [1] - 18:12
**defendant** [7] - 5:23,
5:24, 6:4, 7:1, 28:9,
33:5, 35:1
**DEFENDANTS** [2] -
2:11, 6:12
**defendants** [9] - 6:17,
6:20, 6:22, 6:23,
8:25, 10:13, 10:14,
14:20, 22:25
**defendants'** [2] - 6:24,
22:12
**defense** [6] - 9:1,
14:7, 22:20, 28:9,
28:12, 28:22
**defenses** [1] - 29:22
**deferred** [1] - 14:21
**deficiencies** [1] -
10:14
**deficient** [1] - 25:5
**definitely** [1] - 32:24
**delay** [4] - 11:13,
11:15, 11:20, 16:20
**delays** [2] - 17:2, 24:7
**deliberate** [1] - 30:10
**delinquent** [1] - 32:23
**delivered** [1] - 10:12
**demonstrate** [1] -
33:22
**denial** [3] - 21:6,
21:12, 21:13

**denied** [1] - 21:1
**DENNIS** [2] - 2:5, 4:10
**DEPARTMENT** [2] -
2:15, 2:19
**Department** [1] -
28:19
**depositions** [2] -
25:16, 25:20
**DEPUTY** [1] - 5:7
**Design** [1] - 17:25
**designated** [2] - 9:6,
27:17
**desire** [2] - 27:3,
27:15
**destroyed** [1] - 27:20
**determine** [2] - 12:16,
23:12
**determined** [1] - 29:2
**developed** [1] - 29:2
**difficult** [2] - 31:12,
32:9
**diligence** [1] - 33:23
**disaster** [2] - 17:1,
24:21
**discern** [1] - 13:15
**disclosed** [1] - 34:12
**discovery** [15] - 24:12,
24:14, 24:15, 24:18,
25:2, 25:3, 25:9,
25:10, 25:12, 25:19,
25:23, 26:1
**discretionary** [1] -
14:4
**discuss** [1] - 36:9
**discussed** [4] - 13:16,
24:24, 27:12, 31:9
**dismissal** [1] - 16:2
**disposal** [1] - 12:17
**dispose** [2] - 26:9,
27:15, 27:18
**disposed** [2] - 12:7,
27:5
**District** [6] - 9:8,
11:16, 11:19, 37:5,
37:6, 37:15
**district** [1] - 11:22
**DISTRICT** [3] - 1:1,
1:1, 1:10
**divided** [2] - 30:14,
30:15
**DIVISION** [1] - 2:16
**doable** [1] - 19:5
**docket** [4] - 22:8,
22:9, 27:25, 28:1
**DOCKET** [1] - 1:5
**document** [5] - 22:12,
26:20, 28:4
**documents** [2] - 28:7,
30:4
**dollars** [1] - 27:16

**DOMINGUE** [1] - 3:19
**DOMINIC** [1] - 3:24
**done** [4] - 11:2, 11:8,
12:4, 24:4
**DONELSON** [1] - 3:8
**double** [1] - 9:10
**Douglas** [1] - 20:2
**down** [3] - 12:15, 18:8,
27:14
**Dubuclet** [4] - 17:21,
19:6, 19:11
**due** [2] - 22:3, 29:25,
33:9
**DUPLASS** [1] - 2:11
**during** [1] - 18:9

## E

**e-mail** [3] - 26:18,
26:19, 26:21
**early** [2] - 25:6, 25:11
**easier** [2] - 11:10,
23:20
**EASTERN** [1] - 1:1
**Eastern** [3] - 11:16,
11:19, 37:6
**education** [1] - 24:3
**educational** [1] -
23:22
**effect** [1] - 19:17
**EFFER** [1] - 4:5
**either** [6] - 7:10, 15:5,
23:16, 25:6, 33:6,
36:13
**electronic** [1] - 24:15
**emergency** [1] - 26:9
**emphasize** [2] - 12:12,
15:20
**encourage** [2] - 15:13,
29:8
**end** [1] - 11:9
**ended** [1] - 29:21
**ENERGY** [1] - 1:15
**engaged** [1] - 23:12
**ENGELHARDT** [1] -
1:10
**Engelhardt** [1] - 34:17
**ensures** [1] - 30:3
**enter** [2] - 23:1, 28:24
**entered** [2] - 7:6, 7:8
**entitled** [1] - 37:9
**entry** [1] - 6:1
**ERNEST** [1] - 3:5
**escort** [1] - 29:6
**ESQUIRE** [48] - 1:15,
1:18, 1:21, 2:2, 2:5,
2:8, 2:8, 2:12, 2:16,
2:19, 2:22, 3:2, 3:5,
3:6, 3:9, 3:12, 3:12,

3:13, 3:14, 3:15,
3:15, 3:17, 3:17,
3:18, 3:19, 3:20,
3:20, 3:22, 3:22,
3:23, 3:24, 3:25,
3:25, 4:2, 4:2, 4:3,
4:4, 4:5, 4:5, 4:7,
4:7, 4:8, 4:9, 4:10,
4:10, 4:12, 4:12,
4:13
**essentially** [1] - 21:9
**established** [2] -
14:15, 29:14
**ethical** [1] - 8:9
**exactly** [1] - 23:13
**example** [2] - 14:2,
19:1
**Excel** [1] - 28:3
**except** [1] - 16:20
**exchanged** [1] - 25:15
**execute** [1] - 28:25
**exercise** [1] - 35:12
**exercised** [1] - 33:23
**Exhibit** [4] - 8:22,
8:23, 9:5
**existing** [3] - 19:2,
19:9, 19:14
**expected** [1] - 29:14
**expedited** [1] - 6:5
**expediting** [1] - 11:10
**expense** [1] - 6:24
**expert** [1] - 25:16
**experts** [1] - 25:14
**exposed** [1] - 18:8
**expressed** [2] - 14:23,
27:15
**extend** [2] - 13:6,
32:25
**extended** [4] - 14:18,
15:8, 17:2, 34:13
**extension** [2] - 29:21,
34:14
**extent** [2] - 12:2, 36:3

## F

**facilities** [1] - 29:4
**facility** [4] - 28:6,
28:24, 29:4, 29:6
**fact** [17] - 8:20, 10:10,
10:13, 10:18, 10:21,
10:25, 11:7, 12:1,
12:2, 15:7, 22:2,
23:17, 26:18, 26:21,
33:9, 35:20
**fall** [2] - 33:2, 34:24
**familiar** [5] - 5:20, 6:2,
20:1, 29:11, 29:15
**familiarize** [1] - 30:23

**family** [3] - 7:20, 8:1, 8:7
**far** [2] - 11:25, 26:5
**FDCA** [2] - 19:18, 21:10
**federal** [4] - 9:12, 18:24, 20:24, 32:22
**fee** [1] - 22:17
**FELIPE** [1] - 2:6
**FEMA** [18] - 1:4, 5:9, 16:6, 16:9, 16:25, 19:1, 19:3, 19:12, 20:6, 20:11, 23:17, 28:16, 28:17, 28:18, 28:24, 29:3, 29:4, 29:5
**few** [3] - 5:17, 12:8, 24:8
**Fifth** [2] - 15:2, 15:4
**fifth** [1] - 17:24
**file** [15] - 6:19, 11:17, 11:21, 19:13, 20:23, 21:1, 21:4, 21:7, 22:21, 22:25, 34:16, 34:23, 35:2
**filed** [25] - 8:17, 8:21, 8:25, 9:18, 9:22, 9:24, 12:14, 13:25, 14:6, 15:20, 15:24, 17:15, 18:20, 21:2, 22:10, 24:20, 24:23, 25:1, 25:4, 25:6, 27:19, 28:2, 32:19, 34:19, 35:1
**files** [3] - 24:20, 24:21, 25:2
**filing** [13] - 5:21, 6:3, 6:5, 6:7, 6:17, 11:21, 15:6, 21:10, 21:12, 22:16, 23:24, 33:2, 33:25
**filings** [8] - 9:15, 9:17, 9:19, 10:16, 23:8, 29:20, 29:23, 30:4
**filled** [1] - 30:18
**fine** [1] - 8:4
**finer** [1] - 7:25
**FIRM** [1] - 1:24
**first** [14] - 5:17, 5:19, 12:19, 13:4, 13:17, 18:13, 18:25, 26:12, 31:3, 31:8, 31:11, 32:1, 33:10, 35:4
**fit** [1] - 18:8
**five** [2] - 17:8, 18:4
**five-day** [1] - 18:4
**Fleetwood** [6] - 23:7, 23:9, 23:23, 24:2, 24:6, 33:24
**Fleetwood-**

**manufactured** [1] - 24:6
**flooding** [1] - 16:13
**floor** [1] - 36:8
**follow** [3] - 7:4, 21:15, 29:15
**follow-up** [1] - 21:15
**following** [2] - 13:1, 13:2
**FOR** [2] - 1:14, 2:11
**foregoing** [1] - 37:7
**forever** [1] - 21:8
**form** [3] - 23:14, 23:19, 23:25
**Form** [3] - 21:3, 23:17
**Formaldehyde** [1] - 5:9
**FORMALDEHYDE** [1] - 1:4
**format** [1] - 32:11
**forms** [1] - 24:2
**forth** [2] - 5:21, 6:3
**forward** [4] - 10:5, 15:8, 19:3, 23:3
**FRANK** [2] - 1:21, 1:21
**FRANKLIN** [1] - 2:17
**free** [2] - 7:10, 32:4
**frequently** [2] - 31:22, 31:23
**Friday** [2] - 12:21, 12:25
**FRIDAY** [2] - 1:6, 5:3
**friend** [2] - 7:19, 7:22
**front** [1] - 11:9
**FTCA** [1] - 23:17
**full** [3] - 12:9, 16:6, 24:14
**function** [1] - 14:4
**furnish** [1] - 26:14
**fuse** [1] - 27:8

**G**

**GA** [1] - 3:3
**GAINSBURGH** [1] - 1:14
**GALVESTON** [1] - 1:25
**GARRISON** [1] - 3:22
**GARSIDE** [1] - 4:8
**gather** [1] - 31:16
**gathered** [1] - 23:16
**gee** [1] - 34:22
**general** [4] - 24:14, 27:12, 30:7, 32:7
**generally** [3] - 28:16, 35:25, 36:2
**GERALD** [1] - 1:15
**GIANNA** [1] - 3:24

**GIEGER** [2] - 3:5, 3:5
**GILBREATH** [1] - 3:13
**given** [4] - 12:7, 26:25, 31:10, 31:23
**Glass** [2] - 7:12, 7:13
**GLASS** [13] - 2:12, 7:13, 8:14, 9:14, 12:12, 13:3, 17:7, 22:16, 24:13, 25:8, 25:25, 26:5, 29:18
**glass** [3] - 12:11, 17:6, 29:17
**goal** [1] - 18:6
**government** [22] - 8:25, 9:1, 10:1, 14:7, 15:15, 15:17, 16:14, 16:22, 19:22, 20:17, 20:21, 20:22, 21:6, 24:23, 26:12, 26:22, 26:25, 27:4, 27:14, 27:17, 27:22, 28:2
**government's** [3] - 14:3, 20:13, 26:19
**great** [1] - 11:18
**greatly** [1] - 12:13
**group** [2] - 6:9, 14:20
**guards** [1] - 29:5
**guess** [1] - 20:3
**guidance** [2] - 10:24, 22:5
**Gulf** [1] - 25:13
**guy** [1] - 7:25

**H**

**HAINKEL** [1] - 4:12
**half** [1] - 32:1
**hand** [1] - 13:14
**handled** [1] - 11:11
**hard** [3] - 7:24, 18:2, 18:7
**harmless** [1] - 28:23
**HAYES** [1] - 2:22
**heading** [1] - 6:11
**heads** [1] - 12:23
**heads-up** [1] - 12:23
**HEARD** [1] - 1:10
**hearing** [1] - 11:6
**heart** [1] - 7:17
**help** [2] - 10:4, 20:3
**helpful** [2] - 10:8, 16:7
**helping** [1] - 11:7
**HENRY** [1] - 2:16
**hereby** [1] - 37:6
**HINES** [1] - 3:2
**hit** [2] - 21:19, 21:22
**hits** [1] - 11:19
**hold** [1] - 28:23
**holding** [1] - 27:4

**home** [1] - 27:16
**Honor** [13] - 7:16, 10:12, 12:12, 13:8, 14:17, 16:17, 20:14, 23:5, 24:13, 25:24, 30:6, 32:17, 35:16
**HONORABLE** [1] - 1:10
**hope** [3] - 19:15, 23:15, 25:17
**hopefully** [4] - 5:22, 6:5, 14:5, 30:20
**hopes** [1] - 30:9
**housekeeping** [1] - 5:17
**housing** [4] - 14:13, 14:16, 15:1, 26:10
**HOUSTON** [1] - 2:6
**HUD** [2] - 14:16, 15:1
**HURDER** [1] - 3:15
**hurricane** [1] - 16:24

**I**

**I-95** [2] - 20:7, 20:11
**IA** [1] - 25:2
**IA/TAC** [2] - 24:21, 28:12
**IA/TACs** [1] - 28:9
**ICE** [1] - 1:25
**ID** [1] - 16:6
**ideas** [1] - 33:20
**identify** [3] - 12:14, 28:5, 33:17
**identifying** [1] - 35:23
**identities** [1] - 26:22
**identity** [1] - 26:13
**illogical** [1] - 19:24
**immediate** [1] - 24:11
**imperative** [2] - 16:23, 27:5
**importance** [1] - 15:12
**important** [10] - 10:4, 11:2, 14:23, 15:20, 18:23, 19:20, 19:23, 20:1, 23:23, 24:5
**IN** [1] - 1:4
**include** [1] - 27:2
**including** [2] - 5:21, 9:22
**incorporate** [1] - 17:11
**increase** [1] - 10:16
**indemnity** [1] - 28:23
**independent** [1] - 19:13
**indicated** [3] - 16:12, 27:17, 27:22
**indicates** [1] - 17:10

**individual** [3] - 9:3, 22:22, 25:10
**indulgence** [2] - 5:16, 36:14
**influx** [1] - 29:20
**information** [23] - 11:9, 12:16, 15:14, 15:16, 15:25, 16:11, 16:13, 16:23, 17:3, 17:5, 23:13, 23:16, 23:18, 23:22, 26:14, 27:3, 31:19, 31:21, 32:4, 32:21, 36:2
**informational** [1] - 10:4
**informed** [3] - 7:18, 8:24, 9:2
**initial** [2] - 24:18, 25:5
**insofar** [1] - 27:22
**inspections** [1] - 29:2
**installed** [2] - 16:9
**instances** [1] - 36:1
**institute** [1] - 21:5
**instituted** [1] - 9:12
**insurance** [2] - 25:9
**intend** [3] - 27:6, 29:15, 32:7
**intent** [1] - 27:17
**intention** [1] - 26:9
**interlocutory** [1] - 15:3
**intervention** [1] - 22:17
**inventory** [2] - 8:16, 8:19
**involve** [1] - 31:4
**involved** [6] - 9:11, 15:6, 26:10, 29:11, 30:22, 34:10
**issuance** [1] - 21:13
**issue** [13] - 6:17, 7:1, 13:15, 13:19, 14:4, 14:10, 14:24, 20:11, 20:15, 22:21, 24:8, 33:15, 36:12
**issued** [2] - 21:12, 30:16
**issues** [8] - 13:18, 18:15, 21:6, 24:15, 26:3, 29:25, 30:24, 35:23
**issuing** [1] - 6:20
**item** [1] - 17:7

**J**

**JACK** [1] - 3:20
**JACOB** [1] - 1:21
**jammed** [1] - 12:24

**Jan** [1] - 28:17
**January** [2] - 17:22, 35:22
**JASON** [1] - 3:6
**JDC** [1] - 9:7
**JERRY** [1] - 2:22
**Jim** [3] - 7:16, 7:22, 8:3
**job** [1] - 31:21
**JOE** [1] - 3:15
**Joe** [1] - 7:13
**JOHN** [2] - 4:5, 4:12
**join** [1] - 7:21
**joint** [3] - 8:18, 9:13, 18:19
**Joint** [3] - 7:5, 8:15, 9:9
**JONATHAN** [1] - 2:19
**Jones** [1] - 28:17
**JOSEPH** [1] - 2:12
**JOSH** [1] - 4:5
**journal** [1] - 20:19
**JR** [5] - 1:21, 1:21, 2:7, 3:5, 3:20
**JUDGE** [1] - 1:10
**Judge** [7] - 7:22, 9:21, 15:11, 34:17, 34:25
**judge** [6] - 18:21, 26:6, 33:21, 34:17, 35:4, 35:8
**judgment** [1] - 12:20
**July** [2] - 5:14, 26:18
**jump** [1] - 27:9
**jurisdictional** [1] - 19:22
**juror** [1] - 30:10
**jurors** [4] - 30:9, 30:13, 30:18, 30:24
**jury** [4] - 18:8, 30:17, 30:21, 31:2
**Justice** [1] - 28:19
**JUSTICE** [2] - 2:15, 2:19

**K**

**Katrina** [3] - 21:19, 21:22, 35:11
**Katrina/post** [1] - 26:10
**KEA** [1] - 4:13
**keep** [4] - 7:20, 9:19, 18:16, 29:19
**KELLER** [1] - 4:5
**key** [1] - 7:3
**kind** [2] - 12:22, 29:21
**known** [2] - 19:7, 33:24
**knows** [1] - 14:14

**KRIS** [1] - 3:18
**KURT** [1] - 1:10
**KURTZ** [1] - 3:9

**L**

**L.L.C** [1] - 17:25
**LA** [10] - 1:16, 1:19, 1:22, 2:3, 2:9, 2:14, 2:23, 3:7, 3:10, 4:17
**Labor** [1] - 27:13
**LABORDE** [1] - 3:5
**lack** [1] - 16:3
**laid** [1] - 24:13
**LAKEWAY** [1] - 2:13
**LAMBERT** [1] - 1:18
**LAMONT** [1] - 3:19
**LAPEROUSE** [1] - 3:5
**last** [7] - 5:13, 8:18, 12:8, 25:6, 27:12, 27:13, 29:18
**law** [7] - 18:24, 20:19, 20:22, 20:24, 20:25, 33:18, 34:11
**LAW** [3] - 1:21, 1:24, 2:7
**LAWRENCE** [1] - 3:25
**laws** [1] - 33:7
**lawsuit** [3] - 10:19, 21:5, 34:16
**lawsuits** [2] - 9:22, 32:19
**lawyer** [5] - 8:4, 8:9, 11:1, 13:24, 34:2
**lead** [2] - 10:6, 28:16
**learned** [1] - 21:18
**led** [1] - 14:14
**LEE** [1] - 4:3
**legal** [5] - 8:10, 19:11, 19:20, 21:25, 22:3
**legally** [2] - 19:5, 33:9
**less** [2] - 30:11, 31:23
**letter** [3] - 21:6, 21:12, 21:13
**letters** [1] - 6:11
**level** [1] - 8:8
**LIABILITY** [1] - 1:5
**Liability** [1] - 5:10
**Liaison** [1] - 7:13
**liaison** [16] - 5:11, 8:19, 9:17, 15:17, 16:13, 22:5, 28:3, 28:11, 28:12, 30:3, 31:5, 31:20, 32:5, 33:16, 36:16
**light** [1] - 29:23
**likely** [1] - 14:10
**limitation** [1] - 20:5
**limitations** [5] - 17:4,

20:21, 20:22, 21:9, 33:8
**LINDA** [1] - 1:18
**LINDSAY** [1] - 3:17
**line** [1] - 9:25
**list** [6] - 26:20, 26:21, 26:23, 26:24, 27:2, 28:11
**listed** [6] - 8:19, 8:22, 9:11, 9:13, 13:10, 17:9
**listing** [1] - 12:6
**Litigation** [1] - 5:10
**LITIGATION** [1] - 1:5
**lived** [1] - 16:10
**located** [1] - 28:6
**location** [1] - 28:6
**lodged** [1] - 11:20
**logical** [1] - 19:4
**logically** [1] - 14:10
**look** [5] - 5:24, 7:3, 8:6, 20:20, 28:1
**looked** [2] - 5:23, 26:20
**looks** [1] - 32:8
**looming** [1] - 11:2
**loop** [3] - 29:19, 31:19
**lose** [2] - 20:10, 30:10
**LOUISIANA** [2] - 1:1, 1:6
**Louisiana** [3] - 8:22, 20:5, 37:6
**LOYOLA** [2] - 2:3, 2:23
**LYNN** [1] - 3:22

**M**

**MAGAZINE** [1] - 1:19
**MAGGIO** [1] - 3:12
**Magistrate** [1] - 24:15
**magistrate** [1] - 25:17
**mail** [3] - 26:18, 26:19, 26:21
**majority** [1] - 13:12
**man** [1] - 7:25
**manner** [1] - 16:19
**manufactured** [2] - 15:1, 24:6
**manufacturer** [5] - 6:9, 6:10, 9:25, 17:17, 35:9
**MANUFACTURER** [1] - 6:12
**manufacturers** [4] - 14:15, 20:10, 23:8, 28:9
**manufacturing** [4] - 5:22, 7:13, 22:24,

28:12
**maritime** [1] - 7:23
**master** [1] - 24:12
**match** [14] - 7:2, 9:25, 11:15, 11:18, 15:25, 16:1, 16:3, 16:19, 34:16, 35:5, 35:6, 35:17, 36:4
**matched** [7] - 5:22, 6:4, 6:8, 6:10, 33:5, 33:13, 34:19
**matching** [9] - 6:19, 11:13, 11:20, 12:2, 15:12, 15:13, 15:15, 15:23, 35:21
**Matt** [1] - 10:6
**matter** [8] - 17:20, 17:21, 17:22, 17:23, 22:4, 35:21, 37:9
**matters** [2] - 5:17, 12:7
**MATTHEW** [2] - 2:8, 3:17
**MAYEAUX** [1] - 3:14
**McMILLAN** [1] - 3:22
**MDL** [5] - 1:5, 8:17, 10:20, 11:20, 15:9
**MDL-1873** [1] - 5:9
**mean** [2] - 33:1, 33:13
**means** [1] - 10:17
**meantime** [1] - 32:4
**MECHANICAL** [1] - 4:18
**meet** [1] - 31:22
**meeting** [1] - 31:24
**mention** [2] - 13:8, 14:22
**mentioned** [1] - 11:12
**Merit** [1] - 37:4
**merits** [2] - 14:19, 15:8
**METAIRIE** [1] - 2:14
**MEUNIER** [17] - 1:14, 1:15, 7:21, 9:21, 10:12, 13:8, 14:14, 15:11, 18:21, 22:2, 22:7, 22:12, 23:5, 25:24, 26:6, 30:6, 33:18
**Meunier** [6] - 10:10, 14:7, 16:12, 19:24, 27:19, 30:5
**MICHAEL** [1] - 3:9
**middle** [1] - 25:18
**might** [6] - 9:10, 14:9, 18:11, 19:24, 20:17, 36:9
**Miller** [12] - 16:16, 17:6, 19:7, 20:3, 20:12, 22:16, 27:24,

32:19, 34:4, 34:18, 34:20, 35:15
**MILLER** [1] - 2:16, 13:2, 16:17, 20:14, 20:19, 21:22, 25:1, 27:25, 28:22, 35:16, 35:20
**mindful** [1] - 15:14
**miscellaneous** [3] - 26:5, 26:6, 29:18
**missed** [4] - 8:4, 8:9, 8:10, 8:12
**Mississippi** [1] - 20:4
**mistaken** [1] - 24:22
**mobile** [3] - 14:13, 14:15, 27:15
**Monday** [6] - 12:20, 13:1, 13:2, 13:5, 14:5, 26:18
**monitor** [1] - 28:14
**months** [5] - 21:4, 21:7, 21:8, 21:13, 27:14
**MORELAND** [1] - 2:8
**Moreland** [1] - 10:6
**moreover** [1] - 31:13
**MORNING** [1] - 5:2
**morning** [10] - 5:8, 7:7, 8:6, 12:6, 13:16, 18:16, 19:7, 25:6, 31:9, 36:15
**MORTON** [1] - 2:11
**most** [1] - 9:16
**mostly** [1] - 21:15
**Motion** [2] - 22:25, 25:4
**motion** [15] - 12:5, 12:19, 13:4, 13:22, 14:3, 14:5, 18:10, 19:22, 21:24, 22:1, 22:11, 22:12, 22:21, 25:5, 34:5
**motions** [1] - 12:9, 12:14, 12:17, 13:10, 13:14, 13:15, 13:18, 13:19, 13:25, 14:8, 14:12
**move** [1] - 14:12
**MR** [43] - 7:13, 7:21, 8:14, 9:14, 9:21, 10:12, 12:12, 13:2, 13:3, 13:8, 14:14, 15:11, 16:17, 17:7, 18:21, 20:2, 20:14, 20:19, 21:15, 21:17, 21:22, 22:2, 22:7, 22:12, 22:15, 22:16, 23:5, 24:13, 25:1, 25:8, 25:24, 25:25, 26:5, 26:6, 27:25,

28:22, 29:18, 30:6, 32:17, 33:18, 34:2, 35:16, 35:20
**MULLINS** [1] - 3:2
**multiple** [1] - 5:21
**must** [2] - 28:24, 29:3
**mutually** [1] - 28:13

## N

**name** [4] - 7:24, 9:24, 16:6, 19:14
**named** [3] - 6:21, 6:22, 10:19
**naming** [1] - 15:21
**nature** [3] - 13:19, 19:22, 23:13
**nearly** [1] - 9:22
**necessarily** [1] - 13:24
**necessary** [2] - 19:12, 28:15
**need** [21] - 5:24, 6:2, 6:10, 6:11, 6:14, 6:15, 7:7, 12:3, 13:23, 14:22, 15:15, 15:24, 15:25, 17:5, 20:1, 27:6, 27:9, 29:15, 31:18, 31:19, 32:4
**needed** [1] - 15:14
**needs** [3] - 15:6, 17:12, 27:1
**NELSON** [3] - 1:18, 1:18, 3:2
**new** [4] - 5:21, 6:3, 19:13, 23:18
**NEW** [9] - 1:6, 1:16, 1:19, 1:22, 2:3, 2:23, 3:7, 3:10, 4:17
**news** [1] - 8:14
**newsworthy** [1] - 31:15
**next** [10] - 10:9, 15:11, 17:7, 22:18, 22:21, 23:5, 25:18, 31:10, 31:24, 32:1
**night** [1] - 25:6
**nine** [4] - 30:9, 30:12, 30:13
**NO** [1] - 1:5
**non** [1] - 14:14
**non-led** [1] - 14:14
**note** [2] - 28:2, 28:8
**notice** [2] - 27:19, 28:1
**notices** [1] - 30:4
**notified** [1] - 8:20
**notify** [3] - 9:17, 9:18, 20:7

**November** [1] - 20:8
**Number** [9] - 5:19, 5:23, 5:25, 6:13, 7:3, 7:5, 8:15, 9:10, 11:12
**number** [16] - 5:20, 9:15, 10:2, 16:6, 16:7, 22:8, 22:11, 22:12, 24:22, 25:14, 26:20, 27:25, 28:1, 28:5
**numbered** [1] - 37:9
**Numbers** [1] - 6:14
**numbers** [1] - 7:3
**numeral** [1] - 18:19
**NW** [2] - 2:20, 3:3

## O

**obituary** [1] - 8:5
**obliged** [3] - 10:20, 26:12, 26:22
**obviously** [4] - 24:14, 25:25, 31:10, 32:20
**occurring** [1] - 29:24
**October** [3] - 17:20, 32:1, 35:2
**OF** [6] - 1:1, 1:9, 1:21, 2:7, 2:15, 2:19
**offered** [1] - 35:17
**office** [2] - 10:23, 26:19
**OFFICE** [1] - 2:7
**OFFICES** [1] - 1:21
**official** [1] - 28:1
**OFFICIAL** [1] - 4:16
**Official** [2] - 37:5, 37:14
**once** [5] - 10:18, 11:19, 15:19, 16:24, 21:11
**one** [17] - 7:12, 11:5, 12:12, 13:6, 16:10, 17:24, 19:6, 20:5, 20:17, 21:10, 23:7, 25:6, 32:9, 33:4, 34:2, 34:9, 34:12
**ones** [1] - 27:6
**ongoing** [1] - 35:20
**open** [2] - 29:21, 36:8
**open-ended** [1] - 29:21
**opportunity** [1] - 36:11
**opposed** [2] - 11:21, 12:14
**opposing** [1] - 9:24
**opposite** [1] - 7:23
**opposition** [2] - 22:2,

24:23
**ORDER** [1] - 5:4
**Order** [6] - 5:19, 5:23, 5:25, 6:13, 7:2, 11:12
**order** [8] - 5:20, 6:1, 11:11, 15:14, 17:16, 18:11, 23:3, 32:25
**ordered** [1] - 25:21
**orders** [2] - 10:17, 10:20
**Orleans** [1] - 9:8
**ORLEANS** [9] - 1:6, 1:16, 1:19, 1:22, 2:3, 2:23, 3:7, 3:10, 4:17
**ourselves** [1] - 30:23
**outset** [1] - 11:13

## P

**P.O** [1] - 2:17
**page** [1] - 26:7
**pages** [2] - 8:18, 9:13
**paid** [1] - 27:1
**paper** [1] - 8:6
**paragraph** [1] - 26:7
**paraphrasing** [1] - 34:21
**Parish** [1] - 9:8
**part** [5] - 6:24, 6:25, 10:9, 14:24, 19:16
**participate** [1] - 29:16
**particular** [16] - 5:22, 6:1, 6:9, 6:10, 6:25, 8:11, 12:13, 12:17, 12:24, 13:9, 13:12, 13:25, 23:6, 27:23, 30:24, 31:5
**particularities** [1] - 17:16
**particularly** [4] - 10:16, 13:12, 15:21, 31:15
**parties** [8] - 9:18, 12:21, 12:22, 14:17, 25:20, 25:21, 26:2, 29:3
**party** [2] - 14:6, 17:18
**passed** [1] - 7:18
**PAUL** [1] - 4:3
**pen** [1] - 33:7
**pendency** [1] - 15:7
**pending** [6] - 12:9, 13:11, 14:12, 18:10, 18:25, 21:24
**PENNSYLVANIA** [1] - 2:20
**PENOT** [1] - 3:12
**people** [2] - 33:1,

34:23
**Pepper** [3] - 37:3, 37:12, 37:13
**PEPPER** [1] - 4:16
**perceptive** [1] - 33:17
**perhaps** [7] - 30:14, 33:2, 33:15, 33:20, 35:7
**period** [4] - 10:21, 11:15, 20:7, 34:15
**permitted** [1] - 33:25
**persons** [2] - 28:24, 30:17
**pertains** [1] - 13:23
**PETER** [1] - 4:2
**PFISTER** [1] - 2:12
**pick** [3] - 20:8, 31:25, 32:10
**picking** [1] - 34:20
**pinpoint** [1] - 23:7
**place** [4] - 6:5, 10:18, 16:1, 30:2
**plaintiff** [28] - 5:24, 6:7, 6:8, 6:18, 10:10, 10:13, 10:18, 10:19, 11:1, 12:1, 13:11, 13:21, 13:24, 14:19, 15:5, 15:13, 15:21, 15:22, 15:24, 16:3, 19:10, 19:13, 19:14, 21:18, 23:17, 23:22, 26:25, 32:19
**plaintiff's** [2] - 10:23, 18:23
**PLAINTIFFS** [2] - 1:14, 6:12
**plaintiffs** [18] - 5:22, 6:9, 6:16, 6:18, 9:24, 12:23, 15:2, 19:2, 22:3, 22:19, 22:22, 24:6, 24:21, 25:1, 27:21, 30:1, 33:5
**plaintiffs'** [19] - 7:21, 8:19, 9:2, 10:3, 10:15, 11:6, 13:9, 14:25, 16:5, 16:18, 19:12, 19:15, 24:18, 25:4, 25:10, 26:17, 28:10, 28:22
**plan** [1] - 25:16
**pleadings** [1] - 30:4
**pleased** [1] - 10:5
**point** [7] - 12:13, 16:17, 18:21, 19:20, 19:23, 20:1, 30:7
**pointed** [1] - 7:16
**pool** [1] - 30:17
**position** [3] - 10:25, 11:1, 20:13
**possibility** [1] - 29:20

**possible** [7] - 11:3, 11:17, 11:24, 16:11, 16:24, 17:4, 18:25
**possibly** [1] - 17:2
**post** [1] - 26:10
**post-Katrina/post-Rita** [1] - 26:10
**posthaste** [1] - 12:4
**posture** [1] - 23:3
**potential** [1] - 30:23
**POYDRAS** [3] - 1:16, 3:6, 4:16
**practical** [1] - 19:4
**practice** [5] - 8:3, 12:5, 14:6, 19:25, 33:18
**prayers** [2] - 7:20, 8:1
**precipitated** [1] - 6:1
**preempted** [1] - 14:25
**preferably** [1] - 11:17
**preference** [1] - 31:22
**preliminary** [1] - 31:2
**prepare** [2] - 6:17, 9:23
**prepared** [2] - 9:22, 10:3
**prescription** [1] - 33:7
**PRESENT** [1] - 3:12
**presented** [1] - 19:9
**presently** [1] - 18:1
**preservation** [1] - 29:22
**presumption** [1] - 35:6
**Pretrial** [7] - 5:19, 5:23, 5:25, 6:13, 7:2, 9:9, 11:12
**pretty** [2] - 27:8, 31:21
**previous** [1] - 10:17
**primarily** [2] - 28:18, 28:19
**problem** [5] - 32:6, 32:22, 32:24, 32:25, 33:17
**procedural** [1] - 23:3
**procedure** [4] - 5:21, 6:3, 10:20, 30:2
**proceeding** [1] - 23:10
**proceedings** [3] - 24:10, 36:17, 37:8
**PROCEEDINGS** [3] - 1:9, 4:18, 5:1
**process** [7] - 6:5, 6:19, 7:4, 15:15, 15:23, 29:16, 31:1
**PRODUCED** [1] - 4:19
**Product** [1] - 5:9
**productive** [1] - 32:8
**PRODUCTS** [1] - 1:4

**professional** [3] - 7:25, 8:8, 8:9
**Professional** [1] - 37:4
**profile** [1] - 10:4
**project** [1] - 10:7
**promised** [1] - 34:20
**promising** [1] - 36:4
**promptly** [3] - 12:10, 23:1, 27:18
**proper** [1] - 23:3
**prospective** [1] - 30:18
**protocol** [1] - 29:14
**provide** [6] - 16:5, 16:11, 24:3, 28:11, 36:2
**provided** [2] - 28:3, 30:22
**providing** [1] - 17:2
**provisions** [4] - 7:9, 21:10, 29:12, 29:18
**prudent** [1] - 33:14
**PRUEDO** [1] - 4:9
**PSC** [6] - 9:21, 10:6, 10:22, 15:17, 23:11, 24:1
**publish** [3] - 10:2, 10:3, 26:13
**publishing** [1] - 23:21
**purposes** [1] - 23:16
**pursuant** [5] - 7:2, 10:17, 14:3, 18:23, 26:11
**pursued** [1] - 19:17
**pushed** [2] - 12:21, 12:25
**put** [4] - 23:14, 27:4, 34:18, 35:24

### Q

**questionnaires** [3] - 30:17, 30:19, 30:21
**questions** [5] - 7:9, 19:19, 32:3, 32:14, 36:7
**queue** [1] - 27:4
**quick** [1] - 36:16
**quickly** [2] - 12:16, 17:3
**QUINCEY** [1] - 4:10

### R

**raise** [1] - 36:13
**raised** [3] - 13:18, 14:11, 19:22

**rather** [4] - 6:23, 19:13, 31:22, 31:25
**RAUL** [1] - 2:2
**RAUSCH** [1] - 3:15
**Re** [1] - 5:9
**RE** [1] - 1:4
**read** [7] - 6:14, 11:13, 11:14, 22:1, 22:9, 22:11, 29:5
**readily** [1] - 13:15
**ready** [1] - 10:22
**real** [1] - 36:16
**really** [6] - 6:14, 11:9, 11:24, 12:3, 17:12, 20:1
**Realtime** [1] - 37:3
**reason** [1] - 23:7
**receiving** [1] - 30:3
**recent** [3] - 9:16, 10:16, 14:17
**record** [6] - 6:13, 7:6, 22:14, 27:19, 30:3, 37:8
**RECORDED** [1] - 4:18
**Recreation** [1] - 17:25
**rededicated** [1] - 16:25
**reference** [1] - 26:8
**referring** [1] - 14:8
**regard** [6] - 5:16, 18:13, 24:9, 31:3, 31:7, 31:9
**regards** [1] - 32:18
**Registered** [2] - 37:3, 37:4
**regulation** [1] - 14:16
**regulations** [1] - 15:1
**REICH** [2] - 2:5, 2:5
**REID** [1] - 4:10
**reiterate** [1] - 10:22
**related** [1] - 21:10
**relates** [2] - 10:9, 27:11
**relating** [1] - 21:24
**relative** [2] - 14:6, 17:15
**relevant** [2] - 12:19, 25:22
**relying** [1] - 8:11
**remand** [2] - 9:3
**remedy** [1] - 19:17
**remind** [1] - 10:15
**removals** [1] - 8:25
**Report** [2] - 7:5, 8:15
**report** [12] - 8:15, 8:16, 8:18, 9:13, 10:9, 14:23, 16:5, 17:7, 18:19, 23:5, 24:13, 26:7

**Reporter** [6] - 37:3, 37:4, 37:5, 37:14
**REPORTER** [1] - 4:16
**REPORTER'S** [1] - 37:1
**reporting** [1] - 5:11
**reports** [2] - 25:9, 25:14
**request** [9] - 14:17, 24:23, 25:3, 26:11, 27:21, 28:10, 35:21, 35:24, 36:5
**requested** [1] - 22:20
**requesting** [2] - 14:21, 33:20
**requests** [1] - 24:20
**required** [1] - 23:25
**requirements** [2] - 15:14, 29:2
**research** [1] - 34:14
**RESERVE** [1] - 2:9
**resided** [1] - 24:6
**resolve** [1] - 30:25
**resources** [2] - 16:22, 16:25
**respect** [3] - 14:15, 14:24, 14:25
**respective** [1] - 9:4
**respects** [1] - 8:5
**respond** [3] - 6:25, 24:19, 35:25
**responded** [2] - 24:17, 25:2
**response** [2] - 17:1, 26:11
**responsibilities** [1] - 29:22
**responsibility** [2] - 23:13, 24:1
**result** [1] - 29:1
**review** [2] - 15:3, 20:19
**reviewed** [1] - 7:6
**RICHARD** [1] - 3:2
**ripe** [3] - 19:4, 19:12, 20:9
**rise** [1] - 5:7
**Rita** [1] - 26:10
**RMR** [2] - 4:16, 37:13
**road** [1] - 27:14
**ROBERT** [2] - 2:8, 4:7
**Roman** [1] - 18:19
**room** [1] - 7:19
**ROOM** [1] - 4:16
**ROSE** [2] - 3:15, 3:23
**rule** [1] - 22:4
**Rule** [1] - 22:19
**ruled** [2] - 14:25, 19:23

**rules** [2] - 24:19, 29:3
**ruling** [6] - 14:8, 18:24, 19:5, 19:11, 20:15, 26:12
**run** [1] - 32:5
**running** [1] - 17:4

### S

**s/Cathy** [1] - 37:12
**SAN** [1] - 2:6
**SAPORITO** [2] - 2:22, 2:22
**schedule** [4] - 5:12, 18:11, 18:17, 31:24
**scheduled** [1] - 25:19
**scheduling** [1] - 18:15
**SCHMIDT** [6] - 20:2, 21:15, 21:17, 22:15, 32:17, 34:2
**Schmidt** [4] - 20:2, 22:1, 32:16, 35:24
**search** [1] - 28:5
**searches** [1] - 28:7
**season** [1] - 16:24
**secondly** [2] - 29:1, 29:25
**section** [5] - 15:11, 17:9, 22:18, 23:5
**Security** [1] - 16:7
**security** [1] - 29:5
**see** [4] - 9:16, 11:14, 34:21, 36:15
**seek** [2] - 19:9, 34:14
**seeking** [1] - 16:19
**seem** [1] - 19:24
**segregate** [1] - 17:16
**selected** [1] - 33:12
**selection** [1] - 14:18
**sell** [1] - 26:9
**sensitive** [2] - 31:17, 35:10
**September** [5] - 17:20, 18:14, 31:11, 32:9, 34:4
**SESSION** [1] - 5:2
**set** [5] - 12:20, 18:18, 34:9, 34:10, 35:13
**sets** [3] - 5:20, 6:3, 17:9
**SEVENTH** [1] - 2:9
**Sever** [1] - 23:1
**several** [3] - 8:11, 17:10, 20:19
**severance** [2] - 22:18
**severed** [1] - 22:22
**shall** [1] - 22:25
**SHEESLEY** [1] - 4:7
**sheet** [5] - 10:21, 11:7,

12:1, 12:3, 23:18
**sheets** [5] - 10:10, 10:13, 10:18, 10:25
**SHER** [1] - 3:23
**SHERMAN** [1] - 4:13
**short** [3] - 12:15, 24:8, 27:8
**shortly** [2] - 28:20, 30:20
**show** [2] - 11:1, 34:18
**side** [3] - 6:7, 7:23, 11:7
**sign** [1] - 28:24
**simply** [1] - 23:18
**single** [1] - 16:15
**SINNOCK** [1] - 4:7
**six** [5] - 21:4, 21:7, 21:8, 21:13, 30:12
**SKINNER** [1] - 3:20
**Smith** [1] - 17:25
**sobering** [1] - 8:14
**Social** [1] - 16:7
**sold** [1] - 26:13
**someone** [2] - 33:21, 34:21
**sometime** [1] - 32:1
**soon** [5] - 11:3, 11:17, 11:24, 16:23, 32:10
**sooner** [3] - 14:5, 31:22, 32:21
**sorely** [1] - 8:4
**sound** [2] - 19:20, 23:20
**sounds** [1] - 21:21
**span** [2] - 18:3, 18:7
**specific** [2] - 16:4, 17:11
**specifically** [1] - 26:7
**spoken** [2] - 12:6, 18:11
**spreadsheet** [1] - 9:23, 28:3, 28:4
**ST** [2] - 1:22, 3:10
**stale** [1] - 33:9
**standard** [3] - 21:2, 21:3, 21:25
**standing** [1] - 16:3
**stands** [1] - 10:22
**start** [6] - 5:17, 7:15, 8:14, 31:12, 32:11, 34:16
**started** [1] - 34:25
**starting** [2] - 18:4, 31:23
**starts** [1] - 11:15
**state** [10] - 6:10, 6:12, 8:21, 9:4, 9:23, 11:21, 16:8, 20:12, 20:21, 20:25
**State** [1] - 20:4

**STATES** [3] - 1:1, 1:10, 2:15
**States** [7] - 16:5, 24:17, 25:2, 26:8, 35:17, 37:5, 37:15
**STATION** [1] - 2:17
**status** [5] - 5:8, 27:12, 31:10, 32:6, 32:7
**STATUS** [1] - 1:9
**statute** [7] - 17:4, 20:4, 20:10, 20:20, 20:22, 21:9, 33:7
**statutory** [1] - 20:7
**stay** [2] - 31:18, 31:19
**steering** [2] - 24:18, 25:4
**STENOGRAPHY** [1] - 4:18
**STEPHANIE** [1] - 3:20
**still** [5] - 12:9, 25:11, 25:12, 33:13
**STORAGE** [1] - 1:25
**store** [1] - 27:16
**Stream** [1] - 25:13
**STREET** [6] - 1:16, 1:19, 2:9, 3:3, 3:6, 4:16
**STRICKLAND** [1] - 4:4
**struck** [1] - 25:5
**subject** [2] - 14:16, 16:2
**Submission** [1] - 9:10
**submit** [2] - 16:12, 25:18
**submitted** [2] - 35:21, 36:5
**submitting** [1] - 24:2
**subsection** [1] - 17:9
**substantial** [2] - 16:21, 17:1
**successful** [1] - 15:15
**suggest** [1] - 21:25
**suggested** [1] - 19:24
**suggests** [1] - 18:10
**suit** [5] - 9:25, 15:20, 21:1, 21:7, 34:19
**SUITE** [8] - 1:16, 2:3, 2:6, 2:13, 2:23, 3:3, 3:6, 3:10
**suits** [3] - 9:6, 22:22, 30:1
**summary** [1] - 12:19
**summons** [3] - 6:17, 6:20, 7:1
**swing** [1] - 24:14

**T**

**TARA** [1] - 3:13

**task** [1] - 16:14
**taxpayer** [1] - 27:16
**technicality** [1] - 19:21
**temporary** [1] - 26:9
**ten** [1] - 18:4
**test** [3] - 26:15, 26:23, 28:13
**tested** [2] - 27:2, 27:7
**testing** [6] - 26:16, 27:9, 27:10, 28:14, 29:9
**TEXAS** [1] - 1:25
**THE** [41] - 1:10, 1:14, 1:24, 2:11, 5:7, 5:8, 8:2, 9:5, 9:20, 10:8, 11:4, 12:25, 13:4, 14:2, 15:10, 16:4, 17:6, 17:14, 19:19, 20:12, 20:15, 21:14, 21:16, 21:21, 22:5, 22:8, 22:14, 22:24, 24:5, 25:7, 25:22, 26:4, 27:11, 28:21, 29:9, 30:5, 30:7, 32:24, 34:7, 35:19, 36:6
**they've** [3] - 12:7, 15:25, 27:4
**third** [2] - 14:6, 17:18
**third-party** [2] - 14:6, 17:18
**thoughts** [2] - 7:20, 8:1
**three** [1] - 24:9
**THREE** [1] - 2:13
**throughout** [1] - 8:21
**throwing** [1] - 16:21
**timely** [1] - 16:19
**tired** [1] - 11:6
**title** [1] - 13:15
**TO** [2] - 5:4, 6:12
**TOAFFE** [1] - 4:2
**today** [12] - 7:18, 15:20, 22:3, 22:10, 24:9, 25:19, 26:21, 26:25, 27:22, 31:25, 32:14, 36:14
**TOM** [1] - 3:25
**took** [1] - 36:1
**topics** [1] - 36:10
**tort** [1] - 14:25
**TORTS** [1] - 2:16
**touch** [1] - 5:18
**towed** [1] - 22:15
**track** [6] - 9:19, 12:15, 14:13, 14:15, 14:18, 25:12
**tracking** [1] - 13:9
**trailer** [2] - 16:8, 27:15

**TRAILER** [1] - 1:4
**Trailer** [1] - 5:9
**training** [1] - 10:24
**transcript** [1] - 37:7
**TRANSCRIPT** [2] - 1:9, 4:18
**transfer** [1] - 23:18
**transferred** [1] - 8:17
**tremendously** [1] - 11:8
**trial** [14] - 12:19, 13:4, 14:19, 17:19, 18:1, 18:4, 18:14, 23:4, 25:14, 25:16, 28:17, 30:11, 30:25
**trials** [7] - 17:8, 22:21, 26:2, 28:20, 29:11, 30:8, 30:9
**tried** [2] - 18:3, 18:6
**triggered** [1] - 15:21
**triggers** [1] - 26:13
**true** [2] - 13:24, 37:7
**truer** [1] - 7:25
**truly** [2] - 6:23, 33:22
**try** [5] - 9:19, 12:3, 12:6, 18:7, 26:3
**trying** [2] - 30:2, 31:5
**Tuesday** [1] - 31:3
**turn** [1] - 10:16
**turning** [1] - 16:20
**turns** [1] - 13:17
**two** [15] - 6:14, 11:25, 12:3, 16:20, 18:3, 18:6, 20:4, 20:6, 20:9, 20:23, 21:9, 21:11, 21:17, 29:18, 30:10
**two-week** [2] - 18:3, 18:6
**two-year** [3] - 20:4, 20:6, 20:9
**TX** [1] - 2:6
**type** [1] - 24:8

**U**

**U.S** [1] - 2:19
**uncertain** [1] - 33:1
**under** [4] - 14:3, 18:19, 19:18, 22:19
**undergo** [2] - 6:19, 6:24
**underneath** [1] - 6:11
**underway** [2] - 31:1, 31:7
**unfortunately** [3] - 7:18, 19:4, 33:10
**unit** [5] - 14:13, 16:8, 16:9, 16:11, 33:24

**UNITED** [3] - 1:1, 1:10, 2:15
**United** [7] - 16:5, 24:17, 25:2, 26:8, 35:17, 37:5, 37:15
**units** [18] - 14:16, 24:6, 26:10, 26:13, 26:15, 26:23, 27:2, 27:4, 27:10, 27:15, 27:16, 27:18, 27:20, 27:23, 28:6, 28:17, 35:11, 35:17
**unlikely** [2] - 18:13, 30:11
**UNMATCHED** [1] - 6:12
**unmatched** [4] - 6:16, 15:22, 15:24, 32:19
**unnecessary** [1] - 19:16
**unopposed** [2] - 12:15, 23:1
**up** [18] - 7:24, 8:2, 9:25, 12:23, 17:4, 20:8, 20:20, 21:15, 27:11, 29:9, 29:25, 33:10, 33:15, 34:7, 35:5, 35:17, 36:4
**update** [3] - 10:10, 12:6, 12:8
**updated** [1] - 32:5
**urge** [3] - 13:21, 19:10, 29:4
**urged** [1] - 18:2
**utilize** [1] - 30:9

**V**

**valid** [1] - 33:9
**VANDERHAEN** [1] - 4:12
**various** [2] - 8:21, 29:1
**vast** [1] - 13:12
**vehicle** [1] - 22:23
**version** [1] - 28:4
**versus** [1] - 17:25
**VI** [1] - 18:19
**VIN** [1] - 28:5
**violate** [1] - 29:6
**vis-à-vis** [1] - 17:17

**W**

**wait** [1] - 11:22
**WALDRON** [1] - 2:19
**wants** [1] - 7:12
**WARSHAUER** [1] -

1:14
**WASHINGTON** [2] - 2:17, 2:20
**week** [9] - 13:6, 14:5, 16:20, 18:3, 18:4, 18:6, 22:21, 25:18, 28:2
**weeks** [2] - 24:8, 24:9
**weigh** [1] - 20:17
**WEINSTOCK** [1] - 2:12
**WHEREUPON** [1] - 36:17
**whittle** [1] - 18:7
**whiz** [1] - 34:22
**whole** [2] - 35:12, 35:22
**WILSON** [1] - 3:18
**window** [2] - 18:9, 20:6
**wish** [2] - 26:15, 26:23
**witnesses** [1] - 30:1
**word** [1] - 15:3
**words** [1] - 18:4
**Wright** [1] - 17:22
**written** [3] - 24:18, 25:1, 25:14

**Y**

**year** [6] - 20:4, 20:6, 20:9, 27:12, 27:13
**years** [4] - 7:22, 20:23, 21:11, 21:17
**yourself** [2] - 10:19, 11:8

**Z**

**ZIMMER** [1] - 4:13
**ZWAIN** [1] - 2:11