UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | 07-md-1873 <br><br> SECTION: N(5) <br><br> JUDGE: ENGELHARDT <br><br> MAG: CHASEZ |

This document is related to:
  *Charlie Age, et al. v. Gulf Stream Coach, Inc., et al.*, No. 09-2892

*******************************************************************

STATE OF _Texas_

PARISH/COUNTY OF _Montgomery_

### DECLARATION OF CHARLES A. WHITAKER, P.E.

I, CHARLES A. WHITAKER, P.E. state and declare as follows:

1. I am above the age of majority, and I make this Declaration based on facts that are within my own personal knowledge. I am not under any disability. I am competent to testify concerning the subject matter set forth in this Declaration, and would do so in open court, under oath, if called upon to do so.

2. I am a licensed professional engineer and am currently employed as the Program Manager with respect to Fluor Enterprises, Inc.'s (FEI) Individual Assistance—Technical Assistance Contract, HSFEHQ-05-D-0471, (IA-TAC Contract), with FEMA. I have held that position continuously from approximately July 12, 2005, when FEMA awarded the IA-TAC Contract to FEI, until the present date. I was personally in the field during FEI's Hurricanes Katrina and Rita response efforts,

*Page 1 of 5*
*Decl. of Charles A. Whitaker*

Exhibit 2

with offices in FEI's Gonzalez Operations Center and in the Baton Rouge Joint Field Office, a facility that housed FEMA personnel, FEMA contractors including FEI, and other state and local officials.

3. FEI entered into the IA-TAC Contract with FEMA in July, 2005. The IA-TAC Contract required FEI to assist in the delivery and installation of FEMA trailers for the purposes of providing emergency housing units (EHUs) to many residents of the Gulf Coast following hurricanes Katrina and Rita.

4. Exhibit 7 to the FEMA IA-TAC Contract with FEI is the Travel Trailer Installation provisions and is attached as Ex. A and is labeled FL-FCA-000113-122.

5. The Travel Trailer Installation, in conjunction with the IA-TAC Contract, include the provisions that relate to the hauling, installing, and making ready for use and any other services that FEI would have provided insofar as the travel trailer EHUs is concerned.

6. Exhibit 10 to the FEMA IA-TAC Contract with FEI is the Maintenance-Temporary Housing Units provisions and is attached as Ex. B and is labeled FL-FCA-000140-147.

7. The Maintenance-Temporary Housing Units provisions include the provisions that relate to the maintenance of the EHUs, including travel trailers.

8. Task Order Number HSFEJQ-06-J-0011 (05-J-0020 Original) commonly referred to as Task Order 20 includes the Scope of Work and Task Order Modifications that relates to the hauling, installing and making ready for use the EHUs for the people displaced because of hurricanes Katrina and Rita.

9. I assisted with the management and implementation of FEI's services to FEMA under the IA-TAC Contract and Task Order 20.

10. In my capacity as the Program Manager I have access to the records that FEI kept as a part of its normal business operations in regards to the EHU FEMA tasked it with delivering, installing and making ready for use for the people displaced because of hurricane Katrina.

11. FEI was assigned the task of delivering, installing and making ready for use the EHU assigned to Alana Alexander.

12. FEI maintains a FEMA installation packet in regards to the EHU assigned to Alana Alexander and is attached as Ex. C and is labeled FL-FCA-004609-4635.

13. The EHU installation packet indicates that Alana Alexander's EHU was to be located at 4415 Dale Street, New Orleans, Louisiana and designated Site Control number SC-03-077802 and assigned Private Site Installation Work Order number 1603-001-061241-INP. (See Ex. C, pages labeled FL-FCA-004612, 4617.)

14. The EHU assigned to Alana Alexander was a travel trailer owned by FEMA and manufactured by Gulf Stream bearing VIN No. 1NL1GTR2531021783. (See Ex. C, page labeled FL-FCA-00461.)

15. The travel trailer Unit Inspection Report is dated January 14, 2006 and indicates that the condition of the travel trailer and its contents was like new. The travel trailer included a water heater, range, refrigerator and microwave. (See Ex. C, pages labeled FL-FCA-004614-4616.)

16. The travel trailer was picked up at FEI's Six Flags staging area on February 17, 2006 and installed at 4415 Dale Street, New Orleans, Louisiana on the same day. (See Ex. C, pages labeled FL-FCA-004614-4616.)

17. The Ready For Occupancy (RFO) QC/QA Acceptance Checklist indicates that the travel trailer assigned to Alana Alexander was blocked on at least 6 concrete piers, anchored with the required straps, and utilities installed (ie. sewer, water, and electricity) as well as propane tanks, battery and metal steps. (See Ex. C, pages labeled FL-FCA-004615-4616.)

18. Alana Alexander took occupancy of the EHU at 4415 Dale Street, New Orleans, LA on March 20, 2006. (See Ex. C, page labeled FL-FCA-004613.)

19. The Maximo Work Order tracking system is a data system that maintains information and data related to maintenance performed by FEI on the EHUs once the EHU is installed and occupied.

20. The Maximo Work Order tracking system indicates that FEI did not perform any maintenance on the EHU assigned to Alana Alexander once it was installed and prior to March 20, 2006.

21. The Maximo Work Order tracking system would have indicated if FEI had performed any routine maintenance or any major material item replacement on an EHU that exceeded $250.00.

22. FEMA's Contracting Officer's Technical Representative (COTR) approval is required for any major material item replacement on an EHU that exceeds $250.00 whether the EHU is in a staging yard or installed. COTR approval is tracked on the Technical Direction Log.

23. The records do not indicate that COTR approval was sought by FEI and/or received by FEI regarding the EHU assigned to Alana Alexander.

Pursuant to 28 U.S.C. § 17.46, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of August, 2009.

*[signature]*
CHARLES A. WHITAKER, P.E.
Senior Director, Fluor Government Group
FEMA IA-TAC Program Manager