

SC-03-077802
93-9360133A

Orleans   D3A

D3A

Ron
4/7/02

FL-FCA-004609

EXHIBIT
C (1)

Blumberg No. 5118

*UDT*

# Final Residential/Private RFO Package Requirements:

- FEMA Form 90-24 Ready for Occupancy Status

- FEMA Form 90 – Emergency Shelter- Agreement to Rules of Occupancy

- FEMA Form 90-13 Temporary Housing Unit Inspection Report

- FEMA Form 90-31 Ingress–Egress Agreement

- FEMA Form 90-26 Unit Installation Work Order

- FEMA Form 90-67 Temporary Housing Information Update

- FEMA Form 90-38 Temporary Housing Unit Maintenance Work Order

- STATS Record (Progress and Trailer Mobilization)

- Right of Entry Form

- LP Gas Testing Certificate

- Retrofit Documents

FL-FCA-004610

JAN-30-2006 10:18 FROM:HUNTINGTON ATHH   9046457244   TO:15045930032   P.001/001

03-014 802

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**LANDOWNER'S AUTHORIZATION**
**INGRESS-EGRESS AGREEMENT**

| 1. T.K. APPLICATION NO. | See Reverse side for instructions and Paperwork Burden Notice | O.M.B. No. 3067-0222 Expires September 30, 2005 |

2. LANDOWNER'S INFORMATION

3. APPLICANT SITE INFORMATION

NAME

NAME: Alana N. Alexander

ADDRESS (House No. and Street name)

SITE ADDRESS (House No. and Street name): 4415 Dale St.

CITY AND STATE (Include Zip Code)

CITY AND STATE (Include Zip Code): N.O. La. 70126

PHONE NO. (Include area Code)

NOTE: PROVIDE DIRECTIONS AND ATTACH MAP IF NECESSARY

4. In consideration of the President's Disaster Proclamation of _8-29-05_ _1605_ and the furnishing of a temporary (date of declaration) (DR#)

housing unit by the United States of America to the above applicant, a disaster victim, and other good and valuable consideration not herein expressly stated, and intending to be bound hereby, the Landowner (which term shall, for the purposes of this agreement, include the owner of record and any parties in possession) does hereby agree with the applicant as follows:

a. The Landowner hereby certifies that he/she is the owner of the above described property an authorizes placement of a temporary unit on his/her land for use of the subject applicant for the temporary housing period established by the United States Government.

b. The Landowner agrees that no indebtedness of his/her will become a lien on the said housing unit, and that he/she will not attempt to sustain the owner of the unit from removing it from the subject property.

c. The Landowner agrees to allow and maintain a route of ingress and egress for placing and connecting the temporary housing unit along and across the subject property to the nearest reasonable access to a public street. This agreement includes the prohibition of structures and barriers upon the property which would hinder or preclude the normal and manual connecting, parking, placing, hooking, or removing of the temporary housing unit.

d. The Landowner further agrees to maintain a reasonable route of ingress and egress along and across the property to and from the temporary housing unit for the applicant.

e. The Landowner has agreed the following alterations to the property may be made to assure adequate ingress and egress or to allow for utility connections to existing utility service on the property. No claim will be filed by Landowner for these actions. (List removal of trees, shrubs, fences, grading holes in driveway or foundation, etc). Attach drawing of agreed-upon ingress and egress route.

5. This Agreement shall remain in force for 30 days following termination of occupant of the temporary housing unit in accordance with procedures and regulations promulgated by the Government.

6. Site preparation costs will be the responsibility of: (Check one) ☐ the applicant; ☐ landowner; ☒ other (specify) FEMA
Provide details if responsibility is divided:

7. Landowner intends to charge and applicant agrees to pay _N/A_ /month rental for use of the property. (Mark "None" if no rental is to be charged.)

8. SIGNATURES

| LANDOWNER | | DATE |
| APPLICANT | Alana M. Alexander | 1/31/06 |
| WITNESS | | 1/30/06 |

JA Form 90-31, OCT 02   REPLACES ALL PREVIOUS EDITIONS. (This form was consolidated with FF90-A(1) May 01)

P.2

HP LASERJET FAX   Jan 30 2006 9:21

FL-FCA-004611

1-28-06

| U. S. DEPARTMENT OF HOMELAND SECURITY<br>FEDERAL EMERGENCY MANAGEMENT AGENCY<br>**UNIT INSTALLATION WORK ORDER** | 1. SITE CONTROL NO.<br>SC-03-077802 | 2. WORK ORDER NO. |
| --- | --- | --- |

**3. APPLICANT SITE INFORMATION**

NAME (Last, First, Middle Initial)
Alexander, Alana M

SITE ADDRESS (House No. and Street Name. or Pad No.
4415 Dale St

CITY AND STATE        COUNTY
New Orleans     LA     70126 Orleans

RGSN ID:
939360133A

DATE WORK ISSUED   ISSUED BY
FEB 1 4 2006

5. SITE ☐ Comm. ☐ Group
TYPE ☑ Private ☐ EGS

8. INSTALLATION

**4. CONTRACT WORK ORDER INFORMATION**

CONTRACTOR        INSPECTOR
MLU           Keith Frester

DATE SCH. COMPL.

6. UNIT TYPE       7. UNIT NO.
☐ MH ☑ TT ☐ Other

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
| --- | --- | --- | --- | --- | --- |
| ☑ | Basic Setup | Each | 1 | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipa; Water | Actual | | | |
| ☑ | Power Pole and Meter Loop  /00  AMP | Each | 1 | | |
| ☐ | Additional Towing Outside  Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of  AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☑ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☑ | Gas Line Extension, Underground | Each | | | |
| ☑ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☑ | Steps (Per Entrance) | Each | | | |
| ☐ | 30 AMP Breaker with Panel | Each | | | |

WORK ORDER TOTAL:

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

I 10 To Hwy 90 Ehef MenteurHwy EAST To Dale Lft
Or North.

NoTe: No room for 2nd t/T 50x14'

NoTe: W - On
S - Hoc Tul
ONE - OFF

One Call Notification
Date        Time
2/6/06    7:30

One Call Reference No
6006 7673

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

SIGNATURE OF INSPECTOR        DATE        SIGNATURE OF CONTRACTOR        DATE

FEMA Form 90-26, JUL 05

FL-FCA-004612

U. S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
## EMERGENCY SHELTER - AGREEMENT TO RULES OF OCCUPANCY

| FEMA DR # 1603 LA | Location # 445 DHIE St. | LOT: |
|---|---|---|
| RGSN #: 939360/33A | N.O., LA 70126 | S.C. # 03-077802  OR |

I acknowledge and understand that FEMA is providing this unit as a temporary shelter because the President declared a major disaster or emergency in the area and I am not able to live in my residence due to this event. I understand that this is a temporary shelter and that I may be required to move if any of the following occur: when housing options become available; if FEMA determines I am ineligible for this shelter unit; or when FEMA discontinues shelter operations. See 42 U.S.C. 5170B.

I have been informed and understand that violations of any of the rules listed below may result in my being required to leave the unit immediately. I agree that I:

(1)     Must keep the unit and the surrounding area clean.

(2)     Must not commit or allow crimes to occur in the unit or in the vicinity.

(3)     Must not allow anyone, other than the individuals listed below, to live in the unit.

(4)     Must accept other housing options, when they become available.

(5)     Must occupy the unit continuously, and must seek approval from FEMA if leaving the unit for any extended period of time.

(6)     Must respect the rights and privacy of other individuals in the park as outlined in the attached park rules.

| Name of Person Assigned to Shelter Unit (Please Print) | Signature of Person Assigned to Shelter Unit | Date |
|---|---|---|
| Alana M. Alexander | Alana M. ( Kobe | 3/20/06 |

*(To be Completed by Person Assigning the Shelter Unit)*

Family Composition - Occupant Information

| Name | Age | Sex |
|---|---|---|
| Alana M. Alexander | 39 | F |
| Erika N. Alexander | 11 | F |
| Christopher J. Cooper | 9 | m |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| Site Control # | Unit Bar Code # | Unit VIN # |
|---|---|---|
| 03-077802 | 1041407 | 1N11GTR255102178 |

| Name of Person Assigning Shelter Unit (Please Print) | Signature of Person Assigning Shelter Unit | Date |
|---|---|---|
| GLORIA MORTON | Gloria Morton | 3/20/06 |

FL-FCA-004613

**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSPECTION REPORT**

BARCODE NO. 1041407
ARRIVAL TIME

1. MH SERIAL NO. / TT VIN NO. 1NL1GTR25510217783
DATE 1/14/06
ORIGIN

| 2. TYPE OF INSPECTION | | | 3. TYPE OF UNIT | 4. APPLIANCES | | | | 5. UNIT INFORMATION | |
|---|---|---|---|---|---|---|---|---|---|
| | Dispatch | Receipt | Check as many as apply | Type | Manufacturer | Model | | a. Manufacturer | Gulf Stream |
| Vendor | ☐ | ☐ | ☐ Mobile Home | Furnace | — | | | b. Vendor | |
| Staging | ☑ | ☐ | ☑ Travel Trailer | Water Heater | 045008327 | | | | |
| Side | ☐ | ☐ | ☐ Park Model | Washer/Dryer | NA | | | c. Model | |
| RFO | ☐ | ☐ | ☑ FEMA Owned | Range | 10629702EV | | | d. Year | 2005 |
| Move In | ☐ | ☐ | ☐ FEMA Leased | Refrigerator | ZG 750392 | | | e. Size | 32 |
| Move Out | ☐ | ☐ | ☐ Slide Out | Microwave | 470TA 12566 | | | | |
| | | | ☐ ADA Compliant | TV/DVD | NA | | | f. Sleeping Capacity | 4 |
| | | | ☐ ADA Compatible | Stereo | NA | | | | |

6. INSPECTING   ☐ Staging Area ☐ Site

7. CONDITION OF FURNISHINGS, INTERIOR & EXTERIOR
N = New     G = Good     P = Poor     D = Damaged     M = Missing

| FURNISHINGS | DIS | REC | FURNISHINGS | DIS | REC | FURNISHINGS | DIS | R |
|---|---|---|---|---|---|---|---|---|
| Kitchen & Dining | | Condition | First Bedroom | | Condition | Bathroom | | Condition |
| Dinette Table | | | Double Bed, Complete | | N | Sink | | N |
| Dinette Chairs ( 6 or 3 BR) | | N | Mirror | | N | Tub/Shower | | N |
| Range | | N | Cabinet Storage | | N | Toilet | | N |
| Range Hood & Vent Fan | | N | Curtains & Rods | | N | Medicine Cabinet | | N |
| Refrigerator | | N | Light Fixture | | N | Mirror | | N |
| Curtains & Rods | | N | Second Bedroom | | | Curtains & Rods | | N |
| Cabinets | | N | Double Bed, Complete | | N | Light Fixture | | N |
| Sink | | N | Mirror | | N | Exterior Condition | | |
| Light Fixture | | N | Cabinet Storage | | N | Water Heater | | N |
| Fire Extinguisher | | yes | Curtains & Rods | | N | Doors | | N |
| Living Room | | | Light Fixture | | N | 2 Keys per Door | | 2 keys |
| Couch | | N | Third Bedroom | | | Windows | | N |
| Arm Chair | | N | Double Bed, Complete | | N | Screens | | N |
| End Table | | N | Mirror | | N | Front/Rear Panels | | N |
| Coffee Table | | N | Cabinet Storage | | N | Left/Right Side Panels | | N |
| Curtains & Rods | | N | Curtains & Rods | | N | Battery (For Slide Out Unit Only) | | yes |
| Light Fixture | | N | Light Fixture | | N | Propane Tanks | | yes |
| Surround Sound Speaker | | N | Interior Condition | | | Awning | | N |
| Hall | | | Floor Covering | | N | Roof & Vents | | closed |
| Furnace | | N | Wall Panels | | N | Towing Hitch | | |
| Smoke Detectors | | yes | Ceiling Panels | | N | Axles & Springs | | N |
| Light Fixture | | N | | | | Wheels & Tires | | N |

8. MARK LOCATION OF EXTERIOR DAMAGE ON DIAGRAMS BELOW:

RIGHT SIDE     LEFT SIDE     FRONT     REAR

9. COMMENTS (if more space is needed, see attached sheet)
Need Starter Kit
Wall in Bedroom

10. DRIVER DAMAGE  ☐ Yes  ☐ No

INSPECTOR INITIAL ___   DRIVER INITIAL ___

11. READY FOR OCCUPANCY CERTIFICATION   Contract W.O. No.

Inspector Signature   A. Baker
DATE

12. OCCUPANT NAME   ADDRESS   P25   THA No

13. REPRESENTATIVE ACKNOWLEDGE CONDITION AS DESCRIBED ABOVE:

| NAME (Contractor) | SIGNATURE & DATE (Contractor) | SIGNATURE & DATE (FEMA Rep) |
|---|---|---|
| Receipt To/From (Print)   Six Flags | A. Baker  1/14/06 | |
| Dispatch To/From (Print)   Karen Lemieux | P25 | |
| Receipt To/From (Sig) (Print)   Karen Lemieux 2/7/06 | | |
| OCCUPANT SIGNATURE (Move In or Move Out) | DATE | FEMA REP. SIGNATURE   DATE |

DR1539 FORM 90-13 (TEST) JANUARY 05

FL-FCA-004614

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### INTERIOR CHECKLIST

DESCRIPTION OF ITEMS TO BE CHECKED

| ACCESSORIEF ASSEMBLED AND ARRANGED FOR USE, GENERAL INSPECTION | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| FIRE EXTINGUISHER HUNG AND CHARGED | | | |
| WINDOW CLIPS, TRAVEL BLOCKING, PROTECTIVE TAPE AND PACKING DEBRIS REMOVED | ✓ | yes | |
| MOUNTING AND CLEANLINESS OF STORM WINDOW PANELS | ✓ | removed | |
| SCREENS INSTALLED ON WINDOWS THAT OPEN | ✓ | yes | |
| CURTAINS/MINI-BLINDS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINET DOOR PANELS AND KNOCKOUT PANELS INSTALLED | ✓ | yes | |
| DRAWERS INSTALLED AND FUNCTION | ✓ | yes | |
| CABINETS, DOORS, AND DRAWER HANDLES INSTALLED AND FUNCTION | ✓ | yes | |
| FLOORS, COUNTERS, KITCHEN EQUIPMENT, BATH FIXTURES, AND WINDOWS ARE CLEAN | ✓ | yes | |
| ALL DOORS FUNCTION PROPERLY | ✓ | yes | |
| MOULDING AND/OR PANELS INSTALLED PROPERLY | ✓ | yes | |
| **INTERIOR UTILITY SYSTEMS** | | | |
| INTERIOR WATER SYSTEMS CHECKED FOR LEAKS AT SUPPLY LINES, DRAIN LINES, AND PLUMBING CONNECTION POINTS | ✓ | no leaks | |
| FAUCET SETS, BALL COCKS, AND SHOWER DIVERTERS OPERATE | ✓ | yes | |
| HOT/COLD LINES CONNECTED CORRECTLY | ✓ | correct | |
| TOILET SEAL INTACT | ✓ | | |
| INTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| EXTERIOR LIGHT FIXTURES HAVE BULBS AND COVERS AND FUNCTION | ✓ | yes | |
| ALL ELECTRICAL CIRCUITS, BREAKERS AND SWITCHES FUNCTION PROPERLY | ✓ | OK | |
| NO EVIDENCE OF LOOSE OR CORRODED ELECTRICAL CONNECTIONS | ✓ | OK | |
| **APPLIANCES AND APPERTENANCES** | | | |
| CHECK THE REFRIGERATOR, RANGE/OVEN, MICROWAVE OVEN, FURNACE, AIR CONDITIONER, AND WATER HEATER OPERATE PROPERLY | ✓ | All OK | |
| PILOTS AND RANGE BURNERS ADJUSTED PROPERLY | ✓ | OK | |
| SMOKE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| CARBON MONOXIDE DETECTOR(S) INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| LP DETECTORS INSTALLED AND OPERATES PROPERLY | ✓ | OK | |
| KITCHEN AND BATHROOM FANS OPERATE PROPERLY | ✓ | OK | |

REMARKS:

CLIENT NAME/ADDRESS/PHONE #: AlAnA   Alexandra   4415 Dale St.   New Orleans, La 70121

UDT/WORK ORDER NUMBER: 1603-001-060241-InP,   SITE CONTROL NUMBER: SC-03-077802,

TRAILER VIN: 1nL1G1R255n2n83

NAP CODE NUMBER: 1041407

CONTRACTOR QC: Daryl Lemieux   PRINT NAME

SIGNATURE: Daryl Lemi   DATE: 2-17-06

QA INSPECTOR: Raul Medina   PRINT NAME

SIGNATURE: [signature]   DATE: 2-17-06

## READY FOR OCCUPANCY (RFO) QC/QA ACCEPTANCE CHECKLIST

### EXTERIOR CHECKLIST

| DESCRIPTION OF ITEMS TO BE CHECKED | CONTRACTOR | QA INSPECTOR | REMARKS |
|---|---|---|---|
| **BLOCKING AND LEVELING** | | | |
| AREA CLEAN FOR BLOCK PLACEMENT | | yes | |
| FOOTINGS/PIER PADS | | yes | |
| SIX CONCRETE PIERS MINIMUM | | yes | |
| PIERS EVENLY SPACED, END PIERS APP. 6" OFF THE EDGE OF THE UNIT | | yes | |
| 4" CAP BLOCK LAYER, TOP AND BOTTOM | | yes | |
| SHIMS, MINIMUM 2 | | yes | |
| BLOCKING TIMBER AND SHIMS PERPENDICULAR TO I-BEAM | | yes | |
| ALL PIERS CORRECT | | correct | |
| **ANCHORS AND STRAPPING** | | | |
| ANCHOR INSTALLED CORRECTLY | | yes | |
| REQUIRED STRAPS | | yes | |
| SPACING OF ANCHORS | | yes | |
| STRAP SECUREMENT | | yes | |
| **SEWER LINE INSTALLATION** | | | |
| CLEAN-OUT FITTINGS INSTALLED | | yes | |
| VERIFY CORRECT P-TRAP AND VENT INSTALLATION | | yes | |
| HEAT TRACE AND INSULATION ON P-TRAP | | yes | |
| INSIDE PIPE DIAMETER MINIMUM OF 3" | | yes | |
| PIPE GRADE (SLOPE) 1% MAXIMUM (1/8" PER FOOT) | | yes | |
| HANGING STRAPS SPACED AT 4' MAXIMUM | | yes | |
| SEALED CONNECTION TO SEWER PIPE | | yes | |
| PVC SCHEDULE 40 PIPE | | yes | |
| SEWER TAP CORRECT WHEN CONNECTING TO MUNICIPAL SYSTEMS | | correct | |
| SEWER LINE TESTED FOR LEAKS | | No leaks | |
| **WATER LINE** | | | |
| APPROVED WATER HOSE RATED FOR POTABLE WATER | | yes | |
| CUT-OFF VALVE AT POINT OF CONNECTION AND ANTI-SIPHON INSTALLED | | yes | |
| HEAT TRACE AND INSULATION ON WATER HOSE | | yes | Insulate |
| PVC WATER SUPPLY LINE BURIED | | N/A | |
| WATER PRESSURE ACCEPTABLE | | yes | |
| WATER PRESS. REDUCING DEVICE USED IF SUPPLY PRESS IS TOO HIGH | | yes | |
| SERVICE LINE TESTED | | yes | test |
| **DIRECT WIRING** | | | |
| VERIFY #2, 2/0 THW WIRING | | correct | #2 |
| UNDERGROUND RATING 100 OR 200 AMPS | | correct | 100 |
| MAIN BREAKER SIZE | | correct | 30 |
| APPROPRIATE AMP 30 OR 50 | | correct | 30 |
| WEATHERPROOF RECEPTACLE AND BREAKER BOX | | yes | |
| CONDUIT BURIED AT LEAST 18" | | N/A | |
| SWEEPS INSTALLED AT JUNCTION BOX AND METER LOOP | | N/A | |
| JUNCTION BOX MOUNTED ON 4"x4" TREATED LUMBER POST | | yes | |
| BOTTOM OF JUNCTION BOX MINIMUM 18" FROM GROUND | | yes | 48" |
| **MISCELLANEOUS** | | | |
| BOTH PROPANE TANKS FULL | | yes | Full |
| ARE ADDITIONAL STEPS, PLATFORM, OR RAMPS INSTALLED? | | yes | metal |
| IS THE BATTERY INSTALLED? | | yes | |

REMARKS:  Add temp pole

CONTRACTOR QC: _Don Lemieux_
PRINT NAME

_signature_  2-17-06
SIGNATURE          DATE

QA INSPECTOR: _Raul Medina_
PRINT NAME

_signature_  2-17-06
SIGNATURE          DATE

FL-FCA-004616

# PRIVATE SITE INSTALLATION WORK ORDER

## Work Order Information

Work Order #: **1603-001-061241-INP**       Contractor: Fluor

Site Type: Private         Unit Type: TT - Regular       Issued By: RJOHNS30         Issue Date: 2/8/2006

RFO Date:

## Applicant Information

Reg. ID: 93-9360133A
Name: ALEXANDER, ALANA M.
Current Phone: (504)577-0737
Alternate Phone: ()
DD Phone: (504)577-0737
DD Alt. Phone: ()

P-Code        Number of Units Needed
P-4TTP       MH's   0      TT's   1

## Household Composition

| | Name | Relationship | Age |
|---|---|---|---|
| Number Housed | ALEXANDER, ALANA M | Registrant | 39 |
| 0 | ALEXANDER, ERIKA M | Friend | 11 |
| BR Required | | | |

## Special Needs

APP REQ TT  TY 12/16/05

## Site Information

Site Control #: SC-03-077802
Site Name:
Directions to Site: EXPEDITED PPI

Address: 4415 DALE ST
City, St. Zip: NEW ORLEANS, LA 70126

County: Orleans
Lot #1:        Lot #2:

## Unit Information

Unit #1:        Serial #1:
Unit #2:        Serial #2:

GPS Longitude:
GPS Latitude:

## Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

RECEIVED BY:

FEB 1 4 2006

DDM DISTRICT 3

## Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector | | | | |
| Contractor | Fluor | | | Driver License Number |
| Monitor | | | | |

Wednesday, February 08, 2006            DR-1603-LA            Page 1 of 1

**FL-FCA-004617**

# FLUOR.®

Fluor Government Group
Project Number: FEMA_IA_01
Hurricane's Katrina & Rita Relief Project

## Residential RFO Package Completion Form

| Site Control Number | | SC 03-077802 — BC 104/407 | | |
|---|---|---|---|---|

| Form No. | Document Name | Instructions | Initial | Date |
|---|---|---|---|---|
| 1 | RFO Completion Form | Assemble the RFO Package by compiling the documents listed on this form. The documents MUST be assembled in the order listed here. The package is not considered complete unless all documents have been assembled. Once a Document has been assembled. The person completing this package initials and dates this form. | | |
| 2 | RFO Status Form | This document MUST have the following fields filled in correctly: 1]Applicants Name  2] Site Control Number  3]Trailer Barcode  4] Trailer VIN | AP | 4/24 |
| 3 | Emergency Shelter – Agreement to Rules of Occupancy | This document MUST have the following fields filled in correctly: FEMA DR #] Applicants FEMA Registration Number, LOT #] Site Control Number. Applicant MUST Print Name, Sign Name and Date the form. | AP | |
| 4 | Temporary Housing Unit Inspection Report | This document MUST have the following fields filled in correctly: Box 1] Site Control Number,  Box 2] Trailer VIN, Box 3] Check As Required, Box 4] Check As Required, Box Handicap] Check As Required, Box 9] Mark As Required, Box 11] Work Order Number, Inspectors Signature & Date, Box 12] Occupant Name & Address, Box 13]Applicant Signature & Date and FEMA Representative Signature & Date. | AP | |
| 5 | DEL-GEN Inspection Report Form Sections 1 thru 4 | Check all appropriate boxes. Section 4 MUST have the following fields filled in correctly: 1] Trailer Address, 2] Site Control Number, 3] Trailer VIN, 4] Trailer Bar Code, 5] Work Order Number, Contractor QC Inspector] Printed Name, Signature & Date, QA Inspector] Printed Name, Signature & Date | AP | |
| 6 | Trailer Lease Check In List | The Appendix is provided for contractor use and is NOT to be included in the package. This document MUST have all fields checked off as completed. The Appendix is to be reviewed and left with the resident. | AP | |
| 7 | Assessment Team Tracking Report | The strike teams use this document to perform an initial assessment of the area or lot, include this in this RFO package. | NA | |
| 8 | Unit Delivery Ticket | This document MUST have the following fields filled in correctly: 1] Work order Number, 2] Site Type, 3] Site Control Number, 4] Site Address, 5] Unit Type, 6] Trailer Bar Code, 7] Trailer VIN, 8] Special Instructions – Check for ADA & other key items. | NA | |
| 9 | Landowner's Authorization Ingress-Egress Agreement | This document MUST have the following fields filled in correctly: Box 2]Land Owners Name, Address and Phone Number, Box 3] Applicants Name and Address, Line 4] The Correct Date and DR Number Line 6] Check As Required, Box 8] Owners Signature & Date, Applicant Signature & Date and Witness Signature & Date. | AP | 4/24 |
| 10 | Unit Installation Work Order | This document MUST have the following fields filled in correctly: Box 1] Site Control Number, Box 2] Work Order Number, Box 3]Applicant Name & Address, Box 4] Contractor Data, Box 5] Site Type -Check As Required, Box 6] Unit Type -Check As Required, Box 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. | AP | |
| 11 | Fluor Right Of Entry | This document MUST have the following fields filled in correctly: 1] Date, 2] Applicant Name 3] Lease Date, 4] Property Location, Box 5] Site Activities - Check As Required, 6] Lessor Signature & Date. | AP | |
| 12 | Site Description Form | This Document MUST have the following fields filled in correctly: 1] Site Control Number, 2] Applicant Name 3] Applicant Address, 4] Applicant Phone Number Contractor Data, Box 5] Site Type -Check As Required, 4] Unit Type -Check As Required, 7] Trailer VIN, Box 10] Inspector Signature & Date and Contractor Signature & Date. Attach Additional Copies as needed. | NA | |
| 13 | Fluor Exhibit A Form | Attach Additional Copies as needed to document additional comments about the site, the location, the applicant or other items. This document MUST have the following fields filled in correctly: 1] Site Address, 2] Applicant Name 3] Site Control Num ber, 4] Trailer Bar Code, 5] Trailer VIN | AP | 4/24 |
| 14 | LA DHH/OFC of Public Health/Sewage Treatment Waiver | This form is to accompany the package only when the applicant agrees to the waiver where there is a temporary sewage system in place. | NA | |
| 15 | Lease Agreement | Attach Original Executed Lease Documents  Copies may be substituted as necessary | NA | |
| | | | AP | 4/24 |

Document Name : RFO Completion Form.doc

SCANNED

RESIDENTIAL DDM DISTRICT 3

FL-FCA-004619



509.13.3R (20) F\MA  LP/Gas Testing Reports
Site Control (SC) #'s—SC-03-073530-03-077933
Orleans                          FEMA IA/HSFEHQ-05-0471/
16110620                         HSFEHQ-J-0020 (05-J-0028)

FL-FCA-004620

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
## LIQUEFIED PETROLEUM GAS COMMISSION

### INSTALLATION REPORT

| SOLD TO | | | | | | | |
|---|---|---|---|---|---|---|---|
| Alexander, Alana M | | | | Orleans | | | |

| ADDRESS | Street/ P.O. Box/ Rural Rte. | | City/State | | | | Zip |
|---|---|---|---|---|---|---|---|
| 4415 Dale St | | | New Orleans | | #Nam 70126 | | |

| DATE OF TEST AND COMPLETION | 8/15/2006 | PERSON IN CHARGE OR MAKING INSTALLATION | Mike Bussey |
|---|---|---|---|

| MANUFACTURER OF TANK | | TYPE | |
|---|---|---|---|
| | 1NLIGTR2551021783 | | TT |

| ADDRESS | | SIZE | |
|---|---|---|---|
| N/A | | | N/A |

| SERIAL NO. | | ASME | DATA SHEET ATTACHED |
|---|---|---|---|
| BC- | 1041407 | N/A | N/A |

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING
Region 1

NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER
FLUOR

| NO. OF OUTLETS | NO. NOT FURNISHED WITH APPLIANCES | IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO. | N/A |
|---|---|---|---|

REMARKS

**TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.**

TEST ON SUPPLY LINES WITNESSED BY (Customer Signature)

### CERTIFICATE OF COMPANY SELLING INSTALLATION

To Liquefied Petroleum Gas Commission
The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with the law and in a workmanlike manner and that same was tested at _____ pounds pressure or _____ inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

DATE _____   SIGNED _____   Region 1

FIRM

TITLE

S/C   SC-03-077802

FL-FCA-004621

## LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
### LIQUEFIED PETROLEUM GAS COMMISSION

### INSTALLATION REPORT

SOLD TO

| ADDRESS | Street/P.O. Box/ Rural Rte. | Orleans | | |
|---|---|---|---|---|
| 4415 Dale St | | City/State New Orleans | | Zip 70126 |

| DATE OF TEST AND COMPLETION 8-15-2006 | PERSON IN CHARGE OR MAKING INSTALLATION Mike Bussey |
|---|---|

| MANUFACTURER OF TANK 1NL1GTR2551021783 | | TYPE |
|---|---|---|
| ADDRESS N/A | | SIZE N/A |

| SERIAL NO. BC- 1041407 | ASME N/A | DATA SHEET ATTACHED N/A |
|---|---|---|

IF DEALER INSTALLING ABOVE TANK DOES NOT SELL LPG, GIVE NAME OF REPRESENTATIVE PRESENT DURING FIRST FILLING
Region 1

NAME OF DEALER SUPPLYING GAS AND TRUCK DRIVER
FLUOR

| NO. OF OUTLETS 3 | NO. NOT FURNISHED WITH APPLIANCES Ø | IF PLACE OF PUBLIC ASSEMBLY, GIVE CATALOG NO. N/A |
|---|---|---|

REMARKS

TEST ON SUPPLY LINES MUST BE WITNESSED BY THE CUSTOMER OR HIS REPRESENTATIVE.

TEST ON SUPPLY LINES WITNESSED BY (Customer Signature)

CERTIFICATE OF COMPANY SELLING INSTALLATION

To Liquefied Petroleum Gas Commission
The undersigned certifies that the above statements are true, and that the gas supply system covered by this report was installed by them in accordance with
the law and in a workmanlike manner and that same was tested at _____ pounds pressure or  11.0  inches of water column, and was found to be free of leaks. It is also certified that each appliance listed above is of a type approved for the use of liquefied petroleum gases and has been installed correctly for the use of such gases.

DATE 8-15-2006      SIGNED      Region 1          Fluor
                                                      FIRM
                                  Bussey        GasTest
                                                      TITLE

S/C   03- 077802

FL-FCA-004622

VIN    1NL1GTR2551021783

Bar Code    104140?

Manufacturer

Fluor - Stage Inspector    DINA STEVENSON

Fluor - Date Inspect    1/12/2006

Fluor - Date Left Staging    2/17/2006 MLU Service

Fluor - Haul Con

FL-FCA-004623

| Fluor - Date Received At Fluor Staging | Work Order Received | Unit Occupied | Fluor - Staging Area |
|---|---|---|---|
| 1/12/2006 | 2/17/2006 | 3/20/2006 | Six Flags, LA |

FL-FCA-004625

| Lease Date | Leased In By | Head of Household | Family Member 1 | Family Member 2 |
|---|---|---|---|---|
| 3/20/2006 | Gloria Morton | Alana Alexander | Erika Alexander | Christopher Cooper |

FL-FCA-004626

| Flag - Site Cont | Flag - RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|---|
| SC-03-077802 | 989360133A | RAUL MEDINA | FLUOR |

FL-FCA-004627



LONGDESCRIPTION: NEW ALAN A. ALEXANDDAVAU 4415 DALE STREET/NEW ORLEANS LA W/01.26 hPH 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 cel/c 104140 h/o TENANT STATES THE AIR DOES NOT COME ON w/a APPROVED BY MARVA. RECD @ 4.59PM. DISPATCHED TO MARY @ 5.29PM. DR/nr/5/31/06. DISPATCHED TO DAVID T. AT 5.55 PM MICH DAVID IN PROGRESS @ 10.05PM. JP/va/DAVID COMPLETE 10.15PM. JP/va/10 COMPLETED BY DAVID AND MICHAEL 20AMP BREAKER TRIPPED THERMISTOR HOOKE TO COILS/SM!

WONUM: 273212

STATS Record      47576

Site Control #     SC-03-077802
RGSN ID           939360133A

Site Type         Private

Name              Alexander, Alana M

Site Name
Address           4415 Dale St
City              New Orleans
Parish/ County    Orleans
State             LA
ZIP               70126
District          3a

Unit Type         TT
Work Order #      1603-001-061241-INP

Bar Code          1041407

VIN               1NLIGTR2551021783

RFO Date:         2/17/2006

FL-FCA-004629

MLU-01-01831

## PRIVATE SITE INSTALLATION WORK ORDER

### Work Order Information

| | | | |
|---|---|---|---|
| Work Order #: 1603-001-061241-INP | | Contractor: Fluor | Issue Date: 2/6/2006 |
| Site Type: Private | Unit Type: TT - Regular | Issued By: RJOHNS30 | RFO Date: |

### Applicant Information / Household Composition

| Applicant Information | | Household Composition | | |
|---|---|---|---|---|
| Reg. ID: 93-9360133A | | Name | Relationship | Age |
| Name: ALEXANDER, ALANA M. | Number Housed | ALEXANDER, ALANA M | Registrant | 39 |
| Current Phone: (504)577-0737 | | ALEXANDER, ERIKA M | Friend | 11 |
| Alternate Phone: () | 0 | | | |
| DD Phone: (504)577-0737 | | | | |
| DD Alt. Phone: () | BR Required | 02-15-06 P12:53 OUT | | |
| P-Code   Number of Units Needed | | | | |
| P-4TTP   MH's 0   TT's 1 | | | | |

### Special Needs

APP REQ TT. TY 12/16/05

### Site Information

| | | |
|---|---|---|
| Site Control #: SC-03-077802 | Address: 4415 DALE ST | County: Orleans |
| Site Name: | City, St. Zip: NEW ORLEANS, LA 70126 | Lot #1:   Lot #2: |
| Directions to Site: EXPEDITED PPI | | |

VH INLIG tr 23 3 k2 1763
Unit 21753
PL 1041487

### Unit Information

| | | | |
|---|---|---|---|
| Unit #1: | Serial #1: | | GPS Longitude: |
| Unit #2: | Serial #2: | | GPS Latitude: |

### Line Items

| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

Daren Lemieux
S24-7RC FL
L520-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-0FL
MLU 850-251-2421

RECEIVED BY:

FEB 14 2006

DDM DISTRICT 3

### Signature Section

| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector: | | R. Chen, 9.45 | 2-17-06 | |
| Contractor: | Fluor | | | Driver License Number |
| Monitor: | | | | |

Wednesday, February 08, 2006                    . . DR-1603-LA                    Page 1 of 1

FL-FCA-004630

U.S. DEPARTMENT OF HOMELAND SECURITY
FEDERAL EMERGENCY MANAGEMENT AGENCY
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH  ☐ TT  ☐ OTHER | RGSN ID NUMBER 93-9360 133A | CONTRACT WO NUMBER 06124I INP | SITE CONTROL NUMBER 03-07780 2 |
|---|---|---|---|
| APPLICANT NAME Alexander, Alona | T.H. No. BARCODE 104 1407 | ADDRESS 4415  Dale St. New Orleans, La 70126 | |
| INSPECTOR (Please Print) Raul Medina | VEHICLE IDENTIFICATION NUMBER INL1 GTR 255102/783 | | |

**1. INSPECTION (To be completed by Direct UNIT (DHOPS)**

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☑ Blocked          ☑ Sewer Connected
☑ Steps/Ramp metal ☑ Electric Connected
☑ Water Connected  ☑ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

DATA & DOCUMENT MGT

| INSPECTOR SIGNATURE | | DATE 2·12·06 |
|---|---|---|

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection    ☐ Electricity Connection    ☐ Sewer Connection    ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|
| | | | |

TO:      DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer    ☐ Electricity    ☐ Permits (ele)    ☐ Water    ☐ Gas    ☐ Permits (meh)    ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|
| | |

FEMA Form 90-24, JUL 06

FL-FCA-004631

| U.S. DEPARTMENT OF HOMELAND SECURITY FEDERAL EMERGENCY MANAGEMENT AGENCY UNIT INSTALLATION WORK ORDER | 1. SITE CONTROL NO. | 2. WORK ORDER NO. LA 09 1005- 044 |
|---|---|---|

| 3. APPLICANT/SITE INFORMATION | | | 4. CONTRACT WORK ORDER INFORMATION | |
|---|---|---|---|---|
| NAME (Last, First, Middle Initial) DOW - RIVER PARISH MAINT. | THA NO. | | CONTRACTOR FLUOR | INSPECTOR |
| SITE ADDRESS (House No. and Street Name, or Pad No.) 11017q River Rd (HWY18)   4 | DATE WORK ISSUED 9-10-05 | ISSUED BY Julie Store | DATE SCH. COMPL. |
| CITY AND STATE HASNVILLE, LA | COUNTY ST. CHARLES | 5. SITE ☒ Comm.  ☐ Group TYPE ☐ Private  ☐ EGS | 6. UNIT TYPE ☐ MH ☒ TT ☐ Other | 7. UNIT NO. 1041407 |

**8. INSTALLATION**

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☑ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop _____ AMP | Each | | | |
| ☐ | Additional Towing Outside _____ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of _____ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | | | | | |
| ☐ | | | | | |
| | | | | WORK ORDER TOTAL: | |

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|
| | | | |

FEMA Form 90-26, JUL 05

9/10  17:15  CPC  TT

FL-FCA-004634

## TRANSFER OF CUSTODY

2 of 3

| Name: Dow Chemical | Contact Person: MARTY OWENS | |
|---|---|---|
| Location: | Phone #: | |
| Address: | No. Units Needed: | |
| City/State: ST. Rose LA | No. Units Delivered: | |
| **Unit Number** | **Unit number** | |
| 195429 | ✓ 4YDT295266A233205 | |
| 681363 | ✓ 1CD1D322454283971 | |
| 0S578 1NL1GTR7L0107.3395 | ✓ 1PAT64Z866P005933 | |
| 681753 | ✓ 1UJBJ02R151EL1274 | |
| 1039703 | ✓ 1SABS02P331DU1627 | |
| 681368 | ✓ 1UJBJ02P251JN0497 | |
| 681175 | ✓ 1057463 | |
| 1041907 | ✓ 06031048307010715637 4 | |
| 10560 651040 | ✓ 1160072 | |
| 54 1NL1GTR256/0113501 | ✓ 1160074 | |
| 103 1155040 | 1CC1B262355339343 | |
| 1155044 | 1160079✓ | |
| 47CTD9N265M419548 | 4YDT2562X5N122742 | |
| 1155052 | 1160008 | |
| 1UJBJ02N951EF3015 | 1NL1GTM2B51071679 | |
| 1155041 | 1160077 | |
| 1155050 | 06031048297010715684 3 | |
| 1155037 | 1160067 | |
| 1155053 | 1160131 | |
| 1155043 | 47CTBAP235L114230 | |
| 1155047 | 4K01A1F246E156684 | |
| 4X47SMG206R394135 | 4YDT271/1//0//0/4 | |
| Signature | Date 10/14/05 | |

FL-FCA-004635