VIN 1NL1GTR25510211783 | Bar Code 104140? | Manufacturer | Fluor - Stage Inspector DINA STEVENSON | Fluor - Date Inspected 1/12/2006 | Fluor - Date Left Staging 2/17/2006 | Fluor - Haul Co...



Blumberg No. 5118 EXHIBIT C (2)

FL-FCA-004623

| Fluor - Date Received At Fluor Staging | Work Order Received | Unit Occupied | Fluor - Staging Area |
|---|---|---|---|
| 1/12/2006 | 2/17/2006 | 3/20/2006 | Six Flags, LA |

FL-FCA-004625

| Lease Date | Leased In By | Head of Household | Family Member 1 | Family Member 2 |
|---|---|---|---|---|
| 3/20/2006 | Gloria Morton | Alana Alexander | Erika Alexander | Christopher Cooper |

FL-FCA-004626

| Flag - Site Cont | Flag - RGSN ID | Inspector Name | Inspector Contractor |
|---|---|---|---|
| SC-03-077802 | 9393601334 | RAUL MEDINA | FLUOR |

FL-FCA-004627

| LONGDESCRIPTION | WONUM |
|---|---|
| TIER=LANA ALEXANDRA\n4415 DALE STREET\nNEW ORLEANS LA\n70125\nPH 504-577-0737\nE/C 104140?\nTENANT STATES THE AIR DOES NOT COME ON\nUN-APPROVED BY MARY A. RECD @ 4:59PM DISPATCHED TO MARY @ 5:29PM DR\nnr5/31/06. DISPATCHED TO DAVID T. AT 5:55 PM/MDH\nDAVID IN PROGRESS @ 10:05PM JP\nDAVID COMPLETE 10:15PM JP\n6/1/06 COMPLETED BY DAVID AND MICHAEL 20AMP BREAKER TRIPPED THERMISTOR HOOKE TO COILS/SM | 272312 |

FL-FCA-004628

| | |
|---|---|
| STATS Record | 47576 |
| | |
| Site Control # | SC-03-077802 |
| RGSN ID | 939360133A |
| | |
| Site Type | Private |
| | |
| Name | Alexander, Alana M |
| | |
| Site Name | |
| Address | 4415 Dale St |
| City | New Orleans |
| Parish/ County | Orleans |
| State | LA |
| ZIP | 70126 |
| District | 3a |
| | |
| Unit Type | TT |
| Work Order # | 1603-001-061241-INP |
| | |
| Bar Code | 1041407 |
| VIN | 1NL1GTR2551021783 |
| RFO Date: | 2/17/2006 |

MLU-01-01831

## PRIVATE SITE INSTALLATION WORK ORDER

### Work Order Information
- Work Order #: 1603-001-061241-INP
- Contractor: Fluor
- Issue Date: 2/8/2006
- Site Type: Private
- Unit Type: TT - Regular
- Issued By: RJOHNS30
- RFO Date:

### Applicant Information
- Reg. ID: 93-9360193A
- Name: ALEXANDER, ALANA M.
- Current Phone: (504)577-0737
- Alternate Phone: ()
- DD Phone: (504)577-0737
- DD Alt. Phone: ()
- P-Code: P-4TTP
- Number of Units Needed: MH's 0  TT's 1
- Number Housed: 0
- BR Required:

### Household Composition
| Name | Relationship | Age |
|---|---|---|
| ALEXANDER, ALANA M | Registrant | 39 |
| ALEXANDER, ERIKA M | Friend | 11 |

02-15-06 P12:53 OUT

### Special Needs
APP REQ TT. TY 12/16/05

### Site Information
- Site Control#: SC-03-077802
- Site Name:
- Address: 4415 DALE ST
- City, St. Zip: NEW ORLEANS, LA 70126
- County: Orleans
- Lot #1:
- Lot #2:
- Directions to Site: EXPEDITED PPI

V# INLIG tr 25 5K21753
Unit 21753
BS 1041407

### Unit Information
- Unit #1:
- Serial #1:
- Unit #2:
- Serial #2:
- GPS Longitude:
- GPS Latitude:

### Line Items
| Line Item Description | Unit | Quantity | Unit Cost | Line Item Cost |
|---|---|---|---|---|
| Basic TT set-up | Each | 1 | $0.00 | $0.00 |
| | | | Total Cost: | $0.00 |

Daren Lemieux
S24-7RC FL
L520-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-0FL
MLU 856-251-2451

RECEIVED BY:
FEB 14 2006
DDM DISTRICT 3

### Signature Section
| | Representative | Signature | Date | Driver Name |
|---|---|---|---|---|
| Inspector | | R. Chavi 9:45 | 2-17-06 | |
| Contractor | Fluor | | | Driver License Number |
| Monitor | | | | |

Wednesday, February 08, 2006    DR-1603-LA    Page 1 of 1

FL-FCA-004630

**U.S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**READY FOR OCCUPANCY STATUS**

| FEDERAL EMERGENCY MANAGEMENT AGENCY (Disaster Temporary Housing Program) ☐ MH ☐ TT ☐ OTHER | RGSN ID NUMBER 93-9360133A | CONTRACT WO NUMBER 06/241 INP | SITE CONTROL NUMBER 03-077802 |
|---|---|---|---|
| APPLICANT NAME Alexander, Alona | T.H. No. BARCODE 1041407 | ADDRESS 4415 Dale St. New Orleans, La 70126 | |
| INSPECTOR (Please Print) Raul Medina | VEHICLE IDENTIFICATION NUMBER INL1GTR 255102/783 | | |

**1. INSPECTION** (To be completed by Direct UNIT (DHOPS))

INSTALLATION ON THE IDENTIFIED ABOVE IS COMPLETED AS FOLLOWS:

☒ Blocked        ☒ Sewer Connected
☒ Steps/Ramp metal  ☒ Electric Connected
☒ Water Connected   ☒ Gas Connected

COMMENTS - INSTALLATION OR SITE CONDITIONS:

DATA & DOCUMENT MGT

| INSPECTOR SIGNATURE | DATE 2.12.06 |
|---|---|

**II. TEMPORARY WAIVER OF UTILITY INSTALLATION**

Because of my emergency housing needs, I agree to occupy a unit provided by the U.S. Department of Homeland Security/Federal Emergency Management Agency without:

☐ Water Connection  ☐ Electricity Connection  ☐ Sewer Connection  ☐ Gas Connection

As a temporary measure until such time as it is possible for DHS/FEMA to make these connections.

| APPLICANT SIGNATURE | DATE | DHS/FEMA REPRESENTATIVE | DATE |
|---|---|---|---|

TO: DIRECT HOUSING OPERATIONS (DHOPS)

Applicant will not occupy until the following utilities are connected:

☐ Sewer  ☐ Electricity  ☐ Permits (ele)  ☐ Water  ☐ Gas  ☐ Permits (meh)  ☐ Permits (gas)

Please notify Applicant Assistant Staff when these utilities are connected.

| SIGNATURE APPLICANT ASSISTANT SPECIALIST | DATE |
|---|---|

FEMA Form 90-24, JUL 05

FL-FCA-004631

**U. S. DEPARTMENT OF HOMELAND SECURITY**
**FEDERAL EMERGENCY MANAGEMENT AGENCY**
**UNIT INSTALLATION WORK ORDER**

1. SITE CONTROL NO.
2. WORK ORDER NO. LA 09 1005-044

### 3. APPLICANT/SITE INFORMATION

NAME (Last, First, Middle Initial): DOW-RIVER PARISH MAINT.
THA NO.

SITE ADDRESS (House No. and Street Name, or Pad No.): 16179 River Rd (HWY 18) 4
DATE WORK ISSUED: 9-10-05

CITY AND STATE: HAHNVILLE, LA
COUNTY: ST. CHARLES

5. SITE TYPE: ☒ Comm.  ☐ Private  ☐ Group  ☐ EGS
6. UNIT TYPE: ☐ MH  ☒ TT  ☐ Other
7. UNIT NO.: 1041407

### 4. CONTRACT WORK ORDER INFORMATION
CONTRACTOR: FLUOR
INSPECTOR:
ISSUED BY:
DATE SCH. COMPL.:

### B. INSTALLATION

| ITEM NO | ITEMS TO FURNISH AND INSTALL | UNIT | QUANTITY | UNIT $ | TOTAL $ |
|---|---|---|---|---|---|
| ☒ | Basic Setup | Each | | | |
| ☐ | 4" Sewer Line, Buried | Foot | | | |
| ☐ | 6" Sewer Line Buried | Foot | | | |
| ☐ | 8" Sewer Line Buried | Foot | | | |
| ☐ | Municipal Sewer | Actual | | | |
| ☐ | 3/4" Water Line Extension, Buried | Foot | | | |
| ☐ | 2" Water Line Extension, Buried | Foot | | | |
| ☐ | Municipal Water | Actual | | | |
| ☐ | Power Pole and Meter Loop ___ AMP | Each | | | |
| ☐ | Additional Towing Outside ___ Mile Radius | Mile | | | |
| ☐ | Heavy Equipment to Spot | Each | | | |
| ☐ | Winterize Water Line Installation | Foot | | | |
| ☐ | Direct Wiring of ___ AMP Service, Over 50' | Foot | | | |
| ☐ | Direct Wiring of Well Pump | Each | | | |
| ☐ | 30 AMP Well Pump Switch | Each | | | |
| ☐ | Ramp (Per Entrance) | Each | | | |
| ☐ | LP Gas System and 100 Gallon LP | Each | | | |
| ☐ | Natural Gas Hookup | Foot | | | |
| ☐ | Gas Line Extension, Underground | Each | | | |
| ☐ | Skirting | Each | | | |
| ☐ | Permits | Actual | | | |
| ☐ | Steps (Per Entrance) | Each | | | |
| ☐ | | | | | |
| ☐ | | | | | |

WORK ORDER TOTAL:

9. PLOT PLAN/DIRECTIONS/COMMENTS: (If more space is needed, use blank sheet and attach)

10. CERTIFICATION AND SIGNATURES - The above described work has been completed, inspected and complies with contract specifications.

| SIGNATURE OF INSPECTOR | DATE | SIGNATURE OF CONTRACTOR | DATE |
|---|---|---|---|

FEMA Form 90-26, JUL 05

9/10  17:15  CPC  TT

FL-FCA-004634

## TRANSFER OF CUSTODY

2 of 3

| Name: Dow Chemical | Contact Person: MARTY OWENS |
|---|---|
| Location: | Phone #: |
| Address: | No. Units Needed: |
| City/State: ST. ROSE LA | No. Units Delivered: |

| Unit Number | | Unit number | |
|---|---|---|---|
| | 195429 | ✓ | 4YDT295266A223205 |
| | 681363 | ✓ | 1CD1D322454283971 |
| 05578 | 1NL16TR71610733595 | ✓ | 1PAT64Z866P005933 |
| | 681753 | ✓ | 1UJBJ02R151EL1274 |
| | 1039703 | ✓ | 1SABS02P331DU1627 |
| | 681368 | ✓ | 1UJBJ02P251JN0497 |
| | 681175 | ✓ | 1057463 |
| | 1041907 | ✓ | 060310483070107156674 |
| 105679 | 681140 | ✓ | 1160072 |
| 754 | 1NL16TR256A013501 | ✓ | 1160074 |
| 5103 | 1155040 | | 1CC1B26235533934.3 |
| ↓ | 1155044 | | 1160079 ✓ |
| | 47CTD9N265M419548 | | 4YDT2562X5N122742 |
| | 1155052 | | 1160008 |
| | 1UJBJ02N951EF3015 | | 1NL16TM2851071679 |
| | 1155041 | | 1160077 |
| | 1155050 ✓ | | 060310482970107156843 |
| | 1155037 | | 1160067 |
| | 1155053 | | 1160131 |
| | 1155045 | | 47CTBAP23SL114730 |
| | 1155047 | | 4K01A1F74GE1566.514 |
| | 4X47SMC206R394125 | | 4Y1TT711/72(G.1014 |

Signature: _____ OWENS    Date 10/14/05