UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| IN RE: | FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | * * * * * * * * | 07-md-1873  SECTION: N(5)  JUDGE: ENGELHARDT  MAG: CHASEZ |
|---|---|---|---|

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

******************************************************************************

## NOTICE OF HEARING

TO:   All Counsel of Record

   PLEASE TAKE NOTICE that defendant, Fluor Enterprises, Inc., will bring on for hearing its Motion For Summary Judgment regarding claims against it under the Louisiana Products Liability Act on **26th day** of **August, 2009** at **9:30 o'clock a.m**., pursuant to Court Order (Rec. 2560), before the Honorable Kurt D. Engelhardt, United States District Court, Eastern District of Louisiana, Section "N-5," 500 Camp Street, New Orleans, Louisiana 70130.

_____
JUDGE KURT D. ENGELHARDT

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY:        s/ Richard A. Sherburne, Jr.
Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

   *-and-*

Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

   *-and-*

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 17th, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                    s/ Richard A. Sherburne, Jr.