UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

IN RE: FEMA TRAILER                   MDL NO. 1873
FORMALDEHYDE
PRODUCTS LIABILITY LITIGATION     SECTION N-5
                                                    JUDGE ENGELHARDT
                                                    MAG. JUDGE CHASEZ

**THIS DOCUMENT RELATES TO ALL CASES**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**UNOPPOSED MOTION TO CONTINUE ORAL ARGUMENT**

Defendant United States of America ("United States") submits this Unopposed Motion to Continue the Oral Argument on Plaintiffs' Motion to Compel United States to Produce "Disaster" and/or Individual Assistance Files Maintained by FEMA (Rec. Doc. 2554) by seven (7) days, from its current setting of August 26, 2009, at 11:00 a.m., to September 2, 2009, at 11:00 a.m.  The United States makes this motion on the grounds that additional time is necessary for it to obtain further information and complete necessary investigation preparatory to filing its Response to Plaintiffs' Motion to Compel.

Plaintiff's counsel Gerald Meunier and Justin Woods were contacted regarding this motion and do not oppose the United States' request for a continuance of the telephonic oral argument by seven (7) days to allow additional time for the United States to file its Response, which is currently due Tuesday, August 18, 2009.  Pursuant to LR 7.5E, the United States would have until August 25, 2009, in which to file its Response.

WHEREFORE, the United States respectfully request that this Court issue an Order continuing the August 26, 2009 telephonic oral argument on Plaintiffs' Motion to Compel (Rec.

Doc. 2554)  until September 2, 2009.

Dated: August 18, 2009

Respectfully Submitted,

| | |
|---|---|
| TONY WEST<br>Assistant Attorney General, | HENRY MILLER<br>ADAM BAIN<br>Civil Division Senior Trial Counsel |
| J PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF |
| DAVID S. FISHBACK<br>Assistant Director | MICHELLE BOYLE<br>Trial Attorneys |
| | //S// *Jonathan R. Waldron* |
| OF COUNSEL:<br>JORDAN FRIED<br> Associate Chief Counsel | JONATHAN R. WALDRON<br>(IL. Bar No. 6292058)<br>Trial Attorney<br>United States Department of Justice |
| JANICE WILLIAM-JONES<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station<br>Washington, D.C. 20004<br>Attorney Telephone: (202) 307-2091<br>Jonathan.Waldron@USDOJ.Gov |
| | Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

     I hereby certify that on August 18, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.