UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 1873 SECTION N-5 JUDGE ENGELHARDT MAG. JUDGE CHASEZ |

THIS DOCUMENT RELATES TO ALL CASES

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON MOTION TO CONTINUE ORAL ARGUMENT

Considering the foregoing Unopposed Motion to Continue Telephonic Oral Argument by Defendant United States of America;

**IT IS HEREBY ORDERED** that Defendant United States' Unopposed Motion is **GRANTED** and the oral argument regarding "Plaintiffs' Motion to Compel United States to Produce 'Disaster' and/or Individual Assistance Files Maintained by FEMA" (Rec. Doc. 2554) currently set for August 26, 2009, at 11:00 a.m. is hereby **CONTINUED** to September 2, 2009, at 11:00 a.m., or as soon thereafter on that date and time as the Court's docket permits. The parties are thus instructed to be standing by their telephones from 11:00 a.m. on and they will be contacted by the Court as it makes its way through its motion docket.

New Orleans, Louisiana, this ___ day of _____, 2009

_____
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE