# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

July 8, 2009

**Via CM/RRR**
**& E-Mail**
Andrew D. Weinstock
Joseph G. Glass
Duplass, Zwain, Bourgeois,
Morton, Pfister & Weinstock
29th Floor, Three Lakeway Center
Metairie, LA 70002

**Via CM/RRR**
**& E-Mail**
Timothy D. Scandurro
Dewey M. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

Re: *FEMA Trailer Formaldehyde Products Liability Litigation*, MD-1873, in the Eastern District of Louisiana.

*Charlie Age, et al v. Gulfstream Coach, Inc., et al*, 2:2009-CV-02892, in the Eastern District of Louisiana; Alana Alexander and Christopher Cooper

Counsel:

Enclosed please find the following with regard to the above-referenced litigation:

1. Plaintiff Alana M. Alexander's Second Supplemental Response to Gulf Stream's First Set of Interrogatories; and,
2. Plaintiff Alana M. Alexander, o/b/o Christopher J. Cooper's Second Supplemental Response to Gulf Stream's First Set of Interrogatories.

Should you have any questions in this matter, please do not hesitate to contact me. As always, I remain,

Very truly yours,

Anthony G. Buzbee

AGB/lbd
Enclosures

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445



PLAINTIFF'S EXHIBIT A

Counsel
July 08, 2009
Page 2
cc:     with enclosures

**Via CM/RRR**
**& E-Mail**
Charles R. Penot
Middleberg, Riddle & Gianna
717 North Harwood, Suite 2400
Dallas, TX 75201

**Via CM/RRR**
**& E-Mail**
Henry T. Miller
Adam Dinnell
Civil Division- Torts Branch
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20004

**Via CM/RRR**
**& E-Mail**
Michael David Kurtz
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

**Via First Class Mail**
**& E-Mail**
Gerald Meunier
Justin Woods
Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

**Via E-Mail**
Anthony Buzbee
Mikal C. Watts
Robert Hilliard
Raul Bencomo
Frank D'Amico
Matt Moreland
Linda Nelson

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | | SECTION "N-5" |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE CHASEZ |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF COOPER'S SECOND SUPPLEMENTAL RESPONSE TO GULF STREAM'S FIRST INTERROGATORIES

Plaintiff, Alana M. Alexander, o/b/o her minor child, Christopher J. Cooper, supplements her response to Defendant Gulf Stream Coach, Inc.'s First Interrogatories.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE
PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

1

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 8th day of July, 2009.

s/Anthony G. Buzbee
Anthony G. Buzbee

## INTERROGATORIES

5. In connection with this litigation, have you, your attorney, or any representative acting on your behalf, obtained statements regarding any information pertinent to your minor child's lawsuit from any individuals, and if so, please indicate if the statements are written, recorded or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

RESPONSE: Yes. See below (Note: the video statements taken by the press were not taken by Plaintiff or her counsel, but are included in an abundance of caution.)

|  | Name | Date | Address | Substance | Possession | Format |
|---|---|---|---|---|---|---|
| 1 | Ronald Dheaze | June 09 | Mishawaka, IN | Former Gulf Stream contractor, delivery of formaldehyde-containing material provided to Gulf Stream | Plaintiff's counsel | Video |
| 2 | Don Shaffer | July 09 | South Bend, IN | Former Gulf Stream employee, working conditions at Gulf Stream, Gulf Stream's procedures for building trailers, Gulf Stream's use of materials, quality and condition of materials used, witness's and co-workers' ailments and symptoms while working for Gulf Stream, current ailments and symptoms, reporting of symptoms to Gulf Stream, Gulf Stream's response. | " | " |
| 3 | Karen Freiberger | July 09 | South Bend, IN | " | " | " |
| 4 | Donn Freiberger | July 09 | South Bend, IN | " | " | " |
| 5 | Alan Davis | June 09 | Rolling Prarie, IN | " | " | " |
| 6 | Patrick McCray | June 09 | Napannee, IN | " | " | " |
| 7 | Luis Rolon | June 09 | Napannee, IN | " | " | " |
| 8 | Jim Kolar | June 09 | Argos, IN | " | " | " |
| 9 | Mike Urbanski | July 09 | Dowagiac, MI | " | " | " |
| 10 | Daryl Dunlap | July 09 | South Bend, IN | " | " | " |
| 11 | Michelle Dunlap | July 09 | Claypool, IN | " | " | " |
| 12 | Frank Jacquez | July 09 | Elkhart, IN | " |  |  |
| 13 | Tracy Ketcham | June 09 | Indiana | " | " | Written |
| 14 | Terry Slone | August 08 and June 09 | Knox, IN | " See also http://atlantis2.cbsnews.com/video/watch/?id=2819654n | Public and Plaintiff's counsel | Video and written |
| 15 | Lynda Esperanza | July 08 | Knox, IN | " See also http://atlantis2.cbsnews.com/video/watch/?id=4243040n | Public | Video |

3

| 16 | Tommy Gilbert or Yager | July 08 | Arlington, Texas | " See also http://atlantis2.cbsnews.com/video/watch/?id=4243040n | Public | Video |

10.    Please state the name, address and telephone number of each individual you will or may call to testify at the trial of this matter, including all expert witnesses, whether medical or technical; also, please state the nature and subject of the testimony which is expected to be given by each and every individual referred to in this interrogatory.

   **RESPONSE:** In addition to earlier response, see also persons listed above.

11.    Have you, your family member(s), your attorney, or any representative acting on your minor child's behalf ever spoken with any former or current person associated with or employee, officer, director, staff member, agent, representative, or affiliate of Gulf Stream Coach, Inc.?

   **RESPONSE:** Yes.

12.    If you answer to Interrogatory No. 11 is in the affirmative, have you, your attorney, or any representative acting on your behalf, obtained statements from any person listed in Interrogatory No. 12 regarding any information pertinent to your lawsuit, and if so, please indicate if the statements are written, recorded, video, digitally recorded, or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

   **RESPONSE:** See above.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | * | SECTION "N-4" |
| | * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE CHASEZ |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF ALEXANDER'S SECOND SUPPLEMENTAL RESPONSE TO GULF STREAM'S FIRST INTERROGATORIES

Plaintiff, Alana M. Alexander supplements her responses to Defendant Gulf Stream Coach, Inc.'s First Interrogatories.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

1

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
ROBERT BECNEL
DENNIS REICH
MIKAL WATTS, Texas # 20981820

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 8th day of July, 2009.

s/Anthony G. Buzbee
Anthony G. Buzbee

## INTERROGATORIES

6. In connection with this litigation, have you, your attorney, or any representative acting on your behalf, obtained statements regarding any information pertinent to your lawsuit from any individuals, and if so, please indicate if the statements are written, recorded or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

**RESPONSE:** Yes. See below (Note: the video statements taken by the press were not taken by Plaintiff or her counsel, but are included in an abundance of caution.)

|    | Name | Date | Address | Substance | Possession | Format |
|----|------|------|---------|-----------|------------|--------|
| 1  | Ronald Dheaze | June 09 | Mishawaka, IN | Former Gulf Stream contractor, delivery of formaldehyde-containing material provided to Gulf Stream | Plaintiff's counsel | Video |
| 2  | Don Shaffer | July 09 | South Bend, IN | Former Gulf Stream employee, working conditions at Gulf Stream, Gulf Stream's procedures for building trailers, Gulf Stream's use of materials, quality and condition of materials used, witness's and co-workers' ailments and symptoms while working for Gulf Stream, current ailments and symptoms, reporting of symptoms to Gulf Stream, Gulf Stream's response. | " | " |
| 3  | Karen Freiberger | July 09 | South Bend, IN | " | " | " |
| 4  | Donn Freiberger | July 09 | South Bend, IN | " | " | " |
| 5  | Alan Davis | June 09 | Rolling Prarie, IN | " | " | " |
| 6  | Patrick McCray | June 09 | Napannee, IN | " | " | " |
| 7  | Luis Rolon | June 09 | Napannee, IN | " | " | " |
| 8  | Jim Kolar | June 09 | Argos, IN | " | " | " |
| 9  | Mike Urbanski | July 09 | Dowagiac, MI | " | " | " |
| 10 | Daryl Dunlap | July 09 | South Bend, IN | " | " | " |
| 11 | Michelle Dunlap | July 09 | Claypool, IN | " | " | " |
| 12 | Frank Jacquez | July 09 | Elkhart, IN | " | | |
| 13 | Tracy Ketcham | June 09 | Indiana | " | " | Written |
| 14 | Terry Slone | August 08 and June 09 | Knox, IN | " See also http://atlantis2.cbsnews.com/video/watch/?id=2819654n | Public and Plaintiff's counsel | Video and written |
| 15 | Lynda Esperanza | July 08 | Knox, IN | " See also | Public | Video |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | http://atlantis2.cbsnews.com/video/watch/?id=4243040n | | |
| 16 | Tommy Gilbert or Yager | July 08 | Arlington, Texas | " See also http://atlantis2.cbsnews.com/video/watch/?id=4243040n | Public | Video |

11. Please state the name, address and telephone number of each individual you will or may call to testify at the trial of this matter, including all expert witnesses, whether medical or technical; also, please state the nature and subject of the testimony which is expected to be given by each and every individual referred to in this interrogatory.

    **RESPONSE:** In addition to earlier response, see above listed persons.

12. Have you, your family member(s), your attorney, or any representative acting on your behalf ever spoken with any former or current person associated with or employee, officer, director, staff member, agent, representative, or affiliate of Gulf Stream Coach, Inc.?

    **RESPONSE:** Yes.

13. If you answer to Interrogatory No. 12 is in the affirmative, have you, your attorney, or any representative acting on your behalf, obtained statements from any person listed in Interrogatory No. 12 regarding any information pertinent to your lawsuit, and if so, please indicate if the statements are written, recorded, video, digitally recorded, or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

    **RESPONSE:** See above.