```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


IN RE:   FEMA TRAILER              *   Docket MDL NO. 1873
FORMALDEHYDE PRODUCTS              *
LIABILITY LITIGATION               *   Section N
                                   *
                                   *   New Orleans, Louisiana
                                   *
RELATES TO CIVIL ACTION NO. 09-2892*   July 10, 2009
AGE, ET AL V GULF STREAM           *
COACH, INC., ET AL                 *
(ALANA ALEXANDER/CHRISTOPHER COOPER)*
* * * * * * * * * * * * * * * * * *


               TELEPHONE CONFERENCE BEFORE THE
                  HONORABLE ALMA L. CHASEZ
                UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


For the Plaintiffs:         The Buzbee Law Firm
                            BY:  PETER TAAFFE, ESQ.
                            JP Morgan Chase Tower
                            600 Travis, Suite 7300
                            Houston, Texas  77002


For the Defendant:          Duplass, Zwain, Bourgeois
                              & Morton
                            BY:  ANDREW D. WEINSTOCK, ESQ.
                            3838 N. Causeway Blvd.
                            Suite 2900
                            Metairie, Louisiana 70002
```

PLAINTIFF'S EXHIBIT B

1                MR. TAAFFE:  Right.  Well, let me just ask a
2     rhetorical question:  What happens if I try to bring these
3     people to trial, let's say we arrange it and they come down,
4     are they going to get excluded because Mr. Weinstock didn't
5     have a chance to depose them and none of the other defendants
6     did?
7                MR. WEINSTOCK:  Judge, I'll respond like this:
8     They're on their witness list.  They've been disclosed to me,
9     so I have the chance to depose them if I want to depose them.
10    And I will argue, for the same reasons we've argued here today,
11    except by this point in time I will have filed my motions on
12    the very issue that they're completely irrelevant for the same
13    reasons I've articulated today, but the briefing will be a
14    little bit more substantial.
15               On the other hand, I think if somebody's on a
16    witness list that I chose not to depose, I think I have a hard
17    time saying I'm prejudiced and they can't testify.
18               THE COURT:  Are all of these people on your witness
19    list?
20               MR. WEINSTOCK:  Well, they are, but, Your Honor, as
21    you may recall, the judge asked the plaintiffs to redraw
22    their -- well, all of us, but the plaintiffs as well, to redraw
23    their 500-person witness list.
24               MR. TAAFFE:  But these will be on there when we
25    revise it.  They were on there originally and they will remain

on there after we --

**MR. WEINSTOCK:** Right. They've been identified. You know, whether the judge wants 100 witnesses from the plaintiffs instead of 500 and whether that's satisfactory for him, he'll make that decision.

**THE COURT:** Okay. Then I don't really see a reason to be scheduling their depositions, other than Dudeck, which you have noticed.

**MR. TAAFFE:** Well, there's a couple others that are key that I would like to -- well, that are key that I'd like to take. So if we can -- and I'd, you know, do them on a -- I'd do a two-hour limit, one-hour limit and do them on the 17th when we've got Dudeck.

**THE COURT:** Who are they?

**MR. TAAFFE:** Terry Sloan and Linda Esparza.

**THE COURT:** Just those two?

**MR. TAAFFE:** Yes, in addition to Dudeck.

**THE COURT:** The first one's name is what?

**MR. TAAFFE:** Terry Sloan.

**THE COURT:** Sloan.

**MR. TAAFFE:** And the other one is Linda Esparza, E-S-P-A-R-Z-A.

**THE COURT:** All right. And you agree to put a one-hour time limit?

**MR. TAAFFE:** Sure, yes.

JODI SIMCOX, RMR, FCRR - OFFICIAL COURT REPORTER
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA