| | A | B | C | D |
|---|---|---|---|---|
| 1 | | Alexander v. Gulfstream, FEMA, Fluor | | |
| 2 | | | | |
| 3 | Date | Activity | Mode | Time |
| 4 | 9/14/2009 | Voir Dire | Live | 1:00:00 |
| 5 | | Opening Statement | Live | 0:45:00 |
| 6 | | Reading of Stipulations | Live | |
| 7 | | Pre-admission of Exhibits | Live | |
| 8 | | Scott, Jeremiah | Live | 0:20:00 |
| 9 | | Davis, Alan | Live | 0:15:00 |
| 10 | | Freiberger, Don | Live | 0:15:00 |
| 11 | | Jacquez, Frank | Live | 0:15:00 |
| 12 | | Freiberger, Karen | Live | 0:15:00 |
| 13 | | Urbanski, Mike | Live | 0:15:00 |
| 14 | | Dhaeze, Ron | Live | 0:15:00 |
| 15 | | Shaffer, Don | Live | 0:15:00 |
| 16 | | McCreary, Patrick | Live | 0:15:00 |
| 17 | | Hoover, Michelle | Live | 0:15:00 |
| 18 | | Abbott, Ed | Video | 0:15:00 |
| 19 | | Esparza, Linda (GS) | Video | 0:15:00 |
| 20 | | Sloan, Terry (GS) | Video | 0:15:00 |
| 21 | | | | |
| 22 | | | | |
| 23 | 9/15/2009 | Keel, Burl (GS) | Video | 0:20:00 |
| 24 | | Shea, Dan (GS) | Video | 0:20:00 |
| 25 | | Zumbrum, Jeff (GS) | Video | 0:20:00 |
| 26 | | Brown, James R. (GS) | Video | 0:20:00 |
| 27 | | Timmins, Kyle (GS) | Video | 0:20:00 |
| 28 | | Pullen, Scott (GS) | Video | 0:20:00 |
| 29 | | Bailey, Scott (GS) | Video | 0:20:00 |
| 30 | | GS Corp. Rep | Live | 1:00:00 |
| 31 | | Smulski, Stephen | Live | 0:25:00 |
| 32 | | Shea, Jim (GS) | Video | 0:30:00 |
| 33 | | | | |
| 34 | | | | |
| 35 | 9/16/2009 | Alexander, Shirley | Live | 0:20:00 |



PLAINTIFF'S EXHIBIT C

| | A | B | C | D |
|---|---|---|---|---|
| 36 | | Ritter, Ervin | Live | 0:25:00 |
| 37 | | Moore, Charles David | Live | 0:30:00 |
| 38 | | Baksh, Angela | Video | 0:20:00 |
| 39 | | Fluor Corporate Rep. | Live | 0:30:00 |
| 40 | | Robert Duckworth | Live | 0:20:00 |
| 41 | | Blanchard, Terry | Video | 0:20:00 |
| 42 | | Allen, Heath | Video | 0:20:00 |
| 43 | | Allen, Travis | Video | 0:20:00 |
| 44 | | Whitaker, Al | Video | 0:20:00 |
| 45 | | Rammel, Jim | Video | 0:20:00 |
| 46 | | Methot, Dave | Video | 0:20:00 |
| 47 | | Ashby, Mark | Video | 0:20:00 |
| 48 | | Kingsmore, Terry | Video | 0:20:00 |
| 49 | | Mallet, Al | Live | 0:45:00 |
| 50 | | Durham, Dwight | Video | 0:15:00 |
| 51 | | | | |
| 52 | 9/17/2009 | DeRosa, Chris | Video | 0:30:00 |
| 53 | | Little, Joseph | Video | 0:20:00 |
| 54 | | Garratt, David | Video | 0:20:00 |
| 55 | | Miller, Stephen | Video | 0:20:00 |
| 56 | | Souza, Kevin | Video | 0:20:00 |
| 57 | | Lapinski, Michael | Video | 0:20:00 |
| 58 | | Johnson, Adm. Harvey | Video | 0:20:00 |
| 59 | | Porter, David | Video | 0:10:00 |
| 60 | | Lindell, Michael | Video | 0:30:00 |
| 61 | | | | |
| 62 | 9/18/2009 | McGwin, Dr. Gerald | Live | 0:30:00 |
| 63 | | Monson, Dr. Richard | Video | 0:15:00 |
| 64 | | Alexander, Erica | Live | 0:15:00 |
| 65 | | Barnes, Dr. Janet | Live | 0:30:00 |
| 66 | | DeVany, Mary | Live | 1:00:00 |
| 67 | | Hewett, Paul | Live | 0:30:00 |
| 68 | | Scott, William | Live | 0:10:00 |
| 69 | | Kaltofen, Marco | Live | 0:30:00 |
| 70 | | Alexander, Alana | Live | 0:30:00 |

| | A | B | C | D |
|---|---|---|---|---|
| 71 | | Williams, Patricia | Live | 1:00:00 |
| 72 | | Kornberg, Dr. Jim | Live | 1:00:00 |
| 73 | | Mayor, Dr. Tom | Live | 0:25:00 |
| 74 | | Shwery, Dr. Ed | Live | 0:30:00 |
| 75 | | Cooper, Chris | Live | 0:20:00 |