# THE BUZBEE LAW FIRM

*www.txattorneys.com*

Reply to: Houston Office

August 4, 2009

**Via Facsimile**
**& E-Mail**
Andrew D. Weinstock
Joseph G. Glass
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
29th Floor, Three Lakeway Center
Metairie, LA 70002

**Via Facsimile**
**& E-Mail**
Timothy D. Scandurro
Dewey M. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

Re:   FEMA Trailer MDL
      *Alexander/Cooper v. Gulf Stream, et al*

Counsel:

   Your responses to our Second Request for Production were due on July 23, 2009. Your responses to our Third Request for Production were due on August 3, 2009. You have not responded to either and your responses are late.

   This morning, you indicated that you will ask for an extension of 25 days from today to respond to these two Requests for Production, and asked whether we would consent. In light of the fact that your responses are already past due and because trial is now 40 days away, we cannot consent. Again, please respond to this discovery immediately.

Very truly yours,

Peter K. Taaffe

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

Plaintiff's Exhibit D

Counsel
August 4, 2009
Page 2


cc:     <u>Via E-Mail</u>
        Anthony Buzbee
        Mikal Watts
        Robert Hilliard
        Gerald Meunier
        Justin Woods

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

## Laura De La Cruz

**From:** admin@fax2me.com
**Sent:** Tuesday, August 04, 2009 12:22 PM
**To:** Laura De La Cruz
**Subject:** E2F 7132235909->5045296199 GOOD

Hello fax2me.com user!

Your Fax has been delivered successfully:

```
   Dialed Number: 5045296199
         Subject: FEMA/Formaldehyde Discovery Responses
           Pages: 3
       Client ID: 7506
            SEQ#: 185815016

   Dial Attempts: 1
     Dial Status: Answered
  Process Status: Complete
```

Thanks for using Fax2Me.com

1

## Laura De La Cruz

**From:** admin@fax2me.com
**Sent:** Tuesday, August 04, 2009 12:22 PM
**To:** Laura De La Cruz
**Subject:** E2F 7132235909->5048373119 GOOD

Hello fax2me.com user!

Your Fax has been delivered successfully:

```
   Dialed Number: 5048373119
         Subject: FEMA/Formaldehyde Discovery Responses
           Pages: 3
       Client ID: 7506
            SEQ#: 185815018

   Dial Attempts: 1
     Dial Status: Answered
  Process Status: Complete
```

Thanks for using Fax2Me.com

Laura De La Cruz

1

## Laura De La Cruz

**From:** Administrator
**Sent:** Tuesday, August 04, 2009 12:23 PM
**To:** Laura De La Cruz
**Subject:** Delivery Status Notification (Relay)
**Attachments:** ATT20177.txt; FEMA/Formaldehyde Discovery Responses

This is an automatically generated Delivery Status Notification.

Your message has been successfully relayed to the following recipients, but the requested delivery status notifications may not be generated by the destination.

    andreww@duplass.com
    jglass@duplass.com

## Laura De La Cruz

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | dewey@scanlayr.com |
| **Sent:** | Tuesday, August 04, 2009 12:24 PM |
| **Subject:** | Delivered: FEMA/Formaldehyde Discovery Responses |

Your message

    To:    andreww@duplass.com; jglass@duplass.com; tim@scanlayr.com; dewey@scanlayr.com; 5045296199@sendfax.fax2me.com; 5048373119@sendfax.fax2me.com
    Cc:    Anthony Buzbee; Peter Taaffe; mcwatts@wgclawfirm.com; bobh@hmglawfirm.com; gmeunier@gainsben.com; Justin Woods; Denise Martin; Scott Daniels; Deann Brown
    Subject:    FEMA/Formaldehyde Discovery Responses
    Sent: 8/4/2009 12:23 PM

was delivered to the following recipient(s):

    dewey@scanlayr.com on 8/4/2009 12:18 PM

## Laura De La Cruz

| | |
|---|---|
| **From:** | System Administrator |
| **To:** | tim@scanlayr.com |
| **Sent:** | Tuesday, August 04, 2009 12:24 PM |
| **Subject:** | Delivered: FEMA/Formaldehyde Discovery Responses |

Your message

    To:    andreww@duplass.com; jglass@duplass.com; tim@scanlayr.com; dewey@scanlayr.com; 5045296199@sendfax.fax2me.com; 5048373119@sendfax.fax2me.com
    Cc:    Anthony Buzbee; Peter Taaffe; mcwatts@wgclawfirm.com; bobh@hmglawfirm.com; gmeunier@gainsben.com; Justin Woods; Denise Martin; Scott Daniels; Deann Brown
    Subject:    FEMA/Formaldehyde Discovery Responses
    Sent: 8/4/2009 12:23 PM

was delivered to the following recipient(s):

    tim@scanlayr.com on 8/4/2009 12:18 PM

1