# THE BUZBEE LAW FIRM

*www.txattorneys.com*

**Reply to:** Houston Office

July 31, 2009

**Via Facsimile**
**& E-Mail**
Andrew D. Weinstock
Joseph G. Glass
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
29th Floor, Three Lakeway Center
Metairie, LA 70002

**Via Facsimile**
**& E-Mail**
Timothy D. Scandurro
Dewey M. Scandurro
Scandurro & Layrisson
607 St. Charles Avenue
New Orleans, LA 70130

Re:   FEMA Trailer MDL
      *Alexander/Cooper v. Gulf Stream, et al*

Counsel:

      Your answers to our Second Request for Production, and responsive documents, were due on July 23, 2009. We have not received them. They are late and objections and privilege claims are waived. We request that you produce them immediately.

      Also, on July 1, 2009, Judge Chasez ordered you to produce electronic data. I know you advised her that you asked your client to search for these items the next day and, while that is appreciated, the fact is that your client has not produced the data. Please advise when this will be done.

                    Very truly yours,

                    *Peter K. Taaffe*
                    Peter K. Taaffe

PKT/lbd

Plaintiff's
Exhibit
C

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

JPMorgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone: (956) 381-4440
Facsimile: (956) 381-4445

Counsel
July 31, 2009
Page 2

cc:

**Via E-Mail**
Anthony Buzbee (w/ Firm)
Mikal Watts
Robert Hilliard
Gerald Meunier
Justin Woods

1910 Ice & Cold Storage Building
104 21st Street (Moody Ave.)
Galveston, Texas 77550
By Appointment Only

J.P. Morgan Chase Tower (Principal Office)
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: (713) 223-5393
Facsimile: (713) 223-5909

200 East Cano
Edinburg, Texas 78539
Telephone:  (956) 381-4440
Facsimile:  (956) 381-4445

**Laura De La Cruz**

| | |
|---|---|
| **From:** | admin@fax2me.com |
| **Sent:** | Friday, July 31, 2009 2:40 PM |
| **To:** | Laura De La Cruz |
| **Subject:** | E2F 7132235909->5048373119 GOOD |

Hello fax2me.com user!

Your Fax has been delivered successfully:

```
    Dialed Number: 5048373119
          Subject: FEMA/Formaldehyde Re: Discovery Responses
            Pages: 3
        Client ID: 7506
            SEQ#: 185567780


    Dial Attempts: 1
      Dial Status: Answered
   Process Status: Complete
```

Thanks for using Fax2Me.com

**Laura De La Cruz**

**From:**       admin@fax2me.com
**Sent:**       Friday, July 31, 2009 2:40 PM
**To:**         Laura De La Cruz
**Subject:**    E2F 7132235909->5045296199 GOOD

Hello fax2me.com user!

Your Fax has been delivered successfully:

        Dialed Number: 5045296199
              Subject: FEMA/Formaldehyde Re: Discovery Responses
                Pages: 3
            Client ID: 7506
                SEQ#: 185567778

        Dial Attempts: 1
          Dial Status: Answered
       Process Status: Complete

Thanks for using Fax2Me.com

**Laura De La Cruz**

| | |
|---|---|
| **From:** | Anthony Buzbee |
| **To:** | Laura De La Cruz |
| **Sent:** | Friday, July 31, 2009 2:44 PM |
| **Subject:** | Read: FEMA/Formaldehyde Re: Discovery Responses |

Your message

    To:     andreww@duplass.com; Joseph G. Glass (jglass@duplass.com); tim@scanlayr.com;
            Dewey M. Scandurro (dewey@scanlayr.com); 5045296199@sendfax.fax2me.com;
            5048373119@sendfax.fax2me.com
    Cc:     Anthony Buzbee; Peter Taaffe; Deann Brown; Scott Daniels; Michael Watts
            (mcwatts@wgclawfirm.com); bobh@hmglawfirm.com;  (gmeunier@gainsben.com); Denise
            Martin; Justin Woods
    Subject:      FEMA/Formaldehyde Re: Discovery Responses
    Sent: 7/31/2009 2:42 PM

was read on 7/31/2009 2:44 PM.