UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**
*Age, et. al. v. Gulf Stream Coach, Inc., et al.* No. 09-2892
*Alana Alexander, individually and OBO minor Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE
TO "MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL
WITNESS LIST" (Doc. Rec. 2626)**

Defendant United States of America ("United States") hereby submits memorandum response in opposition to Plaintiffs' Steering Committees' ("PSC") "Motion for Leave to File First Supplemental Witness List" (Rec. Doc. 2626). The United States objects and request that the Court deny PSC's motion to supplement its witness list to add the following additional witnesses:

Gulf Stream Coach, Inc. ("GSC"):

1. Don Freiberger;
2. Karen Freiberger; and
3. Don Shaffer

Fluor Enterprises, Inc ("FEI").:

1. Robert Duckworth;
2. Richard Sober;
3. Jerry Gurney; and
4. Chuck Berger.[1]

---

[1]   The United States does not object to PSC's request to amend and add two FEMA employee Mr. Stanley Larson and Mr. Michael Harder. Both of these witnesses are listed on the

The United States objects to PSC belated request to amend their and add GSC and FEI employees as witnesses. The United States is cognizant of the fact that PSC alleges that these are newly identified witnesses. However, PSC failure to identify the GSC witnesses in a timely manner is unacceptable given that general discovery commenced on December 15, 2008. As to the newly identified FEI employees, PSC was aware that FEI was a potential defendant last summer when it deposed FEI corporate representatives for purposes of resolving their request for class action status, yet PSC waited until late this Spring to make FEI a defendant. Most significantly, FEI recently filed a motion to continue the trial and PSC objecting urging the Court to maintain and arguing that they were ready for trial. Nevertheless, now PSC asserts that it is necessary to add these newly identified witnesses. Given the late date, compressed time schedule, and inability of the United States to meaningfully conduct any further discovery and at the same time prepare for trial, the United States respectfully request that the Court deny PSC's Motion.

Alternatively, in the event that the Court's agrees with PSC and allows them to amend their witness list, the United States request that the Court continue the trial to a later date so that the United States can conduct additional discovery, and amend and determine whether these witness require the United States to amend and alter its witness and exhibit list.

## CONCLUSION

For all these reasons the United States requests that the Court deny PSC's motion to the

---

United States' witness list and PSC cross-designated Government witnesses. Accordingly, these witnesses were identified in a timely manner by PSC. Furthermore, consistent with the Court's instruction regarding any further depositions, pursuant to agreement of parties, the PSC will depose these FEMA employee on Thursday, August 20, 2009.

2

extent it seeks to add addition GSC and FEI witnesses.

| | |
|---|---|
| Dated: August 18, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No: (202) 616-4223<br>E-mail: Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

　　　　　　　　　　　　　　　　　　　　　　//S// *Henry T. Miller*
　　　　　　　　　　　　　　　　　　　　　　HENRY T. MILLER (D.C. Bar No. 411885)