UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | |
|---|---|
| IN RE: FEMA TRAILER<br>FORMALDEHYDE<br>PRODUCT LIABILITY LITIGATION | MDL NO. 1873<br><br>SECTION N-5<br>JUDGE ENGELHARDT<br>MAG. JUDGE CHASEZ |

**This Document Relates to:**
*Age, et. al. v. Gulf Stream Coach, Inc., et al.* No. 09-2892
*Alana Alexander, individually and OBO minor Christopher Cooper*

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**DEFENDANT UNITED STATES OF AMERICA'S RESPONSE
TO "MOTION FOR LEAVE TO FILE FIRST SUPPLEMENTAL
EXHIBIT LIST"  (Doc. Rec. 2627)**

Defendant United States of America ("United States") hereby submits response in opposition to Plaintiffs' Steering Committees' ("PSC") Motion for Leave to File First Supplemental Exhibit List  (Rec. Doc. 2627).  The United States objects and request that the Court deny PSC's request to amend its Exhibit List.  The documents PSC seeks to add to its Exhibit List are recently produced documents by Fluor Enterprises, Inc.  The United States is cognizant of the fact that as PSC alleges these are all documents recently produced by FEI, Significantly, the primary reason that these documents are being produce at this late date, is that FEI was not made a Defendant in this action by PSC until late this Spring.  As previously note, FEI recently filed a motion to continue the trial and PSC objected and urged the Court to maintain the September 14, 2009, trial date arguing that they were ready and prepared for trial – requiring no further discovery.  Nevertheless, now PSC apparently asserts that to prove its claims it requires these additional FEI documents.  Given the late date, compressed time schedule, and inability of the United States to meaningfully assess these document or conduct necessary

discovery of FEI regarding these documents, and at the same time prepare for trial, the United States respectfully request that the Court deny PSC's Motion.

The United States recognizes that what it request may appear harsht, but PSC sought to maintain the September 14, 2009, trial date, and in urging the Court to maintain that date represented that it was ready for trial and required no further discovery.   Alternatively, in the event that the Court's agrees with PSC and allows them to amend their exhibit list, the United States respectfully request that the Court continue the trial to a later date so that the United States can conduct additional discovery, and determine whether these documents and materials require the United States to amend and alter its witness and exhibit lists.

## CONCLUSION

For all these reasons the United States requests that the Court deny PSC's motion.

| | |
|---|---|
| Dated:  August 18, 2009 | Respectfully Submitted, |
| TONY WEST<br>Assistant Attorney General, Civil Division | ADAM BAIN<br>Senior Trial Counsel |
| J. PATRICK GLYNN<br>Director, Torts Branch, Civil Division | ADAM DINNELL<br>MICHELE GREIF<br>JONATHAN WALDRON |
| DAVID S. FISHBACK<br>Assistant Director | Trial Attorneys |
| | //S// *Henry T. Miller*<br>HENRY T. MILLER (D.C. Bar No. 411885) |
| OF COUNSEL:<br>JORDAN FRIED<br>Associate Chief Counsel | Senior Trial Counsel<br>United States Department of Justice<br>Civil Division – Torts Branch<br>P.O. Box 340, Ben Franklin Station |
| JANICE WILLIAM-JONES<br>Trial Attorney<br>FEMA/DHS<br>Department of Homeland Security<br>Washington, D.C. 20472 | Washington, D.C. 20004<br>Telephone No:  (202) 616-4223<br>E-mail:  Henry.Miller@USDOJ.Gov<br><br>Attorneys for the United States of America |

## CERTIFICATE OF SERVICE

     I hereby certify that on August 18, 2009, the foregoing document was filed via the U.S. District Court's CM/ECF electronic filing system and a copy thereof was served upon Liaison Counsel.

                                        *//S// Henry T. Miller*
                                        HENRY T. MILLER (D.C. Bar No. 411885)