MINUTE ENTRY
ENGELHARDT, J.
August 18, 2009

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                   MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

                                                           SECTION "N" (4)

THIS DOCUMENT RELATES TO ALL CASES

A jury charge conference was conducted on Tuesday, August 18, 2009, at 8:45 a.m. Participating were Gerald E. Meunier, Justin I. Woods, Andrew D. Weinstock, Joe Glass, Timothy D. Scandurro, M. David Kurtz, Henry T. Miller, Charles R. Penot, Jr., Adam M. Dinnell and Anthony G. Buzbee

JS10(4:10)