UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                              MDL NO. 07-1873
       FORMALDEHYDE PRODUCTS
       LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

**IT IS ORDERED** that the **Ex Parte Motion of Fluor Enterprises, Inc. [to File] a Memorandum in Excess of Local Page Limit (Rec. Doc. 2731)** is **DENIED.** The Court sees no reason, and was provided no reason, why it is necessary or helpful for the memorandum on this single issue to exceed the 25-page limit. Accordingly,

**IT IS FURTHER ORDERED** that **Fluor Enterprises, Inc.'s Motion for Summary Judgment Based on the Government Contractor Defense (Rec. Doc. 2732)** is **STRICKEN** from the record.

**IT IS FINALLY ORDERED** that a motion on this issue which complies with the 25-page limitation shall be filed on or before **Friday, August 21, 2009 at noon**.

New Orleans, Louisiana, this 19th day of August, 2009.

                                           _____
                                           **KURT D. ENGELHARDT**
                                           **UNITED STATES DISTRICT JUDGE**