```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA

IN RE: FEMA TRAILER                          MDL ACTION
FORMALDEHYDE PRODUCTS
LIABILITY LITIGATION                         NUMBER: 07-1873

                                             SECTION: "N"(5)
```

ORDER ON MOTION
AUGUST 18, 2009

APPEARANCES:

MOTION:

(1) Fleetwood's Motion to Order the IME of Trinia Debuclet (Rec. doc. 2372).

_____ :   Continued to

\_\_1\_\_ :   No Opposition

_____ :   Opposition

_____ :   Local Rules 37.1E, 33.2, 36.1, 7.6E

ORDERED

__1__    :    Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

_____ :    Granted.

_____ :    Denied.

_____ :    Other.

                                             ALMA L. CHASEZ
                                  UNITED STATES MAGISTRATE JUDGE