UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | | |
|---|---|---|---|
| IN RE: | FEMA TRAILER | * | 07-md-1873 |
| | FORMALDEHYDE | * | |
| | PRODUCTS LIABILITY | * | |
| | LITIGATION | * | SECTION: N(5) |
| | | * | |
| | | * | JUDGE: ENGELHARDT |
| | | * | |
| | | * | MAG: CHASEZ |

This document is related to:
*Charlie Age, et al. v. Gulf Stream Coach, Inc., et al., No. 09-2892*

*****************************************************************************

**FLUOR ENTERPRISES INC.'S RESPONSE TO PLAINTIFF'S MOTION AND MEMORANDUM TO SUPPLEMENT WITNESS AND EXHIBIT LIST**

NOW INTO COURT, through undersigned counsel comes defendant, Fluor Enterprises, Inc., ("FEI"), pursuant to Court Order (Doc. 2703), who responds to Plaintiffs Motion and Memorandum in Support to file First Supplemental Witness List filed on August 13, 2009 (Rec. Doc. 2626). FEI does not object to the filing of Plaintiff's Motion and Memorandum in Suppot to file a First Supplemental Exhibit List (Rec. Docs. 2627-23).

FEI opposes the following witnesses listed on Plaintiffs' First Supplemental Witness List because these witnesses were not timely identified by Plaintiffs:

Gulf Stream Coach: Don Frieberger, Karen Frieberger and Don Shaffer. United States Government: Steven Larsen and Michael Harder.

FEI does not oppose plaintiffs' listing of the following additional witnesses:

Fluor Enterprises, Inc: Robert Duckworth, Richard Sober, Jerry Gurney and Chuck Berger.

Respectfully submitted,

**MIDDLEBERG, RIDDLE & GIANNA**

BY: _____/s/ Charles R. Penot_____
Charles R. Penot, Jr. (La. Bar No. 1530 &
Tx. Bar No. 24062455)
717 North Harwood, Suite 2400
Dallas, Texas 75201
Tel: (214) 220-6334; Fax: (214) 220-6807
cpenot@midrid.com

-and

Dominic J. Gianna, La. Bar No. 6063
Sarah A. Lowman, La. Bar No. 18311
201 St. Charles Avenue, Suite 3100
New Orleans, Louisiana 70170
Telephone: (504) 525-7200
Facsimile: (504) 581-5983
dgianna@midrid.com
slowman@midrid.com

-and-

Richard A. Sherburne, Jr., La. Bar No. 2106
450 Laurel Street, Suite 1101
Baton Rouge, Louisiana 70801
Telephone: (225) 381-7700
Facsimile: (225) 381-7730
rsherburne@midrid.com

**ATTORNEYS FOR FLUOR ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2009, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sends notice of electronic filing to all counsel of record, including court-appointed liaison counsel, who are CM/ECF participants.

                                            */s/Charles R. Penot*
                                            **CHARLES R. PENOT**

ND: 4825-3917-1332, v. 1