UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                     MDL NO. 07-1873
    FORMALDEHYDE PRODUCTS
    LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
ALL CASES

## ORDER

On August 18, 2009, the Court held a status conference in chambers to discuss the proposed jury instructions and verdict form. The following counsel were in attendance: Justin Woods, Jerry Meunier, Andy Weinstock, Dave Kurtz, Joe Glass, Tim Scandurro, Henry Miller, Adam Dinnell, Tony Buzbee, and Charles Penot. During the conference, the Court **ORDERED** as follows:

(1) **On or before Thursday, August 27, 2009**, the parties shall review the juror questionnaires and submit to the Court a list of potential jurors each claims should be challenged for cause. This list shall include a short explanation of the reason each individual is being challenged for cause.

(2) The August 31, 2009 deadline for amending the Master Complaint (See Rec. Doc. 1386) is **CONTINUED** to **Friday, October 2, 2009.**

New Orleans, Louisiana, this 19th day of August, 2009.

**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**