UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                          MDL NO. 07-1873
     FORMALDEHYDE PRODUCTS
     LIABILITY LITIGATION

                                                                         SECTION "N"  (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2892

## ORDER

**IT IS ORDERED** that **Ex Parte Motion for Leave to Amend Motion for Summary Judgment 2732 (Rec. Doc. 2735)** is **DENIED** as the motion as Rec. Doc. 2732 has been stricken from the record per Rec. Doc. 2756.

New Orleans, Louisiana, this 19th day of August, 2009.

                                                   **KURT D. ENGELHARDT**
                                                   **UNITED STATES DISTRICT JUDGE**