UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In Re: FEMA TRAILER                               MDL NO. 07-1873
      FORMALDEHYDE PRODUCTS
      LIABILITY LITIGATION

SECTION "N" (5)

THIS DOCUMENT RELATES TO
Member Case No. 09-2977

## ORDER

**IT IS ORDERED** that the **Motion for Expedited Hearing by the Plaintiff on Opposed Motion for Extension of Time to File a Reply Brief (Rec. Doc. 2737)** is **GRANTED.** As indicated to the parties in a previous email from the Court, **IT IS FURTHER ORDERED** that Plaintiffs are allowed until **Monday, August 24, 2009** to file a response to Shaw's Motion for Summary Judgment (Rec. Doc. 2581).

       New Orleans, Louisiana, this 19th day of August, 2009.

                                             _____
                                             **KURT D. ENGELHARDT**
                                             **UNITED STATES DISTRICT JUDGE**