UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5)<br><br>JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**EX PARTE MOTION AND ORDER TO ENROLL AS**
**<u>ADDITIONAL COUNSEL OF RECORD</u>**

**NOW INTO COURT**, through undersigned counsel, comes defendant, CH2M Hill Constructors, Inc. ("CH2M HILL"), and, with a full reservation of rights, moves this Honorable Court for an Order allowing Sandra Varnado (La. Bar #30775) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, to be enrolled as additional counsel of record for CH2M HILL.  Danny G. Shaw shall remain enrolled as trial attorney, and Gerardo R. Barrios and Wade M. Bass shall remain enrolled as counsel of record for CH2M HILL.

1

**WHEREFORE**, defendant CH2M Hill Constructors, Inc., requests this Honorable Court to enter an Order enrolling Sandra Varnado (La. Bar #30775) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, as additional counsel of record for CH2M HILL.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.


  /s/ Wade M. Bass
Danny G. Shaw (Bar No. 11977)
Gerardo R. Barrios (Bar No. 21223)
Wade M. Bass (Bar No. 29081)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, LA  70471
Telephone: (985) 819-8400
Facsimile:  (985) 819-8484
dshaw@bakerdonelson.com
gbarrios@bakerdonelson.com
wbass@bakerdonelson.com

**ATTORNEYS FOR
CH2M HILL CONSTRUCTORS, INC.**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this the 19th day of August, 2009, a copy of the foregoing has been forwarded to all counsel of record using the CM/ECF system and/or, as appropriate, via facsimile, electronic mail, or United States Mail, postage pre-paid, and properly addressed.

  /s/ Wade M. Bass