## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  FEMA TRAILER<br>FORMALDEHYDE PRODUCTS<br>LIABILITY LITIGATION | MDL NO. 07-1873<br><br>SECTION N(5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAGISTRATE CHASEZ |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record filed

by CH2M Hill Constructors, Inc.

**IT IS HEREBY ORDERED** that Sandra Varnado (La. Bar #30775) of the law firm of

Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be enrolled as additional counsel of

record for defendant, CH2M HILL, in the captioned proceeding.

New Orleans, Louisiana, this the _____ day of August, 2009.


_____
JUDGE