UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: FEMA TRAILER | MDL NO. 1873 |
| FORMALDEHYDE PRODUCTS | |
| LIABILITY LITIGATION | |
| | SECTION "N" (4) |
| THIS DOCUMENT RELATES TO: | |
| *Elizabeth Melton, et al. v. Clearspring Conversions, Inc.,et al.*, | |
| No. 09-4446 | |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL UNDER
FEDERAL RULE 41(a)(1)(a)(I)**

Now into Court, through undersigned counsel, come plaintiffs herein who, pursuant to the provisions of Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, and based upon the representations of counsel for **Clearspring Conversions, Inc.** that this defendant is bankrupt and has been administratively dissolved, as reflected in the attached docket sheet for the Chapter 7 bankruptcy proceedings in the United States Bankruptcy Court in the Northern District of Indiana, Docket No. 08-11496 (Exhibit 1) and the Current Information data from the Indiana Secretary of State (Exhibit 2), hereby give notice of Named Plaintiffs' voluntary dismissal of all claims asserted within the Eastern District of Louisiana against **Clearspring Conversions, Inc.** in the above-

1

entitled suit previously filed in these proceedings.

        Respectfully submitted,

        LAW OFFICES OF SIDNEY D. TORRES, III,
        *A PROFESSIONAL LAW CORPORATION*

        By:     s/ Roberta L. Burns
        SIDNEY D. TORRES, III, La. Bar No. 12869
        ROBERTA L. BURNS, La. Bar No. 14945
        DAVID C. JARRELL, La. Bar No. 30907
        8301 West Judge Perez Drive, Suite 303
        Chalmette, LA 70043
        Telephone: (504) 271-8421
        Facsimile: (504) 271-1961
        **Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of August, 2009, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all counsel of record who are non-CM/ECF participants.

                                                 s/ Roberta L. Burns
                                                 ROBERTA L. BURNS