**EXHIBIT 2**

Name Searched On:
CLEAR CONVERSION (Legal)

## Current Information

Entity Legal Name:
CLEARSPRING CONVERSIONS INC

Entity Address:
968 HARLASH ST., KENDALLVILLE, IN 46795

General Entity Information:

Control Number: 2003040800487
Status: Admin Dissolved
Entity Type: For-Profit Domestic Corporation

Entity Creation Date: 4/7/2003
Entity Date to Expire:
Entity Inactive Date: 11/13/2008

There are no other names on file for this Entity.

Additional Services Available:
This Business Entity is not eligible to receive a Certificate of Existence/Authorization.

**View additional information for the entity,** including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).**

**Generate Copies of Business Entity Documents.**

**Request Information Printouts or Certificates.** There is no fee to place an order; however, you will be billed for any statutory fees associated with your order.
View fee schedule View turn around time

(NEW SEARCH)
If you encounter technical difficulties while using these services, please contact the *accessIndiana* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Todd Rokita's Business Services Division at 317-232-6576.

« Back to the SOS Web site