UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTOINE PRINCE, SR., and SANDRA** | * | **CIVIL ACTION NO.:  09-3922** |
| **PRINCE MADISON on behalf of** | * | |
| **HATTIE PRINCE** | * | **SECTION:  N** |
| | * | |
| **Plaintiffs,** | * | **MAGISTRATE: 5** |
| | * | |
| versus | * | |
| | * | |
| **LIBERTY INSURANCE CORP. a/k/a** | * | |
| **LIBERTY MUTUAL GROUP, INC. and** | * | |
| **FLUOR ENTERPRISES, INC.** | * | |
| | * | |
| **Defendants.** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Liberty Insurance Corporation, incorrectly named as "Liberty Insurance Corporation, also known as Liberty Mutual Group", as an alleged insurer of R-Vision, Inc., appearing herein through LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, files this its Notice of Appearance, and respectfully requests that all notices given or required to be served in this proceeding also be served upon the following counsel:

-1-

KRISTOPHER M. REDMANN, La. Bar #18397
LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990

This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana.  Further, this filing does not constitute a waiver of any rights, including but not limited to, the right to a trial by jury in any matter.

Respectfully submitted,

*s/ Kristopher T. Wilson*
**KRISTOPHER T. WILSON, T.A., La. Bar #23978**
**RALPH S. HUBBARD III, La. Bar #7040**
**KRISTOPHER M. REDMANN, La. Bar #18397**
**ANNE E. BRIARD, La. Bar #29102**
**LUGENBUHL,  WHEATON,  PECK,  RANKIN &
    HUBBARD**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  (504) 568-1990
**Attorneys for Liberty Insurance Corporation**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2009 a copy of the foregoing **NOTICE OF APPEARANCE** was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel by operation of the court's electronic filing system.  I also certify that I have mailed by United States Postal Service, this filing to the following non-CM/ECF participants:  No manual participants.

*s/ Kristopher T. Wilson*
Kristopher T. Wilson, La. Bar No. 23978