UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * * * * | MDL NO. 1873 |
| | | SECTION "N-4" |
| | | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | | MAG. JUDGE CHASEZ |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892 | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF ALEXANDER'S SUPPLEMENTAL RESPONSE TO GULF STREAM'S FIRST INTERROGATORIES**

Plaintiff, Alana M. Alexander supplements her responses to Defendant Gulf Stream Coach, Inc.'s First Interrogatories.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone: 504/522-2304
Facsimile: 504/528-9973
gmeunier@gainsben.com

1

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS'
STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
ROBERT BECNEL
DENNIS REICH
MIKAL WATTS, Texas # 20981820

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 2nd day of July, 2009.

s/Anthony G. Buzbee
Anthony G. Buzbee

2

## INTERROGATORIES

6. In connection with this litigation, have you, your attorney, or any representative acting on your behalf, obtained statements regarding any information pertinent to your lawsuit from any individuals, and if so, please indicate if the statements are written, recorded or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

**RESPONSE:** Yes. See below (Note: 11, 12, 13 were not taken by Plaintiff or her counsel, but are included in an abundance of caution.)

|    | Name | Date | Address | Substance | Possession | Format |
|----|------|------|---------|-----------|------------|--------|
| 1  | Ronald Dheave | June 09 | Mishawaka, IN | Former Gulf Stream contractor, delivery of formaldehyde-containing material provided to Gulf Stream | " | " |
| 2  | Don Shaffer | July 09 | South Bend, IN | Former Gulf Stream employee, working conditions, ailments | Plaintiff's counsel | Video |
| 3  | Karen Freiberger | July 09 | South Bend, IN | " | " | " |
| 4  | Donn Freiberger | July 09 | South Bend, IN | " | " | " |
| 5  | Alan Davis | June 09 | Rolling Prarie, IN | " | " | " |
| 6  | Patrick McCray | June 09 | Napannee, IN | " | " | " |
| 7  | Luis Rolon | June 09 | Napannee, IN | " | " | " |
| 8  | Jim Kolar | June 09 | Argos, IN | " | " | " |
| 9  | Mike Urbanski | July 09 | Dowagiac, MI | " | " | " |
| 10 | Daryl Dunlap | July 09 | South Bend, IN | " | " | " |
| 11 | Lynda Esperanza | July 08 | Knox, IN | http://atlantis2.cbsnews.com/video/watch/?id=4243040n | Public | " |
| 12 | Terry Slone | August 08 | Knox, IN | http://atlantis2.cbsnews.com/video/watch/?id=2819654n | " | " |
| 13 | Tommy Gilbert or Yager | July 08 | Arlington, Texas | http://atlantis2.cbsnews.com/video/watch/?id=4243040n | " | " |

11. Please state the name, address and telephone number of each individual you will or may call to testify at the trial of this matter, including all expert witnesses, whether medical or technical; also, please state the nature and subject of the testimony which is expected to be given by each and every individual referred to in this interrogatory.

**RESPONSE:** In addition to earlier response, see above listed persons.

3

12.     Have you, your family member(s), your attorney, or any representative acting on your behalf ever spoken with any former or current person associated with or employee, officer, director, staff member, agent, representative, or affiliate of Gulf Stream Coach, Inc.?

**RESPONSE**: Yes.

13.     If you answer to Interrogatory No. 12 is in the affirmative, have you, your attorney, or any representative acting on your behalf, obtained statements from any person listed in Interrogatory No. 12 regarding any information pertinent to your lawsuit, and if so, please indicate if the statements are written, recorded, video, digitally recorded, or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

**RESPONSE**: See above.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION | * * * * | MDL NO. 1873 |
| | | SECTION "N-5" |
| | * * | JUDGE ENGELHARDT |
| THIS DOCUMENT RELATES TO | * * | MAG. JUDGE CHASEZ |
| *Charlie Age, et al v. Gulf Stream Coach Inc., et al*, Docket No. 09-2892; | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF COOPER'S SUPPLEMENTAL RESPONSE TO GULF STREAM'S FIRST INTERROGATORIES**

Plaintiff, Alana M. Alexander, o/b/o her minor child, Christopher J. Cooper, supplements her response to Defendant Gulf Stream Coach, Inc.'s First Interrogatories.

Respectfully submitted:

**FEMA TRAILER FORMALDEHYDE PRODUCT LIABILITY LITIGATION**

BY: s/Gerald E. Meunier
GERALD E. MEUNIER, #9471
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier &
Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:   504/522-2304
Facsimile:    504/528-9973
gmeunier@gainsben.com

1

s/Justin I. Woods
JUSTIN I. WOODS, #24713
**PLAINTIFFS' CO-LIAISON COUNSEL**
Gainsburgh, Benjamin, David, Meunier & Warshauer, L.L.C.
2800 Energy Centre, 1100 Poydras Street
New Orleans, Louisiana 70163
Telephone:    504/522-2304
Facsimile:    504/528-9973
jwoods@gainsben.com

**COURT-APPOINTED PLAINTIFFS' STEERING COMMITTEE**
ANTHONY BUZBEE, Texas # 24001820
RAUL BENCOMO, #2932
FRANK D'AMICO, #17519
MATT MORELAND, #24567
LINDA NELSON, #9938
MIKAL WATTS, Texas # 20981820
ROBERT BECNEL
DENNIS REICH

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above and foregoing Notice of Deposition upon all counsel of record by placing same in the United States mail, properly addressed and with first-class postage, or by facsimile or other electronic transmission this 2nd day of July, 2009.

s/Anthony G. Buzbee
Anthony G. Buzbee

2

## INTERROGATORIES

5.  In connection with this litigation, have you, your attorney, or any representative acting on your behalf, obtained statements regarding any information pertinent to your minor child's lawsuit from any individuals, and if so, please indicate if the statements are written, recorded or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

**RESPONSE**: Yes. See below. (Note: 11, 12, 13 were not taken by Plaintiff or her counsel, but are included in an abundance of caution.)

|    | Name | Date | Address | Substance | Possession | Format |
|----|------|------|---------|-----------|------------|--------|
| 1  | Ronald Dheave | June 09 | Mishawaka, IN | Former Gulf Stream contractor, delivery of formaldehyde-containing material provided to Gulf Stream | " | " |
| 2  | Don Shaffer | July 09 | South Bend, IN | Former Gulf Stream employee, working conditions, ailments | Plaintiff's counsel | Video |
| 3  | Karen Freiberger | July 09 | South Bend, IN | " | " | " |
| 4  | Donn Freiberger | July 09 | South Bend, IN | " | " | " |
| 5  | Alan Davis | June 09 | Rolling Prarie, IN | " | " | " |
| 6  | Patrick McCray | June 09 | Napannee, IN | " | " | " |
| 7  | Luis Rolon | June 09 | Napannee, IN | " | " | " |
| 8  | Jim Kolar | June 09 | Argos, IN | " | " | " |
| 9  | Mike Urbanski | July 09 | Dowagiac, MI | " | " | " |
| 10 | Daryl Dunlap | July 09 | South Bend, IN | " | " | " |
| 11 | Lynda Esperanza | July 08 | Knox, IN | http://atlantis2.cbsnews.com/video/watch/?id=4243040n | Public | " |
| 12 | Terry Slone | August 08 | Knox, IN | http://atlantis2.cbsnews.com/video/watch/?id=2819654n | " | " |
| 13 | Tommy Gilbert or Yager | July 08 | Arlington, Texas | http://atlantis2.cbsnews.com/video/watch/?id=4243040n | " | " |

10.  Please state the name, address and telephone number of each individual you will or may call to testify at the trial of this matter, including all expert witnesses, whether medical or technical; also, please state the nature and subject of the testimony which is expected to be given by each and every individual referred to in this interrogatory.

**RESPONSE**: In addition to earlier response, see also persons listed above.

11.  Have you, your family member(s), your attorney, or any representative acting on your minor child's behalf ever spoken with any former or current person associated with or employee, officer, director, staff member, agent, representative, or affiliate of Gulf Stream Coach, Inc.?

**RESPONSE**: Yes.

3

12.     If you answer to Interrogatory No. 11 is in the affirmative, have you, your attorney, or any representative acting on your behalf, obtained statements from any person listed in Interrogatory No. 12 regarding any information pertinent to your lawsuit, and if so, please indicate if the statements are written, recorded, video, digitally recorded, or oral, the dates of the statements, the names and addresses of the people from whom statements were obtained, the substance of the statements, and who has current possession of the statements.

**RESPONSE**: See above.