Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

## Date taken: June 29, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:    www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

Page 120

1          MR.   HILLIARD:

2                Thank you.

3          THE WITNESS:

4                I'm trying to remember exactly

5     what he said, it has been a while, you know.

6                He basically told us, you know,

7     the odors and the smell that we encountered

8     when we first got in the trailer was

9     possibly formaldehyde and that information

10    wasn't given prior to moving into the

11    trailer, and if you had any of the itchy,

12    watery eyes, felt a burning sensation when

13    you went into the trailer, scratchiness in

14    the nose, that that was all symptoms of

15    inhaling the formaldehyde.

16    EXAMINATION BY MR. GLASS:

17         Q.   Did he describe the odors for you?

18         A.   No, he didn't describe the odors.

19         Q.   When he said "odors and smells,"

20    was there any discussion about what odors

21    and what smells?

22         A.   No, when he said "odors and

23    smells," anybody who was in a trailer knew

24    what he was talking about.

25         Q.   Well, you were in a trailer, what

Page 121

1    smell or what odor -- how would you describe

2    it?

3          A.   I would describe it as a chemical

4    smell, like plastic chemicals-like smell.

5          Q.   Did you take any biology classes

6    when you were in high school?

7          A.   Typically, biology classes, but I

8    was an EMT.

9          Q.   I'll get into your work history in

10   a moment, but when you were doing the

11   biology class or an EMT, were you around

12   formaldehyde?

13         A.   Not to my recollection, n.

14         Q.   Did you ever dissect a frog?

15         A.   Yes, I did.  We did a frog and we

16   did a pig.

17         Q.   Do you remember any smells

18   associated those two instances when you were

19   dissecting the frog or the pig?

20         A.   Yes, I do.

21         Q.   Do you associate those smells with

22   what you smelled in the trailer?

23         A.   I would say not a strong smell.

24         Q.   I'm confused by that answer a

25   little bit.  Is it your testimony that it