Transcript of the Testimony of
# Videotaped Deposition of Alana Alexander

**Date taken: June 29, 2009**

**In Re: FEMA Trailer Formaldehyde Products Liability Litigation**

***\*\*Note\*\****
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com.**
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

Page 120

 1        MR.   HILLIARD:

 2             Thank you.

 3        THE WITNESS:

 4             I'm trying to remember exactly

 5   what he said, it has been a while, you know.

 6             He basically told us, you know,

 7   the odors and the smell that we encountered

 8   when we first got in the trailer was

 9   possibly formaldehyde and that information

10   wasn't given prior to moving into the

11   trailer, and if you had any of the itchy,

12   watery eyes, felt a burning sensation when

13   you went into the trailer, scratchiness in

14   the nose, that that was all symptoms of

15   inhaling the formaldehyde.

16   EXAMINATION BY MR. GLASS:

17        Q.   Did he describe the odors for you?

18        A.   No, he didn't describe the odors.

19        Q.   When he said "odors and smells,"

20   was there any discussion about what odors

21   and what smells?

22        A.    No, when he said "odors and

23   smells," anybody who was in a trailer knew

24   what he was talking about.

25        Q.   Well, you were in a trailer, what

Page 121

1    smell or what odor -- how would you describe

2    it?

3          A.    I would describe it as a chemical

4    smell, like plastic chemicals-like smell.

5          Q.    Did you take any biology classes

6    when you were in high school?

7          A.    Typically, biology classes, but I

8    was an EMT.

9          Q.    I'll get into your work history in

10   a moment, but when you were doing the

11   biology class or an EMT, were you around

12   formaldehyde?

13         A.    Not to my recollection, no.

14         Q.    Did you ever dissect a frog?

15         A.    Yes, I did.  We did a frog and we

16   did a pig.

17         Q.    Do you remember any smells

18   associated those two instances when you were

19   dissecting the frog or the pig?

20         A.    Yes, I do.

21         Q.    Do you associate those smells with

22   what you smelled in the trailer?

23         A.    I would say not a strong sense.

24         Q.    I'm confused by that answer a

25   little bit.  Is it your testimony that it

Page 164

```
 1        A.    Yes.

 2        Q.    Who came out to see you?

 3        A.    I'm not sure.  I don't remember

 4    what the lady's name was.

 5        Q.    Who was she with?

 6        A.    I think she was with Gulf Stream.

 7    She said she was with the trailer people.

 8        Q.    Okay.  What did she tell you?

 9        A.    She explained how to hook up the

10    propane tanks and everything.  She told us

11    how to use the stove, how to use the

12    microwave and everything, and she showed us

13    around.  She said the smell that we were

14    smelling was because the trailer was new and

15    had been closed up and to just air the

16    trailer out.

17              Like I say, when we first got

18    there, nobody was there.  So I pointed out

19    to her that the panel in the main bedroom

20    had buckled.  She told me that was because

21    it was held by tape, and because of the

22    humidity in New Orleans, that the tape had

23    come loose and to put duct tape on it.

24        Q.    Did you raise any issues with her

25    about the condition of the trailer?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alana Alexander

Page 190

1    leak initially happened, when I called them,

2    they were out the next day.

3        Q.   How many times did you have to

4    call them regarding the leak?

5        A.   I called them -- you talking about

6    the first time?

7        Q.   No, in --

8        A.   All?  Probably twice.

9        Q.   Why didn't you call if it was

10   still leaking?

11       A.   Because initially when they put

12   the caulking up there, it did stop the leak.

13   Because when he put it up, he told my momma,

14   it will probably leak again.

15            And I would say by the time it

16   started leaking again, I called and I don't

17   remember if they came out the second time.

18   Because that was around close to the time

19   when we were actually about to move out.

20       Q.   When did you move out?

21       A.   We moved out in December of 2007.

22       Q.   Why did you move out?

23       A.   Because I had started hearing

24   about the effects that -- I found out that

25   the odor we were initially smelling was

Page 195

1       A.    Yes.

2       Q.    Did you keep the stove,

3   refrigerator and microwave manuals?

4       A.    Yes.

5       Q.    Do you still have those?

6       A.    No, everything I had I gave to

7   them.

8       Q.    You gave to your attorneys?

9       A.    Yes.

10       Q.    Did you receive documentation

11   through the mail or any other source while

12   you were living in the trailer concerning

13   issues with the trailer?

14       A.    They came out with saying there

15   was a problem with the keys because it was

16   like everybody's key could pretty much open

17   everybody else's trailer.  So they came out

18   and changed the keys and gave me another

19   key.

20             We received something when the

21   formaldehyde stuff started coming out, a

22   possible flyer I got one time.  And he just

23   stuck it to the trailer.

24       Q.    Do you remember when you received

25   that flyer?

Page 196

```
 1        A.   As far as the day, I can't

 2   remember.

 3        Q.   Do you remember the contents of

 4   that flyer?

 5        A.   Not really.  I just know they made

 6   mention to the fact of the smell that we

 7   were smelling and the symptoms you would

 8   have in the trailer if you were smelling the

 9   formaldehyde.  Stuff like that.

10        Q.   Did they tell you what to do about

11   that?

12        A.   I can't say I specifically

13   remember what was written totally on there.

14        Q.   Did you read the flyer?

15        A.   Yes, I read the flyer.

16        Q.   Did you receive more than one

17   flyer regarding formaldehyde?

18        A.   I only received the one, like I

19   say, that was stuck to the trailer.

20        Q.   Were there any warnings on the

21   trailer when you first moved in?

22        A.   No.  Only about the propane.

23        Q.   Once you moved out of the trailer

24   in December of 2007, where did you go?

25        A.   I went by my sister's house at
```

Page 227

1    keys for the trailer?

2         A.    No.

3         Q.    That you're aware of?

4         A.    That I'm aware of, no.

5         Q.    Did anybody call to tell you that

6    they were going into the trailer between the

7    time you cleaned it and the time of the

8    test?

9         A.    No.

10         Q.    When you moved out of the trailer,

11    can you describe for me every item of damage

12    that you personally observed in the trailer?

13         A.    Okay.  There was the mold and

14    mildew in the closet, the panel was gone --

15    not gone, I'm sorry, but buckled, and it had

16    the tape on it.

17              The light fixture at that time had

18    started leaking again, because actually,

19    when I went in on one of those days to clean

20    it, it had leaked and the bed was soaked.

21    And also, the paneling under the bed, the

22    water had soaked through and it had gone all

23    the way through the bottom.

24              In the other room, there was more

25    mold on it, on the windows.  There was -- I

Page 228

```
 1    don't know how you say it, like a piece on

 2    the side of one of the chairs in there had

 3    fallen off during the time we was there.

 4              I'm walking through -- the panel

 5    had buckled, it was buckled in the bathroom,

 6    and it was mold and mildew on the windows

 7    where Erika and them was in the kitchen

 8    area.

 9        Q.    Anything else that you recall?

10    MR. HILLIARD:

11              Talking inside only right now?

12    MR. GLASS:

13              Inside or outside.

14    THE WITNESS:

15              I'm trying to think of anything

16    else inside.  Well, the heater still wasn't

17    working.

18              So you want all the damage that I

19    can think of that was wrong with the trailer

20    at the time we moved out?

21    EXAMINATION BY MR. GLASS:

22        Q.    At the time you moved out, yes,

23    ma'am.

24        A.    Okay.  I would say that was it as

25    far as inside.
```

Page 230

1          Somebody had put that on the

2  outside, but that had been there, I didn't

3  do that.

4      Q.   That was before you came -- when

5  you first came to the trailer, that was

6  already there?

7      A.   Yes, that was already there when I

8  first got there.

9      Q.   Where was that located?

10     A.   I want to say it was by a plug-in

11  area where you pull a cord out, you know,

12  there's a cord for the electrical plug that

13  you would plug into the main power.  And it

14  was in that general area there.

15     Q.   Did you ever have any problems

16  with, say, plumbing backing up or anything

17  like that?

18     A.   One time the toilet got plugged, I

19  mean, stopped up, but we plunged it and it

20  flowed.  And we had issues with mice getting

21  in.

22     Q.   You saw mice in the trailer?

23     A.   Oh, yes.

24     Q.   When did you first see mice in the

25  trailer?

Page 231

```
 1        A.   I would say -- in 2006 -- I would

 2   say in that 2006-2007, they would get in

 3   from time to time.

 4        Q.   So you think it was before

 5   Christmas the first year you were in the

 6   trailer that you first saw some mice?

 7        A.   I'm not sure exactly, but I know

 8   the mice were there.

 9        Q.   You saw more than one mouse?

10        A.   Oh, yeah.

11        Q.   Once you first saw a mouse, did

12   you continuously see them after that time?

13        A.   Off and on, yes.

14        Q.   Until the time you left?

15        A.   No, until I went up under the

16   trailer and plugged up all the holes that

17   were up underneath the trailer.

18        Q.   Jack-of-all-trades.

19        A.   Can't live with mice.  Not in that

20   little box.

21        Q.   So you went under the trailer and

22   put in some steel wool?

23        A.   I went in and I put in steel wool,

24   and after I placed the steel wool, I got the

25   foaming insulation and sprayed over the
```

Page 232

```
 1    steel wool, and then I took duct tape and
 2    taped over that.
 3         Q.   What type of insulation did you
 4    spray?
 5         A.   The canned one where you spray it
 6    and it expands and fills the cracks.  I
 7    don't remember the name brand.
 8         Q.   Once you were finished, nothing
 9    was getting in there?
10         A.   Nothing can get in there after
11    that.
12         Q.   Do you remember when you did that?
13         A.   Say again?
14         Q.   Do you remember when you plugged
15    up all those holes?
16         A.   I don't know exactly when, I know
17    it was in -- the weather had changed and it
18    was warmer.
19         Q.   So you think it was in the
20    springtime?
21         A.   It probably was, I would say the
22    springtime.
23         Q.   Springtime of 2007?
24         A.   Yeah, 2007.
25         Q.   You said the panel was loose with
```

Page 233

```
 1    the tape.  Is that the one in the bedroom

 2    you're talking about?

 3         A.   Yes.

 4         Q.   And then you later said the panel

 5    in the bathroom?

 6         A.   Yes.

 7         Q.   What happened with the panel in

 8    the bathroom?

 9         A.   It basically did the same thing

10    that the other one did.

11         Q.   And you duct taped that as well?

12         A.   Yes.

13         Q.   When you were in the bedroom, did

14    you feel any kind of breeze coming through

15    from the paneling or was it just panels

16    coming off?

17         A.   I felt some breeze and the cold.

18    You could feel the cold coming through.

19         Q.   Would the same be true for the

20    bathroom, you could feel some cold coming

21    through?

22         A.   Some slight -- a slight breeze.

23         Q.   You said a piece on the chair

24    started coming up.  Are you talking about

25    the bench?
```

Page 286

1    1619 Mirabeau Avenue was $1100 on this thing

2    that you faxed in, correct?

3         A.   Yes.

4         Q.   All right.  You were asked earlier

5    about airing out the trailer, ventilating

6    the trailer?

7         A.   Yes.

8         Q.   Is it correct that from the first

9    day that you moved into the trailer that you

10   tried to air it out and ventilate it?

11        A.   Yes.

12        Q.   You opened the door and windows to

13   ventilate the trailer?

14        A.   Yes.

15        Q.   And you did that from day one when

16   you arrived until day whatever when you

17   moved out of the unit; is that right?

18        A.   No.

19        Q.   No?  When did you stop venting out

20   the trailer?

21        A.   When we would walk in and you

22   wouldn't smell it.

23        Q.   Okay.  So for the first couple of

24   months you lived in the unit, you tried to

25   ventilate it as much as possible?

Page 305

```
 1        Q.    Do you know why?

 2        A.    He returned the check because he

 3   did not live at 4415 Dale Street, so he gave

 4   the check back.

 5        Q.    Do you remember there being an

 6   issue with your FEMA application where you

 7   may have answered a question incorrectly?

 8        A.    Yes.  It had to do with the

 9   address.  I'm not exactly -- I don't

10   remember exactly what it was right now.  But

11   I did write letters to them often to try to

12   explain the mistake that was made.

13        Q.    Did you call them often?

14        A.    As often as I could.  Pretty much

15   every day.

16        Q.    And you knew FEMA's telephone

17   number, right?

18        A.    It was programmed into my phone.

19        Q.    And you knew the address where you

20   should send letters?

21        A.    The address at the time, the

22   address and a fax number.

23        Q.    Do you remember your cell phone

24   number at the time?

25        A.    It has always been the same,
```

Page 311

1        Q.    And you said that you talked about

2   those odors and smells with a person who was

3   there with you in the unit; is that correct?

4        A.    Yes.

5        Q.    And that was somebody who was

6   walking you through the unit for the first

7   time?

8        A.    Yes.

9        Q.    After that conversation, did you

10   ever call anyone about the odors or smells?

11        A.    No.

12        Q.    Do you remember there being a

13   telephone number listed inside of the unit?

14        A.    Not in the unit, I think it was in

15   the book.

16        Q.    There was a number you understood

17   to be a number for maintenance calls?

18        A.    Yes.

19        Q.    Okay.  And you never called that

20   maintenance number about odors or smells?

21        A.    No.

22        Q.    In addition, there's a separate

23   FEMA phone number that you knew about to

24   call about getting assistance from FEMA,

25   right?

Page 312

1      A.   Yes.

2      Q.   Did you ever call FEMA about any

3  odors or smells in the unit?

4      A.   No.

5      Q.   I will ask a slightly different

6  question now, and I think I know your answer

7  because you said you first heard about

8  formaldehyde in December of 2007.  That's

9  what you said?

10     A.   Yes.

11     Q.   So you would have never made any

12  complaints specifically about formaldehyde

13  to anyone on that maintenance phone number,

14  right?

15     A.   Correct.

16     Q.   And you've never made any

17  formaldehyde complaints to FEMA using the

18  FEMA telephone number?

19     A.   That's correct.

20     Q.   Did you ever visit the FEMA Web

21  site?

22     A.   I probably did.

23     Q.   For what purpose, do you remember?

24     A.   Sometimes it was -- well, now,

25  this was prior to me getting the trailer

Page 322

1        Q.    Okay.  Do you know if this is one

2    of the documents that was stuck on the

3    outside of your unit?

4        A.    I really can't say yes or no.

5        Q.    When you received whatever it was

6    that you received about formaldehyde in

7    travel trailers stuck to your unit, do you

8    remember what it told you?

9        A.    It told me basically about that

10   the irritant -- irritating eyes and

11   everything could possibly be one -- some of

12   the symptoms that you get and it's because

13   of the formaldehyde in the trailer.

14            And that the -- that if somebody

15   already had respiratory or asthmatic

16   problems, that it would either make it more

17   severe or cause them to have more problems,

18   and the fact that you could get some other

19   skin-irritating diseases from it and

20   possibly long-term effects of cancer and

21   stuff maybe.

22       Q.    Do you remember it saying anything

23   about if you have problems, go see a doctor?

24       A.    I don't remember that part.

25       Q.    Do you remember it saying anything

Page 323

```
 1    about to reduce any levels of formaldehyde

 2    in the unit, you should ventilate the unit?

 3         A.   I would say probably yes.

 4         Q.   And from the first day you moved

 5    into this unit, you ventilated the unit,

 6    correct?

 7         A.   Yes, yes.

 8         Q.   Let's take a look at a document

 9    that was referenced earlier as a part of

10    your Plaintiff Fact Sheet.  I'm going to

11    attach it separately as Exhibit 28.

12              Do you remember seeing this

13    document earlier during today's deposition?

14         A.   Yes.

15         Q.   And Exhibit 28 is entitled "Claim

16    for Damage, Injury or Death," correct?

17         A.   Yes.

18         Q.   Now, on the first page of

19    Exhibit 28, down at the bottom, that's not

20    your signature, right?

21         A.   No, it's not.

22         Q.   The signature looks like it's the

23    signature of Justin Woods, right?

24         A.   Correct.

25         Q.   Did you authorize Justin Woods to
```

Page 329

```
 1    before or after.  I really don't.

 2        Q.   About the wall panel in the unit.

 3        A.   Okay.

 4        Q.   You discussed that with somebody

 5    as you were first walking through the unit

 6    for the first time?

 7        A.   Yes.

 8        Q.   While you were doing your

 9    walk-through?

10        A.   Yes.

11        Q.   And there was a discussion about

12    duct taping the wall?

13        A.   Yes.

14        Q.   Was this with the same person that

15    you were talking to about the odors in the

16    unit?

17        A.   Yes.

18        Q.   Did you ever call anyone about the

19    wall panel?

20        A.   No.

21        Q.   Okay.  You didn't call the

22    maintenance number that you had --

23        A.   No.

24        Q.   You didn't call the maintenance

25    number that you had about the wall panel?
```

Page 330

1

2      A.    No.

3      Q.    And you didn't call the FEMA

4    number about that wall panel, correct?

5      A.    No.

6      Q.    If I said that you first learned

7    of formaldehyde in trailers from a friend,

8    would that be correct?

9      A.    No.

10      Q.    And just to clarify, your son had

11    asthma before Hurricane Katrina, right?

12      A.    Yes.

13      Q.    And he still has asthma today?

14      A.    Yes.

15      Q.    Your son had sinus problems before

16    Hurricane Katrina?

17      A.    No.

18      Q.    No?

19      A.    (Witness shakes head negatively.)

20      Q.    No sinus problems before Hurricane

21    Katrina?

22      A.    No, just the asthma.

23      Q.    Does he have sinus problems now?

24      A.    If you mean sinus as far as

25    allergies, yes.

Page 362

1      Q.    And you were in your trailer?

2      A.    I was in the trailer.  Actually,

3   Donna called me.  It was late at night and

4   she said, You heard that there is a tornado

5   headed our way?"

6            So I immediately left and went

7   next door by my momma's house.

8      Q.    Did you ever write letters to FEMA

9   or the maintenance people about issues

10  regarding the trailer?

11     A.    No.

12     Q.    Did you ever send e-mails to

13  people about maintenance on the FEMA

14  trailer?

15     A.    No.

16     Q.    Did you ever complain about the

17  mold to the maintenance contractor?

18     A.    No.

19     Q.    Would it be fair to say that the

20  mold did not show up until after the leaks?

21     A.    I would have to say yes.

22     Q.    Tell me first, the first time you

23  noticed the leak?

24     A.    I was sleeping in my bed and it

25  started dripping on my forehead.