UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: FEMA TRAILER FORMALDEHYDE PRODUCTS LIABILITY LITIGATION | MDL NO. 07-1873 SECTION N(5) |
| | JUDGE ENGLEHARDT |
| THIS DOCUMENT RELATES TO: ALL CASES | MAGISTRATE CHASEZ |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Ex Parte Motion to Enroll Additional Counsel of Record filed by CH2M Hill Constructors, Inc.

**IT IS HEREBY ORDERED** that Sandra Varnado (La. Bar #30775) of the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be enrolled as additional counsel of record for defendant, CH2M HILL, in the captioned proceeding.

New Orleans, Louisiana, this the  20th   day of August, 2009.

_____
JUDGE