Transcript of the Testimony of
# Videotaped Deposition of Alexis Mallet, Jr.

## Date taken: July 17, 2009

## In Re: FEMA Trailer Formaldehyde Products Liability Litigation

## **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
**Phone:   504-529-5255**
**Fax:   504-529-5257**
**Email:   reporters@psrdocs.com**
**Internet:   www.psrdocs.com**

Page 22

1    long break where we go through the file.

2         MR. DERHAM:

3              I don't want to walk out of here

4    with four boxes of stuff, I can tell you

5    that.

6    EXAMINATION BY MR. DERHAM:

7         Q    All right.  Let's go to your CV

8    first, if you don't mind.  Do you have that

9    there in front of you?

10        A    Yes, sir.

11        Q    Okay.  It looks like you have New

12   Iberia Senior High School, and you got a

13   Bachelor of Arts from USL, and your degree

14   is in -- Is it political science?

15        A    Yes, sir.

16        Q    Okay.  I thought I saw somewhere

17   in one of your papers, it was prelaw,

18   political science.  Is that actually what it

19   was called?

20        A    The sub-category was prelaw.

21        Q    Okay.  So there are different

22   branches of political science?

23        A    I guess it was a specific branch

24   of political science --

25        Q    Okay.

Case 2:07-md-01873-KDE-MBN   Document 2776-2   Filed 08/20/09   Page 3 of 60

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 25

1      Q     What type of construction does it

2   do?

3      A     Now, it doesn't do very much.   We

4   have distinction between two companies.

5   Royal does commercial construction, and our

6   First General company deals mostly with

7   insurance companies and defective

8   construction type construction work.   We

9   focus more on that now than any type of new

10  construction.

11     Q     And is that -- What was the name

12  of that company?

13     A     First General Services.

14     Q     First General Services.   Did you

15  start that business?

16     A     Yes, sir.

17     Q     When did you start that business?

18     A     1985.

19     Q     And you said that company is more

20  involved in handling basically repairs,

21  claims, estimates, appraisals, rebuilding

22  for insurance claims?

23     A     Yes, sir.

24     Q     Okay.   Is there a particular

25  insurance company that it's affiliated with

Page 27

1      Q      How many employees does First

2   General Services have?

3      A      Only three or four.

4      Q      So when it does work -- Does First

5   General Services actually do construction

6   and rebuild?

7      A      Yes, sir.  Right.  We have a set

8   of subcontractors that we use --

9      Q      That's what I was going to ask.

10     A      -- exclusively.

11     Q      Okay.

12     A      Some of them only work for us.

13     Q      So it operates more in the

14   capacity of a general contractor?

15     A      Yes, sir.

16     Q      On rebuild and repair type jobs?

17     A      Yes, sir.

18     Q      And what about Royal Construction,

19   how many employees does that have?

20     A      The same.  The same.  We act as

21   generals.

22     Q      I'm sorry.  But how many

23   employees?  Is it the same three or four?

24     A      Yes.

25     Q      Is it same three or four that are

Page 28

1    First General Services?

2         A    Yes.  The only distinction is

3    non-insurance or non-defective construction

4    versus new general construction projects.

5         Q    Royal Construction does primarily

6    new construction?

7         A    New or renovation, non-insurance.

8         Q    Okay.  And who are the three or

9    four employees of -- You said it's the same

10   three or four, correct?

11        A    Yes.

12        Q    Who are the three or four besides

13   yourself?

14        A    Dalton Toups, Charlene Stroud,

15   Jennifer Porter, and then we have a couple

16   of part-time people that just work for us

17   every now and again.

18        Q    And what does Dalton Toups do?

19        A    He's a construction supervisor.

20        Q    And what does Charlene Stroud do?

21        A    She's my sister and she bosses me

22   around most of the time.

23        Q    Is she administrative?

24        A    Yes, she runs the office.

25        Q    Okay.  And what about Jennifer

Page 29

1    Porter?

2         A    She's an assistant.

3         Q    To your sister?

4         A    To both of us.

5         Q    So she's administrative?

6         A    Yes, administrative.  And then

7    myself.

8         Q    Okay.  And the group of

9    subcontractors that you said you use

10   exclusively, is it the same set of

11   subcontractors used by First General

12   Services as Royal Construction?

13        A    For the most part.

14        Q    Okay.

15        A    We interchange with another set of

16   subs that we use on larger projects, only

17   because of their capacity to perform the

18   work.

19        Q    Okay.  And do you sub out for

20   either of those companies all phases of the

21   work that's going to be done for any

22   particular project?

23        A    Most of the time, except for the

24   restoration work, we will hire cleaning

25   people directly.

Page 30

1      Q     Okay.

2      A     Like on the fire projects or mold

3   remediation work.

4      Q     Okay.  I see in, I guess, Page 7

5   of your CV, you're a licensed state general

6   contractor in Louisiana?

7      A     Yes, sir.

8      Q     As well as a licensed residential

9   building contractor in Louisiana?

10     A     Yes, sir.

11     Q     You're a licensed real estate

12   agent?

13     A     Yes, sir.  Dormant.

14     Q     Dormant?

15     A     Dormant.

16     Q     Okay.  You're a licensed state

17   mold remediation contractor?

18     A     Yes, sir.

19     Q     And a licensed Manufactured

20   Housing Commission/manufactured housing

21   installer --

22     A     Yes, sir.

23     Q     -- for the State of Louisiana?

24   Have any of those licenses ever been subject

25   to suspension or revocation or any kind of

Page 31

```
 1      investigative action or anything like that?

 2          A    One was technically revoked for a

 3      short period of time when they failed to

 4      realize that we had multiple companies

 5      listed on the insurance policy.  They, I

 6      guess, technically revoked our license until

 7      we said, "Look at the bottom.  All of the

 8      companies are listed."

 9          Q    Which one had a revocation put on

10      it?

11          A    I couldn't really tell you.  I

12      don't know.  I don't know which policy --

13      which company shows up first on the policy.

14          Q    Okay.  So it was more of an

15      administrative error on the Board's part?

16          A    Only administrative, correct.

17          Q    Okay.  You said your real estate

18      agent license is dormant.  Are the other

19      licenses I went over all still active and

20      current?

21          A    Yes, they are.

22          Q    Okay.  What is it that you

23      specifically call yourself, I guess, if I

24      asked you what you do?

25          A    I guess I'm head of the
```

Page 32

```
 1    administration of the company.  I do the --
 2    I oversee all of our projects.  I do
 3    inspection, perform inspections.  I work on
 4    insurance claims, estimating, identifying
 5    problems or areas of issues on insurance
 6    claims, provide scope of damages.
 7        Q    Do you -- I'm sorry.  I didn't
 8    mean to cut you off.
 9        A    I think that's very general in
10    what I do.
11        Q    Okay.  I understand what you're
12    saying.  I guess what I'm asking is do you
13    consider yourself any particular, you know,
14    type of profession?
15        MR. PINEDO:
16            Objection, form.
17    EXAMINATION BY MR. DERHAM:
18        Q    You know what I'm saying?  You
19    know, some people would, you know, "I'm an
20    engineer," "I'm a lawyer," "I'm a doctor."
21    Do you consider yourself to be sort of
22    categorized into any particular professional
23    group?
24        MR. PINEDO:
25            Objection, form.  You can go ahead
```

Page 33

1    and answer, if that's possible.

2         THE WITNESS:

3              Other than a general contractor, a

4    construction consultant.

5    EXAMINATION BY MR. DERHAM:

6         Q    Okay.  You are not -- You don't

7    have any training or expertise as a medical

8    doctor?

9         A    No, sir.

10        Q    Or as a chemist?

11        A    No, sir.

12        Q    Or a toxicologist?

13        A    No, sir.

14        Q    Or an architect?

15        A    No, sir.

16        Q    An engineer?

17        A    No, sir.

18        Q    Industrial hygiene, industrial

19   hygienist?

20        A    No, sir.

21        Q    Indoor air quality?

22        A    I have training in that.

23        Q    Okay.  Are you certified as an

24   indoor air quality specialist?

25        A    Indoor air quality remediator,

Page 34

1    supervisor.

2        Q    Is there a certification that you

3    can have as an indoor air quality

4    specialist?

5        A    Yes, sir.

6        Q    Do you have that?

7        A    No, sir.

8        Q    And you are -- When I said

9    engineering earlier, that covers everything.

10   You're not an industrial engineer, correct?

11       A    Correct.

12       Q    Any kind of engineer, mechanical

13   engineer, civil engineer?

14       A    Correct.

15       Q    Okay.  You don't have any

16   expertise in psychology, correct?

17       A    No, sir.

18       Q    Okay.  You don't have any

19   expertise in -- Okay.  I asked you that.  Do

20   you know what field or fields of expertise

21   you are being offered for in this case?

22       A    I have not been asked --

23       Q    Okay.

24       A    -- or told.

25       Q    Okay.  What field or fields do you

Page 35

```
 1    consider yourself to be an expert in?

 2         MR. PINEDO:

 3              Objection.  Asked and answered.

 4         MR. DERHAM:

 5              I didn't ask him that.

 6         THE WITNESS:

 7              General construction, estimating,

 8    various types of construction defects and

 9    failures, and remediation.

10    EXAMINATION BY MR. DERHAM:

11         Q    Is that mold remediation or any

12    kind?

13         A    Excluding toxic materials or

14    hazardous materials.  Building science,

15    thermography.

16         Q    Thermography?

17         A    Yes, sir.

18         MR. LAMBERT:

19              Al, you need to speak up just a

20    little bit.

21    EXAMINATION BY MR. DERHAM:

22         Q    I know you have been told that

23    before.

24         A    Never mind him.

25         Q    Thermography.  Anything else?
```

Page 36

1       A     I think that's the main fields.

2       Q     Okay.  What is building science?

3       A     That's the study of the

4  relationship between buildings and air,

5  moisture and temperature.

6       Q     The study of the relationships --

7       A     Between buildings and air,

8  moisture and temperature.

9       Q     Between buildings, air, moisture

10  and temperature?

11       A     Yes, sir.

12       Q     Okay.  Is there a body that gives

13  us this definition or is this sort of, you

14  know, what would commonly be accepted as a

15  definition of what a building scientist

16  does?

17       A     I don't know that answer.

18       Q     Okay.  Is there any kind of -- Is

19  there any kind of national board of

20  licensure to be a building scientist?

21       A     Not that I'm aware of.

22       Q     Or any kind of national

23  accreditation or national certification

24  program for a building scientist?

25       A     Not that I'm aware of.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 37

1        Q     Is there any kind of Louisiana

2    state accreditation or licensure or

3    certification you can get as a building

4    scientist?

5        A     No.

6        Q     So you can't be a licensed

7    building scientist or a certified building

8    scientist?

9        A     Not that I'm aware of.

10       Q     Okay.  Is there anything you have

11   to do to maintain your status as an expert

12   in building science?  Is there any kind

13   of -- Do you understand that?

14       A     Yes.

15       Q     Okay.

16       A     Actually, it's just the ongoing

17   study of the relationship or the effects of

18   temperature, moisture and air as it relates

19   to buildings, whether it's identifying

20   moisture-related problems with a building,

21   if it deals with air infiltration, if it

22   deals with actual bulk water, if it's a

23   temperature issue.  It's just the whole body

24   of those relationships.  So dealing with

25   water, dealing with air, dealing with

Page 38

1    temperature or moisture vapor.

2         Q     Is there any kind of continuing

3    education requirements or anything like that

4    to maintain your status as a building

5    scientist?

6         A     No, other than just general

7    courses or conferences, seminars that you

8    can attend to expand on the knowledge of

9    those relationships.

10        Q     Do you have to be licensed or

11   certified to design an HVAC system in the

12   State of Louisiana for use, you know, in a

13   residence or a building or anything?

14        A     Not a residence.

15        Q     What about a commercial building?

16        A     A commercial building.

17        Q     Okay.

18        A     I think it's over $50,000, you

19   have to have a license to do that.

20        Q     To design and install an HVAC

21   system?

22        A     Yes, sir.

23        Q     Okay.  There's no requirement, so

24   if I wanted to go build a house myself, a

25   2,000 square foot house, or let's just say a

Page 39

```
1    small house, an 800 square foot one-bedroom

2    condo and I wanted to put an HVAC system in,

3    if it didn't exceed $50,000, I could design

4    and install that myself?

5         A    Well, for yourself, it wouldn't

6    matter what the cost was.

7         Q    Okay.  So I could design and

8    install that myself?

9         A    Yes.

10        Q    Would I have to get a permit for

11   that?

12        A    Depending on your geographical

13   area, more than likely, yes.

14        Q    Okay.  And I wouldn't have to have

15   any kind of licensure or certification in

16   HVAC design or installation or engineering

17   to do that?

18        A    Not for yourself, no, sir.

19        Q    I was looking through the list

20   of -- You don't have any specialization or

21   certification in the design or installation

22   of HVAC systems, do you?

23        A    No, sir.

24        Q    Do you have any specialization or

25   expertise in the design of travel trailers?
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation            Videotaped Deposition of Alexis Mallet, Jr.

Page 40

1       A       In the design?  No, sir.

2       Q       You never designed one?

3       A       Not designed, no.

4       Q       You never built one?

5       A       Not from scratch.

6       Q       You built part of a travel

7   trailer?

8       A       We have handled numerous insurance

9   claims over the years dealing with travel

10  trailers.

11      Q       Okay.

12      A       I was involved with an RV

13  dealership some years back as a consultant

14  and assisted in all phases of that

15  operation.

16      Q       And describe that more in detail

17  for me.  When was that?

18      A       Probably about 12 or 14 years ago.

19      Q       Just describe it for me.

20      A       I consulted with a friend who owns

21  it, an RV dealership and a Ford dealership,

22  and just worked with her on all the facets

23  of the company.

24      Q       Okay.  And what specifically did

25  you do with regard to the design or

Page 44

1    repairs you can recall being involved in?

2         A    Yes.  The majority of them dealt

3    with some sort of accident.

4         Q    You mean like a towing accident or

5    something?

6         A    A towing accident or vehicle

7    running into a travel trailer and damaging

8    the --

9         Q    Like a casualty scenario?

10        A    A casualty.

11        Q    Okay.

12        A    Fire, doing the repairs as a

13   result of a fire.  We have handled a few

14   where trees, limbs have fallen and done

15   extensive damage to it.  I think we have

16   handled a few water-related losses.

17        Q    Like water intrusion?

18        A    Yes.

19        Q    Leaks?

20        A    Yes, leaks.  Right.

21        Q    Okay.  Do you consider yourself an

22   expert in the construction of travel

23   trailers?

24        A    No, sir.

25        Q    Do you consider yourself a

Page 45

1    warnings expert?

2         A     No, sir.

3         Q     Aside from this case, have you

4    ever been involved in any capacity in the

5    evaluation of a travel trailer in regard to

6    formaldehyde being an issue?

7         A     I have been asked previously, but

8    I don't think the attorneys took the case.

9         Q     So this is your first time?

10        A     Yes.

11        Q     What about any other type of

12   structure with regard to formaldehyde, have

13   you had any involvement in any other type of

14   structure aside from travel trailers where

15   formaldehyde was the reason or something you

16   were looking into or an issue involved?

17        A     In strictly litigation?

18        Q     Well, no, in any.

19        A     We have had over the years -- As a

20   matter of fact, we have a mobile home now

21   that there's complaints about formaldehyde

22   that we're getting ready to do some testing

23   on.

24        Q     Is that case in litigation?

25        A     No, it is not.  That's why I was

Page 46

1    asking you.  I didn't have any cases that I

2    have testified to regarding formaldehyde.

3         Q    Okay.  You have never been -- You

4    don't consider yourself an expert in

5    formaldehyde?

6         A    No, sir.

7         Q    Any kind of formaldehyde issues?

8         A    No, sir.

9         Q    Do you know the molecular formula

10   for formaldehyde?

11        A    HCHO?

12        Q    HCHO?

13        A    I think so.

14        Q    Besides the mobile home that you

15   said you're getting ready to do some work on

16   that has a formaldehyde issue and this

17   travel trailer case that we're here for

18   today, anything else, or are those the only

19   two?

20        A    Those are the only two.

21        Q    Okay.  Do you know the molecular

22   weight of formaldehyde?

23        A    No, I don't.

24        Q    Do you know the evaporation rate

25   of formaldehyde?

Page 47

1        A     No, sir, I don't.

2        Q     Turning to your list of trial

3   testimony and depositions -- Are you there?

4        A     Yes.

5        Q     What exhibit is that, No. 3?

6        A     Yes, sir.

7        Q     Oh, let me ask you, you're not an

8   expert in material science, are you?

9        A     No, sir.

10        Q     Okay.  Your list of testimonies,

11   is this everything you have ever done or is

12   this the past, you know, four or five years?

13        A     When we were asked originally a

14   few years ago to put together a list, we

15   just assembled that.  The time frame, I

16   couldn't tell you.

17        Q     You don't consider yourself an

18   expert in the design of HVAC systems, do

19   you?

20        A     No, sir.

21        Q     And these cases that you have

22   listed here, about three pages --

23        A     Yes, sir.

24        Q     -- do you know how many of those

25   cases you were retained on behalf of the

Page 49

1    EXAMINATION BY MR. DERHAM:

2        Q    Okay.  And what percentage of your

3    income would you say is derived from your

4    work as an expert or as a consultant in

5    matters in litigation?

6        A    I would say it's probably about

7    10 percent of First General's or less.  It

8    just varies from year to year.

9        Q    But it would average about

10   10 percent?

11       A    It would probably average less

12   than.

13       Q    Okay.  This list of cases that you

14   have here, do any of those cases involve a

15   travel trailer?

16       A    No, sir.

17       Q    You have never designed or

18   installed an HVAC system for a travel

19   trailer, correct?

20       A    No, sir.  Well, in some of our

21   repairs, we have.  Not as a new travel

22   trailer.

23       Q    You have repaired existing?

24       A    Yes, sir.

25       Q    Would that be for some of the ones

Page 50

1    that were damaged in these accidents, these

2    casualties?

3         A    Or fires, yes, sir, tree limbs.

4         Q    I'm sorry.  And that -- I'm sorry.

5    I didn't mean to interrupt.

6         A    I'm sorry.  Just tree limbs

7    falling on the top of a camper and damaging

8    the HVAC system that would have to be

9    repaired or replaced.

10        Q    Okay.  In the fashion that they

11   were originally designed and installed?

12        A    Yes, sir.

13        Q    You were just doing repairs on

14   them?

15        A    Yes, sir.

16        Q    Okay.  And I take it -- And I

17   apologize if this was covered.  I take it

18   that none of the cases you have provided

19   here under your list of testimony and

20   depositions involves any kind of

21   formaldehyde issues?

22        A    No, sir.

23        Q    Okay.  In how many cases that you

24   have listed on this list of testimony -- Of

25   which I think you said maybe about half of

Page 61

```
 1      A    Well, the other experts identified

 2   the presence of formaldehyde and what

 3   elements would affect the activity of

 4   off-gasses, off-gassing of formaldehyde.

 5          My job was to see what elements

 6   regarding the construction or function of

 7   the travel trailer that would contribute to

 8   the activation of formaldehyde based on what

 9   they said activates it and how did that work

10   in conjunction with the building and how the

11   various components with the building come

12   into play with that, of what they said was

13   occurring.

14      Q    Well, what experience do you have

15   in evaluating or determining what could

16   contribute to the activation of

17   formaldehyde?

18      A    Well, again, the other experts

19   identified what could activate the

20   formaldehyde.  What I did was to identify

21   how those elements could come in contact

22   with or interact with those products with

23   formaldehyde and how that interacted with

24   the travel trailer itself.

25      Q    So you don't personally have or
```

Page 62

```
 1    profess any expertise in the factors that

 2    actually activate or off-gas formaldehyde?

 3        A    No, sir.

 4        Q    Okay.

 5        A    I was asked to take the assessment

 6    of others and go forward with that.  For

 7    instance, they state that temperature and

 8    humidity activate formaldehyde, and from

 9    that point, I took it forward of the

10    components of the trailer and the function

11    of the trailer.

12        Q    You don't actually know in which

13    way temperature or humidity correlates with

14    formaldehyde activation or off-gassing, if

15    at all?

16        MR. LAMBERT:

17             Objection.

18        MR. PINEDO:

19             Objection, form.

20        THE WITNESS:

21             Well, the two factors --

22    EXAMINATION BY MR. DERHAM:

23        Q    Let me clear that up.  Other than

24    what you read from the other experts?

25        A    And from the research that I have
```

Page 63

1    had.

2         Q     For this case?

3         A     No, we have had some other

4    information on formaldehyde, because we deal

5    with a number of mobile home cases.

6         Q     Okay.

7         A     So dealing with the HUD

8    regulations and so forth, I'm quite aware of

9    what needs to be -- what the components have

10   to be to produce a manufactured house.  And

11   the information that they provided and that

12   I was aware of was temperature and humidity

13   interact with or activate the gases.

14        Q     Is it your belief that increased

15   humidity increases the off-gassing of

16   formaldehyde?

17        A     That's my understanding.

18        Q     And that understanding is based on

19   what?

20        A     Well, on data that I have and the

21   data provided by the experts in that field.

22        Q     And I take it you would defer to

23   them in terms of the actual mechanisms that

24   make that occur?

25        A     That's correct.  My knowledge is

Page 64

1    that temperature and humidity are causes for

2    activation or assist in the activation of

3    formaldehyde.  Beyond that, I have no

4    involvement in that end of this litigation.

5         Q    Okay.  So you don't know, for

6    example, how increased humidity would

7    increase off-gassing of formaldehyde?

8         MR. PINEDO:

9              Objection, form.

10   EXAMINATION BY MR. DERHAM:

11        Q    Go ahead.

12        A    Well, I do to some extent, but I

13   wouldn't profess to state that that's what I

14   would testify to.  I know that interaction

15   with moisture releases the formaldehyde gas,

16   but that's just a general understanding.  I

17   have no knowledge of how that interworking

18   occurs.

19        Q    That's what I was going to ask.

20   The actual mechanism or why increased

21   humidity, if at all, increases off-gassing

22   takes place?

23        A    No, sir.  And that was not my

24   involvement.

25        Q    Okay.  Back to your invoice that

Page 91

1    EXAMINATION BY MR. DERHAM:

2        Q    Okay.

3        A    When I'm told "air testing,"

4    usually it means taking samples of air.

5    That's why I was asking.

6        Q    And that's what I'm referring to.

7        A    No, sir, I'm not aware he took any

8    air samples.

9        MR. PINEDO:

10            Mr. LaGrange didn't take any air

11    samples.

12       MR. DERHAM:

13            Was it Mr. Ritter?  Someone told

14    us they did in their deposition.  Maybe it

15    was Mr. Ritter.  The depositions will speak

16    for themselves.

17       MR. PINEDO:

18            Indeed.

19    EXAMINATION BY MR. DERHAM:

20       Q    Okay.  But, correct, you didn't do

21    any of your own testing of any kind?

22       A    Well, I did test for air leakage,

23    the thermographic imaging.

24       Q    You did your own?

25       A    Yes.

Page 92

1       Q     Okay.  Did Mr. LaGrange also do

2   that?

3       A     I think he did.

4       Q     So you did yours independent of

5   his?  In other words, he didn't use yours

6   and you didn't use his?

7       A     No, sir.

8       Q     Okay.  Where did you do your

9   thermographic imaging?

10      A     In the trailer.

11      Q     Well, yeah.  Where in the trailer

12  specifically?

13      A     Well, all of the rooms of the

14  trailer.

15      Q     Okay.  And are there images of

16  that thermographic testing that you did?

17      A     Yes, sir.

18      Q     That was attached to your report?

19      A     Yes, sir.

20      Q     So you did thermographic imaging

21  in every room in the trailer?

22      A     Yes, sir.

23      Q     Okay.  Where in each room did you

24  do the testing?

25      A     At the wall/ceilings -- the walls

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 108

1    Q    Would you expect it to be fairly

2   typical of south Louisiana?

3    A    Yes, probably typical as when

4   Ms. Alexander lived in it.  It's pretty

5   constant.

6    Q    What about in the wall panel in

7   the bathroom, did you notice anything out of

8   the ordinary?

9    A    That one was closed and couldn't

10  really be opened for observation.

11   Q    Okay.  Under "Purpose and Scope"

12  on Page 8, you start off with a sentence, it

13  says, "It is not the purpose of our

14  investigation, inspection or observations to

15  render opinions regarding the presence or

16  the quantity of formaldehyde in the

17  Alexander temporary housing unit."

18        Did I read that correctly?

19   A    Yes, sir.

20   Q    Okay.  And there are numerous

21  areas of your report that you mentioned

22  "excessive formaldehyde," "elevated

23  formaldehyde."  Those are not determinations

24  that you made, that they were excessive or

25  elevated, correct?

Page 124

1       A     There was only that one that was

2    exposed, and there was very little of it

3    that the plywood actually was exposed.  The

4    rest of it, the insulation was stuck to the

5    back of it.

6            I mean, just knowledgeable of how

7    paneling is made, it would be made with an

8    adhesive, but are you asking is the back

9    sealed with an adhesive?

10      Q    I'm just wondering if you know if

11   the wall panels had any kind of adhesive on

12   the back of them?  If you don't know, you

13   don't know.

14      A     No, I don't know.

15      Q     I think what I would like to do is

16   jump to your conclusions that start on

17   Page 95, I think, or the bottom of -- Well,

18   I guess technically they start on the bottom

19   of Page 94, but it appears that your

20   conclusion No. 1 starts at the top of

21   Page 95.

22      A     Okay.

23      Q     Are you there?

24      A     Yes, sir.

25      Q     Okay.  You start -- Okay.  No. 1,

Page 125

1    your opinion starts with "the unsafe levels

2    of formaldehyde are partially a consequence

3    of the design of the travel trailer"?

4         A    Yes, sir.

5         Q    Do you know what materials inside

6    the Alexanders' unit contained formaldehyde?

7         A    I think based on Dr. Smulski's

8    report, I think he identified them.  I don't

9    recall off the top of my head.  I believe

10   the wall panels did, but I would have to

11   refer to his report.

12        Q    Do you know the quantity of

13   formaldehyde in any of the materials that

14   may have contained it?

15        A    No, sir.  Again, the statement

16   here, I'm not stating it's an unsafe level.

17   I'm taking from that point forward and

18   stating that here's how the interaction

19   occurred between the air, water -- air,

20   moisture and temperature and how it got to

21   that, how it got to that material.

22        Q    Okay.  And when you say "the

23   unsafe levels of formaldehyde," again,

24   that's not you making that determination?

25   That's just reciting what you saw or was

Page 126

1    told by another expert?

2         A    Correct.

3         Q    Okay.

4         A    And the reports that are in the

5    enclosure along with other data that I

6    reviewed, just repeating their or taking

7    their position in how the building affected

8    it.

9         Q    No. 2, "The vapor barrier on the

10   temporary housing unit was designed and

11   placed on the cold side of the exterior

12   wall."  And then you talk about studies

13   which have looked at this kind of

14   application.

15             What are the typical signs of

16   condensation in a wall cavity resulting from

17   this application of vinyl wall covering?

18        A    Actually, the problem with vinyl

19   wall covering being on the cold side is that

20   you can't tell the condensation occurring in

21   the system.

22             The wood and other cellulose-based

23   products can actually be decaying before you

24   would actually find the damage or the panels

25   would be deteriorating on the wall.

Page 127

1       Q     Were the wood studs behind the

2    wall panel that is popped out in the master

3    bedroom deteriorating?

4       A     No, they were not.

5       Q     The bathroom one you said was

6    closed, wasn't it?

7       A     The bathroom was sealed.

8       Q     Okay.  Do you know what the perm

9    rating was on the vinyl wall covering of the

10   unit?

11      A     I do not.  That information --

12   There is very little information that has

13   been provided to us on this particular

14   trailer.  But it appeared to be the vinyl

15   plastic, and if that's the case, then it

16   would have a very low perm rating.

17      Q     Okay.  But you don't know that?

18      A     I don't know that, but from my

19   experience of seeing these types of

20   coverings on the panels and Dr. Smulski's

21   identification of it being a vinyl type

22   gives indication that it would be a low perm

23   material.

24      Q     Did Dr. Smulski tell us what the

25   perm rating was?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 128

1       A     No, he didn't.  The only way we

2    could do that is by destructive testing, and

3    we were not -- I think Gulf States didn't

4    allow any of that to happen.  We could have

5    told that.  We would have been able to tell

6    that perm rating.

7       Q     You weren't able at any place in

8    the unit to see the back side of any of the

9    vinyl wall covering, correct?

10      MR. PINEDO:

11           Objection, form.

12      THE WITNESS:

13           No, sir.

14   EXAMINATION BY MR. DERHAM:

15      Q     Did you observe any blistering of

16   the vinyl wall covering anywhere in the

17   unit?  Do you know what I mean by that?

18      A     Yes, sir.  No.  And that typically

19   wouldn't be what I would see as an effect of

20   moisture intrusion into a wall system.

21      Q     Blistering?

22      A     On a vinyl wall, especially not a

23   structure that has been in commission such a

24   short time.

25      Q     You wouldn't expect if there was a

Page 129

```
 1   moisture intrusion problem for there to be

 2   areas where the vinyl wall covering was

 3   separating from the panels applied to it?

 4       A    Typically, I don't see that, no.

 5   We will see the wall deteriorate, just

 6   literally start to fall apart before we see

 7   any signs on the vinyl.

 8       Q    What about any mold or water

 9   stains on or apparent through any of the

10   vinyl wall covering?

11       A    We wouldn't see mold stains on

12   vinyl or water stains for certain through

13   the vinyl.  Especially if it had a low perm

14   rating, the water would not make it through

15   the vinyl.

16       Q    What about mold?

17       A    The mold, we would see -- If it

18   was there long enough, we would see, start

19   to see some indications of the by-product

20   from the mold, the waste from the mold, but

21   again, that usually is in an advanced state

22   of deterioration when we would start to see

23   that indication.

24       Q    How -- Were you done?

25       A    Yes, sir.
```

Page 130

1      Q     How long would that take?

2      A     Well, it's indeterminate.   It

3    depends on the amount of time and negative

4    air pressure or moisture that the panel is

5    exposed to.

6           Typically, we don't see these

7    things occur on very new buildings, in this

8    case, a structure that was not in commission

9    for very long, because the negative air

10    pressure is drawing in moisture in small

11    amounts in vapor form.

12           What happens with the

13    deterioration of building material is when

14    they're exposed to water, especially

15    continual wetting and drying, wetting and

16    drying, it starts off very slow, and then

17    increases in deterioration exponentially.

18      Q     Is it your opinion that it's

19    defective, per se, to have vinyl wall

20    covering in this unit?

21      A     With an air conditioning system

22    operating in that unit, yes.

23      Q     Do you know what the outside of

24    this unit was made of?

25      A     Aluminum.   Aluminum sheeting

Page 131

1    material, I believe it was.

2         Q    Are there any studies regarding

3    the application of vinyl wall covering in

4    travel trailers?

5         A    No, but there are numerous of

6    those with structures and mobile homes.  I'm

7    not aware of any with a travel trailer, but

8    the principles are the same.

9              Regardless of what the exterior

10   construction is, if it's constructed in this

11   fashion with a vapor barrier on the interior

12   of the wall, the results are the same,

13   whether I have brick, whether I have stucco,

14   vinyl siding, aluminum siding, wood.  The

15   results are the same.

16        Q    Is it your opinion that in the

17   negative pressure state or in a negative

18   pressure state, that this unit would draw

19   air in through the vinyl wall covering?

20        A    No, sir.

21        Q    Especially if it's a low perm

22   rating?

23        A    That's correct.  What would -- I'm

24   sorry.

25        Q    Well, I was going to say if it's a

Page 135

1      Q     Yes, I understand.

2      A     Yes, but not --

3      Q     I'm just talking about solely from

4   basically floor to ceiling of the wall and

5   wall covering, it's not going to get through

6   there?

7      A     No.

8      Q     It's got to find other places?

9      A     Yes, that's correct.

10     Q     Okay.

11     A     But that makes the situation even

12   more detrimental, because it can't dry out.

13   You see, from what I understand from

14   formaldehyde, it correlates, it tracks

15   parallel to all of the conditions that are

16   favorable for mold and mold growth, and we

17   deal with that almost on an everyday basis.

18            What I understand causes

19   activation of the formaldehyde gases is the

20   exact same thing, exact conditions, exact

21   building construction, means, methods,

22   materials that relates to the manifestation

23   of mold.

24     Q     Okay.  And you didn't find any

25   mold in what you were able to observe?

Page 136

1     A     Again, I saw probably about a two

2   square foot area of the back side of the

3   paneling, and that was about it.

4     Q     Okay.  So, "no"?

5     A     Sorry.  No.

6     Q     How much air was -- If we assume

7   this was in a negative pressure state, how

8   much air was having to be pulled in from the

9   outside into the unit as make-up air?

10    A     Let's see.  There was about -- I

11  think it's 246 cfm's.

12    Q     That's drawn in from the outside?

13    A     Yes.  Total.

14    Q     That's the heating and AC?

15    A     Yes.

16    Q     What about just the AC system?

17    A     Just the AC system was a total of

18  76 cubic feet per minute.

19    Q     Okay.  And that's what the duct

20  was leaking total, correct?

21    A     Totally, yes.

22    Q     Okay.  Now, part of that leaks to

23  the inside and part of that leaks to the

24  outside, correct?

25    A     Well, that's correct.

Page 145

1      Q    Do you know if this bathroom vent

2   was an airtight seal when it was down?

3      A    When we did it, no, I don't.

4      Q    In this negative pressure state,

5   are you able to tell us where the air was

6   being drawn in from?

7      A    No, because it's going -- Well,

8   yes and no.  By the thermography, we were

9   able to identify the areas of temperature

10  anomalies, which usually equates to the

11  ability for air to infiltrate in those

12  areas.

13           They're not sealed; therefore, you

14  have a movement of heat from the inside

15  to -- the outside to the inside.  That we

16  could quantify any particular area, no, we

17  couldn't, because we didn't do those

18  specific type tests.

19      Q    That's basically my question, was

20  did you do those tests to determine where

21  the air was coming from?

22      A    No.  I don't know that we could

23  have even performed those in that little

24  bitty -- in such a small area.

25      Q    Okay.  If you're pulling in this

Page 146

1    hot, humid air, would there be evidence of

2    mold at those areas?

3         A     No, especially if they're

4    concealed in the wall systems and the floor

5    systems and the ceiling.

6         Q     Well, would there be mold in those

7    cavities?

8         A     There could very well be.

9         Q     Okay.

10         A     But we weren't allowed to test for

11    mold either.  So what we have is the

12    limitations that were placed upon us in our

13    inspection.  We weren't able to do any

14    destructive testing.  We weren't able to do

15    any mold testing.  We were limited to

16    visual.

17         Q     Let's move on to your third

18    conclusion, "An effectively designed vapor

19    barrier was not placed on the exterior side

20    of the wall framing just below the exterior

21    skin of the housing unit."

22         A     Go ahead.

23         Q     You're referring to the underbelly

24    there, aren't you?  Is that what you're

25    talking about?

Page 147

1       A     Let me get to that.  I don't think

2    so, but let me -- No. 3?

3       Q     No. 3.

4       A     No, sir.

5       Q     What are you referring to there?

6       A     I'm referring to a vapor barrier

7    placed on the outside of the framing of the

8    exterior walls under the aluminum siding

9    or -- For lack of a better word, I will just

10   call it siding or sheeting for the envelope.

11      Q     At the bottom of the trailer?

12      A     No, sir, the walls.

13      Q     "On the exterior side" -- Oh, so

14   when you say "below the exterior skin,"

15   you're talking about -- Is this the same

16   as -- Is this just more elaboration on

17   No. 2?

18      A     It's an extension of -- No. 2

19   tells -- is telling us that the vapor

20   barrier is present.  It's just in the wrong

21   place.

22      Q     I got you.

23      A     No. 3 is telling us that it should

24   be on the opposite side of the wall --

25      Q     Okay.

Page 148

1        A       -- for it to be effective.

2        Q       I got you.  I thought that might

3   be a possibility, but with the word "below,"

4   I was thinking below versus on the interior

5   side of the skin or the exterior side of the

6   skin.

7        A       Yes, sir.

8        Q       You're still dealing in the

9   vertical plane?

10       A       Only in the vertical.

11       Q       Okay.  That's fine.  What would be

12   an effectively designed vapor barrier to be

13   placed on the exterior side of the wall

14   framing just below the exterior skin of the

15   housing unit on this type of travel trailer?

16       A       Something like a Tyvek air

17   barrier, moisture barrier.

18       Q       Did you see a Tyvek barrier out

19   there?

20       A       No, sir, I did not.

21       Q       Did you read Mr. Ritter's report?

22       A       Yes, I did.

23       Q       Okay.  You don't recall him saying

24   in his report that there was an opening

25   through the Tyvek barrier?

Page 152

```
 1        Q    Do you know if a Tyvek barrier is

 2   mandated or required in this type of travel

 3   trailer construction in the area where

 4   you're saying it should be?

 5        A    I have not seen the specifications

 6   for this trailer.  However, in all buildings

 7   utilized in this temperature zone or climate

 8   zone, a vapor barrier should be on the

 9   exterior side of the exterior walls.

10        Q    What about the climate zone in

11   Indiana?

12        A    Different.  Totally different.

13        Q    Let's go to No. 4.

14        A    In fact, most of the --

15        Q    I'm sorry.

16        A    I'm sorry.  Most of the problems

17   that I see with some of the travel trailers

18   we have dealt with and mobile homes

19   especially is they're built for the wrong

20   type of climate zone, and they send them

21   down here and expect them to operate the

22   same way that they do in frigid or cold

23   climates, and they don't.  Science doesn't

24   allow it to.

25             The physics remains the same.  The
```

Page 153

1    movement of the air is the opposite down

2    here than it is in the northern climates.

3    It's trying to escape from the inside in the

4    northern climates, and the vapor barrier,

5    the wallpaper vapor barrier is meant to keep

6    it from going into the wall systems, just

7    like the barrier on the outside down in the

8    hot, humid climates is made to keep it from

9    going into the wall systems, because that's

10   where the damage occurs, whether it's in the

11   cold climates or in the hot climates, the

12   damage occurs in the cavities where the

13   dewpoints are met.

14        Q    Let's go to No. 4, your conclusion

15   No. 4.

16        A    Yes, sir.

17        Q    "The designer of the temporary

18   housing unit failed to take into account the

19   intended use of their product."

20             And then you go on to explain sort

21   of your appreciation of what the housing

22   situation, I guess, was going to be after

23   the hurricanes?

24        A    Yes, sir.

25        Q    Is housing needs of those affected

Case 2:07-md-01873-KDE-MBN   Document 2776-2   Filed 08/20/09   Page 47 of 60

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Alexis Mallet, Jr.

Page 154

1    by the devastation that would last more than

2    just a few weeks or months, is that

3    something that a building scientist would

4    typically contemplate?

5        A     It would be something that someone

6    who's not blind or deaf could contemplate,

7    but especially someone who's in the

8    construction industry could contemplate, as

9    dealing with major catastrophes since --

10   really since Hurricane Audrey.  My daddy

11   stuck me on the roof when I was seven years

12   old.

13            The amount of devastation that was

14   evident after Hurricanes Katrina and Rita,

15   the number of houses, there were over

16   600,000 homes that were damaged or destroyed

17   after Hurricanes Katrina -- Katrina

18   especially.

19            There's no way, there is no

20   physical way, short of a miracle, that

21   people could get back into housing in this

22   area within a few months.  That is in

23   response to, I think, a statement by

24   Mr. Shea, who states that the units are not

25   made for long-term, but anyone who just

Page 155

1    witnessed the news would know that the

2    devastation was so wide -- It covered 90,000

3    square miles of land, 600,000 homes.  I

4    forgot how many other homes were damaged

5    beyond repair.  And there's no way to absorb

6    that many people into the marketplace and

7    find residency for them.

8              And as I explained further along

9    in the report, the shortage of materials

10   alone was incredible, the lack of Sheetrock,

11   the lack of insulation.

12             As a matter of fact, Gulf Stream

13   themselves experienced those types of

14   shortages and were not able to provide

15   according to the specifications they

16   originally sold the units under, and they

17   wrote a letter to FEMA stating that there

18   was a shortage of air conditioning units,

19   there was a shortage of paneling, a shortage

20   of flooring.

21        Q    This is after Katrina?

22        A    This was after Katrina, yes, sir.

23        Q    Okay.  This trailer was made in

24   December of 2004, though, right?

25        A    That's correct, but --

Page 157

1        Q      And I guess just to cut through

2   everything, what I'm really asking is, you

3   don't have any evidence or documents that

4   you have seen that would indicate that these

5   substitute materials were used in the

6   construction of this travel trailer unit in

7   December of 2004 because of shortages of

8   other supplies that would have otherwise

9   been specified?

10       A      No, sir, but it's irrelevant,

11  because --

12       Q      It's irrelevant?

13       A      It's irrelevant, because the issue

14  is whether it was short-term or long-term,

15  whether it was permanent or temporary.  As

16  Mr. Shea's position was, is that "we made

17  these for temporary housing.  They were

18  never meant to be lived in."

19              Well, if you look at the history

20  of catastrophic losses and the usage of

21  temporary housing units -- And by the way,

22  that was furnished by your all's own

23  expert -- that to expect that these units

24  were going to be lived in only a few weeks

25  or a few months is far beyond that which is

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                     Videotaped Deposition of Alexis Mallet, Jr.

Page 158

1    realistic, and one only needed to watch the

2    news to know that.  They didn't need to be a

3    contractor.  Especially someone who's in the

4    temporary housing business.  But certainly

5    from my standpoint, it doesn't take an

6    expert to know that it wasn't going to

7    happen in a week or months.

8        Q    Okay.  But again, you don't have

9    any evidence or documents that indicate that

10   for some reason in the construction of this

11   travel trailer unit in December of 2004

12   these substitute materials, for lack of a

13   better word, were used as opposed to ones

14   that otherwise would have been specified?

15       MR. PINEDO:

16           Objection.

17   EXAMINATION BY MR. DERHAM:

18       Q    That's just the question right

19   there.

20       MR. PINEDO:

21           Objection to the form.

22       THE WITNESS:

23           The answer is "no," and it's

24   really a moot point, because it's not the

25   reason for that item being included.

Page 159

```
 1    EXAMINATION BY MR. DERHAM:

 2         Q    Okay.  Well, I understand that,

 3    but I'm not asking if it's a moot point.

 4    I'm just asking if you have any evidence

 5    that says that happened with this trailer?

 6         A    No, sir.

 7         Q    Okay.  Let's go to -- Well, I

 8    guess while we're on that topic, what

 9    experience or expertise do you have in

10    determining a manufacturer's intended use of

11    a product?

12         A    I didn't have to go very far,

13    other than Mr. Shea's own statement to

14    Congress, I think, where he stated those

15    houses weren't meant for long-term usage.

16         Q    Have you ever manufactured

17    anything?

18         A    Well, every time we build a

19    building, we manufacture it.

20         Q    Have you ever manufactured tens of

21    thousands of something at once?

22         A    No, sir.

23         Q    Or designed a product to be

24    manufactured tens of thousands at once?

25         A    No, sir.
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 160

1       Q     Let's go to No. 5 on Page 96,

2   where you state that "the manufacturer knew

3   or should have known that the use of

4   formaldehyde-emitting materials would be a

5   problem for the occupants."

6             Do you see that?

7       A     Yes, sir.

8       Q     Okay.  What is your source for

9   that statement?

10      A     Well, the people who

11  manufacture -- The Gulf Stream people are

12  also in the mobile home manufacturing

13  industry, and they have known since actually

14  the 1970's or maybe earlier that

15  formaldehyde was an issue in mobile homes.

16            And, in fact, in 1986, I believe,

17  HUD passed regulations governing the

18  emittance of formaldehyde and made it part

19  of Part 3280, the manufactured housing

20  standards.

21            So the manufacturer, being in the

22  manufacturing of manufactured housing -- you

23  got all those "manufactured" down -- had to

24  be aware that those conditions existed and

25  that formaldehyde was an issue in smaller,

Page 161

1    closed type of buildings using those

2    products.

3         Q     Does HUD 3280 apply to travel

4    trailers?

5         A     It does now, I believe.

6         Q     Did it in December of 2004?

7         A     It doesn't.  However, the

8    awareness of the information, that they were

9    aware that these were issues, just because

10   it wasn't governed, they were aware, and I

11   think that's what it says, they "knew or

12   should have known," and my position is that

13   they knew.

14        Q     Does Gulf Stream manufacture

15   manufactured housing?

16        A     One of the sister companies does.

17   Gulf Stream, as I understand it, is the

18   travel trailer branch of another company,

19   and I can't remember the name right off,

20   that manufactures housing, manufactured

21   housing.

22        Q     In 2004, did HUD require the use

23   of low formaldehyde-emitting materials in

24   the construction of travel trailers?

25        A     No, HUD didn't govern travel

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

```
                                              Page 162
 1    trailers.

 2         Q    Did anything require the use of

 3    low formaldehyde-emitting materials in

 4    travel trailers in December, 2004?

 5         MR. PINEDO:

 6              Objection, form.

 7         MR. LAMBERT:

 8              Yes, vagueness.  "Anything."

 9    Common sense?  Science?

10    EXAMINATION BY MR. DERHAM:

11         Q    Anything.  Anything?

12         A    I'm sorry.  Could you repeat it?

13         Q    It's a vague question on purpose.

14         A    Can you repeat it?

15         Q    I'm just asking, is there anything

16    you know of that required the use of low

17    formaldehyde-emitting materials in the

18    construction of travel trailers in December

19    of 2004?

20         MR. PINEDO:

21              Objection, form.

22         MR. LAMBERT:

23              The same objection.

24    EXAMINATION BY MR. DERHAM:

25         Q    Any codes, any standards, any
```

Page 163

1    articles, any studies, any authorities?

2         A    No, there's no written standard

3    specifically stated regarding travel

4    trailers, but I think the procurement

5    document states that the manufacturer should

6    be producing products that are

7    environmentally -- Let's see.  How does it

8    say it?  Yes, regarding the environmental

9    living conditions necessary to provide

10   emergency housing.

11        Q    Do those specifications mention

12   anything about low formaldehyde-emitting

13   materials?

14        A    It says here "environmental."

15   "Environmental" takes care of everything

16   dealing with the indoor air quality.

17        Q    Aren't formaldehyde or low

18   formaldehyde-emitting materials permitted to

19   be used in the construction of all types of

20   buildings and structures?

21        A    That's correct.  However, in the

22   case of the travel trailers, we have a

23   disproportionate amount of material, that my

24   understanding from the experts increases

25   the -- the confines of the air space are

Page 164

1    smaller, therefore, the effects are

2    different.

3         Q    I think you said earlier you're

4    not qualified to say what levels of

5    formaldehyde would cause problems --

6         A    No, sir.

7         Q    -- in persons?

8         A    No, sir.  And I prefaced that just

9    now, that the experts say.

10        Q    Okay.  And just so we're clear,

11   the answer to my question is nothing in

12   those specifications you just read mentions

13   anything at all about formaldehyde?

14        A    No.  It didn't mention mold, it

15   didn't mention any other toxins, any other

16   kind of contaminants either.  It said

17   "environmental."

18        Q    The last sentence of that

19   conclusion says, "Even low amounts of

20   formaldehyde emissions from each of the

21   building products will create a higher

22   concentration of emissions in such a small

23   unit," correct?

24        A    I'm sorry.  Where are you?

25        Q    The last sentence of No. 5.  "Even

Page 165

1    low amounts," do you see that?

2        A    Yes, sir.  Again, that's based on

3    the opinions of the experts.

4        Q    Okay.  That's fine.  I can move

5    on.

6            So you didn't do any kind of

7    testing or conduct any formulas or anything

8    to make any of those kinds of calculations?

9        A    No, sir.  I merely took their

10   information --

11       Q    Okay.  You're -- I'm sorry.

12       A    -- as it related to the confines

13   of this trailer space and did calculations

14   based on average size homes, and the

15   quantity of materials of average size homes

16   to the quantity of materials in travel

17   trailers, you have disproportionate amount

18   of materials in the travel trailer based on

19   square footage.

20       Q    And you're reciting here what was

21   told to you or reported by the other

22   experts, Smulski and those guys?

23       A    Well, them and a number of

24   other -- I think even Lawrence Berkeley

25   reported that, Lawrence Berkeley Labs, when

Page 166

1    they did the testing.  That was part of

2    their conclusions.

3         Q    No. 6 conclusion says, "All of the

4    wall panels, ceiling panels, cabinets,

5    built-in furniture, floor sheeting and roof

6    sheeting are constructed with materials that

7    emitted formaldehyde," correct?

8         A    Yes, sir.

9         Q    Okay.  What is that based on?

10         A    I think Dr. Smulski's inspection

11    and report.

12         Q    Okay.  Do you know what in the

13    materials contains formaldehyde?

14    MR. PINEDO:

15         Objection, form.

16    THE WITNESS:

17         From my understanding, it's

18    typically the glue.

19    EXAMINATION BY MR. DERHAM:

20         Q    Okay.

21         A    But, you know, I don't know if

22    that's the only.

23         Q    Do you know what makes something a

24    low formaldehyde-emitting product versus one

25    that would not be?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 167

1        A     Well, the types of adhesive for

2    one.  You could use a phenol formaldehyde or

3    you can use a soy-based adhesive that

4    doesn't emit formaldehyde gases or it's

5    very, very low in the emissions or is absent

6    totally.

7        Q     And I guess is it the nature of

8    your opinion that because these all emit

9    formaldehyde, that somehow this formaldehyde

10   was put into the living space, or are you

11   just making the observation that simply all

12   these materials contain formaldehyde?

13   MR. PINEDO:

14            Objection, form.

15   THE WITNESS:

16            In the first paragraph, it's just

17   that the experts reported that those

18   materials were formaldehyde-emitting

19   materials.

20   EXAMINATION BY MR. DERHAM:

21       Q     Okay.  So you're not drawing a

22   further conclusion that this formaldehyde

23   that may have been in those materials is

24   going someplace or doing something in this

25   paragraph?  You're just making the

Page 168

```
1     observation that these materials were

2     manufactured with formaldehyde-containing

3     components?

4          A    Yes, sir.

5          Q    Okay.  Moving on to No. 7, "The

6     construction means, methods and materials

7     utilized in the unit contributed to the

8     elevated formaldehyde levels."

9               Do you see that?

10         A    Yes, sir.

11         Q    And that's based on what you got

12    from the other experts?

13         A    Well, that and my knowledge and

14    experience and background in how various

15    components of the buildings function.

16         Q    Well, I thought you -- I'm sorry.

17         A    Go ahead.

18         Q    Were you finished?

19         A    Yes, sir.  Ask the question.  I

20    will just continue.

21         Q    I thought you told us that you

22    weren't -- that you didn't have expertise in

23    determining the off-gassing, the activation

24    and off-gassing of formaldehyde in these

25    scenarios?
```