Page 170

1            I don't design structures, but I

2   can tell you when the structure itself is

3   not going to be sufficient.  I can't do the

4   calculations, but my experience is going to

5   allow me to identify, far better in my

6   experience than most engineers, what the

7   issues are going on.

8            I usually don't need engineers to

9   formulate an opinion.  I need engineers to

10   do calculations that I'm not qualified by

11   law to make.

12            When engineering calculations are

13   made, the State requires that I have a

14   license to make those.  I can't do that, so

15   I bring engineers in.  I choose not to buy

16   every instrument that there is to do testing

17   on buildings, so I bring people in like

18   Mr. LaGrange to do those.

19            My experience, my background, my

20   training, all of the education that I have

21   obtained over the years dealing with how

22   buildings react to moisture, to air, to

23   temperature, how they interact with one

24   another, that's where it takes over, from

25   that point, how does that gas, if what

Page 171

1     they're saying is accurate, that there's

2     off-gassing, then how does that gas get into

3     that trailer.

4              It's the same building science,

5     the same forensics analysis no matter what

6     type of structure it is.  The science is the

7     same.  The physics is the same.

8     EXAMINATION BY MR. DERHAM:

9          Q     Have you ever done any kind of

10    testing to determine how formaldehyde is

11    activated and off-gassed from building

12    products?

13         A     Have I done that?

14         Q     Yes.

15         A     No, sir.

16         Q     Have you done any testing to

17    determine or evaluate how formaldehyde that

18    may be off-gassed moves through the air or

19    through building materials?

20         A     Have I done what?

21         Q     Any kind of testing to determine

22    how formaldehyde that may be off-gassed

23    moves through the air or through building

24    materials?

25         A     I have not done -- And that would

Page 172

1    be a perm test, and I don't do perm tests.

2    However, I have had testing performed on

3    buildings, analyzed buildings and done

4    pressure and moisture surveys, thermographic

5    infrared surveys and analysis that tell me

6    how that gas, that moisture, whether it's

7    water in the vapor state, whether it's

8    formaldehyde, whether it's xylene, whether

9    it's some other type of gas or gaseous

10   material, can enter into the envelope of a

11   building.  That I have done repeatedly, time

12   and time and time again on numerous cases

13   and numerous files that are not involved in

14   litigation.

15         Q    But you have never done that

16   specifically for formaldehyde?

17         A    Well, the answer, again, is "no,"

18   because it's an ASTM that's done in a lab,

19   so that lab has to be qualified to do that.

20   I think it's a C94 test to test for the

21   permeability of a material.

22         Q    Why does increased humidity, in

23   your opinion, result in an increase in

24   off-gassing of formaldehyde, or do you feel

25   qualified to give that opinion?

Page 173

1      A     Well, I can tell you what I know.

2      Q     Well, do you feel that you're

3   qualified as an expert to give that opinion?

4      MR. LAMBERT:

5            What was the question again?

6      MR. PINEDO:

7            Objection to form.

8   EXAMINATION BY MR. DERHAM:

9      Q     It was what is it about increased

10  humidity levels that causes an increase in

11  the off-gassing of formaldehyde?

12           Do you feel you're qualified to

13  give that opinion?

14     MR. LAMBERT:

15           Based on experience?

16  EXAMINATION BY MR. DERHAM:

17     Q     Whatever would make you feel

18  qualified.  Or would you rely on other

19  specialists?

20     A     Well, I would rely on the other

21  specialists and the data that has been

22  provided, the other research information

23  that has been provided.

24     Q     Let me ask you this.  The second

25  part of that says that "the wall-to-floor

Page 175

1      Q     If air is coming in from the

2    outside, wouldn't it act to decrease any

3    concentrations of formaldehyde or whatever

4    else may be in the air on the inside?

5      A     No, not necessarily.

6      Q     Why not?

7      A     Well, because if you're bringing

8    in hot, humid air, you're exposing the

9    panels to increased amounts of moisture, and

10   as I understand it, again, from the experts,

11   that the more moisture the formaldehyde-

12   containing material is exposed to, the more

13   the activation of the material.

14          So if the gas was a steady state

15   and didn't change in volume and your air

16   changes or ventilation was steady state,

17   then that would have been a true statement.

18   But any increase in the volume of gas with

19   the steady state of air ventilation is not

20   going to -- that wouldn't hold true.

21     Q     Let's go to No. 8 on Page 96.  It

22   starts with "the air conditioning duct

23   system is not properly sealed" --

24     A     Yes, sir.

25     Q     -- "to prevent uncontrolled air

Page 176

1    leakage into the ceiling cavity and exterior

2    of the housing unit"?

3        A    Yes, sir.

4        Q    Okay.  Do you know what the

5    pressure classification of the AC ductwork

6    in this unit was?

7        A    The static pressure

8    classification?

9        Q    Yes.

10       A    No, I don't.  There's no

11   information provided on the duct system for

12   that.

13       Q    Do you know what -- I presume then

14   from that, you wouldn't know what allowable

15   leakage rates there are for ductworks for

16   this kind of system?

17       A    Well, actually, it's to be

18   airtight.  The manufacturer of the air

19   conditioning system requires that the duct

20   system be constructed airtight.  "Airtight"

21   then means no duct leakage.  Because of

22   the -- And it states it in the installation

23   instructions of the manual that duct leakage

24   will lead to problems with the building,

25   deterioration of the building because of

Page 183

```
 1      A     Correct.

 2      Q     What I'm saying is what tells you

 3  that they weren't properly sealed aside from

 4  the manufacturer's installations, in your

 5  opinion, saying they should be airtight?

 6  Are there any other --

 7      MR. PINEDO:

 8            Objection.

 9  EXAMINATION BY MR. DERHAM:

10      Q     Well, let me finish.  Are there

11  any other codes or standards or what have

12  you that govern the air conditioning

13  ductwork systems in this travel trailer?

14      MR. PINEDO:

15            Objection, form.

16      THE WITNESS:

17            Not in this travel trailer, but

18  just govern air conditioning ductwork.  I

19  mean, there's no specific separate set of

20  standards for travel trailer ductwork.  Just

21  like there's no separate set of standards

22  for the electrical used in there.  It's the

23  National Electrical Code.

24            But if you have a set of standards

25  for this travel trailer, I would be more
```

Page 184

1    than happy to accept them and review them.

2    But to date, we haven't seen much of any

3    kind of standards or specifications or how

4    this trailer was built and what it was

5    supposed to meet.

6    EXAMINATION BY MR. DERHAM:

7         Q    What air conditioning ductwork

8    standards would be applicable in the design

9    and construction of this trailer?

10        A    Well, ASHRAE and SMACNA has

11   standards governing the construction of

12   ductwork.

13             Outside of that, it is the various

14   studies performed over the years stating

15   that the air leakage in ducts creates

16   negative pressures in the buildings that

17   they operate within, and that in hot, humid

18   climates, the pressurization in the building

19   should be positive and not negative.

20        Q    What --

21        A    So it's --

22        Q    I'm sorry.

23        A    It's the contribution or the cause

24   of the negative pressure is the duct

25   leakage.

Page 185

```
1        Q      What ASHRAE standard applies to
2   ductwork construction?
3        A      I don't remember the number.
4        Q      What SMACNA standard applies to
5   the ductwork construction?
6        A      I don't recall the number.
7        Q      Do you know what the shape of the
8   ducts was?
9        A      I believe they were rectangular
10  based on what we could see.
11       Q      Do you know what the surface area
12  of the ducts was?
13       A      No, we do not.  Again, we couldn't
14  open anything to observe anything.  We were
15  severely hampered from being able to make
16  observations that would have been quite
17  beneficial to us in formulating our
18  opinions.
19       Q      Further on in Paragraph 8 on the
20  next page, on Page 97 -- Are you ready?
21       A      Yes.  Where?
22       Q      The fourth -- fifth line, it says,
23  "This contributed to the additional release
24  of formaldehyde."
25       A      Under which number, please?
```

Page 186

```
 1        Q     Still the top paragraph.  Still
 2    under conclusion No. 8.
 3        A     Okay.
 4        Q     This has created a negative air
 5    pressure situation.  Air was sucked in from
 6    the outside.  "This contributed to the
 7    additional release of formaldehyde."
 8        A     Yes, sir.
 9        Q     Now, that, you're taking that from
10    the statements and opinions made of others,
11    correct?
12        A     That's correct.
13        Q     Okay.
14        A     Always on the cause of the release
15    of formaldehyde --
16        Q     I got you.
17        A     -- my opinion is always based on
18    those of others.
19        Q     I got you.  Going to No. 10, and
20    I'm actually more concerned -- There is
21    someone else here in the room who is going
22    to ask you a lot of questions about the
23    jacking and installation of the trailer, but
24    the last paragraph of your opinion No. 10.
25        A     Yes, sir.
```

Page 187

1      Q      Where it says, "Either the
2  manufacturer, FEMA, or Fluor should have
3  devised a safe means of jacking the unit by
4  either increasing the rigidity of the metal,
5  using a unified hydraulic jacking system,"
6  and I'm paraphrasing a little bit, "or
7  should have devised a plan including sound
8  engineering practices."  The top of the next
9  page.
10     A      Oh, okay.
11     Q      It's your last paragraph of
12 opinion 10?
13     A      I'm sorry.  I was --
14     Q      I got you.
15     A      I didn't think it went over.
16     Q      The top of 98.
17     A      Yes, sir.  I'm there.
18     Q      Okay.  Have you ever designed a
19 jacking system for a travel trailer?
20     A      Not for a travel trailer, but for
21 numerous other structures.  Whether I'm
22 jacking up a travel trailer or I'm jacking
23 up an oil rig, the principles are the same.
24     Q      Okay.  My question is just have
25 you ever designed a jacking system?

Page 188

1       A     No, but my experience is that I

2   have repeatedly designed systems to jack up

3   structures of all different sorts.

4       Q     Have you done any work in research

5   or development of jacking systems for travel

6   trailers?

7       A     No, sir, and I'm not aware that

8   there are jacking systems specific to travel

9   trailers.  If you show me those, I would be

10  glad to review those.

11      Q     You mentioned increasing the

12  rigidity of the metal frame?

13      A     Yes, sir.

14      Q     Do you know what type of steel was

15  used in this metal frame?

16      A     I think it was a mild steel.

17  Maybe A36.  Maybe.

18      Q     Do you know the tensile strength

19  of it?

20      A     A36?  No, not -- No, I don't

21  remember the specific.

22      Q     You didn't do any testing on the

23  metal?

24      A     We weren't allowed to.

25      Q     You're assuming it was A36?

Page 189

```
 1      A     Well, yes, I'm assuming, because

 2    it appeared to be just standard steel.

 3            Again, if the manufacturer has the

 4    data, we would be more than happy to review

 5    it, but we were given really almost nothing

 6    on this travel trailer.

 7      Q     And are you aware of the special

 8    needs that have to be taken into

 9    consideration for a travel trailer so that

10    it can be transported in terms of the metals

11    used?

12      A     Well, yes.  I mean, it has to have

13    some flexing to be able to travel down the

14    road and absorb the shock.  It's the same as

15    with a mobile home, except on a much smaller

16    basis.

17      Q     Okay.

18      A     But --

19    MR. PINEDO:

20            Kevin, if you want to take a break

21    any time you're ready.

22    MR. DERHAM:

23            Let me finish this, and we can do

24    that.

25    MR. PINEDO:
```

Page 190

```
 1            Were you finished with your

 2   answer?

 3        THE WITNESS:

 4            No.  It's the same principle as a

 5   mobile home.  Mobile homes are designed and

 6   constructed for multiple movements, multiple

 7   conditions, road conditions; therefore,

 8   there is -- The rigidity of a travel trailer

 9   and a mobile home is less than the rigidity

10   of a conventionally built structure.

11   EXAMINATION BY MR. DERHAM:

12        Q    Did you do any research as to what

13   effects increasing the rigidity of the metal

14   frame may have on the weight of the unit or

15   the axles of the unit or the ability of the

16   unit to flex in transport?  Did you

17   undertake any of that kind of work?

18        A    No, we didn't.

19        Q    Okay.

20        A    But the simple answer, the bottom

21   line is if they would have jacked it up

22   properly, we wouldn't need to have that

23   discussion.  If they would have had a

24   unified jacking system of some sort, there

25   would be no disproportional movement in the
```

Page 195

```
 1   not break an egg, so whether it's this

 2   trailer, an oil rig or whatever, there

 3   exists systems out there that you can raise

 4   them up at one time.

 5            As a matter of fact, this system

 6   here didn't even have to be a hydraulic

 7   jacking.  There are inexpensive screw jacks

 8   that two guys could have used basically to

 9   raise this trailer up in a more uniform

10   method than picking it up one end of the

11   trailer at a time.

12            Five-ton jacks for 30, 40, $50

13   could have accomplished this.  You could

14   have used six inexpensive jacks, and two

15   guys could have raised this thing, and that

16   has been my experience.

17            I mean, we own these kind of

18   jacking systems and use them on a regular

19   basis.

20      Q    Okay.  And I know there's an

21   attorney here from Fluor who is going to ask

22   you some more questions about that.

23      A    Oh, okay.

24      Q    So I will defer that part of the

25   opinion to him.
```

Page 198

1    of events, what equipment they're going to

2    use, how high they're going to bring it.

3            There is no data that I have been

4    presented to date that has any kind of

5    protocol that the installers were required

6    to follow.

7        Q    Have you ever designed or authored

8    an owner's manual for any type of product?

9        A    No, sir.  We follow numerous

10   owner's manuals in what we do.  I have never

11   designed one.

12       Q    And again, you're not an engineer

13   and don't have an engineering background,

14   correct?

15       A    I'm not.  I have extensive

16   background in both outside, post-college

17   certifications and education through

18   seminars, conferences, schools, working with

19   my own engineering people, and 35 years of

20   construction and designing and building all

21   kinds of complexes that affords me an

22   incredible amount of knowledge from training

23   in the field.

24       Q    But you're not qualified to give

25   engineering opinions?

Page 199

1        MR. LAMBERT:

2            Look, Counsel, asked and answered,

3    and he just told you.  And I think the judge

4    decides who can give opinions.

5        MR. DERHAM:

6            Well, that's fine.

7        THE WITNESS:

8            Well, actually, I'm able to give

9    those opinions, because that has been

10   brought up to the engineering board in the

11   past, and they found that the opinions that

12   I give dealing with litigation are at the

13   discretion of the courts and not under the

14   auspices of the engineering board.

15   EXAMINATION BY MR. DERHAM:

16       Q    Have you ever been recognized by a

17   court of law as an expert in any field of

18   engineering?

19       A    Not in engineering, but in the

20   implementation.  Again, what I don't do is

21   calculations or I don't do them for

22   presentation purposes, but the opinions that

23   I have rendered in the past, which are

24   parallel and in some cases identical to the

25   information that I have gathered and written

Page 200

1    about in my report, are identical to those

2    that I have rendered in courts over and over

3    again on numerous occasions.

4         Q    Have you ever been recognized by a

5    court of law -- Well, have you ever been

6    offered in any court of law as a warnings

7    expert?

8         A    No, sir.

9         Q    Have you ever been recognized by a

10   court of law as a warnings expert?

11        A    I have never been tendered in that

12   field.

13        Q    Some people call it human factors.

14   Are you aware of that phrase?

15        A    No, sir.

16        Q    Okay.  So I take it then you have

17   never -- you don't consider yourself a human

18   factors expert if you're not aware of the

19   phrase?

20        A    No, sir.

21        Q    Okay.  No. 13, you comment on "the

22   manufacturer failed to conform to its

23   express warranty," and then you go on to

24   cite the August 12th, 2004 FEMA Travel

25   Trailer Procurement Specifications?

Page 201

1      A      Yes, sir.

2      Q      Okay.  What, in your opinion,

3   constitutes an express warranty?

4      A      Where a person is expressing what

5   they're going to provide as far as a

6   warranty or what their limitations are in

7   ways of the warranty.

8      Q      So --

9      A      As it --

10      Q      I'm sorry.

11      A      As it relates to warranty.

12      Q      Have you ever been tendered as an

13   expert in warranties or compliance or

14   conformance with warranties?

15      A      Yes.  Actually, in cases, I'm

16   oftentimes -- I oftentimes testify in

17   building codes and standards, and in those

18   building codes and standards, the warranty

19   issue comes up on numerous occasions, how

20   the code or standard applies to the

21   particular instance and does it fall with or

22   outside of the warranty period for that

23   item.

24      Q      By that, you're talking about

25   particular products or --

Page 202

```
 1      A    Actually, it could be systems,

 2   more systems than products, but sometimes

 3   products, yes.

 4      Q    Okay.  What expertise do you have

 5   in the conformance with a warranty of a

 6   product?

 7      A    Well, for -- Okay.  I'm sorry.

 8      Q    No, go ahead.

 9      A    Let's use this trailer and this

10   air conditioning system, for instance.  I

11   think the warranty states that the installer

12   has to comply with the terms of the

13   installation.  Otherwise, the warranty is

14   voided.

15           I'm qualified to assess, because

16   of my background in dealing with buildings

17   and the sciences in buildings to assess that

18   that air conditioning duct system does not

19   conform to the requirements of the warranty

20   of that dometic system, because it leaks,

21   and that damages occurring or injury

22   occurring from that would fall outside of

23   the coverage of that warranty.

24      Q    This might help me a little bit.

25   What express warranty is it, what is the
```

Page 203

1    express warranty document that you are

2    saying Gulf Stream failed to conform to?

3         A    Well, when the Government set the

4    specifications on the FEMA trailer and they

5    provided the bid and the trailer, the

6    express warranty is what FEMA is requiring

7    the manufacturers to provide.

8         Q    Okay.  So it's your opinion that

9    the FEMA Travel Trailer Procurement

10   Specifications are the express warranty that

11   Gulf Stream did not conform to?

12        A    Yes.

13        Q    Okay.  The last sentence of that

14   opinion states, "The condition of the

15   Alexander trailer as delivered breached Gulf

16   Stream's express warranty."

17             Do you see that?

18        A    Yes, sir.

19        Q    That last sentence?

20        A    Yes, sir.

21        Q    I think it's the last sentence.

22   13, yes.

23        A    Yes, sir.

24        Q    When you say the "trailer as

25   delivered," as delivered when or to whom?

Page 209

1      A     But the fact is, is that the unit

2   was supposed to be constructed for multiple

3   applications and multiple installations and

4   movements.

5      Q     How long was your ride from the

6   gate back to where the trailer was?

7      A     I don't know.  I didn't time it.

8      Q     Was it on a paved road?

9      A     It was not.

10     Q     Was the field perfectly flat?

11     A     It was not.

12     Q     Let's move on to No. 14.  "The

13   manufacturer failed to comply with the

14   required NFPA and ANSI codes regarding the

15   construction of recreational vehicles and

16   the manufacturer's guidelines regarding duct

17   leakage of the furnace and air conditioning

18   systems."

19              Did I read that correctly?

20     A     Yes, sir.

21     Q     What is the NFPA code you were

22   referring to regarding the construction of

23   air conditioning ducts in travel trailers?

24     A     I think it's 1192.

25     Q     Any particular provision of 1192?

Page 210

```
 1        A      I don't recall the specific

 2   number.

 3        Q      What about the ANSI code, the same

 4   question regarding the air conditioning

 5   ductwork in travel trailers?

 6        A      That would have been 119.2.

 7        Q      Is that the same as NFPA 1192?

 8   Does it say the same thing?

 9        A      They may.  I haven't read the

10   codes throughout to see if they're

11   identical.

12        Q      Are you aware of anything in the

13   NFPA 1192 that discusses duct leakage for

14   air conditioning systems?

15        A      Furnace systems, I believe it is.

16        Q      Furnace systems are different than

17   air conditioning systems, correct?

18        A      That's correct.  But --

19        Q      What -- I'm sorry.

20        A      But if you're asking specifically

21   air conditioning, I don't recall.

22        Q      I am.

23        A      I specifically remember duct

24   furnace systems.

25        Q      Forced air heating systems?
```

Page 211

1       A       Forced air heating, yes.

2       Q       And in what way did the

3   manufacturer fail to comply with the

4   provision of NFPA 1192 that you feel is

5   applicable?

6       A       In the air conditioning -- in the

7   duct system, if I recall correctly, it

8   states to follow the air conditioning

9   manufacturer's guidelines for installation,

10  and the manufacturer's guidelines for

11  installation requires airtight ducts.

12      Q       Okay.  And what specifically did

13  the manufacturer fail to comply with in the

14  ANSI code 119.2 as regards the air

15  conditioning ductwork?

16      A       The same thing.

17      Q       Failing to comply with the air

18  conditioning manufacturer's instructions?

19      A       Yes, sir, I think that's how it's

20  worded.

21      Q       No. 15, "The manufacturer produced

22  a product that was unreasonably dangerous

23  because it failed to apply and use

24  techniques, technology, materials and

25  workmanship available in 2004 to achieve the

Page 212

1    new FEMA procurement specification of .016

2    ppm for formaldehyde emissions."

3              Did I read that correctly?

4         A    I think so.

5         Q    Okay.  You're not saying that in

6    2004 a manufacturer should have achieved the

7    new and current FEMA procurement

8    specifications, are you?

9         A    No, but that the products were

10   available in 2004 to have achieved that.

11        Q    But was it required in 2004 to

12   achieve that?

13        A    No, but it was required to provide

14   an environmentally safe product.

15        Q    In 2004, was the use of

16   formaldehyde-containing components permitted

17   in the construction of stick-built homes or

18   site-built homes?

19        A    Formaldehyde-containing materials?

20        Q    Yes.

21        A    Yes.

22        Q    Mobile homes?

23        A    Yes.

24        Q    Manufactured housing?

25        A    Yes.

Page 213

1      Q     And I guess beneath that opinion

2   15, you do kind of a risk/benefit, I guess,

3   analysis, correct?

4      A     Yes.

5      Q     And is this in connection with

6   No. 15 or is this something entirely

7   different?

8      A     I think it's basically just a

9   general -- a general statement based on all

10  of the findings of the experts and our

11  findings as to the functioning of the travel

12  trailer.

13     Q     Okay.  What experience do you have

14  in the design or manufacture of products on

15  a mass scale, thousands of units at a time?

16     A     None.

17     Q     Have you done any kind of research

18  or work to determine the amount of research

19  and development that would have been

20  required in this context of mass production

21  in a short time frame to implement the items

22  you suggest could have been implemented?

23     MR. LAMBERT:

24        Objection.

25     THE WITNESS:

Page 214

1          I don't think I would have had to

2    do any types of testing.  The information

3    was available when this travel trailer was

4    made, and they were manufacturing mobile

5    homes at the time with some of the products

6    that they're now stating should have been

7    used.

8    EXAMINATION BY MR. DERHAM:

9          Q     If all of these items you suggest

10   should have been done, did you do any

11   determination as to what the per unit cost

12   would be to the units?

13         A     Yes, I did.

14         Q     What was that number?

15         A     I didn't have that.  I can give

16   you a total.  I would have to total it up,

17   get it from my files, but I broke it down by

18   various units.

19         Q     Did you do any research to

20   determine the amount of time it would have

21   taken to implement the ideas you suggested

22   should have been implemented?

23         A     I didn't do any research, but

24   based on my own experience as a contractor

25   building and utilizing these products, I

Page 215

```
 1    incorporated the time necessary to implement
 2    those items.  Some of them was no time
 3    additions at all, some of them were quite
 4    minor in time additions.
 5         Q    What were these in connection
 6    with, like what kind of products or items or
 7    things are you talking about you have done
 8    that?
 9         A    Well, for this particular trailer,
10    actually.
11         Q    I thought I just asked you if you
12    did, and you said not specifically to this,
13    but in other scenarios you had?
14         A    Okay.  Ask the question again,
15    please.  Maybe I'm not answering it.
16         Q    What did I ask, Jim?
17              I may have asked unclearly, so let
18    me see what I said.
19              Did you do any research to
20    determine the amount of time it would have
21    taken to implement the ideas you suggested
22    should have been implemented?
23         A    And my answer is "yes," that -- I
24    didn't actually have to do research, because
25    most of this stuff was already available and
```

Page 216

 1    already, to my knowledge, what needed to be

 2    done or what could be done to implement

 3    these changes.  Part of dealing with the

 4    building science end of what I do, sometimes

 5    I will give lectures on some of these

 6    subjects.

 7              As a matter of fact, this coming

 8    November, I have been invited to give a

 9    lecture, a three-hour lecture to forensic

10    engineers on building science and the

11    products and the interactions of how all of

12    these components work together with

13    temperature, moisture, air infiltration,

14    water infiltration, what kind of products

15    you can use to avoid when they're making

16    their recommendations to clients, when

17    they're finding these issues with buildings,

18    what type of products they can recommend to

19    their clients to avoid further problems with

20    air, water and temperature infiltration from

21    whatever source, whether it's negative air

22    or just direct intrusion or poor designs,

23    the use of the specific types of panels,

24    insulation systems, ventilation systems.

25              That's all information that I use

Page 217

1    on an ongoing basis that I inspect, test

2    for, testify to, write reports on, and give

3    lectures on.

4         Q    Have you ever seen a travel

5    trailer manufactured?

6         A    No, sir.  I haven't seen them

7    being manufactured, but I know how they're

8    manufactured, and, of course, each

9    manufacturer builds some product differently

10   than the others.

11        But by taking them apart to do any

12   repairs and restorations on them, we

13   certainly see how they were made, how they

14   were manufactured.  I don't need to see the

15   process.  All I need to see is the end

16   product.

17        MR. DERHAM:

18        Before I tender, I was going to

19   attach his notes as Exhibit 7, but this is

20   your original.  I don't want to put a

21   sticker on it.  So we can maybe have someone

22   make a copy of it.  We will attach your May

23   6th and May 7th.  I will just make them as

24   one.

25        And before I pass, I will just

Page 218

1    enter an objection to any opinions that are

2    not set forth in his report or outside the

3    areas of his expertise.

4              And at this time, Mr. Mallet, I

5    thank you for your time and cooperating with

6    me, and I'm going to pass you on to some

7    other lawyers who are going to ask you some

8    questions.

9         THE WITNESS:

10             Thank you.

11        MR. DERHAM:

12             Thank you.

13        MR. PINEDO:

14             Off the record.

15        THE VIDEOGRAPHER:

16             The time as of right now is 3:09.

17   We're off the record.

18   (Discussion off the record.)

19        THE VIDEOGRAPHER:

20             We're on the record.   The time

21   right now is 3:25.

22   EXAMINATION BY MR. PENOT:

23        Q    Mr. Mallet, my name is Charles

24   Penot.   I represent Fluor Enterprises, Inc.,

25   in this matter.

Page 432

```
 1    the ventilation system?

 2         A     Well, there wasn't a ventilation

 3    system other than the -- I guess the answer

 4    is "yes."  It was in the form of a bathroom

 5    vent and a kitchen vent, hood vent.

 6         Q     Did you find that there was air

 7    leakage outside of the Alexander/Cooper

 8    travel trailer?

 9         MR. DERHAM:

10              Objection.

11         MR. PENOT:

12              Objection.

13    EXAMINATION BY MR. PINEDO:

14         Q     There is an objection.  Let me ask

15    a different question.

16              Did you find any evidence that

17    there was unfiltered air entering into the

18    Alexander/Cooper travel trailer?

19         A     Into, yes.

20         Q     Did you contain those findings in

21    your report?

22         A     Yes, I did.

23         Q     Did you also conduct what's called

24    thermographic imaging of the

25    Alexander/Cooper travel trailer?
```

Page 433

```
 1        A     Yes, a thermographic survey of the
 2   trailer.
 3        Q     Does a thermographic survey bear
 4   any relation to unfiltered air entering into
 5   a travel trailer or a unit?
 6        MR. DINNELL:
 7             Objection, form.
 8        MR. PENOT:
 9             Objection.
10        THE WITNESS:
11             Yes.
12   EXAMINATION BY MR. PINEDO:
13        Q     Did you include a discussion of
14   thermographic imaging in your report?
15        A     Yes.
16        Q     I'm going to show you what has
17   been marked as Mallet 18.
18             Could you please tell us what this
19   photo or what this document represents.  And
20   in a minute, I'm going to ask you to hold it
21   up for the videographer, so he can focus in
22   on it, but please describe it first.
23        A     This is a photograph of the
24   ceiling in the kitchen area.  Part of the
25   image is showing voids in the insulation
```

Page 434

1    system in the ceiling and part of it is

2    showing voids in the field of the ceiling in

3    the kitchen area, and also, at the wall to

4    ceiling connections or intersections, the

5    intrusion of heat in those areas.

6              Also, to the far left of the

7    photograph, you start to pick up images of

8    detection of moisture from cold spots in the

9    attic system.

10   Q    If you could hold that up, similar

11   to the previous ones you did, and could you

12   please describe in a little bit more detail.

13   We got some shadows.  If you would just hold

14   your hand in the lower corner, please.

15   MR. LAMBERT:

16              And you can use this to point to

17   the various features.

18   EXAMINATION BY MR. PINEDO:

19   Q    My first question is, Exhibit

20   No. 18, is that a thermographic image of the

21   Alexander/Cooper travel trailer?

22   A    Yes, it is.

23   Q    And briefly describe for the

24   ladies and gentlemen of the jury, what is a

25   thermographic image?

Page 435

```
 1        A     A thermographic image is a --

 2    Well, this photograph is of the images of

 3    radiation being given off by whatever I'm

 4    pointing the lens of the camera towards.

 5              All objects radiate energy, and

 6    the camera picks up the waves, the infrared

 7    rays that are radiating from whatever I'm

 8    pointing the camera towards, and the imaging

 9    gives off various colors, if you will, or

10    shades, depending upon the temperature of

11    what I'm looking at.

12        Q     For example, here, we have some

13    purplish or pinkish colors.  What do those

14    represent running left to right?

15        A     Those are the ceiling joists, the

16    ceiling trusses.

17        Q     And is that hot or cold areas?

18        A     That is cold.

19        Q     And then we have some lighter or

20    white and yellowish.  What do those

21    represent?

22        A     Right.  These areas here

23    (indicating) represent a void in the

24    insulation in the ceiling.

25        Q     Is this taken inside of the
```

Page 436

```
 1    Alexander/Cooper trailer looking up towards

 2    the ceiling?

 3        A    Yes, it is.

 4        Q    And then on the lower left-hand

 5    side, there's a very bright white line.

 6        MR. LAMBERT:

 7             Well, it's actually the lower

 8    right as far as the camera is concerned.

 9    EXAMINATION BY MR. PINEDO:

10        Q    Correct.  As the camera is

11    concerned, looking at this, on the lower --

12        MR. LAMBERT:

13             Right-hand side.

14    EXAMINATION BY MR. PINEDO:

15        Q    -- right-hand side, there's a

16    bright line.  What does that represent?

17        A    That represents temperature

18    differentials, hot spots of air leakage into

19    the trailer between the -- at the

20    intersection between the walls and the

21    ceiling.

22        Q    Does this photo in any way show

23    you where air or heat would be radiating

24    into the Alexander/Cooper travel trailer?

25        A    Yes.
```

Page 437

1      Q      And could you identify those areas

2   for us?

3      A      From the outside in would be the

4   white spots where it's radiating from the

5   interior -- the exterior.  The center

6   sections would be voids in the insulation.

7           We talked earlier that our

8   temperature readings were upwards of 120

9   degrees in May.  That heat was radiating

10  through the roof system and showing up on

11  the ceiling of that trailer.

12     Q      I'm going to show you what's been

13  marked as Mallet No. 19.  Could you please

14  identify what this thermographic image

15  depicts.

16     MR. LAMBERT:

17           Just turn it around and do it once

18  for the camera.

19     THE WITNESS:

20           This is the intersection of the

21  wall and ceiling area over the -- over the

22  upper cabinet unit in the kitchen, I believe

23  it is.  But it's the wall and ceiling area

24  intersection, and it's indicating air and

25  temperature differentials, infiltration into

Page 438

1    the envelope of the trailer.

2    EXAMINATION BY MR. PINEDO:

3        Q    And for somebody living in New

4    Orleans, Louisiana, in the summertime, would

5    that be hot air infiltrating there at the

6    section where it's white?

7        A    That would be heat, heat radiating

8    through the envelope of the building.

9        Q    Would it also include air?

10       A    Yes.

11       Q    I'm going to show you what has

12   been marked as Mallet No. 20.

13            Similarly, could you describe for

14   the ladies and gentlemen of the jury what

15   this thermographic image represents?

16       A    This is the center part of the

17   kitchen area near the air conditioning

18   system, the dark purple and almost black

19   areas indicating cold areas in relation to

20   the hotter areas of the ceiling.

21            These areas are the roof frame,

22   the framing around the air conditioning

23   system, and it's indicating to me air

24   leakage into the cavity of the ceiling,

25   because it's making the -- the air

Page 439

1    conditioning duct leakage is causing the

2    wood framing that is not insulated to be

3    much cooler than the surrounding areas.

4         Q    Okay.  You can put that down.

5              Did you make an assessment as to

6    the adequacy of the seals where the various

7    cross members or structures came together in

8    the Alexander/Cooper travel trailer?

9         A    Based on visual observation, it

10   didn't appear to have a sealant material,

11   and even if it did, there's no method of

12   preventing the heat, air and moisture from

13   coming into the building, because the

14   outside is merely wrapped with an aluminum

15   skin, an aluminum sheeting material.

16             There's nothing to prevent

17   moisture vapor or air from penetrating below

18   that exterior sheeting.

19        Q    Did you find any evidence of

20   sealants with regard to the wall and the

21   floor where they came together?

22        A    Yes.  Indications of air

23   infiltration along the very edge of the

24   carpet, the carpet acting as a filter,

25   shadowing along the edges of the wall,

Page 440

1    shadowing along the edges of the ceiling was

2    noted in the bedroom, the kitchen area --

3    and the kitchen area.

4         Q    And describe for the ladies and

5    gentlemen of the jury what you mean by

6    "shadowing."

7         A    Shadowing is a discoloration of an

8    area as a result of some element, such as

9    dust or smoke that collects in an area

10   that's attracted to it because of a

11   temperature differential.

12        Q    Does shadowing also give evidence

13   of air infiltration?

14        A    In those areas, it does, yes.

15        Q    Did you notice any air

16   infiltration on the joints or the area where

17   the wall came together with the ceiling of

18   the Alexander/Cooper travel trailer?

19        A    Yes.

20        Q    And is that on the interior?

21        A    Yes.

22        Q    Is it your opinion that there was

23   air infiltration where the wall and ceiling

24   came together on the Alexander/Cooper travel

25   trailer?

Page 441

```
 1      A    Yes.  One of the things that we're
 2  trained to look for are those shadowing
 3  effects at intersections of the base of the
 4  wall and the ceiling, like the crown of the
 5  wall.
 6      Q    Does FEMA have any specifications
 7  for exterior openings and weather-proofing
 8  with regard to this particular unit?
 9      A    FEMA's procurement specifications
10  require the units to be sealed against
11  penetration for air and moisture.
12      Q    And in your opinion, were the
13  exterior openings sealed to prevent air and
14  moisture infiltration in the
15  Alexander/Cooper travel trailer?
16      A    No, sir.
17      Q    If hot air enters into, from the
18  exterior enters into the Alexander/Cooper
19  travel trailer and it has formaldehyde-based
20  wood products, what effect would that have
21  on formaldehyde release from those wood
22  products?
23      MR. DERHAM:
24          Objection.
25      MR. PENOT:
```

Page 442

```
 1            Objection.

 2        MR. DINNELL:

 3            Objection.

 4        THE WITNESS:

 5            As I understand the activation of

 6    formaldehyde, when moisture rises, as the

 7    moisture is coming in from the hot, humid

 8    air on the exterior, it's absorbing into the

 9    wood material, because it's being trapped

10    behind the wallpaper on the interior side of

11    the mobile home -- the trailer, and as I

12    understand it, the moisture is activating or

13    will activate or increase the activation of

14    off-gassing of the formaldehyde.

15    EXAMINATION BY MR. PINEDO:

16        Q    Will heat have the same effect?

17        MR. DERHAM:

18            Objection.

19        MR. PENOT:

20            Objection.

21        THE WITNESS:

22            Heat has a greater effect than

23    moisture does according to the studies that

24    I read.

25    EXAMINATION BY MR. PINEDO:
```

Page 443

```
 1        Q     And is that included in the
 2   Lawrence Berkeley report?
 3        A     Yes, it is.
 4        Q     That heat increases off-gassing of
 5   formaldehyde from wood products?
 6        A     And moisture.
 7        Q     And if we look, for example, at
 8   the thermographic image that's No. 20, did
 9   you notice some type of effect that it would
10   have for the leakage of the air conditioning
11   unit if it's leaking into the walls?  Is
12   that what's happening here in Exhibit
13   No. 20?
14        MR. DINNELL:
15              Objection, form.
16        MR. DERHAM:
17              Objection.
18        THE WITNESS:
19              Exhibit 20 is air leakage into the
20   ceiling cavity.
21   EXAMINATION BY MR. PINEDO:
22        Q     Assume with me that there's a
23   build-up of formaldehyde gas in the ceiling
24   cavity.  What effect would it have if
25   there's air leakage such as we see in the
```

Page 444

```
 1    thermographic evidence of the thermographic

 2    image No. 20?

 3         MR. DERHAM:

 4              Objection.

 5         MR. DINNELL:

 6              Objection, foundation.

 7         THE WITNESS:

 8              With the negative air condition

 9    situation in the trailer, it's going to draw

10    the air back into the trailer through

11    openings in the ceiling, bring it back into

12    the living space of the trailer.

13    EXAMINATION BY MR. PINEDO:

14         Q    Did FEMA have any standards with

15    regard to the quality of workmanship for

16    these travel trailers?

17         A    Yes, they did.

18         Q    And what were their standards?

19         A    Superior quality workmanship.

20         Q    In your opinion, did the

21    Alexander/Cooper travel trailer exhibit that

22    superior grade of quality of workmanship?

23         MR. DERHAM:

24              Objection.

25         THE WITNESS:
```

Page 445

```
 1            Not against the standards that we
 2    identified them against.
 3    EXAMINATION BY MR. PINEDO:
 4        Q    Did you along with Ervin Ritter
 5    and Paul LaGrange make an examination of the
 6    heating and cooling system in the
 7    Alexander/Cooper travel trailer?
 8        A    Yes, we did.
 9        Q    Did you notice anything unusual
10    about the heating and air conditioning
11    system in the Alexander/Cooper travel
12    trailer?
13        A    In our examination?
14        Q    In your review of the heating and
15    cooling system in the Alexander/Cooper
16    travel trailer?
17        A    Well, during the testing phase of
18    the duct leakage, both the -- both the air
19    conditioning system and the furnace system's
20    ductwork leaked.
21        Q    And I saw a report, a discussion
22    in your report about negative air pressure.
23    Does that relate to leaking?
24        A    It directly relates to the
25    leaking.  As we spoke earlier, the air
```

Page 446

1    conditioning unit produces or puts out so

2    many cubic feet of air per minute.  In this

3    case, the maximum is 250 or 225 cubic feet

4    of air a minute.

5              To the extent that the ducts are

6    leaking, for every cubic foot of air that

7    the duct leaks, it creates a negative

8    condition that the unit has to bring back

9    that cubic foot of air into the return

10   system.

11             So what happens is the air

12   conditioning system creates a sucking effect

13   in the trailer, drawing the moisture and

14   heat and any other contaminants in the air

15   into the trailer and they're not filtered,

16   they're just coming in from random locations

17   instead of being funneled into a particular

18   filtered location.

19        Q    And as that hot air and that

20   moisture is pulled in because of the leaks

21   in the air conditioning system and the

22   heating system, what effect would that have

23   on the formaldehyde-containing wood-based

24   products?

25        MR. DERHAM:

Page 447

1          Objection.

2      MR. DINNELL:

3          Objection.

4      MR. PENOT:

5          Objection.

6      THE WITNESS:

7          It gives the wood products a

8   source of moisture for activation, either

9   through direct contact and absorption of the

10  water vapor or condensation when the

11  temperatures in the summertime fell below

12  the dewpoint.

13  EXAMINATION BY MR. PINEDO:

14      Q    And based upon the Lawrence

15  Berkeley report, is it your understanding

16  that that additional heat and moisture would

17  have what effect on formaldehyde

18  off-gassing?

19      MR. DINNELL:

20          Objection.

21      MR. DERHAM:

22          Objection.

23      THE WITNESS:

24          It would increase the off-gassing.

25  EXAMINATION BY MR. PINEDO:

Page 448

1      Q     Did you also make some

2   recommendations with regard to vapor

3   barriers?

4      A     Yes, sir, I did.

5      Q     And what recommendations did you

6   make for a vapor barrier with regard to the

7   Alexander/Cooper travel trailer?

8      A     To install a Tyvek type of paper,

9   of a barrier to prevent the movement of air

10  and moisture from the exterior to the

11  interior of the trailer.

12     Q     And what effect would that have on

13  reducing the formaldehyde emissions in the

14  Alexander/Cooper travel trailer?

15     MR. DERHAM:

16            Objection.

17     MR. DINNELL:

18            Objection.

19     THE WITNESS:

20            Well, to the extent that it

21  lessens the availability of moisture, there

22  would be less moisture available to interact

23  with the adhesives and the moisture releases

24  those adhesives.

25  EXAMINATION BY MR. PINEDO:

Page 449

1     Q     And is that something you have

2     included in your report?

3     A     Yes, I did.

4     Q     Did you also make some

5     recommendation with regard to insulation to

6     be used in the Alexander/Cooper travel

7     trailer to reduce the formaldehyde

8     emissions?

9     A     Yes, I did.

10    Q     And please tell us about that.

11    A     Well, the recommendation was that

12    they could use a closed cell sprayed

13    polyurethane foam insulation that has --

14    that would serve a number of purposes.

15            No. 1, it would increase the

16    R-value in the wall system, and the R-value

17    is the resistance of the heat from passing

18    through the material and coming into the

19    building.

20            Secondly, closed cell insulation

21    has a very low permeability rating, which

22    means that it will significantly lessen, if

23    not almost completely stop the passage of

24    moisture vapor through that insulation as

25    opposed to the fiberglass insulation that's

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 450

1    in there now that has no means of preventing

2    the moisture from passing through it, and it

3    would add to the rigidity of the wall

4    system.

5         Q    In your opinion, if this

6    insulation that you're talking about, closed

7    cell spray polyurethane foam, was used,

8    would that have reduced the emission of

9    formaldehyde from the wood --

10        MR. DERHAM:

11             Objection.

12   EXAMINATION BY MR. PINEDO:

13        Q    -- products in the

14   Alexander/Cooper travel trailer?

15        MR. DERHAM:

16             Sorry.  Go ahead.  Objection.

17        THE WITNESS:

18             Yes, it would.  Based on my

19   findings and understanding of the experts

20   and the research, lessening the exposure of

21   those adhesives to moisture, lessens the

22   emissions.

23   EXAMINATION BY MR. PINEDO:

24        Q    Let me ask the question over,

25   because there was an objection.  Why don't I

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 451

1    ask the question, and then you do your

2    objection.

3        MR. DERHAM:

4            I'm sorry.  I'm sorry.  I thought

5    you were done.

6    EXAMINATION BY MR. PINEDO:

7        Q    Mr. Mallet, is it your opinion --

8    Let me start over.

9            Do you have an opinion as to

10   whether or not if closed cell spray

11   polyurethane foam insulation was used in the

12   Gulf Stream trailer that the Alexanders and

13   Coopers were living in, if that would have

14   reduced the formaldehyde emissions from the

15   wood products?

16       A    Yes.

17       MR. DERHAM:

18           Object.

19       THE WITNESS:

20           Sorry.  Excuse me.

21       MR. DERHAM:

22           That time you didn't give me a

23   chance to object.

24   EXAMINATION BY MR. PINEDO:

25       Q    Did you also render some opinions

Page 452

1    on jacking in your report?

2        A    Yes, I did.

3        Q    Did you notice anything about what

4    the scissor jacks that this vehicle was

5    equipped with said?

6        A    It stated not to lift the trailer

7    utilizing the scissors jack.

8        Q    And what would happen if you

9    lifted the trailer using the scissors jack?

10       A    That damage to the frame and door

11   may occur.

12       Q    If a vehicle, a travel trailer is

13   not jacked up properly, could that cause

14   racking or twisting of the frame?

15   MR. PENOT:

16           Objection.

17   THE WITNESS:

18           It certainly can.

19   EXAMINATION BY MR. PINEDO:

20       Q    Did you ask Mr. David Moore, who

21   is a registered engineer, to assist you in

22   your evaluation of the chassis or frame of

23   the Alexander/Cooper travel trailer?

24       A    Yes, sir.

25       Q    And when you examined the Gulf

Page 453

1   Stream trailer that was jacked up by Fluor,

2   did you notice any evidence of racking or

3   twisting of the frame?

4       MR. PENOT:

5           Objection.

6       MR. DINNELL:

7           Objection to the form.

8       THE WITNESS:

9           Yes.

10  EXAMINATION BY MR. PINEDO:

11      Q    And could you please tell the

12  ladies and gentlemen of the jury as to what

13  you mean by racking or twisting of the

14  frame?  What is occurring in the unit?

15      A    By twisting, the frame of the unit

16  can twist just like alternating pressure on

17  this sheet of paper (indicating), this

18  photograph.  It will affect the structure

19  from the bottom to the top.

20           The racking, as the trailer is

21  jacked, it will create a racking condition

22  or a tilting (indicating) of the structure,

23  the wall structure of the trailer.

24      Q    And what evidence did you see that

25  this trailer was either racked or twisted

Page 454

1    when it was being jacked up?

2         A    Paneling that was popped off the

3    wall in the bedroom, in the bathroom,

4    bulging of the wall in the bedroom

5    underneath the window and bulging of the

6    wall system in the kitchen area on the

7    bedroom side of the exterior door, and on

8    the refrigerator side of the bedroom door --

9    of the entrance door.

10        Q    Would racking or twisting of the

11   frame bear any relation to water leaks or

12   roof leaks?

13        A    Yes.

14        Q    Did Alana Alexander relate

15   anything about a leak in the roof of this

16   travel trailer?

17        MR. PENOT:

18             Objection.

19        THE WITNESS:

20             It is my understanding she

21   reported a leak in the roof system.

22   EXAMINATION BY MR. PINEDO:

23        Q    Could racking or twisting as well

24   affect the sealants used in the roof on a

25   travel trailer?

Page 455

```
 1        A     It can.

 2        MR. PENOT:

 3              Objection.

 4        THE WITNESS:

 5              It can also affect the membrane

 6   and its connection.

 7   EXAMINATION BY MR. PINEDO:

 8        Q     Do you have any suggestions as to

 9   the proper way to jack up a travel trailer

10   such as the Gulf Stream travel trailer that

11   the Alexanders and Coopers lived in?

12        MR. DINNELL:

13              Objection to the form.

14        MR. PENOT:

15              Objection.

16        THE WITNESS:

17              Yes.  The trailer should be lifted

18   on all points simultaneously and not in any

19   differential manner, meaning not one side,

20   then the other, or one corner, then another

21   corner, then another corner.  It should be

22   lifted all at the same time.

23   EXAMINATION BY MR. PINEDO:

24        Q     Do you have an understanding as to

25   how the Alexander/Cooper travel trailer was
```

Page 456

```
 1    lifted up and put in position?
 2        MR. PENOT:
 3             Objection.
 4        MR. DINNELL:
 5             Objection.  No foundation.
 6        THE WITNESS:
 7             Yes, sir.
 8    EXAMINATION BY MR. PINEDO:
 9        Q    And what is that understanding?
10        A    It's my understanding that the
11    trailer was jacked up on the long side, with
12    the exterior door side of the trailer first,
13    and then the other side, the other long side
14    the trailer was jacked up after.
15        Q    And would that cause twisting or
16    racking of the frame?
17        MR. PENOT:
18             Objection.
19        THE WITNESS:
20             Yes, according to the Fluor
21    documents, that that would cause damage to
22    the building.
23    EXAMINATION BY MR. PINEDO:
24        Q    You had stated previously that you
25    had been involved in work after several
```

Page 457

1    hurricanes?

2         A    Yes, sir.

3         Q    And do you have an opinion as to

4    what the intended use of this travel trailer

5    was with regard to the Alexander/Cooper

6    family?

7         MR. DERHAM:

8              Objection.

9         THE WITNESS:

10             It was to be used as a temporary

11   housing facility for individuals.

12   EXAMINATION BY MR. PINEDO:

13        Q    And did it appear to you that this

14   was being used as a travel trailer or was it

15   being converted into something different

16   from a travel trailer?

17        MR. DINNELL:

18             Objection.

19        MR. DERHAM:

20             Objection.

21        THE WITNESS:

22             No, it was definitely converted

23   from a recreational vehicle to a housing

24   unit.

25   EXAMINATION BY MR. PINEDO:

Page 458

1        Q      And what is your opinion based

2    upon that it was converted from a

3    recreational vehicle to a housing unit?

4        A      Well, because the unit was

5    blocked, the framing was blocked off the

6    ground, the unit contained a residential

7    refrigerator, it did not have water holding

8    tanks for the sewerage, for the black water,

9    for the gray water, or for the fresh water.

10   It was plumbed.  The plumbing was

11   constructed to be hooked up to the city

12   sewerage or to an outside sewerage system.

13   The water was to utilize the city water

14   system.  And as a whole, it met the

15   standards of a residential home.

16       Q     In your opinion, were the

17   construction means and methods sufficient to

18   use it for a long-term residence?

19       MR. DERHAM:

20           Objection.

21       THE WITNESS:

22           No, sir.

23   EXAMINATION BY MR. PINEDO:

24       Q     And why is that?

25       A     Well, because of the heat gain

Page 459

1    condition, the lack of insulation in the

2    wall, the lack of ventilation without having

3    to open windows and doors in the hot, humid

4    temperatures in Louisiana, the lack of

5    insulation increased both the temperature

6    inside of the building, but also in the wall

7    and ceiling cavities, increasing the release

8    of the formaldehyde materials that those

9    panels were made of or made with.

10       Q    And did you include those opinions

11   in your report?

12       A    Yes, sir.

13   MR. PINEDO:

14            Let's take a break.

15   THE VIDEOGRAPHER:

16            We're going on break.  The time

17   right now is 8:42.

18   (Discussion off the record.)

19       THE VIDEOGRAPHER:

20            We're on the record.  The time is

21   8:48.

22   EXAMINATION BY MR. PINEDO:

23       Q    Mr. Mallet, is there a cavity

24   between the exterior skin of this travel

25   trailer, the Gulf Stream travel trailer, and

Page 460

1    the interior wall of the travel trailer?

2         A     Yes, there is.

3         Q     And about how wide is that

4    dimension between the exterior skin and the

5    interior wall of the Alexander/Cooper travel

6    trailer?

7         A     Approximately an inch and a half

8    to an inch and three-quarters.

9         Q     And assume with me that there is a

10   higher level of formaldehyde gas in that

11   cavity between the interior wall and the

12   exterior wall.  What effect would a leaking

13   air conditioning system have on that type of

14   situation?

15   MR. DINNELL:

16        Objection, foundation.

17   MR. PENOT:

18        Objection.

19   THE WITNESS:

20        As we spoke about earlier, the

21   leaking air ducts creates a sucking effect

22   on the building, and any contaminants, any

23   air that's in the walls is drawn into the

24   building through any opening or void in the

25   wall system, such as light switches,

Page 461

1    receptacles, joints at the ceiling, joints

2    at the floor, any unsealed opening.

3    EXAMINATION BY MR. PINEDO:

4        Q    Is there also a cavity between the

5    ceiling and the exterior skin of the

6    Alexander/Cooper travel trailer?

7        A    Yes, there is.

8        Q    And would there be a similar

9    effect or a different effect in that cavity

10   assuming that there is a higher level of

11   formaldehyde gas in that cavity above the

12   ceiling and inside the exterior skin?

13       MR. PENOT:

14           Objection.

15   EXAMINATION BY MR. PINEDO:

16       Q    What effect would a leaking air

17   conditioning system have?

18       MR. DERHAM:

19           Objection.

20       MR. DINNELL:

21           Objection, foundation.

22       THE WITNESS:

23           It would create the same sucking

24   effect, drawing in whatever contaminants and

25   moisture is in that ceiling cavity through

Page 462

```
 1    any opening in that ceiling around the air

 2    conditioning registers, the return air, the

 3    vent in the bathroom, any opening in the

 4    ceiling panel.

 5    EXAMINATION BY MR. PINEDO:

 6         Q    And that opinion that you have

 7    about sucking in the air between those

 8    cavities, whether it be the wall or in the

 9    ceiling, is that an opinion that is also

10    held by Ervin Ritter, who is a registered

11    engineer?

12         MR. DERHAM:

13              Objection.

14         MR. PENOT:

15              Objection.

16         THE WITNESS:

17              Yes, sir.

18    EXAMINATION BY MR. PINEDO:

19         Q    And what effect would a low

20    R-value have with regard to the build-up of

21    moisture in the cavities, whether it's in

22    the ceiling cavity or the wall cavity?

23         A    Well, there would be two different

24    types of effects.  One, a low R-value has

25    less resistance to heat moving through that
```

Page 463

1    insulation.  It would make the back sides of

2    the wall panels hotter, coming in contact

3    with the colder face side or inside part of

4    the wall panel, and at some point in time

5    condensation would occur.  And even if

6    condensation --

7        Q     Please continue.

8        A     And even if condensation doesn't

9    occur, the build-up of moisture in the

10   panels would create conditions conducive to,

11   as I understand it, the activation or

12   increased activity of the formaldehyde vapor

13   emissions.

14          In the ceiling, we have two

15   conditions with the R-value, is that, one,

16   we have the same situation where the

17   resistance is low, the ceiling is hotter

18   than it should be, because there's less

19   resistance to the heat coming through the

20   attic or the ceiling cavity, but in

21   addition, with the release of the cold air

22   in the cavity, in the ceiling cavity, and

23   the condensation occurring, the movement of

24   the air through the insulation voids the

25   dead space in the fiberglass insulation, and

Page 464

```
 1    creates a thermal bridge between the roof

 2    and the ceiling.

 3              In other words, fiberglass

 4    insulation, the insulation is not the

 5    fiberglass.  It's the air entrapped in the

 6    very tiny cells of the fiberglass of the

 7    insulation itself.  That only works if the

 8    air is dead, it doesn't move, because air is

 9    a very poor conductor of heat, so it's

10    relying on the air in the pockets of the

11    insulation to prevent or to resist the

12    temperature movement.

13              When the air circulates, it

14    disturbs or moves that air and lowers the

15    resistance of the insulation and adds

16    moisture that creates a thermal bridge.

17         Q    Lowering the resistance of the

18    insulation by virtue of moisture, is that

19    similar to a shirt might keep you warm, but

20    a wet shirt would make you cold?  Is it

21    similar to that?

22         MR. DINNELL:

23              Objection.

24         MR. PENOT:

25              Objection.
```

Page 465

1          THE WITNESS:

2              It's the approximate principle

3     that Under Armour has about keeping the heat

4     either close to your body or away from your

5     skin, so you're not as hot.  It works just

6     the opposite.

7     EXAMINATION BY MR. PINEDO:

8          Q     And you talked about the interior

9     paneling.  Would you expect the interior

10    paneling, the side of the paneling that is

11    adjacent to the exterior skin of the

12    Alexander/Cooper travel trailer to be hotter

13    or colder -- Let me start over.  We have a

14    wall panel in the Alexander/Cooper travel

15    trailer?

16         A     Yes, sir.

17         Q     And there's going to be an inside

18    to the wall paneling where the residents

19    live and there's going to be an outside to

20    the wall paneling.  Does that face the

21    cavity side of the travel trailer there?

22         A     Yes, sir.

23         Q     The cavity in the wall?

24         A     Yes, sir.

25         Q     And are you telling us there's

Page 466

1    about an inch and a half space in that

2    cavity?

3         A     Yes, sir.

4         Q     So could we call that wall

5    paneling the back side of the wall paneling?

6         A     Yes, sir.

7         Q     And what you're talking about is

8    because of the heat differential, is there a

9    build-up in the insulation of moisture

10   against that back side of the wall paneling?

11        MR. DERHAM:

12             Objection.

13        MR. PENOT:

14             Objection.

15        THE WITNESS:

16             Yes, there is.

17   EXAMINATION BY MR. PINEDO:

18        Q     And based upon your research and

19   what you have read in the Lawrence Berkeley

20   report, if that moisture is affecting the

21   back side of that wall paneling and that

22   wall paneling is made out of a

23   formaldehyde-based resin, will that increase

24   the amount of formaldehyde that is released

25   from that wood?

Page 467

```
 1          MR. DERHAM:

 2               Objection.

 3          MR. DINNELL:

 4               Objection, scope, foundation.

 5          MR. PENOT:

 6               Objection.

 7          THE WITNESS:

 8               Yes.

 9     EXAMINATION BY MR. PINEDO:

10          Q    And likewise, when we talk about

11     the R-value, that's the insulation value?

12          A    The resistance of heat movement

13     through that material.

14          Q    And due to the low R-value of this

15     travel trailer, would you expect the wood,

16     the back side of that wood panel on the

17     travel trailer to heat up more rapidly?

18          MR. DERHAM:

19               Objection.

20          THE WITNESS:

21               Yes.

22     EXAMINATION BY MR. PINEDO:

23          Q    And as it heats up more rapidly,

24     would you also expect it to reach higher

25     temperatures?
```

Page 468

1       A     Yes.

2       Q     And based upon what you have read

3   in the Lawrence Berkeley report and the

4   research that you have read, would that

5   increasing temperature on the back side of

6   that wood panel increase the amount of

7   formaldehyde that is released from that wood

8   panel?

9       MR. DINNELL:

10              Objection, scope, foundation.

11      MR. DERHAM:

12              Objection.

13      THE WITNESS:

14              Yes.

15   EXAMINATION BY MR. PINEDO:

16      Q     And then would the moisture, the

17   additional moisture on the back side of that

18   wood panel, due to the effects that you have

19   described as well as the increased

20   temperature, would that act in an additive

21   fashion to release more formaldehyde from

22   the wood panel based upon your research and

23   what you have read in the Lawrence Berkeley

24   report?

25      MR. DINNELL:

Page 469

1              The same objection.

2       MR. DERHAM:

3              Objection.

4       THE WITNESS:

5              Yes.

6   EXAMINATION BY MR. PINEDO:

7       Q    And since more formaldehyde gas is

8   being released in that cavity, would the air

9   conditioning unit when it was being run and

10  leaking out air into the cavities, would the

11  air conditioning unit then function to flush

12  out or to send some of that higher

13  formaldehyde gas/air into the interior of

14  the Alexander/Cooper travel trailer?

15      MR. DERHAM:

16             Objection.

17      MR. DINNELL:

18             Objection, foundation.

19      MR. PENOT:

20             Objection.

21      THE WITNESS:

22             It would act as a sucking effect,

23  drawing it into the inside area of the

24  trailer.

25  EXAMINATION BY MR. PINEDO:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Alexis Mallet, Jr.

Page 470

1       Q     So the air conditioning system

2   would be pulling, by virtue of the leaks in

3   the air conditioning system, would it be

4   pulling air from the cavities between the

5   exterior wall and the interior wall panel,

6   that cavity, would it be pulling it to the

7   interior of the Alexander/Cooper travel

8   trailer?

9       MR. DINNELL:

10           The same objection.

11      MR. PENOT:

12           Objection.

13      THE WITNESS:

14           Yes.

15   EXAMINATION BY MR. PINEDO:

16      Q     And based upon the dynamics of

17   temperature and moisture, you would expect

18   that air in that cavity to be a higher rate

19   of formaldehyde in that air than in the

20   interior of the unit itself?

21      MR. DINNELL:

22           Objection, scope.

23      MR. DERHAM:

24           Objection.

25      THE WITNESS: