Transcript of the Testimony of
# Videotaped Deposition of Paul J. LaGrange

## Date taken: July 1, 2009

### In Re: FEMA Trailer Formaldehyde Products Liability Litigation

### **Note**
All **electronic deposition & exhibit files**
are available at **www.psrdocs.com**.
Please call or e-mail reporters@psrdocs.com if you need a
**Username** and **Password**.

# Professional Shorthand Reporters, Inc.
Phone:   504-529-5255
Fax:   504-529-5257
Email:   reporters@psrdocs.com
Internet:   www.psrdocs.com

Page 69

1      attorneys.

2          Q     Okay.  What was it that Mr. Mallet

3      asked you to do specifically?

4          A     He asked me to come to the trailer

5      and perform a blower door test as well as a

6      duct leakage test, duct blaster.

7          Q     So Mr. Mallet specified the blower

8      door and duct blaster test?

9          A     That's correct.

10         Q     Did he ask you to do anything

11     else?

12         A     At the time, no, sir.

13         Q     At any time after that?

14         A     He asked me to look at the overall

15     R-values and U-values of the walls, ceiling

16     and floor, and also what the Btu gain would

17     be of the amount of air leakage, for

18     sensible and latent.

19         Q     Anything else?

20         A     No, sir.

21         Q     Okay.  You weren't asked to

22     determine the cause of any of your findings,

23     were you?

24         A     The cause of my findings?

25         Q     Yes.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 70

1      A    Not specifically, no.

2      Q    Okay.  And you don't have any

3  opinions as to the cause of any of the

4  findings that you found, correct?

5      A    Oh, no, sir, we do.

6      Q    Are they in your report?

7      A    No, sir, they're not.

8      Q    Are you offering any opinions on

9  the design or construction of the trailer

10  unit?

11      A    Specifically to what?

12      Q    Anything.

13      A    Well, when I performed the blower

14  door test to measure the amount of air

15  leakage, it was evident that the trailer was

16  not very airtight and that there were some

17  weak links, specifically as the floor

18  connected to the wall and as the wall

19  connected to the ceiling.

20      Q    Are those opinions in your report?

21      A    They are referenced.

22  Specifically, the air leakage at the floor

23  as well as the ceiling connections are

24  referenced in the report, that's correct.

25      Q    So your opinion that there's air

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 71

1     leakage at the floor or air leakage at the

2     ceiling is an opinion on the design or

3     construction of the trailer?

4          MR. PINEDO:

5               Objection, form.

6          THE WITNESS:

7               Could you ask me again?  I'm

8     sorry.

9     EXAMINATION BY MR. DERHAM:

10         Q     Yes.  Well, are you going to offer

11    an opinion that the design of this trailer

12    is somehow substandard?

13         A     I wouldn't say the design of the

14    trailer is substandard.  However, the way

15    some of the products were installed in the

16    trailer could be improved.

17         Q     Okay.  So are you offering an

18    opinion that the construction of this travel

19    trailer was substandard?

20         A     In relation to what?

21         Q     In relation to what you were

22    retained to do.

23         A     Yes, I would.

24         Q     Okay.

25         A     There is a substantial amount of

Page 72

1   air leakage and also duct leakage to

2   indicate that the installation of these

3   products were not done as per the protocols

4   and standards that are generally accepted

5   and recognized by the construction

6   community.

7        Q    Okay.  Where is that opinion in

8   your report?

9        A    If you look on Page 3 of 17.

10       Q    Yes.

11       A    It's difficult for you, because

12  you don't have a color infrared picture.

13       Q    That's okay.

14       A    But the colored picture certainly

15  depicts the amount of air leakage at the

16  wall and ceiling combination or connection.

17  And I say, "This location was not properly

18  air sealed.  The red and yellow colors show

19  hotter temperatures than the blue and purple

20  colors."

21       Q    But does that say that the

22  installation of the products was not

23  compliant with the protocols of the

24  construction industry?

25       A    No.  It just recognizes a weak

Page 98

1    EXAMINATION BY MR. DERHAM:

2        Q    I think in your report at Page 3,

3    you said, "It is unwise and unhealthy to

4    rely on air leakage for ventilation"?

5        A    That is correct.

6        Q    Air leakage and infiltration, are

7    they similar?

8        A    Air leakage could mean both

9    infiltration and exfiltration.

10       Q    Right.

11       A    And infiltration is air just

12   leaking inward towards the building.

13       Q    Right.  You mentioned the ASHRAE

14   62.2 standard.  I think that's called

15   "Ventilation and Acceptable Indoor Air

16   Quality in Low-Rise Residential Buildings,"

17   correct?

18       A    That's correct.

19       Q    Did you consult that when you put

20   together this report?

21       A    I didn't reference it, although I

22   know what the standard says.  I use it quite

23   often.

24       Q    ASHRAE 62.2 doesn't show up

25   anywhere in your report, does it?

Page 99

1      A     I would have to review it.  No,

2   sir, I don't see it.

3      Q     And it's not in any of your

4   reliance materials, is it?

5      A     No, sir, it's not.  It's a

6   reference that we turn to on occasion.

7      Q     Are you familiar with ASHRAE

8   62.2's allowance for natural leakage as a

9   means of acceptable ventilation?

10      A     A portion of it is, yes.

11      Q     It, in fact, allows for natural

12   and mechanical ventilation, both constant

13   and intermittent; does it not?

14      A     It does.  However, it also

15   suggests later on in that standard that you

16   bring in some form of outdoor air to dilute

17   the contaminants that are in the building.

18      Q     But it doesn't require that it be

19   brought in mechanically, does it?

20      A     It could be passive.

21      Q     Okay.

22   MR. PINEDO:

23          Let's go off the record briefly.

24   (Discussion off the record.)

25   EXAMINATION BY MR. DERHAM:

Page 100

```
 1        Q      Are you aware of any codes in
 2   ASHRAE or any other standards related to the
 3   required ventilation rates in a travel
 4   trailer?
 5        A      Again, as I stated before, whether
 6   it's a travel trailer or a single-family
 7   home, a multi-family home, the standards are
 8   the same as far as the building science
 9   community is concerned, but I'm not
10   specifically aware of anything that's
11   specific to a travel trailer, although
12   manufactured homes, their standards do
13   apply.
14        Q      To manufactured homes?
15        A      Yes.
16        Q      Does anything in the HUD document
17   regarding manufactured homes state that it's
18   applicable to travel trailers?
19        A      I'm not familiar with the HUD
20   document.
21        Q      Okay.  Talking about being
22   airtight, one way to determine the leakiness
23   of a building is determining the air change
24   rates per hour?
25        A      That's correct, through the use of
```

Page 101

1    a blower door.

2        Q    Yes.  That's what you use to make

3    the measurement, correct?

4        A    That's correct.

5        Q    Right.  And the ACH natural is the

6    natural air changes per hour, correct, at

7    what condition?

8        A    At its natural condition.

9        Q    Right.  The higher the ACH

10   natural, the air changes per hour naturally

11   occurring, the leakier the building?

12       A    That's correct.

13       Q    Do you ever advise anyone that you

14   have been retained to work for, be it an

15   insurance company or a plaintiff or a

16   homeowner, that their home or building was

17   not leaky?

18       A    Meaning was it too tight?

19       Q    Yes.

20       A    Yes, there have been some

21   occasions when the envelope was too tight

22   and it did not introduce the proper

23   ventilation.

24       Q    Okay.  How many times would you

25   say that has been something you have

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 102

1    determined?

2         A    We deal with lots of buildings

3    that have spray urethane foam insulation

4    with packages and with very proactive air

5    cell packages, so we deal with this almost

6    on a weekly basis, so lots of homes and

7    commercial buildings.  If they don't bring

8    in the proper mechanical or passive

9    ventilation, we will have some issues,

10   because it's too airtight.

11        Q    Have you ever concluded that a

12   building you have inspected is just fine?

13        A    Sure.

14        Q    Regarding the ventilation of the

15   building?

16        A    My home.

17        Q    Your home?

18        A    Yes.

19        Q    Your home is just fine?

20        A    Yes.

21        Q    Have you tested it?

22        A    Yes, multiple times.

23        Q    Would you let us test it?

24        A    Sure.  I will charge you for it.

25        Q    That's all right.  Did you do the

Page 103

1      testing yourself on your own home?

2          A     Yes, sir.

3          Q     How big is your house?

4      MR. D'AMICO:

5                Objection, relevance.

6      EXAMINATION BY MR. DERHAM:

7          Q     How big is your house?

8          A     Living space is 2,478 in the main

9      part of the home.  The office above the

10     garage is another 600 some odd square feet.

11         Q     Do you have all the findings from

12     the tests you did on your home?

13     MR. PINEDO:

14               Objection, relevance.

15     THE WITNESS:

16               I'm sure I would have to find

17     them, but, yes, I'm sure I can put my hands

18     on them.

19     EXAMINATION BY MR. DERHAM:

20         Q     Can you give me a copy of them?

21     MR. PINEDO:

22               We're not going to agree.  I'm

23     going to object to that.  We're not going to

24     agree to that.  If you show me the

25     relevance, perhaps we can discuss it, but

Page 104

1    we're not agreeing to that.

2    EXAMINATION BY MR. DERHAM:

3        Q    Would you voluntarily agree to

4    give them to me?

5        MR. PINEDO:

6            He's going to voluntarily agree to

7    give them to me as the attorney for the

8    plaintiffs, and we will have a discussion as

9    to whether or not those are going to be

10   produced.  I don't think they're relevant to

11   anything.

12       MR. D'AMICO:

13           I don't either.  The same

14   objection.

15   EXAMINATION BY MR. DERHAM:

16       Q    A higher ACH natural would

17   indicate -- would be indicative of more

18   ventilation inside the space; would it not?

19       MR. PINEDO:

20           Objection.  Asked and answered.

21       THE WITNESS:

22           The higher natural air change per

23   hour is not indicative of more ventilation.

24   It's more leakage.

25   EXAMINATION BY MR. DERHAM:

Page 105

1      Q     Okay.  Well, leakage coming in or

2  out?

3      A     It doesn't matter.  Air leakage.

4  It could be coming in or out, depending on

5  the conditions of the climate.

6      Q     Well, if air is moving out,

7  doesn't replacement air have to come in from

8  somewhere?

9      A     In most cases.

10     Q     Okay.

11     A     However, if air is also being

12 sucked in because of duct leakage, like

13 what's occurring in this building, then the

14 outside air is coming through those walls,

15 that floor, that ceiling assembly.

16     Q     Okay.  Bringing in more fresh air?

17     A     Contaminated air.

18     Q     From outside?

19     A     From outside.

20     Q     What's it contaminated with?

21     A     You tell me.  Dust, mold.

22     Q     You're the expert.

23     A     Pollen, dust, humidity, moisture

24 mostly.  And as it comes through those wall

25 assemblies, no telling what it's going to

Page 106

1    pull, draw in through those walls, the floor

2    or the ceiling.

3         Q     Okay.

4         A     In the building science community,

5    we call that contaminated air.

6         Q     Okay.  So the fresh air coming in

7    from outside is contaminated air; is that

8    correct?

9         A     As it --

10   MR. PINEDO:

11         Objection to the form.

12   THE WITNESS:

13         Fresh air coming in from outside

14   that comes through uncontrolled pathways is

15   contaminated air.

16   EXAMINATION BY MR. DERHAM:

17        Q     Okay.  The ACH natural that you

18   calculated is on Figure 2 on Page 8 of your

19   report?

20        A     Yes, sir.

21        Q     You calculated it to be 1.658 air

22   changes per hour naturally?

23        A     Natural air changes per hour,

24   1.658.

25        Q     So that's an air change roughly

Page 107

1    every how many minutes?

2        A    I don't know.  I can do the

3    calculation.

4            Just real quick like, it appears

5    anywhere from every 28 to 29 minutes.

6        Q    Okay.  Almost every half hour,

7    basically?  "Yes"?

8        A    Yes.

9        Q    Is there an industry standard for

10   calculating ACH natural?

11       A    Yes, sir, there is.

12       Q    What -- Go ahead.

13       A    There's an accepted calculation, a

14   formula I use that I cited in the appendix

15   of the report.

16       Q    Yes.  That's the one that shows up

17   at Appendix B of your report, air changes

18   per hour in a natural state?

19       A    That's correct.

20       Q    And who says that this is the

21   industry standard for calculating air

22   changes per hour natural?

23       A    Well, there are a number of

24   different organizations.  Specifically, the

25   manufacturer of the blower door equipment.

Page 108

1    This is a formula they have in their blower

2    door manual to calculate the natural air

3    changes per hour.

4              In addition to that, the software

5    that we use is called EnergyGauge, which is

6    written by the Florida Solar Energy Center,

7    and this is the calculation they use in

8    their software to determine natural air

9    changes per hour, as well as the training

10   modules for energy raters, energy efficiency

11   consultants.  A lot of the textbooks refer

12   to this calculation, this formula.

13       Q    Is there any standard you're aware

14   of that governs the determination of natural

15   air changes per hour in a travel trailer?

16       A    Once again, as I answered before,

17   as far as the building sciences community is

18   concerned, there is no differential between

19   a manufactured home, a travel trailer, and a

20   single family house.

21       Q    And obviously, you have read or

22   been made -- Have you read Damien Serauskas'

23   report?

24       A    I did.

25       Q    Okay.  And you know that there's

Page 109

1    an issue he took up with the way you

2    calculated the ACH natural?

3         A    I do.

4         Q    And I think what he presented in

5    his report was the divide by 20 rule?  You

6    have heard it referred to as that?

7         A    I have used it before.

8         Q    Okay.

9         A    When I'm in the field and I'm

10   looking at blower door data, if I want to

11   determine a real quick, dirty calculation of

12   what the air change per hour is, that's a

13   good generalized rule of thumb to get you in

14   the ballpark.

15        Q    Okay.  And so why the reason for

16   going further with the formula that you used

17   versus relying on the divide by 20 approach?

18        A    Because the divide by 20 is a

19   generalized rule of thumb to get you in the

20   ballpark.  It's not an exact calculation, as

21   you can see the differences between his

22   number and my number.

23             One thing you also have to keep in

24   mind is the ASTM protocol.  The standard

25   that we use for blower door refers to using

Page 110

```
 1    formulas and calculations and directions

 2    specifically by the manufacturer of the

 3    equipment, in this case the Minneapolis

 4    Blower Door.

 5         Q    Will the use of the formula that

 6    you have used result in a higher air change

 7    natural calculation than the divide by 20

 8    rule?

 9         A    That is correct.  I mean, it does

10    make the natural air change per hour higher.

11         Q    And the building leakier?

12         A    And the building leakier, which

13    is actually -- If you would like me to use

14    your expert's number, I would like to,

15    because it makes my case better.

16         Q    Well, then it makes the building

17    more tight?

18         A    It makes the building more tight,

19    which leads to the impact of the duct

20    leakage creating negative pressures inside

21    of the building.  A tighter envelope is

22    easier to pressurize or depressurize due to

23    wind effect, stack effect or duct leakage or

24    any type of mechanical fan.

25         Q    Did we have a negative pressure
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 111

1    situation in this trailer?

2         A    We did.

3         Q    Did you do the divide by 20 rule

4    in this case at all?

5         A    No, sir, not at all.  I can't tell

6    you the last time I have used that rule.

7         Q    Okay.

8         A    It's been awhile.

9         Q    You saw Mr. Serauskas' calculation

10   using the divide by 20 approach yielded a

11   result, I think, of .5065 ACH natural?

12        A    Yes, sir.

13        Q    And the calculation you did gave

14   us an ACH natural of 1.658, correct?

15        A    That's correct.

16        Q    About three times as high?

17        A    Approximately, yes, sir.  Once

18   again, when that envelope is tighter, it's

19   very easy to pressurize or depressurize it.

20             I will use the analogy of blowing

21   up a balloon.  It's very easy to blow up a

22   balloon that doesn't have a hole in it.  As

23   you start adding holes and more holes, it

24   becomes harder and harder to inflate and

25   maintain the inflation.  But as those holes

Page 112

1    decrease or if they have fewer holes, it's

2    very easy to pressurize that balloon.

3              The same principle is happening

4    here with this building.  If the building is

5    tighter, then the effects, the negative

6    effects of duct leakage become much more

7    significant.

8         Q    How so?

9         A    Because the thermal envelope or

10   the air barrier is tighter, it's less

11   leakier, so, therefore, when you have duct

12   leakage, supply duct leakage both on the

13   heating component as well as the cooling

14   component, the ductwork, it forces your

15   envelope to go into negative pressure.

16        Q    Drawing in more outside air,

17   correct?

18        A    Drawing in air from path of least

19   resistance.

20        Q    If it's not outside air, where

21   would that be?

22        A    It could be coming from the floor,

23   it could be coming from the attic, it could

24   be coming from outside.

25        Q    Well, the air in the floor or the

Page 113

1   attic, where would that be coming from?

2        A    The air that's within the

3   insulation, the fiberglass insulation has

4   air pockets in it.  It's actually one of the

5   ways that fiberglass insulation offers a

6   thermal barrier is there's dead air space

7   within that fiberglass insulation.

8        Q    Would there also be in that space

9   leaked air from the ductwork?

10       A    It's possible.  Because the

11   ductwork for the heating and for the cooling

12   assemblies are within those same cavities.

13       Q    Are you offering any opinions on

14   the effects of the ventilation condition of

15   this travel trailer on any levels of

16   formaldehyde that have been alleged to have

17   been present?

18       A    No, sir, I was not asked to do

19   that.

20       Q    Okay.  The ACH50, that's the air

21   changes per hour at a pressurized state in

22   the trailer, correct?

23       A    A depressurized state.

24       Q    A depressurized state.

25       A    Of a negative 50 Pascals.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Paul J. LaGrange

Page 114

1        Q       Correct?

2        A       That's correct.  And this is an

3    energy standard of negative 50 Pascals

4    that's accepted by the entire diagnostic

5    testing community.

6        Q       And we call that ACH50, right?

7        A       That's correct.

8        Q       We don't call it ACH negative 50?

9        A       That's correct.

10       Q       Even though that's really what it

11   is?

12       A       In this case, that's correct.

13       Q       And so that negatively pressurizes

14   the unit, correct?

15       A       It does.

16       Q       Which results in a drawing in of

17   air from outside the unit?

18       A       Through path of least resistance,

19   that's correct.

20       Q       Like we just discussed?

21       A       That's correct.

22       Q       Either from outside or the floor

23   space or the ceiling or wall space?

24       A       That's correct.

25       Q       And I think you said this earlier,

Page 115

1    but is it your opinion that when the HVAC

2    system was in operation in this unit, it was

3    existing in a negative pressure state?

4        A    That's correct.

5        Q    And the negative pressure state

6    air change per hour rate that you calculated

7    was 10.13 air changes per hour; is that

8    correct?

9        A    I calculated the air change per

10   hour 50 at 10.13, that's correct.

11       Q    Okay.  So that's an air change

12   basically every six minutes?

13       A    That's correct.  Under a negative

14   50 Pascals.

15       Q    Okay.  Did you measure the -- Did

16   you actually get the unit to a negative 50

17   Pascal pressure state?

18       A    I got the unit up to -- up to a

19   negative 75 Pascals.

20       Q    Okay.  And what was your

21   measurement of the air change rate -- Was

22   that using the blower door?

23       A    Yes, sir.

24       Q    Okay.  I meant with just the HVAC

25   unit running.

Page 116

1      A     Oh, I'm sorry.  I misunderstood.

2  Could you please repeat the question?

3      Q     Yes.  Did you get it to a negative

4  pressure state with the HVAC system running?

5      A     Yes.

6      Q     Did you measure that?

7      A     I did.

8      Q     Where is that?

9      A     Actually, I didn't report that.

10  This is something we do as a normal set-up

11  in reference to following the ASTM protocol

12  and standard, and it was between negative

13  three and five Pascals.  Negative three and

14  negative five Pascals.

15      Q     With the air conditioning running?

16      A     With the air conditioning running,

17  with all the exterior windows closed, with

18  the interior doors open, with no additional

19  ventilation fans, such as the kitchen hood

20  or the bathroom exhaust turned off.

21      Q     The exhaust turned off?

22      A     Right.

23      Q     And so when you had the -- Let me

24  just make sure I'm clear.  When you had the

25  HVAC system running in the unit -- Are you

Page 117

1    with me?

2        A    Yes, sir.

3        Q    -- you measured that it was

4    creating a negative pressure state of minus

5    three to minus five?

6        A    Pascals.

7        Q    Pascals?

8        A    In relation to the outside

9    environment.

10       Q    Right.  Is there a reason you

11   didn't record that data in your report?

12       A    No, sir.  No particular reason.

13       Q    If that's what it is in reality,

14   why do we -- why did you do a calculation at

15   minus 50 Pascals?  Why didn't you do a

16   calculation using minus three to five

17   Pascals?

18       A    Well, the industry standard as

19   well as the ASTM protocol requires you to

20   measure it at a negative 50 Pascals, or it

21   could have been a positive 50 Pascals.

22       Q    But if you had done a calculation

23   of the air change rate using minus three to

24   minus five Pascals, would that not have more

25   accurately reflected what was going on in

Page 118

1    the unit with the HVAC system running?

2         MR. PINEDO:

3              Objection, form.

4         THE WITNESS:

5              No, sir, it wouldn't.

6    EXAMINATION BY MR. DERHAM:

7         Q    Why not?

8         A    Well, first of all, the protocol

9    doesn't call for that, and secondly, it's a

10   worldly, widely accepted industry standard

11   to measure a negative 50 Pascal or a

12   positive 50 Pascal and use this equation to

13   determine the natural air changes per hour.

14   The equation takes into account the locale,

15   the climate, the size of the building, the

16   shielding.

17        Q    Did you do a calculation, instead

18   of ACH minus 50, did you do a calculation of

19   ACH at minus three or minus five Pascals?

20        A    No, sir, I did not.

21        THE VIDEOGRAPHER:

22             Could I change the tape?

23             We're off the record.  It's 11:25.

24   (Discussion off the record.)

25        THE VIDEOGRAPHER:

Page 119

1                 Back on the record.  It's 11:27.

2      EXAMINATION BY MR. DERHAM:

3          Q    Mr. LaGrange, I think you were in

4      the middle of responding, if you want to

5      finish your answer.

6          A    Yes, sir.  The purpose for

7      measuring if the trailer is going into a

8      positive-negative pressure in relation to

9      outside when mechanical equipment is

10     running, such as the air conditioning, as we

11     were just discussing, it's just to ascertain

12     that the building is going to negative

13     pressure because of duct leakage or some

14     form of mechanical force, and so it's not

15     designed or never has been intended to use a

16     calculation for that negative three to

17     negative five Pascals to determine or

18     calculate the natural air changes per hour.

19         Q    Well, is there a formula that you

20     can do to figure out what's really going on?

21     We know that you had the HVAC system running

22     and it got into a negative three to negative

23     five Pascal pressure state, so is there not

24     a way to figure out what the air change

25     would be at that level?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 120

1       MR. PINEDO:

2            Objection, form.

3       THE WITNESS:

4            I think you're mixing and matching

5   two different types of calculations.

6   EXAMINATION BY MR. DERHAM:

7       Q    Okay.

8       A    The ACH50 or the natural air

9   changes per hour looks at the air leakage

10  with the air barrier in the thermal

11  envelope, the shell.

12      Q    Correct.

13      A    The negative three to negative

14  five Pascals is occurring when the

15  mechanical system is operating.  They are

16  two separate equations, two separate

17  calculations.

18           So to answer your question

19  specifically, if the building was in a

20  natural state and just the air conditioner

21  was running to calculate the ventilation

22  rate or the leakage rate -- I'm sorry.

23  That's a better word -- the leakage rate

24  just by using the negative three or negative

25  five Pascals, there's no cfm measures there,

Page 121

1    so, no, I'm not aware of any way to

2    calculate the ventilation rate at that

3    point -- I'm sorry, the leakage rate at that

4    point.

5        Q    So there's not a way of

6    determining what the actual -- I mean, when

7    the HVAC unit is running, there's still air

8    changes happening, correct?

9        A    Outside air is coming in in this

10   particular trailer.

11       Q    Well, in this case, because you

12   had it at a negative three to negative five

13   pressure state?

14       A    No, I didn't have it there.  The

15   air conditioning duct leaks was forcing it

16   to get there.

17       Q    Okay.  So by operation of the HVAC

18   unit inside of the trailer, it resulted in

19   the trailer being in a negative three to

20   negative five pressure state relative to the

21   outside?

22       A    That's correct.

23       Q    Okay.  And is there not a way of

24   calculating in that state what air changes

25   per hour are taking place inside of the

Page 122

1    trailer?

2         A    I would have to look into that

3    further.

4         Q    Okay.  Would it be lower than

5    10.13?

6         A    It would be lower than 10.13,

7    because at 10.13, we're forcing the building

8    into a negative 50 Pascals.

9         Q    Right.  Increasing the draw of air

10   in from other sources?

11        A    Increasing the air leakage, that's

12   correct, which is the industry standard for

13   measuring and doing diagnostic testing.

14        Q    I understand the industry standard

15   on that.  I'm just trying to find out if

16   there's a means of actually determining what

17   it is, since we know the actual situation it

18   could be put into with operating the HVAC

19   system.  And that's what you're saying, you

20   would have to look further to see if --

21        A    That's correct.

22        Q    Correct?

23        A    Yes, sir, that's correct.  I'm

24   sorry.  I interrupted you.

25        Q    No, that's okay.  I don't

Page 123

1    interrupt as bad as Charlie does, do I?

2         MR. SHERBURNE:

3              Objection.

4         MR. DERHAM:

5              That's off the record, but we're

6    on tape, so it doesn't matter anyway.

7         MR. PINEDO:

8              I don't think anybody would have

9    objected to that.

10   EXAMINATION BY MR. DERHAM:

11        Q    On your Table 2 -- I'm sorry,

12   Figure 2 on Page 8 --

13        A    Yes, sir.

14        Q    -- it says "Building pressure

15   difference, none."  Under what conditions

16   was that measured?

17        A    "Building pressure difference,

18   none" is I'm actually forcing my gauges to

19   be zero reading, so that when the building

20   is in either state, nothing is on, there's

21   no difference in pressure between indoor and

22   outdoor.

23        Q    Okay.  So the HVAC system wasn't

24   running?

25        A    That's correct.

Page 124

1      Q    Okay.  Windows and doors opened or

2  closed?

3      A    Closed.

4      Q    Closed.  Exhaust fans --

5      A    Off.

6      Q    -- non-operational?

7      A    Right.

8      Q    You mentioned interior doors being

9  opened earlier.  You mean like the door to

10  the bathroom?

11      A    Or the bedroom.

12      Q    Or the bedroom?

13      A    Correct.

14      Q    Okay.  Getting back to the blower

15  door test -- And a blower door test is a

16  means of calculating the building leakage,

17  the shell leakage?

18      A    That's correct.  Yes, sir.

19      Q    Not the duct leakage?

20      A    That's correct.

21      Q    For that, we use the duct blaster

22  test, right?

23      A    For total duct leakage, we used

24  the duct blaster test.  For duct leakage to

25  the outside of envelope, we used the duct

Page 125

1    blaster in conjunction with the blower door.

2    So we used both instruments.

3         Q     Right.   To measure how much air is

4    leaking from the ducts to the outside, you

5    have the duct blaster going and the blower

6    door going?

7         A     At the same time, that's correct.

8         Q     Okay.   I think you said in your

9    report, when you did the blower door test --

10   Do you have a copy of these with you, the

11   ASTM 1827?

12        A     I believe I do, yes, sir.   Yes,

13   sir.

14        Q     I've got an extra copy, so what I

15   will do is make that Exhibit 7.   These are

16   the -- This is the protocol pursuant to

17   which you performed the blower door test?

18        A     That is correct.

19        Q     This is the same as you got right

20   here.   I'm just going to make this our

21   exhibit copy.

22              All right.   On the bottom of

23   Page 9, "according to ASTM E1827," which

24   is --

25        A     Oh, I'm sorry.   Page 9 of my

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Paul J. LaGrange

Page 126

1    report?

2        Q      I'm sorry.  Page 9 of your report.

3        A      Yes, sir.

4        Q      "The testing site was closed,"

5    correct?

6        A      That's correct.

7        Q      And then you followed that with

8    the statement that "this standard testing

9    procedure requires testing individuals to

10   'Close all operable openings and seal other

11   intentional openings to evaluate envelope

12   airtightness without including intentional

13   openings.'"

14              Did I read that correctly?

15       A      That's correct.

16       Q      And that's verbatim from the

17   ASTM --

18       A      Standard.

19       Q      -- standard.  What did you do to

20   check to see if all intentional openings

21   were sealed, or did you?

22       A      I did, yes.  I walked the exterior

23   of the building to make sure that the

24   exhaust fan for the kitchen hood/cooktop was

25   closed, which it was.

Page 127

```
 1            Once I got into the interior of
 2    the trailer, confirmed that all the exterior
 3    windows were closed, and my fan, the blower
 4    door fan was in the exterior door, so that
 5    was the only exterior door for that trailer.
 6         Q    Is the door sealed around the
 7    blower door?
 8         A    It is.  There's a rubber gasket
 9    that's around the metal frame of the blower
10    door.
11         Q    What, do you cut it or fasten it
12    to fit the size of the door?
13         A    The frame is designed to be
14    adjustable.  Actually, you fit it in
15    orientation of the shape of the door, and
16    then actually there's a cam lock, that once
17    you get the frame in place, it forces
18    pressure against the weather strip in
19    relation to the metal frame of the door.
20         Q    Okay.  On Table 1 on Page 10 of
21    your report --
22         A    Yes, sir.
23         Q    -- "Recommended Test Envelope
24    Conditions," the areas that are shaded are
25    not applicable because of the type of
```

Page 128

1    trailer we're dealing with, correct?

2        A    That's correct, yes, sir.

3        Q    So the areas that are not shaded

4    or appear in white are items that were

5    applicable to this testing, correct?

6        A    That is correct, yes, sir.

7        Q    Okay.  And you have, like you were

8    just mentioning, exhaust and supply fans are

9    off, fan inlet grills closed.  There's

10   another one for -- Oh, with or without the

11   motorized damper.  The windows and exterior

12   doors were latched.  "Openings leading to

13   outside the test zone," what would those be?

14       A    That would be the exterior door.

15       Q    Okay.  Closed?

16       A    Closed.  Well, it was closed in

17   relation to with the fan being there.

18       Q    Is that kind of a miscellaneous?

19   Because it has "windows and exterior doors"

20   just on top of that, and it says "latched."

21   So would "openings leading to outside the

22   test zone" be something other than doors?

23       A    I can't imagine it being anything

24   else in relation to the trailer.

25       Q    Okay.  And the "openings within

Page 129

1    the test zone," these are door openings,

2    like to the bathroom and the bedroom?

3         A    That's correct.

4         Q    Those were open?

5         A    Those were open.

6         Q    "Floor drains and plumbing traps,"

7    "Current Testing Situation," it says

8    "unknown"?

9         A    There were no floor drains at the

10   trailer, but there were plumbing traps for

11   the sinks and bathtub.

12        Q    The bathroom sink and the kitchen

13   sink?

14        A    Yes, sir.

15        Q    And the bathtub trap, you said?

16        A    Yes, sir.

17        Q    Okay.  And there would also be one

18   for the toilet?

19        A    The toilet itself is a P-trap.

20        Q    Right.  So it's another trap?

21        A    Yes, sir.

22        Q    So two sink traps, a bathtub trap

23   and a toilet trap, right?

24        A    That's correct.

25        Q    Four total traps.  Any others?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 130

1      A     Not that I'm aware of, no.

2      Q     No drain on the floor in the

3   bathroom?

4      A     Not that I saw.

5      Q     Okay.  You said bathtub.  Was it a

6   shower or a bathtub?

7      A     It was a combination shower-tub.

8      Q     Okay.  And for "unknown," you have

9   an asterisk, and it says on your Table 1,

10  "Because the trailer had been sitting vacant

11  for so long, it is not known if the water in

12  the plumbing traps remained in the traps or

13  if it had evaporated."

14          Did I read that correctly?

15     A     Correct.

16     Q     Do you know how long this trailer

17  had been sitting out in the field in Lottie?

18     A     I was told anywhere from 17 to 18

19  months.

20     Q     Okay.  Would you expect there to

21  be water still sitting in those traps?

22     A     It's possible.

23     Q     It's possible.  How would there

24  still be water in those traps?

25     A     Well, the last time someone used

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Paul J. LaGrange

Page 131

1    that sink or tub, the P-trap holds water for

2    an extended period of time.  It does

3    evaporate as well.

4         Q    Was the trailer connected to any

5    utilities or plumbing?

6         A     Not at the time.  However, the

7    sewer drain was capped underneath the

8    trailer.

9         Q    And the sewer drain leads -- comes

10   from what?

11        A    It comes from all these appliances

12   that catch gray water and black water and

13   connects to the central sewer system.

14        Q    Did you take a picture of that?

15        A    No, sir, I did not.

16        Q    Did you take any pictures while

17   you were out there?

18        A    I did.

19        Q    Okay.  How come you didn't take a

20   picture of the sewer drain being capped?

21        A    I didn't think of it.  Actually, I

22   stopped taking pictures, because we were

23   being rushed to get the testing and get out

24   of the field as quickly as possible.

25        Q    How come you didn't note on your

Page 132

```
 1   testing situation conditions that the sewer

 2   drain was capped?

 3        A    I just didn't.  I don't know.  No

 4   particular reason.

 5        Q    We will take your word for it.

 6        MR. PINEDO:

 7             We can attach a photo if you want

 8   one.

 9        MR. DERHAM:

10             No, I'm asking him what he knows.

11        MR. PINEDO:

12             Well, if you're taking his word

13   for it, I mean, we've got a photo we can

14   attach to the deposition if that's what you

15   want.  Somebody else took a picture.

16        MR. DERHAM:

17             That's not taking his word for it.

18   That's looking at a photograph.

19   EXAMINATION BY MR. DERHAM:

20        Q    Do the two sink drains, the

21   bathtub drain and toilet drain, all go to

22   that one sewer drain?

23        A    Yes, sir, they do.

24        Q    Did you stick anything down the

25   drains to determine if there was any water
```

Page 133

1    in them?

2         A    No, sir, I did not.

3         Q    Is that something you could have

4    done?

5         A    I don't have the capability of

6    doing that.  However, while we're running

7    the blower door test, there was no evidence

8    of air leakage from those P-traps.

9         Q    How would that be determined?  I

10   mean, how would you calculate that?

11        A    Well, I wouldn't calculate it as

12   much as I would --

13        Q    I know not calculate it.  How

14   would you determine that?

15        A    Visually.  You would actually -- I

16   walked around the trailer while the blower

17   door was operating.  You listen for air, you

18   feel for air.  A lot of times when you

19   listen for air, you hear it whistling.  If

20   there's an air leak or if something is ajar,

21   you can hear a high pitch whistle.  There

22   were none.

23             And then we walk around and feel

24   for air where the air is coming into the

25   travel trailer.  And then on top of that, I

Page 134

1    didn't smell anything.

2          So that's another indicative

3    reason for P-traps having some form of --

4    I'm not sure if it was water.  Maybe it was

5    a mud diver nest, it could have been a bird

6    nest.  I don't know.  But it wasn't an

7    impact to my test.

8        Q    When you mentioned to me earlier

9    what you did to ensure that the conditions

10   were closed, you didn't mention looking for

11   the sewer drain to see if it was capped.

12       A    Okay.

13       Q    Is it necessary under the ASTM

14   guidelines to make sure that these types of

15   drains are capped not on the outside at the

16   end of the drain, but inside of the unit?

17       MR. PINEDO:

18          Objection, form.

19       THE WITNESS:

20          It's necessary as per the standard

21   to note the test condition in this

22   situation.

23   EXAMINATION BY MR. DERHAM:

24       Q    And yours says "unknown" under

25   Table 1; does it not?

Page 135

```
 1        A    Along with an asterisk saying I
 2   wasn't sure if they had water in the traps
 3   or not.
 4        Q    It doesn't mention the traps or
 5   the drains or the seal or cover, does it?
 6        A    No, sir, it doesn't.  But
 7   specifically, if you look at the ASTM
 8   standard, it says "filled."  Since I wasn't
 9   able to inspect those P-traps, I didn't know
10   if they were filled or not.  So as per the
11   standard, I noted "unknown."
12        Q    So you didn't do anything to
13   determine whether they were filled?
14        MR. PINEDO:
15             Objection, form.
16        THE WITNESS:
17             No, there was no way to determine
18   if they were filled or not.
19   EXAMINATION BY MR. DERHAM:
20        Q    Could you stick something down?
21        MR. PINEDO:
22             Objection, form.  Asked and
23   answered.
24        THE WITNESS:
25             I don't have the capability of
```

Page 136

```
 1    doing that.  However, it wasn't impacting

 2    the air leakage test.  There was no air

 3    coming through those traps.

 4    EXAMINATION BY MR. DERHAM:

 5        Q    Back on Page 9 of your report --

 6    Sorry.  Are you there?

 7        A    Yes, sir, I am.

 8        Q    Figure 3 is under the "Testing

 9    Conditions" section?

10        A    Yes, sir.

11        Q    And it looks like you got a series

12    of times there where you measured the

13    temperature inside and outside of the

14    trailer?

15        A    Yes, sir.

16        Q    And below that, it says, "There

17    was very little wind (less than four miles

18    per hour) blowing south to southwest during

19    the testing"?

20        A    That's correct.

21        Q    Why did you note the temperature

22    and wind conditions?

23        A    It's part of the requirements for

24    the ASTM standard.

25        Q    I'm sorry.  Go ahead.
```

Page 137

```
 1        A      In order to calculate air density,

 2   between the difference of air density inside

 3   the trailer and outside the trailer.

 4        Q      Where did you or how did you

 5   record the wind speed?

 6        A      I have a -- Forgive me.  I forgot

 7   the name of the instrument.  I have an

 8   instrument that measures cfm's or wind

 9   speed.

10             In addition to that, we went and

11   looked at the weather data for the site,

12   since we were there anyway looking at the

13   elevation of that site in Lottie.

14        Q      How did you look at the weather

15   information for the site while you were at

16   the site?  What did you do?

17        A      Just went to the National Weather

18   Service website and looked it up.

19        Q      On a laptop?

20        A      Not while I was there.  Back at

21   the office.

22        Q      Okay.  For the weather the day you

23   were there?

24        A      That's correct.

25        Q      Where is the closest recording
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 138

1    station to that field?

2         A    I don't know.  I would have to go

3    back and look.

4         Q    Where did you take the wind speed

5    measurement at, right by the door or what?

6         A    Where the vehicles were parked,

7    right in front of the trailer.  In that

8    alleyway.

9         Q    By the tongue side of the trailer?

10        A    The tongue side of the trailer?

11        Q    That's what you're calling the

12   front of the trailer?

13        A    Yes, sir.

14        Q    Right in front of it, how close to

15   the trailer were you when you measured the

16   wind speed?

17        A    Within four or five feet.

18        Q    What height were you recording the

19   wind speed at?

20        A    Chest height.

21        Q    How tall are you?  You did it?

22        A    I did it.  5'11".

23        Q    So your chest height is --

24        A    Four and a half feet.

25        Q    Four and a half feet?

Page 139

1     A     Approximately.

2     Q     How many times did you run the

3  blower door test?

4     A     Numerous times.  I will have to

5  look on my notes to tell you exactly how

6  many.  It appears I did it five times for

7  the blower door testing.

8     Q     And what are you looking at right

9  now?

10     A     I'm looking at my field notes.

11  They're not numbered.

12     Q     What are they?  I'm just making

13  sure I got the same one you're looking at.

14  I don't know which stack of papers it's in.

15  There we go.

16     A     There you go.

17     Q     Okay.  So in your field notes, I

18  see right there where it says on the left,

19  it says "single point" and you got three

20  circles, one, two, three, four and five all

21  circled?

22     MR. BARRIOS:

23          Would you mind stating what Bates

24  number that is?

25     MR. DERHAM:

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 140

1          Sorry.  It's ALX-EXP-36-000078.

2     MR. BARRIOS:

3          Thank you.

4  EXAMINATION BY MR. DERHAM:

5     Q    But that's correct, that's the

6  reflection of the five times you took

7  measurements during the test?

8     A    For the initial blower door test,

9  that's correct.

10     Q    The blower door test.  It says

11  "without tape" and "with tape" there next to

12  it.  What are those in reference to?  On the

13  right.  Do you see that notation?

14     A    I do.  One of the tests we were

15  taught to do with the Department of Natural

16  Resources as well as the Florida Solar

17  Energy Center was to perform a blower door

18  test on the building where you were testing

19  the air leakage of the building as well as

20  the duct work connected to the building.

21          And then the second set of tests

22  was taping the ductwork and separating and

23  segmenting the return side and the supply

24  side of both the heating and cooling

25  components from the thermal shell.

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255          (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

Page 141

1        Q      Okay.  What times were these five

2    tests run?

3        A      Sometime between 2:00 p.m. and

4    4:30 p.m.

5        Q      And how do we know that?

6        A      Because I'm looking at Figure 3 of

7    my report, Page 9 of 17, and I'm measuring

8    the inside and outside temperatures.

9        Q      Okay.  You said between 2:00 and

10   4:00, right?

11       A      2:00 and 4:30, yes, sir.

12       Q      So is each one of these entries

13   where you took a temperature measurement

14   inside and outside reflective of a test you

15   ran?

16       A      Not reflective of a test I ran.

17   Just random times when I arrived at the

18   site.  We got things set up at 1:19.  As I

19   was also still going in and out of the

20   trailer at 1:46 to 1:48, and then you have

21   to take a measurement at the very end of the

22   testing, which was the 4:35 notation.

23       Q      So Figure 3 doesn't represent that

24   you took five tests, does it?

25       A      No, sir, it does not.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 142

1      Q     Okay.

2      A     It just gives me a time frame of

3   when I was there at the trailer.

4      Q     Okay.  How much time would you

5   wait between running tests?

6      A     Just a few seconds.

7      Q     Okay.  Is there any kind of

8   guideline that tells you just to wait a few

9   seconds?

10      A     No, sir, there's no guideline that

11   tells you how long you have to wait between

12   tests.  Blower door tests or

13   depressurization tests, between one and

14   five.

15      Q     Did you take a wind speed

16   measurement at the beginning of each test?

17      A     No, sir, I did not.

18      Q     Just the one?

19      A     Just the one.

20      Q     Did you take a reading of the

21   inside and outside temperature at the

22   beginning of each test?

23      A     No, sir.  I was unable to.  Once

24   we started the testing inside of the

25   trailer, I wasn't able to get outside.  The

Page 143

```
 1    door was blocked off with the equipment.
 2         Q    In the ASTM protocol on the blower
 3    door test -- Do you have that in front of
 4    you?
 5         A    Yes, sir, I have it.
 6         Q    Can you turn to -- Well, it's
 7    Page 4.
 8         MR. BARRIOS:
 9              Page 4 of what?  I'm sorry.
10         THE WITNESS:
11              Yes, I am on Page 4.
12    EXAMINATION BY MR. DERHAM:
13         Q    Okay.  Eight is titled
14    "Procedure"?
15         A    Yes, sir.
16         Q    In fact, that's where the
17    Section 8.1.1.1 gives the description of
18    what the closed testing conditions are all
19    about?
20         A    That is correct, yes, sir.
21         Q    You talked about that earlier.
22    8.2.1 says "Environmental Measurements,"
23    correct?
24         A    Yes, sir.
25         Q    "Measure and record the wind speed
```

Page 144

1    two meters or six feet above the ground and

2    10 meters or 30 feet upwind from the

3    building, when practical, outside

4    temperature, and inside temperature at the

5    beginning of each fan pressurization test."

6              Did I read that correctly?

7       A    Yes, sir, you did.  It also says

8    "when practical."  You can't get in and out

9    of this trailer with the door's blocked.

10      Q    Was there anything prohibiting you

11   from having someone else on the outside with

12   a radio or cell phone with a measuring

13   device to tell you what the wind speed is or

14   what the temperature is?

15      A    I was by myself.

16      Q    Well --

17      A    No one else with my company.

18      Q    That's not what I'm asking.  I'm

19   just asking, isn't that something that could

20   have been done?

21      MR. PINEDO:

22              Objection.

23   EXAMINATION BY MR. DERHAM:

24      Q    Someone else could have been out

25   there with a wind speed measurement device

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 145

```
 1    or a thermostat while you were inside,
 2    correct?
 3         MR. PINEDO:
 4              Objection.
 5         THE WITNESS:
 6              It also says "emphasize the
 7    readings if wind speed is greater than four
 8    miles an hour or outside temperature is
 9    outside the bounds of five to 35, or 41 to
10    95 degrees Fahrenheit," so I was within the
11    default of not having to do that.
12    EXAMINATION BY MR. DERHAM:
13         Q    Well, it just says "circle or
14    otherwise emphasize the readings" if they
15    are in that zone, correct?  It doesn't say
16    you don't have to measure them.  You still
17    got to measure them to know, right?
18         A    Well, I did measure them.  I did
19    know.
20         Q    At the first time?
21         A    At the beginning of the testing.
22         Q    But you didn't measure at the
23    beginning of each other test?
24         A    It wasn't practical.
25         Q    And it wasn't practical simply
```

Page 146

1    because you couldn't get outside?

2         A     That's correct.

3         Q     But there's nothing to have

4    stopped someone else from have coming to the

5    test with you with their own device, so you

6    guys could have been in communication,

7    correct?

8         A     There was nothing to prevent that

9    from happening, no.

10        Q     You knew when you went to go take

11   these tests, that you were going to be in

12   this situation where you were inside once

13   the testing started, not able to get

14   outside, correct?

15        A     No, I did not know that.

16        Q     How did you think you were going

17   to --

18        A     Well, some trailers have more than

19   one door.

20        Q     Okay.  But isn't it supposed to be

21   kept in a closed testing condition?

22        A     While the fan was running.

23        Q     Okay.  Well, couldn't you have

24   gone out, taken the measurements, come back

25   in and done a test again?

Page 147

```
 1      A    Yes, I could have, but I would

 2   have been there until 10:00 that night

 3   taking down the fan, putting the fan back

 4   up, and I was told to be out by 5:00.

 5      Q    You didn't measure the wind speed

 6   at the location where the protocol tells you

 7   to measure it, did you?

 8   MR. PINEDO:

 9           Objection, form.

10   EXAMINATION BY MR. DERHAM:

11      Q    It tells you to measure six feet

12   above the ground, and you said you did it

13   four and a half feet above the ground,

14   right?

15      A    That's correct.

16      Q    It tells you to measure it 30 feet

17   upwind from the building, and you said you

18   did it within five -- within four to

19   five feet of the front of the trailer,

20   correct?

21      A    That's correct.  However, in this

22   case, there would not have been an impact,

23   because I had thousands of FEMA trailers

24   around me.  The only way to get 30 feet

25   upwind of the building would be to go all
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 148

1    the way away from those trailers to the tree

2    line, which also would have been an

3    inaccurate reading, because I would have had

4    obstructions from the trees around the

5    perimeter of the field.

6         Q    Well, again, my question is just

7    simply you didn't measure the wind speed at

8    the locations that the protocol tells you to

9    measure the wind speed, correct?

10        A    That's correct.

11        MR. PINEDO:

12             Objection.  Asked and answered.

13   EXAMINATION BY MR. DERHAM:

14        Q    And, in fact, on the previous page

15   of the ASTM protocol, Section 5.5 -- Do you

16   see that?  It's on Page 3 of the protocol.

17        A    Yes, sir.

18        Q    It's under the section called

19   "Significance and Use"?

20        A    Yes, sir.

21        Q    5.5 is called "Effects of Wind and

22   Temperature Differences"?

23        A    Correct.

24        Q    It states, "Calm winds and

25   moderate temperatures during the test

Page 149

```
 1      improve precision and bias.  Pressure" --
 2          A    Yes.
 3          Q    "Pressure gradients over the
 4      envelope caused by inside-outside
 5      temperature differences and wind cause bias
 6      in the measurement by changing the building
 7      pressure differences over the test envelope
 8      from what would occur in the absence of
 9      these factors.  Wind also causes pressure
10      fluctuations that affect measurement
11      precision and cause the data to be
12      autocorrelated."
13              Did I read that correctly?
14          A    Yes, sir, you read it correctly.
15      However, as you notice, it says "calm winds
16      and moderate temperatures during the test
17      improve precision and bias."
18              We had calm winds and moderate
19      temperatures.
20          Q    95 degrees is moderate
21      temperatures?
22          A    I live in southern Louisiana.
23      95 degrees is what we have all the time.
24          Q    Well, where does the ASTM live?
25          A    ASTM lives all over the country,
```

Page 150

1    and the reason they put this in here is very

2    specifically for the guys that are in the

3    northern part of the United States, that

4    have a huge difference, sometimes a 40 to

5    50-degree temperature difference between

6    indoor and outdoor temperature.  We don't

7    have that here.

8         Q    We have about a, what, 16,

9    17-degree difference between indoor and

10   outdoor temperatures?  15, 16?

11        A    It depends on what part of the

12   measurement you're looking at.

13        Q    Well, I mean, you can look at them

14   in general and tell me.

15        A    Yes.

16        Q    That's generally fair, isn't it?

17        A    Generally fair.

18        Q    About a 15 to 16-degree difference

19   between inside and outside?  Is that a

20   significant difference in temperature

21   between inside and outside?

22        A    No, sir.

23        Q    Okay.  But 95 degrees, you think

24   everyone down here would agree is moderate

25   temperatures?

Page 151

```
 1      A    Yes.

 2      Q    Okay.  Does the ASTM define what

 3   moderate temperatures are?

 4      A    No, they leave it to the

 5   discretion of the expert.

 6      Q    Okay.  Where does it say that?

 7      A    I'm sure it's in here somewhere.

 8      Q    Okay.  But in any event, the ASTM

 9   recognizes in this section here that the

10   effects of wind and temperature are

11   important; do they not?

12      MR. PINEDO:

13           Objection.  Asked and answered.

14      THE WITNESS:

15           Excessive wind and excessive

16   temperatures do affect the calculations of

17   the building leakage rate, that's correct.

18   EXAMINATION BY MR. DERHAM:

19      Q    Okay.  Well, does --

20      A    However, we didn't have that case

21   here.

22      Q    Well, does that section say

23   excessive wind or excessive temperature

24   differences?

25      A    It says just the opposite.  It
```

Page 152

1    says, "Calm winds and moderate temperatures

2    during the test improves precision."

3         MR. DERHAM:

4              Do you want to break for lunch?

5         MR. PINEDO:

6              Sure.

7         MR. DERHAM:

8              I probably have like a half an

9    hour, 40 minutes at the most left to go,

10   depending, but I know some others have

11   questions, but do you just want to clean

12   break it up right now?

13        MR. PINEDO:

14             Fine.  Let's take a break.

15        MR. DERHAM:

16             Take an hour.

17        THE VIDEOGRAPHER:

18             We're off the record.  It's 12:01.

19   (Discussion off the record.)

20   (Whereupon, a lunch break was taken.)

21        THE VIDEOGRAPHER:

22             We're back on the record.  It's

23   1:26.

24   EXAMINATION BY MR. DERHAM:

25        Q    Okay, Mr. LaGrange, let me just

Page 153

1   jump back real quick and ask you, you did

2   your inspection of the trailer on May 7th,

3   2009; is that correct?

4        A    Yes, sir, that's correct.

5        Q    Is there a reason you didn't go

6   out there on May 6th, 2009?

7        A    I was only invited for May 7th.

8        Q    Are you aware that there were

9   inspections and testing that took place on

10  May 6th, 2009?

11       A    I found out after the fact, yes,

12  sir.

13       Q    What time did you get out there on

14  May 7th?

15       A    A little before 12:00.

16       Q    How about 12:30?

17       A    Okay.

18       Q    I'm just going off of your notes.

19       A    Okay.

20       Q    The ALX-EXP-36-000061 indicates on

21  the top that you arrived at the site at

22  12:30 p.m.  Does that sound right?

23       A    That's when I arrived actually at

24  the guard entrance, yes, sir.

25       Q    Okay.  And it looks like you