In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Paul J. LaGrange

Page 154

1    started doing your testing at 1:20?

2        A    Yes, sir.

3        Q    And you left the site at

4    5:00 p.m.?

5        A    Yes, sir.  Actually -- Well, I

6    left the yard at 5:20.  I left the trailer

7    site at 5:00 p.m., if that makes a

8    difference.

9        Q    That's fine.  Is there a reason

10   you didn't get out there on May 7th until

11   12:30?

12       A    That's when I was told to arrive.

13       Q    Okay.  Are you aware of what time

14   the site was open and available for testing

15   and inspections to begin?

16       A    No, sir, I was not.

17       Q    Have you had any training in -- Do

18   you know what I mean by the phrase "forensic

19   analysis"?

20       A    Yes, sir, I do.

21       Q    Okay.  Have you had any training

22   in forensic analysis in relation to HVAC

23   issues?

24       A    Yes, I have.  I have had training

25   through Alabama Power, which is a sister

Page 155

1    company of Southern Power -- I'm sorry, a

2    sister company of Southern Co. or Southern

3    Company.  I have taken two or three

4    different courses at their facility in

5    Verbena, Alabama, on HVAC design and also

6    diagnostic testing and investigation.

7         Q    Okay.  When did you take those

8    courses?

9         A    I don't know.  Can I look at my

10   resume?

11        Q    I think it's in the stack here.

12   There you go.

13        A    One was in 2004.  The other was in

14   2005.  And there was a third one that's not

15   on this list.  I believe it was in also

16   2005.

17        Q    Okay.  How many total hours have

18   you spent in training for forensic analysis

19   of HVAC systems?

20        A    These were three courses, four

21   days each, that dealt directly with design

22   of heating/cooling systems, installation

23   methods, troubleshooting, investigation.

24        Q    Okay.  How much of those courses

25   were dedicated to the forensic side of

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 156

1    actually going in and determining when or

2    what may have happened, not just what would

3    have happened, but when and how it happened?

4         A    I would imagine close to half of

5    that.

6         Q    Okay.  Did you keep the materials

7    from those courses?

8         A    Not that I recall, no, sir.

9         Q    You never have been offered as an

10   expert in forensic analysis, have you?

11        A    No, sir, I have not.

12        Q    Do you consider yourself an expert

13   in forensic analysis?

14        A    I don't believe I'm an expert in

15   that, although I have a tremendous amount of

16   experience in problem solving, determining

17   what caused the problem and how to fix it.

18        Q    Going back to the duct leakage

19   part of the test -- I'm sorry, the duct

20   blaster part of the test -- Which is to

21   measure duct leakage?

22        A    Yes, sir, it is.

23        Q    Okay.  How did you come about

24   measuring the duct leakage to the outside of

25   the unit?  And by that, so we're clear, I'm

Page 157

1    talking about the air that's actually

2    escaping the entire trailer unit itself to

3    the outdoors, correct?

4         A    The true definition, not to play

5    semantics, but the true definition is duct

6    leakage to the outside of the air barrier or

7    thermal barrier.

8         Q    Okay.

9         A    Which in this case is essentially

10   the shell of the trailer.

11        Q    Okay.  So we're not talking about

12   air that's leaking into what I call the

13   interstitial space?  Do you know what I mean

14   by that, the pockets that would be in

15   between?

16        A    It possibly could, yes.

17        Q    Okay.  So duct leakage to outside

18   means what to you?

19        A    Duct leakage to outside is

20   measured with the duct blaster in

21   combination with the blower door apparatus,

22   and what happens is we depressurize the

23   house and the ducts at the same negative 25

24   Pascals and measure how many cfm's or fan

25   flow of leaks are occurring to the outside

Page 158

1    of the envelope, so that is in this case,

2    for instance, the cooling duct leakage to

3    the outside is 29 cfm's at 25 Pascals.  It's

4    Page 11 of 17 of my report.

5        Q    Got you.

6        A    So 29 cfm's at 25 Pascals actually

7    leaks outside the air barrier or the thermal

8    envelope.

9        Q    Okay.  And duct leakage to the

10   inside is 47 cfm, cubic feet per minute?

11       A    Cubic feet per minute, yes, sir.

12   And if you add those two numbers together,

13   that gives you your total duct leakage.

14       Q    Okay.  So the way I understand is

15   the cooling duct leakage to the outside, the

16   29 cubic feet per minute, that's air that's

17   escaping from the ducts to outside of the

18   trailer unit?

19       A    Outside the air barrier.  I'm not

20   sure where the air barrier is in this

21   particular trailer.

22       Q    Well, what's the duct leakage to

23   the inside?

24       A    That's the duct leakage that's

25   leaking inside the air barrier.

Page 159

```
 1        Q     Okay.  Well, how can you say that
 2   if you don't know where the air barrier is?
 3        A     Because I have total duct leakage
 4   that I measured by depressurizing the duct
 5   system, when the building is at neutral
 6   pressure, and then I equalized the pressure
 7   of the building along with the ductwork,
 8   which is located hopefully in the ceiling
 9   assembly and the floor assembly, and the
10   difference is duct leakage to the outside.
11             So you measure your total, and
12   then you measure your duct leakage to the
13   outside, and you subtract the two, and
14   that's how much duct leakage is leaking to
15   the inside.
16        Q     Okay.  I guess my question is you
17   define duct leakage to the outside and duct
18   leakage to the inside as what's either
19   outside or inside the air barrier, right?
20        A     That's correct.
21        Q     I'm just asking how you can do
22   that if you don't know where the air barrier
23   is?
24        MR. PINEDO:
25             Objection.  Asked and answered.
```

Page 160

1        THE WITNESS:

2              Even with the air barrier, it's

3   not important for this equation.  The blower

4   door determines the air barrier.

5   EXAMINATION BY MR. DERHAM:

6        Q    Okay.  Did you determine where the

7   air barrier was by use of the blower door?

8        MR. PINEDO:

9              Objection, form.

10       THE WITNESS:

11             Can you repeat that?  I'm sorry.

12  EXAMINATION BY MR. DERHAM:

13       Q    Well, you said the blower door

14  determines the air barrier?

15       A    The blower door creates the air

16  barrier.

17       Q    Creates the air barrier.  So where

18  was it?  Where was the air barrier?

19       A    I don't know.

20       Q    Okay.

21       A    It's insequential to this

22  calculation.

23       Q    It's what?

24       A    It's not relevant to this

25  calculation.

Page 161

1      Q     Okay.  At that same table -- Hold

2    on one second.  The table -- I'm sorry,

3    Figure 4.0 on Page 11?

4      A     Yes, sir.

5      Q     Where you have the 47 cfm cooling

6    duct leakage to the inside, am I correct in

7    assuming that that leakage is air being

8    leaked into the inside of the space that

9    would be between the interior walls and the

10   exterior skin of the trailer?

11     A     It's possible.  It could also be

12   leaking from the ceiling panels down around

13   the register, as the register is connecting

14   at the ceiling.

15     Q     It could be leaking into the

16   actual room itself?

17     A     Yes.

18     Q     Okay.  But it could also be

19   leaking into the space between the ceiling

20   and the roof?

21     A     Yes, it can.

22     Q     And the space between the wall --

23   I mean, the interior wall and the exterior

24   wall?

25     A     If it gets to that point, yes,

Page 162

1    it's possible.

2        Q    Okay.  Did you do any calculations

3    to determine if, in fact, it was getting

4    into those areas?

5        A    No, sir, I did not.  I wasn't

6    asked to do that.

7        Q    There's a way to find that out,

8    though, isn't there?

9        A    There is, with tracer gas or some

10   kind of smoke.

11       Q    Okay.  How cool is the air that's

12   being circulated in the duct when the AC is

13   on?  What's the temperature of that air

14   that's being blown?

15       A    I didn't measure it for this

16   trailer.  That's not part of the

17   calculation, to determine what the

18   temperature of the air is.

19       Q    I'm just asking if you know what

20   the temperature of the air was in the ducts?

21       A    I didn't measure it.

22       Q    Okay.  Is there a typical range of

23   what air conditioned air is cooled to?

24       A    I have seen some air conditioners,

25   on the supply side, supply air as cold as

Page 163

1   50, 51 degrees, but on average, it's

2   probably closer to the mid to upper fifties.

3        Q     I was going to ask if 55 degrees

4   sounded about right to you?

5        A     Yes, sir.

6        Q     Okay.  Do you know what a flow

7   hood test is?

8        A     Yes, sir.

9        Q     Did you do one?

10       A     No, sir, I did not.

11       Q     What does a flow hood test do?

12       A     A flow hood test measures the

13  amount of air that comes out of each one of

14  the registers, supply registers.  You can

15  also put it through the return section and

16  measure the amount of air that's returning

17  back to the equipment.  It measures it in

18  cfm's.

19       Q     Would doing a flow hood test have

20  given you any useful information?

21       A     No, sir, it would not.

22       Q     Did you do any testing with any of

23  the windows open?

24       A     No, sir.  The protocol doesn't

25  call for the windows to be open.  It calls

Page 164

1    for them to be closed.

2         Q    I'm just asking if you did any?

3         A    No, sir, I didn't.

4         Q    Did you do any testing with the

5    exhaust fans running, either of the exhaust

6    fans running?

7         A    No, sir, I did not.

8         Q    Did you do any testing of the

9    ventilation rates with just the windows

10   closed, the exhaust vents closed and the air

11   conditioning running?

12        A    I did.  We talked about that

13   earlier in reference to the difference in

14   Pascals being outdoor pressures and indoor

15   pressures, when everything was off, with the

16   exception of -- and all the doors, exterior

17   doors and windows were closed, with the

18   exception of the air conditioning running,

19   it was between a negative three and negative

20   five Pascals.

21        Q    And the findings and data from

22   doing that particular exercise aren't in

23   your report, right?

24        MR. PINEDO:

25             Objection, form.  Asked and

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 165

1    answered.

2        MR. DERHAM:

3            I agree I may have asked you that

4    question.  I just don't remember what you

5    said.

6        THE WITNESS:

7            The findings are not in this

8    report, no, sir.

9    EXAMINATION BY MR. DERHAM:

10       Q    Okay.  Would the ventilation rate

11   be increased by opening the windows?

12       A    Ventilation rate of what?

13       Q    Inside the trailer.  The amount of

14   air moving through the trailer.

15       A    Under what conditions?

16       Q    With just the windows open.

17       A    I guess it's possible.  I guess it

18   depends on lots of different conditions, on

19   the wind velocity and direction of the wind

20   in relation to the open window, if there was

21   a second window open to allow the air to go

22   in and out.  So lots of different

23   determining factors to --

24       Q    If -- I'm sorry.  Go ahead.

25       A    There's a lot of different

Page 166

1    determining factors to make that statement,

2    that it would generally just increase

3    ventilation if you cracked open the window.

4         Q     Okay.  If I opened a window in the

5    front of the unit and a window in the back

6    of the unit and there was no wind outside,

7    would there be any air movement through the

8    trailer?

9         A     If there was a difference between

10   indoor and outdoor temperature, there's a

11   possibility there would be air movement,

12   yes.

13        Q     And would it be typically hotter

14   outside the unit than it would be inside of

15   the unit?

16        A     It's hard for me to say.  It

17   depends.

18        Q     Okay.  You didn't do any of those

19   tests to find out, though, right?

20        A     No, sir, I did not.

21        Q     What about if just the exhaust

22   fans were running, what effect would that

23   have on the ventilation rate in the unit?

24        A     If the exhaust fans were running

25   and a window was open or a door was ajar, it

Page 167

1    would draw air from the outside into the

2    trailer through those openings and be

3    exhausted out of the exhaust fan.

4         Q    In your -- When you went in the

5    unit, do you recall seeing in the bedroom or

6    the bathroom wall panel being separated?  We

7    have been calling it popped out, but do you

8    remember seeing that?

9         A    I did in the bedroom on the tongue

10   side, yes, sir.

11        Q    On the what side?

12        A    Tongue side of the trailer.

13        Q    You don't recall seeing that in

14   the bathroom?

15        A    I don't recall, no, sir.

16        Q    Did you look behind it?

17        A    Behind the paneling?

18        Q    The paneling?

19        A    It had duct tape on it.  No.

20        Q    It was duct taped closed?

21        A    Yes.

22        Q    Oh.  Did you pull it open to look

23   in behind there?

24        A    No, sir, I did not.

25        Q    Were you with anyone when they did

Page 168

1    that?

2         A    No, sir.  I saw someone doing it,

3    but I didn't look inside.

4         Q    Okay.  Did you find any evidence

5    of mold anywhere in the trailer during the

6    inspection?

7         A    There are a number of areas where

8    there are some, I'm going to call it

9    unidentified black substance, since I didn't

10   test it to determine if it was mold or not,

11   around the perimeter of the wall/ceiling

12   combination, as well as near the floor and

13   wall combination, or connection.  And there

14   was some mold around the air conditioning

15   registers as well as the air conditioning

16   equipment in the ceiling.

17        Q    What does that tell you, if

18   anything, those findings?

19        A    It indicates that at one point

20   those locations reached dewpoint and there

21   was some condensation that was forming, and

22   the mold started growing.

23        Q    If it was mold?

24        A    If it was mold.

25        Q    But you don't know if it was mold?

Page 169

```
 1      A      It was an unidentified black
 2 object or substance.
 3      Q      Do you make reference to that
 4 anywhere in your report?
 5      A      No, sir, I do not.
 6      Q      It's not important to you?
 7      A      I wasn't asked to do it.
 8      MR. PINEDO:
 9             Objection to the form.
10 EXAMINATION BY MR. DERHAM:
11      Q      You weren't asked to do what?
12      A      I wasn't asked to inspect for mold
13 or test mold or make any determinations why
14 the mold was forming.
15      Q      Well, wouldn't the presence of
16 mold, if, in fact, it was mold, wouldn't the
17 presence of mold indicate something to you
18 regarding the way the HVAC system was
19 operating in the trailer?
20      MR. PINEDO:
21             Objection, form.
22      THE WITNESS:
23             What's important to me on how the
24 air conditioning was performing is Figure 4
25 on Page 11 of 17 of my report.  Everything I
```

Page 170

1    need to know in reference to duct leakage on

2    the supply side, return side, heating side,

3    cooling side is all depicted right here.

4    EXAMINATION BY MR. DERHAM:

5        Q    So fact things like duct leakage

6    to the inside or air coming in from the

7    outside to the inside wouldn't have any

8    effect on the presence of mold growing in

9    the trailer?

10       MR. PINEDO:

11            Objection, form.

12       THE WITNESS:

13            No.  Actually, they do have lots

14   of characteristics of mold, or why

15   condensation is forming is directly due to

16   air leakage of the thermal envelope as well

17   as duct leakage of the heating/cooling

18   system.  They're directly related to each

19   other.

20   EXAMINATION BY MR. DERHAM:

21       Q    Have you ever done moisture

22   testing?

23       A    Yes, sir, I have.

24       Q    What's the purpose of moisture

25   testing?

Page 171

```
 1        A     To determine how wet a particular
 2   substance is.
 3        Q     Let me jump back real quick.  The
 4   mold that you found, you're unable to tell
 5   us when in time that mold first appeared or
 6   grew in the trailer, are you?
 7        A     There's no way for me to tell you
 8   when it first appeared and when it grew as
 9   much as it was quite evident there was some
10   long-term changes of differential pressure,
11   either created by the duct leakage or by
12   wind or stack effect that were causing these
13   items or these assemblies to reach dewpoint
14   and mold to grow.  But for me to tell you
15   exactly when it occurred, I can't.
16        Q     You say "it was quite evident
17   there was some long-term changes of
18   differential" --
19        A     Pressures.
20        Q     Pressures?
21        A     Occurring.
22        Q     Does that show up in your report
23   anywhere, evidence of long-term changes
24   of --
25        A     Well, I actually misspoke.  It's
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Paul J. LaGrange

Page 172

```
 1    not long-term changes.  It's long-term --
 2    evidence of long-term differential pressures
 3    that would cause items to reach dewpoint,
 4    condensation to form, and eventually mold
 5    grow.
 6          Q     "Evidence of long-term
 7    differential pressures," right?
 8          A     That's correct.
 9          Q     Where is that in your report?
10          A     It's not in my report.  You're
11    asking my opinion for the effects of duct
12    leakage on the thermal envelope and the
13    growth of mold and air leakage.
14          Q     Back to moisture testing.  What
15    did you say it tells us?
16          A     How wet a substance is, percentage
17    of moisture content.
18          Q     Did you do any moisture testing in
19    this unit?
20          A     No, sir, I did not.
21          Q     Did you read Damien Serauskas'
22    report?
23          A     Yes, sir, I did.
24          Q     When did you read his report?
25          A     Yesterday.
```

PROFESSIONAL SHORTHAND REPORTERS, INC  (800) 536-5255                    (504) 529-5255
New Orleans * Baton Rouge * Covington * Shreveport

Page 173

1      Q      What time yesterday?

2      A      Morning.

3      Q      Is that when you first received

4    it?

5      A      I received it overnight, I believe

6    Monday night.  I read it Tuesday morning.

7      Q      Did you make any notes as you were

8    reading through it or did you just read

9    through it to --

10      A      I was reading it on my laptop.  I

11   didn't print it.

12      Q      You don't have a printout copy?

13      A      No.

14      Q      Did you make any notes on paper or

15   anything as you were reading it?

16      A      No, sir.

17      Q      Do you have any criticisms or any

18   items in his report that you find

19   inaccurate?

20      A      The only things that I addressed

21   were in reference to the air changes per

22   hour, natural air changes per hour.

23      Q      Okay.  And that's what you gave

24   us -- we talked about that already?

25      A      And I only reviewed it for the

Page 174

```
 1    items that were directly related to me.  He

 2    mentioned other experts' reports.

 3         Q     This Exhibit 2?

 4         A     That's correct.

 5         Q     Yes.  Yes, I know he talked about

 6    Ritter and maybe someone else, too, but --

 7         A     I didn't --

 8         Q     Okay.

 9         A     -- make comment or even pay much

10    attention to those sections, since I haven't

11    read those other expert witnesses' reports.

12         MR. DERHAM:

13              I always hate to say I'm done, but

14    I think I'm going to pass you for right now.

15    The other lawyers in the room may have some

16    questions for you.  Thank you for indulging

17    me.

18         THE WITNESS:

19              Yes, sir.

20         MR. DERHAM:

21              And I may have some follow-up

22    questions as I go through my notes.

23    EXAMINATION BY MR. DINNELL:

24         Q     Mr. LaGrange, my name is Adam

25    Dinnell.  I represent the United States in
```

Page 232

1    currently employed?

2        A    I'm self-employed.  The name of

3    the company is LaGrange Consulting.

4        Q    And could you tell the ladies and

5    gentlemen of the jury generally what kind of

6    work LaGrange Consulting does?

7        A    We help folks solve their

8    problems, if it's an existing building,

9    whether it's commercial or residential that

10   are existing or experiencing problems such

11   as comfort or high energy bills or indoor

12   air quality concerns.

13            We also do design consultation to

14   help them avoid the problems when either

15   they're adding on to their buildings or

16   starting with new construction.

17       Q    Did you have an occasion to

18   examine the Alexander/Cooper travel trailer?

19       A    I did.  I performed a series of

20   tests on May 7th, 2009.

21       Q    Well, before we talk about those

22   tests, let me ask you, what is a blower door

23   test?

24       A    A blower door test is very

25   simplistically a big fan that you put in one

Page 233

1    of the exterior doors and it checks on how

2    leaky the building is.

3         Q    Did you do a blower door test on

4    the Alexander/Cooper trailer?

5         A    Yes, sir, I did.

6         Q    And are your results contained in

7    your report that is before you as Exhibit

8    No. 6?

9         A    Yes, sir, they are.

10        Q    Did you conduct a duct blast test?

11        A    Yes, sir, I did.

12        Q    And what is a duct blast test?

13        A    A duct blast test is a smaller

14   version of the blower door, it's just a

15   smaller fan, and we connect it directly to

16   the ductwork of the heating/cooling system

17   and measure how leaky the ductwork is.

18        Q    And did you put your results of

19   your duct blast test for the

20   Alexander/Cooper travel trailer in your

21   report?

22        A    Yes, sir, I did.

23        Q    Did you also examine the R-values

24   and U-values of the walls and ceiling

25   assemblies for the travel trailer that the

Page 234

1      Alexanders and Coopers lived in?

2           A     Yes, sir, I did.

3           Q     Did you examine the Btu gain for

4      the Alexander/Cooper travel trailer?

5           A     I did, yes, sir, as far as air

6      filtration is concerned.

7           Q     Okay.  And did you perform any

8      infrared thermal imaging scans on the

9      Alexander/Cooper travel trailer?

10          A     Yes, sir, I have.

11          Q     And are those contained in your

12     report?

13          A     Those are in the report, yes.

14          Q     And did you also offer some

15     explanations of the interactions between

16     heating and cooling systems in the

17     insulation in the building on your report?

18          A     Yes, sir, I did.

19          Q     Well, let's talk about some of

20     your background.  Do you have any

21     certifications related to heating and

22     cooling or conducting the types of tests

23     that you did on the Alexander/Cooper travel

24     trailer?

25          A     Yes, sir, I have three

Page 241

```
1        Q     Do you have an understanding of
2   the manufacturer of the trailer that the
3   Alexanders and Coopers lived in?
4        A     Do I understand who the
5   manufacturer is?
6        Q     Yes.
7        A     Yes, sir, I do.
8        Q     And who is the manufacturer?
9        A     Gulf Stream.
10       Q     Let's take a look at the heating
11  and cooling system that you described.
12  Could you give us a summary of the heating
13  and cooling system of this travel trailer
14  that we're talking about here?
15       A     The cooling system was a
16  15,000-Btu package unit that was located in
17  the ceiling of the travel trailer, and it
18  had ductwork that was connecting the central
19  unit to different locations throughout the
20  trailer located within the ceiling assembly.
21             The heating component was a
22  34,000-Btu liquid petroleum furnace that was
23  located -- the ductwork was located in the
24  floor assembly.  And, again, they had ducts
25  located at a variety of locations in the
```

Page 242

1    trailer.

2         Q     Did the heating and cooling system

3    use the same set of ducts?

4         A     No, sir, they were separate.

5         Q     In your report, you addressed the

6    effects of air leakage, duct leakage and

7    insulation performance; is that correct?

8         A     That's correct, yes, sir.

9         Q     And what are the effects of air

10   leakage, duct leakage and insulation

11   performance?

12        A     As air moves through a fiberglass

13   insulation, its R-value decreases.

14        Q     And did you do an examination or

15   did you see what type of insulation that any

16   part of this travel trailer had?

17        A     No, sir.  I was told that it was

18   fiberglass insulation in the walls.

19        Q     All right.  And please continue

20   with your description of the effects of air

21   leakage, duct leakage and the insulation

22   performance.

23        MR. SHERBURNE:

24             Objection to asking for a

25   narrative.

Page 243

1        MR. DERHAM:

2            I join in the objection.

3        THE WITNESS:

4            As air enters a wall or a ceiling

5    assembly or even a floor assembly, for that

6    matter, the R-value or the thermal

7    performance of insulation is decreased

8    because of air movement, and with that, in

9    some cases, because we do live in the Gulf

10   south, it also brings in moisture.

11           So in an extended period of time,

12   if there's an exchange of hot, humid air

13   that goes through an exterior assembly, it

14   would also bring enough moisture where that

15   insulation would get wet, and as it

16   continues to get wet, its thermal

17   performance also decreases, as well as

18   supporting the growth of bacteria.

19   EXAMINATION BY MR. PINEDO:

20       Q    Now, what you're talking about,

21   can you define the term "air leakage" for us

22   with regard to a residential structure?

23       A    Air leakage could mean air could

24   be leaking inside of the building or leaking

25   outside of the building, depending on the

Page 244

1    circumstances, the time of year and the

2    mechanical forces and wind, as well as a few

3    other different variables.

4              However, when a building is going

5    to negative pressure, actually it's taking

6    outside air inward towards the assembly.

7    The overall goal for our buildings is to

8    have slightly positive pressure or right at

9    neutral pressure.  We rarely, never want our

10   buildings to go to negative pressure.

11        Q    And did you make a determination

12   as to whether or not the Alexander/Cooper

13   travel trailer had positive or negative

14   pressure?

15        A    While the trailer was in a neutral

16   state and the air conditioning was

17   running --

18        MR. SHERBURNE:

19              I going to object at this time,

20   Chris.  I'm not sure of the scope of the

21   judge's order concerning the May testing

22   regarding air.  The language is a little bit

23   loose, and I'm going to object to the

24   results of any blower or duct testing, and I

25   will just make that one time.

Page 245

1      MR. DERHAM:

2           We will join in the objection.

3      MR. DINNELL:

4           We will join, too.

5      MR. BARRIOS:

6           We join.

7      MR. PINEDO:

8           That a gross misapprehension of

9   the judge's order, but I understand your

10  objection.  So let me start over, because he

11  was in mid answer when you had your

12  objection in that regard.

13          Could you please, Mr. Court

14  Reporter, read back the last question I had

15  prior to the objection.

16  (Whereupon, the court reporter read back the

17  requested testimony as follows:

18     THE COURT REPORTER:

19          Question:  "And did you make a

20  determination as to whether or not the

21  Alexander/Cooper travel trailer had positive

22  or negative pressure?"

23  EXAMINATION BY MR. PINEDO:

24     Q    So let me ask you again, sir, did

25  you make a determination as to whether or

Page 246

1    not the Alexander/Cooper had positive or

2    negative pressure?

3         A     While the air conditioning was

4    running, the trailer had a negative pressure

5    ranging from negative three to negative five

6    Pascals.

7         Q     As an energy efficiency expert,

8    what does that mean to you?  What is the

9    significance of a unit or a residence having

10   a negative three to five Pascals with the

11   air conditioner unit running?

12        A     It depicts that there is a

13   mechanical force forcing that building to go

14   into negative pressure.  In this case, it

15   was the ductwork for the air conditioning

16   system.  As you have supply duct leaks, it

17   forces your building to go to negative

18   pressure.

19        Q     And what is happening to cause

20   that negative pressure?  Are we talking --

21   What are we talking about physically that is

22   occurring with those ducts to cause that?

23        A     The ducts are actually leaking air

24   outside the thermal envelope air barrier,

25   and as that air is not being returned to the

Page 247

1    air conditioning system, it is causing the

2    air conditioning system to work harder and

3    faster and draw in air through the trailer,

4    through the path of least resistance to make

5    up for the air that's lost because of the

6    duct leaks.

7         Q    Well, let's talk about this in two

8    realms.  The air that is leaking out of the

9    ducting system, where is it going in this

10   travel trailer?

11        A    The air that's leaking to the

12   outside of the air barrier, the envelope,

13   it's just leaking outside of the air

14   barrier.

15        Q    And in this particular case, would

16   that be outside the trailer or would that be

17   between the walls or between the ceilings?

18   Where are we talking about?

19        A    It could be both.

20        Q    And if it leaks out between the

21   ceiling -- Because that's where the ductwork

22   for the air conditioner is, isn't it?

23        A    Yes, it is.

24        Q    -- then what happens to the air

25   that is in the space between the exterior

Page 248

1    skin of the trailer and the interior ceiling

2    structure of the trailer?

3         A    Well, the first thing that happens

4    is the R-value of the insulation is

5    decreased, because the air is moving through

6    it, and because it's cold air, it also is

7    bringing in moisture, and then eventually

8    over time, as that outside metal skin gets

9    hot from the sun and it comes in contact

10   with the cold air, it will reach dewpoint

11   and the insulation will eventually get wet

12   from the condensation.

13        Q    And you used several terms here,

14   so let's go through them.  You used the term

15   "R-value."  What is an R-value?

16        A    R-value is the thermal resistance

17   to block heat from one side of a wall or a

18   ceiling to the -- from the outside to the

19   inside of an assembly, whether it's a wall

20   or a floor or a ceiling.

21        Q    So if the R-value goes down, what

22   happens to the ability, say, for example, of

23   the fiberglass to insulate the trailer from

24   exterior heat?

25        A    More heat will travel through that

Page 249

```
 1    fiberglass insulation as its R-value

 2    decreases.

 3         Q    And then you had used the term

 4    "dewpoint."  Could you define for us what

 5    the dewpoint is?

 6         A    Dewpoint occurs when a warm

 7    surface comes in contact with a cool surface

 8    or when warm air hits a cold air.  It's much

 9    like a warm front hitting a cold front, you

10    have rain as a weather system.

11              Very similar happens when we have

12    warm air touching cold air or a warm object

13    touching a cold object, is that there is at

14    that surface, that air can only hold so much

15    amount of moisture, and it condenses so much

16    that it actually forms a droplet of water.

17    It's reaching dewpoint or condensation.

18         Q    And if that dewpoint is reached

19    between the exterior skin of the travel

20    trailer and the interior wall or ceiling of

21    the travel trailer, what happens to that

22    moisture between those two points there?

23         A    Well, by diffusion, by the weight

24    of the water, it's going to come through the

25    fiberglass pad, so your fiberglass
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation        Videotaped Deposition of Paul J. LaGrange

Page 250

1    insulation gets wet.

2              So, again, as I stated, the

3    R-value decreases, and eventually, if it

4    accumulates enough of it, it will drip all

5    the way through the fiberglass insulation,

6    through the ceiling, into the unit.

7         Q    Would it also accumulate moisture

8    on the back side of the wood panels either

9    in the wall or the ceiling of the unit?

10        A    It could, yes, sir.

11        Q    You had also used the term that

12   air will come in to the path of least

13   resistance from the interior of the trailer.

14   Could you please describe that terminology

15   or that phraseology as you have used

16   previously?

17        A    Path of least resistance, we use

18   that term because we really don't know

19   exactly where the air is coming in.  If

20   there is a --

21        Q    Excuse me.  Did you say "path of

22   least resistance"?

23        A    "Path of least resistance," yes,

24   sir.

25        Q    Please describe how that plays

Page 251

1    into this.

2         A    Well, we really don't know where

3    the air enters in.  It's just going to come

4    in through the weak links of the shell,

5    whether it could be around the

6    weather-stripping of the door, it could be

7    through the metal skin where there's a seam

8    and the sealant has broken, it could be

9    around a window, it could be through the

10   bottom of the trailer, through the floor of

11   the subfloor assembly where there's a hole

12   for like the tub drain.  It could be any

13   number of different places where it's

14   entering the trailer.

15        Q    I have heard used before in terms

16   of air conditioning and heating, "laws of

17   thermodynamics."  Do the laws of

18   thermodynamics play into this least

19   resistance and hot and cold differential?

20        A    Absolutely.

21        Q    Please explain for us how the laws

22   of thermodynamics interact with this.

23        A    Well, the second law of

24   thermodynamics very simply states that

25   temperature as well as moisture, energy

Page 252

1   specifically, travels from a warm climate

2   towards a cool climate, and also travels

3   from a wet climate towards a dry climate, so

4   the vast majority of the year here in the

5   Gulf south, we're cooler and drier inside of

6   our homes, our trailers as opposed to

7   outside, so the greater the difference

8   between the indoor and the outdoor

9   conditions, the greater exchange of energy.

10       Q    You were talking about the path of

11  least resistance.  Does that play into the

12  second law of thermodynamics as you were

13  describing?

14       A    Sure.  Wherever there is a weak

15  link or a path for that outside air to

16  travel in, the air will concentrate or the

17  exchange of energy will concentrate at that

18  path.

19       Q    Did you do some tests that enabled

20  you to make a determination as to whether or

21  not air was leaking into the Alexander/

22  Cooper travel trailer?

23       A    The blower door test was allowing

24  me to determine how much air was leaking

25  into the trailer.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation             Videotaped Deposition of Paul J. LaGrange

Page 253

1        Q      Before we get to the blower door

2    test, did you take a thermal image that is

3    contained in your report?

4        A      I did.

5        Q      And is that contained on Page 3 of

6    your report?

7        A      Yes, sir, Page 3 of 17.

8        Q      I'm going to ask the videographer

9    to get a close-up of that.  If you could,

10   just hold it up and describe for us what

11   that thermal image shows, what portion of

12   the trailer, and what it depicts with regard

13   to the variation in colors.

14       A      This is a thermal imaging scan of

15   the ceiling/wall connection, as you can see

16   here in this line (indicating), in the

17   living room above the window on an exterior

18   wall.

19       Q      Let me stop you there.  Is that

20   the interior or the exterior of the

21   Alexander/Cooper travel trailer?

22       A      This is the interior wall that I'm

23   scanning, the interior photo of an exterior

24   wall.  And ceiling combination.

25       Q      Please continue.

Page 254

1       A      I don't recall if it was from the

2   FEMA dialogue or from one of the attorneys.

3       Q      When you say "the FEMA dialogue,"

4   are you talking about the document that

5   looks like a --

6       A      Or maybe a FEMA log maybe is

7   better.

8       Q      Oh, okay.  It's got date and time

9   and seems to record her contacts with them?

10      A      Correct, or whatever transpired

11  with that trailer.  Some log of some sort is

12  what I'm meaning.

13      Q      And these service people who were

14  dispatched, do you know who they worked for?

15      A      No, sir.

16      Q      And, of course, you say it was

17  approximately five months after moving in,

18  but that would be one of those things where

19  you would defer either to the log or to

20  Ms. Alexander's sworn testimony, correct?

21      A      Yes, sir.

22      Q      So it wasn't immediately?  I saw

23  in one of your notes in your file something

24  about a leak in the bedroom within a week of

25  moving in.  But when you wrote your report,

Page 255

1    that's not what you understood?  You

2    understood it was about five months later?

3         A    That's correct.

4         Q    Okay.  "After moving in the

5    trailer, it was noticed that the walls in

6    the rear bathroom began to buckle."

7              You don't know about when that

8    happened?  You weren't told?

9         A    No, sir, I wasn't.

10        Q    Okay.  And, of course, that would

11   be something where you would defer either to

12   a written record or to her sworn testimony?

13        A    Sure.  For instance, if Fluor had,

14   you know, the documents or the logs or what

15   went on with maintenance or whomever, then

16   that certainly would probably log the, you

17   know, whoever was handling --

18        Q    Why do you say Fluor maintenance

19   records?

20        A    I'm just saying whomever.  Whoever

21   has the maintenance records, those records

22   would, you know, document or probably

23   document when those issues actually occurred

24   rather than someone's memory.

25        Q    Okay.  But you don't know -- You

Page 256

1    said Fluor's maintenance records.  You don't

2    know if at this point in time that you're

3    talking about that Fluor had any maintenance

4    obligations with respect to this trailer, do

5    you?

6         A    No, sir.  And I think I said Fluor

7    or whomever's, because my understanding, I

8    think, was Fluor set it up, but I don't know

9    what transpired from there.  That's why I

10   clarified quickly.

11        Q    Well, but I want to make sure.  I

12   want to understand your understanding, and I

13   want the record to be clear.  You said Fluor

14   set it up.  But we're talking here about

15   maintenance, right?  Those are two different

16   things, correct?

17        A    That's correct.  And my memory

18   just went to, okay, who set it up, and

19   that's why I quickly caught myself and

20   elaborated "or whomever," because I wasn't

21   trying to say Fluor.  It was whomever.

22        Q    Okay.  Do you know when Fluor's

23   contractual obligation to do maintenance on

24   any of these trailers came to an end?

25        A    No, sir, I don't have any -- I

Page 257

1    have not seen any agreements or whatever the

2    maintenance were for those, for this

3    trailer.

4         Q    On the top of Page 7, the

5    carryover of Paragraph 17 and Paragraph 18,

6    I assume the source of those dates is that

7    FEMA log we're talking about, correct?

8         A    That's correct.  That I'm

9    almost -- Well, I'm pretty sure that came

10   from the FEMA log.  I believe I remember

11   reading that.

12        Q    Did you prepare a draft of this

13   report, and then revise it in a fashion that

14   resulted in you dropping a numbered

15   conclusion from the conclusion section of

16   the report?

17        A    I revised it, but are you

18   asking -- Are you asking me if I have a

19   copy?

20        Q    No, sir.

21        A    Or did I just revise it?

22        Q    I think you testified that you

23   don't have a copy, correct?

24        A    Correct.

25        Q    Okay.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 258

1    leakage was for this particular

2    Alexander/Cooper travel trailer?

3        MR. SHERBURNE:

4            Just renew my objection, please.

5        THE WITNESS:

6            Yes, sir, I did on Page 9 of 17 of

7    my report.

8    EXAMINATION BY MR. PINEDO:

9        Q    And please --

10       A    I'm sorry.  Wrong page.  Page 11

11   of 17.

12       Q    Please describe for us what these

13   test results showed specifically, because I

14   notice you have three test results for

15   cooling duct leakage and three test results

16   related to heating duct leakage.  Please

17   describe each test result, the significance

18   of it, and the result.

19       A    Well, the reason we have three

20   tests for cooling and three tests or

21   measurements for heating is because the

22   heating and cooling duct systems were

23   separate.

24           The cooling system was located in

25   the ceiling assembly and the heating duct

Page 259

1    system was located in the floor assembly, so

2    in order to get accurate readings, it was

3    necessary to measure for us -- to measure

4    these at two different times.  So the

5    cooling duct leakage to the total duct

6    leakage for the cooling side measured to be

7    76 cfm's at a negative 25 Pascals.

8          And the total duct leakage

9    represents leakage -- air that's leaking to

10   the inside of the building as well as air

11   that's leaking to the outside of the thermal

12   envelope.

13         In this case, our first step is to

14   measure total duct leakage, and then in

15   combination of using the blower door, we're

16   able to get the duct assembly as well as the

17   building assembly at the same pressures, and

18   we are able to measure this amount of cfm's

19   that are leaking to the outside of that

20   neutral pressure.

21     Q    You used the term "cfm."  What

22   does that mean?

23     A    Cubic feet per minute.

24     Q    So the total cooling duct leakage

25   is 76 cfm.  Does that mean 76 cubic feet per

Page 260

1    minute?

2         A    That's correct.

3         Q    Please continue.

4         A    So essentially, when we're running

5    our air conditioning system, we have a total

6    of 76 cubic feet per minute leaking.

7              29 cfm's of that total of 76 is

8    leaking to the outside, meaning that we have

9    29 cfm's that's not returning to the air

10   conditioning equipment, it's leaking

11   someplace else, so that would force our

12   building to go into negative pressure.

13        Q    And then 47 cubic feet per minute

14   is leaking to the inside?

15        A    It's leaking to the inside, that's

16   correct.

17        Q    And would that be in the spaces,

18   for example, between the exterior skin of

19   the travel trailer and the ceiling of the

20   travel trailer, is that where the majority

21   of that is leaking into, that 47 cubic feet

22   per minute?

23        A    It could be leaking at that

24   location or actually it could be leaking

25   below the ceiling, around the registers.

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Paul J. LaGrange

Page 261

1        Q      Very good.   Please describe for us

2    what your results with regard to the heating

3    duct leakage reflect.

4        A      Well, the testing was identical

5    for the cooling side.   We just did it to the

6    heating ductwork.   It was located in the

7    floor assembly.

8             The total heating duct leakage was

9    152 cfm's, but in this case, the duct

10   leakage to the outside was 87 cfm's of duct

11   leakage outside the thermal envelope and air

12   barrier.

13       Q      Please describe for the ladies and

14   gentlemen of the jury what kind of apparatus

15   you used to do this duct leakage test.

16       A      It's a small fan.   It's called a

17   duct blaster, and we have a picture of it in

18   the report that is located on Page 5 of 17,

19   and essentially, what it does is it

20   depressurizes, it sucks air outside -- out

21   of the duct system into the house.

22       Q      Could you just please hold up that

23   Page 5 of 17 where you're giving us an

24   example of what that duct blaster test

25   apparatus is, and I will ask the

Page 262

1    videographer to focus on that.

2        A    Yes, sir.  The photograph is in

3    the top right-hand side.

4        Q    And so at the end of this

5    external -- What do you really have going on

6    in this picture?  Tell us about that.

7        A    Well, what we have is a small fan

8    that is connected to the return ductwork in

9    this particular house, and the fan is

10   removing, it's sucking air, it's creating a

11   negative pressure inside of the duct system

12   and we have a number of different hoses

13   connected to a gauge that allows us to

14   measure the difference in the amount of

15   cfm's that's leaking in this duct assembly.

16       Q    You have used the term several

17   times today, "negative pressure."  What does

18   that really mean?

19       A    Negative pressure is probably most

20   easily described of how much outside air is

21   coming into the building.

22       Q    And in this particular case, by

23   creating negative pressure, you have a fan

24   attached to the end of this ductwork; is

25   that right?

Page 263

1       A      That's correct, yes, sir.

2       Q      And is it blowing air in or out?

3       A      It's sucking air out of the duct

4    system.

5       Q      And in your experience as an

6    energy efficiency expert, are you familiar

7    with some of the averages for cubic feet per

8    minute leaking out of heating systems?

9       MR. DERHAM:

10              Object to form.

11       THE WITNESS:

12              I am.  There are a number of

13    different acceptable standards, allowable

14    amounts of duct leakage.  Some systems are

15    going to leak at the return side as well as

16    the supply side, and like, for instance, the

17    Department of Energy's Build America

18    program, their standard is six cfm's or

19    cubic feet per minute of leakage per 100

20    square feet of floor area.

21              So in this case, since we have 247

22    square feet of area -- I'm sorry, 227 square

23    feet of area, we would multiply that -- or

24    we would be allowed to have six cfm's per

25    100 square feet.

Page 264

1    EXAMINATION BY MR. PINEDO:

2        Q    And how many cfm's did we have

3    leaking on comparison to that?  Do you need

4    a calculator to come up with that

5    determination or is that something you can

6    determine just by looking at it?

7        A    We have combined of both heating

8    and cooling duct leaks to the outside of 116

9    cfm's.

10       Q    And then how does that compare

11   with the standards that you're familiar

12   with?

13       A    The standard would allow slightly

14   under 14 cfm's of leakage, so it's much

15   higher.

16       Q    On what order of magnitude

17   roughly?

18       A    120 times itself, above and

19   beyond.

20       Q    Before even making those

21   calculations, just by looking at the cubic

22   feet per minute that are escaping from the

23   cooling and heating systems, you can just

24   make a determination by looking at that as

25   to how tight this system is; is that fair to

Page 265

1    say?

2         A    Yes, sir, it is.

3         Q    And what is your opinion with

4    regard to how tight the heating and cooling

5    duct system is on this particular unit?

6         A    I would deem it to be very leaky.

7         Q    Now, there was a discussion as

8    well in your report with regard to a

9    U-value, and could you please describe for

10   us what a U-value is?

11        A    Sure.  When we look at the overall

12   thermal performance of an assembly, we're

13   used to the term R-value.  The higher the

14   number, the better the performance.

15             However, when you're looking --

16   and that's -- An R-value is a thermal

17   performance of one individual component,

18   like insulation or brick or Sheetrock or

19   plywood.

20             But when you're adding up and

21   looking at the overall performance of the

22   building, we can't use R-value.  You have to

23   use U-value.

24             So we convert the R's into

25   U-values, and we're able to determine the

Page 266

1    overall U-value of that assembly from the

2    outside working our way all the way to the

3    inside.

4              So in the case of the travel

5    trailer, we were able to determine and

6    calculate the U-values as well as the

7    R-values.

8         Q    And what were the U-values and the

9    R-values for this particular travel trailer?

10        A    The wall assembly R-value, the

11   areas without insulation, meaning where the

12   studs were, it has an R-value of 3.57.

13        Q    And where is that contained in

14   your report?

15        A    That is on Page 12 of 17.

16        Q    And how does that compare to any

17   type of average that you might see?

18        A    That's a little bit low in

19   comparison to a single family residential.

20   However, the R-value in the sections of the

21   wall that were between the stud cavities

22   where they had insulation, the R-value was

23   7.17.

24              So when you take a weighted

25   average, meaning the amount of space that

Page 267

1     had the inch and a half inch wide studs

2     compared to the amount of areas that were

3     between the studs where we hit insulation,

4     the weighted average of the R-value for the

5     walls was 6.76.

6          Q     And how does that compare to the

7     industry average for units that are used to

8     live in for a long term?

9          MR. DERHAM:

10              Object to form.

11         THE WITNESS:

12              That is almost half.  The minimum

13    standards for a single-family residence is a

14    R-13 for a wall assembly.

15    EXAMINATION BY MR. PINEDO:

16         Q     And the total R-value here is 7.1?

17         A     6.76.

18         Q     And so what is the net effect of

19    having an R-value of roughly half of what is

20    recognized in the industry?

21         A     Well, a lot more heat will travel

22    through that wall assembly.

23         Q     Would that likewise make it harder

24    to cool the unit?

25         A     It would make it difficult to cool

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                Videotaped Deposition of Paul J. LaGrange

Page 268

1    the unit.

2         Q    Would, likewise, the leaking in

3    the ductwork for the air conditioning system

4    make it harder to cool the unit?

5         A    Yes, sir, it does.  The duct

6    leakage, since it's causing the building to

7    go to negative pressure, certainly would

8    pose a problem for keeping that unit cool.

9         Q    And the effect of negative

10   pressure or the leak in the ductwork is

11   two-fold from this standpoint, is it,

12   because not only the cool air leaks out, but

13   by virtue of it leaking out, it's drawing

14   outside air into the unit?

15        MR. DERHAM:

16            Object to the form.

17        THE WITNESS:

18            That is correct, yes, sir.

19   EXAMINATION BY MR. PINEDO:

20        Q    There is a section in your report

21   about why the R-value can be misleading; is

22   that right?

23        A    Yes, sir.

24        Q    And why can the R-value be

25   misleading?

Page 269

1       A      Well, the R-value could be

2   misleading because we think that the R-value

3   is to be constant.  If we put in this wall

4   assembly, if it's an R-13, then it's to

5   remain an R-13.

6              However, dynamics, in actual

7   conditions, have taken that insulation from

8   the laboratory and actually putting it in

9   place in the field in a building, in most

10  cases, we have some reduction in

11  performance.

12             Some reduction of performance we

13  talked about, about air leakage or moisture

14  that reduces the overall R-value or thermal

15  performance of the wall.  The same thing

16  happens on what that insulation is touching.

17             Like, for instance, in this case,

18  it's making full contact with an outside

19  metal skin, and that metal skin is very

20  conductive and exchanges energy very easily,

21  much like a cast iron frying pan.

22             If you heat up your cast iron

23  frying pan, it will transmit the heat from

24  the stove, from the bottom of the pan to the

25  top of that pan, the inside of that pan very

Page 270

1    quickly.

2            And the same thing is happening

3    with the metal skin of the travel trailer,

4    is that it's actually heating up the

5    fiberglass insulation, because it's in full

6    contact with it.

7        Q    Now, are there some standards that

8    govern or standards that outline the way to

9    do a blower door test?

10       A    Yes, sir.  The standard we used in

11   this particular case was an ASTM standard

12   that governed how we performed the blower

13   door test as well as the duct leakage test.

14       Q    And what is the number of that

15   standard?

16       A    The ASTM standard for the blower

17   door test is E1827.

18       Q    And what is the title of that

19   test?

20       A    "Standard Test Methods for

21   Determining Airtightness of Buildings Using

22   an Orifice Blower Door."

23       Q    And is that the same procedure

24   that is outlined in the standard as you used

25   to conduct the blower door test in the

Page 271

1    Alexander/Cooper case?

2         A    Yes, sir, it is.

3         Q    Did you also determine an overall

4    air leakage rate for the Alexander/Cooper

5    travel trailer?

6         A    Yes, sir, I did.  On Page 8 of 17.

7         Q    Please tell us about those

8    results.

9         A    The air leakage of the envelope of

10   the travel trailer was 246 cfm's, cubic feet

11   per minute.

12        Q    Let me stop you right there.  You

13   used a term "the envelope of the travel

14   trailer."

15             Could you describe to the ladies

16   and gentlemen of the jury in layman's terms

17   what you mean by that?

18        A    Sure.  The shell, the outside

19   walls, the floor and the ceiling assembly is

20   what we're calling the envelope.  And the

21   air leakage rate was 246 cfm's and negative

22   50 Pascals.

23        Q    So according to this test, how

24   many Pascals are you supposed to give the

25   air leakage test?  How many Pascals are you

Page 272

1    supposed to be able to conduct this test

2    under?

3         A     Protocol requires us to use a

4    negative 50 Pascals.

5         Q     And is that what you did in the

6    case of the Alexander/Cooper case?

7         A     Yes, sir, it is.

8         Q     And tell us how you interpret 246

9    at 50 negative Pascals?

10        A     Well, a negative 50 Pascals

11   represents a constant 20 mile -- 20 mile an

12   hour wind on all sides of the trailer, and

13   it gives us this measure, this calculation

14   as per the ASTM standard, and allows us to

15   convert that to something more meaningful to

16   us, and probably the more meaningful term

17   would be the natural air changes per hour,

18   meaning how leaky is the building when you

19   don't have a big fan in the door under its

20   natural state, and that calculation came out

21   to be 1.658 natural air changes per hour.

22   So the cubic volume of this travel trailer

23   changed 1.66 times every 60 minutes.

24        Q     And how does that compare with

25   units that are used for long-term housing?

In Re: FEMA Trailer Formaldehyde Products Liability Litigation     Videotaped Deposition of Paul J. LaGrange

Page 273

1      MR. DERHAM:

2          Object to form.

3      THE WITNESS:

4          That's high.  The standards and

5  recommendations that are in the building

6  codes as well as the ventilation standards

7  recommend a .35 natural air changes per

8  hour, and this trailer measured at 1.658.

9  EXAMINATION BY MR. PINEDO:

10     Q     Is that approximately five times

11  higher?

12     A     Yes, sir.

13     Q     And what would be the net result

14  of that with regard to trying to heat or

15  cool this travel trailer?

16     A     Since the shell of the building

17  where the walls and the ceilings and the

18  floor were very leaky, it would be

19  challenging to properly heat and cool this

20  building.

21     Q     When you say "leaky," what does

22  that mean?

23     A     Leaky in the sense that it's

24  allowing a lot of the outside air in the

25  vast majority of the time.  There are some

Page 274

1    seasons where probably some of the inside

2    air leaked out.  Air leakage could go both

3    ways, whether air is leaking in or air is

4    leaking out.

5        Q    And with regard to trying to cool

6    the unit, would that make it more difficult

7    to cool the unit in the summertime or what

8    effect would that play?

9        A    It would affect both winter and

10   summer.  It would make it very difficult to

11   cool the unit in the summer and also would

12   make it difficult to keep the unit warm in

13   the winter, because it was leaky.

14       Q    Is there an average or a standard

15   with regard to the air leakage rate for

16   units that are used for long-term housing --

17       MR. DERHAM:

18            Object --

19   EXAMINATION BY MR. PINEDO:

20       Q    -- here in the United States?

21       MR. DERHAM:

22            I'm sorry.  Object to the form.

23       THE WITNESS:

24            Yes, sir, the standard is .35 air

25   changes per hour.  So essentially, in 60

Page 275

1    minutes' time, over an hour's time,

2    one-third of the air or the cubic volume of

3    your building is exchanged.

4    EXAMINATION BY MR. PINEDO:

5        Q     Have you already described for us

6    the Btu gain in air infiltration and

7    insulation aspects of your opinion?

8        A     Yes, sir.

9        Q     And where is the Btu gain?  Where

10   is that described in your report?

11       A     On the top of Page 13 of 17.  As

12   we mentioned earlier, it is when the air

13   from outside enters your house, you have to

14   heat and cool that air, so when you take --

15   And here in the Gulf south, we have two

16   components of that.  We have the temperature

17   of the air, and we also have the moisture

18   that's in the air.

19            And our air conditioners need to

20   do two things.  It needs to remove

21   temperature, and it also needs to remove

22   moisture.

23            So we're able to determine and

24   calculate on the natural air changes how

25   leaky the building is, how much outside air

Page 276

1    is leaking in, and also determine how many

2    Btu's we will be adding to that structure

3    and running our air conditioner more and

4    longer and harder, because of the leakiness

5    of the building.  And that's in that chart,

6    Figure 6.3, at the top of Page 13.

7         Q    And you have two things there,

8    "Btu gain (sensible)" and "Btu gain

9    (latent)."  Could you please describe for us

10   how you distinguish those and what that

11   means in layman's terms?

12        A    "Btu gain (sensible)" is the

13   temperature there.  You can actually feel

14   the temperature on your skin.  The "latent"

15   is the amount of moisture, the latent heat

16   is the amount of moisture that's in the air

17   that's leaking inside your building.

18        Q    And then you also have a total of

19   2,323.56 for the Btu infiltration effects;

20   is that right?

21        A    That's correct, yes, sir.

22        Q    How does that compare on an

23   average what you see in residential units?

24        A    Again, that's pretty high, because

25   we measured that the building was pretty

Page 277

 1    leaky.  That's higher than normal.

 2        Q    And do you have any idea what the

 3    normal is?

 4        A    The normal Btu gain would be a

 5    third of that at least.

 6        Q    Latent and sensible or just

 7    sensible?

 8        A    Latent and sensible, yes, sir.

 9        Q    Now, there was some discussion and

10    you were asked some questions by the

11    attorney for Gulf Stream with regard to the

12    methodology you used on your blower door

13    test in coming up with your results.  Do you

14    recollect that?

15        A    Yes, sir.

16        Q    And there was a discussion as well

17    about a generalized rule of thumb that is

18    used to interpret blower door tests.  Do you

19    recollect that?

20        A    Yes, sir, I do.

21        Q    Did you use that generalized rule

22    of thumb?

23        A    No, sir, I did not.  We chose not

24    to do it because there are lots of evidence

25    and organizations that suggest we don't use

Page 278

1    that quick and dirty calculation, that

2    generalized calculation.

3              Specifically, the software we use

4    for energy efficiency and also in

5    calculating the natural air changes per hour

6    uses a formula that's a little bit more

7    complicated than the formula that was

8    referenced to earlier.

9         Q    Let me ask you this.  Between the

10   method you used, the computer method that

11   you used, and the generalized rule of thumb,

12   which one is more precise in giving results

13   with regard to blower door tests?

14        MR. DERHAM:

15             Object to form.

16        THE WITNESS:

17             According to the manufacturer of

18   the blower door equipment, which has that

19   formula in their blower door manual as well

20   as the training manual modules that are

21   being used to train energy efficiency

22   experts like myself, as well as diagnostic

23   folks that do diagnostic testing, they all

24   suggest that we use that formula.

25             So it's more scientific, it's more

Page 279

1   reliable than the generalized formula that

2   was suggested by the opposing team's expert

3   witness.

4   EXAMINATION BY MR. PINEDO:

5       Q    And "the opposing team's expert

6   witness," you're talking about the Gulf

7   Stream expert witness by the name of

8   Serauskas or some similar name?

9       A    Yes, sir, that's correct.

10      Q    And we didn't discuss this

11  earlier, but do you teach any courses

12  related to energy efficiency or anything

13  related to heating or cooling?

14      A    I'm hired by a number of different

15  clients to teach energy efficiency and

16  building science principles that deal with

17  durability, comfort, indoor air quality,

18  equipment performance, insulation

19  techniques, yes.

20      Q    And please describe for us some of

21  the courses that you have taught.

22      A    The courses that we deal directly

23  with builders and engineers and architects

24  are pretty technical, that deal with overall

25  performance of heating and cooling

In Re: FEMA Trailer Formaldehyde Products Liability Litigation          Videotaped Deposition of Paul J. LaGrange

Page 301

```
 1    have you ever tested for duct leakage or

 2    overall leakage any other travel trailer of

 3    less than 250 square feet?

 4        A    No, sir, I have not.

 5        MR. SHERBURNE:

 6            Thank you.  That's all the

 7    questions I have.

 8    EXAMINATION BY MR. DERHAM:

 9        Q    Mr. LaGrange, just a couple more

10    questions to follow up on your testimony you

11    just gave.

12            You were mentioning a Department

13    of Energy regulation pertaining to allowable

14    leakage of six cubic feet per minute, per

15    100 square feet?

16        A    That's correct.

17        Q    Do you recall answering those

18    questions?

19        A    Duct leakage to the outside.

20        Q    Okay.  What is that regulation?

21        A    That is a regulation, the

22    Department of Energy and EPA through the

23    performance programs such as Energy Star,

24    Builders Challenge, Build America programs,

25    that is a standard they have put in place
```

In Re: FEMA Trailer Formaldehyde Products Liability Litigation                    Videotaped Deposition of Paul J. LaGrange

Page 302

1    for allowable duct leakage to the outside

2    for the heating/cooling system.

3         Q    That regulation, that reference

4    doesn't show up anywhere in your report,

5    does it?

6         A    No, sir, it does not.

7         Q    Okay.  And you gave an opinion

8    about how the duct leakage -- I mean, the

9    air leakage findings that you determined

10   existed at the Alexanders' trailer unit in

11   May of 2009, you gave an opinion as to how

12   that compared with the Department of Energy

13   standard, didn't you?

14        A    Yes, sir, I did.

15        Q    Okay.  That comparison opinion is

16   nowhere in your report, is it?

17        A    No, sir, it's not.

18        Q    You referenced a standard, an ACH,

19   air changes per hour natural of .35 for

20   long-term occupied structures.  Do you

21   recall giving that testimony?

22        A    For homes, yes.

23        Q    Okay.  For homes?

24        A    Yes.

25        Q    Okay.  What is that standard and

Page 303

1    where is that from?

2         A    Again, it was developed through

3    the building science community and it's been

4    accepted and adopted by the Build America

5    program, Energy Star, Builders Challenge.

6    It's also referenced in the 2003

7    International Energy Conservation Code.

8         Q    That standard and those references

9    don't show up anywhere in your report, do

10   they?

11        A    No, sir, they do not.

12        Q    And you also gave a comparison of

13   the data you measured at the Alexander

14   trailer unit in May of 2009 of 1.658 natural

15   air changes per hour and how that compared

16   to the .35 number; did you not?

17        A    Yes, sir, I did.

18        Q    And that comparison and that

19   opinion shows up nowhere in your report,

20   correct?

21        A    That is correct, it doesn't show

22   up in my report.

23        Q    I believe you were also asked

24   about a Btu gain standard?

25        A    No, sir.

Page 304

1    Q    Okay.  I apologize.  I thought I

2  heard you say that.  You don't have any data

3  in your report reflecting what, if any,

4  total air leakage was determined for the

5  Alexander trailer unit in May of 2009 that

6  is actually measured minus three to minus

7  five pressure state, do you?

8    A    I'm sorry.  Say that again,

9  please.

10   Q    You don't have any data in your

11  report that reflects what the air leakage,

12  if any, was in the Alexander trailer unit in

13  May of 2009 at the time you actually

14  measured the pressure differential to be a

15  negative three to negative five Pascal

16  situation?

17   A    It's not in my report, no, sir.

18   Q    Okay.  It would be less than

19  246 cubic feet per minute, wouldn't it,

20  because that's what it was at minus 50

21  Pascals?

22   A    Yes, sir, it would be less.

23   Q    I think you were asked about the

24  ASTM standard on the blower door test in

25  taking the wind speed and temperature